```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602066590
Cashier ID: blamb
Transaction Date: 04/20/2022
Payer Name: LIGHTFOOT FRANKLIN AND WHITE
----------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: LIGHTFOOT FRANKLIN AND WHITE
 Case/Party: D-ALM-2-22-CV-000184-001
 Amount:         $402.00
----------------------------------------
CHECK
 Check/Money Order Num: 007665
 Amt Tendered:  $402.00
----------------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

2:22-cv-00184

Eknes-Tucker et al v. Ivey et al
```