IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL A. EKNES-TUCKER, *Rev., et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 2:22cv184-RAH-SRW ) |
| KAY IVEY, *in her official capacity as Governor of the State of Alabama, et al.*, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

The Honorable Liles C. Burke, United States District Judge for the Northern District of Alabama, was previously assigned two cases substantially similar to the above-captioned case, both of which were voluntarily dismissed on April 15, 2022. By order of the Chief Judge of the United States Court of Appeals for the Eleventh Circuit, all United States District Judges in the State of Alabama may preside over cases in any of the State's three federal judicial districts. In accordance with that order, and by the authority of the Court to manage the district court docket, promote the orderly and expeditious disposition of cases, and reassign a case to a judge who presided over a prior-related case, this case is **REASSIGNED** to Judge Burke. Judge Burke shall sit by designation and preside over this case in the United States District Court for the Middle District of Alabama.

DONE, on this the 20th day of April, 2022.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE