**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                                                                                       TELEPHONE (334) 954-3600

April 20, 2022

NOTICE OF REASSIGNMENT

To:     All Counsel of Record

Re:     Eknes-Tucker et al v. Ivey et al
         Civil Action No.    2:22-cv-00184-RAH-SRW

The above-styled case has been reassigned to Judge Liles C. Burke.

Please note that the case number is now **2:22-cv-00184-LCB-SRW.** The new case number should be used on all future correspondence and pleadings.