# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| PAUL A. EKNES-TUCKER, *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-184-LCB |
| | ) | |
| KAY IVEY, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

A status conference in this case is set for Friday, April 22, 2022, at 10:00 a.m. CDT. The conference will occur in Courtroom 2F of the Frank M. Johnson, Jr., United States Courthouse Complex located in Montgomery, Alabama. Local counsel for Plaintiffs shall electronically serve a copy of this order on all non-local counsel for Plaintiffs and on all counsel for Defendants.

**DONE** and **ORDERED** April 20, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE