# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, et al., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) Civil Action No.: ) 2:22-cv-184-LCB-SRW |
| KAY IVEY, in her official capacity as Governor of the State of Alabama, et al., | ) ) ) ) |
| *Defendants*. | ) |

## NOTICE OF APPEARANCE

Comes now, Edmund G. LaCour Jr., a member of the Bar of this Court, and enters his appearance as counsel for Hon. Kay Ivey, who is sued in her official capacity as Governor of the State of Alabama, and Steve Marshall, who is sued in his official capacity as Attorney General of the State of Alabama. The Clerk and all parties are requested to provide copies of all subsequent pleadings, orders, motions, or other filings to the undersigned.

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: 334.242.7300
Facsimile:  334.353.8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for Defendants Steve Marshall and Kay Ivey*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Edmund G. LaCour Jr.
*Counsel for Defendants Steve Marshall and Kay Ivey*
