**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                                                                                                     TELEPHONE (334) 954-3600

April 21, 2022

## NOTICE OF CORRECTION

From: Clerk's Office

Case Style: Eknes-Tucker et al v. Ivey et al

Case Number: 2:22-cv-00184-LCB

**This Notice of Correction was filed in the referenced case this date to attach the correct main PDF document to correct the style of the case.**

**The correct PDF document is attached to this notice for your review. Reference is made to document #14 filed on 4/21/2022.**