UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D. <br><br> Plaintiffs, <br> v. <br><br> KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12 Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County. <br><br> Defendants. | Case Action No.: <br> 2:22-cv-00184-LCB-SRW |

**NOTICE OF APPEARANCE**

Comes now, Benjamin M. Seiss, a member of the Bar of this Court, and enters his appearance as counsel for Hon. Kay Ivey, who is sued in her official capacity as Governor of the State of Alabama, and Steve Marshall, who is sued in his official capacity as Attorney General of

the State of Alabama. The Clerk and all parties are requested to provide copies of all subsequent pleadings, orders, motions, or other filings to the undersigned.

        Respectfully submitted,

        Steve Marshall,
         *Attorney General*

        s/ Benjamin M. Seiss
        Benjamin M. Seiss (ASB-2110-O00W)
         *Assistant Attorney General*

        State of Alabama
        Office of the Attorney General
        501 Washington Avenue
        Montgomery, Alabama 36130-0152
        (334) 242-7300
        (334) 353-8400 (fax)
        Ben.Seiss@Alabama.gov

        ***Counsel for Kay Ivey, Governor of Alabama, and Steve Marshall, Attorney General of Alabama***

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        s/ Benjamin M. Seiss
        Counsel for Defendants