**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET, ROOM B-110
MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                                                                          TELEPHONE (334) 954-3600

April 21, 2022

# NOTICE OF DEFICIENCY
# REGARDING CORPORATE/
# CONFLICT STATEMENT

**To:** Kathy Noe, Brianna Boe, Paul A. Eknes-Tucker, Rachel Koe, Megan Poe, James Zoe, Jane Moe

**From:** Clerk's Office

**Case Style:** Eknes-Tucker et al v. Ivey et al

**Case Number:** 2:22-cv-00184-LCB

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1 and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

**No corporate/conflict disclosure statement has been filed by you in this action.**

**This deficiency must be corrected within ten (10) days from this date. Please refer to attachment.**