# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>KAY IVEY, in her official capacity )<br>as Governor of the State of Alabama, )<br>et al., )<br>)<br>*Defendants*. ) | Civil Action No.:<br>2:22-cv-184-LCB-SRW |

## NOTICE OF APPEARANCE

Comes now James W. Davis, a member of the Bar of this Court, and enters his appearance as counsel for Hon. Kay Ivey, who is sued in her official capacity as Governor of the State of Alabama; Steve Marshall, who is sued in his official capacity as Attorney General of the State of Alabama; and District Attorneys Darryl D. Bailey, C. Wilson Blaylock, Jessica Ventiere, Tom Anderson, and Danny Carr, each sued in his or her official capacity.

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/ James W. Davis
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: 334.242.7300
Facsimile:  334.353.8400
Jim.Davis@AlabamaAG.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ James W. Davis
*Counsel for Defendants*
