# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>KAY IVEY, in her official capacity )<br>as Governor of the State of Alabama, )<br>et al., )<br>)<br>*Defendants*. ) | Civil Action No.:<br>2:22-cv-184-LCB-SRW |

## CONFLICT DISCLOSURE STATEMENT

Tom Anderson, sued in his official capacity as District Attorney for the 12th Judicial Circuit, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provision of the Middle District of Alabama's General Order No. 3047:

Tom Anderson, who is sued in his official capacity as District Attorney for the 12th Judicial Circuit, is a government entity.

Respectfully submitted,

Steve Marshall
 *Attorney General*

/s/ James W. Davis
Edmund G. LaCour Jr. (ASB-9182-U81L)

1

    *Solicitor General*
A. Barrett Bowdre (ASB-2087-K29V)
    *Deputy Solicitor General*
James W. Davis (ASB-4063-I58J)
    *Deputy Attorney General*
Benjamin M. Seiss (ASB-2110-O00W)
    *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama  36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

***Counsel for Defendants Steve Marshall, Daryl D. Bailey, C. Wilson Blaylock, Jessica Ventiere, Tome Anderson, and Danny Carr***

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    /s/ James W. Davis
    *Counsel for Defendants Steve Marshall, Daryl D. Bailey, C. Wilson Blaylock, Jessica Ventiere, Tome Anderson, and Danny Carr*