# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>KAY IVEY, in her official capacity )<br>as Governor of the State of Alabama, )<br>et al., )<br>)<br>*Defendants*. ) | Civil Action No.:<br>2:22-cv-184-LCB-SRW |

## CONFLICT DISCLOSURE STATEMENT

Jessica Ventiere, sued in her official capacity as District Attorney for Lee County, Alabama, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provision of the Middle District of Alabama's General Order No. 3047:

Jessica Ventiere, who is sued in her official capacity as District Attorney for Lee County, is a government entity.

Respectfully submitted,

Steve Marshall
  *Attorney General*

/s/ James W. Davis
Edmund G. LaCour Jr. (ASB-9182-U81L)

1

    *Solicitor General*
   A. Barrett Bowdre (ASB-2087-K29V)
    *Deputy Solicitor General*
   James W. Davis (ASB-4063-I58J)
    *Deputy Attorney General*
   Benjamin M. Seiss (ASB-2110-O00W)
    *Assistant Attorney General*

   OFFICE OF THE ATTORNEY GENERAL
   STATE OF ALABAMA
   501 Washington Avenue
   P.O. Box 300152
   Montgomery, Alabama  36130-0152
   Telephone: (334) 242-7300
   Edmund.LaCour@AlabamaAG.gov
   Barrett.Bowdre@AlabamaAG.gov
   Jim.Davis@AlabamaAG.gov
   Ben.Seiss@AlabamaAG.gov

   **Counsel for Defendants Steve Marshall, Daryl D. Bailey, C. Wilson Blaylock, Jessica Ventiere, Tome Anderson, and Danny Carr**

## CERTIFICATE OF SERVICE

 I hereby certify that on April 21, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

   /s/ James W. Davis
   *Counsel for Defendants Steve Marshall, Daryl D. Bailey, C. Wilson Blaylock, Jessica Ventiere, Tome Anderson, and Danny Carr*