MD AL MODIFIED AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Courtney Hilburn__, who is designated by law to accept service of process on behalf of *(name of organization)* __Coffee County DA office__ on *(date)* __4/21/22__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __4/21/22__

*Server's signature*

__Jeff Abbett__
*Printed name and title*

__P.O. Box 173 Warrior, AL 35180__
*Server's address*

Additional information regarding attempted service, etc:

MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| Rev. Paul A. Eknes-Tucker, et al.<br>*Plaintiff*<br>v.<br>Kay Ivey, et al.<br>*Defendant* | )<br>)<br>) Civil Action No.<br>) 2:22-cv-184-RAH-SRW<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tom Anderson
District Attorney for 12th Judicial Circuit
1065 E McKinnon Street
New Brockton, AL 36351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melody H. Eagan
Lightfoot, Franklin & White, LLC
400 20th Street North
Birmingham, AL 35203
(205) 515-2755

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA P. HACKETT, CLERK OF COURT

Date: 4/20/22

*Signature of Clerk or Deputy Clerk*