This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Angie Gale / Atty General Office, who is designated by law to accept service of process on behalf of *(name of organization)* Governor

on *(date)* 4/21/22 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/21/22

Jeff Abbett
Server's signature

Jeff Abbett
Printed name and title

P.O. Box 173 Warrior, AL 35180
Server's address

Additional information regarding attempted service, etc:

MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| Rev. Paul A. Eknes-Tucker, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Kay Ivey, et al. | ) 2:22-cv-184-RAH-SRW |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kay Ivey
The Office of Alabama Governor,
600 Dexter Avenue
Montgomery, Alabama 36130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melody H. Eagan
Lightfoot, Franklin & White, LLC
400 20th Street North
Birmingham, AL 35203
(205) 515-2755

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA P. HACKETT, CLERK OF COURT

Date: 4/20/2022

*Signature of Clerk or Deputy Clerk*