# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **PAUL A. EKNES-TUCKER,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-184-LCB |
| | ) | |
| **KAY IVEY,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon consideration of Plaintiffs' motion to proceed pseudonymously (Doc. 6) and motion for a temporary restraining order and/or a preliminary injunction (Doc. 7), the Court ORDERS as follows:

An evidentiary hearing on Plaintiffs' motion for a temporary restraining order and/or a preliminary injunction is set for Thursday, May 5, 2022, at 9:00 a.m. CDT. The hearing is scheduled to last no longer than two days with the time allotted strictly as represented by the parties during today's status conference. The hearing will occur in Courtroom 2F of the Frank M. Johnson, Jr., United States Courthouse Complex. Forty-eight hours before the hearing begins, the parties shall file their proposed exhibits and a list of expected witnesses.

2

On or before April 27, 2022, Defendants shall file a response to Plaintiffs' motion to proceed pseudonymously. Plaintiffs' reply is due thirty-six hours after Defendants file their response.

On or before May 2, 2022, Defendants shall file a response to Plaintiffs' motion for a temporary restraining order and/or a preliminary injunction. Plaintiffs' reply is due thirty-six hours after Defendants file their response.

**DONE** and **ORDERED** April 22, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE