IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

REV. PAUL A. EKNES-TUCKER, et al.
_____,

    Plaintiff,

v.

KAY IVEY, et al.
_____,

    Defendants,

CASE NO. __2:22-cv-184-LCB/SRW__

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Megan Poe individually and on behalf of Allison Poe__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

__4/25/2022__
Date

/s/ Melody H. Eagan
(Signature)

Melody H. Eagan
(Counsel's Name)

Plaintiffs
Counsel for (print names of all parties)

Lightfoot Franklin & White LLC
400 20th Street North, Birmingham, AL 35203
Address, City, State Zip Code

205-581-0700
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Melody H. Eagan_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF Electronic Filing System__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __25th__ day of __April_____ 20__22__, to:

James W. Davis, Edmund G. LaCour, Jr., A. Barrett Bowdre, James W. Davis, Benjamin M. Seiss

Office of the Attorney General - State of Alabama

501 Washington Avenue Post Office Box 300152

Montgomery, AL 36130-0152

(334) 242-7300

| | |
|---|---|
| 4/25/2022 | /s/ Melody H. Eagan |
| Date | Signature |