IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

REV. PAUL A. EKNES-TUCKER, et al.
_____,  )
                                  )
       Plaintiff,                 )
                                  )
v.                                )   CASE NO. 2:22-cv-184-LCB/SRW
                                  )
KAY IVEY, et al.                  )
_____,  )
                                  )
       Defendants,                )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _James Joe individually and on behalf of Zachary Zoe_, a _Plaintiff_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                         Relationship to Party

_____          _____

_____          _____

_____          _____


4/25/2022                                 /s/ Melody H. Eagan
_____                         _____
    Date                                  (Signature)

                                          Melody H. Eagan
                                          _____
                                          (Counsel's Name)

                                          Plaintiffs
                                          _____
                                          Counsel for (print names of all parties)

                                          Lightfoot Franklin & White LLC
                                          _____
                                          400 20th Street North, Birmingham, AL 35203
                                          _____
                                          Address, City, State Zip Code

                                          205-581-0700
                                          _____
                                          Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Melody H. Eagan_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF Electronic Filing System__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __25th__ day of __April__ 20__22__, to:

James W. Davis, Edmund G. LaCour, Jr., A. Barrett Bowdre, James W. Davis, Benjamin

M. Seiss

Office of the Attorney General - State of Alabama

501 Washington Avenue Post Office Box 300152

Montgomery, AL 36130-0152

(334) 242-7300

| 4/25/2022 | /s/ Melody H. Eagan |
|---|---|
| Date | Signature |