# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D., <br><br> *Plaintiffs*, <br><br> v. <br><br> KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County, <br><br> *Defendants*. | Civil Action No. 2:22-cv-184-LCB |

1.

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## <u>BRENT P. RAY</u>

COMES NOW Melody H. Eagan, a member in good standing of the Alabama Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Brent P. Ray as counsel for Plaintiffs in this action. The movant states the following:

1. Brent P. Ray is an attorney of the law firm of King & Spalding LLP, 110 North Wacker Drive, Suite 3800, Chicago, Illinois 60606. His telephone number is (312) 764-6925 and his email address is bray@kslaw.com.

2. Mr. Ray is of good character and reputation and is a member in good standing of the State Bar of Illinois (5/10/2007) and the State Bar of New York (9/13/2004). He is also admitted to practice before the following courts and is a member in good standing in each of the listed courts:

   a. United States Supreme Court (9/13/2004);

   b. United States Federal Circuit Court of Appeals (5/22/2006);

   c. United States Supreme Court (10/6/2014);

   d. United States Court of Appeals for the Ninth Circuit (2/28/2013);

   e. United States Court of Appeals for the Eleventh Circuit (12/15/2020);

   f. United States District Court for the Northern District of Illinois (5/24/2016);

2.

  g. United States District Court for the Eastern District of Texas (7/10/2007); and

  h. United States District Court for the Eastern District of Wisconsin (9/13/2012).

3. Mr. Ray has never resigned; has never been reprimanded, suspended, placed on inactive status, or disbarred from the practice of law; and has no grievances pending against him. A copy of the certificate of good standing from the United States District Court for the Northern District of Illinois is attached as Exhibit "A."

4. Mr. Ray is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5. The undersigned movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

6. As required by Local Rule 83.1(b), payment of $75.00 will be made and/or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Brent P. Ray as counsel *pro hac vice* for Plaintiffs.

3.

Dated: April 26, 2022

/s/ *Melody H. Eagan*
Melody H. Eagan (ASB-9780-D38M)
Jeffrey P. Doss (ASB-4212-R62D)
Amie A. Vague (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

*Attorneys for Plaintiffs Rev. Paul A. Eknes-Tucker; Brianna Boe, individually and on behalf of her minor son, Michael Boe; James Zoe, individually and on behalf of his minor son, Zachary Zoe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Jane Moe, Ph.D.; and Rachel Koe, M.D.*

Case 2:22-cv-00184-LCB-CWB   Document 43   Filed 04/26/22   Page 5 of 7

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 26th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel.

/s/ *Melody H. Eagan*
Attorney

5.

# EXHIBIT A

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Brent P. Ray

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Brent P. Ray
was duly admitted to practice in said Court on (08/11/2008)
and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (04/21/2022 )

                                    Thomas G. Bruton , Clerk,

                              By:  Emma Younger
                                  Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ EMMA YOUNGER
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
April 21, 2022