# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D., <br><br> *Plaintiffs*, <br><br> v. <br><br> KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County, <br><br> *Defendants*. | Civil Action No. 2:22-cv-184-LCB |

1.

# MOTION FOR ADMISSION *PRO HAC VICE* OF
# ABIGAIL HOVERMAN TERRY

COMES NOW Melody H. Eagan, a member in good standing of the Alabama Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Abigail Hoverman Terry as counsel for Plaintiffs in this action. The movant states the following:

1. Abigail Hoverman Terry is an attorney of the law firm of King & Spalding LLP, 110 North Wacker Drive, Suite 3800, Chicago, Illinois 60606. Her telephone number is (312) 764-6931 and her email address is ahoverman@kslaw.com.

2. Ms. Terry is of good character and reputation and is a member in good standing of each of the State Bar of Illinois (11/9/2017) and State of Minnesota (5/10/2019). She is also admitted to practice before the following courts and is a member in good standing in each of the listed courts:

   a. United States District Court for the Northern District of Illinois (1/23/2019);

   b. United States Court of Appeals for the Seventh Circuit (10/30/2020); and

   c. United States Court of Appeals for the Eleventh Circuit (12/11/2020).

3.  Ms. Terry has never resigned; has never been reprimanded, suspended, placed on inactive status, or disbarred from the practice of law; and has no grievances pending against her. A copy of the certificate of good standing from the United States District Court for the Northern District of Illinois is attached as Exhibit "A."

4.  Ms. Terry is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5.  The undersigned movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

6.  As required by Local Rule 83.1(b), payment of $75.00 will be made and/or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Abigail Hoverman Terry as counsel *pro hac vice* for Plaintiffs.

Dated: April 26, 2022

/s/ Melody H. Eagan
Melody H. Eagan (ASB-9780-D38M)
Jeffrey P. Doss (ASB-4212-R62D)
Amie A. Vague (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203

205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

*Attorneys for Plaintiffs Rev. Paul A. Eknes-Tucker; Brianna Boe, individually and on behalf of her minor son, Michael Boe; James Zoe, individually and on behalf of his minor son, Zachary Zoe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Jane Moe, Ph.D.; and Rachel Koe, M.D.*

4.

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 26th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel.

/s/ *Melody H. Eagan*
Attorney

# EXHIBIT A

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Abigail Hoverman Terry

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Abigail Hoverman Terry was duly admitted to practice in said Court on (01/23/2019) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (04/21/2022 )

Thomas G. Bruton , Clerk,

By: Emma Younger
     Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ EMMA YOUNGER
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
April 21, 2022