UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County,<br><br>    *Defendants*. | Civil Action No. 2:22-cv-184-LCB |

1.

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## <u>MISTY L. PETERSON</u>

COMES NOW Melody H. Eagan, a member in good standing of the Alabama Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Misty L. Peterson as counsel for Plaintiffs in this action. The movant states the following:

1. Misty L. Peterson is an attorney of the law firm of King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309. Her telephone number is (404) 572-4939 and her email address is mpeterson@kslaw.com.

2. Ms. Peterson is of good character and reputation and is a member in good standing of the State Bar of Georgia (11/17/2000). She is also admitted to practice before the following courts and is a member in good standing in each of the listed courts:

    a. Supreme Court of Georgia (8/14/2006);

    b. Georgia Court of Appeals (9/29/2005);

    c. United States District Court for the Northern District of Georgia (1/3/2005);

    d. United States Court of Appeals for the Eleventh Circuit (3/14/2007);

    e. United States District Court for the Southern District of Indiana (11/4/2016);

2.

    f. United States District Court for the Northern District of Illinois (11/14/2016);

    g. United States District Court for the Eastern District of Michigan (11/8/2017); and

    h. United States District Court for the Western District of Michigan (3/22/2018).

3. Ms. Peterson has never resigned; has never been reprimanded, suspended, placed on inactive status, or disbarred from the practice of law; and has no grievances pending against her. A copy of the certificate of good standing from the United States District Court for the Northern District of Georgia is attached as Exhibit "A."

4. Ms. Peterson is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5. The undersigned movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

6. As required by Local Rule 83.1(b), payment of $75.00 will be made and/or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Misty L. Peterson as counsel *pro hac vice* for Plaintiffs.

Dated: April 26, 2022

/s/ Melody H. Eagan
Melody H. Eagan (ASB-9780-D38M)
Jeffrey P. Doss (ASB-4212-R62D)
Amie A. Vague (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

*Attorneys for Plaintiffs Rev. Paul A. Eknes-Tucker; Brianna Boe, individually and on behalf of her minor son, Michael Boe; James Zoe, individually and on behalf of his minor son, Zachary Zoe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Jane Moe, Ph.D.; and Rachel Koe, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 26th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel.

/s/ *Melody H. Eagan*
Attorney

# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

       I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

       **DO HEREBY CERTIFY** that **MISTY L. PETERSON, State Bar No. 243715,** was duly admitted to practice in said Court on 01/03/2005 and is in good standing as a member of the bar of said Court.

       Dated at Atlanta, Georgia, this 21st day of April, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Beverly Creech
Deputy Clerk

