# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D., <br><br>  *Plaintiffs*, <br><br> v. <br><br> KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County, <br><br>  *Defendants*. | Civil Action No. 2:22-cv-184-LCB |

1.

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## <u>GILBERT OLUSEGUN OLADEINBO</u>

COMES NOW Melody H. Eagan, a member in good standing of the Alabama Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Gilbert Olusegun Oladeinbo as counsel for Plaintiffs in this action. The movant states the following:

1. Gilbert Olusegun Oladeinbo is an attorney of the law firm of King & Spalding LLP, 1180 Peachtree Street, NE, Suite 1600 Atlanta, Georgia 30309. His telephone number is (470) 363-8698 and his email address is goladeinbo@kslaw.com.

2. Mr. Oladeinbo is of good character and reputation and is a member in good standing of the State Bar of Georgia (November 5, 2019). He is also admitted to practice before the following courts and is a member in good standing in each of the listed courts: United States District Court for the Middle District of Georgia (August 25, 2020); and United States District Court for the Northern District of Georgia (April 22, 2022).

3. Mr. Oladeinbo has never resigned; has never been reprimanded, suspended, placed on inactive status, or disbarred from the practice of law; and has no grievances pending against him. A copy of the certificate of good standing from the United States District Court for the Middle District of Georgia is attached as Exhibit "A."

4. Mr. Oladeinbo is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5. The undersigned movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

6. As required by Local Rule 83.1(b), payment of $75.00 will be made and/or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Gilbert Olusegun Oladeinbo as counsel *pro hac vice* for Plaintiffs.

Dated: April 26, 2022

/s/ Melody H. Eagan
Melody H. Eagan (ASB-9780-D38M)
Jeffrey P. Doss (ASB-4212-R62D)
Amie A. Vague (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

3.

*Attorneys for Plaintiffs Rev. Paul A. Eknes-Tucker; Brianna Boe, individually and on behalf of her minor son, Michael Boe; James Zoe, individually and on behalf of his minor son, Zachary Zoe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Jane Moe, Ph.D.; and Rachel Koe, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 26th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel.

/s/ *Melody H. Eagan*
Attorney

5.

# EXHIBIT A

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

## CERTIFICATE OF GOOD STANDING

I, David W. Bunt, Clerk of this Court,

certify that GILBERT O. OLADEINBO, Bar No. 669340

was duly admitted to practice in this Court on

August 25, 2020, and is in good standing

as a member of the Bar of this Court.

Dated at Athens, Georgia on April 21, 2022.



| David W. Bunt | s/ Gail G. Sellers |
| CLERK | DEPUTY CLERK |