# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D., <br><br>    *Plaintiffs*, <br><br> v. <br><br> KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County, <br><br>    *Defendants*. | Civil Action No. 2:22-cv-184-LCB |

1.

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## <u>CYNTHIA CHENG-WUN WEAVER</u>

COMES NOW Melody H. Eagan, a member in good standing of the Alabama Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Cynthia Cheng-Wun Weaver as counsel for Plaintiffs in this action. The movant states the following:

1. Cynthia Cheng-Wun Weaver is an attorney of the law firm/organization of the Human Rights Campaign Foundation; 1640 Rhode Island Avenue, NW, Washington, DC 20036.  Her telephone number is 202-527-3669 and her email address is Cynthia.Weaver@hrc.org.

2. Ms. Weaver is of good character/reputation and is a member in good standing of the State Bar of NY; March 29, 2013.  She is also admitted to practice before the following and is a member in good standing in these courts:

a) United States District Court for the Southern District of New York (2014);

b) United States District Court for the Eastern District of New York (2014);

c) United States Court of Appeals for the Second Circuit (2017); and

d) United States Supreme Court (2017).

3. Ms. Weaver has never been reprimanded, suspended, or disbarred from the practice of law, and has no grievances pending against her. She resigned from the State Bar of New Jersey in 2016 because she no longer wanted to be barred in

that state. A copy of the certificate of good standing from the United States District Court for the Southern District of New York is attached as Exhibit "A."

4. Ms. Weaver is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5. The undersigned movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

6. As required by Local Rule 83.1(b), payment of $75.00 will be made and/or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Cynthia Cheng-Wun Weaver as counsel *pro hac vice* for Plaintiffs.

Dated: April 26, 2022

/s/ Melody H. Eagan
Melody H. Eagan (ASB-9780-D38M)
Jeffrey P. Doss (ASB-4212-R62D)
Amie A. Vague (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com

jdoss@lightfootlaw.com
avague@lightfootlaw.com

*Attorneys for Plaintiffs Rev. Paul A. Eknes-Tucker; Brianna Boe, individually and on behalf of her minor son, Michael Boe; James Zoe, individually and on behalf of his minor son, Zachary Zoe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Jane Moe, Ph.D.; and Rachel Koe, M.D.*

4.

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 26th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel.

/s/ *Melody H. Eagan*
Attorney

5.

# EXHIBIT A

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____CYNTHIA  C.  WEAVER_____ , Bar # _____CL1399_____

was duly admitted to practice in the Court on

_____November 18, 2014_____

and is in good standing as a member of the Bar of this Court

Dated at        500 Pearl St.              On       _____January 24, 2022_____
               New York, New York

By

_____Ruby J. Krajick_____              _____s/ A. Eames_____
         Clerk of Court                                   Deputy Clerk