## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D., | Civil Action No. 2:22-cv-184-LCB |
| *Plaintiffs*, | |
| v. | |
| KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County, | |
| *Defendants*. | |

1.

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## <u>SCOTT D. MCCOY</u>

COMES NOW Melody H. Eagan, a member in good standing of the Alabama Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Scott D. McCoy as counsel for Plaintiffs in this action. The movant states the following:

1.      Scott D. McCoy is an attorney of the law firm/organization of the Southern Poverty Law Center; P.O. Box 12463, Miami, FL 33101.   His telephone number   is   (334)   224-4309   and   his   email   address   is scott.mccoy@splcenter.org.

2.      Mr. McCoy is of good character/reputation and is a member in good standing of the State Bar of FL;12/21/2017.  He is also admitted to practice before  the  following  and  is  a  member  in  good  standing  in  these  courts:

a)      State courts of New York (2001);

b)      United  States  District  Court  for  the  Southern  District  of  New  York (2001);

c)      United  States  District  Court  for  the  Eastern  District  of  New  York (2001);

d)      State courts of Utah (2003);

e)      United States District Court for the District of Utah (2003);

f)     United States Court of Appeals for the Tenth Circuit (2008);

g)     United States Court of Appeals for the Eleventh Circuit (2015);

h)     United States District Court for the Middle District of Florida (2018); and

i)     United States District Court for the Southern District of Florida (2021).

3.     Mr. McCoy has never resigned; has never been reprimanded, suspended, placed on inactive status, or disbarred from the practice of law; and has no grievances pending against him. A copy of the certificate of good standing from the United States District Court for the Southern District of Florida is attached as Exhibit "A."

4.     Mr. McCoy is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5.     The undersigned movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

6.     As required by Local Rule 83.1(b), payment of $75.00 will be made and/or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Scott D. McCoy as counsel *pro hac vice* for Plaintiffs.

Dated: April 26, 2022

/s/ Melody H. Eagan
Melody H. Eagan (ASB-9780-D38M)
Jeffrey P. Doss (ASB-4212-R62D)
Amie A. Vague (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

*Attorneys for Plaintiffs Rev. Paul A. Eknes-Tucker;
Brianna Boe, individually and on behalf of her
minor son, Michael Boe; James Zoe, individually
and on behalf of his minor son, Zachary Zoe;
Megan Poe, individually and on behalf of her
minor daughter, Allison Poe; Kathy Noe,
individually and on behalf of her minor son,
Christopher Noe; Jane Moe, Ph.D.; and Rachel
Koe, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 26th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel.


/s/ *Melody H. Eagan*
Attorney

# EXHIBIT A

**Exhibit A**

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Scott D. McCoy**, Florida Bar # **1004965**, was duly admitted to practice in this Court on **April 19, 2021**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on April 19, 2022.

_Angela E. Noble_
_Court Administrator • Clerk of Court_