# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D.<br><br>*Plaintiffs*,<br><br>v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County.<br><br>*Defendants*. | Civil Action No. 2:22-cv-184-LCB |

1.

# MOTION FOR ADMISSION *PRO HAC VICE* OF
# SARAH WARBELOW

COMES NOW Melody H. Eagan, a member in good standing of the Alabama Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Sarah Warbelow as counsel for Plaintiffs in this action. The movant states the following:

1. Sarah Warbelow is an attorney of the law firm/organization of the Human Rights Campaign Foundation; 1640 Rhode Island Avenue NW, Washington, DC 20036.  Her telephone number is 202-572-8981 and her email address is sarah.warbelow@hrc.org.

2. Ms. Warbelow is of good character and reputation and is a member in good standing of the State Bar of Michigan (February 19, 2004).  She is also admitted to practice before the following court and is a member in good standing: United States Court of Appeals for the Second Circuit (2021).

3. Ms. Warbelow has never been reprimanded, suspended, or disbarred from the practice of law, and has no grievances pending against her. A copy of the certificate of good standing from the United States Court of Appeals for the Second Circuit is attached as Exhibit "A."

4. Ms. Warbelow is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5. The undersigned movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

6. As required by Local Rule 83.1(b), payment of $75.00 will be made and/or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Sarah Warbelow as counsel *pro hac vice* for Plaintiffs.

Dated: April 26, 2022

> /s/ Melody H. Eagan
> Melody H. Eagan (ASB-9780-D38M)
> Jeffrey P. Doss (ASB-4212-R62D)
> Amie A. Vague (ASB-4113-Q46I)
> LIGHTFOOT, FRANKLIN & WHITE LLC
> The Clark Building
> 400 20th Street North
> Birmingham, AL 35203
> 205.581.0700
> meagan@lightfootlaw.com
> jdoss@lightfootlaw.com
> avague@lightfootlaw.com
>
> *Attorneys for Plaintiffs Rev. Paul A. Eknes-Tucker; Brianna Boe, individually and on behalf of her*

3.

*minor son, Michael Boe; James Zoe, individually and on behalf of his minor son, Zachary Zoe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Jane Moe, Ph.D.; and Rachel Koe, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 26th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel.

/s/ *Melody H. Eagan*
Attorney

# EXHIBIT A

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

# CERTIFICATE OF GOOD STANDING

I, CATHERINE O'HAGAN WOLFE, Clerk of the United States Court of Appeals for the Second Circuit,

CERTIFY that **SARAH WARBELOW** is admitted to practice in said on January 12th, 2021, and is in good standing.

Dated: August 5, 2021

*CATHERINE O'HAGAN WOLFE*
Clerk of Court

*Kevin Brofsky*

Kevin Brofsky
Deputy Clerk/Adm.