# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, et al., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) ) Civil Action No.: |
| KAY IVEY, in her official capacity as Governor of the State of Alabama, et al., | ) 2:22-cv-184-LCB-SRW ) ) ) |
| *Defendants*. | ) ) |

## NOTICE OF APPEARANCE

Comes now, Thomas A. Wilson, a member of the Bar of this Court, and enters his appearance as counsel for District Attorneys Darryl D. Bailey, C. Wilson Blaylock, Jessica Ventiere, Tom Anderson, and Danny Carr, each sued in his or her official capacity.

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/ Thomas A. Wilson
Thomas A. Wilson (ASB-1484-D25C)
  *Deputy Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152

Telephone: 334.242.7300
Facsimile:  334.353.8400
Thomas.Wilson@AlabamaAG.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Thomas A. Wilson
*Counsel for Defendants*