AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, **Robin L. Blume**, Clerk of this Court,

certify that **Christopher Ernest Mills**, Bar # **13432**,

was duly admitted to practice in this Court on **02/19/2021**, and is in good standing as a member

of the Bar of this Court.

Dated at **Columbia, South Carolina** (Location) on **04/26/2022** (Date)

Robin L. Blume
CLERK

Amanda D. Hilley
DEPUTY CLERK