IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER *et al.*, | |
| Plaintiffs, | CIVIL ACTION NO. 2:22-cv-00184-LCB-SRW |
| v. | |
| KAY IVEY *et al.*, | |
| Defendants. | |

CONFLICT DISCLOSURE STATEMENT

Comes now the United States of America, by and through the undersigned counsel, and makes the following Conflict Disclosure Statement in accordance with this Court's General Order No. 3047:

The United States is a government entity.

//

//

//

//

//

//

//

Dated: April 29, 2022                    Respectfully submitted,

SANDRA J. STEWART
United States Attorney
Middle District of Alabama

PRIM F. ESCALONA
United States Attorney
Northern District of Alabama

LANE H. WOODKE
Chief, Civil Division
Northern District of Alabama

*s/ Jason R. Cheek*
JASON R. CHEEK
Deputy Chief, Civil Division
U.S. Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2104
jason.cheek@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

/s/ Jason R. Cheek
Jason R. Cheek
Assistant U.S. Attorney