IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D. | Case No. 2:22-cv-184-LCB-SRW<br><br>Honorable Liles C. Burke<br><br>Opposed |
|                        Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>                       Plaintiff-Intervenor,<br><br>   v.<br><br>STATE OF ALABAMA; KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for | |

1

> the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County.
>
> Defendants.

### PLAINTIFF-INTERVENOR UNITED STATES' MOTION FOR TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION

Plaintiff-Intervenor the United States of America ("United States"), pursuant to Rule 65 of the Federal Rules of Civil Procedure, hereby moves for a temporary restraining order and preliminary injunction to enjoin Defendants' enforcement of Section 4 of Alabama Senate Bill ("S.B.") 184. Counsel for the United States has spoken to counsel in the Alabama Attorney General's Office, who indicated that the Defendants oppose the relief requested in this motion.

The felony ban on various forms of gender-affirming medical care for transgender minors contained in Section 4 of S.B. 184 discriminates on the basis of sex and transgender status in violation of the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution. The factual and legal bases for the United States' motion are set forth in the accompanying Memorandum in Support of Plaintiff-Intervenor United States' Motion for a Temporary Restraining Order and a Preliminary Injunction. The United States acknowledges that its Motion to Intervene [Dkt. No. 58], and Motion for Leave to

File Excess pages [Dkt. No. 60], are still pending and have not been ruled on by the Court [Dkt. No. 61].

In filing this motion, the United States does not seek to delay the case or the already-scheduled proceedings. The United States recognizes that S.B. 184 will go into effect on May 8, 2022 and that the *Eknes-Tucker* Plaintiffs previously filed a motion for a temporary restraining order and preliminary injunction, and that the Court has set a hearing on that motion, which is scheduled to begin on May 5, 2022. The United States' complaint in intervention and this motion do not raise any new claims and the government is prepared to argue and present evidence in support of this motion at the upcoming hearing, if permitted by the Court. The United States is also willing to forego filing a reply brief to prevent prejudice to the other parties.

| | |
|---|---|
| Dated: April 29, 2022 | Respectfully submitted, |
| SANDRA J. STEWART<br>United States Attorney<br>Middle District of Alabama | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| PRIM F. ESCALONA<br>United States Attorney<br>Northern District of Alabama | JOHN POWERS (DC Bar No. 1024831)<br>Counsel to the Assistant Attorney General<br>Civil Rights Division |
| LANE H. WOODKE<br>Chief, Civil Division<br>Northern District of Alabama | CHRISTINE STONEMAN<br>Chief, Federal Coordination and<br>Compliance Section |
| *s/Jason R. Cheek*<br>JASON R. CHEEK<br>Deputy Chief, Civil Division<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, Alabama 35203<br>Tel.: (205) 244-2104<br>Jason.Cheek@usdoj.gov | COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and<br>Compliance Section<br><br>*s/Alyssa C. Lareau*<br>ALYSSA C. LAREAU (DC Bar No. 494881)<br>RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division |
| STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197<br>Tel.: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 305-2994<br>Alyssa.Lareau@usdoj.gov<br>Renee.Williams3@usdoj.gov<br>Kaitlin.Toyama@usdoj.gov<br><br>*Attorneys for Plaintiff-Intervenor United States of America* |

4

CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

s/ *Jason R. Cheek*
Jason R. Cheek
Assistant U.S. Attorney