# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

REV. PAUL A. EKNES-TUCKER, *et al.*,

    *Plaintiffs*,

v.

KAY IVEY, in her official capacity as Governor of Alabama, *et al.*,

    *Defendants*.

Civil Action No. 2:22-cv-184-LCB

## DECLARATION OF A. REID HARRIS IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (DOC. 7)

I, A. Reid Harris, hereby declare as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I am an Assistant Attorney General for the State of Alabama.

3. The facts I set out here are based on my personal knowledge and are true and correct to the best of my knowledge.

4. I have not appeared as counsel in this case, but I attended the status conference on April 22, 2022, where I sat in the gallery and observed the proceedings. While at the status conference, I saw an Assistant United States Attorney from the Northern District of Alabama observing the status conference.

1

5. I understand that the individual was an Assistant United States Attorney based on a conversation I witnessed between her and a security guard. While passing through security at the entrance to the courthouse, she had a discussion with the security guard about whether Assistant United States Attorneys from outside the Middle District of Alabama were required to go through security. During that conversation, she indicated to the guard that she was from the Northern District of Alabama.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 2, 2022

A. Reid Harris
*Assistant Attorney General*