# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D., <br><br> *Plaintiffs*, <br><br> v. <br><br> KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County, <br><br> *Defendants*. | Civil Action No. 2:22-cv-00184-184-LCB <br><br> Hon. Liles C. Burke |

**PLAINTIFFS' RESPONSE TO THE UNITED STATES'
MOTION TO INTERVENE (DOC. 58) AND DEFENDANTS' RESPONSE
(DOC. 63)**

Plaintiffs do not oppose the request of the United States to intervene in this action pursuant to Federal Rule of Procedure 24.

Plaintiffs strongly oppose, however, Defendants' alternative request, in Defendants' partial opposition to the government's motion to intervene, that if the United States is permitted to intervene, the currently scheduled hearing on Plaintiffs' motion for a temporary restraining order and preliminary injunction be delayed by at least two weeks. (Doc. 63 at 9.) While the undersigned counsel for Plaintiffs indicated at the April 22 hearing that Plaintiffs' evidentiary presentation could take 1 ½ days, Plaintiffs have since streamlined their anticipated witness presentations where Plaintiffs believe they can complete their case in one day. At the April 22 hearing, counsel for Defendants represented that their presentation of evidence could be completed in one-half day. Plaintiffs therefore expect that the current hearing schedule would enable the United States to offer one additional witness, and for the parties to fully respond to the United States' argument and evidence. Moreover, Defendants offer no reason why the addition of the United States' single witness requires two more weeks to prepare for the hearing.

Alternatively, if the Court concludes that granting intervention to the United States would require delay of the currently scheduled hearing, then Plaintiffs oppose the United States' intervention until completion of the hearing as scheduled. As argued more fully in Plaintiffs' memorandum in support of their motion for

temporary restraining order and preliminary injunction (Doc. 8), any delay would severely prejudice Plaintiffs, as they will suffer irreparable harm should the challenged statute go into effect as scheduled on May 8, 2022.

Respectfully submitted this 2nd day of May, 2022.

/s/ Melody H. Eagan
Melody H. Eagan (ASB-9780-D38M)
Jeffrey P. Doss (ASB-4212-R62D)
Amie A. Vague (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

J. Andrew Pratt (ASB-3507-J56P)
Misty L. Peterson (GA Bar No. 243715) (*pro hac vice* application pending)
Adam Reinke (GA Bar No. 510426) (*pro hac vice* application pending)
Gilbert Oladeinbo (GA Bar No. 669340) (*pro hac vice* application pending)
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
404.572.4600
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com
goladeinbo@kslaw.com

2

Brent P. Ray (IL Bar No. 6291911) (*pro hac vice* application pending)
Abigail Hoverman Terry (IL Bar No. 6327057) (*pro hac vice* application pending)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
312.995.6333
bray@kslaw.com
ahoverman@kslaw.com

Michael B. Shortnacy (CA Bar No. 277035) (*pro hac vice* application pending)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
213.443.4355
mshortnacy@kslaw.com

Asaf Orr (CA Bar No. 261650) (*pro hac vice* application pending)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
415.392.6257
aorr@nclrights.org

Jennifer L. Levi (MA Bar No. 562298) (*pro hac vice* application pending)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
617.426.1350
jlevi@glad.org

Scott D. McCoy (FL Bar No. 1004965) (*pro hac vice* application pending)
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
334.224.4309
scott.mccoy@splcenter.org

Diego A. Soto (ASB-3626-Y61S)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
334.604.1414
diego.soto@splcenter.org

Jessica L. Stone (GA Bar No. 275567) (*pro hac vice* application pending)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
404.221.5837
jessica.stone@splcenter.org

Sarah Warbelow (MI Bar No. P66690) (*pro hac vice* application pending)
Cynthia Weaver (NY Bar No. 5091848) (*pro hac vice* application pending)
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
202.628.4160
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

4

## **CERTIFICATE OF SERVICE**

I certify that, on May 2, 2022, I electronically filed the foregoing Reply and accompanying Declaration with the Clerk of Court using the CM/ECF filing system, which will provide notice of such filing to all counsel of record.

*/s/ Melody H. Eagan*
*Attorney for Plaintiffs*
