IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>KAY IVEY *et al.*,<br><br>  Defendants. | CIVIL ACTION NO.<br>2:22-cv-00184-LCB |

NOTICE OF APPEARANCE

Comes now the United States of America, by and through Prim F. Escalona, United States Attorney for the Northern District of Alabama, and gives Notice of Appearance of Lane H. Woodke, Assistant United States Attorney, as a counsel of record for the United States in this case.

//

//

//

//

//

//

//

2

Dated:  May 2, 2022                                Respectfully submitted,

                                                   PRIM F. ESCALONA
                                                   UNITED STATES ATTORNEY

                                                   /s/ Lane H. Woodke
                                                   Lane H. Woodke
                                                   Assistant U.S. Attorney
                                                   U.S. Attorney's Office
                                                   1801 Fourth Avenue North
                                                   Birmingham, Alabama 35203
                                                   (205) 244-2001
                                                   (205) 244-2181 (fax)
                                                   lane.woodke@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                        Respectfully submitted,

                        /s/ Lane H Woodke
                        Lane H Woodke
                        Assistant U.S. Attorney