IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KAY IVEY *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>2:22-cv-00184-LCB-SRW |

NOTICE OF APPEARANCE

Comes now the United States of America, by and through the Assistant Attorney General for Civil Rights and the U.S. Attorney for this District, and gives the Notice of Appearance of Coty Montag, Deputy Chief of the Federal Coordination and Compliance Section of the Civil Rights Division at the U.S. Department of Justice, as a counsel of record for Plaintiff-Intervenor United States in this case.

| | |
|---|---|
| Dated: May 2, 2022 | Respectfully submitted, |
| SANDRA J. STEWART<br>United States Attorney<br>Middle District of Alabama | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| PRIM F. ESCALONA<br>United States Attorney<br>Northern District of Alabama | JOHN POWERS<br>Counsel to the Assistant Attorney General<br>Civil Rights Division |
| LANE H. WOODKE<br>Chief, Civil Division<br>Northern District of Alabama | CHRISTINE STONEMAN<br>Chief, Federal Coordination and<br>Compliance Section |
| JASON R. CHEEK<br>Deputy Chief, Civil Division<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, Alabama 35203<br>Tel.: (205) 244-2104<br>Jason.Cheek@usdoj.gov | *s/Coty Montag*<br>COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and<br>Compliance Section<br><br>ALYSSA C. LAREAU (DC Bar. No 494881)<br>RENEE WILLIAMS (CAR Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>Trial Attorneys |
| STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197<br>Tel.: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance<br>Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 305-2994<br>Alyssa.Lareau@usdoj.gov<br>Renee.Williams3@usdoj.gov<br>Kaitlin.Toyama@usdoj.gov |
| | *Attorneys for Plaintiff-Intervenor United States of America* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                              Respectfully submitted,

                              s/ *Coty Montag*
                              Coty Montag
                              Deputy Chief, Federal Coordination and
                              Compliance Section