IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KAY IVEY *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br>2:22-cv-00184-LCB-SRW |

## NOTICE OF APPEARANCE

Comes now the United States of America, by and through the Assistant Attorney General for Civil Rights and the United States Attorney for this District, and gives the Notice of Appearance of John Powers, Counsel, Civil Rights Division, U.S. Department of Justice, as a counsel of record for Plaintiff-Intervenor United States in this case.

Dated: May 2, 2022

SANDRA J. STEWART
United States Attorney
Middle District of Alabama

PRIM F. ESCALONA
United States Attorney
Northern District of Alabama

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

*/s/ John Powers*
JOHN POWERS (DC Bar No. 1024831)
Counsel to the Assistant Attorney General
Civil Rights Division

<div style="display: flex;">
<div>

LANE H. WOODKE  
Chief, Civil Division  
Northern District of Alabama

JASON R. CHEEK  
Deputy Chief, Civil Division  
U.S. Attorney's Office  
Northern District of Alabama  
1801 Fourth Avenue North  
Birmingham, Alabama 35203  
Tel.: (205) 244-2104  
Jason.Cheek@usdoj.gov

STEPHEN D. WADSWORTH  
Assistant United States Attorney  
U.S. Attorney's Office  
Middle District of Alabama  
Post Office Box 197  
Montgomery, Alabama 36101-0197  
Tel.: (334) 223-7280  
Stephen.Wadsworth@usdoj.gov

</div>
<div>

CHRISTINE STONEMAN  
Chief, Federal Coordination and  
Compliance Section

COTY MONTAG (DC Bar No. 498357)  
Deputy Chief, Federal Coordination and  
Compliance Section

ALYSSA C. LAREAU (DC Bar No. 494881)  
RENEE WILLIAMS (CA Bar No. 284855)  
KAITLIN TOYAMA (CA Bar No. 318993)  
Trial Attorneys  
United States Department of Justice  
Civil Rights Division  
Federal Coordination and Compliance  
Section  
950 Pennsylvania Avenue NW - 4CON  
Washington, DC 20530  
Tel.: (202) 305-2994  
Alyssa.Lareau@usdoj.gov  
Renee.Williams3@usdoj.gov  
Kaitlin.Toyama@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

</div>
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                          Respectfully submitted,

                                          */s/ John Powers*
                                          John Powers
                                          Counsel, U.S. Department of Justice