# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| REV. PAUL A. EKNES-TUCKER, | ) | |
| *et al.,* | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00184-LCB-SRW |
| | ) | |
| KAY IVEY, in her official capacity | ) | |
| as Governor of the State of Alabama, | ) | |
| *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

### DEFENDANTS' EXHIBIT LIST AND NOTICE OF FILING OF EVIDENCE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Defendants Kay Ivey, in her official capacity as Governor of the State of Alabama; Steve Marshall, in his official capacity as Attorney General of the State of Alabama; Daryl D. Bailey, in his official capacity as District Attorney for Montgomery County; C. Wilson Blaylock, in his official capacity as District Attorney for Cullman County; Jessica Ventiere, in her official capacity as District Attorney for Lee County; Tom Anderson, in his official capacity as District Attorney for the 12ᵗʰ Judicial Circuit; and Danny Carr, in his official capacity as District Attorney for Jefferson County, submit the following exhibit list for the preliminary injunction hearing scheduled for May 5 and 6, 2022. Defendants also give notice of the filing of the exhibits listed below. These same exhibits will be cited in

Defendants' brief in opposition to the Plaintiffs' motion, which will be filed separately.

## Exhibit List

D1   Alabama Vulnerable Child Compassion and Protection Act, Act 2022-289 (SB184)

D2   Declaration of Dr. James Cantor, Ph.D.

D3   Declaration of Dr. Michael K. Laidlaw, M.D.

D4   Declaration of Dr. Quentin L. Van Meter, M.D.

D5   Declaration of Dr. Paul W. Hruz, M.D., Ph.D.

D6   Declaration of Dr. Patrick Hunter, M.D.

D7   Declaration of Dr. Dianna Kenny, Ph.D.

D8   Stephen B. Levine, E. Abbruzzese & Julia M. Mason, *Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults*, J. OF SEX & MARITAL THERAPY (Mar. 17, 2022)

D9   *Evidence Review: Gonadotropin Releasing Hormone Analogues for Children and Adolescents with Gender Dysphoria*, Nat'l Inst. for Health & Care Excellence (NICE) (released Mar. 11, 2021), *available at* https://arms.nice.org.uk/resources/hub/1070905/attachment

D10   *Evidence Review: Gender-Affirming Hormones for Children and Adolescents with Gender Dysphoria*, Nat'l Inst. for Health & Care Excellence (NICE) (released Mar. 11, 2021), *available at* https://arms.nice.org.uk/resources/hub/1070871/attachment

D11   Sweden National Board of Health and Welfare Policy Statement, Socialstyrelsen, *Care of Children and Adolescents with Gender Dysphoria: Summary* (2022) *available at* https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2022-3-7799.pdf

D12   Finland's Council for Choices in Healthcare Policy Statement, Palveluvalikoima, *Recommendation of the Council for Choices in Health Care in Finland (PALKO / COHERE Finland)* unofficial translation by Society for Evidence Based Medicine available in English at https://segm.org/sites/default/files/Finnish_Guidelines_2020_Minors_Unofficial%20Translation.pdf

D13   Académie Nationale de Médecine, *Medicine and Gender Transidentity in Children and Adolescents* (Feb. 25, 2022), *available at* https://www.academie-medecine.fr/wp-content/uploads/2022/03/22.2.25-Communique-PCRA-19-Gender-identity-ENG.pdf

D14   The Royal Australian & New Zealand College of Psychiatrists, *Recognising and Address the Mental Health Needs of People Experiencing Gender Dysphoria / Gender Incongruence*, Position Statement 103 (Aug. 2021), *available at* https://perma.cc/LR94-73ZU

D15   *Bell v. Tavistock & Portman Nat'l Health Serv. Found. Tr.* [2020] EWHC (Admin) 3274

D16   Centers for Medicare & Medicaid Services, Tamara Syrek Jensen, et al., *Decision Memo for Gender Dysphoria and Gender Reassignment Surgery* (CAG-00446N) (Aug. 30, 2016), *available at* https://perma.cc/9CQN-938N

D17   Am. Psychiatric Ass'n, DIAGNOSTIC AND STATISTICAL MANUAL OF MENTAL DISORDERS (5th ed. 2013) (excerpts)

D18   World Professional Ass'n for Transgender Health (WPATH), *Standards of Care for the Health of Transsexual, Transgender, and Gender-Conforming People* (7th Version) (2012)

D19   Wylie C. Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guidelines*, 102 J. CLINICAL ENDOCRINOLOGY & METABOLISM 3869 (Nov. 2017)

D20   Lisa Littman, *Parent Reports of Adolescents & Young Adults Perceived to Show Signs of a Rapid Onset of Gender Dysphoria*, PLOS ONE 13(8):e0202330

D21    Lisa Littman, *Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition who Subsequently Detransitioned: A Survey of 100 Detransitioners*, 50 ARCHIVES OF SEXUAL BEHAVIOR No. 50, 3353-54 (Oct. 2021)

D22    Elie Vandenbussche, *Detransition-Related Needs and Support: A Cross-Sectional Online Survey*, JOURNAL OF HOMOSEXUALITY (Apr. 30, 2021), *available at* https://doi.org/10.1080/00918369.2021.1919479

D23    Annelou de Vries et al., *Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment*, 130 PEDIATRICS, No. 4, 696-704 (Oct. 2014)

D24    Jason Rafferty, *Policy Statement, Am. Academy of Pediatrics, Ensuring Comprehensive Care & Support for Transgender & Gender-Diverse Children & Adolescents*, 142 Pediatrics no. 4, at 3 (Oct. 2018), *available at* https://perma.cc/EE6U-PN66

D25    Am. Psych. Ass'n, *Guidelines for Psychological Practice with Transgender and Gender Nonconforming People*, 70 Am. Psychologist 832, 836 (Dec. 2015), *available at* https://www.apa.org/practice/guidelines/transgender.pdf

D26    Declaration of Corinna Cohn

D27    Declaration of Sydney Wright

D28    Declaration of Carol Frietas

D29    Declaration of Barbara F.[*]

D30    Declaration of John Doe*

D31    Declaration of John Roe*

D32    Declaration of Kristine W.*

D33    Declaration of Yaacov Sheinfeld

---

[*] Proceeding using a pseudonym to protect the privacy of minor children suffering from gender dysphoria.

D34    Declaration of Martha S.*

D35    Declaration of KathyGrace Duncan

D36    Declaration of Jeanne Crowley*

D37    Declaration of Ted H. Halley

D38    Declaration of Kellie C.*

D39    Declaration of Gary Warner

D40    April 15, 2022 emails regarding *Ladinsky v. Ivy* litigation

Defendants reserve the right to proffer rebuttal exhibits, impeachment exhibits, and any exhibit listed by another party to this action. Pursuant to this Court's order (doc. 34), Defendants file a copy of each exhibit.

Respectfully submitted,

Steve Marshall
  *Attorney General*

Christopher Mills
(SC Bar No. 101050)
 (*pro hac vice* motion pending)

SPERO LAW LLC
557 East Bay St.
#22251
Charleston, SC 29451
Telephone: (843) 606-0640
cmills@spero.law

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
  *Deputy Solicitors General*

s/ James W. Davis
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue

P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on May 2, 2022, which will serve all counsel of record.

s/ James W. Davis
*Counsel for Defendants*