

DEFENDANT'S
EXHIBIT
**5**

# UNITED STATES DISTRICTCOURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

REV. PAUL A. EKNES-TUCKER;  )
BRIANNA BOE, individually and on )
behalf of her minor son, MICHAEL  )
BOE; JAMES ZOE, individually and )
on behalf of his minor son,         )    CIVIL ACTION #
ZACHARY ZOE; MEGAN POE,     )    2:22-cv-00184-LCB-SRW
individually and on behalf of her    )
minor daughter, ALLISON POE;    )
KATHY NOE, individually and on   )
behalf of her minor son,          )    **Expert Report of Paul W. Hruz,**
CHRISTOPHER NOE; JANE MOE,  )    **M.D., Ph.D.**
Ph.D; and RACHEL KOE, M.D.    )
                           )
            Plaintiffs,  )
v.                          )
                           )
KAY IVEY, in her official capacity  )
As Governor of the State of Alabama; )
STEVE MARSHALL, in his official  )
capacity as Attorney General of the  )
State of Alabama; DARYL D.      )
BAILEY, in his official capacity as  )
District Attorney for Montgomery   )
County; C. WILSON BAYLOCK, in )
his official capacity as District     )
Attorney for Cullman County;     )
JESSICA VENTIERE, in her official )
capacity as District Attorney for Lee )
County; TOM ANDERSON in his   )
official capacity as District Attorney )
for the 12th Judicial Circuit; and   )
DANNY CARR, in his official     )
Capacity as District Attorney for   )
Jefferson County.             )
            Defendants )
_____)

Pursuant to 28 U.S.C. 1746, I declare:

1.      RETAINED AS EXPERT WITNESS - VITAE: I have been retained by counsel for Defendants as an expert witness in connection with the above-captioned litigation.  I have actual knowledge of the matters stated in this declaration.  My professional background, experience, and publications are detailed in my curriculum vitae.  A true and accurate copy of my CV is attached as Exhibit A to this declaration.

2.      EDUCATION - ACADEMIC APPOINTMENTS:  I received my Doctor of Philosophy degree from the Medical College of Wisconsin in 1993.  I received my Medical Degree from the Medical College of Wisconsin in 1994.  I am an Associate Professor of Pediatrics in the Division of Pediatric Endocrinology and Diabetes at Washington University School of Medicine.  I also have a secondary appointment as Associate Professor of Cellular Biology and Physiology in the Division of Biology and Biological Sciences at Washington University School of Medicine. I served as Chief of the Division of Pediatric Endocrinology and Diabetes at Washington University from 2012-2017.  I served as the Director of the Pediatric Endocrinology Fellowship Program at Washington University from 2008-2016.  I am currently serving as Associate Fellowship Program Director at Washington University in St. Louis.

3.      HISTORY OF BOARD CERTIFICATIONS:  I am board certified in Pediatrics and Pediatric Endocrinology.  I have been licensed to practice medicine in Missouri since 2000.  I also have a temporary license to practice telemedicine in Illinois during the COVID-19 pandemic.  My professional memberships include the American Diabetes Association, the Pediatric Endocrine Society, and the Endocrine Society.

4.      SCIENTIFIC PUBLICATIONS IN PEER REVIEWED JOURNALS:  I have published 60 scholarly articles over my academic career spanning over two decades.  This includes

peer-reviewed publications in the leading journals in the fields of metabolism, cardiology, HIV, and ethics including the Gastroenterology, Circulation, Diabetes, Science Signaling, the Journal of Biological Chemistry and FASEB Journal. See my current Curriculum Vitae attached as Exhibit A.

5.     EDITORIAL DUTIES - RESEARCH GRANTS: I have served as a Reviewer for a number of leading science journals in relevant fields including the Journal of Clinical Endocrinology and Metabolism, the Journal of Biological Chemistry, Diabetes, Scientific Reports and PlosOne. I have received over 4.6 million dollars in governmental and non-governmental funding for scientific research including grants from the National Institutes of Health, the American Diabetes Association, The American Heart Association, the March of Dimes, and the Harrington Discovery Institute. I am a member of the Alpha Omega Alpha Medical Honor Society and have received the Armond J. Quick Award for Excellence in Biochemistry, the Eli Lilly Award for Outstanding Contribution to Drug Discovery, and the Julio V. Santiago Distinguished Scholar in Pediatrics Award.

6.     CLINICAL EXPERIENCE: During the more than 20 years that I have been in clinical practice, I have participated in the care of hundreds of infants and children, including adolescents, with disorders of sexual development. I was a founding member of the multidisciplinary Disorders of Sexual Development (DSD) program at Washington University. I continue to contribute to the discussion of complex cases and the advancement of research priorities in this field. In the care of these patients, I have acquired expertise in the understanding and management of associated difficulties in gender identification and gender transitioning treatment issues. I have trained and/or supervised hundreds of medical students, residents and clinical fellows in the practice of medicine.

7.     PREVIOUS LEGAL CASES AS AN EXPERT WITNESS:  Related to the litigation

of issues of sex and gender, I have been designated as an expert witness in Joaquín Carcaño et al

vs. Patrick McCrory (United States District Court, M.D. North Carolina), Jane Doe vs Board of

Education of the Highland School District (United States District Court For the Southern District

of Ohio Eastern Division, Case No. 2:16-CV-524), Ashton Whitaker vs. Kenosha Unified School

District (United States District Court Eastern District of Wisconsin, Civ. Action No. 2:16-cv-

00943), Adams vs. the School Board of St. John's County (United States District Court Middle

District Of Florida Jacksonville Division, Case No. 3:17-cv-739-J-32JBT),  Terri Bruce vs State

of South Dakota (The United States District Court District of South Dakota Western Division,

Case No. 17-5080), Kadel vs. Falwell (The United States District Court For The Middle District

Of North Carolina, Case No.: 1:19-cv-272-LCB-LPA), Brandt v Rutledge (The United States

District Court Eastern District of Arkansas Central Division, Case No. 4:21-CV-00450-JM), and

Cause DF-15-09887-SD of the 255th Judicial Circuit of Dallas County, TX regarding the dispute

between J.A. D.Y. and J.U. D.Y., Children.  Only in the last case did I testify at trial.  I have also

served as a science consultant or subjected written testimony for court cases in Canada (B.C. Su-

preme Court File No. E190334) and Great Britain (Bell v Tavistock).

8.     COMPENSATION:  I am being compensated at an hourly rate for actual time de-

voted, at the rate of $400 per hour including report drafting, travel, testimony, and consultation.

My compensation does not depend on the outcome of this litigation, the opinions I express, or

the testimony I provide.

9.     CONSULTS-DISCUSSIONS REGARDING THE RELEVANT SCIENCE and

CLINICAL ISSUES:  In my role as a scientist and as the Director of the Division of Pediatric

Endocrinology at Washington University, I extensively studied the existing scientific research

literature related to the incidence, potential etiology, and treatment of gender dysphoria as efforts were made to develop a Transgender Medicine Clinic at Saint Louis Children's Hospital. I have participated in local and national meetings where the endocrine care of children with gender dysphoria has been discussed in detail and debated in depth. I have met individually and consulted with several pediatric endocrinologists (including Dr. Norman Spack) and other professionals specializing in sexual health (including Eli Coleman) who have developed and led transgender programs in the United States. I have also consulted with, met with, and had detailed discussions with dozens of parents of children with gender dysphoria to understand the unique difficulties experienced by this patient population. I continue to evaluate the ongoing experimental investigation of this condition. I am frequently consulted by other medical professionals to help them understand the complex medical and ethical issues related to this emerging field of medicine.

10.    In my opinion, there is a serious lack of quality scientific evidence regarding the safety and efficacy of gender affirming medical interventions for individuals who exercise sex discordant gender identity. Use of such medical interventions remains a highly controversial and largely experimental approach.

Pediatric patients referred to our practice for the evaluation and treatment of gender dysphoria are cared for by an interdisciplinary team of providers that includes a psychologist and pediatric endocrinologist who have been specifically chosen for this role based upon a special interest and professional knowledge and training in this rare patient population. Due to the documented, important, ethical concerns regarding the safety, efficacy, and scientific validity of controversial, unproven, and experimental treatment paradigms, I have not personally engaged in the delivery of gender affirming medical interventions to children with gender dysphoria. Given the

unproven long-term benefits and the well-documented risks and harms of "transitioning" children, I decline to participate in such experimental treatments until the science has proven that the relative risks and benefits of this approach warrant such procedures.

My decision is strengthened by the knowledge that the vast majority of children who report gender dysphoria will, if left untreated, grow out of the problem — a natural coping-developmental process — and willingly accept their biological sex.  Despite differences in country, culture, decade, follow-up length and method, multiple studies have come to a remarkably similar conclusion:  Very few gender dysphoric children still want to transition by the time they reach adulthood.  Many turn out to have been struggling with sexual orientation issues rather than Gender Discordant "transgender" identity.  The exact number of children who experience realignment of gender identity with biological sex by early adult life varies by study.  Estimates within the peer reviewed published literature range from 50-98%, with most reporting desistance in approximately 85% of children prior to the widespread adoption of the "gender affirmation only" approach.  Thus, desistance (i.e., the child accepting their natal, biological sex identity and declining "transitioning" treatments) is the outcome for the vast majority of affected children who are not actively encouraged to proceed with sex-discordant gender affirmation.  Since there are no reliable assessment methods for identifying the small percentage of children with persisting sex-gender identity discordance from the vast majority who will accept their biological sex, and since puberty blocking treatments, hormone transition treatments, and surgical transition treatments are all known to have potentially life-long devastating, negative effects on patients, I and many colleagues view it as unethical to treat children with an unknown future by using experimental, aggressive, and intrusive gender affirming medical interventions.  See J. Cantor,

Ph.D. summary of multiple research studies at http://www.sexologytoday.org/2016/01/do-trans-kids-stay-trans-when-they-grow_99.html, and other publications reviewed in detail below).

11.     PEER-REVIEWED, PUBLISHED RESEARCH IN CREDIBLE SCIENCE-MEDICAL JOURNALS:  My opinions as detailed in this declaration are based upon my knowledge and direct professional experience in the subject matters discussed.  The materials that I have relied upon are the same types of materials that other experts in my field of clinical practice rely upon when forming opinions on the subject including hundreds of published, peer reviewed scientific research (and professional) articles.  As discussed in detail in this declaration, the extant published literature on the use of puberty blockers, cross-sex hormones and gender affirming surgeries are based, almost entirely, upon studies with major methodological limitations (see Hruz, P. W. Deficiencies in Scientific Evidence for Medical Management of Gender Dysphoria. *Linacre Q* 87, 34-42, doi:10.1177/0024363919873762 (2020).  This includes:

- Significant recruitment biases including internet based convenience sampling

- Relatively small sample sizes for addressing a condition that is likely to be multi-factorial

- Short term follow up

- Lack of randomization to different treatment arms

- Failure to even consider alternate hypotheses

- Failure to include proper control groups and, in many studies NO control group at all

- Reliance on cross sectional sampling that may identify associations, but cannot establish causal relationships between intervention and outcome.

- A high rate of patients lost to follow up in longitudinal analyses which is relevant to questions of regret, desistance and completed suicide.

- Biased interpretation of study findings with a goal of validating *a priori* conclusions rather than seeking evidence to disprove the null hypothesis

- Ignoring starkly contradictory research documenting the lack of effectiveness of "transitioning" procedures, the low quality of research in this area, and the ongoing contentions and disagreements over this highly controversial, experimental medical field

12.   PUBLIC DISCLOSURES OF THE METHODOLOGICAL FAILURES OF GENDER TRANSITIONING MEDICAL INTERVENTIONS:  In addition to peer reviewed published research articles related to gender affirming medical interventions (see specific citations below),  I also cite a wide variety of evidence documenting the recent, very public, disclosures of the multiple and serious methodological errors, failures, and defects of "transitioning treatment" research. Specific examples include:

THE BRANSTROM LONG-TERM TREATMENT OUTCOME STUDY:  The historic Branstrom report is a peer reviewed, published, scientific journal article that documents a long-term treatment (10+ years) outcome research investigation testing the effects of hormonal and surgical "transitioning" treatments on patients.  This historic research found *no reliable benefits from these disfiguring-sterilizing "treatments"* as well as evidence suggesting *increased* suicide attempts and anxiety disorders following the "gender transitioning" treatments.   In addition, detailed methodological critiques discovered significant research errors by the authors that appear to support the investigative theory that the authors had initially attempted to manipulate

and misreport the findings of the study.  (See, very detailed notes and review below with multiple citations).  The authors ultimately recanted their initial misreporting and agreed that their study produced *no reliable evidence of benefits* for gender reassignment hormone and surgical treatments.  The Branstrom study is truly a devastating and historic blow to the WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH's (WPATH) "treatment guidelines" and to the financially lucrative transgender "transitioning" treatment industry.  Together with other evidence, this historic investigation has helped to generate a profound collapse of support for these experimental procedures across Europe.  See *Correction of a Key Study: No Evidence of "Gender-Affirming" Surgeries Improving Mental Health.* https://segm.org/ajp_correction_2020. Accessed 29 June 2021. , Van Mol, A., Laidlaw, M., Grossman, M., & McHugh, P. (2020). *Gender-Affirmation Surgery Conclusion Lacks Evidence.* Am. J. Of Psych., 177(8), 765-766. (see detailed review below).

NATIONAL FINLAND REVIEW RECOMMENDS SUSPENDING TRANSITION-ING TREATMENTS FOR CHILDREN AS EXPERIMENTAL and of UNCERTAIN BENE-FIT:  A National Science Review in FINLAND carefully examined all relevant science and suspended transition treatments for minors under age 16.  See One Year Since Finland Broke with WPATH "Standards of Care." https://segm.org/Finland_devites_from_WPATH_prioritiz-ing_psychotherapy_no_surgery_for_minors.  The official review recommends that psychotherapy should be the first line of treatment for gender dysphoric youth.  See 2020 Recommendation of the Council for Choices in Health Care in Finland (PALKO / COHERE Finland) Medical Treatment Methods for Dysphoria Related to Gender Variance In Minors, "Cross-sex identification in childhood, even in extreme cases, generally disappears during puberty….  The first-line treatment for gender dysphoria is psychosocial support and, as necessary, psychotherapy and

treatment of possible comorbid psychiatric disorders. …  No gender confirmation surgeries are performed on minors." … "Potential risks of GnRH therapy include disruption in bone mineralization and the as yet unknown effects on the central nervous system"…  "there are no medical treatments (for transitioning) that can be considered evidence-based…  In cases of children and adolescents, ethical issues are concerned with the natural process of adolescent identity development, and the possibility that medical interventions may interfere with this process.  It has been suggested that hormone therapy (e.g., pubertal suppression) alters the course of gender identity development; i.e., it may consolidate a gender identity that would have otherwise changed in some of the treated adolescents.  The reliability of the existing studies with no control groups is highly uncertain, and because of this uncertainty, no decisions should be made that can permanently alter a still-maturing minor's mental and physical development….  A lack of recognition of comorbid psychiatric disorders common among gender-dysphoric adolescents can also be detrimental.  Since reduction of psychiatric symptoms cannot be achieved with hormonal and surgical interventions, it is not a valid justification for gender reassignment.  A young person's identity and personality development must be stable so that they can genuinely face and discuss their gender dysphoria, the significance of their own feelings, and the need for various treatment options.  For children and adolescents, these factors are key reasons for postponing any interventions until adulthood….  In light of available evidence, gender reassignment of minors is an experimental practice."  See One Year Since Finland Broke with WPATH "Standards of Care." https://segm.org/Finland_devites_from_WPATH_prioritizing_psychotherapy_no_surgery_for_minors.

SWEDEN'S FLAGSHIP KAROLINSKA HOSPTIAL SUSPENDS TRANSITION-ING TREATMENTS FOR CHILDREN UNDER 16 AND REQUIRES RESEARCH OVER-SIGHT FOR PATIENTS UNDER 18:  In Sweden, the world-renowned Karolinska Hospital reviewed the current research and suspended pediatric gender transitions for patients under 16 outside of experimental, monitored clinical trials settings as of May 2021.  Treatment will focus on psychotherapy and assessment.  See Sweden's Karolinska Ends All Use of Puberty Blockers and Cross-Sex Hormones for Minors Outside of Clinical Studies. https://segm.org/Sweden_ends_use_of_Dutch_protocol.  See also, Karolinska Policy Change K2021-3343 March 2021 (in English).pdf; Karolinska Hospital Ends the Use of Puberty Blockers for patients under 16: New policy statement from the Karolinska Hospital.  The "Dutch protocol" for treating gender dysphoric minors has been discontinued over concerns of medical harm and uncertain benefits.  This new Swedish policy is consistent with Finland's recently revised guidelines and changes in England's policies as well as the Arkansas legislation in the U.S.  All have been changed to prioritize psychological interventions and social support in contrast to medical interventions, particularly for youth with no young childhood history of gender dysphoria (presently the most common patient presentation)" See Society for Evidence Based Gender Medicine Press Release at https://segm.org/Sweden_ends_use_of_Dutch_protocol  and Karolinska Policy Change K2021-3343 March 2021 (English, unofficial translation).pdf Karolinska Guideline K2021-4144 April 2021 (English, unofficial translation).pdf

SWEDEN National review documents the lack of quality research in this controversial field.  See Sweden Policy Review, Gender dysphoria in children and adolescents: an inventory of the literature, SBU Policy Support no 307, 2019 (https://www.sbu.se/307e )  "This report

11

was commissioned by the Swedish government and is a scoping review of the literature on gender dysphoria in children and adolescents.  The report can be a basis for further evaluation of risk of bias and evidence."…" The Swedish national review reported: "No relevant randomized controlled (treatment outcome) trials in children and adolescents were found."  The review also reported … "Conclusions:  — We have not found any scientific studies which explains the increase in incidence in children and adolescents who seek the heath care because of gender dysphoria  — We have not found any studies on changes in prevalence of gender dysphoria over calendar time, nor any studies on factors that can affect the societal acceptance of seeking for gender dysphoria. — There are few studies on gender affirming surgery in general in children and adolescents and only single studies on gender affirming genital surgery. — Studies on long-term effects of gender affirming treatment in children and adolescents are few, especially for the groups that have appeared during the recent decennium….— Almost all identified studies are observational, some with controls and some with evaluation before and after gender affirming treatment.  No relevant randomized controlled trials in children and adolescents were found. …  We have not found any composed national information from Sweden on: — the proportion of those who seek health care for gender dysphoria that get a formal diagnosis nor — the proportion starting endocrine treatment to delay puberty nor — the proportion starting gender affirming hormonal treatment nor — the proportion subjected to different gender affirming surgery."

UK RESEARCHERS, COURTS, and OTHER REVIEWERS HIGHLIGHTED THE PAUCITY OF RESEARCH, LIMITATIONS, DEFECTS, and RISKS IN THE STILL EXPERIMENTAL "GENDER TRANSITIONING" TREATMENT FIELD:

The British official medical review office (NICE) published reports on transitioning science.  See Cohen, D. and Barnes, H., BBC, "Evidence for puberty blockers use very low, says

NICE" … "The evidence for using puberty blocking drugs to treat young people struggling with their gender identity is "very low", an official review has found.  The National Institute of Health and Care Excellence (NICE) said existing studies of the drugs were small and "subject to bias and confounding."  The assessment of the evidence into the drugs was commissioned by NHS England.  It is part of a review into gender identity services for children and young people.  See https://arms.nice.org.uk/resources/hub/1070905/attachment.  The NICE review noted it was difficult to draw conclusions from existing studies because of the way they had been designed.  They were "all small" and did not have control groups, which are used to directly compare the effect of different treatments.  There were other issues with the studies too, such as not describing what other physical and mental health problems a young person may have alongside gender dysphoria.

NICE also reviewed the evidence base for cross-sex hormones. See https://arms.nice.org.uk/resources/hub/1070871/attachment.  The review found the evidence of clinical effectiveness and safety of cross-sex hormones was also of "very low" quality.  "Any potential benefits of gender-affirming hormones must be weighed against the largely unknown long-term safety profile of these treatments in children and adolescents with gender dysphoria," NICE said.  Both documents were prepared by NICE in October 2020 and will now help inform Dr. Hilary Cass's independent review into NHS gender identity services for children and young people. See also Carmichael  P, Butler  G, Masic  U, et al. Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK.  medRxiv 2020.12.01.20241653; doi:https://doi.org/10.1101/2020.12.01.20241653.  This British study conclusion noted: "We found no evidence of change (no improvement)  in psychological function with GnRHa treatment as indicated by parent report (CBCL) or self-re-

port (YSR) of overall problems, internalizing or externalizing problems or self-harm…."  Puberty blockers used to treat children aged 12 to 15 who have severe and persistent gender dysphoria had no significant effect on their psychological function, thoughts of self-harm, or body image, a study has found.  However, as expected, the children experienced reduced growth in height and bone strength by the time they finished their treatment at age 16.  See, also Dyer, C. Puberty blockers: children under 16 should not be referred without court order, says NHS England. BMJ2020;371:m4717.doi:10.1136/bmj.m4717 pmid:33268453.  See, Dyer, C.,  Puberty blockers do not alleviate negative thoughts in children with gender dysphoria, finds study, BMJ 2021;372:n356  doi: https://doi.org/10.1136/bmj.n356  (Published 08 February 2021); see also Dyer, C. Puberty blockers do not alleviate [suicidal] negative thoughts in children with gender dysphoria, finds study. BMJ 372, n356, doi:10.1136/bmj.n356 (2021). https://www.medrxiv.org/content/10.1101/2020.12.01.20241653v1 BBC summary:  https://www.bbc.com/news/uk-55282113journal.pone.0243894. pmid:33529227. See also, "Tavistock's Experimentation with Puberty Blockers: Scrutinizing the Evidence," TransgenderTrend.com, March 5, 2019.   Regarding the UK's Tavistock and Portman NHS Trust's Gender Identity Development Service's experimental trial of puberty blockers for early teenagers with gender dysphoria.  Oxford's Professor Michael Biggs wrote, "To summarize, GIDS launched a study to administer experimental drugs to children suffering from gender dysphoria."… "After a year on GnRHa [puberty blockers] children reported greater self-harm, and girls experienced more behavioral and emotional problems and expressed greater dissatisfaction with their body—so puberty blockers actually exacerbated gender dysphoria."

See also Griffin, L., Clyde, K., Byng, R., Bewley, S., Sex, gender and gender identity: a re-evaluation of the evidence. BJPsych Bulletin (2020) doi:10.1192/bjb.2020.73, Cambridge University Press,  21 July 2020,  As Griffin, et al discussed,  "As there is evidence that many psychiatric disorders persist despite positive affirmation and medical transition, it is puzzling why transition would come to be seen as a key goal rather than other outcomes, such as improved quality of life and reduced morbidity.  When the phenomena related to identity disorders and the evidence base are uncertain, it might be wiser for the profession to admit the uncertainties". …  "In addition, Griffin et al wrote: "Transgender support groups have emphasized the risk of suicide.  After controlling for coexisting mental health problems, studies show an increased risk of suicidal behaviour and self-harm in the transgender population, although underlying causality has not been convincingly demonstrated. (See Marshall E, Claes L, Bouman WP, Witcomb GL, Arcelus J. Non-suicidal self-injury and suicidality in trans people: a systematic review of the literature. Int Rev Psychiatry 2016; 28: 58–69.).  In sum, political activists and too many providers have used a fear of suicide to push experimental unproven, hazardous treatments.

REVIEW OF WPATH:  A 2021 review found WPATH standards "incoherent."  See Dahlen, Sara, et al. "International Clinical Practice Guidelines for Gender Minority/Trans People: Systematic Review and Quality Assessment."  BMJ Open, vol. 11, no. 4, Apr. 2021, p. e048943.  Both WPATH and Endocrine Society guidelines have recently been assessed for quality by a systematic review, which found them to be of low quality.  Specific to WPATH, the reviewers noted the difficulty of even extracting clear recommendations, describing the WPATH guidelines as "incoherent."  Standards of care should provide practitioners with evidence-based standards by which they may reliably inform the patient of projected outcomes, and do so with a

known error rate.  Such data is the starting point for obtaining informed consent, which is not provided by either of these guidelines.

THE INDEPENDENT REVIEW OF GENDER IDENTITY SERVICES FOR CHILDREN AND YOUNG PEOPLE: INTERIM REPORT by Dr. Cass in the UK published in February 2022 concluded that "Evidence on the appropriate management of children and young people with gender incongruence and dysphoria is *inconclusive* both nationally and internationally."  Dr. Cass notes that "There is lack of consensus and open discussion about the nature of gender dysphoria and therefore about the appropriate clinical response." (see https://cass.independent-review.uk/publications/interim-report/)

THE SOCIETY FOR EVIDENCE BASED GENDER MEDICINE (SEGM) REVIEW SUMMARIZES THE HEALTH RISKS of TRANSITIONING:  Consistent with changes in Sweden, Finland, England, and Arkansas, SEGM published a research summary documenting the serious health risks of "transitioning treatments" compared to the well-known lack of evidence of reliable benefits for such treatments.  See Science Studies – Health Risks of Medical and Surgical Gender Reassignment."  SEGM at. https://www.segm.org/studies.

EXPERTS ARE CONCERNED WITH UNEXPLAINED DEMOGRAPHIC SHIFTS IN PATIENTS FOR WHOM PREVIOUS RESEARCH IS OF UNKNOWN USEFULNESS — For decades transgender patients were mostly older adults or very young boys.  Over the last few years a tsunami of teenaged girls has flipped the demographics of transgender patients—now up to 7 to 1 teen girls.  Many experts have noted that the previous research on trans patients cannot be relied upon when the patient group has so rapidly and mysteriously been transformed.  In sum, the newly presenting cases are vastly overrepresented by adolescent females, the majority of whom also have significant mental health problems and neurocognitive comorbidities such as

autism-spectrum disorder or ADHD.  See de Graaf, Nastasja M., and Polly Carmichael. "Reflections on Emerging Trends in Clinical Work with Gender Diverse Children and Adolescents." Clinical Child Psychology and Psychiatry, vol. 24, no. 2, Apr. 2019, pp. 353–64.  The most recent evidence supports the emerging theory of social contagion as estimates of gender dysphoria-transgenderism are rocketing upwards from 1 in 10,000 to "the number of U.S. transgender-identified youth may be as high as 9%."   See Kidd, Kacie M., et al. "Prevalence of Gender-Diverse Youth in an Urban School District." Pediatrics, vol. 147, no. 6, June 2021, p. e2020049823.  This unexplained, radical transformations of demographics does not happen in actual illnesses (cancer, heart disease, anxiety disorders, etc), but is tragically consistent with previous mental health system disasters such as the once very rare "multiple personality disorder" and "recovered repressed memory" patients that radically increased in the 1990s.  Dr. Thomas Steensma, a prominent investigator of the Dutch protocol—the original model for transitioning treatments—has recently noted that "[w]e don't know whether studies we have done in the past can still be applied to this time," specifically because of the unexplained surge in female adolescents reporting gender dysphoria.  "Many more children are registering, but also of a different type… Suddenly there are many more girls applying who feel like a boy... now there are three times as many females as males."  He concluded with the warning that "[w]e conduct structural research in the Netherlands.  But the rest of the world is blindly adopting our research." See https://www.voorzij.nl/more-research-is-urgently-needed-into-transgender-care-for-young-people-where-does-the-large-increase-of-children-come-from/

     A MARCH 2021 STUDY—WITH THE LARGEST SAMPLE YET—IS CONSISTENT WITH THE NEW DIRECTION OF FINLAND, SWEDEN, THE UK, and FRANCE—SHOWS THAT MOST YOUNG GENDER DYSPHORIA CHILDREN GROW

OUT OF THE PROBLEM WITH NO MEDICAL INTERVENTION.  See Devita Singh1, Susan

J. Bradley 2 and Kenneth J. Zucker, Frontiers in Psychiatry, March 2021, Volume 12, Article

632784, www.frontiersin.org.  "Watchful Waiting" is the recommended treatment:   In the past,

67% of children meeting the diagnostic criteria for gender dysphoria no longer had the diagnosis

as adults, with an even higher, 93% rate of natural resolution of gender-related distress for the

less significantly impacted cases.  See also, e.g. Zucker, K. J. (2018). The myth of persistence:

Response to "A critical commentary on follow-up studies and 'desistance' theories about

transgender and gender non-conforming children" by Temple Newhook et al. (2018). Interna-

tional Journal of Transgenderism, 19(2), 231–245.

THE COCHRANE REVIEW FOUND INSUFFICIENT EVIDENCE OF BENE-

FITS:  The widely respected Cochrane Review examined hormonal treatment outcomes for

male-to-female transitioners over 16 years.  They found "insufficient evidence to determine the

efficacy or safety of hormonal treatment approaches for transgender women in transition."  It is

remarkable that decades after the first transitioned male-to-female patient, quality evidence for

the benefit of transitioning is still lacking.  See Haupt, C., Henke, M. et. al.,  Cochrane Database

of Systematic Reviews Review - Intervention, Antiandrogen or estradiol treatment or both during

hormone therapy in transitioning transgender women, 28 November 2020 and

https://www.cochranelibrary.com/cdsr/doi/10.1002/14651858.CD013138.pub2/full.

13.     A reasonable understanding of relative risk versus benefit for medical products or

procedures is a fundamental obligation in providing appropriate clinical care.  This is the bed-

rock standard of "evidence based medical practice."  As detailed throughout this declaration, this

foundational standard has never been met by the gender transition industry. As noted by Levine

et al. "The risks of gender-affirmative care are ethically managed through a properly conducted

informed consent process. Its elements-deliberate sharing of the hoped-for benefits, known risks and long-term outcomes, and alternative treatments-must be delivered in a manner that promotes comprehension. The process is limited by: erroneous professional assumptions; poor quality of the initial evaluations; and inaccurate and incomplete information shared with patients and their parents" (Levine, S. B., Abbruzzese, E., & Mason, J. W. (2022). Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults. *Journal of sex & marital therapy*, 1–22. Advance online publication. https://doi.org/10.1080/0092623X.2022.2046221).

Differences between the gender transition industry's approach to gender dysphoria and the treatment of other medical conditions include not only the poor quality of evidence regarding safety and efficacy, but also attempts to silence standard scientific discussion and consideration of alternative hypotheses, failures to acknowledge existing data showing persistence of  suicidality after intervening, the intentional impairment and destruction of normally formed and functioning male and female sexual organs to address psychological-psychiatric distress, the manipulation of language from standard medical definitions to accommodate novel ideology, and widespread failures in properly reporting research data related to gender transitioning.  Each of these differences are discussed in detail in my declaration with appropriate examples and relevant scientific and professional citations.

When considering clinical practice guidelines, it is essential that physicians recognize the relative risks and benefits of such documents.  If done properly, they can distill large data sets into actionable clinical recommendations.  However, there is a long history of clinical practice guidelines that have later been found to be deficient, resulting in wasted medical resources, failure to achieve desired benefits, or to have caused substantial harm to patients.  (See, e.g., Woolf, S. H., Grol, R., Hutchinson, A., Eccles, M., & Grimshaw, J. (1999). Clinical guidelines:

potential benefits, limitations, and harms of clinical guidelines. *BMJ (Clinical research ed.)*, 318(7182), 527–530. https://doi.org/10.1136/bmj.318.7182.527)

14.    It is highly misleading to imply that the current Endocrine Society guidelines, first published in 2009 and revised in 2017 represent the opinions of the Societies 18,000 members.  (Hembree, W. C., Cohen-Kettenis, P., Delemarre-van de Waal, H. A., Gooren, L. J., Meyer, W. J., 3rd, Spack, N. P., Tangpricha, V., Montori, V. M., & Endocrine Society (2009). Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. *The Journal of clinical endocrinology and metabolism*, *94*(9), 3132–3154. https://doi.org/10.1210/jc.2009-0345; Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., Rosenthal, S. M., Safer, J. D., Tangpricha, V., & T'Sjoen, G. G. (2017).  Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *The Journal of clinical endocrinology and metabolism*, *102*(11), 3869–3903. https://doi.org/10.1210/jc.2017-01658).  The committee that drafted these guidelines was composed of *less than a dozen* self-selected members.  The guidelines were never submitted to the entire membership for comment and approval prior to publication.  They also did not undergo external review.  Such political methodologies are common in association "statements" and "endorsement" and not at all scientific nor reliable nor valid.

15.    The hazard of making treatment recommendations based on studies with major methodological weaknesses can be readily seen by considering representative studies used by advocates of medical gender affirmation to justify this approach.

15A. For example, the study by De Vries and colleagues (de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *J Sex Med*. 2011;8(8):2276-2283) is often cited to support

longitudinal evidence of benefit from pubertal blockade.  Although improvements in mood improved and the risk of behavioral disorders with pubertal blockade were found over baseline, in this study there was no control group.  Thus, the authors were unable to determine the basis of this improvement.  The authors acknowledge that psychological support or other reasons may have contributed to (or wholly caused) this observation.  It is also important to note that gender dysphoria itself *did not diminish* in study subjects, and there were *no changes* in body image-related distress.

15B. The study by Turban and colleagues (Turban, J. L., King, D., Carswell, J. M., & Keuroghlian, A. S. (2020). Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics*, *145*(2), e20191725) is often cited as proof that pubertal blockade prevents suicide in transgender youth.  However, this study used an unreliable, biased sampling methodology.  As stated in the paper, the authors considered "a cross-sectional online survey of 20,619 transgender adults aged 18 to 36 years" from the 2015 U.S Transgender Survey. This was an online survey of transgender and "genderqueer" adults recruited from trans-friendly websites. Among the many problems with this sampling methodology, there is NO evidence of study subject identities, NO way to assess for potential false subjects, and NO medical diagnosis for entry. No causation can be determined from this retrospective, cross-sectional design.  Furthermore, the study failed to even assess Desisters and Regretters.   Turban claimed that desisters and regretters would "not be likely" in this study group, which also only included adults.  Thus, the study "does not include outcomes for people who may have initiated pubertal suppression and subsequently no longer identify as transgender."  Turban's misleading claim of lower suicidal ideation for treated patients excluded the most seriously mentally ill patients that would have been DENIED affirmation treatment.  Those who received treatment with pubertal suppression, when compared

with those who wanted pubertal suppression <u>but did not receive it</u>, had lower odds of lifetime suicidal ideation (adjusted odds ratio = 0.3; 95% confidence interval = 0.2– 0.6).  In Table 3 of the paper, under "Suicidality (past 12 months)" reductions for suppressed group v non-suppressed were seen for <u>ideation</u> (50.6% v 64.8%) and <u>"ideation with plan"</u> (55.6% v 58.2%).  However, it is important to note that suicidal "ideation with plan and suicide attempt" for the suppressed group <u>INCREASED after treatment</u> to 24.4% v 21.5% for the "non-treatment group." The most clinically significant result in this study — that "Affirmation Treatments INCREASED SERIOUS SUICIDE ATTEMPTS — was IGNORED BY THE AUTHORS (i.e., not statistically significant but clinically significant) = "Suicide attempts resulting in inpatient care" = 45.5% for suppression groups vs 22.8% for those who did not receive pubertal suppression.   It would be most reasonable to conclude from an observation of 45% attempted suicide in the treated arm that the intervention was unsuccessful in improving health.  Turban et al. ignored their own finding that a history of puberty suppression was associated with an INCREASE in recent serious suicide attempts.  In sum, the Turban 2020 Pediatrics study, based on an unverified US Transgender Online Survey, tells us little about the effects of puberty suppression on children with gender dysphoria.  (See, Michael Biggs, Puberty Blockers and Suicidality in Adolescents Suffering from Gender Dysphoria. Archives of Sexual Behavior, accepted 14 May 2020, DOI: 10.1007/s10508-020-01743-6 and the multiple Letters to the Editor that criticized the multiple methodological errors in this study, <u>https://pediatrics.aappublications.org/content/145/2/e20191725/tab-e-letters#re-pubertal-suppression-for-transgender-youth-and-risk-of-suicidal-ideation)</u>

15C. The 2021 study of Bustos, et al., (Bustos, V. P., Bustos, S. S., Mascaro, A., Del Corral, G., Forte, A. J., Ciudad, P., Kim, E. A., Langstein, H. N., & Manrique, O. J. (2021). Regret

after Gender-affirmation Surgery: A Systematic Review and Meta-analysis of Prevalence. *Plastic and reconstructive surgery. Global open*, *9*(3), e3477) attempts to provide a systematic review of 27 observational or interventional studies that report on regret or detransition following gender-transition surgeries.  A total of 7928 subjects were included in their meta analysis.  The authors concluded that only 1% or less of those who had gender-transition surgeries expressed regret.  It is important to understand the serious methodological limitations and high risk of bias contained within the analysis in the 2021 Bustos et al. study (see Expósito-Campos, P., & D'Angelo, R. (2021). Letter to the Editor: Regret after Gender-affirmation Surgery: A Systematic Review and Meta-analysis of Prevalence. *Plastic and reconstructive surgery. Global open*, *9*(11), e3951).  This includes failure to include major relevant studies addressing this question (e.g. Dhejne, C., Öberg, K., Arver, S., & Landén, M. (2014). An analysis of all applications for sex reassignment surgery in Sweden, 1960-2010: prevalence, incidence, and regrets. *Archives of sexual behavior*, *43*(8), 1535–1545), inaccurate analysis within one of the studies considered **(**Wiepjes CM, Nota NM, de Blok CJM, et al. The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in Prevalence, Treatment, and Regrets. J Sex Med 2018; 15: 582–590) and the general lack of controlled studies, incomplete and generally short-term follow-up, large numbers of lost subjects, and lack of valid assessment measures in the published literature addressing this question.  As noted by Expósito-Campos and D'Angelo (2021), moderate to high risk of bias was present in 23 of the 27 studies included in the analysis.  Furthermore, 97% of subjects analyzed were found within studies deemed to be of fair to poor scientific quality.  Thus, this study cannot be used as strong support for the contention that regret is rare.

15D. The 2018 paper by Wiepjies, et al. (Wiepjes, C. M., Nota, N. M., de Blok, C., Klaver, M., de Vries, A., Wensing-Kruger, S. A., de Jongh, R. T., Bouman, M. B., Steensma, T.

D., Cohen-Kettenis, P., Gooren, L., Kreukels, B., & den Heijer, M. (2018). The Amsterdam Cohort of Gender Dysphoria Study (1972-2015): Trends in Prevalence, Treatment, and Regrets. *The journal of sexual medicine*, *15*(4), 582–590) is a retrospective review of records from all patients of the Center of Expertise on Gender Dysphoria gender clinic in Amsterdam from 1972-2015. While the study appears to report on the regret rates among a large cohort of adolescents (812) and children (548), regret is only reported for children and adolescents who had undergone gonadectomy once over 18 years of age. Of the adolescents, 41% started puberty suppression. Of those who started GnRH agonists, only 2% stopped this intervention (meaning that 98% of those who started puberty suppression progressed to cross-sex hormone therapy). An additional 32%, having already completed puberty, started cross-sex hormone therapy without use of a GnRH agonist. Classification of regret was very stringent, requiring physician documentation of patient verbalized regret after gonadectomy and start of sex-concordant hormones to treat the iatrogenic hypogonadism. This means there are significant limitations to the conclusions that can be drawn from 2018 paper by Wiepjies, et al. There is no discussion in this paper regarding adolescent regret of use of puberty blockers, cross-sex hormones or mastectomies. Importantly 36% of patients were lost to follow up. This is notable given that gonadectomy iatrogenically induces the pathologic state of primary hypogonadism. Affected patients have a lifelong dependency for exogenously administered sex-steroid hormones, and thus an acute need for ongoing follow-up. The number of lost subjects who experienced regret or completed suicides is unknown. It is also significant that the average time to regret was 130 months. The authors themselves acknowledge that it may be too early to predict regret in patients who started hormone therapy in the past 10 years.

15E. The 2021 study by Narayan et al (Narayan, S. K., Hontscharuk, R., Danker, S., Guer-riero, J., Carter, A., Blasdel, G., Bluebond-Langner, R., Ettner, R., Radix, A., Schechter, L., & Berli, J. U. (2021). Guiding the conversation-types of regret after gender-affirming surgery and their associated etiologies. *Annals of translational medicine*, *9*(7), 605) examines anonymous survey results from 154 surgeons affiliated with WPATH.  The response rate for this survey was 30%.  Of the respondents, 57% had encountered patients with surgical regret.  It is important to recognize that this study was specifically directed toward patients who had undergone surgical transition.  Acknowledged biases of this study include selection bias, recall bias, and response bias.  This type of study cannot accurately identify the prevalence in the transgender population as a whole, and is particularly limited in the ability to assess potential for regret in the pediatric population.

15F. The 2018 Olson-Kennedy paper (Olson-Kennedy J, Warus J, Okonta V, Belzer M, Clark LF. Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. *JAMA Pediatr.* 2018;172(5):431–436) presents the results of a survey of biologically female patients with male gender identity at the lead author's institution using a novel rating system for "chest dysphoria" created by the study authors.  There were an equal number (68) of nonsurgical and post-surgical subjects sur-veyed.  Those who had undergone bilateral mastectomies were reported to have less chest dys-phoria than those who did not receive this intervention.  Limitations of this study include con-venience sampling of nonsurgical study subjects with high potential for selection bias, cross-sec-tional design, and lack of validation of the primary outcome measure.  Test validation is particu-larly relevant in assessing adolescent questionnaires due to a variety of cognitive and situational

factors in this population (see Brener, N.D., J. Billy, and W.R. Grady. 2003. "Assessment of Factors Affecting the Validity of Self-Reported Health-Risk Behavior among Adolescents: Evidence from the Scientific Literature." *Journal of Adolescent Health* 33 (6): 436–57).  Rigorous validation methods have been previously used in several other established questionnaires addressing adolescent self-perception (see Palenzuela-Luis, N., Duarte-Clíments, G., Gómez-Salgado, J., Rodríguez-Gómez, J. Á., & Sánchez-Gómez, M. B. (2022). Questionnaires Assessing Adolescents' Self-Concept, Self-Perception, Physical Activity and Lifestyle: A Systematic Review. *Children (Basel, Switzerland)*, *9*(1), 91).  As previously noted, this study cannot provide information about a causal relationship between the intervention and outcome observed.

15G. The 2021 Almazan study (Almazan, A.N. & A.S. Keuroghlian. (2021). Association Between Gender-Affirming Surgeries and Mental Health Outcomes. *JAMA Surgery, 156*(7): 611–618) attempts to address mental health outcomes in relation to gender-transition surgery. As previously noted, this study relies upon data from the 2015 US Transgender Survey.  Limitations and weaknesses of this survey tool includes convenience sampling, recruitment of patients through transgender advocacy organizations, demand bias (a.k.a. the good subject effect), a high number of respondents who reported having not transitioned medically or surgically (and reported no desire to do so in the future), and several data irregularities.  One notable data irregularity was that a high number of respondents reported that their age was exactly 18 years.  As noted by D'Angelo and colleagues, these irregularities raise serious questions about the reliability of the USTS data (D'Angelo, R., et al. (2021). One Size Does Not Fit All: In Support of Psychotherapy for Gender Dysphoria. *Archives of sexual behavior*, *50*(1): 7–16. https://doi.org/10.1007/s10508-020-01844-2), and therefore, the reliability of conclusions based on that data.

15H. In his declaration, Dr. Rosenthal cites the 2021 paper by Green et al (Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. *J Adolescent Health* 1-7 (2021) to support his assertion that gender affirming therapy lowers depression and suicide.  Similar to the major methodological weaknesses noted above, this study relied upon a non-probability convenience sample of youth who identified as LGBTQ.  Recruitment was made by targeted ads on Facebook, Twitter and Snapchat. In addition to the inherent bias of such study methodology, the data obtained  by cross-sectional analysis cannot determine whether there is a causal relationship between access to gender affirming medical interventions and changes in depression or suicide.

15I. Rosenthal's citation of the paper by Turban et al (Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS ONE 17(1) 2021; https://doi.org/10.1371/journal. pone.0261039) is similarly misleading as this study relied upon data from the same 2015 US transgender survey for which the major methodological weaknesses were discussed in detail above (¶15B)

16.    There are major and highly significant differences between male and female responses to many drugs including sex hormones. (See, e.g., Madla, C. M., Gavins, F., Merchant, H. A., Orlu, M., Murdan, S., & Basit, A. W. (2021). Let's talk about sex: Differences in drug therapy in males and females. *Advanced drug delivery reviews*, 113804. Advance online publication. https://doi.org/10.1016/j.addr.2021.05.014).  Giving estrogen to a biological male is not equivalent to giving the same hormone to a biological female.  Likewise, giving testosterone to a biological female is not equivalent to giving the same hormone to a biological male.  (See for example Soldin, O. P., & Mattison, D. R. (2009). Sex differences in pharmacokinetics and pharmacodynamics. Clinical pharmacokinetics, 48(3), 143–157 and Pogun S., Yararbas G. (2010) Sex

27

Differences in Drug Effects. In: Stolerman I.P. (eds) Encyclopedia of Psychopharmacology. Springer, Berlin, Heidelberg.).  Differences are not limited to pharacokinetic effects but are present even at the cellular level.  (See, e.g., Walker, C. J., Schroeder, M. E., Aguado, B. A., Anseth, K. S., & Leinwand, L. A. (2021). Matters of the heart: Cellular sex differences. *Journal of molecular and cellular cardiology*, S0022-2828(21)00087-0. Advance online publication. https://doi.org/10.1016/j.yjmcc.2021.04.010).  Failure to acknowledge these differences can have tragic consequences.  For example, in addition to the inherent sterilizing effect of cross-sex hormone administration, non-physiological levels of estrogen in males has been shown to increase the risk of thromboembolic stroke above the incidence observed in females  (e.g. Getahun, D., Nash, R., Flanders, W. D., Baird, T. C., Becerra-Culqui, T. A., Cromwell, L., Hunkeler, E., Lash, T. L., Millman, A., Quinn, V. P., Robinson, B., Roblin, D., Silverberg, M. J., Safer, J., Slovis, J., Tangpricha, V., & Goodman, M. (2018). Cross-sex Hormones and Acute Cardiovascular Events in Transgender Persons: A Cohort Study. *Annals of internal medicine*, *169*(4), 205–213. https://doi.org/10.7326/M17-2785).

17.     The claim that adolescents with persistent gender dysphoria after reaching Tanner Stage 2 *almost always* persist in their gender identity in the long-term whether or not they were provided gender affirming care is not supported by high quality scientific evidence.  Frequent citation of a book chapter by Turban, De Vries and Zucker does not provide evidence in support of this claim. Within the chapter cited it states, "The natural history of gender identity for children who express gender nonconforming or transgender identities is an *area of active research*."   Only a single reference is found, and this is itself another book (Cohen-Kettenis PT, Pfäfflin F: Transgenderism and Intersexuality in Childhood and Adolescence: Making Choices.

London, Sage, 2003).  Within the text of the Cohen-Kettenis book, *there is no experimental evidence to support the assertion that nearly all Tanner stage adolescents have persistent transgendered identity*.  In fact, *in Chapter 4 of this text, evidence is presented that the majority of evaluated subjects did not have persistence* but rather eventually presented as homosexual adults.  Cited references for this outcome include:  Green, R. (1987). The "sissy boy syndrome" and the development of homosexuality. New Haven, CT: Yale University Press.; Money, J., & Russo, A. J. (1979). Homosexual outcome of discordant gender identity/role: Longitudinal follow-up. Journal of Pediatric Psychology,4, 29-41.; Zucker, K. J., & Bradley, S. J. (1995). Gender identity disorder and psychosexual problems in children and adolescents. New York/London: Guilford Press.; Zuger, B. (1984).  Early effeminate behavior in boys: Outcome and significance for homosexuality. Journal of Nervous and Mental Disease, 172, 90-97.

18.    Serious Methodological Limitations, Flaws, and Defects in the Gender Transition Industry's Methods for the Diagnostic-Labelling of "Gender Dysphoria": The DSM (Diagnostic and Statistical Manual of the American Psychiatric Association) involves an often controversial consensus seeking, (not scientific evidence seeking), political-voting process that began historically as an attempt to construct a reliable dictionary for psychiatry.  The DSM has historically included unreliable, since debunked, diagnoses such as "multiple personality disorder" that fueled a harmful "craze" damaging vulnerable patients until scientists, legal professionals, juries, and licensing boards put a stop to it.  (See the detailed discussion below).  It is important for legal professionals to understand that the DSM was created using a consensual, political process of committees and voting and does not depend upon an evidence-based, uniformly valid and reliable scientific process.  Small groups of professionals, often with ideological agendas, can form

committees and create "diagnoses" to be "voted" into the DSM.  Much of DSM content is de-
cided by the "voting" of small committees of advocates and activist practitioners whose judg-
ment may suffer from significant financial conflicts of interest — as appears to be the case with
all three of the plaintiffs' experts in this case.

19.  Well-Documented Methodological Limitations, Flaws, and Defects in Gender Identity
("Transgender") Subjective Clinical Assessments:  The clinical assessment methodology in sex
discordant gender medicine is currently limited to self-report information from patients without
objective scientific markers, medical tests, or scientific assessment tools. There are no reliable
radiological, genetic, physical, hormonal, or biomarker tests that can establish gender identity or
reliably predict treatment outcomes.  A few hours of conversation with often poorly trained so-
cial workers often provides the only gatekeeping process to severe and irreversible iatrogenic
surgical and hormonal injuries.  Most importantly*, the long-term effects of "transitioning" have
never been scientifically validated*.  No valid-reliable methodology for such assessments has
been accepted by the relevant scientific community and it appears that no known error rates for
such assessments have ever been published.  A more detailed discussion of the foundational sci-
ence documenting the limitations and methodological defects in this field is offered below.

20.  Essential Methodological Problems in the Gender Transition Industry:  The research
is characterized by sampling errors, the misreporting of findings,  the misreporting of relevant
history, misquoting of research studies, low quality research designs, failures to complete ran-
domized clinical trials, and widespread confirmation bias, including the failure to properly ex-
plore alternative hypotheses (e.g., social contagion, mental illness, complex developmental pro-
cesses, family dynamics, etc.), and other failures of basic scientific methodology.  It is essential
to properly consider alternative theories/hypotheses for the rapid and nearly exponential increase

of transgender cases—such as social contagion, mental illness, and/or complex developmental processes—especially as reportedly driven by news media, social media "YouTube "influencers" (who reportedly sell "transitioning" to vulnerable youth on social media), educational systems (that reportedly pressure 1st graders to "identify as non-binary"), as well as political-activist "pro-transition" health care workers (too few of whom seem to have carefully reviewed and understood the relevant scientific history and ongoing controversies in this field).

21.    TERMINOLOGY - BIOLOGICAL SEX:  Biological sex is a term that specifically refers to a member of a species in relation to the member's capacity to either donate (male) or receive (female) genetic material for the purpose of reproduction.  Sex thus cannot be "assigned at birth" because it is permanently determined by biology at conception.  This remains the standard definition that has been accepted by the relevant scientific community and used worldwide by scientists, medical personnel, and society in general for decades.  The scientific and clinical measurement of sex is done with highly reliable and valid objective methodologies.  Visual medical examination of the appearance of the external genitalia is the primary methodology used by clinicians to recognize sex.  In cases where genital ambiguity is present, additional testing modalities including chromosomal analysis, measurement of hormone levels, radiographic imaging of internal sexual anatomy and biological response to provocative testing are utilized.  The measurement and assessment of biological sex has been documented by valid-reliable research published in credible journals, and is accepted by the relevant scientific community.  The error rate for the measurement and assessment of biological sex is very low, below 1%.

22.    TERMINOLOGY - GENDER:  Gender, a term that had traditionally been reserved for grammatical purposes, is currently used to describe the psychological and cultural characteristics of a person in relation to biological sex. Gender in such new definitions would therefore

exist only in reference to subjective personal perceptions and feelings and societal expectations, but not biology.  The term "gender" is currently used in a variety of ways and has thus become a controversial and unreliable term that means different things to different observers often varying according to political and ideological positions.  The only definition of gender accepted by the worldwide, relevant scientific (biology, genetics, neonatology, zoology, medicine, etc.) community retains the historic biological connection to reproductive purpose with other definitions mired in controversy.  The reliability and validity of various usages of the term "gender" is currently quite controversial and the relevant scientific community has accepted no use other than in relation to biological sex, which includes participate in activities related to reproduction.  The serious dangers of incorrectly using the term "gender" is acknowledged by the Endocrine Society (Bhargava, A., Arnold, A. P., Bangasser, D. A., Denton, K. M., Gupta, A., Hilliard Krause, L. M., Mayer, E. A., McCarthy, M., Miller, W. L., Raznahan, A., & Verma, R. (2021) Considering Sex as a Biological Variable in Basic and Clinical Studies: An Endocrine Society Scientific Statement. *Endocrine reviews*, bnaa034. Advance online publication. https://doi.org/10.1210/endrev/bnaa034).  In addition, the error rate for multiple uses of the term "gender" outside of the accepted biologically related use is unknown, untested, and unpublished. The measurement and assessment of biological sex and gender has been documented by valid-reliable research published in credible journals, and is accepted by the relevant scientific community.  The error rate for the measurement and assessment of biological sex and gender is very low, below 1%.

23.   TERMINOLOGY - GENDER IDENTITY: Gender identity refers to a person's individual experience and perception and unverified verbal patient reports of how they experience being male or female or a combination of these or other categories. The term "gender identity" is

currently controversial.  It is a term that means very different things to different observers often varying according to political, ideological, religious, and other factors.  There is no current worldwide definition of "gender identity" accepted by the relevant scientific (cf. clinical) community.  The reliability and validity of the term "gender identity" is controversial and not accepted by the relevant scientific community. The measurement error rate for non-biological "gender identity" is unknown, untested, and unpublished and could be very high.

24.    TERMINOLOGY - SEXUAL ORIENTATION: Sexual orientation refers to a person's enduring pattern of arousal and desire for intimacy with males, females, or both.

25.    TERMINOLOGY - DNA and CHROMOSOMES:  Sex is genetically encoded at the moment of conception due to the presence of specific DNA sequences (i.e. genes) that direct the production of signals that influence the formation of the bipotential gonad to develop into either a testis or ovary.  This genetic information is normally present on X and Y chromosomes.  Chromosomal sex refers to the normal complement of X and Y chromosomes (i.e. normal human males have one X and one Y chromosome whereas normal human females have two X chromosomes).  Genetic signals are mediated through the activation or deactivation of other genes and through programmed signaling of hormones and cellular transcription factors.  The default pattern of development in the absence of external signaling is female.  The development of the male appearance (phenotype) depends upon active signaling processes.

26.    BIOLOGICAL SEX IS BINARY—NOT A CONTINUUM—FOR 99%+ of MAMMALS INCLUDING HUMANS:  For members of the human species (and virtually all mammals), sex is normatively aligned in a binary fashion (i.e., either male or female) in relation to biologic purpose.  The presence of individuals with disorders of sexual development (along the

range of the established Prader scale) does not alter this fundamental reality. Medical recognition of an individual as male or female is correctly made at birth in nearly 99.98% of cases according to external phenotypic expression of primary sexual traits (i.e., the presence of a penis for males and presence of labia and vagina for females). The recognition of an individual as male or female made at birth according to biological features has been documented by valid-reliable research published in credible journals, and is generally accepted by the relevant scientific community. The error rate for the measurement and assessment of an individual as male or female made at birth according to biological features is very low indeed, certainly below 1%.

27.   THE GENITAL-BIOLOGICAL FUNCTION OF REPRODUCTION: Due to genetic and hormonal variation in the developing fetus, normative development of the external genitalia in any individual differs with respect to size and appearance while maintaining an ability to function with respect to biologic purpose (i.e. reproduction). Internal structures (e.g. gonad, uterus, vas deferens) normatively align in more than 99.9%+ of mammals with external genitalia, including humans. In my opinion, this view is generally accepted by the relevant scientific communities in endocrinology, neonatology, developmental biology, genetics, and other relevant fields. In my opinion, all relevant sciences agree that the development of genital structures is intrinsically oriented to biological reproduction.

28.   BIOLOGICAL ASSESSMENT OF SEX: Reliance upon external phenotypic expression of primary sexual traits is a highly accurate, reliable and valid means to assign biologic sex. In over 99.9% of cases, this designation will correlate with internal sexual traits and capacity for normal biologic sexual function. Sex is therefore not "assigned at birth" but is rather recognized at birth. In my opinion, this view is generally accepted by the relevant scientific communities in endocrinology, psychiatry, neonatology, biology, genetics, gynecology, and other fields.

29.     DISORDERS OF SEXUAL DEVELOPMENT ARE VERY RARE:  Due to the com-
plexity of the biological processes that are involved in normal sexual development, it is not sur-
prising that a very small number of individuals are born with defects in this process (1 in 5,000
births).  Defects can occur through either inherited or de *novo* mutations in genes that are in-
volved in sexual determination or through environmental insults during critical states of sexual
development.  Persons who are born with such abnormalities are considered to have a disorder of
sexual development (DSD).  Most often, this is first detected as ambiguity in the appearance of
the external genitalia.  Such detection measurements are reliable and valid and accepted by the
relevant scientific community.  In my opinion, this view is generally accepted by the relevant
scientific communities in endocrinology, neonatology, gynecology, psychiatry, biology, genetics,
and other fields.  See Leonard Sax (2002) How common is Intersex? A response to Anne Fausto-
Sterling, The Journal of Sex Research, 39:3, 174-178, DOI: 10.1080/00224490209552139

DISORDERS OF SEXUAL DEVELOPMENT ARE NOT A THIRD SEX:  Normal
variation in external genital appearance (e.g. phallic size) does not alter the basic biologic nature
of sex as a binary trait.  "Intersex" conditions represent disorders of normal development, not a
third sex.  In my opinion, this view is generally accepted by the relevant scientific communities
in endocrinology, urology, surgery, neonatology, gynecology, psychiatry, biology, genetics, and
other fields.

30.     DISORDERS OF SEXUAL DEVELOPMENT REQUIRE ASSESSMENTS OF OB-
JECTIVE EVIDENCE:  The medical care of persons with disorders of sexual development
(DSDs) is primarily directed toward identification of the etiology of the defect and treatment of
any associated complications.  Similar to other diseases, diagnostic tools such as the Prader scale
are used to assess, measure, and assign a "stage" to the severity of the deviation from normal

(e.g. assessments of objective, reliable evidence).  In children with DSDs, characterization based upon phenotype alone does not reliably predict chromosomal sex nor does it necessarily correlate with potential for biological sexual function.  Decisions on initial sex assignment in these very rare cases require detailed assessment of objective, reliable medical evidence by a team of expert medical providers.  In my opinion, this view is generally accepted by the relevant scientific communities in endocrinology, urology, surgery, neonatology, gynecology, psychiatry, biology, genetics, and other fields.

31.    INTERSEX CONDITIONS REQUIRE PROPER CONSIDERATION OF ALTERNATIVE HYPOTHESES AND TREATMENT PLANS:  Standard medical practice in the treatment of persons with DSDs has evolved with growing understanding of the physical, psychological, and psychiatric needs and outcomes for affected individuals.  Previously, it was felt that a definitive sex assignment was necessary shortly after birth with the belief that this would allow patients with a disorder of sexual development to best conform to the assigned sex and so parents-caregivers could help socialize the child to the assigned sex.  Current practice is to defer sex assignment until the etiology of the disorder is determined and, if possible, a reliable prediction can be made on likely biologic and psychologic outcomes.  When this cannot be done with confidence, a presumptive sex assignment is made.  Factors used in making such decisions include chromosomal sex, phenotypic appearance of the external genitalia, and parental desires.  The availability of new information can, in rare circumstances, lead to sex reassignment.  Decisions on whether to surgically alter the external genitalia to align with sex are generally deferred until the patient is able to provide consent.  See Lee, P. A. et al. Global Disorders of Sex Development Update since 2006: Perceptions, Approach and Care. Horm Res Paediatr 85, 158-180, doi:10.1159/000442975 (2016)).  In my opinion, this view is generally accepted by the relevant

scientific communities in endocrinology, urology, surgery, neonatology, gynecology, psychiatry, biology, genetics, and other fields.

32.    METHODOLOGICAL DEFECTS of the GENDER TRANSTION INDUSTRY - WHY IS THE TRANSGENDER MEDICINE FIELD STILL SO CONTROVERSIAL AFTER DECADES OF RESEARCH?:

- Despite several highly defective research efforts, the gender transition industry has failed to prove long term benefits that outweigh the reported harms, dangers, and serious injuries of "gender affirmation" interventions—including inability to reach orgasm, vaginal atrophy, compromised cognitive function, lifelong reliance on medication and repeated surgical intervention to deal with the cumulative effects of these iatrogenic harms, stunted growth, damage to social support systems, and increased risk of serious suicide attempts.

- The gender transition industry has repeatedly presented false, deceptive, and misleading information to the public and to patients regarding the known risks, dangers, injuries and benefits of "affirmation treatments."  (E.g. the Bränström, Turban, and related research errors of omission and misreporting.)

- The Gender Transition Industry has failed to generate reliable and valid treatment outcome research sufficient to support this risky medical experiment.  (E.g., the national reviews of England (NICE), Sweden, Finland, Cochrane review, etc).

- Because of the lack of competent, valid, peer reviewed published research support, the gender transition industry relies upon support from "professional associations."  Yet such associations are engaged in consensus-seeking-political voting methodologies and not evidence-based, peer reviewed science.  Such political-

professional associations have made similar, disastrous mistakes in the past.  For

example, the American Medical Association supported racist, "junk" science eu-

genics "treatments" in the 1930s and the American Psychiatric Association did

not act to prevent or halt the harms of the repressed-memory/multiple personality

industry of the 1990s.

33.   METHODOLOGICAL DEFECTS of the GENDER TRANSITION INDUSTRY IN-

CLUDE LIMITATIONS and HAZARDS OF RELYING ON UNVERIFIED PATIENT SELF-

REPORT DATA WITH NO OBJECTIVE EVIDENCE: In contrast to disorders of sexual devel-

opment, gender dysphoria cannot be reliably, objectively assessed, as it is based on patient self-

reports.  (There are no blood tests, no x-rays, no lab results, and no objective data.)  Individuals

who verbally report experiencing significant distress due to perceived discordance between gen-

der identity and sex cannot currently be reliably, validly, and objectively assessed as experienc-

ing "gender dysphoria."  (See American Psychiatric Association.  Diagnostic and statistical man-

ual of mental disorders. 5th edn, (2013).)  Although gender perceptions, feelings, and "identity"

usually align with biological sex, some individuals report experiencing discordance in these dis-

tinct traits.  Specifically, for example, biologic females may report experiencing that they iden-

tify as males and biologic males may report experiencing that they identify as females.  As gen-

der by definition is distinct from biological sex, one's gender identity does not change a person's

biological sex.  There is currently no known reliable and valid methodology for assessing the ac-

curacy or nature of unverified, verbal reports of discordant "identity."  There is thus no known

"error rate" for relying upon such reports to engage in hormonal and surgical treatments that

might result in lasting, irreversible damages to normal, healthy organs and the destruction of nor-

mal biological functions (e.g. sterility), as the current research documents.  In my opinion, this

view is generally accepted by the relevant scientific communities in endocrinology, urology, surgery, neonatology, gynecology, psychiatry, biology, genetics, and other fields.

34.   METHODOLOGICAL DEFECTS of the GENDER TRANSITION INDUSTRY include the KNOWN LIMITATIONS OF RELYING ON UNVERIFIED, PATIENT SELF-REPORT DATA UNRELIABLY ASSESSED BY HEALTH CARE PROFESSIONALS.  The relevant science documents that mental health care professionals are unreliable human "lie detectors" ("often no better than flipping a coin").  Currently, there is no known methodology for reliably discerning true from false patient reports without corroborating evidence such as radiology, lab tests, or other objective evidence.  The gender transition industry's sole reliance upon patient self-report data carries unknown risks of errors, misinformation, deception and lasting harm to patients from treatments that deliberately damage healthy organs and destroy essential normal bodily processes (e.g. often causing sterility).  Assessment of gender dysphoria currently depends almost entirely upon unverified, self-reported evidence provided by patients.  A patient's spoken or written reports of alleged "memories" of symptoms and behaviors are the only source of evidence for the diagnosis in many cases.  This is a source of potentially profound unreliability in patient care as the relevant science documents that physicians are poor "lie detectors"— often no more reliable in discerning false reports than flipping a coin—and sometimes much worse.  The relevant research also documents that even though humans (including therapists) are poor "lie detectors," many poorly trained physicians and mental health professionals personally—and falsely—believe they are "experts" at this complex and difficult task.  See, e.g., Vrij, Aldert, Granhag, P. and Porter, S. (2010) Pitfalls and opportunities in nonverbal and verbal lie detection. Psychological Science In The Public Interest, 11 (3). pp. 89-121. ISSN 1529-1006 10.1177/1529100610390861.  The final error that I will highlight is that professional lie catchers

tend to overestimate their ability to detect deceit.  Research has consistently shown that when professional lie catchers and laypersons are compared, "professionals are more confident in their veracity judgments but are NO more accurate" (emphasis added).  See also Rosen, G. M. and Phillips, W.R., A Cautionary Lesson from Simulated Patients, *Journal of the American Academy of Psychiatry and Law*, 32, 132-133, (2004).

35.  METHODOLOGICAL DEFECTS of the GENDER TRANSITION INDUSTRY include the reliance upon (often poorly trained) mental health professionals to assess unverified patient reports.  Although much of medicine became science-based in the 20th century, the mental health field reportedly continues to lag behind.

The gender transition industry often involves social workers or other mental health professionals "assessing" patients reporting gender dysphoria to determine if they will "benefit" from "affirmation" medical interventions.  Given the extraordinary lack of competent, methodologically sound research justifying the use of gender affirmation "treatments" (as demonstrated in independent reviews by England, Sweden, Finland, the Cochrane review, and others, see below), there is no method for mental health professionals to reliably determine who might "benefit" from experimental interventions.  Such unreliable assessment protocols risk harm to patients as they depend upon the widespread, unreliable method of having psychotherapists depend upon "clinical judgment" methodologies to make life-changing decisions and offer "professional" opinions with little or no scientific validity.  See, e.g., Mischel, W. Connecting Clinical Practice to Scientific Progress, Psychological Science in the Public Interest, November 2008, vol 9, no 2 i-ii.  The past President of the Association for Psychological Science, Prof. Walter Mischel,

stated "the current disconnect between psychological science and clinical practice is an uncon-

scionable embarrassment."  See Mischel, W. Connecting Clinical Practice to Scientific Progress,

Psychological Science in the Public Interest, Vol 9, No 2, 2009.

Over the past century many components of the health care system—surgery, radiology, la-

boratory testing, internal medicine, pharmacological systems, etc.—became science-driven and

far more effective and reliable.  Courts are often unaware that this transformation—moving from

widespread use of unreliable methodologies to the widespread use of reliable science-based

methodologies—has, in many ways, not yet occurred in the mental health system.  See,  e.g.,

West, Catherine, 'An Unconscionable Embarrassment,' Association for Psychological Science,

Observer, October 2009, see http://www.psychologicalscience.org/index.php/publications/ob-

server/2009/october-09/an-unconscionable-embarrassment.html; See, also Baker, T., McFall, R.

& Shoham, V., Current Status and Future Prospects of Clinical Psychology: Toward a Scientifi-

cally Principled Approach to Mental and Behavioral Health Care, Psychological Science in the

Public Interest, Vol. 9, No. 2 (2009); see also Harrington, A., Mind Fixers: Psychiatry's Troubled

Search for the Biology of Mental Illness, W. W. Norton & Company; 1st edition, April 16, 2019;

see also Dawes, R.M., House of cards: Psychology and psychotherapy built on myth, New York:

Free Press (1997); see also Garb, H. N., & Boyle, P. A (2003). Understanding why some (mental

health) clinicians use pseudoscientific methods: Findings from research on clinical judgment. In

S. O. Lilienfeld, S. J. Lynn, &. J. M. Lohr (Eds.), Science and pseudo-science in clinical psy-

chology (pp. 17–38). New. York, NY: Guilford Press.

36.   DYSPHORIC REPORTS ARE COMMON FROM CHILDREN WITH A RANGE

OF ILLNESSES:  Reports of feelings of anxiety, depression, isolation, frustration, and embar-

rassment are not unique to children with gender dysphoria, but rather are common to children

who differ physically or psychologically from their peers.  Difficulties are accentuated as children progress through the normal stages of neuro-cognitive and social development.  In my clinical practice of pediatric endocrinology, this is most commonly seen in children with diabetes.  Attempts to deny or conceal the presence of disease rather than openly acknowledge and address specific needs can have devastating consequences including death.  With proper acknowledgment of the similarity and differences between children with gender dysphoria and other developmental challenges, prior medical experience in treating a range of reported troubles can guide the development of effective approaches to both alleviate suffering and minimize harm to school aged and adolescent children experiencing gender dysphoria.

37.    COURTS SHOULD BE AWARE THAT CLINICAL EXPERIENCE IN THE MENTAL HEALTH FIELDS—WHERE CLINICIANS OFTEN LACK ACCURATE FEEDBACK—IS OFTEN OF LIMITED VALUE:  As the gender transition industry routinely permits poorly qualified social workers or other mental health professionals to subjectively make life changing decisions in gender dysphoria cases—such mental health professionals often unreliably overestimate their ability to offer such "crystal ball" assessments and predictions.  Few of these professionals seem aware of the research showing the grave limitations on the experience, judgment, and methodologies of mental health professionals.  See, e.g., Tracey, T.J., Wampold, B.E., Lichtenberg, J.W., Goodyear, R. K., (2014) Expertise in Psychotherapy: An Elusive Goal, American Psychologist, Vol. 69, No. 3, 218-229.  "In a review of expertise across professions, Shanteau, J. (1992). [Competence in experts: The role of task characteristics. *Organizational Behavior and Human Decision Processes, 53*(2), 252–266.] identified several professions in which practitioners develop expertise, which he defined as increased quality of performance that is gained with additional experience.  These professions, which demonstrate there can be a relation

between experience and skill, include astronomers, test pilots, chess masters, mathematicians, accountants, and insurance analysts.  Shanteau also identified several professions for which experiential expertise was not demonstrated, including [mental health professionals].  He attributed the differences between the two types of professions to the *predictability of their outcomes and the unavailability of quality feedback.*"  For example, airline pilots, or even more clearly Navy fighter pilots who land on aircraft carriers practice their professions in full view of hundreds of people.  If they err, people die.  If they are, off course, unstable, or inaccurate in their performance, immediate consequences, retraining or loss of profession is the immediate outcome.  In contrast, a social worker, psychologist, or psychiatrist, sitting alone in a room with a troubled patient can make erroneous statements, use unreliable methodologies (e.g., naively believing whatever patients tell them or believing that they are "professional human lie detectors"), believe false and misleading notions about human memory, demonstrate ignorance of the serious defects in transgender treatment research, and fail to properly inform patients of the risks and benefits of treatments, etc.  Mental health professionals can make such egregious errors for decades without receiving timely, accurate feedback.  Without accurate feedback there is a failure of the learning process and improvements are difficult or not possible.  Such limiting processes can continue for many years of practice.  This is why mental health professions have been listed as doing the type of work that often does not lead to improvements in "clinical experience"—even over many years of practice.  Gender discordant ("transgender") patients are rarely, if ever, informed of these limitations on mental health professionals' knowledge, training, or experience nor the limitations of mental health "assessments" based on unverified self-reported "memory" data.

38.    The World Professional Association for Transgender Health (WPATH), the American Academy of Pediatrics (AAP), and the Endocrine Society:  This methodological critique and

history of association errors and misadventures is quite informative when assessing the "professional association" consensus seeking methodologies including voting and political activities such as those of WPATH, the AAP, the American Endocrine Society and similar groups as they adopt support for the "politically correct" but scientifically defective, ideologically driven gender transition industry. Consensus seeking (voting) methods are not scientific evidence-based methodologies. Courts should take care not to be deceived by the "positions" of Associations—no matter how large or vocal. The net effect of many of the gender transition industry's methods and procedures is the sterilization of tens of thousands of children, adolescents, and adults. This is a sobering reminder of previous, now infamous, medical misadventures. (See Hruz, PW, Mayer, LS, and McHugh, PR, "Growing Pains: Problems with Puberty Suppression in Treating Gender Dysphoria," The New Atlantis, Number 52, Spring 2017 pp. 3 -36; See also McHugh, P., Psychiatric Misadventures, The American Scholar, Vol. 62, No. 2 (Spring 1993), pp. 316-320).

39. The Diagnostic and Statistical Manual of the American Psychiatric Association (DSM): A final example of the methodological limitations of relying upon "association voting" methods is the Diagnostic and Statistical Manual of the American Psychiatric Association. The DSM (and also the International Classification of Diseases- ICD) system(s) have confused some courts in the past. Simply put, reliability data, validity methodological analyses, and error rates are not supplied nor supported by the Diagnostic and Statistical Manual of the American Psychiatric Association (DSM).

The current American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders* (Version 5) employs the term "Gender Dysphoria" and defines it with separate sets of criteria for adolescents and adults on the one hand, and children on the other. It is important to appreciate the DSM for what it is and what it is not. The DSM began as an attempt to create a

dictionary for psychiatry.  The process by which DSM classifications are created involves voting by committee—this is not a reliable-valid scientific process.  The committees' recommendations are approved or rejected by superordinate committees.  DSM content is largely decided by consensus-seeking methodologies—such as "voting" by small committees of (sometimes) advocates and activist practitioners whose judgment may suffer from significant financial conflicts of interest.  The limitations of the DSM methodology are well known in the relevant scientific community.  In my opinion, these views are generally accepted by the relevant scientific community.

In sum, professional association "positions" are not based upon competent, credible, reliable and valid scientific methodologies.  Professional association "positions" on gender affirmation assessments and treatments remain very socially, medically, and scientifically controversial—and increasingly so.  The association "positions"—since they are produced by voting and not methodologically reliable-valid evidence—have not been generally accepted by the relevant scientific community and they have no known, nor published, error rates.

40.    PATIENTS' RIGHTS TO TESTED, PROVEN TREATMENTS and INFORMED CONSENT HAVE BEEN VIOLATED IN THE PAST BY ETHICAL FAILURES IN THE MEDICAL and MENTAL HEALTH SYSTEMS.  Using experimental procedures on uninformed, vulnerable patients is unethical and improper.  Some of the most tragic chapters in the history of medicine include violations of informed consent and improper experimentation on patients using methods and procedures that have not been tested and validated by methodologically sound science—such is the case with the gender transition industry.  The history of the infamous Tuskegee studies, the Nazi and Imperial Japanese wartime experiments, lobotomies (e.g., Dr. Egas Moniz received the 1949 Nobel Prize in Medicine for inventing lobotomies as a "treatment" for schizophrenia.  See https://www.nobelprize.org/prizes/medicine/1949/moniz/article/),

recovered memory therapy-multiple personality disorders, rebirthing therapy (see, e.g., Janofsky, M. Girl's Death Brings Ban on Kind of 'Therapy'. New York Times.  April 18, 2001; see also Peggy Lowe, Rebirthing team convicted: Two therapists face mandatory terms of 16 to 48 years in jail, Rocky Mountain News, April 21, 2001), coercive holding therapy (see, Hyde, J. "Holding therapy appears finished, State orders the last practitioner of holding therapy to end controversial method" Deseret News, Feb 13, 2005),  and other tragic examples should serve as a stark warn-ing to medical providers to properly protect the rights of patients and their families to a proper informed consent process and to not be subjected to experimental, unproven interventions such as gender transition "treatments."  It is now universally agreed that medical and psychotherapy patients have a right to proper informed consent.  Professional ethics codes, licensing rules and regulations, hospital rules and regulations, state and federal laws, and biomedical conventions and declarations all protect patients' right to informed consent discussions of the risks and bene-fits of proposed treatments and alternative treatments including no treatment.  See Jonson AR, Siegler M, Winslade, WJ: Clinical Ethics, New York: McGraw Hill, 1998, ("Informed consent is defined as the willing acceptance of a medical intervention by a patient after adequate disclosure by the physician of the nature of the intervention, its risks, and benefits, as well as of alternatives with their risks and benefits.")  See also Katz, A., Webb, S., and Committee on Bioethics, In-formed Consent in Decision-Making in Pediatric Practice,  Pediatrics, August 2016, 138 (2) e20161485; DOI: https://doi.org/10.1542/peds.2016-1485 at https://pediatrics.aappublica-tions.org/content/138/2/e20161485

Tragically, however, as I will discuss in detail below, we now have much evidence supporting increasing concerns that the true risks and benefits of Sex Discordant Gender

("transgender") transition "treatments" are NOT being properly and ethically presented to patients by providers (surgeons, endocrinologists, therapists, etc).  Similarly, many of the published "pro-transition" research studies reviewed in this declaration have misrepresented to the public the actual risks and benefits of gender affirming medical interventions.  The gender transition industry has produced research claiming evidence supporting the use of controversial "treatments" when, in fact, their own study data more likely support the alternative hypothesis that so-called "transition" intervention procedures might produce higher risks of anxiety and more serious suicide attempts requiring hospitalization**.** Expert witnesses in cases involving issues related to sex discordant gender transition interventions are duty bound and required by licensing rules to truthfully and fully disclose to courts and legal professionals the well-documented risks, international controversies, and published misrepresentations involving the still unproven gender transition methods and procedures.

42.   ONE OF THE MOST SERIOUS OF ALL METHODOLOGICAL ERRORS, CONFIRMATION BIAS, PLAGUES THE RESEARCH OF THE GENDER TRANSITION INDUSTRY:   Confirmation bias is one of the most serious and potentially dangerous errors in the assessment-diagnosis-treatment process of medicine.  One of the key methodologies in science and in proper investigations-assessments of all kinds—including expert witness review and testimony—is the generation and testing of multiple alternative investigative hypotheses. From US Public Junior High Schools (typically first taught to 8th Graders) through competent M.A., M.S.W., and all Ph.D. and M.D. graduate programs, students and professionals at all levels are taught that the central methodology for science and for a proper assessment-diagnosis-treatment or expert witness report involves the generation and testing of alternative investigative hypotheses.  Investigative hypotheses, once generated, should be rationally, properly, and fairly explored

to see if actual, factual evidence supports or refutes the hypotheses.  A common and serious error in improper assessments-diagnoses-treatments is "confirmation bias," the failure to generate and then explore alternative hypotheses.  With confirmation bias, the often poorly trained and/or biased physician, investigator, expert, or therapist applies a narrow "tunnel vision" process to support a single, favorite, biased, pre-conceived hypothesis in a case.  (See Garb, H. N., & Boyle, P. A (2003). Understanding why some clinicians use pseudoscientific methods: Findings from research on clinical judgment. In S. O. Lilienfeld, S. J. Lynn, &. J. M. Lohr (Eds.), Science and pseudoscience in clinical psychology (pp. 17–38). New. York, NY: Guilford Press.; see also Plous, Scott (1993). The Psychology of Judgment and Decision Making. p. 233; Nickerson, Raymond S. (June 1998). "Confirmation Bias: A Ubiquitous Phenomenon in Many Guises". Review of General Psychology 2 (2): 175–220. doi:10.1037/1089-2680.2.2.17; Joshua Klayman and Young-Won Ha, Confirmation, Disconfirmation, and Information in Hypothesis Testing,  Psychological Review, 1987, Vol.94, No. 2, 211-228.)  Currently, too many gender transition industry providers appear to violate the requirement to properly generate, explore, and disclose alternative hypotheses for assessments/diagnoses and treatments.  In my opinion such failures,  including the demand that all alternative hypotheses and treatments be banned as forms of "conversion" therapy, risk institutionalizing confirmation bias —a dangerous form of negligent practice.  See Smith, T. Summary of AMA Journal of Ethics article on cognitive biases, Four widespread cognitive biases and how doctors can overcome them (e.g., confirmation bias, anchoring bias, affect heuristic, and outcomes bias) at https://www.ama-assn.org/delivering-care/ethics/4-widespread-cognitive-biases-and-how-doctors-can-overcome-them.  ("Physicians are human and, therefore, constantly vulnerable to cognitive bias.  But this imperfection is not just theoretical.  It can have huge effects on patient care.")

43.   CONFIRMATION BIAS CAN PREVENT COMPLEX, COMPREHENSIVE DIAG-

NOSIS AND TREATMENT EXPLORING ALTERNATIVE HYPOTHESES:  By demanding

the immediate and un-investigated "affirmation" of a sex discordant gender identity patient's re-

quests for so-called "transitioning"—without conducting a detailed, proper, medical assessment

of alternative hypotheses—the gender transition industry is attempting to enforce and institution-

alize the methodological failure of "confirmation bias."  By disparaging as "conversion therapy"

all forms of psychotherapy, coping-and-resilience training, cognitive behavioral therapy for de-

pression/anxiety, the gender transition industry is failing to treat individual patients according to

the basic requirements and principles of competent medical assessment, diagnosis, and treatment.

The current scientific evidence does not support the current treatments nor methods endorsed and

aggressively marketed and demanded by the gender transition industry.  Its general refusal to

properly investigate or even consider alternative hypotheses, alternative diagnoses, and alterna-

tive treatments is, in my view, unethical misconduct.  For example, many peer reviewed,

properly conducted, published research reports demonstrate that cognitive-behavioral therapy is

a very low-risk, safe, and highly effective treatment for depression and anxiety disorders.  See,

e.g., Mor N, Haran D. Cognitive-behavioral therapy for depression.  J Psychiatry Relat Sci.

2009;46(4):269-73. PMID: 20635774, https://pubmed.ncbi.nlm.nih.gov/20635774/; (A review of

"Twenty-nine Random Control Trials were included in three separate meta-analyses. Results

showed multi-modal CBT was more effective than no primary care treatment (d =0.59), and pri-

mary care treatment-as-usual (TAU) (d = 0.48) for anxiety and depression symptoms.").  See,

e.g., Twomey, C., O'Reilly, G. and Byrne, M.  Effectiveness of cognitive behavioural therapy for

anxiety and depression in primary care: a meta-analysis, Family Practice, Volume 32, Issue 1,

February 2015, pp. 3–15, https://doi.org/10.1093/fampra/cmu060.  The political taint is so strong

that some providers reportedly fail to offer and engage in CBT therapy with depressed/anxious gender dysphoric patients for fear of being attacked as engaging in "conversion" therapy.  Again, the institutionalization of medical negligence (e.g., confirmation bias) harms vulnerable patients.

44.   PROPER INVESTIGATIONS OF DECEPTIVE MISCONDUCT.  Ideological over-reach can lead to unethical misconduct and licensing violations.  Misrepresenting medical-scientific research, deceptively hiding methodological errors, or failing to honestly report ongoing international controversies to courts, patients, or guardians should be properly investigated as misconduct.  Licensing boards and professional associations produce and should properly enforce ethics rules and requirements governing the conduct of health care professionals to protect the rights of patients and parents.

45.   THE ACTUAL PREVALENCE OF GENDER DYSPHORIA and PATIENTS THAT IDENTIFY AS GENDER DISCORDANT ("transgender") IS UNKNOWN BUT IT APPEARS TO BE INCREASING AT A RAPIDLY ACCELERATING RATE THUS SUPPORTING AN ALTERNATIVE HYPOTHESIS OF SOCIAL CONTAGION:  Estimates reported in in the DSM-V were between 0.005% to 0.014% for adult males and 0.002% to 0.003% for adult females.  Thus, gender dysphoria was, until just a few years ago, a very rare condition.  It is currently unknown whether these DSM estimates were falsely low due to under-reporting or:

- whether changing societal acceptance of transgendered identity and the growing number of medical centers providing interventions for gender dysphoria has led to increased reporting of persons who identify as transgender ;

- whether the reported educational programs aggressively promoting "non-binary" identification to elementary to high school students to college students have greatly increased the numbers of youth adopting a transgender identity;

- whether the reported wave of "trans You Tube influencers" watched by millions each day as they aggressively "sell" the transgender lifestyle has added to a social contagion effect with vulnerable lonely, depression, anxious, or autistic youth; or

- whether other causal processes are at play.

A key unanswered research question is whether a social contagion process is leading to vast and rapid increases in the numbers of patients identifying as gender discordant ("transgender"). How many of the new waves of thousands of cases are 'false reports' that will dissipate with time and normal development over time? For example, the Gender Identity Development Service in the United Kingdom, which treats only children under the age of 18, reported that it received 94 referrals of children in 2009/2010 and 1,986 referrals of children in 2016/2017, a relative increase of 2,000%. See "GIDS referrals figures for 2016/17," Gender Identity Development Service, GIDS. NHS.uk (undated), http://gids.nhs.uk/sites/default/files/content_uploads/referralfigures-2016-17.pdf.

Reportedly, similar social contagion processes led to tens of thousands of patients and families being harmed by controversial diagnoses such as multiple personality disorder (MPD) and controversial interventions including recovered memory therapy (RMT). RMT and MPD patients, once considered extremely rare (some 300 MPD patients reported worldwide prior to the 1980s-1990s social contagion epidemic) erupted into a flood of tens of thousands of patients and affected families in the 1990s. These very controversial disorders and treatments were greatly reduced by dozens of civil lawsuits against RMT-MPD therapists, international news exposure of scientific evidence debunking these notions, and international news reporting of the civil litigation, licensing prosecutions, and licensing revocations of well-known RMT-

MPD practitioners. (See, e.g., Belluck, P. Memory Therapy Leads to a Lawsuit and Big Settle-ment [$10.6 Million], The New York Times, Page 1, Column 1, Nov. 6, 1997;  Pendergrast, M. (2017). The repressed memory epidemic: How it happened and what we need to learn from it. New York, NY: Springer).

Recent data indicates that the number of people seeking care for gender dysphoria is rapidly increasing with some estimates as high as 20-fold and more.  See Chen, M., Fuqua, J. & Eugster, E. A. Characteristics of Referrals for Gender Dysphoria Over a 13-Year Period. Journal of Adolescent Health 58, 369-371, doi:https://doi.org/10.1016/j.jadohealth.2015.11.010 (2016); 4.  "GIDS referrals figures for 2016/17," Gender Identity Development Service, GIDS.NHS.uk (undated), http://gids.nhs.uk/sites/default/files/content_uploads/referral-figures-2016-17.pdf). See Zucker K. J. (2017). Epidemiology of gender dysphoria and transgender identity. *Sexual health*, *14*(5), 404–411. https://doi.org/10.1071/SH17067.  Data from England show *increases of 4,000%* for female to male patients and in America data show *increases of 20,000%* for young women (e.g. from .01 to 2%).  Estimates vary considerably in relation to how sex-gender identity discordance is defined.  See Zhang, Q., Goodman, M., Adams, N., Corneil, T., Hashemi, L., Kreukels, B., Motmans, J., Snyder, R., & Coleman, E. (2020). Epidemiological considerations in transgender health: A systematic review with focus on higher quality data. *International journal of transgender health*, *21*(2), 125–137. https://doi.org/10.1080; Poteat, T., Rachlin, K., Lare, S., Janssen, A. & Devor, A. in *Transgender Medicine: A Multidisciplinary Approach*  (eds Leonid Poretsky & Wylie C. Hembree)  1-24 (Springer International Publishing, 2019); Flores AR, Her-man JL, Gates, GJ, Brown TNT. How Many Adults Identify as Transgender in the United States? Los Angeles, CA: The Williams Institute; 2016. https://williamsinsti-tute.law.ucla.edu/wp-content/uploads/Trans-Adults-US-Aug-2016.pdf. Accessed April 28, 2021.

46.    EVIDENCE SUPPORTS THE HYPOTHESIS THAT GENDER IDENTITY IS *NOT* GENETICALLY OR BIOLOGICALLY DETERMINED:  There is strong disconfirming evidence (e.g., Popperian falsifiability) against the theory that gender identity is determined at or before birth and is unchangeable.  This comes from A) identical twin studies where siblings share genetic complements and prenatal environmental exposure but have differing gender identities.  See Heylens, G. et al. Gender identity disorder in twins: a review of the case report literature. J Sex Med 9, 751-757, doi:10.1111/j.1743-6109.2011.02567.x (2012) and B) the very recent and massive increase in the numbers of GD patients over a very short time span.  This argues against a biological-genetic hypothesis.  See Leinung MC, Joseph J. Changing Demographics in Transgender Individuals Seeking Hormonal Therapy: Are Trans Women More Common Than Trans Men? Transgend Health. 2020 Dec 11;5(4):241-245. doi: 10.1089/trgh.2019.0070. PMID: 33644314; PMCID: PMC7906237.

47.    REPLICATED RESEARCH EVIDENCE SUPPORTS THE HYPOTHESIS THAT GENDER IDENTITY IS <u>*NOT*</u> IMMUTABLE:  Further evidence that gender identity is not fixed and immutable comes from established peer reviewed literature demonstrating that the vast majority (80-95%) of children who express gender dysphoria revert to a gender identity concordant with their biological sex by late adolescence.  This natural developmental "cure" of gender dysphoria requires no direct "treatment" and prevents the hormonal and surgical destruction of normal, healthy organs and bodily processes (e.g. prevents sterilization of the child).  See Singh D, Bradley SJ, Zucker KJ. A Follow-Up Study of Boys With Gender Identity Disorder. Front Psychiatry. 2021 Mar 29;12:632784. doi: 10.3389/fpsyt.2021.632784. PMID: 33854450; PMCID: PMC8039393.  It is not currently known whether individuals with gender dysphoria persistence have differing etiologies or severity of precipitating factors compared to desisting individuals.

See Drummond, K. D., Bradley, S. J., Peterson-Badali, M. & Zucker, K. J. A follow-up study of girls with gender identity disorder. Dev Psychol **44**, 34-45, doi:10.1037/0012-1649.44.1.34 (2008); Steensma, T. D., McGuire, J. K., Kreukels, B. P., Beekman, A. J. & Cohen-Kettenis, P. T. Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. J Am Acad Child Adolesc Psychiatry **52**, 582-590, doi:10.1016/j.jaac.2013.03.016 (2013).

48.   VIRTUALLY ALL TRANSGENDER PATIENTS ARE BORN WITH HEALTHY NORMAL SEX ORGANS AND NO KNOWN BRAIN OR GENETIC ABNORMALITIES: Most people with gender dysphoria, do not have a disorder of sexual development.  As documented in their medical record, such patients typically have normally formed sexual organs.  The presence of normal, functional sex organs prior to the initiation of hormone administration or surgical "transition" operations is typical in transgender patients.  I note that both hormonal treatments and surgery to remove healthy, normal organs (the genitals of GD patients) destroy the function of healthy organs (e.g., producing the life-long sterilization of GD patients).  Such injurious "treatments" are very controversial and occur nowhere else in medicine that I am aware of with the exception of requests for the amputation of healthy limbs in patients suffering from the very controversial "body integrity identity disorder".  See Elliott, T., Body Dysmorphic Disorder, Radical Surgery and the Limits of Consent*, Medical Law Review*, Volume 17, Issue 2, Summer 2009, Pages 149–182, https://doi.org/10.1093/medlaw/fwp001.  In 2000 there was a media furor when it was disclosed that a Scottish surgeon had operated upon two adult male patients reportedly suffering from a rare form of a psychological condition known as body integrity identity disorder, in each case amputating a healthy leg.  Since then, the question of whether such surgery is ethically or legally permissible has been a matter of debate.  The subject raises issues

as to the extent to which it is proper to treat adults with psychiatric or psychological disorders with radical surgery, particularly where the appropriate diagnosis and treatment of the underlying disorder is uncertain or disputed.   Similarly, gender transition interventions also involve treating patients "with psychiatric or psychological disorders with radical surgery, where the appropriate diagnosis and treatment of the underlying disorder is uncertain or disputed."

The primary use of psychotherapy as a means to treat body dysmorphic disorder contrasts with the approaches used by the gender transition industry.  See Hadley, S. J., Greenberg, J., & Hollander, E. (2002). Diagnosis and treatment of body dysmorphic disorder in adolescents. *Current psychiatry reports*, *4*(2), 108–113. https://doi.org/10.1007/s11920-002-0043-4; Allen, A., & Hollander, E. (2000). Body dysmorphic disorder. *The Psychiatric clinics of North America*, *23*(3), 617–628. https://doi.org/10.1016/s0193-953x(05)70184-2.

49.   THE ETIOLOGY (CAUSE) OF GENDER DYSPHORIA IS CURRENTLY UNKNOWN and the "TREATMENTS" are of UNCERTAIN EFFICACY.  The current theories and treatments remain experimental and controversial.  The etiology of gender dysphoria in individuals with sex-gender identity discordance remains unknown.  Alternative hypotheses include some as yet unidentified biological cause, prenatal hormone exposure, genetic variation, postnatal environmental influences, family dynamics, other forms of mental illness, an abnormal detour from developmental identity processes, social contagion effects on suggestible-vulnerable subjects, or a combination of multiple factors.  Based upon the available evidence, it is most likely that sex-gender identity discordance is multifactorial with both genetic and environmental influences, differing in both kind and degree in any affected individual.  Importantly, these potential contributing factors are hypothesized to be contributory, but not determinative of the condition.

See Saleem, Fatima, and Syed W. Rizvi. "Transgender Associations and Possible Etiology: A Literature Review." Cureus 9, no. 12 (2017): e1984.

50.   THE CONCEPT OF "NEUROLOGICAL SEX" IS EXPERIMENTAL, UNVERI-FIED, HAS NO KNOWN ERROR RATE and is NOT ACCEPTED BY THE RELEVANT SCI-ENTIFIC COMMUNITY.  The recently coined concept of "neurological sex" as a distinct entity or a basis for classifying individuals as male or female has no scientific justification.  Limited emerging data has suggested structural and functional differences between brains from normal and transgender individuals.  These data do not establish whether these differences are innate and fixed or acquired and malleable.  The remarkable neuronal plasticity of the brain is well known, well documented, and has been studied extensively in gender-independent contexts related to health and disease, learning, and behavior.  See Fatima Yousif Ismail, Ali Fatemi, and Michael V. Johnston, "Cerebral Plasticity: Windows of Opportunity in the Developing Brain," European Journal of Paediatric Neurology 21, no. 1 (2017).

51.   GENDER IDENTITY IDEOLOGY IS A POLITICAL, NOT SCIENTIFIC THE-ORY.  A key alternative investigative hypothesis in efforts to understand the rise of reports of gender discordance and social-political-medical attempts to create a transgender movement is that such ideas are not based upon sound scientific biological, genetic, or related principles and data but rather are based upon ideology and driven by political advocacy.  Although worldviews among scientists and physicians differ widely (similar to society at large), science must remain firmly grounded in testable, valid, and reliable assessments of physical reality—not ideologically tainted perceptions and belief systems.  The inherent link between human sexual biology and tel-eology (e.g. human reproduction) is self-evident and fixed.  Breithaupt H. The science of sex.

*EMBO Rep*. 2012;13(5):394. Published 2012 May 1. doi:10.1038/embor.2012.45.  Activists often support clearly contradictory theories and arguments at the same time (e.g. the claim that Gender Dysphoria (GD) and "trans identity" are" immutable", "genetic", or based on "brain structures" while simultaneously claiming GD is also "fluid" and thus capable of changing on a daily basis).  That is perhaps because the gender transition industry gains support from controversial ideological foundations.  (See, e.g., Pluckrose, and Lindsay, J., Cynical Theories: How Activist Scholarship Made Everything about Race, Gender, and Identity—and Why This Harms Everybody, Pitchstone Publishing, August 25, 2020).

52.   GENDER IDENTITY IDEOLOGY HAS NO SCIENTIFIC BASIS, HAS NEVER BEEN ACCEPTED BY THE RELEVANT SCIENTIFIC COMMUNITY, and HAS NO KNOWN NOR PUBLISHED ERROR RATE.  The political-ideological claims of proponents of transgenderism, which include opinions such as "gender identity is the primary factor determining a person's sex," "gender is the only true determinant of sex," and individuals have "sex assigned at birth" must be viewed in their proper ideological context.  There is no scientific basis for redefining sex on the basis of a person's subjective, psychological sense of "gender".

53.   IN CONTRAST TO "TRANSGENDER" IDEOLOGY, THE BIOLOGICAL BASIS OF SEX IS FIRMLY GROUNDED IN SCIENCE, ACCEPTED BY THE RELEVANT SCIENTIFIC COMMUNITY, AND HAS A VERY LOW ERROR RATE:  The prevailing, constant, tested, proven, and accurate designation of sex as a biological trait grounded in the inherent purpose of male and female anatomy and as manifested in the appearance of external genitalia at birth remains the proper scientific and medical standard. Redefinition of the classification and meaning of sex based upon pathologic variation is not established medical fact.  See, e.g.,

Mittwoch, U. (2013), Sex determination. EMBO reports, 14: 588-592.

https://doi.org/10.1038/embor.2013.84

54.     THE ETHICAL FOUNDATIONS of MEDICINE—FIRST DO NO HARM:  The fundamental purpose of the practice of medicine is to treat disease and alleviate suffering.  An essential tenet of medical practice is to avoid doing harm in the process.  Efforts to rely upon clear, valid, reliable, and definitive evidence on how to best accomplish treatment goals is the essential ethical, professional, scientific, and clinical goals of physicians.  The gender transition industry violates this essential principle by using experimental treatments on vulnerable populations without properly informing them of the actual risks and limitations of the treatments.  See Jonson AR, Siegler M, Winslade, WJ: Clinical Ethics, New York: McGraw Hill, 1998.

55.     THE ETHICAL FOUNDATIONS of MEDICINE REQUIRE US TO STRIVE TO HELP THOSE IN DISTRESS WITH COMPASSION, KINDNESS, and EMPATHY WITH-OUT VIOLATING PATIENTS' and PARENTS' RIGHTS BY ENGAGING IN EXPERIMENTAL, UNPROVEN INTERVENTIONS LEADING TO PERMANENT DAMAGE TO MANY PATIENTS—INCLUDING STERILIZATION:  Persons with gender dysphoria as defined in the DSM-V report experiencing significant psychological distress related to their condition with elevated risk of depression, suicide, and other morbidities.  Thus, attempts to provide effective medical care to affected persons are clearly warranted.  Efforts to effectively treat persons with gender dysphoria require respect for the inherent dignity of those affected, sensitivity to their suffering, and maintenance of objectivity in assessing etiologies and long-term outcomes.  In my opinion, the use of unproven, experimental treatments on vulnerable patients and the publication of grossly methodologically defective research are violations of the ethical foundations of medicine.

56.   THREE CURRENT APPROACHES FOR MANAGING GENDER DYSPHORIA:

To date, three approaches have been proposed for treating children with gender dysphoria.  See

Zucker, K. J. On the "natural history" of gender identity disorder in children. J Am Acad Child

Adolesc Psychiatry 47, 1361-1363, doi:10.1097/CHI.0b013e31818960cf (2008).)   The first ap-

proach, often referred to as "conversion" or "reparative therapy," is directed toward actively sup-

porting and encouraging children to identify with their biological sex.  The second "neutral" or

"watchful waiting" approach, motivated by understanding of the natural history of transgender

identification in children, is to neither encourage nor discourage transgender identification, rec-

ognizing that the vast majority of affected children if left alone are likely to eventually realign

their reports of gender identification with their sex.  This approach may also include the use of

scientifically validated treatments (e.g. CBT) for the patient's anxiety, depression, social skills

deficits or other issues. See van Bentum, J. S., van Bronswijk, S. C., Sijbrandij, M., Lemmens,

L., Peeters, F., Drukker, M., & Huibers, M. (2021).  Cognitive therapy and interpersonal psycho-

therapy reduce suicidal ideation independent from their effect on depression.  *Depression and*

*anxiety*, 10.1002/da.23151. Advance online publication. https://doi.org/10.1002/da.23151; Gal-

lagher, M. W., Phillips, C. A., D'Souza, J., Richardson, A., Long, L. J., Boswell, J. F., Farchione,

T. J., & Barlow, D. H. (2020). Trajectories of change in well-being during cognitive behavioral

therapies for anxiety disorders: Quantifying the impact and covariation with improvements in

anxiety. *Psychotherapy (Chicago, Ill.)*, *57*(3), 379–390. https://doi.org/10.1037/pst0000283.  The

third, "affirming," approach is to actively encourage children to embrace transgender identity

with social transitioning followed by hormonal therapy leading to potential surgical interventions

and life-long sterilization.  See Walch A, Davidge-Pitts C, Safer JD, Lopez X, TangprichaV,

Iwamoto SJ. Proper Care of Transgender and Gender Diverse Persons in the Setting of Proposed

Discrimination: A Policy Perspective J Clin Endocrinol Metab. 2021;106(2):305-308. doi:10.1210/clinem/dgaa816.

57.    THE "WATCHFUL WAITING" TREATMENT MODALITY INVOLVES NO ME-DICAL INTERVENTION AND IS CURRENTLY THE BEST SCIENTIFICALLY SUP-PORTED INTERVENTION FOR YOUNG CHILDREN REPORTING GENDER DYSPHORIA:  Desistance (i.e. realignment of expressed gender identity to be concordant with sex) provides the greatest lifelong benefit, is the outcome in the vast majority of patients, and should be maintained as a desired goal.  Any scientifically untested intervention that unnecessarily interferes with the likelihood of a normal, non-traumatic, developmental resolution of gender dysphoria is unwarranted and potentially harmful.  The gender affirming approach, which includes use of a child's preferred pronouns, use of sex-segregated bathrooms, other intimate facilities and sleeping accommodations corresponding to a child's gender identity, has limited, "very weak," "sparse" scientific support for short-term alleviation of dysphoria and *no long-term outcomes data demonstrating superiority over the other approaches*.  (See national reviews of England, Sweden, Finland, the Cochrane review, the Griffin review, the Carmichael review and others).  Claims that the other approaches have been scientifically disproven are simply false.  Decades of peer-reviewed, published scientific research, including the pioneering work of Dr. Kenneth Zucker, have supported the efficacy of the "watchful waiting" approach for the majority of patients experiencing gender dysphoria.  See Zucker, K. J. On the "natural history" of gender identity disorder in children. J Am Acad Child Adolesc Psychiatry 47, 1361-1363, doi:10.1097/CHI.0b013e31818960cf (2008);  Bradley, S. J. & Zucker, K. J. Gender Identity Disorder: A Review of the Past 10 YearsG. Journal of the American Academy of Child & Adolescent Psychiatry 36, 872-880, doi:10.1097/00004583-199707000-00008.).  In sum, the treatment

protocols and recommendations of politically influenced, non-science associations (WPATH, Pediatrics Assn, APA ) who engaged in "voting", consensus-seeking methodologies (not science) are not accepted by the relevant *scientific* community, are not based upon competent-credible, methodologically sound science, and have no known, nor published, error rate.

58.    THE HARMFUL EFFECTS OF "AFFIRMATIVE" TREATMENTS—INCLUDING PUBERTAL SUPPRESSION—ARE ESTABLISHED and ACCEPTED BY THE RELEVANT SCIENTIFIC COMMUNITY:  "To sum up how puberty suppression works, a thought experiment might be helpful.  Imagine two pairs of biologically and psychologically normal identical twins—a pair of boys and a pair of girls—where one child from each pair undergoes puberty suppression and the other twin does not.  Doctors begin administering GnRH analogue treatments for the girl at, say, age 8, and for the boy at age 9.  Stopping the gonadal hormone pathway of puberty does not stop time, so the puberty- suppressed twins will continue to age and grow—and because adrenal hormones associated with puberty will not be affected, the twins receiving GnRH analogue will even undergo some of the changes associated with puberty, such as the growth of pubic hair.  However, there will be major, obvious differences within each set of twins.  *The hormone suppressed twins' reproductive organs will not mature*: the testicles and penis of the boy undergoing puberty suppression will not mature, and the girl undergoing puberty suppression will not menstruate.  The boy undergoing puberty suppression will have less muscle mass and narrower shoulders than his twin, while the breasts of the girl undergoing puberty suppression will not develop.  The boy and girl undergoing puberty suppression will not have the same adolescent growth spurts as their twins.  *So all told, by the time the untreated twins reach maturity, look like adults, and are biologically capable of having children, the twins undergoing puberty suppression will be several inches shorter, will physically look more androgynous and*

*childlike, and will not be biologically capable of having children*.  This is a thought experiment, but it illustrates some of the effects that puberty suppression would be expected to have on the development of a growing adolescent's body."  See Hruz, PW, Mayer, LS, and McHugh, PR, "Growing Pains: Problems with Puberty Suppression in Treating Gender Dysphoria," The New Atlantis, Number 52, Spring 2017 pp. 3-36.

59.     THE ENDOCRINE SOCIETY RECOGNIZES THAT THE QUALITY OF EVI-DENCE FOR "AFFIRMATIVE" TREATMENTS IS CURRENTLY *"LOW OR VERY LOW"* (*"estimate of effect is very uncertain"*).  There is no general acceptance of these treatments in the relevant scientific community.  The error rate is unknown and could be very high.  The Endocrine Society published 2009 clinical guidelines for the treatment of patients with persistent gender dysphoria.  See Hembree, W. C. et al. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. J Clin Endocrinol Metab 94, 3132-3154, doi:10.1210/jc.2009-0345 (2009).  The recommendations include temporary suppression of pubertal development of children with GnRH agonists (hormone blockers normally used for children experiencing precocious puberty) followed by hormonal treatments to induce the development of secondary sexual traits consistent with one's gender identity.  In developing these guidelines, the authors assessed the quality of evidence supporting the recommendations made with use of the GRADE (Recommendations, Assessment, Development, and Evaluation) system for rating clinical guidelines. As directly stated in the Endocrine Society publication, *"the strength of recommendations and the quality of evidence was low or very low*."  According to the GRADE system, low recommendations indicate that "[f]urther research is very likely to have an important impact on our confidence in the estimate of effect and is likely to change the estimate."  Very low recommendations mean that "any estimate of effect is very uncertain."  (See

Guyatt G H, Oxman A D, Vist G E, Kunz R, Falck-Ytter Y, Alonso-Coello P et al. GRADE: an emerging consensus on rating quality of evidence and strength of recommendations BMJ 2008; 336 :924 doi:10.1136/bmj.39489.470347.AD).   An updated set of guidelines was published in September of 2017.   See Hembree, W. C. et al. Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab, doi:10.1210/jc.2017-01658 (2017).   The low quality of evidence presented in this document persists to the current day, as the controversy over these "treatments" is accelerating in recent years.

60.    THE WPATH GUIDELINES (7th version) NOTE SERIOUS LIMITATIONS OF THE EXISTING SCIENTIFIC DATA:  Clinical Practice Guidelines published by the World Professional Association for Transgender Health (WPATH) - (an advocacy organization whose positions are based on voting and not a scientific, evidence-based process) which is currently in its 7th iteration, similarly, though less explicitly, acknowledge the limitation of existing scientific data supporting their recommendations given and "the value of harm-reduction approaches". Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W. J., Monstrey, S., Adler, R. K., Brown, G. R., Devor, A. H., Ehrbar, R., Ettner, R., Eyler, E., Garofalo, R., Karasic, D. H., . . . Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. International Journal of Transgenderism, 13(4), 165–232. https://doi.org/10.1080/15532739.2011.700873.

61.    ADMINISTERING HORMONES TO A CHILD WHOSE GENDER DYSPHORIA IS HIGHLY LIKELY (80%+) TO RESOLVE IS RISKY, UNSCIENTIFIC and UNETHICAL. Iatrogenic damages, including life-long sterility, stunted growth, increased heart attack risk, etc.,

are often irreversible.  Treatment of gender dysphoric children who experience persistence of symptoms with hormones (pubertal suppression and cross-hormone therapy) carries significant risk.  It is generally accepted, even by advocates of transgender hormone therapy, that hormonal treatment impairs fertility and often result in sterility, which in many cases is irreversible.  See Nahata, L., Tishelman, A. C., Caltabellotta, N. M. & Quinn, G. P. Low Fertility Preservation Utilization Among Transgender Youth. Journal of Adolescent Health 61, 40-44, doi:https://doi.org/10.1016/j.jadohealth.2016.12.012 (2017)).  Emerging data also show that treated patients have lower bone density which may lead to increased fracture risk later in life.  See Klink, D., Caris, M., Heijboer, A., van Trotsenburg, M. & Rotteveel, J. Bone Mass in Young Adulthood Following Gonadotropin-Releasing Hormone Analog Treatment and Cross-Sex Hormone Treatment in Adolescents With Gender Dysphoria. The Journal of Clinical Endocrinology & Metabolism 100, E270-E275, doi:10.1210/jc.2014-2439 (2015)).  Other potential adverse effects include disfiguring acne, high blood pressure, weight gain, abnormal glucose tolerance, breast cancer, liver disease, thrombosis, and cardiovascular disease.  See Seal, L. J. A review of the physical and metabolic effects of cross-sex hormonal therapy in the treatment of gender dysphoria. Annals of Clinical Biochemistry 53, 10-20, doi:10.1177/0004563215587763 (2016); Banks, K., Kyinn, M., Leemaqz, S. Y., Sarkodie, E., Goldstein, D., & Irwig, M. S. (2021).  See also, Blood Pressure Effects of Gender-Affirming Hormone Therapy in Transgender and Gender-Diverse Adults. *Hypertension (Dallas, Tex.: 1979)*, HYPERTENSIONAHA12016839. Advance online publication. https://doi.org/10.1161/HYPERTENSIONAHA.120.16839; Getahun, D., Nash, R., Flanders, W. D., Baird, T. C., Becerra-Culqui, T. A., Cromwell, L., Hunkeler, E., Lash, T. L., Millman, A., Quinn, V. P., Robinson, B., Roblin, D., Silverberg, M. J., Safer, J., Slovis, J., Tangpricha, V., & Goodman, M. (2018).  Cross-sex Hormones and Acute Cardiovascular

Events in Transgender Persons: A Cohort Study. *Annals of internal medicine*, *169*(4), 205–213. https://doi.org/10.7326/M17-2785; Spyridoula Maraka, Naykky Singh Ospina, Rene Rodriguez-Gutierrez, Caroline J Davidge-Pitts, Todd B Nippoldt, Larry J Prokop, M Hassan Murad, Sex Steroids and Cardiovascular Outcomes in Transgender Individuals: A Systematic Review and Meta-Analysis, *The Journal of Clinical Endocrinology & Metabolism*, Volume 102, Issue 11, 1 November 2017, Pages 3914–3923, https://doi.org/10.1210/jc.2017-01643.

62.   LONG TERM EFFECTS ARE UNKNOWN.  Such treatments are not generally accepted by the relevant scientific community and have no known nor published error rate.  Since strategies for the treatment of transgender children as summarized by the Endocrine Society guidelines are relatively new, long-term outcomes are unknown.  Evidence presented as support for short-term reductions in psychological distress following social transition in a "gender affirming" environment remains inconclusive.  When considered apart from advocacy-based agendas, multiple potential confounders are evident.  The most notable deficiencies of existing research are the absence of proper control subjects and lack of randomization in study design.  See Hruz, P. W. Deficiencies in Scientific Evidence for Medical Management of Gender Dysphoria. *Linacre Q* 87, 34-42, doi:10.1177/0024363919873762 (2020).  Although appropriate caution is warranted in extrapolating the outcomes observed from prior studies with current treatments, adults who have undergone social transition with or without surgical modification of external genitalia continue to have *rates of depression, anxiety, substance abuse and suicide far above the background population*.  See Adams, N., Hitomi, M. & Moody, C. Varied Reports of Adult Transgender Suicidality: Synthesizing and Describing the Peer-Reviewed and Gray Literature. Transgend Health 2, 60-75, doi:10.1089/trgh.2016.0036 (2017); see also Dhejne, C. et al. Long-

term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. PLoS One 6, e16885, doi:10.1371/journal.pone.0016885 (2011)).

63.   MEDICAL TREATMENTS CONTRARY TO THE SCIENCE COULD RESULT IN IRREVERSIBLE HARMS TO MANY PATIENTS WHO WOULD OTHERWISE HAVE RECOVERED NATURALLY FROM GENDER DYSPHORIA:  Of particular concern is the likelihood that naively requested gender transition "treatments" and social changes could interfere with known very high rates of natural-untreated resolution of sex-gender discordance.  Any activity that encourages or perpetuates transgender persistence for those who would otherwise desist could cause significant harm, particularly in light of the current treatment paradigm for persisting individuals.  As noted, sterility can often be expected with hormonal or surgical disruption of normal gonadal function.  See Cheng PJ, Pastuszak AW, Myers JB, Goodwin IA, Hotaling JM. Fertility concerns of the transgender patient. Transl Androl Urol. 2019 Jun;8(3):209-218. doi: 10.21037/tau.2019.05.09. PMID: 31380227; PMCID: PMC6626312.

64.   YOUNG CHILDREN and PARENTS ARE OFTEN NOT PROPERLY INFORMED or ARE NOT COMPETENT TO GIVE INFORMED CONSENT TO PROCEED WITH EXPERIMENTAL, HAZARDOUS TREATMENTS THAT COULD POTENTIALLY RESULT IN PERMANENT STERILITY:  This is a particularly concerning issue given that children are likely to be incapable of giving truly informed consent.  See Geier, C. F. Adolescent cognitive control and reward processing: Implications for risk taking and substance use. Hormones and Behavior 64, 333-342, doi:https://doi.org/10.1016/j.yhbeh.2013.02.008 (2013).  This concern remains valid when applied to hormonal or surgical treatments that will result in lifelong sterility.  In addition, parents are often manipulated and coerced by misinformed political activists or providers who threaten them with dire warnings that the only two options are "treatment or suicide".

These "threats" ignore data that challenge this biased assumption.  See D'Angelo, R., Syrulnik, E., Ayad, S. *et al.* One Size Does Not Fit All: In Support of Psychotherapy for Gender Dysphoria. *Arch Sex Behav* 50**,** 7–16 (2021). https://doi.org/10.1007/s10508-020-01844-2

65.    SOCIAL CONTAGION HAS BEEN IMPROPERLY IGNORED BY PROVIDERS: Social and psychological support with dignity for adolescents with gender dysphoria does not necessitate acceptance of a unproven, experimental understanding of human sexuality.  Rather, policy requirements including social contagion promoting educational processes that can increase the prevalence and persistence of transgender identification have significant potential for inducing long-term harm to affected children.

66.    COMPETENT, METHODOLOGICALLY SOUND, LONG-TERM TREATMENT OUTCOME RESEARCH ON GENDER DYSPHORIA INTERVENTIONS HAS NEVER BEEN DONE:  There remains a significant and unmet need to improve our understand of the biological, psychological, and environmental basis for the manifestation of patient reports of discordance of gender identity and biological sex in affected individuals.  (Olson-Kennedy, J. et al. Research priorities for gender nonconforming/transgender youth: gender identity development and biopsychosocial outcomes. Current Opinion in Endocrinology, Diabetes and Obesity 23, 172-179, (2016)).   In particular, there is a concerning lack of randomized controlled trials comparing outcomes of youth with gender dysphoria who are provided public encouragement for "affirming" social gender transition and how such transitioning affects the usual and natural progression to resolution of gender dysphoria in most affected children.  Such studies can be ethically designed and executed with provisions for other dignity affirming measures to both treatment groups.  See Sugarman J. Ethics in the design and conduct of clinical trials. Epidemiol Rev.

2002;24(1):54-8. doi: 10.1093/epirev/24.1.54. PMID: 12119856; And https://clinicalcenter.nih.gov/recruit/ethics.html

67.   DUE TO THE LACK OF QUALITY, CREDIBLE SUPPORTIVE RESEARCH GENDER AFFIRMING INTERVENTIONS REMAIN EXPERIMENTAL and HIGHLY CONTROVERSIAL.  Gender identity is consolidated during puberty and adolescence as young people's bodies become more sexually differentiated and mature. How this normally happens is not well understood, so it is imperative to be cautious about interfering with this complex natural process.  Far from being cautious and prudent in using puberty blockers to treat gender dysphoria, too many providers engaged in gender affirming medical interventions are conducting an unethical and risky experiment that does not come close to the ethical standards demanded in other areas of medicine.  No one really knows all the potential consequences of puberty blocking as a treatment for gender dysphoria, but there are some known effects of pubertal suppression on children who are physiologically normal, and these carry long-term health risks.  Children placed on puberty blockers have slower rates of growth in height, and an elevated risk of low bone-mineral density.  Another possible effect of blocking normally timed puberty is alteration of normal adolescent brain maturation.  (See Arain, M., Haque, M., Johal, L., Mathur, P., Nel, W., Rais, A., Sandhu, R., & Sharma, S. (2013). Maturation of the adolescent brain. *Neuropsychiatric disease and treatment*, *9*, 449–461. https://doi.org/10.2147/NDT.S39776).

When followed by cross-sex hormones, known and potential effects include disfiguring acne, high blood pressure, weight gain, abnormal glucose tolerance, breast cancer, liver disease, thrombosis, and cardiovascular disease.  Tragically, those children who persist in their transgender identity and take puberty blockers and cross-sex hormones are *expected to become sterile*. Given what we already know about puberty blocking and how much remains unknown, it

is not surprising that the use of GnRH analogues for puberty suppression in children with gender dysphoria is not FDA-approved.  The off-label prescription of these drugs is legal *but unethical* outside the setting of a carefully controlled and supervised clinical trial.  See Hruz, Mayer, and McHugh, "Growing Pains."  Trans activist professionals act as if there is a firm scientific consensus that it is safe and effective to treat gender dysphoria by using GnRH analogues to suppress normal puberty indefinitely.  But this is far from the reality, as I, together with Mayer and McHugh, have pointed out: "Whether puberty suppression is safe and effective when used for gender dysphoria remains unclear and unsupported by rigorous scientific evidence."  Thus, it is not generally accepted by the relevant scientific community.  Instead of regarding puberty blocking as a "prudent and scientifically proven treatment option," courts of law, parents, and the medical community *should view it as a "drastic and experimental measure*."  (See Hruz, Mayer, and McHugh, 2017.)  The use of any experimental medical treatment on children calls for "especially intense scrutiny, since children cannot provide proper legal consent to experimental medical treatments—especially treatments that may harm natural gender processes and produce sterility.

The rapid acceptance of puberty suppression as a treatment for gender dysphoria with little scientific support or scrutiny should raise concerns about the welfare of the children who receive such treatments.  In particular, we should question the claim that it is both physiologically and psychologically "reversible."  This includes the alteration of a temporally dependent developmental process.  After an extended period of pubertal suppression one cannot "turn back the clock" and reverse changes in the normal coordinated pattern of adolescent psychological development and puberty.  (See Hruz, Mayer, and McHugh, "Growing Pains, The New Atlantis: A Journal of Technology and Society, Spring 2017, pg 3-36; see also Vijayakumar N, Op de Macks

Z, Shirtcliff EA, Pfeifer JH. Puberty and the human brain: Insights into adolescent development. Neurosci Biobehav Rev. 2018 Sep;92:417-436. doi: 10.1016/j.neubiorev.2018.06.004. Epub 2018 Jul 1. PMID: 29972766; PMCID: PMC6234123; see also Choudhury S, Culturing the adolescent brain: what can neuroscience learn from anthropology?, *Social Cognitive and Affective Neuroscience*, Volume 5, Issue 2-3, June/September 2010, Pages 159–167, https://doi.org/10.1093/scan/nsp030

68.    ACTIVIST ATTEMPTS TO CONTROL PUBLIC DISCUSSION ARE HARMFUL TO SCIENCE:  The controversies regarding the risks and potential dangers of the transgender industry cannot be resolved by "cancel culture."  As Steven Levine, MD of Case Western has noted, "Among psychiatrists and psychotherapists who practice in the area, *there are currently widely varying views* concerning both the causes of, and appropriate therapeutic responses to, gender dysphoria in children. Dr. Levine went on to state, "Existing studies do not provide a basis for a scientific conclusion as to which therapeutic response results in the best long-term outcomes for affected individuals."  Although political advocates have asserted that the "affirmation therapy" model is accepted and agreed with by the overwhelming majority of mental health professionals, many respected academics and providers in the field strongly disagree.  For example, J. Cantor, Ph.D. (McGill) published the following opinion in 2019,  "almost all clinics and professional associations in the world" do not use "gender affirmation" for prepubescent children and instead "delay any transitions until after the onset of puberty."  See J. Cantor (2019), Transgender and Gender Diverse Children and Adolescents: Fact-Checking of AAP Policy, J. of Sex& Marital Therapy, 1, DOI: 10.1080.0092623X.2019.1698481.

69.    In the midst of this ongoing international, raging controversy, transgender and allied political activists have attempted to silence open public debate on the risks and benefits of

transgender medical procedures and political ideologies.  For example, Ryan Anderson, Ph.D., a policy analyst, wrote a book analyzing the scientific and policy issues involved in assessing the risks and benefits of the current practices of the transgender treatment industry.  See Anderson, R., *When Harry Became Sally: Responding to the Transgender Moment*, Encounter Books.  Despite widespread scientific interest and positive reviews, the book was banned from sale by the Amazon Corporation.  Too many lives are at stake for such blatant suppression of open scientific discussion.  Several positive reviews of Dr Ryan's book were posted by notable members of the relevant scientific-ethical community including:  Paul McHugh, MD, University Distinguished Professor of Psychiatry, Johns Hopkins University School of Medicine (Dr McHugh was trained at Harvard College and Harvard Medical School.  He served as the Chairman of Psychiatry at Johns Hopkins Medical School for decades) and Melissa Moschella, PhD, who served at Columbia University as Director of the Center for Biomedical Ethics in the Department of Medicine and currently at The Catholic University of America. (Dr. Moschella was trained at Harvard College and her PhD is from Princeton University) and Maureen Condic, Associate Professor of Neurobiology and Adjunct Professor of Pediatrics, University of Utah Medical School. (Dr. Condic's training includes a B.A. from the University of Chicago, and a Ph.D. from the University of California, Berkeley) and John Finnis,  Ph.D.,  Professor of Law at Oxford University for 40 years, now Emeritus. (LL.B. from Adelaide University (Australia) and Ph.D. in 1965 from Oxford University as a Rhodes Scholar at University College Oxford.)

International experts from a variety of relevant fields consider the issue of proper and harmful transgender treatments to be a serious controversy that must not be silenced.  Other scholars in this contentious field have been threatened and/or silenced by the political and ideo-

logical allies of the gender transition industry.  Consider, for example, the case of Alan Joseph-son, MD, a distinguished psychiatrist.  See Kearns, M., Gender Dissenter Gets Fired, National Review, Jan 12, 2019.  "Allan M. Josephson is a distinguished psychiatrist who, since 2003, has transformed the division of child and adolescent psychiatry and psychology at the University of Louisville from a struggling department to a nationally acclaimed program.  In the fall of 2017 he appeared on a panel at the Heritage Foundation and shared his professional opinion on the medicalization of gender-confused youth.  The university responded by demoting him and then effectively firing him."  See https://www.nationalreview.com/2019/07/allen-josephson-gender-dissenter-gets-fired/. Theories in the midst of an international firestorm of controversy are clearly not "generally accepted" by the relevant scientific community.  The ongoing attempts to ban books and aggressively silence academic debate or "cancel" professionals with alternative views are clear demonstrations of the ongoing and intense controversies surrounding the gender transi-tion industry.

70.   Consider also the example of Dr. Lisa Littman at Brown University Medical School.  Dr. Littman conducted extensive surveys to assess the experiences of parents involved in an online community for parents of transgender children or "gender skeptical" parents and children.  There were 256 completed surveys.  Their children were mostly adolescents or young adults.  The parents reported that about 80 percent of their (mostly adolescent) children announced their transgender identity "out of the blue" without the long-term history generally associated with gender dysphoria.  The parents also reported that transgender identity was linked with mental health issues (an often repeated, reliable finding in multiple studies from multiple nations).  The parents also reported that after their children came out as transgender, their children's mental health worsened, as did relationships with family members.  The parents also reported a *decline*

in the children's social adjustment after the announcement (e.g., more isolation, more distrust of non-transgender information sources, etc.).

The publication of the Littman paper was greeted by the outrage of trans activists who denounced the paper and Dr. Littman, calling it "hate speech and transphobic."  Brown University had initially produced a press release for the paper stating the Littman research provided bold new insights into transgender issues.  Once the political attacks began, the University removed it from their announcements.  Fortunately, in this case, there was also a counter-outcry from scientists decrying Brown University and the political activists for threatening academic freedom and censoring scientific research that might assist in the treatment of gender dysphoria.

There was also reportedly an academic petition signed by members of the relevant scientific community.  For example, Lee Jussim, PhD., Chair of the Psychology Department at Rutgers University wrote, "If the Littman study is wrong, let someone produce evidence that it is wrong.  Until that time, if the research p*sses some people off, who cares?  Galileo and Darwin p*ssed people off too.  Brown University should be ashamed of itself for caving to sociopolitical pressure.  Science denial, anyone?"  Similarly, Richard B. Krueger, MD (a Harvard Medical School graduate) of Columbia University College of Physicians and Surgeons, board certified psychiatrist specializing in the treatment of sexual disorders wrote, "Brown University's actions in its failure to support Dr. Littman's peer reviewed research are abhorrent."  Similarly, Nicholas Wolfinger, PhD (UC Berkeley, UCLA), currently Professor of Family and Consumer Studies at the University of Utah wrote: "The well-being of trans youth and other sexual minorities is best served by more research, not less."

The onslaught of attacks resulted in the journal asking Dr. Littman to publish a "corrected" version of the paper.  After careful review, the paper was again published with additional

information but no methodological nor data corrections—as no such errors were found.   See

https://www.psychologytoday.com/us/blog/rabble-rouser/201903/rapid-onset-gender-dysphoria.

See also Littman, L., Correction: Parent reports of adolescents and young adults perceived to

show signs of a rapid onset of gender dysphoria, PLOS ONE March 19, 2019,

https://doi.org/10.1371/journal.pone.0214157.  Dr. Littman's paper was a key initial step in the

alternative investigative hypothesis that the very recent and enormous increase in teenage girls

seeking "gender transitioning" is due to a social contagion process at school, in peer groups, and

on the internet.  This theory has yet to be tested in detail.

   71.   UNDERLYING BIOLOGY IS NOT CHANGED BY ALTERING BODILY FEA-

TURES TO "PASS" AS THE OPPOSITE SEX, NOR DO SUCH ALTERATIONS CHANGE

DISEASE VULNERABILITIES ASSOCIATED WITH GENETICALLY-DEFINED SEX:  De-

spite the increasing ability of hormones and various surgical procedures to reconfigure some

male bodies to visually pass as female, or vice versa, the biology of the person remains as de-

fined by genetic makeup, normatively by his (XY) or her (XX) chromosomes, including cellular,

anatomic, and physiologic characteristics and the particular disease vulnerabilities associated

with that chromosomally-defined sex.  (See "Institute of Medicine (US) Committee on Under-

standing the Biology of Sex and Gender Differences. Exploring the Biological Contributions to

Human Health: Does Sex Matter?" Wizemann TM, Pardue ML, editors. Washington (DC): Na-

tional Academies Press (US); 2001. PMID: 25057540.)   For instance, the XX (genetically fe-

male) individual who takes testosterone to stimulate certain male secondary sex characteristics

will nevertheless remain unable to produce sperm and father children.  Contrary to assertions and

hopes that medicine and society can fulfill the aspiration of the individual with sex-discordant

gender identity to become "a complete man" or "a complete woman," this is not biologically attainable.  It is possible for some adolescents and adults to pass unnoticed as the opposite gender that they aspire to be—but with limitations, costs, and risks, as I detail later.  See S. Levine (2018), Informed Consent for Transgendered Patients, J. of  Sex & Marital Therapy, at 6, DOI: 10.1080/0092623X.2018.1518885 ("Informed Consent"); S. Levine (2016), Reflections on the Legal Battles Over Prisoners with Gender Dysphoria, J. Am. Acad Psychiatry Law 44, 236 at 238 ("Reflections").

72.   ONE OF THE MOST CONTROVERSIAL AND CONTENTIOUS ISSUES IN TRANSGENDER SCIENCE IS THE RECENT EPIDEMIC OF ADOLESCENT FEMALE TO MALE GENDER DISCORDANT PATIENTS:  How prevalent is the Sudden Onset Gender Dysphoria Epidemic in Teen Girls first described by the research of Dr. Littman at Brown University?  In the UK, where centralized medical care provides data to track health care phenomenon, the number of adolescent girls seeking sex transitioning exploded *over 4,000% in the last decade.*  Similarly, in the US, where we lack the same kinds of centralized health care data, it has been reported that in 2018 2% (2 in 100) of high school students identified on surveys as "transgender"—this is 200 times greater response— a 20,000% increase—over reports during past decades which showed a rate of only .01 percent (one in 10,000 people).  See Johns MM, Lowry R, Andrzejewski J, et al. Transgender Identity and Experiences of Violence Victimization, Substance Use, Suicide Risk, and Sexual Risk Behaviors Among High School Students— 19 States and Large Urban School Districts, 2017. MMWR Morb Mortal Wkly Rep 2019; 68:67–71.

Along with this increase in transgender patients and identifiers, has come *a radical and recent transformation of the patient population* from early onset males to rapid onset adolescent girls.  Thus currently the majority of new patients with sex-gender discordance are not males with a long, stable history of gender dysphoria since early childhood—as they were for decades—but instead adolescent females with no documented long-term history of gender dysphoria—thus they experienced "rapid onset" transgender identification.  Whole groups of female friends in colleges, high schools, and even middle schools across the country are reportedly coming out together in peer group clusters as "transgender."  These are girls who — by detailed parental reports and self-reports—had never experienced any discomfort in their biological sex until they heard a coming-out story from a speaker at a school assembly or discovered the internet (YouTube) community of trans "influencer video stars."

This extraordinary change in new patient demographics appears more consistent with a theory of social contagion than of "immutable identification," "brain structures," "genetics," or other biological hypotheses.  Many unsuspecting parents, whose children have never shown any signs for gender discordant feelings or ideas, are awakening to find their daughters in thrall to hip trans YouTube stars and "gender-affirming" educators and activist therapists who push life-changing interventions on these young girls—including double mastectomies and hormonal puberty blockers that can potentially cause permanent infertility.  See Littman L. Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PLoS One. 2018 Aug 16;13(8):e0202330. doi: 10.1371/journal.pone.0202330. Erratum in: PLoS One. 2019 Mar 19;14(3):e0214157. PMID: 30114286; PMCID: PMC6095578.

73.   GENERATING, CONSIDERING, AND TESTING ALTERNATIVE THEORIES

PREVENTS CONFIRMATION BIAS.  Several theories should be considered, as the science is

currently unclear:

>   We should consider the genetics theory of transgender identity.  But his theory can-
not explain the rapid expansion of new GD cases (a 4,000% to 20,000% increase), as our ge-
nome is simply not changing that fast.

>   We should consider the "brain structures" theory of transgender identity.  Yet there is
only weak medical evidence to support this theory, and it cannot explain the rapid expansion of
new gender dysphoria cases because brain structures are not changing that fast.

>   We should consider the theory that increased social acceptance of the transgender
lifestyle is leading many people who were transgender all along to come out.  Yet this theory
fails to explain why *males and older women are not also coming out in the same huge numbers*
and not coming out in "social peer group clusters," as adolescent females are reportedly doing.

>   We should consider the "immutable gender identity" theory.  Yet this theory fails to
explain the rapid expansion of patients.  In addition, the "immutable" theory fails to explain the
rapid expansion of "Rapid Onset Gender Dysphoria" reports—newly "trans" adolescent girl pa-
tients who reportedly showed no indication of gender dysphoria previously.

>   Having considered alternative theories—to avoid confirmation bias—it appears that
another alternative theory might well be the most applicable, rational theory to explain the ex-
treme, recent increases in the GD patient population: the Social Contagion hypothesis.  Social
contagion effects are also reportedly responsible for the massive, rapid increase in "recovered re-
pressed memory" cases and also the extraordinary expansion of "multiple personality disorder"

cases in the 1990s.  I also note the alternative investigative hypothesis that *social contagion effects would appear to be psychological/psychiatric problems and NOT physical medical problems requiring hormonal or surgical "treatments."*

74.  ADOLESCENT FEMALE PSYCHOLOGY RESEARCH SHOWS WELL-DOCUMENTED PEER INFLUENCES on ANOREXIA, BULIMIA, DRUG ABUSE, and now GENDER DISCORDANT ("TRANSGENDER") SYMPTOMS.  The Social Contagion theory for the large increase in reported Rapid Onset Gender Dysphoria in adolescent girls appears to be the most rational explanation for the reportedly dramatic (rapid, media related, hundreds of times increase, YouTube influenced, Peer Group influenced) explosion of gender discordant patients among adolescent female friend groups.

Adolescent female social contagion effects in psychiatric illness are well-known and well documented.  Consider, for example, Bulimia and Anorexia — both of which spread rapidly in adolescent female friend groups.  Se Allison S, Warin M, Bastiampillai T. Anorexia nervosa and social contagion: clinical implications. Aust N Z J Psychiatry. 2014 Feb;48(2):116-20. doi: 10.1177/0004867413502092. Epub 2013 Aug 22. PMID: 23969627.

It has been known for decades that adolescent females are highly prone to social contagion effects spreading psychiatric symptoms—e.g., Anorexia, Bulimia, Drug Abuse, etc.) are well known to be subject to "cluster" and "friendship" contagions as teens girls (and especially troubled teen girls) co-ruminate and share feelings at very high rates and with emotional depth. See, e.g., Crandall CS. Social contagion of binge eating. J Pers Soc Psychol. 1988 Oct;55(4):588-98. doi: 10.1037//0022-3514.55.4.588. PMID: 3193348.

For example, Prof. Amanda Rose at the University of Missouri has conducted research to understand why adolescent girls show such susceptibility to social contagion with psychiatric symptoms—"Teenage girls share symptoms via social contagions because their friendship processes involve "co-rumination," that is, taking on the emotional pain and concerns of their friends."  See R. Schwatz-Mette and A. Rose, Co-Rumination Mediates Contagion of Internalizing Symptoms Within Youths' Friendships,  Developmental Psychology 48(5):1355-65, February 2012, DOI: 10.1037/a0027484 Developmental Psychology, Vol. 48, No. 5, 1355–1365 0012-1649/12/$12.00 DOI: 10.1037/a0027484.  This could be one explanation for why we are hearing increasing reports of "clusters" and "friend groups" of teen girls who are adopting a "transgender identity" and "transitioning" as friends together.

75.    IDEOLOGICAL-POLITICAL PRESSURE SEEKS TO INSTITUTIONALIZE THE SYSTEMATIC NEGLIGENCE and METHODOLOGICAL ERROR OF CONFIRMATION BIAS:  Because of the efforts of ill-informed legal and medical professionals and the intense activity of political trans activists— health providers (in many fields) are now NOT permitted to openly asks questions, properly investigate alternative diagnoses, or explore alternative hypotheses for the symptoms of gender dysphoria patients.  They are compelled (sometimes under fear of employment termination or legal attacks) to adopt a patient's self-diagnosis and only support "transgender affirming" medical interventions.  These providers are thus being pressured and/or compelled to commit the scientific and medical malpractice of Confirmation Bias.  (See detailed discussion above on confirmation bias.)  Unexamined "affirming" medical interventions—based on uncorroborated patient self-reports, assessed by mental health professionals with no methodology for discerning true from false patient reports,  with no ability to decipher accurate from contaminated "memories," with no alternative treatments offered, and no alternative explanations

(e.g., social contagion) explored—are medical, psychological, surgical, and endocrinological negligence and a violation of the most basic, essential scientific and medical practices and methods requiring the generation and testing of alternative hypotheses.  In sum, the industry actually requires "confirmation bias"—one of the most serious of all methodological diagnostic failures. See e.g. Mendel, R. et. al., Confirmation bias: why psychiatrists stick to wrong preliminary diagnoses, Psychological Medicine, Oxford University Press, 20 May 2011 ("Diagnostic errors can have tremendous consequences because they can result in a fatal chain of wrong decisions. Experts assume that physicians' desire to confirm a preliminary diagnosis while failing to seek contradictory evidence is an important reason for wrong diagnoses. This tendency is called 'confirmation bias."); see also, Doherty, T.S. and Carroll, A.E., Believing in Overcoming Cognitive Biases, American Medical Association Journal of Ethics, 2020;22(9):E773-778 ("Like all humans, health professionals are subject to cognitive biases that can render diagnoses and treatment decisions vulnerable to error.  Learning effective debiasing strategies and cultivating awareness of confirmation, anchoring, and outcomes biases and the affect heuristic, among others, and their effects on clinical decision making should be prioritized in all stages of medical education…. Confirmation bias is the selective gathering and interpretation of evidence consistent with current beliefs and the neglect of evidence that contradicts them.); see also, Hershberger PJ, Part HM, Markert RJ, Cohen SM, Finger WW. Teaching awareness of cognitive bias in medical decision making. *Acad Med*. 1995;70(8):661.

76.    GIVEN THE LACK OF RESEARCH, IT IS RECKLESS TO PERMIT CHILDREN TO SELF-DIAGNOSE WHEN THE "TREATMENTS" WILL PRODUCE LIFE-LONG STERILIZATION and/or OTHER PERMANANT INJURIES TO NORMAL, HEALTHY ORGANS:  In some jurisdictions in America now child or adolescent patients can—without parental

permission or even parental notification—receive hormones to begin the experimental treatment of "transitioning" with no competent diagnostic investigation or professional assessment of gender dysphoria and no competent medical investigation, testing, or consideration of alternative hypotheses.  Worst of all, providers can be coerced by law, collegial pressures, or "cancel culture" ideology to comply with the troubled child's/teen's/patient's amateur self-diagnosis or be faced with potentially career ending allegations of "conversion therapy."  Politically tainted, pseudo-science, experimental, unproven medical practices have caused grave harm to millions in the past.  (See the discussion of lobotomies, repressed memory therapy, multiple personality therapy, rebirthing therapy, etc. above.)  Unethical, politically driven, experimental medical errors should not be repeated today.

77.  EXPERIMENTATION on SEX-GENDER DISCORDANT PATIENTS IS ESPECIALLY LIKELY TO CAUSE HARM TO MINORITY PATIENTS FROM HISTORICALLY MARGINALIZED COMMUNITIES.  The development of effective strategies to impact long-term physical and psychological health in patients who experience sex-discordant gender identity should be undertaken with recognition of the disproportionate burden of this condition in a number of vulnerable minority populations of children.  These include:

- children with a prior history of psychiatric illness (See, e.g., Kaltiala-Heino, R., Sumia, M., Työläjärvi, M., & Lindberg, N. (2015).  Two years of gender identity service for minors: overrepresentation of natal girls with severe problems in adolescent development. *Child and adolescent psychiatry and mental health*, *9*, 9. https://doi.org/10.1186/s13034-015-0042-y

- children of color (See, e.g., G. Rider et al. (2018), Health and Care Utilization of Transgender/Gender Non-Conforming Youth: A Population Based Study, Pediatrics at 4, DOI: 10.1542/peds.2017-1683.

- children with mental developmental disabilities (See, e.g., Bedard, C., Zhang, H.L. & Zucker, K.J. Gender Identity and Sexual Orientation in People with Developmental Disabilities. *Sex Disabil* 28**,** 165–175 (2010). https://doi.org/10.1007/s11195-010-9155-7

- children on the autistic spectrum (See, e.g., de Vries, A. L., Noens, I. L., Cohen-Kettenis, P. T., van Berckelaer-Onnes, I. A. & Doreleijers, T. A. Autism spectrum disorders in gender dysphoric children and adolescents. *J Autism Dev Disord* 40, 930-936, doi:10.1007/s10803-010-0935-9 (2010).

- children residing in foster care homes and adopted children (See, e.g., See e.g., D. Shumer et al. (2017), Overrepresentation of Adopted Adolescents at a Hospital-Based Gender Dysphoria Clinic, Transgender Health Vol. 2(1).

78.   "GENDER AFFIRMATIVE" TREATMENTS DAMAGE or DESTROY HEALTHY BODILY ORGANS, LEADING TO LOSS OF ESSENTIAL BODILY FUNCTIONS (e.g. Medically Induced Sterilization):  Despite the fact that gender dysphoria represents a psychological condition (as catalogued in the DSM since the third edition of this publication), some conceptualize the condition as a medical illness similar to cancer.  When considered from this viewpoint, the goal of "treatment" is to alter the appearance of the body to conform to a patient's perceived sexual identity, including the physical removal of unwanted "diseased" sexual organs. Since undesired body parts are fully formed and functional prior to hormonal or surgical intervention, the

result of these "therapies" is injury to innate sexual ability.  In particular, loss or alteration of primary sexual organs leads directly to impairment of reproductive potential.  Recognition of this obvious consequence is the basis for the development of new arenas of medical practice where there is an attempt to restore what has been intentionally destroyed.  See, e.g., Ainsworth AJ, Allyse M, Khan Z. Fertility Preservation for Transgender Individuals: A Review. Mayo Clin Proc. 2020 Apr; 95(4):784-792. doi: 10.1016/j.mayocp.2019.10.040. Epub 2020 Feb 27. PMID: 32115195.  As correctly noted by Dr. Levine, gender dysphoria is unique in that it is "the only psychiatric condition to be treated by surgery, even though no endocrine or surgical intervention package corrects any identified biological abnormality."  See, e.g., S. Levine (2016), Reflections on the Legal Battles Over Prisoners with Gender Dysphoria, J. American Academy of Psychiatry and Law, 44, 236 at 238 ("Reflections"), at 240.)

79.   A DEVELOPMENTAL MODEL PROVIDES ALTERNATIVE HYPOTHESES TO THE UNEXAMINED "AFFIRMATON" MODEL:  The diagnosis of "gender dysphoria" encompasses a diverse array of conditions.  While the etiologic contributors to sex discordant gender identity remain to be fully identified and characterized, differences both in kind and degree within individuals and across varied populations creates challenges in establishing specific approaches to alleviate associated suffering.  For example, data from adults cannot be assumed to apply equally to children.  Nor can data from children who present with sex discordant gender pre-pubertally be presumed to apply to the growing number of post-pubertal adolescent females presenting with this condition.

80.  NO COMPETENT, SCIENTIFICALLY VALID and RELIABLE COST-BENEFIT ANALYSIS HAS BEEN DONE ON "GENDER AFFIRMATIVE" TREATMENTS. When the FDA tests a drug, the safety analysis looks at all related risks.  Specifically, the drug must not

only be effective, but it must not cause side effects that are more damaging than the proposed treatment.  This is one of the gender transition industry's key weaknesses.  Not only have the "treatments" *not* been proven reliably effective compared to *no* treatment, they are designed with existing knowledge of well-documented, long-term health problems and damages (e.g., testosterone use by transgender men increases the risk of fatal heart disease, estrogen use by transgender women increases risk of blood clots and strokes, gender transition industry treatments—if completed—can cause life-long sterility, etc.).

81.   LACK OF INTEGRATION OF CARE BY PROVIDERS IN THE GENDER TRANSITION INDUSTRY INCREASES DANGERS TO PATIENTS:  It is too often the case in the gender transition industry that "nobody is in charge" of a patient's care.  The mental health professionals know little about the risks of surgery and the surgeons know little about the defects in mental health methodologies and the endocrinologists are only following the hormonal treatments and many are not aware of the serious methodological research defects in this field.  Such disjointed care can increase dangers to patients.  On cases showing such a lack of integration and uncertain chain of command, reliable measurements of the divergent, multi-disciplinary risks to patients of these treatments (e.g. hormones, incomplete therapy, or surgical side effects) are precluded and too often ignored.  The plaintiffs' expert witness reports in this case appear to ignore this issue.

82.  SUMMARY OPINIONS:

- There are no long-term, peer-reviewed published, reliable and valid, research studies documenting the number or percentage of patients receiving gender affirming medical interventions who are helped by such procedures.

- There are no long-term, peer-reviewed published, reliable and valid, research studies documenting the number or percentage of patients receiving gender affirming medical interventions who are injured or harmed by such procedures.

- There are no long-term, peer-reviewed published, reliable and valid, research studies documenting the reliability and validity of assessing gender identity by relying solely upon the expressed desires of a patient.

- There are no long-term, peer-reviewed published, reliable and valid, research studies documenting any valid and reliable biological, medical, surgical, radiological, psychological, or other objective assessment of gender identity or gender dysphoria.

- A currently unknown percentage and number of patients reporting gender dysphoria suffer from mental illness(es) that complicate and may distort their judgments and perceptions of gender identity.

- A currently unknown percentage and number of patients reporting gender dysphoria are being manipulated by a—peer group, social media, YouTube role modeling, and/or parental—social contagion and social pressure processes.

- Patients suffering from gender dysphoria or related issues have a right to be protected from experimental, potentially harmful treatments lacking reliable and valid, peer reviewed, published, long-term scientific evidence of safety and effectiveness.

- It would be a serious violation of licensing rules, ethical rules, and professional standards of care for a health care professional to provide gender transition or related procedures to any patient without first properly obtaining informed consent

including informing the patient and/or guardian(s) of the lack of valid and reliable

on the long-term risks and benefits of "affirmation" treatments.

- A large percentage of children (over 80% in some studies) who questioned their gender identity will, if left alone, develop an acceptance of their natal (biological) sex.

- Medical treatments may differ significantly by sex according to chromosomal assessment but not gender identity. Misinforming physicians of a patient's biological sex can have deleterious effects on treatment for medical conditions.

- Affirmation medical treatments—hormones and surgery—for gender dysphoria and "transitioning" have not been accepted by the relevant scientific communities (biology, genetics, neonatolgy, medicine, psychology, etc).

- Gender transition "affirmation" medical assessments and treatments—hormones and surgery—for gender dysphoria and "transitioning" have no known, peer reviewed and published error rates—the treatments and assessment methods lack demonstrated, reliable and valid error rates.

- Political activists, political activist physicians, and politically active medical organizations that operate by voting methodologies (e.g, WPATH, the American Medical Association, the American Academy of Pediatrics, the American Endocrine Society) are not the relevant scientific community, they are politically active professional organizations.  These organizations operate via consensus-seeking methodology (voting) and political ideologies rather than evidence-based scientific methodologies.

- Experts in legal cases have an ethical obligation to honestly, fairly, and accurately discuss the international controversy regarding the safety, effectiveness, reliability, and credibility of the gender transition industry.

- With the limited and poor quality data currently available on the purported efficacy of blocking normally timed puberty, administering of cross-sex hormones and gender affirming surgeries in alleviating psychological morbidity for youth who experience sex-discordant gender identity and the associated serious medical risks associated with these interventions, it cannot be concluded that this approach is "medically necessary."

83.   LIMITATIONS ON EXPERT REPORTS: My opinions and hypotheses in this matter are—as all expert reports—subject to the limitations of documentary and related evidence, the impossibility of absolute predictions, as well as the limitations of social, biological, and medical science. I have not met with, nor personally interviewed, anyone in this case.  As always, I have no expert opinions regarding the veracity of witnesses in this case.  I have not yet reviewed all of the evidence in this case and my opinions are subject to change at any time as new information becomes available to me. Only the trier of fact can determine the credibility of witnesses and how scientific research may or may not be related to the specific facts of any particular case.  In my opinion, a key role of an expert witness is to help the court, lawyers, parties, and the public understand and apply reliable scientific, technical, and investigative principles, hypotheses, methods, and information.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on May 1, 2022.**

Paul W. Hruz, M.D., Ph.D.

# Curriculum Vitae

Date: 05/01/2022 01:47 PM
Name: Paul W. Hruz, M.D., Ph.D.

## Contact Information

Office: ███████████

Mail:     Washington University in St. Louis
School of Medicine
Department of Pediatrics
Endocrinology and Diabetes
660 South Euclid Avenue
St Louis MO 63110

Email:    Office: ██████████

## Present Position

Associate Professor of Pediatrics, Endocrinology and Diabetes
Associate Professor of Pediatrics, Cell Biology & Physiology

## Education

| | |
|---|---|
| 1987 | BS, Chemistry, Marquette University, Milwaukee, WI |
| 1993 | PhD, Biochemistry, Medical College of Wisconsin, Milwaukee, WI |
| | Elucidation of Structural, Mechanistic, and Regulatory Elements in 3-Hydroxy-3-Methlyglutaryl-Coenzyme A Lyase, Henry Miziorko |
| 1994 | MD, Medicine, Medical College of Wisconsin, Milwaukee, WI |
| 1994 - 1997 | Pediatric Residency, University of Washington, Seattle, Washington |
| 1997 - 2000 | Pediatric Endocrinology Fellowship, Washington University, Saint Louis, MO |
| 2017 | Certification in Healthcare Ethics, National Catholic Bioethics Center, Philadelphia, PA |

## Academic Positions / Employment

| | |
|---|---|
| 1996 - 1997 | Locum Tenens Physician, Group Health of Puget Sound Eastside Hospital, Group Health of Puget Sound Eastside Hospital, Seattle , WA |
| 2000 - 2003 | Instructor in Pediatrics, Endocrinology and Diabetes, Washington University in St. Louis, St. Louis, MO |
| 2003 - 2011 | Assistant Professor of Pediatrics, Endocrinology and Diabetes, Washington University in St. Louis, St. Louis, MO |
| 2004 - 2011 | Assistant Professor of Pediatrics, Cell Biology & Physiology, Washington University in St. Louis, St. Louis, MO |
| 2011 - Pres | Associate Professor of Pediatrics, Cell Biology & Physiology, Washington University in St. Louis, St. Louis, MO |

| 2011 - Pres | Associate Professor of Pediatrics, Endocrinology and Diabetes, Washington University in St. Louis, St. Louis, MO |
| 2012 - 2017 | Division Chief, Endocrinology and Diabetes, Washington University in St. Louis, St. Louis, MO |

## Clinical Title and Responsibilities

| | General Pediatrician, General Pediatric Ward Attending: 2-4 weeks per year, St. Louis Children's Hospital |
| 2000 - Pres | Pediatric Endocrinologist, Endocrinology Night Telephone Consult Service: Average of 2-6 weeks/per yr, St. Louis Children's Hosptial |
| 2000 - Pres | Pediatric Endocrinologist, Inpatient Endocrinology Consult Service: 3-6 weeks per year, St. Louis Children's Hospital |
| 2000 - Pres | Pediatric Endocrinologist, Outpatient Endocrinology Clinic: Approximately 50 patient visits per month, St. Louis Children's Hospital |

## Teaching Title and Responsibilities

| 2009 - Pres | Lecturer, Markey Course-Diabetes Module |
| 2020 - 2020 | Facilitator, Reading Elective-Interdisciplinary/Miscellaneous Course #M80-800, Washington University School of Medicine |

## University, School of Medicine and Hospital Appointments and Committees

### University

| 2012 - 2020 | Disorders of Sexual Development Multidisciplinary Care Program |

### School of Medicine

| 2013 - 2020 | Molecular Cell Biology Graduate Student Admissions Committee |
| 2014 - Pres | Research Consultant, ICTS Research Forum - Child Health |

### Hospital

| 2000 - Pres | Attending Physician, St. Louis Children's Hospital |

## Medical Licensure and Certifications

| 1997 - Pres | Board Certified in General Pediatrics |
| 2000 - Pres | MO Stae License #2000155004 |
| 2001 - Pres | Board Certified in Pediatric Endocrinology & Metabolism |

## Honors and Awards

| 1987 | National Institute of Chemists Research and Recognition Award |
| 1987 | Phi Beta Kappa |
| 1987 | Phi Lambda Upsilon (Honorary Chemical Society) |
| 1988 | American Heart Association Predoctoral Fellowship Award |
| 1994 | Alpha Omega Alpha |
| 1994 | Armond J. Quick Award for Excellence in Biochemistry |

| 1994 | NIDDK/Diabetes Branch Most Outstanding Resident |
|---|---|
| 1998 | Pfizer Postdoctoral Fellowship Award |
| 2002 | Scholar, Child Health Research Center of Excellence in Developmental Biology at Washington University |
| 2013 | Julio V Santiago, M.D. Scholar in Pediatrics |
| 2017 | Redemptor Hominis Award for Outstanding Contributions to the Study of Bioethics |
| 2018 | Eli Lilly Outstanding Contribution to Drug Discovery: Emerging Biology Award |
| 2018 | Scholar-Innovator Award, Harrington Discovery Institute |
| 2021 | Linacre Award |

## Editorial Responsibilities

Editorial Ad Hoc Reviews

|  | AIDS |
|---|---|
|  | AIDS Research and Human Retroviruses |
|  | American Journal of Pathology |
|  | American Journal of Physiology |
|  | British Journal of Pharmacology |
|  | Circulation Research |
|  | Clinical Pharmacology & Therapeutics |
|  | Comparative Biochemistry and Physiology |
|  | Diabetes |
|  | Experimental Biology and Medicine |
|  | Future Virology |
|  | Journal of Antimicrobial Chemotherapy |
|  | Journal of Clinical Endocrinology & Metabolism |
|  | Journal of Molecular and Cellular Cardiology |
|  | Obesity Research |
| 2000 - Pres | Journal of Biological Chemistry |
| 2013 - Pres | PlosOne |
| 2016 - Pres | Scientific Reports |
| 2018 - Pres | Nutrients |

Editorial Boards

| 2014 - 2015 | Endocrinology and Metabolism Clinics of North America |
|---|---|

## National Panels, Committees

| 2017 - Pres | Consultant, Catholic Health Association |
|---|---|
| 2021 - Pres | Consulting Fellow, National Catholic Bioethics Center |

## National Boards

| 2020 - Pres | WU ICTS Clinical and Translational Research Funding Program (CTRFP) Review Committee |
|---|---|

**Community Service Contributions**

Professional Societies and Organizations

| | |
|---|---|
| 1992 - 2004 | American Medical Association |
| 1994 - 2005 | American Academy of Pediatrics |
| 1995 - 2014 | American Association for the Advancement of Science |
| 1998 - Pres | American Diabetes Association |
| 1998 - Pres | Endocrine Society |
| 1999 - Pres | Pediatric Endocrine Society |
| 2004 - 2007 | American Chemical Society |
| 2004 - 2018 | American Society for Biochemistry and Molecular Biology |
| 2004 - 2020 | Society for Pediatric Research |
| 2005 - 2020 | Full Fellow of the American Academy of Pediatrics |
| 2013 - Pres | International Society for Pediatric and Adolescent Diabetes |
| 2018 - Pres | American College of Pediatricians |

**Major Invited Professorships and Lectures**

| | |
|---|---|
| 2002 | Pediatric Grand Rounds, St. Louis Children's Hospital, St Louis, MO |
| 2004 | National Disease Research Interchange, Human Islet Cell Research Conference, Philadelphia, PA |
| 2004 | NIDA-NIH Sponsored National Meeting on Hormones, Drug Abuse and Infections, Bethesda, MD |
| 2005 | Endocrine Grand Rounds, University of Indiana, Indianapolis, IN |
| 2005 | The Collaborative Institute of Virology, Complications Committee Meeting, Boston, MA |
| 2006 | Metabolic Syndrome Advisory Board Meeting, Bristol-Meyers Squibb, Pennington, NJ |
| 2007 | American Heart Association and American Academy of HIV Medicine State of the Science Conference: Initiative to Decrease Cardiovascular Risk and Increase Quality of Care for Patients Living with HIV/AIDS, Chicago, IL |
| 2007 | Minority Access to Research Careers Seminar, University of Arizona, Tucson, AZ |
| 2007 | MSTP Annual Visiting Alumnus Lecture, Medical College of Wisconsin , Milwaukee, WI |
| 2007 | Pediatric Grand Rounds, St Louis Children's Hospital, St Louis, MO |
| 2008 | Division of Endocrinology, Diabetes and Nutrition Grand Rounds, Boston University, Boston, MA |
| 2009 | Pediatric Grand Rounds, St Louis Children's Hospital, St. Louis, MO |
| 2010 | American Diabetes Association Scientific Sessions, Symposium Lecture Orlando, FL |
| 2010 | School of Biological Sciences Conference Series, University of Missouri Kansas City, Kansas City, MO |
| 2011 | Life Cycle Management Advisory Board Meeting, Bristol-Myers Squibb,, Chicago, IL |
| 2013 | Pediatric Grand Rounds, St Louis Children's Hospital, ST LOUIS, MO |
| 2013 | Clinical Practice Update Lecture, St Louis Children's Hospital, St Louis, MO |
| 2014 | Pediatric Academic Societies Meeting,, Vancouver, Canada |
| 2014 | American Diabetes Association 74th Scientific Sessions, , San Francisco, CA |
| 2017 | Division of Pediatric Endocrinology Metabolism Rounds, University of Michigan, Ann Arbor, MI |

| | |
|---|---|
| 2017 | Catholic Medical Association National Conference, Denver, CO |
| 2018 | Obstetrics, Gynecology & Women's Health Grand Rounds, Saint Louis University, St. Louis, MO |
| 2018 | Medical Grand Rounds, Sindicato Médico del Uruguay, Montevideo, Uraquay |
| 2018 | Internal Medicine Grand Rounds, Texas Tech , Lubbock, TX |
| 2019 | Veritas Center for Ethics in Public Life Conference, Franciscan University, Steubenville, OH |
| 2019 | MaterCare International Conference, Rome, Italy |
| 2019 | Child Health Policy Forum, Notre Dame University, South Bend , IN |
| 2021 | Obstetrics & Gynecology Grand Rounds, University of Tennessee, Knoxville , TN |

## Consulting Relationships and Board Memberships

| | |
|---|---|
| 1996 - 2012 | Consultant, Bristol Myers Squibb |
| 1997 - 2012 | Consultant, Gilead Sciences |

## Research Support

### Completed Governmental Support

| | |
|---|---|
| 2001 - 2006 | K-08 A149747, NIH<br>Mechanism of GLUT4 Inhibition by HIV Protease Inhibitors<br>Role: Principal Investigator |
| 2007 - 2012 | R01<br>Mechanisms for Altered Glucose Homeostasis During HAART<br>Role: Principal Investigator<br>Total cost: $800,000.00 |
| 2009 - 2011 | R01 Student Supp<br>Mechanisms for Altered Glucose Homeostasis During HAART<br>Role: Principal Investigator<br>Total cost: $25,128.00 |
| 2009 - 2014 | R01<br>Direct Effects of Antiretroviral Therapy on Cardiac Energy Homeostasis<br>Role: Principal Investigator<br>Total cost: $1,250,000.00 |
| 2017 - 2019 | R-21 1R21AI130584 , National Institutes of Health<br>SELECTIVE INHIBITION OF THE P. FALCIPARUM GLUCOSE TRANSPORTER PFHT<br>Role: Principal Investigator<br>Total cost: $228,750.00 |

### Completed Non-Governmental Support

| | |
|---|---|
| 2015 | Novel HIV Protease Inhibitors and GLUT4<br>Role: Principal Investigator |
| 2008 - 2011 | II<br>Insulin Resistance and Myocardial Glucose Metabolism in Pediatric Heart Failure<br>Role: Co-Investigator<br>PI: Hruz<br>Total cost: $249,999.00 |

| | |
|---|---|
| 2009 - 2012 | Research Program<br>Regulation of GLUT4 Intrinsic Activity<br>Role: Principal Investigator<br>Total cost: $268,262.00 |
| 2010 - 2011 | Protective Effect of Saxagliptin on a Progressive Deterioration of Cardiovascular Function<br>Role: Principal Investigator |
| 2012 - 2015 | II<br>Solution-State NMR Structure and Dynamics of Facilitative Glucose Transport Proteins<br>Role: Principal Investigator<br>Total cost: $375,000.00 |
| 2017 - 2020 | Prevention And Treatment Of Hepatic Steatosis Through Selective Targeting Of GLUT8<br>Role: Co-Principal Investigator<br>PI: DeBosch<br>Total cost: $450,000.00 |
| 2017 - 2021 | Matching Micro Grant<br>Novel Treatment of Fatty Liver Disease (CDD/LEAP)<br>Role: Principal Investigator<br>Total cost: $68,500.00 |
| 2018 - 2021 | LEAP Innovator Challenge<br>Novel Treatment of Fatty Liver Disease<br>Role: Principal Investigator<br>Total cost: $68,500.00 |
| 2019 - 2021 | Scholar-Innovator Award HDI2019-SI-4555 , Harrington Foundation<br>Novel Treatment of Non-Alcoholic Fatty Liver Disease<br>Role: Principal Investigator<br>Total cost: $379,000.00 |

## Current Governmental Support

| | |
|---|---|
| 2021 - 2025 | R-01 DK126622 (Co-investigator), 8/25/2021-7/31/2025, NIH-NIDDK, , NIH<br>Leveraging glucose transport and the adaptive fasting response to modulate hepatic metabolism<br>Role: Co-Investigator<br>PI: DeBosch |

## Pending Non-Governmental Support

| | |
|---|---|
| 2015 | Novel HIV Protease Inhibitors and GLUT4<br>Role: Principal Investigator |

## **Trainee/Mentee/Sponsorship Record**

## Current Trainees

| | |
|---|---|
| 2019 | Ava Suda, Other, Pre-med |

## Past Trainees

| | |
|---|---|
| 2002 - 2002 | Nishant Raj- Undergraduate Student, Other<br>Study area: Researcher |

2002 - 2010   Joseph Koster, PhD, Postdoctoral Fellow
Study area: Researcher

2003 - 2004   Johann Hertel, Medical Student
Study area: Research
Present position: Assistant Professor, University of North Carolina, Chapel Hill, NC

2003 - 2003   John Paul Shen, Medical Student
Study area: Research

2004 - 2005   Carl Cassel- High School Student, Other
Study area: Research

2004 - 2004   Christopher Hawkins- Undergraduate Student, Other
Study area: Researcher

2004 - 2004   Kaiming Wu- High School Student, Other
Study area: Research

2005 - 2005   Helena Johnson, Graduate Student

2005 - 2005   Jeremy Etzkorn, Medical Student
Study area: Researcher

2005 - 2005   Dominic Doran, DSc, Postdoctoral Fellow
Study area: HIV Protease Inhibitor Effects on Exercize Tolerance

2006 - 2006   Ramon Jin, Graduate Student
Study area: Research

2006 - 2006   Taekyung Kim, Graduate Student
Study area: Research

2007 - 2007   Jan Freiss- Undergraduate Student, Other
Study area: Researcher

2007 - 2008   Kai-Chien Yang, Graduate Student
Study area: Research
Present position: Postdoctoral Research Associate, University of Chicago

2007 - 2007   Paul Buske, Graduate Student
Study area: Research

2007 - 2007   Randy Colvin, Medical Student
Study area: Researcher

2008 - 2011   Arpita Vyas, MD, Clinical Fellow
Study area: Research
Present position: Assistant Professor, Michigan State University, Lansing MI

2008 - 2009   Candace Reno, Graduate Student
Study area: Research
Present position: Research Associate, University of Utah

2008 - 2012   Dennis Woo- Undergraduate Student, Other
Study area: Researcher
Present position: MSTP Student, USC, Los Angeles CA

2008 - 2008   Temitope Aiyejorun, Graduate Student
Study area: Research

2009 - 2009   Anne-Sophie Stolle- Undergraduate Student, Other
Study area: Research

2009 - 2009   Matthew Hruz- High School Student, Other
Study area: Research
Present position: Computer Programmer, Consumer Affairs, Tulsa OK

| | |
|---|---|
| 2009 - 2009 | Stephanie Scherer, Graduate Student<br>Study area: Research |
| 2010 - 2014 | Lauren Flessner, PhD, Postdoctoral Fellow<br>Present position: Instructor, Syracuse University |
| 2010 - 2010 | Constance Haufe- Undergraduate Student, Other<br>Study area: Researcher |
| 2010 - 2011 | Corinna Wilde- Undergraduate Student, Other<br>Study area: Researcher |
| 2010 - 2010 | Samuel Lite- High School Student, Other<br>Study area: Research |
| 2011 - 2016 | Thomas Kraft, Graduate Student<br>Study area: Glucose transporter structure/function<br>Present position: Postdoctoral Fellow, Roche, Penzberg, Germany |
| 2011 - 2011 | Amanda Koenig- High School Student, Other<br>Study area: Research |
| 2011 - 2012 | Lisa Becker- Undergraduate Student, Other |
| 2011 - 2011 | Melissa Al-Jaoude- High School Students, Other |
| 2014 - 2014 | David Hannibal, Clinical Research Trainee |

## **Bibliography**

A. Journal Articles

1. Hruz PW, Narasimhan C, Miziorko HM. 3-Hydroxy-3-methylglutaryl coenzyme A lyase: affinity labeling of the Pseudomonas mevalonii enzyme and assignment of cysteine-237 to the active site. *Biochemistry*. 1992;31(29):6842-7. PMID:1637819

2. Hruz PW, Miziorko HM. Avian 3-hydroxy-3-methylglutaryl-CoA lyase: sensitivity of enzyme activity to thiol/disulfide exchange and identification of proximal reactive cysteines. *Protein Sci*. 1992;1(9):1144-53. doi:10.1002/pro.5560010908 PMCID:PMC2142181 PMID:1304393

3. Mitchell GA, Robert MF, Hruz PW, Wang S, Fontaine G, Behnke CE, Mende-Mueller LM, Schappert K, Lee C, Gibson KM, Miziorko HM. 3-Hydroxy-3-methylglutaryl coenzyme A lyase (HL). Cloning of human and chicken liver HL cDNAs and characterization of a mutation causing human HL deficiency. *J Biol Chem*. 1993;268(6):4376-81. PMID:8440722

4. Hruz PW, Anderson VE, Miziorko HM. 3-Hydroxy-3-methylglutaryldithio-CoA: utility of an alternative substrate in elucidation of a role for HMG-CoA lyase's cation activator. *Biochim Biophys Acta*. 1993;1162(1-2):149-54. PMID:8095409

5. Roberts JR, Narasimhan C, Hruz PW, Mitchell GA, Miziorko HM. 3-Hydroxy-3-methylglutaryl-CoA lyase: expression and isolation of the recombinant human enzyme and investigation of a mechanism for regulation of enzyme activity. *J Biol Chem*. 1994;269(27):17841-6. PMID:8027038

6. Hruz PW, Mueckler MM. Cysteine-scanning mutagenesis of transmembrane segment 7 of the GLUT1 glucose transporter. *J Biol Chem*. 1999;274(51):36176-80. PMID:10593902

7. Murata H, Hruz PW, Mueckler M. The mechanism of insulin resistance caused by HIV protease inhibitor therapy. *J Biol Chem*. 2000;275(27):20251-4. doi:10.1074/jbc.C000228200 PMID:10806189

8. Hruz PW, Mueckler MM. Cysteine-scanning mutagenesis of transmembrane segment 11 of the GLUT1 facilitative glucose transporter. *Biochemistry*. 2000;39(31):9367-72. PMID:10924131

9. Hruz PW, Mueckler MM. Structural analysis of the GLUT1 facilitative glucose transporter (review). *Mol Membr Biol*. 2001;18(3):183-93. PMID:11681785

10. Murata H, Hruz PW, Mueckler M. Investigating the cellular targets of HIV protease inhibitors: implications for metabolic disorders and improvements in drug therapy. *Curr Drug Targets Infect Disord*. 2002;2(1):1-8. PMID:12462148

11. Hruz PW, Murata H, Qiu H, Mueckler M. Indinavir induces acute and reversible peripheral insulin resistance in rats. *Diabetes*. 2002;51(4):937-42. PMID:11916910

12. Murata H, Hruz PW, Mueckler M. Indinavir inhibits the glucose transporter isoform Glut4 at physiologic concentrations. *AIDS*. 2002;16(6):859-63. PMID:11919487

13. Koster JC, Remedi MS, Qiu H, Nichols CG, Hruz PW. HIV protease inhibitors acutely impair glucose-stimulated insulin release. *Diabetes*. 2003;52(7):1695-700. PMCID:PMC1403824 PMID:12829635

14. Liao Y, Shikapwashya ON, Shteyer E, Dieckgraefe BK, Hruz PW, Rudnick DA. Delayed hepatocellular mitotic progression and impaired liver regeneration in early growth response-1-deficient mice. *J Biol Chem*. 2004;279(41):43107-16. doi:10.1074/jbc.M407969200 PMID:15265859

15. Shteyer E, Liao Y, Muglia LJ, Hruz PW, Rudnick DA. Disruption of hepatic adipogenesis is associated with impaired liver regeneration in mice. *Hepatology*. 2004;40(6):1322-32. doi:10.1002/hep.20462 PMID:15565660

16. Hertel J, Struthers H, Horj CB, Hruz PW. A structural basis for the acute effects of HIV protease inhibitors on GLUT4 intrinsic activity. *J Biol Chem*. 2004;279(53):55147-52. doi:10.1074/jbc.M410826200 PMCID:PMC1403823 PMID:15496402

17. Yan Q, Hruz PW. Direct comparison of the acute in vivo effects of HIV protease inhibitors on peripheral glucose disposal. *J Acquir Immune Defic Syndr*. 2005;40(4):398-403. PMCID:PMC1360159 PMID:16280693

18. Hruz PW. Molecular Mechanisms for Altered Glucose Homeostasis in HIV Infection. *Am J Infect Dis*. 2006;2(3):187-192. PMCID:PMC1716153 PMID:17186064

19. Turmelle YP, Shikapwashya O, Tu S, Hruz PW, Yan Q, Rudnick DA. Rosiglitazone inhibits mouse liver regeneration. *FASEB J*. 2006;20(14):2609-11. doi:10.1096/fj.06-6511fje PMID:17077279

20. Hruz PW, Yan Q, Struthers H, Jay PY. HIV protease inhibitors that block GLUT4 precipitate acute, decompensated heart failure in a mouse model of dilated cardiomyopathy. *FASEB J*. 2008;22(7):2161-7. doi:10.1096/fj.07-102269 PMID:18256305

21. Hruz PW. HIV protease inhibitors and insulin resistance: lessons from in-vitro, rodent and healthy human volunteer models. *Curr Opin HIV AIDS*. 2008;3(6):660-5. doi:10.1097/COH.0b013e3283139134 PMCID:PMC2680222 PMID:19373039

22. Flint OP, Noor MA, Hruz PW, Hylemon PB, Yarasheski K, Kotler DP, Parker RA, Bellamine A. The role of protease inhibitors in the pathogenesis of HIV-associated lipodystrophy: cellular mechanisms and clinical implications. *Toxicol Pathol*. 2009;37(1):65-77. doi:10.1177/0192623308327119 PMCID:PMC3170409 PMID:19171928

23. Tu P, Bhasin S, Hruz PW, Herbst KL, Castellani LW, Hua N, Hamilton JA, Guo W. Genetic disruption of myostatin reduces the development of proatherogenic dyslipidemia and atherogenic lesions in Ldlr null mice. *Diabetes*. 2009;58(8):1739-48. doi:10.2337/db09-0349 PMCID:PMC2712781 PMID:19509018

24. Guo W, Wong S, Pudney J, Jasuja R, Hua N, Jiang L, Miller A, Hruz PW, Hamilton JA, Bhasin S. Acipimox, an inhibitor of lipolysis, attenuates atherogenesis in LDLR-null mice treated with HIV protease inhibitor ritonavir. *Arterioscler Thromb Vasc Biol*. 2009;29(12):2028-32. doi:10.1161/ATVBAHA.109.191304 PMCID:PMC2783673 PMID:19762785

25. Vyas AK, Koster JC, Tzekov A, Hruz PW. Effects of the HIV protease inhibitor ritonavir on GLUT4 knock-out mice. *J Biol Chem*. 2010;285(47):36395-400. doi:10.1074/jbc.M110.176321 PMCID:PMC2978568 PMID:20864532

26. Gazit V, Weymann A, Hartman E, Finck BN, Hruz PW, Tzekov A, Rudnick DA. Liver regeneration is impaired in lipodystrophic fatty liver dystrophy mice. *Hepatology*. 2010;52(6):2109-17. doi:10.1002/hep.23920 PMCID:PMC2991544 PMID:20967828

27. Hresko RC, Hruz PW. HIV protease inhibitors act as competitive inhibitors of the cytoplasmic glucose binding site of GLUTs with differing affinities for GLUT1 and GLUT4. *PLoS One*. 2011;6(9):e25237. doi:10.1371/journal.pone.0025237 PMCID:PMC3179492 PMID:21966466

28. Vyas AK, Yang KC, Woo D, Tzekov A, Kovacs A, Jay PY, Hruz PW. Exenatide improves glucose homeostasis and prolongs survival in a murine model of dilated cardiomyopathy. *PLoS One*. 2011;6(2):e17178. doi:10.1371/journal.pone.0017178 PMCID:PMC3040766 PMID:21359201

29. Hruz PW, Yan Q, Tsai L, Koster J, Xu L, Cihlar T, Callebaut C. GS-8374, a novel HIV protease inhibitor, does not alter glucose homeostasis in cultured adipocytes or in a healthy-rodent model system. *Antimicrob Agents Chemother*. 2011;55(4):1377-82. doi:10.1128/AAC.01184-10 PMCID:PMC3067185 PMID:21245443

30. Remedi MS, Agapova SE, Vyas AK, Hruz PW, Nichols CG. Acute sulfonylurea therapy at disease onset can cause permanent remission of KATP-induced diabetes. *Diabetes*. 2011;60(10):2515-22. doi:10.2337/db11-0538 PMCID:PMC3178299 PMID:21813803

31. Aerni-Flessner L, Abi-Jaoude M, Koenig A, Payne M, Hruz PW. GLUT4, GLUT1, and GLUT8 are the dominant GLUT transcripts expressed in the murine left ventricle. *Cardiovasc Diabetol*. 2012;11:63. doi:10.1186/1475-2840-11-63 PMCID:PMC3416696 PMID:22681646

32. Vyas AK, Aerni-Flessner LB, Payne MA, Kovacs A, Jay PY, Hruz PW. Saxagliptin Improves Glucose Tolerance but not Survival in a Murine Model of Dilated Cardiomyopathy. *Cardiovasc Endocrinol*. 2012;1(4):74-82. doi:10.1097/XCE.0b013e32835bfb24 PMCID:PMC3686315 PMID:23795310

33. Hresko RC, Kraft TE, Tzekov A, Wildman SA, Hruz PW. Isoform-selective inhibition of facilitative glucose transporters: elucidation of the molecular mechanism of HIV protease inhibitor binding. *J Biol Chem*. 2014;289(23):16100-16113. doi:10.1074/jbc.M113.528430 PMCID:PMC4047383 PMID:24706759

34. Mishra RK, Wei C, Hresko RC, Bajpai R, Heitmeier M, Matulis SM, Nooka AK, Rosen ST, Hruz PW, Schiltz GE, Shanmugam M. In Silico Modeling-based Identification of Glucose Transporter 4 (GLUT4)-selective Inhibitors for Cancer Therapy. *J Biol Chem*. 2015;290(23):14441-53. doi:10.1074/jbc.M114.628826 PMID:25847249

35. Kraft TE, Hresko RC, Hruz PW. Expression, purification, and functional characterization of the insulin-responsive facilitative glucose transporter GLUT4. *Protein Sci*. 2015. doi:10.1002/pro.2812 PMID:26402434

36. Kraft TE, Armstrong C, Heitmeier MR, Odom AR, Hruz PW. The Glucose Transporter PfHT1 Is an Antimalarial Target of the HIV Protease Inhibitor Lopinavir. *Antimicrob Agents Chemother*. 2015;59(10):6203-9. doi:10.1128/AAC.00899-15 PMCID:PMC4576095 PMID:26248369

37. DeBosch BJ, Heitmeier MR, Mayer AL, Higgins CB, Crowley JR, Kraft TE, Chi M, Newberry EP, Chen Z, Finck BN, Davidson NO, Yarasheski KE, Hruz PW, Moley KH. Trehalose inhibits solute carrier 2A (SLC2A) proteins to induce autophagy and prevent hepatic steatosis. *Sci Signal*. 2016;9(416):ra21. doi:10.1126/scisignal.aac5472 PMID:26905426

38. Hresko RC, Kraft TE, Quigley A, Carpenter EP, Hruz PW. Mammalian Glucose Transporter Activity is Dependent upon Anionic and Conical Phospholipids. *J Biol Chem*. 2016. doi:10.1074/jbc.M116.730168 PMID:27302065

39. Kraft TE, Heitmeier MR, Putanko M, Edwards RL, Ilagan MX, Payne MA, Autry JM, Thomas DD, Odom AR, Hruz PW. A Novel Fluorescence Resonance Energy Transfer-Based Screen in High-Throughput Format To Identify Inhibitors of Malarial and Human Glucose Transporters. *Antimicrob Agents Chemother*. 2016;60(12):7407-7414. PMCID:PMC5119023 PMID:27736766

40. Mayer AL, Higgins CB, Heitmeier MR, Kraft TE, Qian X, Crowley JR, Hyrc KL, Beatty WL, Yarasheski KE, Hruz PW, DeBosch BJ. SLC2A8 (GLUT8) is a mammalian trehalose transporter required for trehalose-induced autophagy. *Sci Rep*. 2016;6:38586. PMCID:PMC5138640 PMID:27922102

41. Edwards RL, Brothers RC, Wang X, Maron MI, Ziniel PD, Tsang PS, Kraft TE, Hruz PW, Williamson KC, Dowd CS, John ARO. MEPicides: potent antimalarial prodrugs targeting isoprenoid biosynthesis. *Sci Rep*. 2017;7(1):8400. PMCID:PMC5567135 PMID:28827774

42. Wei C, Bajpai R, Sharma H, Heitmeier M, Jain AD, Matulis SM, Nooka AK, Mishra RK, Hruz PW, Schiltz GE, Shanmugam M. Development of GLUT4-selective antagonists for multiple myeloma therapy. *Eur J Med Chem*. 2017;139:573-586. PMCID:PMC5603412 PMID:28837922

43. Wei C, Heitmeier M, Hruz PW, Shanmugam M. Evaluating the Efficacy of GLUT Inhibitors Using a Seahorse Extracellular Flux Analyzer. *Methods Mol Biol*. 2018;1713:69-75. PMID:29218518

44. Heitmeier MR, Payne MA, Weinheimer C, Kovacs A, Hresko RC, Jay PY, Hruz PW. Metabolic and Cardiac Adaptation to Chronic Pharmacologic Blockade of Facilitative Glucose Transport in Murine Dilated Cardiomyopathy and Myocardial Ischemia. *Sci Rep*. 2018;8(1):6475. PMID:29691457

45. Zhang Y, Higgins CB, Mayer AL, Mysorekar IU, Razani BB, Graham MJ, Hruz PW, DeBosch BJ. TFEB-dependent Induction of Thermogenesis by the Hepatocyte SLC2A Inhibitor Trehalose. *Autophagy*. 2018. PMID:29996716

46. Emfinger CH, Yan Z, Welscher A, Hung P, McAllister W, Hruz PW, Nichols CG, Remedi MS. Contribution of systemic inflammation to permanence of $K_{ATP}$-induced neonatal diabetes in mice. *Am J Physiol Endocrinol Metab*. 2018;315(6):E1121-E1132. PMCID:PMC6336961 PMID:30226997

47. Heitmeier MR, Hresko RC, Edwards RL, Prinsen MJ, Ilagan MXG, Odom John AR, Hruz PW. Identification of druggable small molecule antagonists of the Plasmodium falciparum hexose transporter PfHT and assessment of ligand access to the glucose permeation pathway via FLAG-mediated protein engineering. *PLoS One*. 2019;14(5):e0216457. PMCID:PMC6508677 PMID:31071153

48. Hruz PW. Deficiencies in Scientific Evidence for Medical Management of Gender Dysphoria. *Linacre Q*. 2020;87(1):34-42. PMCID:PMC7016442 PMID:32431446

49. Zhang Y, Shaikh N, Ferey JL, Wankhade UD, Chintapalli SV, Higgins CB, Crowley JR, Heitmeier MR, Stothard AI, Mihi B, Good M, Higashiyama T, Swarts BM, Hruz PW, Shankar K, Tarr PI, DeBosch BJ. Lactotrehalose, an Analog of Trehalose, Increases Energy Metabolism Without Promoting Clostridioides difficile Infection in Mice. *Gastroenterology*. 2020;158(5):1402-1416.e2. PMCID:PMC7103499 PMID:31838076

50. Malone WJ, Hruz PW, Mason JW, Beck S. Letter to the Editor from William J. Malone: "Proper Care of Transgender and Gender Diverse Persons in the Setting of Proposed Discrimination: A Policy Perspective". *J Clin Endocrinol Metab*. 2021. PMID:33772300

C2. Chapters

1. Henderson KE, Baranski TJ, Bickel PE, Clutter PE, Clutter WE, McGill JB. Endocrine Disorders in HIV/AIDS. In: *The Washington Manual Endocrinology Subspecialty Consult* Philadelphia, PA; 2008:321-328.

2. Paul W Hruz. Medical Approaches to Alleviating Gender Dysphoria In: Edward J Furton, eds. *Transgender Issues in Catholic Health Care* Philadelphia PA; 2021:1-42.

C4. Invited Publications

1. Grunfeld C, Kotler DP, Arnett DK, Falutz JM, Haffner SM, Hruz P, Masur H, Meigs JB, Mulligan K, Reiss P, Samaras K, Working Group 1. Contribution of metabolic and anthropometric abnormalities to cardiovascular disease risk factors. *Circulation*. 2008;118(2):e20-8. PMCID: PMC3170411 PMID: 18566314

2. Hruz PW. HIV protease inhibitors and insulin resistance: lessons from in-vitro, rodent and healthy human volunteer models. *Curr Opin HIV AIDS*. 2008;3(6):660-5. PMCID: PMC2680222 PMID: 19373039

3. Hruz PW. Molecular mechanisms for insulin resistance in treated HIV-infection. *Best Pract Res Clin Endocrinol Metab*. 2011;25(3):459-68. PMCID: PMC3115529 PMID: 21663839

4. Hruz PW. HIV and endocrine disorders. *Endocrinol Metab Clin North Am*. 2014;43(3): xvii–xviii. PMID: 25169571

5. Hruz PW. Commentary. *Clin Chem*. 2015;61(12):1444. PMID: 26614228

6. Hruz PW, Mayer LS, and McHugh PR. Growing Pains: Problems with Pubertal Suppression in Treating Gender Dysphoria *The New Atlantis*. 2017;52:3-36.

7. Hruz, PW. The Use of Cross-Sex Steroids in Treating Gender Dysphoria *Natl Cathol Bioeth Q*. 2018;17(4):1-11.

8. Hruz, PW. Experimental Approaches to Alleviating Gender Dysphoria in Children *Nat Cathol Bioeth Q*. 2019;19(1):89-104.

# Clinician Educator Portfolio

## CLINICAL CONTRIBUTIONS

### Summaries of ongoing clinical activities

| | |
|---|---|
| | General Pediatrician, General Pediatric Ward Attending: 2-4 weeks per year, St. Louis Children's Hospital |
| 2000 - Pres | Pediatric Endocrinologist, Endocrinology Night Telephone Consult Service: Average of 2-6 weeks/per yr, St. Louis Children's Hosptial |
| 2000 - Pres | Pediatric Endocrinologist, Inpatient Endocrinology Consult Service: 3-6 weeks per year, St. Louis Children's Hospital |
| 2000 - Pres | Pediatric Endocrinologist, Outpatient Endocrinology Clinic: Approximately 50 patient visits per month, St. Louis Children's Hospital |

## EDUCATIONAL CONTRIBUTIONS

### Direct teaching

#### Classroom

| | |
|---|---|
| 2009 - Pres | Lecturer, Markey Course-Diabetes Module |
| 2020 - 2020 | Facilitator, Reading Elective-Interdisciplinary/Miscellaneous Course #M80-800, Washington University School of Medicine |

#### Clinical

| | |
|---|---|
| 2000 - Pres | Lecturer, Medical Student Growth Lecture (Women and Children's Health Rotation): Variable |
| 2000 - Pres | Lecturer, Pediatric Endocrinology Journal Club: Presentations yearly |
| 2009 - Pres | Facilitator, Medical Student Endocrinology and Metabolism Course, Small group |
| 2016 - Pres | Facilitator, Medical Student Endocrinology and Metabolism Course, Small group |

<u>Other</u>

|  | Facilitator, Cell Biology Graduate Student Journal Club, 4 hour/year |
|--|--|
|  | Facilitator, Discussion: Pituitary, Growth & Gonadal Cases, 2 hours/year |
| 2000 - Pres | Lecturer, Metabolism Clinical Rounds/Research Seminar: Presentations twice yearly |
| 2009 - Pres | Facilitator, Biology 5011- Ethics and Research Science, 6 hours/year |
| 2016 - Pres | Lecturer, Cell Signaling Course, Diabetes module, 3 hours/year |

## ANNUAL SUMMARIES

## OTHER

## <u>Participated in research studies</u>

| Pres | Development of Novel Small Molecule Hexose Transport Inhibitors for Glucose-Dependent Disesases Paul W Hruz. |
|--|--|