

DEFENDANT'S
EXHIBIT
6

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| REV. PAUL A. EKNES-TUCKER, | ) | |
| *et al.,* | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00184-LCB-SRW |
| | ) | |
| KAY IVEY, in her official capacity | ) | |
| as Governor of the State of Alabama, | ) | |
| *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

### DECLARATION OF PATRICK HUNTER

My name is Patrick Hunter MD. I am over the age of 19, I am qualified to give this declaration, and, I have personal knowledge of the matters set forth herein. My CV is attached to this declaration.

In the past four years, I have not provided expert testimony in any case.

I am compensated the rate of $ 450 per hour for my work on this matter. My compensation is not dependent upon the substance of my opinions or the outcome of the case.

I. QUALIFICATIONS AND EXPERIENCE ................................................................................3

II. SUMMARY OF KEY POSITIONS ....................................................................................9

III. KEY POSITIONS ............................................................................................................9

A. Gender Identity is not biologically predetermined ..............................................9
I.    Brain studies have not been able to demonstrate a "transgender brain" ..............................10
II.   Identical twin studies challenge the notion that gender identity is biologically predetermined .........11
III.  Peer-reviewed publications acknowledge that transgender identity arises in response to a complex interplay of multiple factors ....................................................................................12
IV.   The "gender identity" theory has never been properly tested ...............................................12
B. Transgender identity in young people typically resolves ....................................14
I.    Childhood-onset gender dysphoria typically remits naturally ..............................................15
II.   Transgender identity in adolescents has an unknown developmental trajectory, but high rates of mutability are increasingly evident ..........................................................................19
III.  The terms "transgender child" or "transgender adolescent" are poorly defined .........................24
C. The original research on which the practice of pediatric transition rests no longer applies to the currently presenting cases ..................................................................................24
I.    The Protocol for gender-transitioning minors suffers from serious problems ............................24
II.   The vast majority of currently presenting cases of gender dysphoric youth no longer meet the strict criteria of the Dutch protocol ...............................................................................28
D. There is no established standard of care for transgender-identified youth .........31
I.    Current treatment guidelines do not represent a standard of care .........................................31
II.   The National Institutes of Health (NIH)-funded research acknowledges that little is known about pediatric gender transition ..................................................................................33
III.  The United States is increasingly becoming an outlier in its non-evidence-based stance that transitioning minors is a safe and effective practice ......................................................35

IV. ETHICAL CONSIDERATIONS AND CONCLUSIONS ........................................................37

A.    The principle of "Patient Autonomy" is not respected when "gender-affirming" hormones and surgeries are provided to minors ..........................................................................38
B.    The principle of "Justice" is violated when minors are provided with "gender-affirming" hormones and surgery ....................................................................................................43
C.    The ethical principles of "Beneficence" and "Non-Maleficence" are violated by providing minors with "gender-affirming" hormones and surgeries ................................................................44
D.    True informed consent for "gender-affirming care" for minors is not possible ............................47

2

1. I submit this expert declaration based upon my personal knowledge, my experience as a pediatrician with an advanced degree in bioethics, and my review of the literature discussed below.

2. If called to testify in this matter, I would testify truthfully based on my expert opinion.

## I. Qualifications and Experience

3. I am a pediatrician with a master's degree in bioethics. I received my medical degree from the University of Louisville School of Medicine in 1992 and completed a pediatric residency at Tripler Army Medical Center in 1995. I obtained board certification in general pediatrics in 1995 and have continuously maintained that certification. I obtained a Master of Science degree in bioethics from the University of Mary in 2020. I have served on the ethics committee at Nemours Children Hospital, Orlando.

4. At Scotland Memorial Hospital, I served as pediatric department chair, medical executive committee chair, chief of the medical staff, and on the physician effectiveness committee. This physician effectiveness committee addressed physician professionalism and ethics. I also served on this hospital's governing board and operating committee.

5. I have held teaching positions at the rank of clinical and associate professors at the University of Hawaii and the Uniformed Services University of the Health Sciences. I currently hold academic positions at the University of Central Florida and Florida State University. I have taught pediatrics and bioethics to medical students and resident physicians at Tripler Army Medical Center, the University of Central Florida, and Nemours Children's Hospital in Orlando, Florida.

6. My path into the field of gender medicine is unique. For my first 20 plus years in practice, young people with transgender identity were an extremely rare phenomenon. While gay,

lesbian, and gender non-conforming patients were not uncommon, none of the patients in my care were declaring a transgender identity.

7.   However, in 2015, I began to see young patients, exclusively adolescent females, who asserted that they were transgender. I was surprised that the cases I was seeing had "come out" around and after puberty. This sudden epidemiological change did not agree with what I had learned.

8.   Historically, gender identity disorder and gender dysphoria affected primarily pre-pubescent boys. These young boys were adamant about their female identity. Gender dysphoria was obvious to the family, and had begun at a young age (approximately 3-5 year old), long before children are developmentally capable of hiding facts from their parents. This presentation of cross-sex identification has been described in the literature as "persistent, insistent and consistent." The rare cases of such young boys (and on an even rarer occasion, girls) did not have to "come out."

9.   I now know that my experience with seeing this unusual cohort of adolescents with no history of "persistent, insistent and consistent" cross-sex identity in early childhood closely mirrors the trends seen by other clinicians. In the last eight years there has been an unexplained, dramatic rise in adolescents declaring distress with their sexed bodies and seeking hormones and surgeries to stop the development of secondary sex characteristics.

10. These puzzling epidemiological shifts made me eager to learn what is known about pediatric gender transition. This has involved reading hundreds of papers in this field that have encompassed research, practice guidelines, epidemiology, opinions, history, and ethics. This reading has been from journals that include the NEJM, JAMA, Pediatrics, British Medical Journal, Lancet, Archives of Sexual Behavior, Journal of Homosexuality, Sexual Medicine,

the Journal of American Academy of Child and Adolescent Psychiatry, American

Psychologist, PLOS ONE, the Journal of Clinical Endocrinology and Metabolism, and many

others. I have also studied professional guidelines from Finland, Sweden, Australia, New

Zealand, England, France, and The Netherlands.

11. Importantly, I have also read the first-person accounts of patients in the lay literature, where

patient stories and professional concerns are increasingly being voiced. It is my opinion that

concerns regarding the so-called "gender-affirmative care model" are often barred from the

medical literature.

12. My comprehensive review of the literature revealed that public health authorities in a number

of progressive European countries have conducted independent evaluations of the evidence.

They have found the evidence for youth transition to be lacking, any benefits to be of very

low certainty, and the harms significant.

13. The risks of "gender-affirmative care" in youth are real and the harms are considerable. The

most self-evident risk is that the treatment frequently leads to infertility. In fact, if the

Endocrine Society's treatment recommendations for youth are followed, and puberty

blockers are followed by cross-sex hormones, sterility is nearly assured. Other risks are less

certain, but alarming evidence is emerging that bone health is adversely affected. A growing

list of concerns includes the effect on developing brains, cardiovascular complications of

cross-sex hormones, increased risk for cancer, and others. Arguably the greatest harms are

regret and detransition after irreversible bodily changes, sterilization, and impairment of

sexual function that is wrought by hormones and surgery.

14. The unfavorable risk/benefit ratio of pediatric transition is the reason why a growing number of liberal western countries are now sharply scaling back the practice of pediatric gender transition.

15. I have always had a keen interest in medical ethics and often considered formal education in the field. I originally wanted to explore the merging of medicine and business—hospital systems dominating the marketplace and physicians becoming employees—and how this evolution was impacting the ethics of medical care. What I was learning about gender dysphoria further propelled my interest in an ethics degree. I undertook a study of bioethics, completing my master's degree in bioethics in 2020.

16. In my degree, much effort was focused on the growing popularity of the so-called "gender-affirmative care," which delivers life-altering, permanent interventions to minors that involve sterilizing procedures. I have focused on ethical dilemmas, such as whether minors have the capacity to give a meaningful informed consent.

17. My research has given me the opportunity to work with experts in the field of gender medicine from all over the world, including Sweden, Finland, England, Australia, Canada, and the United States. I have lectured with Dr. Rittakerttu Kaltiala, a child and adolescent psychiatrist and a leading world expert in transgender care for youth. Dr. Kaltiala was instrumental in recently changing Finland's national transgender practice guidelines, when they recognized the harms being done to youth. I have also lectured on this topic to The National Academy of Science in France. I am a member of the group's scientific council. Recently, my letter outlining concerns with the practice of pediatric gender transition was

published by JAMA Pediatrics. [1] I have authored several recent manuscripts that are currently under review.

18. To round out my academic grasp of the ethical issues, I have also engaged with individuals who transitioned as youth. Some have detransitioned. Some have remained transitioned. I have learned a lot from these brave patients who have been the trailblazers in the highly experimental field of pediatric gender transition.

19. I approach gender dysphoria, gender medicine, and transgender patients from both the clinical and the ethical perspectives. First and foremost, clinical care for patients that suffer from gender dysphoria must offer the greatest benefits. Care must aim for optimal psychological, physical, sexual, and reproductive well-being. Benefits must exceed harms. The well-respected medical truism must prevail:  First, do no harm.

20. I will devote part of this declaration to the profound ethical concerns that all physicians should have when treating children with gender dysphoria with medical interventions. It is my conclusion as a bioethicist that the practice of prescribing puberty blockers, cross-sex-hormones, and surgeries to minors violates every key principle of biomedical ethics.

21. Based on numerous conversations and interactions with other pediatricians, it is my opinion that many share my concerns about the unusually high numbers of adolescents requesting gender reassignment and the "gender-affirming care" they are given. Many providers are concerned about the irreversible, profound, life-long changes that these poorly evidenced interventions entail. However, in our current climate, where political activism has taken over

---

[1] Hunter PK. Political Issues Surrounding Gender-Affirming Care for Transgender Youth. *JAMA Pediatr*. Published online December 20, 2021. doi:10.1001/jamapediatrics.2021.5348

the medical profession, my colleagues are too afraid to speak out publicly. They fear being accused of "transphobia," or fear losing their employment.

22. Gender-dysphoric youth are suffering, and they deserve our compassion and care.  The question is not *whether to treat them*, but rather, *how to treat them* in a way that promotes their long-term health and well-being. It is my strong opinion, supported by a growing number of leading pediatric gender clinics and public health authorities in the western world, that hormonal and surgical interventions should be reserved for mature adults, while minors should be treated with supportive psychological care.

23. This is because many minors will find that their trans identity is a transient phase in their identity formation—a realization that is increasingly common among previously trans-identified youth. There is a growing visibility of detransitioned young adults. They regret that they were allowed to get the interventions they so disparately desired at the time, but now realize these interventions were a mistake. Those who persist in their transgender identity can undergo interventions as adults and can be highly successful in their transition. We have many visible examples of successful transitioned adults.

24. One symbol of the medical profession is Asclepias's Rod, with a single snake wrapped around the rod. The rod is the walking stick that the physician uses to travel from home to home to care for those in need. The snake as a reminder, to both physician and patient, that the physician has the power to both heal and to harm.[2]

25. Below, I outline my position that "gender-affirmative" hormonal and surgical interventions for minors on the balance do more harm than good, and that these interventions should be

---

[2] Cavanaugh TA. *Hippocrates' Oath and Asclepius' Snake*. Vol 1. Oxford University Press; 2017. doi:10.1093/med/9780190673673.001.0001

delayed until a young person's identity is stabilized, full maturity is reached, and true informed consent is attainable.

## II. Summary of Key Positions

Below is a summary of my key opinions. I will expand on these opinions further.

- Gender identity is not biologically predetermined

- Transgender identity in young people typically resolves

- The original research on which the practice of pediatric transition rests no longer applies to the currently presenting cases

- There is no established standard of care for transgender-identified youth

- "Gender-affirming" interventions for youth cannot be ethically justified

## III. Key Positions

### A. Gender Identity is not biologically predetermined

26. Proponents of treating young people with "gender-affirming" hormones and surgeries assert that gender identity is biologically predetermined and, therefore, immutable. They argue that gender-dysphoric adolescents were born "transgender" and will always be "transgender"—much like children born with a congenital disorder such as a cleft palate. Thus, they argue that it is cruel and nonsensical to delay physical alterations to the bodies needed to make their future lives easier.

27. If one is to believe gender identity is biologically predetermined and immutable, and children presenting with gender dysphoria are simply "transgender children" who were born with a

brain-body mismatch, a person holding such beliefs would reason that medical doctors should try to intervene as early as possible to "fix" the body. This is exactly the rationale that the expert witnesses for the plaintiffs in this case are presenting.

28. However, these claims are patently untrue. Despite decades of trying to prove that gender identity is biologically predetermined, the body of evidence points to something entirely different: that biology is far from deterministic, and that a transgender identity arises instead in response to is a combination of factors.

29. Below I present some of the arguments that demonstrate decisively that "gender identity" is not biologically predetermined.

   i.    Brain studies have not been able to demonstrate a "transgender brain"

30. Despite a number of brain studies that attempted to demonstrate that there is a distinctive brain structure that differentiates people with a transgender identity from the rest, no study has been able to demonstrate a pattern or structure unique to the "transgender brain." The few differences that have been noted disappear after researchers control for sexual orientation and exposure to hormonal interventions that gender dysphoric people undergo, or the studies are too small or unable to control for these or other known confounding factors. Brain

researchers clearly state that their findings do not justify statements suggesting gender dysphoria is a biological condition. [3, 4, 5, 6]

### ii. Identical twin studies challenge the notion that gender identity is biologically predetermined

31. Identical twin studies represent one the best available methods to test biological determinism. If gender identity were to be predetermined by one's biology whereby certain children are simply born with a "transgender brain," we would expect both identical twins to have a concordant gender identity majority of the time. Instead, the research into pairs of identical twins shows that if one of the identical twins has a transgender identity the chance that the other twin is also transgender identified is less than 30%.[7]

32. It should be noted that a 30% transgender identity concordance found in identical twins is much higher than would occur by chance, which raises the possibility of biological influence for the formation of a transgender identity, alongside other possibilities. However, the 70% discordance in identical twins' transgender identity strongly signals that a transgender identity is not predetermined by one's genes or prenatal factors.

---

[3] Mueller SC, De Cuypere G, T'Sjoen G. Transgender Research in the 21st Century: A Selective Critical Review From a Neurocognitive Perspective. *AJP*. 2017;174(12):1155-1162. doi:10.1176/appi.ajp.2017.17060626

[4] Frigerio A, Ballerini L, Valdés Hernández M. Structural, Functional, and Metabolic Brain Differences as a Function of Gender Identity or Sexual Orientation: A Systematic Review of the Human Neuroimaging Literature. *Arch Sex Behav*. 2021;50(8):3329-3352. doi:10.1007/s10508-021-02005-9

[5] Mueller SC, Guillamon A, Zubiaurre-Elorza L, et al. The Neuroanatomy of Transgender Identity: Mega-Analytic Findings From the ENIGMA Transgender Persons Working Group. *The Journal of Sexual Medicine*. 2021;18(6):1122-1129. doi:10.1016/j.jsxm.2021.03.079

[6] Mueller SC, Guillamon A, Zubiaurre-Elorza L, et al. The Neuroanatomy of Transgender Identity: Mega-Analytic Findings From the ENIGMA Transgender Persons Working Group. *The Journal of Sexual Medicine*. 2021;18(6):1122-1129. doi:10.1016/j.jsxm.2021.03.079

[7] Diamond M. Transsexuality Among Twins: Identity Concordance, Transition, Rearing, and Orientation. *International Journal of Transgenderism*. 2013;14(1):24-38. doi:10.1080/15532739.2013.750222

### iii.    Peer-reviewed publications acknowledge that transgender identity arises in response to a complex interplay of multiple factors

33. The fact that transgender identity emerges due to the interplay of a multitude of factors, rather than having a biological cause, is widely recognized. In fact, Dr. Rosenthal, one of the expert witnesses for the plaintiffs acknowledged this in his 2014 study:[8]

> *... studies have demonstrated that "gender identity"—a person's inner sense of self as male, female, or occasionally a category other than male or female—...likely reflects a complex interplay of biological, environmental, and cultural factors."* (*Rosenthal, 2014, p. 4379*)

### iv.    The "gender identity" theory has never been properly tested

34. While it is evident that some people have a transgender identity, and "gender dysphoria" is a diagnosable DSM-5 psychological disorder, what "gender identity" is more generally, and whether and how it varies from one's awareness of one's sex for the rest of the population, is yet to be elucidated. The claims that "everyone has a gender identity," and that one's gender identity is a different entity than one's awareness of one's own sex, have never been put to test.

35. It is worth noting that the very concept of a "gender identity" is relatively new, popularized by the psychologist Dr. John Money in the 1960's.  Dr. Money's theories about gender identity developed as he experimented on identical twin boys, one of whom was being raised

---

[8] Rosenthal SM. Approach to the Patient: Transgender Youth: Endocrine Considerations. *The Journal of Clinical Endocrinology & Metabolism*. 2014;99(12):4379-4389. doi:10.1210/jc.2014-1919

as a girl at Dr. Money's advice. Dr. Money made this recommendation following a circumcision accident that left the boy without a penis. To help the twin raised as a girl embrace his female gender role, Dr. Money performed highly unethical experiments on the boys, including making the siblings examine each other's genitals and perform simulated sexual acts with one another.

36. Initially, the twin boy raised as a girl appeared to have embraced the female identity, which Dr. Money took as validation of his gender identity theory. However, the twin raised in the female gender role eventually re-identified with his biological sex. Tragically, both twins died young, one from a suicide, and the other from a drug overdose. [9] The parents of the twins blamed Dr. Money's experiments as contributing to their sons' mental health struggles and premature death.

37. The proponents of "gender-affirming" hormonal and surgical interventions for minors claim that Dr. Money's experiments proved that gender identity is biologically predetermined and immutable (since the child raised as a girl eventually identified as a boy, despite the psychologist's efforts to the contrary). However, few conclusions can be drawn from a single case that involved such unusual circumstances.

38. More than anything, this experiment demonstrates the problematic origins of the gender identity theory and highlights the profound ethical problems with the currently ongoing social, medical, and surgical experimentation on minors in an attempt to deny or obfuscate their sex.

---

[9] John Colapinto., 2013. *As nature made him: the boy who was raised as a girl*. HarperCollins Publishers.

## B. Transgender identity in young people typically resolves

39. During childhood, adolescence, and young adulthood, an individual's identity continues to develop and change. Historical data shows that most cases of a cross-sex identity in children resolve before they reach mature adulthood. Research confirms that the majority of such youth grow up to be gay, lesbian, or bisexual adults. In fact, a period of cross-sex identification in childhood is a common developmental pathway of gay adults.[10, 11]

40. Contrary to the assertions of the proponents of "gender affirmation," the tendency of a cross-sex identity to resolve is not coerced, but rather happens through the natural course of undergoing puberty and reaching maturity. While the mechanism by which this change occurs is not exactly known, it has been observed that experiencing romantic and sexual encounters and undergoing physical changes of puberty play a key role. [12,13]

41. In talking about the permanent vs. transient nature of transgender identity, is important to differentiate between two known variants of gender dysphoria in young people: the "classical" presentation where gender dysphoria begins in early childhood (typically between ages 3-5), and the novel and now-predominant variant where older children "come out" as transgender around or after the onset of puberty.

---

[10] *See* Cantor, 2020

[11] Korte A, Goecker D, Krude H, Lehmkuhl U, Grüters-Kieslich A, Beier KM. Gender Identity Disorders in Childhood and Adolescence. *Dtsch Arztebl Int*. 2008;105(48):834-841. doi:10.3238/arztebl.2008.0834

[12] Steensma TD, Biemond R, de Boer F, Cohen-Kettenis PT. Desisting and persisting gender dysphoria after childhood: A qualitative follow-up study. *Clin Child Psychol Psychiatry*. 2011;16(4):499-516. doi:10.1177/1359104510378303

[13] Kaltiala-Heino R, Bergman H, Työläjärvi M, Frisen L. Gender dysphoria in adolescence: current perspectives. *AHMT*. 2018;Volume 9:31-41. doi:10.2147/AHMT.S135432

### i.   Childhood-onset gender dysphoria typically remits naturally

42. To date, the total of 11 studies have been conducted to determine the trajectories of children with early-childhood onset of gender dysphoria. All 11 demonstrated that for a majority of such children (61%-98%), early childhood-onset gender dysphoria resolves without any interventions by late adolescence or young adulthood. [14, 15,16]

43.  Proponents of pediatric "gender-affirmation" reject this proven high rate of desistance. The fact that desistence happens so frequently in gender-dysphoric children is a threat to the premise of pediatric gender transition. In fact, the expert witnesses for the plaintiffs go to great lengths to preemptively discredit the statistic.

44. For example, Dr. Hawkins attempts to discredit the overwhelming evidence that pediatric gender dysphoria typically self-resolves by claiming that the prior studies dealt with merely gender-non-conforming "non-transgender children," rather than "true transgender children." Hawkins says, "*Historically, earlier studies included a wide range of gender nonconforming children, rather than differentiating between transgender and non-transgender children, and also suffered from other serious methodological flaws that make them unreliable.*" (Hawkins, para 22)

45. This claim is not credible at face value. The studies in question have been authored by the very same researchers who are their countries' respective leaders in pediatric gender

---

[14] Cantor JM. Transgender and Gender Diverse Children and Adolescents: Fact-Checking of AAP Policy. *Journal of Sex & Marital Therapy*. 2020;46(4):307-313. doi:10.1080/0092623X.2019.1698481

[15] Ristori J, Steensma TD. Gender dysphoria in childhood. *International Review of Psychiatry*. 2016;28(1):13-20. doi:10.3109/09540261.2015.1115754

[16] Singh D, Bradley SJ, Zucker KJ. A Follow-Up Study of Boys With Gender Identity Disorder. *Front Psychiatry*. 2021;12. doi:10.3389/fpsyt.2021.632784

transition. These are the very same authors who have produced much of the currently available literature upon which the entire field of pediatric gender transition rests.  To suggest that these clinicians and researchers were somehow confused about their own study subjects, and accidentally studied children who were merely "tomboy girls" or "feminine boys," rather than children with significant gender identity issues, is to imply that the entire body of evidence in the field of pediatric gender medicine came from highly confused clinicians and researchers.

46. Hawken's argument is not original—the proponents of pediatric gender transition have been making it for some time. In response to their critique, a prominent researcher in the field of pediatric gender medicine, Dr. Ken Zucker, re-analyzed the studies in question and split the study subjects into two cohorts: those who were extremely gender non-conforming but did not meet the full diagnostic criteria for Gender Identity Disorder (which was the name of the respective DSM diagnosis at the time), and those who actually met the full diagnostic criteria for having Gender Identity Disorder.

47. The reanalysis confirmed the original finding that most children diagnosed with a gender issue per DSM—nearly 7 in 10—naturally stopped identifying as transgender by the time they reached adulthood. The rate of natural resolution for gender dysphoria is even higher, more than 9 in 10, for those who gender distress was significant enough to warrant a consult with a pediatric gender clinic, but not enough to meet the full diagnostic DSM criteria. [17]

---

[17] Zucker KJ. The myth of persistence: Response to "A critical commentary on follow-up studies and 'desistance' theories about transgender and gender non-conforming children" by Temple Newhook et al. (2018). *International Journal of Transgenderism*. 2018;19(2):231-245. doi:10.1080/15532739.2018.1468293

48. Yet another way that pro-transition activists have tried to discredit the well-established fact that childhood gender dysphoria eventually remits, is by claiming that DSM-IV criteria used at the time were so flawed as to be totally invalid. These claims assert that even those properly diagnosed with "Gender Identity Disorder" in DSM-IV were not "transgender" at all, but were merely gender-non-conforming.

49. While it is true that the updated DSM-5 criteria in use today made some changes to the childhood diagnosis, these changes have proven to be minor and not clinically significant. Both of the diagnostic manuals (the prior DSM-IV and the current DSM-5) were recently field-tested and were found to be equivalent in terms of which children they flagged as meeting the diagnostic criteria: [18]

> "…both editions (DSM-IV and DSM-5 and ICD-10 and ICD-11) of gender identity-related diagnoses seem reliable and convenient for clinical use."

50. The Chair of the DSM-5 Work Group for Sexual and Gender Identity Disorders also concurs that the change in the diagnostic criteria for children from DSM-IV to DSM-5 was not significant: [19]

> "It is my clinical opinion that the similarities across the various iterations of the DSM are far greater than the differences (Zucker, 2010) and, as part of the work done by the Subcommittee on Gender Identity Disorders for the DSM-IV, provided one example of this (Zucker et al., 1998)

---

[18] de Vries ALC, Beek TF, Dhondt K, et al. Reliability and Clinical Utility of Gender Identity-Related Diagnoses: Comparisons Between the ICD-11, ICD-10, DSM-IV, and DSM-5. *LGBT Health*. 2021;8(2):133-142. P.1 doi:10.1089/lgbt.2020.0272

[19] Zucker KJ. The myth of persistence: Response to "A critical commentary on follow-up studies and 'desistance' theories about transgender and gender non-conforming children" by Temple Newhook et al. (2018). *International Journal of Transgenderism*. 2018;19(2):231-245. doi:10.1080/15532739.2018.1468293

51. Thus, the argument that the high desistance rates of pediatric gender dysphoria recorded in all the studies to date were due to the mistaken inclusion of merely gender-non-conforming, rather than "truly transgender" children, does not hold up. It is undeniable that most gender dysphoric children will not grow up to be transgender identified adults, as long as they are allowed to naturally develop without undergoing social and medical transition.

52. Further, contrary to the unfounded plaintiff expert witnesses' claims, no clinician can accurately predict which of the trans-identified children will continue to identify as transgender in mature adulthood vs. those that will desist. This is recognized by the seminal study evaluating the development trajectories of gender-distressed children.[20]

> *"When considering the development of children with GD [gender dysphoria]; studies show that gender dysphoric feelings eventually desist for the majority of children with GD, and that their psychosexual outcome is strongly associated with a lesbian, gay, or bisexual sexuality which does not require any medical intervention, instead of an outcome where medical intervention is required (e.g. Drummond et al., 2008; Wallien & Cohen-Kettenis, 2008; Singh, 2012). Factors predictive for the persistence of GD have been identified on a group level, with higher intensity of GD in childhood identified as the strongest predictor for a future gender dysphoric outcome (Steensma et al., 2013). **The predictive value of the identified factors for persistence are, however, on an individual level less clear cut, and the clinical utility of currently identified factors is low"** (Ristori and Steensma, 2016, p. 6)*

---

[20] Ristori J, Steensma TD. Gender dysphoria in childhood. *International Review of Psychiatry*. 2016;28(1):13-20. doi:10.3109/09540261.2015.1115754

18

53. This very inability to predict who will persist vs. desist raises serious ethical questions regarding the provision of any irreversible procedures, and particularly those that result in sterilization.

54. The common claim by medicalization activists that once a gender-dysphoric minor reaches adolescence, their gender identity is fixed, is not supported by the evidence.  In the 11 desistance studies, the age at which the subjects were followed ranged from adolescence into young adulthood. Some desisted in puberty and others in young adulthood.  The Endocrine Society's treatment guidelines acknowledge this:[21]

> *"With current knowledge, we cannot predict the psychosexual outcome for any specific child. Prospective follow-up studies show that childhood GD/gender incongruence does not invariably persist into adolescence **and adulthood** (so-called "desisters"). (Hembree et al., 2017, p. 3876)*

ii. Transgender identity in adolescents has an unknown developmental trajectory, but high rates of mutability are increasingly evident

55. It is now well recognized that a new variant of transgender identity emerged in the mid 2015's, represented by young people who were not cross-sex identified in childhood. Such cases were virtually unseen until about 7-10 years ago. This is the very population I, and many of my colleagues in the US and internationally, are now seeing in our practices. If one can develop a transgender identity for the first time in adolescence, it demonstrates that a transgender identity is not fixed.

---

[21] Hembree WC, Cohen-Kettenis PT, Gooren L, et al. ENDOCRINE TREATMENT OF GENDER-DYSPHORIC/GENDER-INCONGRUENT PERSONS: AN ENDOCRINE SOCIETY CLINICAL PRACTICE GUIDELINE. *Endocrine Practice*. 2017;23(12):1437-1437. doi:10.4158/1934-2403-23.12.1437

56. The UK has one of the biggest pediatric gender clinics in the world. The UK clinicians made this observation recently regarding adolescents declaring a trans identity without any childhood history: [22]

> '...some of us have informally tended toward describing the phenomenon we witness as "adolescent-onset" gender dysphoria, that is, **without any notable symptom history prior to or during the early stages of puberty** (certainly nothing of clinical significance.)"(Hutchinson et al., 2020, p. 1)

57. The lead researcher for the Finnish national pediatric gender services program, one of the most respected in the world, has stated the following: [23]

> "In Finland most adolescents seeking medical treatment in order for their body to conform with their gender identity do not fulfil the eligibility criteria ... for example because they initially **experienced onset of gender dysphoria in the late stages of pubertal development** or suffer from severe mental disorders which predate the onset of gender dysphoria. Research on adolescent onset gender dysphoria is scarce, and optimal treatment options have not been established [12]. The reasons for the sudden increase in treatment-seeking due to **adolescent onset gender dysphoria** / transgender identification are not known [13]" (Kaltiala-Heino and Lindberg, 2019, p. 62)

---

[22] Hutchinson A, Midgen M, Spiliadis A. In Support of Research Into Rapid-Onset Gender Dysphoria. *Arch Sex Behav*. 2020;49(1):79-80. p.1  doi:10.1007/s10508-019-01517-9

[23] Kaltiala-Heino R, Lindberg N. Gender identities in adolescent population: Methodological issues and prevalence across age groups. *Eur psychiatr*. 2019;55:61-66. p.62 doi:10.1016/j.eurpsy.2018.09.003

58. A leading Canadian pediatric gender expert made a similar observation: [24]

> *".. it is my view (and that of others) that a new subgroup of adolescents with gender dysphoria has appeared on the clinical scene. This subgroup appears to be comprised—at least so far—of a disproportionate percentage of birth-assigned females* **who do not have a history of gender dysphoria in childhood or even evidence of marked gender-variant or gender nonconforming behavior***."* (Zucker, 2019, p. 4)

59. Last but not least, even the principal investigator of the medical protocol for transitioning minors (known as the Dutch Protocol) recently acknowledged that a fundamental shift has occurred where adolescents are "coming out" with a trans identity around puberty:[25]

> *"... gender identity development is diverse, and a new developmental pathway is proposed involving youth with postpuberty* **adolescent-onset transgender histories***.6–8 These youth did not yet participate in the early evaluation studies.5,9" (de Vries, 2020, p. 1)*

---

[24] Zucker KJ. Adolescents with Gender Dysphoria: Reflections on Some Contemporary Clinical and Research Issues. *Arch Sex Behav*. 2019;48(7):1983-1992. doi:10.1007/s10508-019-01518-8

[25] de Vries ALC. Challenges in Timing Puberty Suppression for Gender-Nonconforming Adolescents. *Pediatrics*. 2020;146(4):e2020010611. doi:10.1542/peds.2020-010611

60. Finally, the growing visibility of young adult detransitioners confirms that a transgender identity can desist in young people. [26, 27, 28, 29]

61. A recent study from a UK adult gender clinic showed that over 10% of young people treated with gender-affirmative interventions detransitioned within 16 months of starting treatment. Another 22% of patients disengaged from the clinic without completing their treatment plan.[30]

62. Another clinic population study found that over 12% of those who had started hormonal treatments either detransitioned or documented regret, while 20% stopped the treatments for a wider range of reasons. These patients presented to the clinics as young adults (mean age of 20) and it took them on average 5 years from beginning treatment to stopping it. Notably, the UK researchers said this: [31]

> *"Thus, the detransition rate found in this population is novel and questions may be raised about the phenomenon of overdiagnosis, overtreatment, or iatrogenic harm as found in other medical fields." (Boyd et al., 2021, p.12)*

---

[26] Entwistle K. Debate: Reality check – Detransitioner's testimonies require us to rethink gender dysphoria. *Child Adolesc Ment Health*. Published online May 14, 2020:camh.12380. doi:10.1111/camh.12380

[27] Littman L. Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition Who Subsequently Detransitioned: A Survey of 100 Detransitioners. *Arch Sex Behav*. Published online October 19, 2021. doi:10.1007/s10508-021-02163-w

[28] Levine SB, Abbruzzese E, Mason JM. Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults. *Journal of Sex & Marital Therapy*. Published online March 17, 2022:1-22. doi:10.1080/0092623X.2022.2046221

[29] Vandenbussche E. Detransition-Related Needs and Support: A Cross-Sectional Online Survey. *Journal of Homosexuality*. Published online April 30, 2021:20. doi:10.1080/00918369.2021.1919479

[30] Hall R, Mitchell L, Sachdeva J. Access to care and frequency of detransition among a cohort discharged by a UK national adult gender identity clinic: retrospective case-note review. *BJPsych open*. 2021;7(6):e184. doi:10.1192/bjo.2021.1022

[31] Boyd IL, Hackett T, Bewley S. Care of Transgender Patients: A General Practice Quality Improvement Approach. *SSRN Journal*. Published online 2021. p. 12 doi:10.3390/healthcare10010121

63. Further, we have direct evidence that adolescents with a transgender identity who desire to undergo medical interventions but are told to wait will likely desist. While the studies into this subject are scarce, in the early 2000's Dutch researchers (who pioneered the practice of pediatric gender transition) followed 14 adolescents who were rejected from hormonal and surgical interventions due to presenting with co-morbid mental health issues. [32]

64. At follow-up when the subjects were in their 20's, approximately 1-7 years after being rejected from medical transition as minors, the researchers discovered that 11 of 14 cases no longer wished to transition at all, two subjects only slightly regretted not being able to transition, and only one subject continued to strongly wish to transition. This single subject only wanted breast augmentation, but no other surgery in order to preserve sexual function.[33] Had that one individual been transitioned as a minor under the Dutch protocol, the loss of fertility and sexual function would have ensued.

65. Thus, all 14 of the 14 who were rejected from gender reassignment as teens benefitted from the intervention being delayed until they reached mature adulthood. These 14 young adults simultaneously prove three things: (i) Desistance frequently occurs. (ii) Desistence occurs even when gender dysphoria persists into adolescence. And (iii) a transgender identity is not immutable.

---

[32] Smith YLS, Van Goozen SHM, Cohen-Kettenis PT. Adolescents With Gender Identity Disorder Who Were Accepted or Rejected for Sex Reassignment Surgery: A Prospective Follow-up Study. *Journal of the American Academy of Child & Adolescent Psychiatry*. 2001;40(4):472-481. doi:10.1097/00004583-200104000-00017

[33] Malone W, D'Angelo R, Beck S, Mason J, Evans M. Puberty blockers for gender dysphoria: the science is far from settled. *The Lancet Child & Adolescent Health*. 2021;5(9):e33-e34. doi:10.1016/S2352-4642(21)00235-2

### iii.   The terms "transgender child" or "transgender adolescent" are poorly defined

66. Precisely because no clinician can reliably predict which young person will desist from their transgender identification vs. who will persist, the notion of a "transgender child/adolescent" extensively used by the plaintiff's witnesses is not a valid one.

67. "Transgender" is not a diagnosis found in any of the existing diagnostic classifications (either DSM or ICD). It's a lay term that has a wide range of definitions that vary depending on each person's unique understanding of this phenomenon.

68. I maintain that the use of the adjective "transgender" by the plaintiffs' expert witnesses, whenever they talk about gender-dysphoric youth, aims to create an emotional response, implies immutability not supported by evidence, and generally does not belong in a legal document dealing with medical interventions as it lacks a clinical definition. The proper terms in medical contexts are "gender-dysphoric" or "diagnosed with gender dysphoria," based on the diagnostic DSM-5 criteria that are currently in use in the United States.

## C. The original research on which the practice of pediatric transition rests no longer applies to the currently presenting cases

### i.   The Protocol for gender-transitioning minors suffers from serious problems.

69. The practice of pediatric gender transition, known as "gender-affirmative care," rests on a single experiment from the Netherlands conducted circa 2010. This small, single-site, uncontrolled experiment showed that carefully selecting only the highest-functioning children with no mental health problems aside, from being cross-sex identified from early childhood on, and providing them with puberty blockers and cross-sex hormones upon reaching mid-adolescence, followed by surgeries after reaching the 18th birthday, allows

24

these children to continue to be high-functioning approximately 1.5 years after the completion of final surgery. [34,35]

70. However, the only attempt to replicate the Dutch experiment outside the Netherlands, in the world's largest gender clinic in the UK, failed to show any positive outcomes of the first phase of the Dutch protocol (puberty blockers).[36] The latter phases of the Dutch protocol (following puberty blockers with cross-sex hormones and surgery) have never been attempted to be replicated.

71. Further, new information came into light recently that suggests that the Dutch experiment was both misunderstood and misrepresented as providing "proof" that gender reassignment for minors leads to successful outcomes, when in fact, the study's conclusions are highly questionable. For example, while the Dutch researchers took credit for the adolescents' high level of functioning after transition, these adolescents were high functioning before transition due to the study's stringent participant selection criteria.

72. In fact, for half of the psychological measures tracked, there were no statistically significant improvements before vs. after the treatment protocol. The positive changes in the rest of the psychological measures were so small as to be of highly questionable clinical significance,

---

[34] de Vries ALC, Steensma TD, Doreleijers TAH, Cohen-Kettenis PT. Puberty Suppression in Adolescents With Gender Identity Disorder: A Prospective Follow-Up Study. *The Journal of Sexual Medicine*. 2011;8(8):2276-2283. doi:10.1111/j.1743-6109.2010.01943.x

[35] de Vries ALC, McGuire JK, Steensma TD, Wagenaar ECF, Doreleijers TAH, Cohen-Kettenis PT. Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment. *Pediatrics*. 2014;134(4):696-704. doi:10.1542/peds.2013-2958

[36] Carmichael P, Butler G, Masic U, et al. Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. Santana GL, ed. *PLoS ONE*. 2021;16(2):e0243894. doi:10.1371/journal.pone.0243894

and could not be attributed to the hormones and surgeries alone since all the subjects also received extensive psychological support. [37]

73. More generally, the lack of a control group rendered the study findings "very low certainty," the rating assigned to the study by the recent comprehensive systematic review of evidence conducted by the UK's National Institute for Health and Care Excellence (NICE). [38]

74. Even the study's most-lauded finding, the marked drop in the "gender dysphoria" score, is now in question, as it has come to light that the researchers did not have an appropriate scale to capture changes in gender dysphoria, and they used the scale that they did have access to in a highly questionable way (by "flipping" the male and female versions of the scales between baseline and final measurement time periods).[39]

75. Further, the Dutch team had very strict screening criteria, which would have excluded the vast majority of young people who request gender reassignment today. For example, the Dutch excluded from their experiment any adolescent whose transgender identity emerged only around and after puberty—they required that clear cross-sex identification be present from very early childhood on. The Dutch also excluded the adolescents who were suicidal or had any significant unaddressed mental illness. Adolescents with a non-binary identity were not eligible. In addition, the Dutch researchers insisted that the adolescents have a firm grasp

---

[37] *See* Levine, 2020

[38] National Institute for Health and Care Excellence. Evidence review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria.
https://web.archive.org/web/20220414202655/https://arms.nice.org.uk/resources/hub/1070905/attachment

[39] *See* Levine, 2020

of biological reality and realize they will never be able to become the "opposite sex" despite the hormonal and surgical interventions. [40, 41]

76. Several children in the small sample of 70 cases (which, by the end of the study, shrank to 55) experienced severe adverse events while under treatment, including one young adult who died followed surgical complications, several cases of new diabetes and obesity, and at least one case of detransition, although the study is vague on this point.[42]

77. This study, and the modest psychological improvements reported, came at the cost of sterility for 100% of the subjects (mandatory removal of ovaries and testes was part of the protocol), and were associated with severe adverse, raising serious ethical concerns that I will address later on in more detail.

78. The concern that I would like to focus on here is that the presentation of gender dysphoria in youth has markedly changed since the Dutch protocol's final results were published in 2014. As a result, the continued application of this protocol to the populations for which it was never intended in the first place is not justified under any circumstances. This misapplication of the Dutch protocol directly contradicts the principle of evidence-based medicine.

---

[40] Delemarre-van de Waal HA, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. *eur j endocrinol*. 2006;155(suppl_1):S131-S137. doi:10.1530/eje.1.02231

[41] Cohen-Kettenis PT, Delemarre-van de Waal HA, Gooren LJG. The treatment of adolescent transsexuals: changing insights. *J Sex Med*. 2008;5(8):1892-1897. doi:10.1111/j.1743-6109.2008.00870.x

[42] *See* de Vries et al., 2014

ii.    The vast majority of currently presenting cases of gender dysphoric youth no longer meet the strict criteria of the Dutch protocol

79. Currently, approximately 2%-9% of minors in the US identify as transgender.[43,44] Most are adolescent females who "came out" as transgender around the time of puberty, and very often have significant mental health comorbidities that pre-date the onset of transgender identity. [45, 46, 47] Increasingly, these minors are identifying as "non-binary": neither male nor female, or both as male and female.[48] Recent research estimates that as many as 67% of trans-identified adolescents today identify as non-binary. [49]

80. The new clinical presentation and skyrocketing numbers are totally new phenomena. As recently as eight or ten years ago, seeing a child with a cross-gender identity was extremely rare, and most were prepubescent boys, the majority of whom outgrew their trans

[43] Johns MM, Lowry R, Andrzejewski J, et al. Transgender Identity and Experiences of Violence Victimization, Substance Use, Suicide Risk, and Sexual Risk Behaviors Among High School Students - 19 States and Large Urban School Districts, 2017. *MMWR Morb Mortal Wkly Rep*. 2019;68(3):67-71. doi:10.15585/mmwr.mm6803a3

[44] Kidd KM, Sequeira GM, Douglas C, et al. Prevalence of Gender-Diverse Youth in an Urban School District. *Pediatrics*. 2021;147(6):e2020049823. doi:10.1542/peds.2020-049823

[45] Becerra-Culqui TA, Liu Y, Nash R, et al. Mental Health of Transgender and Gender Nonconforming Youth Compared With Their Peers. *Pediatrics*. 2018;141(5):e20173845. doi:10.1542/peds.2017-3845

[46] Kaltiala-Heino R, Sumia M, Työläjärvi M, Lindberg N. Two years of gender identity service for minors: overrepresentation of natal girls with severe problems in adolescent development. *Child Adolesc Psychiatry Ment Health*. 2015;9(1):9. doi:10.1186/s13034-015-0042-y

[47] Kaltiala-Heino R, Lindberg N. Gender identities in adolescent population: Methodological issues and prevalence across age groups. *Eur psychiatr*. 2019;55:61-66. doi:10.1016/j.eurpsy.2018.09.003

[48] Chew D, Tollit MA, Poulakis Z, Zwickl S, Cheung AS, Pang KC. Youths with a non-binary gender identity: a review of their sociodemographic and clinical profile. *The Lancet Child & Adolescent Health*. 2020;4(4):322-330. doi:10.1016/S2352-4642(19)30403-1

[49] Green AE, DeChants JP, Price MN, Davis CK. Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. *Journal of Adolescent Health*. Published online December 2021:S1054139X21005681. doi:10.1016/j.jadohealth.2021.10.036

identification sometime before mature adulthood. Many of these youths grew up to be gay. [50] [51]

81. The graph shown here from the Gender Identity Service in England is but one example of this worldwide phenomenon.[52]



| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|
| Adolescents F | 15 | 48 * | 78 * | 141 * | 221 * | 314 * | 689 * | 1071 * |
| Adolescents M | 24 | 44 * | 41 | 77 * | 120 * | 185 * | 293 * | 426 * |
| Children F | 2 | 7 | 12 | 17 | 22 | 36 | 77 * | 138 * |
| Children M | 10 | 19 | 29 | 30 | 31 | 55 * | 103 * | 131 |

AFAB = assigned female at birth; AMAB = assigned male at birth
* Indicates $p < .05$ which shows a significant increase of referrals compared to the previous year

82. In my own practice, I am also struck by the similarities in the patient stories of trans-identified youth. Most are adolescent females who have had a normative childhood from the gender standpoint, but have felt isolated from their peers. They have had pre-existing anxiety and depression. Several have had a history of psychiatric hospitalizations.

83. What is particularly striking is that that my patients arrive at my office well-versed in gender-related terminology. The trans-identified youth I see use terms that I did not expect to hear from late elementary, middle school, and high school students. Without prompting or questioning, I often hear about self-diagnoses of depression, anxiety, PTSD, autism, and

---

[50] *See* Cantor, 2020, Appendix

[51] *See* Korte, 2008

[52] de Graaf NM, Giovanardi G, Zitz C, Carmichael P. Sex Ratio in Children and Adolescents Referred to the Gender Identity Development Service in the UK (2009–2016). *Arch Sex Behav*. 2018;47(5):1301-1304. doi:10.1007/s10508-018-1204-9

dissociative disorders. Terms such as *puberty blockers*, *cross sex hormones*, *fully reversible*, *partially reversible*, *irreversible*, *suicidality*, *allyship*, *misgendering*, *minority stress*, and *transphobia* are often mentioned. The patient familiarity with terminology in this field is remarkable.

84. The advocates of medicalization may celebrate this as patient empowerment and patient education. To me this suggests a heavy influence from others. These youth self-diagnose and arrive in my office certain of their condition and the need for treatment, which is usually a request for hormones.

85. The emergence of a new clinical entity, and to an unprecedented scale, would normally give us pause. A pause to better understand what's causing the exponential rise in gender dysphoria and how best to understand it and address it.  Several national health systems in progressive countries have indeed done this very thing. They include Finland, Sweden, and the UK, all of which have recently conducted systematic reviews of evidence and have begun to sharply limit pediatric transition over the concerns about this new trend.

86. Instead of a pause and critical analysis of the situation, as other countries are now doing, the US presses on, oblivious to these changes, and even actively suppressing concerns. The researcher who first raised the key question of why suddenly so many teenagers, and especially females with pre-existing mental health problems, are declaring a trans identity and seeking "gender-affirming" hormones, and hypothesized that peer pressure and social influence may be playing a key role, has been subject to intimidation, abuse, and silencing.[53]

87. It should also be noted that we are currently experiencing a well-recognized and new phenomenon of high numbers of children, particularly adolescent females, developing the

---

[53] https://quillette.com/2018/08/31/as-a-former-dean-of-harvard-medical-school-i-question-browns-failure-to-defend-lisa-littman/

sudden onset of tics that has been tied to social contagion via social networks.[54] Other well-researched socially-mediated psychological phenomena are eating disorders. It is known that bulimia and anorexia can spread through human social networks. These human social networks existed prior to the internet, can spread these conditions, and have disproportionately affected adolescent females. [55,56]

88. I am not asserting that adolescent-onset gender dysphoria spreads through social circles or is socially contagious—however this hypothesis and others need to be investigated. It is reasonable and prudent to ask why this is happening—as many as 1 in 10 youth currently claim a transgender identity —before a growing number of children are subjected to irreversible and highly experimental medical interventions. [57]

## D. There is no established standard of care for transgender-identified youth

### i.    Current treatment guidelines do not represent a standard of care

89. Contrary to the plaintiffs' expert reports, there is currently no established standard of care for transgender-identified youth. Instead, multiple professional societies have come up with various treatment guidelines which are increasingly divergent in terms of how to approach the management of gender dysphoria in youth.

---

[54] https://ipmh.duke.edu/news/pediatric-presentation-tics-potential-role-tiktok

[55] Allison S, Warin M, Bastiampillai T. Anorexia nervosa and social contagion: Clinical implications. *Aust N Z J Psychiatry*. 2014;48(2):116-120. doi:10.1177/0004867413502092

[56] Forman-Hoffman VL, Cunningham CL. Geographical clustering of eating disordered behaviors in U.S. high school students. *Int J Eat Disord*. 2008;41(3):209-214. doi:10.1002/eat.20491

[57] Littman L. Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. Romer D, ed. *PLoS ONE*. 2018;13(8):e0202330. doi:10.1371/journal.pone.0202330

90. Unlike standards of care, which should be authoritative, unbiased consensus positions designed to produce optimal outcomes, practice guidelines are suggestions or recommendations. Depending on their sponsor, practice guidelines may be biased. [58]

91. The World Professional Association for Transgender Health (WPATH), an advocacy organization with a mission to remove barriers to insurance coverage for "gender-affirming" hormones and surgeries, is one of several organizations that authors guidelines in this space. Although WPATH named its guidelines "Standards of Care," it recently had to acknowledge that their recommendations are merely practice guidelines, rather than standards of care.[59]

92. The "Standards of Care 7" acknowledges that it was not evidence-based and did not utilize any systematic reviews of evidence, but rather was based on the emerging cultural changes and expert opinions of clinicians, many of whom derive a significant proportion of their income from delivering transgender medicine. A recent systematic review of treatment guidelines in this space found that "Standards of Care 7" were generally unfit for clinical decision-making, and it described several recommendations in the document as incoherent.[60]

93. The upcoming "Standards of Care 8" have not yet been finalized, but the draft version signals even more aggressive lowering of age of eligibility for hormonal and surgical interventions than that found in "Standards of Care 7," clearly signaling that the values and preferences of

---

[58] Malone WJ, Hruz PW, Mason JW, Beck S. Letter to the Editor from William J. Malone et al: "Proper Care of Transgender and Gender-diverse Persons in the Setting of Proposed Discrimination: A Policy Perspective." *The Journal of Clinical Endocrinology & Metabolism*. Published online March 27, 2021:dgab205. doi:10.1210/clinem/dgab205

[59] *See* Malone et al., 2021

[60] Dahlen S, Connolly D, Arif I, Junejo MH, Bewley S, Meads C. International clinical practice guidelines for gender minority/trans people: systematic review and quality assessment. *BMJ Open*. 2021;11(4):e048943. doi:10.1136/bmjopen-2021-048943

WPATH clinicians are strongly aligned with medicalization even when the evidence for it is low-quality and non-existent entirely.

94. Another guideline that the plaintiffs' expert witnesses erroneously cite as representing the standard of care is that by the Endocrine Society. However, the Endocrine Society's guidelines clearly state: [61]

> *"...the guidelines cannot guarantee any specific outcome, nor do they establish a standard of care." (Hembree et al., 2017, p. 3895)*

95. The Endocrine Society's recommendation to halt gender dysphoric minors' puberty and treat them with cross-sex hormones is rated as "weak," and is recognized as coming from low quality evidence by the guidelines itself.[62] The "weak" grading indicates that it is not known whether the benefits outweigh the risks.

96. Notably, the only studies cited in the two key recommendations to treat minors hormonally are the two Dutch studies I described earlier.[63] Thus, the entire foundation of the Endocrine Society's recommendations to medically intervene with gender-dysphoric minors comes from a single small-scale experiment with significant problems, as described earlier.

ii.  The National Institutes of Health (NIH)-funded research acknowledges that little is known about pediatric gender transition

97. According to the research protocol filed by the researchers for a recent NIH grant, the data on pediatric gender transitions are almost entirely lacking. The need to conduct this research

---

[61] *See* Hembree et al., 2017
[62] *See* Hembree et al., 2017
[63] *See* de Vries et al., 2011 and de Vries et al., 2014

demonstrates that this care pathway remains largely experimental, with an unknown risk-benefit ratio. [64]

98. The following quotes from the NIH grant from 2019 clearly demonstrate how immature the field of pediatric gender medicine is: [65]

- ▪ *"Although the Endocrine Society Clinical Practice Guidelines are widely adopted by providers around the United States and worldwide, there are <u>no formal empirical studies of related clinical outcomes in transgender children and adolescents</u>."*

- ▪ *"…existing models of care for transgender youth…have been used in clinical settings for close to a decade, although <u>with limited empirical research</u> to support them"*

- ▪ *"Although these [current clinical practice] guidelines have informed care at academic and community centers across the United States, <u>they are based on very limited data</u>. Furthermore, there is <u>minimal available data examining the long-term physiologic and metabolic consequences of gender-affirming hormone treatment in youth.</u> This represents a critical gap in knowledge that has significant implications for clinical practice across the United States."*

- ▪ *"The <u>gap in existing knowledge about the impact of these practices leaves providers and caretakers uncertain about moving forward</u> with the recommended medical interventions for transgender youth seeking phenotypic transition."*

---

[64] Olson-Kennedy J, Chan YM, Garofalo R, et al. Impact of Early Medical Treatment for Transgender Youth: Protocol for the Longitudinal, Observational Trans Youth Care Study. *JMIR Res Protoc*. 2019;8(7):e14434. doi:10.2196/14434

[65] *See* Olson-Kennedy et al., 2019

99. These quotes, and the substantial amount of money paid by the NIH to fund this research, clearly demonstrate that "gender-affirmative" interventions are still in the experimental stage and are not yet ready to deemed either "safe" or "effective."

100. When there is no data of the benefits, and the risks are substantial, the onus is on the research community to first demonstrate that benefits that outweigh the risks. Until such evidence exists, no standard of care can be claimed.

iii. **The United States is increasingly becoming an outlier in its non-evidence-based stance that transitioning minors is a safe and effective practice**

101. Sweden is the first country in the world to recognize the legal status of transgender adults. In May of 2021, Sweden's flagship children's hospital, which is affiliated with the Karolinska Institute that grants the Nobel Prize of Medicine, announced that they were discontinuing all new pediatric transitions due to concerns over the lack of efficacy and the potential for significant harm. In May 2022, Sweden's Health Authority (National Board of Health and Welfare/NBHW) issued a country-wide policy that states that going forward, pediatric gender transitions will not be available in general medical practice to those <18. Such interventions will only be provided in strictly controlled clinical trial settings with a focus on the strictest ethical safeguards for youth, given the significant risk of harm.

102. It is noteworthy that the official English translation of Sweden's health authority's decision states:[66]

---

[66] https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2022-3-7799.pdf

*"For adolescents with gender incongruence, the NBHW deems that the **risks of puberty suppressing treatment with GnRH-analogues and gender-affirming hormonal treatment currently outweigh the possible benefits**... This judgement is based mainly on three factors: the continued lack of reliable scientific evidence concerning the efficacy and the safety of both treatments, the new knowledge that detransition occurs among young adults, and the uncertainty that follows from the yet unexplained increase in the number of care seekers, an increase particularly large among adolescents registered as females at birth."*

103. Increasingly, a number of western countries with significant experience in pediatric gender transition are turning away from WPATH and the Endocrine Society's guidelines. In the last 24 months, not just Sweden, but also Finland, the UK, and France, after independently reviewing evidence, have issued their own guidelines that are far more conservative than the stances promoted by the US-based medical societies. [67,68,69]

104. However, in the US, the proponents of medical interventions of minors continue to assert that if a child on the verge of puberty, or an older adolescent meets the diagnostic criteria for gender dysphoria, then medical interventions are without question "medically necessary."

105. This confidence by US clinicians extends to medical interventions for "non-binary" youth who are an even less well-understood population. Procedures viewed as "medically necessary" by some of the proponents of "gender-affirmative care" for minors now include

---

[67] https://segm.org/Finland_deviates_from_WPATH_prioritizing_psychotherapy_no_surgery_for_minors

[68] https://cass.independent-review.uk/publications/interim-report/

[69] https://segm.org/France-cautions-regarding-puberty-blockers-and-cross-sex-hormones-for-youth

the suppression of puberty indefinitely in order to present as an ambiguous sex, [70,71]

mastectomy on youth as young as 13 years of age,[72] and "non-binary" breast surgeries that

preserve a feminine appearance while changing the placement of the nipples to be more

reminiscent of a male chest, should the minor's identity reside somewhere along the "male

to female spectrum." [73]

106. It is my belief that the highly politicized nature of the US debate about transgender

healthcare has pushed our country toward an increasingly pro-medicalization position, at

the same time the rest of the world is making a U-turn. The failure of the US-based medical

societies to recognize the harms that are currently occurring to vulnerable minors is hard to

understand, and raises serious ethical questions.

## IV. Ethical Considerations and Conclusions

107. Medical ethics rests on four key pillars: the principles of patient autonomy, justice,

beneficence, and nonmaleficence.[74] It is my belief as a bioethicist that providing youth with

hormones and surgeries directly violates all of these principles. For this reason, it is my

belief that true informed consent to "gender-affirming" hormones and surgeries for minors

is not possible.

---

[70] Notini L, Earp BD, Gillam L, et al. Forever young? The ethics of ongoing puberty suppression for non-binary adults. *J Med Ethics*. Published online July 24, 2020:medethics-2019-106012. doi:10.1136/medethics-2019-106012

[71] Pang KC, Notini L, McDougall R, et al. Long-term Puberty Suppression for a Nonbinary Teenager. *Pediatrics*. 2020;145(2):e20191606. doi:10.1542/peds.2019-1606

[72] Olson-Kennedy J, Warus J, Okonta V, Belzer M, Clark LF. Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. *JAMA Pediatr*. 2018;172(5):431. doi:10.1001/jamapediatrics.2017.5440

[73] https://cranects.com/non-binary-surgery/
[74]Varkey B. Principles of clinical ethics and their application to practice. *Med Princ Pract*. Published online June 4, 2020. doi:10.1159/000509119

### A. The principle of "Patient Autonomy" is not respected when "gender-affirming" hormones and surgeries are provided to minors

108. Patient autonomy is a bedrock principle of medical ethics, having a long and well-respected history in both medical ethics and the law. In the context of providing hormones and surgeries to gender-dysphoric minors who wish for these interventions, the advocates of medical interventions are misrepresenting the nature of patient autonomy.

109. Rather than the right to *demand and receive* any treatment, patient autonomy is rightfully understood as the patient's right to *consent to* and to *refuse* treatment. Medical care cannot be done without a valid informed consent. It cannot be provided against the patient's will. The court stated this clearly in *Schloendorff v Society of New York Hospital*:

> *"Every human being of adult years and sound mind has a right to determine what shall be done with his own body; and a surgeon who performs an operation without his patient's consent commits an assault for which he is liable in damages."* [75]

110. Patient autonomy has never meant that a patient or their guardian have the right to *demand and receive* treatment that is inappropriate or harmful. For example, pediatricians routinely decline to provide antibiotics to children with viral infections. Well-meaning and deeply concerned parents may be looking for, and even demand, antibiotics as a solution to a child's viral illness. However, we do not prescribe antibiotics in these cases because they have no role in viral infections, carry risks to the child, and the inappropriate use of antibiotics create resistance in the community. Likewise, when worried parents implore physicians for a CT scan of their child's head following a minor head trauma, a conscientious physician will decline such a request. There is no benefit to imaging for

---

[75] Schloendorff v. Society of New York Hospital, 1914 https://biotech.law.lsu.edu/cases/consent/schoendorff.htm

minor head trauma and there are well-recognized risks that are not insignificant, including sedation and radiation exposure. In these cases, we are not "denying care." We are providing the patients with appropriate medical care and safeguarding them from the risk of harm.

111. Like antibiotics for viral infections or CT scans for minor head injuries, puberty blockers, cross sex hormones, and surgeries do not have proven psychological or physical health benefits for gender-dysphoric youth. This lack of benefit has been the conclusion of recent quality systematic reviews by the UK, Sweden's, and Finland's public health authorities.[76,77,78,79] Sweden's National Health and Welfare Board has determined that risks of gender affirming care "currently outweigh the benefits." [80]

112. The medical risks of "gender-affirming" interventions are substantial. The most recent evidence shows that a gender-dysphoric child with normally timed puberty who is started on puberty blockers has a nearly 100% chance of continuing to cross-sex hormones.[81,82,83] This medical sequence will render the child sterile.

---

[76] https://web.archive.org/web/20220414202655/https://arms.nice.org.uk/resources/hub/1070905/attachment

[77] https://web.archive.org/web/20220215111922/https://arms.nice.org.uk/resources/hub/1070871/attachment

[78] SBU. *Hormonbehandling Vid Könsdysfori - Barn Och Unga [Hormonal Treatment of Gender Dysphoria - Children and Adolescents]*. SBU; 2022. https://www.sbu.se/342

[79] Pasternack I, Söderström I, Saijonkari M, Mäkelä M. Lääketieteelliset menetelmät sukupuolivariaatioihin liittyvän dysforian hoidossa. Systemaattinen katsaus. [Appendix 1 Systematic Review]. Published online 2019:106. Accessed May 1, 2022. https://app.box.com/s/y9u791np8v9gsunwgpr2kqn8swd9vdtx

[80] https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2022-3-7799.pdf

[81] Wiepjes CM, Nota NM, de Blok CJM, et al. The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in Prevalence, Treatment, and Regrets. *The Journal of Sexual Medicine*. 2018;15(4):582-590. doi:10.1016/j.jsxm.2018.01.016

[82] Carmichael P, Butler G, Masic U, et al. Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. Santana GL, ed. *PLoS ONE*. 2021;16(2):e0243894. doi:10.1371/journal.pone.0243894

[83] Brik T, Vrouenraets LJJJ, de Vries MC, Hannema SE. Trajectories of Adolescents Treated with Gonadotropin-Releasing Hormone Analogues for Gender Dysphoria. *Arch Sex Behav*. 2020;49(7):2611-2618. doi:10.1007/s10508-020-01660-8

113. Other medical harms also ensue. These include harms to bone health, cardiovascular health, brain development, and other problems. [84,85,86]

114. A physician who grants a minor's wish for these interventions is not respecting patient autonomy. That physician is misusing the principle of patient autonomy to justify unethical experimentation on minors.

115. Another key ethical dilemma regarding patient autonomy is whether the wishes of the 13-year-old should be privileged over the wishes of the future adult self. Can the 13-year-old self fully and truly know what the 25-year-old self will desire regarding the questions of sexual function and reproductive rights? We do not know what the 25-year-old will say about the loss of sexual function or fertility. A price may be paid that can never be recouped, all for bodily change that may or may not comport with the 25-year-old's future identity and desires.

116. It is a well-known fact that many adult trans-identified individuals choose not to undergo "gender-affirming" procedures that threaten their sexual function. While adults chose to preserve their fertility and sexual function, children at Tanner stage 2, which can occur in females as young as 8, are asked to contemplate, decide, and then consent to treatments with puberty blockers followed by cross sex hormones, which will cause sterility. Fertility

---

[84] Klink D, Caris M, Heijboer A, van Trotsenburg M, Rotteveel J. Bone Mass in Young Adulthood Following Gonadotropin-Releasing Hormone Analog Treatment and Cross-Sex Hormone Treatment in Adolescents With Gender Dysphoria. *The Journal of Clinical Endocrinology & Metabolism*. 2015;100(2):E270-E275. doi:10.1210/jc.2014-2439

[85] Alzahrani T, Nguyen T, Ryan A, et al. Cardiovascular Disease Risk Factors and Myocardial Infarction in the Transgender Population. *Circ: Cardiovascular Quality and Outcomes*. 2019;12(4). doi:10.1161/CIRCOUTCOMES.119.005597

[86] Schneider MA, Spritzer PM, Soll BMB, et al. Brain Maturation, Cognition and Voice Pattern in a Gender Dysphoria Case under Pubertal Suppression. *Front Hum Neurosci*. 2017;11:528. doi:10.3389/fnhum.2017.00528

preservation – harvesting of egg or sperm – may be discussed by the proponents of medicalization. However, there are no mature egg or sperm to harvest at Tanner stage 2. Sterility is guaranteed with oophorectomy and removal of testes (castration).

117. It is important to note that a number of individuals who identified as transgender in their teen years and no longer identify as transgender upon reaching maturity have expressed gratitude that they did not undergo medical and surgical interventions that would have rendered them infertile. This sentiment is echoed by detransitioners who did receive these interventions and express disappointment, grief, and anger that nobody resisted their desires. No one challenged them. No one slowed down the younger version of themselves. [87,88]

118. The principle of patient autonomy also requires a fiduciary, trusting relationship between physician and patient. Truthfulness and full disclosure of information must occur for the patient and parent to exercise autonomy. As my arguments demonstrate, the low-quality evidence, lack of long-term follow-up, and increasing reports of harm, regret, and detransition, all raise grave concerns about "gender-affirmative care."

119. In my experience of having reviewed informed consent forms, speaking to physicians and therapists involved in "gender affirmative" care that refer for or prescribe puberty blockers and cross sex hormones, and talking to patients and parents who have transitioned or are seeking to transition, many of these concerns are not disclosed to patients and families. While some well-established risks are mentioned, the profound uncertainties are not acknowledged, and even denied by proponents of "gender-affirmative" care. [89]

---

[87] *See* Vandenbussche (2021)
[88] *See* Littman (2021)
[89] *See* Levine, 2022

120. For example, puberty blockers are often misrepresented as fully reversible despite mounting evidence that they irreversibly impeded bone growth, impact cognitive development, change the psycho-sexual profile toward a diminished sexual desire, and likely have a host of other yet unknown consequences. The relative safety record of puberty blockers administered for precocious puberty (e.g., a 5-year old who is starting to develop pubic hair and develop breasts) is being misrepresented as evidence that this intervention will be safe and fully reversible when used off-label to stop normally-timed puberty.

121. Puberty is the developmentally appropriate time when every organ system benefits from sex hormones to reach its optimal adult function. We do not know the long-term effects of stopping the biologically vital, normally timed process of puberty for several years. This is the reason why the UK's National Health Service recently replaced its statement that puberty blockers are reversible and now states: [90,91]

> "*Little is known about the long-term side effects of hormone or puberty blockers in children with gender dysphoria*." (NHS)

122. Also, it is typically not disclosed to the patients that the population on which the Dutch protocol was originally tested does not match most of the cases presenting today and that most cases treated with the protocol today would have been disqualified by the original study. Specifically, the Dutch excluded from transition adolescents whose transgender identity was not clearly established in early childhood, and those with significant mental

---

[90] https://www.spectator.co.uk/article/the-nhs-has-quietly-changed-its-trans-guidance-to-reflect-reality
[91] https://www.nhs.uk/conditions/gender-dysphoria/treatment/#:~:text=Puberty%20blockers%20and%20cross%2Dsex%20hormones&text=Little%20is%20known%20about%20the,the%20psychological%20effects%20may%20be.

health problems. [92] Nor is it typically disclosed to the patients and parents that the mental health of the Dutch study participants did not statistically or meaningfully improve after gender reassignment. Instead, these treatments are misrepresented as "life-saving."

123. Finally, patient autonomy is correctly understood as the freedom to act towards one's objective good. "Gender-affirming care" leads to sterilization, increased risk to general health (bone, cardiac, others), surgical complications, the potential for worsened mental health, and in a growing number of instances, future regret. These outcomes are objectively bad.

124. Thus, it is my opinion as a bioethicist that "gender-affirming" interventions with hormones and surgery for minors not only fail to support the core principle of Autonomy, but they directly violate it.

### B. The principle of "Justice" is violated when minors are provided with "gender-affirming" hormones and surgery

125. The right to control one's reproduction and sexual function is well recognized by United States law and court rulings. Article 16 of the United Nations Universal Declaration of Human Rights recognizes that "men and woman of full age have the right…to found a family."

126. It is now well recognized that puberty blockers followed by cross sex hormones are, in effect, chemical castration, which is likely irreversible. The removal of testicles, which WPATH supports as early as 17 years of age in the draft of its upcoming guidelines, is irreversible castration.

---

[92] *See* Delemarre-van de Waal & Cohen-Kettenis, 2006 and Cohen-Kettenis et al., 2008.

127.  It is unjust and unethical to sterilize a gender-non-conforming, mentally distressed adolescent. In my opinion, this is precisely what "gender-affirmative care" is doing to children. Children and adolescents do not have the capacity—the knowledge, understanding, and judgement—to comprehend the gravity of the decision they are making regarding their fertility.

128.  The United States medical profession has a shameful history regarding forced and coerced sterilization of minors and adults without informed consent. All people of goodwill now agree that the court erred when it upheld these unethical sterilization practices in Buck v Bell (274 U.S. 200, 1927). [93]

129.  It is my opinion as a bioethicist that "gender-affirming" interventions for minors violates the core ethical principle of Justice.


C.  The ethical principles of "Beneficence" and "Non-Maleficence" are violated by providing minors with "gender-affirming" hormones and surgeries

130.  The principles of beneficence and non-maleficence are fundamental principles of medical ethics. They require that medicine must do good and avoid harm. The Dutch Study[94] on which the practice of pediatric transition rests (as evidenced by the Endocrine Society Guidelines' citations [95]) has demonstrated that the "good" was narrowly defined and remains highly uncertain, while the "harm" was self-evident.

131.  The Dutch Study claimed the greater "good" by claiming (correctly) that post-surgery the young adults who emerged after transition were functioning well, or even better, than the

---

[93] https://supreme.justia.com/cases/federal/us/274/200/

[94] *See* de Vries et al., 2014

[95] *See* Hembree et al., 2017

44

average 21-year-old Dutch peer. However, the study authors did not reflect on the fact that their screening methods nearly guaranteed such an outcome, since their carefully-selected 70 study subjects were already extremely high functioning before treatment.

132.  Their beneficial claims also fail to address the harm to the patient with postoperative death after genital surgery and several instances of diabetes and obesity that developed during treatment.[96]

133.  It has been longer than 10 years since these adolescents were transitioned, and we have no long-term follow up on this cohort. However, another study by the Dutch of an adolescent treated with the same protocol several years earlier did follow that individual into their mature adult years and the results are not reassuring. When this individual was first followed as a young 20-year old shortly after surgery, he was happy with the transition and the appearance of his genitals.[97] However, when followed up again at the age of thirty-five the situation had changed.

134.  The patient was living alone and unable to form a loving relationship with a partner. He attributed the inability to form a long-lasting stable relationship to the shame about his genitalia.[98] This case does not lend confidence to the notion that the youth in the Dutch Study will be thriving in key aspects of their lives once they reach a mature adult age.

135.  The Endocrine Society relies heavily on the Dutch Protocol in writing their guidelines, yet they fail to address the serious harms that were present and reported in the Dutch Study.

---

[96] *See* de Vries et al., 2014

[97] Cohen-Kettenis PT, van Goozen SHM. Pubertal delay as an aid in diagnosis and treatment of a transsexual adolescent. *European Child & Adolescent Psychiatry*. 1998;7(4):246-248. doi:10.1007/s007870050073

[98] Cohen-Kettenis PT, Schagen SEE, Steensma TD, de Vries ALC, Delemarre-van de Waal HA. Puberty Suppression in a Gender-Dysphoric Adolescent: A 22-Year Follow-Up. *Arch Sex Behav*. 2011;40(4):843-847. doi:10.1007/s10508-011-9758-9

They fail to mention or address the fact that fertility was destroyed in 100% of the youth transitioned in the Dutch Study. Nor are the 3 cases of new onset diabetes and obesity that developed during the Dutch Study addressed by the Endocrine Society. It cannot be said for certain that transition caused these effects, but a 4.3% rate of diabetes in a pediatric population is highly unusual and should lead to further concern and study. Another adolescent in the Dutch Study stopped short of gender confirming surgery. This patient has had irreversible changes from puberty blockers followed by cross-sex hormones. We do not know the effects of these permanent changes on this young person's life.

136. The one young person who tragically died as a result of surgical complications has already been mentioned. Death was due to tissue necrosis as a complication of a vaginoplasty: a procedure to construct a neo-vagina from the penis after castration. This translates into a 1%-2% death rate.

137. The evidence of regret is now emerging from newer research. The first large study of detransitioners in 2021 reported on 237 people. They stopped transitioning on average 4 years after starting. [99] Another study of 100 people who regretted their sex transition stopped the process on average 3.9 years after it began.[100] These numbers dwarf the participants in the Dutch Study, which ended their report 18 months after transition.

138. Many of the studies that purport benefit of transition recruit participants from online pro-transition activist sites. [101,102] At the same time, little attention is paid to the emerging

---

[99] See Vandenbussche, 2021.

[100] Littman, 2021

[101] Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics*. 2020;145(2):e20191725. doi:10.1542/peds.2019-1725

[102] D'Angelo R, Syrulnik E, Ayad S, Marchiano L, Kenny DT, Clarke P. One Size Does Not Fit All: In Support of Psychotherapy for Gender Dysphoria. *Arch Sex Behav*. Published online October 21, 2020. doi:10.1007/s10508-020-01844-2

online communities of detransitioners and their stories are readily dismissed by proponents of affirmative care. One such community has over 28,000 subscribers, at least half of whom are estimated to be actual detransitioned patients.[103] The sheer numbers of people on the site sharing their devastating transition stories, their regret, and their harms dwarfs the Dutch case series of 55. The stories posted here are heart wrenching and indisputable evidence of the great harm being done.

139. There is no doubt in my mind that parents of children receiving "gender-affirming" interventions want the best for their children, and they are acting on advice of professionals. It is the physicians and counselors whom I believe have failed these parents and their children, falsely asserting that gender transition will help their children long-term. Many of these professionals themselves are misled by the activism that has taken over US-based professional bodies.

140. No matter how well-meaning the advocates of pediatric gender transition are, their actions lack beneficence. The experiment of medically and surgically transitioning minors lacks long-term outcome data. There is no meaningful evidence of long-term benefits. There are many demonstrable harms. And there remain many unknowns and uncertainties.

### D. True informed consent for "gender-affirming care" for minors is not possible

141. Informed consent is another foundational principle of bioethics. It rests on all the other principles and requires a trusting and truthful relationship with one's physician. Physician-patient relationships must respect personal autonomy, promote the patient good, avoid harms, and seek justice. As a bioethicist, I am deeply concerned that valid informed

---

[103] https://www.reddit.com/r/detrans/

consent, a prerequisite of ethical care, is not possible in the context of "gender-affirmative care" for minors.

142. For informed consent to be valid the minor child or parent must understand the proposed procedure. The possible benefits, risks, limitations, and alternatives must be disclosed to the minor patient and parent. Since the information regarding "gender-affirmative care" is of low quality, unreliable, and very uncertain, a true understanding is not possible.

143. Also, for the consent to be valid, alternative approaches, including the approach to not medically intervene with one's gender non-conformity, must be discussed. However, alternative approaches such as psychotherapy,[104] which are now recommended as the first line and often the only treatment for gender dysphoric youth in European countries, are often withheld from US children and misrepresented as "conversion." This is dishonest and further undermines the informed consent process.

144. In addition, informed consent is not valid if decisions are made under coercion or duress (The Nuremberg Code, 1946).[105] It is highly problematic that the so-called "gender specialists" raise the specter of suicide. This can only alarm parents and their children, with wrongful and unsupported claims that these radical interventions are "lifesaving."  These claims wrongly imply that transgender patients will commit suicide if not permitted to transition.

145. It is true that self-harm and suicidal thoughts are increased in trans-identified youth, but the suicide risk is on par with youth who have other mental health conditions, and thankfully,

---

[104] Schwartz D. Clinical and Ethical Considerations in the Treatment of Gender Dysphoric Children and Adolescents: When Doing Less Is Helping More. *Journal of Infant, Child, and Adolescent Psychotherapy*. Published online November 22, 2021:1-11. doi:10.1080/15289168.2021.1997344

[105] https://www.ushmm.org/information/exhibitions/online-exhibitions/special-focus/doctors-trial/nuremberg-code

48

the absolute risk of suicide among gender-dysphoric youth remains exceedingly rare, recently estimated at 0.03% over 10 years in the UK.[106] That the US is not doing similar quality research with clinic-referred populations, instead relying on alarmist statistics derived from online activist surveys, further emphasizes just what an outlier the US-based approach to gender dysphoric minors has become compared to the rest of the western world.

146. Unfortunately, no study to date has been able to demonstrate that actual suicides are reduced post-transition. Parents are wrongly and unethically told that transition is the only solution to their child's problems. The "transition or suicide" mantra proclaimed by gender ideology is coercive, untrue, and unethical. [107]

147. Ethical behavior demands that we are truthful with our patients. Dishonesty, deceit, and coercion are unethical. Problematically, in my experience, some proponents of medicalization of minors mislead children and their families that "gender-affirming care" leads to a "sex change." They assert that through the hormonal and surgical manipulations of one's physical body, the "true sex," which they claim is signified by their "gender identity" will be allowed to emerge. I have heard from youth who decided to detransition when they finally come to the realization that they will never become the opposite sex. It is hard for me to believe that professionals mislead children in such a fundamental way.

148. Children believe adults. This is especially true when adults with medical degrees assure them that they can change sex. At least some of these children will be bitterly disappointed later when they realize that they will be medically dependent for life. Cross-sex hormones

---

[106] Biggs M. Suicide by Clinic-Referred Transgender Adolescents in the United Kingdom. *Arch Sex Behav*. Published online January 18, 2022. doi:10.1007/s10508-022-02287-7

[107] https://www.wbez.org/stories/id-rather-have-a-living-son-than-a-dead-daughter/69b0e784-d9c1-44a3-a0f7-419864fe0d3c

will be needed for life to maintain the superficial appearance of the desired sex. They will never be able to procreate. Their sexual function destroyed, and reproductive capacity lost forever. And they will come to realize that their sex, which permeates every cell in their body, is immutable and unchangeable.

149. Mature adults with well-controlled mental health problems can consent to gender transition, provided they have received full and truthful disclosure of the complete range of benefits, risks and uncertainties associated with gender transition.

150. However, I am confident that children are not capable of either consenting or assenting to such a profound decision under any circumstances—and especially when they and their caregivers are effectively being misled by the medical community in fundamental ways.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on _____May 1_____, 2022.

Patrick Hunter

# CURRICULUM VITAE
Patrick K. Hunter, MD, MSc

**PERSONAL DATA**

| | |
|---|---|
| Place of Birth | Chicago, IL |
| Home Address | ████████████ |
| Telephone | ████████ |
| Email | ████████ |

**EDUCATIONAL DEGREES**

| | | | |
|---|---|---|---|
| May 1992 | MD | | University of Louisville<br>Louisville, Kentucky |
| April 2020 | MSc, Biomedical Ethics | | University of Mary<br>Bismarck, ND |
| May 1988 | BA Zoology | | Miami University<br>Oxford, Ohio |

**POSTGRADUATE TRAINING**

| | |
|---|---|
| 1992 to 1995 | Internship and Residency<br>Tripler Army Medical Center<br>Department of Pediatrics<br>Honolulu, Hawaii |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| January 2022-present | Pensacola Pediatrics<br>Milton, FL |
| August 2015 to December 2021 | Lake Nona Pediatrics,<br>in Association with Nemours |
| August 2013 to July 2015 | The Maui Medical Group<br>Wailuku, HI<br>Member, Board of Directors |
| June 2008 to June 2013 | U.S. Department of Defense<br>Tripler Army Medical Center and<br>Naval Health Clinic Hawaii<br>Honolulu, HI<br>Academic General Pediatrician<br>Chief, Mother-Baby Unit |
| July 1998 to June 2008 | The Purcell Clinic<br>Laurinburg, North Carolina<br>Partner/Owner |
| July 1995 to June 1998 | Staff Pediatrician &<br>Chief of the Pediatric Clinic<br>Captain, Medical Corps US Army<br>Darnall Army Community Hospital<br>Fort Hood, Texas |

# CURRICULUM VITAE
Patrick K. Hunter, MD, MSc

---

**EDUCATIONAL APPOINTMENTS**

| | |
|---|---|
| July 2017 to present | Assistant Professor of Medicine University of Central Florida College of Medicine |
| March 2009 to June 2015 | Assistant Clinical Professor Department of Pediatrics University of Hawaii John A. Burns School of Medicine |
| February 2012 to July 2013 | Assistant Clinical Professor Department of Pediatrics Uniformed Services University of the Health Sciences Bethesda, Maryland |
| 1998 – 2008 | Study Investigator North Carolina Children and Adult Research Foundation |

**CLINICAL INTERESTS**

Biomedical ethics
Judicious use of health care services
Immunizations
Asthma -- patient and parental education and motivation
Promotion of early childhood literacy
Newborn and Neonatal Care
Breastfeeding Promotion
Infectious Diseases
Well Child Care
Motivational Interviewing

**HOSPITAL APPOINTMENTS**

| | |
|---|---|
| Nemours Children's Hospital Orlando, FL | 2015 to 2021 |
| Ethics Committee | |
| Maui Memorial Hospital Wailuku, HI | 2013 to 2015 |
| Tripler Army Medical Center Honolulu, HI | 2008 - 2012 |
| Scotland Memorial Hospital Laurinburg, NC | 1998-2009 |
| Medical Record Review Committee | 2001-2002 |
| Chairman, Department of Pediatrics | 2001-2002, 2007-2008 |
| Medical Executive Committee | 2001-2005, 2007-2008 |
| Medical Staff Secretary | 2001-2002 |
| Chief of Staff—Elect | 2002-2003 |
| **Chief of the Medical Staff** | **2003-2004** |
| **Chair, Credentials Committee** | **2004-2005** |
| **Physician Effectiveness Committee** | **2002-2008** |

# CURRICULUM VITAE
Patrick K. Hunter, MD, MSc

**MEDICAL LICENSES**

Hawaii
Florida

**BOARD CERTIFICATION**

American Board of Pediatrics                                    October 1995

**COMMUNITY SERVICE**

Scotland County Habitat for Humanity
    Board Member                                               2002-2003

Scotland Memorial Hospital
    Foundation Board Member                                    1999-2002

Scotland Memorial Hospital
    Board Member                                               2003-2005
    Executive & Operating Committee Member                     2003-2004

St. Andrews Presbyterian College
    Laurinburg Area Campaign Committee                         2000 and 2007

St. Anthony Catholic Church
    Knights of Columbus                                        2008 to 2013
    Pastoral Council                                           2010 to 2012

St. Thomas Free Clinic                                         2018 to 2021
    Pediatrician

St. John Fisher Catholic Church                                2018 to 2021
    Finance Committee

**ABSTRACTS, PAPERS, AND PRESENTATIONS**

The Western Society of Pediatric Research Annual Meeting, February 1994
Pallister Hall syndrome in siblings, a case report and review of the literature Abstract and presentation

Smith AE, Vedder TG, Hunter PK, et al.  The Use of Newborn Screening Pulse Oximetry to Detect Cyanotic Congenital Heart Disease: A Survey of Current Practice at Army, Navy, and Air Force Hospitals.  *Military Medicine.* March 2011; 176(3) 343-346

Hunter PK. Political Issues Surrounding Gender Affirming Care of Transgender Youth. *JAMA Pediatrics.* December 2021; 176(3):322-323. doi:10.1001/jamapediatrics.2021.5348