

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| REV. PAUL A. EKNES-TUCKER, | ) | |
| *et al.,* | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00184-LCB-SRW |
| | ) | |
| KAY IVEY, in her official capacity | ) | |
| as Governor of the State of Alabama, | ) | |
| *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

**DECLARATION OF DIANNA KENNY**

My name is Dianna Kenny. I am over the age of 19, I am qualified to give this declaration, and, I have personal knowledge of the matters set forth herein.

I am a former Professor of Psychology at the University of Sydney. I now practice as a consulting psychologist and psychotherapist. My CV is attached to this declaration. Recent publications can be found at www.diannakenny.com.au  and https://www.researchgate.net/profile/Dianna-Kenny. Some are also listed on my CV.

I was retained by the State of Alabama as an expert witness in the above-styled case. A copy of my expert report is attached to this declaration. It contains my opinions in this matter based upon my research and experience. I have reviewed the Complaint filed by the Plaintiffs and the declarations submitted by the Plaintiffs.

In the past four years, I have provided expert testimony in the following cases: 12, supplied on request.

I am compensated at the rate of $__400__ per hour for my work on this matter. My compensation is not dependent upon the substance of my opinions or the outcome of the case.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on ___1 May__, 2022.

Dianna Kenny

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF ALABAMA**

**NORTHERN DIVISION**

| | |
|---|---|
| **JEFFREY WALKER, et al.,** | **Civil Action No. 2:22-cv-00167** |
| **Plaintiffs,** | |
| **v.** | |
| **STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, BRIAN C.T. JONES, in his official capacity as District Attorney for Limestone County, and JESSICA VENTIERE, in her official capacity as District Attorney for Lee County,** | |
| **Defendants.** | |

**DECLARATION OF DIANNA KENNY PHD IN SUPPORT OF**

**S.B. 184 (THE "FELONY HEALTH CARE BAN" OR THE "BAN")**

# TABLE OF CONTENTS

CHAPTER 1 ................................................................................................................. 3

SOCIAL CONTAGION ................................................................................................. 3

Abstract ............................................................................................................... 3

Introduction: social contagion predates the digital age ....................................... 3

Social network effects underlie social contagions ................................................ 5

The mechanisms of social contagion .................................................................... 7

(i) Peer contagion ....................................................................................... 7

(ii) Deviancy training as a mechanism of social contagion ......................... 7

(iii) Co-rumination as a form of social contagion ........................................ 8

(iv) Social contagion has a causal effect on behaviour uptake .................... 8

(v) The special case of social contagion via social media ........................... 9

Evidence for social contagion among adolescents ............................................. 11

(i) Anorexia nervosa ................................................................................. 11

(ii) Marijuana use among adolescents ....................................................... 12

(iii) Non suicidal self-injury (NSSI) ............................................................. 12

(iv) Suicide ................................................................................................. 13

Social contagion of gender dysphoria ................................................................ 16

(i) Low gender typicality, peer victimization, ingroups and the trans-lobby ............ 17

(ii) Rapid onset gender dysphoria (ROGD) and the role of social media ............. 19

Empirical evidence ............................................................................................. 21

References .......................................................................................................... 30

CHAPTER 2 ............................................................................................................... 35

THERAPY FOR TRANSGENDER DECLARING ADOLESCENTS ....................................... 35

Abstract ............................................................................................................. 35

introduction ....................................................................................................... 35

Case studies from the public domain ................................................................. 36

Intake assessment .............................................................................................. 39

Psychodynamic Formulation ............................................................................... 40

DEVELOPMENTAL TRAJECTORIES OF YOUNG PEOPLE DECLARING THEMSELVES TRANSGENDER ... 43

Alicia .................................................................................................................. 43

Jared .................................................................................................................. 49

Socialized and internalized homophobia ............................................................ 51

Hossein ............................................................................................................... 51

Roisin .................................................................................................................. 53

# CHAPTER 1

## SOCIAL CONTAGION

### Abstract

In this chapter, I review the evidence for social contagion of gender dysphoria in adolescents. I begin with a review of the historical phenomenon of social contagion, demonstrating that it predated the digital age. I then review the nature of social contagion and the mechanisms by which certain phenomena are propagated through social networks. Social network analysis, the method applied to study contagions of all kinds, was first developed and used in public health as a way of determining the spread of diseases. For the spread of social phenomena among adolescents, three mechanisms - peer contagion, deviancy training and co-rumination in peer groups - have been identified as "spreaders." Four possible causes of peer effects – endogenous, exogenous, correlated and social media – all amplify the spread of information in a social network. Four areas of empirically established social contagion in adolescents - marijuana use, eating disorders, non-suicidal self-injury, suicide and emotion – are presented as a prelude to the discussion of how the same processes are at work in the social contagion of gender dysphoria and the wish to transition in adolescence. Specific mechanisms of transmission such as low gender typicality, peer victimization, ingroups, the trans-lobby, the role of social media in rapid onset gender dysphoria (ROGD) in are proposed. Preliminary statistical support for social contagion in gender dysphoria are presented.

### INTRODUCTION: SOCIAL CONTAGION PREDATES THE DIGITAL AGE

> It is not famine, not earthquakes, not microbes, not cancer but man himself who is man's greatest danger to man, for the simple reason that there is no adequate protection against psychic epidemics, which are infinitely more devastating than the worst of natural catastrophes - Carl Jung

The term social contagion describes the "spread of phenomena (e.g., behaviours, beliefs and attitudes) across network ties" (Christakis & Fowler, 2013, p. 556). Social contagion has existed long before the advent of the digital age and social media. In 1774, Johann von Goethe (1990) published a novel, *The sorrows of young Werther*, in which an idealistic young man finds his actual life too difficult to reconcile with his poetic fantasies, including his

unrequited love for his friend's fiancée. He eventually becomes so depressed and hopeless by the perceived emptiness of his life, he commits suicide. Goethe was able to capture the nameless dread and endless longing of the human condition so well that his novel spawned a number of suicides, committed in the same way that Werther had killed himself, by shooting (Phillips, 1974). Such was the alarm created by this phenomenon, the book was banned in several European cities.

More than two hundred years later, in 1984, the suicide of a young Austrian businessman, who threw himself in front of a train, initiated a spate of similar suicides that averaged five per week for nearly a year. Sociologists argued that this alarming occurrence was amplified by media coverage that glamorised suicide by providing graphic images of the suicidal act and details of the young man's life. When media exposure of the event was curtailed and then stopped completely, the suicide rate dropped by 80 percent almost immediately. Although the influence of suggestion and imitation on suicide rates was dismissed by Durkheim (2005/ 1897), Phillips's (1974) work indicated that these factors do indeed play a significant role in the increase in suicides following a publicised suicide.

In 1841, a Scottish journalist, Charles Mackay (2012) wrote a book entitled *Extraordinary popular delusions and the madness of crowds.* In the preface to the first edition of the book, the aim of writing it is stated thus:

> …to collect the most remarkable instances of those *moral epidemics* … to show how easily the masses have been led astray, and how imitative and gregarious men are, even in their infatuations and crime (p. 1) …Popular delusions began so early, spread so widely, and have lasted so long, that instead of two or three volumes, fifty would scarcely suffice to detail their history... The present may be considered…a miscellany of delusions, a chapter only in the great and awful book of human folly (p. 3).

The preface to the second edition in 1852 continued this theme:

> Nations… like individuals, …have their whims and their peculiarities; their seasons of excitement and recklessness… whole communities suddenly fix their minds upon one object and go mad in its pursuit; …millions of people become simultaneously impressed with one delusion, and run after it, till their attention is caught by some new folly more captivating than the first. At an early age in the annals of Europe its

> population lost their wits about the sepulchre of Jesus and crowded in frenzied multitudes to the Holy Land; another age went mad for fear of the devil and offered up hundreds of thousands of victims to the delusion of witchcraft... the belief in omens and divination of the future… defy the progress of knowledge to eradicate them entirely from the popular mind… *Men… think in herds; …they go mad in herds, while they only recover their senses slowly, and one by one* [Author's italics] (p. 7).

With the arrival of COVID-19, the World Health Organization (WHO) warned that there would be an "infodemic"[1] of misinformation spawned by social contagion. This has in fact occurred, but the false beliefs have not taken centre stage and swept all science before it in the manner of transgender ideology. As Anderson (2018)[2] concluded:

> The [transgender] movement has to keep patching and shoring up its beliefs, policing the faithful, coercing the heretics, and punishing apostates, because as soon as its furious efforts flag for a moment or someone successfully stands up to it, the whole charade is exposed. That's what happens when your dogmas are so contrary to obvious, basic, everyday truths. A transgender future is not the "right side of history," yet activists have convinced the most powerful sectors of our society to acquiesce to their demands. While the claims they make are manifestly false, it will take real work to prevent the spread of these harmful ideas.

## SOCIAL NETWORK EFFECTS UNDERLIE SOCIAL CONTAGIONS

Using very large datasets (e.g., Framingham Heart Study) that have collected longitudinal data on original participants (Original cohort), as well as their children (Offspring cohort) and their children's children (Third generation cohort) and including their spouses, siblings, friends and neighbours, Christakis and Fowler have shown that social network effects, known as clustering, remain strong and can extend to those up to three degrees of separation from the original cohort. Such effects have been demonstrated across a large range of factors by different researchers using differing datasets. Examples include overweight/obesity, sleep patterns, smoking, alcohol abuse, alcohol abstention, marijuana use, loneliness, happiness, depression, cooperation, and divorce among others. It can be argued that the spread of

---

[1] W.H.O. Fights a Pandemic Besides Coronavirus: An 'Infodemic' - The New York Times (nytimes.com)

[2] The Philosophical Contradictions of the Transgender Worldview - Public Discourse (thepublicdiscourse.com)

gender dysphoria and transgenderism is underpinned by these now well-established mechanisms of social contagion in other human behaviours.

Social network analysis, the method applied to study contagions of all kinds, was first developed and used in public health as a way of determining the spread of diseases (e.g., influenza, HIV/AIDS) that resulted in pandemics. It was subsequently applied to the challenges of introducing changes and innovations in the health system (Blanchet, 2013). Its applications have since expanded with the advent of computers, the internet, mobile and smart phones, and social media.  Members of a network play different roles in the dissemination of innovations. A small number will adopt early (i.e., early adopters). Some of these will become opinion leaders who are central to the network who contaminate their "peers" (homophily) who in turn will influence those others at different levels of the network.

There are three types of social networks; (i) egocentric (networks assessing a single individual); (ii) sociocentric (social networks in a well-defined social space, such as a hospital or a school); and (iii) open system networks (e.g., globalised markets, social media). Each network consists of nodes (members), ties (connections between nodes), and measures of centrality, density and periphery or distance between the nodes. Networks with high centrality are the most effective in disseminating information or innovation. A key example is the transactivist lobby that has achieved spectacular success in a short time in changing health care, educational practices and legislation related to transgender individuals. Other characteristics of networks include cohesion (number of connections within a network) and shape (distribution of ties within the network) (Otte & Rousseau, 2002).

First, I examine the concept of social contagion and the mechanisms by which it influences behaviour and attitudes. Then I review four adolescent behaviours that have been empirically revealed to be subject to social contagion. I then demonstrate that the same principles of social contagion apply to the increase of young people who believe that they are transgender and are consequently seeking irreversible medical remedies to assuage their gender dysphoria. Finally, I explore the social contagion (i.e., clustering) of medical practice with respect to treatment of gender dysphoria, the precipitous legislation appearing in its support, and changes to policy and practice in education and sport, despite our collective failure to

date to fully understand the phenomenon of gender dysphoria and its rapid, epidemic-like spread in the Western world.

## THE MECHANISMS OF SOCIAL CONTAGION

### (i)    Peer contagion

Peer contagion is a form of social contagion, defined as a process of reciprocal influence to engage in behaviours occurring in a peer dyad that may be life-enhancing (e.g., taking up a sport, studying for exams, health screening, resisting engaging in negative behaviours, altruism) or life-compromising (e.g., illegal substance use, truanting from school, aggression, bullying, obesity).  Peer contagion has a powerful socializing effect on children beginning in the pre-school years. By early childhood, the time spent interacting with same-age playmates frequently exceeds time spent with parents (Ellis, Rogoff, & Cromer, 1981). Further, characteristics of peer interactions in schools (e.g., aggression, coercive behaviours, mocking peers) are carried over into the home environment (Patterson, Littman, & Bricker, 1967). By middle childhood, gender is the most important factor in the formation of peer associations, highlighting the significance of gender as the organizing principle of the norms and values associated with gender identity (Fagot & Rodgers, 1998).

### (ii)    Deviancy training as a mechanism of social contagion

Different mechanisms of transmission of peer influence have been identified. Deviancy training, in which deviant attitudes and behaviours are rewarded by the peer group have a significant effect on the development of antisocial attitudes and behaviours such as bullying, physical violence, weapon carrying, delinquency, juvenile offending, and substance abuse (Dishion, Nelson, Winter, & Bullock, 2004). Aggression in adolescence becomes more covert and deliberate and takes the form of exclusion, spreading rumours, and suborning relational damage among an adolescent's friendship network (Sijtsema, Veenstra, Lindenberg, & Salmivalli, 2009). Interestingly, adolescents associated with peers who engage in instrumental aggression became more instrumentally aggressive, while those associated with peers who engaged in relational aggression became more relationally aggressive, demonstrating the specificity of the effects of peer contagion via the deviancy training.

### (iii)    Co-rumination as a form of social contagion

Another form of peer contagion in adolescence is co-rumination, a process of repetitive discussion, rehearsal and speculation about a problematic issue within the peer dyad or peer group that underlies peer influence on internalizing problems such as depression, anxiety, self-harm, suicidal ideation and suicide (Schwartz-Mette & Rose, 2012). Co-rumination is more common among adolescent girls (Hankin, Stone, & Wright, 2010) although a similar phenomenon among boys has been observed. Being in a friendship that engages in perseverative discussions on deviant topics has been associated with increased problem behaviour over the course of adolescence. The longer these discussions, the greater the association with deviant behaviour in later adolescence (Dishion & Tipsord, 2011).

Peer contagion may undermine the effects of positive socializing forces such as schools, rehabilitation programs for young offenders, and treatment facilities for eating disorders among others. Collecting same-minded adolescents into group programs may be counter-productive because the peer influence impacts of a homogeneous peer group to maintain disordered behaviours may be greater than the program effects of the treatment facility (Dishion & Tipsord, 2011).

Young people are particularly vulnerable to peer contagion if they have experienced peer rejection, hostility and/or social isolation from the peer group (Light & Dishion, 2007). On the contrary, protective factors against peer contagion effects include secure attachment to parents, adequate adult supervision and oversight of the young person's activities, school attendance, and the capacity for self-regulation (T. W. Gardner, Dishion, & Connell, 2008).

### (iv)    Social contagion has a causal effect on behaviour uptake

Establishing a causal role for the effect of peer behaviour on adolescents is difficult because adolescents choose their peer networks; that is, they choose to associate with like-minded adolescents and those exhibiting similar attributes (homophily). This raises the question: Do adolescents choose their peers because they sanction and engage in similar behaviours or can peer social networks explain the uptake of (new) behaviours in individuals in the network? Sophisticated statistical models have been used to tease out the relative contributions of peer selection and peer influence. Correctly attributing the effects of these two factors has

important policy implications since most interventions for reducing risky behaviour among adolescents are implemented at a school level (Ali & Dwyer, 2010).

### (v)    The special case of social contagion via social media

In the world of social media, social contagion takes on a new, less complex, and narrower meaning:

> "Unlike the broadcasts of traditional media, which are passively consumed, social media depends on users to deliberately propagate the information they receive to their social contacts. This process, called social contagion, can amplify the spread of information in a social network" (Nathan & Kristina, 2014, p. 1).

For example, the social network 'Instagram' is one of the most popular platforms for adolescents and young people, with 44% reporting Instagram to be an important part of their daily lives (Feierabend et al. 2015). Analysis of content shows that it is a major vehicle for the sharing of mental health issues, including depression, eating disorders, and non-suicidal self-injury (NSSI) (Fischer et al. 2015).

Systematic reviews have identified both potential risks and benefits of online activity. On the one hand, it reduces social isolation and offers encouragement, camaraderie, and reduction of self-harm impulses. On the other, it enables, enhances, or triggers potential risks of 'copycat' behaviours such as NSSI, suicide, and eating disorders through normalization of pathological behaviours, or vicarious and social reinforcement of these behaviours (Brown, et al., 2017).

A number of studies have demonstrated the impact that social media can have on emotional contagion. For example, one study[3] demonstrated that interactions with others can alter our mood in the direction of the mood of the person with whom we are interacting. A number of mechanisms - for example, social influence, social selection, and shared external causation – can impact our changes in mood. The phenomenon is prevalent in bounded social networks such as touring orchestras where adolescent musicians have been observed to become more

---

[3] Block, P., & Burnett Heyes, S. (2020). Sharing the load: Contagion and tolerance of mood in social networks. *Emotion*. Advance online publication. doi: https://doi.org/10.1037/emo0000952

reciprocally similar in mood to their close associates on tour. The observed emotional contagion effects are greater for negative than positive moods.

In a study on Twitter posts[4], the distribution of positive and negative comments varied according to weekends and holidays. Figure 1 shows the trends.



Figure 1

Pain behaviour has also been shown to be affected by the social mechanisms of observation, modelling, vicarious learning, social interaction and media reports. Both placebo and nocebo hyperalgesia have been recorded in patients who observed confederates modelling pain behaviour in response to social stimuli[5].

While many studies show how emotions spread between individuals in direct contact, a novel study demonstrated that online social networks produce emotional contagion in the same way[6]. Using data from millions of Facebook users, the researchers showed that rainfall directly influences the emotional content of their status messages, including messages of friends in other cities who were not experiencing rainfall. Results showed that …"for every person affected directly, rainfall altered the emotional expression of one to two other people,

[4] Golder SA, Macy MW (2011) Diurnal and seasonal mood vary with work, sleep, and daylength across diverse cultures. *Science* 333: 1878–81.
[5] Benedetti, F. (2013). Responding to nocebos through observation: social contagion of negative emotions. *Pain*, *154*(8), 1165.
[6] Coviello, L., Sohn, Y., Kramer, A. D., Marlow, C., Franceschetti, M., Christakis, N. A., & Fowler, J. H. (2014). Detecting emotional contagion in massive social networks. *PloS One*, *9*(3), e90315.

suggesting that online social networks may magnify the intensity of global emotional synchrony" (p. 1165).

## EVIDENCE FOR SOCIAL CONTAGION AMONG ADOLESCENTS

In this section, I review the evidence for social contagion among adolescents for four key psychopathologies that arise in adolescence (eating disorders, marijuana use, non-suicidal self-injury, and suicide) and compare the mechanisms of social contagion in these well documented areas with evidence for social contagion in gender dysphoria.

### (i)     Anorexia nervosa

A number of researchers have identified the central role of social contagion in the development and propagation of anorexia nervosa in adolescent girls (Allison, Warin, & Bastiampillai, 2014). Adolescence is a time in which the focus on oneself becomes intense, and for some, critical and unrelenting. The developing female body constitutes one of the main objects of scrutiny. When this scrutiny is compounded by the collective inspection of all of one's body's flaws, the peer group becomes a powerful crucible for both the development and maintenance of disordered eating.

Intensification of peer influence in closed communities of like individuals, such as schools, inpatient wards, residential units (Huefner & Ringle, 2012), or therapy groups often results in the advocacy of the practices (e.g., self-starvation, compulsive exercise, deceitful practices around eating) associated with anorexia nervosa (Dishion & Tipsord, 2011).

If we add social media and online networks as further sources of influence, affected adolescents can effectively surround themselves exclusively with like minds, thereby normalising cognitive distortions around eating and body image and making recovery very difficult. These effects are further compounded by the high status of thinness in western culture, and an ubiquitous focus on nutrition and exercise. Originally thought to be caused by genetics and pathological family dynamics, this view was revised with the finding, using longitudinal study designs and social network analyses, that same-gender, mutual friends were most influential in the development of obesity in adulthood, with siblings and opposite-sex friends having no effect (Christakis & Fowler, 2007).

## (ii)     Marijuana use among adolescents

Substance use amongst adolescents is a major public health issue (Fletcher, Bonell, & Hargreaves, 2008), with a population study conducted by the Center for Disease Control and Prevention showing that 10 percent of youths reported using illegal substances before the age of 13, with marijuana the most frequently used substance (Chen, Storr, & Anthony, 2009). Peer influence has long been suspected as a stimulus that amplifies risky behaviours in the social network (Clark & Loheac, 2007; Lundborg, 2006).

Using the National Longitudinal Study of Adolescent Health (Add Health) (n=20,745) representing a sample of adolescents from grades 7-12 in 132 middle and high schools in 80 communities across the USA examined the influence of peer networks in the uptake and continued use of marijuana. The peer group was identified by the nomination of close friends and classmates within a grade were used to identify the broader social network from which friends were chosen (Ali et al., 2011).

Results showed that for every increase in marijuana use of 10 percent in adolescents in a close friend network increased the likelihood of marijuana use by two percent. An increase of 10% in usage in grade peers was associated with a 4.4 percent increase in individual use. Reporting a good relationship with one's parents, living in a two-parent household and being religious were protective against marijuana uptake. When peer selection and environmental confounders were held constant, increases in close friend and classmate usage by 10 percent both resulted in a five percent increase in uptake in individuals within those networks

## (iii)    Non suicidal self-injury (NSSI)

NSSI is defined as a deliberate self-inflicted attack on one's own body without suicidal intent. It excludes cultural practices such as ear piercing, tattooing, or circumcision, most of which are performed by others.  NSSI is defined as socially contagious when at least two people in the same group inflict NSSI within a 24-hour time period. The social contagion of NSSI has been reported in a variety of 'closed' social networks such as in inpatient units, prisons, group homes, and special education schools, as well as in community samples of adolescents, young adults and college students (Jarvi, Jackson, Swenson, & Crawford, 2013).

Adolescence (onset between 12 and 14 years) and early adulthood are high-risk developmental periods for NSSI (Lloyd-Richardson, Perrine, Dierker et al., 2007). Between 14% and 21% of high-school aged adolescents report engaging in NSSI, with higher estimates (30%-40%) for adolescent psychiatric populations (Muehlenkamp, Hoff, Licht, Azure & Hasenzahl, 2008).

More recently, social media has been identified as an important conduit for social contagion of NSSI among young people. Platforms such as Instagram have high-frequency occurrences of pictures from adolescents who have self-harmed. When associations between characteristics of pictures (e.g., seriousness and type of the self-injury) and comments (e.g., supportive, empathic, negative, offers of help) and weekly and daily trends of posting were analyzed, patterns emerged suggesting social contagion. For example, the more serious injuries attracted more views and comments. Social reinforcement, imitation and modelling of NSSI through social media are the possible mechanisms whereby young people increase their risk of engaging in NSSI through digital means (Brown, Fischer, Goldwich, Keller, Young, & Plener, 2018; Fulcher, Dunbar, Orlando, Woodruff, & Santarossa, 2020).

### (iv)   Suicide

Although social ties are generally protective against loneliness, depression and suicide, social ties can be toxic and can amplify the risk of psychopathology in members of a social network (Christakis & Fowler, 2008). Exposure to the suicidal ideation or suicide attempts of significant others increases the risk of suicidality in other network members (Abrutyn & Mueller, 2014). Experiencing self-harm or suicide at close quarters may erode the emotionally regulating effects of normative moral precepts against such behaviour (Mueller, Abrutyn, & Stockton, 2015). When vulnerable individuals share "ecologically bounded spaces" (p. 205) like schools or the family home, this may increase suicide contagion if social relationships within those spaces are psychopathological. Our emotional connections to members of our social networks is the mechanism through which social learning and the development of normative behaviours and attitudes are built. However, negative emotions are more "contagious" and thus exert a greater impact on members (Turner, 2007).

Celebrity suicides also trigger spikes in suicide rates, with the greater visibility of the celebrity and prolonged coverage of the suicide triggering higher spikes and longer duration of

elevation of rates of suicide amongst fans (Fu & Chan, 2013; Stack, 2005). Durkheim (1951) highlighted the phenomenon of suicide outbreaks or "point clusters" defined as "temporally and geographically bounded clusters" such as gaols, regiments, monasteries, psychiatric wards, and First Nations reservations (Mueller et al., 2015, p. 206). Individuals in such networks share a collective identity that appears to heighten subsequent suicides following the suicide of the first decedent (Niedzwiedz, Haw, Hawton, & Platt, 2014).

Perhaps one of the most compelling studies on the social contagion of suicide is the study of celebrity suicides by Ha and Yang (2021). This study tracked the suicides 10 days before a well-publicised celebrity suicide and then the suicides 10 days after the suicide was reported in the media. Figure 2 presents these data graphically.



Figure 2[7] Suicide trends before and after reporting of a celebrity suicide

The sharp increase in suicides following celebrity suicide was mostly accounted for by suicides in the 10–29-year age group, the age group. Figure 3 shows the trends.

---

[7]The *y*-axis indicates an approximate percent change in public suicide by corresponding day



Figure 3 Suicide trends by age group

When the data are segmented by sex (Figure 4), the figures show that females are more susceptible to social contagion than males. The is exactly the same pattern of social contagion we are witnessing in gender dysphoria – young females aged between 10 and 29 years. Is this a coincidence?



Figure 4 Suicide trends by sex

A well-documented example of a suicide "echo" cluster (an identical suicide cluster occurring within 10 years of a first cluster) occurred in two high schools in Palo Alto that, between them, had suicide rates four to five times higher than the national average.  In 2009, three students committed suicide in a nine-month period by stepping in front of a commuter train. A fourth student committed suicide by hanging. In 2013 a mental health survey showed that 12 percent of students from these schools had seriously considered suicide in the previous 12 months. Thereafter, there was another spate of suicides, with three students taking their lives within three weeks of each other. A fourth committed suicide four months later by jumping off a tall building and a fifth followed shortly afterwards by walking in front of a train. Extreme perfectionism and pressure to excel at school, get into Stanford, make a lot of money, and be ostentatiously successful materially and intellectually were assessed to be far too great a burden for the more vulnerable students to withstand.

Using the same data set as the study examining marijuana use but following up four waves of these participants into adulthood, Wave IV assessed suicidality in young adults aged 24-32. This study showed that holding all other psychological risks constant, those young people having a role model who attempted suicide were more than twice as likely to report suicidal ideation in the following 12 months. Participants who had a friend or family member commit suicide were 3.5 times more likely to attempt suicide themselves compared with those who had no close associate attempt or commit suicide in the same 12-month timeframe. These effects were enduring. Young adults who reported an attempted suicide of a role model were more than twice as likely to report a suicide attempt six years after the role model's attempt compared with their otherwise similar peers. Attempting suicide in adolescence increased suicidal ideation and suicide attempts in young adulthood. Significant risk factors for this association included experiencing emotional abuse in childhood, a diagnosis of depression, and a significant other attempting suicide. Thus, suicide contagion appears to be a significant risk factor for suicide in young adulthood but contagion in this study did not require bounded social contexts.

## SOCIAL CONTAGION OF GENDER DYSPHORIA

The UK has reported a 4,000% increase in the number of children presenting to gender clinics over the past 10 years. Similarly, Sweden has reported a 1,500% in the same time period.

Commentators on the burgeoning incidence of young people claiming that they are transgender assert that peer contagion may underlie this ominous trend. However, it has rarely been systematically studied either theoretically or empirically. Given the strong evidence of peer contagion in suicide, substance abuse and eating disorders, especially among adolescents, the role of peer contagion in gender dysphoria demands urgent attention.

If we examine the gender dysphoria epidemic in social network terms, we see several features operating. It is an open-system network with nodes and ties expanding across the oceans to the US, UK, Asia, Europe, Scandinavia, and Australia. Most countries are reporting sharp increases in the number of people seeking services and treatment for gender dysphoria. Many are ramping up services and setting up new gender clinics to cope with demand. This network is highly centralised with only one voice – the transactivist lobby - being heard above the desperate whispers of terrified parents and horrified academics, doctors, psychologists and psychotherapists. Opinion leaders operating at the centre of these networks are very influential. The level of density in a network has two effects – firstly, it enhances the circulation of information between members and secondly, it blocks the introduction of dissenting ideas and evidence (Iyengar, Van den Bulte, & Valente, 2011).

The field is too young to have attracted researchers to undertake social network analyses to assess peer contagion effects in gender dysphoria. Hence, formal empirical studies have not yet been conducted. However, there is evidence from several sources that peer contagion may be a relevant factor in the sharp increases in young people presenting with gender dysphoria.

### (i)      Low gender typicality, peer victimization, ingroups and the trans-lobby

Low gender typicality (i.e., perceived lack of fit within one's binary gender) has a significant impact on social acceptance within one's peer group  (Sentse, Scholte, Salmivalli, & Voeten, 2007). It is strongly associated with adjustment difficulties, behavioural problems, lower self-esteem, and increased internalizing disorders (e.g., anxiety, depression) (Smith & Juvonen, 2017). As children progress to adolescence, peer as opposed to parental acceptance becomes paramount. Peers therefore take over the role of gender socializing agents from parents (Blakemore & Mills, 2014). Adolescent peers tend to be critical of behaviours, dress,

mannerisms and attitudes that are not gender typical as a way of policing and reinforcing gender norms and respond with criticism, ridicule, exclusion and even intimidation of non-conformers (Zosuls, Andrews, Martin, England, & Field, 2016). Research shows that the problems accruing to low gender typicality are mediated by peer victimization and that reducing peer victimization may ameliorate these difficulties (Smith & Juvonen, 2017). Conversely, peer acceptance mediated the self-worth of gender non-conforming 12- to 17-year-olds (Roberts, Rosario, Slopen, Calzo, & Austin, 2013). Gender non-conformity and gender atypicality have also been associated with higher physical and emotional abuse by caregivers (Roberts, Rosario, Corliss, Koenen, & Austin, 2012). Mental health is difficult to sustain in the face of caregiver abuse and peer bullying and victimization (Aspenlieder, Buchanan, McDougall, & Sippola, 2009). Indeed, gender non-conforming and gender atypical youth are at higher risk of depression, anxiety and suicidality in adulthood (Alanko et al., 2009).

It is tempting to speculate that these groups of young people, searching for homophily (i.e., like peers) started to exaggerate their points of difference from their gender-conforming peers rather than to hide and minimize them to avoid being bullied and excluded. In so doing, they left the "outgroup" of nonconformers and formed an ingroup of extreme gender-nonconformers, transcending the gender barrier altogether and declaring themselves transgender. Suddenly, the discomfort and fear of not being gender typical becomes a virtue and rather than fearing the disapprobation of their peers, their open revolt in declaring themselves transgender is valorised by a politically powerful transactivist lobby. One would expect that gender atypical children who feel both internal and external pressure to be gender conforming would experience greater discomfort (Carver, Yunger, & Perry, 2003) and therefore be more susceptible to the message of trans activism.

Ingroups behave in stereotypical ways with respect to outgroups – they favour ingroup characteristics, assigning more positive attributes to its members and derogating outgroups in order to enhance the status of their ingroup (Leyens et al., 2000). It is not surprising, then, that members of the transgender ingroup exaggerate the characteristics of the "trans" gender they take on – becoming more "feminine" or "masculine" than heteronormative groups of cismen and ciswomen. Transactivist groups have proliferated and consolidated in a short time frame by exploiting the characteristics of ingroups and outgroups. For example, social

projection (i.e., the belief that other members of the group are similar to oneself) has been a powerful integrating process that simultaneously creates protection for its own members and distance from outgroup members, using the formula, "if you are not with us, you are against us" – those disagreeing with the ideology of the trans-lobby are labelled "transphobic" and publicly denounced.

### (ii)   Rapid onset gender dysphoria (ROGD) and the role of social media

The upsurge in rapid onset gender dysphoria (ROGD) tends to occur mostly in girls at around the age of 14 years, which is an age identified by developmental psychologists to be particularly susceptible to peer influence (Steinberg & Monahan, 2007). For example, a study of peer contagion for risky behaviours found that exposure to risk-taking peers doubled the amount of risky behaviour in middle adolescents, increased it by 50% in older adolescents and young adults, and had no impact on adults (M. Gardner & Steinberg, 2005). This group of young people were likely to belong to peer groups in which one or more of their friends had become gender dysphoric or transgender identified. Their coming-out announcement to parents also tended to be preceded by recent increases in their daughters' social media and internet usage.  It is only a small step to understanding the social contagion of ROGD in this age group.

Lisa Littman (2018) canvassed the perceptions of parents who had children who displayed ROGD during or just after puberty. There were 256 respondents, of whom 83% had daughters, with a mean age of 15.2 years when they declared themselves transgender, 41% of whom had previously expressed a non-heterosexual sexual orientation, and 62.5% of whom had received a diagnosis for a mental health disorder (e.g., anxiety, depression) or a neurodevelopmental disability (e.g., autism spectrum disorder).  Thirty-seven percent (37%) of these young people belonged to peer groups with other members identifying as transgender. Parents also reported a decline in their child's mental health (47%) and relationship with parents (57%) after declaring themselves transgender. Thereafter, they preferred transgender friends, websites, and information coming from the transgender lobby.

An indicative case study was written up in an article for *The Atlantic* by Jesse Singal (2018), in which a 14-year-old girl decided she must be trans because she was uncomfortable with her body even after she restricted her food intake, was finding puberty uncomfortable, had

difficulty making friends, was feeling depressed and was lacking in self-confidence. Against this backdrop of woes, she came across MilesChronicles[8], the website of an omnipotent and histrionic transboy, now a young transman. Watching this video resulted in Claire pouring all her sadness and unease about herself into the "realisation" that she was really a "guy." Miles made transitioning appear easy and simple, was effusive in his praise of his new self and supportive of others to follow suit. This is a very common scenario reported by parents of teenage girls with ROGD.

Such websites, all easily accessible to vulnerable adolescents, can have a very persuasive effect on viewers. Recent studies show that contagion is enhanced when the influencer is perceived to have high credibility and reduced when the influencer is perceived to have low credibility. A similar effect is observed if the influencer belongs to an out-group or an in-group (Andrews & Rapp, 2014). Miles is the quintessential trans pinup icon with a "You can be just like me if you transition!" message.

Following YouTube posts and social media with respect to the transgender debate over the past few years, I have noticed that posts that depict young people struggling with their gender identity or questioning their decision to take puberty blocking agents and cross-sex hormones, or to undergo what is euphemistically called sex reassignment surgery are rapidly taken down so that only a homogenous message that matches the strident messaging of the transactivist lobby is on display in the ether.

A recent Swedish study[9] tracked referrals and attendances at gender clinics of young people following major media events related to transgender health care in 2019. One event was positive, and two media events [i.e., the airing of "The Trans Train and the Teenage Girls,"[10] a 2-part documentary series broadcast on April 3, 2019 (event 2), and October 9, 2019 (event 3)] determined as negative portrayed gender transition as dangerous and damaging. In the three months following one of the negative media events, referrals decreased by 25% overall – there was a 32% reduction in female referrals - and by 25% for young people aged 13-18

---

[8] [MilesChronicles - YouTube](MilesChronicles - YouTube)

[9] Indremo, M., Jodensvi, A. C., Arinell, H., Isaksson, J., & Papadopoulos, F. C. (2022). Association of media coverage on transgender health with referrals to child and adolescent gender identity clinics in Sweden. *JAMA network open*, *5*(2), e2146531-e2146531.

[10] . Mission: Investigate. The trans train and the teenage girls. Tranståget och tonårsflickorna. Video in Swedish. Swedish Public Service Television Co. April 3, 2019. Accessed December 28, 2021. https://www.svtplay.se/video/ 21717158/uppdrag-granskning/uppdrag-granskning-sasong-20-avsnitt-12

years. On the contrary, increased positive media coverage of trans issues resulted in an increase in referrals to gender clinics[11].

Nonetheless, a statement released in August 2021 by the Coalition for the Advancement & Application of Psychological Science (CAAPS)[12] called for the elimination of the use of Rapid-Onset Gender Dysphoria (ROGD), "given the lack of rigorous empirical support for its existence," although this evidence abounds (see next section on empirical evidence). Deplorably, CAAPS did not see fit to question the exponential increase in the adolescent trans phenomenon, both in declarations and referrals to gender clinics across the globe[13] nor how these new referrals differed substantially in profile from previously recorded demographics of transgender young people along dimensions of age of onset, sex ratio, comorbid mental health issues[14] and clustering.

## EMPIRICAL EVIDENCE

In recent decades, there has been an unmistakably sharp increase in the population estimates of young people identifying as transgender. A retrospective analysis[15] (Figure 5) of the pattern of referrals to gender clinics from 1976 to 2011 is instructive in demonstrating the shifting

[11] Pang KC, de Graaf NM, Chew D, et al. Association of media coverage of transgender and gender diverse issues with rates of referral of transgender children and adolescents to specialist gender clinics in the UK and Australia. JAMA Netw Open. 2020;3(7):e2011161. doi:10.1001/jamanetworkopen.2020.11161

[12] https://www.caaps.co/rogd-statement

[13] de Graaf, N. M., Giovanardi, G., Zitz, C., & Carmichael, P. (2018). Sex ratio in children and adolescent referred to the Gender Identity Development Services in the UK (2009–2016) [Letter to the Editor]. *Archives of Sexual Behavior, 47,* 1301–1304;

Frisén, L., Söder, O., & Rydelius, P. A. (2017). [Dramatic increase of gender dysphoria in youth]. Lakartidningen. Retrieved from http://lakartidningen.se/Klinik-och-vetenskap/Klinisk-oversikt/2017/02/Kraftig-okning-av-konsdysfori-bland-barn-och-unga/.

Kaltiala-Heino, R., Sumia, M., Työläjärvi, M., & Lindberg, N. (2015). Two years of gender identity service for minors: Overrepresentation of natal girls with severe problems in adolescent development. *Child and Adolescent Psychiatry and Mental Health, 9,* 9.

[14] Aitken, M., Steensma, T. D., Blanchard, R., VanderLaan, D. P., Wood, H., Fuentes, A. … Zucker, K. J. (2015). Evidence for an altered sex ratio in clinic-referred adolescents with gender dysphoria. *Journal of Sexual Medicine, 12,* 756–763.

Ashley, F. (2019). Shifts in assigned sex ratios at gender identity clinics likely reflect changes in referral patterns [Letter to the Editor]. *Journal of Sexual Medicine, 16,* 948–949.

Becker, I., Gjergji-Lama, V., Romer G., & Möller, B. (2014). Characteristics of children and adolescents with gender dysphoria referred to the Hamburg Gender Identity Clinic [German]. *Prax Kinderpsychol Kinderpsychiatr, 63,* 486–509.

Littman, L. (2018). Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. *PLoS ONE, 13*(8), e0202330.

[15] Wood, H., Sasaki, S., Bradley, S. J., Singh, D., Fantus, S., Owen-Anderson, A., ... & Zucker, K. J. (2013). Patterns of referral to a gender identity service for children and adolescents (1976–2011): age, sex ratio, and sexual orientation. *Journal of Sex & Marital Therapy, 39*(1), 1-6.

patterns of presentations of young people to gender clinics. The sample comprised 577 children aged 3-12 years and 253 adolescents aged 13-20 years. Prior to around 2000, the child referrals greatly exceeded referrals of adolescents. After that time, there was a steep and significant increase in adolescents. Also of interest is that the overall sex ratio of male to female children was 4.5:1 (boys:girls). For three-year-olds the ratio was 33:1 (boys:girls). The ratio dropped to 3.4:1 in the last cohort of children (2008-2011). The adolescent sex ratios were at parity but by 2008-2011 girls exceeded boys.



Figure 5 Number of children and adolescents referred to gender clinics 1976-2011)

For the adolescents in this study, data on sexual orientation were available for 248 participants. Using standardized measures[16] to assess heteroerotic and homoerotic sexual orientation in fantasy, 76% of the girls were classified as homosexual compared with 57% of boys. These figures vastly exceed population estimates of homosexuality and begs the question as to whether many young people presenting to gender clinics are confused about their sexual orientation, experience socialized and/or internalized homophobia or do not understand the difference between gender identity and sexual orientation.

---

[16] Zucker, K. J., Bradley, S. J., Owen-Anderson, A., Kibblewhite, S. J., Wood, H., Singh, D., & Choi, K. (2012). Demographics, behavior problems, and psychosexual characteristics of adolescents with gender identity disorder or transvestic fetishism. *Journal of Sex & Marital Therapy*, *38*, 151–189.

Another study, a meta-regression of population-based probability samples provides compelling evidence of this trend, where estimates have more than doubled in the space of eight years from 2007 to 2015 (See Figure 6).



Figure 6[17] [Source: Meerwijk & Sevelius (2017)]

Similarly, upward trajectories of enrolments in GD clinics have been observed in the UK and Australia. Figure 7 summarizes the trends.

---

[17] Meerwijk, E. L., & Sevelius, J. M. (2017). Transgender population size in the United States: a meta-regression of population-based probability samples. *American Journal of Public Health, 107*(2), e1-e8. https://ajph.aphapublications.org/doi/pdfplus/10.2105/AJPH.2016.303578



Figure 7

Source: Kenny, D.T. (2021). Australian data provided by the gender clinics under freedom of information applications

Perusal of the UK graph indicates a doubling of the number of referrals in 2015-2016 compared with the previous year. There is a continuous, but less steep increase until 2017, which is followed by a slowing of referral growth rates between the two years 2017-2018 and 2018-2019.

In each of these samples, these numbers would comprise two groups of young people, a core group of "actual" cases and the additional cases created by social contagion. Within the actual cases, there would be the group who declared themselves and a group of latently gender dysphoric young people who have not felt able to declare themselves until recently because of greater community acceptance and support from the transgender lobby and social media. This latter group of "actual" cases and the ROGD group have both been affected by social contagion.

Further analysis is required to determine the nature of the clustering of these increased numbers. In school-aged children, one would expect to see multiple cases in particular high schools. If gender dysphoria referrals occurred independently of each other, one would

expect to see referrals per high school follow a Poisson distribution, in which the variance is equal to the mean. A clustering effect would be hypothesised if the variance were greater than the mean. The strongest indicator of social contagion would occur if the ROGD young people showed strong clustering effects. Evidence that this may in fact be the case is provided by the distribution of new referrals by age and sex in the GIDS sample (Tables 2 and 3), where new referrals in the 12–16-year group far exceeds those in younger and older age groups.

Table 2 Age at referral to GIDS, UK in 2018-20

| Age at referral | Number of referrals |
|---|---|
| 3 and 4 | 10 |
| 5 | 21 |
| 6 | 21 |
| 7 | 42 |
| 8 | 34 |
| 9 | 43 |
| 10 | 59 |
| 11 | 78 |
| 12 | 135 |
| 13 | 331 |
| 14 | 511 |
| 15 | 529 |
| 16 | 474 |
| 17 | 88 |
| 18 | 30 |

Source: NHS (2019)

Age groups segmented by sex show much larger proportions of females seeking gender transition – for 13-year-olds, girls accounted for 86% of referrals, for 14-year-olds, girls accounted for 82% of referrals and for 15-year-olds girls accounted for 76% of referrals.

Table 3 GIDS figures from England by sex at birth

| Age | 2019-20, England only | | |
|---|---|---|---|
| | Assigned sex at birth | | |
| | AFAB | AMAB | Not Known |
| 3 and 4 | <5 | <5 | 0 |
| 5 | 5 | 12 | 0 |
| 6 | 7 | 9 | 0 |
| 7 | 13 | 16 | <5 |
| 8 | 17 | 24 | <5 |
| 9 | 24 | 21 | <5 |
| 10 | 22 | 32 | 0 |
| 11 | 52 | 23 | 6 |
| 12 | 127 | 37 | 5 |
| 13 | 270 | 45 | 11 |
| 14 | 404 | 90 | 16 |
| 15 | 470 | 152 | 31 |
| 16 | 350 | 162 | 24 |
| 17 | 101 | 67 | 10 |
| 18+ | 30 | 28 | <5 |

Data from Australia (Figure 8) also show an upward trajectory in the number of children enrolled in gender clinics in the five states of Australia that offer a gender service over the period 2014-2020.



Figure 8

Source: Kenny, D.T. (2021). Data provided by the gender clinics under freedom of information applications

The noteworthy feature of this graph is that three states (WA, Queensland and Victoria) show similar increases over the five-year study period (2014-2020), although Queensland showed a downturn in 2020. While figures in NSW increased, the magnitude of absolute numbers was significantly lower than for the other states. Overall, Victoria had the largest numbers. It is also a state where the trans lobby has been particularly vocal, where the concept of the "safe schools" policy was conceived and implemented, and where the gender clinic at the Royal Children's Hospital, Melbourne has assumed the mantle of trailblazer in the gender transition enterprise in Australia.

Figures from the Nordic countries[18] show very similar patterns as those described above. See for example, Figure 9 below.

---

[18] Kaltiala, R., Bergman, H., Carmichael, P., de Graaf, N. M., Egebjerg Rischel, K., Frisen, L., ... & Waehre, A. (2020). Time trends in referrals to child and adolescent gender identity services: a study in four Nordic countries and in the UK. *Nordic Journal of Psychiatry*, *74*(1), 40-44.



**Figure 1.** Referrals to child and adolescent gender identity services 2010–2017 in four Nordic countries.

Figure 9

Table 4[82] shows the dramatic increases in just a six-year time frame between 2011 and 2017 in the four Nordic countries and the UK (for comparison).

**Table 1.** Population adjusted numbers of referrals to gender identity services for minors in four Nordic countries and the UK in 2011 and 2017.

|  | 2011 | 2017 |
|---|---|---|
| Denmark[a] | – | 9.0/100,000 (1/11,000)[c] |
| Finland | 2.63/100,000 (1/38,071)[b] | 16.7/100,000 (1/10,155) |
| Norway | 1.24/100,000 (1/80,643) | 15.6/100,000 (1/6414) |
| Sweden | 0.90/100,000 (1/111,663) | 17.4/100,000 (1/5719) |
| UK | 1.25/100,000 (1/79,588) | 17.5/100,000 (1/5078) |

These population adjusted rates are orders of magnitude higher than those observed in transgender adult populations[19]. Rapid changes in any relevant biological factors that could possibly account for these trends across global populations appears both unlikely and implausible.

Figure 10[20] shows the total number of young people taking puberty blockers and cross-sex hormones over the seven-year study period across Australia.

---

[19] Zucker KJ. (2017). Epidemiology of gender dysphoria and transgender identity. *Sex Health,* 14(5):404–411.

[20] NSW supplied "0" in each data cell for each of the seven years. A follow-up inquiry to Sydney Children's Hospital Network (Ref No: SCHN18/7854, 6/8/19) indicated "Sydney Children's Hospitals Network (SCHN) does not provide cross sex hormones at The Children's Hospital at Westmead. [O]ccasionally SCHN sees a patient in a cross-over transition phase who has had stage two treatment initiated by an adult physician, as The Children's Hospital at Westmead pharmacy is still providing the patient's treatment in that cross-over phase. However,



Figure 10

Source: Kenny, D.T. (2021). Data provided by the gender clinics under freedom of information applications

Finally, in case we are left in any doubt about why these numbers have been rapidly increasing over the past 10-15 years, Figure 11 shows the increase in the number of gender clinics across the USA in the past 15 years, from 2007 to 2022.

---

their primary care at this stage is under the adult physician who prescribes the stage two therapy. The zero-response provided in the GIPA Notice of Decision is correct but that there may be instances in which children are receiving active stage 2 treatment elsewhere while still attending The Children's Hospital at Westmead clinic".



Figure 11 Number of gender clinics in USA and Canada in 2007 and 2022.

# REFERENCES

Abrutyn, S., & Mueller, A. S. (2014). Are suicidal behaviors contagious in adolescence? Using longitudinal data to examine suicide suggestion. *American Sociological Review, 79*(2), 211-227.

Alanko, K., Santtila, P., Witting, K., Varjonen, M., Jern, P., Johansson, A., . . . Kenneth Sandnabba, N. (2009). Psychiatric symptoms and same-sex sexual attraction and behavior in light of childhood gender atypical behavior and parental relationships. *Journal of Sex Research, 46*(5), 494-504.

Ali, M., Amialchuk, A., & Dwyer, D. (2011). The social contagion effect of marijuana use among adolescents. *PloS one, 6*(1), e16183. doi:10.1371/journal.pone.0016183

Ali, M., & Dwyer, D. (2010). Social network effects in alcohol consumption among adolescents. *Addictive behaviors, 35*(4), 337-342.

Allison, S., Warin, M., & Bastiampillai, T. (2014). Anorexia nervosa and social contagion: Clinical implications. *Australian & New Zealand Journal of Psychiatry, 48*(2), 116-120. doi:10.1177/0004867413502092

Andrews, J. J., & Rapp, D. N. (2014). Partner characteristics and social contagion: Does group composition matter? *Applied Cognitive Psychology, 28*(4), 505-517. doi:10.1002/acp.3024

Aspenlieder, L., Buchanan, C. M., McDougall, P., & Sippola, L. K. (2009). Gender nonconformity and peer victimization in pre-and early adolescence. *International Journal of Developmental Science, 3*(1), 3-16.

Blakemore, S.-J., & Mills, K. L. (2014). Is adolescence a sensitive period for sociocultural processing? *Annual Review of Psychology, 65*, 187-207.

Blanchet, K. (2013). How to facilitate social contagion? *International Journal of Health Policy and Management, 1*(3), 189-192. doi:10.15171/ijhpm.2013.35

Brown, R. C., Fischer, T., Goldwich, A. D., Keller, F., Young, R., & Plener, P. L. (2018). # cutting: Non-suicidal self-injury (NSSI) on Instagram. *Psychological medicine*, *48*(2), 337-346.

Carver, P. R., Yunger, J. L., & Perry, D. G. (2003). Gender identity and adjustment in middle childhood. *Sex Roles, 49*(3), 95-109. doi:10.1023/a:1024423012063

Chen, C.-Y., Storr, C. L., & Anthony, J. C. (2009). Early-onset drug use and risk for drug dependence problems. *Addictive behaviors, 34*(3), 319-322.

Christakis, N., & Fowler, J. (2008). The collective dynamics of smoking in a large social network. *New England journal of medicine, 358*(21), 2249-2258.

Christakis, N., & Fowler, J. (2011). Contagion in prescribing behavior among networks of doctors. *Marketing science, 30*(2), 213-216.

Christakis, N., & Fowler, J. (2013). Social contagion theory: examining dynamic social networks and human behavior. *Statistics In Medicine, 32*(4), 556-577.

Clark, A. E., & Loheac, Y. (2007). "It wasn't me, it was them!" Social influence in risky behavior by adolescents. *Journal of health economics, 26*(4), 763-784.

Dishion, T. J., Nelson, S. E., Winter, C. E., & Bullock, B. M. (2004). Adolescent friendship as a dynamic system: Entropy and deviance in the etiology and course of male antisocial behavior. *Journal of Abnormal Child Psychology, 32*(6), 651-663.

Dishion, T. J., & Tipsord, J. M. (2011). Peer contagion in child and adolescent social and emotional development. *Annual Review of Psychology, 62*, 189-214.

Durkheim, E. (1951). Suicide: A study in sociology On *Glencoe, IL: Free Press.(Original work published 1897)*.

Durkheim, E. (2005, 1897). *Suicide: A study in sociology*. London: Routledge.

Ellis, S., Rogoff, B., & Cromer, C. C. (1981). Age segregation in children's social interactions. *Developmental Psychology, 17*(4), 399.

Fagot, B., & Rodgers, C. (1998). Gender identity. *Encyclopaedia of Mental Health, 2*, 267-276.

Feierabend, S, Plankenhorn, T, Rathgeb, T (2015). Jim Studie (https://www.mpfs.de/fileadmin/files/Studien/JIM/2015/JIM_Studie_2015.pdf).

Fischer, T, Goldwich, AD, Haentzschel, O (2015). Instagram leaks. *Neon* 5, 16–21.

Fletcher, A., Bonell, C., & Hargreaves, J. (2008). School effects on young people's drug use: a systematic review of intervention and observational studies. *Journal of Adolescent Health, 42*(3), 209-220.

Fu, K.-w., & Chan, C. (2013). A study of the impact of thirteen celebrity suicides on subsequent suicide rates in South Korea from 2005 to 2009. *PloS one, 8*(1), e53870.

Fulcher, J. A., Dunbar, S., Orlando, E., Woodruff, S. J., & Santarossa, S. (2020). Selfharn on Instagram: understanding online communities surrounding non-suicidal self-injury through conversations and common properties among authors. *Digital health*, *6*, 2055207620922389.

Gardner, M., & Steinberg, L. (2005). Peer influence on risk taking, risk preference, and risky decision making in adolescence and adulthood: An experimental study. *Developmental Psychology, 41*(4), 625.

Gardner, T. W., Dishion, T. J., & Connell, A. M. (2008). Adolescent self-regulation as resilience: Resistance to antisocial behavior within the deviant peer context. *Journal of Abnormal Child Psychology, 36*(2), 273-284.

Ha J, Yang H-S (2021) The Werther effect of celebrity suicides: Evidence from South Korea. PLoS ONE 16(4): e0249896. https://doi.org/10.1371/journal.pone.0249896

Hankin, B. L., Stone, L., & Wright, P. A. (2010). Corumination, interpersonal stress generation, and internalizing symptoms: Accumulating effects and transactional influences in a multiwave study of adolescents. *Development and Psychopathology, 22*(1), 217-235.

Huefner, J., & Ringle, J. (2012). Examination of negative peer contagion in a residential care setting. *Journal of child and family studies, 21*(5), 807-815. doi:10.1007/s10826-011-9540-6

Iyengar, R., Van den Bulte, C., & Valente, T. W. (2011). Opinion leadership and social contagion in new product diffusion. *Marketing Science, 30*(2), 195-212.

Jarvi, S., Jackson, B., Swenson, L., & Crawford, H. (2013). The impact of social contagion on non-suicidal self-injury: A review of the literature. *Archives of Suicide Research*, *17*(1), 1-19.

Leyens, J.-P., Paladino, P. M., Rodriguez-Torres, R., Vaes, J., Demoulin, S., Rodriguez-Perez, A., & Gaunt, R. (2000). The emotional side of prejudice: The attribution of secondary emotions to ingroups and outgroups. *Personality and social psychology review, 4*(2), 186-197.

Light, J. M., & Dishion, T. J. (2007). Early adolescent antisocial behavior and peer rejection: A dynamic test of a developmental process. *New Directions for Child and Adolescent Development, 2007*(118), 77-89.

Littman, L. (2019). Correction: Parent reports of adolescents and young adults perceived to show signs

Lloyd-Richardson, E. E., Perrine, N., Dierker, L., & Kelley, M. L. (2007). Characteristics and functions of non-suicidal self-injury in a community sample of adolescents. Psychological medicine, 37(8), 1183.of a rapid onset of gender dysphoria. *PloS One, 14*(3), e0214157.

Lundborg, P. (2006). Having the wrong friends? Peer effects in adolescent substance use. *Journal of health economics, 25*(2), 214-233.

Mackay, C. (2012). *Extraordinary popular delusions and the madness of crowds, 1841*: Simon and Schuster. http://www.econlib.org/library/Mackay/macEx1.html

Marchiano, L. (2017). Outbreak: On transgender teens and psychic epidemics. *Psychological Perspectives, 60*(3), 345-366. doi:10.1080/00332925.2017.1350804

Muehlenkamp, J. , Hoff , E. , Licht , J. , Azure , J. , & Hasenzahl , S. ( 2008 ). Rates of non-suicidal self-injury: A cross-sectional analysis of exposure. *Current Psychology*, 27, 234 – 241. doi: 10.1007/s12144-008-9036-8

Mueller, A. S., Abrutyn, S., & Stockton, C. (2015). Can social ties be harmful? Examining the spread of suicide in early adulthood. *Sociological Perspectives, 58*(2), 204-222. doi:10.1177/0731121414556544

Nathan, O. H., & Kristina, L. (2014). The simple rules of social contagion. *Scientific Reports, 4*. doi:10.1038/srep04343

Niedzwiedz, C., Haw, C., Hawton, K., & Platt, S. (2014). The definition and epidemiology of clusters of suicidal behavior: a systematic review. *Suicide and Life-Threatening Behavior, 44*(5), 569-581.

Otte, E., & Rousseau, R. (2002). Social network analysis: a powerful strategy, also for the information sciences. *Journal of information Science, 28*(6), 441-453.

Patterson, G. R., Littman, R. A., & Bricker, W. (1967). Assertive behavior in children: A step toward a theory of aggression. *Monographs of the Society for Research in Child Development, 32*(5), iii-43.

Phillips, D. P. (1974). The influence of suggestion on suicide: Substantive and theoretical implications of the Werther effect. *American Sociological Review, 39*(3), 340-354.

Roberts, A. L., Rosario, M., Corliss, H. L., Koenen, K. C., & Austin, S. B. (2012). Childhood gender nonconformity: A risk indicator for childhood abuse and posttraumatic stress in youth. *Pediatrics, 129*(3), 410.

Roberts, A. L., Rosario, M., Slopen, N., Calzo, J. P., & Austin, S. B. (2013). Childhood gender nonconformity, bullying victimization, and depressive symptoms across adolescence and early adulthood: an 11-year longitudinal study. *Journal of the American Academy of Child & Adolescent Psychiatry, 52*(2), 143-152.

Rowe, P. (2016, April 7). How a girl born at 2 pounds became a happy boy. *San Diego Union Tribune.* Retrieved from http://www.sandiegouniontribune.com/lifestyle/people/sdut-transgender-teensnew-life-2016apr07-story.html

Schwartz-Mette, R., & Rose, A. (2012). Co-rumination mediates contagion of internalizing symptoms within youths' friendships. *Developmental Psychology, 48*(5), 1355-1365. doi:10.1037/a0027484

Sentse, M., Scholte, R., Salmivalli, C., & Voeten, M. (2007). Person–group dissimilarity in involvement in bullying and its relation with social status. *Journal of Abnormal Child Psychology, 35*(6), 1009-1019.

Sijtsema, J. J., Veenstra, R., Lindenberg, S., & Salmivalli, C. (2009). Empirical test of bullies' status goals: Assessing direct goals, aggression, and prestige. *Aggressive Behavior: Official Journal of the International Society for Research on Aggression, 35*(1), 57-67.

Smith, D. S., & Juvonen, J. (2017). Do I fit in? Psychosocial ramifications of low gender typicality in early adolescence. *Journal of Adolescence, 60*, 161-170. doi:https://doi.org/10.1016/j.adolescence.2017.07.014

Stack, S. (2005). Suicide in the media: A quantitative review of studies based on nonfictional stories. *Suicide and Life-Threatening Behavior, 35*(2), 121-133.

Steinberg, L., & Monahan, K. C. (2007). Age differences in resistance to peer influence. *Developmental Psychology, 43*(6), 1531-1543. doi:10.1037/0012-1649.43.6.1531

Turner, J. H. (2007). *Human emotions: A sociological theory*. London: Routledge.

Zosuls, K. M., Andrews, N. C., Martin, C. L., England, D. E., & Field, R. D. (2016). Developmental changes in the link between gender typicality and peer victimization and exclusion. *Sex Roles, 75*(5-6), 243-256.

# CHAPTER 2

## THERAPY FOR TRANSGENDER DECLARING ADOLESCENTS

### Abstract

In this chapter, I present a detailed account of exploratory psychotherapy with an adolescent and a number of case studies of young people whom I have treated for gender dysphoria. Through respectful engagement, building of the therapeutic relationship and establishment of rapport and safety, these young people gradually reveal their developmental struggles and strivings, their complex and conflicted interpersonal relationships and growing understanding of their own intrapsychic process that will hopefully equip them to make informed decisions about their lives when they reach the age of majority. To deny young people the opportunity to engage in exploratory psychotherapy when they declare a transgender identity would risk exposing them to iatrogenic harm, which they may come to deeply regret. First, I present a detailed case study demonstrating how family, developmental history and social influences intersect in the formation of a transgender identity. I then present summaries of other cases to demonstrate how factors such as developmental psychopathologies and struggles with sexual orientation problematize young people's endeavours to understand themselves.

### INTRODUCTION

The Cass Review[21] into the GIDS (Gender Identity Development Services) in the UK concluded:

> Primary and secondary care clinicians have reported to the Review that they are nervous about seeing children and young people with gender-related distress because of lack of evidence and guidance about appropriate management, and the toxicity of the societal debates. Some clinicians also reported feeling unable to undertake the process of assessment and differential diagnosis that would be the norm in their clinical practice because they perceived that there is an expectation of an unquestioning affirmative approach. They felt that this was at odds with a more open and holistic evaluation of the factors underpinning the young person's presentation, and consideration of the full range of possible support and treatment options.

---

[21] https://www.bmj.com/content/376/bmj.o629

The report also acknowledges that received medical wisdom about the treatment of young people with gender dysphoria is inappropriate and inapplicable to the young ROGD people currently presenting to gender services, in particular adolescent females who are now accepted to be influenced by the forces of social contagion. These include those with mental health issues, various forms of neurodiversity, and those from dysfunctional and disrupted families.

In a sample of 56 children appearing before the Family Court in Australia for permission to proceed to cross sex hormones, 25 of 39 cases in which family constellation could be discerned lived in single parent families or foster care, with only 14 from two parent families. In this same group of 56 children, 50% had a diagnosed psychological disorder, including six with autism spectrum disorder (ASD), major depression, anxiety, oppositional defiance disorder (ODD), ADHD, or intellectual disability. A recent study has shown a higher prevalence of gender dysphoria in those with ASD[22].

In a sample of 105 gender dysphoric adolescents and using the Diagnostic Interview Schedule for Children (DISC), anxiety disorders were found in 21%, mood disorders in 12.4%, and disruptive disorders in 11.4% of the adolescents. Males had greater psychopathology compared with females, including comorbid diagnoses[23].

## Case studies from the public domain

In the early stages of attempting to understand young people identifying as transgender, I studied a large number of publicly available posts that young people had shared on the internet. Close reading of these scripts assisted my own theorizing about the psychodynamics of the transgendering process. Here are some examples:

*Alex*

Alex (a biological female), aged 12, petitioned the Family Court of Australia to permit her to transition. The Court made orders allowing the commencement of puberty-suppressing

---

[22] van der Miesen, A. I. R., Hurley, H., Bal, A. M., & de Vries, A. L. C. (2018). Prevalence of the wish to be of the opposite gender in adolescents and adults with autism spectrum disorder. *Archives of Sexual Behavior*. doi: 10.1007/s10508-018-1218-3

[23] de Vries, A.L.C, Doreleijers, T. A. H., Steensma, T. D., & Cohen-Kettenis, P. T. (2011). Psychiatric comorbidity in gender dysphoric adolescents. *Journal of Child Psychology and Psychiatry, 52*(11), 1195-1202. doi:10.1111/j.1469-7610.2011.02426.x

hormone medication because of the intense distress Alex felt at her emergent feminine body. At 17, the Court granted permission for a double mastectomy. Psychiatric evidence indicated a traumatic childhood, in which Alex's mother rejected her completely. However, she had a close and idealised relationship with her father, who wanted her to be a boy and who treated her as such, even teaching her to urinate in the standing position. He died suddenly when Alex was six. Psychiatric evaluation revealed significant early trauma and concluded that "Alex's cross-gender identification appears to have emerged in the context of an idealised, physically close relationship with her father, rejection and abandonment by her mother, and her father's desire for her to be a male … Her investment as male simultaneously expresses anger towards her mother and maintains closeness with her dead father… in the context of her incomplete mourning for him"[24].

*Ariel*

Ariel, transfemale, aged 13, who had commenced puberty blockers, insisted on being called by the name of a different Disney princess every day, until she settled on the name, Ariel:

> I remember… when everyone was talking about having babies and it really makes me upset. I don't want to tell them to stop talking about it… but it hurts my feelings when they're talking about it… I am like a girl, but can I have the pain of labour? For a lot of people, it is hard for them to understand, but I don't want to burden them with that. Sometimes I just walk away and sometimes I try to get into the conversation, but it's hard". Her remarkably perceptive friend then says, "You can get so close to being a girl but you can't get to that exact point. Is that what upsets you?" Ariel says "Yeah, that's exactly how I feel, the thing with having a baby, I can never be fully there.  It is a natural thing that happens. I buy a bra but it's not to hold in my boobs – it is an illusion. It felt like an act, so I feel lost sometimes[25].

Ariel articulates her lived experience of impersonating a girl rather than becoming one or being one. None of the culturally feminine ideals and products with which she surrounds

---

[24] Kissane, K. (2009). Young people, big decisions.      Retrieved 21 May 2018, from https://www.smh.com.au/national/young-people-big-decisions-20090504-arxc.html

[25] (https://www.youtube.com/watch?v=sTfQ44HFu6k

herself can fully convince her that she is female. She acknowledges that it is an "illusion", "an act", and she feels "lost" that a true gender identity eludes her.

*A transmale (unnamed)*

A transmale, aged 13, had this to say about the role of the internet in his "coming out as trans":

> The internet is the best place for trans people, it is the best place you can go to if you are scared about talking to anyone. TUMBLR Oh, My God! TUMBLR! Youtube too. That's how I found out that I was trans – it was from a youtube video[26]…

This young person appeared to have no caring, empathic adult with whom to share his identity/gender confusion and turned to the internet to seek out like minds, that is, to find his "true" in-group. Seeking and finding membership in a valued in-group enhances self-esteem and feelings of belonging and affiliation (Buck, Plant, Ratcliff, Zielaskowski, & Boerner, 2013). Feeling alienated and marginalised in the "real" world, the virtual world of the internet appears to provide a substitute community missing in the child's real world. However, there is no opportunity to reality-test in such a process, and this young person may have commenced down a dangerous path in order to experience social inclusion. One can also characterize this process as social contagion, since it is likely that the transgender in-group comprise members who are also seeking inclusion and validation in an in-group. For another example of this process[27], in which a young boy says that the internet is "hugely important" particularly when parents are disapproving.

*John*

John, age 16, transmale,

> For as long as I can remember, I always felt male. I did come out to my parents as lesbian, sometime around seventh grade. I thought, "Oh well, I seem to wear boys' clothes all the time, I feel masculine, and I realise that I like girls, so then I thought, "OK, I must be a lesbian. That was tough. My dad, he wouldn't have any part of it. He said, "This is not a world that you are going to be a part of." Then, when I got to my

---

[26] https://www.youtube.com/watch?v=sTfQ44HFu6k
[27] https://www.youtube.com/watch?v=eYOuqgoxAik

freshman year, I identified as trans, so I came out to them again as a transmale.  I always had a hard time making friends. I was a very strange kid. I would just feel bad because every day I went to school, I felt like everybody wanted me to go; nobody wanted me there. One of the girls said, "Man, you are an ugly dyke. You are a lesbian." I went from shaky, to unstable, to almost impossible. I started drifting off to a very violent place in my head. I had thoughts of harming my family. It got so bad, I felt like a threat to my family, and to myself. One night, I went down to my mom and said that I wanted her to take me to a hospital; I wanted to get locked up.

This transcript demonstrates the confusion experienced by some young people with gender dysphoria as to their sexual orientation and gender identity, with some believing they are transgender when they are in fact homosexual/lesbian. Existing theories of transgender also conflate these two dimensions, based as they are on a "coming out" model developed for people with lesbian/gay orientations. There has also been a tendency to conflate gender identity with sexual orientation in seeking causal explanations[28].

From these and my own cases, I developed the following intake assessment.

## INTAKE ASSESSMENT

A very careful intake assessment of every young person presenting with gender concerns needs to be undertaken. I have developed the following:

i. **Family constellation**, family conflict /dysfunction, marital and sibling dynamics

ii. **Trauma,** physical, emotional, and/or sexual abuse, attachment disorders

iii. **Psychological evaluation** – ADD/ADHD, ASD, learning disability, self-harm, suicidality, suicide attempts, anxiety, depression, incipient BPD, and psychosis

iv. History of **body dysmorphia**, eating disorders

---

[28] Katz-Wise, S. L., Budge, S. L., Fugate, E., Flanagan, K., Touloumtzis, C., Rood, B., . . . Leibowitz, S. (2017). Transactional pathways of transgender identity development in transgender and gender-nonconforming youth and caregiver perspectives from the Trans Youth Family Study. *International Journal of Transgenderism, 18*(3), 243-263.

v. **School life experiences** e.g., attitude towards school, peer rejection, bullying, truanting, academic performance, post school aspirations

vi. **Cognitive immaturity, concrete thinking, cognitive rigidity, and cognitive distortions**, lack of understanding or misunderstanding of gender ideology and capacity to critically review it (given the illogical and scientifically unsound basis of the ideology)

vii. Perceptions and misperceptions of **gender roles**

viii. **Degree to which there is understanding of the gravity and irreversibility of medical/surgical transition**; what gender affirmation treatment entails, and the consequences of treatment (e.g., infertility, sexual dysfunction, complications of cross-sex hormones and surgery, lifelong patienthood, relationship complexity).

ix. **Sexual experience** history – sexual relationships, sexual abuse experiences, sexual knowledge, sexual anxiety

x. Emerging awareness of **ego dystonic sexual orientation** - > internalized homophobia

xi. **Social contagion** (influence of social milieu e.g., schools, gender clinics, internet, online transgender communities)

xii. **Systemic function of ROGD** e.g., defiance of parents, finding an "in group," being "seen", denying the development of their sexed bodies, fear of adulthood, fear of sexual relationships.

## Psychodynamic Formulation

Identity is not hard-wired – it develops in a social world where the young person experiences attachments, trauma, abuse, or misperceives the meaning of experiences because of cognitive immaturity or concrete thinking. Clinicians need to explore identifications (I want to be like…) and dis-identifications (I do not want to be like…) within the family, the peer group, and the social milieu.

The vulnerable (traumatized) part of the self is hated so it is subsumed into the omnipotent self which is the part that suppresses doubts and anxiety and presses for transition. If the traumatized self pushes for recognition of psychic pain, the young person may resort to self-harm and suicidal ideation which is a form of acting out of their self-

hatred against their bodies. Affirming clinicians collude with the patient's own attacks on the traumatized self by "traumatizing" their young patients' bodies with cross-sex hormones and mutilating surgery. In the hope that transition will restore the young person to an ideal state, medics become omnipotent creators of this ideal state. When this fails, the patient sinks into further self-hatred which is enacted through self-harming and suicidal states.

The majority of GD young people have had very limited life experience. For example, they

i. have had no sexual experience (other than crushes from a distance, hand holding and kissing)

ii. disdain genital sex as "gross"

iii.  are indifferent to loss of sexual function and fertility, claiming that they never want to have children

iv. are confused about the nature of "trans" relationships e.g., a self-declared non-binary male (natal sex = male) in a relationship with a transgender declaring natal female (i.e., a trans man) told their parents they were in a gay male relationship. Similarly, two natal females, both transmen, rejected the suggestion that they were a lesbian couple and stated that they were a gay male couple.

It is imperative to keep the developmental path open into adulthood because frontal lobe maturation continues to occur into the early 20s. Further, there are several final trajectories for gender-nonconforming children. The trajectory of gender-nonconforming children varies greatly, and therefore, not all gender-nonconforming children will report persisting gender dysphoria once pubertal changes begin to develop. Prospective studies show that the majority of gender-nonconforming children will report being a sexual minority at some point later in life. An individual child's trajectory may not be known until later in life and it is imperative that this not be disturbed by iatrogenic interference[29].

---

[29] Leibowitz, S. F., & Telingator, C. (2012). Assessing gender identity concerns in children and adolescents: evaluation, treatments, and outcomes. *Current Psychiatry Reports, 14(2), 111-120*



Psychological trauma from the past forms part of one's psychic structure in the present. The expression of these traumas is socio-culturally embedded, that is, social contagion permits particular forms of "acting out" of these traumas. Envy and rivalry are an integral part of human condition; unconscious envy is a factor in trans identification. GD adolescents need assistance to explore their defences and internal psychic conflicts and to manage their psychic pain before irreparably altering their bodies. "The body is used to act out something that cannot be accepted or processed by the mind." (Evans & Evans, 2021, Ch 2, p. 28). Clinicians should not collude with the phantasy that the "embodied" self can be altered or removed.

Sexual development poses a threat to young people as it signifies approaching adulthood, the demands of which they feel ill equipped to manage.  ROGD may be conceptualized as a "trauma" or a response to the reality of puberty that one now has a sexed body. Rigid adherence to peer norms temporarily assuages vulnerabilities because the young person has found others like him/her who are acting out in the same way.  The desire for transition could be:

  i.   related to a grievance against the parents and a struggle for autonomy/individuation

  ii.  part of a process of identification and disidentification with parents and siblings

  iii. related to an idea that one can create an ideal self

  iv.  protective against feelings of inadequacy, anxiety, jealousy, and disappointment

  v.   a triumph over feelings of vulnerability

  vi.  a repudiation of the sexed body and adulthood

# DEVELOPMENTAL TRAJECTORIES OF YOUNG PEOPLE DECLARING THEMSELVES TRANSGENDER

## Alicia

Alicia was a 14-year-old ROGD adolescent at the time of coming out as trans and starting therapy. She advised her parents that she was a trans male, whereupon they sought therapy for her. Alicia comes from an intact family and is an only child. She has a good relationship with her mother with whom she shares intimate thoughts and feelings and a positive, companionate relationship with her father with whom she shares enjoyable activities. Neither parent is prepared to affirm her, although they have told her that she is loved and wanted. She has been formally diagnosed on the Autism Spectrum, Level 2. Alicia has experienced school refusal, suicidal ideation, depression, peer relationship difficulties, and identity confusion. At the time of writing, Alicia had been in therapy once a week for 18 months. During this time, she had returned to school, recovered from her depression, ceased her suicidal ideation, and started to think about her future.

*Developmental history*

Alicia's parents had no concerns about her gender development in early childhood. There was one occasion when Alicia was 7 or 8 when told her mother that she wanted to be a boy. She had early puberty at age 10 in grade 4 and this was very unsettling for Alicia, who expressed discomfort with her developing breasts and hips. She wanted to cover up more and changed her clothing preferences.

Alicia was bullied and excluded from peer groups. She moved in and out of peer groups but was frozen out by bullies. She befriended different girls but found out that they did not regard her as a friend – they just allowed her to "hang out" with them. She was "broken hearted".

Alicia was diagnosed ASD in grade 6. Alicia wanted to get her long hair cut off. She started wearing boys' clothes. She was unhappy with her female genitalia. She started questioning her gender and became hyper focused on the internet – into YouTube, Discord, etc. She told her mother she didn't understand why everyone didn't question their gender. Mother closed off access to Reddit and Tumblr.

At the time of referral, Alicia had an online boyfriend (15) who is gay. She has not admitted to him that she is a girl. She thinks she is in a gay relationship. Mother thinks that she has told him that she is intersex and has male genitalia and that she is trans. Her mood improved once this relationship began. They play Minecraft online together, chat about life. Alicia feels guilty about lying to him about her gender.

In year 7 (the first year of high school) a male student liked her, but she didn't pick up the cues. Another boy tried to get someone to have sex with her. He cornered her in the bushes and invited other boys to "fuck" her. It all got reported to school management, boy was suspended, but Alicia she was severely traumatised. She became suicidal and could not get the incident out of her mind, could not go to that space in the school grounds. One day, she climbed the stairs in a school building with the intention of jumping off, but boy(friend) came and distracted her to go to the library. The school got someone to accompany her to classes to keep her safe. She started to school refuse.

Mother said that suicide became Alicia's "go to" to solve her problems, but she is not unduly concerned about her safety. Her main concern is the GD. Mother sees her as her daughter, cannot use the alternative name or pronouns.

Mother thinks her husband is also on the autism spectrum. He loves Alicia but cannot talk comfortably with her. She rarely goes to him with problems.

*First month of therapy*

*Session 1*

> I have spent three years trying to figure out my gender identity and why I have gender dysphoria (GD). This year, I have found out and feel comfortable. I have told my parents, but they are not taking me seriously. They have barred me from doing stuff that might help me – they don't understand how I feel about my gender. My friends use my preferred name and pronouns (he/him), but my parents refuse.

> My relationship with my parents is good except for the gender issues. We are strained over that – I feel isolated around them. I feel I can't go to them. They give me reasons as to why I shouldn't be trans. I am being encouraged not to explore how I feel because

of what my Mum has read. I want to tell them that I feel mistreated by them for not respecting my chosen name and pronouns.

Most of my classmates are not accepting either; they make jokes about trans people, so I am hesitant about using my chosen name and pronouns at school.

I have online friends I feel close to. Two of them know that I am trans and are accepting. Others don't know but I go by my trans name and pronouns online because it relieves my distress. They are struggling with stuff as well.

I started wondering about my gender when I was 10 which is when I started puberty. I felt something was "off" about myself. I tried to understand it by experimenting with different identities and what felt right for me. I explored them all, but nothing felt right, I couldn't stick to one thing. I was all over the place. I knew about trans people while I was trying to figure myself out. At the beginning of 2020, I finally found an identity that I was looking for but then had trouble expressing that and finding acceptance. At one point, I considered myself non-binary (NB), gender fluid (GF), agender. I landed on non-binary because I don't identify as male or female; GF fluctuates between the poles of male and female. But NB didn't feel right either, thinking of myself as other than male or female. GF felt like something that I had to actively think about all the time. "What do I feel like right now – male or female?" Then I decided that trans felt best for me – it felt like I could recognize who I am – I really wasn't comfortable with being female. Saying that I am trans feels right in the sense that I now know who I am.

As a female, I experienced GD, didn't like my female pronouns, within my peer group at school, I felt very disconnected from girls in my classes, slowly gravitated towards having a male peer group, with whom I felt more comfortable. They don't acknowledge my trans status except when they are making jokes about trans people. At school, I still go by my birth name and female pronouns. My male peer group see me as the only girl in their friend group. One of them reads me as more masculine, sometimes uses male pronouns then corrects himself. Secretly, I don't want him to correct himself but none of them know that I am trans.

Some students in class make awful jokes about trans people, making fun of NB people. In a science class we had to classify salts and gases. Some of them related this to trans categories. I had to sit there pretending that I didn't care about what they were saying. I was on the verge of breaking down, so I left to go to the bathroom. I was crying for the last ten minutes of period in bathroom. They were jabs at me personally. They figured I was part of the LGBTQ community.

*Second month of therapy*

The only thing that I want at the moment is to transition socially without going through more struggles and to feel more comfortable with myself. I also want to get a binder to feel more comfortable. Mum says no - she says she wants me to be comfortable in my own skin but I can't without doing anything. I wear sports bras and baggy clothing, but sports bras don't help much. My height is a problem because I am short, I am insecure with that. I also have bottom dysphoria – I am distressed at not having a penis. I have to wear loose pants to stop myself from being more aware of it. Having a penis would make me feel more comfortable and more complete.

I am attracted to guys. I have a boyfriend. He knows that I am trans and he genders me correctly. My parents know that I have a boyfriend. He is 15, a year older than me.

I feel vulnerable and distressed at home and school. I would like my parents to be more accepting so that I can come to them with the issues that I am having. I would like to socially transition just in the house, I would feel more comfortable, just around my parents. There wouldn't be too much change. I have a lot of body hair - Mum says that I should shave my legs and armpits, but I prefer not to.

*Six months into therapy*

I have had some moments doubting my gender identity, sometimes I feel confused that I am faking it and doing it for attention. It comes and goes. It's quite distressing, I want to tell Mum and Dad that I am having doubts and need some comforting words. It is hard to let them know that I am not trans anymore because when I am doubting it is very hard to stay grounded. It feels like a big swamping feeling that I am overwhelmed by, and it is hard to reach out for comfort to them. I am scared that they might take my doubting as a good thing. Mum is OK with other stuff but not for my

gender dysphoria; we are at opposite ends. We can't see eye to eye. There is a lack of understanding about how I am feeling. I talked to her before about my breast dysphoria. I said to her, "I don't like my breasts." My mother then said, "Well, I don't like having fat legs."

Conversation with mother:

What is worthy of note is that Alicia started taking her bra off to sleep while we were on holidays at the beginning of December, and she has kept doing that. She had refused to do that for about a year. Also, she would always hide her breasts with her arms when in the bathroom, going to the bathroom without clothes on, or whatever, but is no longer doing that since sleeping without the bra. She even unzipped her sun shirt while in the pool, which has not happened for a few years. She had swimmers underneath, but normally would never expose herself that much. Four or five days ago, she was upset, but didn't tell me until after, but said it was to do with gender dysphoria and doubting herself. I didn't want to push her, but I took that to mean she doubted she was trans, and that's what was upsetting her - the thought of not being trans.

*12 months into therapy*

My thinking has changed about the gender issues over time - I feel once again that I am not sure who I am regarding gender. I want to block out everyone else's opinion because it is a life changing issue. Questioning has the potential to be life changing. I am at a point where I feel I have to go through it alone, to avoid multiple opinions. There is no check list that definitively says what you are. I have to step back from everyone and dive deep down into myself to try to know who I am. It is a very tricky experience to try to explain. I feel like I know how I stand, how I perceive myself in terms of gender but there is no way I can know for sure. I might feel one way now and will be treated in a certain way but then I might change my mind.

*Alicia's current summation, 18 months into therapy*

I have decided that I am a nonbinary male, but I am not necessarily male. My gender is neutral – overall, I am in the middle of thinking about it on a spectrum. I feel that I have now landed on something that feels right; it is the best descriptor for me. I

> previously considered myself trans FtM but now that doesn't fit. I have made peace
> with it. I have made peace with the fact that I have been born with a female body. I
> might not like it, but it is my body and the best I can do is try to feel at home one way
> or the other in it. When I think about medical transition - I will leave that alone until
> I am 18 and responsible for my own choices. Hopefully, I would have a firm grasp on
> who I am by then. Medical treatment is risky for people who are going through
> puberty, and I am too old now to have puberty blockers, so I have decided to get to
> the end of this, I mean puberty, being a teenager. I don't want to make irresponsible
> decisions when I am not mature enough to do so. I think I will eventually start
> testosterone, but not too rapidly. I want more masculine features/characteristics,
> but I prefer to appear androgynous, more male leaning androgyny. I want to
> minimize my overtly feminine features that get to me. I expect to shave but not have
> a bushy beard, maybe minimal hair on my face. I have never grown any facial hair. I
> don't like having wide hips or a curvy body. I want bulkier arms and bigger hands. My
> body is "petite" - I don't like that. I am short and insecure about my height. I am 157
> cms - that is short compared to my classmates. I am embarrassed that I am so short
> compared with my classmates. I feel inferior having to look up to them. In my friend
> group, I am the oldest but also the shortest. I want more respect.

I asked Alicia whether she will get more respect if she looks more androgynous. She replied:

> It is a grey area for me. In terms of feeling respected, I want to feel like myself, like a
> proper person. Sometimes I am shambling around as some thing and not as any sort
> of defined me. I really don't like the fact that I have a fanny. I am tolerating the breasts
> more than the fanny. Having a fanny doesn't feel right or proper. It feels like empty
> space. It doesn't feel like a part of my body. My ideal body would not include a fanny.
> I would rather have a willy.

I explained how testosterone would and would not change her body. I told her that it would
produce facial hair and a deeper voice but would not increase her height or grow a penis. She
was somewhat shocked to hear about these limits of testosterone. She then said, "In that
case, I will leave the big decisions until I am 18".

*These statements from this young ASD person highlight how young people's sense of gender changes over time and how dangerous it is for gender clinics to accept their first pronouncements of how they perceive themselves. It also brings into sharp focus the misunderstandings and confusion that can arise. Without careful discussion in a safe space, such misconceptions may never be detected or corrected, and the young person may be left with their erroneous beliefs, the basis upon which they make irreversible decisions about their bodies. It is also noteworthy that a significant proportion (~51%) of young people with ASD express anxiety related to gender while not expressing unhappiness with their biological sex (60%) or a desire to change their biological sex (70%)[30]. It is therefore imperative that anxiety about gender not be used as the determinant for medical interventions in ASD populations.*

## Jared[31]

Below is a two-year history summarizing the gender identity and sexual orientation trajectory of an adolescent male. Apart from his gender questioning, Jared was an otherwise psychologically healthy young person from an intact family. He loved BMX and scouts, was doing well at school, had friends, both male and female, and two older siblings, including a 23-year-old brother who proved a very useful ally and role model in Jared's treatment.

At the age of 14, Jared came out to his parents as GAY. He soon changed that declaration to BISEXUAL when he experienced a powerful crush on a female classmate. After she rejected him, he came out as TRANS and demanded puberty blockade and cross sex hormones.

In therapy, his demands for transition were strident and incessant. He constantly asked me when I was going to tell his parents that he was competent to give consent and could therefore proceed with his transition.

He shaved his legs, arms, and body hair, grew his hair long, and started to wear eye makeup and nail polish. He ordered female clothing from the internet and wore it secretly in his room. When his parents confiscated these clothing items, his female friends from school lent him

---

[30] Adesman, A., Brunissen, L., & Kiely, B. (2020). Characterization of Gender-Diverse Expressions and Identities among Youth with Autism Spectrum Disorders. *Pediatrics*, *146*(1_MeetingAbstract), 302-303.

[31] A very similar case has been posted online https://genderclinicnews.substack.com/p/florida-warns-doctors-off-gender?r=130uly&s=w&utm_campaign=post&utm_medium=web

their clothes to wear until I advised his parents to put a stop to this. Teachers at his school started calling him by his preferred name and pronouns until I advised his parents not to allow this.

He became increasingly hostile towards me because I was not advising his parents to allow him to transition. His parents had told him that they were not prepared to act on his desire to transition until they were advised by me that this was the medically and psychologically sound course of action. I told Jared that such decisions required great care and exploration and that we needed to understand more about his motivation for wanting to transition and what it meant in his life. I explained that I needed to be sure that he understood all the ramifications of such treatment and the fact that some aspects were irreversible. He insisted like so many young transgender declaring adolescents that he didn't care about having sex or children so none of that mattered.

Several months after therapy commenced, while still vehemently protesting his trans-female identity, he wrote a letter to his parents apologising for misleading them. He said he now realised that he was not a trans-female but a DEMIGIRL (denoting partial non-binary, partial female gender identity).

He changed this orientation shortly thereafter to DEMIBOY (denoting partial non-binary, partial male gender identity). He stopped trying to deceive his parents with regards to wearing makeup and nail polish and secretly stashed his female clothing obtained illicitly through the internet (with packages delivered to his friends' houses so that his parents did not suspect) into the recycle bin.

Three months later, he again wrote to his parents, telling them that he was only joking about the whole thing and that they were the only people who had taken it seriously.

I advised his parents to eat humble pie to give their son the opportunity to exit the gender maze without losing face.

The next day, shortly after his 16th birthday, he asked his parents to take him for a haircut and to take him shopping for new clothes. He directed them to a barber and a male clothing store. He quietly advised his parents that he now realised that was STRAIGHT.

# SOCIALIZED AND INTERNALIZED HOMOPHOBIA

An adolescent realises that s/he is same sex attracted. Finding this unacceptable, due to parental and/or internalized homophobia, the adolescent reasons as follows: Being same sex attracted is bad and shameful. My parents will reject me if I am gay. If I am a boy attracted to other boys, I must be a girl and therefore need to transition so that my attraction to boys becomes heterosexual.

## Hossein

*Sociocultural issues and parental homophobia*

Hossein was aged 15 years when his parents contacted me about their many concerns for their son. He is the elder of two children; he has a nine-year-old sister. The family migrated to Australia from a Balkan country when Hossein was five. They became panicked when Hossein declared that he was transgender and wished to transition immediately.

Hossein was difficult to engage except when talking about his gender dysphoria and pressing his case for transition. He said that his parents were waiting for my assessment before they agreed to any medical treatment. He asked several times each session when I would finish my assessment and advise his parents that he could start taking oestrogen.  He was otherwise hard to engage and was sometimes irritated, sleepy, and uncooperative.

Hossein expressed concern about his schoolwork. He had aspirations to study aerospace engineering but was finding senior school maths and physics difficult. He also reported serious attentional problems. I advised his parents to obtain psychometric assessments of his ability, attention, and social skills in order to gain a baseline of his current functioning. Hossein was found to have average intelligence, which was not concordant with his parents' view of him, or his own view, that he was "gifted." I attempted to do some reality testing regarding parental expectations for his academic performance.

Hossein also scored in the clinical range for both attention deficit disorder and autism spectrum disorder. I indicated to his parents that these conditions were priorities for treatment and that the school needed to be informed about the results of psychometric testing in order to better support Hossein at school.

When I explored Hossein's perception of his sexuality and sexual orientation, Hossein disclosed the following:

> I see myself as bisexual. I have feelings for guys and girls, more like a pan-thing. I have had a boyfriend who identifies as male and pan since last year. We get together just the two of us - we visit each other's houses. I guess I would be OK with being gay. For me, it fluctuates.

Of his mother, Hossein said:

> Mum knows I have this friend. She doesn't know that he is my boyfriend. I don't think Mum will take it well because she asked me if I still liked girls. She wouldn't take kindly to knowing I have a boyfriend.

Of his father, Hossein said:

> Dad is trying to suppress his queer phobia, but he says bad things about LGBTQ. He is anti it all; he got angry with me for refuting what he was saying. Dad said gay is about anal sex and that is gross. Then Mum told him to shut up and I went to my room and cried. Dad is anti queer for sure, he tries to suppress it because he still loves me. I felt very disappointed in Dad when he expressed these sentiments. He will be very freaked out if he thinks I am queer, gay, or trans.

This is a [….] family who speak [….] at home. [….] culture is homophobic. In a family meeting, I tentatively prepared his parents for the possibility that Hossein's sexuality may eventually resolve as homosexual and that if that were the case, they would need to resolve their own antipathy to homosexuality in order to support their son.

Declaring oneself transgender in this sociocultural milieu is an attempt to resolve the difficult dilemma of a […] boy being gay. Sadly, transgender identity is preferred to a homosexual orientation in certain Balkan countries and the Middle East.

Hossein was insistent at various times that he was transgender and was impatient to commence his social transition and to obtain prescriptions for cross sex hormones. He was dismissive of the life changing effects of these drugs on his body, was indifferent to the loss of sexual function, and declared that he was not interested in preserving his sperm for later reproduction because he had no intention of having children. Hossein was cognitively rigid

and evinced concrete thinking when discussing his potential transition. He had researched the "facts" about MtF transition but could not discuss them in a nuanced way or accept the possibility that he may be disturbed by side effects or uncertainties about his course of action. He did not wish to proceed with surgery at this time.

In view of Hossein's recently diagnosed ADD, ASD, and uncertainty about his gender identity and sexual orientation, I drew the conclusion that Hossein was not Gillick competent and should not be supported to transition at this time, either socially (i.e., changing his name and pronouns) or through cross sex hormones.

The priority for Hossein was to address his ADD and to get support for his ASD. I referred him to a child and adolescent psychiatrist for a medication review for his ADD and depression. The psychiatrist prescribed methylphenidate and antidepressants. I ceased therapy with Hossein as he refused to engage further because I had not supported his transition and had several further sessions with his parents to assist them to address their homophobia and grief that their only son was, in all likelihood, gay.

## Roisin

### *Internalised homophobia*

Roisin is a 15-year-old adolescent attending an exclusive girls' school. She came out as trans to her mother at the age of 14. It seemed like rather a half-hearted coming out. Roisin had not chosen a new name or pronouns and did not seem particularly interested in exploring her new identity. The only change was that she asked her mother to buy her the alternative school uniform, which consisted of trousers and a shirt instead of a pinafore. This did not trouble mother too much as a significant number of the students had opted for this style of uniform.

Roisin's presentation was more consistent with body dysmorphia than gender dysphoria. Roisin complained that her hips were too wide, that her thighs were too big and that her face was the wrong shape although she could not be specific about what it was about her normal, symmetrically placed features that were so wrong. Roisin suffered from severe acne for which she was prescribed medication. When her skin cleared up and she appeared in the full bloom of good health, she confided to me that she was not that happy that her skin looked so good. When I inquired why, she replied that now that the focus was taken away from her acne, all

the other "hideous" features of her countenance were in the full glare of the spotlight, and she could not tolerate looking at herself in the mirror or having her photo taken.

Roisin is gifted and had been performing well at school, but teachers had commented recently that she was distracted, disconnected, often "spaced out" and not "with it" in class. She appeared sleepy and often put her head on the desk.  In response to a question about how she was sleeping, Roisin responded:

> I am having nightmares about events in my life and about what could go wrong. They are most often about peer interactions. I worry about potential issues related to my peers judging me, exposing me as gay. I wake up in a panic about who is talking about me. There are a few girls in my class who won't shut up about LGBTQ issues. They are really obnoxious and loud, and I always feel as if they are referring to me when they talk about lesbians in a disparaging way. I have thought about asking them not to keep talking about LGBTQ issues all the time, but if I do that, I will be accused of being homophobic.  I might risk being ostracized by other girls as well.

Soon after she reported her nightmares, Roisin disclosed that she had been self-harming for about a year.

> Sometimes, I come home from school defeated, nothing in particular has necessarily happened, it is just the constant stress of the environment. I tried sitting with the feeling, but it didn't pass, so I got the reed on my clarinet and scraped and cut my waist and hip. It is still red and angry, it was painful, but it is healing. Other times I use scissors and cut the top of my thighs. I only cut where it is not obvious, and no-one will see it.

About nine months into therapy, Roisin confided that she had a powerful crush on a girl at school but would never act on it for fear of rejection by the girl in question, and peer vilification in general. She was very troubled by the intensity of her feelings and asked me whether she was gay.

I had a very open and scientifically oriented discussion with Roisin about female sexual orientation. I explained that sexual orientation in females appears more likely to change over time. I discussed hypotheses regarding the greater sexual orientation fluidity in females

compared with males that are underscored by biologically based sex differences in foetal hormone exposure and socio-political forces that constrain sexual self-concept, expression, and opportunities differently in women and men. I indicated that while she currently felt strongly same sex attracted, her feelings may well change over time. I explained that many adolescents experienced same sex attractions but mostly reached adulthood as heterosexual. I normalized her feelings and explained that she was not inferior, diseased, or immoral if she were, in fact, gay. Roisin was greatly relieved by our several discussions on female sexual orientation and decided that she would like to share this with her mother.

I coached mother about appropriate responding and reinforced what I had already discussed with Roisin in her sessions. Mother was relieved that Roisin no longer thought of herself as trans and was not at all troubled that she may be lesbian. She said:

> Being gay is biologically based and does not involve self-mutilation or lifelong patienthood at the behest of the medical profession. There are a number of gay people in our extended family, and all are accepted without question. We do not have a problem with it at all.

The disclosure went well, and Roisin was greatly comforted by her parents' easy acceptance of her declaration. However, she is troubled by possible responses from her peer group should they find out (she has no intention of disclosing to them). She continues to struggle with other aspects of her mental health, including a treatment resistant clinical depression for which she has been medicated unsuccessfully.

**Professor Dianna Theadora KENNY**

Mob: ███████

*E:* ███████

ABN ███████

*Professor of Psychology (rtd)*
*Consultant Psychologist and Psychotherapist*

Registered psychologist (No. 0005390)
AHPRA number PSY0001136350, specialist endorsements: developmental, educational and counselling psychology
Medicare Provider No 2876971T

*Marriage and Family Therapist* (Relationships Australia)

*Nationally Accredited Mediator* (Australian Dispute Resolution Association)

*Family Dispute Resolution Practitioner (*No. R1005291*)* (NSW College of Law)

---

## ABBREVIATED CURRICULUM VITAE

| | | |
|---|---|---|
| **Current** | 2019 - | Principal, DK Consulting (Psychology, psychotherapy, family dispute resolution, and medico-legal services) |
| **Previous** | | |
| **appointments** | 2013-2019 | Hon Professor of Psychology, The University of Sydney |
| | 2006-2013 | Professor of Psychology, The University of Sydney |
| | 1988-2006 | A/Professor, Senior Lecturer, Lecturer in Psychology, The University of Sydney |
| | 1986-1987 | Psychologist in private practice |
| | 1986-1987 | Lecturer in School Counselling, School of Counselling and Disabilities Studies, The University of Western Sydney |
| | 1983-1985 | Regional Specialist Counsellor for Emotionally Disturbed Children, Liverpool region, Division of Guidance and Special Education, NSW Department of Education |
| | 1978-1983 | District School Counsellor, NSW Department of Education |
| | 1976-77 | Teacher, Haberfield Demonstration School, Haberfield, NSW |

**University Qualifications**

| | | |
|---|---|---|
| | 1988 | Doctor of Philosophy (PhD) (Developmental and Educational Psychology), Macquarie University (School of Behavioural Sciences) |
| | 1980 | Master of Arts (School Counselling), [M.A. (Sch. Couns.)], Macquarie University (School of Behavioural Sciences) |
| | 1974 | Bachelor of Arts (Honours - Psychology) [B.A. (Hons)] The University of Sydney |

**Other Qualifications**

| | | |
|---|---|---|
| | 2016 | Postgraduate Diploma in Family Dispute Resolution (PG Dip FDR) (NSW College of Law) |
| | 2015 | Nationally accredited mediation training – Resolution Institute |
| | 1986 | Diploma in Clinical Hypnotherapy (DCH), Australian Society of Clinical Hypnotherapists |

1

| 1982 | Certificate in Marriage and Family Therapy, Marriage Guidance Council, N.S.W. (now Relationships Australia). |
|---|---|
| 1977 | Associate Diploma in piano, Trinity College of Music, London (ATCL) |
| 1975 | Diploma in Education, (DipEd) Sydney Teachers' College |

**Registrations and Accreditations**

Psychology Board of Australia (No.0005390)

Australian Health Practitioner Regulation Agency (PSY0001136350)

Approved Medicare provider (No 2876971T)

Nationally accredited Mediator (LEADR, Australian Dispute Centre)

Family Dispute Resolution Practitioner (NSW College of Law)(Registered with Attorney General Department) (No. R1005291)

**Membership of professional societies**

Member, Australian Psychological Society: Specialist Accreditations

    Academic Member, College of Developmental and Educational Psychologists

    Fellow, APS College of Counselling Psychologists

Member, American Psychological Society

Member, Society for Psychotherapy Research

Member, International Association of Relational Psychoanalytic Psychotherapy

Elected Member, New York Academy of Sciences

Member, Australian Dispute Resolution Association

International affiliate, American Psychological Association

**Consultancies relevant to psychology and the law, transgender issues in children and adolescents (informed consent, assessment and suitability, family conflict, comorbid conditions), child sexual abuse, sex offending, and sexual misconduct**

    Expert report writer, Human Rights Law Alliance

    Expert report writer, Amicus Briefs for cases occurring in Canada and USA

    Expert reviewer/report writer, Office of the Director of Public Prosecutions, Armidale, Gosford, Lismore, Parramatta, Penrith, Sydney, Tamworth, Wollongong

    Expert reviewer /report writer, Crown Solicitors' Office, Sydney

    Expert reviewer/report writer, Victorian Government Solicitor's Office (VGSO)

    Expert reviewer/report writer, Joint Investigative Response Team (JIRT), NSW Police – Blacktown, Chatswood, Coffs Harbour, Manly, Penrith, Tamworth

    Expert reviewer/report writer, Health Care Complaints Commission (HCCC) – NSW, Victoria, and Western Australia

    Expert developmental psychologist, various Barristers chambers

    Assessment psychologist, Aboriginal Legal Service

    Research consultant, *NSW Department of Juvenile Justice*

    Research consultant, *Justice Health NSW*

    Research consultant, *Youth Justice Coalition* (pro bono)

    Research consultant, *Public Interest Advocacy Centre* (pro bono)

Consultant investigative psychologist (of alleged child sexual abuse), *St Joseph's College, Hunter's Hill*

Consultant psychologist, *Tribunal of the Catholic Church*

### Expert reviewer for Joint Investigative Response Team, NSW Police

- Provide advice and court reports on cases related to child sexual assault, including reports of historical child sexual abuse
- Appraise the quality and plausibility of disclosures made by complainants in cases of current and historical sexual abuse
- Provide literature reviews and advice on the status of recovered memories, the reliability of childhood memory, and memory processes over time and factors that can alter or affect memories
- Provide advice on language development, children's use of and understanding of sexual language
- Provide expert advice on other matters related to criminal offending against children.
- Provide expert advice on the nature of psychopathologies arising from child sexual abuse

### Expert developmental psychologist for various Barristers chambers, Crown Solicitor, and Office of the Director of Public Prosecutions

- Provision of expert reports on matters pertaining to child development
  - credibility and reliability assessments of disclosures of child sexual abuse
  - Reasons for delay of disclosures of child sexual abuse
  - memory and language development as it pertains to child sexual abuse disclosures
  - evaluation of "recovered memories"
  - Long term impacts of child sexual abuse
  - Capacity for consent

### Court referred clients

- In cases of parental alienation, assess the quality and veracity of accusations of emotional, physical and sexual abuse of children in divorcing couples undergoing family court proceedings for custody and access of the children of the marriage, and report these findings to the court.
- Assess parenting capacity in separating and divorcing parents to ascertain child safety and capacity of parents to undertake shared parental responsibility.
- Where mandated by the court, provide assessment, counselling and therapy for accused fathers and report on the alleged risks to their children while in their care.

### Expert reviewer for the Health Care Complaints Commission

- Investigate complaints against psychologists for malpractice and misconduct, including sexual misconduct, and other conduct that falls below the standard expected of the profession.
- Undertake review and critical appraisal of treatments offered by psychologists and whether those treatments have been collusive, coached, suggestive or in other ways biased with respect to issues of child sexual abuse, including historical sexual abuse.

3

- Evaluate psychologists' psychological practice, evidence-base for therapeutic interventions, and competence in implementing psychological therapies.

- Undertake file review of documents (letters, submissions, complaints, statements, accounts of therapy, therapy case notes) from complainants and defendants, report writing, participation in conclaves, and court appearances.

### Consultant Psychologist to the Tribunal of the Catholic Church

- Assessment of marriages for annulment
- Assessment of claims of sexual abuse within marriage and non-consummation of marriage, among other relationship issues.

### Research on sexual offending in young sex offenders

- Extensive research undertaken on sexual offending examining life histories and precursors to sexual offending, young offenders' experience of sexual abuse, and other forms of maltreatment for the NSW Department of Juvenile Justice.

### Ministerial and other Appointments in Psychology and the Law

2013 Board Member, Daystar Foundation (a foundation for the provision of vocational training and employment to 'at risk' young people)

2003-2009 Chair, Ministerial Steering Committee, NSW Department of Juvenile Justice Collaborative Research Unit

2003-2009 Member, Ministerial Steering Committee on Sexual Offending, New South Wales Department of Corrective Services

2002 A/Chair, Ministerial Reference Group on Sexual Offending, New South Wales Department of Corrective Services

2001 Member, Ministerial Reference Group on Sexual Offending, New South Wales Department of Corrective Services

2003 COCQOG (Commonwealth Cost and Quality of Government): External Reviewer of Psychological Services and Specialist Programs, NSW Department of Juvenile Justice

1996-2002 Deputy Chair, Ministerial Steering Committee, NSW Department of Juvenile Justice Collaborative Research Unit

1997-2003 Chair, Research and Ethics Subcommittee, NSW Department of Juvenile Justice Collaborative Research Unit

### Expertise

I divide my expertise into five key areas –

(a) Gender dysphoria (GD) in children and adolescents including a clinical practice working with young people with GD and their parents/families and schools. I bring my decades of experience working with children and families to my practice in working with young people with GD (key areas b, c, d, and e are all relevant to my clinical practice in gender dysphoria).

4

(b) <u>Child development</u> – including children's social, emotional and cognitive development, assessment of children's attachment to primary care givers, peer relationships, cognitive abilities including intelligence, memory and language; assessment of developmental psychopathologies and behavioural disorders and provision of therapy for same.

(c) Matters pertaining to <u>child sexual abuse</u>, including the disclosure of child sexual abuse, the impact of sexual abuse on children, historical child sexual abuse and its reporting, and issues of repressed or false memory, grooming by paedophiles, and counter-intuitive behaviour.

(d) Matters pertaining to <u>school performance</u> and achievement, psychometric assessment of intelligence, assessment in literacy and numeracy and specific learning disabilities.

(e) <u>Family dispute resolution</u> (I am an FDRP registered with the Attorney General's Department) in which role I asses alleged offences of one parent against another and/or their children in the context of family court proceedings. I report on issues such as access, parental alienation, and child stress in the context of contested divorce and custody disputes.

**(a) Gender dysphoria in children and adolescents**

I have a busy clinical practice specializing in the treatment of gender dysphoric children and young people, their parents and families. I have contributed invited submissions to government here in Australia and overseas on matters relevant to education policy on transgender declaring children and adolescents and acceptable therapies with which to treat them. I have published in the area and provided expert reports on disputes regarding treatment of gender dysphoric young people whose cases reach the Family Court.

*Key publications (Books, edited books, book chapters, journal articles)*

**Kenny, D.T.** (2020). *Gender dysphoria in children and young people: Collected papers on the psychology, sociology and ethics of gender transitioning*. Germany: Scholars Press.

This book critiques gender dysphoria in young people and its current treatments that include gender affirmation therapy involving puberty blocking agents, cross sex hormones and sex reassignment surgery. I examine the safety of these treatments, evidence of efficacy, capacity of children and young people to give consent to life altering treatments, the social impacts of transgender individuals, particularly in women's sport, and the social contagion of gender dysphoria.

D'Angelo, R., Syrulnik, E., Ayad, S., Marchiano, L., **Kenny, D. T.,** & Clarke, P. (2021). One size does not fit all: In support of psychotherapy for gender dysphoria. *Archives of Sexual Behavior*, *50*(1), 7-16.

Holloway, G., **Kenny, D.T.,** Deves, K., …Parkinson, P., Morris, P., & Halasz, G. (2021). Australian perspectives on transgendering children and adolescents: Implications for policy and practice. Hobart: Author.

**Kenny, D.T.** (2021). *Opposing the teaching of gender fluidity ideology: The Education Legislation Amendment (Parental Rights) Bill 2020* (pp. 13-22). In Holloway, G., **Kenny, D.T.,** Deves, K., …Parkinson, P., Morris, P., & Halasz, G. (2021). Australian perspectives on transgendering children and adolescents: Implications for policy and practice. Hobart: Author.

5

**Kenny, D.T.** (2021). *The social contagion of gender dysphoria: a theoretical and empirical proposition* (pp. 56-70). In Holloway, G., **Kenny, D.T.,** Deves, K., …Parkinson, P., Morris, P., & Halasz, G. (2021). Australian perspectives on transgendering children and adolescents: Implications for policy and practice. Hobart: Author.

*Submissions to government inquiries*

**Kenny, D.T.** (2021). Submission to the NSW Parliamentary Inquiry: Education Legislation Amendment (Parental Rights) Bill 2020.

https://www.parliament.nsw.gov.au/lcdocs/submissions/70648/0005%20Professor%20Diana%20Kenny.pdf  and

https://www.parliament.nsw.gov.au/lcdocs/inquiries/2610/Report%20No%2044%20-%20PC%203%20-%20Education%20Legislation%20Amendment%20(Parental%20Rights)%20Bill%202020.pdf

**Kenny, D.T.** (2020). Gender development and the transgendering of children. In H. Brunskell-Evans and M. Moore. *The fabrication of the transgender child*. Cambridge: Cambridge Scholars Press.

**Kenny, D.T.** (2020). Submission and invited presentation to the Queensland government Inquiry into the proposed *Health Legislation Amendment Bill 2019* to outlaw conversion therapy.
https://diannakenny.com.au/images/pdfs/Submission_to_the_Queensland_Inquiry_into_Outlawing_Conversion_Therapy.pdf                                                and
https://documents.parliament.qld.gov.au/tableOffice/TabledPapers/2020/5620T328.pdf

**Kenny, D.T.** (July 2020). Submission to the ACT government into proposed amendments to outlaw conversion therapy.

*Clinical guidelines*

Morris, P. …. **Kenny, D.T**….. (May, 2021). *Managing Gender Dysphoria/Incongruence in Young People: A Guide for Health Practitioners.* National Association of Practising Psychiatrists. https://napp.org.au/2021/05/managing-gender-dysphoria-incongruence-in-young-people-a-guide-for-health-practitioners/

*Presentations*

**Kenny, D.T.** (2021). *Transgendering our young people: Faulty science, psychic epidemic.* Invited lecture to the Faculty of Medicine, Notre Dame University, Sydney, Australia.

**Kenny, D.T**. (2020). *Affirmation only: Where's the evidence.* Invited presentation to the Catholic Medical and Bioethical Conference, 30 May.

**Kenny, D.T.** (2020). *Is gender dysphoria socially contagious?* Invited presentation to the NSW Parliament Forum on gender dysphoria in our young people, 18 February.

6

**Kenny, D.T.** (2020). *Transgender "ideology" and the "trans-gendering" of young people.* Invited presentation to the Northern Area Mental Health Network, NSW Department of Health, 12 February.

**Kenny, D.T.** (2019). *Children and young people seeking and obtaining treatment for gender dysphoria in Australia: Trends by state over time (2014-2018).* Paper presented at the Forum on transgender children and adolescents at the Parliament of NSW, 2 July, 2019.

Children and young people seeking and obtaining treatment for gender dysphoria in Australia: Trends by state over time (2014-2018) - Professor Dianna Kenny

**Kenny, D.T.** (2019). Female sport participation and gender affirmation: A collision course for medical ethics. Invited presentation Melbourne consortium of parents of transgender declaring children. 12-13 October.

Female sport participation and gender affirmation: A collision course for medical ethics - Professor Dianna Kenny

For other significant contributions to the gender dysphoria debate, go to https://www.diannakenny.com.au/


**(b) Child and adolescent development**

(i)    I commenced my professional life as a primary school teacher, then became a school counsellor, and specialist counsellor for emotionally disturbed children with the NSW Department of Education. I held these positions for 10 years before joining The University of Sydney, where I rose to the rank of Professor of Psychology in 2006.

(ii)   I hold a PhD in developmental and educational psychology, a master's degree in School Counselling, an honours degree in psychology and postgraduate diplomas in education and family dispute resolution.

(iii)  I am a recognised expert in child development. I have designed and lectured in a range of courses at undergraduate and postgraduate levels pertaining to child development including: Developmental psychology; developmental psychopathology; infant and child study (with a focus on language and cognitive development); attachment theory; the psychological and cognitive assessment of children; and the developmental foundations of stress and coping.

(iv)   I have major publications in the area of child development.

(v)    I have provided reports on children to the courts and police, including on issues in child development such as language and cognitive development, childhood memory and its reliability, and adverse experiences that impair normal development such as attachment trauma and environmental risks to safety and security.

(vi)   I am able to provide comprehensive literature reviews on most subjects related to child development.

*Key publications:*

**Kenny, D.T.** (2013). *Bringing up baby: The psychoanalytic infant comes of age.*  London: Karnac.

This book examines the development of children, from birth to adolescence. It provides a detailed analysis of all modes of development including cognitive and social development, language development, the development of memory, the role of secure attachments in emotional development and the contribution of developmental neuroscience to our understanding of infant and child development.

**Kenny, D.T.** (2007). *Lifespan development: Theories and research.* The University of Sydney: Author.

This comprehensive manual describes how people develop and change throughout the lifespan, critically evaluates how cultural, historical, and economic factors influence development, presents the major psychosocial, emotional, and cognitive developmental theories, discusses the major controversies in developmental psychology, integrates different theoretical perspectives on development, and applies developmental theory to healthcare practice. It includes a critical review of the methods and research approaches (including genetic, comparative, cross cultural, ethological, and ecological) in developmental psychology and research designs (including cross-sectional, cohort and longitudinal, time lag and sequential).

Schofield, P., Mason, R., Nelson, P.K., **Kenny, D. T.,** & Butler, T. (2018). Traumatic brain injury is highly associated with self-reported childhood trauma within a juvenile offender cohort. *Brain Injury,* DOI: 10.1080/02699052.2018.1552020.

**Kenny, D.T.** (2016). The adolescent brain: Implications for assessing young offenders' legal competence. *Judicial Officers' Bulletin* (Judicial Commission of NSW), April, 28, 3, 23-27.

**Kenny, D.T**., Blacker, S. & Allerton, M. (2014). *Reculer pour mieux sauter*: A review of attachment and other developmental processes inherent in identified risk factors for juvenile delinquency and juvenile offending. *LAWS,* 3, 439–468; doi:10.3390/laws3030439.

**Kenny, D.T.**, & Nelson, P.K. (2008). *Young offenders on community orders: Health, welfare, and criminogenic needs*. Sydney, Australia: Sydney University Press. ISBN 978-0-9804117-0-6.

**Kenny, D.T.** (2001). Cognitive-developmental theory. In Carol Jones (Ed) *Readers' Guide to the Social Sciences Volume 1, pp. 230-231.* London, United Kingdom: Fitzroy Dearborn Publishers.

**Kenny, D.T.** (2001). Nature and nurture. In Carol Jones (Ed) *Readers' Guide to the Social Sciences Volume 1, pp 1105-1106.* London, United Kingdom: Fitzroy Dearborn Publishers.

**Kenny, D.T.** (2000). Psychological foundations of stress and coping: A developmental perspective. In Kenny, D.T., Carlson, J. G. McGuigan, F. J. & Sheppard J. L. (Eds.). *Stress and health: Research and clinical applications*. Ryde, NSW: Gordon Breach Science/Harwood Academic Publishers (pp. 73-104).

**Kenny, D.T.** & Waters, B. (1995). Current issues in adolescent mental health. In D.T. Kenny and R.F.S. Job (Eds). *Australia's Adolescents: A Health Psychology Perspective.* Armidale: University of New England Press (pp 68-88).

**Kenny, D.T**. & Job, R.F.S. (Eds.) (1995). *Australia's adolescents: A health psychology perspective* (272 pages). Armidale: University of New England Press ISBN 1 875821 24 4.

**(c) Child sexual abuse (CSA)**

I provide expert reports on child complainants and alleged adult sex offenders to Joint Investigative Response Teams and Child Abuse Teams within the NSW Police. I have current experience:

(i)      in counselling CSA victims.

(ii)     providing structural and psychological analysis of CSA victim statements. I have developed specific expertise in the assessment of child testimony in sexual abuse cases.

(iii)    reviewing video recordings of police interviews with alleged victims of CSA and providing commentary on the pertinent psychological issues.

(iv)    providing expert statements and reviews of literature on matters pertaining to child development in general and CSA in particular, for the ODPP, Police, JIRT, barristers, and court.

(v)     acting as an expert witness in cases of child sexual abuse, historical child sexual abuse, and paedophilia.

(vi)    I have given evidence in court and have been cross-examined.

(vii)   I have extensive knowledge of the child abuse literature and have written a book on the subject (see below).

(viii)  I am able to provide comprehensive literature reviews on most subjects related to child sexual abuse.

(ix)    I have publications – book, journal articles, monographs – on sex offending and have served on ministerial committees within the NSW Department of Juvenile Justice and the NSW Department of Corrective Services.

Key publications:

**Kenny, D.T.** (2018). *Children, sexuality, and child sexual abuse*. East Sussex, UK: Routledge**.**

This book has become a seminal text in the field because of its wide-ranging coverage and attention to all the recent research in the field, including the *Royal Commission into Institutional Responses to Child Sexual Abuse*. It covers all the key topics in child sexual abuse, including the nature of disclosures, both immediate and delayed, and their reliability; normal memory development and distortions of memory that can occur from a range of environmental influences including leading and suggestive interviewing; impacts of child sexual abuse, including short- and long-term consequences; assessment and forensic analysis of witness statements, and psychological analysis of CSA victim statements.

**Kenny, D.T.** (1997). Opinion, policy and practice in child sexual abuse: Implications for detection and reporting. In M. James (Ed.). *Paedophilia: Policy and prevention.* Research and Public Policy Series No 12: Australian Institute of Criminology, Sydney, Australia. ISSN 1326-6004. (pp 14-31).

In addition, last year I wrote a major report on paedophilia for the Child Abuse Squad, Ballina, addressing the question as to whether an individual in possession of child abuse material is a paedophile. This question had not been explicitly dealt with in the literature.  Accordingly, I undertook major research on the subject and produced a report that the presiding judge allowed to be admitted into evidence to demonstrate tendency. The solicitor for the ODPP advised me that my report "may create a precedent for use in future similar matters."

**(d)  Juvenile offending and juvenile sex offending**

For a number of years, I chaired or was a member of several committees within the NSW Department of Juvenile Justice and the New South Wales Department of Corrective Services, including Chair, Ministerial Steering Committee, NSW Department of Juvenile Justice Collaborative Research Unit, Chair, Research and Ethics Subcommittee, NSW Department of Juvenile Justice Collaborative Research Unit, Chair, Ministerial Steering Committee on Sexual Offending, New South Wales Department of Corrective Services, A/Chair and Member, Ministerial Reference Group on Sexual Offending, New South Wales Department of Corrective Services.

**Kenny, D.T**., Seidler, K., Keogh, T., & Blaszczynski, A., (2000). Offence and clinical characteristics of Australian juvenile sex offenders. *Psychiatry, Psychology, and the Law, 7,* 2, 212-227.

**Kenny, D.T.,** Keogh, T., & Seidler, K. (2001). Predictors of recidivism in Australian juvenile sex offenders. *Sexual Abuse: A Journal of Research and Treatment, 13,* 2, 131-148.

**Kenny, D.T.**, & Nelson, P.K. (2008). *Young offenders on community orders: Health, welfare and criminogenic needs*. Sydney, Australia: Sydney University Press. ISBN 978-0-9804117-0-6.

**Kenny, D.T.** & Lennings, C. J. & Nelson, P. (2008). Mental health of young offenders serving orders in the community: Implications for rehabilitation. In Daniel W. Phillips III (Edited). *Mental Health Issues in the Criminal Justice System*. New York: Haworth Press.

**Kenny, D.T.** (2014). Mental health concerns and behavioural problems in young offenders in the criminal justice system. *Judicial Officers' Bulletin (Judicial Commission of NSW)*, 26 (4), 29-33.

**Kenny, D.T.** (2013). Violent young offenders in the criminal justice system. *Judicial Officers' Bulletin (Judicial Commission of NSW),* 25 (3), 19-24.

**Kenny, D.T.** (2015).  Juvenile sex offenders in the criminal justice system. *Judicial Officers' Bulletin,* (Judicial Commission of NSW)*, 27 (*4), 31-34.

**(e)  Educational psychology**

During my earlier professional life, I worked as a school counsellor and specialist counsellor for emotionally disturbed children within the Division of Guidance and Special Education, NSW Department of Education. I was responsible for assessing children whose psychological difficulties were such that they could not be managed within the mainstream classroom. I undertook detailed assessments of their educational, social, and cognitive development in order to provide appropriate school placements for children who had significant trauma histories and intellectual disabilities.

Key publications:

**Kenny, D.T.** (2016). The adolescent brain: Implications for assessing young offenders' legal competence. *Judicial Officers' Bulletin* (Judicial Commission of NSW*), 28* (3), 23-27.

**Kenny, D.T.** (2012). Young offenders with an intellectual disability in the criminal justice system: Prevalence, profile, policy, planning and programming. *Judicial Officers' Bulletin (Judicial Commission of NSW),* 24, 5, 35-42.

Jensen, P. Stevens, S., & **Kenny, D.T.** (2012). Effects of yoga breathing on the behaviour and attention of boys with ADHD. *Journal of Child and Family Studies,* 2, 4, 667-681.  DOI 10.1007/s10826-011-9519-3.

**Kenny, D.T.** & Frize, M. (2010). Intellectual disability, Aboriginal status and risk of re-offending in

young offenders on community orders. Special Edition, *Indigenous Law Bulletin,* 7, 18, 14-19

**Kenny, D.T.**, & Faunce, G. (2004). Effects of academic coaching on elementary and secondary school students. *Journal of Educational Research, 98*, 2, 115-126.

**Kenny, D.T.** (1992). Can teachers be tests? A comparison of teacher ratings and test assessments of early reading performance. In H. Motoaki, J. Misumi, J. B. Wilport (Eds). *Social, Educational and Clinical Psychology*, Vol 3, pp 177-178. London: Lawrence Erlbaum Associates.

**Kenny, D.T.** (1989). The effect of grade repetition on the academic performance and social/emotional adjustment of infant and primary students. In Luszcz M. and Nettlebeck T. (Eds). *Psychological development: Perspectives across the lifespan*, pp 261-271. North Holland: Elsevier Science Publisher B.V.

**(f)  Family Therapy and Family Dispute Resolution**

I assist parents to reach parenting agreements with respect to shared parental responsibility of their children following separation and divorce. I also undertake mediation with respect to property settlements.  I undertook an 18-month training program with Relationships Australia in marriage and family therapy, in which capacity I work with families to resolve conflict, attachment ruptures, relationship stresses, and behavioural difficulties.

Having dual qualifications in both family therapy and family dispute resolution places me in an ideal position to assess families in custody disputes in relation to parenting capacity, shared parental responsibility and allegations of emotional, physical and sexual abuse. In these capacities I have provided parenting capacity reports to both family law solicitors and barristers, the Family Court and the Children's Court.

Key publication:

Kwok, E. & **Kenny, D.T.** (2015). The application of collaborative practice to misattributed paternity disputes. *Australasian Dispute Resolution Journal*, 26, 127- 136.

***Other Major Consultancies, Invited Commissioned Reports and Invited Submissions to Government Inquiries***

Kenny, D.T. (April, 2011). The NSW Law Reform Commission (NSW LRC). Consultation Paper 11. *Young people with cognitive and mental health impairments in the criminal justice system*, Roundtable.

Kenny, D.T. (2009). Submission on bullying to the NSW Legislative Council General Purpose Standing Committee No 2.

Kenny, D.T. & Lennings, C. (2007). *Provisional sentencing of serious young offenders.*  NSW Sentencing Council. Department of the Attorney General.

Kenny, D.T., Nelson, P., Butler, T., Lennings, C., Allerton, M., & Champion, U. (2006). *Young people on community orders health survey: Key findings report.* Sydney, Australia: University of Sydney ISBN: 1 86487 845 2

Allerton, M., Champion, U., Kenny, D.T., Butler, T. et al (2003). 2003 *Young people in custody health survey.* NSW Department of Juvenile Justice ISBN 0 7347 6518 5

Kenny, D.T. & Hunter, J. (2003). *Review of psychological services and specialist programs in the NSW*

*Department of Juvenile Justice*. Commonwealth Cost and Quality of Government (Internal Audit Bureau). (170 pages).

Kenny, D.T. (1996). *The effects of television/movie/video violence on the behaviour of children and adolescents*. Invited submission from the Australian Family Association (NSW Branch) to the Federal Government's Committee of Ministers on the 'Portrayal of Violence.'

***Professional contributions in Psychology and the Law***

**Journal Reviewer**

1. Frontiers in Psychology
2. Journal of Child Sexual Abuse
3. Sexual Abuse: A Journal of Research and Treatment
4. Psychology and the Law
5. International Journal of Offender Therapy and Comparative Criminology
6. Clinical Psychology Review
7. Journal of Sexual Abuse and Treatment
8. Behavioral and Brain Functions
9. Archives of Clinical Psychiatry
10. Australian Psychologist

## Other invited presentations (selected)

Kenny, D.T. (2017). *Institutional Child Sexual Abuse*. Invited paper to the Local Court of NSW Annual Conference (2-7 August), Sydney, Australia.

Kenny, D.T. (2013). Young offenders in the juvenile justice system: A story of violence, intellectual disability, substance abuse, alienation and social disadvantage. Invited paper to *The Children's Court Magistrates' Section 16 meeting* (2 November). Sydney, Australia.

Kenny, D.T. (2011). Risks and needs of indigenous offenders: physical and mental health. Invited paper to A weekend conference for judicial officers and Aboriginal community members, *Judicial Commission of NSW* (10-11 September). Sydney, Australia.

Kenny, D.T. (2009). Intellectual disability and Indigenous status are predictors of recidivism in young offenders. Invited paper to the *Australian Institute of Criminology Conference* (1 September), Parramatta, Australia.

Kenny, D.T. (2009). Young offenders: the importance of compensatory attachments and the role of teachers. Keynote paper to the *NSW Department of Education Principals' Conference* (April), Sydney, Australia.

Kenny, D.T. (2007). Juvenile sex offenders: Theory into practice. Invited paper to the *Australian and New Zealand Association for the Treatment of Sex Abuse* (21 June). Blacktown, Sydney.

Kenny, D.T. (2007). Cognitive and educational problems of young offenders. *School Education Directors of Education Twilight Seminars* (26 June). Sydney, Australia.

Kenny, D.T. (2006). Physical and mental needs of young offenders. *Disability Strategic Group*, NSW Department of Juvenile Justice (August). Sydney, Australia.

Kenny, D.T. (2005). Impact of violence classification on its relationship to psychological factors and mental health. *Prisoner Health Research Symposium*, JusticeHealth (18 February). Sydney, Australia.

Kenny, D.T., Vecchiato, C., Allerton, M., Kenny, D.T. (2003). Young People in Custody Health Survey: Mental health. *Australian Institute of Criminology Conference* (1-2 December). Sydney, Australia.

Kenny, D.T. (2002). Predictors of recidivism in juvenile sex offenders: Lessons for prevention. *Jocelyn Wale Distinguished Scholar Series* (23 June). James Cook University, Queensland.

Kenny, D.T., Keogh, T., & Seidler, K. (2001). Developmental and clinical characteristics of juvenile sex offenders: Predictors of recidivism and implications for treatment. *Inaugural Australian Forensic Psychology Conference* (February). Sydney, Australia.

Kenny, D.T. (1999). *Recidivism prediction model for juvenile sex offenders.* Invited presentation to the Minister for Juvenile Justice, Carmel Tebbutt MLC, and the Collaborative Research Unit, NSW Department of Juvenile Justice.