

DEFENDANT'S EXHIBIT 31

# UNITED STATES DISTRICTCOURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D; and RACHEL KOE, M.D.<br><br>Plaintiffs,<br>v.<br><br>KAY IVEY, in her official capacity As Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official Capacity as District Attorney for Jefferson County.<br>Defendants | CIVIL ACTION #<br>2:22-cv-00184-LCB-SRW<br><br>**Declaration of John Roe\***<br>**In Support of Defendants'**<br>**Opposition to Plaintiffs'**<br>**Motion for Preliminary Injunction** |

I, John Roe[1] declare as follows:

1. I am over the age of 18 years and am not a party to this action. I have actual knowledge of the following facts and if called upon to testify to them could and would do so competently. I am a resident of Alabama and the father of a son who said he was gender dysphoric and who was socially transitioned at school without our knowledge and referred for "gender transition" medical treatments. I am submitting this Declaration in support of Defendants' opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.

2. Alabama's Vulnerable Child Compassion and Protection Act ("VCCAP") will protect vulnerable children and provide parents necessary protections against manipulation and coercion on the part of health care providers and confused children to comply with demands for medical and surgical interventions aimed at "affirming" a child's professed discordant gender identity under threats of alienation or loss of a child to suicide.

3. The VCCAP will provide parents with the information necessary to exercise their rights to make mental health and medical care decisions for their children without the secrecy and interference from the government, particularly

---

[1] Declarant is submitting this Declaration using a pseudonym to protect the privacy of his child and other family members.

public school and coercive influence of mental health professionals, that I experienced.

4. My son, J., has been diagnosed with ADHD and anxiety. He never expressed any distress about his sex until middle school, his eighth grade year. During that time, J. spent a lot of time online and was interested in anime and role-playing games. He also became friends with a girl who identified as trans, which piqued his curiosity.

5. Between eighth and ninth grade, J. left a note for his mother stating that that he was "transgender." He signed the note "your daughter." My wife did not tell me about the note at that time. She spoke with J. who said he "felt more female than male."

6. J. later left me a similar note saying that he had gender dysphoria as long as he can remember.

7. During a therapy session J. said he started feeling that he was transgender in the 8th grade, but then "did his research" through online searches and confirmed his conclusion. I learned that he had watched internet trans influencers, viewed YouTube videos, and answered online questionnaires to self-diagnose gender dysphoria in eighth grade.

8. I learned after the fact that J.'s public school had facilitated J. socially transitioning to a female gender identity without the knowledge or consent or my

wife or me. Without informing us, the school went along with J.'s wishes to be called by a female name and pronouns in ninth grade. We also later learned that J. was wearing a skirt at school without our knowledge. I found out about the new female name being used by the school as if by accident through communication with a teacher and learned that J. was using female pronouns at school through an art project.

9. We took J. to a therapist who did not do a psychological evaluation, but diagnosed him with OCD, anxiety, and depression as well as the previously diagnosed ADHD.

10. During a family therapy session, the therapist ignored J.'s other co-morbidities and focused solely on gender dysphoria. The therapist called J. "courageous." The therapist printed out a handout from an advocacy group. She was trying to bring my wife and I on board with letting our child lead with diagnosis and treatment.

11. The therapist said that kids have a sense of their identity by age 3 or 4, but provided no scientific support.

12. *With J. present*, the therapist told me and my wife that kids are more likely to attempt suicide and run away from home if they are not affirmed in their chosen identity.

13. After the third or fourth visit the therapist recommended that we take J. to Magic City gender clinic to receive puberty blockers or cross-sex hormones.

14. We did not follow up on that recommendation. I researched the clinic and the proposed interventions and was concerned about what the interventions would steer my son toward. I believed that for a child of J.'s age struggling as he was with self-esteem, amplified by his other co-morbidities, these medical interventions were not going to solve his real underlying issues long-term. I believed that the interventions were permanent changes with life-long consequences to a child's body for a problem of the mind that could be solved by a less invasive route.

15. I believed my son needed to understand that his body was not the problem, but that his thoughts were and that they could be assisted to bring him more peace with his body through therapy.

16. A total ban on these treatments for children, such as provided in the VCCAP Act is necessary because the medical gatekeepers are not doing their job. They are not following proper professional protocols, are not safeguarding confused adolescents, and not self-regulating. They are allowing adolescents, who are prone to making rash decisions, to self-harm and harm their future. They are also pressuring parents with talk of suicide in front of the adolescent. These treatments have unknown long-term effects and are experimenting on children.

     I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2022.

                                                */s/ John Roe*
                                            John Roe (pseudonym)