

# UNITED STATES DISTRICTCOURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D; and RACHEL KOE, M.D. ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION # 2:22-cv-00184-LCB-SRW  **Declaration of Yaacov Sheinfeld In Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction** |
| Plaintiffs, ) | |
| v. ) ) | |
| KAY IVEY, in her official capacity As Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official Capacity as District Attorney for Jefferson County. ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants ) | |
| _____) | |

I, Yaacov Sheinfeld, declare as follows:

1. I am over the age of 18 years and am not a party to this action. I have actual knowledge of the following facts and if called upon to testify to them could and would do so competently. I am submitting this Declaration in support of Defendants' opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.

2. Alabama's Vulnerable Child Compassion and Protection Act ("VCCAP") provides parents necessary protections against manipulation and coercion on the part of health care providers and their own distress and confused children to comply with demands for medical and surgical interventions aimed at "affirming" a child's professed discordant gender identity under threats of alienation or loss of a child to suicide. Most importantly, this law protects vulnerable children and young people from grievous harm.

3. Had a law like VCCAP been in effect in my state, my daughter might still be alive today.

4. My daughter, S. had been in counseling for depression since age 15, but had never said anything about gender dysphoria to her counselor.

5. At age 17, S.'s mother told me that S. was transgender. I thought it was a bad idea to pursue transitioning, nevertheless, I told S. that I would help her in any other way.

6. S. had suffered a lot of rejection in school and was seeking affirmation. Five of her friends announced that they were transgender. When S. said she was transgender too it was seen as fashionable and she finally had the peer acceptance she had not previously experienced in high school.

7. When S. went to college at age 18, unbeknownst to me, she began taking testosterone. When I met with her at school, I noticed she was very depressed.

8. A social worker who was also present at my meeting with S. told me that S. was going to get a double mastectomy.

9. When I objected to her taking such a drastic step at such a young age, the social worker told me I was an "Israeli chauvinist", a typical chauvinist male, who doesn't love his child enough. Her approach was that this is what we're going to do and you need to just get on board.

10. The social worker assured me that everything would be fine if I just loved my daughter.

11. After this meeting S. refused to talk to me and began threatening that she would kill herself if she did not get the surgery she wanted. She had a double mastectomy at age 19.

12. I witnessed distressing physical changes in S. The changes in her because of the testosterone were so distressing that I even considered suicide at one time. S. gained and lost lots of weight, had pain all over her body, suffered from

mood swings, could not concentrate, and was briefly hospitalized in a psychiatric hospital.

13. S. was deeply depressed and taking a significant number of medications along with testosterone. I kept assuring her that I would do whatever I could to help her.

14. S.'s pain became so intense that she began taking Fentanyl. S. was found dead on August 6, 2021 with Fentanyl and alcohol in her system. She was 28.

15. Alabama's VCCAP and similar laws to ban medical interventions for minors are critical important because children, especially children with mental health issues such as S, cannot make clear mature decisions about their future, particularly when neither they nor their parents are provided with full information about the effects of these interventions. We know from research that the brain is not fully formed until a person reaches her mid-20s, so even a healthy 18-year-old does not have the mental maturity to make significant decisions such as taking cross-sex hormones that will sterilize them and surgically mutilating their bodies. This is particularly true when, as was true with my daughter, neither the child nor the parents are informed about the medical side effects and harms that the medical interventions cause.

16. The medical interventions that were promoted to my daughter with a promise that they would relieve her problems, in fact, increased them and led to her death.

17. Parents should not be put in the position to make decisions for their child that result in sterilization, losing healthy body parts, or other life-long harms, especially when children have mental health issues that are not being addressed.

18. Laws like VCCAP protect parents from being coerced into making these decisions through manipulation and threats like the one leveled at me that my child would commit suicide if she did not get the intervention she demanded.

19. I further declare that certain people in our society think and act in a shameful and destructive way such as this cult, peer group pressure, pitching children against their parents, anarchist ideas. The way my child was treated is like an experiment in bad, unfounded pseudosexual theories that do not hold water. They are dangerous, harmful, destroy the subject of treatment, harm their body, and in many cases- kill them. So much for therapy! Ha! What I went through was hell on earth. I say to you all: Stop this madness now!

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2022.

                                                                          _____
                                                                          Yaacov Sheinfeld