

**DEFENDANT'S EXHIBIT 34**

# UNITED STATES DISTRICTCOURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

REV. PAUL A. EKNES-TUCKER;  )
BRIANNA BOE, individually and on )
behalf of her minor son, MICHAEL  )
BOE; JAMES ZOE, individually and )
on behalf of his minor son,         )   CIVIL ACTION #
ZACHARY ZOE; MEGAN POE,    )   2:22-cv-00184-LCB-SRW
individually and on behalf of her    )
minor daughter, ALLISON POE;    )
KATHY NOE, individually and on   )
behalf of her minor son,           )   **Declaration of Martha S.***
CHRISTOPHER NOE; JANE MOE,  )   **In Support of Defendants'**
Ph.D; and RACHEL KOE, M.D.    )   **Opposition to Plaintiffs'**
                              )   **Motion for Preliminary Injunction**
               Plaintiffs,  )
v.                            )
                              )
KAY IVEY, in her official capacity  )
As Governor of the State of Alabama; )
STEVE MARSHALL, in his official  )
capacity as Attorney General of the  )
State of Alabama; DARYL D.      )
BAILEY, in his official capacity as  )
District Attorney for Montgomery  )
County; C. WILSON BAYLOCK, in )
his official capacity as District     )
Attorney for Cullman County;     )
JESSICA VENTIERE, in her official )
capacity as District Attorney for Lee )
County; TOM ANDERSON in his  )
official capacity as District Attorney )
for the 12th Judicial Circuit; and   )
DANNY CARR, in his official     )
Capacity as District Attorney for   )
Jefferson County.              )
               Defendants  )
_____)

I, Martha S.[1] declare as follows:

1.      I am over the age of 18 years and am not a party to this action. I have actual knowledge of the following facts and if called upon to testify to them could and would do so competently. I am submitting this Declaration in support of Defendants' opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.

2.      Alabama's Vulnerable Child Compassion and Protection Act ("VCCAP") provides parents necessary protections against manipulation and coercion on the part of health care providers and even our own mentally compromised children to comply with demands for medical and surgical interventions aimed at "affirming" a child's professed discordant gender identity under threats of alienation or loss of a child to suicide.

3.      The VCCAP will actually restore the rights of all parents, not just those who agree with demands for "gender-affirming" medical interventions, to make medical and mental health care decisions for their children that will protect their healthy physical and mental development and long-term well-being.

4.      At age 16, my son, M., began acting out after suffering two traumatic events. When his behavior improved after receiving antibiotics for a sinus infection,

---

[1] Declarant is submitting this Declaration using a pseudonym to protect the privacy of her children and other family members.

he was diagnosed with Pediatric Auto-immune Neuropsychological Disorder Associated with Strep (PANDAS). PANDAS causes the same kind of psychiatric symptoms that are seen in trans-identified children, *e.g.,* severe anxiety, ADHD, schizophrenia, OCD, and eating disorders.

5.     M., who is Caucasian, blonde-haired and blue-eyed, identified as African-American for a semester in high school. Later that year M. told me that he was transgender. When he was home from school during the pandemic M. was depressed and spent a lot of time on the internet asking questions about why he felt so miserable.  He was told by sources on Reddit that he was transgender.

6.     Our pediatrician referred us to a gender clinic with the expectation that the "experts" at the clinic would help us sort out the issues. Instead the gender clinic staff told me that M. needed to be seen by a gender therapist to get a diagnosis of gender dysphoria.

7.     M. had three visits with a gender therapist who did not do any testing and did not address any underlying issues. After the third visit, the therapist prepared a pro forma letter for the clinic that contained an inaccurate history and stated that M. was suffering from gender dysphoria and ready for medical interventions.

8.     We saw a psychologist at the gender clinic who after one visit with M. and filling out some questionnaires said that she would recommend that M. see the endocrinologist to be prescribed hormones. She said M. would be put on

3

spironolactone to block the testosterone instead of puberty blockers, because he was already past most of puberty and on estrogen.

9.      I questioned why M. would be recommended for hormone therapy when he did not have a history of gender dysphoria until after he was diagnosed with PANDAS and suffered trauma. The psychologist said, "You have to honor your young person." I replied, "He is not our young person -- he is our child."

10.      My husband and I asked to speak to the endocrinologist first to find out about side effects. However, the therapist said we could not see the endocrinologist unless we were ready to get prescriptions for hormones for our son. We said we needed more information.

11.      Then a neuropsychologist who was not associated with the gender clinic evaluated our whole family and diagnosed M. with bipolar or possibly dissociative disorder, but not with gender dysphoria. She recommended psychiatric treatment, rather than hormonal treatment without first addressing the other disorders.

12.      M. kept demanding hormones because he had been convinced this was what he needed. My husband and I did not follow through on that demand.

However, after M. turned 18 and went away to college, he found a practitioner who prescribed a testosterone suppressor and an estrogen patch. M soon stopped the suppressor because he did not like the effects. He returned home for online

learning in the spring, went on antibiotics and his health improved. He then discontinued the estrogen patch.

14.     The availability of medical and surgical interventions for minors puts parents in a terrible bind. Parents are put in a difficult position when we have a mentally and physically ill child who is convinced that he needs an intervention recommended by a physician that is not based on sound science.

15.     This experience has damaged both my and M.'s trust in the medical community. If physicians are legally prevented from recommending these interventions, then parents will not be not put at cross purposes with their child and the medical community.

16.     The VCCAP Act prevents coercive manipulation and potential harm against Alabama's vulnerable children and should be upheld for the protection of children and their families.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2022.

_____
Martha S. (pseudonym)