

**DEFENDANT'S EXHIBIT 37**

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D; and RACHEL KOE, M.D.<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>KAY IVEY, in her official capacity As Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official Capacity as District Attorney for Jefferson County.<br>　　　　　　　　　Defendants | CIVIL ACTION #<br>2:22-cv-00184-LCB-SRW<br><br>**Declaration of Ted H Halley In Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction** |

I, Ted H Halley, declare as follows:

1.⠀⠀I am over the age of 18 years and am not a party to this action. I have actual knowledge of the following facts and if called upon to testify to them could and would do so competently. I am submitting this Declaration in support of Defendants' opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.

2.⠀⠀Alabama's Vulnerable Child Compassion and Protection Act ("VCCAP") is a necessary, potentially life-saving law that will protect vulnerable children and their parents from the heartbreaking regret, irreversible physical changes, sexual dysfunction and emotional pain that I have experienced after undertaking medical and surgical interventions aimed at "transitioning" me from a male to a "female."

3.⠀⠀Like many of the children who seek the medical and surgical interventions banned by VCCAP, I experienced distress about my sex beginning in my pre-teens. I wanted God to make me a girl and at age eight I fantasized about cross-dressing in my mother's clothes.

4.⠀⠀I continued to experience feelings of wanting to be a woman and struggling with my gender identity between adolescence and age 50, but as a married father of 5 and active duty member of the Air Force I suppressed those feelings.

5. At age 50 I began attending a heterosexual cross-dressing group, and that confirmed for me that I wanted to go further to fully transition.

6. I had facial feminization surgery in 2009 and a second feminization surgery in 2010.

7. In 2010, I also began taking estrogen and spironolactone, which is a testosterone suppressor.

8. In December 2011, I had genital reassignment surgery in which my male genitalia was removed and a "neo vagina" was created. Dilation of the "neo vagina" was very painful for about six months. This surgery is irreversible. I am no longer able to experience sexual sensation and pleasure and have a life-long sexual dysfunction.

9. In December 2011 I also had my name legally changed to "Teresa" and the gender marker on my birth certificate changed.

10. I transitioned to a female identity at work and had breast augmentation surgery in 2012.

11. I was highly functioning and happy with my transition for a few years.

12. After being on cross-sex hormones and living as a female for twelve years, however, I began to see the irrationality of what I had done. I began to question what I had done and had an internal realization that what I was pretending to be was not real.

13. The internal incongruity grew by the day to the point that I began to become suicidal. I could no longer live what was essentially a lie any longer. I became severely depressed. The only thing that kept me alive was that my granddaughter was living with me.

14. In March 2021 I made the decision to detransition. I re-connected with my male biology, re-established my male identity, and re-established relationships with others as a male.

15. Detransitioning meant that I stopped taking hormones. I removed the breast augmentation and changed my gender marker and name back to male. I did what I could to change my appearance, cut my hair, stopped wearing make-up and women's clothes, but I could not undo the facial surgery or the genital surgery. I could not get back the lost organs, sensations, enjoyment, or functionality.

16. I have no regret detransitioning to my biological sex and wish I had done it sooner. I deeply regret having wasted years of my life, the damage to my body, the permanent loss to my body, the exorbitant cost of these treatments, and the damaged relationships. I think I would dead if I had not detransitioned. The depression was so severe, I think I would have taken my life.

17. VCCAP is necessary and essential because children and adolescents are incapable of making these irreversible decisions. In retrospect, I do not believe I

made a sound decision that I could live with the rest of my life, and I was 50 years old at the time. It is impossible for any adolescent to do so.

18. I am a living example that gender identity is not innate or immutable, like one's sex, race or ethnicity. I had been convinced that I was a "female" born in a male body. I had felt that way since childhood. Based on that consistent and persistent conviction, I fully transitioned in every possible way to live and appear as a woman. Now I realize that it was all a lie, a mental state of mind that was subject to change, and that it didn't solve the internal consternation and deeper emotional problems.

19. VCCAP will help spare my fellow Alabama citizens from similar loss and distress.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2022.

*Ted H Halley* (signature)
Ted H Halley