

DEFENDANT'S
EXHIBIT
**39**

# UNITED STATES DISTRICTCOURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

REV. PAUL A. EKNES-TUCKER; )
BRIANNA BOE, individually and )
behalf of her minor son, MICHAEL )
BOE; JAMES ZOE, individually and )
on behalf of his minor son, )
ZACHARY ZOE; MEGAN POE, )
individually and on behalf of her )
minor daughter, ALLISON POE; )
KATHY NOE, individually and on )
behalf of her minor son, )
CHRISTOPHER NOE; JANE MOE, )
Ph.D; and RACHEL KOE, M.D. )
 )
                              Plaintiffs, )
v. )
 )
KAY IVEY, in her official capacity )
As Governor of the State of Alabama; )
STEVE MARSHALL, in his official )
capacity as Attorney General of the )
State of Alabama; DARYL D. )
BAILEY, in his official capacity as )
District Attorney for Montgomery )
County; C. WILSON BAYLOCK, in )
his official capacity as District )
Attorney for Cullman County; )
JESSICA VENTIERE, in her official )
capacity as District Attorney for Lee )
County; TOM ANDERSON in his )
official capacity as District Attorney )
for the 12th Judicial Circuit; and )
DANNY CARR, in his official )
Capacity as District Attorney for )
Jefferson County. )
                              Defendants )
 )

CIVIL ACTION #
2:22-cv-00184-LCB-SRW


**Declaration of Gary Warner**
**In Support of Defendants'**
**Opposition to Plaintiffs'**
**Motion for Preliminary Injunction**

I, Gary Warner, declare as follows:

1.      I am over the age of 18 years and am not a party to this action. I have actual knowledge of the following facts and if called upon to testify to them could and would do so competently. I am a resident of Alabama and the father of a daughter who committed suicide after being placed on some of the medical interventions that are the subject of Alabama's Vulnerable Child Compassion and Protection Act ("VCCAP"). I am submitting this Declaration in support of Defendants' opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.

2.      If VCCAP had been in effect in 2013 then my 18-year-old daughter could not have been offered testosterone as a means of "affirming" what she had been led to believe was her "true" identity as a male after suffering horrific sexual abuse. She would have been provided with other options for dealing with her psychological and emotional pain and perhaps gotten the therapy she needed instead of spiraling into despair and suicide.

3.      My daughter, K., struggled with health issues, including kidney stones for much of her life. Beginning at age 11 she was the subject of bullying and cyber-bullying at school, much of it of a sexual nature.  This increased her anxiety and made her fear for her safety. One of the incidents during high school included threats of dragging her into the boys' bathroom and forcing her to perform sex acts.

2

4.      K. was under the care of professional counselors and psychiatrists for most of her teen years. She was diagnosed with Borderline Personality Disorder and at one point after the bullying incidents was diagnosed with PTSD.

5.      Shortly after turning 18, K. was drugged and raped by the older brother of one of her friends while attending a lake party. Because the rapist was a prominent citizen and K was viewed as a troubled teen, there was no criminal prosecution.

6.      After the rape, K. began distancing herself from former romantic partners. Her friends insisted that the reason she no longer wanted to be romantically involved was because she really was a man trapped in a woman's body. K. began wearing male clothing and adopted a male name.

7.      One of her friends announced that she was transgender at about the same time.

8.      K.'s friends who insisted K. was really a man trapped in a woman's body recommended that she see Keith Abrams, a clinical psychologist in Birmingham and avid promoter of gender transition treatments for trans-identifying youth. Abrams recommended that K begin taking testosterone to "help her transition."

9.      We attended a session with Abrams. K. wanted him to explain to us why it was advisable for K to move forward with testosterone. He did not provide us with information that would have allowed us or K. to understand the irreversible

nature of these treatments or their long-term effects. He simply told us we needed to "support" our daughter's decision. We did not give informed consent.

10.    There was no attempt to deal with the underlying trauma and co-morbidities K was experiencing, but just a push to begin testosterone.

11.    K became fixated on the idea that she was born the wrong gender and rejected any counsel or suggestion that did not align with that belief.

12.    She did begin testosterone and it exacerbated her anxiety and also transformed her into an angry, threatening person. She threatened to kill her mother to the point that her mother slept with the door locked from fear. Prior to this K. had never been a violent or angry person.

13.    Testosterone was not the solution K had been promised. It did nothing to help her emotional pain, which escalated to the point that she took her own life at age 18.

14.    The total ban on medical interventions on children age 19 and under enacted under VCCAP is necessary because, like K., I believe most of the young people dealing with gender dysphoria have underlying trauma and/or mental health problems that are not being addressed so long as the medical transitions interventions are available to young people. The availability of these treatments is causing physicians to ignore these underlying causes and empowering young people to deny biological reality to their harm.

4

15.     VCCAP is also especially necessary because the medical community not giving informed consent – they are cheerleading a lifestyle. Rather than giving young people the professional help they need, doctors are acting as activists pushing parents to consent by claiming this is a medically advisable choice, thereby driving the children toward an irreversible life change.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2022.

Gary Warner (Apr 29, 2022 22:11 MDT)

Gary Warner