

DEFENDANT'S EXHIBIT 40

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, *et al.*, ) ) ) Plaintiffs, ) ) v. ) ) KAY IVEY, in her official capacity as Governor of Alabama, *et al.*, ) ) ) Defendants. ) | Civil Action No. 2:22-cv-184-LCB |

## DECLARATION OF EDMUND G. LACOUR JR. IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (DOC. 7)

I, Edmund G. LaCour Jr., hereby declare as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I am the Solicitor General of the State of Alabama and one of the attorneys for Defendants in the above-captioned matter.

3. Attached to this declaration is a copy of an email exchange from April 15, 2022, between myself and Melody H. Eagan, lead counsel for Plaintiffs in the above-captioned matter.

4. The exhibit is a true and correct copy of what it purports to be.

2

5. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 2, 2022

/s/ *Edmund LaCour*
Edmund G. LaCour Jr.
*Counsel for Defendants*

# LaCour, Edmund

| | |
|---|---|
| **From:** | LaCour, Edmund |
| **Sent:** | Friday, April 15, 2022 4:34 PM |
| **To:** | Melody H. Eagan |
| **Cc:** | Jeffrey P. Doss; Amie A. Vague; Bowdre, Barrett; Davis, Jim |
| **Subject:** | RE: Ladinsky v. Ivey, et al. - addendum to our conversation |

Melody,

Thank you for your call earlier and the follow-up email. We will note that both sets of plaintiffs consent to consolidation. Have a great weekend.

Best,
Eddie

Edmund LaCour
Solicitor General
Office of Alabama Attorney General Steve Marshall
Direct: 334-353-2196
Fax: 334-353-8400

**From:** Melody H. Eagan <meagan@lightfootlaw.com>
**Sent:** Friday, April 15, 2022 4:20 PM
**To:** LaCour, Edmund <Edmund.LaCour@AlabamaAG.gov>
**Cc:** Jeffrey P. Doss <jdoss@lightfootlaw.com>; Amie A. Vague <avague@lightfootlaw.com>
**Subject:** Ladinsky v. Ivey, et al. - addendum to our conversation

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Eddie,

One other thing I should have mentioned. I spoke with counsel for the Walker plaintiffs, and they consent to consolidation. So you probably want to phrase your motion as an unopposed motion, and also put in there that counsel for the Walker plaintiffs also consent to consolidation.

Call me if questions.

Thanks,
Melody

**Melody H. Eagan**
Attorney

205-581-0700 main
205-581-0777 direct
205-581-0799 fax
meagan@lightfootlaw.com

The Clark Building
400 20th Street North
Birmingham, AL 35203

Confidentiality Notice

**lightfootlaw.com**

Confidentiality Notice: The information contained in this email and the documents attached hereto contain confidential information intended only for the use of the intended recipients. If the reader of the message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained herein is strictly prohibited. If you have received this communication in error, please immediately notify me by reply email.