# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

**PAUL A. EKNES-TUCKER,** *et al.*,                                                **PLAINTIFFS**

v.                              No. 2:22-CV-000184 LCB

**KAY IVEY,** *et al.*,                                                            **DEFENDANTS**

### MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(b) of the Local Rules of the Middle District of Alabama, undersigned counsel moves the Court to grant admission *pro hac vice* to Michael A. Cantrell to appear and participate in this action as counsel for the States of Arkansas, Alaska, Arizona, Georgia, Indiana, Louisiana, Mississippi, Missouri, Montana, Nebraska, Oklahoma, South Carolina, Texas, Utah, and West Virginia as proposed Amici Curiae.

1. Mr. Cantrell is Assistant Solicitor General with the Office of the Arkansas Attorney General, 323 Center Street, Suite 200, Little Rock, AR 72201, michael.cantrell@arkansasag.gov; (501) 682-2401.

2. Mr. Cantrell resides and practices law in the Eastern District of Arkansas, and he is a member in good standing of the Arkansas Bar (admitted 2012). He is also admitted to practice before the United States District Court for the Eastern District of Arkansas (2015), the United States District Court for the Western District of Arkansas (2015), the United State Court of Appeals for the Eighth Circuit (2015), the United States Court of Appeals for the Fifth Circuit (2016), and the Supreme Court of the United States of America (2018).

3. Mr. Cantrell is over the age of 21, of good moral character, and possesses the requisite qualifications of learning and ability to practice before this Court. Mr. Cantrell has never

resigned; has never been the subject of any disciplinary proceeding, investigation, action, or grievance procedure; and has never been reprimanded, suspended, placed on inactive status, disbarred, or denied admission in any court in the United States.

4. Mr. Cantrell is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5. A copy of a certificate of good standing for Mr. Cantrell from the United States District Court for the Eastern District of Arkansas is attached as Exhibit A.

6. Payment of $75.00 will be made to the Clerk of the Court for the processing of this motion.

7. The undersigned movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

Therefore, undersigned counsel respectfully requests that the Court grant admission *pro hac vice* to Mr. Cantrell.

Respectfully Submitted,

*/s/ Mark D. Wilkerson*
Mark D. Wilkerson (ASB-6957-039m)
WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL  36104
Telephone:    334-265-1500
Facsimile: 334-265-0319
Email:   mark@wilkersonbryan.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on May 2, 2022, which will serve all counsel of record.

> _/s/ Mark D. Wilkerson_
> *Attorney*

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

## CERTIFICATE OF GOOD STANDING

I, _____Tammy H. Downs_____, Clerk of this Court,

certify that ____Michael Cantrell____, Bar # ____2012287____,

was duly admitted to practice in this Court on ____07/07/2015____, and is in good standing as a member

of the Bar of this Court.

Dated at ____Little Rock Arkansas____ on ____04/25/2022____
             *(Location)*                                                              *(Date)*

TAMMY H. DOWNS
*CLERK*

*DEPUTY CLERK*