**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

PAUL A EKNES-TUCKER, *et al.*,                                                  PLAINTIFFS,

v.                  No. 2:22CV000184-LCB

KAY IVEY, *et al.*,                                                                DEFENDANTS.

**CONFLICT DISCLOSURE STATEMENT**

Proposed Amici make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members, managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provision of the Middle District of Alabama's General Order No. 3047:

The States of Arkansas, Alaska, Arizona, Georgia, Indiana, Louisiana, Mississippi, Missouri, Montana, Nebraska, Oklahoma, South Carolina, Texas, Utah, and West Virginia are government entities.

May 2, 2022

                                                           Respectfully Submitted,

                                                           */s/ Mark D. Wilkerson*
                                                           Mark D. Wilkerson (ASB-6957-039m)
                                                           WILKERSON & BRYAN, P.C.
                                                           405 South Hull Street
                                                           Montgomery, AL 36104
                                                           Telephone: 334-265-1500
                                                           Facsimile: 334-265-0319
                                                           Email: mark@wilkersonbryan.com

/s/ *Michael A. Cantrell*

LESLIE RUTLEDGE
  Arkansas Attorney General

Michael A. Cantrell*
  Assistant Solicitor General

OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Michael.Cantrell@arkansasag.gov

*Counsel for Amici Curiae*

*Pending Admission Pro Hac Vice

**CERTIFICATE OF SERVICE**

I certify that on May 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Mark D. Wilkerson*
Mark D. Wilkerson