# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| PAUL A. EKNES-TUCKER, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:22-cv-184-LCB |
| KAY IVEY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

A hearing on the United States's motion to intervene (Doc. 58) is set for Wednesday, May 4, 2022, at 1:15 p.m. CDT. The hearing will occur in Courtroom 2F of the Frank M. Johnson, Jr., United States Courthouse Complex. Since the State of Alabama has no opposition to the United States's motion to file excess pages, the Court will grant that motion should the Court grant the United States's motion to intervene.

**DONE** and **ORDERED** May 2, 2022.

_____
LILES C. BURKE
UNITED STATES DISTRICT JUDGE