UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL A. EKNES-TUCKER, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 2:22-cv-184-LCB |
| ) | |
| KAY IVEY, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

To preserve and protect the dignity and solemnity of court proceedings, to promote public safety and the safety of the Court and its personnel, and to facilitate access to court functions by the public and court officers while allowing progressive use of electronic devices capable of aiding the resolution of motions and other matters, the Court **ORDERS** as follows:

1. Court guests, including the press and non-participants, are prohibited from possessing and using any electronic devices in Courtroom 2F during the upcoming hearings in this case. The attorneys and members of their respective staffs may possess and use electronic or photographic technology in Courtroom 2F for the sole purpose of presenting evidence.

2. Members of the press and media shall be allowed to possess cellular phones, laptop computers, and/or tablets in Courtroom 2E and the media lounge

provided that these electronic devices shall be allowed: (1) for the purposes of taking notes, personal communication unrelated to the proceedings, and accessing information only; and (2) on the condition that no photographs, audio or video recording, or live broadcasting, including digitally sharing, posting, or microblogging via a social or other media site, be conducted in the courthouse. All devices shall be registered with court security upon entry into the building.

All are reminded of the prohibitions regarding photographing, recording, and/or broadcasting court proceedings. *See* Local Rule 83.4. Violators may face sanctions including contempt of court, restricted entry to future proceedings, denial of entry to future proceedings, or any other sanctions deemed necessary by the Court. *Id.* Nothing in this order shall be construed unreasonably as a restriction on the constitutional rights of any individual.

**DONE** and **ORDERED** May 2, 2022.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE