# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| REV. PAUL A. EKNES-TUCKER, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | No. 2:22-cv-00184-LCB-SRW |
| KAY IVEY, in her official capacity as Governor of the State of Alabama, *et al.*, | ) ) ) ) ) | |
| *Defendants*. | ) | |

## DEFENDANTS' WITNESS LIST
## FOR THE MAY 5-6, 2022 PRELIMINARY INJUNCTION HEARING

Defendants Kay Ivey, in her official capacity as Governor of the State of Alabama; Steve Marshall, in his official capacity as Attorney General of the State of Alabama; Daryl D. Bailey, in his official capacity as District Attorney for Montgomery County; C. Wilson Blaylock, in his official capacity as District Attorney for Cullman County; Jessica Ventiere, in her official capacity as District Attorney for Lee County; Tom Anderson, in his official capacity as District Attorney for the 12th Judicial Circuit; and Danny Carr, in his official capacity as District Attorney for Jefferson County, submit the following witness list for the preliminary injunction hearing scheduled for May 5 and 6, 2022:

Defendants will call the following witnesses to testify in person:

1. Dr. James Cantor, Ph.D.
2. Sydney Wright

Defendants may call Gary Warner, but he is not expected to testify at this time.

Defendants will additionally submit sworn testimony of the following persons in the form of declarations:

1. Dr. Michael K. Laidlaw, M.D. (expert report)
2. Dr. Quentin L. Van Meter, M.D. (expert report)
3. Dr. Paul W. Hruz, M.D., Ph.D. (expert report)
4. Dr. Patrick Hunter, M.D. (expert report)
5. Dr. Dianna Kenny, Ph.D. (expert report)
6. Corinna Cohn
7. Sydney Wright
8. Carol Frietas
9. Barbara F.*
10. John Doe*
11. John Roe*
12. Kristine W.*
13. Yaacov Sheinfeld

---

* Proceeding using a pseudonym to protect the privacy of minor children suffering from gender dysphoria.

14. Martha S.*

15. KathyGrace Duncan

16. Jeanne Crowley*

17. Ted H. Halley

18. Kellie C.

19. Gary Warner

Defendants reserve the right call rebuttal witnesses, impeachment witnesses, and witnesses listed by other parties to this action.

Respectfully submitted,

Steve Marshall
  *Attorney General*

Christopher Mills
(SC Bar No. 101050)
 (*pro hac vice* motion pending)
SPERO LAW LLC
557 East Bay St.
#22251
Charleston, SC 29451
Telephone: (843) 606-0640
cmills@spero.law

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
  *Deputy Solicitors General*

s/ James W. Davis
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400

Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on May 3, 2022, which will serve all counsel of record.

s/ James W. Davis
*Counsel for Defendants*