# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D., <br><br> *Plaintiffs*, <br><br> v. <br><br> KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County, <br><br> *Defendants*. | Civil Action No. 2:22-cv-00184-LCB <br><br> Hon. Liles C. Burke |

**PLAINTIFFS' EXHIBIT LIST FOR THE EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER & <u>PRELIMINARY INJUNCTION</u>**

Plaintiffs submit the following list of exhibits, along with copies of the exhibits pursuant to the Court's April 22, 2022 Order (Doc. 34), in anticipation of the May 5 and 6, 2022 evidentiary hearing on Plaintiffs' Motion for Temporary Restraining Order & Preliminary Injunction (Docs. 7 & 8):

| Exhibit | Description | Author(s) | Date |
| --- | --- | --- | --- |
| 1 | Declaration of Brianna Boe (Doc. 8-5) | | Apr. 19, 2022 |
| 2 | Declaration of Rev. Paul Eknes-Tucker (Doc. 8-4) | | Apr. 19, 2022 |
| 3 | Declaration of Linda A. Hawkins, PhD, LPC (Doc. 8-1)<br>• Exhibit A – Curriculum Vitae of Dr. Linda Hawkins | | Apr. 17, 2022 |
| 4 | Declaration of Rachel Koe, MD (Doc. 8-10) | | Apr. 19, 2022 |
| 5 | Declaration of Rachel Koe, MD (Supplement) (Doc. 57-1) | | Apr. 28, 2022 |
| 6 | Declaration of Morissa J. Ladinsky, MD, FAAP (Doc. 8-2) | | Apr. 20, 2022 |
| 7 | Curriculum Vitae of Morissa J. Ladinsky, MD, FAAP | | Apr. 29, 2022 |
| 8 | Declaration of Jane Moe, PhD (Doc. 8-9) | | Apr. 19, 2022 |
| 9 | Declaration of Kathy Noe (Doc. 8-8) | | Apr. 19, 2022 |
| 10 | Declaration of Megan Poe (Doc. 8-7) | | Apr. 19, 2022 |

| Exhibit | Description | Author(s) | Date |
|---|---|---|---|
| 11 | Declaration of Stephen Rosenthal, MD (Doc. 8-3)<br>• Exhibit A Curriculum Vitae of Dr. Stephen Rosenthal | | Apr. 19, 2022 |
| 12 | Declaration of James Zoe (Doc. 8-6) | | Apr. 19, 2022 |
| 13 | Declaration of Armand H. Antommaria, MD, PhD, FAAP, HEC-C (Doc. 62-2) | | Apr. 29, 2022 |
| 14 | Endocrine Treatment of Gender-Dysphoric/Gender Incongruent Persons: An Endocrine Society Clinical Practice Guideline | Wylie C. Hembree, et al. | Nov. 2017 |
| 15 | AACAP Statement Responding to Efforts to ban Evidence-Based Care for Transgender and Gender Diverse Youth | The American Academy of Child and Adolescent Psychiatry | Nov. 8, 2019 |
| 16 | Transgender Health Position Statement | Pediatric Endocrine Society | Dec. 2020 |
| 17 | WPATH Standards of Care for the Health of Transsexual, Transgender and Gender Nonconforming People, 7th Version | The World Professional Association for Transgender Health | 2011 |
| 18 | USPATH Position Statement on Legislative and Executive Actions Regarding the Medical Care of Transgender Youth | US Professional Association for Transgender Health | Apr. 22, 2022 |

| Exhibit | Description | Author(s) | Date |
|---|---|---|---|
| 19 | Yale Report on the Science of Gender Affirming Care | Susan D. Boulware, MD, et al. | Apr. 28, 2022 |
| 20 | Frontline Physicians Oppose Legislation that Interferes in or Criminalizes Patient Care | American Psychiatric Association | Apr. 2, 2021 |
| 21 | AMA Fights to Protect Health Care for Transgender Patients | American Medical Association | Mar. 26, 2021 |
| 22 | American Academy of Pediatrics Speaks Out Against Bills Harming Transgender Youth | Lee Savio Beers, MD, FAAP | Mar. 16, 2021 |
| 23 | Position Statement on Treatment of Transgender (Trans) and Gender Diverse Youth | American Psychological Association | Apr. 2020 |
| 24 | Discriminatory Policies Threaten Care for Transgender, Gender Diverse Individuals | Endocrine Society | Dec. 16, 2020 |
| 25 | Transgender Health: Supporting Gender Diverse Youth to Improve their Health, Well-Being, and Safety | Pediatric Endocrine Society | |
| 26 | Statement in Response to Proposed Legislation Denying Evidence-Based Care for Transgender People under 18 Years of Age and to Penalize Professionals who Provide that Medical Care | USPATH | |

| Exhibit | Description | Author(s) | Date |
|---|---|---|---|
| 27 | Statement in Response to Calls for Banning Evidence-Based Supportive Health Interventions for Transgender and Gender-Diverse Youth | USPATH | |
| 28 | NAPNAP Strongly Opposes Alabama Law Criminalizing Transgender Health Care | National Association of Pediatric Nurse Practitioners | Apr. 12, 2022 |
| 29 | Legislation to Criminalize Gender-Affirming Medical Care for Transgender Youth | Jack L. Turban, MD, MHS, et al. | June 8, 2021 |
| 30 | American Academy of Pediatrics and Its Alabama Chapter Oppose Bill Threatening Health of Transgender Youth | American Academy of Pediatrics and Alabama Chapter of AAP | Apr. 7, 2022 |
| 31 | Statement of the Alabama Psychological Association (aPA) Supporting Gender-Affirming Care for Transgender Youth and Urging Opposition to Alabama SB184/HB266 | Alabama Psychological Association | |
| 32 | American Academy of Pediatrics Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents | Jason Rafferty, MD, MPH, EdM, FAAP | Oct. 4, 2018 |
| 33 | Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment | Annelou L.C. de Vries, MD, PhD, et al. | July 7, 2014 |

| Exhibit | Description | Author(s) | Date |
|---|---|---|---|
| 34 | Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria | Rosalia Costa, MD, et al. | 2015 |
| 35 | Psychosocial Assessment in Transgender Adolescents | Diego López de Lara, et al. | Jan. 23, 2020 |
| 36 | Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation | Jack L. Turban, MD, MHS, et al. | Feb. 2020 |
| 37 | Access to Gender-Affirming Hormones During Adolescence and Mental Health Outcomes Among Transgender Adults | Jack L. Turban, et al. | Jan. 12, 2022 |
| 38 | Bell v. Tavistock [2021] EWCA (Civ) 1363 | Court of Appeal (Civil Division) England and Wales | Sept. 17, 2021 |
| 39 | AB v. CD [2021] EWHC (Fam) 741 | High Court of Justice (Family Division) England and Wales | Mar. 26, 2021 |
| 40 | Photographs of the Poe Family[1] (*filed under seal*) | | |
| 41 | UAB Informed Consent Forms | | |

---

[1] Plaintiffs respectfully request by forthcoming separate motion that this Exhibit be filed under seal because the photographs depict Plaintiff Megan Poe and her minor child, Allison Poe, who the parties have agreed may proceed in this case under pseudonyms.

| Exhibit | Description | Author(s) | Date |
|---|---|---|---|
| 42 | Longitudinal Impact of Gender-Affirming Endocrine Intervention on the Mental Health and Well-Being of Transgender Youths: Preliminary Results | Christal Achille, et al. | 2020 |
| 43 | Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. | Diana M. Tordoff, MPH, et al. | Feb. 25, 2022 |
| 44 | Well-Being and Suicidality Among Transgender Youth After Gender-Affirming Hormones | Luke R. Allen, et al. | 2019 |

Plaintiffs also reserve the right to proffer any exhibits necessary for impeachment, rebuttal, or any exhibit listed by another party to this action.


    */s/ Melody H. Eagan*
Melody H. Eagan (ASB-9780-D38M)
Jeffrey P. Doss (ASB-4212-R62D)
Amie A. Vague (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

J. Andrew Pratt (ASB-3507-J56P)
Misty L. Peterson (GA Bar No. 243715) (*pro hac vice* application pending)
Adam Reinke (GA Bar No. 510426) (*pro hac vice* application pending)
Gilbert Oladeinbo (GA Bar No. 669340) (*pro hac vice* application pending)
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
404.572.4600
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com
goladeinbo@kslaw.com

Brent P. Ray (IL Bar No. 6291911) (*pro hac vice* application pending)
Abigail Hoverman Terry (IL Bar No. 6327057) (*pro hac vice* application pending)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
312.995.6333
bray@kslaw.com
ahoverman@kslaw.com

Michael B. Shortnacy (CA Bar No. 277035) (*pro hac vice* application pending)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
213.443.4355
mshortnacy@kslaw.com

Asaf Orr (CA Bar No. 261650) (*pro hac vice* application pending)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102

415.392.6257
aorr@nclrights.org

Jennifer L. Levi (MA Bar No. 562298) (*pro hac vice* application pending)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
617.426.1350
jlevi@glad.org

Scott D. McCoy (FL Bar No. 1004965) (*pro hac vice* application pending)
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
334.224.4309
scott.mccoy@splcenter.org

Diego A. Soto (ASB-3626-Y61S)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
334.604.1414
diego.soto@splcenter.org

Jessica L. Stone (GA Bar No. 275567) (*pro hac vice* application pending)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
404.221.5837
jessica.stone@splcenter.org

Sarah Warbelow (MI Bar No. P66690) (*pro hac vice* application pending)
Cynthia Weaver (NY Bar No. 5091848) (*pro hac vice* application pending)
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW

Washington, DC 20036
202.628.4160
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

***Counsel for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I certify that on May 3, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will provide notice of such filing to all counsel of record.

*/s/ Melody H. Eagan*
*Attorney for Plaintiffs*
