# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D. *Plaintiffs*, v. KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County. *Defendants*. | Civil Action No. _____ **DECLARATION OF BRIANNA BOE, IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION** |



I, Brianna Boe,[1] declare as follows:

1. I am plaintiff to this action and the mother of Michael Boe, a twelve-year-old transgender boy and another plaintiff in this action.

2. I am a citizen of Alabama and reside with Michael in Montgomery County, Alabama.

3. As a young child, Michael was very care-free and outgoing. He was just a happy kid. Then, when Michael was about nine years old, I noticed a significant change in his behavior. He became depressed, withdrew from his friends, and became more anxious and impatient. He also started acting out in school and struggled academically. Some mornings he would beg not to go to school. Although I still took him, I could see that he was both sad and afraid.

4. I talked with him to try to figure out what was going on. He told me that he was starting to feel different and like he didn't belong, and that he was not like other girls. Michael worried that other kids were judging him, and he told me that he was getting bullied a lot at school.

5. Worried that his stress and anxiety was interfering with this ability to learn, I placed him in a new school the following year and started taking him to see

---

[1] Because of concerns about criminal liability and my child's privacy and safety, I am seeking to proceed in this case under a pseudonym. *See Motion to Proceed Pseudonymously*, filed concurrently herewith. In addition, contemporaneous with signing this declaration, I have signed with my legal name a separate copy of this declaration. My attorneys have a copy of that separate declaration.

2

a therapist, who helped Michael begin untangling what was causing his depression. Seeing this therapist helped Michael, but he had still not returned to his old self. Over the following year, he regularly talked to me about his growing awareness of his male gender identity. I could see that this was something that occupied a lot of his mental energy and that navigating the mismatch between his inner sense of who he is and the way others saw him was very stressful for him.

6. At the same time, Michael started going through puberty. His chest, and eventually his period, caused him a lot of anxiety and further fueled his depression. Michael would dread getting his period every month—and still does. He finds it very difficult to go to school—let alone pay attention—during the first few days of his period every month. For Michael, this discomfort is far beyond any sort of normal adjustment or discomfort that a non-transgender adolescent might experience. He is anguished, and often debilitated, by these physical reminders that his body does not match who he knows himself to be.

7. About a year ago, in June 2021, Michael disclosed to me that he is transgender. I was happy that he felt comfortable sharing this with me, and I let him know that I love and support him in being who he is. I also was scared because I saw what the bullying had done to him before and knew that his peers may not be accepting of him. Setting that fear aside, I looked for resources to learn what I needed to know to best support Michael, including making sure that he was seen by

3

healthcare providers with experience working with kids like him. I wanted to be sure that Michael was getting the best possible treatment and that I would have experts who could answer my questions and advise me about treatment options.

8. Soon after Michael came out as transgender to me, I told Michael's father, his siblings, and extended family that Michael is transgender. As I expected, his father was initially taken aback, but we talked about it, and he took the time to learn about transgender children and the importance of supporting them. After that, he came around quickly and has been supportive of Michael ever since. Michael's siblings and grandparents have been equally supportive.

9. I also started taking Michael to see a second therapist who specializes in working with adolescents experiencing gender dysphoria. The therapist confirmed that Michael has gender dysphoria and recommended that he be evaluated for medical treatment. At the same time, with the support of his therapist and family, Michael began to socially transition. Coming out as transgender and socially transition had a remarkably positive effect on Michael, but because he has not yet been able to start any medical treatments for his gender dysphoria, the conflict between his male identity and his body causes him a lot of distress.

10. Although he doesn't have a large chest, his breasts cause him significant distress. He wears a binder everyday to flatten his chest as much as possible, which he couples with baggy clothes to further hide the contour of his

4

chest. If he could, he would wear his binder all the time, but it is not recommended to wear a binder more than 8-10 hours each day. As a compromise, I bought him numerous sports bras with different levels of compression for him to wear when he takes the binder off. He relies on those sports bras almost as much as his binder. Michael cannot sleep without wearing a sports bra.

11. Michael's period also continues to be a source of significant distress for him. We keep track of his cycles in hopes that he will be mentally prepared, but no amount of preparation or notice is enough. Every month his depression and anxiety spikes, like clockwork.

12. Michael is working hard to manage his depression and recently started taking medication to treat his mental health. Still, there are days that those coping mechanisms fail him due to the intense distress caused by his gender dysphoria. He has engaged in self-harm, such as cutting, and has had suicidal ideation, which I have learned is common among transgender adolescents who are unable to receive the medical treatments they need.

13. Unfortunately, his school environment has become unwelcoming. Recently, he was cornered by a group of students who insisted that Michael was not a boy. Although his teacher addressed the situation afterwards, most of his teachers have not been that supportive, regularly referring to him by the wrong name or pronouns.

14. In February 2022, I called the gender clinic at Children's Hospital to make an initial appointment for Michael. The first availability they had was in December 2022. If this law goes into effect, Michael will not even be able to be evaluated for medical treatment for his gender dysphoria.

15. I am worried that if law prevents Michael from receiving medical evaluation and care for his gender dysphoria that the hormones in his body will continue to change his body in ways that are inconsistent with his gender identity and that his mental health will decline rapidly. Knowing that he has an appointment at the gender clinic has given him hope. Taking that way will leave him with therapy and mental health medications, which we have already seen are not able to adequately address his gender dysphoria. The fact that Michael has a history of cutting and prior suicidal ideation makes even more worried for his safety and wellbeing. One of my other children lost a transgender friend to suicide and I cannot let that happen to Michael.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of April, 2022.

*Brianna Boe*
Brianna Boe