# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D.<br><br>*Plaintiffs*,<br><br>v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County.<br><br>*Defendants*. | Civil Action No.<br>_____<br><br>**DECLARATION OF REV. PAUL A. EKNES-TUCKER IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION** |



PLAINTIFFS' EX.

002

1

I, Paul A. Eknes-Tucker, declare as follows:

1. I am the Senior Pastor at Pilgrim Church in Birmingham, Alabama. I have been a pastor for forty-five years and worked in congregations across the United States.

2. Seven years ago, I was honored to be called to serve the congregation at Pilgrim Church. This calling also allowed me to return to Alabama, the state where I was born and raised.

3. Pilgrim Church was established in Birmingham in 1903 and is part of the United Church of Christ. We hold services every Sunday and open our church during the week for events and community gatherings.

4. A core tenet of this congregation is to love and support all people to be their true selves. This is a belief that I talk about while performing my duties as a Senior Pastor. In fact, my sermon on Easter Sunday this year touched on supporting and caring for the transgender young people in our communities.

5. In my role as Senior Pastor, I have also provided pastoral counseling to parents of transgender children who are church congregants as well as to members of the Birmingham community. In those counseling discussions, parents are often uncertain about what guidance their religious faith can provide as they figure out how to support their child and how their faith can sustain them through that process.

We often talk about their children being made in the image of God and about the role of parents in helping and supporting their children.

6. While providing pastoral counseling, parents of transgender children will often share their worries and fears as well as hopes and aspirations for their transgender child's future. Some of the questions they have relate to the application of our faith's teachings to and the spiritual effects of medical treatments for gender dysphoria. My goal in those conversations is to answer their questions and provide information that the parents would find useful in guiding their decisions about their child's medical care. My religious faith compels me to support parents to love and affirm their transgender children. This includes counseling parents to get help from medical and mental health professionals, when needed, to assist and care for their children and to embrace who they are.

7. I have been fortunate to continue working with the families of transgender children for whom I have provided pastoral counseling. Watching parents support their child, I have seen improvements in the mental health and wellbeing of their children, but also as a family unit; their commitment to one another and their faith only grew stronger.

8. Given my understanding of Alabama's Vulnerable Child Compassion and Protection Act (SB 184), I am concerned that I could face criminal penalties or

3

fines for my work as a pastoral counselor, which could "cause" a transgender minor to begin receiving medical treatment for their gender dysphoria.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of April, 2022.

_____
Rev. Paul A. Eknes-Tucker

4