# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

REV. PAUL A. EKNES-TUCKER;
BRIANNA BOE, individually and on
behalf of her minor son, MICHAEL
BOE; JAMES ZOE, individually and on
behalf of his minor son, ZACHARY
ZOE; MEGAN POE, individually and
on behalf of her minor daughter,
ALLISON POE; KATHY NOE,
individually and on behalf of her minor
son, CHRISTOPHER NOE; JANE
MOE, Ph.D.; and RACHEL KOE,
M.D.,

     *Plaintiffs*,

v.

KAY IVEY, in her official capacity as
Governor of the State of Alabama;
STEVE MARSHALL, in his official
capacity as Attorney General of the
State of Alabama; DARYL D.
BAILEY, in his official capacity as
District Attorney for Montgomery
County; C. WILSON BAYLOCK, in
his official capacity as District Attorney
for Cullman County; JESSICA
VENTIERE, in her official capacity as
District Attorney for Lee County; TOM
ANDERSON, in his official capacity as
District Attorney for the 12th Judicial
Circuit; and DANNY CARR, in his
official capacity as District Attorney for
Jefferson County,

    *Defendants*.

Civil Action No. 2:22-cv-184-LCB

Hon. Liles C. Burke

**DECLARATION OF LINDA A.
HAWKINS, PH.D., LPC IN
SUPPORT OF PLAINTIFFS'
MOTION FOR TEMPORARY
RESTRAINING ORDER &
PRELIMINARY INJUNCTION**



PLAINTIFFS' EX.

**003**

1

I, Linda A. Hawkins, Ph.D., M.S.Ed., LPC, declare as follows:

1.      I submit this expert declaration based upon my personal knowledge.

2.      If called to testify in this matter, I would testify truthfully based on my expert opinion.

### Qualifications and Experience

3.      I am a Licensed Professional Counselor with a M.S.Ed. in Psychological Services from the University of Pennsylvania in 1998, and a Ph.D. in Human Development and Human Sexuality from Widener University in 2009, specializing in working with children and adolescents experiencing gender dysphoria and their families. A true and correct copy of my Curriculum Vitae is attached hereto as **Exhibit A**.

4.      I have over two decades of experience in supporting lesbian, gay, bisexual, transgender, and queer (LGBTQ) youth and their families, both in private practice and through my work with hospitals and clinics. During that time, I have individually worked with more than 4,000 LGBTQ children, adolescents, and families from around the world.

5.      In January 2014, I helped found and co-direct the Gender & Sexuality Development Program at The Children's Hospital of Philadelphia, which now operates from two clinics: Philadelphia, Pennsylvania and Voorhees, New Jersey. As Program Director, I oversee the care of nearly 3,000 families and field an average of

twenty new referrals a week. I also lead and participate in research for developing best care practices for LGBTQ children and their families, train health care and mental health providers on best care practices, establish gender-affirming hospital policies, and advise local, regional, and national organizations as they create and update guidelines for the care of transgender and gender-expansive children, youth, and their families. This includes direct trainings and policy review with schools, churches, social service agencies, mental health centers, and juvenile correction centers and insurance companies.

6.     In January 2018, I helped found the Advanced Training Program in Affirmative Therapy for Transgender Communities, which is a year-long national professional training course for therapists to train them in supporting transgender clients across their clients' lifespans, that now has sites based in Seattle, Washington and Philadelphia, Pennsylvania. I have served as the Founder and Director since the program's inception, which includes both teaching duties and supervising the eight employees who implement the training and supervise the program on a daily basis. The American Psychological Association, U.S. Professional Association of Transgender Health, American Counseling Association, and American Association of Sexuality Educators, Counselors and Therapists are currently considering endorsing the program.

7.     My recent publications include *Experience of Chest Dysphoria and Masculinizing Chest Surgery in Transmasculine Youth*, Pediatrics, 147(3) (2021); *Transgender Youth Experiences with Implantable GnRH Agonists for Puberty Suppression*, Liebert (https://doi.org/10.1089/trgh.2021.0006) (2021); *Sexual and Gender Minority Adolescents: Meeting the Needs of Our LGBTQ Patients and Their Families*, Clinical Pediatric Emergency Medicine, 20(1), 9–16 (2019); *Sexual Orientation/Gender Identity Cultural Competence: A Simulation Pilot Study*, Clinical Simulation in Nursing, 16, 2–5 (2018); *Barriers to Care for Gender Non-Conforming Youth: Perspectives of Experienced Care Providers, Transgender Youth and Their Parents*, Journal of Adolescent Health, Vol. 62, Issue 2 (2018); *Effective Treatment of Depressive Disorders in Medical Clinics for Adolescents and Young Adults Living with HIV: A Controlled Trial*, Journal of Acquired Immune Deficiency Syndrome, 71(1), 38–46 (2017); *Policy Perspective: Ensuring Comprehensive Care and Support for Gender Nonconforming Children and Adolescents*, Transgender Health, 1(1), 75–86 (2016); and *Creating Welcoming Spaces for Lesbian, Gay, Bisexual and Transgender (LGBT) Patients: An Evaluation of the Healthcare Environment*, Journal of Homosexuality, 63(3), 387–93 (2016). I have also authored chapters of textbooks, including "Sexual Disorders and Transgender Health" in *Fundamentals in Consultation Psychiatry: Principles and Practice*, Eds. Lavakumar, M., Rosenthal, L., & Rabinowitz, T. Nova Medicine & Health: New

York, NY (2019). A listing of my publications is included in my Curriculum Vitae in **Exhibit A**.

8.      I belong to a number of professional organizations and associations relating to (i) the overall mental health and well-being of all children, youth and their families; (ii) the health and well-being of children and adolescents, including those who are transgender; and (iii) to appropriate medical treatments for transgender individuals. For example, since 2005, I have been a member of the World Professional Association for Transgender Health ("WPATH"), an international multidisciplinary professional association to promote evidence-based care, education, research, advocacy, public policy and respect in transgender health. I was also elected as a Fellow of the College of Physicians of Philadelphia, invited to join based on my local, regional, national, and international contributions to the medical and mental health and wellness of transgender and gender non-binary children and youth, as well as my contributions to the education of medical professionals as part of this care. A complete list of my involvement in various professional associations is located in my Curriculum Vitae in **Exhibit A**.

9.      From 2010-present, I have served as an Editorial Reviewer for Academic Pediatrics and the Society for the Scientific Study of Sexuality.

10.      I have previously testified two times at trial or in deposition as an expert witness.

11.    My opinions contained in this declaration are based on: (i) my years of experience as a Licensed Counselor and PhD training in treating transgender patients, including children, adolescents and young adults; (ii) my knowledge of the peer-reviewed research, including my own, regarding the treatment of LGBTQ patients and those suffering from gender dysphoria; and (iii) my review of the various declarations submitted in support of the motions. I generally rely on these types of materials when I provide expert testimony, and they include the documents specifically cited as supportive examples in particular sections of this declaration. The materials I have relied on in preparing this declaration are the same type of materials that experts in my field of study regularly rely upon when forming opinions on the subject.

12.    I was provided with and reviewed the following case-specific materials: (i) the expert declaration of Stephen Rosenthal, M.D. ("Dr. Rosenthal Decl."), and (ii) Senate Bill 184, as enacted ("the Act").

13.    I have not met or spoken with the Plaintiffs or their parents for purposes of this declaration. My opinions are based solely on the information that I have been provided by Plaintiffs' attorneys as well as my extensive experience studying gender dysphoria and treating transgender patients.

14.    I am being compensated at an hourly rate for the actual time that I devote to this case, at the rate of $300 per hour for any review of records, preparation

of reports or declarations, and deposition and trial testimony. My compensation does not depend on the outcome of this litigation, the opinions that I express, or the testimony that I provide.

## Gender Identity Development and Gender Dysphoria

15.     Because a person's gender identity is unknowable at birth, doctors assign sex based on the appearance of a newborn's external genitalia. For most people, that assignment also turns out to be a consistent reflection of their gender identity. However, for transgender people, their assigned sex does not match their gender identity.

16.     Gender identity is a person's innate, inner sense of belonging to a particular gender, such as male or female.

17.     Medical, mental health and human development research has repeatedly shown that gender identity is hard wired and a core component of human identity. Every person has a gender identity. Dr. Rosenthal's declaration provides a comprehensive overview of the research demonstrating that gender identity has strong biological ties. (Dr. Rosenthal Decl. at ¶¶ 14-17.)

18.     A person's gender identity is not a personal decision, preference, or belief. Like nontransgender people, transgender people do not simply have a "preference" to live consistent with their gender identity; trying to live as a gender they are not feels viscerally wrong and can cause a range of psychological outcomes

from minor distress to overwhelming daily anxiety and depression that can culminate in thoughts of self-harm or death.

19.    A key milestone of child development is a child becoming aware of their gender identity. My declaration will focus on that process and the psychological distress young people experience when their assigned sex and gender identity do not match.

20.    Children typically become aware of their gender identity between the ages of three and five years old. During these young years, individuals will often gravitate toward toys, clothing, activities, and peer relationships that most typically align with their gender identity. At the same time, those children are also surrounded by gender rules, regulations and expectations in their families, the media, and community. Children assigned male at birth are typically rewarded for following the male-based expectations set out for them and the children assigned female at birth are equally rewarded for following the female-based expectations set out for them, regardless of the child's gender identity.

21.    Transgender individuals who become aware in childhood that those expectations do not match with who they are often begin to express their cross-gender identity to their family members and caregivers. The statements and actions transgender children use to communicate their cross-gender identity differ significantly from age-appropriate imaginative play. Transgender children are

insistent, persistent, and consistent over time in their cross-gender identification. Transgender children will also manifest psychological distress as a result of the mismatch between their assigned sex and their gender identity if they are not allowed to live consistent with their gender identity.

22.     This sets the experience of transgender children apart from non-transgender children. While non-transgender children may also experience some gender exploration, and some girls will be "tomboys" and some boys will live as feminine boys, the intensity and persistence of the cross-gender identification that transgender children express is of a different order. Historically, earlier studies included a wide range of gender nonconforming children, rather than differentiating between transgender and non-transgender children, and also suffered from other serious methodological flaws that make them unreliable. Today, based on current scientific knowledge and clinical practice, researchers and clinicians are much better equipped to differentiate transgender from non-transgender children and adolescents. Recent studies have found that, when following the standard of care for diagnosing gender dysphoria, the rate of "desistance" for transgender adolescents who are properly diagnosed, evaluated, and treated is virtually nonexistent.

23.     A significant proportion of transgender children do not have the ability to clearly understand, state or share the distress they are experiencing. Those children can experience a wide range of psychological distress from difficulty

sleeping to anxiety at school or severe depression and may not fully realize that this distress is linked to being transgender. Over time, their inability to understand the root of their distress and/or to express themselves further exacerbates their psychological distress.

24.     Yet another significant proportion of young transgender children may have had an underlying feeling of not fully aligning with the sex they were assigned at birth, but felt "good enough" being supported and perceived as a female identified as a tomboy or a feminine presenting gay male. However, as puberty starts and a young person begins to experience the physical changes associated with their birth sex including developing secondary-sex characteristics (*e.g.*, breast development, menstruation, testicular and penile expansion, and deepening of voice) these youth experience intense distress that cannot be explained as simply being upset about puberty. That distress is caused by gender dysphoria, which is exacerbated by puberty for youth who are transgender, not simply gender nonconforming. These youth share a strong and real awareness of their gender identity not as a female identified as a tomboy, but as male, and not as a feminine male, but a female.

25.     Gender Dysphoria is the diagnosis characterized by the severe and unremitting emotional pain resulting from the incongruity between a person's assigned sex and their gender identity. It is a serious condition and is listed in the *Diagnostic and Statistical Manual of Mental Disorders* ("DSM-5") of the American

Psychiatric Association and has been for decades. Because Gender Dysphoria also has significant implications for a transgender young person's physical health that require medical care, there is also a companion diagnosis in the World Health Organization's International Classification of Diseases (ICD-10). Major medical and behavioral health associations recognize the validity and seriousness of the condition of gender dysphoria and support its treatment consistent with established standards of care. These include the American Medical Association, the Endocrine Society, the American Academy of Pediatrics, the American Psychological Association, the American Psychiatric Association, National Association of Social Workers, and others.

## Standards of Care for Working with Transgender Children

26.    When loved, supported, and treated consistent with their gender identity by their parents and caretakers and in their social, medical and educational environments, transgender children—like all children—can thrive, grow into healthy adults and have the same capacity for happiness, achievement, and contribution to society as others. For transgender children and youth, that means supporting them to live in a manner consistent with their gender identity.

27.    Getting treatment for Gender Dysphoria and ensuring that a transgender child is in an environment that does not undermine that treatment are critical to a transgender child's healthy development and well-being. For young transgender

children, the treatment of Gender Dysphoria consists of social transition, which involves changes that bring the child's outer appearance and lived experience into alignment with the child's gender identity. Changes often associated with a social transition include changes in clothing, name, pronouns, hairstyle, and updating government-issued identity documents to reflect the child's new name and correct the sex listed on those documents so that others interact with them in a manner that affirms and supports their gender identity.

28. Research and clinical experience have shown that social transition for a child with Gender Dysphoria improves that child's mental health and greatly reduces the risk that the child will experience anxiety, depression and possibly engage in self-harming behaviors. *See Kristina Olson, et al., Mental Health of Transgender Children who are Supported in Their Identities*, 137 Pediatrics 1 (2016). In fact, longitudinal studies demonstrate that undergoing a social transition before puberty often provides tremendous and immediate relief because there are few, if any, observable physical differences between boys and girls at that age.

29. A social transition is often eventually coupled with other treatments for Gender Dysphoria once a young person enters adolescence including puberty blockers and hormone therapy to bring a person's body into alignment with their gender identity. The availability and effects of those treatments are discussed in detail in Dr. Rosenthal's declaration. (Dr. Rosenthal Decl. ¶¶ 32-55.) As with social

transition those treatments occur within a context of treatment and assessment by qualified professionals, often in a single multidisciplinary setting meaning that a patient's multiple providers (endocrine, primary care, mental health specialist) all work in consultation and coordination with one another to provide care for the patient.

30.   Mental health counseling can have a tremendous positive effect on a patient's mental health.  Not only can counseling reduce a young person's psychological distress, but it can help reduce their reliance on harmful coping strategies, if not replace them all together.  I have seen many patients make significant progress through counseling to address many, but not all, areas of distress a transgender child or youth may be experiencing with their own identity as well as coping with how others around them may be reacting to their transgender identity.

31.   For transgender young people approaching or going through puberty, however, counseling by itself is not sufficient to fully manage their Gender Dysphoria.  The physical changes associated with puberty greatly exacerbate a transgender young person's psychological distress because their bodies are becoming more incongruent with their gender identity every day.  More importantly, counseling is unable to stop those changes from occurring, nor can it help bring a patient's body into alignment with their gender identity.  For many transgender youth, medical care is crucial and vital for survival.

### The Role of Mental Health Providers in Assessing Necessity of Medical Treatments for Gender Dysphoria

32.     When a child or adolescent experiencing Gender Dysphoria starts to see a mental health provider such as myself, that provider's first objective is assessment, including diagnosis. As with any assessment, the provider must gather a detailed history of the patient and their psychological distress surrounding their gender identity, including its sources and manifestations. To appropriately conduct that assessment, the mental health provider must draw from their professional training and experience in working with transgender young people, exercise professional judgment, and tailor the assessment to each individual patient and their family. The number of sessions that assessment requires will vary greatly depending on the patient's presentation and the complexity of the issues the patient is navigating.

33.     In addition to meeting with the patient and family, this assessment process typically includes gathering and reviewing additional information from the child's Primary Care Provider, local therapist and psychiatrist and any additional adult professionals who are part of the patient's care team. Without this thorough and comprehensive assessment, a mental health provider could not accurately diagnose a patient with Gender Dysphoria and provide the recommendations for treatment and care.

34.     Once the mental health provider has confirmed that the patient is experiencing Gender Dysphoria, the provider develops a treatment plan, which can

14

include referrals to medical providers for treatments like puberty-blocking medications and hormone therapy.

35. Over the course of their initial assessment—and subsequent treatment—mental health providers will engage their patients in many discussions about the aspects of the patient's life and appearance that exacerbate their Gender Dysphoria. The purpose of those conversations is two-fold: identify the areas where the patient needs to develop resilience and coping strategies to minimize the effects of their Gender Dysphoria; and evaluate the mental health benefits of future social changes and medical treatment. For example, those discussions may reveal that a transgender patient's distress about the onset of puberty is impairing their ability to engage in peer relationships or routine self-care (*e.g.,* avoiding showering), as well as impairing their ability to focus at school. The mental health provider can then work with the patient to develop psychological and social strategies to reducing the functional limitations caused by the Gender Dysphoria. While this level of care can prove fully beneficial for some young people diagnosed with Gender Dysphoria, in other cases the treatment plan strongly indicates that puberty-blocking medications is necessary to prevent that patient's mental health from deteriorating at the onset of puberty.

36. If the patient and their family decide to pursue medical treatment, the mental health provider will build on those discussions to also assess the patient's

appropriateness and readiness for that treatment. As mentioned above, the appropriateness of any medical treatment is determined by a multidisciplinary team of expert mental and medical care providers. A patient's readiness to begin a particular course of medical treatment requires an evaluation of the patient's understanding of the goals and potential limitations of the contemplated treatment. For example, for puberty-blocking medication, the provider will gauge the patient's ability to comprehend the effects of puberty on their body and mental health. An integral part of that discussion is evaluating a patient's grasp of the consequences of stopping those physical changes from occurring and alternatives to puberty-blocking treatment. And, in cases of the addition of hormone therapy in adolescence, the review of physical impact, including benefits and limitations, is explored over multiple meetings with the patient and parents.[1] The provider will have those discussions with the patient and their parents both individually and together. As with the initial diagnosis, the amount of time required to complete this evaluation will depend on numerous factors including the length of their existing therapist-patient relationship and the complexity of the issues facing that patient.

---

[1] *See*, *e.g.*, *"This Wasn't a Split-Second Decision": An Empirical Ethical Analysis of Transgender Youth Capacity, Rights, and Authority to Consent to Hormone Therapy*, Clark, BA, Bioethical Inquiry (2021) https://doi.org/10.1007/s11673-020-10086-9.

37.     The mental health provider will then document the results of their assessment in a letter to the patient's treating physician. The letter details the provider's diagnostic analysis as well as any professional opinions regarding the benefits of and readiness for the contemplated treatment. The medical provider uses that letter as one piece of their own independent assessment. It is not uncommon for a medical provider to contact the patient's mental health provider to discuss the details of the letter.

### Medical Treatment for Gender Dysphoria is Critical to the Mental Health of Transgender Youth

38.     Scientific literature and clinical experience consistently find that, like social transition, medical treatment for Gender Dysphoria offers significant psychological benefit to transgender young people. For example, one longitudinal study found that transgender young adults who received the full range of medical and mental health treatments for their gender dysphoria had a mental health profile that was indistinguishable from their non-transgender peers. Annelou L.C. de Vries, et al., *Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment*, 134 Pediatrics 696 (2014). Medical treatments for gender dysphoria are effective because they keep a transgender person's body in alignment with their gender identity, either by stopping that incongruence from growing or by changing the person's body to be more congruent with their gender identity, which in turn help reduce a person's Gender Dysphoria.

17

39.    Conversely, however, the denial of medical treatment will severely hinder a transgender young person's development and well-being. Even if not initially visible to the public, the physical changes associated with puberty widen the incongruence between a transgender young person's body and their gender identity. The permanence of those physical changes can result in distress that is significant and acute because the changes brought on by puberty become constant triggers for Gender Dysphoria, such as monthly menstruation, chest development, deepening of voice and unwanted erections.

40.    As puberty progresses, those physical changes become more obvious and will undermine a transgender young person's ability to live in a manner consistent with their gender identity. Their appearance will cause them to be repeatedly referred to by their birth sex, which is different than their gender identity. The incongruence between their gender identity and appearance will also subject them to ridicule, harassment, and discrimination. In either situation, a transgender young person will experience that mistreatment as a rejection of their core self and identity, which will further exacerbate their Gender Dysphoria.

41.    If left unaddressed, as under the wait-and-see approach, a transgender young person is likely to develop co-occurring mental health conditions, such as major depression, anxiety or obsessive-compulsive disorders, eating disorders, self-harm, and thoughts of suicide. Transgender young people can also experience

difficulties focusing on schoolwork, building and maintaining friendships, among other serious functional limitations.

42.     Those harms are exponentially compounded for a transgender young person living at the intersection of minority identities based on the layered ways in which peers and adults can stigmatize identified differences in race, ethnicity, religion/faith and socioeconomic status. Multiply marginalized children and youth face vastly higher levels of anxiety and depression that are more likely to lead to self-harm and even death by suicide. In the last few years, as individuals in these multiply marginalized communities are coming under direct and indirect attack from political and religious groups, these children are becoming gravely aware that they are not safe in their own neighborhoods and are constantly exposed to negative messages that profoundly state that they do not matter, are not important parts of our community, and otherwise do not belong.

43.     Chronic exposure to those levels of sustained stress results in persistent surges of cortisol in the brain for children and youth. This leads to a wide array of short and long-term detrimental consequences, all of which can permanently affect development, emotional, physical and mental health, and quality of life. For example, research has shown that it leads to increased difficulty in differentiating between threatening and safe situations, impaired short-term and long-term memory, struggles with decision-making and attention, and issues with mood control, even in

adulthood. Studies have also shown that chronic stress in childhood and adolescence results in a higher likelihood of developing a myriad of physical health issues, including diabetes, heart disease, and cancer.

44.     Once an area of clear and consistent stress and distress has been identified for any child, it should be addressed in a way that provides clear, consistent and safe relief. This is vital based on the research on both the negative health impact of chronic stress/distress on human bodies as well as the clear, safe and consistent guidelines for relieving this stress and distress for transgender children and youth.

## Conclusion

45.     Criminalizing the provision of medical treatment for Gender Dysphoria will inflict immeasurable harm on transgender young people throughout Alabama that will have long-lasting implications for the mental health of this already vulnerable population and the many family members who support them. Transgender young people will have proven effective, life sustaining medical care dangerously delayed between five and ten years to obtain what are considered time-sensitive medical treatments for gender dysphoria. Not only will their mental health decompensate during that time, but their ability to treat and manage their Gender Dysphoria will be greatly diminished with some body changes being irreversible. For many transgender children, the inability to access essential time-sensitive medical treatment will result in irreparable damage to their physical and

20

psychological health.

46.    Those harms will significantly compound the inability of transgender young people to live in a manner consistent with their gender identity due to body changes that negate their ability to keep private, for those who wish to do so, the deeply personal fact that they are transgender. Additionally, the social and educational harms resulting from profound and debilitating bullying and harassment of transgender children in local social settings (clubs, sports, after school programs, churches) and school settings will frequently result in out of school placements, online schooling and/or complete removal from academic efforts overall.  All of these negative outcomes in childhood have far-reaching and exponentially impacting effects on overall health and wellbeing, typically resulting in a significant increase in anxiety, depression, self-harm and death by suicide.

47.    Despite claiming to protect transgender children, the Act will have the exact opposite effect.

This declaration was executed this 17th day of April, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Linda Hawkins, Ph.D., M.S.Ed., LPC

# EXHIBIT A

Curriculum Vitae

Name:  **Linda Aline Hawkins, PhD, LPC**
Address:  7153 Anderson Street, Philadelphia, PA 19119
Phone:  **215-280-7128**
Email:  drlahawkins@gmail.com

**Education & Licensure**
Licensed Professional Counselor, Pennsylvania – PA #006287 - March, 2012
Ph.D., Human Development & Human Sexuality, Clinical Counseling Focus – Widener
     University, Chester, PA, October, 2009
     Linda Lehnert Memorial Award – Excellence in Academics & Research (4.0 GPA)
     Distinguished Dissertation Nomination – Gender Identity Development among Gender
     Variant Adolescents: A Qualitative Analysis
M.S.Ed., Psychological Services – University of Pennsylvania, Philadelphia, PA, August, 1998
B.S., Speech and Hearing Sciences – University of Washington, Seattle, WA, June, 1993

**Current Employment**
**Founder & Director: Gender & Sexuality Development Program, The Children's Hospital
of Philadelphia, Philadelphia, PA, January 2014 to present.**
*This clinic was one of the nation's first four pediatric gender clinics to support children and
youth who are gender non-conforming, gender explorative and/or transgender.*
*Accomplishments as part of achieving this include:*
- Developed the business plan and founded the Philadelphia clinic at the Hospital in January, 2014 and expanded to include a Voorhees, NJ clinic in January of 2020.
- Established needed gender affirming policies within the Hospital to support the clinic patients and families, including updating the employee non-discrimination policy and the patient bill of rights.
- Currently running a clinic of nearly 1500 families within first three years of opening; fielding 10-15 referrals weekly.
- Securing nearly 100% rate of insurance coverage for puberty blockers through advocacy and education between hospital physicians and insurance adjustors.
- Secured multiple internal and externa funding for patient and family needs, including full funding for the family support group, giving library of books to support family exploration and childhood learning on gender, and training support.
- Supervise and coordinate staff and scheduling.
- Lead and participate in research development as it pertains to the development of best care practices for our patients and families.
- Assure the Hospital and all affiliates are performing at the highest level possible in the overarching support for all LGBTQ staff, employees and providers.
- Providing state and regional trainings for health care and mental health providers.
- Mentoring hospitals nationwide in developing gender affirming care clinics with practices, policies, training and advocacy.
- Advising local, regional and national guidelines for the care of transgender and gender expansive children, youth and their families.

**Family Services Specialist: Department of Patient & Family Services, The Children's Hospital of Philadelphia, January, 2014 to present.**
*Goal is to provide on-going assessment of the Hospital policies and practices to assure at every point of contact with patients, families and staff, LGBT individuals are treated with respect, competence and the best practices in health care and employment experience.*

- Conducting annual training seminars and lectures throughout the CHOP Network and affiliates to increase their LGBT competence in supporting patients and families.
- Conducted numerous Grand Rounds presentations and private sessions to assist multiple hospitals to both increase their LGBT patient and family competence, as well as increase specific competence with transgender child/youth patient care.
- Establishing first pediatric plans for Transgender Child & Youth Policy & Practice.
- As a result of all of the above, successfully supported the Hospital in achieving the Human Rights Campaign Endorsement as a Leader in LGBT Healthcare Equality for The Children's Hospital of Philadelphia from 2014 to present..

**Director & Trainer: Advanced Training in Affirmative Therapy for Transgender Communities, Widener University, January, 2018 to present.**
*Designed and implemented a one-year professional training program for mental health providers based at Widener University.  Expanded to bi-coastal in-person offering in Philadelphia and Seattle, shifted to online during pandemic.*

- Designed year-long curriculum that includes two, in-person weekends and weekly on-line supervision as well as monthly readings.
- Supervise 6 training staff to implement the above training and supervision needs.
- Develop promotion materials to reach a national audience of potential participants.

**Additional Program Development & Management Experience**

Interim Director, Gender Affirming Care Clinic: Johns Hopkins All Children's Hospital, St. Petersburg, FL, September 2019 to September 2021. Accomplishments: Completed comprehensive needs assessment of the hospital network to determine existing strengths and areas for growth in providing gender affirming care. Completed comprehensive needs assessment of patient and family care needs.  Developed and implemented program expansion plan resulting in the first fully staffed, interdisciplinary care program for transgender and gender nonbinary children, youth and families in the state of Florida.

Interim Director, Center for Gender Affirming Care: Rady Children's Hospital, San Diego, CA, January 2017 to January 2019. Accomplishments: Completed comprehensive needs assessment of the hospital network to determine existing strengths and areas for growth in providing gender affirming care. Completed comprehensive needs assessment of patient and family care needs. Developed and implemented program expansion plan resulting in the rebuilt interdisciplinary care program for transgender and gender nonbinary children, youth and families in San Diego.

Director of Counseling Services: The Attic Youth Center, Philadelphia, PA, May, 2004 to September, 2011. Accomplishments: Expanded program from 2 therapists to 7 therapists with psychiatry partnership and insurance funding.  Supervised therapists (MSW, MEd, PsyD and

PhD level clinicians) to provide complete counseling and psychosocial services to sexual and gender minority youth (ages 14-24 years old).  Built collaboration with Community Behavioral Health (CBH) to ensure funding for services.  Developed annual student training program. Clinical team awarded the Association of Gay & Lesbian Psychiatrists Honor of Mental Health for Youth in 2011.   Supervisors: Carrie Jacobs, PhD, Executive Director and Cornelius Furgesson, PhD, Licensed Psychologist.

Program Manager, HIV Counseling and Testing:  Adolescent Medicine, The Children's Hospital of Philadelphia, Philadelphia, PA, October, 2004 to March, 2008.  Accomplishments:  Organized and coordinated all adolescent sexual health and HIV counseling within the Hospital network. Expanded program from 2 testing sites to 9 sites including multiple community events throughout Philadelphia. Developed testing protocols that met and exceeded best practice for testing with youth and young adults.  Led strategic grant writing to fund existing and expanded programming, securing annual funding for 4 full time health educators/testers and partial supervision/management salaries.  Supervisor: Christine Ambrose, LSW, Program Manager.

Program Coordinator: The Injury Free Coalition for Kids of Philadelphia, The Children's Hospital of Philadelphia, Philadelphia, PA, February, 1999 to February, 2004. Accomplishments: Developed a community based coalition of medical, education, public health, government, and faith based leaders to address the crisis of unintentional injury to children in West and Southwest Philadelphia. Led research and interventions to assess needs, build partnerships and strategize solutions with and for the community. Provided training and guidance to MD, MPH, SW, MEd, and PhD students interested in community based wellness and public health promotion. Led strategic grant writing to secure initial and sustainable funding for core coalition staff and all projects through sources including: Robert Wood Johnson Foundation, DHHS, Ronald McDonald House Philadelphia, Philadelphia Foundation, PEW Charitable Trust, and multiple local funding groups.  Successfully funded a $300,000 playground through grassroots, faith-based and competitive matching funds.  Supervisors: Flaura Winston, MD, PhD, Center for Pediatric Injury Prevention, and Marla Vanore, MSEd, Trauma Program Manager.

**Additional Clinical Experience**
Private Practice: Hawkins LifeWorks LLC, Philadelphia, PA, September, 2012 to January, 2014. *Private practice offering clinical support to children and youth who identify as LGBTQ and their families (no new clients as of 2014).  Currently offering training for schools, churches and community agencies.  Also providing clinical supervision to trainees seeking clinical training needs in these specific areas.*
- Supported numerous children, youth and families in their mental health care needs.
- Supervised 12 clinical trainees, to date, in their clinical training hours.
- Continue to clinically supervise 4 trainees seeking licensure and a dozen clinicians within private practice.
- Providing trainings at colleges and hospitals throughout the nation to increase their competency in supporting the needs of LGBT children, youth and families.

Lead Mental Health Counselor:  Adolescent HIV Initiative, Adolescent Medicine, The Children's Hospital of Philadelphia, Philadelphia, PA, February, 2004 to December, 2013.  Duties:

Providing one on one, couples, family, and group counseling to youth diagnosed with HIV. Train and supervise intern, extern and practicum students in clinical counseling.  Build partnerships with community-based counseling and psychiatry services to provide comprehensive seamless care to patients.  Lead and assist in grant writing to fund psychosocial support team members (social work, nursing and wellness counselor) with successful awards from the AIDS Activities Coordinating Office (AACO), NIH, NIMH, and DHHS. <u>Supervisor</u>: Tracy DiFonzo, LCSW, Program Manager and Benoit Dube, MD, Psychiatrist.

<u>Adolescent Counselor</u>: The Attic Youth Center, Philadelphia, PA, February, 1999 to December, 2006. <u>Duties</u>: Providing one on one, couples, and group counseling to gay, lesbian, bisexual, transgender, and questioning youth.  <u>Supervisor</u>: Cornelius Furgesson, PhD, Licensed Psychologist

<u>Adolescent Counselor</u>: The Open Door, Philadelphia Community Health Alternatives, Philadelphia, PA, March, 1999 to March, 2001.  <u>Duties</u>: Providing one on one, couples, and group counseling to gay, lesbian, bisexual, transgender, and questioning youth.  <u>Supervisor</u>: Phillip Rutter, PhD, Program Director.

<u>Child Clinical Therapist Intern</u>: Philadelphia Child Guidance Center – Department of Child & Adolescent Psychiatry at the Children's Hospital of Philadelphia, Philadelphia, PA, September, 1997 to May, 1998.  <u>Duties</u>: Conducted individual and group counseling with behaviorally challenged children and their families.  Collaborated with multidisciplinary team to devise and implement treatment plans.  <u>Supervisor</u>: Dr. Brenda Pemberton, Director.

**Additional Teaching Experience**
<u>Adjunct Associate Professor</u>: Widener University Center for Human Sexuality Studies, Chester, PA, Summer, 2008 to Spring, 2017.
*The Center for Human Sexuality Studies at Widener University is the only nationally accredited program in sexuality education and clinical sexuality training in the United States.  Students come from across the nation and Canada to train within this program.*
Courses Taught as Lead Instructor:
- *HSED 645 – Sexual Minorities*
- *HSED 624 - Education and Training Methods for the Clinical Sexologist*
- *HSED 695 & 696 - Practicum Supervision (2 semesters)*
- *HSED 588(elective) – Clinical Implications of HIV*
- *HSED 588(elective) - Sexually Transmitted Infections & HIV/AIDS*
- *HSED 593 - Behavioral Foundations of Human Sexuality*
- *HSED 645 - Sexual Minorities*
- *ED652 - Group Process and Dynamics*
- *PY 622 – Trauma, Advocacy & Social Justice*
- *CFTP 511 – Introduction to Sex Therapy: Concepts in Human Sexuality*

Consistently achieving exceptional ranking in all course evaluations, on both content, communication and expertise.

Awarded the 2015 Widener Points of Pride Award – awarded annually to the faculty member for exceptional scholarship in the field of sexuality to support the students, faculty and overall profession in the field.

<u>Adjunct Professor:</u> Arcadia University Masters in Psychology Program, Glenside, PA, Fall, 2013 to Spring, 2014. <u>Duties:</u> Design, instruct and evaluate courses for Masters level students. <u>Supervisor:</u> Dr. Eleonora Bartoli, Program Director.

**Additional Research Experience**
<u>Study Coordinator & Behavioral Study Interventionist:</u> Adolescent Trials Network (ATN), The Children's Hospital of Philadelphia, Philadelphia, PA, January, 2008 to December, 2013.  <u>Duties:</u> Implement NIH funded research protocols as designed and designated through the ATN. As coordinator, assure all subject selection, protocol procedure, documentation, data entry, and quality assurance meets and exceeds study requirements.  As interventionist, assure all aspects of intervention procedures meet the dynamic needs of the subjects and the study protocol. <u>Supervisor:</u> Mary Tanney, RN, MPH, Research Nurse.

2010 – 2013: Study Interventionist & Coordinator for *Treatment for Depression Among HIV-Infected Youth – (ATN 080)*

2008 – 2013:  Study Coordinator for *Neurocognitive Assessment in Youth Initiating HAART, A Multi-Center Study of the Adolescent Medicine Trails Network for HIV/AIDS Interventions (ATN 071)*

2009 – 2012: Study Coordinator & Supervisor for *Mindfulness Approaches to Increasing Wellness Among Youth Living with HIV – Partnership with The Johns Hopkins School of Medicine*

2008 – 2010:  Study Interventionist & Coordinator for *Integrated Treatment of Alcohol and/or Marijuana Abuse for HIV-Infected Youth – Focus Groups, Phase I & Phase II (ATN 069)*

2008 – 2009:  Co-Investigator for *Sexual Health Risk Among Adolescent and Young Adult African Americans Living with HIV who have Sex with Men – Adolescent Initiative Study, The Children's Hospital of Philadelphia*

2005 - 2006:  Primary Investigator for *Internal Validation of OraQuick Advance Rapid HIV 1-2 Antibody Test Kit on Oral Fluids Compared to Standard ELISA Serum Screening – Point of Care Testing, The Children's Hospital of Philadelphia*

2004 – 2005: Co-Investigator for *Post-Traumatic Stress Reactions in HIV-positive Youth: An exploratory study to identify life stressors and impact of diagnosis - Adolescent Initiative Study, The Children's Hospital of Philadelphia*

**Peer-reviewed Publications**
2021                     Hobson, B., Lett, E., **Hawkins, L**., Swediman, R., Nance, M., & Dowshen, N. Transgender Youth Experiences with Implant GnRH

Agonists for Puberty Suppression. *Transgender Health*, 16 Sep 2021https://doi.org/10.1089/trgh.2021.0006

2021        Experiences of Chest Dysphoria and Masculinizing Chest Surgery in Transmasculine Youth. Mehringer, J., Harrison, J., Quain, K., Sea, J., **Hawkins, L**., & Dowshen, N. *Pediatrics*, 147(3).

2020        Schlupp, A., Dowshen, N., **Hawkins, L.,** & Stallings, V. The Prevalence and Patterns of Food and Beverage Restriction for Bathroom Avoidance in Transgender and Gender-Diverse Youth: A Retrospective Chart Review. *Journal of Adolescent Health Research Poster Symposia*, 66(2), S29.

2019        Libby, B., Miller, V., Regan, K., Gruschow, S., Hawkins, L., & Dowshen, N. Communication of Acceptance and Support In Families Who Have Gender-Variant Youth. *Journal of Adolescent Health*, 64(2), S101-S102.

2019        House, H., Gaines, S., **Hawkins, L**., Sexual and Gender Minority Adolescents: Meeting the Needs of Our LGBTQ Patients and Their Families. *Clinical Pediatric Emergency Medicine*, 20(1), 9-16.

2018        Dowshen, N., Gruschow, S., Taylor, S., Lee, S., & **Hawkins, L**. Barriers to Care for Gender Non-Conforming Youth: Perspectives of Experienced Care Providers, Transgender Youth and Their Parents. *Journal of Adolescent Health*, 62(2), S42.

2018        Hickerson, K., **Hawkins, L.,** & Hoyt-Brennan, A. Sexual Orientation/Gender Identity Cultural Competence: A Simulation Pilot Study. *Clinical Simulation in Nursing,* 16, 2-5.

2017        Brown, L., Kennard, B., Emslie, G.,…**Hawkins, L**. Effective Treatment of Depressive Disorders in Medical Clinics for Adolescents and Young Adults living with HIV: A controlled trial. *Journal of Acquired Immune Deficiency Syndrom,* 71(1), 38-46.

2016        Contributing author. Supporting & Caring for Transgender Children. *Human Rights Campaign*.

2016        Dowshen, N., Lee, S., Castillo, M., **Hawkins, L.,** & Barg, F. Barriers and Facilitators to HIV Prevention, Testing, and Treatment among Young Transgender Women. *Journal of Adolescent Health*, 58(2, Supp), S81-82.

2016        Dowshen, N., Meadows, R., Bymes, M., **Hawkins, L.,** Eder, J., & Noonan, K. Policy Perspective: Ensuring comprehensive care and support for gender nonconforming children and adolescents. *Transgender Health*, 1(1), 75-86. http://online.liebertpub.com/doi/pdfplus/10.1089/trgh.2016.0002

| 2016 | McClain, Z., **Hawkins, L.A.**, & Yehai, B. Creating Welcoming Spaces for Lesbian, Gay, Bisexual, and Transgender (LGBT) Patients: An Evaluation of the Healthcare Environment. *Journal of Homosexuality*, 63(3). |
|---|---|
| 2015 | Dowshen, N., Meadows, R., Bynes, M., **Hawkins, L.,** Eder, J., & Noonan, K. Ensuring Comprehensive Care and Support for Gender Non-Conforming Children and Adolescents. *Policy Lab: Evidence To Action*, Fall 2015. |
| 2014 | Kennard, B., Brown, L., T., **Hawkins, L**., Risi, A., Radcliffe, J., Emslie, G., Mayes, T., King, J., Foxwell, A., Buyukdura, J., Bethel, J., Naar-King, S., Safran, S., Xu, J., Lee, S., Garvie, P., London, C., Tanney, M., Thornton, S., and the Adolescent Trials Network for HIV/AIDS Interventions. Development of Health and Wellness CBT for Individuals with Depression and HIV: Feasibility and Acceptability.   Journal of Cognitive & Behavioral Practice, pp 237-246. |
| 2011 | Radcliffe, J., Beidas, R., **Hawkins, L**. & Doty, N. Trauma and Sexual Risk Among Sexual Minority African American HIV Positive Young Adults. *Traumatology*, June 2011. |
| August, 2010 | Radcliffe, J., Doty, N., **Hawkins, L.A.**, Smith, C. Beidas, R., and Rudy, BJ.  Stigma and Sexual Health Risk in HIV-Positive African American Young Men who have Sex with Men.  AIDS Patient Care and STDs, 24(8). |
| May, 2010 | Radcliffe, J., Beidas, R., **Hawkins, L.A.**, and Doty, N. Trauma and Sexual Risk Among Sexual Minority African-American HIV+ Young Adults. Traumatology. May 7, 2010 as doi:10.1177/1534765610365911 |
| June, 2009 | Valenzuela, J., Buchanan, C., Radcliffe, J., Ambrose, C., **Hawkins, L.A.,** Tanney, M. and Rudy, BJ.  Transition to Adult Services Among Behaviorally Infected Adolescents with HIV – A Qualitative Study. Journal of Pediatric Psychology, Advanced Access published June 19, 2009 |
| June, 2008 | Mollen, CJ, Lavelle, J., **Hawkins, LA**, Ambrose, C. and Rudy, BJ. Description of a Novel Pediatric Emergency Department-Based HIV Screening Program for Adolescents. *AIDS Patient Care and STDs,* 22(6), 505-512. |
| July, 2007 | Radcliffe, J, Fleisher, C.L., **Hawkins, LA**, Tanney, M, Kassam-Adams, N, Ambrose, C, and Rudy, BJ. Posttraumatic Stress and Trauma History in Adolescents and Young Adults with HIV.  *AIDS Patient Care and STDs*, 21(7), 501-508. |

| | |
|---|---|
| June, 2004 | Posner, J., **Hawkins, LA**, Garcia-Espana, F., & Durbin, D. A randomized controlled trial of a home safety intervention based in an emergency department setting. *Pediatrics*, 113(6), 1603-1608. |
| September, 2004 | Nance, ML, **Hawkins, LA**, Branas, CC, Vivarelli-O'Neill, C, and Winston, FK.  Optimal driving conditions are the most common injury conditions for child pedestrians.  *Pediatric Emergency Care*, 20(9), 569-573. |
| December, 2001 | Kodman-Jones, C., **Hawkins, L.**, Schulman, S.L. Behavioral characteristics of children with daytime wetting. *Journal of Urology*, 166(6);2392-2395. |

**Book chapters and other publications**

| | |
|---|---|
| 2019 | Dube, B, & **Hawkins, L.A** (2019). Sexual Disorders and Transgender Health. Chapter 11 in Fundamentals in Consultation Psychiatry: Principles and Practice. Eds Lavakumar, M., Rosenthal, L., & Rabinowitz, T. Nova Medicine & Health: New York, NY |
| 2018 | Hickerson, K., **Hawkins, LA**., Hoyt-Brennan, A. (2018). Sexual Orientation/Gender Identity Cultural Competence: A simulation pilot study. Clinical Simulation in Nursing, 16, 2-5. |
| 2016 | McClain, Z., **Hawkins, LA**, Yehia, BR. (2016). Creating Welcoming Spaces for Lesbian, Gay, Bisexual and Transgender (LGBT) Patients: An evaluation of health care environment.  Journal of Homosexuality, 63(3), 387-393. |
| 2016 | **Linda A. Hawkins,** Nadia Dowshen, Susan Lee. The Bathroom Debate: A legal argument that is causing a public health crisis, PolicyLab, Children's Hospital of Philadelphia http://policylab.chop.edu/blog/bathroom-debate-legal-argument-causing-public-health-crisis |
| 2015 | Ensuring Comprehensive Care and Support for Gender Non-Conforming Children and Adolescents. http://policylab.chop.edu/evidence-action-brief/ensuring-comprehensive-care-and-support-gender-non-conforming-children-and |
| 2015 | Simms, S., & **Hawkins, L.A.**, *Families with Chronic Medical Issues*, book chapter in Browning, S (Ed.), Contemporary Families: Translating Research into Practice. Routledge: New York, NY. |

8

| 2014 | **Hawkins, L.A.**, & Ginsburg, K.R., *Core Principles in Communicating with Adolescents*, in Ginsburg KR and Kinsman SB.  Reaching Teens: Wisdom from Adolescent Medicine.  Elks Grove Village IL; American Academy of Pediatrics; (A Textbook and Video Product) |
|------|---|
| 2014 | Dowshen, N., **Hawkins, L.A.**, Arrington-Saunders, R., Reirden, D.H., & Garofalo, R*, Sexual and Gender Minority Youth*, in Ginsburg KR and Kinsman SB.  Reaching Teens: Wisdom from Adolescent Medicine.  Elks Grove Village IL; American Academy of Pediatrics; (A Textbook and Video Product) |
| 2014 | Dowshen, N., **Hawkins, L.A.**, Arrington-Saunders, R., Reirden, D.H., & Garofalo, R, *HIV-Infected Youth*, in Ginsburg KR and Kinsman SB.  Reaching Teens: Wisdom from Adolescent Medicine.  Elks Grove Village IL; American Academy of Pediatrics; (A Textbook and Video Product) |
| 2014 | Radcliffe, J., **Hawkins, L.A.,** & Buchanan, C. Pediatric HIV, book chapter in Clinical Practice of Pediatric Psychology: Cases and service delivery. Guilford Press. |

## Professional Organizations & Appointments

| 2019 – Present | College of Physicians of Philadelphia - Fellow |
|---|---|
| 2018 – Present | Pennsylvania Transgender Task Force – Appointed by Dr. Rachel Levine and Governor Tom Wolfe - Member |
| 2017 – Present | Human Rights Campaign Transgender Working Group - Member |
| 2012 – Present | American Counseling Association – Member |
| 2012 – Present | Pennsylvania Counseling Association - Member |
| 2011 – 2017 | Sexuality Information and Education Council of the United States – Board Member |
| 2010 – Present | Academic Pediatrics – Reviewer |
| 2010 – Present | Society for the Scientific Study of Sexuality – Member & Reviewer |
| 2008 – 2010 | Equality Advocates (now Equality Pennsylvania) – Board Member |
| 2005 – Present | World Professional Association for Transgender Health (formerly HBIGDA) - member |
| 2005 – Present | Society for the Scientific Study of Sexuality – Member |
| 2005 – Present | American Association of Sexuality Educators, Counselors and Therapists – Member |

## Invited Lectures

| February 2020 | Supporting Transgender, Gender Non-Conforming and Gender Expansive Children & Youth |
|---|---|
| | Department of Social Work |
| | Johns Hopkins All Children's Hospital, St. Petersburg, FL |
| January 2020 | It Starts With You: Promoting LGBTQ Competence among Colleagues |

|  | Lecture Series: Office of Diversity & Inclusion |
|---|---|
|  | The Children's Hospital of Philadelphia, Philadelphia, PA |
| October 2019 | Expanding Care for All to Include Transgender Children & Youth |
|  | Keynote: New Jersey Physicians Advisory Committee, Cherry Hill, NJ |
| September 2019 | Supporting Transgender Children & Youth |
|  | Keynote: Cooper Pediatrics Group, Moorestown, NJ |
| September 2019 | Collaborating for Care: Models of Gender Clinic Collaboratoin & Mentorship Across the US |
|  | National Conference, United States Professional Association for Transgender Health (USPATH), Washington, DC |
| July 2019 | Building Knowledge, Skills and Community to Support Transgender Communities: A training program for mental health professionals |
|  | 2019 Trans Wellness Conference, Philadelphia, PA |
| July 2019 | Non-Binary Youth: Clinical Complexities of Supporting Gender Creativity in a Binary World |
|  | Gender Spectrum Conference, Moraga, CA |
| June 2019 | Transforming Systems: Creating the Ideal Trans Care Experience |
|  | National Conference, Canadian Professional Association for Transgender Health (CanPATH), Toronto, Canada |
| December 2018 | Foundational Aspects of Gender Development & Gender Identity Emergence across the Lifespan |
|  | Hospital of the University of Pennsylvania, Philadelphia, PA |
| September 2018 | Understanding Gender Identity & Development in 2018: Professional, parental and personal perspectives |
|  | The College of Physicians of Philadelphia, Philadelphia, PA |
| February 2018 | Creating the Ideal LGBTQ Patient & Family Experience: From Policy to Practice |
|  | Boston Children's Hospital, Boston, MA |
| February 2017 | Creating Systemic Change for Transgender Children & Youth: Establishing a multidisciplinary pediatric practice that supports patients and families within a hospital network and beyond |
|  | National Conference, United States Professional Association for Transgender Health (USPATH), Los Angeles, CA |
| March 2016 | Pennsylvania College of Physicians |

|  | Supporting Transgender, Gender Non-Conforming and Gender Expansive Children & Youth, Philadelphia, PA |
|---|---|
| March 2016 | Children's Hospital Association National Conference<br>Creating an Inclusive Experience for LGBT Patients & Families: Policy to Practice, New Orleans, LA |
| September 2015 | Supporting Transgender, Gender Non-Conforming and Gender Expansive Children & Youth<br>Keynote speaker, MSW Field Faculty Orientation<br>University of Pennsylvania School of Social Policy & Practice |
| April, 2015 | Understanding Transgender & Gender Expansive Children & Youth<br>Psychiatry Grand Rounds<br>Baystate Medical Center, Springfield, MA |
| March, 2015 | Creating an Inclusive Experience for LGBT Patients & Families<br>**Human Rights Campaign Endorsed Training*<br>Family Centered Care Grand Rounds<br>The Children's Hospital of Philadelphia, Philadelphia, PA |
| March, 2015 | Supporting Gender Non-Conforming Children & Youth in Primary Care<br>CHOP at Virtua Care Center, Voorhees, NJ |
| March, 2015 | Creating a Supportive Campus for All Students<br>William Penn Charter School, Middle School, Philadelphia, PA |
| December, 2014 | Understanding & Supporting Your Transgender Patient<br>Family Practice Resident Training<br>Hospital of the University of Pennsylvania, Philadelphia, PA |
| December, 2014 | LGBT Inclusive Research Practice<br>**Human Rights Campaign Endorsed Training*<br>PROSPER Research Training<br>Children's Hospital of Philadelphia Research Institute, Philadelphia, PA |
| December, 2014 | Creating Child Abuse Investigations Inclusive of Sexual Orientation & Gender Identity<br>Philadelphia Children's Alliance Annual Conference, Philadelphia, PA |
| November, 2014 | Affirmative Clinical Work with Gender-Expansive Children & Youth: Common Issues & Considerations<br>Gender Spectrum East Conference, Baltimore, MD |
| October, 2014 | Supporting Lesbian, Gay, Bisexual and/or Transgender Individuals & Families |

|  | Montgomery Behavioral Health Provider Training Series, Norristown, PA |
|---|---|
| September, 2014 | Creating a Supportive Campus for All Students<br>William Penn Charter School, Upper School, Philadelphia, PA |
| June, 2014 | Multidisciplinary Best Practice: Medical, Mental Health & Legal Perspectives<br>13th Annual Trans Health Conference, Philadelphia, PA |
| June, 2014 | Supporting Non-Binary Children & Youth: A partnership between mental health and medical providers<br>13th Annual Trans Health Conference, Philadelphia, PA |
| February, 2014 | Supporting LGBT Families in the NIICU<br>**Human Rights Campaign Endorsed Training*<br>NIICU Medical Professional Day of Learning<br>The Children's Hospital of Philadelphia, Philadelphia, PA |
| June, 2013 | Contemporary Counseling with Transgender Children, Youth & Families<br>12th Annual Philadelphia Trans-Health Conference, Philadelphia, PA |
| April, 2013 | Supporting Youth & Young Adults who are Living with HIV<br>Marriage & Family Therapy Program<br>Jefferson University, Philadelphia, PA |
| March, 2013 | LGBT Child & Youth Update: Coming out, therapy needs & family support<br>Marriage & Family Therapy Program<br>Jefferson University, Philadelphia, PA |
| November, 2012 | Creating the Ideal Patient Experience: Serving our Lesbian, Gay, Bisexual and/or Transgender Patients & Families<br>Pride at CHOP Staff Training Seminar Series<br>The Children's Hospital of Philadelphia |
| November, 2012 | The Internet as a Factor in Gender Identity Development for Transgender and Gender Variant Adolescents<br>Society for the Scientific Study of Sexuality<br>Annual National Conference, Tampa, Florida |
| September, 2012 | Building on Classroom Inclusion:  Adding a Layer on Gender<br>School-wide Training<br>Greene Street Friends School, Philadelphia, Pennsylvania |