APRIL 29, 2022

## CURRICULUM VITAE

### PERSONAL INFORMATION:

| | |
|---|---|
| Name: | Morissa J. Ladinsky, MD, FAAP |
| Citizenship: | United States |
| Other Languages: | Spanish |
| Address | 7 Carla Circle, Birmingham, AL  35213 |
| Phone: | 205-504-1748 |

### CURRENT RANK/TITLE:

| | |
|---|---|
| 2015-present | Associate Professor of Pediatrics, UAB School of Medicine |
| 2015-present | Associate Professor, Medical Education, UAB School of Medicine |
| Business address: | Department of Pediatrics Division of Academic General Pediatrics<br>310 Children's Park Place 1<br>1600 7th Avenue South<br>Birmingham, AL  35233-1711 |
| Phone: | 205-638-9585 |
| Fax | 205-975-6502 |
| Email | mladinsky@uabmc.edu |

### HOSPITAL APPOINTMENTS:

Medical Staff: Children's Hospital of Alabama, Birmingham, AL   2015-

Medical Staff: UAB Hospital Birmingham, AL                      2015-

### EDUCATION:



PLAINTIFFS' EX.

**007**

exhibitsticker.com

| Year | Degree | Institution |
|---|---|---|
| 1990 | Doctor of Medicine | Baylor College of Medicine, |

|  | With Honor | Houston, TX |
| --- | --- | --- |
| 1985 | Bachelor of Arts<br>Human Biology<br>Magna cum laude | Brown University<br>Providence, RI |

**LICENSURE**

| Alabama | #34204 |
| --- | --- |
| Ohio | #35-07-7337 (incative) |
| Maryland | #D47256 (inactive) |
| Texas | #J0053 (inactive) |

**BOARD CERTIFICATION:**

American Board of Pediatrics, Certificate # 51388
October 13, 1993
Recertified 2001, 2008, 2014, 2019 Participating in MOC

**POSTDOCTORAL TRAINING:**

| Year | Degree | Institution |
| --- | --- | --- |
| 1995-1997 | Fellowship, General Academic Pediatrics and Program Development | Johns Hopkins School of Medicine |
| 1990-1993 | Residency in Pediatrics | Baylor College of Medicine |

**ACADEMIC APPOINTMENTS:**

| Year | Rank/Title | Institution |
| --- | --- | --- |
| 2015-present | Associate Professor | UAB School of Medicine<br>Department of Pediatrics<br>Division of Academic<br>General Pediatrics |
| 2005-2015 | Assistant Professor | Division of General and<br>Community Pediatrics<br>Cincinnati Children's<br>Hospital<br>Cincinnati, OH |
| 2000-2005 | Assistant Professor | Division of Ambulatory<br>Pediatrics |

|  |  | Ohio State University School of Medicine<br>Nationwide Children's Hospital<br>Columbus, OH |
|---|---|---|
| 1997-1999 | Instructor in Pediatrics | Johns Hopkins University School of Medicine |
| 1997-1999 | Clinical Assistant Professor Pediatrics | University of Maryland School of Medicine |

**OTHER EMPLOYMENT:**

| | |
|---|---|
| 1981-1983 | Brown University, Research Assistant, Department of Genetics Providence, Rhode Island |
| 1985-1986 | Rural Eight County Family Planning Program Clinic Assistant, Counselor, San Marcos, Texas |
| 1989 | Bearskin Meadow Camp Medical Assistant, Diabetes Educator, CA Diabetic Youth Foundation, San Francisco, California |
| 1993-1995 | Ashford Pediatric Associates, Pediatrician (private practice) Houston, Texas |
| 1995-1999 | Franklin Square Hospital Center Pediatrician- Department of Pediatrics Consultant Baltimore, Maryland |
| 1995-1997 | Attending, Johns Hopkins Hospital Division of Pediatric/Emergency Medicine |
| 1999 | Baltimore City Dept. of Health, Physician-School based health center, Northwestern High School, Baltimore, Maryland |
| 1999-2000 | Physician- Locum Tenens, Walnut Hills Health Center, Cincinnati, Ohio |
| 2006-2015 | Pediatrician, Private Practice, Group Health Associates Cincinnati, Ohio |

**AWARDS/HONORS:**

| | |
|---|---|
| Phi Beta Kappa, Brown University | inducted 1984 |
| Sigma Xi Scientific Honor Society, Brown University | inducted 1983 |
| Academic Achievement Award:<br>Brown University Division of Biology and Medicine | 1983-1985 |
| Alpha Omega Alpha, Baylor College of Medicine | inducted 1989 |
| Who's Who in America | 2004-present |
| Who's Who of American Women | 2005-present |
| Dayton Business Journal Best Doctors: | 2010-2015 |
| Cincy Magazine Best Doctors: | 2010-2015 |

Cover Physician, Dec. 2011



| | |
|---|---|
| Best Doctors in America: | 2011-2022 |
| America's Top Doctors (Castle Connolly/US News): | 2012-2022 |
| Birmingham Magazine Best Doctors | 2015- 2021 |
| UAB Department of Pediatrics Educational Excellence Award | 2017-2021 |
| UAB Multicultural and Diversity Programs<br>Research and Initiative Award | 2018 |
| TAKE of Birmingham, AL: Hope for Tomorrow Award | 2018, 2019 |
| UAB Department of Pediatrics Ralph Tiller<br>Distinguished Faculty Award | 2018 |
| UAB Department of Pediatrics Sergio Stagno<br>Friend of the Housestaff Award | 2018 |

American Academy of Pediatrics, Special Achievement Award     2018

UAB Research in Medical Education Annual Symposium,
     First Place Award for Educational Innovation:
       *"Closing Healthcare Gaps for Marginalized Populations:*
       *A Transgender Standardized Patient Approach"*     2019

Castle Connolly's Exceptional Women in Medicine     2019, 2021

American Academy of Pediatrics,
     Alabama Chapter President's Award     2021

UAB School of Medicine Dean's Excellence Award for     2022
Diversity


**PROFESSIONAL SOCIETIES/MEMBERSHIPS**

Fellow of the American Academy of Pediatrics     1993-present
  Member, Section on LGBT Health and Wellness     2015-present
  Member Section on Minority Health, Equity and Inclusion     2020-present

Ambulatory Pediatric Association     1995-present

American Medical Women's Association     1997-present


**STATE OF ALABAMA, JEFFERSON COUNTY COUNCILS AND COMMITTEES:**

| | |
|---|---|
| 2015 | Magic City Acceptance Project, Training Committee. Council of agencies representing at risk Birmingham Youth. Advocacy for and training of service providers in law, education, social services around needs of sexual minority and gender variant youth. |
| 2015-present | West Alabama Area Health Education Coalition, (taking teams of trainees to the West Alabama Black Belt for reciprocal training and mentoring) |
| 2016 | Curriculum Developer/Participant, HERO Project/UAB Dept. of Pediatrics Health Education Project with Washington K-8/ Birmingham Public Schools. |
| 2016 | Organized first Community (now statewide) Support Group for Spanish Speaking Parents of Children with Autism. Joint project: UAB Dept. of Pediatrics/Alabama Autism Society/HICA |

| | |
|---|---|
| 2016-present | Board of Directors, TAKE (Transgender Advocates Knowledgeable Empowering) Community Empowerment and Support for Transgender Women of Color in Alabama. |
| 2017-present | Alabama Stakeholder Workgroup: Data Driven Prevention Initiative for Heroin/Opioid Overuse/Abuse |
| 2017-2018 | Advisory Board, Central Alabama PRIDE |
| 2017-2020 | Alabama Department of Public Health, Alabama's Adolescent Vaccine Task Force |
| 2017-present | Alabama Department of Public Health Office of Women's Health/Alabama American Academy of Pediatrics  Opioid Misuse in Women/Neonatal Abstinence Syndrome Taskforce, Protocols Committee Co-Chair |
| 2017-present | Alabama Governor's Opioid Council, Implementation Team, Treatment and Recovery Support Subcommittee |
| 2018-present | Board of Directors, Children's Policy Council of Jefferson County. Multi-sector and agency policy network united around child advocacy. |
| 2019-present | Alabama Medicaid Agency-Medical Care Advisory Committee |
| 2019-present | Mayor's LGBTQ Advisory Board, Office of Mayor Randall Woodfin, Birmingham, Alabama |
| 2019-present | Alabama Perinatal Quality Collaborative -Steering Committee for Neonatal Opioid Withdrawal Syndrome Statewide QI Initiative |
| 2020 | Advisory Board, Junior League of Birmingham |
| 2021 | Council on Accreditation, Medical Association of the State of Alabama |
| 2021 | Council on Medical Education, Medical Association of the State of Alabama |
| 2021 | Ethics Committee, Jefferson County Medical Society |

**NATIONAL COUNCILS AND COMMITTEES**

| 2000-2002 | Medical Consultant, Chances for Children (Former US Charity of UK Duchess Sarah Ferguson) |
| --- | --- |
| 2013-2015 | Practice Alliance/Translation Workgroup **Co-Chair**, Autism Treatment Network/Autism Speaks, National Offices, Princeton, New Jersey |
| 2015-present | American Academy of Pediatrics, Section on LGBTQ Health and Wellness |
| 2018-present | Co-Leader.  Multi-agency Social Justice Experience.  GLIDE Center for Social Justice, UCSF Department of Pediatrics, UAB Pediatrics.  Annual experience uniting leaders in medicine, faith, tech and criminal justice from San Francisco and Alabama to empower coalition building around equity and social justice. |

**UAB AND CHILDREN'S of ALABAMA COUNCILS, COMMITTEES, ACTIVITIES**

| 2015-2018 | Center For Aids Research/Community and Behavioral Sciences Core/UAB School of Public Health.  Faith and Spirituality-Health Equity Interface Programming |
| --- | --- |
| 2017-2019 | Family-Centered Care Initiatives Council: Hispanic, Other Non-English Speaking and Low SES Families (COA) |
| 2017-2019 | Faculty Advisor, Medical Student MedPride Gay/Straight Alliance, UAB School of Medicine |
| 2018-present | Advisory Board, Psychiatric Intake and Response Center (PIRC), Children's of Alabama Departments of Psychiatry and Emergency Medicine |
| 2019-present | Advisory Board, UAB Comprehensive Center for Addiction in Pregnancy Program |
| 2020-present | UAB Department of Pediatrics Diversity, Equity and Inclusion Faculty Committee |
| 2021 | UAB Department of Pediatrics Residency Program Evaluation Committee |
| 2021 | UAB School of Medicine Community Engaged Teaching Roundtable |

2021                                 UAB School of Public Health LGBTQ Endowed Professorship
                                     Executive Committee


## LOCAL/REGIONAL COUNCILS AND COMMITTEES AT OTHER INSTITUTIONS

1981-1984                            Steering Committee. Meiklejohn Academic Advising Brown
                                     University

1983-1985                            Student representative and advisor, Brown University Office of
                                     Undergraduate Admissions

1987-1990                            Baylor Medical School Admissions Committee

1998                                 Sinai Hospital of Baltimore
                                     Pediatric Residency Selection Committee

2012-2015                            Quality Improvement Team, Physician Member, The Kelly
                                     O'Leary Center for Autism/Autism Treatment Network,
                                     Cincinnati Children's Hospital Medical Center

2014-2015                            Access to Care Workgroup, Center for
                                     Developmental Disabilities and Behavioral Pediatrics
                                     Cincinnati Children's Hospital Medical Center


## MAJOR RESEARCH INTERESTS:

1)  Impact of faith and community on quality of health for at risk youth including LGBTQ youth
living in the Deep South.

2)  Implementation of AAMC Curricular Guidelines around LGBTQ health care using
Standardized Patient Methodology.

3)  Developmental outcomes for infants facing neonatal opioid withdrawal syndrome.


## TEACHING and MENTORING EXPERIENCE:
(Academic appointments listed earlier)

1995-1997                            Preceptor, Harriet Lane Pediatric Primary Care Clinic Johns
                                     Hopkins Hospital

1995-1997                            Pediatric Inpatient Co-Attending Physician
                                     Johns Hopkins Hospital

| | |
|---|---|
| 1997-1999 | Faculty Attending Pediatrician/Preceptor Greenspring Pediatric Associates, Department of Pediatrics, Sinai Hospital of Baltimore |
| 2007-2015 | Revision and presentations of Pediatrician section. Pre-natal Course series, Bethesda North Hospital/TriHealth, Cincinnati, Ohio |
| 2009-2013 | Pediatrician Preceptor for Family Nurse Practitioner students during Pediatric Clerkship. University of Cincinnati School of Nursing, Good Samaritan Hospital/TriHealth School of Nursing |
| 2009-2015 | Pediatrician preceptor for residents during outpatient ambulatory clerkship, Cincinnati Children's Hospital/University of Cincinnati |
| 2015-present | Faculty Attending Primary Care Preceptor for 14-16 residents providing both continuity and acute care, 4-5 sessions weekly |
| 2015-present | Faculty Attending Pediatrician, Multidisciplinary Transgender Health Team, Children's of Alabama |
| 2015-present | Children's of Alabama Staff Training for Inpatient Psychiatry, ER, Child Abuse Program, Laboratory Medicine, Social Work, Patient Relations teams: *Delivering Quality and Affirming Care to LGBTQ Patients. Focus on transgender and gender non-binary youth.* |
| 2015-present | Faculty Mentor for several Pediatric Residents, all share mutual interest in health disparities and marginalized populations. |
| 2016-2017 | UAB Department of Pediatrics Faculty Scholars Program |
| 2016 | Lead Physician for Children's of Alabama's Primary Care Clinic HPV Vaccine QI Initiative |
| 2017-present | Curricular Development and execution of Standardized Patient/OSCE models in training medical and allied health students around LGB and transgender healthcare.  UAB School of Medicine |
| 2018-present | LGBTQ Healthcare and Education, Special Topics Course Developer and Leader, UAB School of Medicine |
| 2018-present | Annual guest lecturer, *Cultural Humility and Spirituality in Public Health*, Samford University, School for the Health Professions, Birmingham, AL |

| 2019-present | Mentor for 2 ongoing pediatric resident QI initiatives.  Firearm Injury Prevention in a Primary Care Clinic and After Visit Anticipatory Guidance for Spanish Speaking Families. |
| --- | --- |
| 2020-present | Health Equity Scholars Co-Lead.  Development and execution of UAB Pediatrics Residency curriculum and special interest team around improving health equity through understanding of structural racism and impact on social determinants of health. |
| 2021 | Faculty Facilitator: Case Studies in Diversity in Healthcare.  Pilot initiative within UAB School of Medicine |

## MAJOR NATIONAL LECTURES:

"Autism Spectrum Disorders in the Community, the Role of the PCP" Invited Guest Speaker, Autism Treatment Network/Autism Intervention Research Network on Physical Health Fall Program Meeting.  Denver, CO, November 8, 2012

"Primary Care Physician Engagement in the Care of Children with Autism; Lessons Learned from ADHD", Invited Guest Speaker, Autism Speaks/Autism Treatment Network Steering Committee, National Meeting, Washington, DC, July 11, 2013

"Enhancing Medical Student Competencies in Transgender Healthcare: A Transgender Standardized Patient Approach", AAMC Learn Serve Lead National Conference, Phoenix, AZ, November 10, 2019

"Clinical Advocacy and Care for Transgender Youth", Harvard Medical School, Equity and Social Justice Series.  Boston, MA October 27, 2021

## GRANT SUPPORT:

| 1996-1997 | The Thomas Wilson Sanitarium for the Children of Baltimore City. |
| --- | --- |
| 1997 | Baltimore Council on Human Resources "Startup funding for Reach out and Read, The Harriet Lane Primary Care Center at Johns Hopkins" |
| | "The WHO Oral Rehydration Solution in US Pediatric Practice: An Evaluation of Parent Satisfaction" Principal Investigator |

2017-2019            Community Foundation of Greater Birmingham, "Expansion of the Multidisciplinary Gender Clinic, Pediatric Endocrinology, Children's of Alabama"

2017-2022            UAB Health Services Foundation, General Endowment Fund, "Curricular Advancement of LGBT Healthcare Competencies Using Standardized Patients"

## MANUSCRIPTS:

1. Novack DH, Detering BJ, Arnold R, Forrow L, **Ladinsky, M**, Pezullo JC.  Physicians' Attitudes Toward Using Deception to Resolve Difficult Ethical Problems.  JAMA. 1989;261:2980-2985.

2. Raef H, **Ladinsky MJ**, Arem R.  Concomitant euthyroid Graves' ophthalmopathy and isolated ocular Myasthenia Gravis.  Postgraduate Medical Journal.  1990;66:849-852.

3. Musher DM, Hamill RJ, **Ladinsky MJ**, Winsor DK, Baughn RF.  Acute Glomerulonephritis Due to Shigella Flexnerii Dysentery with Demonstration of a Virulence Protein of Shigella in Circulating Immune Complexes.  The Journal of Infectious Diseases.  1990;161:366-377

4. **Ladinsky M**, Lehmann H, Santosham M.  The Cost-Effectiveness of Oral Rehydration Therapy for US Children with Acute Diarrhea.  Medical Interface.  1996;9:113-119.

5. **Ladinsky M**, Goepp J, Santosham M.  Outpatient Oral Rehydration Therapy: Safe, Effective, and Rapid.  Annals of Emergency Medicine.  1997;29(4):551-552.

6. **Ladinsky M**, Duggan A, Santosham M, Wilson M.  The World Health Organization Oral Rehydration Solution in US Pediatric Practice; A Randomized Trial to Evaluate Parent Satisfaction.  Archives of Pediatrics & Adolescent Medicine.  2000;154:700-705.

7. Johnson C, Hurtubise L, Castrop J, French G, Groner J, **Ladinsky M**, McLaughlin D, Mahan J.  Learning management systems: technology to measure the medical knowledge competency of the ACGME.  Medical Education.  2004;1365-1374

8. Shah, K, Zabielinski, M, **Ladinsky, M.**  Isolated pustular nodule on the thumb, JAMA Pediatrics, 2015 Nov 1;169(11): doi: 10.1001/jamapediatrics.2015.1301, 1061-1062

9. **Ladinsky, M**, Cohen, M.  Mind the Gap. J Pediatr. 2020 May 31. pii: S0022-3476(20)30692-2. doi: 10.1016/j.jpeds.2020.05.054

10. Kirpalani H, Bell EF, Hintz SR, Tan S, Schmidt B, Chaudhary AS, Johnson KJ, Crawford MM, Newman JE, Vohr BR, Carlo WA, D'Angio CT, Kennedy KA, Ohls RK, Poindexter BB, Schibler K, Whyte RK, Widness JA, Zupancic JAF, Wyckoff MH, Truog WE, Walsh MC,

Chock VY, Laptook AR, Sokol GM, Yoder BA, Patel RM, Cotten CM, Carmen MF, Devaskar U, Chawla S, Seabrook R, Higgins RD, Das A; Eunice Kennedy Shriver NICHD Neonatal Research Network (**Ladinsky, M**) Higher or Lower Hemoglobin Transfusion Thresholds for Preterm Infants. N Engl J Med. 2020 Dec 31;383(27):2639-2651. doi: 0.1056/NEJMoa2020248. PMID: 33382931 Clinical Trial.

11. Bell EF, Hintz SR, Bann CR, Wyckoff MR, DeMauro SB, Walsh MC, Carlo WA, VanMeurs KP, Vohr VR, Eunice Kennedy Shriver NICHD Neonatal Research Network (**Ladinsky, M**). Mortality, In-Hospital Morbidity, Care Practices, and 2-Year Outcomes for Extremely Preterm Infants in the US, 2013-2018.  JAMA, 2022 Jan 18:327(3): 248-263

**BOOKS AND BOOK CHAPTERS:**
Cohen, MB, **Ladinsky M**, and Marino, B.  Pediatric Gastroenterology in Pediatric Blueprints 6th Edition, ed, Marino and Fine.  Lippincott Williams & Wilkins, 2012

**Published Abstracts and Poster Exhibits**

**1. Ladinsky MJ**, Duggan A, Santosham M, Goepp JG, Wilson MH.  Why is the WHO-ORS Underused by US Pediatric Practitioners?  Ambulatory Pediatric Association Region IV Meeting, January 20, 1996 and National Annual Meeting, May 7, 1996. (Archives of Pediatrics & Adolescent Medicine. 1996;150:P29)

2. Goepp J, Edwards L, **Ladinsky M**, Gilger M, Oberherman R.  Effect of an Oral Rehydration Training Program on Residents' Knowledge and Attitudes.  Ambulatory Pediatric Association 3. 3. National Annual Meeting, May 7, 1996.  (Archives of Pediatrics & Adolescent Medicine. 1996;150:P21)

 4. Webb A, **Ladinsky, M.**  Early Initiation of Hormone Therapy: A Lifesaving Treatment for a Transgender Teen with Anorexia Nervosa.  *J Investig Med*, 2018; 66: 506

**ORAL PRESENTATIONS**

**Scientific/Scholarly papers presented at national meetings**:

**Morissa Ladinsky, MD** "Why is the WHO-ORS Underused by US Pediatric Practitioners?" Ambulatory Pediatric Association Region IV Meeting, January 20, 1996.
Ambulatory Pediatric Association National Annual Meeting, May 7, 1996.

**Morissa Ladinsky, MD** "The WHO Oral Rehydration Solution in US Pediatric Practice; A Randomized Trial to Assess Parent Satisfaction." Ambulatory Pediatric Association National Annual Meeting, May 4, 1998

Shawn Galin, PhD, **Morissa Ladinsky, MD** "Enhancing Medical Student Competencies in Transgender Healthcare: A Transgender Standardized Patient Approach", Learn, Serve, Lead 2019:  The AAMC National Annual Meeting, Phoenix, AZ.  November 9, 2019

**Shawn Galin, PhD,** Morissa Ladinsky, MD "Enhancing Medical Student Competencies in Transgender Healthcare: A Transgender Standardized Patient Approach", International Meeting on Simulation in Healthcare (IMSH), San Diego, CA January 20, 2020

**Tina Simpson, MD, MPH,** Chrystal Rutledge, MD, Morissa Ladinsky, MD **"**Developing a Health Equity Scholars Program for Pediatric Residents in the Heart of the Civil Rights Movement" American Society of Pediatric Department Chairs (AMSPDC), Virtual.  March 6, 2021


**Invited Workshops at local and regional meetings:**

**Morissa Ladinsky, MD**, Teaching Oral Rehydration Therapy So It's Used.  Workshop presented at the Ambulatory Pediatric Association National Annual Meeting, May 3, 1997.

**Morissa Ladinsky, MD** , Provision of Affirming Care to Transgender and Gender Diverse Patients, Children's Hospital of Alabama Divisions of: Pathology (September, 2015), Emergency Medicine (January, 2016), Inpatient Psychiatry (March, 2016), Child Abuse/CHIPS Teams (May, 2016), UAB Medical Student 1st and 2nd year Interest Group (May 2016), Second year medical student class (February, 2017-20).

**Morissa Ladinsky, MD**, Nefertiti Durant, MD, MPH, Group CME/MOC Part 2 Lead/Facilitator. Adolescent Medicine Self-Assessments.  Alabama American Association of Pediatrics 2016 Annual Meeting and Fall Pediatric Update.  Birmingham, AL October 2, 2016

**Morissa Ladinsky, MD**, Hussein Abdul-Latif, MD, Marianthe Grammas, MD "How Providers Can Support Trans and Gender Variant Youth" Jefferson County Medical Society Provider Workshop.  October 27, 2017

**Morissa Ladinsky, MD** "Trans/Gender Non-Conforming Affirming Healthcare," Webinar addressing importance of medical education in healthcare.  May 19, 2020

 **Morissa Ladinsky, MD** , Shajuane Jones, MS  "A Community Approach to Implementing Plans of Safe Care in Jefferson and Jackson Counties, Alabama" National Quality Improvement Center for Collaborative Community Court Teams Webinar.  The Children's Bureau.  July 10, 2020.

**Morissa Ladinsky, MD**, Heather Austin PhD, "LGBTQ: The Reality for Youth and Families", Alabama Psychological Association 2021 Annual Conference, Orange Beach, AL  June 12, 2021

**Morissa Ladinsky, MD** , Samantha Hill, MD, MPH, Matthew Kiszla, BS, MS-2, "What's on the Books: Sexual and Gender Minority Health in Alabama Post 2020", Blackburn Institute 2021 Annual Symposium, University of Alabama, Tuscaloosa, August 27, 2021

**Morissa Ladinsky, MD**, Shajuane Jones, MS "Understanding Substance Dependence when Serving Pregnant and Parenting Women", Addiction and The Law Training, Dallas County Court and DHR.  Montgomery, AL September 9, 2021

**Invited lectures at local/regional meetings:**

Oral Rehydration Therapy, an Update" Pediatric Grand Rounds at Sinai Hospital of Baltimore, February 2, 1998.

"Current Research in Pediatric Obesity and Realities in Clinical Practice" Regional Annual Meeting, National Association of Pediatric Nurse Practitioners.   Cincinnati, OH.  November 12, 2006

"Care Coordination for our NICU Grads in Alabama", Perinatal Grand Rounds, UAB Departments of Neonatology, OB/GYN and Pediatrics, March 30, 2016

"Pediatricians Preparing Youth for College, Can We Still Anticipate and Guide?" Alabama American Academy of Pediatrics, Spring Meeting and Pediatric Update, Point Clear, AL, April 29, 2016

"Office Based Care for LGBTQ Youth in 2016" at Raising the Resilient Teen, It Takes a Village Children's of Alabama, Adolescent Health Symposium, April 8, 2016

"Office Based Care for LGBTQ Youth in 2016" Alabama American Academy of Pediatrics, Spring Meeting and Pediatric Update, Point Clear, AL, April 30, 2016

"How Pediatricians can Support Trans and Gender Variant Youth in 2016", at American Academy of Pediatrics District II and VII Executive Leadership Annual Meeting", Washington, DC, June 25, 2016

"Pediatricians Preparing Youth for College, Can we Still Anticipate and Guide?" Pediatric Grand Rounds, Children's of Alabama, July 7, 2016

"Beyond Bathrooms, Understanding Trans and Gender Variant Youth in 2016".  Grand Rounds, Children's of Alabama, October, 13, 2016.

"Gender Dysphoria, Eating Disorders and Health Challenges for Trans/Gender Variant Youth", Intensive Course in Pediatric Nutrition, Department of Pediatrics, UAB.  February 24, 2016, 2019 and 2020

"Neonatal Abstinence Syndrome" at *The Opioid Crisis in Alabama; From Silos to Solutions*.  A public policy conference. Montgomery, AL.  March 10, 2017.

"Neonatal Abstinence Syndrome", National Association of Pediatric Nurse Practitioners Annual Meeting, UAB School of Nursing, May 21, 2017

"Who are LGBTQ Youth, Who Am I? Alabama Mental Health Symposium, Children's Hospital of Alabama, May 19, 2017.

"You are the Key to HPV Cancer Prevention". Provider Education and Networking Event, Alabama Area Health Education Coalition, Tuscaloosa, AL, May 24, 2017

"Opioid Use in Pregnancy and Neonatal Abstinence Syndrome", Alabama American Academy of Pediatrics, Fall Annual Meeting, Birmingham, AL, October 1, 2017

"HPV Vaccine Update" at Progress in OB/GYN 2018, Alabama ACOG, UAB Department of OB/GYN Annual Meeting, Birmingham, AL February 16, 2018

"Neonatal Opioid Withdrawal Syndrome, Drugs and the Brain" at Alabama Department of Health, Women's Health Update, Birmingham, AL August 3, 2018

"Opioid Use in Pregnancy and Neonatal Opioid Withdrawal Syndrome", Statewide Opioid Clinical Conference, Birmingham, AL, August 10, 2018

"The Opioid Crisis: National and State Initiatives", Annual Perinatal Conference:, Huntsville Hospital for Women and Children, Huntsville, AL, September 21, 2018

"Sound the Alarm: Opioid Use in Pregnancy and Neonatal Opioid Withdrawal Syndrome" 34th Annual Statewide Early Intervention and Preschool Conference, Birmingham, AL.  October 16, 2018

"The Opioid Epidemic as a Child Health Crisis. State and National Initiatives, Outcomes and Insights", Grand Rounds, Children's of Alabama, Birmingham, AL.  November 29, 2018

"Stakeholder Unity to Improve the Future for Substance Dependent Women and their Children", First Annual Alabama Child Protective Services/Department of Human Resources Conference, Birmingham, AL February 28, 2019

"Neurologic Outcomes of NICU Graduates", UAB Perinatal Conference, Birmingham, AL, June 30, 2019

"The Alabama 2020 Legislative Session, Bills affecting Child Health", First Fridays Community Stakeholder Conference, February 8, 2020

 "Understanding Medication Assisted Treatment for Opioid Dependent Alabamians Within the Criminal Justice System", Annual Meeting of Family Court Judges, Alabama Association of Drug Court Professionals, AL Administrative Office of Courts.  January 9, 2021

"Understanding Medication Assisted Treatment for Opioid Use Disorder", Alabama Association of Drug Court Professionals Annual Conference, Opening Plenary Session speaker, February 9, 2021

**INVITED MEDIA APPEARANCES, INTERVIEWS, PANEL PARTICIPATION:**

Invited Participant, US Department of Justice Roundtable Discussion on LGBTQ Issues, Office of US Attorney Joyce Vance for the Northern District of Alabama, July 12, 2016.

Panelist, "Legal Rights Intersection with LGBTQ Health", Senator Doug Jones, Moderator, UAB, October 14, 2016

Panelist, "LGBTQ Rights", Rep. Patricia Todd, Moderator, Vestavia Hills Library, January 21, 2017

Panelist, "Forum on The Future of the Affordable Care Act", Congresswoman Terri Sewell, Organizer and Moderator.  Princeton Hospital.  January 20, 2017.

Panelist, Your Voice, Your Future Roundtable, "Transgender in Alabama", Sinclair Broadcast Group, ABC33/40.  Birmingham, AL.  April 18, 2017

Panelist, "Anti-bullying Community Forum", Hadassah/Birmingham Community Foundation, April 20, 2017

Helio Health, Invited editorial response to "PCP-Transgender Patient Relationships Needs Improvement", November 27, 2018.  *https://www.healio.com/news/primary-care/20181127/pcptransgender-patient-relationships-need-improvement*

Helio Health, "How PCP's Can Meet Needs of Transgender Patients", March 5, 2019, *https://www.healio.com/news/primary-care/20190305/how-pcps-can-meet-needs-of-transgender-patients*

NBC News, "Alabama Moves Closer to Transgender Health Ban for Minors", March 10, 2020.  *https://www.nbcnews.com/feature/nbc-out/alabama-moves-closer-transgender-health-care-ban-minors-n1154791*

Alabama Media Group, "Doctors Call New Alabama Abortion Bill 'Medically Implausible'", March 11, 2020.  *https://www.al.com/politics/2020/03/doctors-call-new-alabama-abortion-bill-medically-implausible.html*

Reuters Media Group, "Anxieties Mount for Transpeople as Coronavirus Delays Surgeries", April 9, 2020, *https://www.openlynews.com/i/?id=380a10c1-b93c-4a25-8691-0d1f84e39a7b*

American Academy of Pediatrics Voices, "Stripping of Transgender Protections Does not Have to Hamstring our Ability To Help All Patients" July 23, 2020.  *https://services.aap.org/en/news-room/aap-voices/stripping-of-transgender-protections-does-not-have-to-hamstring-our-ability-to-help-all-patients/*

https://www.birminghamal.gov/2021/03/08/city-of-birminghams-lgbtq-advisory-board-issues-statement-on-hb1sb10/?fbclid=IwAR2aHeKeYh04PYOjYDXj2GN_28nVyptL7kMVHKTDa1KNJQ5vFyxPwJzv4O0  Primary Statement Author

Health Highlights with Dr. Kay, Podcast.  "Teaching Medical Students About Transgender Healthcare with Drs. Morissa Ladinsky and Shawn Galin". March 19, 2021. https://podcasts.apple.com/us/podcast/teaching-medical-students-about-transgender-health/id1555978677?i=1000513735920

VICENews  https://www.youtube.com/watch?v=ZQ4o1RqYJmc  March 29, 2021.
Alabama Wants to Send Doctors to Prison for Treating Trans Kids

Let's Think On It Live, Radio Show and Podcast with Dr. Mark Westfall.  "Current Medical Understanding of Being Transgender".  Live radio event on 107.3 FM and livestream http://bhammountainradio.com .  Podcast http://letsthinkonitnow.com  April 8, 2021

https://www.npr.org/2021/03/28/981225604/its-hurtful-trans-youth-speaks-out-as-alabama-debates-banning-medical-treatment  National NPR with Melissa Block

Birmingham Aids Outreach Community Conversations on HB-1, SB-10.  Facebook Live panelist. March 29, 2021 https://www.facebook.com/events/1587818304941823 https://www.alreporter.com/2021/03/23/the-dad-and-daughter-asking-lawmakers-to-stop-the-trans-health-care-ban/

Politifact.  April 2021, Assistance with fact checking regarding proposed legislation prohibiting receipt of gender affirming healthcare

https://www.al.com/opinion/2021/05/im-a-doctor-and-alabama-could-arrest-me-for-doing-my-job.html

Maynard Cooper and Gayle (Legal Firm with Birmingham and national offices), Pride Month Dialogue, Pro-Bono Legal Document Clinic and Its Far Reaching Impact for Trans identified Clients.  June 16, 2021

"Caring for Trans and Gender Diverse Youth; From Tavistock to US State Legislatures" 60 Minutes, Australia.  Interviewer Sarah Abo.  Taped September 3, 2021.

https://time.com/6146269/doctors-trans-youth-gender-affirming-care-harassment/
Time Magazine national.  February 16, 2022


**DIRECT LEGISLATIVE ADVOCACY AND POLICY ENGAGEMENT**

Gave testimony to Alabama House of Representatives in support of HB-76, Childcare Safety
Act. February 2, 2018.  The bill was signed into law March 27, 2018 saving many lives by
equalizing accountability around safety and hiring in licensure of faith based **and** secular day
care centers in Alabama.

Delivered the pediatrician perspective to several hundred attendees rallying against the Trump
Administration Family Separation policy. Speaker, "Families Belong Together Rally", Kelly
Ingram Park, Birmingham, AL, June 30, 2018

Alabama Media Group and House/Senate Proceedings, 2019 Alabama Legislative Session:
*https://www.al.com/news/2019/05/doctors-question-need-for-alabama-born-alive-bill.html*

Nominated and asked by the Jefferson County Medical Society to run for a Delegate At Large
position on the Board of Censors of the Medical Society of the State of Alabama. (MASA).
Involved statewide travel and campaigning.  February-April, 2019

Together with AL DHR Commissioner Nancy Buckner, Chief of Prosecution Services Barry
Matson, authored proposal for pre-arrest diversion pathway for pregnant substance dependent
women accused of non-violent crimes in AL.  November 20, 2019
Proposal presented in person to Governor Ivey's Task Force on Prison Reform, December 4,
2019, Montgomery, AL.

Gave testimony to Alabama House and Senate Subcommittees on Health in opposition to
HB303/SB 219, Vulnerable Child Advocacy and Protection Act (VCAP), February 26, 2020.
Such act would criminalize pediatricians, pharmacists and teachers who prescribe, fill or discuss
administration of puberty blocking or hormonal medications to minors suffering gender
dysphoria.

With 3 pediatric colleagues and executive leadership of the AL American Academy of
Pediatrics, met with AL State Rep. Wesley Allen (R-Troy), author of VCAP bill pre-filed as HB-
1 for 2021 Legislative Session.  Mutually beneficial education session around standards of care
for pediatric and adolescent management of gender dysphoria.  August 26, 2020

Gave testimony to House Judiciary and Senate Health in opposition to HB-1/SB-10, Vulnerable
Child Advocacy and Protection Act (VCAP).  February 19, 2021

Gave testimony to House Health in opposition to HB-1/SB-10, Vulnerable Child Advocacy and
Protection Act (VCAP).  March 10, 2021

Opinion editorial published in the Alabama Political Reporter
https://www.alreporter.com/2021/08/01/uab-pediatrician-theres-a-lot-we-know-about-covid-vaccines/   August 1, 2021

## **Additional invited media appearances, interviews and reporting on testimony given by myself relative to the 2021 Legislative Session's VCAP Bill HB-1, SB-10**

https://www.pinknews.co.uk/2021/02/11/david-fuller-cop-trans-daughter-alabama-bill-puberty-blockers-federal-crime/   International reporting

https://www.rocketcitynow.com/article/news/local/transgender-treatment-minors-alabama-criminalize-bill/525-3d0980fd-63c1-44fb-9cd8-b8433e7cdb02
https://www.advocate.com/transgender/2021/2/12/alabama-father-testifies-passionately-against-trans-treatment-ban

https://www.al.com/news/2021/02/father-of-transgender-daughter-tells-alabama-lawmakers-treatment-ban-is-misguided.html?e=5eb4073b1edbca3e5a2ac3b00086c885&utm_source=Sailthru&utm_medium=email&utm_campaign=Newsletter_politics%202021-02-11&utm_term=Newsletter_politics

https://www.montgomeryadvertiser.com/story/news/2021/02/11/alabama-bill-would-criminalize-transgender-treatment-minors/4448260001/

https://www.alreporter.com/2021/02/12/alabama-senate-committee-votes-to-criminalize-treatment-for-transgender-minors/

https://www.them.us/story/alabama-anti-trans-student-legislation?fbclid=IwAR1SxrDQ8M9oqTPoz3qTnsQBMRTLOyexTuHQ4cQkoTkURoTFCnDVqOwygfg

https://www.metroweekly.com/2021/02/anti-trans-health-care-bill-would-force-alabama-schools-to-out-transgender-students-to-their-parents/?fbclid=IwAR1auaz0XKgN4KX3IqK57CWyjsQ8QVGI3hb2SP8f0OIvqFRiKjBe625QQAg

https://www.them.us/story/alabama-anti-trans-student-legislation

https://www.gadsdentimes.com/story/news/politics/2021/02/23/alabama-bill-criminalizing-transgender-therapy-kids-prompts-debate/6793134002/

https://www.gadsdentimes.com/story/news/local/2021/02/23/transgender-minors-bill-alabama-legislature-impact-gadsden-dad/6754825002/

https://www.rocketcitynow.com/article/news/local/local-parent-says-transgender-medical-care-bill-for-youth-are-steps-backward-gender-dysphoria/525-257093f1-9834-4ac7-b608-3f22a6cda9b2

https://www.al.com/news/2021/03/alabama-senate-passes-bill-banning-transgender-treatments-for-minors.html

https://www.alreporter.com/2021/04/20/opponents-of-alabamas-transgender-youth-treatment-ban-implore-lawmakers-to-stop/

https://www.al.com/news/2021/04/alabama-gov-kay-ivey-weighs-possible-economic-ramifications-over-restricting-transgender-rights.html

https://abc3340.com/news/local/transgender-advocates-push-back-on-proposed-alabama-laws

https://theaggie.org/2021/04/19/call-it-what-it-is-alabamas-vulnerable-child-compassion-and-protection-act-is-discrimination/

 https://theaggie.org/2021/04/19/call-it-what-it-is-alabamas-vulnerable-child-compassion-and-protection-act-is-discrimination/
https://www.newsweek.com/alabama-considering-making-transgender-treatment-minors-felony-even-if-parents-approve-it-1575478?amp=1

https://www.audacy.com/wearechannelq/latest/pediatrician-who-treats-trans-youth-might-be-arrested

https://www.montgomeryadvertiser.com/story/news/2021/04/20/alabama-transgender-youth-bill-banning-medical-treatment-advocates-urge-rejection/7307227002/

https://www.them.us/story/alabama-pediatrician-fears-anti-trans-healthcare-bill

https://www.axios.com/transgender-youth-bills-doctors-health-care-bdefd950-b41d-4728-af11-26afd2f484f0.html