UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D.<br><br>    *Plaintiffs*,<br><br>v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County.<br><br>    *Defendants*. | Civil Action No.<br>_____<br><br>**DECLARATION OF KATHY NOE, IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION** |



PLAINTIFFS' EX.

009

I, Kathy Noe,[1] hereby declare as follows:

1. My son, Christopher Noe, and I are plaintiffs in this action. We are citizens of Alabama and reside in Lee County, Alabama.

2. Christopher is a seventeen-year-old transgender boy. He is very passionate about music. He loves listening to all genres of music and plays the trumpet.

3. Christopher and I have resided in Lee County since we moved to Alabama just before Christopher's fourth birthday. We moved to Alabama when my now-former husband was stationed at Fort Benning, Georgia. It is common for families stationed at Fort Benning to live in Phenix City, Alabama, like we do. I also am former active-duty military. Christopher's father is still active-duty military and is currently stationed abroad.

4. Although Christopher was born on a military base in Oklahoma, Alabama is the only home he has known. He has gone to school in Alabama since kindergarten and still has friends he has known since kindergarten.

5. Although Christopher was assigned female at birth, I always knew he was not a typical girl. When Christopher was two and three years old, he had long,

---

[1] Because of concerns about criminal liability and my child's privacy and safety, I am seeking to proceed in this case under a pseudonym. *See Motion to Proceed Pseudonymously*, filed concurrently herewith. In addition, contemporaneous with signing this declaration, I have signed with my legal name a separate copy of this declaration. My attorneys have a copy of that separate declaration.

2

pretty hair, which I would put bows in and do in other traditionally girl hairstyles. He always hated it and pulled the bows out. When he was four years old, he asked to cut it short, and I agreed. Christopher loved his new, short haircut immediately.

6. When Christopher was in day care before he was old enough for school, he never played dress up with the other girls. He always wanted to wear pants and shorts. When his kindergarten tried to force Christopher to wear a skirt for their graduation ceremony, Christopher refused, and I fought the school and won the right for him to wear pants. The same thing happened in sixth grade, but this time, when the school refused to let him wear pants instead of a dress for the graduation ceremony, Christopher chose not to attend the ceremony rather than wear a dress.

7. As Christopher got older, he kept wanting his hair cut even shorter, to the point where his hair was shorter than his friends who were assigned male at birth. He also gravitated towards blues and darker colors.

8. When Christopher was around thirteen or fourteen and in his first romantic relationship, he realized that he felt more masculine than his boyfriend and identified more as a boy than a girl. That is when he told me he was transgender. Partly because it did not surprise me, I was immediately supportive.

9. After Christopher came out to me, I put him in counseling so he could talk about it with someone who had experience with transgender children and make sure he was doing what he thought was best for him.

3

10. About a year later, when Christopher was fifteen, he told his father he is transgender. Christopher's father needed some time to accept that Christopher is transgender, which really hurt Christopher. His father's initial hesitance also delayed Christopher starting hormone replacement therapy because it was important to me to have his father's approval first. Christopher's father ultimately came to accept Christopher's gender identity, which was a relief to Christopher and enabled him to start hormone replacement therapy. When Christopher's father came to support him at the Columbus, Georgia pride parade, Christopher was overjoyed.

11. When Christopher first came out as transgender, he continued to use his birth name, which is unisex. It was also at that time that he started using "he/him" pronouns. Recently, he expressed an interest in being referred to as Christopher instead. All his teachers at school began calling him Christopher and using "he/him" pronouns. Christopher also hopes to legally change his name, but it is difficult to do so while his father is stationed abroad.

12. Despite his social transition, when Christopher started going through female puberty it was a very hard time for both of us. He started his period at age nine, which immediately caused him extreme distress and anxiety. Christopher has never accepted the physical changes that came with female puberty and is particularly distressed by his breasts. Despite having naturally small breasts, Christopher wore a binder for nearly three years. He now prefers TransTape, which

4

he wears almost daily. He prefers the TransTape because it is more comfortable and looks more like skin than a bra. With the TransTape, he feels more like who he really is.

13. Christopher knows he is different because he is transgender, but counseling and seeing his family and his peers accept him has helped. His family—including me, his father, his aunt, and his siblings—and other longtime family friends have strived to support him. It was hard for Christopher when one of his longtime best friends rejected his transition, but he has many other supportive friends, and he strongly stands up to anyone who bullies him or other kids.

14. Christopher's counselor first recommended him for hormone therapy when he was sixteen. I discussed it several times with Christopher and his counselor, and we decided to pursue hormone treatment for him when he was seventeen. After being provided with a letter of recommendation from his counselor, Christopher's pediatrician referred him to an endocrinologist in November 2021. I took Christopher to his initial visit with the endocrinologist in February 2022. The endocrinologist reviewed Christopher's medical history, the recommendation of Christopher's counselor, and Christopher's lab results. He also asked how long Christopher had been seeing a counselor and how often and asked Christopher to see a psychologist as well, which he did, before he started hormone treatment.

15. Christopher received his first testosterone injection in March 2022, and

since then I have given him his injections at home every other week. His current prescription is valid until June, at which time we will have to go back to the endocrinologist for a follow up appointment, more lab testing, and a new prescription.

16. Christopher's care team includes his pediatrician, endocrinologist, mental health counselor, and psychiatrist. I consult with all of them on his care. Because we live in such a small town, so close to the Alabama–Georgia state line, all Christopher's doctors are in Columbus, Georgia. Both his endocrinologist and his psychiatrist have offices in both Georgia and Alabama, but we go to the Columbus, Georgia locations because they are closer. I fill his testosterone prescription at a pharmacy in Alabama.

17. Even though it has only been a short time since starting hormones, Christopher is already significantly and noticeably happier. He is bubbly, more outgoing, and more confident in himself. I have noticed it myself and have spoken about it with Christopher's counselor, who also has noticed these positive changes. Christopher's co-workers at the local pizza place have also noticed that Christopher is more excited to go to work and be around other people. He loves showing off his new facial hair and deeper voice.

18. Although we travel to Georgia for Christopher's care, because we live in Alabama, I am afraid of what would happen to Christopher if there were an

interference or disruption in his counseling or hormone schedule because of this law. I also fear criminal prosecution for helping my son get the care he needs.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of April, 2022.

*[signature]*
Kathy Noe