# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D. <br><br> *Plaintiffs*, <br><br> v. <br><br> KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County;; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County TOM ANDERSON, in his official capacity as | Civil Action No. _____ <br><br> **DECLARATION OF JAMES ZOE IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |



PLAINTIFFS' EX.

012

1

District Attorney for Coffee County; and DANNY CARR, in his official capacity as District Attorney for Jefferson County.

*Defendants.*

I, James Zoe,[1] hereby declares as follows:

1. I am a citizen of Alabama and reside with my wife and our son in Jefferson County, Alabama.

2. My son, Zachary Zoe, is a thirteen-year-old transgender boy and is another plaintiff in this action. He is in the seventh grade, a bright boy with a close group of friends, and is interested in video games and art. He hopes to become a mental health professional one day.

3. I was born and raised in Alabama, attended the University of Alabama at Birmingham, and have been living in Birmingham my entire life. My wife resided in Alabama from 2009 to 2011, and she returned in 2018. We met that year and married in 2020. Alabama is our family's home and we want to stay here.

---

[1] Because of concerns about criminal liability and my child's privacy and safety, I am seeking to proceed in this case under a pseudonym. *See* Motion to Proceed Pseudonymously, filed contemporaneously herewith. In addition, contemporaneous with signing this declaration, I have signed with my legal name a separate copy of this declaration. My attorneys have a copy of that separate declaration.

2

4. When my wife and I married, my wife became Zachary's stepmother, and she has been his champion ever since they met. We share custody and co-parent with Zachary's biological mother and stepfather who also live in Alabama. They fully support the decision to fight for Zachary in court.

5. Zachary was born in Alabama and, like me, has lived in this state for his entire life. Zachary resides half-time with me and my wife in Jefferson County, and half-time with his biological mother and stepfather in St. Clair County. Alabama is Zachary's home and he too, plans to continue residing here.

6. Zachary was assigned female at birth. As a younger child, Zachary was shy and reserved. Around the age of 8, Zachary began to dislike wearing dresses and bright clothing, especially if the clothing was pink. Over time, Zachary started to prefer dressing in masculine attire more and more strongly. He became distressed if people identified him as a girl.

7. Around a year later when Zachary was 9 years old, he started female puberty. Zachary was distressed that he was developing breasts and had to confront menstrual cycles. This caused him to become withdrawn. Around the age of 10, Zachary became uncomfortable wearing any kind of clothing that revealed his body. For example, he started to wear boys' athletic shorts and t-shirts instead of girls' bathing suits when going to swim. As his parents, we did not initially understand why he was withdrawn or why he was so uncomfortable with his body.

8. When Zachary was 11 years old, he began referring to himself using "he" and "him" pronouns. In response, some of his friends mirrored his use of male pronouns. Identifying with male pronouns brought Zachary a greater sense of self-awareness, self-acceptance, allowing him to feel more at ease and happy. It was also when Zachary was 11 years old that he formally told me, my wife, his biological mother, and his stepfather that he is a transgender boy. He declared to us that he did not want to be identified as female. He told us that he uses he/him pronouns and wants us to call him by his chosen name. We all love our Zachary and were supportive of him.

9. Zachary's social transition has been very positive for him. He uses a chest binder and appears and dresses like other boys his age. His friends and his teachers refer to him using "he" and "him" pronouns. It is important to his mental health and well-being that others around him see him as the boy he is. After he came out, Zachary has blossomed into a happier and more outgoing child.

10. In October 2021, after completing appropriate mental health evaluations, Zachary began taking puberty-blocking medication, prescribed by his pediatrician with the support of both sets of parents. He just recently had an appointment to start the assessment process for hormone therapy at the Children's Hospital of Alabama at Birmingham.

11. Continued access to puberty-blockers is essential to maintain Zachary's current state of mental health. It is also critical that he continues on a steady path of receiving future treatments that are age-appropriate and medically necessary to address gender dysphoria. This law has caused my family enormous anxiety. If it goes into effect, we will be forced to choose between harming our son by denying him medically necessary care or facing criminal prosecution. I know the rates of suicide that run through the transgender population due to discrimination and harassment, and I am terrified that this law will exacerbate my son's anxiety and push him into self-harm.

12. None of the decisions surrounding Zachary's medical care have been easy. But the one decision that has not been difficult is to listen and talk to Zachary and engage in regular conversations with medical professionals to determine what course of treatment would be appropriately tailored for my son.

13. I am concerned for Zachary's mental health and well-being if his gender-affirming treatments are disrupted, suspended, or discontinued. No parent should have to watch their child experience severe, unnecessary distress, and this law will do just that because its enforcement and implementation will cause Zachary to develop irreversible physical traits that are inconsistent with his male identity. I am concerned that being forced to undergo this harmful experience will have a

lasting negative effect on Zachary's future and irreparably jeopardize his chance to lead a healthy, happy life as an adult.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of April, 2022 in Jefferson County, Alabama.

*James Zoe*
James Zoe