

# Frontline Physicians Oppose Legislation That Interferes in or Criminalizes Patient Care

April 02, 2021

PLAINTIFFS' EX.

020

exhibitsticker.com

**Washington, D.C. (April 2, 2021) –** Several state legislatures across the country have recently introduced or are deliberating bills that would restrict delivery of gender-affirming care for gender-diverse patients, specifically for children and adolescents.

Our organizations, which represent nearly 600,000 physicians and medical students, oppose any laws and regulations that discriminate against transgender and gender-diverse individuals or interfere in the confidential relationship between a patient and their physician. That confidentiality is critical to allow patients to trust physicians to properly counsel, diagnose and treat.

Our organizations are strongly opposed to any legislation or regulation that would interfere with the provision of evidence-based patient care for any patient, affirming our commitment to patient safety. We recognize health as a basic human right for every person, regardless of gender identity or sexual orientation. For gender-diverse individuals, including children and adolescents, this means access to gender-affirming care that is part of comprehensive primary care.

Further, we strongly oppose any effort to criminalize or penalize physicians for providing necessary care for their patients. Physicians must be able to practice medicine that is informed by their years of medical education, training, experience, and the available evidence, freely and without threat of punishment. Patients and their physicians, not policymakers, should be the ones to make decisions together about what care is best for them.

## American Psychiatric Association

The American Psychiatric Association, founded in 1844, is the oldest medical association in the country. The APA is also the largest psychiatric association in the world with more than 37,400 physician members specializing in the diagnosis, treatment, prevention and research of mental

5/2/22, 10:35 AM                    Psychiatry.org - Frontline Physicians Oppose Legislation That Interferes in or Criminalizes Patient Care

Case 2:22-cv-00184-LCB-CWB Document 78-20 Filed 05/03/22 Page 2 of 4

illnesses. APA's vision is to ensure access to quality psychiatric diagnosis and treatment. For more information please visit www.psychiatry.org.

## About the American Academy of Family Physicians

Founded in 1947, the AAFP represents 136,700 physicians and medical students nationwide. It is the only medical society devoted solely to primary care. Family physicians conduct approximately one in five office visits -- that's 192 million visits annually or 48 percent more than the next most visited medical specialty. Today, family physicians provide more care for America's underserved and rural populations than any other medical specialty. Family medicine's cornerstone is an ongoing, personal patient-physician relationship focused on integrated care. To learn more about the specialty of family medicine, the AAFP's positions on issues and clinical care, and for downloadable multi-media highlighting family medicine, visit www.aafp.org/media". For information about health care, health conditions and wellness, please visit the AAFP's award-winning consumer website, http://www.familydoctor.org/.

## About the American Academy of Pediatrics

The American Academy of Pediatrics is an organization of 67,000 primary care pediatricians, pediatric medical subspecialists and pediatric surgical specialists dedicated to the health, safety and well-being of infants, children, adolescents and young adults. For more information, visit www.aap.org and follow us on Twitter @AmerAcadPeds.

## About the American College of Physicians

The American College of Physicians is the largest medical specialty organization in the United States with members in more than 145 countries worldwide. ACP membership includes 163,000 internal medicine physicians (internists), related subspecialists, and medical students. Internal medicine physicians are specialists who apply scientific knowledge and clinical expertise to the diagnosis, treatment, and compassionate care of adults across the spectrum from health to complex illness. Follow ACP on Twitter, Facebook, and Instagram.

## About the American College of Obstetricians and Gynecologists

The American College of Obstetricians and Gynecologists (ACOG) is the nation's leading group of physicians providing health care for women. As a private, voluntary, nonprofit membership organization of 60,000 members, ACOG strongly advocates for quality health care for women, maintains the highest standards of clinical practice and continuing education of its members, promotes patient education, and increases awareness among its members and the public of the changing issues facing women's health care. www.acog.org.

## About the American Osteopathic Association

The American Osteopathic Association (AOA) represents more than 151,000 osteopathic physicians (DOs) and osteopathic medical students; promotes public health; encourages scientific research; serves as the primary certifying body for DOs; and is the accrediting agency for osteopathic medical schools. To learn more about DOs and the osteopathic philosophy of medicine, visit www.osteopathic.org.

## Media Contacts - Physician Organizations

**American Psychiatric Association**

- Erin Connors
- 202-609-7113
- econnors@psych.org

**American Academy of Family Physicians**

- Julie Hirshhorn
- 800-274-2237
- jhirshhorn@aafp.org

**American Academy of Pediatrics**

- Jamie Poslosky
- 202-724-3308
- jposlosky@aap.org

**American College of Physicians**

- Jackie Blaser
- 202-261-4572
- jblaser@acponline.org

**American College of Obstetricians and Gynecologists**

5/2/22, 10:35 AM  Psychiatry.org - Frontline Physicians Oppose Legislation That Interferes in or Criminalizes Patient Care

Case 2:22-cv-00184-LCB-CWB   Document 78-20   Filed 05/03/22   Page 4 of 4

- Kate Connors
- 202-760-1210
- kconnors@acog.org

**American Osteopathic Association**

- Brooke Johnson
- 312-202-8038
- pr@osteopathic.org

Medical leadership for mind, brain and body.