# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D., <br><br> *Plaintiffs*, <br><br> v. <br><br> KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County, <br><br> *Defendants*. | Civil Action No. 2:22-cv-00184-184-LCB <br><br> Hon. Liles C. Burke |

**PLAINTIFFS' WITNESS LIST FOR THE EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER & <u>PRELIMINARY INJUNCTION</u>**

Pursuant to the Court's April 22, 2022 Order (Doc. 34), Plaintiffs identify the following witnesses for the evidentiary hearing on Plaintiffs' Motion for Temporary Restraining Order & Preliminary Injunction (Docs. 7 & 8) on May 5 and 6, 2022:

*Plaintiffs plan to call the following witnesses to testify in person:*

1. Rev. Paul Eknes-Tucker
2. Linda A. Hawkins, PhD, LPC
3. Rachel Koe, MD
4. Morissa J. Ladinsky, MD, FAAP
5. Megan Poe

*Plaintiffs plan to submit sworn testimony of the following witnesses by declaration:*

1. Briana Boe
2. Rev. Paul Eknes-Tucker
3. Linda A. Hawkins, PhD, LCP
4. Rachel Koe, MD
5. Morissa J. Ladinsky, MD, FAAP
6. Jane Moe, PhD
7. Kathy Noe
8. Megan Poe
9. Stephen Rosenthal, MD

  10. James Zoe

  11. Armand H. Antommaria, MD, PhD, FAAP, HEC-C

*Plaintiffs reserve the right to call the following witnesses:*

  1. Any witness needed to authenticate, explain, interpret or otherwise lay the foundation for exhibits and evidence, including but not limited to custodians of record and/or agents.

  2. Any witness necessary for impeachment or rebuttal purposes.

  3. Any witness listed by other parties to this action.

    */s/ Melody H. Eagan*
    Melody H. Eagan (ASB-9780-D38M)
    Jeffrey P. Doss (ASB-4212-R62D)
    Amie A. Vague (ASB-4113-Q46I)
    LIGHTFOOT, FRANKLIN & WHITE LLC
    The Clark Building
    400 20th Street North
    Birmingham, AL 35203
    205.581.0700
    meagan@lightfootlaw.com
    jdoss@lightfootlaw.com
    avague@lightfootlaw.com

    J. Andrew Pratt (ASB-3507-J56P)
    Misty L. Peterson (GA Bar No. 243715) (*pro hac vice* application pending)
    Adam Reinke (GA Bar No. 510426) (*pro hac vice* application pending)
    Gilbert Oladeinbo (GA Bar No. 669340) (*pro hac vice* application pending)
    KING & SPALDING LLP

1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
404.572.4600
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com
goladeinbo@kslaw.com

Brent P. Ray (IL Bar No. 6291911) (*pro hac vice* application pending)
Abigail Hoverman Terry (IL Bar No. 6327057) (*pro hac vice* application pending)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
312.995.6333
bray@kslaw.com
ahoverman@kslaw.com

Michael B. Shortnacy (CA Bar No. 277035) (*pro hac vice* application pending)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
213.443.4355
mshortnacy@kslaw.com
Asaf Orr (CA Bar No. 261650) (*pro hac vice* application pending)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
415.392.6257
aorr@nclrights.org

Jennifer L. Levi (MA Bar No. 562298) (*pro hac vice* application pending)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
617.426.1350
jlevi@glad.org

Scott D. McCoy (FL Bar No. 1004965) (*pro hac vice* application pending)
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
334.224.4309
scott.mccoy@splcenter.org

Diego A. Soto (ASB-3626-Y61S)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
334.604.1414
diego.soto@splcenter.org

Jessica L. Stone (GA Bar No. 275567) (*pro hac vice* application pending)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
404.221.5837
jessica.stone@splcenter.org

Sarah Warbelow (MI Bar No. P66690) (*pro hac vice* application pending)
Cynthia Weaver (NY Bar No. 5091848) (*pro hac vice* application pending)

HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
202.628.4160
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on May 3, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will provide notice of such filing to all counsel of record.

*/s/ Melody H. Eagan*
*Attorney for Plaintiffs*
