IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D.<br><br>      Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>      Plaintiff-Intervenor,<br><br> v.<br><br>STATE OF ALABAMA; KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BLAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for | Case No. 2:22-cv-184-LCB-SRW<br><br>Honorable Liles C. Burke |

1

the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County.

Defendants.

# PLAINTIFF-INTERVENOR UNITED STATES' LIST OF PROPOSED EXHIBITS AND EXPECTED WITNESS

Pursuant to the Court's April 22, 2022 Order (Dkt. No. 34), Plaintiff-Intervenor United States of America ("United States"), respectfully submits its list of proposed exhibits and expected witness should it be allowed to participate in the hearing regarding the Motion for a Temporary Restraining Order and a Preliminary Injunction, which begins on May 5, 2022.

## PROPOSED EXHIBITS

The United States may present the following exhibits during the hearing on its Motion for a Temporary Restraining Order and a Preliminary Injunction.

| Ex. No. | Exhibit |
|---------|---------|
| 1 | American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders*, Fifth Edition, Text Revision (2022) |
| 2 | Jason Rafferty, *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents*, American Academy of Pediatrics Policy Statement (Oct. 1, 2018) |
| 3 | Wylie Hembree, Peggy Cohen-Kettenis, & Louis Gooren et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline*, The Journal of Clinical Endocrinology & Metabolism 3869-3903, Vol. 102, Issue 11 (Nov. 2017) |

| | |
|---|---|
| 4 | World Professional Association for Transgender Health, *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People*, 7th Version (2012) |
| 5 | Alabama Psychological Association (aPA), *Statement of the Alabama Psychological Association (aPA) Supporting Gender-Affirming Care for Transgender Youth and Urging Opposition to Alabama SB 184/HB 266* (2022) |
| 6 | American Academy of Pediatrics, *American Academy of Pediatrics and Its Alabama Chapter Oppose Bill Threatening Health of Transgender Youth* (2022) |
| 7 | Declaration of Armand H. Antommaria, MD, PhD, FAAP, HEC-C |
| 8 | Bibliography of Armand H. Antommaria |
| 9 | Curriculum Vitae of Armand H. Antommaria |
| 10 | Food and Drug Administration, *Understanding Unapproved Use of Approved Drugs "Off Label"* |
| 11 | Susan D. Boulware, M.D., *Biased Science: The Texas and Alabama Measures Criminalizing Medical Treatment for Transgender Children and Adolescents Rely on Inaccurate and Misleading Scientific Claims* (Apr. 28, 2022) |
| 12 | Kiara Alfonseca, ABCNews.com, *Alabama Governor Signs 'Don't Say Gay,' Trans Care and Bathroom Ban Bills* (Apr. 8, 2022) |
| 13 | Tony Perkins, *Wes Allen Discusses Upcoming Alabama Senate Vote on Vulnerable Child Compassion and Protection Act*, YouTube (Feb. 15, 2021), https://www.youtube.com/watch?v=E9Q_b22cUWw |
| 14 | Alabama House Judiciary Committee, House Judy Committee – 3/2/2022, 1:34:28 PM, Vimeo (Mar. 2, 2022), https://vimeo.com/683940881/4edaeefda2 |
| 15 | a House of Representatives, House Part 1 – 4/7/2022, 9:32:05 AM, Vimeo (Apr. 7, 2022), https://vimeo.com/697000650/59a642f5d4 |

The United States reserves the right to offer into evidence any exhibit or document referenced by Plaintiffs or Defendants in their respective exhibit lists.

## EXPECTED WITNESS

The United States expects to call the following witness to testify in person:

- Armand H. Antommaria, MD, PhD, FAAP, HEC-C

The United States reserves the right to question any witness on direct examination or cross-examination who may be called to testify by Plaintiffs or Defendants.

| | |
|---|---|
| Dated: May 3, 2022 | Respectfully submitted, |
| SANDRA J. STEWART<br>United States Attorney<br>Middle District of Alabama | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| PRIM F. ESCALONA<br>United States Attorney<br>Northern District of Alabama | JOHN POWERS (DC Bar No. 1024831)<br>Counsel to the Assistant Attorney General<br>Civil Rights Division |
| LANE H. WOODKE<br>Chief, Civil Division<br>Northern District of Alabama | CHRISTINE STONEMAN<br>Chief, Federal Coordination and<br>Compliance Section |
| JASON R. CHEEK<br>Deputy Chief, Civil Division<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, Alabama 35203<br>Tel.: (205) 244-2104<br>Jason.Cheek@usdoj.gov | COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and<br>Compliance Section<br><br>*s/Alyssa C. Lareau*<br>ALYSSA C. LAREAU (DC Bar No. 494881)<br>RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>Trial Attorneys |
| STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197<br>Tel.: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance<br>Section<br>950 Pennsylvania Avenue NW - 4CON<br>Washington, DC 20530<br>Tel.: (202) 305-2994<br>Alyssa.Lareau@usdoj.gov<br>Renee.Williams3@usdoj.gov<br>Kaitlin.Toyama@usdoj.gov<br><br>*Attorneys for Plaintiff-Intervenor United States of America* |

CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

s/ *Jason R. Cheek*
Jason R. Cheek
Assistant U.S. Attorney