GOVERNMENT
EXHIBIT

9

## Curriculum Vitae

Last Updated: March 22, 2022

**PERSONAL DATA**
Armand H. Matheny Antommaria, MD, PhD, FAAP, HEC-C
Birth Place:  Pittsburgh, Pennsylvania
Citizenship:  United States of America

**CONTACT INFORMATION**
Address:  3333 Burnet Ave, ML 15006, Cincinnati, OH 45229
Telephone Number:  (513) 636-4939
Electronic Mail Address:  armand.antommaria@cchmc.org

**EDUCATION**

| | | |
|---|---|---|
| 1983-1987 | BSEE | Valparaiso University, with High Distinction |
| | | Valparaiso, IN |
| 1983-1987 | BS | Valparaiso University (Chemistry), with High Distinction |
| | | Valparaiso, IN |
| 1987-1989 | MD | Washington University School of Medicine |
| 1998-2000 | | Saint Louis, MO |
| 1989-2000 | PhD | The University of Chicago Divinity School (Religious Ethics) |
| | | Chicago, IL |
| 2000-2003 | Resident | University of Utah (Pediatrics) |
| | | Salt Lake City, UT |
| 2005-2006 | Certificate | Conflict Resolution Certificate Program, University of Utah |
| | | Salt Lake City, UT |

**BOARD CERTIFICATION**

| | |
|---|---|
| 2019 | Pediatric Hospital Medicine, American Board of Pediatrics |
| 2019 | Healthcare Ethics Consultant-Certified, Healthcare Ethics Consultation Certification Commission |
| 2004 | General Pediatrics, American Board of Pediatrics |

**PROFESSIONAL LICENSES**

| | |
|---|---|
| 2012-Present | Doctor of Medicine, Ohio |
| 2006-2010 | Alternative Dispute Resolution Provider—Mediator, Utah |
| 2001-2014 | Physician and Surgeon, Utah |
| 2001-2014 | Physician and Surgeon Controlled Substance, Utah |

**PROFESSIONAL EXPERIENCE**
**Full Time Positions**

| | |
|---|---|
| 2019-Present | *Professor* |
| | Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| | Department of Surgery |
| 2019-Present | *Professor of Clinical-Affiliated* |
| | University of Cincinnati, Cincinnati, OH |
| | Department of Surgery |
| 2017-Present | *Professor* |
| | Cincinnati Children's Hospital Medical Center, Cincinnati, OH |

| | Division of Pediatric Hospital Medicine |
|---|---|
| 2017-Present | *Professor of Clinical-Affiliated* |
| | University of Cincinnati, Cincinnati, OH |
| | Department of Pediatrics |
| 2016-2017 | *Associate Professor of Clinical-Affiliated* |
| | University of Cincinnati, Cincinnati, OH |
| | Department of Pediatrics |
| 2012-2017 | *Associate Professor* |
| | Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| | Division of Pediatric Hospital Medicine |
| 2012-Present | *Lee Ault Carter Chair in Pediatric Ethics* |
| | Cincinnati Children's Hospital Medical Center |
| 2012-2016 | *Associate Professor-Affiliated* |
| | University of Cincinnati, Cincinnati, OH |
| | Department of Pediatrics |
| 2010-2012 | *Associate Professor of Pediatrics* (with Tenure) |
| | University of Utah School of Medicine, Salt Lake City, UT |
| | Divisions of Inpatient Medicine and Medical Ethics |
| 2010-2012 | *Adjunct Associate Professor of Medicine* |
| | University of Utah School of Medicine, Salt Lake City, UT |
| | Division of Medical Ethics and Humanities |
| 2004-2010 | *Assistant Professor of Pediatrics* (Tenure Track) |
| | University of Utah School of Medicine, Salt Lake City, UT |
| | Divisions of Inpatient Medicine and Medical Ethics |
| 2004-2010 | *Adjunct Assistant Professor of Medicine* |
| | University of Utah School of Medicine, Salt Lake City, UT |
| | Division of Medical Ethics and Humanities |
| 2003-2004 | *Instructor of Pediatrics* (Clinical Track) |
| | University of Utah School of Medicine, Salt Lake City, UT |
| | Divisions of Inpatient Medicine and Medical Ethics |
| 2003-2004 | *Adjunct Instructor of Medicine* |
| | University of Utah School of Medicine, Salt Lake City, UT |
| | Division of Medical Ethics |

**Part Time Positions**

| | |
|---|---|
| 2021 | *Consultant* |
| | Proctor & Gamble, Cincinnati, OH |
| 2019 | *Consultant* |
| | Sanofi Genzyme, Cambridge, MA |
| 2018-Present | *Consultant* |
| | Center for Conflict Resolution in Healthcare, Memphis, TN |
| 2017-2020 | *Consultant* |
| | Amicus Therapeutics, Cranbury, NJ |

| 2017 | *Expert Witness* |
| | Robert J. Klickovich, MD, PLLC v. Tristate Arthritis & Rheumatology, PSC, *et al.,* Commonwealth of Kentucky, Boone Circuit Court, Division III, Civil Action No. 16-CI-01690 |
| 2017 | *Consultant* |
| | Sarepta Therapeutics, Cambridge, MA |
| 2014 | *Consultant* |
| | Genzyme, A Sanofi Company, Cambridge, MA |

**Editorial Experience**

Editorial Board

| 2020-Present | *Pediatrics,* Associate Editor for Ethics Rounds and Member of the Executive Editorial Board |
| 2015-2020 | *Journal of Clinical Ethics* |
| 2009-2020 | *Journal of Medical Humanities* |

Guest Academic Editor

| 2017 | *PLOS\|ONE* |

Ad Hoc Reviewer: *Academic Medicine, Academic Pediatrics, AJOB Primary Research, American Journal of Bioethics, American Journal of Law & Medicine, American Journal of Medical Genetics, American Journal of Transplantation, BMC Medical Ethics, BMJ Open, Canadian Journal of Bioethics, CHEST, Clinical Transplantation, European Journal of Human Genetics, Frontiers in Genetics, Hospital Medicine, International Journal of Health Policy and Management, International Journal of Nursing Studies, Journal of Adolescent and Young Adult Oncology, Journal of Clinical Ethics, Journal of Empirical Research on Human Research Ethics, Journal of General Internal Medicine, Journal of Healthcare Leadership, Journal of Hospital Medicine, Journal of the Kennedy Institute of Ethics, Journal of Law, Medicine & Ethics, Journal of Medical Ethics, Journal of Medical Humanities, Journal of Medicine and Life, Journal of Palliative Care, Journal of Pediatrics, Journal of Pediatric Surgery, Mayo Clinic Proceedings, Medicine, Healthcare and Philosophy, Molecular Diagnosis & Therapy, New England Journal of Medicine, Patient Preference and Adherence, Pediatrics, Pediatrics in Review, Personalized Medicine, PLOS\|ONE, Risk Management and Healthcare Policy, Saudi Medical Journal, SSM - Qualitative Research in Health,* and *Theoretical Medicine and Bioethics*

## SCHOLASTIC AND PROFESSIONAL HONORS

| 2021 | *Hidden Gem Award,* Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| 2019-2021 | *Presidential Citation,* American Society for Bioethics and Humanities, Chicago, IL |
| 2016 | *Laura Mirkinson, MD, FAAP Lecturer,* Section on Hospital Medicine, American Academy of Pediatrics, Elk Grove Village, IL |
| 2016, 2018 | *Certificate of Excellence*, American Society for Bioethics and Humanities, Glenview, IL |
| 2013, 2016 | *Senior Resident Division Teaching Award,* Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| 2012 | *Role Model*, Quality Review Committee, Primary Children's Medical Center, Salt Lake City, UT |
| 2011 | *Member,* Society for Pediatric Research, The Woodlands, TX |
| 2011 | *Presidential Citation*, American Society for Bioethics and Humanities, Glenview, IL |
| 2009 | *Role Model*, Quality Review Committee, Primary Children's Medical Center, Salt Lake City, UT |
| 2008 | *Nominee,* Physician of the Year, Primary Children's Medical Center, Salt Lake City, UT |
| 2005-2006 | *Fellow,* Medical Scholars Program, University of Utah School of Medicine, Salt Lake City, UT |

| 1995-1997 | *Doctoral Scholar*, Crossroads, A Program of Evangelicals for Social Action, Philadelphia PA |
| 1989-1992 | *Fellow*, The Pew Program in Medicine, Arts, and the Social Sciences, University of Chicago, Chicago, IL |

## ADMINISTRATIVE EXPERIENCE
### Administrative Duties

| 2019-Present | *Chair*, Oversight Committee, Cincinnati Fetal Center, Cincinnati, OH |
| 2014-Present | *Chair*, Ethics Committee, Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| 2012-Present | *Director*, Ethics Center, Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| 2012-Present | *Chair*, Ethics Consultation Subcommittee, Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| 2010 | *Co-Chair*, Ethics Subcommittee, Work Group for Emergency Mass Critical Care in Pediatrics, Centers for Disease Control and Prevention, Atlanta, GA |
| 2009 | *Chair*, Ethics Working Group, H1N1 and Winter Surge, Primary Children's Medical Center, Salt Lake City, UT |
| 2005-2012 | *Chair*, Ethics Committee, Primary Children's Medical Center, Salt Lake City, UT |
| 2005-2012 | *Chair*, Ethics Consultation Subcommittee, Primary Children's Medical Center, Salt Lake City, UT |
| 2003-4 | *Chair*, Clinical Pertinence Committee, Primary Children's Medical Center, Salt Lake City, UT |

### Professional & Scientific Committees
Committees

| 2021 | *Member*, EMCO Capacity Collaboration, Ohio Hospital Association, Columbus, OH |
| 2020-2021 | *Member*, Allocation of Scarce Resources Work Group, Ohio Hospital Association, Columbus, OH |
| 2020-Present | *Member*, Literature Selection Technical Review Committee, National Library of Medicine, Bethesda, MD |
| 2020 | *Member*, Crisis Standards of Care Workgroup, The Health Collaborative, Cincinnati, OH |
| 2019-Present | *Member*, Healthcare Ethics Consultant Certification Commission, Oak Park, IL |
| 2019 | *Member*, Expert Panel, Pediatric Oncology End-of-Life Care Quality Markers, Institute for Cancer Outcomes & Survivorship, University of Alabama at Birmingham, Birmingham, AL |
| 2018 | *Member*, Resource Planning and Allocation Team Implementation Task Force, Ohio Department of Health, Columbus, OH |
| 2012-Present | *Member*, Gaucher Initiative Medical Expert Committee, Project HOPE, Millwood, VA |
| 2009-2014 | *Member*, Clinical Ethics Consultation Affairs Committee, American Society for Bioethics and Humanities, Glenview, IL |
| 2005-2011 | *Member*, Committee on Bioethics, American Academy of Pediatrics, Oak Park, IL |

Data Safety and Monitoring Boards

| 2019-Present | *Member*, Data and Safety Monitoring Board, Sickle Cell Domestic Trials, National Heart, Lung, and Blood Institute, Bethesda, MD |
| 2018-2019 | *Member*, Standing Safety Committee for P-188-NF (Carmeseal-MD™) in Duchenne Muscular Dystrophy, Phrixus Pharmaceuticals, Inc., Ann Arbor, MI |
| 2017-Present | *Member*, Observational Study Monitoring Board, Sickle Cell Disease Observational Monitoring Board, National Heart, Lung, and Blood Institute, Bethesda, MD |
| 2016-2018 | *Member*, Observational Study Monitoring Board, Long Term Effects of Hydroxyurea in Children with Sickle Cell Anemia, National Heart, Lung, and Blood Institute, Bethesda, MD |

**Reviewer**

| | |
|---|---|
| 2020-Present | *Abstract Reviewer*, American Society for Bioethics and Humanities Annual Meeting |
| 2020 | *Grant Reviewer,* The Croatian Science Foundation, Hvatska zaklada za znanost (HRZZ) |
| 2018 | *Book Proposal Reviewer*, Elsevier |
| 2018-2019 | *Category Leader,* Religion, Culture, and Social Sciences, American Society for Bioethics and Humanities Annual Meeting |
| 2017 | *Timekeeper,* American Society for Bioethics and Humanities Annual Meeting |
| 2017-Present | *Abstract Reviewer,* Pediatric Academic Societies Annual Meeting |
| 2016-2021 | *Workshop Reviewer*, Pediatric Academic Societies Annual Meeting |
| 2016 | *Grant Reviewer*, Innovation Research Incentives Scheme, The Netherlands Organisation for Health Research and Development |
| 2016-2017 | *Abstract Reviewer*, American Society for Bioethics and Humanities Annual Meeting |
| 2014, 2016 | *External Peer Reviewer*, PSI Foundation, Toronto, Ontario, Canada |
| 2014 | *Member,* Scientific Committee, International Conference on Clinical Ethics and Consultation |
| 2013 | *Abstract Reviewer*, American Society for Bioethics and Humanities Annual Meeting |
| 2013 | *Reviewer*, Open Research Area Plus, Agence Nationale de la Research, Deutsche Forschungsgemeinschaft, Economic and Social Research Council, National Science Foundation, and Organization for Scientific Research |
| 2011-2012 | *Abstract Reviewer,* Pediatric Academic Societies Annual Meeting |
| 2011-2013 | *Workshop Reviewer*, Pediatric Academic Societies Annual Meeting |
| 2011-2014 | *Abstract Reviewer*, Pediatric Hospital Medicine Annual Meeting |
| 2011-2012 | *Religious Studies Subcommittee Leader,* Program Committee, American Society for Bioethics and Humanities Annual Meeting |
| 2010 | *Abstract Reviewer*, American Society for Bioethics and Humanities Annual Meeting |

**Other**

| | |
|---|---|
| 2021 | *Timekeeper,* American Society for Bioethics and Humanities Annual Meeting |
| 2021 | *Mentor,* Early Career Advisor Professional Development Track, American Society for Bioethics and Humanities. |
| 2021 | *Mentor,* Early Career Advisor Paper or Project Track, American Society for Bioethics and Humanities. |
| 2109 | *Mentor*, Early Career Advising Program, American Society for Bioethics and Humanities |
| 2018 | *Passing Point Determination*, Healthcare Ethics Consultant-Certified Examination, Healthcare Ethics Consultant Certification Commission |
| 2018 | *Member*, Examination Committee, Healthcare Ethics Consultant-Certified Examination, Healthcare Ethics Consultant Certification Commission |
| 2018 | *Item Writer*, Healthcare Ethics Consultant-Certified Examination, Healthcare Ethics Consultant Certification Commission |

## UNIVERSITY COMMUNITY ACTIVITIES

**Cincinnati Children's Hospital Medical Center**

| | |
|---|---|
| 2020-Present | *Member*, Faculty Diversity and Inclusion Steering Committee |
| 2020-Present | *Member*, Medical Management of COVID-19 Committee |
| 2020-2021 | *Member,* Caregiver Refusal Team |
| 2020-2021 | *Member,* COVID-19 Vaccine Allocation Committee |
| 2020 | *Member*, Personal Protective Equipment Subcommittee of the COVID-19 Steering. Committee |
| 2018-2019 | *Member,* Planning Committee, Center for Clinical & Translational Science & Training Research Ethics Conference |
| 2017-Present | *Member*, Donor Selection Committee |
| 2017-2020 | *Member,* Employee Emergency Fund Review Committee |
| 2017 | *Member,* Root Cause Analysis Team |
| 2016-2017 | *Member,* Planning Committee, Center for Clinical & Translational Science & Training Research Ethics Conference |
| 2015-2019 | *Member,* Destination Excellence Medical Advisory Committee |
| 2015-Present | *Member,* Disorders of Sexual Development Case Review Committee |
| 2015-2019 | *Member,* Destination Excellence Case Review Committee |
| 2014-2018 | *Member,* Genomics Review Group, Institutional Review Board |
| 2014-2017 | *Member,* Center for Pediatric Genomics Leadership Committee |
| 2013-2017 | *Member,* Genetic Testing Subcommittee, Health Network |
| 2013-2016 | *Member,* Schwartz Center Rounds Planning Committee |
| 2013-2014 | *Member*, Genomics Ad Hoc Subcommittee, Board of Directors |
| 2012-Present | *Member,* Cincinnati Fetal Center Oversight Committee |
| 2012-Present | *Member,* Ethics Committee |
| 2012-Present | *Member,* G-23 |
| 2012-2016 | *Member,* Integrated Solid Organ Transplant Steering Committee |

**University of Utah**

| | |
|---|---|
| 2009-2012 | *Member,* Consolidated Hearing Committee |

**University of Utah School of Medicine**

| | |
|---|---|
| 2010-2012 | *Member,* Medical Ethics, Humanities, and Cultural Competence Thread Committee |
| 2008-2010 | *Member,* Fourth Year Curriculum Committee |

**University of Utah Department of Pediatrics**

| | |
|---|---|
| 2010-2011 | *Member,* Planning Committee, 25th Annual Biological Basis of Children's Health Conference, "Sex, Gender, and Sexuality" |
| 2009-2012 | *Member,* Medical Executive Committee |
| 2005-2012 | *Member,* Retention, Promotion, and Tenure Committee |
| 2004-2012 | *Interviewer,* Residency Program |
| 2003-2012 | *Member,* Education Committee |

**Intermountain Healthcare**

| | |
|---|---|
| 2009-2012 | *Member,* System-Wide Bioethics Resource Service |
| 2009-2012 | *Member,* Pediatric Guidance Council |

**Primary Children's Medical Center**

| | |
|---|---|
| 2012-2012 | *Member,* Shared Accountability Organization Steering Committee |
| 2009 | *Member*, H1N1 and Winter Surge Executive Planning Team |
| 2005-2010 | *Member,* Continuing Medical Education Committee |
| 2005-2010 | *Member*, Grand Rounds Planning Committee |
| 2003-2012 | *Member*, Ethics Committee |

## ACTIVE MEMBERSHIPS IN PROFESSIONAL SOCIETIES

| | |
|---|---|
| 2012-Present | Association of Bioethics Program Directors |
| 2011-Present | Society for Pediatric Research |
| 2000-Present | American Academy of Pediatrics |
| 1999-Present | American Society of Bioethics and Humanities |

## FUNDING
### Past Grants

2015-2019     "Better Outcomes for Children: Promoting Excellence in Healthcare Genomics to Inform Policy."
Percent Effort: 9%
National Human Genome Research Institute
Grant Number: 1U01 HG008666-01
Role: <u>Investigator</u>

2015-2016     "Ethics of Informed Consent for Youth in Foster Care"
Direct Costs: $10,000
Ethics Grant, Center for Clinical and Translational Science and Training
University of Cincinnati Academic Health Center
Role: <u>Co-Investigator</u>

2014-2015     "Extreme Personal Exposure Biomarker Levels: Engaging Community Physicians and Ethicists for Guidance"
Direct Costs: $11,640
Center for Environmental Genetics
University of Cincinnati College of Medicine
Role: <u>Investigator</u>

2014-2015     "Child, Adolescent, and Parent Opinions on Disclosure Policies for Incidental Findings in Clinical Whole Exome Sequencing"
Direct Costs: $4,434
Ethics Grant, Center for Clinical and Translational Science and Training, University of Cincinnati Academic Health Center
Role: <u>Principal Investigator</u>

2013-2014     "Better Outcomes for Children: GWAS & PheWAS in eMERGEII
Percent Effort: 5%
National Human Genome Research Institute
Grant Number: 3U01HG006828-0251
Role: <u>Investigator</u>

2004-2005     "Potential Patients' Knowledge, Attitudes, and Beliefs Regarding Participating in Medical Education: Can They be Interpreted in Terms of Presumed Consent?"
Direct Costs: $8,000

Interdisciplinary Research in Applied Ethics and Human Values, University Research Committee, University of Utah
Role: <u>Principal Investigator</u>

## TEACHING RESPONSIBILITIES/ASSIGNMENTS

### Course and Curriculum Development

| | |
|---|---|
| 2003-2012 | Medical Ethics, Internal Medicine 7560, University of Utah School of Medicine, Taught 1 time per year, Taken by medical students, Enrollment 100 |

### Course Lectures

| | |
|---|---|
| 2018, 2021 | Introduction to Biotechnology, "Ethics and Biotechnology" and "Clinical Ethics," BIOL 3027, University of Cincinnati, Taught 1 time per year, Taken by undergraduate students, Enrollment 25. |
| 2018-Present | Biomedical Ethics, "Conscientious Objection in Healthcare" and "Ethical Issues in the Care of Transgender Adolescents," MEDS 4035 & MEDS 4036, University of Cincinnati College of Medicine, Taught 1 time per year, Taken by senior undergraduate students, Enrollment 52. |
| 2016 | Foundations of Healthcare Ethics and Law, "Clinical Ethics," HESA 390, Xavier University. |
| 2014-Present | Physicians and Society, "Transfusion and the Jehovah's Witness Faith," "Obesity Management: Ethics, Policy, and Physician Implicit Bias," "Embryos and Ethics: The Ethics of Designer Babies," "Ethics and Genetic Testing," and "Ethics and Direct to Consumer Genetic Testing," 26950112 and 26950116, University of Cincinnati School of Medicine, Taken by first and second year medical students, Enrollment 100. |
| 2014-Present | Ethical Issues in Health Care, "Ethical Issues in Managing Drug Shortages: The Macro, Meso, and Micro Levels," HESA 583, College of Social Sciences, Health, and Education Health Services Administration, Xavier University, Taken by health services administration students, Enrollment 25. |
| 2009 | Physical Diagnosis II, Internal Medicine 7160, University of Utah School of Medicine, Taught 1 time per year, Taken by medical students, Enrollment 100 |
| 2003-2012 | Medical Ethics, Internal Medicine 7560, University of Utah School of Medicine, Taught 1 time per year, Taken by fourth year medical students, Enrollment 100 |

### Small Group Teaching

| | |
|---|---|
| 2018-Present | Ethics in Research, GNTD 7003-001, University of Cincinnati School of Medicine, Taught 1 time per year, Taken by fellows, MS, and PhD students, Enrollment 110. |
| 2007 | Physical Diagnosis I, Internal Medicine 7150, University of Utah School of Medicine, Taught 1 time per year, Taken by medical students, Enrollment 100 |
| 2003-2012 | Medical Ethics, Internal Medicine 7560, University of Utah School of Medicine, Taught 1 time per year, Taken by fourth medical students, Enrollment 100 |
| 2003 | Pediatric Organ System, Pediatrics 7020, University of Utah School of Medicine, Taught 1 time per year, Taken by medical students, Enrollment 100 |

### Graduate Student Committees

| | |
|---|---|
| 2018-Present | *Chair,* Scholarship Oversight Committee, William Sveen, Pediatric Critical Care Fellowship, Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| 2018-2020 | *Member*, Scholarship Oversight Committee, Anne Heueman, Genetic Counseling, University of Cincinnati, Cincinnati, OH |
| 2017-2019 | *Chair*, Scholarship Oversight Committee, Bryana Rivers, Genetic Counseling, University of Cincinnati, Cincinnati, OH |

| 2013-2015 | *Mentor*, Sophia Hufnagel, Combined Pediatrics/Genetics Residency, Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| 2013-2015 | *Co-Chair,* Scholarship Oversight Committee, Andrea Murad, Genetic Counseling, University of Cincinnati, Cincinnati, OH |
| 2013-2014 | *Member*, Scholarship Oversight Committee, Grace Tran, Genetic Counseling, University of Cincinnati, Cincinnati, OH |
| 2011-2012 | *Chair,* Scholarship Oversight Committee, Kevin E. Nelson, MD, PhD, Pediatric Inpatient Medicine Fellowship, University of Utah, Salt Lake City, UT |

**Continuing Education Lectures**

2008 Choosing Healthplans All Together (CHAT) Exercise Facilitator, 18th Annual Intermountain Medical Ethics Conference, "Setting Priorities for Healthcare in Utah: What Choices are We Ready to Make?," Salt Lake City, Utah, October 3.

2007 *Speaker*, Infant Medical Surgical Unit, Primary Children's Medical Center, "Withholding and Withdrawing Artificial Nutrition and Hydration: Can It Be Consistent With Care?," Salt Lake City, Utah, September 6.

2007 *Faculty Scholar-in Residence,* Summer Seminar, "The Role of Religion in Bioethics," Utah Valley State College, Orem, Utah, May 1.

2006 *Workshop Leader,* Faculty Education Retreat, "Publications and Publishing in Medical Education," University of Utah School of Medicine, Salt Lake City, Utah, September 15.

2006 *Breakout Session,* 16th Annual Intermountain Medical Ethics Conference, "Donation after Cardiac Death: Evolution of a Policy," Salt Lake City, Utah, March 28.

**Other Educational Activities**

2008 *Instructor*, Contemporary Ethical Issues in Medicine and Medical Research, Osher Lifelong Learning Institute, University of Utah, "Religion and Bioethics: Religiously Based Demands for and Refusals of Treatment," Salt Lake City, Utah, February 7.

2007 *Speaker*, Biology Seminar, Utah Valley State College, "Is He Dead?: Criteria of the Determination of Death and Their Implications for Withdrawing Treatment and Recovering Organs for Transplant," Orem, Utah, September 21.

**PEER-REVIEWED JOURNAL ARTICLES**

1. Anne C Heuerman, Danielle Bessett, <u>Armand H. Matheny Antommaria</u>, Leandra. K. Tolusso, Nicki Smith, Alison H. Norris and Michelle L. McGowan (2021). "Experiences of reproductive genetic counselors with abortion regulations in Ohio." *Journal of Genetic Counseling*. Online ahead of print. PMID: 34755409.

2. <u>Armand H. Matheny Antommaria</u> and Ndidi I. Unaka. (2021) "Counterpoint: Prioritizing Health Care Workers for Scarce Critical Care Resources is Impractical and Unjust. *Journal of Hospital Medicine.* 16: 182-3. PMID 33617445.

3. Gregory A. Grabowski, <u>Armand H. Matheny Antommaria</u>, Edwin H. Kolodny, and Pramod K. Mistry. (2021) "Gaucher Disease: Basic and Translational Science Needs for More Complete Therapy and Management." *Molecular Genetics and Metabolism*. 132: 59-75. PMID: 33419694.

4. <u>Armand H. Matheny Antommaria</u>, Laura Monhollen, and Joshua K. Schaffzin. (2021) "An Ethical Analysis of Hospital Visitor Restrictions and Masking Requirements During the COVID-19." *Journal of Clinical Ethics.* 32(1): 35-44. PMID 33416516.

5. <u>Armand H. Matheny Antommaria</u> (2020) "The Pediatric Hospital Medicine Core Competencies: 4.05 Ethics." *Journal of Hospital Medicine.* 15(S1): 120-121.

6. <u>Armand H. Matheny Antommaria</u>, Tyler S. Gibb, Amy L. McGuire, Paul Root Wolpe, Matthew K. Wynia, Megan K. Applewhite, Arthur Caplan, Douglas S. Diekema, D. Micah Hester, Lisa Soleymani Lehmann, Renee McLeod-Sordjan, Tamar Schiff, Holly K. Tabor, Sarah E. Wieten, and Jason T. Eberl for a Task Force of the Association of Bioethics Program Directors (2020) "Ventilator

Triage Policies During the COVID-19 Pandemic at U.S. Hospitals Associated With Members of the Association of Bioethics Program Directors." *Annals of Internal Medicine.* 173(3): 188-194. PMID: 32330224.

7.  Armand H. Matheny Antommaria (2020) "Conflicting Duties and Reciprocal Obligations During a Pandemic." *Journal of Hospital Medicine.* 5:284-286. PMID: 32379030.

8.  Mary V. Greiner, Sarah J. Beal, and Armand H. Matheny Antommaria (2020) "Perspectives on Informed Consent Practices for Minimal-Risk Research Involving Foster Youth." *Pediatrics*. 45:e20192845. PMID: 32156772.

9.  Jennifer deSante-Bertkau, Michelle McGowan, and Armand H. Matheny Antommaria (2018) "Systematic Review of Typologies Used to Characterize Clinical Ethics Consultations." *Journal of Clinical Ethics.* 29:291-304. PMID: 30605439.

10. Andrew J. Redmann, Melissa Schopper, Armand H. Matheny Antommaria, Judith Ragsdale, Alessandro de Alarcon, Michael J. Jutter, Catherine K. Hart, and Charles M. Myer. (2018) "To Transfuse or Not to Transfuse? Jehovah's Witnesses and PostOperative Hemorrhage in Pediatric Otolaryngology." *International Journal of Pediatric Otorhinolaryngology*. 115:188-192. PMID: 30368384.

11. Armand H. Matheny Antommaria, Kyle B. Brothers, John A. Myers, Yana B Feygin, Sharon A. Aufox, Murray H. Brilliant, Pat Conway, Stephanie M. Fullerton, Nanibaa' A. Garrison, Carol R. Horowitz, Gail P. Jarvik, Rongling Li, Evette J. Ludman, Catherine A. McCarty, Jennifer B. McCormick, Nathaniel D. Mercaldo, Melanie F. Myers, Saskia C. Sanderson, Martha J. Shrubsole, Jonathan S. Schildcrout, Janet L. Williams, Maureen E. Smith, Ellen Wright Clayton, Ingrid A. Holm. (2018) "Parents' Attitudes toward Consent and Data Sharing in Biobanks: A Multi-Site Experimental Survey." *AJOB Empirical Research.* 21:1-15. PMID: 30240342.

12. Armand H. Matheny Antommaria and Cynthia A. Prows. (2018) "Content Analysis of Requests for Religious Exemptions from a Mandatory Influenza Vaccination Program for Healthcare Personnel" *Journal of Medical Ethics.* 44: 389-391. PMID: 29463693.

13. Armand H. Matheny Antommaria (2017) "May Medical Centers Give Nonresident Patients Priority in Scheduling Outpatient Follow-Up Appointments?" *Journal of Clinical Ethics.* 28: 217-221. PMID: 28930708.

*14.* Andrea M. Murad, Melanie F. Myers, Susan D. Thompson, Rachel Fisher, and Armand H. Matheny Antommaria (2017) "A Qualitative Study of Adolescents' Understanding of Biobanks and Their Attitudes Toward Participation, Re-contact, and Data Sharing." *American Journal of Medical Genetics: Part A.* 173: 930-937. PMID: 28328120.

*15.* Saskia Sanderson, Kyle Borthers, Nathaniel Mercaldo, Ellen Wright Clayton, Armand Antommaria, Sharon Aufox, Murray Brillant, Diego Campos, David Carrell, John Connolly, Pat Conway, Stephanie Fullerton, Nanibaa Garrison, Carol Horowitz, Gail Jarvik, David Kaufman, Terrie Kitchner, Rongling Li, Evette Ludman, Cahterine McCarty, Jennifer McCormick, Valerie McManus, Melanie Myers, Aaron Scrol, Janet Williams, Martha Shrubsole, Jonathan Schildcrout, Maureen Smith, and Ingrid Holm (2017) "Public Attitudes Towards Consent and Data Sharing in Biobank Research: A Large Multisite Experimental Survey in the US." *The American Journal of Human Genetics*. 100: 414-427. PMID: 28190457.

16. Maureen E. Smith, Saskia C Sanderson, Kyle B Brothers, Melanie F Myers, Jennifer McCormick, Sharon A Aufox, Martha J Shrubsole, Nanibaa' A Garrison, Nathaniel D Mercaldo, Jonathan S Schildcrout, Ellen Wright Clayton, Armand H. Matheny Antommaria, Melissa Basford, Murray Brilliant, John J Connolly, Stephanie M Fullerton, Carol R Horowitz, Gail P Jarvik, Dave Kaufman, Terrie Kitchner, Rongling Li, Evette J Ludman, Catherine McCarty, Valerie McManus, Sarah C Stallings, Janet L Williams, and Ingrid A Holm (2016) "Conducting a Large, Multi-Site Survey about Patients' Views on Broad Consent: Challenges and Solutions." *BMC Medical Research Methodology.* 16: 162. PMID: 27881091.

17. Angela Lorts, Thomas D. Ryan, Armand H. Matheny Antommaria, Michael Lake, and John Bucuvalas (2016) "Obtaining Consensus Regarding International Transplantation Continues to be

Difficult for Pediatric Centers in the United States." *Pediatric Transplant.* 20: 774-777. PMID: 27477950.

18. Sophia B. Hufnagel, Lisa J. Martin, Amy Cassedy, Robert J. Hopkin, and <u>Armand H. Matheny Antommaria</u> (2016) "Adolescents' Preferences Regarding Disclosure of Incidental Findings in Genomic Sequencing That Are Not Medically Actionable in Childhood." *American Journal of Medical Genetics Part A.* 170: 2083-2088. PMID: 27149544.

19. Nanibaa' A. Garrison, Nila A. Sathe, <u>Armand H. Matheny Antommaria</u>, Ingrid A. Holm, Saskia Sanderson, Maureen E. Smith, Melissa McPheeters, and Ellen Wright Clayton (2016) "A Systematic Literature Review of Individuals' Perspectives on Broad Consent and Data Sharing in the United States." *Genetics in Medicine.* 18: 663-71. PMID: 26583683.

20. Kyle B. Brothers, Ingrid A. Holm Janet E. Childerhose, <u>Armand H. Matheny Antommaria</u>, Barbara A. Bernhardt, Ellen Wright Clayton, Bruce D. Gelb, Steven Joffe, John A. Lynch, Jennifer B. McCormick, Laurence B. McCullough, D. William Parsons, Agnes S. Sundaresan, Wendy A. Wolf, Joon-Ho Yu, and Benjamin S. Wilfond (2016) "When Genomic Research Participants Grow Up: Contact and Consent at the Age of Majority." *The Journal of Pediatrics* 168: 226-31. PMID: 26477867.

21. Erin E. Bennett, Jill Sweney, Cecile Aguayo, Criag Myrick, <u>Armand H. Matheny Antommaria</u>, and Susan L. Bratton (2015) "Pediatric Organ Donation Potential at a Children's Hospital." *Pediatric Critical Care Medicine.* 16: 814-820. PMID: 26237656.

22. Anita J. Tarzian, Lucia D. Wocial, and the ASBH Clinical Ethics Consultation Affairs Committee (2015) "A Code of Ethics for Health Care Ethics Consultants: Journey to the Present and Implications for the Field." *American Journal of Bioethics.* 15: 38-51. PMID: 25970392.

23. <u>Armand H. Matheny Antommaria</u>, Christopher A. Collura, Ryan M. Antiel, and John D. Lantos (2015) "Two Infants, Same Prognosis, Different Parental Preferences." *Pediatrics*, 135: 918-923. PMID: 25847802.

24. Stefanie Benoit, <u>Armand H. Matheny Antommaria,</u> Norbert Weidner, and Angela Lorts (2015) "Difficult Decision: What should we do when a VAD supported child experiences a severe stroke?" *Pediatric Transplantation* 19: 139-43. PMID: 25557132.

25. Kyle B. Brothers, John A. Lynch, Sharon A. Aufox, John J. Connolly, Bruce D. Gelb, Ingrid A. Holm, Saskia C. Sanderson, Jennifer B. McCormick, Janet L. Williams, Wendy A. Wolf, <u>Armand H. Matheny Antommaria,</u> and Ellen W. Clayton (2014) "Practical Guidance on Informed Consent for Pediatric Participants in a Biorepository." *Mayo Clinic Proceedings,* 89: 1471-80. PMID: 25264176.

26. Sophia M. Bous Hufnagel and <u>Armand H. Matheny Antommaria</u> (2014) "Laboratory Policies on Reporting Secondary Findings in Clinical Whole Exome Sequencing: Initial Uptake of the ACMG's Recommendations." *American Journal of Medical Genetics Part A,* 164: 1328-31. PMID: 24458369.

27. Wylie Burke, <u>Armand H. Matheny Antommaria,</u> Robin Bennett, Jeffrey Botkin, Ellen Wright Clayton, Gail E. Henderson, Ingrid A. Holm, Gail P. Jarvik, Muin J. Khoury, Bartha Maria Knoppers, Nancy A. Press, Lainie Friedman Ross, Mark A. Rothstein, Howard Saal, Wendy R. Uhlmann, Benjamin Wilfond, Susan M. Wold, and Ron Zimmern (2013) "Recommendations for Returning Genomic Incidental Findings? We Need to Talk!" *Genetics in Medicine*, 15: 854-859. PMID: 23907645.

28. <u>Armand H. Matheny Antommaria</u> (2013) "An Ethical Analysis of Mandatory Influenza Vaccination of Health Care Personnel: Implementing Fairly and Balancing Benefits and Burdens," *American Journal of Bioethics*, 13: 30-37. PMID: 23952830.

29. Joseph A. Carrese and the Members of the American Society for Bioethics and Humanities Clinical Ethics Consultation Affairs Standing Committee (2012) "HCEC Pearls and Pitfalls: Suggested Do's and Don't's for Healthcare Ethics Consultants," *Journal of Clinical Ethics*, 23: 234-240. PMID: 23256404.

30. Christopher G Maloney, <u>Armand H Matheny Antommaria</u>, James F Bale Jr., Jian Ying, Tom Greene and Rajendu Srivastava (2012) "Factors Associated with Intern Noncompliance with the 2003

Accreditation Council for Graduate Medical Education's 30-hour Duty Period Requirement," *BMC Medical Education* 12: 33. PMID: 22621439.

31. <u>Armand H. Matheny Antommaria</u>, Jill Sweney, and W. Bradley Poss (2010) "Critical Appraisal of: Triaging Pediatric Critical Care Resources During a Pandemic: Ethical and Medical Considerations," *Pediatric Critical Care Medicine,* 11:396-400. PMID: 20453611.

32. <u>Armand H. Matheny Antommaria</u>, Karen Trotochaud, Kathy Kinlaw, Paul N. Hopkins, and Joel Frader (2009) "Policies on Donation After Cardiac Death at Children's Hospitals: A Mixed-Methods Analysis of Variation," *Journal of the American Medical Association,* 301: 1902-8. PMID: 19436017.

33. Kristine M. Pleacher, Elizabeth S. Roach, Willem Van der Werf, <u>Armand H. Matheny Antommaria</u>, and Susan L. Bratton (2009) "Impact of a Pediatric Donation after Cardiac Death Program," *Pediatric Critical Care Medicine,* 10: 166-70. PMID: 19188881.

34. Flory L. Nkoy, Sarah Petersen, <u>Armand H Matheny Antommaria</u>, and Christopher G. Maloney (2008) "Validation of an Electronic System for Recording Medical Student Patient Encounters," *AMIA [American Medical Informatics Association] Annual Symposium Proceedings*, 6: 510-14. PMID: 18999155. Nominated for the Distinguished Paper Award

35. <u>Armand H. Matheny Antommaria</u>, Sean D. Firth, and Christopher G. Maloney (2007) "The Evaluation of an Innovative Pediatric Clerkship Structure Using Multiple Outcome Variables including Career Choice" *Journal of Hospital Medicine*, 2: 401-408. PMID: 18081170.

36. <u>Armand H. Matheny Antommaria</u> (2006) "'Who Should Survive?: One of the Choices on Our Conscience:' Mental Retardation and the History of Contemporary Bioethics." *Kennedy Institute of Ethics Journal*, 16: 205-224. PMID: 17091558.

37. <u>Armand H. Matheny Antommaria</u> (2004) "Do as I Say Not as I Do: Why Bioethicists Should Seek Informed Consent for Some Case Studies." *Hastings Center Report,* 34 (3): 28-34. PMID: 15281724.

38. <u>Armand H. Matheny Antommaria</u> (2004) "A Gower Maneuver:  The American Society for Bioethics and Humanities' Resolution of the 'Taking Stands' Debate." *American Journal of Bioethics,* 4 (Winter): W24-27. PMID: 15035934.

## NON PEER-REVIEWED JOURNAL ARTICLES

1. Katherine Wade and <u>Armand H. Matheny Antommaria</u> (2016) "Inducing HIV Remission in Neonates: Children's Rights and Research Ethics." *Journal of Medicine and Biology*, 58(3): 348-54. PMID 27157354.

2. <u>Armand H. Matheny Antommaria</u> (2014) "Response to Open Peer Commentaries on 'An Ethical Analysis of Mandatory Influenza." *American Journal of Bioethics,* 14(7): W1-4. PMID: 24978422.

3. <u>Armand H. Matheny Antommaria</u> and Brent D. Kaziny (2012) "Ethical Issues in Pediatric Emergency Medicine's Preparation for and Response to Disasters." *Virtual* Mentor, 14: 801-4. PMID: 23351860.

4. <u>Armand H. Matheny Antommaria</u>, Tia Powell, Jennifer E. Miller, and Michael D. Christian (2011) "Ethical Issues in Pediatric Emergency Mass Critical Care," *Pediatric Critical Care Medicine*, 12(6 Suppl): S163-8. PMID: 22067926.

5. <u>Armand H. Matheny Antommaria</u> and Emily A. Thorell (2011) "Non-Pharmaceutical Interventions to Limit Transmission of a Pandemic Virus: The Need for Complementary Programs to Address Children's Diverse Needs." *Journal of Clinical Ethics,* 22: 25-32. PMID: 21595352.

6. <u>Armand H. Matheny Antommaria</u> (2010) "Conscientious Objection in Clinical Practice:  Notice, Informed Consent, Referral, and Emergency Treatment." *Ave Maria Law Review*, 9: 81-99.

7. <u>Armand H. Matheny Antommaria</u> (2008) "Defending Positions or Identifying Interests: The Uses of Ethical Argumentation in the Debate over Conscience in Clinical Practice," *Theoretical Medicine and Bioethics,* 29: 201-12. PMID: 18821078.

8. <u>Armand H. Matheny Antommaria</u> (2008) "How can I give her IV antibiotics at home when I have three other children to care for?': Using Dispute System Design to Address Patient-Provider Conflicts in Health Care." *Hamline Journal of Public Law & Policy*, 29: 273-86.

9. <u>Armand H. Matheny Antommaria</u> (2007) "Alternative Dispute Resolution and Pediatric Clinical Ethics Consultation: Why the Limits of Ethical Expertise and the Indeterminacy of the Best Interests Standard Favor Mediation." *Ohio State Journal on Dispute Resolution,* 23: 17-59.
10. <u>Armand H. Matheny Antommaria</u> (2006) "Jehovah's Witnesses, Roman Catholicism, and Calvinism: Religion and State Intervention in Parental, Medical Decision-Making," *Journal of Law and Family Studies,* 8: 293-316.
11. <u>Armand H. Matheny Antommaria</u> and James F. Bale, Jr. (2002) "Ethical Issues in Clinical Practice: Cases and Analyses," *Seminars in Pediatric Neurology* 9: 67-76. PMID: 11931129.

## REVIEW ARTICLES
<u>Armand H. Matheny Antommaria</u> (2010) "Conceptual and Ethical Issues in the Declaration of Death: Current Consensus and Controversies." *Pediatrics in Review* 31: 427-430. PMID: 20889737.

## BOOKS
<u>Armand H. Matheny Antommaria</u> (1998) *A Retrospective, Political and Ethical Analysis of State Intervention into Parental Healthcare Decisions for Infants with Disabilities*. Wynnewood, Pennsylvania: Evangelicals for Social Action.

## BOOK CHAPTERS
1. <u>Armand H. Matheny Antommaria</u> (2018) "Against Medical Advice Discharges: Pediatric Considerations." In *Against-Medical-Advice Discharges from the Hospital: Optimizing Prevention and Management to Promote High-Quality, Patient-Centered Care.* David Alfandre. New York, Springer: 143-157.
2. <u>Armand H. Matheny Antommaria</u> (2016) "Conscientious Objection in Reproductive Medicine." In *The Oxford Handbook of Reproductive Ethics.* Leslie Francis. Oxford, Oxford University Press: 209-225.
3. <u>Armand H. Matheny Antommaria</u> (2011) "Patient Participation in Medical Education." In *Clinical Ethics in Pediatrics: A Case-based Approach.* Douglas Diekema, Mark Mercurio, and Mary Beth Adam. Cambridge, Cambridge University Press: 221-225.
4. <u>Armand H. Matheny Antommaria</u> (2011) "State Intervention in Parental Decision Making: *Gone Baby Gone*." In *The Picture of Health: Medical Ethics and the Movies.* Henri Colt, Silvia Quadrelli, and Lester Friedman. Oxford, Oxford University Press: 308-12.
5. <u>Armand H. Matheny Antommaria</u> (2009) "Managing Conflicts of Interest: A Perspective from a Pediatrician." In *Professionalism in Medicine: The Case-Based Guide for Medical Students*. John Spandorfer, Charles Pohl, Thomas Nasca and Susan Lee Rattner. Cambridge, Cambridge University Press: 376-7.
**6.** <u>Armand H. Matheny Antommaria</u> (2007) "Do-Not-Resuscitate Orders." In *Comprehensive Pediatric Hospital Medicine*. L. B. Zaoutis and V. W. Chiang. Philadelphia, Mosby Elsevier**:** 1200-4.

## OTHER
**Policy Statements and Technical Reports**
1. American Academy of Pediatrics Committee on Bioethics. <u>Armand H. Matheny Antommaria</u> Lead Author. (2013) "Conflicts between Religious or Spiritual Beliefs and Pediatric Care: Informed Refusal, Exemptions, and Public Funding." *Pediatrics.* 132: 962-965. PMID: 24167167.
2. American Academy of Pediatrics Committee on Bioethics. <u>Armand H. Matheny Antommaria</u> Lead Author. (2013) "Ethical Controversies in Organ Donation After Circulatory Death." *Pediatrics.* 131: 1021-1026. PMID: 23629612.
3. American Academy of Pediatrics Committee on Bioethics and Committee on Genetics and the American College of Medical Genetics and Genomics Social, Ethical, and Legal Issues Committee (2013) "Policy Statement: Ethical and Policy Issues in Genetic Testing and Screening of Children." *Pediatrics.* 131: 620-622. PMID: 23428972.

4.  Lainie Friedman Ross, Howard M. Saal, Karen L. David, Rebecca R. Anderson and the American Academy of Pediatrics Committee on Bioethics and Committee on Genetics and the American College of Medical Genetics and Genomics Social, Ethical, and Legal Issues Committee (2013) "Technical Report: Ethical and Policy Issues in Genetic Testing and Screening of Children." *Genetics in Medicine.* 15: 234-245. PMID: 23429433.

5.  American Academy of Pediatrics Committee for Pediatric Research and Committee on Bioethics (2012) "Human Embryonic Stem Cell (hESC) and Human Embryo Research." *Pediatrics* 130: 972-977. PMID: 23109685.

6.  American College of Obstetricians and Gynecologists, Committee on Ethics and American Academy of Pediatrics, Committee on Bioethics (2011) "Maternal-Fetal Intervention and Fetal Care Centers," *Pediatrics* 128; e473-e478. PMID: 21788223.

7.  American Academy of Pediatrics Committee on Pediatric Emergency Medicine and Committee on Bioethics (2011) "Consent for Emergency Medical Services for Children and Adolescents." *Pediatrics* 128: 427-433. PMID: 21788221.

8.  Council on School Health and Committee on Bioethics. Robert Murray and Armand H. Matheny Antommaria Lead Authors. (2010) "Honoring –Do-Not-Attempt Resuscitation Requests in Schools." *Pediatrics* 125; 1073-1077. PMID: 20421255.

9.  Committee on Bioethics (2010) "Ritual Genital Cutting of Female Minors." *Pediatrics* 125; 1088-1093. PMID: 20421257.

10. Committee on Bioethics. (2010) "Children as Hematopoietic Stem Cell Donors," *Pediatrics* 125; 392-40. PMID: 20100753.

11. Committee on Bioethics. Armand H. Matheny Antommaria Lead Author. (2009) "Physician Refusal to Provide Information or Treatment Based on Claims of Conscience." *Pediatrics.* 124; 1689-93. PMID: 19948636.

12. Committee on Bioethics (2009) "Pediatrician-Family-Patient Relationships: Managing the Boundaries." *Pediatrics* 124; 1685-8. PMID: 19948635.

13. Douglas S. Diekema, Jeffrey R. Botkin, and Committee on Bioethics (2009) "Forgoing Medically Provided Nutrition and Hydration in Children." *Pediatrics* 124; 813-22. PMID: 19651596.

14. Lainie Friedman Ross, J. Richard Thistlethwaite, Jr., and the Committee on Bioethics (2008) "Minors as Living Solid-Organ Donors." *Pediatrics* 122: 454-61. PMID: 18676567.

15. Mary E. Fallat, John Hutter, and Section on Hematology Oncology and Section on Surgery the Committee on Bioethics (2008) "Preservation of Fertility in Pediatric and Adolescent Patients with Cancer." *Pediatrics* 121: 1461-9. PMID: 18450888.

16. Marcia Levetown and Bioethics and the Committee on Bioethics (2008) "Communicating With Children and Families: From Everyday Interactions to Skill in Conveying Distressing Information." *Pediatrics* 121: 1441-60. PMID: 18450887.

17. American Academy of Pediatrics. Committee on Bioethics (2007) "Professionalism in Pediatrics: Statement of Principles." *Pediatrics* 120:895-7. PMID: 17908776.

**Ethics Rounds**

1.  Ian D. Wolfe, Don Brunnquell, Rena Sorensen, Armand H. Matheny Antommaria. (2022) "Should Tactctile Defensiveness Exclude a Life-Sustaining Intervention in an Adolescent With Autism?" *Pediatrics.* 149: e2021054469. PMID: 35229117.

2.  Jennifer E. deSante-Bertkau, Timothy K. Knilans, Govind Persad, Patricia J. Zettler, Holly Fernandez Lynch, and Armand H. Matheny Antommaria. (2021) "Off-Label Prescription of COVID-19 Vaccines in Children: Clinical, Ethical, and Legal Issues." *Pediatrics.* 149: e2021054578. PMID: 34615694.

3.  Jamilah M. Hackworth, Meera Kotagal, O. N. Ray Bignal, 2nd, Ndidi Unaka, and Armand H. Matheny Antommaria. (2021) "Microaggressions: Privileged Observers' Duty to Act and What They Can Do." *Pediatrics.* 148: e2021052758. PMID: 34417286.

4. Elizabeth Lanphier, Luke Mosley, and Armand H. Matheny Antommaria. (2021) "Assessing Visitor Policy Exemption Requests During the COVID-19 Pandemic." *Pediatrics.* 148: e2021051254. PMID: 33990461.
5. Natalie Lanocha, Tyler Tate, Erica Salter, Nanette Elster, and Armand H. Matheny Antommaria. (2021) "Can Parents Restrict Access to Their Adolescent's Voice'?: Deciding About a Tracheostomy." *Pediatrics*. 147: e2021050358. PMID 33785636.
6. Timothy Crisci, Zeynep N. Inanc Salih, Ndidi Unaka, Jehanna Peerzada, and Armand H. Matheny Antommaria. (2021) "What Should an Intern Do When She Disagrees With the Attending?" *Pediatrics.* 147: e2020049646. PMID 33627371.
7. Liza-Marie Johnson, Erica C. Kaye, Kimberly Sawyer, Alex M. Brenner, Stefan J. Friedrichsdorf, Abby R. Rosenberg, Armand H. Mathey Antommaria. (2021) "Opioid Management in the Dying Child With Addiction." *Pediatrics* 147: e2020046219. PMID 33446508.

**Continuing Medical Education**
1. Armand H. Matheny Antommaria (2014) Authored 4 questions. NEJM Knowledge+ Family Medicine Board Review. NEJM Group.
2. Armand H. Matheny Antommaria (2009) "Hot Topics: Ethics and Donation After Cardiac Death [online course]. PediaLink. American Academy of Pediatrics. October 24. http://ethics.ht.courses.aap.org/.  Accessed December 14. 2009.

**Editorials**
1. Armand H. Matheny Antommaria, Chris Feudtner, Mary Beth Benner, and Felicia Cohn on Behalf of the Healthcare Ethics Consultant-Certified Certification Commission (2020) "The Healthcare Ethics Consultant-Certified Program: Fair, Feasible, and Defensible, But Neither Definite Nor Finished," *American Journal of Bioethics* 20:1-5. PMID:  32105202.
2. Armand H. Matheny Antommaria and Pamela W. Popp (2020) "The Potential Roles of Surrogacy Ladders, Standby Guardians, and Medicolegal Partnerships, in Surrogate Decision Making for Parents of Minor Children," *Journal of Pediatrics* 220:11-13. PMID 31952849.

**Commentaries**
1. William Sveen and Armand H. Matheny Antommaria. (2020) "Why Healthcare Workers Should Not Be Prioritized in Ventilator Triage." *American Journal of Bioethics.* 20(7): 133-135. PMID: 32716811.
2. Armand H. Matheny Antommaria, William Sveen, and Erika L. Stalets (2020) "Informed Consent Should Not Be Required for Apnea Testing and Arguing It Should Misses the Point," *American Journal of Bioethics.* 20: 25-27. PMID: 32441602.
3. Armand H. Matheny Antommaria (2019) "Relational Potential versus the Parent-Child Relationship," *Hastings Center Report*. 49(3): 26-27. PMID: 31269255.
4. Armand H. Matheny Antommaria, Robert A. Shapiro, and Lee Ann E. Conard (2019) "Psychological Maltreatment and Medical Neglect of Transgender Adolescents: The Need for Recognition and Individualized Assessment." *American Journal of Bioethics.* 19: 72-74. PMID: 31543011.
5. Armand H. Matheny Antommaria (2018) "Accepting Things at Face Value: Insurance Coverage for Transgender Healthcare." *American Journal of Bioethics.* 18: 21-23. PMID: 31159689.
6. Armand H. Matheny Antommaria and Judith R. Ragsdale (2018) "Shaken, not Stirred: What are Ethicists Licensed to Do?" *American Journal of Bioethics* 18: 56-58. PMID: 29697345.
7. Armand H. Matheny Antommaria (2017) "Issues of Fidelity and Trust Are Intrinsic to Uncontrolled Donation after Circulatory Determination of Death and Arise Again with Each New Resuscitation Method," *American Journal of Bioethics* 17: 20-22. PMID: 28430053.
8. Armand H. Matheny Antommaria (2016) "Conscientious Objection: Widening the Temporal and Organizational Horizons," *The Journal of Clinical Ethics* 27: 248-250.  PMID:  27658282.

9. Armand H. Matheny Antommaria and Ron King. (2016) "Moral Hazard and Transparency in Pediatrics: A Different Problem Requiring a Different Solution." *American Journal of Bioethics* 16: 39-40. PMID: 27292846.

10. Armand H. Matheny Antommaria and Richard F. Ittenabch (2016) "Quality Attestation's Portfolio Evaluation Is Feasible, But Is It Reliable and Valid?" *American Journal of Bioethics* 16: 35-38. PMID: 26913658.

11. Armand H. Matheny Antommaria and Kristin Stanley Bramlage (2015) "Enrolling Research Participants in Private Practice: Conflicts of Interest, Consistency, Therapeutic Misconception, and Informed Consent." *AMA Journal of Ethics*. 17:1122-1126. PMID: 26698585.

12. Armand H. Matheny Antommaria (2015) "Characterizing Clinical Ethics Consultations: The Need for a Standardized Typology of Cases." *American Journal of Bioethics* 15: 18-20. PMID: 25970383.

13. Armand H. Matheny Antommaria (2015) "Intensified Conflict Instead of Closure: Clinical Ethics Consultants' Recommendations' Potential to Exacerbate Ethical Conflicts." *American Journal of Bioethics* 15: 52-4. PMID: 25562231.

14. Lainie Friedman Ross and Armand H. Matheny Antommaria (2014) "The need to promote all pediatric stem cell donors' understanding and interests." *Pediatrics* 133: e1356-e1357. PMID: 24777208.

15. Armand H. Matheny Antommaria (2014) "Pubertal Suppression and Professional Obligations: May a Pediatric Endocrinologist Refuse to Treat an Adolescent with Gender Dysphoria." *American Journal of Bioethics* 13: 43-46. PMID: 24422933.

16. Armand H. Matheny Antommaria (2012) "Empowering, Teaching, and Occasionally Advocating: Clinical Ethics Consultants' Duties to All of the Participants in the Process." *American Journal of Bioethics* 12 11-3. PMID: 22852533.

17. Armand H. Matheny Antommaria (2010) "Dying but not Killing: Donation after Cardiac Death Donors and the Recovery of Organs." *Journal of Clinical Ethics* 21: 229-31. PMID: 21089993.

18. Armand H. Matheny Antommaria and Julie Melini (2010) "Is it Reasonable to Refuse to be Seen by a Nurse Practitioner in the Emergency Department?" *American Journal of Bioethics* 10: 15-17. PMID: 20694899.

19. William Meadow, Chris Feudtner, Armand H. Matheny Antommaria, Dane Sommer, John Lantos (2010) "A Premature Baby with Necrotizing Enterocolitis Whose Parents Are Jehovah's Witnesses." *Pediatrics*. 216: 151-155. PMID: 20566607.

20. C. C. Weitzman, S. Schlegel, Nancy Murphy, Armand H. Matheny Antommaria, J. P. Brosco, Martin T. Stein (2009) "When Clinicians and a Parent Disagree on the Extent of Medical Care." *Journal of Developmental and Behavioral Pediatrics*. 30: 242-3. PMID: 19525718. Reprinted as (2010) *Journal of Developmental and Behavioral Pediatrics*. 31: S92-5. PMID: 20414087

21. Armand H. Matheny Antommaria and Susan Bratton (2008) "Nurses' Attitudes toward Donation after Cardiac Death: Implications for Nurses' Roles and Moral Distress." *Pediatric Critical Care Medicine,* 9: 339-40. PMID: 18446100.

22. Armand H. Matheny Antommaria and Nannette C. Dudley (2007) "Should Families Be Present During CPR?" *AAP Grand Rounds,* 17: 4-5.

23. Armand H. Matheny Antommaria (2006) "The Proper Scope of Analysis of Conscientious Objection in Healthcare: Individual Rights or Professional Obligations" *Teaching Ethics*, 7: 127-31.

24. Armand H. Matheny Antommaria and Rajendu Srivastava (2006) "If Cardiologists Take Care of Patients with Heart Disease, What do Hospitalists Treat?: Hospitalists and the Doctor-Patient Relationship." *American Journal of Bioethics*, 6: 47-9. PMID: 16423793.

25. Armand H. Matheny Antommaria (2003) "I Paid Out-of-Pocket for My Son's Circumcision at Happy Valley Tattoo and Piercing: Alternative Framings of the Debate over Routine Neonatal Male Circumcision," *American Journal of Bioethics* 3: 51-3. PMID: 12859817.

**Letters**

1. Benjamin S. Wilfond, David Magnus, <u>Armand H Matheny Antommaria</u>, Paul Appelbaum, Judy Aschner, Keith J. Barrington, Tom Beauchamp, Renee D. Boss, Wylie Burke, Arthur L. Caplan, Alexander M. Capron, Mildred Cho, Ellen Wright Clayton, F. Sessions Cole, Brian A. Darlow, Douglas Diekema, Ruth R. Faden, Chris Feudtner, Joseph J. Fins, Norman C. Fost, Joel Frader, D. Micah Hester, Annie Janvier, Steven Joffe, Jeffrey Kahn, Nancy E. Kass, Eric Kodish, John D. Lantos, Laurence McCullough, Ross McKinney, Jr., William Deadow, P. Pearl O'Rourke, Kathleen E. Powderly, DeWayne M. Pursley, Lainie Friedman Ross, Sadath Sayeed, Richard R. Sharp, Jeremy Sugarman, William O. Tarnow-Mordi, Holly Taylor, Tom Tomlison, Robert D. Truog, Yoram T. Unguru, Kathryn L. Weise, David Woodrum, Stuart Youngner (2013) "The OHRP and SUPPORT," *New England Journal of Medicine,* 368: e36. PMID: 23738513.
2. Lainie Friedman Ross and <u>Armand H. Matheny Antommaria</u> (2011) "In Further Defense of the American Academy of Pediatrics Committee on Bioethics 'Children as Hematopoietic Stem Cell Donors' Statement." *Pediatric Blood & Cancer.* 57: 1088-9.
3. <u>Armand H. Matheny Antommaria</u> (2011) "Growth Attenuation: Health Outcomes and Social Services." *Hastings Center Report*, 41(5): 4. PMID: 21980886.
4. Susan Bratton and <u>Armand H. Matheny Antommaria</u> (2010) "Dead Donor Rule and Organ Procurement: The Authors Reply." *Pediatric Critical Care Medicine*, 11: 314-5.
5. <u>Armand H. Matheny Antommaria</u> and Joel Frader (2009) "Policies of Children's Hospitals on Donation After Cardiac Death—Reply." *Journal of the American Medical Association*, 302: 845.

## Case Reports

<u>Armand H. Matheny Antommaria</u> (2002) "Case 4.9: Inappropriate Access to a Celebrity's Medical Records." In *Ethics and Information Technology: A Case-Based Approach to a Health Care System in Transition*, James G. Anderson and Kenneth W. Goodman, 79-80. New York: Springer-Verlag.

## Book Reviews

1. <u>Armand H. Matheny Antommaria</u> (2021) Review of *When Harry Became Sally: Responding to the Transgender Moment,* by Ryan T. Anderson. *Journal of Medical Humanities* 42: 195-9. PMID 31808021.
2. <u>Armand H. Matheny Antommaria</u> (2012) Review of *The Ethics of Organ Transplantation*, by Steven J. Jensen, ed., *Journal of the American Medical Association* 308: 1482-3.
3. <u>Armand H Matheny Antommaria</u> (2012) Review of *The Soul of Medicine: Spiritual Perspectives and Clinical Practice*, by John R. Peteet and Michael N. D'Ambra, ed., *Journal of the American Medical Association* 308: 87.
4. <u>Armand H. Matheny Antommaria</u> (2009) Review of *Conflicts of Conscience in Health Care: An Institutional Compromise,* by Holly Fernandez Lynch. *American Journal of Bioethics* 9: 63-4.
5. <u>Armand H. Matheny Antommaria</u> (2008) Review of *A Practical Guide to Clinical Ethics Consulting: Expertise, Ethos, and Power*, by Christopher Meyers. *American Journal of Bioethics* 8: 72-3.
6. <u>Armand H. Matheny Antommaria</u> (2004) Review of *Children, Ethics, and Modern Medicine*, by Richard B. Miller. *American Journal of Bioethics* 4: 127-8.
7. <u>Armand H. Matheny Antommaria</u> (2002) Review of *Ward Ethics: Dilemmas for Medical Students and Doctors in Training*, by Thomasine Kushner and David Thomasma, ed. *American Journal of Bioethics* 2: 70-1. PMID: 22494193.
8. <u>Armand H. Matheny Antommaria</u> (1999) Review of *Human Cloning: Religious Responses*, by Ronald Cole-Turner, ed. *Prism* 6 (March/April): 21.
9. <u>Armand H. Matheny Antommaria</u> (1999) Review of *Christian Theology and Medical Ethics: Four Contemporary Approaches*, by James B. Tubbs, Jr. *Journal of Religion* 79 (April): 333-5.
10. <u>Armand H. Matheny Antommaria</u> (1997) Review of *Body, Soul, and Bioethics*, by Gilbert C. Meilaender. *Prism* 4 (May/June): 28.

**Newspaper Articles**

1. W. Bradley Poss and <u>Armand H. Matheny Antommaria</u> (2010) "Mass casualty planning must incorporate needs of children." *AAP News* 31 (July): 38.
2. Robert Murray and <u>Armand H. Matheny Antommaria</u> (2010) "Pediatricians should work with school nurses to develop action plans for children with DNAR orders." *AAP News* 31 (May): 30..
3. <u>Armand H. Matheny Antommaria</u> (2009) "Addressing physicians' conscientious objections in health care." *AAP News* 30 (December): 32.

## UNPUBLISHED POSTER PRESENTATIONS

1. <u>Armand H. Matheny Antommaria.</u> (2018) "Ethical Issues in the Care of International Patients: A Case Study." International Conference on Clinical Ethics and Consultation, Oxford, United Kingdom.
1. Jill S Sweney, Brad Poss, Colin Grissom, Brent Wallace, and <u>Armand H Matheny Antommaria</u>, (2010) "Development of a Statewide Pediatric Pandemic Triage Plan in Utah." Pediatric Academic Societies Annual Meeting, Vancouver, Canada. E-PAS20103713.147.
2. Christopher G. Maloney, <u>Armand H. Matheny Antommaria</u>, James F. Bale, Thomas Greene, Jian Ying, Gena Fletcher, and Rajendu Srivastava (2010) "Why Do Pediatric Interns Violate the 30 Hour Work Rule?" Pediatric Academic Societies Annual Meeting, Vancouver, Canada. E-PAS20101500.596
3. <u>Armand H. Matheny Antommaria</u> and Edward B. Clark (2007) "Resolving Conflict through Bioethics Mediation." 3rd International Conference on Ethics Consultation and Clinical Ethics, Toronto, Canada.
4. Elizabeth Tyson, Tracy Hill, <u>Armand Antommaria</u>, Gena Fletcher, and Flory Nkoy (2007) "Physician Practice Patterns Regarding Nasogastric Feeding Supplementation and Intravenous Fluids in Bronchiolitis Patients." Pediatrics Academic Societies Annual Meeting, Toronto, Canada. E-PAS2007:61300.

**ORAL PRESENTATIONS**
**Keynote/Plenary Lectures**
International

1. 2021, *Panelist*, Partnership for Quality Medical Donations, Charitable Access Programming for Rare Diseases, "Ethical Issues," Webinar, April 6.
2. 2017, *Invited Speaker*, Spina Bifida Fetoscopic Repair Study Group and Consortium, "Ethics of Innovation and Research in Fetal Surgery," Cincinnati, Ohio, October 26.
3. 2014, *Invited Speaker,* CIC 2013 CCI: Canadian Immunization Conference, "Condition-of-Service Influenza Prevention in Health Care Settings," Ottawa, Canada, December 2.
4. 2014, *Invited Speaker*, National Conference of the Chinese Pediatric Society, "A Brief Introduction to Pediatric Research and Clinical Ethics," Chongqing, China, September 12.

National

1. 2020, *Panelist*, Children's Mercy Bioethics Center, "Ethical Issues in the COVID Pandemic at Children's Hospitals," Webinar, March 2.
2. 2019, *Invited Speaker*, North American Fetal Therapy Network (NAFTnet), "Ethics of Innovation," Chicago, Illinois, October 12.
3. 2019, *Panelist,* National Society of Genetic Counselors Prenatal Special Interest Group, "Fetal Intervention Ethics," Webinar, September 12.
4. 2017, *Invited Participant,* American College of Epidemiology Annual Meeting, Preconference Workshop, "Extreme Personal Exposure Biomarker Levels: Guidance for Study Investigators," New Orleans, Louisiana, September 24.
5. 2016, *Invited Speaker,* American Academy of Pediatrics National Conference & Exhibition, Joint Program: Section on Hospital Medicine and Section on Bioethics, "Resource Allocation: Do We Spend Money to Save One Patient with Ebola or Over a 1,000?" San Francisco, California, October 23.
6. 2016, *Invited Speaker*, 26th Annual Specialist Education in Extracorporeal Membrane Oxygenation (SEECHMO) Conference, "Ethical Issues in ECMO: The Bridge to Nowhere," Cincinnati, Ohio, June 5.
7. 2015, *Invited Speaker,* Extracorporeal Life Support Organization (ELSO) 26th Annual Conference, "ECMO-Supported Donation after Circulatory Death: An Ethical Analysis," Atlanta, Georgia, September 20.
8. 2014, *Invited Speaker*, Pediatric Evidence-Based Practice 2014 Conference: Evidence Implementation for Changing Models of Pediatric Health Care, "Ethical Issues in Evidence-Based Practice," Cincinnati, Ohio, September 19.
9. 2014, *Invited Speaker,* 6th Annual David Kline Symposium on Public Philosophy: Exploring the Synergy Between Pediatric Bioethics and Child Rights, "Does Predictive Genetic Testing for Adult Onset Conditions that Are Not Medically Actionable in Childhood Violate Children's Rights?" Jacksonville, Florida, March 6.
10. 2010, *Invited Speaker,* Quest for Research Excellence: The Intersection of Standards, Culture and Ethics in Childhood Obesity, "Research Integrity and Religious Issues in Childhood Obesity Research," Denver, Colorado, April 21.
11. 2010, *Invited Speaker*, Symposium on the Future of Rights of Conscience in Health Care: Legal and Ethical Perspectives, J. Reuben Clark Law School at Brigham Young University and the Ave Maria School of Law, "Conscientious Objection in Clinical Practice: Disclosure, Consent, Referral, and Emergency Treatment," Provo, Utah, February 26.
12. 2009, *Invited Speaker*, Pediatric Organ Donation Summit, "Research Findings Regarding Variations in Pediatric Hospital Donation after Cardiac Death Policies," Chicago, Illinois, August 18.
13. 2008, *Meet-the-Experts*, American Academy of Pediatrics National Conference & Exhibition, "Physician Refusal to Provide Treatment: What are the ethical issues?" Boston, Massachusetts, October 11.

14. 2008, *Invited Conference Faulty*, Conscience and Clinical Practice: Medical Ethics in the Face of Moral Controversy, The MacLean Center for Clinical Medical Ethics at the University of Chicago, "Defending Positions or Identifying Interests: The Uses of Ethical Argumentation in the Debate over Conscience in Clinical Practice," Chicago, IL, March 18.

15. 2007, *Symposium Speaker*, Alternative Dispute Resolution Strategies in End-of-Life Decisions, The Ohio State University Mortiz College of Law, "The Representation of Children in Disputes at the End-of-Life," Columbus, Ohio, January 18.

16. 2005, *Keynote Speaker*, Decisions and Families, *Journal of Law and Family Studies* and The University of Utah S.J. Quinney College of Law, "Jehovah's Witnesses, Roman Catholicism, and Calvinism: Religion and State Intervention in Parental, Medical Decision-Making," Salt Lake City, Utah, September 23.

Regional/Local

1. 2021, *Panelist*, Pediatric Residency Noon Conference, University of Tennessee Health Science Center, "Bioethics Rounds—Ethical Issues in the Care of Transgender Adolescents," Memphis, Tennessee, September 21.

2. 2020, *Keynote Speaker*, 53rd Annual Clinical Advances in Pediatrics, "Referral to a Fetal Care Center: How You Can Help Patients' Mothers Address the Ethical Issues," Kansas City, Kansas, September 16.

3. 2019, *Speaker,* Patient and Family Support Services, Primary Children's Hospital, "Ethical Issues in the Care of Trans Adolescents," Salt Lake City, Utah, December 5.

4. 2019, *Speaker,* Evening Ethics, Program in Medical Ethics and Humanities, University of Utah School of Medicine, "Patients, Parents, and Professionals: Ethical Issues in the Treatment of Trans Adolescents," Salt Lake City, Utah, December 4.

5. 2019, *Speaker,* Pediatric Hospital Medicine Board Review Course, "Ethics, Legal Issues, and Human Rights including Ethics in Research," Cincinnati, Ohio, September 8.

6. 2019, *Speaker,* Advances in Fetology, "Evolving Attitudes Toward the Treatment of Children with Trisomies," Cincinnati, Ohio, September 6.

7. 2019, *Speaker,* Half-Day Ethics Training: Ethics Consultation & Ethics Committees, "Navigating the Rapids of Clinical Ethics Consultation: Intake, Recommendations, and Documentation," Salt Lake City, Utah, June 1.

8. 2019, *Speaker*, Scientific and Ethical Underpinnings of Gene Transfer/Therapy in Vulnerable Populations: Considerations Supporting Novel Treatments, BioNJ, "What Next? An Ethical analysis of Prioritizing Conditions and Populations for Developing Novel Therapies," Cranbury, New Jersey, March 7.

9. 2018, *Panelist*, Periviability, 17th Annual Regional Perinatal Summit, Cincinnati, Ohio, October 12.

10. 2018, *Speaker,* Regional Advance Practice Registered Nurse (APRN) Conference, "Adults are Not Large Children: Ethical Issues in Caring for Adults in Children's Hospitals," Cincinnati, Ohio, April 26.

11. 2018, *Speaker*, Southern Ohio/Northern Kentucky Sigma Theta Tau International Annual Conference, "Between Hope and Hype: Ethical Issues in Precision Medicine," Sharonville, Ohio, March 2.

12. 2017, *Speaker*, Advances in Fetology 2017, "Ethics of Innovation and Research: Special Considerations in Fetal Therapy Centers," Cincinnati, Ohio, October 27.

13. 2016, *Speaker*, End-of-Life Pediatric Palliative Care Regional Conference, "Ethical/Legal Issues in Pediatric Palliative Care," Cincinnati, Ohio, September 15.

14. 2016, *Speaker*, 26th Annual Bioethics Network of Ohio (BENO) Conference, "When Does Parental Refusal of Medical Treatment for Religious Reasons Constitute Neglect?" Dublin, Ohio, May 29.

15. 2014, *Speaker,* Cincinnati Comprehensive Sickle Cell Center Symposium: Research Ethics of Hydroxyurea Therapy for Sickle Cell Disease During Pregnancy and Lactation, "Ethical Issues in Research with Pregnant and Lactating Women," Cincinnati, Ohio, October 30.

16. 2014, *Speaker,* Advances in Fetology 2014, "The 'Miracle Baby' and Other Cases for Discussion," Cincinnati, Ohio, September 26.
17. 2014, *Speaker,* Advances in Fetology 2014, "'Can you tell me …?': Achieving Informed Consent Given the Prevalence of Low Health Literacy," Cincinnati, Ohio, September 26.
18. 2014, *Panelist,* Center for Clinical & Translational Science & Training, Secrets of the Dead: The Ethics of Sharing their Data, Cincinnati, Ohio, August 28.
19. 2014, *Speaker,* Office for Human Research Protections Research Community Forum: Clinical Research … and All That Regulatory Jazz, "Research Results and Incidental Findings: Do Investigators Have a Duty to Return Results to Participants," Cincinnati, Ohio, May 21.
20. 2013, *Opening Presentation*, Empirical Bioethics: Emerging Trends for the 21st Century, University of Cincinnati Center for Clinical & Translational Science & Training, "Empirical vs. Normative Ethics: A Comparison of Methods," Cincinnati, Ohio, February 21.
21. 2012, *Videoconference,* New York State Task Force on Life and the Law, "Pediatric Critical Care Triage," New York, New York, March 1.
22. 2011, *Presenter,* Fall Faculty Development Workshop, College of Social Work, University of Utah, "Teaching Ethics to Students in the Professions, " Salt Lake City, Utah, November 14.
23. 2011, *Speaker,* 15th Annual Conference, Utah Chapter of the National Association of Pediatric Nurse Practitioners, "Ethical Issues in Pediatric Practice," Salt Lake City, Utah, September 22.
24. 2011, *Speaker*, Code Silver! Active Shooter in the Hospital, Utah Hospitals & Health Systems Association, Salt Lake City, Utah, March 21.
25. 2009, *Speaker,* Medical Staff Leadership Conference, Intermountain Healthcare, "The Ethics of Leadership," Park City, Utah, October 30.
26. 2008, *Speaker*, The Art and Medicine of Caring: Supporting Hope for Children and Families, Primary Children's Medical Center, "Medically Provided Hydration and Nutrition: Ethical Considerations," Salt Lake City, Utah, February 25.
27. 2005, *Speaker*, Utah NAPNAP (National Association of Pediatric Nurse Practitioners) Chapter Pharmacology and Pediatric Conference, "Immunization Update," Salt Lake City, Utah, August 18.
28. 2005, *Keynote Speaker,* 17th Annual Conference, Utah Society for Social Work Leadership in Health Care, "Brain Death:  Accommodation and Consultation," Salt Lake City, March 18.
29. 2004, *Continuing Education Presentation*, Utah NAPNAP (National Association of Pediatric Nurse Practitioners), "Febrile Seizures," Salt Lake City, Utah, April 22.
30. 2004, *Speaker,* Advocacy Workshop for Primary Care Providers, "Ethics of Advocacy," Park City, Utah, April 3.
31. 2002, *Speaker,* 16th Annual Biologic Basis of Pediatric Practice Symposium, "Stem Cells: Religious Perspectives," Deer Valley, Utah, September 14.

**Meeting Presentations**
<u>International</u>
1. 2018, *Speaker*, International Conference on Clinical Ethics and Consultation, "A Systematic Review of Typologies Used to Characterize Clinical Ethics Consultations," Oxford, United Kingdom, June 21.

National

1. 2021, *Panelist,* Pediatric Endocrine Society Annual Meeting, Difference of Sex Development Special Interest Group, Virtual Conference, April 29.
2. 2020, *Speaker,* American Society for Bioethics and Humanities Annual Meeting, "Is This Child Dead? Controversies Regarding the Neurological Criteria for Death," Virtual Conference, October 17.
3. 2020, *Speaker,* American Society for Bioethics and Humanities Annual Meeting, "Contemporary Ethical Controversy in Fetal Therapy: Innovation, Research, Access, and Justice," Virtual Conference, October 15.
4. 2020, *Speaker,* American Society for Bioethics and Humanities Annual Meeting, "K-12 Schools and Mandatory Public Health Programs During the COVID-19 Pandemic," Virtual Conference, October 15.
5. 2019, *Speaker,* American Society for Bioethics and Humanities Annual Meeting, "Ethical Issues in Translating Gene Transfer Studies Involving Children with Neurodegenerative Disorders," Pittsburgh, Pennsylvania, October 26.
6. 2019, *Moderator,* Pediatric Academic Societies Annual Meeting, Clinical Bioethics, Baltimore, Maryland, April 28.
7. 2018, *Presenter,* American Society for Bioethics and Humanities Annual Meeting, "Looking to the Past, Understanding the Present, and Imaging the Future of Bioethics and Medical Humanities' Engagement with Transgender Health," Anaheim, California, October 19.
8. 2018, *Speaker,* American Society for Bioethics and Humanities Annual Meeting, "Should Vaccination Be a Prerequisite for Sold Organ Transplantation?" Anaheim, California, October 18.
9. 2018, Lindsey Douglas, <u>Armand H. Matheny Antommaria,</u> Derek Williams. *Workshop Presenter*, Pediatric Hospital Medicine Annual Meeting, "IRB Approved! Tips and Tricks to Smooth Sailing through the Institutional Review Board (IRB)." Atlanta, Georgia, July 20.
10. 2018, Alan Schroeder, <u>Armand H. Matheny Antommaria</u>, Hannah Bassett, Kevin Chi, Shawn Ralston, Rebecca Blankenburg. *Workshop Speaker,* Pediatric Hospital Medicine Annual Meeting, "When You Don't Agree with the Plan: Balancing Diplomacy, Value, and Moral Distress," Atlanta, Georgia, July 20.
11. 2018, Alan Schroeder, Hannah Bassett, Rebecca Blankenburg, Kevin Chi, Shawn Ralston, <u>Armand H. Matheny Antommaria</u>. *Workshop Speaker,* Pediatric Academic Societies Annual Meeting, "When You Don't Agree with the Plan: Balancing Diplomacy, Value, and Moral Distress," Toronto, Ontario, Canada, May 7.
12. 2017, *Speaker,* American Society for Bioethics and Humanities Annual Meeting, "Tensions in Informed Consent for Gender Affirming Hormone Therapy and Fertility Preservation in Transgender Adolescents," Kansas City, Missouri, October 19.
13. Lindsey Douglas, <u>Armand H. Matheny Antommaria</u>, and Derek Williams. 2017, *Workshop Leader,* PHM[Pediatric Hospital Medicine]2017, "IRB Approved! Tips and Tricks to Smooth Sailing through the Institutional Review Board (IRB) Process," Nashville, Tennessee, July 21.
14. 2016, *Speaker*, American Society for Bioethics and Humanities Annual Meeting, "Ethical Challenges in the Care of International Patients: Organization, Justice, and Cultural Considerations," Washington, DC, October 9.
15. 2015, *Coauthor,* The American Society of Human Genetics Annual Meeting, "Adolescents' Opinions on Disclosure of Non-Actionable Secondary Findings in Whole Exome Sequencing," Baltimore, Maryland, October 9.
16. 2012, *Speaker*, American Society for Bioethics and Humanities Annual Meeting, "A Public Health Ethics Analysis of the Mandatory Immunization of Healthcare Personnel: Minimizing Burdens and Increasing Fairness," Washington, DC, October 21.
17. <u>Armand H. Matheny Antommaria</u>, Valerie Gutmann Koch, Susie A. Han, Carrie S. Zoubul. 2012, *Moderator*, American Society for Bioethics and Humanities Annual Meeting, "Representing the

Underrepresented in Allocating Scarce Resources in a Public Health Emergency: Ethical and Legal Considerations," Washington, DC, October 21.

18. 2012, *Platform Presentation,* Pediatric Academic Societies Annual Meeting, "Qualitative Analysis of International Variation in Donation after Circulatory Death Policies and Rates," Boston, Massachusetts, April 30. Publication 3150.4.

19. 2011, *Speaker,* American Society for Bioethics and Humanities Annual Meeting, "The Intersection of Policy, Medicine, and Ethics during a Public Health Disaster: Special Considerations for Children and Families," Minneapolis, Minnesota, October 13.

20. Armand H. Matheny Antommaria and Joel Frader. 2010, *Workshop Leader,* Pediatric Academic Societies Annual Meeting, "Conscientious Objection in Health Care: Respecting Conscience and Providing Access," Vancouver, British Columbia, Canada. May 1. Session 1710.

21. 2009, *Workshop Leader,* American Society for Bioethics and Humanities Annual Meeting, "Advanced Clinical Ethics Consultation Skills Workshop: Process and Interpersonal Skills," Washington, DC, October 15.

22. 2009, *Platform Presentation,* Pediatric Academic Societies Annual Meeting, "Qualitative Analysis of Donation after Cardiac Death Policies at Children's Hospitals," Baltimore, Maryland, May 2. Publication 2120.6.

23. 2008, *Speaker,* American Society for Bioethics and Humanities Annual Meeting, "Qualitative Analysis of Donation After Cardiac Death (DCD) Policies at Children's Hospitals," Cleveland, Ohio, October 26.

24. 2007, *Participant,* Hamline University School of Law Biennial Symposium on Advanced Issues in Dispute Resolution, "An Intentional Conversation About Conflict Resolution in Health Care," Saint Paul, Minnesota, November 8-10.

25. *2007, Speaker,* American Society of Bioethics and Humanities Annual Meeting, "Bioethics Consultation and Alternative Dispute Resolution: Opportunities for Collaboration," Washington, DC, October 21.

26. 2007, *Speaker,* American Society of Bioethics and Humanities Annual Meeting, "DNAR Orders in Schools: Collaborations Beyond the Hospital," Washington, DC, October 18.

27. Armand H. Matheny Antommaria and Jeannie DePaulis. 2007, *Speaker,* National Association of Children's Hospitals and Related Institutions Annual Meeting, "Using Mediation to Address Conflict and Form Stronger Therapeutic Alliances," San Antonio, Texas, October 9.

28. 2006, *Speaker,* American Society of Bioethics and Humanities Annual Meeting, "Bioethics Mediation: A Critique," Denver, Colorado, October 28.

29. 2005, *Panelist,* American Society of Bioethics and Humanities Annual Meeting, "How I See This Case: 'He Is Not His Brain,'" Washington, DC, October 20.

30. 2005, *Paper Presentation,* Pediatric Ethics: Setting an Agenda for the Future, The Cleveland Clinic, "'He Is Not His Brain:' Accommodating Objections to 'Brain Death,'" Cleveland, Ohio, September 9.

31. 2004, *Speaker,* American Society for Bioethics and Humanities Spring Meeting, "Verification and Balance: Reporting Within the Constraints of Patient Confidentiality," San Antonio, Texas, March 13.

32. 2002, *Panelist,* American Society for Bioethics and Humanities Annual Meeting, "'Who Should Survive?:' Mental Retardation and the History of Bioethics," Baltimore, Maryland, October 24.

**Invited/Visiting Professor Presentations**

1. 2013, Visiting Professor, "How to Listen, Speak and Think Ethically: A Multidisciplinary Approach," Norton Suburban Hospital and Kosair Children's Hospital, Louisville, Kentucky, May 22.

2. 2010, Visiting Professor, Program in Bioethics and Humanities and Department of Pediatrics, "What to Do When Parents Want Everything Done: 'Futility' and Ethics Facilitation," University of Iowa Carver College of Medicine, Iowa City, Iowa, September 10.

**Grand Round Presentations**

1. 2019, David Green Lectureship, "Establishing Goals of Care and Ethically Limiting Treatment," Primary Children's Hospital, Salt Lake City, Utah, December 5.
2. 2018, "The Ethics of Medical Intervention for Transgender Youth," El Rio Health, Tucson, Arizona, September 29.
3. 2018, Pediatrics, "Patient Selection, Justice, and Cultural Difference:  Ethical Issues in the Care of International Patients," Cleveland Clinic, Cleveland, Ohio, April 10.
4. 2018, Bioethics, "Reversibility, Fertility, and Conflict:  Ethical Issues in the Care of Transgender and Gender Nonconforming Children and Adolescents," Cleveland Clinic, Cleveland, Ohio, April 9.
5. 2017, Heart Institute, "'Have you ever thought about what you would want—if god forbid—you became sicker?':  Talking with adult patients about advance directives," Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, October 16.
6. 2017, Pediatrics, "Respectful, Effective Treatment of Jehovah's Witnesses," with Judith R. Ragsdale, PhD, MDiv and David Morales, MD, Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, March 14.
7. 2017, Pediatrics, "Ethical Dilemmas about Discharging Patients When There Are Disagreements Concerning Safety," Seattle Children's Hospital, Seattle, Washington, January 19.
8. 2015, Pediatrics, "'Nonbeneficial' Treatment: What must providers offer and what can they withhold?," Greenville Health System, Greenville, South Carolina, May 10.
9. 2014, Advance Practice Providers, "Common Ethical Issues," Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, August 13.
10. 2014, Respiratory Therapy, "Do-Not-Resuscitate (DNR) Orders," Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, July 15.
11. 2013, Heart Institute, "No Not Months.  Twenty-Two *Years*-Old: Transiting Patients to an Adult Model of Care." Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, October 21.
12. 2013, Division of Neonatology, "This Premature Infant Has a *BRCA1* Mutation!?: Ethical Issues in Clinical Whole Exome Sequencing for Neonatologists." Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, October 11.
13. 2013, Department of Pediatrics, "Adults are Not Large Children: Ethical Issues in Caring for Adults in Children's Hospitals," Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, February 26.
14. 2012, "Mandate or Moratorium?: Persisting Ethical Controversies in Donation after Circulatory Death," Cedars-Sinai Medical Center, Los Angeles, California, May 16.
15. 2011, Division of Pediatric Neurology Friday Lecture Series, "Inducing or Treating 'Seizures' with Placebos: Is It Ever Ethical?," University of Utah, Salt Lake City, Utah, October 7.
16. 2011, Department of Surgery, "DNR Orders in the OR and other Ethical Issues in Pediatric Surgery: Case Discussions," Primary Children's Medical Center, Salt Lake City, Utah, October 3.
17. 2009, Department of Pediatrics, "What to Do When Parents Want Everything Done: 'Futility' and Bioethical Mediation," Primary Children's Medical Center, Salt Lake City, Utah, September 17.
18. 2008, Division of Pulmonology and Critical Care, "Futility:  May Clinicians Ever Unilaterally Withhold or Withdraw Medical Treatment?" Utah Valley Regional Medical Center, Provo, Utah, April 17.
19. 2007, Division of Otolaryngology-Head and Neck Surgery, "Advance Directives, Durable Powers of Attorney for Healthcare, and Do Not Attempt Resuscitation Orders:  Oh My!," University of Utah School of Medicine, Salt Lake City, Utah, June 20.

**Outreach Presentations**

1. 2019, *Panelist*, Cincinnati Edition, WVXU, "The Ethics of Human Gene Editing," Cincinnati, Ohio, June 13.
2. 2019, *Speaker,* Adult Forum, Indian Hill Church, "Medical Ethics," Indian Hill, Ohio, March 24.

3. 2016, *Speaker,* Conversations in Bioethics:  The Intersection of Biology, Technology, and Faith, Mt. Washington Presbyterian Church, "Genetic Testing," Cincinnati, Ohio, October 12.
4. 2008, *Speaker,* Science in Society, Co-sponsored by KCPW and the City Library, "Death—Choices," Salt Lake City, Utah, November 20.
5. 2003, *Panelist,* Utah Symposium in Science and Literature, "The Goodness Switch: What Happens to Ethics if Behavior is All in Our Brains?" Salt Lake City, Utah, October 10.
6. 2002, *Respondent*, H. Tristram Englehardt, Jr. "The Culture Wars in Bioethics," Salt Lake Community College, Salt Lake City, Utah, March 29.

**Podcasts**
1. 2021, "Ethics of COVID Vaccines in Kids," PHM from Pittsburgh, August 12.
2. 2020, COVID Quandaries: Episode 1, "Is Getting Sick Just Part of the Job?" Hard Call, October 6.