# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, *et al.*, </br></br> *Plaintiffs*, </br></br> v. </br></br> KAY IVEY, in her official capacity as Governor of the State of Alabama, *et al.*, </br></br> *Defendants*. | No. 2:22-cv-00184-LCB-SRW |

### DEFENDANTS' SUPPLEMENTAL EXHIBIT LIST

Defendants Kay Ivey, in her official capacity as Governor of the State of Alabama; Steve Marshall, in his official capacity as Attorney General of the State of Alabama; Daryl D. Bailey, in his official capacity as District Attorney for Montgomery County; C. Wilson Blaylock, in his official capacity as District Attorney for Cullman County; Jessica Ventiere, in her official capacity as District Attorney for Lee County; Tom Anderson, in his official capacity as District Attorney for the 12th Judicial Circuit; and Danny Carr, in his official capacity as District Attorney for Jefferson County, supplement their exhibit list (doc. 69) to add the following exhibit:

D42   Article: Sydney Wright, *"I Spent a Year as a Trans Man. Doctors Failed Me at Every Turn."* The Daily Signal October 7, 2019. Available https://www.dailysignal.com/2019/10/07/i-spent-a-year-as-a-trans-man-doctors-failed-me-at-every-turn/ (last visited May 3, 2022).

A print-out of the article is attached. Due to technical difficulties, some of the pictures of the on-line version do not appear on the PDF. If Defendants are able to resolve the issue they will seek to substitute for a copy showing all included photographs.

Defendants reserve the right to proffer rebuttal exhibits, impeachment exhibits, and any exhibit listed by another party to this action. Pursuant to this Court's order (doc. 34), Defendants file a copy of each exhibit.

Respectfully submitted,

Steve Marshall
  *Attorney General*

Christopher Mills
(SC Bar No. 101050)
 (*pro hac vice* motion pending)

SPERO LAW LLC
557 East Bay St. #22251
Charleston, SC 29451
Telephone: (843) 606-0640
cmills@spero.law

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
  *Deputy Solicitors General*

s/ James W. Davis
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue

P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on May 2, 2022, which will serve all counsel of record.

s/ James W. Davis
*Counsel for Defendants*