P.O. Box 300152<br>
Montgomery, Alabama 36130-0152<br>
Telephone: (334) 242-7300<br>
Edmund.LaCour@AlabamaAG.gov<br>
Barrett.Bowdre@AlabamaAG.gov<br>
Thomas.Wilson@AlabamaAG.gov<br>
Jim.Davis@AlabamaAG.gov<br>
Ben.Seiss@AlabamaAG.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on May 3, 2022, which will serve all counsel of record.

s/ James W. Davis<br>
<em>Counsel for Defendants</em>