# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D., <br><br> *Plaintiffs*, <br><br> v. <br><br> KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County, <br><br> *Defendants*. | Civil Action No. 2:22-cv-00184-184-LCB <br><br> Hon. Liles C. Burke |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE EXHIBIT UNDER SEAL**

Plaintiffs respectfully move this Court for leave to file Exhibit 40 to their Exhibit List (Doc. 78) under seal. As grounds for this motion, Plaintiffs state that Exhibit 40 is a compilation of photographs of Plaintiff Allison Poe, a minor traveling under pseudonym in this litigation, with members of her family, including her mother Plaintiff Megan Poe, who also is traveling under pseudonym in this litigation. On May 3, 2022, this Court granted Plaintiffs' Motion to Proceed Pseudonymously (Doc. 83), which permits Megan and Allison Poe[1] to continue proceeding pseudonymously in this action. To protect Megan and Allison's identities from disclosure to the public, Plaintiffs desire to file the collection of family photos listed in Plaintiffs' Exhibit List as Exhibit 40 (Doc. 78-40) under seal.

Counsel for Plaintiffs has conferred with Defendants' counsel, and Defendants do not oppose this motion. A proposed order is attached hereto for the convenience of the Court.

Consistent with this Court's Administrative Procedures Manual, Civil, Section III, A, a copy of this motion along with Exhibit 40 has been placed in a sealed envelope and will be delivered to the Clerk's Office for conventional filing upon entry of an order from the Court granting the motion to seal.

---

[1] The Order also granted Plaintiffs' request to proceed pseudonymously for Briana Boe, Michael Boe, James Zoe, Zachary Zoe, Kathy Noe, Christopher Noe, and Rachel Koe, MD. *See* Doc. 83.

3

WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs' leave to file Exhibit 40 (Doc. 78-40) to Plaintiffs' Exhibit List under seal.

*/s/ Melody H. Eagan*
Melody H. Eagan (ASB-9780-D38M)
Jeffrey P. Doss (ASB-4212-R62D)
Amie A. Vague (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

J. Andrew Pratt (ASB-3507-J56P)
Misty L. Peterson (GA Bar No. 243715) (*pro hac vice*)
Adam Reinke (GA Bar No. 510426) (*pro hac vice*)
Gilbert Oladeinbo (GA Bar No. 669340) (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
404.572.4600
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com
goladeinbo@kslaw.com

Brent P. Ray (IL Bar No. 6291911) (*pro hac vice*)

4

Abigail Hoverman Terry (IL Bar No. 6327057) (*pro hac vice*)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
312.995.6333
bray@kslaw.com
ahoverman@kslaw.com

Michael B. Shortnacy (CA Bar No. 277035) (*pro hac vice*)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
213.443.4355
mshortnacy@kslaw.com

Asaf Orr (CA Bar No. 261650) (*pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
415.392.6257
aorr@nclrights.org

Jennifer L. Levi (MA Bar No. 562298) (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
617.426.1350
jlevi@glad.org

Scott D. McCoy (FL Bar No. 1004965) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER

P.O. Box 12463
Miami, FL 33101
334.224.4309
scott.mccoy@splcenter.org

Diego A. Soto (ASB-3626-Y61S)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
334.604.1414
diego.soto@splcenter.org

Jessica L. Stone (GA Bar No. 275567) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
404.221.5837
jessica.stone@splcenter.org

Sarah Warbelow (MI Bar No. P66690) (*pro hac vice*)
Cynthia Weaver (NY Bar No. 5091848) (*pro hac vice*)
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
202.628.4160
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

***Counsel for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I certify that on May 3, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will provide notice of such filing to all counsel of record.

*/s/ Melody H. Eagan*
*Attorney for Plaintiffs*
