# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D., <br><br> *Plaintiffs*, <br> v. <br><br> KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County, <br><br> *Defendants*. | Civil Action No. 2:22-cv-00184-LCB <br><br> Hon. Liles C. Burke |

## JOINT MOTION TO DISMISS DEFENDANT KAY IVEY

COME NOW the parties and jointly move to dismiss Defendant Kay Ivey, in her official capacity as Governor of the State of Alabama ("Defendant Ivey"). In an effort to streamline this action, Plaintiffs agree to dismiss Defendant Ivey without prejudice from this action on the following conditions:

1. Defendant Ivey and her employees, agents, and successors in office agree to be bound by the terms of any Temporary Restraining Order or Injunction issued against the Attorney General or any other Defendants in this action to the extent such relief restricts or prohibits enforcement of the Alabama Vulnerable Child Compassion and Protection Act.

2. Defendant Ivey and her employees, agents, and successors in office shall only be bound by injunctive, declaratory, or other relief falling within the preceding paragraph to the extent such relief remains binding against the Attorney General or any other Defendants in this action.

3. Defendant Ivey and her employees, agents, and successors in office shall not be bound by any relief that is later reversed, vacated, set aside, or otherwise limited as to the Attorney General or any other Defendants.

WHEREFORE, PREMISES CONSIDERED, based upon the following agreed conditions, the parties respectfully request that Defendant Kay Ivey be dismissed from this action, without prejudice.

/s/ Melody H. Eagan
Melody H. Eagan (ASB-9780-D38M)
Jeffrey P. Doss (ASB-4212-R62D)
Amie A. Vague (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

J. Andrew Pratt (ASB-3507-J56P)
Misty L. Peterson (GA Bar No. 243715)
Adam Reinke (GA Bar No. 510426)
Gilbert Oladeinbo (GA Bar No. 669340)
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
404.572.4600
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com
goladeinbo@kslaw.com

Brent P. Ray (IL Bar No. 6291911)
Abigail Hoverman Terry (IL Bar No. 6327057)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
312.995.6333
bray@kslaw.com
ahoverman@kslaw.com

Michael B. Shortnacy (CA Bar No. 277035)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071

2

213.443.4355
mshortnacy@kslaw.com

Asaf Orr (CA Bar No. 261650)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
415.392.6257
aorr@nclrights.org

Jennifer L. Levi (MA Bar No. 562298)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
617.426.1350
jlevi@glad.org

Scott D. McCoy (FL Bar No. 1004965)
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
334.224.4309
scott.mccoy@splcenter.org

Diego A. Soto (ASB-3626-Y61S)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
334.604.1414
diego.soto@splcenter.org

Jessica L. Stone (GA Bar No. 275567)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
404.221.5837
jessica.stone@splcenter.org

Sarah Warbelow (MI Bar No. P66690)
Cynthia Weaver (NY Bar No. 5091848)

3

        HUMAN RIGHTS CAMPAIGN FOUNDATION
        1640 Rhode Island Ave., NW
        Washington, DC 20036
        202.628.4160
        sarah.warbelow@hrc.org
        cynthia.weaver@hrc.org

        ***Counsel for Plaintiffs***

        */s/ James W. Davis*
        Edmund G. LaCour Jr. (ASB-9182-U81L)
        *Solicitor General*
        A. Barrett Bowdre (ASB-2087-K29V)
        *Deputy Solicitor General*
        James W. Davis (ASB-4063-I58J)
        *Deputy Attorney General*
        Benjamin M. Seiss (ASB-2110-O00W)
        *Assistant Attorney General*
        OFFICE OF THE ATTORNEY GENERAL
        STATE OF ALABAMA
        501 Washington Avenue
        P.O. Box 300152
        Montgomery, AL 36130-0152
        Telephone: (334) 242-7300
        Edmund.LaCour@AlabamaAG.gov
        Barrett.Bowdre@AlabamaAG.gov
        Jim.Davis@AlabamaAG.gov
        Ben.Seiss@AlabamaAG.gov

        ***Counsel for Defendants***

## **CERTIFICATE OF SERVICE**

I certify that on May 3, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will provide notice of such filing to all counsel of record.

*/s/ Melody H. Eagan*
*Attorney for Plaintiffs*