IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER *et al.*, | |
| Plaintiffs, | CIVIL ACTION NO. 2:22-cv-00184-LCB-SRW |
| v. | |
| KAY IVEY *et al.*, | |
| Defendants. | |

<u>NOTICE OF APPEARANCE</u>

Comes now the United States of America, by and through the Assistant Attorney General for Civil Rights and the U.S. Attorney for this District, and gives the Notice of Appearance of Alyssa C. Lareau, Trial Attorney for the Federal Coordination and Compliance Section of the Civil Rights Division at the U.S. Department of Justice, as a counsel of record for Plaintiff-Intervenor United States in this case.

//

//

//

//

//

Dated: May 3, 2022

SANDRA J. STEWART
United States Attorney
Middle District of Alabama

PRIM F. ESCALONA
United States Attorney
Northern District of Alabama

LANE H. WOODKE
Chief, Civil Division
Northern District of Alabama

JASON R. CHEEK
Deputy Chief, Civil Division
U.S. Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2104
Jason.Cheek@usdoj.gov

STEPHEN D. WADSWORTH
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
Stephen.Wadsworth@usdoj.gov

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

JOHN POWERS (DC Bar No. 1024831)
Counsel to the Assistant Attorney General
Civil Rights Division

CHRISTINE STONEMAN
Chief, Federal Coordination and
Compliance Section

COTY MONTAG (DC Bar No. 498357)
Deputy Chief, Federal Coordination and
Compliance Section

*s/Alyssa C. Lareau*
ALYSSA C. LAREAU (DC Bar No. 494881)
RENEE WILLIAMS (CA Bar No. 284855)
KAITLIN TOYAMA (CA Bar No. 318993)
Trial Attorneys
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance
Section
950 Pennsylvania Avenue NW - 4CON
Washington, DC 20530
(202) 305-2994
Alyssa.Lareau@usdoj.gov
Renee.Williams3@usdoj.gov
Kaitlin.Toyama@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

s/*Alyssa C. Lareau*
Alyssa C. Lareau
Trial Attorney, Federal Coordination and
Compliance Section
