# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>KAY IVEY, in her official capacity )<br>as Governor of the State of Alabama, )<br>*et al.*, )<br>)<br>*Defendants*. ) | No. 2:22-cv-00184-LCB-SRW |

### DEFENDANTS' NOTICE OF FILING
### CORRECTED EXHIBIT 41

Defendants Kay Ivey, in her official capacity as Governor of the State of Alabama; Steve Marshall, in his official capacity as Attorney General of the State of Alabama; Daryl D. Bailey, in his official capacity as District Attorney for Montgomery County; C. Wilson Blaylock, in his official capacity as District Attorney for Cullman County; Jessica Ventiere, in her official capacity as District Attorney for Lee County; Tom Anderson, in his official capacity as District Attorney for the 12th Judicial Circuit; and Danny Carr, in his official capacity as District Attorney for Jefferson County, give notice of filing the attached corrected copy of Defense Exhibit 41.

|  |  |
|---|---|
| | Respectfully submitted, |
| | Steve Marshall<br>  *Attorney General* |
| Christopher Mills<br>(SC Bar No. 101050)<br> (*pro hac vice* motion pending)<br>Spero Law LLC<br>557 East Bay St.<br>#22251<br>Charleston, SC 29451<br>Telephone: (843) 606-0640<br>cmills@spero.law | Edmund G. LaCour Jr. (ASB-9182-U81L)<br>  *Solicitor General*<br><br>A. Barrett Bowdre (ASB-2087-K29V)<br>Thomas A. Wilson (ASB-1494-D25C)<br>  *Deputy Solicitors General*<br><br>s/ James W. Davis<br>James W. Davis (ASB-4063-I58J)<br>  *Deputy Attorney General*<br><br>Benjamin M. Seiss (ASB-2110-O00W)<br>  *Assistant Attorney General*<br><br>Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, Alabama 36130-0152<br>Telephone: (334) 242-7300<br>Edmund.LaCour@AlabamaAG.gov<br>Barrett.Bowdre@AlabamaAG.gov<br>Thomas.Wilson@AlabamaAG.gov<br>Jim.Davis@AlabamaAG.gov<br>Ben.Seiss@AlabamaAG.gov<br><br>***Counsel for Defendants*** |

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on May 3, 2022, which will serve all counsel of record.

                                              s/ James W. Davis<br>
                                              *Counsel for Defendants*