# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D., <br><br> *Plaintiffs*, <br><br> v. <br><br> KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County, <br><br> *Defendants*. | Civil Action No. 2:22-cv-00184-184-LCB <br><br> Hon. Liles C. Burke |

# **[PROPOSED] ORDER**

2

Having considered Plaintiffs Megan Poe's and Rachel Koe, M.D.'s Unopposed Motion to Seal Portions of Preliminary Injunction Hearing, and for good cause shown, the Court hereby GRANTS Plaintiffs' motion. The preliminary injunction hearing shall be sealed while Plaintiffs Megan Poe and Rachel, Koe, M.D. testify, and the public will not be permitted to observe the proceedings during their testimony. The Clerk of Court is hereby directed to file under seal the portions of the preliminary injunction hearing during which Plaintiff Megan Poe and Rachel Koe, M.D. provide testimony.

**DONE and ORDERED this** \_\_\_\_ **day of** _____, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE