# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D.<br><br>     Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>     Plaintiff-Intervenor,<br><br>  v.<br><br>STATE OF ALABAMA; KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, | Case No. 2:22-cv-184-LCB-SRW<br><br>Judge Liles C. Burke |

1

in his official capacity as District Attorney for Jefferson County.

                    Defendants.

## CERTIFICATE OF THE ATTORNEY GENERAL

I, Merrick B. Garland, Attorney General of the United States, pursuant to 42 U.S.C. § 2000h-2, hereby certify that the case of *Eknes-Tucker v. Ivey, et al.*, No. 2:22-cv-184-LCB-SRW (M.D. Ala.), is a case of general public importance.

Signed this 29th day of April, 2022, at Washington, DC.

_____
MERRICK B. GARLAND
Attorney General of the United States

2