## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

    Respectfully submitted,

    s/ *Jason R. Cheek*
    Jason R. Cheek
    Assistant U.S. Attorney