IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>KAY IVEY, et al.<br><br>　　　Defendants. | Case No. 2:22-cv-184-LCB-SRW |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), Barry A. Ragsdale, of Dominick Feld Hyde, PC, a member in good standing of the Alabama Bar and the United States District Court for the Middle District of Alabama, hereby moves this Honorable Court for entry of an order admitting Robert Vance of Dominick Feld Hyde, PC, to practice before the Court *pro hac vice* on behalf of the American Academy of Pediatrics and twenty-two other professional medical and mental health organizations *amici* in the above-captioned matter.

　　1.　　Robert Vance is an attorney who lives in the Northern District of Alabama. Robert Vance is an associate in the law firm of Dominick Feld Hyde, PC, 1130 22nd Street South Ridge Park, Suite 4000, Birmingham, AL 35205. Robert Vance's telephone number is 205-536-8888 and their email address is rvance@dfhlaw.com.

　　2.　　Robert Vance's Certificate of Good Standing from the Northern District of Alabama is attached hereto as Exhibit A.

　　3.　　Robert Vance is a member in good standing and eligible to practice before every court to which they are admitted.

1

WHEREFORE, Movant respectfully requests that this Honorable Court enter an order granting Robert Vance leave to appear *pro hac vice* on behalf of the *amici* in this matter.

Dated: May 11, 2022

Respectfully submitted,

*/s/ Barry A. Ragsdale*
Barry A. Ragsdale
ASB 2958-A23B

Cortlin H. Lannin (CA Bar No. 266488)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105
Phone: (415) 591-6000
clannin@cov.com

Barry A. Ragsdale (ASB 2958-A23B)
Robert S. Vance III (ASB 9916-B11Q)
DOMINICK FELD HYDE, P.C.
1130 22nd Street South Ridge Park
Suite 4000
Birmingham, AL 35205
Phone: (205) 536-8888
BRagsdale@dfhlaw.com

D. Jean Veta (D.C. Bar No. 358980)
William Isasi (D.C. Bar No. 470878)
Elizabeth Baia (D.C. Bar No. 1645169)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
jveta@cov.com
wisasi@cov.com
ebaia@cov.com

Michael Lanosa (CA Bar No. 301241)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Phone: (424) 332-4800
mlanosa@cov.com
*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Barry A. Ragsdale*
Of Counsel

# EXHIBIT A

## UNITED STATES DISTRICT COURT
### Northern District of Alabama

**Sharon N. Harris**
**Clerk of Court**



**Joe Musso**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **Robert Smith Vance, III** was duly admitted to practice in said Court on **March 13, 2020** and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on **May 9, 2022**

SHARON N. HARRIS, CLERK
By: *Pamela Cook*
Pamela R. Cook, Deputy Clerk