## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **REV. PAUL A. EKNES-TUCKER et al.,** | **Case No. 2:22-cv-184-LCB-SRW** |
| **Plaintiffs,** | |
| **v.** | |
| **KAY IVEY, et al.** | |
| **Defendants.** | |

## <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

Pursuant to Local Rule 83.1(b), Barry A. Ragsdale, of Dominick Feld Hyde, PC, a member in good standing of the Alabama Bar and the United States District Court for the Middle District of Alabama, hereby moves this Honorable Court for entry of an order admitting D. Jean Veta ("Ms. Veta") of Covington & Burling LLP, to practice before the Court *pro hac vice* on behalf of the American Academy of Pediatrics and twenty-two other professional medical and mental health organizations *amici* in the above-captioned matter.

1.      Ms. Veta is an attorney who lives and regularly practices law in the District of the District of Columbia. Ms. Veta is senior counsel in the law firm of Covington & Burling LLP, 850 Tenth Street Northwest, Washington, D.C. 20001. Ms. Veta's telephone number is 202-662-6000 and her email address is jveta@cov.com.

2.      Ms. Veta's Certificate of Good Standing from the District of the District of Columbia is attached hereto as Exhibit A.

3.      Ms. Veta is a member in good standing and eligible to practice before every court to which she is admitted.

WHEREFORE, Movant respectfully requests that this Honorable Court enter an order granting Ms. Veta leave to appear *pro hac vice* on behalf of the *amici* in this matter.

Dated: May 11, 2022

Respectfully submitted,

*/s/ Barry A. Ragsdale*
Barry A. Ragsdale
ASB 2958-A23B

Cortlin H. Lannin (CA Bar No. 266488)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105
Phone: (415) 591-6000
clannin@cov.com

Barry A. Ragsdale (ASB 2958-A23B)
Robert S. Vance III (ASB 9916-B11Q)
DOMINICK FELD HYDE, P.C.
1130 22nd Street South Ridge Park
Suite 4000
Birmingham, AL 35205
Phone:  (205) 536-8888
BRagsdale@dfhlaw.com

D. Jean Veta (D.C. Bar No. 358980)
William Isasi (D.C. Bar No. 470878)
Elizabeth Baia (D.C. Bar No. 1645169)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
jveta@cov.com
wisasi@cov.com
ebaia@cov.com

Michael Lanosa (CA Bar No. 301241)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Phone: (424) 332-4800
mlanosa@cov.com
*Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Barry A. Ragsdale
Of Counsel

# EXHIBIT A

 

# United States District & Bankruptcy Courts
## for the District of Columbia
CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC  20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court

for the District of Columbia, do hereby certify that:

## D.  JEAN  VETA

was, on the _____ 6th _____ day of _____ December _____ A.D. _____ 1982 _____ admitted  to

practice as an Attorney at Law at the Bar of this Court, and is, according to

the records of this Court, a member of said Bar in good standing.


In Testimony Whereof, I hereunto subscribe my name and affix the seal of

said Court in the City of Washington this _____ 10th _____ day of _____ May _____

A.D. _____ 2022 _____.



**ANGELA D. CAESAR,** Clerk of Courts


By: _____ Nataloo McClure _____

**Deputy Clerk**