# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, *et al.*, <br><br> *Plaintiffs*, <br><br> & <br><br> UNITED STATES OF AMERICA, <br><br> *Plaintiff-Intervenor*, <br><br> v. <br><br> STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, <br><br> *Defendants*. | No. 2:22-cv-00184-LCB |

## DEFENDANTS' NOTICE OF APPEAL OF ORDER GRANTING PRELIMINARY INJUNCTION (DOC. 107)

Notice is hereby given that all Defendants in the above-captioned case appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's May 13, 2022 Preliminary Injunction Opinion and Order (Doc. 107).

                                              Respectfully submitted,

                                              Steve Marshall
                                                *Attorney General*

                                            <u>s/ Edmund G. LaCour Jr.</u>
                                            Edmund G. LaCour Jr. (ASB-9182-U81L)
                                               *Solicitor General*

Christopher Mills
(SC Bar No. 101050)
(Admitted *pro hac vice*)

SPERO LAW LLC
557 East Bay St. #22251
Charleston, SC 29451
Telephone: (843) 606-0640
cmills@spero.law

MAY 16, 2022

A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
  *Deputy Solicitors General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on May 16, 2022, which will serve all counsel of record.

s/ Edmund G. LaCour Jr.
*Counsel for Defendants*