UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE
MONTGOMERY, ALABAMA

**May 18, 2022**

**DEBRA P. HACKETT**
CLERK

**MAILING ADDRESS:**
One Church Street, Suite B-110
MONTGOMERY, AL 36104
(334)954-3610

---

David J. Smith, Clerk
United States Court of Appeals for the 11th Circuit
ELBERT PARR TUTTLE COURT OF APPEALS BU1LDNG
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Re: District Court No. 2:22-cv-00184-LCB-SRW
Paul A. Eknes-Tucker et al v. Steve Marshall et al
Court of Appeals No.

Enclosed are documents regarding an appeal in this matter.

☒ Copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☒ First Notice of Appeal: Yes ☒ No ☐ Other notices (dates):

☐ Other:

☒ The Judge or Magistrate Judge appealed from is: **JUDGE LILES C. BURKE**

☒ The Court Reporter (s) are: **CHRISTINA DECKER (ND/AL)**

☐ A hearing was not held in the case.

☒ An **audio tape** is available for transcription of the court hearing

☒ The appellant DOCKET FEE has been paid: NO ☐ YES ☒ Date paid: **May 16, 2022 DE [108]**

☐ Motion for LEAVE TO APPEAL IN FORMA PAUPERIS pending:

☐ Motion for APPOINTMENT OF COUNSEL pending:

☐ Motion for In Forma Pauperis (IFP): Granted ☐ or Denied ☐

☐ Motion for Certificate of Appealability: Granted ☐ or Denied ☐ Pending ☐

☐ CJA USCA Letter appointing counsel:

☐ Certified record on appeal consisting of : __Volume(s) of pleadings; __ PSI (s); __ Volume(s) of transcript; __ Folder(s) of exhibits/depositions; __ Supplemental file(s)

☐ ORIGINAL PAPERS: __Volume(s) of pleadings; ___ Volume(s) of transcript; ___ folder of exhibits

☐ This is an appeal of a bankruptcy order. Bankruptcy Judge _____

☐ This is a DEATH PENALTY appeal.

Very truly yours,

Donna M. Norfleet
Deputy Clerk