**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                                                                           TELEPHONE (334) 954-3600

May 19, 2022

## NOTICE OF CORRECTION

From:     Clerk's Office

Case Style:     Eknes-Tucker et al v. Marshall et al

Case Number:     2:22-cv-00184-LCB

**This Notice of Correction was filed in the referenced case this date to attach the correct main PDF document to correct syntax.**

**The correct PDF document is attached to this notice for your review. Reference is made to document #107 filed on 5/13/2022.**