# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D. | Case No. 2:22-cv-184-LCB-SRW  Honorable Liles C. Burke |
| Plaintiffs, | |
| and | |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | |
| v. | |
| KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BLAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th | |

1

Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County.

                              Defendants.

## PLAINTIFF-INTERVENOR UNITED STATES' AND DEFENDANTS' JOINT MOTION TO DISMISS GOVERNOR KAY IVEY

COME NOW the United States and Defendants and jointly move to dismiss Defendant Kay Ivey, in her official capacity as Governor of the State of Alabama ("Defendant Ivey"). In an effort to streamline this action, the United States agrees to dismiss Defendant Ivey without prejudice from its Amended Complaint in Intervention in this action on the following conditions:

1. Defendant Ivey and her employees, agents, and successors in office agree to be bound by the terms of the Preliminary Injunction issued against the Attorney General and the other Defendants in this action on May 13, 2022 (ECF No. 107), as corrected on May 17, 2022 (ECF No. 110) and on May 19, 2022 (ECF No. 112), which prohibits enforcement of Section 4(a)(1)-(3) of the Alabama Vulnerable Child Compassion and Protection Act pending trial in this case.

2. Defendant Ivey and her employees, agents, and successors in office shall only be bound by injunctive, declaratory, or other relief falling within the preceding paragraph to the extent such relief remains binding against the

       Attorney General or any other Defendants in this action.

3. Defendant Ivey and her employees, agents, and successors in office shall not be bound by any relief that is later reversed, vacated, set aside, or otherwise limited as to the Attorney General or any other Defendants.

WHEREFORE, PREMISES CONSIDERED, based upon the above agreed conditions, the United States and Defendants respectfully request that Defendant Kay Ivey be dismissed from its Amended Complaint in Intervention, without prejudice.

Dated: May 20, 2022

SANDRA J. STEWART
United States Attorney
Middle District of Alabama

PRIM F. ESCALONA
United States Attorney
Northern District of Alabama

LANE H. WOODKE
Chief, Civil Division
Northern District of Alabama

s/Jason R. Cheek
JASON R. CHEEK
Deputy Chief, Civil Division
U.S. Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
Tel.: (205) 244-2104
Jason.Cheek@usdoj.gov

STEPHEN D. WADSWORTH
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36101-0197
Tel.: (334) 223-7280
Stephen.Wadsworth@usdoj.gov

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

JOHN POWERS (DC Bar No. 1024831)
Counsel to the Assistant Attorney General
Civil Rights Division

CHRISTINE STONEMAN
Chief, Federal Coordination and
Compliance Section

COTY MONTAG (DC Bar No. 498357)
Deputy Chief, Federal Coordination and
Compliance Section

ALYSSA C. LAREAU (DC Bar No. 494881)
RENEE WILLIAMS (CA Bar No. 284855)
KAITLIN TOYAMA (CA Bar No. 318993)
Trial Attorneys
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance
Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 305-2994
Alyssa.Lareau@usdoj.gov
Renee.Williams3@usdoj.gov
Kaitlin.Toyama@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

Edmund G. LaCour Jr. (ASB-9182-U81L)
*Solicitor General*

s/ *A. Barrett Bowdre*
A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
*Deputy Solicitors General*

James W. Davis (ASB-4063-I58J)
*Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
*Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

*Counsel for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

s/ *Jason R. Cheek*
Jason R. Cheek
Assistant U.S. Attorney