# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 06, 2022

Jennifer Levi
GLBTQ Legal Advocates & Defenders
18 TREMONT ST STE 950
BOSTON, MA 02108

Appeal Number:  22-11707-JJ
Case Style:  Paul Eknes-Tucker, et al v. Governor of the State of Alabama, et al
District Court Docket No:  2:22-cv-00184-LCB-SRW

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system,
unless exempted for good cause. Although not required, non-incarcerated pro se parties are
permitted to use the ECF system by registering for an account at www.pacer.gov. Information
and training materials related to electronic filing are available on the Court's website.

Jennifer Levi is permitted to appear pro hac vice in this appeal, representing the Appellees,
contingent upon her payment of the $50.00 pro hac vice fee within 14 days of today's date.

Counsel who wish to participate in this appeal must complete and electronically file an
appearance form within fourteen (14) days (appearance of counsel forms are available on the
court's website). The clerk may not process filings from an attorney until that attorney files an
appearance form. See 11th Cir. R. 46-6.

If you have not yet registered for the Electronic Case Files (ECF) system, information regarding
registration can be found on the court's website under "E-Filing Information (CM/ECF)".

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany Tucker, JJ
Phone #: (404)335-6193

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-11707-JJ

_____

PAUL A. EKNES-TUCKER,
*Rev.*,
BRIANNA BOE,
individually and on behalf of her minor son, Michael Boe,
JAMES ZOE,
individually and on behalf of his minor son, Zachary Zoe,
MEGAN POE,
individually and on behalf of her minor daughter, Allison Poe,
KATHY NOE, et al.,
individually and on behalf of her minor son, Christopher Noe,

Plaintiffs-Appellees,

versus

GOVERNOR, OF THE STATE OF ALABAMA,
ATTORNEY GENERAL, STATE OF ALABAMA,
DISTRICT ATTORNEY, FOR MONTGOMERY COUNTY,
DISTRICT ATTORNEY, FOR CULLMAN COUNTY,
DISTRICT ATTORNEY, FOR LEE COUNTY, et al.,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

ORDER:

Jennifer Levi is permitted to appear *pro hac vice* in this appeal, representing the

Appellees, contingent upon her payment of the $50.00 *pro hac vice* fee within 14 days of the

date of this order.

                    /s/ William H. Pryor Jr.
                         CHIEF JUDGE