**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) No. 2:22-cv-00184-LCB-SRW |
| Plaintiff-Intervenor, | ) Hon. Liles C. Burke |
| | ) |
| v. | ) |
| | ) |
| STEVE MARSHALL, in his official capacity | ) |
| as Attorney General of the State of Alabama, | ) |
| *et al.*, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

Comes now the United States of America, by and through the Assistant Attorney

General for Civil Rights and the United States Attorney for this District, and gives the Notice of

Appearance of Eliza Dermody, Acting Senior Counsel to the Assistant Attorney General, as a

counsel of record for Plaintiff-Intervenor United States in this case.


Dated: June 9, 2022                          Respectfully submitted,

SANDRA J. STEWART                            KRISTEN CLARKE
United States Attorney                       Assistant Attorney General
Middle District of Alabama                   Civil Rights Division

PRIM F. ESCALONA                             */s/ Eliza Dermody*
United States Attorney                       ELIZA DERMODY (DC Bar No. 1001530)
Northern District of Alabama                 Acting Senior Counsel to the
                                             Assistant Attorney General
                                             Civil Rights Division
LANE H. WOODKE
Chief, Civil Division
Northern District of Alabama                 JOHN POWERS (DC Bar No. 1024831)
                                             Counsel to the Assistant Attorney General
                                             Civil Rights Division

JASON R. CHEEK
Deputy Chief, Civil Division
U.S. Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 244-2104
Jason.Cheek@usdoj.gov

STEPHEN D. WADSWORTH
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Stephen.Wadsworth@usdoj.gov

CHRISTINE STONEMAN
Chief, Federal Coordination and Compliance
Section

COTY MONTAG (DC Bar No. 498357)
Deputy Chief, Federal Coordination and
Compliance Section

ALYSSA C. LAREAU (D.C. Bar No. 494881)
RENEE WILLIAMS (CA Bar No. 284855)
KAITLIN TOYAMA (CA Bar No. 318993)

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 305-5823
Eliza.Dermody@usdoj.gov

*Attorneys for Plaintiff-Intervenor*
*United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2022, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, which will send notification of such filing to counsel of

record.


Respectfully submitted,

s/ *Eliza Dermody*
ELIZA DERMODY
Acting Senior Counsel to the
Assistant Attorney General