# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>and )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff-Intervenor*, )<br>v. )<br>)<br>STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, )<br>)<br>*Defendants*. ) | No. 2:22-cv-00184-LCB-SRW<br>Hon. Liles C. Burke |

## [PROPOSED] ORDER

Having considered Defendants' Unopposed Motion to Unseal Dr. Koe's Testimony From the Preliminary Injunction Hearing, and for good cause shown, the Court hereby GRANTS Defendants' motion. The Clerk of Court is hereby directed to unseal the portions of the preliminary injunction transcript containing Dr. Koe's testimony: pages 170:22 through 195:8 of the transcript.

**DONE and ORDERED this \_\_\_\_ day of _____, 2022.**

1

2

_____

UNITED STATES DISTRICT COURT JUDGE