# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )  Civil Action No. 2:22-cv-184- LCB ) |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al., | ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW the undersigned, Gilbert Oladeinbo, and moves this Court for leave to withdraw as attorney of record for Plaintiffs Rev. Paul A. Eknes-Tucker; Brianna Boe, individually and on behalf of her minor son, Michael Boe; James Zoe, individually and on behalf of his minor son, Zachary Zoe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Jane Moe, Ph.D.; and Rachel Koe, M.D.  As grounds for this Motion, the undersigned shows unto this Court that he will be leaving the law firm of King & Spalding LLP on June 24, 2022 to join another law firm. Plaintiffs will however continue to be represented by King & Spalding LLP.

This 24th day of June, 2022.

*/s Gilbert Oladeinbo*
Gilbert Olusegun Oladeinbo
(*admitted Pro Hac Vice*)

KING & SPALDING LLP
1180 Peachtree Street Northeast
Suite 1600
Atlanta, GA 30309
Phone: 470-363-8698
Email: goladeinbo@kslaw.com

*Attorney for Plaintiffs Rev. Paul A. Eknes-Tucker; Brianna Boe, individually and on behalf of her minor son, Michael Boe; James Zoe, individually and on behalf of his minor son, Zachary Zoe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Jane Moe, Ph.D.; and Rachel Koe, M.D.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 24th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered counsel.

*/s/ Gilbert Oladeinbo*
Of Counsel