UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 2:22-cv-184- LCB ) |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al., | ) ) ) ) ) ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Considering the foregoing Motion to Withdraw Appearance as Counsel;

IT IS ORDERED that the name of Gilbert Olusegun Oladeinbo, be removed from the record of this Court as counsel for Plaintiffs Rev. Paul A. Eknes-Tucker; Brianna Boe, individually and on behalf of her minor son, Michael Boe; James Zoe, individually and on behalf of his minor son, Zachary Zoe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Jane Moe, Ph.D.; and Rachel Koe, M.D., in the above entitled and numbered cause.

DONE and ORDERED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE