# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

## June 29, 2022

**DEBRA P. HACKETT**
    CLERK

**MAILING ADDRESS:**
One Church Street, Suite B-110
MONTGOMERY, AL 36104
(334)954-3610

---

David J. Smith, Clerk
United States Court of Appeals for the 11th Circuit
ELBERT PARR TUTTLE COURT OF APPEALS BU1LDNG
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Re:**   District Court No. 2:22-cv-00184-LCB-SRW
Paul A. Eknes-Tucker et al v. Steve Marshall et al
Court of Appeals No.  22-11707-JJ

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

☐   Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☐   First Notice of Appeal:   Yes ☐   No ☐   Other notices (dates):_____

☐   Other: _____

☐   The Judge or Magistrate Judge appealed from is:_____

☐   The Court Reporter (s) are: _____

☐   A hearing was not held in the case.

☐   An **audio tape** is available for transcription of the court hearing

☐   The appellant DOCKET FEE has been paid: Yes ☐   No ☐   Date paid:

☐   Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.

☐   Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]

☐   Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability

☐   Copy of CJA form / order  appointing counsel.

☒   F.R.A.P 11 EXCEPTIONS - APPEAL RECORD SENT TO USCA:
**(NOTE: CD/DVDs are a COPY & DO NOT HAVE TO BE RETURNED**)

**Doc. 96, Exhibit DX42 VIDEO, (1) DVD**

☐   ORIGINAL PAPERS: ___Volume(s) of pleadings; ___ Volume(s) of transcript; ___ folder of exhibits

☐   This is an appeal of a bankruptcy order.  Bankruptcy Judge _____

☐   This is a DEATH PENALTY appeal.

Very truly yours,

Donna Norfleet
Deputy Clerk