# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **PAUL A. EKNES-TUCKER,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-184-LCB |
| | ) | |
| **STEVE MARSHALL,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Defendants move to unseal Dr. Koe's testimony from the preliminary injunction hearing. (Doc. 124 at 1). Plaintiffs do not oppose the motion. *Id.* For good cause shown, the Court **GRANTS** the motion. The Clerk of Court is **DIRECTED** to unseal the portions of the preliminary injunction transcript containing Dr. Koe's testimony: pages 170:22 through 195:8 of the transcript.

**DONE** and **ORDERED** June 29, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE