# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| and | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| *Plaintiff-Intervenor*, | ) ) ) |
| v. | ) ) |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) ) ) ) |
| *Defendants*. | ) ) |

No. 2:22-cv-00184-LCB-SRW
Hon. Liles C. Burke

**JOINT MOTION FOR ENTRY OF (1) PROTECTIVE ORDER AND (2) HIPAA QUALIFIED PROTECTIVE ORDER AND ORDER TO DISCLOSE PROTECTED HEALTH INFORMATION**

Pursuant to Fed. R. Civ. P. 26(c) and other applicable law, the parties to this action jointly move for entry of two orders to facilitate discovery and to govern the use of confidential information and documents. The first is a general protective order and the second is a HIPAA qualified protective order. The parties have discussed

1

these issues and agreed to the language on the proposed orders attached hereto as Exhibits 1 and 2.

By agreeing to the language of the proposed orders, the parties do not waive any objection they may have to requests for documents or information that would be covered by the proposed orders.

WHEREFORE, the parties jointly request that the Court enter the attached proposed orders.

Respectfully submitted,

        **FOR THE PRIVATE PLAINTIFFS:**

        */s/ Melody H. Eagan* (with consent)
        Melody H. Eagan (ASB-9780-D38M)
        Jeffrey P. Doss (ASB-4212-R62D)
        Amie A. Vague (ASB-4113-Q46I)
        LIGHTFOOT, FRANKLIN & WHITE LLC
        The Clark Building
        400 20th Street North
        Birmingham, AL 35203
        205.581.0700
        meagan@lightfootlaw.com
        jdoss@lightfootlaw.com
        avague@lightfootlaw.com

        J. Andrew Pratt (ASB-3507-J56P)
        Misty L. Peterson (GA Bar No. 243715) (*pro hac vice*)
        Adam Reinke (GA Bar No. 510426) (*pro hac vice*)
        KING & SPALDING LLP
        1180 Peachtree Street Northeast, Suite 1600
        Atlanta, GA 30309

404.572.4600
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com

Brent P. Ray (IL Bar No. 6291911) (*pro hac vice*)
Abigail Hoverman Terry (IL Bar No. 6327057) (*pro hac vice*)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
312.995.6333
bray@kslaw.com
ahoverman@kslaw.com

Michael B. Shortnacy (CA Bar No. 277035) (*pro hac vice*)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
213.443.4355
mshortnacy@kslaw.com

Asaf Orr (CA Bar No. 261650) (*pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
415.392.6257
aorr@nclrights.org

Jennifer L. Levi (MA Bar No. 562298) (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
617.426.1350

jlevi@glad.org

Scott D. McCoy (FL Bar No. 1004965) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
334.224.4309
scott.mccoy@splcenter.org

Diego A. Soto (ASB-3626-Y61S)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
334.604.1414
diego.soto@splcenter.org

Jessica L. Stone (GA Bar No. 275567) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
404.221.5837
jessica.stone@splcenter.org

Sarah Warbelow (MI Bar No. P66690) (*pro hac vice*)
Cynthia Weaver (NY Bar No. 5091848) (*pro hac vice*)
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
202.628.4160
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

**FOR THE UNITED STATES OF AMERICA:**

*/s/ Coty Montag*
Coty Montag
Deputy Chief
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
(202) 305-9813
coty.montag@usdoj.gov

Jason R. Cheek
Assistant United States Attorney
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2104
jason.cheek@usdoj.gov

**FOR THE DEFENDANTS:**

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
  *Deputy Solicitors General*

/s/ James W. Davis
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

Christopher Mills (SC Bar No. 101050)
 (*pro hac vice* motion pending)

SPERO LAW LLC
557 East Bay St.
#22251
Charleston, SC 29451
Telephone: (843) 606-0640
cmills@spero.law

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on July 1, 2022, which will serve all counsel of record.

s/ James W. Davis  
*Counsel for Defendants*
