IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER *et al.*, | |
| Plaintiffs, | CIVIL ACTION NO. 2:22-cv-00184-LCB |
| v. | |
| KAY IVEY *et al.*, | |
| Defendants. | |

<u>NOTICE OF APPEARANCE</u>

Comes now the United States of America, by and through Prim F. Escalona, United States Attorney for the Northern District of Alabama, and gives Notice of Appearance of Margaret Lester Marshall, Assistant United States Attorney, as a counsel of record for the United States in this case.

//

//

//

//

//

//

//

Dated: July 11, 2022

Respectfully submitted,

PRIM F. ESCALONA
UNITED STATES ATTORNEY

/s/ Margaret Lester Marshall
Margaret Lester Marshall
Assistant U.S. Attorney
U.S. Attorney's Office
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2121
(205) 244-2181 (fax)
margaret.marshall@usdoj.gov
asb-7804-x29q

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                              Respectfully submitted,

                                              /s/ Margaret Lester Marshall
                                              Margaret Lester Marshall
                                              Assistant U.S. Attorney