# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **PAUL A. EKNES-TUCKER**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 2:22-cv-184-LCB |
| ) | |
| **STEVE MARSHALL**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## DECLARATION AND AGREEMENT

I, _____, hereby attest to my understanding that information or documents designated "Confidential" or "Confidential – Attorneys Eyes Only" are provided to me subject to the Stipulated Protective Order and HIPAA Qualified Protective Order (collectively, "Orders") entered by the Court in the above-captioned litigation ("Litigation"), Dkts. \_\_\_\_ & \_\_\_\_; that I have been given a copy of and have read the Orders; and that I agree to be bound by their terms. I also understand that my execution of this Acknowledgment to the Orders, indicating my agreement to be bound by the Orders, is a prerequisite to my review of any information or documents designated as "Confidential" or "Confidential – Attorneys Eyes Only" pursuant to the Orders.

I further agree that I shall not disclose to others, except in accord with the Orders, any Confidential Information, in any form whatsoever, and that such

Confidential Information and the information contained therein may be used only for the purposes authorized by the Orders.

I further agree to return all copies of any documents or information containing Confidential Information I have received to counsel who provided them to me upon completion of the purpose for which they were provided and no later than the conclusion of this Litigation.

I further agree and attest to my understanding that my obligation to honor the confidentiality of such Confidential Information material will continue even after this Litigation concludes.

I further agree and attest to my understanding that, if I fail to abide by the terms of the Orders, I may be subject to sanctions, including contempt of court, for such failure. I agree to be subject to the jurisdiction of the United States District Court for the Middle District of Alabama, for the purposes of any proceedings relating to enforcement of the Orders, even if such enforcement proceedings occur after termination of this action.

I further agree to be bound by and to comply with the terms of the Orders as soon as I sign this Acknowledgment.

Executed this \_\_\_\_\_ day of _____, _____.

_____

Signature

_____

Name (Printed)