

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Brian Wesley Barnes

Admission date: 11/13/2013

was admitted to practice in this court
and is in good standing.

Dated: July 6, 2022