# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) )   Civil Action No. 2:22-cv-184-LCB ) |
| KAY IVEY, in her official capacity as Governor of Alabama, *et al.*, | ) ) ) |
| *Defendants*. | ) ) |

## STATE DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN D. RAMER

COMES NOW A. Barrett Bowdre, a member in good standing of the Alabama Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, John D. Ramer as counsel for the State Defendants in this action. The movant states the following:

1. John D. Ramer is an attorney at Cooper & Kirk, PLLC, 1523 New Hampshire Ave., N.W., Washington, D.C. 20036. His telephone number is (202) 220-9621 and his email address is jramer@cooperkirk.com.

2. John D. Ramer is of good character and reputation and is a member in good standing of the State Bar of the District of Michigan (2018) and the U.S. District Court for the Eastern District of Michigan (2019). A certificate of good standing from the Eastern District of Michigan is attached to this motion.

3. John D. Ramer has never resigned; has never been reprimanded, suspended, or disbarred from the practice of law; and has no grievances pending against him.

4. John D. Ramer is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5. Movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

6. As required by Local Rule 83.1(b), payment of $75.00 will be made and/or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting John D. Ramer as counsel *pro hac vice* for State Defendants.

Dated: July 27, 2022

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/ A. Barrett Bowdre
A. Barrett Bowdre (ASB-2087-K29V)
  *Deputy Solicitor General*

Thomas A. Wilson (ASB-1494-D25C)
  *Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

***Counsel for State of Alabama***

3

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on July 27, 2022, which will serve all counsel of record.

s/ A. Barrett Bowdre
*Counsel for State of Alabama*
