

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## DAVID H. THOMPSON

was, on the **2nd** day of **February** A.D. **1998** admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this **6th** day of **July** A.D. **2022**.



**ANGELA D. CAESAR,** Clerk of Courts

By: *Natalee McClure*
**Deputy Clerk**