# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

REV. PAUL A. EKNES-TUCKER, *et al.*

      *Plaintiffs*,

and

UNITED STATES OF AMERICA,

      *Plaintiff-Intervenor*,

v.

STEVE MARSHALL, in his official capacity
as Attorney General of the State of Alabama,
*et al.*

      *Defendants*.

Civil Action No.
2:22-cv-00184-LCB-CWB

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
## TO AMEND COMPLAINT AND TO PROCEED PSEUDONYMOUSLY

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs Rev. Paul A. Eknes-Tucker; Brianna Boe, individually and on behalf of her minor son, Michael Boe; James Zoe, individually and on behalf of his minor son, Zachary Zoe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Heather Austin, Ph.D., and Rachel Koe, M.D. hereby move for leave to amend their complaint and

for the new Plaintiffs added in Plaintiffs' First Amended Complaint to be permitted to proceed pseudonymously, respectfully showing the Court as follows:

1.      On April 19, 2022, Plaintiffs filed their Complaint asserting various claims challenging the Alabama Vulnerable Child Compassion and Protection Act (the "Act") and seeking a preliminary injunction. (Doc. 1.) Because of concerns about criminal liability, safety, and privacy, certain Plaintiffs moved to proceed pseudonymously.[1] (Doc. 6.) Although Defendants opposed certain Plaintiffs from proceeding pseudonymously, they did not oppose the parents' and children's attempts to proceed pseudonymously. (Doc. 54.) The Court granted Plaintiffs' motion on May 3, 2022. (Doc. 83.)

2.      On May 3, 2022, the parties jointly moved to dismiss the claims asserted against Defendant Governor Kay Ivey. (Doc. 85.) The Court granted that motion by oral order on May 5, 2022.

3.      After Governor Ivey was dismissed as a defendant, the Court held an evidentiary hearing on Plaintiff's motion for a preliminary injunction on May 5-6, 2022. On May 13, 2022, the Court entered an Order granting in part Plaintiffs' motion for preliminary injunction. (Doc. 107.)

---

[1] Although Plaintiff Heather Austin, Ph.D. was identified in Plaintiffs' initial Complaint by the pseudonym Jane Moe, Ph.D., she withdrew her request for leave to proceed pseudonymously and counsel for Plaintiffs has revealed her identity to Defendants' counsel.

4.     On July 15, 2022, the Court entered a scheduling order setting a deadline to add causes of action, defenses, or parties of August 5, 2022. (Doc. 135.)

5.     Consistent with the Court's scheduling order, Plaintiffs seek leave to file the First Amended Complaint that is attached hereto as Exhibit A. The proposed First Amended Complaint: (1) corrects the caption to use Plaintiff Heather Austin, Ph.D.'s name in place of the pseudonym she used in the initial Complaint; (2) removes as Plaintiffs James Zoe, individually and on behalf of his minor son, Zachary Zoe; (3) removes as a Defendant Governor Kay Ivey, consistent with the Court's May 5, 2022 order dismissing the claims against her; (4) adds as Plaintiffs Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe and Robert Voe, individually and on behalf of his minor daughter, April Voe; (5) and removes from the Prayer for Relief Plaintiffs' prior request for attorneys' fees and costs. The causes of action asserted in the proposed First Amended Complaint otherwise remain the same as the causes of action asserted in Plaintiffs' initial Complaint.

6.     Because of concerns about criminal liability, personal safety, and privacy, the new Plaintiffs added in Plaintiffs' proposed First Amended Complaint—Plaintiff Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe and Plaintiff Robert Voe, individually and on behalf of his minor daughter, April Voe—seek leave to proceed pseudonymously. Plaintiffs refer

the Court to the legal authorities cited in their prior motion to proceed pseudonymously, which likewise control here. (*See* Doc. 6.) Plaintiffs Roe and Voe are willing to submit declarations further supporting their motion to proceed pseudonymously should the Court so require.

7.     Counsel for Plaintiffs has conferred with counsel for Defendants, and while preserving all defenses, Defendants do not oppose the filing of the amended complaint. Defendants also do not oppose Plaintiffs' request to allow Plaintiffs Roe and Voe to proceed pseudonymously.

8.     Wherefore, Plaintiffs respectfully request that the Court grant their motion for leave to amend and to proceed pseudonymously and to permit Plaintiffs to file the proposed First Amended Complaint attached hereto as Exhibit A.

Respectfully submitted this 5th day of August, 2022.

*/s/ Melody H. Eagan*
Melody H. Eagan (ASB-9780-D38M)
Jeffrey P. Doss (ASB-4212-R62D)
Amie A. Vague (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

J. Andrew Pratt (ASB-3507-J56P)
Misty L. Peterson (GA Bar No. 243715) (*pro hac vice*)
Adam Reinke (GA Bar No. 510426) (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
404.572.4600
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com

Brent P. Ray (IL Bar No. 6291911) (*pro hac vice*)
Abigail Hoverman Terry (IL Bar No. 6327057) (*pro hac vice*)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
312.995.6333
bray@kslaw.com
ahoverman@kslaw.com

Michael B. Shortnacy (CA Bar No. 277035) (*pro hac vice*)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
213.443.4355
mshortnacy@kslaw.com

Asaf Orr (CA Bar No. 261650) (*pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
415.392.6257
aorr@nclrights.org

Jennifer L. Levi (MA Bar No. 562298) (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS

18 Tremont, Suite 950
Boston, MA 02108
617.426.1350
jlevi@glad.org

Scott D. McCoy (FL Bar No. 1004965) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
2 Biscayne Boulevard, Suite 3750
Miami, FL 33131
334.224.4309
scott.mccoy@splcenter.org

Diego A. Soto (AL Bar No. ASB-3626-Y61S)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
334.604.1414
diego.soto@splcenter.org

Jessica L. Stone (GA Bar No. 275567) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
404.221.5837
jessica.stone@splcenter.org

Sarah Warbelow (MI Bar No. P66690) (*pro hac vice*)
Cynthia Weaver (NY Bar No. 5091848) (*pro hac vice*)
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
202.628.4160
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

*Counsel for Plaintiffs Rev. Paul A. Eknes-Tucker, Brianna Boe, Michael Boe, James Zoe, Zachary Zoe, Megan Poe, Allison Poe, Kathy Noe, Christopher Noe, Heather Austin, Ph.D., and Rachel Koe, M.D.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 5, 2022, I electronically filed the foregoing using the

Court's CM/ECF system, which will send notification to all counsel of record.

Coty Montag
Alyssa C. Lareau
Renee Williams
Kaitlyn Toyama
Eliza Dermody
John Michael Powers
U.S. Department of Justice
Coty.Montag@usdoj.gov
Alyssa.Lareau@usdoj.gov
Renee.Williams3@usdoj.gov
Kaitlin.Toyama@usdoj.gov
eliza.dermody@usdoj.gov
john.powers@usdoj.gov

Jason R. Cheek
Margaret Lester Marshall
Lane Hines Woodke
U.S. Attorney's Office
Northern District of Alabama
jason.cheek@usdoj.gov
mmarshall2@usa.usdoj.gov
lane.woodke@usdoj.gov

Stephen D. Wadsworth
Sandra Jean Stewart
U.S. Attorney's Office
Middle District of Alabama
Stephen.Wadsworth@usdoj.gov
sandra.stewart@usdoj.gov

Elizabeth Prim Formby Escalona
Maynard Cooper & Gale, P.C.
pescalona@maynardcooper.com

Edmund G. LaCour Jr.
A. Barrett Bowdre
James W. Davis
Benjamin M. Seiss
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

Christopher E. Mills
Spero Law LLC
557 East Bay Street
Charleston, SC 29413
cmills@spero.law

John D. Ramer
Peter A. Patterson
Brian W. Barnes
David H. Thompson
Cooper & Kirk, PLLC
jramer@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
dthompson@cooperkirk.com

*Counsel for Defendants*

*Counsel for Plaintiff-Intervenor*

*/s/ Melody H. Eagan*