IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, <br><br> Defendants. | No. 2:22-cv-00184-LCB-CWB <br> Hon. Liles C. Burke |

MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES

Pursuant to Middle District of Alabama Local Rule 83.1(f), Eliza Dermody hereby moves to withdraw as counsel for Plaintiff-Intervenor United States of America and states the following:

1. Ms. Dermody has accepted a new assignment at the U.S. Department of Justice and will no longer be working on this litigation.

2. Other attorneys at the U.S. Department of Justice, including Jason R. Cheek, Coty Montag, Alyssa C. Lareau, Kaitlin N. Toyama, and Renee Williams, have entered their appearance and will continue to represent the United States in this matter.

Accordingly, Ms. Dermody respectfully requests that she be permitted leave to withdraw as counsel for the United States.

| | |
|---|---|
| Dated: August 9, 2022 | Respectfully submitted, |
| SANDRA J. STEWART<br>United States Attorney<br>Middle District of Alabama | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| PRIM F. ESCALONA<br>United States Attorney<br>Northern District of Alabama | */s/ Eliza Dermody*<br>ELIZA DERMODY (DC Bar No. 1001530)<br>Trial Attorney<br>Civil Rights Division |
| LANE H. WOODKE<br>Chief, Civil Division<br>Northern District of Alabama | JOHN POWERS (DC Bar No. 1024831)<br>Counsel to the Assistant Attorney General<br>Civil Rights Division |
| JASON R. CHEEK<br>Deputy Chief, Civil Division<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 244-2104<br>Jason.Cheek@usdoj.gov | CHRISTINE STONEMAN<br>Chief, Federal Coordination and Compliance Section<br><br>COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and Compliance Section |
| STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197<br>Telephone: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | ALYSSA C. LAREAU (D.C. Bar No. 494881)<br>RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br><br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Telephone: (202) 305-5823<br>Eliza.Dermody@usdoj.gov |
| MARGARET LESTER MARSHALL<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>1801 Fourth Avenue North<br>Birmingham, Alabama 35203<br>Telephone: (205) 244-2121<br>margaret.marshall@usdoj.gov | *Attorneys for Plaintiff-Intervenor<br>United States of America* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                    Respectfully submitted,

                                    *s/ Eliza Dermody*
                                    ELIZA DERMODY
                                    Trial Attorney