UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, et al.<br><br>*Plaintiffs*,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>*Plaintiff-Intervenor*,<br><br>v.<br><br>STEVE MARSHALL, et al.<br><br>*Defendants*. | Civil Action No.<br>2:22-cv-00184-LCB-CWB |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT (DOC. 146) IN PART**

Plaintiffs Rev. Paul A. Eknes-Tucker; Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Becca Roe, individually and on behalf of her minor daughter Melissa Roe; Robert Voe, individually and on behalf of his minor daughter April Voe; Heather Austin, Ph.D.; and Rachel Koe, M.D. (collectively the "Private Plaintiffs") respond to Defendants' Motion to Dismiss Amended Complaint (Doc. 146) In Part (Doc. No. 150) ("Motion to Dismiss in Part") as follows:

1. On September 12, 2022, Private Plaintiffs filed a Consent Motion for Leave to file a Second Amended Complaint (Doc. 153), in light of certain representations made by Defendants' counsel on the record during the May 5 and 6, 2022 hearing and findings by the Court regarding the intended scope of the Act, as documented in this Court's May 13, 2022 Preliminary Injunction Order and Opinion (Doc. 107), and after conferring with Defendants' counsel regarding their Motion to Dismiss in Part. The proposed Second Amended Complaint withdraws Counts III, IV, and V of the First Amended Complaint, as well as the claims asserted by Plaintiff Rev. Paul A. Eknes-Tucker.

2. If this Court grants Plaintiffs' Consent Motion for Leave to File a Second Amended Complaint, Defendants' Motion to Dismiss In Part is rendered moot. If the Court is not inclined to allow the Second Amended Complaint, Private Plaintiffs respectfully request an additional seven (7) days to submit a response to Defendants' Motion to Dismiss the Amended Complaint in Part.

Respectfully submitted this 13th day of September, 2022.

       */s/ Melody H. Eagan*
       Melody H. Eagan (ASB-9780-D38M)
       Jeffrey P. Doss (ASB-4212-R62D)
       Amie A. Vague (ASB-4113-Q46I)
       LIGHTFOOT, FRANKLIN & WHITE LLC
       The Clark Building
       400 20th Street North

Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

J. Andrew Pratt (ASB-3507-J56P)
Misty L. Peterson (GA Bar No. 243715) (*pro hac vice*)
Adam Reinke (GA Bar No. 510426) (*pro hac vice*)
Gilbert Oladeinbo (GA Bar No. 669340) (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
404.572.4600
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com
goladeinbo@kslaw.com

Brent P. Ray (IL Bar No. 6291911) (*pro hac vice*)
Abigail Hoverman Terry (IL Bar No. 6327057) (*pro hac vice*)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
312.995.6333
bray@kslaw.com
ahoverman@kslaw.com

Michael B. Shortnacy (CA Bar No. 277035) (*pro hac vice*)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600

- 4 -

Los Angeles, CA 90071
213.443.4355
mshortnacy@kslaw.com

Asaf Orr (CA Bar No. 261650) (*pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
415.392.6257
aorr@nclrights.org

Jennifer L. Levi (MA Bar No. 562298) (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
617.426.1350
jlevi@glad.org

Scott D. McCoy (FL Bar No. 1004965) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
334.224.4309
scott.mccoy@splcenter.org

Diego A. Soto (ASB-3626-Y61S)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
334.604.1414
diego.soto@splcenter.org

Jessica L. Stone (GA Bar No. 275567) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
404.221.5837
jessica.stone@splcenter.org

Sarah Warbelow (MI Bar No. P66690) (*pro hac vice*)
Cynthia Weaver (NY Bar No. 5091848) (*pro hac vice*)
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
202.628.4160
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

## **CERTIFICATE OF SERVICE**

      I certify that, on September 13, 2022, I electronically filed the foregoing Response to Defendants' Motion to Dismiss Amended Complaint (Doc. 146) in Part with the Clerk of Court using the CM/ECF filing system, which will provide notice of such filing to all counsel of record.

                                        */s/ Melody H. Eagan*
                                        *Attorney for Plaintiffs*