IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Rev. Paul A. Eknes-Tucker, *et al.*, *Plaintiffs*, | )<br>)<br>)<br>) |
| United States of America, *Intervenor Plaintiff*, | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 2:22-cv-184-LCB |
| Hon. Steve Marshall, in his official capacity as Attorney General, of the State of Alabama, *et al.*, *Defendants*. | )<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR PARTIAL JUDGMENT ON THE
<u>UNITED STATES' PLEADINGS (DOC. 92)</u>**

Upon consideration of Defendants' motion for partial judgment on the United States' pleadings (Doc. 92), it is hereby:

ORDERED that the motion for partial judgment on the pleadings to the extent that the United States' claim is based on the subjective motivation, intent, or purpose of the Alabama Legislature in enacting the Vulnerable Child Compassion and Protection Act is GRANTED.

Dated: _____      BY THE COURT:

_____
LILES C. BURKE
UNITED STATES DISTRICT JUDGE