# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Rev. Paul A. Eknes-Tucker, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| United States of America, | ) ) ) |
| *Intervenor Plaintiff*, | ) ) ) |
| v. | ) )  Civil Action No. 2:22-cv-184-LCB ) |
| Hon. Steve Marshall, in his official capacity as Attorney General, of the State of Alabama, *et al.*, | ) ) ) ) |
| *Defendants*. | ) |

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF MOTIONS TO QUASH FILED BY NON-PARTIES EAGLE FORUM OF ALABAMA (DOC. 151) AND SOUTHEAST LAW INSTITUTE (DOC. 152)

Defendants respectfully move for leave to file the attached brief in support of non-parties Eagle Forum of Alabama's and Southeast Law Institute's motions to quash. *See* Docs. 151, 152. Plaintiffs and the United States consent.

As explained in the attached brief, the United States' subpoenas on private Alabama citizens raise serious First Amendment and legislative privilege issues, and Defendants are uniquely situated to address those issues. Moreover, as the Defendants just explained in their motion for partial judgment on the United States' pleadings (Doc. 157), the subpoenas demand information that is legally irrelevant to any

claim alleged in this case. Enforcing the subpoenas would set a dangerous precedent of the federal government harassing citizens whose policy views it dislikes. The Court should grant this motion and file the attached brief.

Respectfully submitted,

Steve Marshall
  *Attorney General*

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, South Carolina 29413
(843) 606-0640
CMills@Spero.law

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*
A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
  *Deputy Solicitors General*
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on September 19, 2022, which will serve all counsel of record.

s/ Edmund G. LaCour Jr.
*Counsel for Defendants*
