IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. |
| ) | 2:22-cv-184-LCB-SRW |
| and ) | |
| ) | Honorable Liles C. Burke |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| KAY IVEY, in her official capacity as ) | |
| Governor of the State of Alabama, *et al*. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION OF FREE SPEECH COALITION, *ET AL.* FOR LEAVE TO FILE
BRIEF *AMICUS CURIAE* IN SUPPORT OF
MOTION TO QUASH FILED BY EAGLE FORUM OF ALABAMA**

On the grounds and for the reasons set forth below, movants, through undersigned counsel, pursuant to F.R.Civ.P. 7, move this Court for leave to file a brief *amicus curiae* in support of Motion to Quash filed by Eagle Forum of Alabama.

Counsel for Plaintiffs, Defendants, and Plaintiff-Intervenor have either consented to or indicated that they do not object to this Motion and to the filing of the attached brief *amicus curiae*. This brief is being filed timely within 13 days of Eagle Forum of Alabama's Motion, and before the date set by the Court for the filing of oppositions to the motions to quash.

Movant Free Speech Coalition is exempt from federal income taxation under Section 501(c)(4) of the Internal Revenue Code ("IRC"). Movants Free Speech Defense and Education Fund, America's Future, U.S. Constitutional Right Legal Defense Fund, and

2

Conservative Legal Defense and Education Fund are exempt from federal income taxation under IRC Section 501(c)(3). Each organization participates actively in the public policy process to defend U.S. citizens' rights against government overreach, and has filed numerous *amicus curiae* briefs in federal and state courts.

Free Speech Coalition and Free Speech Defense and Education Fund are associations of nonprofit organizations engaged in the public policy process and for-profit firms who assist those nonprofit organizations in the exercise of constitutional rights by nonprofit organizations. Each was established, inter alia, for educational purposes related to participation in the public policy process, which purposes include programs to conduct research, and to inform and educate the public, on important issues of national concern, and the proper construction of state and federal constitutions and statutes.

## I. THIS MOTION PRESENTS A CONSTITUTIONAL MATTER OF GREAT IMPORTANCE.

The First Amendment protects various rights for all United States citizens, including the rights of speech, press, petition and association as well as the inherent right of anonymity. The DOJ's subpoena seeks to identify and expose individuals and organizations exercising their First Amendment rights. The harm to those liberties presented by the DOJ subpoenas, once done, cannot be undone, so it is of great importance to prevent that harm before it happens.

## II. THE *AMICUS CURIAE* BRIEF PRESENTS INFORMATION THAT WILL BE OF ASSISTANCE TO THE COURT IN ITS CONSIDERATION OF THE MOTION TO QUASH.

The movants' *amicus curiae* brief submitted with this Motion supports the position of Eagle Forum of Alabama's Motion to Quash.  However, the *amicus curiae* brief provides relevant authority and makes additional arguments in support of the Motion to Quash.  The *amicus* brief also argues other aspects of the First Amendment that protects the information being subpoenaed by the federal government.

## III. THE ACCEPTANCE OF BRIEFS *AMICUS CURIAE* HAS BEEN FOUND USEFUL IN CASES SUCH AS THIS.

District courts have inherent power to grant leave to file briefs *amicus curiae*, as they often "provide helpful analysis of the law[,] they have a special interest in the subject matter of the suit[,] or existing counsel is in need of assistance."  *Bryant v. Better Business Bureau of Greater Maryland, Inc.*, 923 F.Supp. 720, 728 (D. Md. 1996).  For the reasons stated above, it is believed, particularly in bringing to the attention of the Court important principles and authorities not fully addressed by the parties, that this *amicus* brief will inform the Court's effort to resolve the question before it.

Given the nationwide significance of this case, and its profound implications for all Americans and the organizations they support, movants respectfully request leave to file the accompanying brief *amicus curiae* in support of the Motion to Quash filed by Eagle Forum of Alabama.


4

Respectfully submitted,

   */s/ Phillip L. Jauregui*

| | |
|---|---|
| William J. Olson | Phillip L. Jauregui (Alabama Bar No. 921G433P) |
| William J. Olson, P.C. | Phillip Jauregui, LLC |
| 370 Maple Ave. W., Ste. 4 | 2700 Corporate Drive, Suite 200 |
| Vienna, VA  22180-5615 | Birmingham, AL 35242 |
| (703) 356-5070 | 205-314-4822 |
| wjo@mindspring.com | plj@jaureguillc.com |
| Co-counsel for *Amici* | Counsel for *Amici Curiae* |

September 20, 2022