IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:22-cv-184-LCB-CWB |
| ) | |
| STEVE MARSHALL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION OF 53 ORGANIZATIONS, FEDERAL AND STATE LEGISLATORS, AND INDIVIDUAL CITIZENS AS AMICI CURIAE IN SUPPORT OF NON-PARTY EAGLE FORUM OF ALABAMA'S OBJECTION TO AND MOTION TO QUASH DOCUMENT SUBPOENA**

Proposed amici consist of the following organizations, government officials, and private citizens (who sign in their individual capacities):

- Advancing American Freedom, Inc.
- Alabama Center for Law and Liberty
- America First Legal Foundation
- American Family Association, Inc.
- Americans United for Life
- The Buckeye Institute
- Cardinal Institute for West Virginia Policy
- Center for Arizona Policy
- Center for Family and Human Rights
- Citizens United
- Citizens United Foundation
- The Commonwealth Foundation for Public Policy Alternative
- Concerned Women for America
- Faith & Freedom Coalition
- The Family Action Council of Tennessee, Inc.
- The Foundation for Government Accountability
- Foundation for Moral Law
- Frontline Policy Council
- Independent Women's Forum
- John Locke Foundation
- Judicial Watch, Inc.

The Liberty Justice Center
Louisiana Family Forum
Manhattan Institute
Michigan Family Forum
Mountain States Legal Foundation
The National Right to Work Committee
Oklahoma Council of Public Affairs
Parental Rights Foundation
Pennsylvania Family Council
Private Citizen
Protect Our Kids
Public Interest Legal Foundation
The Religious RoundTable, Inc.
Susan B. Anthony Pro-Life America
Tea Party Patriots Action, Inc.
Tennessee Eagle Forum
Texas Public Policy Foundation

U.S. Congressman Robert B. Aderholt
U.S. Congressman Mo Brooks
U.S. Congressman Jerry L. Carl
U.S. Congressman Barry Moore
U.S. Congressman Gary Palmer
U.S. Congressman Mike Rogers

Alabama Sen. T. Christopher Elliott
Alabama Sen. J.T. "Jabo" Waggoner
Alabama Rep. Chip Brown
Alabama Rep. Arnold Mooney
Alabama Rep. Matt Simpson
Alabama Rep. Tim R. Wadsworth

Caroline M. Aderholt, Board Member of Concerned Women for America
Allen Mendenhall, Executive Director, Manuel H. Johnson Center for Political Economy
Hon. Hans von Spakovsky, Former Counsel to the Assistant Attorney General for Civil Rights at the U.S. Department of Justice (2002-2005) and former Commissioner on the Federal Election Commission (2006-2007), currently Senior Legal Fellow at the Heritage Foundation

Proposed amici respectfully move for leave to file an amicus brief in support of non-party Eagle Forum of Alabama's objection to and motion to quash the document

subpoena issued by the United States. The United States and Plaintiffs do not oppose this motion, and Defendants consent to this motion.

## INTEREST OF AMICI

Proposed amici consist of a wide range of organizations and individuals, from non-profit policy groups, to federal and state legislators, to individual citizens. All agree that the United States' subpoena in this case is a transparent use of the civil litigation process to chill the speech and political organizing of those who hold views contrary to those of the United States and the Department of Justice. The subpoena harms not just members of the public across all ideological and political spectra, but also legislators themselves, who benefit from hearing from their constituents without the specter of subsequent federal investigations seeking protected materials.

## ARGUMENT

District courts have broad discretion to allow participation of amici curiae. While this Court does not have specific rules for the filing of amicus briefs, it has inherent authority to allow them. When exercising that discretion, courts "err on the side of granting leave" because "[i]f an amicus brief that turns out to be unhelpful is filed, the [court], after studying the case, will often be able to make that determination without much trouble and can then simply disregard the amicus brief. On the other hand, if a good brief is rejected, the [court] will be deprived of a resource that might have been of assistance." *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3d Cir. 2002) (Alito, J.).

Proposed amici offer timely and useful information. This brief is submitted as quickly as it could be drafted and approved by the wide range of proposed amici, especially given the unexpected nature of the United States' subpoena, which is premised on a statement made months ago by the Court, and which is directed at a small, non-profit organization that is not even a party to this litigation.

Proposed amici's brief is also useful because it presents historical examples of governments that tried to intimidate and chill grassroots political organizing, dating back centuries. And proposed amici provide a full-throated First Amendment analysis of the United States' subpoena, with references to binding Supreme Court decisions and persuasive circuit court decisions. In doing so, proposed amici seek to assist the Court in evaluating Eagle Forum of Alabama's motion and why it should be granted, as well as the severe First Amendment burdens imposed simply by the issuance of the United States' subpoena.

## CONCLUSION

The Court should grant this motion and allow the proposed amici to file the attached brief.

Respectfully submitted this 20th day of September 2022.

| | |
|---|---|
| */s/ R. Trent McCotter* | */s/ AlbertL. Jordan* |
| C. Boyden Gray | Albert L. Jordan (ASB-5222-D51A) |
| (*pro hac vice* forthcoming) | WALLACE, JORDAN, RATLIFF & |
| R. Trent McCotter | BRANDT, L.L.C. |
| (*pro hac vice* forthcoming) | 800 Shades Creek Parkway, Suite 400 |
| BOYDEN GRAY & ASSOCIATES | Birmingham, Alabama 35209 |
| 801 17th Street NW., Suite 350 | (205) 874-0305 |
| Washington, DC 20006 | bjordan@wallacejordan.com |
| 202-706-5488 | |
| mccotter@boydengrayassociates.com | |

## CERTIFICATE OF SERVICE

I certify that on September 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Albert L. Jordan*
OF COUNSEL