IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:22-cv-184-LCB-CWB |
| ) | |
| STEVE MARSHALL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**

Proposed amici make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members, managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provision of the Middle District of Alabama's General Order No. 3047:

The following amici are government officials: U.S. Congressman Robert B. Aderholt; U.S. Congressman Mo Brooks; U.S. Congressman Jerry L. Carl; U.S. Congressman Barry Moore; U.S. Congressman Gary Palmer; U.S. Congressman Mike Rogers; Alabama Sen. T. Christopher Elliott; Alabama Sen. J.T. "Jabo" Waggoner; Alabama Rep. Chip Brown; Alabama Rep. Arnold Mooney; Alabama Rep. Matt Simpson; Alabama Rep. Tim R. Wadsworth.

The following amici are private individuals: Caroline M. Aderholt; Allen Mendenhall; Hon. Hans von Spakovsky.

The following amici are organizations that have no entities to be reported: Advancing American Freedom, Inc.; America First Legal Foundation; Americans

United for Life; The Buckeye Institute; Cardinal Institute for West Virginia Policy; Center for Arizona Policy; Center for Family and Human Rights; Citizens United; Citizens United Foundation; The Commonwealth Foundation for Public Policy Alternative; Concerned Women for America; Faith & Freedom Coalition; The Family Action Council of Tennessee, Inc.; The Foundation for Government Accountability; Foundation for Moral Law; Frontline Policy Council; Independent Women's Forum; John Locke Foundation; Judicial Watch, Inc.; The Liberty Justice Center; Louisiana Family Forum; Manhattan Institute; Mountain States Legal Foundation; The National Right to Work Committee; Oklahoma Council of Public Affairs; Parental Rights Foundation; Pennsylvania Family Council; Private Citizen; Protect Our Kids; Public Interest Legal Foundation; The Religious RoundTable, Inc.; Susan B. Anthony Pro-Life America; Tennessee Eagle Forum; Texas Public Policy Foundation

      The following amici have a reportable entity: Alabama Center for Law and Liberty reports a parent entity Alabama Policy Institute and two affiliates, Rightside Radio and 1819 News, that could potentially pose a financial or professional conflict; American Family Association, Inc. reports AFA Action as an affiliate that could potentially pose a financial or professional conflict; Michigan Family Forum reports The Family Policy Alliance as an affiliate that could potentially pose a financial or professional conflict; and Tea Party Patriots Action, Inc. reports Tea Party Patriots Foundation, Inc. as an affiliate that could potentially pose a financial or professional conflict.

Respectfully submitted this 20th day of September 2022.

| | |
|---|---|
| */s/ R. Trent McCotter* | */s/ AlbertL. Jordan* |
| C. Boyden Gray | Albert L. Jordan (ASB-5222-D51A) |
| (*pro hac vice* forthcoming) | WALLACE, JORDAN, RATLIFF & |
| R. Trent McCotter | BRANDT, L.L.C. |
| (*pro hac vice* forthcoming) | 800 Shades Creek Parkway, Suite 400 |
| BOYDEN GRAY & ASSOCIATES | Birmingham, Alabama 35209 |
| 801 17th Street NW., Suite 350 | (205) 874-0305 |
| Washington, DC 20006 | bjordan@wallacejordan.com |
| 202-706-5488 | |
| mccotter@boydengrayassociates.com | |

## **CERTIFICATE OF SERVICE**

 I certify that on September 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

           */s/ Albert L. Jordan*
           OF COUNSEL