# EXHIBIT A

# Aug. 4, 2022 United States' Emails to Eagle Forum of Alabama and Southeast Law Institute

| | |
|---|---|
| **From:** | Cheek, Jason (USAALN) |
| **To:** | melody@alabamaeagle.org |
| **Subject:** | Subpoena for Documents |
| **Date:** | Thursday, August 4, 2022 11:08:00 AM |

Dear Ms. Ciamarra,

In the coming days, the United States will issue a subpoena for documents to Eagle Forum of Alabama related to ongoing litigation.

Will you please let me know if your organization will accept the subpoena by FedEx sent to the following address:

> Eagle Forum of Alabama
> 4200 Stone River Circle
> Birmingham, AL 35213

If your organization requires the subpoena to be delivered by a different means or to a different address, kindly let me know.

Sincerely,
Jason

.......................................................
Jason R. Cheek
Deputy Chief, Civil Division
Assistant United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203
(205) 244-2104

| | |
|---|---|
| **From:** | Cheek, Jason (USAALN) |
| **To:** | AEJ@southeastlawinstitute.org |
| **Subject:** | Subpoena for Documents |
| **Date:** | Thursday, August 4, 2022 11:11:00 AM |

Dear Mr. Johnston,

In the coming days, the United States will issue a subpoena for documents to the Southeast Law Institute related to ongoing litigation.

Will you please let me know if your organization will accept the subpoena by FedEx sent to the following address:

    A. Eric Johnston
    Southeast Law Institute
    1200 Corporate Drive, Ste 107
    Birmingham, AL 35242

If your organization requires the subpoena to be delivered by a different means or to a different address, kindly let me know.

Sincerely,
Jason

........................................................
Jason R. Cheek
Deputy Chief, Civil Division
Assistant United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203
(205) 244-2104