# EXHIBIT B

# Aug. 9, 2022 United States' Email to Parties

| | |
|---|---|
| **From:** | Cheek, Jason (USAALN) |
| **To:** | Ahoverman@kslaw.Com; Areinke@kslaw.Com; Amie A. Vague; Aorr@nclrights.Org; Bray@kslaw.Com; cynthia.Weaver@hrc.Org; Diego.Soto@splcenter.Org; Goladeinbo@gmail.Com; Apratt@kslaw.Com; Jdoss@lightfootlaw.Com; Jlevi@glad.Org; Jessica.Stone@splcenter.Org; Meagan@lightfootlaw.Com; Mshortnacy@kslaw.Com; Mpeterson@kslaw.Com; Sarah.Warbelow@hrc.Org; Scott.Mccoy@splcenter.Org; cmills@spero.law; LaCour, Edmund; Davis, Jim; ben.seiss@alabamaag.gov; thomas.wilson@alabamaag.gov; Bowdre, Barrett |
| **Cc:** | Lareau, Alyssa (CRT); Montag, Coty (CRT); Dermody, Eliza (CRT); Powers, John (CRT); Toyama, Kaitlin (CRT); Woodke, Lane (USAALN); Marshall, Margaret (USAALN); Williams, Renee (CRT); Wadsworth, Stephen (USAALM) |
| **Subject:** | EKNES-TUCKER: Subpoenas for Documents |
| **Date:** | Tuesday, August 9, 2022 10:23:04 AM |
| **Attachments:** | EKNES_Subpoena_SLI_Subpoena_Scan.pdf<br>EKNES_Subpoena_EagleForumOfAlabama_Subpoena_Scan.pdf |

Counsel,

Attached are subpoenas for documents that will be issued shortly in *Eknes-Tucker et al. v. Marshall et al.*, No. 2:22-cv-00184-LCB (M.D. Ala.).

Sincerely,

Jason

........................................................

Jason R. Cheek

Deputy Chief, Civil Division

Assistant United States Attorney

Northern District of Alabama

1801 Fourth Avenue North

Birmingham, AL 35203

(205) 244-2104