# EXHIBIT E

# Aug. 19-Sept. 7, 2022
# Email Correspondence Between the United States and Representatives for Eagle Forum of Alabama and Southeast Law Institute

| | |
|---|---|
| **From:** | John Graham (7235) |
| **To:** | Cheek, Jason (USAALN) |
| **Cc:** | Toyama, Kaitlin (CRT) |
| **Subject:** | [EXTERNAL] RE: Eagle Forum of AL and Southeast Law Institute in Eknes-Tucker v. Marshall, No. 2:22cv184LCB (MDAL) |
| **Date:** | Wednesday, September 7, 2022 4:33:09 PM |

Sounds good.

---

**From:** Cheek, Jason (USAALN) <Jason.Cheek@usdoj.gov>
**Sent:** Wednesday, September 7, 2022 3:18 PM
**To:** John Graham (7235) <John.Graham@phelps.com>
**Cc:** Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>
**Subject:** RE: Eagle Forum of AL and Southeast Law Institute in Eknes-Tucker v. Marshall, No. 2:22cv184LCB (MDAL)

That's perfect. We'll call you then on your direct dial.

........................................................
Jason R. Cheek
Deputy Chief, Civil Division
Assistant United States Attorney
Northern District of Alabama
(205) 244-2104

---

**From:** John Graham (7235) <John.Graham@phelps.com>
**Sent:** Wednesday, September 7, 2022 3:05 PM
**To:** Cheek, Jason (USAALN) <JCheek@usa.doj.gov>
**Cc:** Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>
**Subject:** [EXTERNAL] RE: Eagle Forum of AL and Southeast Law Institute in Eknes-Tucker v. Marshall, No. 2:22cv184LCB (MDAL)

Jason, late morning tomorrow should work for me, say 11:00 a.m.?

---

**From:** Cheek, Jason (USAALN) <Jason.Cheek@usdoj.gov>
**Sent:** Wednesday, September 7, 2022 2:57 PM
**To:** John Graham (7235) <John.Graham@phelps.com>
**Cc:** Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>
**Subject:** RE: Eagle Forum of AL and Southeast Law Institute in Eknes-Tucker v. Marshall, No. 2:22cv184LCB (MDAL)

Good afternoon, John,

I'm reaching out to see if you have a few moments to discuss the motions to quash filed earlier

today on behalf of Eagle Forum of Alabama and the Southeast Law Institute in the above-referenced suit? If you're willing and able to discuss, I have a fair amount of free time tomorrow and Friday afternoon. We can also set something for next week.

If you would like to discuss, I'd be appreciative if you could provide me with some days and times that are convenient for you.

Thanks,
Jason
..........................................................
Jason R. Cheek
Deputy Chief, Civil Division
Assistant United States Attorney
Northern District of Alabama
(205) 244-2104

**From:** John Graham (7235) <John.Graham@phelps.com>
**Sent:** Monday, August 22, 2022 10:32 AM
**To:** Cheek, Jason (USAALN) <JCheek@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Eagle Forum of AL and Southeast Law Institute in Eknes-Tucker v. Marshall, No. 2:22cv184LCB (MDAL)

Thanks, I did (little less legal work involved given your courteous extension), and I hope you did also.

**From:** Cheek, Jason (USAALN) <Jason.Cheek@usdoj.gov>
**Sent:** Monday, August 22, 2022 8:19 AM
**To:** John Graham (7235) <John.Graham@phelps.com>; Mike Hurst (3330) <Mike.Hurst@phelps.com>
**Subject:** RE: Eagle Forum of AL and Southeast Law Institute in Eknes-Tucker v. Marshall, No. 2:22cv184LCB (MDAL)

Thanks, John. I appreciate the heads-up. Hope you had a nice weekend.

..........................................................
Jason R. Cheek
Deputy Chief, Civil Division
Assistant United States Attorney
Northern District of Alabama
(205) 244-2104

**From:** John Graham (7235) <John.Graham@phelps.com>
**Sent:** Monday, August 22, 2022 6:20 AM
**To:** Cheek, Jason (USAALN) <JCheek@usa.doj.gov>; Mike Hurst (3330) <Mike.Hurst@phelps.com>
**Subject:** [EXTERNAL] RE: Eagle Forum of AL and Southeast Law Institute in Eknes-Tucker v. Marshall,

No. 2:22cv184LCB (MDAL)

Jason, I appreciate this courtesy. We do plan to object to and move to quash the subpoenas, and will plan to file those by September 7th. Thanks again.

_____

**John M. Graham**
Phelps Dunbar LLP
2001 Park Place North
Suite 700
Birmingham, AL 35203
Direct: 205-716-5235
Fax: 205-716-5389
Email: john.graham@phelps.com

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Cheek, Jason (USAALN) <Jason.Cheek@usdoj.gov>
**Sent:** Saturday, August 20, 2022 3:05 PM
**To:** Mike Hurst (3330) <Mike.Hurst@phelps.com>
**Cc:** John Graham (7235) <John.Graham@phelps.com>
**Subject:** RE: Eagle Forum of AL and Southeast Law Institute in Eknes-Tucker v. Marshall, No. 2:22cv184LCB (MDAL)

Mike,

Thanks so much for the clarification. I did get the impression from our prior conversation that documents would be produced in response to the subpoena. I appreciate you being up front.

In light of the possibility that the third-parties' responses may challenge the entirety of the subpoena, can you please provide me with your clients' responses to the subpoena on September 7?

I look forward to working with you.

Thanks,
Jason
......................................................
Jason R. Cheek

Deputy Chief, Civil Division
Assistant United States Attorney
Northern District of Alabama
(205) 244-2104

---

**From:** Mike Hurst (3330) <Mike.Hurst@phelps.com>
**Sent:** Friday, August 19, 2022 5:13 PM
**To:** Cheek, Jason (USAALN) <JCheek@usa.doj.gov>; Mike Hurst (3330) <Mike.Hurst@phelps.com>
**Cc:** John Graham (7235) <John.Graham@phelps.com>
**Subject:** [EXTERNAL] Re: Eagle Forum of AL and Southeast Law Institute in Eknes-Tucker v. Marshall, No. 2:22cv184LCB (MDAL)

Hey Jason, thanks again for your response. John raised a good point with me, and we want to make sure we're clear and up front as to what I was requesting.

In my requesting an extension to respond to the subpoena, our response will most likely include our objection to the subpoena and it's request for improper items.

Again, we just got the case, so we have more research to do, but our initial reaction to reading it was that we would need to challenge some, if not all, of the subpoena on behalf of the clients.

I'm sorry if my previous email wasn't clear, as I didn't want to leave the wrong impression that "response" necessarily meant "producing." Just wanted to clarify.

Thanks and have a great weekend.

Mike

---

**From:** Cheek, Jason (USAALN) <Jason.Cheek@usdoj.gov>
**Sent:** Friday, August 19, 2022 4:36 PM
**To:** Mike Hurst (3330) <Mike.Hurst@phelps.com>
**Cc:** John Graham (7235) <John.Graham@phelps.com>
**Subject:** RE: Eagle Forum of AL and Southeast Law Institute in Eknes-Tucker v. Marshall, No. 2:22cv184LCB (MDAL)

Mike,

Very glad we connected. I'll get with my team and will be in touch early next week.

Hope you have a nice weekend,
Jason
........................................................
Jason R. Cheek
Deputy Chief, Civil Division

Assistant United States Attorney
Northern District of Alabama
(205) 244-2104

---

**From:** Mike Hurst (3330) <Mike.Hurst@phelps.com>
**Sent:** Friday, August 19, 2022 4:10 PM
**To:** Cheek, Jason (USAALN) <JCheek@usa.doj.gov>
**Cc:** John Graham (7235) <John.Graham@phelps.com>
**Subject:** [EXTERNAL] Eagle Forum of AL and Southeast Law Institute in Eknes-Tucker v. Marshall, No. 2:22cv184LCB (MDAL)

Jason,

Great talking with you this afternoon.  Thanks again for the call back.  And I appreciate your kind consideration of our request for an extension to respond to subpoenas to our two clients above.  I look forward to hearing back from you on whether our new deadline will be September 2nd or 9th.

My contact info is below, and you have my cell if you need me: 601-665-3322.

Thanks again and have a great weekend.

Mike

_____
**Mike Hurst**
Phelps Dunbar LLP
4270 I-55 North
Jackson, MS 39211
Direct: 601-360-9330
Fax: 601-360-9777
Email: mike.hurst@phelps.com

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.