IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Intervenor, | ) Case No. 2:22-cv-184-LCB-CWB |
| | ) |
| v. | ) |
| | ) |
| STEVE MARSHALL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Plaintiff-Intervenor United States of America, by and through Prim F. Escalona, Untied States Attorney for the Northern District of Alabama, hereby gives Notice of Appearance of Robert Cooper Pickren, Assistant United States Attorney, as additional counsel of record for the United States in the above-captioned case.

\* \* \*

Dated: September 22, 2022

Respectfully submitted,

PRIM F. ESCALONA
UNITED STATES ATTORNEY

**s/Robert C. Pickren**
Robert C. Pickren
Assistant United States Attorney
1801 4th Avenue North
Birmingham, Alabama 35203
Tel.: (205) 244-2001
Fax: (205) 244-2181
cooper.pickren@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

Respectfully submitted,

**s/Robert C. Pickren**
Robert C. Pickren
Assistant U.S. Attorney