### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 2:22-cv-184-LCB-CWB |
| ) | |
| **STEVE MARSHALL**, *et al.*, ) | |
| ) | |
|     **Defendants.** ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), Albert L. Jordan, of Wallace, Jordan, Ratliff & Brandt, LLC, a member in good standing of the Alabama Bar, and of the United States District Court for the Middle District of Alabama, hereby moves this Honorable Court for entry of an order admitting C. Boyden Gray of Boyden Gray & Associates PLLC to practice before the Court *pro hac vice* on behalf of the organizations, state and federal legislators, and other amici in support of non-party Eagle Forum of Alabama in the above-captioned matter.

    1.    C. Boyden Gray is an attorney who lives in the District of Columbia. He is the founding partner of Boyden Gray & Associates PLLC, 801 17th St. NW, Suite 350, Washington, DC 20006. His phone number is 202-955-0620, and his email address is info@boydengrayassociates.com.

    2.    C. Boyden Gray's Certificate of Good Standing from the U.S. District Court for the District of Columbia is attached hereto as Exhibit A.

3. C. Boyden Gray is a member in good standing and eligible to practice before every court to which he is admitted.

WHEREFORE, Movant respectfully requests that this Honorable Court enter an order granting C. Boyden Gray leave to appear pro hac vice on behalf of the amici in this matter.

Respectfully submitted this 23rd day of September 2022.

*s/ Albert L. Jordan*
Albert L. Jordan (ASB-5222-D51A)
bjordan@wallacejordan.com

Of Counsel:
Wallace, Jordan, Ratliff & Brandt, L.L.C.
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Telephone: (205) 874-0305
Facsimile: (205) 874-3250

## **CERTIFICATE OF SERVICE**

I certify that on September 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Albert L. Jordan*
Albert L. Jordan (ASB-5222-D51A)
bjordan@wallacejordan.com
