# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 2:22-cv-184-LCB-CWB |
| ) | |
| **STEVE MARSHALL**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## CONFLICT DISCLOSURE STATEMENT

Proposed *amicus* makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members, managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3407:

National Republican Redistricting Trust is a trust that has no trustees to be reported that could pose a financial or professional conflict.

Respectfully submitted this 28th day of September 2022.

| | |
|---|---|
| */s/ Wendy Padilla-Madden* | */s/ Jason Torchinsky* |
| Wendy Ann Padilla-Madden (ASB-5307-W71M) | Jason Torchinsky |
| GLOBAL BUSINESS ADVISORS, LLC | (*pro hac vice* forthcoming) |
| 249 Lyon Lane | HOLTZMAN VOGEL BARAN |
| Birmingham, AL 35211 | TORCHINSKY & JOSEFIAK, PLLC |
| (205) 558-8633 (telephone) | 2300 N Street NW, Suite 643A |
| (205) 732-7036 (facsimile) | Washington, DC 20037 |
| wendy@gba.law | (540) 341-8808 (telephone) |
| | (540) 341-8809 (facsimile) |
| | jtorchinsky@holtzmanvogel.com |