IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   No. 2:22-cv-184-LCB-CWB |
| | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.1(b), Wendy Padilla-Madden, of Global Business Advisors, LLC, 249 Lyon Lane, Birmingham, AL 35211, a member in good standing of the Alabama Bar, and of the United States District Court for the Middle District of Alabama, hereby moves this Honorable Court for entry of an order admitting Jason B. Torchinsky of Holtzman Vogel Baran Torchinsky & Josefiak PLLC to practice before the Court *pro hac vice* on behalf of the National Republican Redistricting Trust in the above-captioned matter.

1. Jason B. Torchinsky is an attorney who lives in the Commonwealth of Virginia. He is a partner at Holtzman Vogel Baran Torchinsky & Josefiak PLLC, 2300 N Street NW, Suite 643A, Washington, DC 20037. His phone number is (202) 737-8808, and his email address is jtorchinsky@holtzmanvogel.com.

2. Jason B. Torchinsky's Certificate of Good Standing from the U.S. District Court for the District of Columbia is attached hereto as Exhibit A.

3. Jason B. Torchinsky is a member in good standing and eligible to practice before every court to which he is admitted.

WHEREFORE, Movant respectfully requests that this Honorable Court enter an order

granting Jason B. Torchinsky leave to appear *pro hac vice* on behalf of the National Republican Redistricting Trust.

Respectfully submitted this 28th day of September 2022.

/s/ Wendy Padilla-Madden
Wendy Ann Padilla-Madden
Bar #: 5307W71M
GLOBAL BUSINESS ADVISORS, LLC
249 Lyon Lane
Birmingham, AL 35211
(205) 558-8633 (telephone)
(205) 732-7036 (facsimile)
wendy@gba.law

*Counsel for Intervenor-Defendant*
*National Republican Redistricting Trust*

## CERTIFICATE OF SERVICE

I certify that on September 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                    */s/* Wendy Padilla-Madden
                                                                    Wendy Padilla-Madden

# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Jason Torchinsky

was duly qualified and admitted on September 10, 2007 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 28, 2022.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*