AO 136RD (Rev. 8/93)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        )
                                )
                                ) ss.
                                )
EASTERN DISTRICT OF VIRGINIA    )

I, FERNANDO GALINDO, Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division,

DO HEREBY CERTIFY that ____JASON B. TORCHINSKY____,

ID #__47481__ was duly admitted to practice in said Court on __09/27/2013__ and is in good standing as a member of the bar of said Court.

FERNANDO GALINDO, CLERK

By: _____
         Deputy Clerk

Dated at Richmond, Virginia
On October 4, 2022.