IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. |
| ) | 2:22-cv-184-LCB-SRW |
| and ) | |
| ) | Honorable Liles C. Burke |
| STEVE MARSHALL, *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.1(b), Phillip L. Jauregui, of Phillip Jauregui, LLC, a member in good standing o fthe Alabama Bar, and of the United States District Court for the Middle District of Alabama, hereby moves this Honorable Court for entry of an order admitting William J. Olson, of William J. Olson, P.C. to practice before the Court *pro hac vice* on behalf of *amicus curiae* Free Speech Coalition, *et al.*, in the above-captioned matter.

1. William J. Olson is an attorney who lives in the Commonwealth of Virginia. He is the principal of William J. Olson, P.C., 370 Maple Avenue West, Suite 4, Vienna, VA 22180. His phone number is 703-356-5070, and his email address is wjo@mindspring.com.

2. William J. Olson's Certificate of Good Standing from the U.S. District Court for the Eastern District of Virginia is attached hereto as Exhibit A.

3. William J. Olson is a member in good standing and eligible to practice before every court to which he is admitted.

WHEREFORE, Movant respectfully requests that this Honorable Court enter an order granting William J. Olson leave to appear *pro hac vice* on behalf of the *amici* in this matter.

2

Respectfully submitted this 3rd day of October 2022.

                                              Respectfully submitted,

                                              */s/ Phillip L. Jauregui*
                                              Phillip L. Jauregui (Alabama Bar No. 921G433P)
                                              Phillip Jauregui, LLC
                                              2700 Corporate Drive, Suite 200
                                              Birmingham, AL 35242
                                              205-314-4822
                                              plj@jaureguillc.com
                                              Counsel for *Amici Curiae*

## CERTIFICATE OF SERVICE

I certify that on October 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                               */s/ Phillip L. Jauregui*
                                       Phillip L. Jauregui (Alabama Bar No. 921G433P)

# EXHIBIT A

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

_____Eastern_____ DISTRICT OF _____Virginia_____

**CERTIFICATE OF GOOD STANDING**

I, _____Fernando Galindo_____, Clerk of this Court,

certify that _____William Jeffrey Olson_____, Bar # _____15841_____,

was duly admitted to practice in this Court on

_____11/11/1977_____, and is in good standing
                DATE

as a member of the Bar of this Court.

Dated at _____Alexandria_____ on _____3/10/2015_____.
              LOCATION                              DATE

Fernando Galindo, Clerk
_____
CLERK

*[signature]*
_____
DEPUTY CLERK