# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; *et al.*, <br><br> Defendants. | Case No. 2:22-cv-184-LCB-CWB <br><br> Honorable Liles C. Burke |

## NOTICE REGARDING SUBPOENAS TO THIRD PARTIES EAGLE FORUM OF ALABAMA AND SOUTHEAST LAW INSTITUTE

The United States hereby informs the Court that it has narrowed the scope of the document subpoenas served on Eagle Forum of Alabama ("EFA") and Southeast Law Institute ("SLI") to reduce the burden of production on EFA and SLI and to narrow the issues before the Court in advance of the hearing on their motions to quash (ECF Nos. 151 and 152).

Following multiple efforts to meet and confer, the United States has informed EFA and SLI that it now only seeks any medical studies or literature referenced in Section 2 of VCAP, and that the United States would be filing the instant notice with the Court. The United States also notified Private Plaintiffs and Defendants of the same.

Dated: October 7, 2022                         Respectfully submitted,

SANDRA J. STEWART                              KRISTEN CLARKE
United States Attorney                         Assistant Attorney General
Middle District of Alabama                     Civil Rights Division

PRIM F. ESCALONA                               JOHNATHAN SMITH
United States Attorney                         Deputy Assistant Attorney General
Northern District of Alabama                   Civil Rights Division

LANE H. WOODKE                                    */s/ John Powers*
Chief, Civil Division                          JOHN POWERS (DC Bar No. 1024831)
Northern District of Alabama                   Counsel to the Assistant Attorney General
                                               Civil Rights Division

JASON R. CHEEK
Deputy Chief, Civil Division                   CHRISTINE STONEMAN
MARGARET L. MARSHALL                           Chief, Federal Coordination and Compliance
Assistant U.S. Attorney                        Section
ROBERT C. PICKREN
Assistant U.S. Attorney                        COTY MONTAG (DC Bar No. 498357)

1

U.S. Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203
Tel.: (205) 244-2104
Jason.Cheek@usdoj.gov
Margaret.Marshall@usdoj.gov

STEPHEN D. WADSWORTH
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, AL 36101-0197
Tel.: (334) 223-7280
Stephen.Wadsworth@usdoj.gov

Deputy Chief, Federal Coordination and
Compliance Section

ALYSSA C. LAREAU (DC Bar No. 494881)
RENEE WILLIAMS (CA Bar No. 284855)
KAITLIN TOYAMA (CA Bar No. 318993)
Trial Attorneys
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance
Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 305-2994
Alyssa.Lareau@usdoj.gov
Renee.Williams3@usdoj.gov
Kaitlin.Toyama@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

s/ *John Powers*
Counsel to the Assistant Attorney General
Civil Rights Division
U.S. Department of Justice