**John Graham (7235)**

| | |
|---|---|
| **From:** | Cheek, Jason (USAALN) <Jason.Cheek@usdoj.gov> |
| **Sent:** | Friday, October 7, 2022 2:47 PM |
| **To:** | John Graham (7235) |
| **Subject:** | RE: Eagle Forum of AL and Southeast Law Institute in Eknes-Tucker v. Marshall, No. 2:22cv184LCB (MDAL) |

Good afternoon, John,

I called earlier, but I understand that you are out of the office today.

I wanted to let you know that the United States has decided to withdraw the subpoenas to Eagle Forum of Alabama and Southeast Law Institute. A notice informing the Court of this will be filed in short order.

I hope you have a nice weekend,
Jason
.......................................................
Jason R. Cheek
Deputy Chief, Civil Division
Assistant United States Attorney
Northern District of Alabama
(205) 244-2104

---

**From:** John Graham (7235) <John.Graham@phelps.com>
**Sent:** Thursday, September 15, 2022 8:16 AM
**To:** Cheek, Jason (USAALN) <JCheek@usa.doj.gov>
**Cc:** Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>
**Subject:** [EXTERNAL] RE: Eagle Forum of AL and Southeast Law Institute in Eknes-Tucker v. Marshall, No. 2:22cv184LCB (MDAL)

Jason, thanks for your email and the narrowing of the subpoenas.  Unfortunately, all of the problems with the subpoenas that we outlined in the motions to quash – including but certainly not limited to the First Amendment privilege issues – still apply to the subpoenas as narrowed to the topics enumerated in your email.  My clients' position has not changed.

**John M. Graham**
Phelps Dunbar LLP
2001 Park Place North
Suite 700
Birmingham, AL 35203
Direct: 205-716-5235
Fax: 205-716-5389
Email: john.graham@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are

1

EXHIBIT A

not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

---

**From:** Cheek, Jason (USAALN) <Jason.Cheek@usdoj.gov>
**Sent:** Wednesday, September 14, 2022 8:35 AM
**To:** John Graham (7235) <John.Graham@phelps.com>
**Cc:** Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>
**Subject:** RE: Eagle Forum of AL and Southeast Law Institute in Eknes-Tucker v. Marshall, No. 2:22cv184LCB (MDAL)

Good morning, John,

Thanks again for making time last Thursday to discuss the motions to quash with us.

In the meantime, we've had additional time to review your clients' filings. Several of our subpoena requests were designed to confirm that Southeast Law Institute and/or Eagle Forum of Alabama drafted or assisted in drafting VCAP or its predecessor bills. In light of Southeast Law Institute's acknowledgment that it assisted in the legal research and drafting of a bill for the sponsors of VCAP, and Eagle Forum of Alabama's statement that it developed proposed legislation to be considered by legislators, as stated in the organizations' motions to quash and accompanying declarations, the United States is willing to narrow the materials sought in both subpoenas at this time to Requests Nos. 1, 2, 4, 5, and 6. We are open to accepting production on a rolling basis.

I also want to reiterate what I stated during our phone call last week--the United States' subpoena should not be read to seek membership lists from Eagle Forum of Alabama or the Southeast Law Institute. If your clients have any counter proposals or questions, or any other suggestions for ways to narrow the issues before the Court, we are happy to discuss.

Sincerely,
Jason

........................................................
Jason R. Cheek
Deputy Chief, Civil Division
Assistant United States Attorney
Northern District of Alabama
(205) 244-2104