

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **KURT ROBERT HILBERT, State Bar No. 352877,** was duly admitted to practice in said Court on 11/14/2002 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 20th day of October, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Beverly Creech
Deputy Clerk