**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **BRIANNA BOE**, *et al.* | ) |
|     *Plaintiffs,* | ) |
| | ) **Civil Action No. 2:22 cv-184-LCB-CWB** |
| **And** | ) |
| | ) **Honorable Liles C. Burke** |
| **UNITED STATES OF AMERICA,** | ) |
|     *Plaintiff-Intervenor,* | ) |
| **v.** | ) |
| | ) |
| **STEVE MARSHALL**, *et al.,* | ) |
|     *Defendants.* | ) |

**APPLICATION FOR ADMISSION PRO HAC VICE**

COMES NOW the undersigned, pursuant to Local Rule 83.1(b), and as otherwise allowed by law, does hereby apply to this Honorable Court for admission to practice *pro hac vice*, in the above captioned case. In support of this Application, the undersigned do hereby state, under penalty of perjury, the following:

1. Kurt R. Hilbert and Christopher J. Gardner personally reside in Roswell, Georgia.
2. We maintain law offices at 205 Norcross Street, Roswell, Georgia 30075 under the name The Hilbert Law Firm, LLC.
3. The email address of Mr. Hilbert is khilbert@hilbertlaw.com and the email of Mr. Gardner is cgardner@hilbertlaw.com; the firm telephone (work) number is (770) 551-9310; and the firm facsimile number is (770) 551-9311.
4. Mr. Hilbert is admitted to practice in the following courts:
   a. The Georgia Supreme Court and all local and county superior and state courts (admitted June 21, 2002).

    b. The United States District Court for the Northern District of Georgia (admitted Nov. 14, 2002).

    c. The United States Supreme Court (admitted May 22, 2017).

5. Mr. Gardner is admitted to practice in the following courts:

    a. The State of Virginia courts (admitted October 30, 2015)

    b. The United States District Court for the Northern District of Georgia (admitted April 5, 2022).

    c. The Fulton County Superior Court (admitted March 18, 2022).

6. Mr. Hilbert and Mr. Gardner are currently in good standing and eligible to practice in all courts to which they have been admitted.

7. Attached to this application are:

    a. Designation of local counsel [Attachment 1]; and

    b. A current Certificate of Good Standing from the United States District Court for the Northern District of Georgia [Attachment 2] for both Mr. Hilbert and Mr. Gardner.

Respectfully submitted, this 24th day of October 2022.

The Hilbert Law Firm, LLC

*/s/ Kurt R. Hilbert*

Kurt R. Hilbert
Ga Bar No. 352877

*/s/ Christopher J. Gardner*

Christopher J. Gardner
VA Bar No. 89191
GA Bar No. 163932
205 Norcross Street
Roswell, GA 30075
T: (770) 551-9310
F: (770)551-9311
khilbert@hilbertlaw.com
cgardner@hilbertlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **BRIANNA BOE**, *et al.* | ) | |
| *Plaintiffs,* | ) | |
| | ) | **Civil Action No.  2:22 cv-184-LCB-CWB** |
| **And** | ) | |
| | ) | **Honorable Liles C. Burke** |
| **UNITED STATES OF AMERICA,** | ) | |
| *Plaintiff-Intervenor,* | ) | |
| **v.** | ) | |
| | ) | |
| **STEVE MARSHALL**, *et al.*, | ) | |
| *Defendants.* | ) | |

## DESIGNATION OF LOCAL COUNSEL

**COMES NOW** the undersigned and does hereby designate the following attorneys, who are licensed to practice and in good standing before this Honorable Court, as local counsel in support of the attached Application for Admission *pro hac vice:*

Algert S. Agricola, Jr.
Agricola Law, LLC
127 South 8th Street
Opelika, AL 36801
T: (334) 759-7557
F: (334) 759-7558
al@agricolalaw.com

Mr. Algert S. Agricola, Jr. consents to this designation as indicated by  signature

below:

Algert S. Agricola, Jr.

Respectfully submitted, this 24th day of October 2022.

/s/ Kurt R. Hilbert

Kurt R. Hilbert
Ga Bar No. 352877
Christopher J. Gardner
VA Bar No. 89191
GA Bar No. 163932
The Hilbert Law Firm, LLC
205 Norcross Street
Roswell, GA 30075
T: (770) 551-9310
F: (770)551-9311
khilbert@hilbertlaw.com
cgardner@hilbertlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.* <br>    *Plaintiffs,* <br><br> **And** <br><br> **UNITED STATES OF AMERICA,** <br>    *Plaintiff-Intervenor,* <br> **v.** <br><br> **STEVE MARSHALL**, *et al.,* <br>    *Defendants.* | ) <br> ) <br> ) **Civil Action No. 2:22 cv-184-LCB-CWB** <br> ) <br> ) **Honorable Liles C. Burke** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The Court, having considered Mr. Hilbert and Mr. Gardner's Application for Admission *pro hac vice* pursuant to Local Rule 83.1(b), and being satisfied that Mr. Hilbert and Mr. Gardner meet the requirements for such admission, does hereby GRANT the application and Mr. Hilbert and Mr. Gardner shall be permitted to appear in the above captioned case. Algert S. Agricola, Jr., of Opelika, Alabama, a member in good standing of the Bar of this Court, is designated local counsel.

SO ORDERED this ____ day of _____ 2022.

 

 

                                              **_____**
                                              **Magistrate Judge**

## CERTIFICATE OF SERVICE

I certify that on October 24, 2022, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to all counsel of record.

Counsel for *Amicus Curiae* Tea Party
Patriots Foundation, Inc.