

# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

    I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

    **DO HEREBY CERTIFY** that **CHRISTOPHER JAMES GARDNER, State Bar No. 163932,** was duly admitted to practice in said Court on 04/05/2022 and is in good standing as a member of the bar of said Court.

    Dated at Atlanta, Georgia, this 20th day of October, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Beverly Creech
Deputy Clerk

