# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| and | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| *Plaintiff-Intervenor*, | ) ) ) |
| v. | ) ) |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) ) ) ) |
| *Defendants*. | ) |

No. 2:22-cv-00184-LCB-CWB
Hon. Liles C. Burke

## [PROPOSED] AMENDED SCHEDULING ORDER

Upon consideration of the Defendants and Private Plaintiffs' Unopposed Motion for Amendment to Scheduling Order, and for good cause shown, the motion is GRANTED.

The Court's scheduling order, doc. 135, is amended as follows:

**Discovery Cutoff:** All discovery must be commenced in time to be completed by June 9, 2023.

**Dispositive Motions:** All potentially dispositive motions, including *Daubert* motions, must be filed by July 14, 2023.

**Expert Testimony:** Unless modified by court order for good cause shown, the disclosures of expert witnesses – including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert – are due:

From plaintiffs by January 23, 2023.

From defendants by March 20, 2023.

**Final Lists:** Lists of trial witnesses and exhibits must be filed by September 12, 2023. Any objections to such lists, including objections under Federal Rule of Civil Procedure 26(a)(3), must be filed within fourteen days thereafter.

**Trial:** The parties shall be ready for trial by October, 2023.

All other requirements of the July 15, 2022 Scheduling Order, doc. 135, remain in effect.

DONE and ORDERED this _____ day of _____, _____.

_____
Liles C. Burke
U.S. District Judge