IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al.; ) <br> ) <br> Plaintiffs, ) <br> ) <br> and ) <br> ) <br> UNITED STATES OF ) <br> AMERICA, ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> vs. ) <br> ) <br> STEVE MARSHALL, in his ) <br> official capacity as Attorney ) <br> General of the State of Alabama; ) <br> et al.; ) <br> ) <br> Defendants. ) | Civil Action No. <br> 2:22-cv-00184-LCB |

## SECOND DECLARATION OF REBECCA GERRITSON

I, Rebecca ("Becky") Gerritson, pursuant to 28 U.S.C.A. § 1746 (pertaining to declarations), declare under penalty of perjury that the following statements by me are true and correct to the best of my knowledge. I am over the age of nineteen (19) years and qualified to make this declaration, which is made from personal knowledge. This Declaration is given in support of Eagle Forum of Alabama's (EFA) Motion for Sanctions against the Intervenor plaintiff, United States of America, Department of Justice (DOJ or Government).

1

EXHIBIT B

1. I am the Executive Director of Eagle Forum of Alabama (EFA), and a lawfully registered legislative advocate. I have served EFA in that role since January 2019. As the only full-time salaried employee of EFA, I have spent at least 75% of my time, since the USDOJ subpoena was served, defending EFA against the DOJ's unwarranted subpoena demands which also carry the threat of civil penalty or perjury.

2. EFA is a lawfully operating Alabama grassroots lobbying organization serving thousands of Alabama citizens since the early 1970's. We are a 501(c)(4) social welfare organization permitted to petition the government. The Constitution protects EFA's rights to free speech, free association, freedom of the press, right to be free of unwarranted searches and to petition the government.

3. The DOJ's willful disregard of EFA's Constitutional rights and its intentional harassment and intimidation tactics through this subpoena process has been costly to our organization on many levels. There has been acute stress unnecessarily placed on EFA leadership, among the voluntary board members and thousands of members across the State, not to mention affiliates across the country offering similar legislation. There have been hundreds of man-hours expended that cannot be replaced or regained. We will never know how many potential members or donors have been turned away or discouraged in their political involvement because of the chilling effect of the DOJ's subpoena. The DOJ must be discouraged

from wasting our limited resources and chilling our Constitutional rights and placing an undue burden on us and other advocacy organizations and individuals in the future.

4. For all these reasons, I respectfully urge the Court to enter sanctions to include compensatory damages to EFA to make up for the loss to our organization.

Signed this 3rd day of November, 2022.

By: _____
Rebecca Gerritson