IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al.;<br><br>    Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Intervenor,<br><br>vs.<br><br>STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; et al.;<br><br>    Defendants. | Civil Action No.<br>2:22-cv-00184-LCB |

## **DECLARATION OF EUNIE SMITH**

I, Eunice W. Smith (Eunie Smith), pursuant to 28 U.S.C.A. § 1746 (pertaining to declarations), declare under penalty of perjury that the following statements by me are true and correct to the best of my knowledge. I am over the age of nineteen (19) years and qualified to make this declaration, which is made from personal knowledge. This Declaration is given in support of Eagle Forum of Alabama's (EFA) Motion for Sanctions against the Intervenor plaintiff, United States of America, Department of Justice (DOJ or Government).

1

1.   I am currently the President of Eagle Forum of Alabama (EFA). I have been a full-time volunteer for over 45 years. EFA is an Alabama grassroots organization comprised of thousands of Alabama citizens. On behalf of EFA and all our national affiliates across the country, we greatly appreciate the Court's decision to quash the DOJ subpoena.

2.   Since August 4, 2022 (when I first received an email about this matter), I have spent untold hours away from other obligations as a full-time EFA volunteer and as an engaged family member in order to consult with legal counsel, potential legal representation, EFA board members and field phone calls from leaders of other national and state organizations and elected officials with regard to the subpoena and Eagle Forum's responses to the continually changing position of the DOJ.

3.   EFA, as a prominent reasoned voice in the public square on public policy, has a profound responsibility to defend not only the future effectiveness of our own organization, but the Constitutional rights of every other advocacy organization and individuals in Alabama and around the country, regardless of political persuasion, which might be subject to future political harassment and intimidation if they disagree with the current Administration. This is why we exist, and this is why we chose to fight the subpoena.

4.   The value of our cost has been immeasurable. The volunteer hours expended by Counsel Margaret Clarke, Esq., and by me as President reflect some 75

years of experience in public policy lobbying and legislating and are difficult to monetize. Becky Gerritson is paid a salary as Executive Director of EFA (much lower than her actual worth to the organization), but has had to neglect her normal duties in order to assist with EFA's defense of the unjust DOJ subpoena.

5. For all these reasons, I respectfully urge the Court to enter sanctions that will include compensating EFA for its losses outlined above caused by the DOJ's improper subpoena.

Signed this __3rd__ day of November, 2022.

By: *Eunice W. Smith*
Eunice W. Smith