# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE, et al.;** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **UNITED STATES OF** ) | **Civil Action No.** |
| **AMERICA,** ) | **2:22-cv-00184-LCB** |
| ) | |
| **Plaintiff-Intervenor,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **STEVE MARSHALL, in his** ) | |
| **official capacity as Attorney** ) | |
| **General of the State of Alabama;** ) | |
| **et al.;** ) | |
| ) | |
| **Defendants.** ) | |

## DECLARATION OF JOHN M. GRAHAM

I, John M. Graham, pursuant to 28 U.S.C.A. § 1746 (pertaining to declarations), declare under penalty of perjury that the following statements by me are true and correct to the best of my knowledge:

1.  I am John M. Graham, and I am over the age of nineteen (19) years and in no way disqualified from making this declaration, which is made from personal knowledge. I am a licensed Alabama attorney in private practice with the law firm of Phelps Dunbar LLP, and have represented non-parties Eagle Forum of Alabama

("EFA") and Southeast Law Institute ("SLI") in this matter with regard to the document subpoenas served on them by the United States Department of Justice ("DOJ").

2. I have been in the private practice of law since 1992, practicing particularly in the area of civil litigation.

3. With my law firm's consent and assistance, I have represented EFA and SLI in this matter on a *pro bono* basis because of the important First Amendment principles at stake in this case which, as the Court recognized at the October 14th hearing, do not change depending on what political party currently occupies the White House.

4. While my representation of EFA and SLI in this matter has been and will remain *pro bono*, in light of the Motion for Sanctions we are filing due to the DOJ's misconduct in this case, it is appropriate that the Court be made aware of the amount and value of the legal services I and my firm have provided in this case if we were charging our clients for those services.  The following list itemizes the professional time incurred in representing EFA and SLI in this matter by me and the other lawyers and paralegals at our firm who have assisted me, along with the expenses incurred by our firm, up through October 24, 2022 (the date of the Court's written Opinion and Order granting our Motions to Quash the subpoenas).  The total is $46,873.83.  This does not include the significant secretarial/clerical time that my

legal assistant has worked on this matter.  Again, the amounts shown and rates on which those are based will not be charged to EFA and SLI, but based on my experience those amounts and rates are entirely reasonable if we were charging such a fee.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/16/22 | M. Hurst | Review USAO-NDAL subpoena to Eagle Forum | 0.50 | 200.00 |
| 08/16/22 | J. Graham | Emails with Ali Kilmartin (APF), et al. re DOJ subpoena to Eagle Forum; telephone conferences with Mike Hurst; telephone conference with Margaret Clarke (Eagle Forum); review email from Margaret and subpoena | 1.25 | 500.00 |
| 08/17/22 | M. Hurst | Communications with John Graham and Ali Kilmartin re: case | 0.25 | 100.00 |
| 08/17/22 | J. Graham | Review various documents sent by Margaret Clarke; multiple emails with Ali Kilmartin (ADF); email and telephone conference with Margaret Clarke; conference with Mike Hurst; begin work on objection; emails to Katherine Robertson (AL AG's office); review John McGivaren's research; telephone conference with Eric Johnston re similar subpoena served on him | 3.50 | 1,400.00 |
| 08/17/22 | J. McGivaren | Research on potential objections to DOJ's discovery requests | 2.25 | 562.50 |
| 08/18/22 | M. Hurst | Communications with John Graham re: legal strategy | 0.25 | 100.00 |
| 08/18/22 | J. Graham | Work on objection and motion to quash DOJ subpoena; review case authority from Eric Johnston; research for objection/ motion; work on declaration of Margaret Clarke; telephone conference with Margaret; telephone conference with Becky Gerritson; emails with Margaret Clarke and Becky Gerritson; emails with Eric Johnston; email to ADF lawyers | 8.00 | 3,200.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/18/22 | S. Slanovits | Online legal research for J. Graham pertaining to legislative intent; additional legal research as to Alabama's new VCAP law; general research pertaining to client's Secretary of State listings | 0.75 | 123.75 |
| 08/19/22 | M. Hurst | Review emails from Alliance Defending Freedom regarding subpoena received by eagle form from DOJ; phone conference with John Graham regarding Case; review subpoena; exchange emails with Graham and ADF legal team; phone conference with Graham regarding legal strategy; Research re garding AUSA; phone call to AUSA Jason Cheek regarding subpoena; email summary to Graham; phone call with Cheek and requesting an extension for response to subpoena | 1.50 | 600.00 |
| 08/19/22 | J. Graham | Emails with Mike Hurst; emails with Margaret Clarke; work on objection/motion to quash subpoena and supporting declarations; telephone conference with Margaret Clarke and B. Gerritson; review Margaret's suggestions for her declaration; review D. Carroll's research; telephone conferences with Eric Johnston re SLI objection; review draft objection and declaration for SLI from Eric Johnston; emails with Eunice Smith; work on SLI documents; telephone conference with Barrett Bowdre; telephone conference with Mike Hurst; emails with Jason Cheek | 4.25 | 1,700.00 |
| 08/19/22 | D. Carroll | Analyze federal case law/authority in support of motion to quash non-party document subpoena; Conference with J. Graham re findings | 1.25 | 312.50 |
| 08/20/22 | J. Graham | Text messages with Becky Gerritson | 0.25 | 100.00 |
| 08/21/22 | J. Graham | Text messages with Margaret Clarke | 0.25 | 100.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/22/22 | M. Hurst | Receive and review emails from AUSA Jason Cheek and John Graham re: subpoena | 0.50 | 200.00 |
| 08/22/22 | J. Graham | Emails with Barrett Bowdre; briefly review Becky Gerritson's further edits to her draft declaration received 8/19; emails with Jason Cheek re extension on deadline to file objection/motion; emails with Ali Kilmartin (ADF) | 0.50 | 200.00 |
| 08/23/22 | J. Graham | Briefly review Margaret Clarke's revised version of her declaration; text messages with Margaret | 0.25 | 100.00 |
| 08/24/22 | J. Graham | Email to Margaret Clarke; review latest draft declaration; work on objection/motion to quash subpoena and supporting declarations; emails with Eric Johnston; lengthy telephone conference with Margaret Clarke; email to clients | 4.75 | 1,900.00 |
| 08/25/22 | J. Graham | Multiple emails with EFA leadership; work on objection and motion to quash subpoena and supporting declaration; review Margaret Clarke's and Becky Gerritson's suggested changes; telephone conference with Becky Gerritson; emails with Heritage Counsel attorney | 1.50 | 600.00 |
| 08/26/22 | J. Graham | Email and telephone conference with Margaret Clarke; emails with Eric Johnston; telephone conference with Dan Mauler (Heritage Foundation) | 1.00 | 400.00 |
| 08/29/22 | J. Graham | Telephone conference with Margaret Clarke re possible press release; review email from Eric Johnston and possible additional language for his declaration; email to Eric; emails with Kris Ullman; emails with Dan Mauler (Heritage Foundation) | 0.50 | 200.00 |
| 08/30/22 | J. Graham | Lengthy telephone conference with Kris Ullman (Eagle Forum National), et al. re subpoena, strategy, and publicity; work on objection/motion to quash and supporting declaration for EFA and | 2.00 | 800.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | SLI; emails to EFA personnel and Eric Johnston re current drafts | | |
| 08/31/22 | J. Graham | Review revised SLI objection/motion to quash and declaration from Eric Johnston; work on same; emails with Eric Johnston; briefly review Eagle Forum's draft public statement revised from Margaret Clarke | 0.75 | 300.00 |
| 09/01/22 | J. Graham | Work on suggested revisions to Margaret Clarke's draft public statement; email to Margaret; review email from Eric Johnston and signed declaration; review Margaret's revised draft public statement; multiple emails with Margaret Clarke, et al.; telephone conference with Barrett Bowdre | 1.25 | 500.00 |
| 09/02/22 | J. Graham | Review Margaret Clarke's further revised draft public statement; multiple emails with Margaret, Becky G., Eunie S., and Eric J.; telephone conference with Barrett Bowdre; telephone conference with Margaret Clarke; work on Margaret's declaration; work on motion to quash | 1.25 | 500.00 |
| 09/05/22 | J. Graham | Review draft press release; multiple emails with Kris Ullman, et al. re same | 0.25 | 100.00 |
| 09/06/22 | J. Graham | Review Margaret Clarke's signed declaration; multiple emails with Kris Ullman, et al. re filing tomorrow, press release; telephone conferences with Becky Gerritson; email to Barrett Bowdre; emails and telephone conference with M. Clarke re her declaration; review documents to be filed tomorrow | 1.25 | 500.00 |
| 09/07/22 | J. Graham | Supervise filing of motion to quash and exhibits; multiple text messages and emails with Dan Mauler (Heritage Foundation); email to Eric Johnston; emails with Jason Cheek (DOJ); emails with ADF | 1.00 | 400.00 |
| 09/08/22 | J. Graham | Multiple emails and text messages with Margaret Clarke, Becky Gerritson, et al.; emails with EFA and Eric Johnston; emails x2 with | 1.00 | 400.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | Dan Mauler (Heritage Foundation) re amicus brief efforts; email with Ali Kilmartin (ADF) | | |
| 09/09/22 | J. Graham | Text messages and emails with EFA personnel; emails with Dan Mauler (Heritage Foundation) | 0.25 | 100.00 |
| 09/10/22 | J. Graham | Multiple emails and text messages with Margaret Clarke | 0.25 | 100.00 |
| 09/12/22 | J. Graham | Email with Margaret Clarke, et al. | 0.25 | 100.00 |
| 09/13/22 | J. Graham | Telephone conferences with Margaret Clarke and Eunie Smith re possible FOIA request to DOJ; telephone conference with Marc Wheat (Advocacy American Freedom); review plaintiff's current motion for leave to file second amended complaint; text messages with Margaret; emails with Eunie; telephone conference with Bill Olson (Free Speech Coalition); telephone conference with Barrett Bowdre (Alabama AG's office) | 1.75 | 700.00 |
| 09/14/22 | J. Graham | Review email from Jason Cheek (DOJ) re government's willingness to compromise to some extent; multiple emails with clients; telephone conferences with John Ramer (state attorney); telephone conferences with Eric Johnston; telephone conference with Margaret Clarke and Eunie Smith; telephone conference with Becky G. | 1.75 | 700.00 |
| 09/15/22 | J. Graham | Email to AUSA J. Cheek re narrowed subpoena; telephone conference with Margaret Clarke; email to Margaret re USDOJ attorneys of record | 0.50 | 200.00 |
| 09/16/22 | J. Graham | Review order and briefing schedule; emails with Margaret Clarke, et al.; emails with Dan Mauler (Heritage Foundation) re amicus brief | 0.25 | 100.00 |
| 09/17/22 | J. Graham | Review draft amicus brief from Trent McCotter; telephone conferences with Margaret Clarke; emails with Trent McCotter, et al. | 1.25 | 500.00 |
| 09/19/22 | J. Graham | Text messages with Margaret Clarke; review Whole Woman's | 0.75 | 300.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | Health case from 5th Circuit; review today's pertinent filings; emails to clients; email to amicus group | | |
| 09/19/22 | S. Slanovits | Online legal research for J. Graham | 0.50 | 82.50 |
| 09/20/22 | J. Graham | Review filings today; review order setting hearing on motions to quash; multiple emails and texts with clients; email Barrett Bowdre; emails with Trent McCotter | 1.00 | 400.00 |
| 09/21/22 | J. Graham | Review as-filed amicus brief by Free Speech Coalition, et al.; review separate amicus brief by Trent McCotter's clients; emails with clients; multiple emails with amici counsel; telephone conference with Bill Olson; review DOJ's opposition to our motion filed today; begin work on reply; begin work on reply; telephone conference with Margaret Clarke | 4.25 | 1,700.00 |
| 09/21/22 | J. McGivaren | Review DOJ's response to Eagle Forum's motion to quash; review amici briefs | 2.25 | 562.50 |
| 09/21/22 | S. Slanovits | Online research for J. Graham pertaining to registered lobbyists in the state of Alabama; further online legal research to pull and shepardize cases cited by opposing party | 0.50 | 82.50 |
| 09/22/22 | J. Graham | Work on reply brief; multiple text messages and telephone conference with Margaret Clarke; emails with Barrett Bowdre; review pertinent excerpt of transcript from preliminary injunction hearing | 2.75 | 1,100.00 |
| 09/22/22 | J. McGivaren | Review amicus briefs; review case law cited by DOJ | 1.00 | 250.00 |
| 09/22/22 | S. Slanovits | Pull and shepardize cases for J. Graham | 0.75 | 123.75 |
| 09/23/22 | J. Graham | Telephone conference with Margaret Clarke; multiple emails and text messages | 0.50 | 200.00 |
| 09/23/22 | J. McGivaren | Review case law cited by DOJ | 4.00 | 1,000.00 |
| 09/23/22 | S. Slanovits | Review audio visual media cited by opposing party to verify accuracy of citations | 2.50 | 412.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/24/22 | J. Graham | Review State's re-filed motion for judgment on the pleadings as to legislative intent issue; work on reply brief re motions to quash; review Eric Johnston's notes on DOJ brief; emails with Bill Olson | 8.00 | 3,200.00 |
| 09/25/22 | J. Graham | Emails with Margaret Clarke | 0.25 | 100.00 |
| 09/26/22 | J. Graham | Work on reply brief; multiple emails with Ali Kilmartin; emails and telephone conferences with Bill Olson; emails with Margaret Clarke and William Woodruff; review suggested excerpts from Bill Olson; review briefing from Woodruff's case in Michigan; multiple emails with clients | 7.25 | 2,900.00 |
| 09/26/22 | S. Slanovits | Online legal research for J. Graham to pull and shepardize cases | 1.00 | 165.00 |
| 09/27/22 | J. Graham | Multiple emails with Margaret Clarke, Becky Gerritson, and Eric Johnston, et al.; work on reply brief; emails with Kris Ullman; telephone conference with Eric Johnston; telephone conference with Margaret Clarke; review plaintiffs' 11th Circuit brief forwarded from Eric Johnston | 5.50 | 2,200.00 |
| 09/27/22 | S. Slanovits | Online legal research for J. Graham to pull and shepardize cases | 1.25 | 206.25 |
| 09/28/22 | J. Graham | Work on and file reply brief; emails with Eric Johnston, Margaret Clarke, et al.; telephone conference with Eric Johnston; email to Ali Kilmartin; review amicus brief filed by National Republican Redistricting Trust; review draft press release and emails with Kris Ullman | 3.00 | 1,200.00 |
| 09/29/22 | J. Graham | Review DOJ's brief in response to State's brief in support of our motion to quash; multiple emails with M. Clarke and E. Johnston | 0.25 | 100.00 |
| 09/30/22 | J. Graham | Email with Kris Ullman, et al. | 0.25 | 100.00 |
| 10/01/22 | J. Graham | Review email from Kris Ullman and press release | 0.25 | 100.00 |
| 10/06/22 | M. Hurst | Phone conference with Prim Escalona, US Attorney, NDAL, re: DOJ subpoena and settlement offer; | 0.50 | 200.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | Phone conference with and email to and from John Graham re: same | | |
| 10/06/22 | J. Graham | Telephone conferences with Mike Hurst re U.S. Attorney's proposed compromise of subpoena dispute; multiple emails with clients; telephone conferences with Eric Johnston; telephone conference with Barrett Bowdre | 0.75 | 300.00 |
| 10/07/22 | M. Hurst | Receive and review emails from John Graham, Ali Kilmartin and Prim Escalona (USAO-NDAL) re: settlement offer from DOJ relating to subpoena; Phone conference with Graham and Escalona re: same | 0.50 | 200.00 |
| 10/07/22 | J. Graham | Multiple emails with clients; telephone conference with Margaret Clarke re US's proposed compromise; telephone conference with Mike Hurst; email from Assistant U.S. Attorney Jason Cheek withdrawing subpoenas, voice mail and email from U.S. Attorney reneging to some extent; emails with amici counsel | 1.00 | 400.00 |
| 10/10/22 | M. Hurst | Emails with John Graham re: case and legal strategy | 0.25 | 100.00 |
| 10/10/22 | J. Graham | Consider strategy in light of 10/7 developments; telephone conference with Eric Johnston; telephone conference with Barrett Bowdre; work on supplement to motions to quash; telephone conference with Margaret Clarke; multiple emails with clients; review Margaret Clark's draft second declaration; work on supplement to motions to quash; work on second declaration of Margaret Clarke | 5.50 | 2,200.00 |
| 10/10/22 | S. Slanovits | Online legal research for J. Graham | 0.50 | 82.50 |
| 10/11/22 | J. Graham | Work on supplement to motion to quash; review Eric Johnston's draft second declaration; multiple emails with clients; review Margaret Clarke's reworded version of her second declaration; work on Margaret's declaration; telephone conferences with Margaret Clarke; multiple emails with clients | 2.00 | 800.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/12/22 | J. Graham | Work on supplement to motions to quash and exhibit to be filed; emails, telephone conferences, and text messages with Margaret Clarke; multiple emails with clients; text with Becky Gerritson; initial work to prepare for Friday's hearing | 0.75 | 300.00 |
| 10/12/22 | K. Fields | Create case binder in advance of hearing | 2.50 | 412.50 |
| 10/12/22 | S. Slanovits | Online general and legal research for J. Graham | 0.25 | 41.25 |
| 10/13/22 | J. Graham | Prepare for hearing tomorrow; text messages with Margaret Clarke; review new brief filed today by Tea Party Patriots, Inc.; email to clients | 3.00 | 1,200.00 |
| 10/14/22 | J. Graham | Prepare for and attend hearing in Montgomery, Alabama on our motions to quash subpoenas; conference with client representatives; emails with amici counsel | 7.75 | 3,100.00 |
| 10/15/22 | J. Graham | Review media reports re yesterday's hearing; text messages with Beck Gerritson, et al. | 0.25 | 100.00 |
| 10/17/22 | J. Graham | Multiple emails with amici counsel; work on securing transcript of Friday's hearing; multiple emails with Margaret Clarke; telephone conference with Margaret; multiple text messages with Becky Gerritson; emails and telephone conference with Eric Johnson; review transcript of hearing; consider possible motion for sanctions | 1.50 | 600.00 |
| 10/18/22 | J. Graham | Consider motion for sanctions and initial work for same | 0.50 | 200.00 |
| 10/19/22 | J. Graham | Conference with J. McGivaren re his research for motion for sanctions; text messages with Becky Gerritson | 0.25 | 100.00 |
| 10/20/22 | J. Graham | Emails and lengthy telephone conference with Margaret Clarke re medical articles, how to proceed and get information to State, possible motion for sanctions | 0.75 | 300.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| TOTAL FEES | | | | $ 45,720.00 |

## Summary By Timekeeper

| Timekeeper | Hours | Billed Per Hour | Billed Amount |
|---|---|---|---|
| J. Graham | 99.00 | 400.00 | 39,600.00 |
| M. Hurst | 4.25 | 400.00 | 1,700.00 |
| J. McGivaren | 9.50 | 250.00 | 2,375.00 |
| D. Carroll | 1.25 | 250.00 | 312.50 |
| K. Fields | 2.50 | 165.00 | 412.50 |
| S. Slanovits | 8.00 | 165.00 | 1,320.00 |
| Totals | 124.50 | | $ 45,720.00 |

Disbursements Through October 24, 2022

| Date | Description | Amount |
|---|---|---|
| 10/14/22 | Mileage John Graham, 10/14/22, Attend hearing on motions to quash third party subpoenas to Eagle Forum of Alabama and Southeast Law Institute, 173.00 | 108.13 |
| 10/17/22 | Trial Transcripts - - Christina K. Decker Transcript 10/14/22 hearing | 45.15 |
| | Lexis Research Database Charge | 144.87 |
| | Online Research Database Charges | 32.30 |
| | Photocopies Internal | 77.25 |
| | Postage | 0.57 |
| | Telephone Long Distance | 12.14 |
| | Westlaw Research Database Charge | 733.42 |
| TOTAL DISBURSEMENTS | | $ 1,153.83 |
| TOTAL VALUE OF FEES AND DISBURSEMENTS | | $ 46,873.83 |

Signed this __3rd__ day of November, 2022.

By: _/s/ John M. Graham_
John M. Graham