# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; *et al.*,<br><br>      Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>      Plaintiff-Intervenor,<br><br>v.<br><br>STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; *et al.*,<br><br>      Defendants. | Case No. 2:22-cv-184-LCB-CWB<br><br>Honorable Liles C. Burke |

## NOTICE OF APPEARANCE

Comes now the United States of America, by and through the Assistant Attorney General for Civil Rights and the United States Attorney for this District, and gives the Notice of Appearance of Trial Attorney Amie S. Murphy, as counsel of record for Plaintiff-Intervenor United States in this case.

Dated:  December 2, 2022                             Respectfully submitted,

| | |
|---|---|
| SANDRA J. STEWART | KRISTEN CLARKE |
| United States Attorney | Assistant Attorney General |
| Middle District of Alabama | Civil Rights Division |
| | |
| PRIM F. ESCALONA | JOHN POWERS (DC Bar No. 1024831) |
| United States Attorney | Counsel to the Assistant Attorney General |
| Northern District of Alabama | Civil Rights Division |
| | |
| LANE H. WOODKE | CHRISTINE STONEMAN |
| Chief, Civil Division | Chief, Federal Coordination and Compliance |
| Northern District of Alabama | Section |
| | |
| JASON R. CHEEK | COTY MONTAG (DC Bar No. 498357) |
| Deputy Chief, Civil Division | Deputy Chief, Federal Coordination and |
| MARGARET L. MARSHALL | Compliance Section |
| Assistant U.S. Attorney | |
| U.S. Attorney's Office | ALYSSA C. LAREAU (DC Bar No. 494881) |
| Northern District of Alabama | RENEE WILLIAMS (CA Bar No. 284855) |
| 1801 Fourth Avenue North | KAITLIN TOYAMA (CA Bar No. 318993) |
| Birmingham, AL 35203 | AMIE S. MURPHY (NY Bar. No. 4147401) |
| Tel.: (205) 244-2104 | Trial Attorneys |
| Jason.Cheek@usdoj.gov | United States Department of Justice |
| Margaret.Marshall@usdoj.gov | Civil Rights Division |
| | Federal Coordination and Compliance |
| STEPHEN D. WADSWORTH | Section |
| Assistant United States Attorney | 950 Pennsylvania Avenue NW – 4CON |
| U.S. Attorney's Office | Washington, DC 20530 |
| Middle District of Alabama | Tel.: (202) 305-2994 |
| Post Office Box 197 | Alyssa.Lareau@usdoj.gov |
| Montgomery, AL 36101-0197 | Renee.Williams3@usdoj.gov |
| Tel.: (334) 223-7280 | Kaitlin.Toyama@usdoj.gov |
| Stephen.Wadsworth@usdoj.gov | Amie.Murphy2@usdoj.gov |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

*/s/ Amie S. Murphy*
Trial Attorney
U.S. Department of Justice
