# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | Civil Action No. 2:22-cv-184-LCB |
| ) | Hon. Liles C. Burke |
| *Plaintiff-Intervenor*, ) | |
| ) | |
| v. ) | |
| ) | |
| STEVE MARSHALL, in his official ) | |
| capacity as Attorney General of the State ) | |
| of Alabama, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* OF ROGER G. BROOKS

COMES NOW A. Barrett Bowdre, a member in good standing of the Alabama Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Roger G. Brooks as counsel for Defendants in this action. The movant states the following.

1. Roger G. Brooks is an attorney at Alliance Defending Freedom, 15100 N. 90th Street, Scottsdale, AZ 85260. His telephone number is 480-444-0020 and his email address is rbrooks@adflegal.org.

1

2. Roger G. Brooks is of good character and reputation and is a member in good standing of the State Bar of New York (1989) and the U.S. District Court for the Northern District of New York (2021). A certificate of good standing from the Northern District of New York is attached to this motion.

3. Roger G. Brooks has never resigned; has never been reprimanded, suspended, or disbarred from the practice of law; and has no grievances pending against him.

4. Roger G. Brooks is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5. Movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

6. As required by Local Rule 83.1(b), payment of $75.00 will be made and/or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Roger G. Brooks as counsel *pro hac vice* for Defendants.

Dated: December 12, 2022

Respectfully submitted,

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

s/ A. Barrett Bowdre
A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
  *Deputy Solicitors General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

**Counsel for Defendants**

4

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document on December 12, 2022, using the Court's CM/ECF system, which will serve all counsel of record.

<u>s/ A. Barrett Bowdre</u>
*Counsel for Defendants*
