AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
## Northern District of New York

### CERTIFICATE OF GOOD STANDING

I, _____John M. Domurad_____ , Clerk of this Court,

certify that ___ROGER GREENWOOD BROOKS___ , Bar # ___700663___ ,

was duly admitted to practice in this Court on ___September 30, 2021___ , and is in good standing as a member

of the Bar of this Court.

Dated at ___Syracuse, New York___ on ___October 28, 2022___
*(Location)*                                                    *(Date)*

John M. Domurad                           *Tracey A. Donovan*
*CLERK*                                                            *DEPUTY CLERK*