UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-184-LCB |
| ) | |
| STEVE MARSHALL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Gilbert Oladeinbo moves to withdraw as counsel of record for Private Plaintiffs. (Doc. 126 at 1). In the motion, he explains that he is no longer associated with King & Spalding LLP. *Id.* For good cause shown, the Court **GRANTS** the motion.

Eliza Dermody separately moves to withdraw as counsel of record for the Government. (Doc. 147 at 1). In the motion, she explains that she "has accepted a new assignment at the U.S. Department of Justice and will no longer be working on this litigation." *Id.* For good cause shown, the Court **GRANTS** the motion.

\*   \*   \*

The Court recognizes that there is an ongoing ethics inquiry with respect to all of plaintiffs' attorneys. The Court therefore **RETAINS** jurisdiction over Mr. Oladeinbo and Ms. Dermody for those purposes.

2

**DONE** and **ORDERED** December 21, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE