# Exhibit A

| Categories of State's Requests | Representative RFPs to AAP, WPATH, and Endocrine Society | Similar RFPs to Eagle Forum and Southeast Law Institute |
|---|---|---|
| **Non-Public Work Product** (Documents and communications regarding the impetus of, goals for, and formulation of work product) | • AAP<br>  ○ RFP 14 ("Produce all Communications and Documents regarding the impetus for, preparation of, discussion of, drafting of, or adoption as AAP's official Policy Statement of a forthcoming statement now or previously entitled 'Providing Affirmative Clinical Care to Transgender and Gender-Diverse Children and Adolescents.'"); RFP 18 ("Produce all Communications and Documents regarding the impetus for, preparation of, discussion of, drafting of, or adoption by AAP of a document entitled 'Supporting & Caring for Transgender Children.'"). *See* Declaration of Cortlin H. Lannin (Dec. 26, 2022) ("Lannin Decl."), Ex. 1 (AAP subpoena).<br>• WPATH<br>  ○ RFP 1 ("Produce all Communications and Documents relating to the | • Eagle Forum<br>  ○ RFP 1 ("Any draft legislation, proposed legislation, or model legislation relating to VCAP, SB 184, HB 266, or their predecessor bills that Eagle Forum of Alabama wrote, assisted in writing, provided feedback on, or reviewed."); RFP 2 ("Any materials considered by Eagle Forum of Alabama in preparing legislation, draft legislation, proposed legislation, or model legislation … including (1) any model or sample legislation from other third-party organizations or jurisdiction; and (2) medical studies, opinions, or evidence."); RFP 3 ("Any documents concerning Eagle Forum of Alabama's legislative or policy goals, |

1

| | | |
|---|---|---|
| | applications and selection process for WPATH Guideline Steering Committee, the Co-Chairs of the Standards of Care 8 (SOC-8) Revision Committee, each of the Chapter Leads for the SOC-8, each of the Chapter Workgroup Members for the SOC-8, each of the Chapter Stakeholder Members for the SOC-8, and each member of the WPATH Standards of Care 8th Version Evidence Review Team."); RFP 2 ("Produce all Communications and Documents relating to the decision regarding what chapters to include and not include in SOC-8, including but not limited to the decision not to include a chapter on Detransitioning."); RFP 4 ("Produce all Communications and Documents relating to the Delphi process for SOC-8 chapters listed in Request #3, including who participated and voted in the Delphi process."). Lannin Decl., Ex. 3 (WPATH subpoena). | initiatives, and/or strategies relating to medical care or treatment of transgender minors, or minors with gender dysphoria."). (Doc. 151-1 at 6-7).<br><br>• <u>Southeast Law Institute</u><br>   o RFP 1 ("Any draft legislation, proposed legislation, or model legislation relating to VCAP, SB 184, HB 266, or their predecessor bills that Southeast Law Institute wrote, assisted in writing, provided feedback on, or reviewed."); RFP 2 ("Any materials considered by Southeast Law Institute in preparing legislation, draft legislation, proposed legislation, or model legislation … including (1) any model or sample legislation from other third-party organizations or jurisdiction; and (2) medical studies, opinions, or |

|  | - Endocrine Society<br>  o RFP 4 ("Produce all Documents and Communications relating to any systematic reviews that were commissioned or used for the development of the 2017 ES Guideline."); RFP 5 ("Produce all Documents and Communications Relating to the drafting and inclusion of Table 5, Criteria for Gender-Affirming Hormone Therapy for Adolescents, in the 2017 ES Guideline."); RFP 10 ("Produce all Documents and Communications relating to the impetus for, creation of, and approval of Your "Position Statement on Transgender Health" … This request includes, but is not limited to, Documents and Communications reflecting the impetus for the statement; the selection process used for determining who would draft the statement; who the drafters were; the revision process used; whether members commented on the statement and, if so, what those comments were; and who approved the statement and how."); RFP | evidence."); RFP 3 ("Any documents concerning Southeast Law Institute's legislative or policy goals, initiatives, and/or strategies relating to medical care or treatment of transgender minors, or minors with gender dysphoria."). (Doc. 152-1 at 6-7). |

3

1 ("Produce all Communications and Documents relating to the application and selection process the Clinical Guidelines Subcommittee of the Endocrine Society used to 'appoint[] a task force to formulate evidence-based recommendations' for the 'diagnosis and treatment of individuals with GD/gender incongruence.'"); RFP 2 ("Produce all Communications and Documents between You and the cosponsoring associations–including the American Association of Clinical Endocrinologists, American Society of Andrology, European Society for Pediatric Endocrinology, European Society of Endocrinology, Pediatric Endocrine Society, and World Professional Association for Transgender Health–regarding the need for and development of the 2017 ES Guideline."); RFP 3 ("Produce Communications and Documents sufficient to identify all people who participated in the development of the

| | | |
|---|---|---|
| | 2017 ES Guideline."). Lannin Decl., Ex. 5 (Endocrine Society subpoena). | |
| **Internal Communications and Deliberations** (Internal documents and communications regarding deliberation of proposed or actual organizational statements and/or positions) | - AAP<br>  - *See, e.g.*, RFP 5 ("Produce all Communications and Documents from the AAP Chapter Forum Management Committee regarding the above resolutions."). Lannin Decl., Ex. 1 (AAP subpoena).<br>- WPATH<br>  - RFP 35 ("Produce all Communications and Documents relating to the possibility of individuals Detransitioning after receiving either puberty blockers or cross-sex hormones."); RFP 44 ("Produce all Communications and Documents regarding Transitioning treatments in Alabama."). Lannin Decl., Ex. 3 (WPATH subpoena).<br>- Endocrine Society<br>  - RFP 19 ("Produce all Communications and Documents since January 1, 2017, relating to the possibility of Desistance among Minors diagnosed with Gender Dysphoria or Related Conditions."); | - Eagle Forum<br>  - RFP 7 ("Any records or minutes of meetings concerning VCAP, SB 184, HB 266, and/or any predecessor bills."); RFP 10 ("Any mass letters, newsletters, or emails that Eagle Forum sent to members of a mailing or email list related to or concerning VCAP, SB 184, HB 266, and/or any predecessor bills."). (Doc. 151-1 at 7).<br>- Southeast Law Institute<br>  - RFP 6 ("Any records or minutes of meetings concerning VCAP, SB 184, HB 266, and/or any predecessor bills."); RFP 10 ("Any mass letters, newsletters, or emails that Southeast Law Institute sent to members of a mailing or email list related to or concerning VCAP, SB 184, HB 266, and/or |

5

| | | |
|---|---|---|
| | RFP 21 ("Produce all Communications and Documents since January 1, 2017, relating to the risks of Transitioning."); RFP 28 ("Produce all Communications and Documents regarding Transitioning treatments in Alabama."); RFP 29 ("Produce all Communications and Documents regarding advertisements for Transitioning treatments."). Lannin Decl., Ex. 5 (Endocrine Society subpoena). | any predecessor bills."). (Doc. 152-1 at 7). |
| **Associational Activities** (Documents and communications regarding meetings, outreach and advocacy efforts, and internal organizational structure and membership) | • AAP<br>  ○ *See, e.g.*, RFP 1 ("Produce all Communications and Documents regarding Resolution #33 introduced at the AAP Annual Leadership Forum in 2021."); RFP 4 ("Produce all Communications and Documents from the AAP Leadership Conference regarding the above resolutions."); RFP 8 ("Produce all Communications and Documents regarding the attempted registration of the Society for Evidence Based Gender Medicine for a booth at the AAP National Conference & Exhibition held in Philadelphia in | • Eagle Forum<br>  ○ RFP 5 ("Any communications between Eagle Forum of Alabama and any employee, agent, assign, or member of the Alabama State Legislature, Alabama Governor's office, Alabama Lieutenant Governor's office, Alabama Attorney General's office, or any employees, agent, or assign of a District Attorney's office within Alabama concerning VCAP, SB 184, HB 266, and/or any predecessor bill); RFP 6 ("Any communications between Eagle |

6

|  |  |  |
|---|---|---|
|  | October 2021."). Lannin Decl., Ex. 1 (AAP subpoena).<br><br>• WPATH<br>  o RFP 24 ("Produce all Communications and Documents relating to Dr. Kenneth Zucker's participation in the February 2017 USPATH conference, including Communications and Documents relating to any review and acceptance of any papers or presentations by Dr. Zucker and any decision to cancel any part of his planned presentation."); RFP 28 ("Produce all video recordings of the sessions (including any 'town-hall' or informal sessions) of any USPTH or WPATH conference since January 1, 2015); RFP 40 ("Produce all Communications with the Plaintiffs in this lawsuit, including the United States of America and any agencies, departments, or employees thereof."). Lannin Decl., Ex. 3 (WPATH subpoena).<br><br>• Endocrine Society<br>  o RFP 25 ("Produce all Communications with the Plaintiffs in this lawsuit, including the United States of America | Forum of Alabama and any other nongovernmental organization, consultant, or lobbyist concerning VCAP, SB 184, HB 266, and/or any predecessor bills."); RFP 9 ("Any records or documents relating to presentations, videos, interview, and/or speeches Eagle Forum of Alabama representatives have given or participated in regarding medical care or treatment related to gender identity, transgender minors or youth, "trans-identifying" minors or youth, or minors or youth with gender dysphoria."). (Doc. 151-1 at 7).<br><br>• Southeast Law Institute<br>  o RFP 5 ("Any communications between Southeast Law Institute and any employee, agent, assign, or member of the Alabama State Legislature, Alabama Governor's office, Alabama Lieutenant |

| | | |
|---|---|---|
| | and any agencies, departments or employees thereof."). Lannin Decl., Ex. 5 (Endocrine Society subpoena). | Governor's office, Alabama Attorney General's office, or any employees, agent, or assign of a District Attorney's office within Alabama concerning VCAP, SB 184, HB 266, and/or any predecessor bill); RFP 6 ("Any communications between Southeast Law Institute and any other nongovernmental organization, consultant, or lobbyist concerning VCAP, SB 184, HB 266, and/or any predecessor bills."); RFP 9 ("Any records or documents relating to presentations, videos, interview, and/or speeches Southeast Law Institute representatives have given or participated in regarding medical care or treatment related to gender identity, transgender minors or youth, "trans-identifying" minors or youth, or minors or |

| | | |
|---|---|---|
| | | youth with gender dysphoria."). (Doc. 152-1 at 7). |