## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BRIANNA BOE, et al.,

      Plaintiffs,

      v.

STEVE MARSHALL, et al.,

      Defendants.

No. 2:22-cv-00184-LCB-CWB

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), Barry A. Ragsdale, of Dominick Feld Hyde, PC, a member in good standing of the Alabama Bar and the United States District Court for the Middle District of Alabama, hereby moves this Honorable Court for entry of an order admitting Noah S. Goldberg ("Mr. Goldberg") of Covington & Burling, LLP, to practice before the Court *pro hac vice* on behalf of the American Academy of Pediatrics, World Professional Association for Transgender Health ("WPATH"), and Endocrine Society (collectively, "*amici*") in the above-captioned matter.

1.      Mr. Goldberg is an attorney who regularly practices law in the United States District Court for the Southern District of Florida.  Mr. Goldberg is an associate in the law firm of Covington & Burling LLP, 850 Tenth Street Northwest,

Washington, D.C. 20001.  Mr. Goldberg's telephone number is 202-662-6000 and his email address is ngoldberg@cov.com.

2.      Mr. Goldberg's Certificate of Good Standing from the United States District Court for the Southern District of Florida is attached hereto as Exhibit A.

3.      Mr. Goldberg is a member in good standing and eligible to practice before every court to which he is admitted.

WHEREFORE, Movant respectfully requests that this Honorable Court enter an order granting Mr. Goldberg leave to appear *pro hac vice* on behalf of *amici* in this matter.

Dated: December 28, 2022                    Respectfully submitted,

                                            */s Barry A. Ragsdale*
                                            _____
                                            Barry A. Ragsdale
                                            ASB 2958-A23B

Cortlin H. Lannin (CA Bar No. 266488)       D. Jean Veta (D.C. Bar No. 358980)
(admitted *pro hac vice*)                   (admitted *pro hac vice*)
COVINGTON & BURLING LLP                     COVINGTON & BURLING, LLP
Salesforce Tower                            One CityCenter
415 Mission St., Suite 5400                 850 Tenth St., N.W.
San Francisco, CA 94105                     Washington, D.C. 20001
Phone: (415) 591-6000                       Phone: (202) 662-6000
clannin@cov.com                             jveta@cov.com


Barry A. Ragsdale (ASB 2958-A23B)
Robert S. Vance III (ASB 9916-B11Q)
DOMINICK FELD HYDE, P.C.
1130 22nd Street South Ridge Park
Suite 4000
Birmingham, AL 35205
Phone:  (205) 536-8888
BRagsdale@dfhlaw.com
RVance@dfhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s Barry A. Ragsdale*
Of Counsel

# EXHIBIT

# A

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I,  **Angela E. Noble,**       Clerk of the United States District Court
for the Southern District of Florida,

do hereby certify that **Noah Shea Goldberg**, Florida Bar # **1008316**, was duly admitted to practice

in this Court on **February 03, 2020**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on December 28, 2022.

_____
**Angela E. Noble**
*Court Administrator • Clerk of Court*