## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BRIANNA BOE, et al.,

     Plaintiffs,

     v.

STEVE MARSHALL, et al.,

     Defendants.

No. 2:22-cv-00184-LCB-CWB

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), Barry A. Ragsdale, of Dominick Feld Hyde, PC, a member in good standing of the Alabama Bar and the United States District Court for the Middle District of Alabama, hereby moves this Honorable Court for entry of an order admitting Dylan M. Silva ("Mr. Silva") of Covington & Burling, LLP, to practice before the Court *pro hac vice* on behalf of the American Academy of Pediatrics, World Professional Association for Transgender Health ("WPATH"), and Endocrine Society (collectively, "*amici*") in the above-captioned matter.

     1.     Mr. Silva is an attorney who regularly practices law in the United States District Court for the Northern District of California. Mr. Silva is an associate in the law firm of Covington & Burling LLP, Salesforce Tower, 415 Mission Street,

Suite 5400, San Francisco, CA 94105.  Mr. Silva's telephone number is 415-591-6000 and his email address is dsilva@cov.com.

    2.    Mr. Silva's Certificate of Good Standing from the United States District Court for the Northern District of California is attached hereto as Exhibit A.

    3.    Mr. Silva is a member in good standing and eligible to practice before every court to which he is admitted.

    WHEREFORE, Movant respectfully requests that this Honorable Court enter an order granting Mr. Silva leave to appear *pro hac vice* on behalf of *amici* in this matter.

Dated: December 28, 2022

Respectfully submitted,

*/s Barry A. Ragsdale*

Barry A. Ragsdale
ASB 2958-A23B

Cortlin H. Lannin (CA Bar No. 266488)
(admitted *pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105
Phone: (415) 591-6000
clannin@cov.com

D. Jean Veta (D.C. Bar No. 358980)
(admitted *pro hac vice*)
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
jveta@cov.com

Barry A. Ragsdale (ASB 2958-A23B)
Robert S. Vance III (ASB 9916-B11Q)
DOMINICK FELD HYDE, P.C.
1130 22nd Street South Ridge Park
Suite 4000
Birmingham, AL 35205
Phone:  (205) 536-8888
BRagsdale@dfhlaw.com
RVance@dfhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s Barry A. Ragsdale*
Of Counsel

# EXHIBIT

# A

# United States District Court
## Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

## Dylan Silva

### Bar Number 306363

was duly admitted to practice in this Court on June 16, 2022, and is in good standing as a member of the bar of this Court.

Signed on December 27, 2022 by



Mark B. Busby, Clerk of Court

