IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Brianna Boe, *et al.*, | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| United States of America, | ) | |
| *Intervenor Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:22-cv-184-LCB |
| | ) | |
| Hon. Steve Marshall, in his official | ) | |
| capacity as Attorney General, | ) | |
| of the State of Alabama, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO COMPEL PRODUCTION OF
PLAINTIFFS' MEDICAL RECORDS (DOC. __)**

Upon consideration of Defendants' motion to compel production of Plaintiffs' medical records (Doc. __), it is hereby ORDERED that the motion is GRANTED and Plaintiffs are ORDERED to provide responsive documents to Defendants' First Requests for Production 5-9, including all mental health records. The objections stated by Plaintiffs are OVERRULED.

Dated: _____         BY THE COURT:

 

_____
LILES C. BURKE
UNITED STATES DISTRICT JUDGE