# Exhibit 6

Videorecording of meeting at 2017 USPATH conference,
https://www.youtube.com/watch?v=rfgG5TaCzsk.