# Exhibit 10

Genevieve Gluck, *Top Trans Medical Association Collaborated With Castration, Child Abuse Fetishists*, REDUXX (May 17, 2022), https://reduxx.info/top-trans-medical-association-collaborated-with-castration-child-abuse-fetishists/.

# Top Trans Medical Association Collaborated With Castration, Child Abuse Fetishists

By Genevieve Gluck    May 17, 2022

The World Professional Association for Transgender Health (WPATH), the international association which sets guidelines for the medical 'transitioning' of children, has been collaborating with participants of a fetish forum that hosts and produces fictional child pornography and extreme sadomasochistic content.

On December 3, 2021, WPATH released draft guidelines which included, for the first time, the category of 'eunuch' as a protected "gender identity." WPATH's updated 8th edition of their Standards of Care (SOC), which recommends medical treatment and services for those with a self-declared 'gender identity,' describes the relationship between "eunuch-identified people and other transgender people."

The document states, "Eunuch-identified people may share with other gender-diverse people a desire for reduction or elimination of masculine physical features, masculine genitals, or genital functioning."

It also goes on to claim that "eunuch-identified people may suffer the same minority stress as other stigmatized groups," and refers extensively to research collected from a hardcore fetish site called the Eunuch Archives — a site that features child sexual exploitation fantasies centered around stopping little boys from going through puberty.

The Eunuch Archive began in the late 1990s in collaboration with Body Modification Ezine (BME) and was initially hosted on the same site. BME achieved some notoriety in the early 2000's for a viral video titled "Pain Olympics" which featured men mutilating their genitals on camera.

Prior to the official launch of the Archive itself, members would congregate on a Usenet forum by the same name, which advertised itself in a newsgroup dedicated to sadomasochism: alt.sex.bondage, a discussion group credited with coining the acronym BDSM in 1991.

In the newsgroup alt.eunuchs.questions, members shared castration fantasies, offered services, traded castration photos and videos, sought to connect with young men to "feminize," asked for advice on chemical castration, and recommended doctors willing to perform surgeries without psychiatric evaluations.

An FAQ document published at the beginning of the site's development recommended several other torture and bondage pornography forums for users to share images and request "cutters."

Notably, Usenet forums were the target of the FBI's first investigations into internet-based pedophile rings, as it provided a space for organizing and exchanging of child sexual abuse materials, including written pornography.

Once the Archive was established, many of the notable members moved over to it.

**DURING A MONTHS-LONG INVESTIGATION INTO THE FORUM, REDUXX FOUND THAT A NUMBER OF THOSE MEMBERS APPEAR TO HAVE BEEN DIRECTLY INVOLVED IN THE DEVELOPMENT OF PSYCHIATRIC AND MEDICAL STANDARDS RELATED TO GENDER IDENTITY AFFIRMATION.**

One of the Eunuch Archives' most prominent participants is an unidentified site administrator who uses the moniker 'Jesus.'

'Jesus' claims to have been involved in editing the most recent version of the *Diagnostic and Statistical Manual of Mental Disorders* (DSM-5), issued by the American Psychiatric Association (APA) and WPATH's newest Standards of Care draft.

In 2010, the pseudonymous 'Jesus' posted to the forum on how WPATH authorities had come to perceive the term "gender identity disorder" as outdated, saying he was in attendance at a 2009 meeting in Oslo, where there was consensus to implement the term "gender dysphoria" in the subsequent edition of the Standards of Care.

"The draft for the next edition of the Diagnostic and Statistical Manual of Mental Disorders (the DSM-5) suggests 'Gender Incongruence,' which I much prefer," he wrote, "The body and mind are out of sync, with no mental illness implied!"

In 2016, 'Jesus' claimed to have been specifically chosen to rewrite a portion of the Standards of Care by former WPATH president Eli Coleman, who "pointed at me and announced that I was expected to provide input on eunuchs for the revision. Now is our opportunity to help devise the standards of care that will be most helpful," wrote Jesus.

In 2018, 'Jesus' announced the upcoming revisions to the guidelines and invited collaboration from members of the community.

In response to WPATH's newly-released draft Standards of Care in December last year, one site member professed to being "absolutely delighted," and said he would "gladly throw millions under the bus" in order to secure "a future where doctors must obey and have no right to demand reasons or withhold surgery and medication."



In WPATH's draft Standards of Care, the Eunuch Archive's 'Fiction Archive' is directly acknowledged and named. But the document does not mention the large amount of stories within the archive that directly involve the sadistic sexual abuse of children.



The stories primarily focus on the eroticization of child castration. In some, little boys request the procedures themselves and express gratitude to the adults who perform the operations. In others, children may be forcibly castrated under extreme duress. Some narratives contain violent sexualized depictions of children with stunted puberty being raped by doctors, written in sickening detail.

During our investigation, *Reduxx* was able to enter a password-protected area of the site within the Eunuch Archives community by completing a membership application.

New members who apply for registration are presented with a series of boxes to tick depending on their interest in joining the forum. Among the options are 'transgender, nullification, forced castration, and female superiority / dominance' – a BDSM genre commonly referred to as "femdom."

Within the protected fiction archives, there were over 3,000 stories involving minors, including the explicit sexual abuse of children, and 'minor' was a specially-curated tag that users could select to easily access stories specifically featuring children.

The fictional pornography includes themes such as Nazi doctors castrating children, baby boys being fed milk with estrogen in order to be violently sex trafficked as adolescents, and pedophilic fantasies of children who have been castrated to halt their puberty, 'freezing' them in a childlike state.



A long-standing site contributor with connections to WPATH is Dr. Krister Hildahl Willette, who, according to his Facebook profile, studied Medical Sciences at Ohio State University.

Willette uses the moniker 'Kristoff' on the forum, alongside an avatar of a nun with a photograph of his face superimposed, hiking up her habit to reveal lingerie and a pink chainsaw.

In June 2009, Willette was invited by WPATH to speak on "The Development of Standards of Care for Individuals with a Male-to-Eunuch Gender Identity Disorder" at a conference in Oslo. In May 2010, the contents of Willette's Oslo lecture were published in *The International Journal of Transgenderism*, an academic journal issued by WPATH. Willette, who co-authored the report, sources surveys conducted with the participation of members of the Eunuch Archives.

"A large number of men with gender dysphoria who desire to be emasculated do not fit the classical pattern of MtF transsexualism," reads the abstract. "They loathe their manhood, but do not identify as, nor wish to be, female. Instead, they seek castration to become something outside the binary sexes."

> IN 2011, WILLETTE PRESENTED A PAPER TITLED "BODY INTEGRITY IDENTITY DISORDER AND CASTRATION" AT A WPATH SYMPOSIUM IN ATLANTA, GEORGIA, AGAIN ARGUING FOR THE INCLUSION OF INDIVIDUALS WITH A "MALE-TO-EUNUCH GENDER IDENTITY DISORDER."

There are two disturbing videos of Willette posted to his Youtube channel. In both, he is dressed in a nun's habit, holds a cigar, and shouts obscenities. In "Sister Krister on Cussing," he roleplays as though addressing an audience of children while reading out a list of swear words.

In the other, "Sister Krister's Safe Sex Message," he waves around a condom while addressing children about the importance of prophylactics.



Willette has made many repeated appeals for financial contributions from forum members. According to a 2019 post by Willette, the website at that time received over 20 million hits per month and was run on seven different servers, a situation that he was personally subsidizing.

Donations were being accepted via Paypal and through a "charitable educational corporation" set up by Willette. Donors were instructed to send cash payments to a P.O. Box in Minneapolis registered under the name Wyrm Wyvern.

Documents obtained by *Reduxx* reveal that Wyrm Wyvern was dissolved by the state of Minnesota for a violation of the Nonprofit Corporation Act, which asserts that the organization's activities may not be for "personal gain."

For nearly two decades, the Eunuch Archive has hosted an annual "Meeting of Members." The event is held in Minneapolis, Minnesota, Willette's area of residence, and is co-hosted by Willette and the pseudonymous Jesus.

Minneapolis is also where WPATH's headquarters were based for years, as well as the city where former WPATH president Eli Coleman currently lives and works. Coleman served as a lead chair overseeing the most recent updates to the WPATH Standards of Care.

In 2008, a group of researchers from Canada and California collaborated on a research project on the topic of the male castration fetish and published their findings in a paper titled, *A Passion for Castration: Characterizing Men Who Are Fascinated with Castration, but Have Not Been Castrated*.

According to the research, the majority (52%) of "wannabes" who fantasized about castration — whether chemical or surgical — selected sexual fantasy as their origin of interest in castration. Several respondents wrote about becoming sexually aroused when witnessing animal castration.

Over seven hundred individuals responded to a survey shared on The Eunuch Archive, describing their reasons for their 'ambition toward eunuchdom.'

"For some, castration was a very important first step toward an MtF transition," the study's authors noted. "As MtF transsexuals, they sought to rid their bodies of unwanted testosterone, with or without supplemental estrogen to further their transition."

One respondent wrote of his desire for "becoming 'it'—a submissive guy without sex drive. More common was the slave metaphor, 'as a slave it would allow a greater focus on serving the pleasure of the Master.'"

*UPDATE 5/21/22: Reduxx has now learned the identity of the top site members mentioned in this piece who were previously unable to be identified. A comprehensive follow-up has now been published revealing 'Jesus,' a member of the forum who works extensively with WPATH, is a Professor Emeritus at California State University Chico.*



*This investigation was made possible by Reduxx's generous donors and supporters.* **Reduxx is an unapologetically pro-woman, pro-child safeguarding source of news and opinion. We 100% reader-funded!** *Support our mission by joining our Patreon, or consider making a* one-time donation.

