# Exhibit 12

Videorecording of Dr. Tishelman's presentation at 2022 WPATH conference, https://twitter.com/SwipeWright/status/1571999221401948161