# Exhibit 14

Amanda Prestigiacomo, *'Huge Money Maker': Video Reveals Vanderbilt's Shocking Gender 'Care,' Threats Against Dissenting Doctors*, THE DAILYWIRE (Sept. 20, 2022), https://www.dailywire.com/news/huge-money-maker-video-reveals-vanderbilts-shocking-gender-care-threats-against-dissenting-doctors.

— NEWS —

# 'Huge Money Maker': Video Reveals Vanderbilt's Shocking Gender 'Care,' Threats Against Dissenting Doctors

*"And the female-to-male bottom surgeries, these are huge money makers."*

By **Amanda Prestigiacomo**  ·  Sep 20, 2022   DailyWire.com     



PansLaos via Getty Images

Daily Wire host Matt Walsh <u>uncovered</u> shocking details about Vanderbilt University Medical Center's (VUMC) so-called gender-affirming care.

Video and archived webpages from the medical center details a doctor's promotion of the "big money maker" transgender therapies and surgeries, and apparent threats against medical professionals who dare object for religious reasons.



"It's a lot of money," VUMC Clinic for Transgender Health's Dr. Shayne Sebold Taylor said at one <u>Medicine Grand Rounds lecture</u>, video reveals. "These surgeries make a lot of money."

Taylor noted that a "chest reconstruction" can bring in $40,000 per patient, and someone "just on routine hormone treatment, who I'm only seeing a few times a year, can bring in several thousand dollars … and actually makes money for the hospital."

Citing the Philadelphia Center for Transgender Surgery, Taylor said vaginoplasty surgeries can generate $20,000, gushing that it "has to be an underestimate," since hospital stay, anesthesia, post-op visits, and other add-ons are not included in the total.

  Coupon codes found! Capital One Shopping is a free browser extension that applies coupon codes in seconds. Get Capital One Shopping   

"And the female-to-male bottom surgeries, these are huge money makers," the doctor continued, adding that such surgeries could bring in "up to $100,000" for the hospital.

Some clinics are "entirely" "supported" financially by such phalloplasty surgeries, Taylor boasted.

"These surgeries are labor intensive, there are a lot of follow-ups, they require a lot of our time, and they make money," she emphasized. "They make money for the hospital."



WATCH:





At another Medicine Grand Rounds lecture, staffers are warned by Vanderbilt health law expert Ellen Wright Clayton that any "conscientious objection" will be met with "consequences," and are told they probably shouldn't be working at VUMC if they don't want to participate in the trans surgeries, which include minor patients.

"If you are going to assert conscientious objection, you have to realize that that is problematic," Clayton said. "You are doing something to another person, and you are not paying the cost for your belief. I think that is a ... real issue."

Clayton said conscientious objectors would be "accommodated" but said these people have to find someone else to carry out such surgeries for them.

"I just want you to take home that saying that you're not going to do something because of your conscientious — because of your religious beliefs, is not without consequences, and should not be without consequences," she stressed. "And I just want to put that out there."

"We are given an enormous — if you don't want to do this kind of work, don't work at Vanderbilt," she stressed.

WATCH:



Moreover, the medical center has a program called "Trans Buddy," which is also available for minors and described as a sort of monitoring system of the center's doctors, including the policing of their "pronoun" use.

> In case the objectors hadn't gotten the memo, Vanderbilt unveiled a program called "Trans Buddies." The "buddies" are trans activists from the community who attend appointments with trans patients, monitoring the doctors to guard against "unsafe" behavior such as misgendering pic.twitter.com/KyYUdRHrrP
>
> — Matt Walsh (@MattWalshBlog) September 20, 2022

"Vanderbilt makes their Trans Buddies available to children, too," Walsh noted, captioning an archived screenshot. "They make lots of 'services' available to children, including chemical castration. Though at some point in the last month they removed explicit admission of this fact from their site."





"But they must have forgot to delete a video from Vanderbilt Psychiatry's Youtube channel back in 2020 which admits explicitly that they will give and have given irreversible hormone drugs to children as young as 13," the author further outlined, captioning video.

"After they have drugged and sterilized the kids, Vanderbilt — as explained in this video presentation by plastic surgeon Julien Winocour and Physician's Assistant Shalyn Vanderbloemen — will happily perform double mastectomies on adolescent girls," Walsh added.



"So, let's review. Vanderbilt got into the gender transition game admittedly in large part because it is very financially profitable," he closed the Twitter thread. "They then threatened any staff members who objected, and enlisted a gang of trans activists to act as surveillance in order to force compliance."

"They now castrate, sterilize, and mutilate minors as well as adults, while apparently taking steps to hide this activity from the public view," Walsh added. "This is what 'health care' has become in modern America."



VUMC released a statement Wednesday claiming to be victims of posts that "misrepresent facts."

"We have been and will continue to be committed to providing family-centered care to all adolescents in compliance with state law and in line with professional practice standards and guidance established by medical specialty societies," the statement said.

The medical center seemed to acknowledge it provides highly controversial transgender treatment to minors, but said "VUMC requires parental consent to treat a minor patient" and "never refuses parental involvement in the care of transgender youth who are under age 18."

"Our policies allow employees to decline to participate in care they find morally objectionable, and do not permit discrimination against employees who choose to do so," the statement continued, referring to video of Vanderbilt health law expert Ellen Wright Clayton seemingly threatening dissenting doctors. "This includes employees whose personal or religious beliefs do not support gender-affirming care for transgender persons."

The controversial Trans Buddy program at VUMC, the statement said, "has received national acclaim. Its purpose is to provide peer volunteers who support persons who are seeking highly personal care in an unfamiliar environment, and who may have been refused medical services in the past or avoided seeking them out of fear of being met with hostility."

WATCH:



*This piece has been updated to included comment from Vanderbilt University Medical Center*

 Transgender, transgender surgery 

## Around The Web


**Remember Tiger Woods' Ex-wife? Try Not to Gasp when You See Her Now**
TheVenturePages


**Alabama: New Policy For "Senior Drivers"**
My Insurance Savings


**Prince Harry Explains Why His Sister Was Always a Secret**
Journalzine

**Mama Bear Does This After Man Saves Her Drowning Cubs**
Gigseed


**Prime Is Now $139, But Few Know This Saving Trick**
ExpertsInMoney.co



**UP NEXT**
**Chelsea Handler: 'I Didn't Know Until I Was 40' That 'The Sun And The Moon Were Not The Same Thing'**
By Daily Wire News