UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*,<br><br>*Plaintiffs*,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>*Plaintiff-Intervenor*,<br><br>v.<br><br>STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*,<br><br>*Defendants*. | No. 2:22-cv-00184-LCB-CWB<br>Hon. Liles C. Burke |

## JOINT MOTION TO EXTEND RULE 26 EXPERT DISCLOSURE DEADLINES

Come now Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Rachel Koe, M.D.; Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe; Heather Austin, Ph.D.; and Robert Moe, individually and on behalf of his minor daughter, April Moe; Plaintiff-Intervenor United States of America; and Defendants Steve Marshall, in his official capacity as Attorney

General of the State of Alabama; Daryl D. Bailey, in his official capacity as District Attorney for Montgomery County; C. Wilson Baylock, in his official capacity as District Attorney for Cullman County; Jessica Ventiere, in her official capacity as District Attorney for Lee County; Tom Anderson, in his official capacity as District Attorney for the 12th Judicial Circuit; and Danny Carr, in his official capacity as District Attorney for Jefferson County (collectively, "the Parties"), and respectfully request that the deadline for disclosures of expert witnesses set forth in this Court's Second Amended Scheduling Order (Doc. 216) be extended by 21 days for all parties, as well as ask the Court to set a deadline for rebuttal expert disclosures, consistent with Rule 26(a)(2)(D)(ii), as follows:

> **Expert Testimony:** Unless modified by court order for good cause shown, the disclosures of expert witnesses – including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert – shall be due:
>
> For Plaintiffs by February 13, 2023,
>
> For Defendants by April 10, 2023, and
>
> Rebuttal expert opinions by May 1, 2023.

In support of this request, the Parties state as follows:

1.	The parties have been diligently attempting to work through a number of discovery disputes, both between each other and with non-parties. While Plaintiffs believe they have reached an agreement with Defendants regarding the Defendants' discovery responses, Defendants have indicated that their responsive documents will be produced by the end of January, after the current deadline for Plaintiffs' expert disclosures. Moreover, Defendants have filed motions with the Court relating to certain discovery issues involving the Private Plaintiffs and non-party subpoenas, which are scheduled to be heard on February 8, 2023. Defendants anticipate needing additional time for their expert disclosures, to allow adequate time for Defendants to obtain records, if ordered by the Court or resolved through continuing negotiations, and then allow expert review.

2.	To allow adequate time for the production of records and related expert analysis, the parties respectfully request that the Court amend the expert disclosure deadlines, as proposed above.

3.	Extension of the expert deadlines by the requested 21 days will not impact any other deadlines, including the June 9, 2023 discovery cutoff deadline or the August 21, 2023 trial setting in this case.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully jointly request that the Court amend the Second Amended Scheduling Order (Doc. 216), to

allow the disclosure of experts consistent with the schedule suggested above. A proposed order is attached as Exhibit A.

Dated: January 19, 2023

        Respectfully submitted,

        **FOR THE PRIVATE PLAINTIFFS:**

        /s/ *Melody H. Eagan*
        Melody H. Eagan (ASB-9780-D38M)
        Jeffrey P. Doss (ASB-4212-R62D)
        Amie A. Vague (ASB-4113-Q46I)
        LIGHTFOOT, FRANKLIN & WHITE LLC
        The Clark Building
        400 20th Street North
        Birmingham, AL 35203
        205.581.0700
        meagan@lightfootlaw.com
        jdoss@lightfootlaw.com
        avague@lightfootlaw.com

        J. Andrew Pratt (ASB-3507-J56P)
        Adam Reinke (GA Bar No. 510426) (*pro hac vice*)
        Misty L. Peterson (GA Bar No. 243715) (*pro hac vice*)
        KING & SPALDING LLP
        1180 Peachtree Street Northeast, Suite 1600
        Atlanta, GA 30309
        404.572.4600
        apratt@kslaw.com
        areinke@kslaw.com
        mpeterson@kslaw.com

Brent P. Ray (IL Bar No. 6291911) (*pro hac vice*)
Abigail Hoverman Terry (IL Bar No. 6327057) (*pro hac vice*)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
312.995.6333
bray@kslaw.com
ahoverman@kslaw.com

Michael B. Shortnacy (CA Bar No. 277035) (*pro hac vice*)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
213.443.4355
mshortnacy@kslaw.com

Asaf Orr (CA Bar No. 261650) (*pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
415.392.6257
aorr@nclrights.org

Jennifer L. Levi (MA Bar No. 562298) (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
617.426.1350
jlevi@glad.org

Scott D. McCoy (FL Bar No. 1004965) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
334.224.4309
scott.mccoy@splcenter.org

Diego A. Soto (ASB-3626-Y61S)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
334.604.1414
diego.soto@splcenter.org

Jessica L. Stone (GA Bar No. 275567) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
404.221.5837
jessica.stone@splcenter.org

Sarah Warbelow (MI Bar No. P66690) (*pro hac vice*)
Cynthia Weaver (NY Bar No. 5091848) (*pro hac vice*)
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
202.628.4160
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

FOR PLAINTIFF-INTERVENOR
UNITED STATES OF AMERICA:

KRISTEN CLARKE
  *Assistant Attorney General*
  *Civil Rights Division*

SANDRA J. STEWART
  *United States Attorney*
  *Middle District of Alabama*

PRIM F. ESCALONA
  *United States Attorney*
  *Northern District of Alabama*

JOHN POWERS (DC Bar No. 1024831)
  *Counsel to the Assistant Attorney General*
  *Civil Rights Division*

CHRISTINE STONEMAN
  *Chief, Federal Coordination and Compliance Section*

 */s/ Coty Montag*
COTY MONTAG (DC Bar No. 498357)
  *Deputy Chief, Federal Coordination and*
  *Compliance Section*


RENEE WILLIAMS (CA Bar No. 284855)
KAITLIN TOYAMA (CA Bar No. 318993)
Trial Attorneys
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Telephone: (202) 305-2222
Renee.Williams3@usdoj.gov
Kaitlin.Toyama@usdoj.gov

AMIE S. MURPHY (NY Bar No. 4147401)
Trial Attorney
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 353-1285
Amie.Murphy2@usdoj.gov

JASON R. CHEEK
  *Deputy Chief, Civil Division*
MARGARET L. MARSHALL
  *Assistant U.S. Attorney*
ROBERT C. PICKREN
  *Assistant U.S. Attorney*
U.S. Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203
Telephone: (205) 244-2104
Jason.Cheek@usdoj.gov
Margaret.Marshall@usdoj.gov

STEPHEN D. WADSWORTH
  *Assistant U.S. Attorney*
U.S. Attorney's Office
Middle District of Alabama
P.O. Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Stephen.Wadsworth@usdoj.gov

**FOR THE DEFENDANTS:**

Steve Marshall
 *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
 *Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
 *Deputy Solicitors General*

*/s/ A. Barrett Bowdre*

James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
 *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

Christopher Mills (SC Bar No. 101050)
 (*pro hac vice*)

SPERO LAW LLC
557 East Bay St.
#22251
Charleston, SC 29451
Telephone: (843) 606-0640
cmills@spero.law

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Roger G. Brooks (*pro hac vice*)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0200
rbrooks@adflegal.org

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed this document using the Court's CM/ECF system on January 19, 2023, which will serve all counsel of record.

*s/ Melody H. Eagan*

# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, )<br>   *et al.*, )<br>)<br>   *Plaintiffs*, )<br>)<br>and )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>   *Plaintiff-Intervenor*, )<br>)<br>v. )<br>)<br>STEVE MARSHALL, in his official )<br>capacity as Attorney General of the )<br>State of Alabama, *et al.*, )<br>)<br>   *Defendants*. ) | No. 2:22-cv-00184-LCB-CWB<br>Hon. Liles C. Burke |

**[PROPOSED] THIRD AMENDED SCHEDULING ORDER**

For good cause shown under Federal Rule of Civil Procedure 16(b)(4), the Court AMENDS the Second Amended Scheduling Order (Doc. 216) as follows:

**Expert Testimony:** Unless modified by court order for good cause shown, the disclosures of expert witnesses – including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert – are due:

For Plaintiffs by February 13, 2023

For Defendants by April 10, 2023

Rebuttal expert opinions by May 1, 2023

All other deadlines and requirements outlined in the Court's Second Amended Scheduling Order remain in effect.

DONE and ORDERED January ___, 2023.

                                                HON. LILES C. BURKE
                                                UNITED STATES DISTRICT JUDGE