IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEVE MARSHALL, et al., <br><br> Defendants. | No. 2:22-cv-00184-LCB-CWB |

**JOINT MOTION OF NONPARTIES AMERICAN ACADEMY OF PEDIATRICS, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, AND ENDOCRINE SOCIETY FOR LEAVE TO FILE EXCESS PAGES FOR REPLY BRIEF**

Nonparties American Academy of Pediatrics ("AAP"), World Professional Association for Transgender Health ("WPATH"), and Endocrine Society (collectively, "*amici*") jointly move for an order allowing *amici* to file a reply in support of their Joint Motion to Quash Rule 45 Subpoenas (Doc. 208) not to exceed 20 pages.

1.   Although this matter is venued in the United States District Court for the Middle District of Alabama, *amici* understand that these proceedings are subject to the Court's Initial Order Governing All Further Proceedings ("Initial

1

Order").[1]  *See, e.g.*, (Doc. 135 at 2 (Scheduling Order)) ("All potentially dispositive motions must comply with . . . the 'Initial Order Governing All Further Proceedings' that was entered in this action."); *see also* (Doc. 60 (Plaintiff-Intervenor's Motion to File Excess Pages)); (Doc. 75 (Order Conditionally Granting Motion to File Excess Pages)).

2.  The Initial Order provides that "[i]nitial motions/briefs and responses shall be limited to twenty pages, and any reply brief is limited to ten pages." Initial Order at 10-11.

3.  On December 27, 2022, *amici* filed a Joint Motion to Quash Rule 45 Subpoenas issued by the State of Alabama ("State").  (Doc. 208) ("Motion to Quash").  Consistent with the Initial Order, *amici* limited their motion to 20 pages.

4.  On January 17, 2023, without consulting with *amici* or seeking leave of Court to file an oversized brief, the State filed a 35-page opposition to the Motion to Quash, which exceeds by 15 pages the 20-page limitation set forth in the Initial Order.  (Doc. 219).

5.  Given the length of the State's opposition, *amici* respectfully request up to an additional 10 pages for their reply (for a total of up to 20 pages), so that *amici* can adequately respond to the State's submission.

---

[1] https://www.alnd.uscourts.gov/sites/alnd/files/LCB%20Sample%20Initial%20Order.pdf

6.       On January 19, 2022, counsel for *amici* sought the State's position on this request. The State responded that it is "not aware of any order in our case setting any such page limits and so do[es] not think a motion is necessary," but that the State would not oppose the relief sought in this motion.

Accordingly, *amici* request leave to file a reply in support of the Motion to Quash not to exceed 20 pages.

| | |
|---|---|
| Dated: January 20, 2023 | Respectfully submitted,<br><br>*/s Barry A. Ragsdale*<br>―――――――――――――――<br>Barry A. Ragsdale<br>ASB 2958-A23B |

| | |
|---|---|
| Cortlin H. Lannin (CA Bar No. 266488)<br>(admitted *pro hac vice*)<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission St., Suite 5400<br>San Francisco, CA 94105<br>Phone: (415) 591-6000<br>clannin@cov.com<br><br>Barry A. Ragsdale (ASB 2958-A23B)<br>Robert S. Vance III (ASB 9916-B11Q)<br>DOMINICK FELD HYDE, P.C.<br>1130 22nd Street South Ridge Park<br>Suite 4000<br>Birmingham, AL 35205<br>Phone:  (205) 536-8888<br>BRagsdale@dfhlaw.com<br>RVance@dfhlaw.com | D. Jean Veta (D.C. Bar No. 358980)<br>(admitted *pro hac vice*)<br>Noah S. Goldberg (D.C. Bar No. 90003045) (admitted *pro hac vice*)<br>COVINGTON & BURLING, LLP<br>One CityCenter<br>850 Tenth St., N.W.<br>Washington, D.C. 20001<br>Phone: (202) 662-6000<br>jveta@cov.com<br>ngoldberg@cov.com |

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s Barry A. Ragsdale*
Of Counsel
