UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-184-LCB |
| ) | |
| STEVE MARSHALL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## THIRD AMENDED SCHEDULING ORDER

For good cause shown under Federal Rule of Civil Procedure 16(b)(4), the Court **GRANTS** the parties' joint motion (Doc. 221) and **AMENDS** the second amended scheduling order (Doc. 216) as follows:

**Discovery Cutoff:** All discovery must be commenced in time to be completed by June 9, 2023.

**Dispositive Motions:** All potentially dispositive motions, including Daubert motions, must be filed by July 14, 2023.

**Expert Testimony:** Unless modified by court order for good cause shown, the disclosures of expert witnesses—including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert—are due:

For Plaintiffs by February 13, 2023

For Defendants by April 10, 2023

Rebuttal expert opinions by May 1, 2023

**Final Lists:** Lists of trial witnesses and exhibits must be filed by July 21, 2023. Any objections to such lists, including objections under Federal Rule of Civil Procedure 26(a)(3), must be filed within fourteen days thereafter.

**Trial:** Trial is scheduled to begin on August 21, 2023, at 9:00 a.m. CDT. The trial shall occur at the Frank M. Johnson Jr. United States Courthouse in Montgomery, Alabama.

All other requirements of the initial Scheduling Order remain in effect.

**DONE** and **ORDERED** January 23, 2023.

_____
LILES C. BURKE
UNITED STATES DISTRICT JUDGE