UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*,<br><br>*Plaintiffs*,<br><br>and<br><br>UNITED STATES OF AMERICA<br><br>*Plaintiff-Intervenor,*<br><br>v.<br><br>STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *at al.*,<br><br>*Defendants*. | No. 2:22-cv-00184-LCB-CWB<br>Hon. Liles C. Burke |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
RACHEL H. BERG**

COMES NOW Melody H. Eagan, a member in good standing of the Alabama Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Rachel H. Berg as counsel for Plaintiffs in this action. The movant states the following:

1

1. Rachel H. Berg is an attorney of the National Center for Lesbian Rights. Her telephone number is (415) 343-7679 and her email address is RBerg@nclrights.org.

2. Ms. Berg is of good character and reputation and is a member in good standing of the State Bar of New York (2015) and State Bar of Tennessee (2019). She is also admitted to practice before the following courts and is a member in good standing in each of the listed courts: U.S. Supreme Court, admitted in 2022; U.S. District Court for Eastern District of New York, admitted in 2016; U.S. District Court for Southern District of New York, admitted in 2016; U.S. District Court for Middle District of Tennessee, admitted in 2020; U.S. District Court for Western District of Tennessee, admitted in 2020; U.S. District Court for Eastern District of Tennessee, admitted in 2020; and U.S. Court of Appeals for the Sixth Circuit, admitted in 2020.

3. Ms. Berg has never resigned; has never been reprimanded, suspended, placed on inactive status, or disbarred from the practice of law; and has no grievances pending against her. A copy of the certificate of good standing from the United States District Court for the Southern District of New York is attached as Exhibit "A."

4. Ms. Berg is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5. The undersigned movant also is a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

6. As required by Local Rule 83.1(b), payment of $75.00 will be made or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Rachel H. Berg as counsel *pro hac vice* for Plaintiffs.

Dated: January 23, 2023

/s/ Melody H. Eagan
Melody H. Eagan (ASB-9780-D38M)
Jeffrey P. Doss (ASB-4212-R62D)
Amie A. Vague (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

*Attorneys for Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe;*

*Robert Moe, individually and on behalf of his minor daughter, April Moe; Heather Austin, Ph.D.; and Rachel Koe, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 23rd day of January, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel. I hereby certify that I have served the foregoing via electronic mail and/or U.S. Mail to all non-ECF participants.

/s/ *Melody H. Eagan*
Attorney