# EXHIBIT A

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

        RACHEL BERG        , Bar #        RH4148

was duly admitted to practice in the Court on

        January 26, 2016

and is in good standing as a member of the Bar of this Court

Dated at      500 Pearl St.      On      January 20, 2023
         New York, New York

Ruby J. Krajick      By      s/ S. Gonzalez
Clerk of Court                 Deputy Clerk