IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| United States of America, | ) |
| | ) |
| *Intervenor Plaintiff*, | ) |
| | ) |
| v. | )  Civil Action No. 2:22-cv-184-LCB |
| | ) |
| Hon. Steve Marshall, in his official | ) |
| capacity as Attorney General, | ) |
| of the State of Alabama, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

**DEFENDANTS' MOTION TO SCHEDULE ARGUMENT ON THEIR MOTION TO COMPEL PRODUCTION OF HHS DOCUMENTS (DOC. 227) FOR THE FEBRUARY 8 DISCOVERY HEARING**

Defendants respectfully ask the Court to schedule argument on Defendants' motion to compel the production of HHS documents, Doc. 227, for the discovery hearing on February 8 and to order the United States to respond to the motion by February 3. That would give the United States ten days to file a response and allow Defendants to file a short reply and prepare for argument. Defendants have conferred with counsel for the United States, which opposes this motion.

During the scheduling conference on January 4, *see* Doc. 214, the Court directed the parties to brief discovery disputes expeditiously and to minimize the need

1

for additional court hearings in Montgomery. Defendants believe this briefing and argument schedule would serve that end, while giving the United States adequate time—ten days—to respond. In addition, Defendants' expert reports are currently due in just over two months. *See* Doc. 225. It is critical that Defendants' experts are permitted the necessary amount of time to review the material subject to Defendants' motion to compel and are able to incorporate that material into their reports.

Given this timeline, Defendants ask the Court to schedule argument on their motion to compel for February 8 and order the United States to respond to Defendants' motion to compel by February 3.

Respectfully submitted,

Steve Marshall
  *Attorney General*

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, South Carolina 29413
(843) 606-0640
CMills@Spero.law

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
  *Deputy Solicitors General*
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152

dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on January 24, 2023, which will serve all counsel of record.

s/ Edmund G. LaCour Jr.
*Counsel for Defendants*
