# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| United States of America, ) | |
| ) | |
| *Intervenor Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 2:22-cv-184-LCB |
| ) | |
| Hon. Steve Marshall, in his official ) | |
| capacity as Attorney General, ) | |
| of the State of Alabama, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SCHEDULE ARGUMENT ON THEIR MOTION TO COMPEL PRODUCTION OF HHS DOCUMENTS

Upon consideration of Defendants' Motion to Schedule Argument on Their Motion to Compel Production of HHS Documents, it is hereby ORDERED that the Court will hear oral argument on Defendants' Motion to Compel (Doc. 227) at the upcoming discovery hearing on February 8, 2023. The United States is ORDERED to file a response to Defendants' motion by February 3, 2023.

Dated: _____        BY THE COURT:

_____
LILES C. BURKE
UNITED STATES DISTRICT JUDGE