# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*, *Plaintiffs*, and UNITED STATES OF AMERICA *Plaintiff-Intervenor,* v. STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *at al.*, *Defendants*. | No. 2:22-cv-00184-LCB-CWB Hon. Liles C. Burke |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to Middle District of Alabama Local Rule 83.1(f), Asaf Orr hereby moves to withdraw as counsel of Plaintiffs and states the following:

1. Mr. Orr will be leaving the National Center for Lesbian Rights on February 3, 2023, to work as an attorney for the State of California and will no longer be working on this litigation.

2. Another attorney at the National Center for Lesbian Rights, Rachel H. Berg, has entered her appearance and will continue to represent Plaintiffs in this matter along with existing co-counsel.

3. Mr. Orr's withdrawal as counsel will not cause any delay in this litigation.

Accordingly, Mr. Orr respectfully requests that he be permitted leave to withdraw as counsel for Plaintiffs.

Dated: January 25, 2023

/s/ Asaf Orr
Asaf Orr (admitted *pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: (415) 392-6257
E-Mail: aorr@nclrights.org

*Attorney for Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe; Robert Moe, individually and on behalf of his minor daughter, April Moe; Heather Austin, Ph.D.; and Rachel Koe, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 25th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel. I hereby certify that I have served the foregoing via electronic mail and/or U.S. Mail to all non-ECF participants.

> *s/Asaf Orr*
> Asaf Orr (admitted *pro hac vice*)
> NATIONAL CENTER FOR
> LESBIAN RIGHTS
> 870 Market Street, Suite 370
> San Francisco, CA 94102
> Telephone:  (415) 392-6257
> E-mail:     aorr@nclrights.org

3