# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*, *Plaintiffs*, and UNITED STATES OF AMERICA *Plaintiff-Intervenor,* v. STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *at al.*, *Defendants*. | No. 2:22-cv-00184-LCB-CWB Hon. Liles C. Burke |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

The Court, having reviewed Asaf Orr's Motion to Withdraw as Counsel for Plaintiffs, and good cause appearing,

IT IS ORDERED that Asaf Orr's Motion is GRANTED

1