## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **BRIANNA BOE,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:22-cv-184-LCB** |
| | ) | |
| **STEVE MARSHALL,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

Asaf Orr moves to withdraw as counsel of record for Private Plaintiffs. (Doc. 230 at 1). In the motion, he explains that he "will be leaving the National Center for Lesbian Rights on February 3, 2023, to work as an attorney for the State of California and will no longer be working on this litigation." *Id.* For good cause shown, the Court **GRANTS** the motion.

\*     \*     \*

The Court recognizes that there is an ongoing ethics inquiry with respect to all of plaintiffs' attorneys. The Court therefore **RETAINS** jurisdiction over Mr. Orr for those purposes.

**DONE** and **ORDERED** January 27, 2023.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE