IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>STEVE MARSHALL, et al.,<br><br>    Defendants | No. 2:22-cv-00184-LCB-CWB |

**DECLARATION OF CORTLIN H. LANNIN IN SUPPORT OF REPLY OF NONPARTIES AMERICAN ACADEMY OF PEDIATRICS, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH, AND ENDOCRINE SOCIETY IN SUPPORT OF JOINT MOTION TO QUASH RULE 45 SUBPOENAS**

I, Cortlin H. Lannin, hereby declare as follows:

1. I am an attorney in the law firm of Covington & Burling LLP, counsel for American Academy of Pediatrics ("AAP"), World Professional Association for Transgender Health ("WPATH"), and Endocrine Society ("Endocrine Society") (collectively, "*amici*"). The matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Proposed Findings of Fact filed by Defendants on January 18, 2023, Document No. 257, in the case styled *Brandt v. Griffin*, No. 4:21-CV-00450-JM (E.D. Ark.).

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Proposed Findings of Fact filed by Plaintiffs on January 18, 2023, Document No. 259, in *Brandt v. Griffin*.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the order regarding the Florida Motion to Quash issued by Judge Nichols on January 26, 2023, Document No. 18, in *In re Subpoenas Served on American Academy of Pediatrics, et al.*, No. 23-mc-00004-CJN (D.D.C., filed Jan. 13, 2023).

5. On January 27, 2023, and without conceding their relevance to this case, *amici* offered to produce those same materials, referenced in the order above, to Alabama if the State agreed that would constitute satisfaction of their obligations under the subpoenas. As of the date of this declaration *amici* and the State are discussing that offer, but have not reached a compromise.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed this 31st day of January, 2023, in San Francisco, California.

_____

Cortlin H. Lannin