# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

|  |  |
|---|---|
| BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; *et al.*, <br><br>     *Plaintiffs*, <br><br> and <br><br> UNITED STATES OF AMERICA <br><br>     *Plaintiff-Intervenor*, <br><br>     v. <br><br> STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; *et al.*, <br><br>     *Defendants*. | Case No.: 2:22-cv-00184-LCB-SRW <br><br> Honorable Liles C. Burke |

## NOTICE OF APPEARANCE

COMES NOW the United States of America, by and through its counsel, Prim F. Escalona, United States Attorney for the Northern District of Alabama, and gives notice that Assistant United States Attorney Praveen Krishna will be an additional attorney of record in this case.

Respectfully submitted this 1st day of February, 2023.

PRIM F. ESCALONA,
UNITED STATES ATTORNEY

/s/ *Praveen Krishna*
PRAVEEN KRISHNA
(NY Bar. Reg. No. 4523718)
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
Tel.: (205)244-2168
Praveen.Krishna@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2023, a copy of the foregoing Notice of Appearance has been filed electronically with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all counsel of record.

/s/ *Praveen Krishna*
PRAVEEN KRISHNA
Assistant United States Attorney