# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) NO. 2:22-CV-00184-LCB-CWB |
| *Plaintiff-Intervenor*, | ) HON. LILES C. BURKE |
| | ) |
| v. | ) |
| | ) |
| STEVE MARSHALL, IN HIS | ) |
| OFFICIAL CAPACITY AS | ) |
| ATTORNEY GENERAL OF THE | ) |
| STATE OF ALABAMA, *ET AL.*, | ) |
| | ) |
| *Defendants*. | ) |

## JOINT MOTION FOR ENTRY OF STIPULATED
## ESI PRODUCTION PROTOCOL

Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Rachel Koe, M.D.; Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe; Heather Austin, Ph.D.; and Robert Moe, individually and on behalf of his minor

daughter, April Moe; Plaintiff-Intervenor United States of America; and Defendants Steve Marshall, in his official capacity as Attorney General of the State of Alabama; Daryl D. Bailey, in his official capacity as District Attorney for Montgomery County; C. Wilson Blaylock, in his official capacity as District Attorney for Cullman County; Jessica Ventiere, in her official capacity as District Attorney for Lee County; Tom Anderson, in his official capacity as District Attorney for the 12th Judicial Circuit; and Danny Carr, in his official capacity as District Attorney for Jefferson County (collectively, "the Parties") move the Court to enter the proposed Stipulated ESI Protocol attached as Exhibit A. The Parties have conferred and agreed upon the terms of the Stipulated ESI Production Protocol to govern the production of electronically stored information in this action.

WHEREFORE, the Parties respectfully move the Court to enter the Stipulated ESI Protocol attached as Exhibit A.

Respectfully submitted this 1st day of February, 2023.

**FOR THE PRIVATE PLAINTIFFS:**

  /s/ *Melody H. Eagan*
Melody H. Eagan (ASB-9780-D38M)
Jeffrey P. Doss (ASB-4212-R62D)
Amie A. Vague (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North

Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

J. Andrew Pratt (ASB-3507-J56P)
Adam Reinke (GA Bar No. 510426) (*pro hac vice*)
Misty L. Peterson (GA Bar No. 243715) (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
404.572.4600
apratt@kslaw.com
areinke@kslaw.com
mpeterson@kslaw.com

Brent P. Ray (IL Bar No. 6291911) (*pro hac vice*)
Abigail Hoverman Terry (IL Bar No. 6327057) (*pro hac vice*)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
312.995.6333
bray@kslaw.com
ahoverman@kslaw.com

Michael B. Shortnacy (CA Bar No. 277035) (*pro hac vice*)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
213.443.4355
mshortnacy@kslaw.com

3

Asaf Orr (CA Bar No. 261650) (*pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
415.392.6257
aorr@nclrights.org

Jennifer L. Levi (MA Bar No. 562298) (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
617.426.1350
jlevi@glad.org

Scott D. McCoy (FL Bar No. 1004965) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
334.224.4309
scott.mccoy@splcenter.org

Diego A. Soto (ASB-3626-Y61S)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
334.604.1414
diego.soto@splcenter.org

Jessica L. Stone (GA Bar No. 275567) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
404.221.5837
jessica.stone@splcenter.org

Sarah Warbelow (MI Bar No. P66690) (*pro hac vice*)
Cynthia Weaver (NY Bar No. 5091848) (*pro hac vice*)
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
202.628.4160
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org


**FOR PLAINTIFF-INTERVENOR**
**UNITED STATES OF AMERICA:**

KRISTEN CLARKE
  *Assistant Attorney General*
  *Civil Rights Division*

SANDRA J. STEWART
  *United States Attorney*
  *Middle District of Alabama*

PRIM F. ESCALONA
  *United States Attorney*
  *Northern District of Alabama*

JOHN POWERS (DC Bar No. 1024831)
  *Counsel to the Assistant Attorney General*
  *Civil Rights Division*

CHRISTINE STONEMAN
  *Chief, Federal Coordination and Compliance Section*

 /s/ Coty Montag (w/ permission)
COTY MONTAG (DC Bar No. 498357)
  *Deputy Chief, Federal Coordination and*
  *Compliance Section*

5

RENEE WILLIAMS (CA Bar No. 284855)
KAITLIN TOYAMA (CA Bar No. 318993)
Trial Attorneys
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Telephone: (202) 305-2222
Renee.Williams3@usdoj.gov
Kaitlin.Toyama@usdoj.gov

AMIE S. MURPHY (NY Bar No. 4147401)
Trial Attorney
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 353-1285
Amie.Murphy2@usdoj.gov

JASON R. CHEEK
  *Deputy Chief, Civil Division*
MARGARET L. MARSHALL
  *Assistant U.S. Attorney*
ROBERT C. PICKREN
  *Assistant U.S. Attorney*
U.S. Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203
Telephone: (205) 244-2104
Jason.Cheek@usdoj.gov
Margaret.Marshall@usdoj.gov

STEPHEN D. WADSWORTH
  *Assistant U.S. Attorney*
U.S. Attorney's Office
Middle District of Alabama

P.O. Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Stephen.Wadsworth@usdoj.gov

**FOR THE DEFENDANTS:**

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
  *Deputy Solicitors General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

Christopher Mills (SC Bar No. 101050)
 (*pro hac vice*)

SPERO LAW LLC
557 East Bay St.
#22251

        Charleston, SC 29451
        Telephone: (843) 606-0640
        cmills@spero.law

        */s/ Brian W. Barnes  (w/ permission)*
        David H. Thompson (*pro hac vice*)
        Peter A. Patterson (*pro hac vice*)
        Brian W. Barnes (*pro hac vice*)
        John D. Ramer (*pro hac vice*)
        COOPER & KIRK, PLLC
        1523 New Hampshire Ave., NW
        Washington, DC 20036
        Telephone: (202) 220-9600
        dthompson@cooperkirk.com
        ppatterson@cooperkirk.com
        bbarnes@cooperkirk.com
        jramer@cooperkirk.com

        Roger G. Brooks (*pro hac vice*)
        ALLIANCE DEFENDING FREEDOM
        15100 N. 90th Street
        Scottsdale, AZ 85260
        Telephone: (480) 444-0200
        rbrooks@adflegal.org

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on February 1st, 2023, which will serve all counsel of record.

                          s/ *Melody H. Eagan*