**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| Rev. Paul A. Eknes-Tucker, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| *Intervenor Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00184-LCB-SRW |
| | ) | |
| Hon. Steve Marshall, in his official | ) | |
| capacity as Attorney General of the | ) | |
| State of Alabama, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**DEFENDANTS' FIRST REQUESTS FOR PRODUCTION TO**
**INTERVENOR-PLAINTIFF UNITED STATES OF AMERICA**

Pursuant to Fed. R. Civ. P. 26 and Fed. R. Civ. P. 34, Alabama Attorney General Steve Marshall, Montgomery County District Attorney Daryl D. Bailey, Cullman County District Attorney C. Wilson Blaylock, Lee County District Attorney Jessica Ventiere, Twelfth Judicial Circuit District Attorney Tom Anderson, and Jefferson County District Attorney Danny Carr, collectively the Defendants, hereby propound the following Requests for Production to Intervenor-Plaintiff United States of America.

## INSTRUCTIONS

Your responses should include all information, knowledge, or belief available not only to You, but also to any attorneys, investigators, consultants, agents, and other representatives acting on Your behalf. Please respond in accordance with the following instructions:

1.     **Claims of Privilege and Exception to Discovery.** If any claim of privilege is asserted, in whole or in part, with respect to any Request, or if You refuse to disclose any requested information or Document, in whole or in part, based on any claim of privilege or immunity, please identify the specific privilege or protection claimed and state the basis for the claim, identifying the pertinent circumstances with sufficient specificity to permit Defendants to assess the basis of any such claim for privilege or protection.

2.     **Continuing Nature.** These Requests are intended to be and shall be answered or responded to fully as of the date of response and shall be deemed to be continuing thereafter until the conclusion of this matter. If You should subsequently acquire any further responsive information or Documents called for by these Requests, You should promptly furnish such information or Documents to the undersigned counsel.

3.     **Answer to the Fullest Extent Possible.** If any of the Requests cannot be fulfilled in full, please answer to the fullest extent possible, explaining why you

cannot answer the remainder of the Request, and stating any information or knowledge which You have concerning the unanswered portion.

4.     **Objections.** If You have a good-faith objection to any of these Requests, or any part thereof, the specific nature of the objection and whether it applies to the entire Request or to a certain portion thereof shall be clearly stated. If there is an objection to any part of a Request, then the part or parts objected to should be indicated and information responsive to the remaining unobjectionable parts should be provided.

5.     **Language.** The use of the singular form of any word includes the plural and vice versa. Reference to one gender includes the other gender(s). The word "all" means any and all. The word "including" means "including without limitation."

6.     **Production**. The documents must be produced in their native format, unless otherwise agreed by the parties. Specifically, the documents must be produced as they are kept in the usual course of business. Documents should not be converted to a different format or otherwise produced in a manner where metadata is removed, unless otherwise agreed by the parties.

## DEFINITIONS

1.     The word "**Communication**" refers to any transmission, receipt, or exchange of information, whether orally, electronically, or in writing, including, without limitation, any conversation or discussion by means of Documents, letters, notes,

3

in-person conversations, memoranda, reports, statements, voicemail, audio or video transmission, telephone calls, telegraph, telex, telecopier, facsimile, email, text message, list-serv posting, electronic or other instant message, cable, Social Media post or message, Internet post or message, or any other form or medium of transmission or exchange.

2.    The words "**Document**" and "**Documents**" are used in the most comprehensive and inclusive sense permitted by Rule 34 of the Federal Rules of Civil Procedure and therefore include, but are not limited to, all forms of recorded information in Your actual or constructive possession, custody, or control, whether handwritten, typed, printed, recorded or stored on computer or personal data storage devices, diskettes, videotapes, audio tapes, or photographic film, as well as electronically stored information and data compilations. The terms "Document" and "Documents" also include any drafts or versions thereof, and all copies on which any mark, alteration, writing, attachment, or any other change from the original appears. By way of example and not limitation, the terms "Document" and "Documents" include: letters, correspondence, memoranda, email and other electronic communications, voice-mail recordings, facsimile transmissions, telegrams, film or photographic prints, video or audio recordings, blueprints, drawings, charts, specimens, models, word processing files, PowerPoint files, spreadsheets, images, metadata, programs, databases and data compilations.

3.     The terms "**regarding**," "**with regards to**," "**relate**," "**relating**," "**relating to**," "**concerning**," and/or "**related to**" mean recording, summarizing, embodying, constituting, reflecting, digesting, referring to, commenting upon, describing, reporting, listing, analyzing, studying, or otherwise discussing in any way a subject matter identified in the Request, and is defined so as to reach all matters within the scope of discovery under the Federal Rules of Civil Procedure, including all information which, though inadmissible at trial, is reasonably calculated to lead to the discovery of admissible evidence.

4.     The terms "**You**" and "**Your**" refer to the United States of America, any executive agency or department in which documents responsive to these Requests may be found, and the officers, agents, employees, present or former counsel, and all other persons acting on behalf of those agencies or departments.

5.     The connectives "**and**" and "**or**" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of each of the Requests any and all information and Documents that might otherwise be construed to be outside of their scope.

6.     "**Alabama Vulnerable Child Compassion and Protection Act**" (or "**Act**") shall mean Alabama Act No. 2022-289, introduced in the Alabama Legislature as Senate Bill 184 and signed into law on or around April 8, 2022.

7.     "**Sex**" or "**Biological Sex**" shall mean the biological state of being male or female, based on the individual's sex organs at birth, chromosomes, and endogenous hormone profiles.

8.     "**Male**" shall mean the biological state of being male, based on the individual's sex organs at birth, chromosomes, and endogenous hormone profiles.

9.     "**Female**" shall mean the biological state of being female, based on the individual's sex organs at birth, chromosomes, and endogenous hormone profiles.

10.     "**Gender Dysphoria**" is the diagnosis of Gender Dysphoria under the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5). "**Related Conditions**" are any issues concerning gender identity, gender incongruence, transgender identity, or non-binary identity. These include, but are not limited to, ICD diagnostic codes for trans-sexualism (including all sub-categories); gender identity disorder in adolescents or adults; gender identity disorder in children; transvestic fetishism; disorder of gender identity or role; transsexualism; dual role transvestism; gender identity disorder of childhood; other gender identity disorders; and gender identity disorder, unspecified.

11.     "**Puberty Blockers**" shall mean medication administered to Minors to delay or prevent the onset or continuation of puberty, or otherwise to prevent the formation or maturation of secondary sex characteristics consistent with the patient's Biological Sex. This includes, but is not limited to, common puberty blockers such

as histrelin acetate and leuprolide acetate if administered for the purpose of Transitioning. For purposes of these Requests, "Puberty Blockers" does not include GnRH agonists administered to young children (7 and younger) for the treatment of central precocious puberty or to adult men (19+) for the treatment of prostate cancer.

12.    "**Cross-sex Hormones**" shall mean hormones administered to induce the physical characteristics of a sex or gender profile other than the Biological Sex of the patient (including non-cross-sex gender identities such as "non-binary"). It includes, but is not limited to, administering androgenic hormones such as testosterone, fluoxymesterone, and methyltestosterone to a biological female, and estrogenic hormones such as estrogen and estradiol to a biological male. It also includes the administration of hormone blockers and anti-androgens such as flutamide, spironolactone, and cyproterone if used as part of Transitioning.

13.    "**Desistance**" shall mean the resolution of diagnosed Gender Dysphoria or Related Conditions in a Minor without the continued administration of Puberty Blockers, Cross-Sex Hormones, or surgical interventions.

14.    "**Transitioning**" shall mean the administration of medicines such as Puberty Blockers, Cross-Sex Hormones, and surgical interventions to change the physical appearance of a Minor in a way that is not consistent with the patient's Biological Sex. This includes changing the appearance to appear as a cross-sex identification as well as non-cross-sex identifications such as "non-binary."

15.     "**Detransitioning**" shall mean any actions taken to conceal or reverse the effects of Transitioning, including the administration of medicines, surgical interventions, and social actions such as changing pronouns, dress, or other forms of gender expression.

16.     "**Minor**" shall mean a person under the age of 19.

## REQUESTS FOR PRODUCTION

1.     All Communications and Documents concerning the Act.

2.     All Communications and Documents concerning any legal challenge to the Act.

3.     All Communications and Documents among You and any plaintiff or expert in prior litigation concerning the Act, including *Ladinsky v. Ivey*, N.D. Ala., No. 22-cv-447; and *Walker v. Marshall*, M.D. Ala. No. 22-cv-167.

4.     All Communications and Documents that You may rely upon in summary judgment briefing or introduce at trial.

5.     All Communications and Documents referred to or referenced in Your Initial Disclosures.

6.     All Communications and Documents since January 1, 2017, concerning Transitioning or the treatment of Minors for Gender Dysphoria or a Related Condition.

7.      All Communications and Documents since January 1, 2017, concerning the effects of Transitioning or the treatment of Minors for Gender Dysphoria or a Related Condition on the well-being or health of Minors.

8.      All Communications and Documents since January 1, 2017, concerning the informed consent process for treating Minors for Gender Dysphoria or a Related Condition.

9.      All Communications and Documents since January 1, 2017, concerning any guidance, proposed rules, final rules, or other legal documents You have issued, may issue, or will issue regarding Transitioning or the treatment of Minors for Gender Dysphoria or a Related Condition.

10.      All documents or communications between any official, attorney, employee, or representative of the U.S. Department of Justice and any other federal entity or employee concerning Transitioning and Gender Dysphoria or a Related Condition.

11.      All Communications and Documents regarding Proposed Rule, Nondiscrimination in Health Programs and Activities, 87 Fed. Reg. 47824, that relate to Transitioning or the treatment of Minors for Gender Dysphoria or a Related Condition.

12.      All Communications and Documents regarding Rule, Nondiscrimination in Health and Health Education Programs or Activities, Delegation of Authority,

85 Fed. Reg. 37160 (June 19, 2020), that relate to Transitioning or the treatment of Minors for Gender Dysphoria or a Related Condition.

13.    All Communications and Documents regarding Rule, Patient Protection and Affordable Care Act; HHS Notice of Benefit and Payment Parameters for 2023, 87 Fed. Reg. 27208, that relate to Transitioning or the treatment of Minors for Gender Dysphoria or a Related Condition.

14.    All Communications and Documents concerning any past or present studies or other research You have conducted, funded, or otherwise supported regarding Transitioning or the treatment of Minors for Gender Dysphoria or a Related Condition.

15.    All Communications and Documents concerning any past or present studies or other research You have declined to conduct, fund, or otherwise support regarding Transitioning or the treatment of Minors for Gender Dysphoria or a Related Condition.

16.    All Communications and Documents regarding any criteria used to select studies or research to fund regarding Transitioning or the treatment of Minors for Gender Dysphoria or a Related Condition.

17.    All Communications and Documents concerning Your funding of Transitioning or the treatment of Minors for Gender Dysphoria or a Related Condition.

18.     All Communications and Documents concerning research published as Johanna Olson-Kennedy et al., Impact of Early Medical Treatment for Transgender Youth: Protocol for the Longitudinal, Observational Trans Youth Care Study, doi:10.2196/14434, National Institutes of Health Project # 1R01HD082554-01A1, including without limitation the grant proposal (including appendices), study protocol, all records of its implementation, all informed consent documents, all IRB approval forms, all educational materials, all minutes and notes from any meetings with any NIH staff, all progress reports, all board meeting minutes, all FCOI requests, all letters of support, all funding documents, all outcome data, all extensions or requests for extensions, and Communications regarding a letter dated on or about Apr 5, 2019 requesting a moratorium on this research signed by Michael Laidlaw, William Malone, and/or Hacsi Horvath.

19.     All Communications and Documents concerning research published as Johanna Olson-Kennedy et al., Physiologic Response to Gender-Affirming Hormones Among Transgender Youth, Journal of Adolescent Health, 62(4), 397–401. https://doi.org/10.1016/j.jadohealth.2017.08.005, including without limitation the grant proposal (including appendices), all study protocols, all records of its implementation, all informed consent documents, all IRB approval forms, all educational materials, all minutes and notes from any meetings with any NIH staff, all progress

reports, all board meeting minutes, all FCOI requests, all letters of support, all funding documents, all outcome data, and all extensions or requests for extensions.

20.     All Communications and Documents concerning research by Natalie J. Nokoff regarding Transitioning or Gender Dysphoria or a Related Condition, including without limitation all study protocols, all records of implementation, all informed consent documents, all IRB approval forms, all educational materials, all minutes and notes from any meetings with any NIH staff, all progress reports, all board meeting minutes, all FCOI requests, all letters of support, all funding documents, and all outcome data, about all of the following NIH-funded projects and any other projects concerning Transitioning or Gender Dysphoria or a Related Condition: Trans Health: Evaluation of Markers of Cardio-metabolic Health and Well-being in Transgender Youth, https://clinicaltrials.gov/ct2/show/NCT02550431; Pubertal Blockade and Estradiol Effects on Cardiometabolic Health for Transitioning Youth, Projects # K23-HL-151868-01, -02, -03; and, Project # K12-HD-057022.

21.     All Communications and Documents concerning Your participation in Transitioning or the treatment of Minors for Gender Dysphoria or a Related Condition, including at any hospitals, medical offices, or clinics run by or supported by You.

22.     All Communications and Documents concerning the Food & Drug Administration's or any other agency's consideration of medical devices, drugs, or

medical requirements related to Transitioning or the treatment of Minors for Gender Dysphoria or a Related Condition.

23.     All Communications and Documents concerning the Food & Drug Administration's decision to add a warning about the risk of pseudotumor cerebri (idiopathic intracranial hypertension) to the labeling for gonadotropin-releasing hormone agonists as generally discussed in Risk of pseudotumor cerebri added to labeling for gonadotropin-releasing hormone agonists, AAP, https://www.fda.gov/media/159663/download#:~:text=The%20Food%20and%20Drug%20Administration%20(FDA)%20has%20added%20a%20warning,precocious%20puberty%20in%20pediatric%20patients. (July 1, 2022), including without limitation reporting of adverse events by diagnosis, primary data, Communications between You and AAP, and Communications between Your agencies.

24.     All Communications and Documents concerning the FDA review of Puberty Blockers referenced in Christina Jewett, Women Fear Drug They Used To Halt Puberty Led To Health Problems, Kaiser Health News, https://khn.org/news/women-fear-drug-they-used-to-halt-puberty-led-to-health-problems/ (Feb. 2, 2017).

25.     All Communications and Documents concerning reporting of adverse events for Puberty Blockers and Cross-sex Hormones.

26.     All Communications and Documents concerning reporting of adverse events for surgical procedures used to treat Gender Dysphoria or a Related Condition.

27.     All Communications and Documents concerning Transitioning treatments or care provided to Minors in Alabama, including referrals to providers outside the state.

28.     All Communications and Documents relating to the appropriate age for beginning Transitioning treatment in Minors.

29.     All Communications and Documents concerning reports on the quality of care for the treatment of Minors for Gender Dysphoria or a Related Condition, including without limitation Communications and Documents involving the Agency for Healthcare Research and Quality and its Topic Brief: Treatments for Gender Dysphoria in Transgender Youth, https://effectivehealthcare.ahrq.gov/system/files/docs/topic-brief-gender-dysphoria.pdf (Jan. 8, 2021).

30.     All Communications and Documents concerning the following document published by the Department of Health and Human Services' Office of Population Affairs: Gender-Affirming Care and Young People, https://opa.hhs.gov/sites/default/files/2022-03/gender-affirming-care-young-people-march-2022.pdf.

31.    All Communications and Documents concerning the following document published by the Department of Health and Human Service's Children's Bureau: Guidance for Title IV-B and IV-E Agencies When Serving LGBTQI+ Children and Youth, https://www.acf.hhs.gov/sites/default/files/documents/cb/im2201.pdf.

32.    All Communications and Documents concerning the Centers for Medicare and Medicaid's Services' decision to approve a request to provide "gender-affirming care" in the individual and small group health insurance markets as part of Colorado's Essential Health Benefit (EHB) benchmark. *See* https://www.hhs.gov/about/news/2021/10/12/biden-harris-administration-greenlights-coverage-of-lgbtqplus-care-as-an-essential-health-benefit-in-colorado.html.

33.    All Communications and Documents concerning the following document published by the Department of Justice: Letter Regarding Federal Nondiscrimination Protections, https://www.justice.gov/opa/press-release/file/1489066/download.

34.    All Communications and Documents pertaining to incidences and facts regarding onset of Gender Dysphoria or a Related Condition.

35.    All Communications and Documents regarding the incidences of Medicare beneficiaries with Gender Dysphoria or a Related Condition or who are undergoing Transitioning.

36.    All Communications and Documents reflecting incidences or evidence of desistance or detransition.

37.    All Communications and Documents concerning Dr. Erika Anderson and Dr. Marci Bowers related to Gender Dysphoria or a Related Condition.

38.    All Communications and Documents between NIH's Sexual & Gender Minority Research Office and any representative of the World Professional Association for Transgender Health ("WPATH"), U.S. Professional Association for Transgender Health ("USPATH"), the Endocrine Society, the American Psychological Association, the American Academy of Pediatrics ("AAP"), the Human Rights Campaign, the Southern Poverty Law Center, and the American Civil Liberties Union regarding Transitioning and Gender Dysphoria or a Related Condition.

39.    All Communications and Documents between or among Xavier Becerra, Rachel Levine, Francis Collins, Janet E. Hall, Loyce Pace, Chiquita Brooks-LaSure, Karen L. Parker, or any of their officers, agents, employees, present or former counsel, or other persons acting on their behalf and any representative of WPATH, USPATH, the Endocrine Society, the American Psychological Association, AAP, the Human Rights Campaign, the Southern Poverty Law Center, and the American Civil Liberties Union regarding Transitioning and Gender Dysphoria or a Related Condition.

40.    All Communications and Documents concerning the organizational stance regarding the treatment of Gender Dysphoria or a Related Condition from WPATH, USPATH, AAP, or the Endocrine Society.

41.    All Communications and Documents concerning any conference related to Gender Dysphoria or a Related Condition that WPATH, USPATH, AAP, or the Endocrine Society has hosted.

42.    All Communications and Documents regarding Your review or consideration of the following: Nat'l Inst. for Health and Care Excellence, Evidence Review: Gender-Affirming Hormones for Children and Adolescents with Gender Dysphoria (2021); Nat'l Inst. for Health and Care Excellence, Evidence Review: Gonadotrophin Releasing Hormone Analogues for Children and Adolescents with Gender Dysphoria (2021); Ryan Anderson, When Harry Became Sally (2018); Abigail Shrier, Irreversible Damage (2020); Abigail Shrier, Top Trans Doctors Blow the Whistle on 'Sloppy' Care, Common Sense (Oct. 4, 2021); William J. Malone et al., Proper Care of Transgender and Gender-diverse Persons in the Setting of Proposed Discrimination, 106 J. Clinical Endocrinology & Metabolism e3287 (2021); Abigail Shrier, A Pediatric Association Stifles Debate on Gender Dysphoria, Wall St. Journal (Aug. 9, 2021); Stephen Levine et al., Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults, J. Sex & Marital Therapy, 7 (Mar. 2022); Socialstyrelsen, Care of children and adolescents with gender

dysphoria (Feb. 2022); Académie Nationale de Médecine, Medicine and gender transidentity in children and adolescents (Feb. 2022); James M. Cantor, Transgender and Gender Diverse Children and Adolescents: Fact-Checking of AAP Policy, Journal of Sex & Marital Therapy, DOI: 10.1080/0092623X.2019.1698481 (2019).

43.    All Communications and Documents regarding the Society for Evidence Based Gender Medicine ("SEGM"), the American College of Pediatricians, 4th Wave Now, Transgender Trend, Michael Laidlaw, MD, William Malone, MD, Paul Hruz, MD, Quentin Van Meter, MD, Julie Mason, MD, Stephen Levine, MD, Andre Van Mol, MD, Michelle Cretella, South Dakota Rep. Fred Deutsch, Deborah Soh, and Hilary Cass.

44.    All Communications and Documents regarding the following filings by You: Statement of Interest, *Brandt v. Rutledge*, E.D. Ark. No. 21-cv-450, Dkt. 19 (filed June 17, 2021); Amicus Brief, *Brandt v. Rutledge*, 8th Cir. No. 21-2875 (filed Jan. 25, 2022); Amicus Brief, *Hecox v. Little*, 9th Cir. Nos. 20-35813, 20-35815, Dkt. 45 (filed Nov. 19, 2020).

45.    All Communications and Documents concerning public statements (including via social media), interviews, testimony, or speeches made by You about the Act, Transitioning, or the treatment of Minors for Gender Dysphoria or a Related Condition.

18

Respectfully submitted,

Steve Marshall
  *Attorney General*

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, South Carolina
29413
(843) 606-0640
CMills@Spero.law

s/ Brian W. Barnes
David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Edmund G. LaCour, Jr. (ASB-9182-U81L)
  *Solicitor General*
A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
  *Deputy Solicitors General*
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The parties have agreed to electronic service of discovery documents. I hereby certify that I electronically served a copy of the foregoing document on Melody H. Eagan (meagan@lightfootlaw.com), Jeffrey P. Doss (jdoss@lightfootlaw.com), Amie A. Vague (avague@lightfootlaw.com), J. Andrew Pratt (apratt@kslaw.com), Misty L. Peterson (mpeterson@kslaw.com), Adam Reinke (areinke@kslaw.com), Gilbert Oladeinbo (goladeinbo@kslaw.com), Brent P. Ray (bray@kslaw.com), Abigail Hoverman Terry (ahoverman@kslaw.com), Michael B. Shortnacy (mshortnacy@kslaw.com), Asaf Orr (aorr@nclrights.org), Jennifer L. Levi (jlevi@glad.org), Scott D. McCoy (scott.mccoy@splcenter.org), Diego A. Soto (diego.soto@splcenter.org), Jessica L. Stone (jessica.stone@splcenter.org), Sarah Warbelow (sarah.warbelow@hrc.org), Cynthia Weaver (cynthia.weaver@hrc.org), John Powers (john.powers@usdoj.gov), Coty Montag (coty.montag@usdoj.gov); Eliza Dermody (eliza.dermody@usdoj.gov); Alyssa C. Lareau (alyssa.lareau@usdoj.gov), Renee Williams (renee.williams3@usdoj.gov), Kaitlin Toyama (kaitlin.toyama@usdoj.gov), Lane Woodke (lane.woodke@usdoj.gov), Jason R. Cheek (jason.cheek@usdoj.gov), Sandra J. Stewart (sandra.stewart@usdoj.gov), and Stephen D. Wadsworth (Stephen.wadsworth@usdoj.gov) *via* email on this the 20th day of September 2022.

s/ Brian W. Barnes
*Counsel for Defendants*