# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D.<br><br>                Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>                Plaintiff-Intervenor,<br><br>      v.<br><br>STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BLAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in | Case No. 2:22-cv-184-LCB-SRW<br><br>Honorable Liles C. Burke |

1

| |
|---|
| his official capacity as District Attorney for Jefferson County.<br><br>                              Defendants. |

**PLAINTIFF-INTERVENOR UNITED STATES' INITIAL DISCLOSURES**

Plaintiff-Intervenor the United States of America ("United States"), through undersigned counsel, hereby submits its initial disclosures as required by Federal Rule of Civil Procedure ("Rule") 26(a)(1).

The United States makes these Initial Disclosures based upon the information reasonably available to it at the present time. The United States does not represent that these Initial Disclosures identify every individual, document, or tangible thing potentially relevant to this lawsuit. The United States reserves its right to clarify, alter, amend, modify, or supplement these Initial Disclosures if and when additional information becomes available to it, to the extent required by the Rules, the Court's local rules, and/or any applicable orders of the Court. These Initial Disclosures do not include information that may be used solely for impeachment purposes, or identify or otherwise include information concerning experts, as this subject is not covered by Rule 26(a)(1). The United States will provide its expert disclosures, if applicable, pursuant to Rule 26(a)(2) and any scheduling order entered by the Court.

These Initial Disclosures are not an admission as to the existence, relevance, or admissibility of the identified materials, or a waiver of any attorney-client or work product privilege, or other applicable privilege or immunity. In addition to the documents, electronically stored information, and/or other tangible things described below, the United States also may rely upon other documents, electronically stored information, and/or other tangible things produced by other parties or third parties in this or other litigation.

**A.     Individuals Likely to Have Knowledge of Discoverable Information to Support the United States' Claim**

The following individuals are likely to have knowledge of discoverable information that the United States may use to support its claim in this case, unless solely used for impeachment. The United States reserves the right to seek discovery from, and relating to, other persons that may subsequently become known as persons likely to have discoverable information. The United States further reserves the right to modify the following list and to identify and call as witnesses additional persons if, during the course of its investigation and discovery relating to this case, the United States learns that such additional persons have knowledge or information that the United States may use to support its claim.

| Name | Contact Information | Subject |
|---|---|---|
| Rev. Paul A. Eknes-Tucker | Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North | The impact of Senate Bill 184 on Named Plaintiffs |

| Name | Contact Information | Subject |
|---|---|---|
| | Birmingham, AL 35203 | |
| Brianna Boe | Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Michael Boe | Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| James Zoe | Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Zachary Zoe | Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Megan Poe | Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Allison Poe | Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Kathy Noe | Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |

| Name | Contact Information | Subject |
|---|---|---|
| Christopher Noe | Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Jane Moe, Ph.D. | Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Dr. Rachel Koe | Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Steve Marshall, in his official capacity as Attorney General of the State of Alabama | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | The enforcement of Senate Bill 184 |
| Daryl D. Bailey, in his official capacity as District Attorney for Montgomery County | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | The enforcement of Senate Bill 184 |
| C. Wilson Blaylock, in his official capacity as District Attorney for Cullman County | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | The enforcement of Senate Bill 184 |

| Name | Contact Information | Subject |
|---|---|---|
| Jessica Ventiere, in her official capacity as District Attorney for Lee County | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | The enforcement of Senate Bill 184 |
| Tom Anderson, in his official capacity as District Attorney for the 12th Judicial District | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | The enforcement of Senate Bill 184 |
| Danny Carr, in his official capacity as District Attorney for Jefferson County | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | The enforcement of Senate Bill 184 |
| Morissa J. Ladinsky, M.D., FAAP | Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | The impact of Senate Bill 184 on transgender youth in Alabama; the standards of care for the treatment of gender dysphoria for transgender youth; informed consent procedures for the treatment of gender dysphoria for transgender youth |
| Dr. James Cantor | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152 | Standards of care related to the treatment of gender dysphoria in transgender youth |

6

| Name | Contact Information | Subject |
|---|---|---|
| | Montgomery, AL 36130-0152 | |
| Michael K. Laidlaw, M.D. | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | Standards of care related to the treatment of gender dysphoria in transgender youth |
| Quentin L. Van Meter, M.D. | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | Standards of care related to the treatment of gender dysphoria in transgender youth |
| Paul W. Hruz, M.D., Ph.D. | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | Standards of care related to the treatment of gender dysphoria in transgender youth |
| Patrick Hunter, M.D. | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | Standards of care related to the treatment of gender dysphoria in transgender youth |
| Dianna Kenny | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | Standards of care related to the treatment of gender dysphoria in transgender youth |

Additional witnesses who may have discoverable information that the United States may rely upon to support its claim include: (1) all individuals or entities identified in Private Plaintiffs' and Defendants' respective disclosures and witness lists; (2) all individuals or entities identified by any party in response to interrogatories or other discovery requests; (3) all expert witnesses designated by any party; (4) all individuals designated by any party as a Rule 30(b)(6) representative; (5) all individuals or entities served by any party with a subpoena during the course of this suit; (6) all individuals or entities noticed and/or deposed in this case; (7) all individuals who submitted declarations, affidavits, or sworn statements during the preliminary injunction hearing; and (8) all individuals or entities referred to in any document produced by any party or third-party in this litigation.

**B.     A Copy of, or Description by Category and Location of, Documents, Electronically Stored Information, and Tangible Things in the United States' Possession, Custody, or Control to Support its Claim**

The United States identifies the following categories of documents, electronically stored information, and tangible things in its possession, custody, or control that it may use to support its claim, unless solely used for impeachment. All of these documents are located at the offices of the undersigned attorneys:

(1) Studies regarding the medical treatment of gender dysphoria in transgender youth;

8

(2)     Guidelines regarding the standards of care for the medical treatment of gender dysphoria provided to transgender youth;

(3)     Medical literature related to "off label" use of medications;

(4)     Public statements from medical associations or practitioners regarding the standards of care for medical treatment of gender dysphoria provided to transgender youth;

(5)     Public statements from medical associations regarding Alabama Senate Bill 184 and/or House Bill 266;

(6)     Public statements or interviews from State officials related to Alabama Senate Bill 184 and/or House Bill 266;

(7)     Video recordings of legislative hearings or proceedings on Alabama Senate Bill 184 and/or House Bill 266;

(8)     Declaration signed by Dr. Armand Antommaria, which was filed in support of the United States' motion for a temporary restraining order and a preliminary injunction, and the exhibits accompanying that declaration;

(9)     All pleadings and other documents filed in this action and the attachments thereto; and

(10)    Documents admitted as exhibits during the preliminary injunction proceedings.

C. **Computation of Damages**

The United States is not seeking damages from any party.

D. **Insurance Agreements**

Not Applicable.

| | |
|---|---|
| Dated: June 14, 2022 | Respectfully submitted, |

SANDRA J. STEWART  KRISTEN CLARKE
United States Attorney  Assistant Attorney General
Middle District of Alabama  Civil Rights Division

PRIM F. ESCALONA  JOHN POWERS (DC Bar No. 1024831)
United States Attorney  Counsel to the Assistant Attorney General
Northern District of Alabama  Civil Rights Division

LANE H. WOODKE  CHRISTINE STONEMAN
Chief, Civil Division  Chief, Federal Coordination and
Northern District of Alabama  Compliance Section

*s/Jason R. Cheek*  *s/Coty Montag*
JASON R. CHEEK  COTY MONTAG (DC Bar No. 498357)
Deputy Chief, Civil Division  Deputy Chief, Federal Coordination and
  Compliance Section

MARGARET LESTER MARSHALL
Assistant United States Attorney  ALYSSA C. LAREAU (DC Bar No. 494881)
U.S. Attorney's Office  RENEE WILLIAMS (CA Bar No. 284855)
Northern District of Alabama  KAITLIN TOYAMA (CA Bar No. 318993)
1801 Fourth Avenue North  Trial Attorneys
Birmingham, Alabama 35203  United States Department of Justice
Tel.: (205) 244-2121  Civil Rights Division
mmarshall2@usa.usdoj.gov  Federal Coordination and Compliance
  Section
STEPHEN D. WADSWORTH  950 Pennsylvania Avenue NW – 4CON
Assistant United States Attorney  Washington, DC 20530
U.S. Attorney's Office  Tel.: (202) 305-2994
Middle District of Alabama  Alyssa.Lareau@usdoj.gov
Post Office Box 197  Renee.Williams3@usdoj.gov

10

Montgomery, Alabama 36101-0197
Tel.: (334) 223-7280
Stephen.Wadsworth@usdoj.gov

Kaitlin.Toyama@usdoj.gov

ELIZA DERMODY (DC Bar No. 1001530)
Acting Senior Counsel to the Assistant Attorney General
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel.: (202) 305-0463
Eliza.Dermody@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2022, I sent, via electronic mail, the foregoing Initial Disclosures to the following counsel of record:

Melody H. Eagan
Jeffrey P. Doss
Amie A. Value
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

J. Andrew Pratt
Misty L. Peterson
Adam Reinke
Gilbert Oladeinbo
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com
goladeinbo@kslaw.com

Brent P. Ray
Abigail Hoverman Terry
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
bray@kslaw.com
ahoverman@kslaw.com

Michael B. Shortnacy
KING & SPALDING LLP
633 West Fifth Street, Suite 1600

Los Angeles, CA 90071
mshortnacy@kslaw.com

Asaf Orr
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
aorr@nclrights.org

Jennifer L. Levi
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
jlevi@glad.org

Scott D. McCoy
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
scott.mccoy@splcenter.org

Diego A. Soto
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
diego.soto@splcenter.org

Jessica L. Stone
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
jessica.stone@splcenter.org

Sarah Warbelow
Cynthia Weaver
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

*Counsel for Plaintiffs*

Edmund G. LaCour Jr.
A. Barrett Bowdre
James W. Davis
Benjamin M. Seiss
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

Christopher E. Mills
Spero Law LLC
557 East Bay Street
Charleston, SC 29413
cmills@spero.law

*Counsel for Defendants*

    Respectfully submitted,

    /s/ Coty Montag
    Coty Montag
    Deputy Chief
    Civil Rights Division
    U.S. Department of Justice