**EXHIBIT D**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; *et al.*, | Case No. 2:22-cv-184-LCB-CWB |
| Plaintiffs, | Honorable Liles C. Burke |
| and | |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | |
| v. | |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; *et al.*, | |
| Defendants. | |

**PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA
FIRST SUPPLEMENTAL INITIAL DISCLOSURES**

Plaintiff-Intervenor the United States of America ("United States"), through undersigned counsel, hereby submits its first supplemental initial disclosures as required by Federal Rule of Civil Procedure ("Rule") 26(a)(1) and Local Rule 26.1.

The United States makes these First Supplemental Initial Disclosures based upon the information reasonably available to it at the present time. The United

1

States does not represent that these First Supplemental Initial Disclosures identify every individual, document, or tangible thing potentially relevant to this lawsuit. The United States reserves its right to clarify, alter, amend, modify, or supplement these First Supplemental Initial Disclosures if and when additional information becomes available to it, to the extent required by the Rules, the Court's local rules, and/or any applicable orders of the Court. These First Supplemental Initial Disclosures do not include information that may be used solely for impeachment purposes, or identify or otherwise include information concerning experts, as this subject is not covered by Rule 26(a)(1). The United States will provide its expert disclosures, if applicable, pursuant to Rule 26(a)(2) and any scheduling order entered by the Court.

These First Supplemental Initial Disclosures are not an admission as to the existence, relevance, or admissibility of the identified materials, or a waiver of any attorney-client or work product privilege, or other applicable privilege or immunity. In addition to the documents, electronically stored information, and/or other tangible things described below, the United States also may rely upon other documents, electronically stored information, and/or other tangible things produced by other parties or third parties in this or other litigation.

## A.   Individuals Likely to Have Knowledge of Discoverable Information to Support the United States' Claim

The following individuals are likely to have knowledge of discoverable information that the United States may use to support its claim in this case, unless solely used for impeachment. The United States reserves the right to seek discovery from, and relating to, other persons that may subsequently become known as persons likely to have discoverable information. The United States further reserves the right to modify the following list and to identify and call as witnesses additional persons if, during the course of its investigation and discovery relating to this case, the United States learns that such additional persons have knowledge or information that the United States may use to support its claim.

| Name | Contact Information | Subject |
|---|---|---|
| Brianna Boe | Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Michael Boe | Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Megan Poe | Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Allison Poe | Lightfoot, Franklin & White LLC<br>The Clark Building | The impact of Senate Bill 184 on Named Plaintiffs |

| Name | Contact Information | Subject |
|---|---|---|
|  | 400 20th Street North Birmingham, AL 35203 |  |
| Kathy Noe | Lightfoot, Franklin & White LLC The Clark Building 400 20th Street North Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Christopher Noe | Lightfoot, Franklin & White LLC The Clark Building 400 20th Street North Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Rebecca Roe | Lightfoot, Franklin & White LLC The Clark Building 400 20th Street North Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Melissa Roe | Lightfoot, Franklin & White LLC The Clark Building 400 20th Street North Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Robert Moe | Lightfoot, Franklin & White LLC The Clark Building 400 20th Street North Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| April Moe | Lightfoot, Franklin & White LLC The Clark Building 400 20th Street North Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Heather Austin, Ph.D. | Lightfoot, Franklin & White LLC The Clark Building 400 20th Street North Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |

| Name | Contact Information | Subject |
|---|---|---|
| Dr. Rachel Koe | Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203 | The impact of Senate Bill 184 on Named Plaintiffs |
| Steve Marshall, in his official capacity as Attorney General of the State of Alabama | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | The enforcement of Senate Bill 184 |
| Daryl D. Bailey, in his official capacity as District Attorney for Montgomery County | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | The enforcement of Senate Bill 184 |
| C. Wilson Blaylock, in his official capacity as District Attorney for Cullman County | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | The enforcement of Senate Bill 184 |
| Jessica Ventiere, in her official capacity as District Attorney for Lee County | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, AL 36130-0152 | The enforcement of Senate Bill 184 |
| Tom Anderson, in his official capacity as District Attorney for the 12th Judicial Circuit | Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>Post Office Box 300152 | The enforcement of Senate Bill 184 |

| Name | Contact Information | Subject |
|------|--------------------|---------|
| | Montgomery, AL 36130-0152 | |
| Danny Carr, in his official capacity as District Attorney for Jefferson County | Office of the Attorney General State of Alabama 501 Washington Avenue Post Office Box 300152 Montgomery, AL 36130-0152 | The enforcement of Senate Bill 184 |
| Morissa J. Ladinsky, M.D., FAAP | Lightfoot, Franklin & White LLC The Clark Building 400 20th Street North Birmingham, AL 35203 | The impact of Senate Bill 184 on transgender youth in Alabama; the standards of care for the treatment of gender dysphoria for transgender youth; informed consent procedures for the treatment of gender dysphoria for transgender youth |
| Dr. James Cantor | Office of the Attorney General State of Alabama 501 Washington Avenue Post Office Box 300152 Montgomery, AL 36130-0152 | Standards of care related to the treatment of gender dysphoria in transgender youth |
| Michael K. Laidlaw, M.D. | Office of the Attorney General State of Alabama 501 Washington Avenue Post Office Box 300152 Montgomery, AL 36130-0152 | Standards of care related to the treatment of gender dysphoria in transgender youth |
| Quentin L. Van Meter, M.D. | Office of the Attorney General State of Alabama | Standards of care related to the treatment of gender |

| Name | Contact Information | Subject |
|---|---|---|
| | 501 Washington Avenue Post Office Box 300152 Montgomery, AL 36130-0152 | dysphoria in transgender youth |
| Paul W. Hruz, M.D., Ph.D. | Office of the Attorney General State of Alabama 501 Washington Avenue Post Office Box 300152 Montgomery, AL 36130-0152 | Standards of care related to the treatment of gender dysphoria in transgender youth |
| Patrick Hunter, M.D. | Office of the Attorney General State of Alabama 501 Washington Avenue Post Office Box 300152 Montgomery, AL 36130-0152 | Standards of care related to the treatment of gender dysphoria in transgender youth |
| Dianna Kenny | Office of the Attorney General State of Alabama 501 Washington Avenue Post Office Box 300152 Montgomery, AL 36130-0152 | Standards of care related to the treatment of gender dysphoria in transgender youth |

Additional witnesses who may have discoverable information that the United States may rely upon to support its claim include: (1) all individuals or entities identified in Private Plaintiffs' and Defendants' respective disclosures and witness lists; (2) all individuals or entities identified by any party in response to interrogatories or other discovery requests; (3) all expert witnesses designated by any party; (4) all individuals designated by any party as a Rule 30(b)(6) representative; (5) all individuals or entities served by any party with a subpoena

during the course of this suit; (6) all individuals or entities noticed and/or deposed in this case; (7) all individuals who submitted declarations, affidavits, or sworn statements during the preliminary injunction hearing; and (8) all individuals or entities referred to in any document produced by any party or third-party in this litigation.

**B.      A Copy of, or Description by Category and Location of, Documents, Electronically Stored Information, and Tangible Things in the United States' Possession, Custody, or Control to Support its Claim**

The United States identifies the following categories of documents, electronically stored information, and tangible things in its possession, custody, or control that it may use to support its claim, unless solely used for impeachment. All of these documents are located at the offices of the undersigned attorneys:

(1)      Studies regarding the medical treatment of gender dysphoria and/or gender incongruence;

1.      Annelou L.C. de Vries, et al., *Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment*, 134(4) Pediatrics 696-704 (2014);

2.      Annelou L.C. de Vries, et al., *Puberty Suppression in Adolescents With Gender Identity Disorder: A Prospective Follow-Up Study*, 8(8) J. Sex Med. 2276-83 (2011);

3.      Christal Achille, et al., *Longitudinal Impact of Gender-Affirming Endocrine Intervention on the Mental Health and Well-Being of Transgender Youths: Preliminary Results*, 8 Int. J. Pediatr. Endocrinol. 1-5 (2020);

4.      Diana M. Tordoff, et al., *Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care*, 5(2) JAMA Netw. Open. 1-13 (2022);

5.      Diane Chen, et al., *Psychosocial Characteristics of Transgender Youth Seeking Gender-Affirming Medical Treatment: Baseline Findings from the TYC Study*, 68(6) J. Adolesc. Health 1104-11 (2021);

6.      Diego López de Lara, et al., *Psychosocial Assessment in Transgender Adolescents*, 93(1) An. Pediatr. 41-48 (2020);

7.      Greta R. Bauer, et al., *Do Clinical Data from Transgender Adolescents Support the Phenomenon of "Rapid Onset Gender Dysphoria"?*, 243 J. Pediatr. 224-27 (2022);

8.      Henriette A. Delemarre-van de Waal & Peggy T. Cohen-Kettenis, *Clinical Management of Gender Identity Disorder in Adolescents: A Protocol on Psychological and Paediatric Endocrinology Aspects*, 155 Eur. J. Endocrinology S131-37 (2006);

9.      Jack L. Turban, et al., *Access to Gender-Affirming Hormones During Adolescence and Mental Health Outcomes Among Transgender Adults*, 17(1) PLoS ONE 1-15 (2022);

10.     Jack L. Turban, et al., *Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation*, 145(2) Pediatrics 1-8 (2020);

11.     Jaclyn M. W. Hughto, et al., *Social and Medical Gender Affirmation Experiences Are Inversely Associated with Mental Health Problems in a U.S. Non-Probability Sample of Transgender Adults*, 49(7) Arch. Sex Behav. 2635-47 (2020);

12.     Jill Wagner, et al., *Psychosocial Overview of Gender-Affirming Care*, 32(6) J. Pediatr. Adolesc. Gynecol. 567-73 (2019);

13.     Johanna Olson-Kennedy, et al., *Physiologic Response to Gender-Affirming Hormones Among Transgender Youth*, 62(4) J. Adolesc. Health 397-401 (2018);

14.     Kate Millington, et al., *Physiological and Metabolic Characteristics of a Cohort of Transgender and Gender-Diverse Youth in the United States*, 67(3) J. Adolesc. Health 376-83 (2020);

9

15.  Kristina R. Olson, et al., *Gender Identity 5 Years After Social Transition*, 150(2) Pediatrics 1-7 (2022);

16.  Lieke J.J.J. Vrouenraets, et al., *Assessing Medical Decision-Making Competence in Transgender Youth*, 148(6) Pediatrics 1-10 (2021);

17.  Luke R. Allen, et al., *Well-Being and Suicidality Among Transgender Youth After Gender-Affirming Hormones*, 7(3) Clinical Practice in Pediatric Psychology 302-11 (2019);

18.  Maria Anna Theodora Catharina van der Loos, et al., *Continuation of Gender-Affirming Hormones in Transgender People Starting Puberty Suppression in Adolescence: A Cohort Study in the Netherlands*, 6(12) Lancet Child Adolesc. Health 869-75 (2022);

19.  P.T. Cohen-Kettenis & S.H.M. van Goozen, *Pubertal Delay as an Aid in Diagnosis and Treatment of a Transsexual Adolescent*, 7(4) Eur. Child Adolesc. Psychiatry 246-48 (1998);

20.  Rosalia Costa, et al., *Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria*, 12(11) J. Sex Med. 2206-14 (2015); and

21.  Stephen M. Rosenthal, *Approach to the Patient: Transgender Youth: Endocrine Considerations*, 99(12) J. Clin. Endocrinol. Metab. 4379-89 (2014).

(2)  Clinical practice guidelines regarding the medical treatment of gender dysphoria and/or gender incongruence provided to transgender and/or gender diverse youth;

1.  American Academy of Child and Adolescent Psychiatry, *Practice Parameter on Gay, Lesbian, or Bisexual Sexual Orientation, Gender Nonconformity, and Gender Discordance in Children and Adolescents*, 51(9) J. Am. Acad. Child Adolesc. Psychiatry 957-74 (2012);

2.  American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders*, 5th Ed. Text Revision (2022);

3.      American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders*, 5th Ed. (2013);

4.      American Psychological Association, *Guidelines for Psychological Practice With Transgender and Gender Nonconforming People*, 70(9) Am. Psychol. 832-64 (2015);

5.      World Health Organization, *Internal Statistical Classification of Diseases and Related Health Problems (ICD)*, 11th Revision (2022);

6.      World Professional Association for Transgender Health, *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People*, 8th Version (2022);

7.      Wylie Hembree, et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline*, 102(11) J. Clin. Endocrinol. Metab. 3869-3903 (2017); and

8.      UCSF Gender Affirming Health Program, Department of Family and Community Medicine, University of California San Francisco, *Guidelines for the Preliminary and Gender-Affirming Care of Transgender and Gender Nonbinary People*, 2nd Ed. (2016).

(3)      Medical literature related to "off label" use of medications;

1.      Food and Drug Administration, *Understanding Unapproved Use of Approved Drugs "Off Label"* (2018), https://www.fda.gov/patients/learn-about-expanded-access-and-other-treatment-options/understanding-unapproved-use-approved-drugs-label (last accessed Dec. 16, 2022);

2.      Katelyn Yackey, et al., *Off-label Medication; Prescribing Patterns in Pediatrics: An Update*, 9(3) Hospital Pediatrics 186-93 (2019); and

3.      Kathleen A. Neville, et al., *Off-Label Use of Drugs in Children*, 133(3) Pediatrics 563-67 (2014).

(4)      Public statements from medical associations or practitioners regarding

the medical care provided to transgender and/or gender diverse youth;

1. Alyson Sulaski Wyckoff, *AAP continues to support care of transgender youths as more states push restrictions*, AAP News (Jan. 6, 2022), https://publications.aap.org/aapnews/news/19021/AAP-continues-to-support-care-of-transgender?autologincheck=redirected?nfToken=00000000-0000-0000-0000-000000000000;

2. *AMA reinforces opposition to restrictions on transgender medical care*, American Medical Association (June 15, 2021), https://www.ama-assn.org/press-center/press-releases/ama-reinforces-opposition-restrictions-transgender-medical-care;

3. APA Assembly and Board of Trustees, *Position Statement on Treatment of Transgender (Trans) and Gender Diverse Youth*, American Psychiatric Association (July 2020);

4. APA Assembly and Board of Trustees, *Position Statement on Access to Care for Transgender and Gender Diverse Individuals*, American Psychiatric Association (July 2018);

5. Brief of Amici Curiae American Academy of Pediatrics and Additional National and State Medical and Mental Health Organizations in Support of Plaintiffs-Appellees and Affirmance, *Eknes-Tucker, et al. v. Ivey, et al.*, No. 22-11707 (11th Cir. 2022);

6. Brief of Amici Curiae American Academy of Pediatrics and Additional National and State Medical and Mental Health Organizations in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, *Eknes-Tucker, et al. v. Ivey, et al.*, No. 2:22-cv-00184-LCB-SRW (M.D. Ala. 2022), ECF No. 91-1;

7. Daniel E. Shumer, et al., *The Effect of Lesbian, Gay, Bisexual, and Transgender-Related Legislation on Children*, 178 J. Pediatr., 5-6.e1 (2016);

8. *Endocrine Society celebrates UK Court of Appeal decision to preserve access to gender-affirming care*, Endocrine Society

(Sept. 17, 2021), https://www.endocrine.org/news-and-advocacy/news-room/2021/endocrine-society-celebrates-uk-court-of-appeal-decision;

9.    Jason Rafferty, AAP Committee on Psychosocial Aspects of Child and Family Health, AAP Committee on Adolescence, AAP Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness, *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents*, 142(4) Pediatrics 1-14 (2018);

10.   Landon D. Hughes, et al., *"These Laws Will Be Devastating": Provider Perspectives on Legislation Banning Gender-Affirming Care for Transgender Adolescents*, 69 J. Adolesc. Health 976-82 (2021);

11.   Lee S. Beers, *American Academy of Pediatrics Speaks Out Against Bills Harming Transgender Youth*, American Academy of Pediatrics (Mar. 16, 2021), https://www.aap.org/en/news-room/news-releases/aap/2021/american-academy-of-pediatrics-speaks-out-against-bills-harming-transgender-youth/;

12.   Letter from James L. Madara, CEO and Executive Vice President of the American Medical Association, to Bill McBride, Executive Director of the National Governors Association (April 26, 2021), https://www.ama-assn.org/press-center/press-releases/ama-states-stop-interfering-health-care-transgender-children;

13.   Susan D. Boulware, M.D. et al., *Biased Science: The Texas and Alabama Measures Criminalizing Medical Treatment for Transgender Children and Adolescents Rely on Inaccurate and Misleading Scientific Claims*, Yale School of Medicine (2022);

14.   *USPATH Position Statement on Legislative and Executive Actions Regarding the Medical Care of Transgender Youth*, United States Professional Association for Transgender Health (Apr. 2022);

15.   WPATH Board of Directors and Executive Officers, *Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A.*, World Professional

Association for Transgender Health (Dec. 21, 2016); and

16. WPATH Global Board of Directors, *WPATH POSITION ON "Rapid-Onset Gender Dysphoria (ROGD)"*, World Professional Association for Transgender Health (Sept. 4, 2018).

(5) Public statements from medical associations regarding Alabama Senate Bill 184 and/or House Bill 266 or predecessor proposed legislation;

1. *American Academy of Pediatrics and Its Alabama Chapter Oppose Bill Threatening Health of Transgender Youth*, American Academy of Pediatrics (April 7, 2022), https://www.aap.org/en/news-room/news-releases/aap/2022/american-academy-of-pediatrics-and-its-alabama-chapter-oppose-bill-threatening-health-of-transgender-youth/;

2. APA Assembly and Board of Trustees, *Position Statement on Discrimination Against Transgender and Gender Diverse Individuals*, American Psychiatric Association (July 2018);

3. Brief of Amici Curiae American Academy of Pediatrics and Additional National and State Medical and Mental Health Organizations in Support of Plaintiffs-Appellees and Affirmance, Eknes-Tucker, et al. v. Ivey, et al., No. 22-11707 (11th Circuit);

4. Brief of Amici Curiae American Academy of Pediatrics and Additional National and State Medical and Mental Health Organizations in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, Eknes-Tucker, et al. v. Ivey, et al., No. 2:22-cv-00184-LCB-SRW (M.D. Ala. 2022), ECF No. 91-1; and

5. *Statement of the Alabama Psychological Association (aPA) Supporting Gender-Affirming Care for Transgender Youth and Urging Opposition to Alabama SB 184/HB 266*, Alabama Psychological Association (aPA) (2022).

(6) Public statements or interviews from State officials related to Alabama Senate Bill 184 and/or House Bill 266 or predecessor proposed legislation;

1.  Anne Branigin, *For Ala. Families with Trans Kids, a Countdown to Decide Their Futures*, Washington Post (Apr. 19, 2022), https://www.washingtonpost.com/nation/2022/04/19/alabama-trans-health-care-ban-families/;

2.  Bob Crittenden, *Allen, Wes – AL House of Representatives (VCAP Bill)*, Faith Radio (Mar. 1, 2022), https://www.faithradio.org/programming/media-center/allen-wes-al-house-of-representatives-vcap-bill/;

3.  Brian Lyman, *Families, physicians take stand against Alabama transgender medicine ban*, Montgomery Advertiser (Apr. 22, 2022);

4.  Brian Lyman, *'Unthinkable': Families and physicians file lawsuits against state's transgender medicine ban*, Montgomery Advertiser (Apr. 21, 2022), https://www.montgomeryadvertiser.com/story/news/2022/04/21/alabama-new-transgender-medicine-ban-facing-lawsuits/7393766001/;

5.  Brian Lyman, *Alabama lawmakers approve bill that criminalizes gender-affirming care for trans youth*, USA Today (Apr. 8, 2022), https://www.usatoday.com/story/news/nation/2022/04/08/alabama-transgender-bill-criminalizes-gender-affirming-care-youth/9510277002/;

6.  Brian Lyman, *Alabama Senate approves bill banning transgender youth treatments amid protests at state Capitol*, Montgomery Advertiser (Mar. 2, 2021), https://www.montgomeryadvertiser.com/story/news/2021/03/02/alabama-senate-approves-bill-banning-transgender-youth-treatments/6867380002/

7.  Capitol Journal, *Interview with Rep. Wes Allen*, Alabama Public Television (Mar. 10, 2020), https://video.aptv.org/video/march-10-2020-dcnp7b/;

8.  Caroline Klapp, *Gov. Ivey Signs Transgender Youth Bills into Law*, WAFF (Apr. 8, 2022),

https://www.waff.com/2022/04/09/gov-ivey-signs-transgender-youth-bills-into-law/;

9.   Christopher Vondracek, *Alabama Republicans seek transgender surgery ban for teens*, Washington Times (Mar. 8, 2020), https://www.washingtontimes.com/news/2020/mar/8/alabama-republicans-seek-transgender-surgery-ban-t/;

10.  Jaine Treadwell, *Allen: Bill would protect children*, Troy Messenger (Jan. 8, 2021), troymessenger.com/2021/01/08/allen-bill-would-protect-children/;

11.  Kiara Alfonseca, *Alabama Governor Signs 'Don't Say Gay,' Trans Care and Bathroom Ban Bills*, ABCNews.com (Apr. 8, 2022), https://abcnews.go.com/US/alabama-legislature-passes-dont-gay-trans-care-bathroom/story?id=83940764;

12.  Kim Chandler, *Alabama Senate approves treatment ban for trans kids*, AP News (Mar. 2, 2021), https://apnews.com/article/alabama-bills-c7645e8aaff7a769fa13b9b5aeb26cc1;

13.  Maria Caspani, *Alabama Governor Signs Law Criminalizing Some Transyouth Care*, Reuters (Apr. 8, 2022), https://www.reuters.com/legal/litigation/alabama-governor-signs-law-criminalizing-some-trans-youth-care-2022-04-08/;

14.  Mickey Welsh, *Governor Kay Ivey responds to a suit filed against new anti transgender bill*, Montgomery Advertiser (Apr. 11, 2022), https://www.montgomeryadvertiser.com/videos/news/2022/04/11/governor-kay-ivey-responds-filed-block-alabamas-new-law-banning-puberty-blockers-and-hormones-transg/7282075001/;

15.  Mike Cason, *Alabama ban on transgender treatments for minors moves closer to becoming law*, AL.com (Mar. 16, 2021), https://www.al.com/news/2021/03/bill-banning-transgender-treatments-for-minors-moves-closer-to-becoming-law.html;

16.  Mike Cason, *Alabama Senate passes bill banning transgender treatments for minors*, AL.com (Mar. 2, 2021), https://www.al.com/news/2021/03/alabama-senate-passes-bill-

banning-transgender-treatments-for-minors.html;

17. Mike Cason, *Alabama Lawmakers Again Seek to Ban Transgender Treatments for Minors*, AL.com (Jan. 6, 2021), https://www.al.com/news/2021/01/alabama-lawmakers-again-seek-to-ban-transgender-treatments-for-minors.html;

18. Mike Cason, *Alabama Senate Passes Bill to Block Transgender Treatments for Minors*, AL.com (Mar. 5, 2020), https://www.al.com/news/2020/03/alabama-senate-considers-bill-to-block-transgender-treatments-for-minors.html;

19. Sean Ross, *Alabama Senate Passes Vulnerable Child Compassion and Protection Act* (Mar. 2, 2021), https://yellowhammernews.com/alabama-senate-passes-vulnerable-child-compassion-and-protection-act/;

20. Sean Ross, *Alabama Legislator Files Bill to Ban Transgender Meds, Surgeries for Minors — 'It Is Irresponsible to Permanently Mutilate Them'*, Yellowhammer News (Feb. 21, 2020), https://yellowhammernews.com/alabama-legislator-files-bill-to-ban-transgender-meds-surgeries-for-minors-it-is-irresponsible-to-permanently-mutilate-them/;

21. The Yaffee Program, *Allen: 'Science is not settled' on puberty blockers*, Yellowhammer News (Dec. 20, 2022), https://yellowhammernews.com/allen-science-is-not-settled-on-puberty-blockers/;

22. Tony Perkins, *Wes Allen Discusses Upcoming Alabama Senate Vote on Vulnerable Child Compassion and Protection Act*, YouTube (Feb. 15, 2021), https://www.youtube.com/watch?v=E9Q_b22cUWw; and

23. Wes Allen, *House Bill 1 is needed to protect Alabama's children*, Troy Messenger (Mar. 3, 2021).

(7)   Video recordings of legislative hearings or proceedings on Alabama Senate Bill 184 and/or House Bill 266;

1.   Alabama Senate Health Committee, *Committee Recording – 12 pm – 2/9/2022, 12:00:37 PM*, Vimeo (Feb. 9, 2022),

https://vimeo.com/675565353/99cfbd4ffe;

2.    Alabama House Judiciary Committee, *House Judy Committee – 3/2/2022, 1:34:28 PM*, Vimeo (Mar. 2, 2022), https://vimeo.com/683940881/4edaeefda2; and

3.    House of Representatives, *House Part 1 – 4/7/2022, 9:32:05 AM*, Vimeo (Apr. 7, 2022), https://vimeo.com/697000650/59a642f5d4.

(8)    Declaration signed by Dr. Armand Antommaria, which was filed in support of the United States' motion for a temporary restraining order and a preliminary injunction, and the exhibits accompanying that declaration;

1.    Exhibit 1, Declaration of Armand H. Antommaria, MD.

(9)    All pleadings and other documents filed in this action and the attachments thereto;

(10)    Documents admitted as exhibits during the preliminary injunction proceedings;

1.    American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders*, 5th Ed. Text Revision (2022) [US Exhibit 1];

2.    Jason Rafferty, AAP Committee on Psychosocial Aspects of Child and Family Health, AAP Committee on Adolescence, AAP Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness, *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents*, 142(4) Pediatrics 1-14 (2018) [US Exhibit 2];

3.    Wylie Hembree, et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline*, 102(11) J. Clin. Endocrinol. Metab. 3869-3903 (2017) [US Exhibit 3];

4.    World Professional Association for Transgender Health, *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People*, 7th Version (2012) [US

Exhibit 4];

5. *Statement of the Alabama Psychological Association (aPA) Supporting Gender-Affirming Care for Transgender Youth and Urging Opposition to Alabama SB 184/HB 266*, Alabama Psychological Association (aPA) (2022) [US Exhibit 5];

6. *American Academy of Pediatrics and Its Alabama Chapter Oppose Bill Threatening Health of Transgender Youth*, American Academy of Pediatrics (April 7, 2022) [US Exhibit 6];

7. Declaration of Armand H. Antommaria, MD, PhD, FAAP, HEC-C [US Exhibit 7];

8. Bibliography of Armand H. Antommaria [US Exhibit 8];

9. Curriculum Vitae of Armand H. Antommaria [US Exhibit 9];

10. Food and Drug Administration, *Understanding Unapproved Use of Approved Drugs "Off Label"* (2018) [US Exhibit 10];

11. Susan D. Boulware, M.D. et al., *Biased Science: The Texas and Alabama Measures Criminalizing Medical Treatment for Transgender Children and Adolescents Rely on Inaccurate and Misleading Scientific Claims*, Yale School of Medicine (2022) [US Exhibit 11];

12. Kiara Alfonseca, *Alabama Governor Signs 'Don't Say Gay,' Trans Care and Bathroom Ban Bills*, ABCNews.com (Apr. 8, 2022) [US Exhibit 12];

(11) Studies on characteristics of the transgender and/or gender diverse youth population;

1. Arjee Javellana Restar, *Methodological Critique of Littman's (2018) Parental-Respondents Accounts of "Rapid-Onset Gender Dysphoria,"* 49 Archives of Sexual Behavior 61-66 (2020);

2. Greta R. Bauer, et al., *Do Clinical Data from Transgender Adolescents Support the Phenomenon of "Rapid Onset Gender Dysphoria"?*, 243 J. Pediatr. 224-27 (2022);

3. Kristina R. Olson, et al., *Mental Health of Transgender Children*

19

*Who Are Supported in Their Identities*, 137(3) Pediatrics 1-8 (2016);

4. Marjin Arnoldussen, et al., *Demographics and Gender-Related Measures in Younger and Older Adolescents Presenting to a Gender Service*, Eur. Child Adolesc. Psychiatry 1-10 (2022);

5. Norman P. Spack, et al., *Children and Adolescents With Gender Identity Disorder Referred to a Pediatric Medical Center*, 129(3) Pediatrics 418-25 (2012);

6. Sandy E. James, et al., *The Report of the 2015 U.S. Transgender Survey*, National Center for Transgender Equality (2017), https://perma.cc/5CL3-RG9E;

7. Sari L. Reisner, *Mental Health of Transgender Youth in Care at an Adolescent Urban Community Health Center: A Matched Retrospective Cohort Study*, 56 J. Adolesc. Health 274-79 (2015);

8. The Trevor Project, *2022 National Survey on LGBTQ Youth Mental Health* (2022), https://www.thetrevorproject.org/survey-2022/assets/static/trevor01_2022survey_final.pdf;

9. The Trevor Project, *2022 National Survey on LGBTQ Youth Mental Health, Alabama* (2022), https://www.thetrevorproject.org/wp-content/uploads/2022/12/The-Trevor-Project-2022-National-Survey-on-LGBTQ-Youth-Mental-Health-by-State-Alabama.pdf;

10. The Trevor Project, *LGBTQ Youth in The South* (2021), https://www.thetrevorproject.org/wp-content/uploads/2021/12/The-Trevor-Project-LGBTQ-Youth-in-the-South-December-2021.pdf; and

11. The Trevor Project, *Research Brief: LGBTQ Youth in the Workplace* (2021), https://www.thetrevorproject.org/wp-content/uploads/2021/07/LGBTQ-Youth-in-the-Workplace_-March-2021.pdf.

(12) Medical literature and public statements from medical associations

related to informed consent/assent in medical decision-making;

1. Aviva L. Katz & Sally A. Webb, APP Committee on Bioethics, *Informed Consent in Decision-Making in Pediatric Practice*, 138(2) e1-16 Pediatrics (2016);

2. Beth A. Clark & Alice Virani, *"This Wasn't a Split-Second Decision": An Empirical Ethical Analysis of Transgender Youth Capacity, Rights, and Authority to Consent to Hormone Therapy*, 18(1) J. Bioeth. Inq. 151-64 (2021);

3. Daniel E. Shumer & Amy C. Tishelman, *The Role of Assent in the Treatment of Transgender Adolescents*, 16(2) Int. J. Transgend. 97-102 (2015);

4. Lieke J.J.J. Vrouenraets, et al., *Assessing Medical Decision-Making Competence in Transgender Youth*, 148(6) Pediatrics 1-10 (2021);

5. Lois A. Weithorn & Susan B. Campbell, *The Competency of Children and Adolescents to Make Informed Treatment Decisions*, 53(6) Child Dev. 1589-98 (1982); and

6. R Rowland, *Integrity and Rights to Gender-Affirming Healthcare*, 48 J. Med. Ethics 832-37 (2022).

(13) Medical literature related to clinical research methods;

1. Carolina Martinez-Castaldi, et al., *Child Versus Adult Research: The Gap in High-Quality Study Design*, 122(1) Pediatrics 52-57 (2008);

2. Ezekiel J. Emanuel, et al., *What Makes Clinical Research Ethical?*, 283(20) JAMA 2701-11 (2000); and

3. Sari L. Reisner, et al., *Advancing Methods for US Transgender Health Research*, 23(2) Curr. Opin. Endocrinol. Diabetes Obes. 198-207 (2016).

(14) Medical literature on evidence-based medicine and the development of clinical practice guidelines; and

1. American Academy of Pediatrics Steering Committee on Quality

Improvement and Management, *Classifying Recommendations for Clinical Practice Guidelines*, 114(3) Pediatrics 874-77 (2004);

2. Brian A. Swiglo BA, et al., *A Case for Clarity, Consistency, and Helpfulness: State-of-the-Art Clinical Practice Guidelines in Endocrinology Using the Grading of Recommendations, Assessment, Development, and Evaluation System*, 93(3) J. Clin. Endocrinol. Metab. 666-73 (2008); and

3. David Atkins, et al., *Grading Quality of Evidence and Strength of Recommendations*, 328 BMJ 1490-94 (2004).

(15) Reviews of evidence on treatment for gender dysphoria and/or gender incongruence.

1. Denise Chew, et al., *Hormonal Treatment in Young People with Gender Dysphoria: A Systematic Review*, 414(4) Pediatrics 1-18 (2018);

2. Meredithe McNamara, et al., *A Critical Review of the June 2022 Florida Medicaid Report on the Medical Treatment of Gender Dysphoria*, Yale School of Medicine (2022); and

3. Susan D. Boulware, et al., *Biased Science: The Texas and Alabama Measures Criminalizing Medical Treatment for Transgender Children and Adolescents Rely on Inaccurate and Misleading Scientific Claims*, Yale School of Medicine (2022).

## C.  Computation of Damages

The United States is not seeking damages from any party.

## D.  Insurance Agreements

Not Applicable.

Dated: January 17, 2023          Respectfully submitted,

SANDRA J. STEWART          KRISTEN CLARKE
United States Attorney          Assistant Attorney General
Middle District of Alabama          Civil Rights Division

22

PRIM F. ESCALONA
United States Attorney
Northern District of Alabama

LANE H. WOODKE
Chief, Civil Division
Northern District of Alabama

  /s/ Jason R. Cheek
JASON R. CHEEK
Deputy Chief, Civil Division
MARGARET L. MARSHALL
Assistant U.S. Attorney
ROBERT C. PICKREN
Assistant U.S. Attorney
U.S. Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203
Tel.: (205) 244-2104
Jason.Cheek@usdoj.gov
Margaret.Marshall@usdoj.gov

STEPHEN D. WADSWORTH
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, AL 36101-0197
Tel.: (334) 223-7280
Stephen.Wadsworth@usdoj.gov

JOHN POWERS (DC Bar No. 1024831)
Counsel to the Assistant Attorney General
Civil Rights Division

CHRISTINE STONEMAN
Chief, Federal Coordination and Compliance
Section

  /s/ Coty Montag
COTY MONTAG (DC Bar No. 498357)
Deputy Chief, Federal Coordination and
Compliance Section

RENEE WILLIAMS (CA Bar No. 284855)
KAITLIN TOYAMA (CA Bar No. 318993)
Trial Attorneys
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 305-2222
Renee.Williams3@usdoj.gov
Kaitlin.Toyama@usdoj.gov

AMIE S. MURPHY (NY Bar No. 4147401)
Trial Attorney
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 353-1285
Amie.Murphy2@usdoj.gov

*Attorneys for Plaintiff-Intervenor United
States of America*

23

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 17, 2023, I sent, via electronic mail, the

foregoing Initial Disclosures to the following counsel of record:

Melody H. Eagan
Jeffrey P. Doss
Amie A. Vague
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

J. Andrew Pratt
Misty L. Peterson
Adam Reinke
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com

Brent P. Ray
Abigail Hoverman Terry
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
bray@kslaw.com
ahoverman@kslaw.com

Michael B. Shortnacy
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
mshortnacy@kslaw.com

Asaf Orr
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
aorr@nclrights.org

Jennifer L. Levi
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
jlevi@glad.org

Scott D. McCoy
SOUTHERN POVERTY LAW CENTER
2 Biscayne Boulevard, Suite 3750
Miami, FL 33131
scott.mccoy@splcenter.org

Diego A. Soto
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
diego.soto@splcenter.org

Jessica L. Stone
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
jessica.stone@splcenter.org

Sarah Warbelow
Cynthia Weaver
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

*Counsel for Private Plaintiffs*

Edmund G. LaCour Jr.
A. Barrett Bowdre
Thomas A. Wilson
James W. Davis
Benjamin M. Seiss
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

Christopher Mills
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, South Carolina 29413
CMills@Spero.law

David H. Thompson
Peter A. Patterson
Brian W. Barnes
John D. Ramer
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants*

                                        Respectfully submitted,

                                        /s/ Coty Montag
                                        Coty Montag

Deputy Chief
Civil Rights Division
U.S. Department of Justice