# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>STEVE MARSHALL, et al.,<br><br>   Defendants. | No. 2:22-cv-00184-LCB-CWB |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), Barry A. Ragsdale, of Dominick Feld Hyde, PC, a member in good standing of the Alabama Bar and the United States District Court for the Middle District of Alabama, hereby moves this Honorable Court for entry of an order admitting Yuval Mor ("Mr. Mor") of Covington & Burling, LLP, to practice before the Court *pro hac vice* on behalf of the American Academy of Pediatrics, World Professional Association for Transgender Health ("WPATH"), and Endocrine Society (collectively, "*amici*") in the above-captioned matter.

    1.    Mr. Mor is an attorney who resides and regularly practices law in the District of Columbia. Mr. Mor is an associate in the law firm of Covington & Burling LLP, 850 Tenth Street Northwest, Washington, D.C. 20001. Mr. Mor's telephone number is 202-662-5874 and his email address is ymor@cov.com.

2.      Mr. Mor's Certificate of Good Standing from the United States District Court for the District of Columbia is attached hereto as Exhibit A.

3.      Mr. Mor is a member in good standing and eligible to practice before every court to which he is admitted.

WHEREFORE, Movant respectfully requests that this Honorable Court enter an order granting Mr. Mor leave to appear *pro hac vice* on behalf of *amici* in this matter.

| | |
|---|---|
| Dated: February 13, 2023 | Respectfully submitted, |
| | /s Barry A. Ragsdale |
| | Barry A. Ragsdale<br>ASB 2958-A23B |
| Barry A. Ragsdale (ASB 2958-A23B)<br>Robert S. Vance III (ASB 9916-B11Q)<br>DOMINICK FELD HYDE, P.C.<br>1130 22nd Street South Ridge Park<br>Suite 4000<br>Birmingham, AL 35205<br>Phone:  (205) 536-8888<br>BRagsdale@dfhlaw.com<br>RVance@dfhlaw.com | D. Jean Veta (D.C. Bar No. 358980)<br>(admitted *pro hac vice*)<br>COVINGTON & BURLING, LLP<br>One CityCenter<br>850 Tenth St., N.W.<br>Washington, D.C. 20001<br>Phone: (202) 662-6000<br>jveta@cov.com |

## CERTIFICATE OF SERVICE

 I hereby certify that on February 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                */s Barry A. Ragsdale*
                Of Counsel

# Exhibit A

 

# United States District & Bankruptcy Courts
# for the District of Columbia
CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC  20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

was, on the _____ day of _____ A.D. _____ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this _____ day of _____ A.D. _____.



**ANGELA D. CAESAR,** Clerk of Courts

By: _____*Burnetta Jenkins*_____
**Deputy Clerk**