# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| Brianna Boe, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| *Intervenor Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:22-cv-184-LCB |
| | ) | |
| Hon. Steve Marshall, in his official | ) | |
| capacity as Attorney General, | ) | |
| of the State of Alabama, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW the undersigned, Thomas A. Wilson, and files this Motion for Leave to Withdraw as counsel of record for Defendants Tom Anderson, Daryl D. Bailey, C. Wilson Baylock, Danny Carr, Steve Marshall, and Jessica Ventiere. As grounds for said Motion, undersigned states that effective March 24, 2023, he will no longer be working for the State of Alabama. Said Defendants will continue to be represented by Edmund G. LaCour Jr., A. Barrett Bowdre, James W. Davis, and Benjamin M. Seiss, and no party will be prejudiced by this withdrawal.

Respectfully submitted,

STEVE MARSHALL
Attorney General

/s/ Thomas A. Wilson
THOMAS A. WILSON
*Deputy Solicitor General*

**Counsel for Defendants Anderson, Bailey, Baylock, Carr, Marshall, and Ventiere**

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
Phone:  334.242.7300
Fax:  334.353.8400
Thomas.wilson@AlabamaAG.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            /s/ Thomas A. Wilson
                                            THOMAS A. WILSON
                                            *Deputy Solicitor General*