## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BRIANNA BOE, et al.,

      Plaintiffs,

          v.

STEVE MARSHALL, et al.,

      Defendants

No. 2:22-cv-00184-LCB-CWB

## DECLARATION OF CORTLIN H. LANNIN IN SUPPORT OF NOTICE REGARDING MOTION TO QUASH FILED BY NON-PARTY WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH

I, Cortlin H. Lannin, hereby declare as follows:

1.     I am an attorney in the law firm of Covington & Burling LLP, counsel for World Professional Association for Transgender Health ("WPATH").  The matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of the order issued by the district court on February 28, 2023, Document No. 26, in connection with *In re Subpoenas Served on American Academy of Pediatrics, et al*., No. 23-mc-00004-CJN (D.D.C.).

3.     Attached hereto as **Exhibit 2** is a true and correct copy of the order granting

Appellants' emergency motion for a stay pending appeal issued by the United

States Court of Appeals for the District of Columbia Circuit on March 8, 2023, in

*In re Subpoenas Served on American Academy of Pediatrics, et al.*, No. 23-7025

(D.C. Cir.).

I declare under penalty of perjury that the foregoing is true and correct.  This

declaration is executed this 14th day of March, 2023, in San Francisco, California.


_____

Cortlin H. Lannin