# EXHIBIT 2

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-7025**                          **September Term, 2022**

**1:23-mc-00004-CJN**

**Filed On:** March 8, 2023

In re: Subpoenas Served On American Academy of Pediatrics, et al.,

------------------------------

American Academy of Pediatrics, et al.,

      Appellants

  v.

Jason Weida,

      Appellee

**BEFORE:**     Pillard, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending appeal, the opposition thereto, and the reply, it is

**ORDERED** that the emergency motion for stay be granted. Appellants have satisfied the stringent requirements for a stay pending appeal. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2021).

**Per Curiam**

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                         BY:    /s/
                                       Lynda M. Flippin
                                       Deputy Clerk