UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **BRIANNA BOE,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-184-LCB |
| | ) | |
| **STEVE MARSHALL,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case raises a constitutional challenge to the Alabama Vulnerable Child Compassion and Protection Act. During the course of discovery, the United States Government—intervening on behalf of Plaintiffs[1]—served subpoenas on two nonparties, Eagle Forum of Alabama and Southeast Law Institute. The Court later quashed the subpoenas, finding them unlikely to reveal relevant evidence and unduly burdensome. The nonparties now move for sanctions against the Government under Federal Rule of Civil Procedure 45(d)(1). Upon consideration of the record as a whole and the arguments made in open court on February 8, 2023, the Court postpones ruling on the motion for sanctions pending trial, while continuing to monitor the behavior of the parties.

---

[1] Plaintiffs are five transgender minors (Minor Plaintiffs), their parents (Parent Plaintiffs), a clinical child psychologist, and a pediatrician. (Doc. 159 at 3–5).

2

**DONE** and **ORDERED** March 27, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE