# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, <br><br>*Plaintiffs*, <br><br>and <br><br>UNITED STATES OF AMERICA, <br><br>*Plaintiff-Intervenor*, <br><br>v. <br><br>STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, <br><br>*Defendants*. | No. 2:22-cv-00184-LCB-CWB <br> Hon. Liles C. Burke |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Come now Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Rachel Koe, M.D.; Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe; Heather Austin, Ph.D.; and Robert Moe, individually and on behalf of his minor daughter, April Moe; and Defendants Steve Marshall, in his official capacity as Attorney General of the State of Alabama; Daryl D. Bailey, in his official capacity as District Attorney for Montgomery County; C. Wilson

Baylock, in his official capacity as District Attorney for Cullman County; Jessica Ventiere, in her official capacity as District Attorney for Lee County; Tom Anderson, in his official capacity as District Attorney for the 12th Judicial Circuit; and Danny Carr, in his official capacity as District Attorney for Jefferson County (collectively, "the Parties"), and respectfully request that the deadlines for discovery cutoff and expert testimony set forth in this Court's Third Amended Scheduling Order (Doc. 225) be extended for all parties as follows below. Plaintiff-Intervenor United States of America has indicated that it does not join in the motion but does not oppose it.

**Discovery Cutoff:** All discovery must be commenced in time to be completed by June 30, 2023.

**Expert Testimony:** Unless modified by court order for good cause shown, the names and anticipated subject matter of Defendants' expert witnesses shall be disclosed by April 10, 2023. A complete report under Fed. R. Civ. P. 26(a)(2)(B) from any expert specially retained or employed by Defendants shall be due by May 19, 2023. Rebuttal expert opinions shall be due by June 16, 2023.

In support of this request, the Parties state as follows:

1. The parties have been diligently attempting to resolve discovery issues and produce records. Defendants requested Plaintiffs' medical records on July 18, 2022. *See* Doc. 215. After months of meeting and conferring in an attempt to resolve

2

the parties' disagreement over the production of medical records, Defendants filed a motion to compel production of medical records on January 5, 2023. *Id.* The Court held a hearing on the motion on February 8 and entered an order compelling production of medical records on March 27. Doc. 260.

2. Defendants' expert reports are due April 10, 2023. As they noted during the status conference with the Court in January, as well as at the February 8 hearing (2/8/2023 Tr. 30), Defendants intend to ask their expert physicians to review the Plaintiffs' medical records and incorporate their conclusions into their expert reports. Additionally, Defendants have requested to depose the Plaintiff Parents *after* the medical records have been produced to avoid the need for a second-round of supplemental depositions to discuss the records. Defendants intend to provide the deposition transcripts to their expert physicians to review and, as appropriate, incorporate into their expert reports.

3. Plaintiffs anticipate producing the requested medical records by April 14. Plaintiffs also believe that depositions of the Parent Plaintiffs can be done by May 12.

4. Based on this anticipated schedule, the parties respectfully request that the Court amend the expert disclosure and discovery deadlines as proposed above.

5.     Extension of the expert deadlines and discovery cutoff will not impact any other deadlines, including the July 14, 2023 dispositive motion deadline or the August 21, 2023 trial setting in this case.

WHEREFORE, PREMISES CONSIDERED, the Private Plaintiffs and Defendants respectfully jointly request that the Court amend the Third Amended Scheduling Order (Doc. 225), to allow the disclosure of experts and discovery consistent with the schedule suggested above. A proposed order is attached.

Dated: April 5, 2023

        Respectfully submitted,

        **FOR THE PRIVATE PLAINTIFFS:**

         s/ Adam Reinke
        Melody H. Eagan (ASB-9780-D38M)
        Jeffrey P. Doss (ASB-4212-R62D)
        Amie A. Vague (ASB-4113-Q46I)
        LIGHTFOOT, FRANKLIN & WHITE LLC
        The Clark Building
        400 20th Street North
        Birmingham, AL 35203
        205.581.0700
        meagan@lightfootlaw.com
        jdoss@lightfootlaw.com
        avague@lightfootlaw.com

        J. Andrew Pratt (ASB-3507-J56P)
        Adam Reinke (GA Bar No. 510426) (*pro hac vice*)
        Misty L. Peterson (GA Bar No. 243715) (*pro hac vice*)

KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
404.572.4600
apratt@kslaw.com
areinke@kslaw.com
mpeterson@kslaw.com

Brent P. Ray (IL Bar No. 6291911) (*pro hac vice*)
Abigail Hoverman Terry (IL Bar No. 6327057) (*pro hac vice*)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
312.995.6333
bray@kslaw.com
ahoverman@kslaw.com

Michael B. Shortnacy (CA Bar No. 277035) (*pro hac vice*)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
213.443.4355
mshortnacy@kslaw.com

Rachel H. Berg (*pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
415.343.7679
rberg@nclrights.org

Jennifer L. Levi (MA Bar No. 562298) (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS

18 Tremont, Suite 950
Boston, MA 02108
617.426.1350
jlevi@glad.org

Scott D. McCoy (FL Bar No. 1004965) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
334.224.4309
scott.mccoy@splcenter.org

Diego A. Soto (ASB-3626-Y61S)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
334.604.1414
diego.soto@splcenter.org

Jessica L. Stone (GA Bar No. 275567) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
404.221.5837
jessica.stone@splcenter.org

Sarah Warbelow (MI Bar No. P66690) (*pro hac vice*)
Cynthia Weaver (NY Bar No. 5091848) (*pro hac vice*)
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
202.628.4160
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

**FOR THE DEFENDANTS:**

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

s/ A. Barrett Bowdre
A. Barrett Bowdre (ASB-2087-K29V)
  *Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

Christopher Mills  (*pro hac vice*)

SPERO LAW LLC
557 East Bay St.
#22251
Charleston, SC 29451
Telephone: (843) 606-0640
cmills@spero.law

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)

7

        John D. Ramer (*pro hac vice*)
        COOPER & KIRK, PLLC
        1523 New Hampshire Ave., NW
        Washington, DC 20036
        Telephone: (202) 220-9600
        dthompson@cooperkirk.com
        ppatterson@cooperkirk.com
        bbarnes@cooperkirk.com
        jramer@cooperkirk.com

        Roger G. Brooks (*pro hac vice*)
        ALLIANCE DEFENDING FREEDOM
        15100 N. 90th Street
        Scottsdale, AZ 85260
        Telephone: (480) 444-0200
        rbrooks@adflegal.org

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on April 5, 2023, which will serve all counsel of record.

                      <u>s/ A. Barrett Bowdre</u>