UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, <br><br>*Plaintiffs*, <br><br>and <br><br>UNITED STATES OF AMERICA, <br><br>*Plaintiff-Intervenor*, <br><br>v. <br><br>STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, <br><br>*Defendants*. | No. 2:22-cv-00184-LCB-CWB <br> Hon. Liles C. Burke |

## [PROPOSED] FOURTH AMENDED SCHEDULING ORDER

For good cause shown under Federal Rule of Civil Procedure 16(b)(4), the Court AMENDS the Third Amended Scheduling Order (Doc. 225) as follows:

**Discovery Cutoff:** All discovery must be commenced in time to be completed by June 30, 2023.

**Expert Testimony:** Unless modified by court order for good cause shown, the names and anticipated subject matter of Defendants' expert witnesses shall be disclosed by April 10, 2023. A complete report under Fed. R. Civ. P. 26(a)(2)(B)

from any expert specially retained or employed by Defendants shall be due by May 19, 2023. Rebuttal expert opinions shall be due by June 16, 2023. All other deadlines and requirements outlined in the Court's Third Amended Scheduling Order remain in effect.

    DONE and ORDERED April \_\_\_, 2023.

_____         _____
                                                                HON. LILES C. BURKE
                                                                UNITED STATES DISTRICT JUDGE