IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) Civil Action No. 2:22-cv-184-LCB |
| | ) Hon. Liles C. Burke |
| *Plaintiff-Intervenor*, | ) |
| v. | ) |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

**DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* OF HENRY W. FRAMPTON, IV**

COMES NOW A. Barrett Bowdre, a member in good standing of the Alabama Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Henry W. Frampton, IV as counsel for Defendants in this action. The movant states the following.

1. Henry W. Frampton, IV is an attorney at Alliance Defending Freedom, 15100 N. 90th Street, Scottsdale, AZ 85260. His telephone number is 480-444-0020 and his email address is hframpton@adflegal.org.

1

2. Henry W. Frampton, IV is of good character and reputation and is a member in good standing of the State Bar of South Carolina (2007), the State Bar of Nebraska (2018), and the U.S. District Court for Nebraska (2018). A certificate of good standing from the U.S. District Court for Nebraska is attached to this motion.

3. Henry W. Frampton, IV has never resigned; has never been reprimanded, suspended, or disbarred from the practice of law; and has no grievances pending against him.

4. Henry W. Frampton, IV is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5. Movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

6. As required by Local Rule 83.1(b), payment of $75.00 will be made and/or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Henry W. Frampton, IV as counsel *pro hac vice* for Defendants.

Dated: April 5, 2023

Respectfully submitted,

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

s/ A. Barrett Bowdre
A. Barrett Bowdre (ASB-2087-K29V)
  *Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

***Counsel for Defendants***

4

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document on April 5, 2023, using the Court's CM/ECF system, which will serve all counsel of record.

s/ A. Barrett Bowdre
*Counsel for Defendants*
