AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

## CERTIFICATE OF GOOD STANDING

I, __Denise M. Lucks__, Clerk of this Court, certify that __Henry Frampton__, Bar # __NA__, was duly admitted to practice in this Court on __11/15/2018__, and is in good standing as a member of the Bar of this Court.

Dated at __Omaha, NE__ on __04/04/2023__
          *(Location)*           *(Date)*

Denise M. Lucks
CLERK

*[signature]*
DEPUTY CLERK