## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **BRIANNA BOE**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:22-cv-184-LCB** |
| | ) | |
| **STEVE MARSHALL**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>FOURTH AMENDED SCHEDULING ORDER</u>

For good cause shown under Federal Rule of Civil Procedure 16(b)(4), the Court **GRANTS** the parties' joint motion (Doc. 268) and **AMENDS** the third amended scheduling order (Doc. 225) as follows:

**Discovery Cutoff:** All discovery must be commenced in time to be completed by June 30, 2023.

**Dispositive Motions:** All potentially dispositive motions, including Daubert motions, must be filed by July 14, 2023.

**Expert Testimony:** Unless modified by court order for good cause shown, the names and anticipated subject matter of Defendants' expert witnesses shall be disclosed by April 10, 2023. A complete report under Fed. R. Civ. P. 26(a)(2)(B) from any expert specially retained or employed by Defendants shall be due by May 19, 2023. Rebuttal expert opinions shall be due by June 16, 2023.

**Final Lists:** Lists of trial witnesses and exhibits must be filed by July 21, 2023. Any objections to such lists, including objections under Federal Rule of Civil Procedure 26(a)(3), must be filed within fourteen days thereafter.

**Trial:** Trial is scheduled to begin on August 21, 2023, at 9:00 a.m. CDT. The trial shall occur at the Frank M. Johnson Jr. United States Courthouse in Montgomery, Alabama.

All other requirements of the initial Scheduling Order remain in effect.

**DONE** and **ORDERED** April 6, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE