### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al., *Plaintiffs*, v. STEVE MARSHALL, et al., *Defendants*. | No. 2:22-cv-00184-LCB-CWB |

### [PROPOSED] ORDER GRANTING WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH'S MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL

Having considered World Professional Association for Transgender Health's Motion to Certify Order for Interlocutory Appeal (Doc. __), the Court finds that its Order dated March 27, 2023 (Doc. 263) involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Therefore, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that this Court's Order dated March 27, 2023 is hereby certified for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

**IT IS SO ORDERED.**

Dated: _____             _____
                                          Hon. Liles C. Burke
                                          U.S. District Judge