## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>STEVE MARSHALL, et al.,<br><br>*Defendants*. | No. 2:22-cv-00184-LCB-CWB |

### [PROPOSED] ORDER MOTION OF WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH FOR LIMITED STAY OF DISCOVERY ORDER PENDING APPEAL

Having considered the Motion of World Professional Association for Transgender Health for Limited Stay of Discovery Order Pending Appeal (Doc. __), it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that WPATH's obligation to produce any materials to Defendants in response to the Court's Order dated March 27, 2023 (Doc. 263) is stayed pending disposition of WPATH's efforts to appeal the Order.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Liles C. Burke
U.S. District Judge