## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE,** *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 2:22-cv-184-LCB |
| **STEVE MARSHALL,** *et al.*, | ) |
| *Defendants*. | ) |

Comes now, Bethany C. Lee, a member of the Bar of this Court, and enters this appearance as counsel for Defendants. The Clerk and all parties are requested to provide copies of all subsequent pleadings, orders, motions, or other filings to the undersigned.

Respectfully submitted,

Steve Marshall,
   *Attorney General*

s/ Bethany C. Lee
Bethany C. Lee (ASB-9480-R46Z)
*Assistant Solicitor General*

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
(334) 242-7300
(334) 353-8400 (fax)
Bethany.Lee@AlabamaAG.gov
**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Bethany C. Lee
Counsel for Defendants
