IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>United States of America, )<br>)<br>*Intervenor Plaintiff*, )<br>)<br>v. )<br>)<br>Hon. Steve Marshall, in his official )<br>capacity as Attorney General, )<br>of the State of Alabama, *et al.*, )<br>)<br>*Defendants*. ) | Civil Action No. 2:22-cv-184-LCB |

## [PROPOSED] FIFTH AMENDED SCHEDULING ORDER

For good cause shown under Federal Rule of Civil Procedure 16(b)(4), the Court **GRANTS** Defendants' motion and **AMENDS** the fourth amended scheduling order (Doc. 270) as follows:

**Complete Production by HHS and WPATH**: HHS and WPATH must fully comply with this Court's orders (Docs. 261 & 263) and produce complete discovery in response to Defendants' requests for production and Rule 45 subpoena, respectively, by October 1, 2023.

**Discovery Cutoff:** All discovery must be commenced in time to be completed by January 19, 2024.

1

**Dispositive Motions:** All potentially dispositive motions, including Daubert motions, must be filed by February 9, 2024.

**Expert Testimony:** A complete report under Fed. R. Civ. P. 26(a)(2)(B) from any expert specially retained or employed by Defendants shall be due by November 20, 2023. Rebuttal expert opinions shall be due by December 18, 2023.

**Final Lists**: Lists of trial witnesses and exhibits must be filed by February 23, 2024. Any objections to such lists, including objections under Federal Rule of Civil Procedure 26(a)(3), must be filed within fourteen days thereafter.

**Trial:** The parties shall be trial ready by March 2024.

**DONE** and **ORDERED.**

Dated: _____       BY THE COURT:

                               _____
                               LILES C. BURKE
                               UNITED STATES DISTRICT JUDGE