**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| BRIANNA BOE, et al., | |
| Plaintiffs, | |
| v. | No. 2:22-cv-00184-LCB-CWB |
| STEVE MARSHALL, et al., | |
| Defendants. | |

### NOTICE REGARDING MANDAMUS PETITION

Pursuant to Federal Rule of Appellate Procedure 21(a)(1), non-party World Professional Association for Transgender Health ("WPATH") hereby gives notice to the Court and counsel of record that WPATH has filed the attached petition for writ of mandamus in the Court of Appeals for the Eleventh Circuit.  The attached petition concerns this Court's March 27, 2023 Order denying WPATH's Motion to Quash Rule 45 Subpoena (Doc. 263), and requests that the Eleventh Circuit act on the petition by June 16, 2023.

Dated: May 26, 2023

Respectfully submitted,

/s/ Cortlin H. Lannin

Cortlin H. Lannin

D. Jean Veta (D.C. Bar No. 358980)
(admitted *pro hac vice*)
William Isasi (D.C. Bar No. 470878)
(admitted *pro hac vice*)
Noah S. Goldberg (D.C. Bar No.
90003045) (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
jveta@cov.com
wisasi@cov.com
ngoldberg@cov.com

Barry A. Ragsdale (ASB 2958-A23B)
Robert S. Vance III (ASB 9916-B11Q)
DOMINICK FELD HYDE, P.C.
1130 22nd Street South Ridge Park
Suite 4000
Birmingham, AL 35205
Phone: (205) 536-8888
BRagsdale@dfhlaw.com
RVance@dfhlaw.com

Cortlin H. Lannin (CA Bar No.
266488) (admitted *pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105
Phone: (415) 591-6000
clannin@cov.com

Michael J. Lanosa (CA Bar No.
301241) (admitted *pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Phone: (424) 332-4800
mlanosa@cov.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

*/s/ Cortlin H. Lannin*
Of Counsel