# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Case No. 2:22-cv-184-LCB |
| ) | |
| STEVE MARSHALL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On or before July 10, 2023, WPATH shall comply with all previous discovery requests and discovery orders. Should WPATH fail to do so, Defendants may move for sanctions without further order of this Court.

**DONE** and **ORDERED** June 28, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE