# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | No. 2:22-cv-00184-LCB-CWB |
| ) | Hon. Liles C. Burke |
| *Plaintiff-Intervenor*, ) | |
| ) | |
| v. ) | |
| ) | |
| STEVE MARSHALL, in his official ) | |
| capacity as Attorney General of the ) | |
| State of Alabama, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**JOINT MOTION TO AMEND PROTECTIVE AND HIPAA ORDERS**

Come now all parties and jointly move this Court to enter an order amending its STIPULATED PROTECTIVE ORDER (doc. 137) and STIPULATED HIPPA QUALIFIED PROTECTIVE ORDER (doc. 138) as set out below. In support of this motion, the parties state as follows:

1. One or more of the parties may wish to seek documents or testimony from a healthcare provider who is not a party to this action and who has treated a pseudonymous Plaintiff.

2. Currently, this Court's protective and HIPAA orders do not permit a party to, for example, present a Plaintiff's medical records to the Plaintiff's non-party healthcare provider in the course of a deposition and inquire about the treatment provided.

3. The parties seek an amendment to the Court's Protective and HIPAA orders (docs. 137 and 138) clarifying that those orders do not prohibit the parties from issuing a subpoena to such a healthcare provider seeking a plaintiff's medical records, questioning such a healthcare provider concerning his or her treatment of a plaintiff, or presenting a plaintiff's medical records to such plaintiff's healthcare provider to facilitate questioning.

4. Any documents or testimony allowed by the amendment sought herein would remain protected by the Court's protective and HIPAA orders.

5. A proposed order is attached.

Respectfully submitted,                                      Dated: July 18, 2023

**FOR THE PRIVATE PLAINTIFFS:**

Melody H. Eagan (ASB-9780-D38M)
Jeffrey P. Doss (ASB-4212-R62D)
Amie A. Vague (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

 s/ Adam Reinke (by permission)
J. Andrew Pratt (ASB-3507-J56P)
Adam Reinke (GA Bar No. 510426) (*pro hac vice*)
Misty L. Peterson (GA Bar No. 243715) (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
404.572.4600
apratt@kslaw.com
areinke@kslaw.com
mpeterson@kslaw.com

Brent P. Ray (IL Bar No. 6291911) (*pro hac vice*)
Abigail Hoverman Terry (IL Bar No. 6327057) (*pro hac vice*)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
312.995.6333
bray@kslaw.com
ahoverman@kslaw.com

Michael B. Shortnacy (CA Bar No. 277035) (*pro hac vice*)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
213.443.4355
mshortnacy@kslaw.com

Rachel H. Berg (*pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
415.343.7679
rberg@nclrights.org

Jennifer L. Levi (MA Bar No. 562298) (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
617.426.1350
jlevi@glad.org

Scott D. McCoy (FL Bar No. 1004965) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
334.224.4309
scott.mccoy@splcenter.org

Diego A. Soto (ASB-3626-Y61S)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
334.604.1414
diego.soto@splcenter.org

Jessica L. Stone (GA Bar No. 275567) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
404.221.5837
jessica.stone@splcenter.org

Sarah Warbelow (MI Bar No. P66690) (*pro hac vice*)
Cynthia Weaver (NY Bar No. 5091848) (*pro hac vice*)
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
202.628.4160
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

*Attorneys for Plaintiffs*

**FOR THE UNITED STATES:**

| | |
|---|---|
| SANDRA J. STEWART<br>United States Attorney<br>Middle District of Alabama | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| PRIM F. ESCALONA<br>United States Attorney<br>Northern District of Alabama | JOHN POWERS (DC Bar No. 1024831)<br>Counsel to the Assistant Attorney General<br>Civil Rights Division |
| JASON R. CHEEK<br>Chief, Civil Division | CHRISTINE STONEMAN<br>Chief, Federal Coordination and Compliance Section |
| MARGARET L. MARSHALL<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 244-2104<br>Margaret.Marshall@usdoj.gov | s/ Coty Montag (by permission)<br>COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and Compliance Section<br><br>RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 30502222<br>Renee.Williams3@usdoj.gov<br>Kailin.Toyama@usdoj.gov |
| STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, AL 36101-0197<br>Tel.: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | AMIE S. MURPHY (NY Bar No. 4147401)<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 353-1285<br>Amie.Murphy2@usdoj.gov |

*Attorneys for Plaintiff-Intervenor United States of America*

**FOR THE DEFENDANTS:**

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, South Carolina 29413
(843) 606-0640
CMills@Spero.law

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Roger G. Brooks (*pro hac vice*)
Henry W. Frampton (*pro hac vice*)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0200
rbrooks@adflegal.org
hframpton@adflegal.org

Steve Marshall
  *Attorney General*

s/A. Barrett Bowdre
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*
A. Barrett Bowdre (ASB-2087-K29V)
  *Principal Deputy Solicitor General*
Bethany C. Lee (ASB-9480-R46Z)
  *Assistant Solicitor General*
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Bethany.Lee@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on July 18, 2023, which will serve all counsel of record.

s/ A. Barrett Bowdre
*Counsel for Defendants*
