UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| United States of America, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## [JOINT PROPOSED] ORDER AMENDING PROTECTIVE AND HIPAA ORDERS

For good cause shown, the Court **AMENDS** the Stipulated Protective Order (doc. 137) and Stipulated HIPAA Qualified Protective Order (doc. 138) as follows:

This Court previously entered the parties' Stipulated Protective Order and Stipulated HIPAA Qualified Protective Order that, among other things, protected the confidentiality of the Plaintiffs' medical records and the pseudonymous Plaintiffs' identities.

On the joint motion of the parties, and for good cause shown, the Court's Stipulated Protective Order (doc. 137) and Stipulated HIPAA Qualified Protective Order (doc. 138) are amended to provide that such orders do not prohibit the parties from issuing a subpoena to a non-party health care provider seeking a plaintiff's medical records, deposing such a health care provider concerning his or her treatment of a plaintiff, or presenting a plaintiff's medical records to such plaintiffs' health care provider to facilitate questioning.

Any documents or testimony allowed by this amendment shall remain protected by the Court's protective and HIPAA orders and shall be treated as "Confidential – Attorneys' Eyes Only" under such orders.

**DONE** and **ORDERED**.

Dated: _____          _____
                           **LILES C. BURKE**
                           UNITED STATES DISTRICT JUDGE