# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-184-LCB |
| ) | |
| **STEVE MARSHALL,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the parties' joint motion, and for good cause shown, the Court **GRANTS** the motion (Doc. 300) and **AMENDS** the stipulated protective order (Doc. 137) and stipulated HIPPA qualified protective order (Doc. 138) as follows:

Such orders do not prohibit the parties from issuing a subpoena to a non-party health care provider seeking a plaintiff's medical records, deposing such a health care provider concerning his or her treatment of a plaintiff, or presenting a plaintiff's medical records to such plaintiffs' health care provider to facilitate questioning.

Any documents or testimony allowed by this amendment shall remain protected by the Court's protective and HIPAA orders and shall be treated as "Confidential – Attorneys' Eyes Only" under such orders.

2

**DONE** and **ORDERED** July 24, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE