# Exhibit A

Email Correspondence Between Counsel for the United States and Counsel for Defendants

May 12, 2023 – June 29, 2023

**Bowdre, Barrett**

| | |
|---|---|
| **From:** | Murphy, Amie (CRT) <Amie.Murphy2@usdoj.gov> |
| **Sent:** | Thursday, June 29, 2023 8:55 AM |
| **To:** | Brian Barnes |
| **Cc:** | Cheek, Jason (USAALN); LaCour, Edmund; Wilson, Thomas; Davis, Jim; Seiss, Ben; Christopher Mills; Pete Patterson; David Thompson; Jeffrey P. Doss; Amie A. Vague; AOrr; Jennifer Levi; Sarah Warbelow; Cynthia Weaver; Andy Pratt; Misty Peterson; Brent Ray; Abigail Terry; Michael Shortnacy; Scott McCoy; Melody H. Eagan; Adam Reinke; Diego Soto; Jessica Stone; Montag, Coty (CRT); Marshall, Margaret (USAALN); Williams, Renee (CRT); Toyama, Kaitlin (CRT); Bowdre, Barrett; John Ramer |
| **Subject:** | RE: Boe v. Marshall, No. 22-184 (M.D. Ala.) -- HHS Documents |

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Brian,

Thank you for giving further thought to HHS's proposal regarding Admiral Levine's emails. Given that we still disagree with your assessment that adding Admiral Levine to the list of custodians will lead to the production of relevant documents, HHS is only willing to produce her emails if it can do so without substantial cost to the agency. We think that the search terms in the FOIA request are sufficiently broad enough to unearth all responsive documents. Moreover, HHS plans to produce Deputy Assistant Secretary for Health Policy Maura Calsyn's emails, which were searched using the agreed-upon terms.

In the interest of avoiding motion practice, however, HHS can commit to producing the emails it has collected for the FOIA request on or before August 31st if you accept their offer.

Happy to discuss.

Amie

---

**From:** Brian Barnes <BBarnes@cooperkirk.com>
**Sent:** Wednesday, June 28, 2023 10:58 AM
**To:** Murphy, Amie (CRT) <Amie.Murphy2@usdoj.gov>
**Cc:** Cheek, Jason (USAALN) <JCheek@usa.doj.gov>; LaCour, Edmund <Edmund.LaCour@AlabamaAG.gov>; Wilson, Thomas <Thomas.Wilson@AlabamaAG.gov>; Davis, Jim <Jim.Davis@AlabamaAG.gov>; Seiss, Ben <Ben.Seiss@AlabamaAG.gov>; Christopher Mills <cmills@spero.law>; Pete Patterson <ppatterson@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Jeffrey P. Doss <jdoss@lightfootlaw.com>; Amie A. Vague <avague@lightfootlaw.com>; AOrr <Aorr@nclrights.Org>; Jennifer Levi <Jlevi@glad.Org>; Sarah Warbelow <Sarah.Warbelow@hrc.Org>; Cynthia Weaver <cynthia.Weaver@hrc.Org>; Andy Pratt <Apratt@kslaw.Com>; Misty Peterson <Mpeterson@kslaw.Com>; Brent Ray <Bray@kslaw.Com>; Abigail Terry <ATerry@kslaw.com>; Michael Shortnacy <Mshortnacy@kslaw.Com>; Scott McCoy <Scott.Mccoy@splcenter.Org>; Melody H. Eagan <meagan@lightfootlaw.com>; Adam Reinke <Areinke@kslaw.Com>; Diego Soto <Diego.Soto@splcenter.Org>; Jessica Stone <Jessica.Stone@splcenter.Org>; Montag, Coty (CRT) <Coty.Montag@usdoj.gov>; Marshall, Margaret (USAALN) <mmarshall2@usa.doj.gov>; Williams, Renee (CRT) <Renee.Williams3@usdoj.gov>; Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>; Bowdre, Barrett <Barrett.Bowdre@AlabamaAG.gov>; John Ramer

&lt;jramer@cooperkirk.com&gt;
**Subject:** [EXTERNAL] RE: Boe v. Marshall, No. 22-184 (M.D. Ala.) -- HHS Documents

Hi Amie,

We have given further consideration to your proposal regarding the production of the FOIA documents in lieu of designating Admiral Levine as a custodian for our search terms, and we hope we can come to a compromise.

First, we appreciate your clarification that the documents produced to us would be produced pursuant to Rule 26, not FOIA, and that we will therefore not be dependent on the third-party FOIA requestor to challenge an incomplete production. We also understand your clarification to mean that we will be entitled to a complete privilege log under Rule 26 and that any asserted privileges – including the deliberative-process privilege – will work as they normally do in civil discovery, not FOIA. Please let me know if we have misunderstood anything here.

Second, we are concerned about the incomplete timeline stated in the FOIA request. While our RFPs would encompass Admiral Levine's entire tenure as Assistant Secretary for Health (beginning March 26, 2021, I believe), the FOIA request sets its timeline as "October 19, 2021, to the date this item is fully processed." (That date appears to be when Levine was commissioned as a four-star admiral in the U.S. Public Health Service Commissioned Corps). We request that the timeline be extended to capture Admiral Levine's entire time at HHS.

Third, there are a handful of search terms that we have agreed on which we do not think are encompassed by the FOIA request. We thus request that HHS add these to the search terms listed in the FOIA request:

- "Rapid onset gender dysphoria"
- Gatekeeping AND (youth or child! or adolescent or minor! or kid! or teen! or boy! or girl!) AND transgender!
- Littman AND (youth or child! or adolescent! or minor! or kid! or teen! or boy! or girl!) AND (transition! OR transgender)
- Consent AND (youth or child! or adolescent! or minor! or kid! or teen! or boy! or girl!)) AND ((gender /3 affirming) or (puberty /3 Block!) or hormone or CSH)
- Finland and (youth or child! or adolescent! or minor! or kid! or teen! or boy! or girl!) AND (transgender or "gender affirming") AND (transition! or treat! or care or affirm!)
- Sweden and (youth or child! or adolescent! or minor! or kid! or teen! or boy! or girl!) AND (transgender or "gender affirming") AND (transition! or treat! or care)
- ("United Kingdom" or UK) and (youth or child! or adolescent! or minor! or kid! or teen! or boy! or girl!) AND (transgender of "gender affirming") AND (transition! or treat! or care)
- "Trans Youth Care Research Network"
- Adverse AND transgend! /5 (youth or child! or adolescent! or minor! or kid! or teen! or boy! or girl!) AND (trans! or gender or GAT or GAC)

Please let me know if HHS is amenable to these suggestions that will allow us to move things forward without motions practice. Happy to jump on the phone to discuss.

Best regards,

Brian

---

**From:** Murphy, Amie (CRT) &lt;Amie.Murphy2@usdoj.gov&gt;
**Sent:** Wednesday, June 21, 2023 1:52 PM
**To:** Brian Barnes &lt;BBarnes@cooperkirk.com&gt;
**Cc:** Cheek, Jason (USAALN) &lt;Jason.Cheek@usdoj.gov&gt;; LaCour, Edmund &lt;Edmund.LaCour@AlabamaAG.gov&gt;; Wilson, Thomas &lt;Thomas.Wilson@AlabamaAG.gov&gt;; Davis, Jim &lt;Jim.Davis@AlabamaAG.gov&gt;; Seiss, Ben

2

<Ben.Seiss@AlabamaAG.gov>; Christopher Mills <cmills@spero.law>; Pete Patterson <ppatterson@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Jeffrey P. Doss <jdoss@lightfootlaw.com>; Amie A. Vague <avague@lightfootlaw.com>; AOrr <Aorr@nclrights.Org>; Jennifer Levi <Jlevi@glad.Org>; Sarah Warbelow <Sarah.Warbelow@hrc.Org>; Cynthia Weaver <cynthia.Weaver@hrc.Org>; Andy Pratt <Apratt@kslaw.Com>; Misty Peterson <Mpeterson@kslaw.Com>; Brent Ray <Bray@kslaw.Com>; Abigail Terry <ATerry@kslaw.com>; Michael Shortnacy <Mshortnacy@kslaw.Com>; Scott McCoy <Scott.Mccoy@splcenter.Org>; Melody H. Eagan <meagan@lightfootlaw.com>; Adam Reinke <Areinke@kslaw.Com>; Diego Soto <Diego.Soto@splcenter.Org>; Jessica Stone <Jessica.Stone@splcenter.Org>; Montag, Coty (CRT) <Coty.Montag@usdoj.gov>; Marshall, Margaret (USAALN) <Margaret.Marshall@usdoj.gov>; Williams, Renee (CRT) <Renee.Williams3@usdoj.gov>; Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>; Bowdre, Barrett <Barrett.Bowdre@AlabamaAG.gov>; John Ramer <jramer@cooperkirk.com>
**Subject:** RE: Boe v. Marshall, No. 22-184 (M.D. Ala.) -- HHS Documents

Brian,

We disagree that Admiral Levine should be named as a record custodian because giving speeches isn't relevant to the underlying subject matter of the litigation. Further, we don't see how the studies she may have relied on to inform the content of those speeches would be relevant. Defendants have already requested the studies that HHS has funded on the topic, and HHS is in the process of producing those.

Nevertheless, without waiving our objection to relevance, we are authorized to propose a compromise. HHS received a FOIA request from a third-party organization for all of Admiral Levine's communications on gender-affirming care since she was sworn-in to office on October 19, 2021. HHS is willing to produce all the documents it produces to the third-party on or before the October 30, 2023 deadline. Attached is a copy of the FOIA request.

Please let us know whether you have any questions about this proposal.

Amie

---

**From:** Murphy, Amie (CRT)
**Sent:** Wednesday, June 21, 2023 9:20 AM
**To:** Brian Barnes <BBarnes@cooperkirk.com>
**Cc:** Cheek, Jason (USAALN) <JCheek@usa.doj.gov>; LaCour, Edmund <Edmund.LaCour@AlabamaAG.gov>; Wilson, Thomas <Thomas.Wilson@AlabamaAG.gov>; Davis, Jim <Jim.Davis@AlabamaAG.gov>; Seiss, Ben <Ben.Seiss@AlabamaAG.gov>; Christopher Mills <cmills@spero.law>; Pete Patterson <ppatterson@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Jeffrey P. Doss <jdoss@lightfootlaw.com>; Amie A. Vague <avague@lightfootlaw.com>; AOrr <Aorr@nclrights.Org>; Jennifer Levi <Jlevi@glad.Org>; Sarah Warbelow <Sarah.Warbelow@hrc.Org>; Cynthia Weaver <cynthia.Weaver@hrc.Org>; Andy Pratt <Apratt@kslaw.Com>; Misty Peterson <Mpeterson@kslaw.Com>; Brent Ray <Bray@kslaw.Com>; Abigail Terry <ATerry@kslaw.com>; Michael Shortnacy <Mshortnacy@kslaw.Com>; Scott McCoy <Scott.Mccoy@splcenter.Org>; Melody H. Eagan <meagan@lightfootlaw.com>; Adam Reinke <Areinke@kslaw.Com>; Diego Soto <Diego.Soto@splcenter.Org>; Jessica Stone <Jessica.Stone@splcenter.Org>; Montag, Coty (CRT) <Coty.Montag@usdoj.gov>; Marshall, Margaret (USAALN) <mmarshall2@usa.doj.gov>; Williams, Renee (CRT) <Renee.Williams3@usdoj.gov>; Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>; Bowdre, Barrett <Barrett.Bowdre@AlabamaAG.gov>; John Ramer <jramer@cooperkirk.com>
**Subject:** RE: Boe v. Marshall, No. 22-184 (M.D. Ala.) -- HHS Documents

Brian,

We are discussing this with HHS and will get back to you shortly.

Amie

---

**From:** Brian Barnes <BBarnes@cooperkirk.com>
**Sent:** Tuesday, June 20, 2023 4:19 PM
**To:** Murphy, Amie (CRT) <Amie.Murphy2@usdoj.gov>
**Cc:** Cheek, Jason (USAALN) <JCheek@usa.doj.gov>; LaCour, Edmund <Edmund.LaCour@AlabamaAG.gov>; Wilson, Thomas <Thomas.Wilson@AlabamaAG.gov>; Davis, Jim <Jim.Davis@AlabamaAG.gov>; Seiss, Ben <Ben.Seiss@AlabamaAG.gov>; Christopher Mills <cmills@spero.law>; Pete Patterson <ppatterson@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Jeffrey P. Doss <jdoss@lightfootlaw.com>; Amie A. Vague <avague@lightfootlaw.com>; AOrr <Aorr@nclrights.Org>; Jennifer Levi <Jlevi@glad.Org>; Sarah Warbelow <Sarah.Warbelow@hrc.Org>; Cynthia Weaver <cynthia.Weaver@hrc.Org>; Andy Pratt <Apratt@kslaw.Com>; Misty Peterson <Mpeterson@kslaw.Com>; Brent Ray <Bray@kslaw.Com>; Abigail Terry <ATerry@kslaw.com>; Michael Shortnacy <Mshortnacy@kslaw.Com>; Scott McCoy <Scott.Mccoy@splcenter.Org>; Melody H. Eagan <meagan@lightfootlaw.com>; Adam Reinke <Areinke@kslaw.Com>; Diego Soto <Diego.Soto@splcenter.Org>; Jessica Stone <Jessica.Stone@splcenter.Org>; Montag, Coty (CRT) <Coty.Montag@usdoj.gov>; Marshall, Margaret (USAALN) <mmarshall2@usa.doj.gov>; Williams, Renee (CRT) <Renee.Williams3@usdoj.gov>; Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>; Bowdre, Barrett <Barrett.Bowdre@AlabamaAG.gov>; John Ramer <jramer@cooperkirk.com>
**Subject:** [EXTERNAL] RE: Boe v. Marshall, No. 22-184 (M.D. Ala.) -- HHS Documents

Amie,

Thanks for meeting on the phone with us on Friday. Although we think it would have been better had we been able to participate in the process to narrow the search terms, we can agree to the narrowed search terms if HHS agrees to make Admiral Levine a custodian for searching emails at OASH. Otherwise, we intend to seek a ruling from the Court on the custodian issue at Monday's hearing. Please let us know if this compromise works by tomorrow at 1 pm CT so we can alert the Court as needed.

Best regards,

Brian

---

**From:** Murphy, Amie (CRT) <Amie.Murphy2@usdoj.gov>
**Sent:** Thursday, June 15, 2023 2:54 PM
**To:** Brian Barnes <BBarnes@cooperkirk.com>
**Cc:** Cheek, Jason (USAALN) <Jason.Cheek@usdoj.gov>; LaCour, Edmund <Edmund.LaCour@AlabamaAG.gov>; Wilson, Thomas <Thomas.Wilson@AlabamaAG.gov>; Davis, Jim <Jim.Davis@AlabamaAG.gov>; Seiss, Ben <Ben.Seiss@AlabamaAG.gov>; Christopher Mills <cmills@spero.law>; Pete Patterson <ppatterson@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Jeffrey P. Doss <jdoss@lightfootlaw.com>; Amie A. Vague <avague@lightfootlaw.com>; AOrr <Aorr@nclrights.Org>; Jennifer Levi <Jlevi@glad.Org>; Sarah Warbelow <Sarah.Warbelow@hrc.Org>; Cynthia Weaver <cynthia.Weaver@hrc.Org>; Andy Pratt <Apratt@kslaw.Com>; Misty Peterson <Mpeterson@kslaw.Com>; Brent Ray <Bray@kslaw.Com>; Abigail Terry <ATerry@kslaw.com>; Michael Shortnacy <Mshortnacy@kslaw.Com>; Scott McCoy <Scott.Mccoy@splcenter.Org>; Melody H. Eagan <meagan@lightfootlaw.com>; Adam Reinke <Areinke@kslaw.Com>; Diego Soto <Diego.Soto@splcenter.Org>; Jessica Stone <Jessica.Stone@splcenter.Org>; Montag, Coty (CRT) <Coty.Montag@usdoj.gov>; Marshall, Margaret (USAALN) <Margaret.Marshall@usdoj.gov>; Williams, Renee (CRT) <Renee.Williams3@usdoj.gov>; Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>; Bowdre, Barrett <Barrett.Bowdre@AlabamaAG.gov>; John Ramer <jramer@cooperkirk.com>
**Subject:** RE: Boe v. Marshall, No. 22-184 (M.D. Ala.) -- HHS Documents

Hi Brian,

We're happy to get on a call to discuss the issues raised in your email. Unfortunately, times are a bit limited today and tomorrow with everyone trying to squeeze meetings in before the long weekend. For tomorrow, I can offer up 10-11 or 3-5.

Let me know what might work for you.

Amie

---

**From:** Brian Barnes <BBarnes@cooperkirk.com>
**Sent:** Thursday, June 15, 2023 10:19 AM
**To:** Murphy, Amie (CRT) <Amie.Murphy2@usdoj.gov>
**Cc:** Cheek, Jason (USAALN) <JCheek@usa.doj.gov>; LaCour, Edmund <Edmund.LaCour@AlabamaAG.gov>; Wilson, Thomas <Thomas.Wilson@AlabamaAG.gov>; Davis, Jim <Jim.Davis@AlabamaAG.gov>; Seiss, Ben <Ben.Seiss@AlabamaAG.gov>; Christopher Mills <cmills@spero.law>; Pete Patterson <ppatterson@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Jeffrey P. Doss <jdoss@lightfootlaw.com>; Amie A. Vague <avague@lightfootlaw.com>; AOrr <Aorr@nclrights.Org>; Jennifer Levi <Jlevi@glad.Org>; Sarah Warbelow <Sarah.Warbelow@hrc.Org>; Cynthia Weaver <cynthia.Weaver@hrc.Org>; Andy Pratt <Apratt@kslaw.Com>; Misty Peterson <Mpeterson@kslaw.Com>; Brent Ray <Bray@kslaw.Com>; Abigail Terry <ATerry@kslaw.com>; Michael Shortnacy <Mshortnacy@kslaw.Com>; Scott McCoy <Scott.Mccoy@splcenter.Org>; Melody H. Eagan <meagan@lightfootlaw.com>; Adam Reinke <Areinke@kslaw.Com>; Diego Soto <Diego.Soto@splcenter.Org>; Jessica Stone <Jessica.Stone@splcenter.Org>; Montag, Coty (CRT) <Coty.Montag@usdoj.gov>; Marshall, Margaret (USAALN) <mmarshall2@usa.doj.gov>; Williams, Renee (CRT) <Renee.Williams3@usdoj.gov>; Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>; Bowdre, Barrett <Barrett.Bowdre@AlabamaAG.gov>; John Ramer <jramer@cooperkirk.com>
**Subject:** [EXTERNAL] RE: Boe v. Marshall, No. 22-184 (M.D. Ala.) -- HHS Documents

Hi Amie,

Thanks for the update. I think it probably makes sense to get on the phone this week to talk through some things and see where we are. Is there a time in the next day or two that works for you?

Regarding your last update, we're a bit concerned that the process is becoming unilateral. From your email it appears that HHS itself determined that some of the searches resulted "in an unreasonable number of documents," without letting us know how many documents it thought was "unreasonable." Then HHS determined for itself how to alter the search terms we had agreed on, again without allowing us to be part of that process. Then HHS determined for itself to run the new terms it had chosen, also without any input from us. Only after that process was complete did HHS provide us notice of what it had already done. It seems to us we should have input into that process. How many documents did the original search terms ping? What number does HHS consider to be "unreasonable"? We don't know, and it apparently doesn't matter to HHS that we don't know. We think that's a problem.

We also don't agree with your assessment that the change in the Boolean modifiers "increased the chance that the terms produced relevant documents." We fear that, instead, by using a "NEAR(5)" restriction, the new search terms HHS chose *exclude* relevant documents by requiring all the relevant terms to be closely stacked against one another. If we need to narrow the search terms, we can of course discuss ways to do that. But we are not comfortable with HHS simply determining the need for revised search terms and choosing the new terms all by itself. This should be a collaborative process.

We have similar concerns with the rejection of our suggestion to use custodians and search terms for OASH. In the spirit of compromise, we had agreed to use a "go get" method for SAMHSA, but suggested making Admiral Levine a custodian and using search terms for OASH. In response, you informed us that HHS had already moved forward with the "go get" for OASH and thus had rejected our suggestion (apparently without even considering the compromise we had proposed). We remain concerned that a "go get" for OASH is insufficient. As you know, Admiral Levine is often the face

5

of HHS regarding transitioning treatments for youth. Over and over Admiral Levine has spoken publicly, *as the Assistant Secretary for Health*, in favor of the safety and efficacy of those treatments. Just this week the Admiral stated in a public address: "Gender-affirming care is medical care. Gender-affirming care is mental health care. Gender-affirming care is literally suicide prevention care. It improves the quality of life, and it saves lives, and is based upon decades of study. It is a well-established medical practice...Gender-affirming care is medically necessary, safe, and effective, for transgender and non-binary youth and adults." https://twitter.com/HHS_ASH/status/1668264004492328961.  Admiral Levine has made many similar speeches and statements as the Assistant Secretary for Health. Such statements *and their inputs* would seem to be responsive to our RFP asking for communications "concerning the effects of Transitioning or the treatment of Minors for Gender Dysphoria or a Related Condition on the well-being or health of Minors."

Similarly, Admiral Levine has publicly discussed the informed-consent process used by gender clinics. As one news report put it: "Levine, the U.S. assistant secretary for health, said that clinics are proceeding carefully and that no American children are receiving drugs or hormones for gender dysphoria who shouldn't. 'It's not like anyone who arrives automatically gets medical treatment,' she said." Chad Terhune et al., *As More Transgender Children Seek Medical Care, Families Confront Many Unknowns*, Reuters (Oct. 6, 2022), https://www.reuters.com/investigates/special-report/usa-transyouth-care/. Again, this statement and its inputs would seem to be responsive to our RFP asking for communications "concerning the informed consent process for treating Minors for Gender Dysphoria or a Related Condition." Given these statements – and many, many more like them – we do not understand how HHS has determined that the Admiral Levine would not be an appropriate custodian.

Finally, there appear to be offices within OASH that also seem likely to us to have responsive information. For instance, in a number of RFPs we asked about communications and documents related to ongoing research studies, the reporting of adverse events, and the informed consent process. And we know that there have been adverse events—including two suicides—in specific studies we mentioned in the RFPs that HHS is funding. *See* Letter to Lawrence Tabak (June 6, 2023), https://www.help.senate.gov/imo/media/doc/nih_trans_letter.pdf. We would expect the Office of Human Research Protections and the Office of Research Integrity would have information relevant to these RFPs. Why is this not the case?

Again, we think a phone call to discuss these issues would be helpful. Please let me know if you are available tomorrow or Thursday for a call.

Best regards,

Brian

---

**From:** Murphy, Amie (CRT) <Amie.Murphy2@usdoj.gov>
**Sent:** Thursday, June 8, 2023 3:31 PM
**To:** Brian Barnes <BBarnes@cooperkirk.com>
**Cc:** Cheek, Jason (USAALN) <Jason.Cheek@usdoj.gov>; LaCour, Edmund <Edmund.LaCour@AlabamaAG.gov>; Wilson, Thomas <Thomas.Wilson@AlabamaAG.gov>; Davis, Jim <Jim.Davis@AlabamaAG.gov>; Seiss, Ben <Ben.Seiss@AlabamaAG.gov>; Christopher Mills <cmills@spero.law>; Pete Patterson <ppatterson@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Jeffrey P. Doss <jdoss@lightfootlaw.com>; Amie A. Vague <avague@lightfootlaw.com>; AOrr <Aorr@nclrights.Org>; Jennifer Levi <Jlevi@glad.Org>; Sarah Warbelow <Sarah.Warbelow@hrc.Org>; Cynthia Weaver <cynthia.Weaver@hrc.Org>; Andy Pratt <Apratt@kslaw.Com>; Misty Peterson <Mpeterson@kslaw.Com>; Brent Ray <Bray@kslaw.Com>; Abigail Terry <ATerry@kslaw.com>; Michael Shortnacy <Mshortnacy@kslaw.Com>; Scott McCoy <Scott.Mccoy@splcenter.Org>; Melody H. Eagan <meagan@lightfootlaw.com>; Adam Reinke <Areinke@kslaw.Com>; Diego Soto <Diego.Soto@splcenter.Org>; Jessica Stone <Jessica.Stone@splcenter.Org>; Montag, Coty (CRT) <Coty.Montag@usdoj.gov>; Marshall, Margaret (USAALN) <Margaret.Marshall@usdoj.gov>; Williams, Renee (CRT) <Renee.Williams3@usdoj.gov>; Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>; Bowdre, Barrett <Barrett.Bowdre@AlabamaAG.gov>; John Ramer

<[jramer@cooperkirk.com](jramer@cooperkirk.com)>
**Subject:** RE: Boe v. Marshall, No. 22-184 (M.D. Ala.) -- HHS Documents

Good afternoon, Brian-

I'm writing with an update. HHS has completed its test searches of email accounts for NIH and the OS divisions (OCR, OASH, and SAMSHA) using the 20 search terms selected by Defendants. By and large, most of the terms did not result in an unreasonable number of documents. A few of the terms, however, needed to be modified, so HHS did so by changing the Boolean modifiers. This change increased the chance that the terms produced relevant documents without change to the substance of the terms themselves.

*For NIH and the OS Divisions*, the modified terms are as follows:

(gender NEAR(3) dysphoria) AND (youth OR child* OR adolescent* OR minor* OR kid* OR teen* OR boy* OR girl*) ~~AND~~ NEAR(5) (transition* OR treat* OR care OR affirm*)

(gender NEAR(3) affirming) AND (youth OR child* OR adolescent* OR minor* OR kid* OR teen* OR boy* OR girl*) ~~AND~~ NEAR(5) (transition* OR treat* OR care OR hormon*)

(consent AND (youth OR child* OR adolescent* OR minor* OR kid* OR teen* OR boy* OR girl*) ~~AND~~ NEAR(5) ((gender NEAR(3) affirming) OR (puberty NEAR(3) Block*) OR hormone OR CSH)

("United Kingdom" OR UK) AND (youth OR child* OR adolescent* OR minor* OR kid* OR teen* OR boy* OR girl*) AND (transgender OR "gender affirming") ~~AND~~ NEAR(5) (transition* OR treat* OR care)

*For NIH only*, the modified terms are as follows:

(Hormone NEAR(3) therapy) AND (transition* OR transgender OR affirm*) ~~AND~~ NEAR(5) (youth OR child* OR adolescent* OR minor* OR kid* OR teen* OR boy* OR girl*)

*For the OS Divisions only*, the modified terms are as follows:

(wpath ~~AND~~ NEAR(5) (youth OR child* OR adolescent* OR minor* OR kid* OR teen* OR boy* OR girl* OR guidelines OR "soc8"))

(adverse AND (transgend* NEAR(5) (youth OR child* OR adolescent* OR minor* OR kid* OR teen* OR boy* OR girl*) ~~AND~~ NEAR(5) (trans* OR gender OR gat OR gac)))

In the interest of time, HHS verified these terms by rerunning them through the email accounts, and has begun collecting documents. We will continue to update you.

Best,

Amie

---

**From:** Murphy, Amie (CRT)
**Sent:** Wednesday, May 31, 2023 1:05 PM
**To:** 'Brian Barnes' <[BBarnes@cooperkirk.com](BBarnes@cooperkirk.com)>

7

**Cc:** Cheek, Jason (USAALN) <JCheek@usa.doj.gov>; LaCour, Edmund <Edmund.LaCour@AlabamaAG.gov>; Wilson, Thomas <Thomas.Wilson@AlabamaAG.gov>; Davis, Jim <Jim.Davis@AlabamaAG.gov>; Seiss, Ben <Ben.Seiss@AlabamaAG.gov>; Christopher Mills <cmills@spero.law>; Pete Patterson <ppatterson@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Jeffrey P. Doss <jdoss@lightfootlaw.com>; Amie A. Vague <avague@lightfootlaw.com>; AOrr <Aorr@nclrights.Org>; Jennifer Levi <Jlevi@glad.Org>; Sarah Warbelow <Sarah.Warbelow@hrc.Org>; Cynthia Weaver <cynthia.Weaver@hrc.Org>; Andy Pratt <Apratt@kslaw.Com>; Misty Peterson <Mpeterson@kslaw.Com>; Brent Ray <Bray@kslaw.Com>; Abigail Terry <ATerry@kslaw.com>; Michael Shortnacy <Mshortnacy@kslaw.Com>; Scott McCoy <Scott.Mccoy@splcenter.Org>; Melody H. Eagan <meagan@lightfootlaw.com>; Adam Reinke <Areinke@kslaw.Com>; Diego Soto <Diego.Soto@splcenter.Org>; Jessica Stone <Jessica.Stone@splcenter.Org>; Montag, Coty (CRT) <Coty.Montag@usdoj.gov>; Marshall, Margaret (USAALN) <mmarshall2@usa.doj.gov>; Williams, Renee (CRT) <Renee.Williams3@usdoj.gov>; Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>; Bowdre, Barrett <Barrett.Bowdre@AlabamaAG.gov>; John Ramer <jramer@cooperkirk.com>
**Subject:** RE: Boe v. Marshall, No. 22-184 (M.D. Ala.) -- HHS Documents

Thanks, Brian.

HHS has already begun moving forward with the "go get" method for OASH in order to meet the Court's benchmarks. As Lena mentioned during the call, the potentially responsive information that OASH has is fairly circumscribed and mostly relates to Admiral Levine's speech at the 2022 WPATH Scientific Symposium and the OPA two-pager on Gender Affirming Care and Young People. Of course, the search is not yet complete, so there may be more. Given what they are finding so far, however, we believe the burden of using search terms for their network drives far outweighs the need in this instance. The same thought applies to searching Admiral Levine's emails.

Amie

**From:** Brian Barnes <BBarnes@cooperkirk.com>
**Sent:** Tuesday, May 30, 2023 1:25 PM
**To:** Murphy, Amie (CRT) <Amie.Murphy2@usdoj.gov>
**Cc:** Cheek, Jason (USAALN) <JCheek@usa.doj.gov>; LaCour, Edmund <Edmund.LaCour@AlabamaAG.gov>; Wilson, Thomas <Thomas.Wilson@AlabamaAG.gov>; Davis, Jim <Jim.Davis@AlabamaAG.gov>; Seiss, Ben <Ben.Seiss@AlabamaAG.gov>; Christopher Mills <cmills@spero.law>; Pete Patterson <ppatterson@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Jeffrey P. Doss <jdoss@lightfootlaw.com>; Amie A. Vague <avague@lightfootlaw.com>; AOrr <Aorr@nclrights.Org>; Jennifer Levi <Jlevi@glad.Org>; Sarah Warbelow <Sarah.Warbelow@hrc.Org>; Cynthia Weaver <cynthia.Weaver@hrc.Org>; Andy Pratt <Apratt@kslaw.Com>; Misty Peterson <Mpeterson@kslaw.Com>; Brent Ray <Bray@kslaw.Com>; Abigail Terry <ATerry@kslaw.com>; Michael Shortnacy <Mshortnacy@kslaw.Com>; Scott McCoy <Scott.Mccoy@splcenter.Org>; Melody H. Eagan <meagan@lightfootlaw.com>; Adam Reinke <Areinke@kslaw.Com>; Diego Soto <Diego.Soto@splcenter.Org>; Jessica Stone <Jessica.Stone@splcenter.Org>; Montag, Coty (CRT) <Coty.Montag@usdoj.gov>; Marshall, Margaret (USAALN) <mmarshall2@usa.doj.gov>; Williams, Renee (CRT) <Renee.Williams3@usdoj.gov>; Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>; Bowdre, Barrett <Barrett.Bowdre@AlabamaAG.gov>; John Ramer <jramer@cooperkirk.com>
**Subject:** [EXTERNAL] RE: Boe v. Marshall, No. 22-184 (M.D. Ala.) -- HHS Documents

Hi Amie,

Following up on our call last week, we are not inclined to use a "go get" for OASH. As I mentioned on the call, it seems like Admiral Levine and her office serve as the face of the Administration on many of the issues relevant to this case, so we think using search terms for that office makes sense. We also still think it makes sense to designate Admiral Levine as a custodian. In the spirit of compromise, however, we will agree to use a "go get" for SAMHSA. Happy to discuss further if that would be helpful.

Best regards,

Brian

---

**From:** Murphy, Amie (CRT) <Amie.Murphy2@usdoj.gov>
**Sent:** Friday, May 26, 2023 10:24 AM
**To:** Brian Barnes <BBarnes@cooperkirk.com>
**Cc:** Cheek, Jason (USAALN) <Jason.Cheek@usdoj.gov>; LaCour, Edmund <Edmund.LaCour@AlabamaAG.gov>; Wilson, Thomas <Thomas.Wilson@AlabamaAG.gov>; Davis, Jim <Jim.Davis@AlabamaAG.gov>; Seiss, Ben <Ben.Seiss@AlabamaAG.gov>; Christopher Mills <cmills@spero.law>; Pete Patterson <ppatterson@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Jeffrey P. Doss <jdoss@lightfootlaw.com>; Amie A. Vague <avague@lightfootlaw.com>; AOrr <Aorr@nclrights.Org>; Jennifer Levi <Jlevi@glad.Org>; Sarah Warbelow <Sarah.Warbelow@hrc.Org>; Cynthia Weaver <cynthia.Weaver@hrc.Org>; Andy Pratt <Apratt@kslaw.Com>; Misty Peterson <Mpeterson@kslaw.Com>; Brent Ray <Bray@kslaw.Com>; Abigail Terry <ATerry@kslaw.com>; Michael Shortnacy <Mshortnacy@kslaw.Com>; Scott McCoy <Scott.Mccoy@splcenter.Org>; Melody H. Eagan <meagan@lightfootlaw.com>; Adam Reinke <Areinke@kslaw.Com>; Diego Soto <Diego.Soto@splcenter.Org>; Jessica Stone <Jessica.Stone@splcenter.Org>; Montag, Coty (CRT) <Coty.Montag@usdoj.gov>; Marshall, Margaret (USAALN) <Margaret.Marshall@usdoj.gov>; Williams, Renee (CRT) <Renee.Williams3@usdoj.gov>; Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>; Bowdre, Barrett <Barrett.Bowdre@AlabamaAG.gov>; John Ramer <jramer@cooperkirk.com>
**Subject:** RE: Boe v. Marshall, No. 22-184 (M.D. Ala.) -- HHS Documents

Thanks, Brian. Please let us know your thoughts on OASH so we can proceed on that front early next week. Have a nice holiday weekend everyone!

---

**From:** Brian Barnes <BBarnes@cooperkirk.com>
**Sent:** Thursday, May 25, 2023 1:47 PM
**To:** Murphy, Amie (CRT) <Amie.Murphy2@usdoj.gov>
**Cc:** Cheek, Jason (USAALN) <JCheek@usa.doj.gov>; LaCour, Edmund <Edmund.LaCour@AlabamaAG.gov>; Wilson, Thomas <Thomas.Wilson@AlabamaAG.gov>; Davis, Jim <Jim.Davis@AlabamaAG.gov>; Seiss, Ben <Ben.Seiss@AlabamaAG.gov>; Christopher Mills <cmills@spero.law>; Pete Patterson <ppatterson@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Jeffrey P. Doss <jdoss@lightfootlaw.com>; Amie A. Vague <avague@lightfootlaw.com>; AOrr <Aorr@nclrights.Org>; Jennifer Levi <Jlevi@glad.Org>; Sarah Warbelow <Sarah.Warbelow@hrc.Org>; Cynthia Weaver <cynthia.Weaver@hrc.Org>; Andy Pratt <Apratt@kslaw.Com>; Misty Peterson <Mpeterson@kslaw.Com>; Brent Ray <Bray@kslaw.Com>; Abigail Terry <ATerry@kslaw.com>; Michael Shortnacy <Mshortnacy@kslaw.Com>; Scott McCoy <Scott.Mccoy@splcenter.Org>; Melody H. Eagan <meagan@lightfootlaw.com>; Adam Reinke <Areinke@kslaw.Com>; Diego Soto <Diego.Soto@splcenter.Org>; Jessica Stone <Jessica.Stone@splcenter.Org>; Montag, Coty (CRT) <Coty.Montag@usdoj.gov>; Marshall, Margaret (USAALN) <mmarshall2@usa.doj.gov>; Williams, Renee (CRT) <Renee.Williams3@usdoj.gov>; Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>; Bowdre, Barrett <Barrett.Bowdre@AlabamaAG.gov>; John Ramer <jramer@cooperkirk.com>
**Subject:** [EXTERNAL] RE: Boe v. Marshall, No. 22-184 (M.D. Ala.) -- HHS Documents

Hi Amie,

Thanks for the call earlier today. I've attached a list of search terms with the 20 terms that we would propose HHS start with highlighted. This is without prejudice to Defendants proposing to add or modify search terms once we see a hit report for the 20 terms we have highlighted.

Best regards,

Brian

---

**From:** Murphy, Amie (CRT) <Amie.Murphy2@usdoj.gov>
**Sent:** Tuesday, May 23, 2023 6:30 PM
**To:** Brian Barnes <BBarnes@cooperkirk.com>
**Cc:** Cheek, Jason (USAALN) <Jason.Cheek@usdoj.gov>; LaCour, Edmund <Edmund.LaCour@AlabamaAG.gov>; Wilson, Thomas <Thomas.Wilson@AlabamaAG.gov>; Davis, Jim <Jim.Davis@AlabamaAG.gov>; Seiss, Ben <Ben.Seiss@AlabamaAG.gov>; Christopher Mills <cmills@spero.law>; Pete Patterson <ppatterson@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Jeffrey P. Doss <jdoss@lightfootlaw.com>; Amie A. Vague <avague@lightfootlaw.com>; AOrr <Aorr@nclrights.Org>; Jennifer Levi <Jlevi@glad.Org>; Sarah Warbelow <Sarah.Warbelow@hrc.Org>; Cynthia Weaver <cynthia.Weaver@hrc.Org>; Andy Pratt <Apratt@kslaw.Com>; Misty Peterson <Mpeterson@kslaw.Com>; Brent Ray <Bray@kslaw.Com>; Abigail Terry <ATerry@kslaw.com>; Michael Shortnacy <Mshortnacy@kslaw.Com>; Scott McCoy <Scott.Mccoy@splcenter.Org>; Melody H. Eagan <meagan@lightfootlaw.com>; Adam Reinke <Areinke@kslaw.Com>; Diego Soto <Diego.Soto@splcenter.Org>; Jessica Stone <Jessica.Stone@splcenter.Org>; Montag, Coty (CRT) <Coty.Montag@usdoj.gov>; Marshall, Margaret (USAALN) <Margaret.Marshall@usdoj.gov>; Williams, Renee (CRT) <Renee.Williams3@usdoj.gov>; Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>; Bowdre, Barrett <Barrett.Bowdre@AlabamaAG.gov>; John Ramer <jramer@cooperkirk.com>
**Subject:** RE: Boe v. Marshall, No. 22-184 (M.D. Ala.) -- HHS Documents

Hi Brian—

I agree that it would make sense to get on a call this week to discuss custodians and additional divisions for the "go get." In the meantime, we spoke with HHS and want to provide you with our thoughts on the concerns that you raise in your email. Also, I'm attaching an updated list of custodians, which includes the representative from SAMHSA that we mentioned in our brief.

First, Maura Calsyn and Dylan Nicole de Kervor are lawyers but they do not work in OGC, so it is not their role to provide legal advice to HHS or any of the divisions.

Second, HHS does not think that it makes sense to add Admiral Rachel Levine to the list of custodians. As the Assistant Secretary, her work is too broad and high level for searches of her email account or documents to result in relevant information pertaining to this lawsuit.

HHS is considering whether there is someone to add to the list of custodians from OCR.

Regarding the seniority of the persons on the list, information flows up the chain of command within the division, so these are the personnel that are most likely to have relevant emails/documents regarding the work within their sphere. It is unnecessary to add anyone less senior.

HHS agrees to your suggestion for using a "go get" for the studies cited in RFPs 18 and 19.

On your last point about using the "go get" method for additional divisions within HHS, HHS suggests starting by adding SAMHSA and HRSA. They are still considering whether it makes sense to add others. They can answer any questions regarding these choices on our call.

Lastly, in light of the hearing, HHS intends to begin running email searches by the end of the week. They will start with 20 terms and, since it appears that you have no objection to the custodians that are on the current list, those custodians. We can add custodians if it makes sense to do so after our call. Please let us know which 20 terms from the two most recent versions of the list (yours and ours) you would like them to run by this Thursday.

Please let me know your availability for a call. We can meet during the following times:

Wednesday, 5/24 – 11:00-11:30, 12-12:30
Thursday, 5/25 – 10:30-4
Friday, 5/26 – 10-11:30

Amie

---

**From:** Brian Barnes <BBarnes@cooperkirk.com>
**Sent:** Monday, May 22, 2023 2:30 PM
**To:** Murphy, Amie (CRT) <Amie.Murphy2@usdoj.gov>
**Cc:** Cheek, Jason (USAALN) <JCheek@usa.doj.gov>; LaCour, Edmund <Edmund.LaCour@AlabamaAG.gov>; Wilson, Thomas <Thomas.Wilson@AlabamaAG.gov>; Davis, Jim <Jim.Davis@AlabamaAG.gov>; Seiss, Ben <Ben.Seiss@AlabamaAG.gov>; Christopher Mills <cmills@spero.law>; Pete Patterson <ppatterson@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Jeffrey P. Doss <jdoss@lightfootlaw.com>; Amie A. Vague <avague@lightfootlaw.com>; AOrr <Aorr@nclrights.Org>; Jennifer Levi <Jlevi@glad.Org>; Sarah Warbelow <Sarah.Warbelow@hrc.Org>; Cynthia Weaver <cynthia.Weaver@hrc.Org>; Andy Pratt <Apratt@kslaw.Com>; Misty Peterson <Mpeterson@kslaw.Com>; Brent Ray <Bray@kslaw.Com>; Abigail Terry <ATerry@kslaw.com>; Michael Shortnacy <Mshortnacy@kslaw.Com>; Scott McCoy <Scott.Mccoy@splcenter.Org>; Melody H. Eagan <meagan@lightfootlaw.com>; Adam Reinke <Areinke@kslaw.Com>; Diego Soto <Diego.Soto@splcenter.Org>; Jessica Stone <Jessica.Stone@splcenter.Org>; Montag, Coty (CRT) <Coty.Montag@usdoj.gov>; Marshall, Margaret (USAALN) <mmarshall2@usa.doj.gov>; Williams, Renee (CRT) <Renee.Williams3@usdoj.gov>; Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>; Bowdre, Barrett <Barrett.Bowdre@AlabamaAG.gov>; John Ramer <jramer@cooperkirk.com>
**Subject:** [EXTERNAL] RE: Boe v. Marshall, No. 22-184 (M.D. Ala.) -- HHS Documents

Hi Amie,

Thanks for sending the list of suggested custodians. I think it will make sense for us to hop on the phone to discuss in the days ahead, but I first wanted to send along some thoughts and reactions in writing to hopefully help make our next discussion more productive.

First, we noticed that a couple of the suggested custodians (Maura Calsyn and Dylan Nicole de Kervor) are lawyers. That's not a problem per se, but before proceeding with them we wanted to confirm that their work on the relevant issues doesn't primarily involve giving legal advice. Obviously we should avoid using custodians whose responsive documents are likely to be covered by the attorney-client privilege.

Second, we wanted to raise the question whether it makes sense to add the Assistant Secretary for Health (Rachel Levine) to the list of custodians. While we were glad to see a member of her immediate team (Calsyn) included on the list, it seems to us that also including Levine herself would be sensible given her work on the relevant issues.

Third, we think it would make sense to add a custodian from the Office of Civil Rights who worked there on the relevant issues in 2019 and 2020. In the summer of 2020, OCR said in the Federal Register that "there is no medical consensus to support one or another form of treatment for gender dysphoria." 85 Fed. Reg. 37160, 37198 (June 19, 2020). That statement suggests that OCR was doing work on this issue in 2019 and 2020 that could be quite important to the case.

Fourth, all of the proposed custodians appear to be quite senior – mostly directors of various offices and senior advisors. We think it makes sense to have some senior people included on the list of custodians (see suggestion above about adding Admiral Levine). But we also suggest adding at least some more mid-level staff to the list. Obviously the thing we're trying to get at with this discovery is factual information about the safety and efficacy of certain treatments for gender dysphoria, and our concern is that some important information of that sort might not filter all the way up to the most senior people in a given office.

Fifth, it isn't clear to us that the list of proposed custodians includes anyone who is likely to have the documents responsive to RFPs 18 and 19. Those two RFPs ask about HHS-funded studies that started in 2015 and 2011, respectively. Rather than adding custodians to reach all the way back to that time period, one possibility we wanted to float is a targeted "go get" on those studies that would supplement the responsive materials that are returned via whatever custodians and search terms we ultimately settle on.

Finally, consistent with this morning's hearing and in the spirit of compromise, we're open to using a "go get" method for additional operating divisions at HHS. We'd be eager to hear from you about which of the remaining operating divisions you think are the strongest candidates for that approach. I think it would also help us get comfortable using that approach for additional operating divisions if you could tell us a bit more about the process you would contemplate using. It's not likely that our side will be willing to go along with abandoning the use of search terms for all of the operating divisions, but we appreciate the burdens involved and want to meet you half way on this issue.

Best regards,

Brian

---

**From:** Murphy, Amie (CRT) <Amie.Murphy2@usdoj.gov>
**Sent:** Friday, May 12, 2023 7:15 PM
**To:** Brian Barnes <BBarnes@cooperkirk.com>
**Cc:** Cheek, Jason (USAALN) <Jason.Cheek@usdoj.gov>; LaCour, Edmund <Edmund.LaCour@AlabamaAG.gov>; Wilson, Thomas <Thomas.Wilson@AlabamaAG.gov>; Davis, Jim <Jim.Davis@AlabamaAG.gov>; Seiss, Ben <Ben.Seiss@AlabamaAG.gov>; Christopher Mills <cmills@spero.law>; Pete Patterson <ppatterson@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Jeffrey P. Doss <jdoss@lightfootlaw.com>; Amie A. Vague <avague@lightfootlaw.com>; AOrr <Aorr@nclrights.Org>; Jennifer Levi <Jlevi@glad.Org>; Sarah Warbelow <Sarah.Warbelow@hrc.Org>; Cynthia Weaver <cynthia.Weaver@hrc.Org>; Andy Pratt <Apratt@kslaw.Com>; Misty Peterson <Mpeterson@kslaw.Com>; Brent Ray <Bray@kslaw.Com>; Abigail Terry <ATerry@kslaw.com>; Michael Shortnacy <Mshortnacy@kslaw.Com>; Scott McCoy <Scott.Mccoy@splcenter.Org>; Melody H. Eagan <meagan@lightfootlaw.com>; Adam Reinke <Areinke@kslaw.Com>; Diego Soto <Diego.Soto@splcenter.Org>; Jessica Stone <Jessica.Stone@splcenter.Org>; Montag, Coty (CRT) <Coty.Montag@usdoj.gov>; Marshall, Margaret (USAALN) <Margaret.Marshall@usdoj.gov>; Williams, Renee (CRT) <Renee.Williams3@usdoj.gov>; Toyama, Kaitlin (CRT) <Kaitlin.Toyama@usdoj.gov>; Bowdre, Barrett <Barrett.Bowdre@AlabamaAG.gov>; John Ramer <jramer@cooperkirk.com>
**Subject:** RE: Boe v. Marshall, No. 22-184 (M.D. Ala.) -- HHS Documents

Brian-

Thanks for sending over the latest round of edits to the list of search terms on Wednesday. Prior to receiving them, HHS had already started running hit reports for a sample of terms from the version I last sent to you. Specifically, HHS is running the following five terms through AHRQ, OASH, and OCR:

- gender /3 dysphoria AND (youth or child! or adolescent! or minor! or kid! or teen! or boy! or girl!) AND (transition! or treat!)
- gender /3 affirming AND (youth or child! or adolescent! or minor! or kid! or teen! or boy! or girl!) AND (transition! or treat!)
- GAC AND (transition! or treat!)
- puberty /3 Block! and ("side effect" or "off label" or osteo! or depress! or suicid! or seizur! or safe! or unapproved or vision or asthma or tumor or cancer or fracture or bone or joint or Gueriguian or Eugster or mitochondria) AND youth or child! or adolescent! or minor! or kid! or teen! or boy! or girl!)

- Tanner  and (puberty /3 Block!)

We should have a more detailed update on where things stand early next week, but the preliminary results indicate that it will be necessary to limit the searches by custodian.  To that end, I'm attaching HHS's proposed list of custodians.  Kevin is still working on getting names from SAMHSA.

<u>From HHS:</u>

You will see that half the list is from NIH, which fits with the focus on the safety and efficacy of transitioning treatments for transgender minors and that Agency's role in research in this area.  The rest of the individuals are largely focused on specific RFPs (e.g., OASH's interactions with WPATH and FDA's analysis of adverse events related to GnRH agonists) or specific events (FDA's response to Congressional inquiries related to GnRH agonists).  Also note that AHRQ, CDC, CMS, and IHS do not have custodians on this list given their limited interaction with the subject matter underlying this litigation.

My apologies for bombarding you with so many issues in consecutive emails, however I'm trying to maintain the information flow.  Let me know if you think it makes sense to schedule a call soon.

Have a nice weekend.

Amie