# Exhibit C

United States's Proposed Custodians, Version 2

Attached to email from United States on May 23, 2023

| Name | Division | Office/Subdivision | Title | General description |
|---|---|---|---|---|
| Janet Maynard, MD, MHS | FDA | Office of Rare Diseases, Pediatrics, Urologic and Reproductive Medicine | Director | Clearing Official for the analyses conducted in response to an inquiry from U.S. Senators Blackburn and Lummis on September 22, 2022 on the use of GnRH agonists in connection with transgender care |
| Christian Cao | FDA | Division of Pharmacovigilance I | Team Leader | Secondary review for the analyses conducted to evaluate various adverse events reporting in patients using GnRH agonists under Tracked Safety Issue #1784 |
| Maria Gemma Button | HRSA | OO/Executive Secretariat | Director | The Executive Secretariat (Exec Sec) is responsible for management and guidance HRSA-wide for correspondence, policy, information collection, and Freedom of Information Act requests. |
| Diana Bianchi | NIH | National Institute of Child Health and Development (NICHD) | Director | The NICHD Director makes final funding decisions for NICHD awards, with consideration of staff and Advisory Council advice. |
| Rohan Hazra | NIH | NICHD – Division of Extramural Research (DER) | Director | The DER Director oversees all grant portfolios in in NICHD's extramural program. |
| Diana Bianchi | NIH | NICHD | Director | The NICHD Director makes final funding decisions for NICHD awards, with consideration of staff and Advisory Council advice. |
| Karen Parker | NIH | Sexual & Gender Minority Research Office (SGMRO) | Director | Co-chair of the trans-NIH Sexual and Gender Minority Research Coordinating Committee; directs office that holds workshops on issues related to SGM health research, including one on gender-affirming care; oversees data collection related to sex, gender, and sexual orientation; and works to foster a highly skilled and diverse workforce in SGM health research. *Note: the SGMRO helps to coordinate and communicate about activities related to SGM health research at NIH; the SGMRO does not have grant-making authority and therefore does not hold a funded grants portfolio.* |
| Dr. Joshua A. Gordon | NIH | National Institute of Mental Health (NIMH) | Director | Serves as the Director of NIMH, the lead federal agency for research on mental disorders. He oversees an extensive research portfolio of basic and clinical research that seeks |

| | | | | to transform the understanding and treatment of mental illnesses, paving the way for prevention, recovery, and cure. |
|---|---|---|---|---|
| Maura Calsyn | OASH | Immediate Office | Deputy Assistant Secretary for Policy | Part of the Assistant Secretary for Health's immediate team.  Was included in or involved in meetings between the Assistant Secretary for Health and WPATH's former president, Dr. Walter Bouman, regarding the Assistant Secretary for Health's speech at the 27th Biennial WPATH Scientific Symposium, September 17, 2022 and WPATH's completion of SOC-8. |
| Dylan Nicole de Kervor | OCR | N/A | Senior Advisor | Section 1557 (Non-discrimination in Health Programs and Activities) policy and enforcement of non-discriminatory provision of gender-affirming care, including leading the team that drafted the 2022 NPRM, and other gender affirming care guidance |
| Arlin Hatch | SAMHSA | CMHS | Psychologist | Moving Beyond Change Efforts: Evidence and Action to Support and Affirm LGBTQI+ Youth | SAMHSA Publications and Digital Products |