UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    Case No. 2:22-cv-184-LCB |
| | ) |
| STEVE MARSHALL, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**MOTION TO WITHDRAW AS COUNSEL**

Comes now Elizabeth Baia and files this Motion to Withdraw as Counsel for the American Academy of Pediatrics and additional national and state medical and mental health organizations[1] ("Amici") for the following reason:

    1.    As is indicated in Amici's brief (*see* doc. 91-1 at 21), Ms. Baia intended to apply for pro hac vice admission in connection with this litigation. To apply for

---

[1] *Amici* are the American Academy of Pediatrics, the Alabama Chapter of the American Academy of Pediatrics, the Academic Pediatric Association, the American Academy of Child and Adolescent Psychiatry, the American Academy of Family Physicians, the American Academy of Nursing, the American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ Equality, the American College of Obstetricians and Gynecologists, the American College of Osteopathic Pediatricians, the American College of Physicians, the American Medical Association, the American Pediatric Society, the American Psychiatric Association, the Association of American Medical Colleges, the Association of Medical School Pediatric Department Chairs, the Endocrine Society, the National Association of Pediatric Nurse Practitioners, the Pediatric Endocrine Society, the Society for Adolescent Health and Medicine, the Society for Pediatric Research ("SPR"), the Society of Pediatric Nurses, the Societies for Pediatric Urology, and the World Professional Association for Transgender Health.

pro hac vice admission in this district, attorneys must submit an original certificate of good standing from the U.S. District Court for the district in which the attorney resides or regularly practices law.  *See* Local Rule 83.1(b).

2. Ms. Baia is admitted to the bars of New Jersey and the District of Columbia, but her regular practice does not require her routinely to appear in the federal district courts, and as such she is not admitted to any such court.

3. In the absence of a certificate of good standing from a U.S. District Court, Ms. Baia understands that she is unable to be admitted pro hac vice in this Court.

4. Ms. Baia thus respectfully requests the Court's permission to withdraw from further representation of Amici.

5. Amici will not be prejudiced by Ms. Baia's withdrawal, as they are represented by other admitted counsel.  Ms. Baia's withdrawal also does not affect the filing of the pro hac vice applications by other attorneys listed on Amici's brief.

Wherefore, premises considered, Ms. Baia respectfully requests that this Court grant her permission to withdraw from further representation of Amici.

Respectfully submitted,

Dated: August 2, 2023

/s/ *Elizabeth Baia*
Elizabeth Baia (D.C. Bar No. 1645169)
COVINGTON & BURLING, LLP

One CityCenter  
850 Tenth St., N.W.  
Washington, D.C. 20001  
Phone: (202) 662-5888  
ebaia@cov.com  

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

*/s Barry A. Ragsdale*  
Of Counsel