# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| United States of America, | ) |
| | ) |
| *Intervenor Plaintiff*, | ) |
| | ) |
| v. | ) Civil Action No. 2:22-cv-184-LCB |
| | ) |
| Hon. Steve Marshall, in his official | ) |
| capacity as Attorney General, | ) |
| of the State of Alabama, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW the undersigned, Bethany C. Lee, and files this Motion for Leave to Withdraw as counsel of record for Appellees. As grounds for said Motion, undersigned states that effective August 16, 2023, she will no longer be working for the State of Alabama. Said Appellees will continue to be represented by Edmund G. LaCour Jr.; James W. Davis; A. Barrett Bowdre; Benjamin M. Seiss; and Christopher E. Mills, and no party will be prejudiced by this withdrawal.

Respectfully submitted this 14th day of August, 2023

        s/ Bethany C. Lee
        Bethany C. Lee
          *Assistant Solicitor General*

        STATE OF ALABAMA
        OFFICE OF THE ATTORNEY GENERAL
        501 Washington Avenue
        Montgomery, AL 36130
        (334) 242-7300
        Bethany.Lee@AlabamaAG.gov

        *Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 14, 2023, I electronically filed this document using the Court's CM/ECF system, which will electronically serve a copy of this document to all counsel of record electronically registered with the Clerk.

        s/ Bethany C. Lee
        Bethany C. Lee
          *Assistant Solicitor General*