**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET SUITE B-110

MONTGOMERY, AL 36104

TREY GRANGER, CLERK

TELEPHONE (334) 954-3600

August 30, 2023

# NOTICE OF DOCUMENT STRICKEN FROM THE RECORD

| | |
|---|---|
| To: | All Counsel of Record |
| From: | Clerk′s Office |
| Case Style: | Brianna Boe et al v. Steve Marshall, et al |
| Case Number: | #2:22-cv-00184-LCB-CWB |
| Referenced Pleading: | Document #310, Bill of Costs |

**The referenced document filed on August 30, 2023 was filed erroneously in wrong court.**

**The bill of costs was intended to be filed with Eleventh Circuit Court of Appeals.**

**Therefore, Document [310], Bill of Costs, is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court docket.**