# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **BRIANNA BOE,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-184-LCB |
| | ) | |
| **STEVE MARSHALL,** *et al.*, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendants. | ) | |

## ORDER

The Final Report of Inquiry in 2:22-mc-3977 (M.D. Ala. Oct. 3, 2023) has been referred to the Court so that it may proceed as appropriate. The Final Report of Inquiry was placed under seal by the three-judge panel, and counsel are reminded not to disseminate the filing as long as it remains sealed. To facilitate the work of the Court, the Clerk of Court is directed to e-mail the Final Report of Inquiry to all attorneys who are not counsel of record in the miscellaneous action. Those individuals are Rachel H. Berg (Attorney for the Plaintiff), a representative of attorneys for the Intervenor Plaintiff United States of America, and a representative of attorneys for State Defendants.

**DONE** and **ORDERED** this October 4, 2023.

LILES C. BURKE
UNITED STATES DISTRICT JUDGE