UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **BRIANNA BOE,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-184-LCB |
| | ) | |
| **STEVE MARSHALL,** *et al.*, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendants. | ) | |

# ORDER

James Esseks, Carl Charles, and LaTish Faulks have moved to stay the dissemination of the sealed report issued by the three-judge panel in 22-mc-3977. (Doc 319). The attorneys make high-level, unsupported claims about the panel's inquiry and report without citing either the hearing transcript or the panel's findings. Without this support, the Court cannot make an informed judgment on their motion.

Counsel for Esseks, Charles, and Faulks is therefore **ORDERED** to file under seal a memorandum by **October 5, 2023 at 12:00 p.m.**—if not sooner—that directs the Court to the following:

(1) The page and line numbers of the transcript of the proceedings that contain the "assurances" cited in the attorneys' motion; and

2

(2) The page and line numbers of the Final Report of Inquiry that contain the "testimony and other evidence of privileged matter and other information protected by the work product doctrine."

**DONE** and **ORDERED** this October 4, 2023.

_____
~~LILES~~ C. BURKE
UNITED STATES DISTRICT JUDGE

2