IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; *et al.*,<br><br>Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; *et al.*,<br><br>Defendants. | Case No. 2:22-cv-184-LCB-CWB<br><br>Honorable Liles C. Burke |

MOTION TO WITHDRAW COUNSEL FOR THE UNITED STATES

Plaintiff-Intervenor United States of America hereby moves to withdraw Lane H. Woodke and R. Cooper Pickren as counsel of record in the above-captioned action. Ms. Woodke recently left the U.S. Attorney's Office to pursue a career as a law professor. Additionally, Assistant U.S. Attorney Pickren transferred to another U.S. Attorney's Office outside of Alabama.

Dated: October 11, 2023

Respectfully submitted,

JONATHAN S. ROSS
Acting United States Attorney
Middle District of Alabama

PRIM F. ESCALONA
United States Attorney
Northern District of Alabama

/s/ Jason R. Cheek
JASON R. CHEEK
Chief, Civil Division

MARGARET L. MARSHALL
Assistant U.S. Attorney
U.S. Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203
Tel.: (205) 244-2104
Jason.Cheek@usdoj.gov
Margaret.Marshall@usdoj.gov

STEPHEN D. WADSWORTH
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, AL 36101-0197
Tel.: (334) 223-7280
Stephen.Wadsworth@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

JOHN POWERS (DC Bar No. 1024831)
Counsel to the Assistant Attorney General
Civil Rights Division

CHRISTINE STONEMAN
Chief, Federal Coordination and Compliance Section

COTY MONTAG (DC Bar No. 498357)
Deputy Chief, Federal Coordination and Compliance Section

RENEE WILLIAMS (CA Bar No. 284855)
KAITLIN TOYAMA (CA Bar No. 318993)
Trial Attorneys
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 307-2222
Renee.Williams3@usdoj.gov
Kaitlin.Toyama@usdoj.gov

AMIE MURPHY
Trial Attorney
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 353-1285
Amie.Murphy2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

s/ Jason R. Cheek
Jason R. Cheek
Chief, Civil Division
U.S. Attorney's Office
Northern District of Alabama