UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **BRIANNA BOE,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-184-LCB |
| | ) | |
| **STEVE MARSHALL,** *et al.*, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendants. | ) | |

## ORDER

James Esseks, Carl Charles, and LaTisha Faulks have moved the Court to stay dissemination of the sealed Final Report of Inquiry issued by the three-judge panel in 2:22-mc-3977. (Doc. 319). The Court **ORDERS** briefing on the motion as follows:

Attorneys Esseks, Charles, and Faulks must file a brief in support of their motion by **October 16, 2023**. All other parties may file a response by **October 26, 2023.** No replies are allowed.

A hearing is hereby set on November 2, 2023 at 10:00 AM in Courtroom 2E. The Court will hear argument on **all pending motions** at that time. Following these arguments, the Court will discuss with Counsel the next procedural steps concerning the three-judge panel's Final Report of Inquiry.

2

The Clerk shall provide transcripts of the November 3-4, 2022 and May 20, 2022 hearings to the attorneys for the Respondents in Case No.: 2:22-mc-3977-WKW.

**DONE** and **ORDERED** this October 11, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE