# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: AMIE ADELIA VAGUE, et al. | } } } | Case No: 2:22-MC-3977 |

## NOTICE OF APPEAL
## OF RESPONDENTS JAMES ESSEKS, CARL CHARLES, AND LATISHA FAULKS

Respondents James Esseks, Carl Charles, and LaTisha Faulks appeal the Final Report of Inquiry issued on October 3, 2023, which is the final decision of the proceeding conducted by this Panel, to the U.S. Court of Appeals for the Eleventh Circuit. Pursuant to Federal Rule of Appellate Procedure 3(c)(4), this Notice of Appeal encompasses all prior orders and rulings of the Panel. *See Automotive Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Insur. Co.*, 953 F.3d 707, 724-25 (11th Cir. 2020) ("[W]hen a notice of appeal designates the final, appealable order . . . [the Eleventh Circuit has] jurisdiction to review that order and any earlier interlocutory orders that produced the judgment."); *Barfield v. Brierton*, 883 F.2d 923, 930 (11th Cir. 1989) ("[T]he appeal from a final judgment draws in question all prior non-final orders and rulings which produced the judgment.") (citing *Jones v. Preuit & Mauldin*, 808 F.2d 1435, 1438 n.1 (11th Cir. 1987)).

1

Respectfully Submitted,

/s/ *Barry A. Ragsdale*
Barry A. Ragsdale
Robert S. Vance
Dominick Feld Hyde, PC
1130 22nd Street South, Suite 4000
Birmingham, AL 35205
Tel.: (205) 536-8888
bragsdale@dfhlaw.com
rvance@dfhlaw.com

/s/ *W. Neil Eggleston*
W. Neil Eggleston
Eugene F. Assaf
Byron Pacheco
Kirkland & Ellis LLP
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5016
neil.eggleston@kirkland.com
eassaf@kirkland.com
byron.pacheco@kirland.com

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I certify that, on October 23, 2023, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

/s/ *Barry A. Ragsdale*
OF COUNSEL