# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE: AMIE ADELIA VAGUE, et al.         }         Case No: 2:22-MC-3977

**RESPONDENT MICHAEL SHORTNACY'S NOTICE OF APPEAL**

Respondent Michael Shortnacy appeals the Final Report of Inquiry (doc. 70), which is the final judgment of the proceeding conducted by this Panel, to the U.S. Court of Appeals for the Eleventh Circuit. Pursuant to Federal Rule of Appellate Procedure 3(c)(4), this Notice of Appeal encompasses all prior orders and rulings of the Panel. *See Automotive Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Insur. Co.*, 953 F.3d 707, 724-25 (11th Cir. 2020) ("[W]hen a notice of appeal designates the final, appealable order . . . [the Eleventh Circuit has] jurisdiction to review that order and any earlier interlocutory orders that produced the judgment."); *Barfield v. Brierton*, 883 F.2d 923, 930 (11th Cir. 1989) ("[T]he appeal from a final judgment draws in question all prior non-final orders and rulings which produced the judgment.") (citing *Jones v. Preuit & Mauldin*, 808 F.2d 1435, 1438 n.1 (11th Cir. 1987)).

Date: October 23, 2023

Respectfully Submitted,

/s/ *Bruce F. Rogers*
Bruce F. Rogers

1

BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
600 Luckie Drive, Ste. 415
Birmingham, Alabama 35223
Telephone:   (205) 879-1100
Facsimile:    (205) 879-4300
Email:         brogers@bainbridgemims.com

*Attorney for Respondent Michael Shortnacy*

## CERTIFICATE OF SERVICE

     I certify that, on October 23, 2023, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

                                                       */s/ Bruce F. Rogers*
                                                       OF COUNSEL