UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff-Intervenor*, | ) NO. 2:22-CV-00184-LCB-CWB |
| | ) HON. LILES C. BURKE |
| v. | ) |
| | ) **** UNDER SEAL **** |
| STEVE MARSHALL, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF ALABAMA, *ET AL.*, | ) |
| *Defendants*. | ) |

2023 OCT 25 P 2:05

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MELODY H. EAGAN AND JEFFREY P. DOSS'S SEALED JOINDER IN MOTION, MEMORANDUM, AND BRIEF SUBMITTED BY CARL SOLOMON CHARLES, JAMES D. ESSEKS, AND LATISHA GOTELL FAULKS

# FILED UNDER SEAL

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 2:22-CV-00184-LCB-CWB |
| *Plaintiff-Intervenor*, ) | HON. LILES C. BURKE |
| ) | |
| v. ) | |
| ) | **** UNDER SEAL **** |
| STEVE MARSHALL, IN HIS ) | |
| OFFICIAL CAPACITY AS ) | |
| ATTORNEY GENERAL OF THE ) | |
| STATE OF ALABAMA, *ET AL.*, ) | |
| ) | |
| *Defendants*. ) | |

## MELODY H. EAGAN AND JEFFREY P. DOSS'S SEALED JOINDER IN MOTION, MEMORANDUM, AND BRIEF SUBMITTED BY CARL SOLOMON CHARLES, JAMES D. ESSEKS, AND LATISHA GOTELL FAULKS

Melody H. Eagan ("Eagan") and Jeffrey P. Doss ("Doss"), through their undersigned counsel, join in and adopt the arguments, citations to the record, and requests for relief by Carl Solomon Charles, James D. Esseks, and LaTisha Gotell Faulks in their Emergency Motion to Stay Dissemination of Sealed Final Report as well as their supporting Memorandum and Brief. (Docs. 319, 321, & 327).

1

Respectfully Submitted,

Date: October 25, 2023

*[signature]*

One of the Attorneys for
Eagan and Doss

OF COUNSEL:
Samuel H. Franklin (FRA006)
*sfranklin@lightfootlaw.com*
M. Christian King (KIN017)
*cking@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700

## CERTIFICATE OF SERVICE

I certify that, on October 25, 2023, I filed a copy of the foregoing with the Clerk of Court UNDER SEAL and served a copy on counsel in the miscellaneous *Vague* action (Case No. 2:22-mc-3977-WKW) by email. **THIS JOINDER IS NOT BEING SERVED ON THE LAWYERS REPRESENTING THE PARTIES IN *BOE*.**

*[signature]*

OF COUNSEL

2