# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

2023 OCT 26 P 12:18

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

BRIANNA BOE, *et al.*,

    Plaintiffs,

v.

STEVE MARSHALL, *et al.*,

    Defendants.

Case No. 2:22-cv-184-LCB
UNDER SEAL

## SEALED JOINDER TO EMERGENCY MOTION TO STAY DISSEMINATION OF SEALED FINAL REPORT AND SUPPORTING MEMORANDUM AND BRIEF

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-184-LCB |
| | ) **UNDER SEAL** |
| STEVE MARSHALL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### SEALED JOINDER TO EMERGENCY MOTION TO STAY DISSEMINATION OF SEALED FINAL REPORT AND SUPPORTING MEMORANDUM AND BRIEF

COMES NOW Michael Shortnacy ("Shortnacy") and hereby joins in the Emergency Motion to Stay Dissemination of Sealed Final Report and the supporting Memorandum and Brief filed by James Esseks, Carl Charles, and LaTisha Faulks (Docs. 319, 321, 327). Shortnacy adopts and incorporates the factual background and arguments pertaining to *Ladinsky and Ecknes-Tucker* as if fully set forth herein. Shortnacy supplements Section III of the sealed supporting Brief (doc. 327) to identify additional portions of the Panel's recitation of facts that include privileged and work-product information related to *Ladinsky* and *Ecknes-Tucker*. *See Vague*, Doc. 70 at 31-50 (sealed). Counsel was compelled to disclose such information to the Panel *in camera* without waiver of any applicable privileges and under the

1

Panel's assurances that those protections would be preserved. Doc. 327 at 11-18 (sealed).

For the reasons set forth in the Emergency Motion to Stay Dissemination of Sealed Final Report and the supporting Memorandum and Brief, this Court should rescind its October 4, 2023 Order and, if necessary, direct that any disseminated copies of the Sealed Final Report be immediately returned or destroyed.

Respectfully submitted,

s/ Bruce Rogers
Bruce F. Rogers
Elizabeth N. Terenzi

BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
600 Luckie Drive, Suite 415
Birmingham, Alabama 35223
Telephone: (205) 879-1100
Facsimile: (205) 879-4300
Email: brogers@bainbridgemims.com
bterenzi@bainbridgemims.com

*Counsel for Michael Shortnacy*

## CERTIFICATE OF SERVICE

I certify that, on October 26, 2023, I filed a copy of the foregoing with the Clerk of Court **UNDER SEAL** and served a copy on counsel in the miscellaneous *Vague* action (Case No. 2:22-mc-3977-WKW) by email. **THIS MOTION AND BRIEF WAS NOT SERVED ON THE ALABAMA ATTORNEY GENERAL OR OTHER COUNSEL FOR PARTIES IN THIS ACTION.**

/s/ Bruce Rogers
OF COUNSEL