# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) NO. 2:22-CV-00184-LCB-CWB |
| | ) HON. LILES C. BURKE |
| *Plaintiff-Intervenor*, | ) |
| v. | ) |
| STEVE MARSHALL, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF ALABAMA, *et al.*, | ) |
| *Defendants*. | ) |

### MOTION FOR LEAVE TO FILE UNDER SEAL THE "SEALED JOINDER OF ASAF ORR and SCOTT D. McCOY IN THE MOTION TO STAY PROCEEDINGS RELATING TO *IN RE VAGUE, ET AL.*, SUBMITTED BY MELODY H. EAGAN AND JEFFREY P. DOSS"

COME NOW Asaf Orr and Scott D. McCoy, by and through counsel, and move this Honorable Court for leave to file under seal the above-described motion and, as grounds therefor, assert that until issues of confidentiality and dissemination are determined, it is reasonable for the Court to permit pleadings related to *In Re Vague*, No. 2:22-mc-03977-WKW (M.D. Ala.) to be filed under seal.

Respectfully submitted this 27th day of October, 2023.

                                                               *s/ Robert D. Segall*
                                                               Robert D. Segall
Shannon L. Holliday
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
Phone: (334) 834-1180
Fax: (334) 834-3172
Email: segall@copelandfranco.com
Email: holliday@copelandfranco.com

*Counsel for Asaf Orr and Scott D. McCoy*

## CERTIFICATE OF SERVICE

I certify that on October 27, 2023, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

                                                               */s/ Robert D. Segall*
                                                               Of Counsel