UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| and | ) |
| | ) NO. 2:22-CV-00184-LCB-CWB |
| UNITED STATES OF AMERICA, | ) HON. LILES C. BURKE |
| | ) |
| *Plaintiff-Intervenor*, | ) |
| | ) |
| v. | ) |
| | ) |
| STEVE MARSHALL, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF ALABAMA, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## ORDER

The Motion for Leave to File Under Seal filed by Asaf Orr and Scott McCoy is hereby **GRANTED**. Said parties may file their motion under seal.

Done this the ___ day of _____, 2023

_____
United States District Judge