# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| United States of America, | ) |
| | ) |
| *Intervenor Plaintiff*, | ) |
| | ) |
| v. | ) Civil Action No. 2:22-cv-184-LCB |
| | ) |
| Hon. Steve Marshall, in his official capacity as Attorney General, of the State of Alabama, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants request that this Court grant leave to file under seal an unredacted copy of Defendants' Response to "Emergency Motion to Stay Dissemination of Sealed Final Report" (Doc. 319), "Motion to Stay Proceedings Relating to In Re Vague Pending Appeal" (Doc. 329), and "Sealed Motion to Stay") (Doc. 332)." Defendants' pleading discusses the proceedings in *In re Vague*. Because it is not clear at this time how such matters should be discussed, Defendants seek leave to file under seal at least until such time as the parties can discuss the matter with the Court.

| | |
|---|---|
| Date: October 27, 2023 | Respectfully submitted, |
| | Steve Marshall |
| |   *Attorney General* |
| Christopher Mills (*pro hac vice*) |   /s/ Edmund G. LaCour Jr. |
| SPERO LAW LLC | Edmund G. LaCour Jr. (ASB-9182-U81L) |
| 557 East Bay Street, #22251 |   *Solicitor General* |
| Charleston, South Carolina 29413 | A. Barrett Bowdre (ASB-2087-K29V) |
| (843) 606-0640 |   *Principal Deputy Solicitor General* |
| CMills@Spero.law | James W. Davis (ASB-4063-I58J) |
| |   *Deputy Attorney General* |
| David H. Thompson (*pro hac vice*) | OFFICE OF THE ATTORNEY GENERAL |
| Peter A. Patterson (*pro hac vice*) | STATE OF ALABAMA |
| Brian W. Barnes (*pro hac vice*) | 501 Washington Avenue |
| John D. Ramer (*pro hac vice*) | Post Office Box 300152 |
| COOPER & KIRK, PLLC | Montgomery, Alabama 36130-0152 |
| 1523 New Hampshire Ave., NW | Telephone: (334) 242-7300 |
| Washington, D.C. 20036 | Facsimile: (334) 353-8400 |
| (202) 220-9600 | Edmund.LaCour@AlabamaAG.gov |
| dthompson@cooperkirk.com | Barrett.Bowdre@AlabamaAG.gov |
| ppatterson@cooperkirk.com | Jim.Davis@AlabamaAG.gov |
| bbarnes@cooperkirk.com | |
| jramer@cooperkirk.com | |

2

3

## CERTIFICATE OF SERVICE

I certify that I have, on this 27th day of October, 2023, filed this document with the Court's electronic filing system, which will electronically serve all counsel of record in the case.

        /s/ Edmund G. LaCour Jr.
        Edmund G. LaCour Jr.
        *Counsel for Defendants*