# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RECEIVED
2023 OCT 27 P 12: 22
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| BRIANNA BOE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| and ) | |
| ) | NO. 2:22-CV-00184-LCB-CWB |
| UNITED STATES OF AMERICA, ) | HON. LILES C. BURKE |
| ) | |
| *Plaintiff-Intervenor*, ) | ***UNDER SEAL*** |
| ) | |
| v. ) | |
| ) | |
| STEVE MARSHALL, IN HIS ) | |
| OFFICIAL CAPACITY AS ) | |
| ATTORNEY GENERAL OF THE ) | |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## SEALED JOINDER OF ASAF ORR and SCOTT D. McCOY IN THE MOTION TO STAY PROCEEDINGS RELATING TO *IN RE VAGUE, ET AL.*, SUBMITTED BY MELODY H. EAGAN AND JEFFREY P. DOSS

# FILED UNDER SEAL

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) NO. 2:22-CV-00184-LCB-CWB<br>) HON. LILES C. BURKE |
| *Plaintiff-Intervenor*, | ) ***UNDER SEAL*** |
| v. | ) |
| STEVE MARSHALL, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF ALABAMA, *et al.*, | ) |
| *Defendants*. | ) |

## SEALED JOINDER OF ASAF ORR and SCOTT D. McCOY IN THE MOTION TO STAY PROCEEDINGS RELATING TO *IN RE VAGUE, ET AL.*, SUBMITTED BY MELODY H. EAGAN AND JEFFREY P. DOSS

COME NOW Asaf Orr and Scott McCoy, by and through undersigned counsel, and join in and adopt the "Motion to Stay Proceedings Relating to *In re Vague, et al.*" and all grounds and arguments asserted in support of said motion (Doc. 332).

Respectfully submitted this 27th day of October, 2023.

s/ Robert D. Segall
Robert D. Segall
Shannon L. Holliday
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
Phone: (334) 834-1180
Fax: (334) 834-3172
Email: segall@copelandfranco.com
Email: holliday@copelandfranco.com

*Counsel for Asaf Orr and Scott D. McCoy*

## CERTIFICATE OF SERVICE

I certify that on October 27, 2023, I filed the foregoing with the Clerk of Court UNDER SEAL and served a copy on counsel in the miscellaneous *Vague* action (Case No. 2:22-mc-3977-WKW) by email. **THIS JOINDER IS NOT BEING SERVED ON THE LAWYERS REPRESENTING THE PARTIES IN *BOE*.**

/s/ Robert D. Segall
Of Counsel