# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **BRIANNA BOE,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-184-LCB |
| | ) | |
| **STEVE MARSHALL,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In April of 2022, the Court entered an order in *Walker v. Marshall*, a predecessor to this case, expressing concern that counsel's conduct appeared to evince judge shopping. 5:22-cv-480-LCB (N.D. Ala.). (Doc. 24). On April 15, 2022, the very same day that *Walker* was consolidated in this Court with the related case of *Landinsky v. Ivey*, counsel in both cases simultaneously dismissed the suits, telling the media thereafter that they "plan to refile immediately." The Court directed that its order be served on the Chief Judges of the Northern, Middle, and Southern Districts of Alabama, who later convened a three-judge panel to investigate the conduct flagged in the Court's order. The panel opened an inquiry, and its proceedings were conducted in the miscellaneous case styled *In re Vague,* 2:22-mc-3977-WKW.

The three-judge panel has published its findings. The panel has directed the Clerk of Court to serve its Final Report of Inquiry on this Court to "proceed as appropriate." *In re Vague,* 2:22-mc-3977-WKW (Doc. 70).

The Court therefore **DIRECTS** the Clerk of Court to file under seal the panel's Final Report of Inquiry, *In re Vague*, 2:22-mc-3977-WKW (Doc. 70), on this docket.

**DONE** and **ORDERED** this October 27, 2023.

/s/ Liles C. Burke
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE