IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| United States of America, ) | |
| ) | |
| *Intervenor Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 2:22-cv-184-LCB |
| ) | |
| Hon. Steve Marshall, in his official ) | |
| capacity as Attorney General, ) | |
| of the State of Alabama, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**DEFENDANTS' AMENDED MOTION FOR LEAVE TO FILE
UNREDACTED RESPONSE UNDER SEAL**

On October 27, Defendants moved for leave to file under seal an unredacted copy of Defendants' Response to "Emergency Motion to Stay Dissemination of Sealed Final Report" (Doc. 319), "Motion to Stay Proceedings Relating to In re Vague Pending Appeal" (Doc. 329), and "Sealed Motion to Stay" (Doc. 332). *See* Doc. 335. Defendants noted that their pleading discusses the proceedings in *In re Vague* and thus requested leave to file the pleading under seal until such time as the parties can discuss the matter with the Court. *Id.*

Defendants respectfully seek leave to amend their motion. Defendants still believe that part of the Response should be sealed at this time because it discusses

the proceedings in *In re Vague*. But not all of the Response does so, so not all of the Response should be sealed. Defendants thus attach to this motion a redacted version of the Response and seek the Court's leave to file an unredacted version of the Response under seal.

| | |
|---|---|
| Date: October 30, 2023 | Respectfully submitted, |
| | Steve Marshall<br>  *Attorney General* |
| Christopher Mills (*pro hac vice*)<br>SPERO LAW LLC<br>557 East Bay Street, #22251<br>Charleston, South Carolina 29413<br>(843) 606-0640<br>CMills@Spero.law | Edmund G. LaCour Jr. (ASB-9182-U81L)<br>  *Solicitor General*<br><br>s/ A. Barrett Bowdre<br>A. Barrett Bowdre (ASB-2087-K29V)<br>  *Principal Deputy Solicitor General*<br><br>James W. Davis (ASB-4063-I58J)<br>  *Deputy Attorney General* |
| David H. Thompson (*pro hac vice*)<br>Peter A. Patterson (*pro hac vice*)<br>Brian W. Barnes (*pro hac vice*)<br>John D. Ramer (*pro hac vice*)<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave., NW<br>Washington, D.C. 20036<br>(202) 220-9600<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>bbarnes@cooperkirk.com<br>jramer@cooperkirk.com | OFFICE OF THE ATTORNEY GENERAL<br>STATE OF ALABAMA<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, Alabama 36130-0152<br>Telephone: (334) 242-7300<br>Facsimile: (334) 353-8400<br>Edmund.LaCour@AlabamaAG.gov<br>Barrett.Bowdre@AlabamaAG.gov<br>Jim.Davis@AlabamaAG.gov |

## CERTIFICATE OF SERVICE

I certify that I have, on this 30th day of October, 2023, filed this document with the Court's electronic filing system, which will electronically serve all counsel of record in the case.

s/ A. Barrett Bowdre
*Counsel for Defendants*
