UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, <br><br> *Plaintiffs*, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> *Plaintiff-Intervenor*, <br><br> v. <br><br> STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, <br><br> *Defendants*. | No. 2:22-cv-00184-LCB-SRW <br> Hon. Liles C. Burke |

### [PROPOSED] ORDER

Upon consideration of Defendants' Amended Motion For Leave to File Unredacted Response Under Seal, it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk of Court is **ORDERED** to file the unredacted version of Defendants' Response under seal.

DONE and ORDERED this _____ day of _____, _____.

2

_____
Liles C. Burke
U.S. District Judge