# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| | ) NO. 2:22-CV-00184-LCB-CWB |
| UNITED STATES OF AMERICA, | ) HON. LILES C. BURKE |
| *Plaintiff-Intervenor*, | ) |
| v. | ) |
| STEVE MARSHALL, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF ALABAMA, *et al.*, | ) |
| *Defendants*. | ) |

## NOTICE OF APPEARANCE

COMES NOW Shannon L. Holliday and enters her appearance as additional counsel of record for movants Asaf Orr and Scott D. McCoy in the above-referenced matter.

This 31st day of October, 2023.

        *s/ Shannon L. Holliday*
        Shannon L. Holliday
        Robert D. Segall
        COPELAND, FRANCO, SCREWS & GILL, P.A.
        444 South Perry Street
        Post Office Box 347
        Montgomery, Alabama 36101-0347
        Phone: (334) 834-1180
        Fax: (334) 834-3172
        Email: holliday@copelandfranco.com
        Email: segall@copelandfranco.com

        *Counsel for Asaf Orr and Scott D. McCoy*

## CERTIFICATE OF SERVICE

    I certify that on October 31, 2023, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

                                                /s/ *Shannon L. Holliday*
                                                Of Counsel