# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| and ) | |
| ) | NO. 2:22-CV-00184-LCB-CWB |
| UNITED STATES OF AMERICA, ) | HON. LILES C. BURKE |
| ) | |
| *Plaintiff-Intervenor*, ) | |
| ) | |
| v. ) | |
| ) | |
| STEVE MARSHALL, IN HIS OFFICIAL ) | |
| CAPACITY AS ATTORNEY GENERAL ) | |
| OF THE STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## NOTICE OF APPEARANCE

COMES NOW Robert D. Segall and enters his appearance as counsel of record for movants Shannon Minter and Jennifer Levi in the above-referenced matter.

This 31st day of October, 2023.

*s/ Robert D. Segall*
Robert D. Segall
Shannon L. Holliday
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
Phone: (334) 834-1180
Fax: (334) 834-3172
Email: segall@copelandfranco.com
Email: holliday@copelandfranco.com

*Counsel for Shannon Minter and Jennifer Levi*

## CERTIFICATE OF SERVICE

    I certify that on October 31, 2023, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

                                              /s/ *Robert D. Segall*
                                              Of Counsel