**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                                                    TELEPHONE (334) 954-3600

November 1, 2023

## NOTICE OF CORRECTION

**From:**        Clerk's Office

**Case Style:**    Boe et al v. Marshall et al

**Case Number: 2:22-cv-00184-LCB-CWB**

**Document Number: 343**

**This Notice of Correction was filed in the above referenced case this date to reflect the correct the case caption.**

**The correct PDF document is attached to this notice for your review. Reference is made to documents #343 filed on 11/1/2023.**