UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-184-LCB |
| | ) |
| STEVE MARSHALL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME**

Come now non-parties James Esseks, Carl Charles, and LaTisha Faulks (the "Movant Attorneys"), and respectfully move this Court to extend the scheduled deadline for the submission of their memorandum of law regarding the merits of the findings in the three-judge panel's Report of Inquiry in *In re Vague*. As grounds in support of this motion, the Movant Attorneys state as follows:

1. At the conference conducted on November 2, 2023, counsel for the Movant attorneys requested the opportunity to submit a memorandum of law regarding the legal issues and standards implicated by the findings in the Report of Inquiry in *Vague*. This Court tentatively set a deadline for the submission of any such brief of November 10, 2023.

2. At the same conference, counsel informed the Court that they had not yet been provided with a transcript of the May 20, 2022 proceedings in front of Special Master Bernard Harwood. At this Court's direction, that sealed transcript was promptly entered on the docket in *Vague*. Unfortunately, however, counsel has not yet been unable to secure a copy of the transcript from the court reporter. Efforts to secure the transcript are ongoing.

3. Movant Attorneys believe that the briefing of the legal issues and standards implicated by the findings in the Report of Inquiry in *Vague* would benefit from counsel's access to the subject transcript.

4. As a result, Movant Attorneys respectfully move this Court to grant them an extension of time to a date seven days after counsel receives a copy of the transcript of the May 20, 2022 proceedings in front of Special Master Bernard Harwood.

5. This extension of time would have no effect on the Respondents' filing on November 10, 2023 of the separate brief regarding maintaining the Report of Inquiry under seal, as ordered by this Court (doc. 349).

WHEREFORE Movant Attorneys respectfully move this Court to enter an order extending the deadline for the submission of their memorandum of law regarding the legal issues and standards implicated by the findings in the Report of

Inquiry in *Vague* until seven days after counsel receives a copy of the transcript of the May 20, 2022 proceedings in front of Special Master Bernard Harwood.

          Respectfully submitted,

/s/ *Barry A. Ragsdale*
Barry A. Ragsdale (RAG003)
Robert S. Vance (VAN069)
**Dominick Feld Hyde, PC**
1130 22nd Street South, Suite 400
Birmingham, AL 35205
Tel.: (205) 536-8888
bragsdale@dfhlaw.com
rvance@dfhlaw.com

## CERTIFICATE OF SERVICE

    I certify that, on November 8, 2023, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

          /s/ *Barry A. Ragsdale*
          OF COUNSEL