# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 2:22-cv-184-LCB |
| ) | |
| **STEVE MARSHALL**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### JOINDER TO MEMORANDUM OF LAW IN SUPPORT OF MAINTAINING THE SEAL ON THE PANEL'S REPORT OF INQUIRY

COMES NOW Respondent Michael Shortnacy ("Shortnacy"), and hereby joins in the Memorandum of Law in Support of Maintaining the Seal on the Panel's Report of Inquiry (Doc. 359). Shortnacy adopts and incorporates the Memorandum as if fully set forth herein.

Respectfully submitted,

*/s/ Bruce F. Rogers*
Bruce F. Rogers
Elizabeth N. Terenzi

BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
600 Luckie Drive, Suite 415
Birmingham, Alabama 35223
Telephone: (205) 879-1100
Facsimile: (205) 879-4300
Email: brogers@bainbridgemims.com
bterenzi@bainbridgemims.com

*Counsel for Michael Shortnacy*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

                                        */s/ Bruce F. Rogers*
                                        OF COUNSEL