# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **BRIANNA BOE,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:22-CV-184-LCB** |
| | ) | |
| **STEVE MARSHALL,** *et al.***,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>RESPONDENTS MELODY H. EAGAN AND JEFFREY P. DOSS'S JOINDER IN MEMORANDUM OF LAW IN SUPPORT OF MAINTAINING THE SEAL ON THE  PANEL'S REPORT OF INQUIRY</u>

Respondents Melody H. Eagan and Jeffrey P. Doss, though undersigned counsel, join in and adopt the arguments, citations to the record, and requests for relief by Carl Solomon Charles, James D. Esseks, and LaTisha Gotell Faulks in their Memorandum of Law in Support of Maintaining the Seal on the Panel's Report of Inquiry (Doc. 359).

Respectfully submitted,

/s/ *M. Christian King*
*One of the Attorneys for Respondents*
*Melody H. Eagan and Jeffrey P. Doss*

**OF COUNSEL:**
Samuel H. Franklin (FRA006)
*sfranklin@lightfootlaw.com*
M. Christian King (KIN017)
*cking@lightfootlaw.com*
Lightfoot, Franklin & White, LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ *M. Christian King*
Of Counsel