# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| and ) | |
| ) | Case No.: 2:22-cv-00184-LCB |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| **STEVE MARSHALL, in his official** ) | |
| **capacity as Attorney General of the** ) | |
| **State of Alabama, et al.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Christopher B. Driver of the law firm of Badham & Buck, LLC notifies this Court of his appearance as counsel for Movant **Kathleen Roberta Hartnett** in the above-styled matter and requests that any orders, notices, correspondence, motions, pleadings, and/or other documents issued from this Court be forwarded to him.

Filed: November 10, 2023.

        */s/ Christopher B. Driver*
Christopher B. Driver (ASB-9178-G39B)
Badham & Buck, LLC
2001 Park Place North, Ste. 500
Birmingham, Alabama 35203
Phone: (205) 521-0036
Fax: (205) 521-0037
cdriver@badhambuck.com

*Counsel for Kathleen Roberta Hartnett*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the CM/ECF electronic filing system, electronic mail, and/or U.S. Mail on this the 10th day of November, 2023.


        */s/ Christopher B. Driver*
OF COUNSEL