IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al., | ) |
| Plaintiffs, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) Case No.: 2:22-cv-00184-LCB |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al., | ) |
| Defendants. | ) |

**JOINDER OF KATHLEEN HARTNETT IN THE MEMORANDA OF LAW IN SUPPORT OF MAINTAINING THE SEAL ON THE PANEL'S REPORT OF INQUIRY**

Kathleen Hartnett, by and through undersigned counsel, hereby joins in and adopts the "Memorandum of Law in Support of Maintaining the Seal on the Panel's Report of Inquiry" filed by James Esseks, Carl Charles, and LaTisha Faulks (Doc. 359) and the portions related to sealing of the "Memorandum of Law in Support of Maintaining the Panel's Report of Inquiry Under Seal" filed by Jennifer Levi and Shannon Minter (Doc. 358), in response to this Court's November 3, 2023, Order directing the Movant Attorneys to "brief whether the Final Report of Inquiry should remain under seal." *Boe*, Doc. 349.

Respectfully submitted this 10th day of November, 2023.

                                          /s/ Brannon J. Buck
Brannon J. Buck (ASB-5848-K56B)
bbuck@badhambuck.com
Christopher B. Driver (ASB-9178-G39B)
cdriver@badhambuck.com
BADHAM & BUCK, LLC
2001 Park Place North, Ste. 500
Birmingham, Alabama 35203
(205) 521-0036 (Phone)
(205) 521-0037 (Facsimile)

*Counsel for Kathleen Hartnett*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the CM/ECF electronic filing system, electronic mail, and/or U.S. Mail on this the 10th day of November, 2023.

                                          /s/ Brannon J. Buck
OF COUNSEL