UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 2:22-cv-184-LCB |
| | ) |
| STEVE MARSHALL, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## JOINDER TO RESPONDENTS' POST-HEARING BRIEF

COMES NOW Respondent Michael Shortnacy ("Shortnacy"), and hereby joins in the Post-Hearing Brief filed by respondents Melody H. Eagan and Jeffrey P. Doss (Doc. 356). During the November 2, 2023 hearing, the Court invited respondents to appear before the Court to make individual statements regarding their involvement in *Ladinsky v. Ivey*, 5:22-CV-447-LCB, *Walker v. Marshall*, 5:22-CV-480-LCB, and/or *Eknes-Tucker v. Ivey*, 2:22-CV-184-LCB (M.D. Ala.). The Court also gave permission for respondents to "brief differences in conduct" prior to the Court meeting with individual respondents. Nov. 2, 2023 Hearing Tr. at 82. Shortnacy, who also appeared in person at the November 2 hearing, gladly accepts the Court's invitation and looks forward to the opportunity to discuss his involvement in *Ladinsky* and *Ecknes-Tucker*. To aid the Court's consideration,

Shortnacy adopts and incorporates the Post-Hearing Brief (Doc. 356)[1], and before appearing to make a statement, will submit a separate brief explaining how he is differently situated from other respondents.

Shortnacy is prepared to comply with the Court's preference to meet with individual respondents within a short timeframe. To that end, Shortnacy has work-related conflicts on November 28-30 and on December 4-5, but is otherwise available to travel from Los Angeles, California and appear in person at the Court's convenience.

                    Respectfully submitted,

                    */s/ Bruce F. Rogers*
                    Bruce F. Rogers
                    Elizabeth N. Terenzi

                    BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
                    600 Luckie Drive, Suite 415
                    Birmingham, Alabama 35223
                    Telephone:  (205) 879-1100
                    Facsimile:  (205) 879-4300
                    Email:     brogers@bainbridgemims.com
                                       bterenzi@bainbridgemims.com

                    *Counsel for Michael Shortnacy*

---

[1] The arguments presented in the Post-Hearing Brief were previously raised before the Panel in a Motion to Terminate Inquiry. Doc. 32. The Panel denied this Motion without addressing what Shortnacy and other respondents believe to be dispositive decisional authorities. Doc. 41

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

            */s/ Bruce F. Rogers*
            OF COUNSEL