IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, et al., | ) |
|    *Plaintiffs*, | ) |
| and | ) |
| United States of America, | ) |
|    *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, et al., | ) |
|    *Defendants*. | ) |

# MOTION TO WITHDRAW
## SANDRA J. STEWART, UNITED STATES ATTORNEY

Comes now Stephen D. Wadsworth, Assistant United States Attorney, by and through Jonathan Ross, Acting United States Attorney for the Middle District of Alabama, and hereby files this Motion to Withdraw Sandra J. Stewart as an attorney-of-record for Plaintiff-Intervenor, the United States of America, in this matter. Ms. Stewart is no longer with this office. The United States will continue to be

represented by the other attorneys who have appeared in this case.

Respectfully submitted this 20th day of November, 2023.

                JONATHAN S. ROSS
                ACTING UNITED STATES ATTORNEY

                By:   */s/ Stephen D. Wadsworth*
                         STEPHEN D. WADSWORTH
                         Assistant United States Attorney
                         Bar Number: ASB 9808 E47W
                         United States Attorney's Office
                         Middle District of Alabama
                         P.O. Box 197
                         Montgomery, AL 36101-0197
                         Telephone: 334-223-7280
                         Facsimile: 334-223-7201
                         Email:
                         Stephen.Wadsworth@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants.

                         */s/ Stephen D. Wadsworth*
                         STEPHEN D. WADSWORTH
                         Assistant United States Attorney