# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, et al., | ) |
| *Plaintiffs*, | ) ) ) |
| and | ) ) |
| United States of America, | ) ) |
| *Plaintiff-Intervenor*, | ) ) ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB ) |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, et al., | ) ) ) ) |
| *Defendants*. | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned attorney, Jonathan S. Ross, Acting United States Attorney for the Middle District of Alabama, and enters his appearance on behalf of Plaintiff-Intervenor, the United States of America.

Respectfully submitted this 21st day of November, 2023.

JONATHAN ROSS
Acting United States Attorney

By: /s/ *Jonathan S. Ross*
Jonathan S. Ross
Assistant United States Attorney
Georgia Bar No. 543627
United States Attorney's Office
Middle District of Alabama
131 Clayton Street
Montgomery, AL 36104
Telephone: (334) 223-7280
E-mail: jonathan.ross@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants.

*/s/ Jonathan S. Ross*
Assistant United States Attorney