UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 2:22-cv-184-LCB |
| | ) |
| STEVE MARSHALL, *et al.*, | ) |
| | ) |
| Defendants, | ) |

## MEMORANDUM

A proposed order has been submitted to the Court to address the status of those respondents in the matter of *In re Vague* that the three-judge panel has terminated from its inquiry and released from any obligations under its preceding orders. After reviewing its own orders and those of the panel in both this case and *In re Vague*, the Court finds it unnecessary to enter the proposed order. This Court has neither set aside nor otherwise superseded any order from the panel terminating the inquiry as to those attorneys or releasing them from their obligations under the panel's preceding orders.

**DONE** and **ORDERED** this November 21, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE