# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| United States of America, | ) |
| | ) |
| *Intervenor Plaintiff,* | ) |
| | ) |
| v. | ) Civil Action No. 2:22-cv-184-LCB |
| | ) |
| Hon. Steve Marshall, in his official | ) |
| capacity as Attorney General, | ) |
| of the State of Alabama, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

## NOTICE OF AVAILABILITY FOR HEARING

At a conference on November 21, 2023, the court requested the parties to file a statement of their availability for a hearing during the months of January and February, 2024. Defendants state that they are presently available to cover a hearing at any time during those two months.

Respectfully submitted,

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, South Carolina 29413
Telephone: (843) 606-0640
CMills@Spero.law

Steve Marshall
*Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
*Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
*Principal Deputy Solicitor General*

<div style="display:flex">
<div>

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Telephone: (202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

</div>
<div>

s/ James W. Davis (ASB-4063-I58J)
James W. Davis
*Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

</div>
</div>

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on November 22, 2023, which will serve all counsel of record.

                                                                      s/ James W. Davis
                                                                      James W. Davis
                                                                      *Counsel for Defendants*