IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al., | ) |
| Plaintiffs, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) Case No.: 2:22-cv-00184-LCB |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al., | ) |
| Defendants. | ) |

## STATEMENT OF UNAVAILABILITY
## OF KATHLEEN HARTNETT AND HER COUNSEL

At the November 21, 2023 status conference in this case, the Court instructed the responding attorneys and their counsel from the *In re Amie Adelia Vague, et al.*, 2:22-mc-03977-LCB, proceeding to provide a statement notifying the Court of their unavailability for hearings in January and February, 2024. Pursuant to that instruction, Kathleen Hartnett and her counsel state that they are unavailable for hearings January 10-19 and February 12-23 because her counsel have previously

scheduled trials set on those dates. If any of those trial settings change, the undersigned will promptly notify the Court.

Respectfully submitted this 22nd day of November, 2023.

    */s/ Brannon J, Buck*
Brannon J. Buck (ASB-5848-K56B)
bbuck@badhambuck.com
Christopher B. Driver (ASB-9178-G39B)
cdriver@badhambuck.com
BADHAM & BUCK, LLC
2001 Park Place North, Ste. 500
Birmingham, Alabama 35203
(205) 521-0036 (Phone)
(205) 521-0037 (Facsimile)

*Counsel for Kathleen Hartnett*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the CM/ECF electronic filing system, electronic mail, and/or U.S. Mail on this the 22nd day of November, 2023.

    */s/ Brannon J. Buck*
OF COUNSEL