# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:22-cv-184-LCB |
| **STEVE MARSHALL**, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF UNAVAILABLE DATES

COMES NOW Respondent Michael Shortnacy ("Shortnacy"), pursuant to the Court's instruction at the November 21, 2023 hearing, and hereby provides notice that he and the undersigned counsel are unavailable to participate in a hearing on the following dates in January and February 2024:

- January 8-11
- January 29-February 2
- February 23
- February 26-27

Respectfully submitted,

*/s/ Bruce F. Rogers*
Bruce F. Rogers
Elizabeth N. Terenzi

BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
600 Luckie Drive, Suite 415

Birmingham, Alabama 35223
Telephone: (205) 879-1100
Facsimile: (205) 879-4300
Email: brogers@bainbridgemims.com
bterenzi@bainbridgemims.com

*Counsel for Michael Shortnacy*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

                                      */s/ Bruce F. Rogers*
                                      OF COUNSEL