UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, <br><br>*Plaintiffs*, <br><br>and <br><br>UNITED STATES OF AMERICA, <br><br>*Plaintiff-Intervenor*, <br><br>v. <br><br>STEVE MARSHALL, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF ALABAMA, *et al.*, <br><br>*Defendants*. | NO. 2:22-CV-00184-LCB-CWB <br> HON. LILES C. BURKE |

**NOTICE OF UNAVAILABLE DATES
FOR LEVI, MINTER, ORR, AND MCCOY**

COME NOW Respondents Jennifer Levi, Shannon Minter, Asaf Orr, and Scott McCoy, pursuant to the Court's instruction at the November 21, 2023 hearing, and hereby provide notice that they and their counsel are unavailable to participate in a hearing on the following dates in January and February 2024:

- January 1
- January 4-5
- January 15-17
- January 23-31
- January 31- February 14
- February 20-29

Respectfully submitted,

*s/ Robert D. Segall*
Robert D. Segall
Shannon L. Holliday
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street (36104)
P. O. Box 347
Montgomery, AL  36101-0347
Phone: (334) 834-1180
Fax: (334) 834-3172
Email: segall@copelandfranco.com
Email:  holliday@copelandfranco.com

*Counsel for Jennifer Levi, Shannon Minter, Asaf Orr, and Scott McCoy*

# CERTIFICATE OF SERVICE

I certify that on November 24, 2023, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

/s/ *Robert D. Segall*
Of Counsel