IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BRIANNA BOE, et al., }<br>     }<br>  *Plaintiffs*, }<br>     }<br>and }<br>     }<br>UNITED STATES OF AMERICA, }<br>     }<br>  *Plaintiff-Intervenor*, }<br>     }<br>v. }<br>     }<br>STEVE MARSHALL, et al., }<br>     }<br>  *Defendants*. } | Case No. 2:22-CV-184-LCB |

## NOTICE OF UNAVAILABLE DATES

Respondents Melody H. Eagan and Jeffrey P. Doss provide notice that they or their undersigned counsel are unavailable to participate in a hearing on the following dates in January and February 2024:

- January 2-3, 2024
- January 16, 2024
- January 25-26, 2024
- January 29-30, 2024
- February 8-9, 2024
- February 20-29, 2024

Date: November 24, 2023                     Respectfully Submitted,

                                            */s/ M. Christian King*
                                            One of the Attorneys for
                                            Melody H. Eagan and Jeffrey P. Doss

1

OF COUNSEL:
Samuel H. Franklin
*sfranklin@lightfootlaw.com*
M. Christian King
*cking@lightfootlaw.com*
Harlan I. Prater, IV
*hprater@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700

## CERTIFICATE OF SERVICE

     I certify that, on November 24, 2023, I electronically filed a copy of the foregoing with the Clerk of Court through the CM/ECF system, which will provide notice of the filing to all counsel of record.

                                      */s/ M. Christian King*
                                      OF COUNSEL