UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-184-LCB |
| | ) |
| **STEVE MARSHALL,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF UNAVAILABLE DATES

Respondents James Esseks, Carl Charles, and LaTisha Faulks provide notice that they or their undersigned counsel are unavailable to participate in a hearing on the following dates in January and February 2024:

- January 3-5, 8-9, 15, 22, 25-26

- February 5-7, 12, 17, 19-20, 26-27, 29

/s/ *Barry A. Ragsdale*
Barry A. Ragsdale
Robert S. Vance
Dominick Feld Hyde, PC
1130 22nd Street South, Suite 4000
Birmingham, AL 35205
Tel.: (205) 536-8888
bragsdale@dfhlaw.com
rvance@dfhlaw.com

1

/s/ *W. Neil Eggleston*
W. Neil Eggleston
Eugene F. Assaf
Byron Pacheco
Kirkland & Ellis LLP
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5016
neil.eggleston@kirkland.com
eassaf@kirkland.com
byron.pacheco@kirland.com

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I certify that, on November 27, 2023, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

/s/ *Barry A. Ragsdale*
OF COUNSEL