# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) NO. 2:22-cv-00184-LCB-CWB |
| | ) HON. LILES C. BURKE |
| *Plaintiff-Intervenor*, | ) |
| v. | ) |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## MOTION FOR PERMISSION TO APPEAR PRO HAC VICE

Pursuant to Rule 83.1(b) of the Local Rules of the United States District Courts for the Middle District of Alabama, the undersigned moves for an order permitting Adam G. Unikowsky of the law firm Jenner & Block LLP, 1099 New York Avenue, N.W., Suite 900, Washington, DC 20001-4412, to appear pro hac vice as co-counsel in this action in association with the undersigned on behalf of Jennifer Levi and Shannon Minter.

Attorney Unikowsky is a member in good standing of the United States District & Bankruptcy Courts for the District of Columbia, and a certificate of good standing is attached to this motion.

Respectfully submitted this 27th day of November, 2023.

        *s/ Robert D. Segall*
        Robert D. Segall
        Shannon L. Holliday
        COPELAND, FRANCO, SCREWS & GILL, P.A.
        444 South Perry Street
        Post Office Box 347
        Montgomery, Alabama 36101-0347
        Phone: (334) 834-1180
        Fax: (334) 834-3172
        Email: segall@copelandfranco.com
        Email:  holliday@copelandfranco.com

        *Counsel for Jennifer Levi and Shannon Minter*

## CERTIFICATE OF SERVICE

I certify that on November 27, 2023, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

        /s/ *Robert D. Segall*
        Of Counsel