# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. April Ann Otterberg

*Northern District of Illinois*

   I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

   DO HEREBY CERTIFY That April Ann Otterberg was duly admitted to practice in said Court on (12/18/2006) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (11/21/2023 )

Thomas G. Bruton , Clerk,

By: Jonathan Martinez
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JONATHAN MARTINEZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
November 21, 2023