UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| | ) |
|    **Plaintiffs,** | ) |
| | ) |
| v. | )    Case No. 2:22-cv-184-LCB |
| | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| | ) |
|    **Defendants,** | ) |

**ORDER**

After considering the parties' availability for the months of January and February 2024, the Court **ORDERS** the parties to file notice of their availability for March as well. For those dates on which they assert that they will not be available, the parties are further ordered to explain the basis of their conflict. Notice is due by **December 15, 2023**.

The Court also **SETS** Plaintiff-Intervenor United States of America's Motion to Stay All District Court Proceedings for telephonic conference on **December 15, 2023 at 10:00 a.m**. Dial-in information will be emailed to counsel before the call.

**DONE** and **ORDERED** December 8, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE