UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-184-LCB |
| | ) |
| STEVE MARSHALL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

COMES NOW the undersigned, Michael B. Shortnacy, and moves this Court for leave to withdraw specifically as attorney of record for Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Rachel Koe, M.D.; Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe; Heather Austin, Ph.D.; and Robert Moe, individually and on behalf of his minor daughter, April Moe (collectively, "the Private Plaintiffs"). As grounds for this Motion, the undersigned shows unto this Court that he will be leaving the law firm of King & Spalding LLP on December 12, 2023 to join another law firm. The undersigned will not continue to represent Private Plaintiffs at his new firm. Private Plaintiffs will, however, continue to be represented by King & Spalding LLP.

The undersigned is mindful of the ongoing proceedings relating to *In re Vague, et. al.*, which was recently transferred and consolidated before this Court. (*In re Vague*, 2:22-mc-3977-WKW, Doc. 99.) By this motion for leave to withdraw as counsel of record for Private Plaintiffs, the undersigned is not seeking to withdraw from any aspect of the *In re Vague* proceedings and as a Respondent. In his capacity as a Respondent in the *In re Vague* matter, the undersigned continues to submit to the jurisdiction of this Honorable Court.

    Respectfully submitted,

    */s/ Michael B. Shortnacy*

    *Counsel for Private Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

                                        */s/ Michael B. Shortnacy*