UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:22-cv-184-LCB |
| **STEVE MARSHALL**, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Michael B. Shortnacy's motion for leave to withdraw as counsel of record for Private Plaintiffs. In the motion, Mr. Shortnacy explains that he is no longer associated with King & Spalding LLP, and that he will no longer be representing the Private Plaintiffs at his new law firm. For good cause shown, the Court GRANTS the motion.

With respect to the *In re Vague, et al.* proceedings now consolidated before this Court, the Court retains jurisdiction of Mr. Shortnacy as a Respondent until such time as he is terminated or released by the Court from those proceedings.

**DONE** and **ORDERED** _____, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE