# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| United States of America, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA'S NOTICE REGARDING AVAILABILITY FOR HEARING

Plaintiff-Intervenor United States of America makes this submission pursuant to the Court's December 8, 2023 order (ECF No. 388) to provide availability for a hearing in March 2024. The United States is available for a hearing at any time in March 2024.

Dated: December 12, 2023          Respectfully submitted,

JONATHAN S. ROSS                  KRISTEN CLARKE
Acting United States Attorney     Assistant Attorney General
Middle District of Alabama        Civil Rights Division

PRIM F. ESCALONA                  JOHN POWERS (DC Bar No. 1024831)

| | |
|---|---|
| United States Attorney<br>Northern District of Alabama<br><br>JASON R. CHEEK<br>Chief, Civil Division<br><br>MARGARET L. MARSHALL<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 244-2104<br>Margaret.Marshall@usdoj.gov<br><br>STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, AL 36101-0197<br>Tel.: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | Counsel to the Assistant Attorney General<br>Civil Rights Division<br><br>CHRISTINE STONEMAN<br>Chief, Federal Coordination and Compliance Section<br><br>*s/ Coty Montag*<br>COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and Compliance Section<br><br>RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>MAX LEWIS MEYERS (MS Bar No. 106187)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 305-2222<br>Renee.Williams3@usdoj.gov<br>Kaitlin.Toyama@usdoj.gov<br>Max.Meyers@usdoj.gov<br><br>AMIE S. MURPHY (NY Bar No. 4147401)<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 353-1285<br>Amie.Murphy2@usdoj.gov<br><br>*Attorneys for Plaintiff-Intervenor United States of America* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                              Respectfully submitted,

                                              */s/ Coty Montag*
                                              Deputy Chief
                                              Civil Rights Division
                                              U.S. Department of Justice