UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Case No. 2:22-cv-184-LCB |
| | ) |
| STEVE MARSHALL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF UNAVAILABLE DATES

Respondents **James Esseks, Carl Charles, and LaTisha Faulks**, and their undersigned counsel provide notice that they are currently unavailable to participate in a hearing on the following dates in March 2024:

**March 1:**    Counsel for Respondents will be at the meeting of the American College of Trial Lawyers in Arizona*

**March 6-9:**    Counsel for Respondents will be on a panel and attending the ABA White Collar Crime Institute in San Francisco*

**March 11-15**:    Counsel for Respondents has a jury trial in Shelby County, Alabama

*Other counsel for Respondents could cover a hearing in this matter if necessary.

1

Respectfully submitted,

/s/ *Barry A. Ragsdale*
Barry A. Ragsdale (RAG003)
Robert S. Vance (VAN069)
**Dominick Feld Hyde, PC**
1130 22nd Street South, Suite 400
Birmingham, AL 35205
Tel.: (205) 536-8888
bragsdale@dfhlaw.com
rvance@dfhlaw.com

/s/ *W. Neil Eggleston*
W. Neil Eggleston
Eugene F. Assaf
Byron Pacheco
**Kirkland & Ellis LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5016
neil.eggleston@kirkland.com
eassaf@kirkland.com
byron.pacheco@kirland.com

## CERTIFICATE OF SERVICE

I certify that, on December 13, 2023, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

/s/ *Barry A. Ragsdale*
OF COUNSEL