IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE, et al.,** | ) |
| Plaintiffs, | ) |
| and | ) |
| **UNITED STATES OF AMERICA,** | ) Case No.: 2:22-cv-00184-LCB |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| **STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al.,** | ) |
| Defendants. | ) |

## NOTICE OF UNAVAILABILITY
## OF KATHLEEN HARTNETT AND HER COUNSEL FOR MARCH 2024

Pursuant to the Court's December 8, 2023 Order (Doc. 388), Kathleen Hartnett and her counsel hereby notify the Court that they are **unavailable** for a hearing in this proceeding from March 22 – 31, 2024. Counsel Brannon Buck has a conflict that week due to Spring Break travel plans with his family. Otherwise, at this time, Ms. Hartnett and her counsel are available during the rest of March 2024.

Respectfully submitted this 13th day of December, 2023.

      /s/ Brannon J, Buck
Brannon J. Buck (ASB-5848-K56B)
bbuck@badhambuck.com
Christopher B. Driver (ASB-9178-G39B)
cdriver@badhambuck.com
BADHAM & BUCK, LLC
2001 Park Place North, Ste. 500
Birmingham, Alabama 35203
(205) 521-0036 (Phone)
(205) 521-0037 (Facsimile)

*Counsel for Kathleen Hartnett*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the CM/ECF electronic filing system, electronic mail, and/or U.S. Mail on this the 13th  day of December, 2023.

      /s/  Brannon J. Buck
OF COUNSEL