UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| | ) NO. 2:22-CV-00184-LCB-CWB |
| UNITED STATES OF AMERICA, | ) HON. LILES C. BURKE |
| *Plaintiff-Intervenor*, | ) |
| v. | ) |
| STEVE MARSHALL, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF ALABAMA, *et al.*, | ) |
| *Defendants*. | ) |

### NOTICE OF UNAVAILABLE DATES

Respondents Jennifer Levi, Shannon Minter, Scott McCoy, and Asaf Orr, and their undersigned counsel provide notice that they are currently unavailable to participate in a hearing on the following dates in March 2024:

**February 29/March 1**:  Respondent Orr previously committed to a speaking engagement on March 1 at St. Mary's University School of Law in San Antonio, Texas. Part of this engagement involves participation in an evening event on

February 29, but he may be able to participate in a hearing earlier that day, depending on the time of the hearing and availability of flights.

**March 3-8:**  Respondent McCoy has depositions in Virginia of 3 defendants in *Jenkins v. Miller, et al.*, 2:12-cv-00184-WKS (D. Vt.), a lawsuit pending in the United States District Court for Vermont.  The case has a discovery cut off at the end of March.  The depositions are scheduled for Tuesday – Thursday of this week with Monday and Friday being travel days.

**March 19-20:**  Respondent Orr will be celebrating the Iranian New Year (also known as Norooz).  It is a very important holiday for his family.  The holiday is only on March 19, but the celebration is at night, which would make travel difficult to attend a hearing in Montgomery on March 20.

**March 22:**  Counsel for Respondents Levi and Minter has a final pretrial conference preparatory for trial in the Circuit Court for the 17th Judicial Circuit and for Broward County, Florida.  Counsel is co-lead counsel for the defendant in *ScriptChek Visual Verifications Systems, Inc. v. R.R. Donnelley & Sons Company*, Case No. CACE20003398 (Broward Cty., Fla.).

**March 28:**  Respondent Orr is scheduled to make a presentation at a plenary session of the Los Angeles County Bar Association's annual Labor & Employment Symposium.  Within the California Civil Rights Department, where Mr. Orr now

works, he is uniquely qualified to make the presentation given his expertise on the subject matter.

          Respectfully submitted,

*s/ Robert D. Segall*
Robert D. Segall
Shannon L. Holliday
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street (36104)
P. O. Box 347
Montgomery, AL  36101-0347
Phone: (334) 834-1180
Fax: (334) 834-3172
Email: segall@copelandfranco.com
Email:  holliday@copelandfranco.com
***Counsel for Jennifer Levi, Shannon Minter, Asaf Orr, and Scott McCoy***

*s/ Adam G. Unikowsky*
Adam G. Unikowsky
Jenner & Block LLP
1099 New York Ave NW
Washington, DC 20001
Phone:  (202) 639-6041
Email:  AUnikowsky@jenner.com
***Counsel for Jennifer Levi and Shannon Minter***

*s/ April A. Otterberg*
April A. Otterberg
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
Phone:  (312) 840-8646
Email:  AOtterberg@jenner.com
***Counsel for Jennifer Levi and Shannon Minter***

## CERTIFICATE OF SERVICE

     I certify that on December 14, 2023, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

                                              /s/ *Robert D. Segall*
                                              Of Counsel