# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )    Case No. 2:22-cv-184-LCB |
| | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## NOTICE OF UNAVAILABLE DATES

COMES NOW Respondent Michael Shortnacy ("Shortnacy"), pursuant to the Court's December 8, 2023 Order (Doc. 388), and hereby provides notice that he and the undersigned counsel are unavailable to participate in a hearing on the following dates in March 2024:

- **March 5-7**: Shortnacy has committed to a speaking engagement at a legal conference in Chicago, Illinois.

- **March 14-15**: Counsel Bruce Rogers is the current President-Elect for the Rotary Club of Birmingham. He will be attending mandatory training for this role in Chattanooga, Tennessee.

                      Respectfully submitted,

                      */s/ Bruce F. Rogers*
                      Bruce F. Rogers
                      Elizabeth N. Terenzi

        BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
        600 Luckie Drive, Suite 415
        Birmingham, Alabama 35223
        Telephone:   (205) 879-1100
        Facsimile:   (205) 879-4300
        Email:         brogers@bainbridgemims.com
                       bterenzi@bainbridgemims.com

*Counsel for Michael Shortnacy*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

          */s/ Bruce F. Rogers*
          OF COUNSEL