IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BRIANNA BOE, et al.,** } | |
| } | |
| *Plaintiffs*, } | |
| } | |
| and } | |
| } | |
| **UNITED STATES OF AMERICA,** } | Case No. 2:22-CV-184-LCB |
| } | |
| *Plaintiff-Intervenor*, } | |
| } | |
| v. } | |
| } | |
| **STEVE MARSHALL, et al.,** } | |
| } | |
| *Defendants*. } | |

## NOTICE OF UNAVAILABLE DATES

Respondents Melody H. Eagan and Jeffrey P. Doss provide notice that they or their counsel are unavailable to participate in a hearing on the following dates in March 2024:

- <u>March 1, 4, and 5:</u> Mr. Doss has a two-week trial scheduled to begin on February 20, 2024.

- <u>March 18-20:</u> Ms. Eagan is chaperoning her son's junior high band field trip to New York where her son and the band are performing in Carnegie Hall.

- <u>March 25-29:</u> This is spring break. Ms. Eagan and Mr. King have family trips scheduled for this week.

Date: <u>December 15, 2023</u>

Respectfully Submitted,

<u>*/s/ M. Christian King*</u>
One of the Attorneys for
Melody H. Eagan and Jeffrey P. Doss

1

OF COUNSEL:
Samuel H. Franklin
*sfranklin@lightfootlaw.com*
M. Christian King
*cking@lightfootlaw.com*
Harlan I. Prater, IV
*hprater@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700

## **CERTIFICATE OF SERVICE**

I certify that, on <u>December 15, 2023</u>, I electronically filed a copy of the foregoing with the Clerk of Court through the CM/ECF system, which will provide notice of the filing to all counsel of record.

<u>*/s/ M. Christian King*</u>
OF COUNSEL