# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11707

_____

PAUL A. EKNES-TUCKER,
Rev.,
BRIANNA BOE,
individually and on behalf of her minor son, Michael Boe,
JAMES ZOE,
individually and on behalf of his minor son, Zachary Zoe,
MEGAN POE,
individually and on behalf of her minor daughter, Allison Poe,
KATHY NOE, et al.,
individually and on behalf of her minor son, Christopher Noe,

              Plaintiffs-Appellees,

versus

GOVERNOR, OF THE STATE OF ALABAMA,
ATTORNEY GENERAL, STATE OF ALABAMA,
DISTRICT ATTORNEY, FOR MONTGOMERY COUNTY,
DISTRICT ATTORNEY, FOR CULLMAN COUNTY,

2                  Order of the Court                 22-11707

DISTRICT ATTORNEY, FOR LEE COUNTY, et al.,

                                                                                  Defendants-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:22-cv-00184-LCB-SRW

_____

ORDER:

       Appellants' motion to stay preliminary injunction is GRANTED.

                                                     DAVID J. SMITH
                             Clerk of the United States Court of
                                   Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION