UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| and | ) |
| | ) |
| United States of America, | ) |
| | ) |
| *Plaintiff-Intervenor*, | ) |
| | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| | ) |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## MOTION TO WITHDRAW COUNSEL FOR THE UNITED STATES

Plaintiff-Intervenor United States of America hereby moves to withdraw John Powers as counsel of record in the above-captioned action. Mr. Powers is leaving the U.S. Department of Justice effective January 12, 2024.

| | |
|---|---|
| Dated: January 12, 2024 | Respectfully submitted, |
| | |
| JONATHAN S. ROSS | KRISTEN CLARKE |
| Acting United States Attorney | Assistant Attorney General |
| Middle District of Alabama | Civil Rights Division |
| | |
| PRIM F. ESCALONA | */s/ John Powers* |
| United States Attorney | JOHN POWERS (DC Bar No. 1024831) |
| Northern District of Alabama | Counsel to the Assistant Attorney General |
| | Civil Rights Division |
| JASON R. CHEEK | |
| Chief, Civil Division | CHRISTINE STONEMAN |
| | Chief, Federal Coordination and Compliance |
| MARGARET L. MARSHALL | Section |
| Assistant U.S. Attorney | |
| U.S. Attorney's Office | COTY MONTAG (DC Bar No. 498357) |
| Northern District of Alabama | Deputy Chief, Federal Coordination and |
| 1801 Fourth Avenue North | Compliance Section |
| Birmingham, AL 35203 | |
| Tel.: (205) 244-2104 | RENEE WILLIAMS (CA Bar No. 284855) |
| Margaret.Marshall@usdoj.gov | KAITLIN TOYAMA (CA Bar No. 318993) |
| | MAX LEWIS MEYERS (MS Bar No. 106187) |
| | Trial Attorneys |
| STEPHEN D. WADSWORTH | United States Department of Justice |
| Assistant United States Attorney | Civil Rights Division |
| U.S. Attorney's Office | Federal Coordination and Compliance Section |
| Middle District of Alabama | 950 Pennsylvania Avenue NW – 4CON |
| Post Office Box 197 | Washington, DC 20530 |
| Montgomery, AL 36101-0197 | Tel.: (202) 305-2222 |
| Tel.: (334) 223-7280 | Renee.Williams3@usdoj.gov |
| Stephen.Wadsworth@usdoj.gov | Kaitlin.Toyama@usdoj.gov |
| | Max.Meyers@usdoj.gov |
| | |
| | AMIE S. MURPHY (NY Bar No. 4147401) |
| | Trial Attorney |
| | United States Department of Justice |
| | Civil Rights Division |
| | Housing and Civil Enforcement Section |
| | 950 Pennsylvania Avenue NW – 4CON |
| | Washington, DC 20530 |

Tel.: (202) 353-1285
Amie.Murphy2@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

*/s/ John Powers*
Counsel
Civil Rights Division
U.S. Department of Justice

4