## John Graham (7235)

**From:** John Graham (7235)
**Sent:** Tuesday, February 6, 2024 10:22 AM
**To:** Adam Reinke
**Subject:** RE: Boe, et al. v. Marshall, et al. - No. 2:22-cv-00184-LCB-CWB (M.D. Ala.)

Adam, I have been authorized to accept service of the subpoena on Eagle Forum of Alabama. Go ahead and email it to me, and my receipt of same will constitute service. I understand that we will have 14 days from date of service to object to the subpoena.

Thanks,
John


**From:** Adam Reinke <AReinke@KSLAW.com>
**Sent:** Thursday, February 1, 2024 7:35 PM
**To:** John Graham (7235) <John.Graham@phelps.com>
**Subject:** RE: Boe, et al. v. Marshall, et al. - No. 2:22-cv-00184-LCB-CWB (M.D. Ala.)

Thank you, John. Please let us know by the end of the day Tuesday if you can; otherwise, we will engage a process server.

Best,
Adam


**From:** John Graham (7235) <John.Graham@phelps.com>
**Sent:** Thursday, February 1, 2024 8:17 PM
**To:** Adam Reinke <AReinke@KSLAW.com>
**Subject:** Re: Boe, et al. v. Marshall, et al. - No. 2:22-cv-00184-LCB-CWB (M.D. Ala.)

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Adam, my apologies, I have been out of town. My clients are considering your request, and I will plan to get back with you by early next week.

John


**From:** Adam Reinke <AReinke@KSLAW.com>
**Sent:** Wednesday, January 31, 2024 1:23:05 PM
**To:** John Graham (7235) <John.Graham@phelps.com>
**Subject:** Boe, et al. v. Marshall, et al. - No. 2:22-cv-00184-LCB-CWB (M.D. Ala.)

Hi John:

I am one of the attorneys representing the Private Plaintiffs in the above-referenced matter. We plan to serve the subpoena I have attached here on Eagle Forum of Alabama. Since you have previously appeared in this case on behalf of Eagle Forum of Alabama, I am reaching out to see if you would be willing to accept service. Can you please let me know when you have a chance?

1

# EXHIBIT B

Thanks,
Adam

---

**Adam Reinke**
*Partner*

T: +1 404 572 2774  |  E: areinke@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309



kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.