# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 2:22-cv-184-LCB |
| ) | |
| **STEVE MARSHALL**, *et al.*, ) | |
| ) | |
| **Defendants,** ) | |

## ORDER

Non-party Eagle Forum of Alabama has moved the Court to quash Plaintiffs' subpoena and to sanction Plaintiffs or their counsel under Rule 45(d)(1) of the Federal Rules of Civil Procedure. (Doc. 402).

The deadline to respond to Eagle Forum of Alabama's motion is **February 29, 2024.**

No reply is permitted.

**DONE** and **ORDERED** this February 20, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE