## IN THE UNITED STATE DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## NORTHERN DIVISION

| | |
|---|---|
| **REV. PAUL A. EKNES-TUCKER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | **Civil Action No.** |
| ) | **2:22-CV-00184-LCB-SRW** |
| **Plaintiff-Intervenor,** ) | |
| ) | |
| **v.** ) | **Honorable Liles C. Burke** |
| ) | |
| ) | |
| **Hon. STEVE MARSHALL, et al.** ) | |
| ) | |
| **Defendants.** ) | |

---

## DECLARATION OF GREG DAVIS

---

I, Greg Davis, pursuant to 28 USCA Section 1746 (pertaining to Declarations), declares under penalty of perjury the following statements by me are true and correct to the best of my knowledge:

1.     I am Greg Davis. I am over the age of nineteen (19) years and a resident citizen of Alabama. I am in no way disqualified from making this declaration, which is made from personal knowledge.

2.     I am the President and Chief Executive Officer of the Alabama Citizens Action Program. ("ALCAP").

3.     ALCAP began as a temperance organization in the mid 1930's. Since then, it has continued to oppose the legalization of alcohol and its various developments following the end of prohibition.

4.     ALCAP's other primary issue is gambling expansion. Since the 1980's, with the advent of amendments to the Alabama Constitution permitting bingo, ALCAP has opposed gambling expansion in all forms.

5.     ALCAP also advocates for the family. While alcohol and gambling are its primary issues, ALCAP supports the sanctity of life, religious freedom, parental rights, Biblical sexuality, and other issues affecting the family.

6.     ALCAP is a tax-exempt organization approved by the Internal Revenue Service under Section 501 (c)(4). As such, it is qualified to lobby on political issues.

7.     Primarily, ALCAP's goal is to involve the churches and citizens of the state of Alabama in these issues. It sends ALCAP Alerts to churches and the public on a periodic basis involving these issues. The Alerts are available to anyone who wants them. The purpose of the Alerts is to notify churches and citizens of issues before the Alabama Legislature and to request their opposition or support on those issues. ALCAP does not engage in bill writing or providing legal advice or services

to any public official.  ALCAP's emphasis is to advocate for those issues listed above.

8.     ALCAP believes in the First Amendment rights of freedom of speech, assembly and to petition the government for redress of aggrievances.  Motivated by our Christian ethic, ALCAP expresses its opinion on these issues and encourages others to do so.  In an ever-evolving culture, we believe it is important to have a presence on the morality of these issues.

9.     ALCAP is aware there are many opinions on these issues.  Everyone is entitled to believe and advocate as they are led.  No action should be taken to chill or deny those rights.  I believe the subpoena directed ALCAP is an effort to quiet our voice.  I am not aware that any one has ever attempted to deter ALCAP as the Plaintiffs seek to do here.

10.    Finally, ALCAP believes the subpoena for its communications of whatever description violates its constitutional rights and therefore supports its motion to quash this subpoena and for sanctions.


Respectfully signed this ∂|∂| day of February, 2024.

Greg Davis