UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 2:22-cv-184-LCB |
| | ) |
| STEVE MARSHALL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This order sets hearings on three matters: (1) Eagle Forum of Alabama's Motion to Quash Plaintiffs' Subpoena and Motion for Sanctions (Doc. 402); (2) Alabama Citizen's Action Program's Motion to Quash Plaintiffs' Subpoena and Motion for Sanctions (Doc. 407); and (3) the maintenance of certain filings in this case under seal.

### I.  Eagle Forum of Alabama's Motion to Quash Plaintiffs' Subpoena and Motion for Sanctions (Doc. 402).

Eagle Forum of Alabama's latest motions appear to raise issues that the Court squarely addressed in its earlier ruling on the Government's subpoenas. (Doc. 192). The Court therefore **SETS** Eagle Forum of Alabama's motions (Doc. 402) for hearing on **March 19, 2024 at 9:00 a.m. in Courtroom 2F at the United States District Court in Montgomery, Alabama.**

## II. Alabama Citizen's Action Program's Motion to Quash Plaintiffs' Subpoena and Motion for Sanctions (Doc. 407).

Like EFA's, Alabama Citizen's Action Program's motions appear to raise issues that the Court has already squarely addressed. The Court therefore **SETS** these motions for hearing at the same time and in the same place that it will hear argument on EFA's motion to quash and motion for sanctions.

It is further **ORDERED** that the deadline to respond to Alabama Citizen's Action Program's motions is **March 4, 2024**.

No reply is permitted.

## III. Maintenance of Proceedings Under Seal

Last November, the Court concluded that certain filings in these proceedings should remain under seal, but indicated further that it would reevaluate the issue before the final hearing. The parties and all Respondents were ordered to brief the issue, setting forth any authorities relevant to whether and how long those filings should remain under seal.

Having reviewed the parties' briefs, the Respondents' briefs, and the relevant authorities, and having now set this matter for a final hearing, the Court finds that the issue—whether to keep any filings in this case under seal—is ripe for decision.

## IV. Conclusion

The Court therefore **SETS** the matter for oral argument on **March 19, 2024 at 10:00 a.m. in Courtroom 2F at the United States District Court in**

**Montgomery, Alabama.** If any parties or Respondents desire to supplement their briefing on whether any filings should remain under seal, they shall do so at least five days prior to the hearing. The State of Alabama should be prepared to argue the matter.

    **DONE** and **ORDERED** this February 22, 2024.

                                                      **LILES C. BURKE**
                                                      UNITED STATES DISTRICT JUDGE