IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Intervenor Plaintiff*, | ) |
| | ) |
| v. | ) Civil Action No. 2:22-cv-184-LCB |
| | ) |
| HON. STEVE MARSHALL, | ) |
| in his official capacity as | ) |
| Attorney General of Alabama, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF MOTIONS TO QUASH FILED BY NON-PARTIES EAGLE FORUM OF ALABAMA (DOC. 402) AND ALABAMA CITIZEN'S ACTION PROGRAM (DOC. 407)**

Defendants respectfully move for leave to file the attached brief in support of non-parties Eagle Forum of Alabama's and Alabama Citizen's Action Program's motions to quash. *See* Docs. 402 & 407. As explained in the attached brief, Plaintiffs' subpoenas should be quashed because they seek information that is not relevant to "any party's claim or defense" in this case. Fed. R. Civ. P. 26(b)(1). The subpoenas thus fall outside the scope of discovery. And Plaintiffs should not be allowed to amend their complaint at this late stage in the litigation to add a claim of intentional discrimination by the Alabama Legislature. Defendants thus respectfully request that

the Court grant this motion, file the attached brief, and quash Plaintiffs' third-party subpoenas.

Date: February 23, 2024

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, South Carolina 29413
(843) 606-0640
CMills@Spero.law

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
  *Principal Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

3

**CERTIFICATE OF SERVICE**

I certify that I electronically filed this document using the Court's CM/ECF system on February 23, 2024, which will serve all counsel of record.

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Counsel for Defendants*

3