UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-0184-LCB |
| | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Respondents **James Esseks, Carl Charles, and LaTisha Faulks** move this Court for leave to file under seal their Objection to Order to Show Cause. As grounds in support of this motion, Respondents state as follows:

1. On February 21, 2024, this Court entered an Order to Show Cause (doc. 406). This Court's Order was filed under seal.

2. Respondents intend to file an objection to the Order to Show Cause which references and quotes from the sealed Order.

3. In order to avoid publicly revealing aspects of this Court's sealed Order, Respondents respectfully request leave to file their objection under seal.

Respectfully submitted,

/s/ *Barry A. Ragsdale*
Barry A. Ragsdale
Robert S. Vance
Dominick Feld Hyde, PC
1130 22nd Street South, Suite 4000
Birmingham, AL 35205
Tel.: (205) 536-8888
bragsdale@dfhlaw.com
rvance@dfhlaw.com

/s/ *W. Neil Eggleston*
W. Neil Eggleston
Eugene F. Assaf
Byron Pacheco
Kirkland & Ellis LLP
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5016
neil.eggleston@kirkland.com
eassaf@kirkland.com
byron.pacheco@kirland.com

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I certify that, on March 1, 2024, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

/s/ *Barry A. Ragsdale*
OF COUNSEL