UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, ) | |
|  ) | |
|     **Plaintiffs,** ) | |
|  ) | |
| **and** ) | |
|  ) | |
| **UNITED STATES OF AMERICA,** ) | Case No. 2:22-cv-184-LCB |
|     **Plaintiff-Intervenor,** ) | |
|  ) | |
| **v.** ) | |
|  ) | |
| **STEVE MARSHALL,** *et al.*, ) | |
|  ) | |
|     **Defendants.** ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Respondents Michael Shortnacy, Melody Eagan, Jeffrey Doss, Scott McCoy, and Asaf Orr ("Movants") respectfully move this Court for leave to file under seal their Joint Motion for Clarification and Objection to Order to Show Cause. In support of this motion, Movants state as follows:

1. On February 21, 2024, this Court entered an Order to Show Cause (doc. 406). The Court's Order was filed under seal.

2. Movants intend to file a Joint Motion for Clarification and Objection to Order to Show Cause, which references and quotes from the sealed Order.

3. To avoid publicly revealing aspects of this Court's sealed Order, Movants respectfully request leave to file their Joint Motion under seal.

Respectfully submitted,

/s/ Bruce F. Rogers
Bruce F. Rogers
Elizabeth N. Terenzi
BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
600 Luckie Drive, Suite 415
Birmingham, Alabama 35223
Telephone:  (205) 879-1100
Facsimile:  (205) 879-4300
Email:  brogers@bainbridgemims.com
bterenzi@bainbridgemims.com

*Counsel for Michael Shortnacy*


/s/ M. Christian King
Samuel H. Franklin
sfranklin@lightfootlaw.com
M. Christian King
cking@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700 (Phone)

*Counsel for Melody Eagan and Jeffrey Doss*


/s/ Robert D. Segall
Robert D. Segall
Shannon L. Holliday
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street (36104)
P.O. Box 347
Montgomery, Alabama 36101-0347
Telephone:  (334) 834-1180
Facsimile:  (334) 834-3172
Email:  segall@copelandfranco.com

2

holliday@copelandfranco.com

*Counsel for Asaf Orr and Scott McCoy*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

                                    */s/ Bruce F. Rogers*
                                    OF COUNSEL