UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **BRIANNA BOE**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:22-cv-184-LCB** |
| | ) | |
| **STEVE MARSHALL**, *et al.*, | ) | |
| | ) | |
| **Defendants,** | ) | |

**ORDER**

Before the Court are three motions. Respondents James Esseks, Carl Charles, and LaTisha Faulks have moved for leave to file a sealed objection to the Court's show-cause order. (Doc. 414). Respondents Michael Shortnacy, Melody Eagan, Jeffrey Doss, Scott McCoy, and Asaf Orr have moved for leave to file a joint, sealed motion for clarification and their own objection to the show-cause order. (Doc. 416). And Melody Eagan and Jeffrey Doss have separately moved for leave to file under seal a motion to receive clarification of their own and a notice of proposed testimony, and they ask for blanket permission to file under seal "all future filings related to the Court's Order to Show Cause (Doc. 406) so long as that order remains under seal." (Doc. 418).

These motions (Docs. 414, 416 & 418) are **GRANTED**. Esseks, Charles, and Faulks may file their objection under seal; Shortnacy, Eagan, Doss, McCoy, and Orr may file their motion for clarification and objection under seal; and Eagan and Doss

1

may file their motion to receive clarification, their notice of proposed testimony, and

(as long as the show-cause order remains sealed) any future filings concerning these

proceedings under seal.

      **DONE** and **ORDERED** this March 6, 2024.

_____

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE