IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al., | ) |
| Plaintiffs, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | )   Case No.: 2:22-cv-00184-LCB |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al., | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Respondent Kathleen Hartnett moves for leave to file under seal all future filings related to the Court's Order to Show Cause (Doc. 406) so long as that order remains under seal. In support of this motion, Hartnett states as follows:

1. On February 21, 2024, this Court entered an Order to Show Cause (Doc. 406) (the "Show Cause Order"), which was filed under seal.

2. In order to avoid publicly revealing aspects of the sealed Show Cause Order, Hartnett desires to file future filings, including the ones required by the Show Cause Order, under seal.

1

3. Because these filings will necessarily relate to and potentially cite to or reference the Show Cause Order, Hartnett desires to file those filings under seal. A single order permitting future filings related to the Show Cause Order to be filed under seal would promote efficiency and avoid duplicative requests by Hartnett to file future filings under seal.

4. Respondents Melody Eagan and Jeffrey Doss recently moved for this same relief (Doc. 418), and the Court granted their request. (Doc. 419).

Dated: March 6, 2024.

                                                */s/ Brannon J, Buck*
                                                Brannon J. Buck (ASB-5848-K56B)
                                                bbuck@badhambuck.com
                                                Christopher B. Driver (ASB-9178-G39B)
                                                cdriver@badhambuck.com
                                                BADHAM & BUCK, LLC
                                                2001 Park Place North, Ste. 500
                                                Birmingham, Alabama 35203
                                                (205) 521-0036 (Phone)
                                                (205) 521-0037 (Facsimile)
                                                *Counsel for Kathleen Hartnett*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the CM/ECF electronic filing system, electronic mail, and/or U.S. Mail on this the 6th day of March, 2024.

                                      /s/ Brannon J. Buck
                                      OF COUNSEL