# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) )  Case No. 2:22-cv-184-LCB |
| **STEVE MARSHALL**, *et al.*, | ) ) ) |
| Defendants, | ) ) |

## SEVENTH AMENDED SCHEDULING ORDER

For good cause shown under Federal Rule of Civil Procedure 16(b)(4), the Court **GRANTS** the parties' Joint Motion to Amend Scheduling Order (Doc. 415) and **AMENDS** the Sixth Amended Scheduling Order (Doc. 386) as follows:

**Expert Testimony:** The deadline to identify new rebuttal experts is March 8, 2024, with their reports to be served on April 1, 2024. To the extent Plaintiffs' previously disclosed experts plan to offer rebuttal opinions, their supplemental reports must be served by March 25, 2024.

**Discovery Cutoff:** All discovery must be commenced in time to be completed by May 6, 2024.

**Dispositive Motions:** All potentially dispositive motions (except Daubert motions) must be filed by May 27, 2024.

**Daubert Motions:** Daubert motions must be filed by June 10, 2024.

**Final Lists:** List of trial witnesses and exhibits must be filed by July 19, 2024. Any objections to such lists, including objections under Federal Rule of Civil Procedure 26(a)(3), must be filed within fourteen days thereafter.

All other requirements of the initial Scheduling Order remain in effect.

**DONE** and **ORDERED** this March 6, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE