# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| Plaintiffs, | ) |
| and | ) |
| **UNITED STATES OF AMERICA**, | ) Case No. 2:22-cv-184-LCB |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Respondents Jennifer Levi, Shannon Minter, Asaf Orr, and Scott D. McCoy move for leave to file under seal all future filings related to the Court's Order to Show Cause (Doc. 406) so long as that order remains under seal. In support of this motion, these Respondents state as follows:

1. On February 21, 2024, this Court entered an Order to Show Cause (Doc. 406) (the "Show Cause Order"), which was filed under seal.

2. In order to avoid publicly revealing aspects of the sealed Show Cause Order, the above-named Respondents desire to file future filings, including the ones required by the Show Cause Order, under seal.

3.  Because these filings will necessarily relate to and potentially cite to or reference the Show Cause Order, the above-named Respondents desire to file those filings under seal. A single order permitting future filings related to the Show Cause Order to be filed under seal would promote efficiency and avoid duplicative requests by the above-named Respondents to file future filings under seal.

4.  Respondents Melody Eagan and Jeffrey Doss recently moved for this same relief (Doc. 418), and the Court granted their request. (Doc. 419). Respondent Kathleen Hartnett moved for this same relief on March 6, 2024 (Doc. 420).

Dated:  March 7, 2024.

                    *s/Robert D. Segall*
Robert D. Segall
Shannon L. Holliday
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
Phone: (334) 834-1180
Fax: (334) 834-3172
Email: segall@copelandfranco.com
Email: holliday@copelandfranco.com

*Counsel for Jennifer L. Levi, Shannon Minter, Asaf Orr, and Scott D. McCoy*

## **CERTIFICATE OF SERVICE**

      I certify that on March 7, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

                                             /s/ *Robert D. Segall*
                                             Of Counsel