# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| Plaintiffs, | ) |
| and | ) |
| **UNITED STATES OF AMERICA**, | ) Case No. 2:22-cv-184-LCB |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Respondent Michael Shortnacy ("Shortnacy") respectfully moves this Court for leave to file under seal all future filings related to the Court's Order to Show Cause (doc. 406) so long as that order remains under seal. In support of this motion, Shortnacy states as follows:

1. On February 21, 2024, this Court entered an Order to Show Cause (doc. 406). The Court's Order was filed under seal.

2. To avoid publicly revealing aspects of this Court's sealed Order, Shortnacy respectfully requests leave to file future filings, including the ones required by the Order, under seal.

1

3. Because these filings will necessarily relate to and potentially cite to or reference the Order to Show Cause, Shortnacy desires to file those filings under seal. A single order permitting future filings related to the Order to be filed under seal would promote efficiency and avoid duplicative requests by Shortnacy to file future filings under seal.

4. Respondents Melody Eagan and Jeffrey Doss recently moved for this same relief (doc. 418), and the Court granted their request (doc. 419). Respondents Kathleen Hartnett, Jennifer Levi, Scott McCoy, Shannon Minter, and Asaf Orr have also moved for the same relief. Docs. 420, 424.

Respectfully submitted,

*/s/ Bruce F. Rogers*
Bruce F. Rogers
Elizabeth N. Terenzi

BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
600 Luckie Drive, Suite 415
Birmingham, Alabama 35223
Telephone:  (205) 879-1100
Facsimile:  (205) 879-4300
Email:  brogers@bainbridgemims.com
bterenzi@bainbridgemims.com

*Counsel for Michael Shortnacy*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

              */s/ Bruce F. Rogers*
              OF COUNSEL