UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| | ) |
|    **Plaintiffs,** | ) |
| | ) |
| v. | )    Case No. 2:22-cv-184-LCB |
| | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| | ) |
|    **Defendants.** | ) |

## ORDER

Before the Court are Motions for Leave to File Under Seal from Respondents Kathleen Hartnett (Doc. 420) and Jennifer Levi, Shannon Minter, Asaf Orr, and Scott McCoy (Doc. 424), which seek blanket permission to file under seal "all future filings related to the Court's Order to Show Cause (Doc. 406) so long as that order remains under seal."

Both motions (Docs. 420 & 424) are **GRANTED**. As long as the show-cause order remains under seal, Respondents Hartnett, Levi, Minter, Orr, and McCoy may file all future filings relating to it under seal as well.

**DONE** and **ORDERED** this March 8, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

1