# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE, et al.** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| and | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:22-CV-00184-LCB-CWB |
| | ) |
| | ) |
| **Hon. STEVE MARSHALL, in his** | ) |
| **Official capacity as Attorney General** | ) |
| **of the State of Alabama, et al.** | ) |
| | ) |
| Defendants. | ) |

NOTICE OF APPEARANCE AS C-

## NOTICE OF APPEARANCE AS CO-COUNSEL FOR NON-PARTY ALABAMA CITIZEN'S ACTION PROGRAM

COMES NOW attorney Brett Adair and gives notice of his appearance on behalf of non-party ALABAMA CITIZEN'S ACTION PROGRAM. Mr. Adair will represent Alabama Citizen's Action Program along with A. Eric Johnston.

1

Respectfully submitted,

/s/ Brett Adair
Brett Adair

OF COUNSEL:

Brett Adair
ADAIR LAW FIRM, LLC
1200 Corporate Drive, Suite 107
Birmingham, AL 35242-5421
(205) 995-5080
brett@adair-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing on the Court's CM/ECF electronic filing system which will provide notice to all counsel of record on this 8th day of March, 2024.

/s/ Brett Adair
OF COUNSEL