IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BRIANNA BOE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| and ) | |
| ) | |
| ) | Case No.: 2:22-cv-184-LCB |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| **STEVE MARSHALL, in his official** ) | |
| **capacity as Attorney General of the** ) | |
| **State of Alabama, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW Robert D. Segall, a member in good standing with the Alabama State Bar and a member of good standing with the Bar of the United States District Court for the Middle District of Alabama, and respectfully requests the entry of an order *pro hac vice* admitting **Katherine Balkoski** to practice in this case. In support of said motion, movant shows unto this Court the following:

1. Ms. Balkoski is a member of the State Bar of California, and a Certificate of Good Standing from the United States District Court for the Northern District of California, is attached hereto as Exhibit A.

2. Ms. Balkoski is appearing as co-counsel for Respondent Asaf Orr and is particularly qualified to handle the above-referenced case before this Honorable Court in association with us.

WHEREFORE, PREMISES CONSIDERED, movant respectfully requests this Honorable Court to grant **Katherine Balkoski,** a non-resident attorney, admission to practice in this particular case.

Respectfully submitted this 8th day of March, 2024.

| | |
|---|---|
| _s/ Robert D. Segall_<br>Robert D. Segall<br>Alabama Bar No. ASB-7354-e68r<br>**COPELAND, FRANCO,**<br>**SCREWS & GILL, P.A.**<br>444 South Perry Street<br>Post Office Box 3473<br>Montgomery, AL 36101-0347<br>Phone: (334) 834-1180<br>Fax: (334) 834-3172<br>Email: segall@copelandfranco.com | Anthony P. Schoenberg<br>(*pro hac pending*)<br>California Bar No. 203714<br>John M. Ugai<br>(*pro hac pending*)<br>California Bar No. 318565<br>Katherine Balkoski<br>(*pro hac pending*)<br>California Bar. No. 353366<br><br>**FARELLA BRAUN +**<br>**MARTEL LLP**<br>One Bush Street, Suite 900<br>San Francisco, California 94104<br>Tel: (415) 954-4400<br>Fax: (415) 954-4480<br>tschoenberg@fbm.com<br>jugai@fbm.com<br>kbalkoski@fbm.com |

*Counsel for Respondent Asaf Orr*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this case.

 s/ Robert D. Segall
Of Counsel