# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Katherine Balkoski

Bar Number 353366

was duly admitted to practice in this Court on March 3rd. 2024,
and is in good standing as a member of the bar of this Court.



Signed on March 7, 2024 by

*Mark B. Busby*

Mark B. Busby Clerk of Court