IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BRIANNA BOE, et al.,**<br><br>    Plaintiffs,<br><br>and<br><br>**UNITED STATES OF AMERICA,**<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>**STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al.,**<br><br>    Defendants. | Case No.: 2:22-cv-184-LCB |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW Robert D. Segall, a member in good standing with the Alabama State Bar and a member of good standing with the Bar of the United States District Court for the Middle District of Alabama, and respectfully requests the entry of an order *pro hac vice* admitting **John Ugai** to practice in this case. In support of said motion, movant shows unto this Court the following:

1. Mr. Ugai is a member of the State Bar of California, and a Certificate of Good Standing from the United States District Court for the Northern District of California, is attached hereto as Exhibit A.

2. Ms. Ugai is appearing as co-counsel for Respondent Asaf Orr and is particularly qualified to handle the above-referenced case before this Honorable Court in association with us.

WHEREFORE, PREMISES CONSIDERED, movant respectfully requests this Honorable Court to grant **John Ugai**, a non-resident attorney, admission to practice in this particular case.

Respectfully submitted this 8th day of March, 2024.

 s/ Robert D. Segall
Robert D. Segall
Alabama Bar No. ASB-7354-e68r
**COPELAND, FRANCO,
SCREWS & GILL, P.A.**
444 South Perry Street
Post Office Box 3473
Montgomery, AL 36101-0347
Phone: (334) 834-1180
Fax: (334) 834-3172
Email: segall@copelandfranco.com

Anthony P. Schoenberg
(*pro hac pending*)
California Bar No. 203714
John M. Ugai
(*pro hac pending*)
California Bar No. 318565
Katherine Balkoski
(*pro hac pending*)
California Bar. No. 353366

**FARELLA BRAUN +
MARTEL LLP**
One Bush Street, Suite 900
San Francisco, California 94104
Tel:  (415) 954-4400
Fax: (415) 954-4480
tschoenberg@fbm.com
jugai@fbm.com
kbalkoski@fbm.com

*Counsel for Respondent Asaf Orr*

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this case.

                                                                /s/ Robert D. Segall
                                                                Of Counsel