# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# John Michael Ugai

Bar Number 318565

was duly admitted to practice in this Court on January 10th. 2018, and is in good standing as a member of the bar of this Court.



Signed on March 7, 2024 by

*Mark B. Busby*

Mark B. Busby  Clerk of Court