# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-184-LCB |
| ) | |
| **STEVE MARSHALL**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Michael Shortnacy's Motion for Leave to File Under Seal. (Doc. 426), which seeks blanket permission to file under seal "all future filings related to the Court's Order to Show Cause (Doc. 406) so long as that order remains under seal." The motion (Doc. 426) is **GRANTED**. As long as the show-cause order remains under seal, Respondent Shortnacy may file all future filings relating to it under seal as well.

**DONE** and **ORDERED** this March 8, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

1