UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| Plaintiffs, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) Case No. 2:22-cv-184-LCB |
| Plaintiff-Intervenor, | ) *FILED UNDER SEAL* |
| v. | ) |
| STEVE MARSHALL, *et al.*, | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO SUBMIT ADDITIONAL EVIDENCE

Respondent Michael Shortnacy ("Shortnacy") adopts and incorporates No. 2 of the Motion for Leave to Submit Additional Evidence filed under seal by Respondents Melody H. Eagan and Jeffrey P. Doss and respectfully seeks leave to present expert testimony on the same topics as applied to Shortnacy. Shortnacy's prior declaration and testimony accurately represents his recollection of his limited role in the events and circumstances outlined in the Panel's Report of Inquiry.

Shortnacy reserves the right to amend this motion in the event the Court provides additional information as requested in the Joint Motion for Clarification and Objection to Order to Show Cause (doc. 423, filed under seal).

1

Respectfully submitted,

*[signature: Bruce F. Rogers]*

Bruce F. Rogers
Elizabeth N. Terenzi

BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
600 Luckie Drive, Suite 415
Birmingham, Alabama 35223
Telephone: (205) 879-1100
Facsimile: (205) 879-4300
Email: brogers@bainbridgemims.com
bterenzi@bainbridgemims.com

*Counsel for Michael Shortnacy*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

_____
OF COUNSEL