# Exhibit B

**From:** Carl Charles <CCharles@lambdalegal.org>
**Sent:** Tuesday, April 12, 2022 11:58 AM
**To:** James Esseks <JEsseks@aclu.org>; Li Nowlin-Sohl <lnowlin-sohl@aclu.org>
**Cc:** External - Robby Saldana <rsaldana@cooley.com>; Lynly Egyes <lynly@transgenderlawcenter.org>; Chase Strangio <cstrangio@aclu.org>; External - Valeria Pelet Del Toro <vpeletdeltoro@cooley.com>; z/WalkerExternalTeam <zWalkerExternalTeam@cooley.com>; SB184-AL <SB184-AL@aclu.org>; External - Elizabeth Reinhardt <ereinhardt@cooley.com>
**Subject:** RE: Walker v. Marshall
**Importance:** High

Hi Team,

I called Judge Thompson's chambers (334-954-3650 for records) and spoke with Ben Gunning (who I assume was a clerk but did not identify themself that way). I shared that we had filed complaint named Walker v. Marshall yesterday at around 3:07pm local time and had marked it as related to Corbitt v. Taylor and provided Ben with that case number for Corbitt. Ben asked what case number had been assigned to the complaint and I explained that we were still waiting on that because of the forthcoming Rule 5.2 motion. I said that we wanted to flag for Judge Thompson that there is a motion for TRO/PI to be filed this afternoon because we had been told that the complaint was being expedited and wanted to make sure Judge Thompson was aware of and had the opportunity to see the TRO/PI.

Ben repeated back everything I said to ensure they understood what I said and promised to pass along the information and also took down my phone number.

Thanks,

Carl

Carl S. Charles (he/him) cell 770-309-1733