# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

**BRIANNA BOE, et al.,**

2024 MAR -8 P 3: 27

     *Plaintiffs,*

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**and**

**UNITED STATES OF AMERICA,** } **Case No. 2:22-CV-184-LCB**

     *Plaintiff-Intervenor,* } **FILED UNDER SEAL**

**v.**

**STEVE MARSHALL, et al.,**

     *Defendants.*

## MOTION FOR LEAVE TO SUBMIT ADDITIONAL EVIDENCE

Respondent Scott McCoy requests leave to present additional evidence on the following topics in response to the Court's Order to Show Cause (Doc. 406).

1.    Mr. McCoy proposes to file the declaration attached hereto as **Exhibit A.**

2.    Mr. McCoy requests leave both to amend Exhibit A and to offer other additional evidence should he determine such is warranted or required based on evidence presented by other Respondents to the Panel or presented to this Court in response to the Order to Show Cause.

3.    It is Mr. McCoy's understanding that expert testimony from three or more experts will be offered into evidence by other Respondents and that details of

that proffered testimony, or a summary thereof, will be presented to the Court in motions filed on March 7 and March 8, 2024, by other Respondents. Mr. McCoy requests leave of this Court to adopt such portions of the expert testimony as may be applicable to his situation and to thereby present such testimony to the court on his own behalf.

4.      Mr. McCoy also requests leave to amend this motion should the Court provide additional information in response to the now pending Joint Motion for Clarification and Objection to Order to Show Cause (Doc. 423) to which he is one of the movants or should the Court otherwise provide additional information along the lines requested therein.

Respectfully Submitted,

Robert D. Segall (ASB-7354-E68R)
Shannon L. Holliday (ASB-5440-Y77S)
Copeland Franco Screws & Gill, P.A.
Post Office Box 347
Montgomery, AL  36101-0347
Phone: (334) 834-1180
Fax: (334) 834-3172
Email: segall@copelandfranco.com
Email: holliday@copelandfranco.com

## **CERTIFICATE OF SERVICE**

I certify that, on March 8, 2024, I filed the foregoing under seal with the Clerk of Court, and I will serve a copy on all counsel of record by email.

OF COUNSEL