IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al., | ) |
| Plaintiffs, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) Case No.: 2:22-cv-00184-LCB |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al., | ) |
| Defendants. | ) |

## RESPONDENT KATHLEEN HARTNETT'S JOINDER

Respondent Kathleen Hartnett joins in the following filings by other Respondents:

1. **Respondents Michael Shortnacy, Melody Eagan, Jeffrey Doss, Scott McCoy, and Asaf Orr's Joint Motion for Clarification and Objection to Order to Show Cause. (Doc. 423).**

2. **Respondents James Esseks, Carl Charles, and LaTisha Faulks's Objection to Order to Show Cause. (Doc. 425).**

1

3. **Respondents Melody Eagan and Jeffrey Doss's Motion to Receive Clarification of Order to Show Cause (Doc. 432) as follows:**

    a. Hartnett joins in this filing's legal discussion regarding Section II(b) of the Order to Show Cause and its request that each Respondent be provided notice of what aspects (if any) of their prior testimony should be addressed in briefing.

    b. Because it does not apply to her, Hartnett does not join the portion of the motion on pages 3 and 4 that discusses the specific conduct of Eagan and Doss.

Dated: March 12, 2024.

                                        */s/ Brannon J, Buck*
                                        Brannon J. Buck (ASB-5848-K56B)
                                        bbuck@badhambuck.com
                                        Christopher B. Driver (ASB-9178-G39B)
                                        cdriver@badhambuck.com
                                        BADHAM & BUCK, LLC
                                        2001 Park Place North, Ste. 500
                                        Birmingham, Alabama 35203
                                        (205) 521-0036 (Phone)
                                        (205) 521-0037 (Facsimile)
                                        *Counsel for Kathleen Hartnett*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the CM/ECF electronic filing system, electronic mail, and/or U.S. Mail on this the 12th day of March, 2024.

                                                  /s/ Brannon J. Buck
                                                  OF COUNSEL