# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BRIANNA BOE, et al.,<br><br>Plaintiffs,<br><br>And<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Hon. STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al.<br><br>Defendants. | CIVIL ACTION NO.<br>2:22-CV-000184-LCB-SRW |

## REQUEST TO ATTEND MARCH 19 HEARING TELEPHONICALLY

Counsel for Plaintiffs, Brent Ray, submits this request to attend the March 19, 2024 hearing telephonically. The undersigned has a previously scheduled in-person hearing in San Diego, California on March 19. He requests to attend telephonically the hearings on Eagle Forum of Alabama's and Alabama Citizen's Action Program's motions set for the same day. *See* Dkt. 408. Counsel for Defendants and third-party subpoena recipients do not oppose this request.

Dated: March 12, 2024                                   Respectfully submitted,

*/s/ Brent P. Ray*
Melody H. Eagan
Jeffrey P. Doss                                         Sarah Warbelow
Amie A. Value                                           Cynthia Weaver
LIGHTFOOT, FRANKLIN & WHITE LLC                         HUMAN RIGHTS CAMPAIGN
The Clark Building                                      FOUNDATION
400 20th Street North                                   1640 Rhode Island Ave., NW
Birmingham, AL 35203                                    Washington, DC 20036

1

| | |
|---|---|
| meagan@lightfootlaw.com<br>jdoss@lightfootlaw.com<br>avague@lightfootlaw.com | sarah.warbelow@hrc.org<br>cynthia.weaver@hrc.org |

meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

J. Andrew Pratt
Misty L. Peterson
Adam Reinke
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com

Brent P. Ray
Abigail Hoverman Terry
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
bray@kslaw.com
ahoverman@kslaw.com

Scott D. McCoy
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
scott.mccoy@splcenter.org

Diego A. Soto
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
diego.soto@splcenter.org

sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

Jennifer L. Levi
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
jlevi@glad.org

Jessica L. Stone
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
jessica.stone@splcenter.org

*Counsel for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed this document using the Court's CM-ECF system on March 12, 2024, which will serve all counsel of record.

*s/ Brent P. Ray*
Brent P. Ray