UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:22-cv-184-LCB |
| **STEVE MARSHALL**, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Brent Ray, counsel for the private Plaintiffs, has moved to appear telephonically at the hearing set for March 19, 2024. (Doc. 442). It has always been this Court's policy to hold hearings in person, especially on substantive matters like those the Court will address at this upcoming hearing, and this hearing is no exception. Even so, the private Plaintiffs have many skilled attorneys who are more than capable of arguing these issues on their clients' behalf; so while the Court **DENIES** Mr. Ray's Request to Attend March 19 Hearing Telephonically (Doc. 442), it will nevertheless excuse him from the hearing if he cannot appear in person.

In connection with that hearing, the private Plaintiffs filed a brief in opposition to non-party Eagle Forum of Alabama's motion to quash and motion for sanctions (Doc. 412) that appears to violate Federal Rule of Civil Procedure 11(a). Under that rule, "[e]very pleading, written motion, and other paper must be signed by at least

one attorney of record in the attorney's name," and courts "must strike an unsigned paper unless the omission is promptly corrected after being call to the attorney's . . . attention." FED. R. CIV. P. 11(a).

The private Plaintiffs' response appears to be an unsigned paper and therefore noncompliant with Rule 11(a). If the omission is not "promptly corrected," the Court must strike the filing. The private Plaintiffs have until **March 14, 2024, at 5:00 p.m.** to remedy this error.

**DONE** and **ORDERED** this March 13, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE