IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE, et al.,** | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| and | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) Case No. 2:22-CV-00184-LCB |
| | ) |
| *Plaintiff-Intervenor*, | ) |
| | ) |
| v. | ) |
| | ) |
| **STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al.,** | ) |
| | ) |
| *Defendants*. | |

## RESPONDENT SCOTT McCOY'S JOINDER

Respondent Scott McCoy joins in the following filings by other Respondents:

1. Respondents James Esseks, Carl Charles, and LaTisha Faulks' Objection to Order to Show Cause. (Doc. 425).

2. Respondents Melody Eagan and Jeffrey Doss' Motion to Receive Clarification of Order to Show Cause (Doc. 432) as follows:

McCoy joins in this filing's legal discussion regarding Section II(b) of the Order to Show Cause and its request that each Respondent be provided notice

of what aspects (if any) of their prior testimony should be addressed in briefing.

Respectfully submitted this 14th day of March, 2024.

                                               *s/ Robert D. Segall*
                                               Robert D. Segall  (ASB-7354-E68R)
                                               Shannon L. Holliday (ASB-5440-Y77S)
                                               Copeland Franco Screws & Gill, P.A.
                                             P. O. Box 347
                                             Montgomery, AL  36101-0347
                                             Phone:  (334) 834-1180
                                             Fax:  (334) 834-3172
                                             Email: segall@copelandfranco.com
                                             Email: holliday@copelandfranco.com

## CERTIFICATE OF SERVICE

     I certify that on March 14, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

                                               */s/ Robert D. Segall*
                                             Of Counsel