IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BRIANNA BOE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| and ) | |
| ) | Case No.: 2:22-cv-184-LCB |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| **STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW Robert D. Segall, a member in good standing with the Alabama State Bar and a member of good standing with the Bar of the United States District Court for the Middle District of Alabama, and respectfully requests the entry of an order *pro hac vice* admitting **Anthony P. Schoenberg** to practice in this case. In support of said motion, movant shows unto this Court the following:

1. Mr. Schoenberg is a member of the State Bar of California, and a Certificate of Good Standing from the United States District Court for the Northern District of California, is attached hereto as Exhibit A.

2. Mr. Schoenberg is appearing as co-counsel for Respondent Asaf Orr and is particularly qualified to handle the above-referenced case before this Honorable Court in association with us.

WHEREFORE, PREMISES CONSIDERED, movant respectfully requests this Honorable Court to grant **Anthony P. Schoenberg** a non-resident attorney, admission to practice in this particular case.

Respectfully submitted this 14th day of March, 2024.

| | |
|---|---|
| *s/ Robert D. Segall* | Anthony P. Schoenberg |
| Robert D. Segall | (*pro hac pending*) |
| Alabama Bar No. ASB-7354-e68r | California Bar No. 203714 |
| **COPELAND, FRANCO,** | John M. Ugai |
| **SCREWS & GILL, P.A.** | (*admitted pro hac vice*) |
| 444 South Perry Street | California Bar No. 318565 |
| Post Office Box 3473 | Katherine Balkoski |
| Montgomery, AL 36101-0347 | (*admitted pro hac vice*) |
| Phone: (334) 834-1180 | California Bar. No. 353366 |
| Fax: (334) 834-3172 | |
| Email: segall@copelandfranco.com | **FARELLA BRAUN + MARTEL LLP** |
| | One Bush Street, Suite 900 |
| | San Francisco, California 94104 |
| | Tel: : (415) 954-4400 |
| | Fax: (415) 954-4480 |
| | tschoenberg@fbm.com |
| | jugai@fbm.com |
| | kbalkoski@fbm.com |

*Counsel for Respondent Asaf Orr*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this case.

<i>s/ Robert D. Segall</i><br>
Of Counsel