EXHIBIT A



# United States District Court
## Northern District of California

# CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Anthony Paul Schoenberg

Bar Number 203714

was duly admitted to practice in this Court on February 15, 2000, and is in good standing as a member of the bar of this Court.

Signed on March 5, 2024 by

Mark B. Busby, Clerk of Court