IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BRIANNA BOE, et al., | } |
| *Plaintiffs*, | } |
| and | } |
| UNITED STATES OF AMERICA, | }   Case No. 2:22-CV-184-LCB |
| *Plaintiff-Intervenor*, | } |
| v. | } |
| STEVE MARSHALL, et al., | } |
| *Defendants*. | } |

## JOINDER BY RESPONDENTS JENNIFER LEVI AND SHANNON MINTER

Respondents Jennifer Levi and Shannon Minter hereby join in the following filings made by other Respondents: (1) Respondents James Esseks, Carl Charles, and LaTisha Faulks' Objection to Order to Show Cause (Doc. 425); and (2) the discussion regarding Section II(b) of the Court's February 21, 2024 Order set forth in Respondents Melody Eagan and Jeffrey Doss's Motion to Receive Clarification of Order to Show Cause (Doc. 432), in the following respects:

1. Respondents Levi and Minter join in and share the notice and due process concerns and objections expressed in these two filings with respect to the

Court's February 21, 2024 Order, though they are prepared to respond to that Order with briefing on March 22, 2024.

    2.    If the Court determines to clarify its Order with respect to any Respondent, Respondents Levi and Minter request similar relief and clarification as to them.

    Respectfully submitted this 14th day of March, 2024.

    */s/ Robert D. Segall*
Robert D. Segall
segall@copelandfranco.com
Shannon Holliday
holliday@copelandfranco.com
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
(334) 834-1180 (Phone)
(334) 834-3172 (Facsimile)

April A. Otterberg, *pro hac vice*
aotterberg@jenner.com
Adam G. Unikowsky, *pro hac vice*
aunikowsky@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350

*Counsel for Jennifer Levi and Shannon Minter*

**CERTIFICATE OF SERVICE**

 I certify that on March 14, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

               */s/   Robert D. Segall*