# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | Case No. 2:22-cv-184-LCB-CWB |
| *Plaintiffs*, | Honorable Liles C. Burke |
| and | |
| United States of America, | |
| *Plaintiff-Intervenor*, | |
| v. | |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | |
| *Defendants*. | |

## NOTICE OF APPEARANCE

Comes now the United States of America, by and through the Assistant Attorney General for Civil Rights and the United States Attorney for this District, and gives the Notice of Appearance of Trial Attorney James Fletcher, as counsel of record for Plaintiff-Intervenor United States in this case.

| | |
|---|---|
| Dated:  March 20, 2024 | Respectfully submitted, |
| JONATHAN S. ROSS<br>Acting United States Attorney<br>Middle District of Alabama | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| PRIM F. ESCALONA<br>United States Attorney<br>Northern District of Alabama | CHRISTINE STONEMAN<br>Chief, Federal Coordination and Compliance Section |
| JASON R. CHEEK<br>Chief, Civil Division | COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and Compliance Section |
| MARGARET L. MARSHALL<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 244-2104<br>Jason.Cheek@usdoj.gov<br>Margaret.Marshall@usdoj.gov | RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>MAX LEWIS MEYERS (MS Bar No. 106187)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 305-2222<br>Renee.Williams3@usdoj.gov<br>Kaitlin.Toyama@usdoj.gov<br>Max.Meyers@usdoj.gov |
| STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, AL 36101-0197<br>Tel.: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | AMIE S. MURPHY (NY Bar No. 4147401)<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 353-1285<br>Amie.Murphy2@usdoj.gov |

2

/s/ James V. Fletcher
JAMES V. FLETCHER (MD Bar No. 1412160273)
Trial Attorney
United States Department of Justice
Civil Rights Division
Disability Rights Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel. (202) 598-0083
James.Fletcher@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

*/s/James V. Fletcher*
Trial Attorney
Civil Rights Division
U.S. Department of Justice