UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 2:22-cv-184-LCB |
| | ) |
| STEVE MARSHALL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

On March 19, 2024, the Respondents moved in open court to extend their deadlines for filing show-cause briefs and identifying those portions of all other Respondents' briefs with which they agree or disagree. (Doc. 451). For good cause shown, the motion was granted, and the deadlines were each extended by two weeks. The Respondents' new deadlines are as follows:

The Respondents' deadline to file show-cause briefs is **April 5, 2024.**

The Respondents deadline to identify those portions of all other Respondents' briefs with which they agree or disagree is **April 19, 2024.**

**DONE** and **ORDERED** this March 21, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE