IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; *et al.*, <br><br> Defendants. | Case No. 2:22-cv-184-LCB-CWB <br><br> Honorable Liles C. Burke |

## MOTION TO WITHDRAW COUNSEL FOR THE UNITED STATES

Plaintiff-Intervenor United States of America hereby moves to withdraw Attorney Max Lewis Meyers as counsel of record in the above-captioned action. Max Meyers transferred to the Unites States Attorney's Office for the Southern District of Mississippi effective March 25, 2024 and will no longer work on this matter.

| | |
|---|---|
| Dated:  March 25, 2024 | Respectfully submitted, |

| | |
|---|---|
| JONATHAN S. ROSS<br>Acting United States Attorney<br>Middle District of Alabama | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| PRIM F. ESCALONA<br>United States Attorney<br>Northern District of Alabama | CHRISTINE STONEMAN<br>Chief, Federal Coordination and Compliance Section |
| JASON R. CHEEK<br>Chief, Civil Division<br>MARGARET L. MARSHALL<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 244-2104<br>Jason.Cheek@usdoj.gov<br>Margaret.Marshall@usdoj.gov | COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and Compliance Section<br><br>/s/Max Lewis Meyers<br>RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>MAX LEWIS MEYERS (MS Bar No. 106187)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 305-2222<br>Renee.Williams3@usdoj.gov<br>Kaitlin.Toyama@usdoj.gov<br>Max.Meyers@usdoj.gov |
| STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, AL 36101-0197<br>Tel.: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | AMIE S. MURPHY (NY Bar No. 4147401)<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue NW—4CON<br>Washington, DC 20530<br>Tel.: (202) 353-1285 |

Amie.Murphy2@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                          Respectfully submitted,

                                          */s/Max Lewis Meyers*
                                          Trial Attorney
                                          U.S. Department of Justice