# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al*,<br><br>    *Plaintiffs*,<br><br>and<br><br>UNITED STATES OF AMERICA,<br>    *Plaintiff-Intervenor,*<br><br>v.<br><br><br>STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al*.<br><br>    *Defendants*. | Civil Action No.:<br><br>2:22-cv-184-LCB-CWB |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW Melody H. Eagan, a member in good standing of the Alabama Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Abby Parsons as counsel for Plaintiffs in this action. The movant states the following:

1. Abby Parsons is an attorney of the law firm of King & Spalding LLP, 1100 Louisiana Street, Suite 4100, Houston, TX 77002.  Her telephone number is (713) 751-3294 and her email address is aparsons@kslaw.com.

1.

2. Ms. Parsons is of good character and reputation and is a member in good standing of the State Bars of Illinois (11/06/2008) and Texas (03/19/2015), the United States Federal Circuit Court of Appeals (6/28/2012), United States District Court for the Northern District of Illinois (2/7/2012), United States Court of the District of Colorado (6/22/2012); United States District Court for the Western District of Michigan (05/18/2015); United States District Court for the Southern District of Texas (6/2/2015); United States District Court for the Eastern District of Texas (7/10/2015), and United States District Court for the Western District of Texas (4/24/2020). She has never resigned; has never been reprimanded, suspended, placed on inactive status, or disbarred from the practice of law; and has no grievances pending against her. A copy of the certificate of good standing from the United States District Court for the Southern District of Texas is attached as Exhibit "A."

3. Ms. Parsons is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

4. The undersigned movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

5. As required by Local Rule 83.1(b), payment of $75.00 will be made and/or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Abby Parsons as counsel *pro hac vice* for Plaintiffs.

Dated: March 28, 2024

*/s/ Melody S. Eagan*
**Melody H. Eagan** (ASB-9780-D38M)
**Jeffrey P. Doss** (ASB-4212-R62D)
**Amie A. Vague** (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

**J. Andrew Pratt** (ASB-3507-J56P)
**Misty L. Peterson** (GA Bar No. 243715) (*pro hac vice*)
**Adam Reinke** (GA Bar No. 510426) (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
404.572.4600
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com

**Brent P. Ray** (IL Bar No. 6291911) (*pro hac vice*)
**Abigail Hoverman Terry** (IL Bar No. 6327057) (*pro hac vice*)

3.

KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
312.995.6333
bray@kslaw.com
aterry@kslaw.com

**Asaf Orr** (CA Bar No. 261650) (*pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
415.392.6257
aorr@nclrights.org

**Jennifer L. Levi** (MA Bar No. 562298) (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
617.426.1350
jlevi@glad.org

**Scott D. McCoy** (FL Bar No. 1004965) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
334.224.4309
scott.mccoy@splcenter.org

**Diego A. Soto** (AL Bar No. ASB-3626-Y61S)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
334.604.1414
diego.soto@splcenter.org

**Jessica L. Stone** (GA Bar No. 275567) (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER

150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
404.221.5837
jessica.stone@splcenter.org

**Cynthia Weaver** (NY Bar No. 5091848) (*pro hac vice*)
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
202.628.4160
cynthia.weaver@hrc.org

5.

## CERTIFICATE OF SERVICE

      I hereby certify that on this, the 28th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel. I hereby certify that I have served the foregoing via electronic mail and/or U.S. Mail to all non-ECF participants.

      /s/ *Melody S. Eagan*
      Of Counsel