# United States District Court
# Southern District of Texas

# Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Abby L. Parsons, Federal ID No 2618689

Admission date: June, 2, 2015

Dated March 28, 2024, at Houston, Texas.

*Nathan Ochsner*

Nathan Ochsner, Clerk of Court

By: Claire Cassady, Deputy Clerk

