IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BRIANNA BOE, et al., | } |
| *Plaintiffs*, | } |
| and | } |
| UNITED STATES OF AMERICA, | }   Case No. 2:22-CV-184-LCB |
| *Plaintiff-Intervenor*, | }   UNOPPOSED |
| v. | } |
| STEVE MARSHALL, et al., | } |
| *Defendants*. | } |

## UNOPPOSED MOTION TO RE-SEAL

Respondents Melody H. Eagan and Jeffrey P. Doss respectfully request that the Court re-seal certain information related to the proceedings in *In re Vague*, Case No. 2:22-MC-3977.

1. During testimony in the *Vague* proceeding, references were made to sensitive, non-party information.

2. The parties have been consulted, and no one opposes re-sealing that specific testimony and docketing a public-record version of testimony that redacts those references to sensitive, non-party information.

3. To minimize any further dissemination of this information, the undersigned is simultaneously submitting a letter for the Court's *in camera* review. That letter will be copied to all counsel of record, and it will specify the specific non-party information that Respondents propose should be re-sealed. The parties have been given these proposed redactions, and no one opposes this request.

1

                        Respectfully Submitted,

                        */s/ Harlan I. Prater, IV*
                        One of the Attorneys for
                        Melody H. Eagan and Jeffrey P. Doss

                        Dated: April 3, 2024

OF COUNSEL:
Samuel H. Franklin (asb-2822-f59s)
*sfranklin@lightfootlaw.com*
M. Christian King (asb-4874-k71m)
*cking@lightfootlaw.com*
Harlan I. Prater, IV (asb-7485-t62h)
*hprater@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700

## **CERTIFICATE OF SERVICE**

      I certify that, on <u>April 3, 2024</u>, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

                        */s/ Harlan I. Prater, IV*
                        OF COUNSEL