UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-184-LCB |
| | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Unopposed Motion to Re-Seal filed by Respondents Melody Eagan and Jeffrey Doss. (Doc. 462). According to the Respondents, some of the testimony from proceedings before the three-judge panel in the matter of *In re Vague*, Case No. 2:22-mc-3977, referred to sensitive information about a non-party. To protect that non-party's interests, Respondents move to reseal the transcript for the hearing in which that testimony was given and file a redacted version of the transcript for the public record. The motion is unopposed.

The Court **ORDERS** the following:

For good cause shown, Respondents' motion (Doc. 462) is **GRANTED**.

The Clerk of Court is **DIRECTED** to re-seal Document No. 78 in the matter of *In re Vague*, Case No. 2:22-mc-3977.

Respondents are **ORDERED** to file the redacted version of the transcript that they submitted *in camera* for the Court's review within 24 hours of this order's entry.

All parties to this action, those parties' attorneys, the respondents in the matter of *In re Vague*, and those respondents' attorneys are **ORDERED** not to share or otherwise disseminate the unredacted transcript with anyone who is not an attorney of record in this action.

**DONE** and **ORDERED** this April 3, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE