UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 2:22-cv-184-LCB |
| | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Respondents' deadlines to file show-cause briefs and identify those portions of all other Respondents' briefs with which they agree or disagree, currently set for April 12 and 26, 2024, are hereby suspended. These deadlines will be reset in the coming days.

**DONE** and **ORDERED** April 11, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE