UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-184-LCB |
| | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court are non-party Eagle Forum of Alabama's Motion to Quash Latest Document Subpoena and Motion for Sanctions (Doc. 402) and non-party Alabama Citizen's Action Program's Motion to Quash Subpoena and Motion for Sanctions (Doc. 407). After full briefing, the Court heard argument on these motions in open court on March 19, 2024. Private Plaintiffs agreed at the hearing to withdraw their subpoenas and resolve the matters of Eagle Forum of Alabama's attorneys' fees for $25,000 and of Alabama Citizens Action Program's for $5,000.

For the reasons stated on the record, the Court **ADOPTS** the Private Plaintiffs' agreement with non-parties Eagle Forum of Alabama and Alabama Citizen's Action Program and **GRANTS** both non-parties' motions (Docs. 402 & 407). Private Plaintiffs are therefore **ORDERED** to pay $25,000 to Eagle Forum of Alabama and

$5,000 to Alabama Citizen's Action Program by May 3, 2024, if they have not done so already.

**DONE** and **ORDERED** this April 15, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE