# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| UNITED STATES OF AMERICA, | ) |
| *Intervenor Plaintiff*, | ) |
| v. | ) Civil Action No. 2:22-cv-184-LCB |
| HON. STEVE MARSHALL, in his official capacity as Attorney General of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* OF PHILIP A. SECHLER

COMES NOW A. Barrett Bowdre, a member in good standing of the Alabama Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Philip A. Sechler as counsel for Defendants in this action. The movant states the following.

1. Philip A. Sechler is an attorney at Alliance Defending Freedom, 44180 Riverside Pkwy, Lansdowne VA 20176. His telephone number is (571) 707-4655 and his email address is psechler@ADFlegal.org.

2. Philip A. Sechler is of good character and reputation and is an active member in good standing of the State Bar of Virginia and District of Columbia. A

1

certificate of good standing from the United States District Court for the District of Columbia is attached to this motion.

3. Philip A. Sechler has never resigned; has never been reprimanded, suspended, or disbarred from the practice of law; and has no grievances pending against him.

4. Philip A. Sechler is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5. Movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

6. As required by Local Rule 83.1(b), payment of $75.00 will be made and/or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Philip A. Sechler as counsel *pro hac vice* for Defendants.

| | |
|---|---|
| Dated: April 16, 2024 | Respectfully submitted, |
| | Steve Marshall<br>  *Attorney General* |
| Christopher Mills (*pro hac vice*)<br>SPERO LAW LLC<br>557 East Bay Street, #22251<br>Charleston, SC 29413<br>(843) 606-0640<br>CMills@Spero.law | Edmund G. LaCour Jr. (ASB-9182-U81L)<br>  *Solicitor General*<br><br>s/ A. Barrett Bowdre<br>A. Barrett Bowdre (ASB-2087-K29V)<br>  *Principal Deputy Solicitor General* |
| David H. Thompson (*pro hac vice*)<br>Peter A. Patterson (*pro hac vice*)<br>Brian W. Barnes (*pro hac vice*)<br>John D. Ramer (*pro hac vice*)<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave., NW<br>Washington, D.C. 20036<br>(202) 220-9600<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>bbarnes@cooperkirk.com<br>jramer@cooperkirk.com | James W. Davis (ASB-4063-I58J)<br>  *Deputy Attorney General*<br><br>Benjamin M. Seiss (ASB-2110-O00W)<br>Charles A. McKay (ASB-7256-K18K)<br>  *Assistant Attorneys General*<br><br>OFFICE OF THE ATTORNEY GENERAL<br>STATE OF ALABAMA<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, Alabama 36130-0152<br>Telephone: (334) 242-7300<br>Facsimile: (334) 353-8400<br>Edmund.LaCour@AlabamaAG.gov<br>Barrett.Bowdre@AlabamaAG.gov<br>Jim.Davis@AlabamaAG.gov<br>Ben.Seiss@AlabamaAG.gov<br>Charles.McKay@AlabamaAG.gov |
| Roger G. Brooks (*pro hac vice*)<br>Henry W. Frampton, IV (*pro hac vice*)<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0200<br>rbrooks@adflegal.org<br>hframpton@adflegal.org | |
| | *Counsel for Defendants* |

3

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document on April 16, 2024, using the Court's CM/ECF system, which will serve all counsel of record.

s/ A. Barrett Bowdre
*Counsel for Defendants*
