# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*,<br><br>*Plaintiffs*,<br><br>and<br><br>UNITED STATES OF AMERICA<br><br>*Plaintiff-Intervenor*,<br><br>v.<br><br>STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *at al.*,<br><br>*Defendants*. | No. 2:22-cv-00184-LCB-CWB<br>Hon. Liles C. Burke |

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## <u>CHRISTOPHER F. STOLL</u>

COMES NOW Amie A. Vague, a member in good standing of the Alabama Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Christopher F. Stoll as counsel for Plaintiffs in this action. The movant states the following:

1.  Christopher F. Stoll is an attorney of the National Center for Lesbian Rights. His telephone number is (415) 365-1320 and his email address is CStoll@nclrights.org.

2.  Mr. Stoll is of good character and reputation and is a member in good standing of the State Bar of California (1995). He is also admitted to practice before the following courts and is a member in good standing in each of the listed courts: U.S. Supreme Court, admitted in 1995; U.S. District Court for Northern District of California, admitted in 1995; U.S. District Court for Southern District of California, admitted in 2006; U.S. District Court for Northern District of Florida, admitted in 2015; U.S. District Court for Colorado, admitted in 2022; U.S. Court of Appeals for the Second Circuit, admitted in 2006; U.S. Court of Appeals for the Third Circuit, admitted in 2013; U.S. Court of Appeals for the Eighth Circuit, admitted in 1996; U.S. Court of Appeals for the Ninth Circuit, admitted in 1996; U.S. Court of Appeals for the Tenth Circuit, admitted in 1999; U.S. Court of Appeals for the Eleventh

Circuit, admitted in 2003; and the U.S. Court of Appeals for the DC Circuit, admitted in 2017.

3. Mr. Stoll has never resigned; has never been reprimanded, suspended, placed on inactive status, or disbarred from the practice of law; and has no grievances pending against him. A copy of the certificate of good standing from the United States District Court for the Northern District of California is attached as Exhibit "A."

4. Mr. Stoll is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5. The undersigned movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

6. As required by Local Rule 83.1(b), payment of $75.00 will be made and/or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Christopher F. Stoll as counsel *pro hac vice* for Plaintiffs.

Dated: April 17, 2024

>	*/s/ Amie A. Vague*
>	Amie A. Vague (ASB-4113-Q46I)
>	Jeffrey P. Doss (ASB-4212-R62D)

2

Melody H. Eagan (ASB-9780-D38M)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

*Attorneys for Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe; Robert Moe, individually and on behalf of his minor daughter, April Moe; Heather Austin, Ph.D.; and Rachel Koe, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 17th day of April, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel. I hereby certify that I have served the foregoing via electronic mail and/or U.S. Mail to all non-ECF participants.

/s/ *Amie A. Vague*
Attorney

# EXHIBIT A

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Christopher Stoll

Bar Number 179046

was duly admitted to practice in this Court on December 7, 1995, and is in good standing as a member of the bar of this Court.

Signed on April 17, 2024 by

Mark B. Busby, Clerk of Court

