# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*, *Plaintiffs*, and UNITED STATES OF AMERICA *Plaintiff-Intervenor,* v. STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *at al.*, *Defendants*. | No. 2:22-cv-00184-LCB-CWB Hon. Liles C. Burke |

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## AMY WHELAN

COMES NOW Amie A. Vague, a member in good standing of the Alabama Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Amy Whelan as counsel for Plaintiffs in this action. The movant states the following:

1. Amy Whelan is an attorney of the National Center for Lesbian Rights. Her telephone number is (415) 365-1388 and her email address is AWhelan@nclrights.org.

2. Ms. Whelan is of good character and reputation and is a member in good standing of the State Bar of California (2001). She is also admitted to practice before the following courts and is a member in good standing in each of the listed courts: U.S. Supreme Court, admitted in 2010; U.S. District Court for Eastern District of California, admitted in 2001; U.S. District Court for Northern District of California, admitted in 2001; U.S. District Court for Central District of California, admitted in 2009; U.S. District Court for Southern District of California, admitted in 2016; U.S. Court of Appeals for the Third Circuit, admitted in 2013; U.S. Court of Appeals for the Sixth Circuit, admitted in 2014; U.S. Court of Appeals for the Eighth Circuit, admitted in 2019; and U.S. Court of Appeals for the Ninth Circuit, admitted in 2001.

3. Ms. Whelan has never resigned; has never been reprimanded, suspended, placed on inactive status, or disbarred from the practice of law; and has no grievances pending against her. A copy of the certificate of good standing from the United States District Court for the Northern District of California is attached as Exhibit "A."

4. Ms. Whelan is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5. The undersigned movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

6. As required by Local Rule 83.1(b), payment of $75.00 will be made and/or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Amy Whelan as counsel *pro hac vice* for Plaintiffs.

Dated: April 17, 2024

                          */s/ Amie A. Vague*
                          Amie A. Vague (ASB-4113-Q46I)
                          Jeffrey P. Doss (ASB-4212-R62D)
                          Melody H. Eagan (ASB-9780-D38M)
                          LIGHTFOOT, FRANKLIN & WHITE LLC
                          The Clark Building
                          400 20th Street North

Birmingham, AL 35203
205.581.0700
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

*Attorneys for Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Kathy Noe, individually and on behalf of her minor son, Christopher Noe; Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe; Robert Moe, individually and on behalf of his minor daughter, April Moe; Heather Austin, Ph.D.; and Rachel Koe, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 17th day of April, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel. I hereby certify that I have served the foregoing via electronic mail and/or U.S. Mail to all non-ECF participants.

/s/ *Amie A. Vague*
Attorney

# EXHIBIT A

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Amy Whelan

Bar Number 215675

was duly admitted to practice in this Court on December 3, 2001, and is in good standing as a member of the bar of this Court.



Signed on April 17, 2024 by

*Mark B. Busby*

Mark B. Busby, Clerk of Court