# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| UNITED STATES OF AMERICA, | ) |
| *Intervenor Plaintiff*, | ) |
| v. | ) Civil Action No. 2:22-cv-184-LCB |
| HON. STEVE MARSHALL,<br>in his official capacity as<br>Attorney General of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1, undersigned counsel Vernadette R. Broyles hereby applies to this Court for leave to appear *pro hac vice* in the above-styled case on behalf of witnesses Zoe Hawes and Avery Davis, and says:

1. Ms. Broyles practices with the Child & Parental Rights Campaign, Inc., 5805 State Bridge Road, Suite 310 Johns Creek, GA 30097, Telephone (770) 448-4525.

2. Ms. Broyles is a member in good standing of the Bar of the State of Georgia and is admitted to practice before the United States District Court for the district in which the undersigned counsel resides, namely the United States District Court for the Northern District of Georgia. Ms. Broyles is also admitted to practice

before the Supreme Court of the United States, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Eleventh Circuit, and the United States District Courts for the Northern District of Florida (pro hac vice), the Middle District of Florida (pro hac vice), the District of Massachusetts (pro hac vice), the Western District of Virginia (pro hac vice), and the District of Wyoming (pro hac vice).

3. Ms. Broyles provides in support of this application a Certificate of Good Standing for the United States District Court for the Northern District of Georgia.

4. Ms. Broyles has never resigned; has never been reprimanded, suspended, or disbarred from the practice of law.

5. Ms. Broyles is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

6. As required by Local Rule 83.1(b), payment of $100 will be made and/or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

Based upon the foregoing, the undersigned hereby moves this Court to enter an order granting her leave to appear *pro hac vice* in the above-styled case, and such further relief as the Court deems just and proper.

Dated: April 19, 2024.

/s/ *Vernadette R. Broyles*
Vernadette R. Broyles (GA Bar No. 593026)
CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document on April 19, 2024, using the Court's CM/ECF system, which will serve all counsel of record.

/s/  *Vernadette R. Broyles*
*Counsel for Zoe Hawes and Avery Davis*
