

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA      }
                                    } ss.

NORTHERN DISTRICT OF GEORGIA      }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

DO HEREBY CERTIFY that **VERNADETTE RAMIREZ BROYLES**, State Bar No. 593026, was duly admitted to practice in said Court on November 20, 1995, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 19th day of April, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Stephanie Wilson-Bynum
Deputy Clerk

