# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES OF AMERICA ) | Civil Action No.: 2:22-cv-184-LCB |
| ) | |
| *Plaintiff-Intervenor,* ) | |
| v. ) | |
| ) | |
| STEVE MARSHALL, in his official ) | |
| capacity as Attorney General of the ) | |
| State of Alabama, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## NOTICE OF APPEARANCE

Comes now, Dylan L. Mauldin, a member of the Bar of this Court, and enters his notice of appearance as counsel for Defendants. The Clerk and all parties are requested to provide copies of all subsequent pleadings, orders, motions, or other filings to the undersigned.

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/ Dylan L. Mauldin
Dylan L. Mauldin (3281Z11M)
  *Assistant Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: 334.242.7300
Facsimile:  334.353.8400
Dylan.Mauldin@AlabamaAG.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Dylan L. Mauldin
*Counsel for Defendants*
