## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **BRIANNA BOE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | **Case No.: 2:22-cv-00184-LCB** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff-Intervenor,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **STEVE MARSHALL, in his official** | ) | |
| **capacity as Attorney General of the** | ) | |
| **State of Alabama, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## NOTICE OF SCHEDULING CONFLICT AND
## MOTION TO RESET HEARING

The undersigned counsel and Respondent Kathleen Hartnett, with the consent of all other Responding Attorneys and their counsel, hereby give notice of an irreconcilable scheduling conflict with the June 27-28 hearing dates set in this proceeding and respectfully move to have the hearing reset to different dates.

The undersigned counsel for Ms. Hartnett, Brannon Buck, is currently serving as President of the Alabama State Bar. Under Alabama Code § 34-3-16, the Alabama State Bar is required to conduct an annual meeting. The state bar's annual meeting

1

this year is scheduled for June 26-29. As president, Mr. Buck is a principal organizer of the meeting and has multiple speaking obligations each day. In addition, the Board of Bar Commissioners meets twice over the course of the conference, and Mr. Buck must preside over those board meetings. Rescheduling the annual meeting is not possible as it involves a longstanding contract for convention space and hotel rooms, dozens of speakers, and over 400 Alabama lawyers who register to attend.

Counsel for the Responding Attorneys have conferred about this conflict, and the other Responding Attorneys consent to this motion. The undersigned recognizes the challenge of scheduling a two-day hearing with the number of people involved in these proceedings and appreciates the Court's consideration of this request.[1]

Dated: May 6, 2024.

 */s/ Brannon J, Buck*
Brannon J. Buck (ASB-5848-K56B)
bbuck@badhambuck.com
Christopher B. Driver (ASB-9178-G39B)
cdriver@badhambuck.com
BADHAM & BUCK, LLC
2001 Park Place North, Ste. 500
Birmingham, Alabama 35203
(205) 521-0036 (Phone)
(205) 521-0037 (Facsimile)
*Counsel for Kathleen Hartnett*

---

[1] In addition to the state bar annual meeting conflict, the undersigned has been made aware of trial and travel conflicts involving Responding Attorneys or their counsel from June 24 through July 19 and August 12 through August 23.  There may be other conflicts of which the undersigned has not been made aware during the months of June through August.

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the CM/ECF electronic filing system, electronic mail, and/or U.S. Mail on this the 6th  day of May, 2024.


                       */s/  Brannon J. Buck*
                       OF COUNSEL