# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| Plaintiffs, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | )   Case No. 2:22-cv-184-LCB |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| STEVE MARSHALL, *et al.*, | ) |
| Defendants. | ) |

## SUPPLEMENT TO NOTICE OF SCHEDULING CONFLICT

COMES NOW Respondent Michael Shortnacy ("Shortnacy"), by and through his undersigned counsel, and respectfully supplements the Notice of Scheduling Conflict and Motion to Reset Hearing filed by Respondent Kathleen Hartnett (doc. 490). Respondent Hartnett notes that certain Respondents and their counsel have various trial and travel conflicts from June 24 through July 19 and August 12 through August 23. To provide the Court additional context with respect to Shortnacy, he has a pre-paid, overseas family vacation scheduled from June 26 through July 12. The undersigned counsel, Bruce Rogers, will also be travelling overseas from July 7 through July 16. Shortnacy appreciates the Court's consideration of this family-based conflict in conjunction with Respondent Harnett's Notice.  Shortnacy is also

mindful of the difficulty the Court may face in accommodating schedules of many parties, and appreciates the prior efforts the Court has undertaken to do so. To this end, the undersigned counsel has not been made aware of other potential irresolvable scheduling conflicts outside those listed in Respondent Hartnett's Notice.

    Respectfully submitted,

    */s/ Bruce F. Rogers*
    Bruce F. Rogers
    Elizabeth N. Terenzi

    BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
    600 Luckie Drive, Suite 415
    Birmingham, Alabama 35223
    Telephone:  (205) 879-1100
    Facsimile:  (205) 879-4300
    Email:    brogers@bainbridgemims.com
           bterenzi@bainbridgemims.com

    *Counsel for Michael Shortnacy*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

                                     */s/ Bruce F. Rogers*
                                     OF COUNSEL