# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 2:22-cv-184-LCB |
| | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

Private Plaintiffs have moved to stay the dispositive motion deadline and all trial-related deadlines set by the Court's Seventh Amended Scheduling Order. (Doc. 489). Since Defendants' response deadline would come only three days before the first deadline they wish to stay, Private Plaintiffs have also asked the Court expedite the briefing schedule on their motion. *Id.*

While reserving a final ruling on Private Plaintiffs' request, the Court will provisionally stay the deadline to file dispositive motions and all trial-related deadlines by two weeks. The trial date remains unchanged. The Court will hear argument on the propriety of a longer stay at the May 23 hearing. Any further briefs the parties wish the Court to consider must be filed **by May 18, 2024**.

**DONE** and **ORDERED** this May 8, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE