# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al., | } |
| *Plaintiffs*, | } |
| and | } |
| UNITED STATES OF AMERICA, | }   Case No. 2:22-CV-184-LCB |
| *Plaintiff-Intervenor*, | } |
| v. | } |
| STEVE MARSHALL, et al., | } |
| *Defendants*. | } |

## MELODY H. EAGAN'S AND JEFFREY P. DOSS'S
## NOTICE OF FILING SUPPLEMENTAL DECLARATIONS

Respondents Melody H. Eagan and Jeffrey P. Doss provide the following in response to the Court's Supplemental Order to Show Cause:

- Supplemental Declaration of Melody H. Eagan
- Supplemental Declaration of Jeffrey P. Doss

           Respectfully Submitted,

Dated: May 8, 2024

*/s/ Harlan I. Prater, IV*
One of the Attorneys for
Melody H. Eagan and Jeffrey P. Doss

OF COUNSEL:
Samuel H. Franklin
*sfranklin@lightfootlaw.com*
M. Christian King
*cking@lightfootlaw.com*
Harlan I. Prater, IV
*hprater@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700

## Certificate of Service

    I certify that, on <u>May 8, 2024</u>, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

                                                */s/ Harlan I. Prater, IV*
                                                OF COUNSEL