IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE, et al.,** | } |
| *Plaintiffs*, | } |
| and | } |
| **UNITED STATES OF AMERICA,** | } Case No. 2:22-CV-184-LCB |
| *Plaintiff-Intervenor*, | } |
| v. | } |
| **STEVE MARSHALL, et al.,** | } |
| *Defendants*. | } |

## MELODY H. EAGAN'S AND JEFFREY P. DOSS'S
## JOINDER IN OBJECTION TO SUPPLEMENTAL ORDERS TO SHOW CAUSE

Respondents Melody H. Eagan and Jeffrey P. Doss ("these Respondents") join and adopt the Objection to Supplemental Orders to Show Cause ("the Objection") (Doc. 493), filed on May 8, 2024. As detailed in the Objection, the panel's inquiry did not comply with the requirements of due process: (i) the panel gathered evidence without an order to show cause, (Doc. 493 at 4-8); (ii) the panel's initial order did not contain adequate notice, *id.* at 8-15; (iii) the panel obtained evidence from participants after preventing their attorneys from being present, *id.* at 16-20; (iv) the panel sequestered the inquiry's participants, including these Respondents, which deprived the participants of a meaningful opportunity to participate in the proceeding, *id.* at 20-23; and (v) the panel did not provide the inquiry's participants, including these Respondents, with an opportunity to respond to the evidence gathered, *id.* at 23-24.

Considering these errors, these Respondents object to the Court's consideration of the conclusions reached by the panel and expressed in its Final Report of Inquiry. In addition, although

the Court may consider Ms. Eagan's testimony against Ms. Eagan or Mr. Doss's testimony against Mr. Doss, these Respondents object to the Court's reliance on the testimony of others, obtained through the panel's inquiry, against them for purposes of supporting any sanction levied.

    Respectfully Submitted,

Dated: May 8, 2024

/s/ Harlan I. Prater, IV
One of the Attorneys for
Melody H. Eagan and Jeffrey P. Doss

OF COUNSEL:
Samuel H. Franklin
*sfranklin@lightfootlaw.com*
M. Christian King
*cking@lightfootlaw.com*
Harlan I. Prater, IV
*hprater@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700

## Certificate of Service

I certify that, on May 8, 2024, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

/s/ Harlan I. Prater, IV
OF COUNSEL