UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>and )<br>)<br>United States of America, )<br>)<br>*Plaintiff-Intervenor*, )<br>)<br>v. )<br>)<br>Hon. Steve Marshall, in his official )<br>capacity as Attorney General of the )<br>State of Alabama, *et al.*, )<br>)<br>*Defendants*. ) | No. 2:22-cv-00184-LCB-CWB |

### MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES

Pursuant to Middle District of Alabama Local Rule 83.1(f), Plaintiff-Intervenor United States of America moves to withdraw Amie Murphy as counsel of record in this action. Ms. Murphy has accepted a new position in the U.S. Department of Justice effective May 6, 2024 and will no longer be working on this litigation.

| | |
|---|---|
| Dated: May 8, 2024 | Respectfully submitted, |
| SANDRA J. STEWART<br>United States Attorney<br>Middle District of Alabama | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| PRIM F. ESCALONA<br>United States Attorney<br>Northern District of Alabama | CHRISTINE STONEMAN<br>Chief, Federal Coordination and Compliance Section |
| JASON R. CHEEK<br>Chief, Civil Division | COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and Compliance Section |
| MARGARET L. MARSHALL<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 244-2104<br>Margaret.Marshall@usdoj.gov | RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 305-2222<br>Renee.Williams3@usdoj.gov<br>Kaitlin.Toyama@usdoj.gov |
| STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, AL 36101-0197<br>Tel.: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | /s/ Amie S. Murphy<br>AMIE S. MURPHY (NY Bar No. 4147401)<br>Deputy Chief<br>United States Department of Justice<br>Civil Rights Division<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 353-1285<br>Amie.Murphy2@usdoj.gov |
| | JAMES V. FLETCHER (MD Bar No. 1412160273)<br>Trial Attorney |

United States Department of Justice
Civil Rights Division
Disability Rights Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530 Tel. (202) 598-0083
James.Fletcher@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

/s/ Amie S. Murphy
Deputy Chief
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice