IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al., | ) |
| *Plaintiffs*, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) Case No. 2:22-CV-00184-LCB |
| *Plaintiff-Intervenor*, | ) |
| v. | ) |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al., | ) |
| *Defendants*. | ) |

### SUBMISSION OF RESPONDENT SCOTT D. McCOY IN RESPONSE TO MAY 1, 2024, SHOW CAUSE ORDER, DOC 487

Comes now Respondent Scott D. McCoy and in response to this Honorable Court's Show Cause Order of May 1, 2024, Doc. 487, submits the following:

1. Supplemental Declaration of Scott D. McCoy, dated May 8, 2024. The said Supplemental Declaration, which is attached hereto as Exhibit "A", supplements Respondent McCoy's Declaration filed with the Court on March 8, 2024, Doc. 438-1, provided in response to the Court's February 21, 2024 Order to Show Cause, Doc. 406.

2. Respondent McCoy's Joinder in motions and objections filed by other Respondents, attached hereto as Exhibit "B".

Respectfully submitted this 8th day of May, 2024.

*s/ Robert D. Segall*
Robert D. Segall (ASB-7354-E68R)
Shannon L. Holliday (ASB-5440-Y77S)
Copeland Franco Screws & Gill, P.A.
P. O. Box 347
Montgomery, AL  36101-0347
Phone:  (334) 834-1180
Fax:  (334) 834-3172
Email: segall@copelandfranco.com
Email: holliday@copelandfranco.com

**Attorneys for Respondent Scott D. McCoy**

## CERTIFICATE OF SERVICE

I certify that on May 8, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

/s/ *Robert D. Segall*
Of Counsel