# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE, et al.,** | ) |
| *Plaintiffs*, | ) |
| and | ) |
| **UNITED STATES OF AMERICA,** | ) Case No. 2:22-CV-00184-LCB |
| *Plaintiff-Intervenor*, | ) |
| v. | ) |
| **STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al.,** | ) |
| *Defendants*. | ) |

## RESPONDENT SCOTT D. McCOY'S JOINDER

Respondent Scott D. McCoy joins in, and adopts by reference, the following filings by other Respondents:

1. To the extent applicable to him, Respondent McCoy joins in Objection to Supplemental Orders to Show Cause by James Esseks, Carl Charles, and LaTisha Faulks filed on May 8, 2024. (Doc. 493).

2. Respondents' (Melody H. Eagan and Jeffrey P. Doss) Motion to Alter or Amend Order (dated March 18, 2024, Doc. 449 at 3) or, in the Alternative, Offer of Proof, filed on May 8, 2024 (Doc. 496). In its order of March 18, 2024, the Court denied the admission into evidence of the expert testimony of Gregory P. Joseph. (Doc. 449). To the extent that the Court may permit the admission into evidence of such expert testimony or other expert testimony, Respondent McCoy adopts and offers into evidence all such expert testimony in response to this Court's Show Cause

Order dated May 1, 2024, and addressed to Respondent McCoy (Doc. 487).  To the extent that the Court declines to alter or amend its order of March 18, 2024, Respondent McCoy joins in the Offer of Proof made by Respondents Eagan and Doss.

3. Respondent Kathleen Harnett is expected to file on May 8, 2024 or thereafter, a Motion to Alter or Amend the Order of this Court entered on March 18, 2024 (Doc. 449 at 3).  In its order of March 18, 2024, the Court denied the admission into evidence of the expert testimony of Clark Cunningham.  To the extent that the Court may permit the admission into evidence of such expert testimony or other expert testimony, Respondent McCoy adopts and offers into evidence all such expert testimony in response to this Court's Show Cause Order dated May 1, 2024, and addressed to Respondent McCoy (Doc. 487).  To the extent that the Court declines to alter or amend its order of March 18, 2024, Respondent McCoy joins in any Offer of Proof to be made by Respondent Hartnett.

Respectfully submitted this 8th day of May, 2024.

*s/ Robert D. Segall*
Robert D. Segall (ASB-7354-E68R)
Shannon L. Holliday (ASB-5440-Y77S)
Copeland Franco Screws & Gill, P.A.
P. O. Box 347
Montgomery, AL  36101-0347
Phone:  (334) 834-1180
Fax:  (334) 834-3172
Email: segall@copelandfranco.com
Email: holliday@copelandfranco.com
**Attorneys for Respondent Scott D. McCoy**

## CERTIFICATE OF SERVICE

I certify that on May 8, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

/s/ *Robert D. Segall*
Of Counsel