# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BRIANNA BOE, et al.,**  )<br>)<br>)<br>**Plaintiffs,**  )<br>)<br>**and**  )<br>)<br>)<br>**UNITED STATES OF AMERICA,**  )<br>)<br>**Plaintiff-Intervenor,**  )<br>)<br>**v.**  )<br>)<br>)<br>**STEVE MARSHALL, in his official**  )<br>**capacity as Attorney General of the**  )<br>**State of Alabama, et al.,**  )<br>)<br>**Defendants.** | **Case No.: 2:22-cv-184-LCB** |

## RESPONDENT ASAF ORR's JOINDER

Respondent Asaf Orr joins in and adopts by reference the following filings by other Respondents:

1. Respondents Melody Eagan and Jeffrey Doss's Motion to Alter or Amend Order or, in the Alternative, Offer of Proof (ECF No. 496). In its order of March 18, 2024, the Court declined to admit the expert testimony of Gregory P. Joseph into evidence. (ECF No. 449). To the extent that the Court may admit such expert testimony or other expert testimony, Respondent Orr adopts and offers into

evidence all such expert testimony in response to this Court's Supplement Order to Show Cause dated May 1, 2024, addressed to Respondent Orr ("Supplemental Order") (ECF No. 482). To the extent that the Court declines to alter or amend its order of March 18, 2024, Respondent Orr joins in the Offer of Proof made by Respondents Eagan and Doss.

2. Respondent Kathleen Harnett is expected to file on May 8, 2024 or thereafter, a Motion to Alter or Amend the Order of this Court entered on March 18, 2024. In its order of March 18, 2024, the Court declined to admit the expert testimony of Clark Cunningham into evidence. (ECF No. 449). To the extent that the Court admits such expert testimony or other expert testimony, Respondent Orr adopts and offers into evidence all such expert testimony in response to this Court's Supplemental Order (ECF No. 482). To the extent that the Court declines to alter or amend its order of March 18, 2024, Respondent Orr joins in the Offer of Proof made by Respondent Hartnett.

3. Respondents James Esseks, Carl Charles, and LaTisha Faulks's Motion to Alter or Amend Order on Submission of Expert Evidence (ECF No. 498). To the extent that the Court admits such expert testimony or other expert testimony, Respondent Orr adopts and offers into evidence such expert testimony to the extent applicable to him in response to this Court's Supplemental Order (ECF No. 482).

4. To the extent applicable to him, Respondent Orr joins in the Objection to Supplemental Orders to Show Cause by James Esseks, Carl Charles, and LaTisha Faulks, filed on May 8, 2024.  (ECF No. 493).

Respectfully submitted this 8th day of May, 2024,

    */s/ John M. Ugai*
John M. Ugai (CA Bar No. 318565)
(*admitted pro hac vice*)
Anthony P. Schoenberg (CA Bar No. 203714)
(*admitted pro hac vice*)
Katherine Balkoski (CA Bar. No. 353366)
(*admitted pro hac vice*)
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Phone:  (415) 954-4400
Fax:  (415) 954-4480
Email:  tschoenberg@fbm.com
Email:  jugai@fbm.com
Email:  kbalkoski@fbm.com

Robert D. Segall (ASB-7354-E68R)
Shannon L. Holliday (ASB-5440-Y77S)
COPELAND FRANCO SCREWS & GILL, P.A.
Post Office Box 347
Montgomery, AL  36101-0347
Phone:  (334) 834-1180
Fax:  (334) 834-3172
Email:  segall@copelandfranco.com
Email:  holliday@copelandfranco.com

*Counsel for Respondent Asaf Orr*

## CERTIFICATE OF SERVICE

I certify that, on May 8, 2024, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

*/s/ John M. Ugai*