# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **BRIANNA BOE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | **Case No.: 2:22-cv-00184-LCB** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff-Intervenor,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **STEVE MARSHALL, in his official** | ) | |
| **capacity as Attorney General of the** | ) | |
| **State of Alabama, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## NOTICE OF FILING SUPPLEMENTAL DECLARATION
## OF KATHLEEN HARTNETT

Respondent Kathleen Hartnett hereby gives notice of the filing of her Supplemental Declaration in accordance with the Court's March 18, 2024 Order (Doc. 449).  Hartnett's Supplemental Declaration is attached hereto as Exhibit A.

Dated: May 8, 2024

1

*/s/ Brannon J, Buck*
Brannon J. Buck (ASB-5848-K56B)
bbuck@badhambuck.com
Christopher B. Driver (ASB-9178-G39B)
cdriver@badhambuck.com
BADHAM & BUCK, LLC
2001 Park Place North, Ste. 500
Birmingham, Alabama 35203
(205) 521-0036 (Phone)
(205) 521-0037 (Facsimile)

*Counsel for Kathleen Hartnett*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the CM/ECF electronic filing system, electronic mail, and/or U.S. Mail on this the 8th day of May, 2024.

*/s/  Brannon J. Buck*
OF COUNSEL

2