IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al., | } |
| *Plaintiffs*, | } |
| and | } |
| UNITED STATES OF AMERICA, | }   Case No. 2:22-CV-184-LCB |
| *Plaintiff-Intervenor*, | } |
| v. | } |
| STEVE MARSHALL, et al., | } |
| *Defendants*. | } |

### JOINDER BY RESPONDENTS JENNIFER LEVI AND SHANNON MINTER

Respondents Jennifer Levi and Shannon Minter respectfully join in, and adopt by reference, the Motion to Alter or Amend Order or, in the Alternative, Offer of Proof, which was filed by Respondents Melody H. Eagan and Jeffrey P. Doss on May 8, 2024 at Doc. 496. In its order of March 18, 2024, the Court denied the admission into evidence of the expert testimony of Gregory P. Joseph. (Doc. 449). To the extent that the Court may permit the admission into evidence of such expert testimony, Respondents Levi and Minter adopt and offer into evidence such expert testimony in response to this Court's original February 21, 2024 show cause order (Doc. 406) and the show cause orders dated May 1, 2024 and addressed to each of

them (Docs. 485 and 488). To the extent that the Court declines to alter or amend its order of March 18, 2024, Respondents Levi and Minter join in the Offer of Proof made by Respondents Eagan and Doss.

Respectfully submitted this 8th day of May, 2024.

/s/   April A. Otterberg
April A. Otterberg, *pro hac vice*
aotterberg@jenner.com
Adam G. Unikowsky, *pro hac vice*
aunikowsky@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350

Robert D. Segall
segall@copelandfranco.com
Shannon Holliday
holliday@copelandfranco.com
COPELAND, FRANCO, SCREWS
& GILL, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
(334) 834-1180 (Phone)
(334) 834-3172 (Facsimile)

*Counsel for Jennifer Levi and Shannon Minter*

## CERTIFICATE OF SERVICE

      I certify that on May 8, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

                                                      */s/   April A. Otterberg*