# APPENDIX A
## Examples of Local Rules

- U.S. District Courts for the Eastern and Western Districts of Arkansas:

    (c) Voluntary Nonsuits. *When the plaintiff takes a voluntary nonsuit in a case and subsequently refiles that same case, the Clerk will assign it to the judge who handled it at the time of the entry of the nonsuit order.* To assist the Court and the Clerk's office in carrying out the provision of this rule, the refiled complaint shall contain a brief paragraph identifying, by style and case number, the former proceeding in which the voluntary nonsuit was entered and the name of the judge handling the case at the time of the entry of said voluntary nonsuit order.

    Local Rule 40.1 (emphasis added).

- U.S. District Court for the Southern District of Ohio:

    Assignment of Previously Dismissed Action. *If an action is filed or removed to this Court and subsequently discontinued, dismissed without prejudice, or remanded to a state court and is then subsequently refiled or removed, the new case shall be assigned or transferred to the same District Judge and Magistrate Judge who were assigned the initial case.* Counsel or a pro se party shall be responsible for bringing to the attention of the Court by notation on the civil cover sheet or otherwise any relationship between a new case and an earlier one. The Chief District Judge has authority, pursuant to 28 U.S.C. § 137, to approve such exceptions to this assignment policy as are in the interests of justice.

    Local Rule 41.1 (emphasis added).

- U.S. District Court for the District of New Jersey:

    Related Cases. When a civil action, whether filed by counsel or a pro se party: . . . (2) grows out of the same transaction as any case . . . previously pending in this Court. . . ., counsel or the pro se party shall at the time of filing the action inform the Clerk of such fact. *Whenever possible, such action shall be assigned to the same Judge to whom the pending or previously related action is or was assigned.*

    Local Rule 40.1(c) (emphasis added).

- U.S. District Court for the Central District of California:

L.R. 83-1.2.1.  Improper Refiling of Actions.  *It is not permissible to dismiss and thereafter refile an action for the purpose of obtaining a different judge.*

L.R. 83-1.2.2.  Duty on Refiling of Actions.  *Whenever an action is dismissed by a party or by the Court before judgment and thereafter the same or essentially the same claims, involving the same or essentially the same parties, are alleged in another action, the later-filed action shall be assigned to the judge to whom the first-filed action was assigned.* It shall be the duty of every attorney in any such later-filed action to bring those facts to the attention of the Court in the Civil Cover Sheet and by the filing of a Notice of Related Case(s) pursuant to L.R. 83-1.3.

Local Rules 83-1.2.1, -1.2.2 (emphasis added).

- U.S. District Court for the District of Rhode Island:

Re-filed Cases. A civil or criminal case that appears to involve substantially the same parties and issues as a case or proceeding that previously was brought in this Court and dismissed or otherwise terminated shall be provisionally assigned to the judge who originally was assigned the prior case or proceeding, or *if already assigned, shall be transferred to the judge who originally was assigned the prior case or proceeding.*

Local Rule 105(a)(3).

- U.S. District Court for the Southern District of New York:

(b) Assignment by the Clerk by Lot. . . *An action, case, or proceeding may not be dismissed and thereafter refiled for the purpose of obtaining a different judge.* If an action, case, or proceeding, or one essentially the same, is dismissed and refiled in this court, or removed or transferred to this court, *it shall be assigned to the same judge.* It is the duty of every attorney appearing to bring the facts of the refiling to the attention of the clerk.

Local Rule 4 (emphasis added).

2