**APPENDIX B**
**"Zero Percent Chance" Testimony**

- **Asaf Orr.** Mr. Orr did not recall Ms. Eagan saying "zero percent chance" but, like Ms. Eagan, he did not deny that concerns regarding this Court were voiced during the Friday Call:

> JUDGE PROCTOR: *Well, someone else who was on that call told us in this very courtroom that Eagan reported to the team on that very call that there was a zero percent chance of success on a motion for TRO or preliminary injunction in front of Burke. Are you telling us that you don't recall any such statement being made?*
>
> MR. ORR: *I don't recall. It's entirely possible that Ms. Eagan said those things. I do not recall her saying anything like that.*
>
> JUDGE PROCTOR: That seems like a pretty significant statement that you should recall, if it was made, in the context of this whole matter.
>
> MR. ORR: What I do recall, not necessarily being on that call, is sort of a general concern about whether Judge Burke would be a good draw for a case like this, the conclusion being that we had concerns about him as a draw, again, given some of the decisions that he previously made on the criminal court of appeals. But, you know, I don't remember anything beyond that.
>
> JUDGE PROCTOR: And I'm not lecturing, but I'm giving you a chance to be clear on this. And maybe you have been clear. Not asking—I'm not suggesting you retract—retrace your ground and think about this, but you might want to think about this. You realize that if you recall something and say you don't recall something, that's inappropriate.
>
> MR. ORR: Yes. And I'm telling you what I recall generally Ms. Eagan saying, although I can't pinpoint it to that call, and I certainly don't recall the particular statement that someone else had testified to—
>
> JUDGE PROCTOR: *Do you remember Judge Burke coming up at all on the call and how he might lean or be predisposed on matters like this?*
>
> MR. ORR: *I am sure that that was discussed on the call.*
>
> JUDGE PROCTOR: What do you recall about that?

MR. ORR: I'm sorry, Your Honors. I don't recall any specifics from that discussion. The only things that I can draw on are sort of what I recall are the general impressions from—that we received from the Lightfoot folks regarding Judge Burke.

(Nov. 3, 2023 Trans. at 60-61) (emphasis added); *see also id.* at 72 (returning to this line of questioning, and Mr. Orr did not recall Ms. Eagan having said there was a "zero percent chance" of success).

- **Shannon Minter.** Mr. Minter did not recall Ms. Eagan saying a "zero percent chance" but, like Ms. Eagan and Mr. Orr, he did not deny that concerns were voiced during the Friday Call:

JUDGE PROCTOR: On the phone conference that the *Ladinsky* team had on April 15 in the afternoon, we have been informed that one of the lawyers on that call said that there was a zero percent chance that Judge Burke would grant a preliminary injunction in the case if he had the case. Do you recall that?

MR. MINTER: I actually don't. I don't recall that.

JUDGE PROCTOR: You're on that call?

MR. MINTER: I mean, it definitely—I think I was on that call. I mean, there were a lot of calls that day. I think I was on a call with our team. I definitely recall people—some people expressing very serious concern that—about that—how conservative he was deemed to be. I don't recall that specific statement. I just want to be clear. I'm not saying it wasn't said. I'm just telling you I don't recall.

JUDGE PROCTOR: So I'm struggling with this because you're not the first person today who was on that call. And we didn't invent this. This was told to us by another witness and in various forms implied by some other witnesses. But the point is, what was your most important objective in filing this lawsuit?

MR. MINTER: Well, we really wanted to get the law enjoined, preliminarily enjoined, before it went into effect if we possibly could. That was our goal. …

JUDGE PROCTOR: So here's what I'm trying to understand. We've been told that during this phone conversation, a lawyer said there's a zero

percent chance that Judge Burke would grant that relief. And you don't recall that?

MR. MINTER: I'm sorry, sir. I do not. I do not.

JUDGE PROCTOR: You're not saying it didn't occur. You're just saying if it occurred, you don't recall it.

MR. MINTER: Yes. I do not recall that statement. I mean, I definitely recall people voicing concerns.

JUDGE PROCTOR: What do you recall about that?

MR. MINTER: Like what I recall is just—there was not any—I don't remember anything specific, any specific basis for it other than just that Judge Burke was, you know, considered to be a very, very conservative judge, and that that, you know—he might not be very receptive to our case.

(Nov. 3, 2023, Trans. at 149-51).

• **Scott McCoy.** Mr. McCoy did not recall Ms. Eagan saying a "zero percent chance" but, like Ms. Eagan, Mr. Orr, and Mr. Minter, he did not deny that concerns regarding Your Honor were voiced during the Friday Call:

JUDGE PROCTOR: We have been told by someone on that call that the following statement was made by a lawyer on the call.

MR. MCCOY: All right.

JUDGE PROCTOR: We have a zero percent chance of prevailing on our PI motion if Judge Burke has this case. Was that statement made?

MR. MCCOY: I don't remember someone making that statement, but I don't dispute—if someone else—one of my colleagues swore that that statement was made, I don't have any reason to doubt it.

JUDGE PROCTOR: And are you just saying that just wasn't a factor in this dismissal, that we don't think we could win in front of Judge Burke?

MR. MCCOY: No. I can't say for people on the call that that had no weight in the conversation; but for me, at least, if wasn't the main driver.

3

I mean, look. I didn't think that Judge Burke would be as good a judge for us as Judge Axon. I think that was—I think people know that. I think—

(Nov. 3, 2023, Trans. at 194-95).