# APPENDIX C
# Reasons for Dismissing *Ladinsky*

- **Ms. Vague (May 20, 2022, Trans. at 77)**

    JUSTICE HARWOOD: All right. What was your understanding of the motivations and the reasonings in deciding to dismiss *Ladinsky*?

    AMIE VAGUE: My understandings were that it was -- there were a number of reasons that went into the decision primarily driven by a lack of understanding of how the case was reassigned to Judge Burke -- or transferred to Judge Burke I should say. It was -- we didn't understood -- understand that that followed the normal procedure, and so there was some concern raised about how it ended up in front of Judge Burke. And then another concern was that we would lose our status as the lead case. *Ladinsky* had been filed first, and we had worked really hard to get it on file first, and we wanted to maintain that status.

- **Mr. Pratt (May 20, 2022, Trans. at 85-86)**

    JUSTICE HARWOOD: Okay. Well, after the fact, what were you given to understand were the considerations and the reasonings as to the decision to dismiss the *Ladinsky* case?

    ANDREW PRATT: So the two primary things that I'm aware of were that we didn't understand how we as the first-filed case had been transferred away from our judge to the judge that had the second-filed case. And my understanding is there were also concerns about being in with the group that was the second-filed case being transferred into their case and knowing that they had filed -- you know, they had filed their TRO or PI or whatever. They filed and we had not filed for that kind of relief yet. Those were two of the key factors that I understand were relevant to the decision to dismiss.

    …

    JUSTICE HARWOOD: What comments or information did you see by way of after-the-fact emails or discussions with the team subsequently about whether concerns about Judge Burke as a judge per se were in any way influential in the decision to dismiss? Because once you dismiss, of course, you no longer have Judge Burke.

    ANDREW PRATT: Right. Right. I think that was a factor. I think that Judge Burke being more conservative was a factor in that context.

- **Ms. Terry (May 20, 2022, Trans. at 103-06)**

    JUSTICE HARWOOD: So anything that you – has come to your attention as an explanation or a reason or reasons as to why the, we'll say, the *Ladinsky* case, the first issue, was dismissed?

    …

    ABIGAIL HOVERMAN: And for some context, I had just gotten off of being on trial for a few weeks, so I had been a little bit out of the loop and was not—my focus has always been, since we first worked on this issue in 2021—when we thought the legislature was going to pass this bill in 2021, I've always been focused on the preliminary injunction motion and the legal research and arguments in that motion. So I've had a little bit more distance on the plaintiff selection and the complaint drafting and all of those. Who was in the complaint, where we're filing it, that's not really been my part of the case. So we—anyway, we were on this call on Good Friday, and we had just had this very, I thought, strange procedural reassignment of our case. I know that we had filed in the Northern District. And I knew that we had been assigned an initial judge, and there was a conflict. And so then we were assigned to a magistrate, and my understanding is that the State didn't consent to proceed before a magistrate judge and so we were then assigned to Judge Axon. And as the first-filed case, my understanding of when the ACLU case was dismissed was that it would be assigned up to the Northern District and then transferred to Judge Axon. I clerked in the Northern District of Illinois, and I dealt with reassignment when I was clerking, and so anyway, I know we always looked at the date of filing. And I kind of had an Idea of how the first-filed rule worked. And when that—I believe it was a one-line minute entry came over about Judge Axon recusing herself and it going over to Judge Burke. I was immediately concerned because I didn't understand why the first-filed rule wasn't being followed. And the explanation that we got today about Judge Axon being in trial makes total sense, but I didn't know about that until today. So we had to kind of—we had to kind of—we had a call to kind of try to discuss what even happened, how did this—you know, why wasn't the first-filed rule followed; you know, what information did we have—oh. I had also, I should mention, called Judge Axon's law clerk while it was assigned to Judge Axon. I was helping people put together their pro hac vice materials and just had some questions about what information the judge would like included on those materials, and she had indicated that Judge Axon was keeping the case to me and that it would be a Judge Axon case. I don't know if she said that in so many words, but that's—

2

she gave me specific instructions based on what Judge Axon liked in pro hac vice motions. So that was another reason why I was surprised when the case went to Judge Burke. Yeah, on that phone call there was discussion about the first-filed rule. There was discussion about Rule 41 and, you know, that the State hadn't answered yet. There was a lot of confusion and, like, information sharing about what we understood happened procedurally. And my contributions were about my understanding that I just explained to you about the first-filed rule. I explained about—I think I pulled up Rule 41, and I just read some of the text to the group, but, you know, no decision-making authority or anything. I'm a lonely associate at King & Spalding, so I was more of an information sharer from the rules standpoint. And the decision was made that it would be best, given the procedural irregularities that had happened, to start afresh with a new case. And that was my understanding was likely going to happen when I got off the call that day. I was working on other matters over the weekend. And I know I saw that the—we did file the motion to voluntarily dismiss, but I wasn't involved with that. And then I saw that the case got filed the next week. And I had heard a little bit about where it was going to be but no really explanation for why. I don't have any insight into that.

- **Mr. Oladeinbo (May 20, 2022 Trans. at 112)**

JUSTICE HARWOOD: Okay. What is your understanding of why the decision was made to dismiss the Ladinsky case?

GILBERT OLADEINBO: …. [W]hen all of a sudden we just got this one line ECF notification there was no explanation, but the notification just came in saying the case has now been transferred that is the first-filed case with Judge Axon has now been transferred to Judge Burke. You know at this point, it was like, Okay What is going on? It's literally 5:00 p.m., on Friday. So what is going on? And so we joined the call, and on the call,we're trying to discuss, Okay. If we're going to Judge Axon, this is going to bump us from being the first-filed case. And at this point, it would feel like we're no longer in control over our case. Now we have to go with the Walker case that we just pretty much learned about that -- for example, I just learned about in the last 24 hours.

…

So I guess based on all of this -- and I guess another thing was also, we didn't know what to do. We didn't know whether to file a motion to ask, like, what is going on? Like we have been moved -- like, throughout one week, from the day we filed to that day, we had already gone through

3

three judges by no fault of ours. So we're like, what is going on? What do we need to do? Do we need to speak with the other party to get everyone together to have one consolidated strong complaint? What do we do? So the decision was then made by, you know, marked senior associates and partners because I'm the most general member of the team. And at that point, the decision was made, Okay, guys. You know what? Let us dismiss this matter. Use the weekend to think over all of these issues, all of these parties, all of, you know, everything that is going on, and then come back really strong.

- **Mr. Shortnacy (Aug. 4, 2022 Trans. at 215-17)**

JUDGE WATKINS: All right. Tell me why you just – why your team decided to dismiss on the 15th. Give me every reason you can think of.

MR. SHORTNACY: Okay. At that moment in time on the 15th -- this is Good Friday before Easter Sunday -- we had been assigned four judges in as many days, maybe even fewer days, and we did not understand that process fully, each of those moves on that chain. And in the last in time, we didn't understand the sua sponte transfer by Judge Axon to Judge Burke. We were concerned about our position, having -- And I think we've skipped a step because as we all know, Walker was ultimately transferred by Judge Marks to the Northern District, which was then assigned to Judge Burke. I did not understand that assignment exactly. I had no knowledge of the divisions of the district, and I had no knowledge, really, of the location of the plaintiffs in that case. And so –

…

JUDGE WATKINS: All right. Go ahead with the rest of your reasons for dismissal.

MR. SHORTNACY: So we had been through several judges. We didn't understand how -- you know, where Walker was in relation to us at that time, as I just explained. We understood the State of Alabama took the view that Walker should be transferred to Judge Axon and was undertaking steps to effect that. We were on a Friday night, on Good Friday, without a lot of good options because we believed that dismissal was an available remedy for us, and the State had not yet answered.

…

4

And so we felt, you know, time was of the essence, and we were fighting against a clock that was ticking on the act itself being enabled. We had not yet at that time gotten the preliminary injunction on file, which was, of course, always our intention. That heightened our concerns.

- **Mr. Orr (Nov. 3, 2022 Trans. at 49-50)**

    JUDGE PROCTOR: Was [dismissal] your idea or his idea at first?

    MR. ORR: It would have -- it would have come from – I believe it came from him. I don't recall thinking about dismissal. I do remember sharing a concern that it could be perceived as a move for judge shopping, but as we talked through sort of the concerns, you know, the confusion around why the case -- why the Walker case had been assigned to Judge Burke as opposed to not directly to Judge Axon as well as the need for the Walker and Ladinsky teams to -- or a desire among the Walker and Ladinsky teams now to really consolidate their case into one case as opposed to kind of two parallel tracked cases, you know, that there was significant reasons for dismissing – for dismissing the case, irrespective of whether it was before Judge Burke or before Judge Axon.

- **Mr. McCoy (Doc. 80-6 ¶ 26)**

    Because we did not know procedurally how to go about trying to undo what we viewed as an already procedurally aberrant transfer, because we were suspicious of the circumstances leading to where we were, and because we were concerned that any challenge to the transfer would take precious time and resources away from the primary objective of enjoining the Act before it went into effect, we decided that the best thing to do was to advise our clients to voluntarily dismiss their case, which they chose to do. Time was of the essence because we understood that defendants could extinguish our clients' right to voluntary dismissal under Rule 41(a)(1)(A)(i) by filing an answer, so we were forced to act quickly in a very compressed timeframe.

- **Mr. Minter (Nov. 3, 2022 Trans. at 162)**

    JUDGE PROCTOR: All right. Were you not concerned that if you are dismissing a case because you're concerned about being in front of Judge Burke and you're considering refiling a case in an area like a division or a district where Judge Burke is unlikely to draw it to avoid Judge Burke, that that might smell as judge shopping?

MR. MINTER: You know, I mean, when we -- just to be clear about this, my thought that we should dismiss the case was not, by any means, just because the case had ended up in front of Judge Burke. It was because of all the stuff -- I don't need to repeat it, but that we were going to be at a very big disadvantage to the Walker case in terms of possibly even -- I mean, I thought possibly their whole PI motion might proceed before we had a chance to get into the mix. That was a very huge factor. And then the way that it got to Judge Burke was very confusing and distressing. I didn't know -- I did not understand that process or how or why that had happened. So for all those reasons, I thought it would be the best thing for the case to voluntarily dismiss it before the State answered. I thought we had an unconditional right to do that, so I thought we were -- that was totally fine and proper, as far as I knew.

- **Ms. Levi (Nov. 4, 2022 Trans. at 19)**

    MS. LEVI: You know, I -- I don't remember. What I do remember is that it was -- that I was involved in a phone call where, you know, our group of lawyers thought that was the wisest course, was to dismiss the case. And I agreed with that assessment.

    JUDGE PROCTOR: Okay. Why did you agree with that assessment?

    MS. LEVI: Because I was very concerned about the procedural ways in which the -- both the -- a number of things -- all those things that had happened. I was very concerned. It didn't make sense to me. I didn't understand how we had gone from what seemed like routinely expecting that the Walker case would get transferred to the Northern District, would be assigned to Judge Ladinsky (sic), it would be consolidated and move forward, the process by which both we -- the Ladinsky case was transferred to Judge Burke, that there was a status conference that was scheduled for Monday when we didn't have a preliminary injunction that was even filed in the case. We were -- had been the first filed case. We were suddenly becoming a tagalong case.

    JUDGE PROCTOR: Well, let --

    MS. LEVI: And all of the work that we had done to try to become the first filed case was potentially being undermined, and the process by which that happened didn't make any sense to me.