# APPENDIX D
## Reasons for Filing *Eknes-Tucker* in the Middle District

- **Ms. Vague (May 20, 2022 Trans. at 82)**

  JUSTICE HARWOOD: Well, in filing another lawsuit, did you have any hopes or expectations that it would go other than with Judge Burke?

  AMIE VAGUE: I don't think that there was a consideration given to whether it would be assigned to Judge Burke or any other judge. I think our understanding was that it would be assigned randomly according to the procedures.

- **Mr. Reinke (May 20, 2022 Trans. at 98)**

  JUSTICE HARWOOD: So now you're changing district. What did you understand was the reason for that if not to avoid Judge Burke?

  ADAM REINKE: I don't know what the reason for that was. I do know, because I did some research on it as I was drafting the complaint, that venue in both cases would have been proper in either the Northern District or the Middle District. I don't know why the decision was ultimately made to file the second complaint in the Middle District as opposed to the Northern District, although I do recall that I think we had, you know, a greater number of plaintiffs that were resident in the Middle District than the Northern District, from what I recall. I may be misremembering that, but I don't know why that decision was made.

- **Mr. Oladeinbo (May 20, 2022 Trans. at 121)**

  JUSTICE HARWOOD: The reason I'm shortcutting it, I understand what you're saying. We've got a new cohort of plaintiffs that have different locations?

  GILBERT OLADEINBO: Yes, sir. And -- yeah. And then we also had defendants. You know, so we had more defendants where we are now in the Middle District of Alabama. So the center of gravity of the case, we then moved from the Northern District of Alabama to the Middle District of Alabama. And so the decision was then made that, Okay. Let's file in the Middle District of Alabama because this is where we have more defendants and, you know, most of our, like, plaintiffs are also from counties within the Middle District of Alabama.

- **Mr. Shortnacy (Aug. 4, 2022 Trans. at 232)**

JUDGE PROCTOR: Okay. Did he explain why the decision was made to file in the Middle District of Alabama?

…

MR. SHORTNACY: Sure. I'm happy to provide that, Your Honor. His explanation to me was that the desire was to have a new sort of a clean slate in the Middle District. It is where the new plaintiffs that we had were situated, or some of them, and that that's sort of the view and judgment of the Lightfoot team and Ms. Eagan.

- **Mr. Orr (Nov. 3, 2022 Trans. at 54)**

    JUDGE PROCTOR: Actually, his intent was just the opposite, to refile so as not to get Judge Burke; correct?

    MR. ORR: My understanding of the purpose was to ensure that we -- that we filed and were given a randomly assigned judge. I don't know that -- I think that was really the – the goal was to sort of -- given the way the process had gone and the confusion and uncertainty, that we had -- that the team felt because of that, wanting to regain that certainty. I think that was the purpose.

- **Mr. Minter (Nov. 3, 2022 Trans. at 157-158)**

    JUDGE PROCTOR: Was that motivated in whole or in part by any desire not to have Judge Burke on the case?

    MR. MINTER: Yes. Yes. I mean, we were trying to -- you know, we weren't sure what the heck had just happened, and we're not sure he would be a good draw for the case. That was part of it. That was part of it.

- **Mr. McCoy (Nov. 3, 2022 Trans. at 193)**

    JUDGE PROCTOR: Was there any discussion about we can't be questioned about refiling wherever we want to in front of whoever we want to at whatever point we determine based upon this Rule 41 protection?

    MR. MCCOY: I don't know if those kind of conversations happened at that call on that afternoon, but I know that we were -- and I say in my declaration that we were concerned about looking like we were judge

shopping, which we weren't, and we had been doing some research about Rule 41 dismissals and judge shopping and determined that the best course would be to have all new plaintiffs and to file that where we thought it made sense to file it. And so those conversations, I don't know if they were in that meeting, but happened after the dismissal.

- **Ms. Levi (No. 4, 2022 Trans. at 32)**

JUDGE PROCTOR: All right. Was there any discussion about we need to file this in such a way that we would not draw -- when we do file or refile, we need to do this so as not to get Judge Burke?

MS. LEVI: No, Your Honor, not to my recollection.