# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*,<br><br>*Plaintiffs*,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>*Plaintiff-Intervenor*,<br><br>v.<br><br>STEVE MARSHALL, et al.,<br><br>*Defendants*. | Case No. 2:22-CV-184-LCB |

**AFFIDAVIT OF JENNIFER LEVI**

1. I was born in New York and lived in New York, Florida, and Pennsylvania before attending Wellesley College in Wellesley, Massachusetts. I graduated with a B.A. in Mathematics from Wellesley College in 1985.

2. I attended the University of Chicago Law School from which I received a J.D. in 1992.

3. After law school, I clerked for Judge Michael Boudin at the United States Court of Appeals for the First Circuit.

2

4. Early in my career as a lawyer, I worked in Chicago at Skadden Arps and later at a boutique labor and employment firm, also in Chicago, Matkov, Saltzman, Madoff, and Gunn.

5. My professional goal has always been to advance civil rights protections for LGBTQ people.

6. I began employment with GLBTQ Legal Advocates & Defenders (formerly known as Gay & Lesbian Advocates & Defenders) in 1998. I started as a staff attorney. I was later named to be the Director of the Transgender Rights Project. My current position is Senior Director of Transgender and Queer Rights.

7. GLAD brings cases of first impression in order to expand protections for LGBTQ people and their families. GLAD provides its services to clients without charge. It is a legal non-profit organization that focuses its work on litigation, legislation, and public education.

8. During the time I have been working at GLAD, I have also taught law at Western New England University Law School in Springfield, Massachusetts.

9. I pride myself in my professional integrity, including in following the rules of professional conduct. I have a deep and abiding belief in the justice system and, as a lawyer, count myself as a key part of that system.

10. I have never been charged before with professional misconduct. Nor have I ever been investigated for failing to follow any professional rules.

4

11. I acknowledge and take responsibility for the fact that my actions led to the expenditure of substantial judicial resources in the course of these proceedings. I am genuinely remorseful, and I apologize, for causing the three judge panel and this Honorable Court to question my conduct and for the impact my conduct has had on Your Honor, the Panel, and the federal judiciary in Alabama.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____

DocuSigned by:
*Jennifer Levi*
EC9360C5284A4A4...