# EXHIBIT 2

Case 2:22-cv-00184-LCB-CWB   Document 520-2   Filed 05/13/24   Page 1 of 4

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| and | ) ) |
| UNITED STATES OF AMERICA, | ) Case No. 2:22-CV-184-LCB ) ) |
| *Plaintiff-Intervenor*, | ) ) ) |
| v. | ) ) |
| STEVE MARSHALL, et al., | ) ) |
| *Defendants*. | ) ) |

**AFFIDAVIT OF SHANNON MINTER**

1. I grew up in Texas and received a B.A. from the University of Texas at Austin in 1979. I received a J.D. from Cornell Law School in 1993.

2. Following law school, I received a fellowship to start a legal program to protect LGBT youth from conversion therapy at the National Center for Lesbian Rights (NCLR), a non-profit legal organization.

3. I have worked for NCLR since that time, first as a staff attorney and later as the legal director. During my thirty-one years at NCLR, I have represented

2

LGBT parents, couples, elders, prisoners, asylum seekers, and youth in state and federal courts. We provide our legal services free of charge.

4. I have received professional recognition from the American Bar Association, California Lawyer, the Ford Foundation, Cornell Law School, Stanford Law School, and the City University of New York Law School. I have taught as an adjunct or lecturer at UCLA, Stanford, Golden Gate, Berkeley, and Santa Clara law schools.

5. Throughout my legal career, I have sought to comply with all applicable professional rules and norms and to conduct myself with integrity. I have never been accused of or investigated for any professional misconduct prior to this case.

6. I have great respect for our legal system, our nation's courts, and the rule of law. I deeply regret that I have done anything to cause this Court or the Panel to have questions or concerns and that my actions played any part in the need to expend substantial judicial resources in these proceedings. I apologize for the impact of my decisions on Your Honor, the Panel, and the federal judiciary of Alabama.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____

*DocuSigned by: Shannon Minter (9D3B27A1F27B4FB...)*