# Exhibit C

**Query**   **Reports**▾   **Utilities**▾   **Help**   Log Out

APPEAL,CLOSED,MHT-ClerkC

# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:18-cv-00091-MHT-SMD

| | |
|---|---|
| Corbitt et al v. Taylor et al(MHT) | Date Filed: 02/06/2018 |
| Assigned to: Honorable Judge Myron H. Thompson | Date Terminated: 01/15/2021 |
| Referred to: Magistrate Judge Stephen Michael Doyle | Jury Demand: None |
| Case in other court: 21-10486-F | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Darcy Corbitt**  represented by  **Brock Boone**
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104
334-425-9541
Email: brock.boone@splcenter.org
*TERMINATED: 03/23/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gabriel Arkles**
Transgender Legal Defense and Education Fund
520 8th Avenue, Suite 2204
New York, NY 10018
646-862-9396
Email: garkles@transgenderlegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Dixon Esseks**
America Civil Liberties Union Foundation
125 Broad Street; 18th Floor
New York, NY 10004
917-495-5745
Email: jesseks@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitlin Elizabeth Welborn**
ACLU of Alabama
PO Box 6179
Montgomery, AL 36106
334-265-2754

Email: kewelborn@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LaTisha Gotell Faulks**
6701 Winton Blount Blvd
Suite 241292
Montgomery, AL 36124
571-278-5672
Email: tish_gotell@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie J. Cooper**
ACLU LGBT & HIV Project/ACLU Foundation
125 Broad Street; 18th Floor
New York, NY 10004
212-549-2584
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall Charles Marshall**
Randall C Marshall
6611 Bristle Cone Court
Lolo, MT 59847
406-830-3749
Email: rmarshall@aclualabama.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rose Saxe**
ACLU
125 Broad St - 18 Floor
New York, NY 10004
212-549-2627
Email: rsaxe@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Destiny Clark**　　　　　　　　　　represented by　**Brock Boone**
(See above for address)
*TERMINATED: 03/23/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gabriel Arkles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Dixon Esseks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitlin Elizabeth Welborn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LaTisha Gotell Faulks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie J. Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall Charles Marshall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rose Saxe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **John Doe** *TERMINATED: 07/25/2018* | represented by | **Brock Boone** (See above for address) *TERMINATED: 07/25/2018* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Gabriel Arkles** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Randall Charles Marshall** (See above for address) *TERMINATED: 07/25/2018* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Rose Saxe** (See above for address) *TERMINATED: 07/25/2018* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Jane Doe** | represented by | **Brock Boone**<br>(See above for address)<br>*TERMINATED: 03/23/2020*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Gabriel Arkles**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **James Dixon Esseks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kaitlin Elizabeth Welborn**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **LaTisha Gotell Faulks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Leslie J. Cooper**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Randall Charles Marshall**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Rose Saxe**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Hal Taylor**<br>*in his official capacity as Secretary of the Alabama Law Enforcement Agency* | represented by | **Brad A. Chynoweth**<br>State of Alabama Office of the Attorney General |

501 Washington Avenue
Montgomery, AL 36130
334-242-7997
Fax: 334-353-8440
Email: brad.chynoweth@alabamaag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James William Davis**
State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
334-242-7300
Fax: 334-353-8400
Email: Jim.Davis@AlabamaAG.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Wayne Robinson**
Alabama Law Enforcement Agency
Legal Division
301 S. Ripley Street
Montgomery, AL 36102
334-353-8216
Fax: 334-242-0894
Email: michael.robinson@alea.gov
*TERMINATED: 03/23/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Misty Shawn Fairbanks Messick**
Office of the Attorney General
501 Washington Avenue
Post Office Box 300152
Montgomery, AL 36130-0152
334-353-8674
Fax: 334-353-8400
Email: Misty.Messick@AlabamaAG.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Winfield James Sinclair**
Alabama Attorney General
5132 Eagle Pass Road
Montgomery, AL 36109
205-782-9110
Email: winfield.sinclair@gmail.com
*TERMINATED: 05/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **Noel Steven Barnes**<br>Alabama Law Enforcement Agency<br>201 South Union Street; Suite 300<br>Montgomery, AL 36102<br>334-517-2889<br>Email: noel.barnes@alea.gov<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Charles Ward**<br>*Colonel, in his official capacity as Director of the Department of Public Safety* | represented by | **Brad A. Chynoweth**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James William Davis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Wayne Robinson**<br>(See above for address)<br>*TERMINATED: 03/23/2020*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Misty Shawn Fairbanks Messick**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Winfield James Sinclair**<br>(See above for address)<br>*TERMINATED: 05/04/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Noel Steven Barnes**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Deena Pregno**<br>*in her official capacity as Chief of the Driver License Division* | represented by | **Brad A. Chynoweth**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James William Davis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

|   |   |   |
|---|---|---|
|   |   | **Michael Wayne Robinson**<br>(See above for address)<br>*TERMINATED: 03/23/2020*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Misty Shawn Fairbanks Messick**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Winfield James Sinclair**<br>(See above for address)<br>*TERMINATED: 05/04/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Noel Steven Barnes**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Jeannie Eastman**<br>*in her official capacity as Driver License Supervisor in the Driver License Division* | represented by | **Brad A. Chynoweth**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James William Davis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Wayne Robinson**<br>(See above for address)<br>*TERMINATED: 03/23/2020*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Misty Shawn Fairbanks Messick**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Winfield James Sinclair**<br>(See above for address)<br>*TERMINATED: 05/04/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Noel Steven Barnes** |

(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2018 | 1 | COMPLAINT against Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward ( Filing fee $ 400.00 receipt number 4602048251.), filed by Darcy Corbitt, John Doe, Destiny Clark. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Filing Fee Receipt)(kh, ) (Entered: 02/08/2018) |
| 02/06/2018 | 2 | Plaintiff John Doe's Motion for Leave to Proceed under a Pseudonym and for Protective Order by John Doe. (Attachments: # 1 Text of Proposed Order)(kh, ). (Entered: 02/08/2018) |
| 02/06/2018 | 3 | Corporate/Conflict Disclosure Statement by Darcy Corbitt. (kh, ) (Entered: 02/08/2018) |
| 02/08/2018 | 4 | Corporate/Conflict Disclosure Statement by Destiny Clark. (kh, ) (Entered: 02/08/2018) |
| 02/08/2018 | 5 | Corporate/Conflict Disclosure Statement by John Doe. (kh, ) (Entered: 02/08/2018) |
| 02/09/2018 | 6 | Motion for Rose Ann Saxe to Appear Pro Hac Vice by Destiny Clark, Darcy Corbitt, John Doe. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Good Standing)(Boone, Brock) Modified on 2/9/2018 to add the attorney's name (kh, ). (Additional attachment(s) added on 2/9/2018: # 4 Motion Pro Hac Vice Filing Fee) (kh, ). (Entered: 02/09/2018) |
| 02/09/2018 | 7 | **ORDER granting 6 Motion for Rose Ann Saxe to Appear Pro Hac Vice. Signed by Honorable Judge Myron H. Thompson on 2/9/2018. (kh, )** (Entered: 02/09/2018) |
| 02/09/2018 | 8 | Summons Issued as to Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward and mailed CMRRR with copy of 1 complaint, 2 Motion, 3 - 5 Corporate/Conflict Disclosure Statements(kh, ) (Entered: 02/09/2018) |
| 02/14/2018 | 9 | Return Receipt Card showing service of 1 complaint, 2 Motion, 3 - 5 Corporate/Conflict Disclosure Statements signed by M.D. for Jeannie Eastman served on 2/13/2018, answer due 3/6/2018; Deena Pregno served on 2/13/2018, answer due 3/6/2018; Hal Taylor served on 2/13/2018, answer due 3/6/2018; Charles Ward served on 2/13/2018, answer due 3/6/2018. (kh, ) (Entered: 02/16/2018) |
| 02/26/2018 | 10 | **ORDERED that plaintiff John Doe's motion for leave to proceed under a pseudonym and for a protective order (doc. no. 2 ) is granted, with leave for each defendant to object within 10 business days after he or she first appears. Signed by Honorable Judge Myron H. Thompson on 2/26/2018. (kh, )** (Entered: 02/26/2018) |
| 02/28/2018 | 11 | NOTICE of Appearance by Winfield James Sinclair on behalf of All Defendants (Sinclair, Winfield) (Entered: 02/28/2018) |
| 02/28/2018 | 12 | NOTICE of Appearance by Brad A. Chynoweth on behalf of All Defendants (Chynoweth, Brad) (Entered: 02/28/2018) |
| 02/28/2018 | 13 | Corporate/Conflict Disclosure Statement by Charles Ward. (Chynoweth, Brad) (Entered: 02/28/2018) |
| 02/28/2018 | 14 | Corporate/Conflict Disclosure Statement by Deena Pregno. (Chynoweth, Brad) (Entered: 02/28/2018) |

| | | |
|---|---|---|
| 02/28/2018 | 15 | Corporate/Conflict Disclosure Statement by Hal Taylor. (Chynoweth, Brad) (Entered: 02/28/2018) |
| 02/28/2018 | 16 | Corporate/Conflict Disclosure Statement by Jeannie Eastman. (Chynoweth, Brad) (Entered: 02/28/2018) |
| 02/28/2018 | 17 | MOTION for Extension of Time to File Answer re 1 Complaint, *(UNOPPOSED)* by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward. (Chynoweth, Brad) (Entered: 02/28/2018) |
| 02/28/2018 | 18 | Response to Order re 10 Order on Motion for Miscellaneous Relief, Order on Motion for Protective Order,, *(granting plaintiff John Does Motion for Leave to Proceed under a Pseudonym and giving defendants leave to file any objection within 10 business days of their appearance)* by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward. (Chynoweth, Brad) (Entered: 02/28/2018) |
| 02/28/2018 | 19 | **TEXT ORDER granting 17 Motion for Extension of Time to Answer Answer due from Jeannie Eastman on 3/20/2018; Deena Pregno on 3/20/2018; Hal Taylor on 3/20/2018; Charles Ward on 3/20/2018. Signed by Honorable Judge Myron H. Thompson on 2/28/2018. (no pdf document attached to this entry)(kh, )** (Entered: 02/28/2018) |
| 03/02/2018 | 20 | NOTICE of Appearance by Michael Wayne Robinson on behalf of All Defendants (Robinson, Michael) (Entered: 03/02/2018) |
| 03/15/2018 | 21 | Second MOTION for Extension of Time to File Answer *(Unopposed)* by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward. (Chynoweth, Brad) (Entered: 03/15/2018) |
| 03/26/2018 | | Set Hearings: Telephone Conference set for 3/29/2018 02:45 PM before Honorable Judge Myron H. Thompson. (ag, ) (Entered: 03/26/2018) |
| 03/29/2018 | 22 | Minute Entry for proceedings held before Honorable Judge Myron H. Thompson: Telephone Conference held on 3/29/2018 (PDF available for court use only). (Recording Time 2:50 - 2:55.) (ag, ) (Main Document 22 replaced on 3/29/2018) (ag, ). (Entered: 03/29/2018) |
| 03/29/2018 | 23 | **ORDER granting 21 second Motion for Extension of Time, such that defs now have until 4/3/2018 to respond to the complaint. Signed by Honorable Judge Myron H. Thompson on 3/29/18. (djy, )** (Entered: 03/29/2018) |
| 04/03/2018 | 24 | ANSWER to 1 Complaint, by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward. (Chynoweth, Brad) (Entered: 04/03/2018) |
| 04/06/2018 | 25 | **RULE 26(f) ORDER: Accordingly, it is ORDERED that the Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than April 27, 2018, as further set out in order. Signed by Honorable Judge Myron H. Thompson on 4/6/2018. (kh, )** (Entered: 04/06/2018) |
| 04/27/2018 | 26 | REPORT of Rule 26(f) Planning Meeting. (Boone, Brock) (Entered: 04/27/2018) |
| 04/30/2018 | 27 | Motion to Appear Pro Hac Vice by Destiny Clark, Darcy Corbitt, John Doe. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Good Standing)(Boone, Brock) (Entered: 04/30/2018) |
| 04/30/2018 | 28 | **ORDERED that the plaintiffs' motion for pro hace vice admission of Gabriel Arkles (doc. no. 27 ) is granted. Signed by Honorable Judge Myron H. Thompson on 4/30/2018. (kh, )** (Entered: 04/30/2018) |

| | | |
|---|---|---|
| 05/03/2018 | 29 | **UNIFORM SCHEDULING ORDER:** Final Pretrial Conference set for 8/9/2019, 10:00 AM, in Montgomery, Alabama, before Honorable Judge Myron H. Thompson; Non-Jury Trial set for 9/9/2019, 10:00 AM, in Montgomery, Alabama, before Honorable Judge Myron H. Thompson; Dispositive Motions due by 2/8/2019; Mediation Notice due by 1/18/2019; Amended Pleadings due by 7/16/2018; Discovery due by 1/11/2019, as further set out in order. Signed by Honorable Judge Myron H. Thompson on 5/3/2018. (furn: ag, calendar)(kh, ) (Entered: 05/03/2018) |
| 05/17/2018 | 30 | Joint MOTION for Protective Order by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward, John Doe, Darcy Corbitt, Destiny Clark. (Attachments: # 1 Text of Proposed Order Protective Order, # 2 Exhibit Confidentiality Undertaking)(Chynoweth, Brad) Modified on 5/17/2018 to add as filed on behalf of the plaintiffs (kh, ). (Entered: 05/17/2018) |
| 05/18/2018 | 31 | **TEXT ORDER denying 30 Joint Motion for Protective Order with leave to refile for failure to comply with Section 15(c) of the court's Uniform Scheduling Order (see Doc. 29 ). Signed by Honorable Judge Gray M. Borden on 5/18/2018. (no pdf document attached to this entry)(kh, )** (kh, ). (Entered: 05/18/2018) |
| 05/18/2018 | 32 | Joint MOTION for Protective Order *(Renewed)* by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward. (Attachments: # 1 Text of Proposed Order Protective Order, # 2 Exhibit Confidentiality Undertaking)(Chynoweth, Brad) (Entered: 05/18/2018) |
| 05/18/2018 | 33 | **PROTECTIVE ORDER: It is ORDERED that the joint motion for protective order (Doc. 32 ) is GRANTED as further set out in order. Signed by Honorable Judge Gray M. Borden on 5/18/2018. (kh, )** (Entered: 05/18/2018) |
| 07/16/2018 | 34 | First MOTION for Leave to File *Amended Complaint* by Destiny Clark, Darcy Corbitt, John Doe. (Attachments: # 1 Exhibit First Amended Complaint)(Boone, Brock) Modified on 8/6/2018 to clarify text to reflect as also filed on behalf of Jane Doe (qc/djy, ). (Entered: 07/16/2018) |
| 07/16/2018 | 35 | Proposed MOTION for Leave to File *Under Pseudonym* by Jane Doe. (Boone, Brock) Modified on 8/6/2018 to clarify text to reflect as filed by Jane Doe not all plfs (qc/djy, ). (Entered: 07/16/2018) |
| 07/16/2018 | | ***Attorney Brock Boone,Randall C Marshall,Gabriel Arkles,Rose Saxe for Jane Doe added pursuant to 34 motion (NO PDF document attached to this notice). (djy, ) (Entered: 08/06/2018) |
| 07/24/2018 | 36 | **ORDERED that plaintiffs' unopposed motion for leave to file an amended complaint (doc. no. 34 ) is granted. Signed by Honorable Judge Myron H. Thompson on 7/24/2018. (kh, )** (Entered: 07/24/2018) |
| 07/24/2018 | 37 | **ORDER: Upon consideration of plaintiff Jane Doe's motion for leave to proceed under a pseudonym and for a protective order (doc. no. 35 ), it is ORDERED that the defendants show cause, if any there be, by August 6, 2018, as to why the motion should not be granted. Signed by Honorable Judge Myron H. Thompson on 7/24/2018. (kh, )** (Entered: 07/24/2018) |
| 07/25/2018 | 38 | AMENDED COMPLAINT *for Declaratory and Injunctive Relief* against All Defendants, filed by Darcy Corbitt, Destiny Clark, Jane Doe.(Boone, Brock) Modified on 8/6/2018 to clarify text to reflect as also filed on behalf of Jane Doe, not John Doe (qc/djy, ). (Entered: 07/25/2018) |

| | | |
|---|---|---|
| 07/25/2018 | | ***Attorney Gabriel Arkles for Destiny Clark, Darcy Corbitt added pursuant to the 38 amended complaint. (no pdf document attached to this entry) (kh, ) Modified on 8/6/2018 to clarify text to remove reference to John Doe (qc/djy, ). (Entered: 07/26/2018) |
| 08/03/2018 | 39 | REPLY BRIEF re 37 Order to Show Cause, filed by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward. (Chynoweth, Brad) (Entered: 08/03/2018) |
| 08/08/2018 | 40 | ANSWER to 38 Amended Complaint, by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward.(Chynoweth, Brad) (Entered: 08/08/2018) |
| 08/20/2018 | 41 | **ORDERED that plaintiff Jane Doe's motion for leave to proceed under a pseudonym and for a protective order (doc. no. 35 ), to which defendants do not object, see Defs.' Reply to Show Cause Order (doc. no. 39 ), is granted. Signed by Honorable Judge Myron H. Thompson on 8/20/2018. (kh, )** (Entered: 08/20/2018) |
| 01/11/2019 | 42 | MOTION for Protective Order *(HIPAA)* by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward. (Attachments: # 1 Exhibit Proposed Order)(Chynoweth, Brad) (Entered: 01/11/2019) |
| 01/14/2019 | 43 | **PROPOSED QUALIFIED HIPAA PROTECTIVE ORDER: This order authorizes Defendants to submit the redacted information to the Court under seal. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. 164.512(e)(1)(i). The parties are EXPRESSLY PROHIBITED from using or disclosing the protected health information submitted pursuant to this order for any purpose other than this action. Further, the parties are ORDERED to destroy the protected health information (including all copies made), immediately upon conclusion of this action. See 45 C.F.R. 163.502(b); 164.512(e)(1)(v). Signed by Honorable Judge Gray M. Borden on 1/14/2019. (kh, )** (Entered: 01/14/2019) |
| 01/14/2019 | 44 | **TEXT ORDER granting 42 MOTION for Protective Order (HIPAA). Signed by Honorable Judge Gray M. Borden on 1/14/2019. (no pdf document attached to this entry)(kh, )** (Entered: 01/14/2019) |
| 01/16/2019 | 45 | Notice of Mediation and Settlement Conference by All Plaintiffs (Marshall, Randall) (Entered: 01/16/2019) |
| 02/08/2019 | 46 | MOTION for Summary Judgment by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward. (Chynoweth, Brad) (Entered: 02/08/2019) |
| 02/08/2019 | 47 | MOTION for Leave to File *Records Under Seal (Unopposed)* by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward. (Chynoweth, Brad) (Entered: 02/08/2019) |
| 02/08/2019 | 48 | Evidentiary Submission re 46 MOTION for Summary Judgment filed by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 - under seal, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 10a - under seal, # 12 Exhibit 11, # 13 Exhibit 11a - under seal, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16 - under seal)(Chynoweth, Brad) (Attachment 15 replaced on 3/20/2019) (kh, ). (Entered: 02/08/2019) |
| 02/08/2019 | 49 | NOTICE OF FILING RECORDS UNDER SEAL by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward re 48 Evidentiary Submission,, (Attachments: # 1 Exhibit 3, # 2 Exhibit 10a, # 3 Exhibit 11a, # 4 Exhibit 16)(kh, ) (Entered: 02/08/2019) |

| | | |
|---|---|---|
| 02/08/2019 | 50 | MOTION for Summary Judgment *Declaratory Relief, and Permanent Injunction* by Destiny Clark, Darcy Corbitt, Jane Doe. (Boone, Brock) (Entered: 02/08/2019) |
| 02/08/2019 | 51 | BRIEF/MEMORANDUM in Support re 50 MOTION for Summary Judgment *Declaratory Relief, and Permanent Injunction* filed by Destiny Clark, Darcy Corbitt, Jane Doe. (Boone, Brock) (Entered: 02/08/2019) |
| 02/08/2019 | 52 | Evidentiary Submission re 50 MOTION for Summary Judgment *Declaratory Relief, and Permanent Injunction*, 51 BRIEF/MEMORANDUM in Support filed by Destiny Clark, Darcy Corbitt, Jane Doe. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit Placeholder, # 7 Exhibit Placeholder, # 8 Exhibit Placeholder, # 9 Exhibit Placeholder, # 10 Exhibit Placeholder, # 11 Exhibit Placeholder, # 12 Exhibit Placeholder, # 13 Exhibit Placeholder, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit Placeholder, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit Placeholder, # 40 Exhibit 40, # 41 Exhibit Placeholder, # 42 Exhibit Placeholder, # 43 Exhibit Placeholder, # 44 Exhibit Placeholder, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59)(Boone, Brock) (Entered: 02/08/2019) |
| 02/08/2019 | 53 | NOTICE by Destiny Clark, Darcy Corbitt, Jane Doe re 50 MOTION for Summary Judgment *Declaratory Relief, and Permanent Injunction*, 51 BRIEF/MEMORANDUM in Support (Boone, Brock) (Entered: 02/08/2019) |
| 02/08/2019 | 54 | BRIEF/MEMORANDUM in Support re 46 MOTION for Summary Judgment filed by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward. (Chynoweth, Brad) (Entered: 02/08/2019) |
| 02/11/2019 | 55 | **TEXT ORDER granting 47 Motion for Leave to File Records Under Seal. Signed by Honorable Judge Myron H. Thompson on 2/11/2019. (No pdf attached to this entry) (alm, )** (Entered: 02/11/2019) |
| 02/11/2019 | 56 | PLAINTIFFS' NOTICE OF FILING EXHIBITS UNDER SEAL by Destiny Clark, Darcy Corbitt, Jane Doe re 52 Evidentiary Submission (Attachments: # 1 Exhibit 6, # 2 Exhibit 7, # 3 Exhibit 8, # 4 Exhibit 9, # 5 Exhibit 10, # 6 Exhibit 11, # 7 Exhibit 12, # 8 Exhibit 13, # 9 Exhibit 31, # 10 Exhibit 39, # 11 Exhibit 41, # 12 Exhibit 42, # 13 Exhibit 43, # 14 Exhibit 44)(kh, ) (Entered: 02/12/2019) |
| 02/15/2019 | 57 | **ORDERED that the motions for summary judgment (doc. nos. 46 & 50 ) are set for submission without oral argument on March 22, 2019, with the opposition briefs and evidentiary materials due by March 8, 2019, and any replies to the opposition due by March 22, 2019. Signed by Honorable Judge Myron H. Thompson on 2/15/2019. (kh, )** (Entered: 02/15/2019) |
| 03/08/2019 | 58 | BRIEF/MEMORANDUM in Opposition *to Defendant's Motion for Summary Judgment* filed by Destiny Clark, Darcy Corbitt, Jane Doe. (Boone, Brock) (Entered: 03/08/2019) |
| 03/08/2019 | 59 | Evidentiary Submission *in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment* filed by Destiny Clark, Darcy Corbitt, Jane Doe. (Attachments: # 1 Exhibit 60, # 2 Exhibit 61, # 3 Exhibit 62, # 4 Exhibit 63, # 5 Exhibit 64, # 6 Exhibit 65, # 7 Exhibit 66, # 8 Exhibit 67, # 9 Exhibit 68, # 10 Exhibit 69, # 11 Exhibit 70, # 12 Exhibit 71, |

| | | |
|---|---|---|
| | | # 13 Exhibit 72, # 14 Exhibit 73, # 15 Exhibit 74, # 16 Exhibit 75, # 17 Exhibit 76, # 18 Exhibit 77)(Boone, Brock) (Entered: 03/08/2019) |
| 03/08/2019 | 60 | BRIEF/MEMORANDUM in Opposition re 50 MOTION for Summary Judgment *Declaratory Relief, and Permanent Injunction* filed by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward. (Chynoweth, Brad) (Entered: 03/08/2019) |
| 03/22/2019 | 61 | REPLY BRIEF *to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment* filed by Destiny Clark, Darcy Corbitt, Jane Doe. (Arkles, Gabriel) (Entered: 03/22/2019) |
| 03/22/2019 | 62 | REPLY BRIEF re 58 BRIEF/MEMORANDUM in Opposition *to Defendants' Motion for Summary Judgment* filed by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward. (Chynoweth, Brad) (Entered: 03/22/2019) |
| 06/26/2019 | | Case Reassigned to Honorable Judge Stephen Michael Doyle as referral judge; Honorable Judge Gray M. Borden no longer assigned to the case. (no pdf document attached to this entry) (kh, ) (Entered: 06/26/2019) |
| 07/08/2019 | 63 | **ORDERED that all pending motions are set for an in-person oral argument on July 30, 2019, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama. Signed by Honorable Judge Myron H. Thompson on 7/8/2019. (furn: ag, calendar)(kh, )** (Entered: 07/08/2019) |
| 07/15/2019 | 64 | Joint MOTION for Extension of Deadline Trial Deadlines *Pending Oral Argument* by Destiny Clark, Darcy Corbitt, Jane Doe, Hal Taylor, Charles Ward, Deena Pregno, and Jeannie Eastman. (Attachments: # 1 Text of Proposed Order)(Boone, Brock) Modified on 7/18/2019 to add as filed on behalf of the defendants(kh, ). (Entered: 07/15/2019) |
| 07/16/2019 | 65 | **ORDERED that: (1) The motion to suspend trial deadlines pending oral argument on cross motions for summary judgment (doc. no. 64) is set for an in-person hearing on July 30, 2019, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, as further set out. Signed by Honorable Judge Myron H. Thompson on 7/16/2019. (furn: calendar, ag) (kh, )** (Entered: 07/16/2019) |
| 07/16/2019 | 66 | **ORDER SETTING PRETRIAL HEARING: Final Pretrial Conference set for 8/9/2019, at 10:00 AM, in CR 2FMJ, before Honorable Judge Myron H. Thompson; Proposed Pretrial Order due by 8/6/2019. Non-Jury Trial set for 9/9/2019, at 10:00 AM, in Montgomery, Alabama before Honorable Judge Myron H. Thompson; as further set out. Signed by Honorable Judge Myron H. Thompson on 7/16/2019. (furn: calendar, ag)(kh, )** (Entered: 07/16/2019) |
| 07/23/2019 | 67 | NOTICE by Destiny Clark, Darcy Corbitt, Jane Doe re 58 BRIEF/MEMORANDUM in Opposition, 55 Order on Motion for Leave to File, 62 Reply Brief, 59 Evidentiary Submission,, 50 MOTION for Summary Judgment *Declaratory Relief, and Permanent Injunction*, 56 Notice (Other), 54 BRIEF/MEMORANDUM in Support, 51 BRIEF/MEMORANDUM in Support, 52 Evidentiary Submission,,,,, 57 Order, 60 BRIEF/MEMORANDUM in Opposition, 61 Reply Brief, 53 Notice (Other) *of Supplemental Authority* (Attachments: # 1 Supplement)(Boone, Brock) (Entered: 07/23/2019) |
| 07/30/2019 | 68 | Minute Entry for proceedings held before Honorable Judge Myron H. Thompson: Motion Hearing held on 7/30/2019 re 50 MOTION for Summary Judgment *Declaratory Relief, and Permanent Injunction* filed by Destiny Clark, Darcy Corbitt, Jane Doe, 64 Joint MOTION for Extension of Deadline Trial Deadlines *Pending Oral Argument* filed by |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Destiny Clark, Deena Pregno, Charles Ward, Darcy Corbitt, Hal Taylor, Jane Doe, Jeannie Eastman, 46 MOTION for Summary Judgment filed by Deena Pregno, Charles Ward, Hal Taylor, Jeannie Eastman (PDF available for court use only). (Court Reporter Patricia Starkie.) (ag, ) (Entered: 07/30/2019)                                                                                                                                                                                                             |
| 07/30/2019 | 69 | **ORDERED that the parties' motions for summary judgment (doc. nos. 46 & 50 are denied. Signed by Honorable Judge Myron H. Thompson on 7/30/2019. (kh, )** (Entered: 07/30/2019)                                                                                                                                                                                                                                                                                                                                 |
| 07/30/2019 | 70 | STIPULATION *(Joint)* by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward, Darcy Corbitt, John Doe, and Destiny Clark (Attachments: # 1 Exhibit A)(Chynoweth, Brad) Modified on 7/30/2019 to add as filed on behalf of the plaintiffs (kh, ). (Entered: 07/30/2019)                                                                                                                                                                                                                                       |
| 07/31/2019 | 71 | **ORDERED that the joint motion for extension of deadlines (doc. no. 64 ) is ranted as follows: (1) The pretrial and trial are continued generally. However, the court has not yet decided whether to have a trial or not. (2) All unexpired deadlines connected to the pretrial and trial are suspended. However, the parties are still to submit a proposed pretrial order by August 6. (3) If the court decides to hold a trial, a new trial date, as well as new pretrial deadlines, will be set. Signed by Honorable Judge Myron H. Thompson on 7/31/2019. (furn: calendar, ag) (term: Final Pretrial Conference set for 8/9/2019; Non-Jury Trial set for 9/9/2019) (kh, )** (Entered: 07/31/2019) |
| 08/05/2019 | 72 | Motion for Leslie J. Cooper to Appear Pro Hac Vice ( Filing fee $ 75.00 receipt number 4602054465.) by Destiny Clark, Darcy Corbitt, John Doe. (Attachments: # 1 Original Certificate of Good Standing - USDC-SDNY, # 2 Filing Fee Receipt)(kh, ) (Entered: 08/06/2019)                                                                                                                                                                                                                                          |
| 08/06/2019 | 73 | **TEXT ORDER granting 72 Motion for Leslie J. Cooper to Appear Pro Hac Vice. Signed by Honorable Judge Myron H. Thompson on 8/6/2019. (no pdf document tatted to this entry)(kh, )** (Entered: 08/06/2019)                                                                                                                                                                                                                                                                                                       |
| 08/06/2019 |    | ***Attorney Leslie J. Cooper for Destiny Clark,Leslie J. Cooper for Darcy Corbitt,Leslie J. Cooper for Jane Doe added pursuant to the court's 73 text order. (no pdf document attached to this entry) (kh, ) (Entered: 08/06/2019)                                                                                                                                                                                                                                                                              |
| 08/14/2019 | 74 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of MOTION HEARING Proceedings (PDF ACCESS RESTRICTED FOR 90 DAYS) held on 7/30/2019, before Honorable Judge Myron H. Thompson. Court Reporter/Transcriber Patricia G. Starkie, Telephone number 334-262-1221. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE OF INTENT TO REQUEST REDACTION DUE WITHIN 7 BUSINESS DAYS. Redaction Request due 9/4/2019. Redacted Transcript Deadline set for 9/16/2019. Release of Transcript Restriction set for 11/12/2019. (kh, ) (Entered: 08/14/2019) |
| 09/13/2019 | 75 | NOTICE by Destiny Clark, Darcy Corbitt, Jane Doe re 58 BRIEF/MEMORANDUM in Opposition, 55 Order on Motion for Leave to File, 59 Evidentiary Submission,, 56 Notice (Other), 54 BRIEF/MEMORANDUM in Support, 51 BRIEF/MEMORANDUM in Support, 52 Evidentiary Submission,,,,, 57 Order, 60 BRIEF/MEMORANDUM in Opposition, 61 Reply Brief, 53 Notice (Other) *of Supplemental Authority* (Attachments: # 1 Exhibit A)(Boone, Brock) (Entered: 09/13/2019)                                                           |
| 02/04/2020 | 76 | MOTION to Withdraw as Attorney by Destiny Clark, Darcy Corbitt, Jane Doe. (Boone, Brock) (Entered: 02/04/2020)                                                                                                                                                                                                                                                                                                                                                                                                   |

| | | |
|---|---|---|
| 02/20/2020 | 77 | MOTION to Substitute Attorney by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward. (Barnes, Noel) (Entered: 02/20/2020) |
| 03/23/2020 | 78 | **TEXT ORDER granting 77 Motion to Substitute Attorney. Signed by Honorable Judge Myron H. Thompson on 3/23/2020. (no pdf document attached to this entry)(kh, )** (Entered: 03/23/2020) |
| 03/23/2020 | | *** Attorney Michael Wayne Robinson terminated pursuant to the 78 text order. (no pdf document attached to this entry)(kh, ) (Entered: 03/23/2020) |
| 03/23/2020 | 79 | **TEXT ORDER granting 76 Motion to Withdraw as Attorney. Signed by Honorable Judge Myron H. Thompson on 3/23/2020. (no pdf document attached to this entry)(kh, )** (Entered: 03/23/2020) |
| 03/23/2020 | | *** Attorney Brock Boone terminated pursuant to the 79] text order. (no pdf document attached to this entry)(kh, ) (Entered: 03/23/2020) |
| 07/01/2020 | 80 | NOTICE by Destiny Clark, Darcy Corbitt, Jane Doe *Notice of Supplemental Authority* (Arkles, Gabriel) (Entered: 07/01/2020) |
| 09/03/2020 | 81 | **ORDER: This court, having denied the parties' crossmotions for summary judgment, must resolve "whether to decide the case on the paper record or to hold a trialas to some or all issues." Order (doc. no. 69 ). In order to inform that decision, the court seeks additional briefing from the parties. Accordingly, itis ORDERED that the parties are to separately file, by noon on September 18, 2020, a brief responding to the following questions, with any reply, if desired, due by noon on September 25, 2020, as further set out in order. Signed by Honorable Judge Myron H. Thompson on 9/3/2020. (kh, )** (Entered: 09/03/2020) |
| 09/18/2020 | 82 | REPLY BRIEF re 81 Order,, filed by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward. (Chynoweth, Brad) (Entered: 09/18/2020) |
| 09/18/2020 | 83 | BRIEF/MEMORANDUM in Support re 81 Order,, filed by Destiny Clark, Darcy Corbitt, Jane Doe, John Doe. (Marshall, Randall) (Entered: 09/18/2020) |
| 09/25/2020 | 84 | REPLY BRIEF re 83 BRIEF/MEMORANDUM in Support filed by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward. (Chynoweth, Brad) (Entered: 09/25/2020) |
| 09/25/2020 | 85 | REPLY BRIEF re 82 Reply Brief, 81 Order,, filed by Destiny Clark, Darcy Corbitt, Jane Doe, John Doe. (Marshall, Randall) (Entered: 09/25/2020) |
| 09/28/2020 | 86 | MOTION to Expedite *Final Decision* by Destiny Clark, Darcy Corbitt, Jane Doe, John Doe. (Marshall, Randall) (Entered: 09/28/2020) |
| 09/28/2020 | 87 | **TEXT ORDER: Conference Call re 86 motion set for 9/29/2020, at 07:30 AM, by telephone, before Honorable Judge Myron H. Thompson. Signed by Honorable Judge Myron H. Thompson on 9/28/2020. (furn: calendar, ag)(no pdf document attached to this entry)(kh, )** (Entered: 09/28/2020) |
| 09/29/2020 | 88 | Minute Entry for proceedings held before Honorable Judge Myron H. Thompson: Motion Hearing held on 9/29/2020 re 86 MOTION to Expedite *Final Decision* filed by Destiny Clark, John Doe, Darcy Corbitt, Jane Doe (PDF available for court use only). (Court Reporter Patricia Starkie.) (ag, ) (Entered: 09/29/2020) |
| 10/19/2020 | 89 | NOTICE of Appearance by Misty Shawn Fairbanks Messick on behalf of All Defendants (Messick, Misty) (Entered: 10/19/2020) |

| | | |
|---|---|---|
| 10/20/2020 | 90 | Motion for James D. Esseks to Appear Pro Hac Vice by Destiny Clark, Darcy Corbitt, Jane Doe. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Good Standing) (Marshall, Randall) Modified on 10/20/2020 to add the attorney's name.(kh, ). (Entered: 10/20/2020) |
| 10/20/2020 | 91 | Motion for Kaitlin Welborn to Appear Pro Hac Vice by Destiny Clark, Darcy Corbitt, Jane Doe. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Good Standing) (Marshall, Randall) Modified on 10/20/2020 to add the attorney's name. (kh, ). (Entered: 10/20/2020) |
| 10/22/2020 | 92 | NOTICE of Appearance by James William Davis on behalf of Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward (Davis, James) (Entered: 10/22/2020) |
| 10/23/2020 | 93 | **ORDER: Based on the representations made on the record during the conference call on September 29, 2020, it is ORDERED that the motion to expedite (doc. no. 86 ) is granted to the extent that the court is expediting its consideration of this case, including whether to hold a hearing and when that should take place. Signed by Honorable Judge Myron H. Thompson on 10/23/2020. (kh, )** (Entered: 10/23/2020) |
| 10/23/2020 | 94 | Pro Hac Vice Filing fee received re 90 Motion for James D. Esseks : $ 75.00, receipt number 4602059946 (kh, ) (Entered: 10/26/2020) |
| 10/23/2020 | 95 | Pro Hac Vice Filing fee received re 91 Motion for Motion for Kaitlin Welborn : $ 75.00, receipt number 4602059947 (kh, ) Modified on 10/26/2020 to correct the receipt number. (kh, ). (Entered: 10/26/2020) |
| 10/23/2020 | | ***Attorneys Kaitlin Welborn and James Dixon Esseks Destiny Clark, Darcy Corbitt, Jane Doe pursuant to the 90 and 91 motions. (no pdf document attached to this entry) (kh, ) (Entered: 10/26/2020) |
| 10/26/2020 | 96 | **TEXT ORDER granting 90 Motion for James D. Esseks to Appear Pro Hac Vice; granting 91 Motion for Kaitlin Welborn to Appear Pro Hac Vice. Signed by Honorable Judge Myron H. Thompson on 10/26/2020. (no pdf document attached to this entry)**(kh, ) (Entered: 10/26/2020) |
| 12/16/2020 | 97 | NOTICE by Destiny Clark, Darcy Corbitt, Jane Doe re 51 BRIEF/MEMORANDUM in Support *Notice of Supplemental Authority* (Attachments: # 1 Exhibit A: Ray v McCloud)(Marshall, Randall) (Entered: 12/16/2020) |
| 01/11/2021 | 98 | NOTICE of Appearance by LaTisha Gotell Faulks on behalf of All Plaintiffs (Faulks, LaTisha) (Entered: 01/11/2021) |
| 01/11/2021 | 99 | Unopposed MOTION for Status Conference by Destiny Clark, Darcy Corbitt, Jane Doe. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Faulks, LaTisha) Modified on 1/12/2021 to clarify the docket text (wcl, ). (Entered: 01/11/2021) |
| 01/15/2021 | 100 | **ORDER: It is ORDERED that plaintiffs' 99 motion for a status conference is denied as moot. Signed by Honorable Judge Myron H. Thompson on 1/5/2021. (amf, )** (Entered: 01/15/2021) |
| 01/15/2021 | 101 | **OPINION. Signed by Honorable Judge Myron H. Thompson on 1/15/2021. (amf, )** (Entered: 01/15/2021) |
| 01/15/2021 | 102 | **JUDGMENT: In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows: 1) Judgment is entered in favor of plaintiffs Darcy Corbitt, Destiny Clark, and Jane Doe, and against defendants Hal Taylor,** |

| | | |
|---|---|---|
| | | Charles Ward, Deena Pregno, and Jeannie Eastman.; 2) It is DECLARED that the policy of the Alabama Law Enforcement Agency entitled "Subject: Changing Sex on a Driver License Due to Gender Reassignment," also known as Policy Order 63, as it has been applied to plaintiffs Corbitt, Clark, and Doe, is unconstitutional; 3) Defendants Taylor, Ward, Pregno, and Eastman are ENJOINED and RESTRAINED from failing to issue to plaintiffs Corbitt, Clark, and Doe new driver licenses with female sex designations, upon application for such licenses by them;further ORDERED that costs are taxed against defendants Taylor, Ward, Pregno, and Eastman, for which execution may issue; DIRECTING the Clerk to enter this document on the civil docket as a final judgment pursuant to Rule 58 FRCP; This case is closed. Signed by Honorable Judge Myron H. Thompson on 1/15/2021. (Attachments: # 1 Civil Appeals Checklist)(amf, ) (Entered: 01/15/2021) |
| 01/27/2021 | 103 | Unopposed MOTION for Extension of Time to File *Motion for Attorney's Fees* by Destiny Clark, Darcy Corbitt, Jane Doe. (Attachments: # 1 Text of Proposed Order)(Welborn, Kaitlin) Modified on 1/28/2021 to clarify the docket text (wcl, ). (Entered: 01/27/2021) |
| 01/28/2021 | 104 | **ORDER granting 103 Unopposed Motion for Extension of Time to File a Motion for Attorney's Fees and that the deadline for plfs to file a motion for attorney's fees and expenses is extended to 3/1/2021. Signed by Honorable Judge Myron H. Thompson on 1/28/2021. (wcl, )** (Entered: 01/28/2021) |
| 02/12/2021 | 105 | NOTICE OF APPEAL by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward as to 101 Opinion, and 102 Judgment entered 1/15/2021. (Chynoweth, Brad) Modified on 2/12/2021 to clean up text. (dmn, ) (Entered: 02/12/2021) |
| 02/12/2021 | 106 | Appeal Instructions sent to Brad A. Chynoweth, James William Davis, Misty Shawn Fairbanks Messick, Winfield James Sinclair, and Noel Steven Barnes, counsel for Appellants Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward re 105 Notice of Appeal. A copy of the Transcript Information Form must be mailed to each court reporter from whom you are requesting a transcript. (Attachments: # 1 Transcript Information Form)(dmn, ) (Entered: 02/12/2021) |
| 02/12/2021 | 107 | Transmission of 105 Notice of Appeal, 102 Judgment, 101 Opinion, and Docket Sheet to US Court of Appeals. (Attachments: # 1 Docket Sheet and Appeal Record)(dmn, ) (Entered: 02/12/2021) |
| 02/17/2021 | 108 | USCA Case Number 21-10486-F for 105 Notice of Appeal filed by Deena Pregno, Charles Ward, Hal Taylor, Jeannie Eastman. Fee Status: Fee Not Paid. Awaiting Appellant's Certificate of Interested Persons due on or before 2/26/2021 as to Appellant Hal Taylor. Awaiting Appellee's Certificate of Interested Persons due on or before 3/12/2021 as to Appellee Destiny Clark. (dmn, ) (Entered: 02/17/2021) |
| 02/17/2021 | 110 | USCA Appeal Fees received $ 505 receipt number 4602061520 re 105 Notice of Appeal filed by Deena Pregno, Charles Ward, Hal Taylor, Jeannie Eastman, 11th Circuit Appeal No. 21-10486-F. (dmn, ) (Entered: 02/22/2021) |
| 02/19/2021 | 109 | TRANSCRIPT INFORMATION FORM re 105 Notice of Appeal, Appeal No. 21-10486-F by Jeannie Eastman, Deena Pregno, Hal Taylor, Charles Ward with following notation, "I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS: Other 3/29/2018 Thompson FTR; 7/30/2019 Thompson Starkie; 9/29/2020 Thompson Starkie." (Note by Appeal Docket Clerk: 3/29/2018 Teleconference FTR; 7/30/2019 Motion Hearing, Court Reporter: Patricia Starkie; 9/29/2020 Motion Hearing, Court Reporter: Patricia Starkie; all hearings held before Judge Myron H. Thompson.) (Messick, Misty) Modified on |

| | | |
|---|---|---|
| | | 2/22/2021 to clean up and include additional text; date changed from 3/28/2018 to 3/29/2018. (dmn, ) (Entered: 02/19/2021) |
| 02/19/2021 | 111 | Transcript Acknowledgment Part II received from Court Reporter Patricia Starkie on 105 Notice of Appeal, Appeal No. 21-10486-F. Satisfactory arrangements for paying the cost of the transcript were complete on 2/19/2021. Estimated filing date: 3/19/2021. (dmn, ) (Entered: 02/22/2021) |
| 03/01/2021 | 112 | MOTION for Extension of Time to File *Motion for Attorney's Fees* by Destiny Clark, Darcy Corbitt, Jane Doe. (Attachments: # 1 Text of Proposed Order)(Welborn, Kaitlin) (Entered: 03/01/2021) |
| 03/02/2021 | 113 | **ORDER granting 112 Unopposed Motion for Extension of Time to File to a Motion for Attorney's Fees and that the deadline for plfs to file a motion for attorney's fees and non-taxable expenses is extended until after the resolution of dfts' appeal (Doc. 105 ). Signed by Honorable Judge Myron H. Thompson on 3/2/2021. (wcl, )** (Entered: 03/02/2021) |
| 03/19/2021 | 114 | Transcript Acknowledgment Part III received from Court Reporter Patricia Starkie on 105 Notice of Appeal, Appeal No. 21-10486-F. This is to certify that the transcript has been completed and filed with the district court on 3/19/21. Actual No. of Volumes and Hearing Dates: 2 Volumes, 9/29/20, 3/29/2018. 7/30/2019 on file Doc. 74 . (dmn, ) (Entered: 03/19/2021) |
| 03/19/2021 | 115 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELEPHONE CONFERENCE (PDF ACCESS RESTRICTED FOR 90 DAYS) for dates of 3/29/2018 before Judge Thompson, re 105 Notice of Appeal Court Reporter/Transcriber Starkie, Telephone number 334-322-8053. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE OF INTENT TO REQUEST REDACTION DUE WITHIN 7 BUSINESS DAYS. Redaction Request due 4/9/2021. Redacted Transcript Deadline set for 4/19/2021. Release of Transcript Restriction set for 6/17/2021. (djy, ) (Entered: 03/23/2021) |
| 03/19/2021 | 116 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELEPHONE CONFERENCE (PDF ACCESS RESTRICTED FOR 90 DAYS) for dates of 9/29/2020 before Judge Thompson, re 105 Notice of Appeal Court Reporter/Transcriber Starkie, Telephone number 334-322-8053. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE OF INTENT TO REQUEST REDACTION DUE WITHIN 7 BUSINESS DAYS. Redaction Request due 4/9/2021. Redacted Transcript Deadline set for 4/19/2021. Release of Transcript Restriction set for 6/17/2021. (djy, ) (Entered: 03/23/2021) |
| 05/25/2021 | | Pursuant to F.R.A.P. 11(c), the Clerk of the District Court for the Middle District of Alabama certifies that the record is complete for purposes of this appeal re: 105 Notice of Appeal, Appeal No. 21-10486-GG. The entire record on appeal is available electronically. (dmn, ) (Entered: 05/25/2021) |
| 04/27/2022 | 117 | MOTION to Withdraw as Attorney by Hal Taylor. (Sinclair, Winfield) (Entered: 04/27/2022) |
| 05/04/2022 | 118 | **TEXT ORDER: GRANTING the 117 Motion to Withdraw Winfield J. Sinclair as Attorney. Signed by Honorable Judge Myron H. Thompson on 5/4/2022. (NO PDF attached to this entry) (am, )** (Entered: 05/04/2022) |

| | | |
|---|---|---|
| 05/04/2022 | | \*\*\* PURSUANT TO THE 118 ORDER - Attorney Winfield James Sinclair terminated. (NO PDF attached to this entry) (am, ) (Entered: 05/04/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/13/2024 21:59:44 | | | |
| **PACER Login:** | Badham_Buck | **Client Code:** | Cooley |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-00091-MHT-SMD |
| **Billable Pages:** | 17 | **Cost:** | 1.70 |