IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BRIANNA BOE, et al., | } |
| *Plaintiffs*, | } |
| and | } |
| UNITED STATES OF AMERICA, | }  Case No. 2:22-CV-184-LCB |
| *Plaintiff-Intervenor*, | } |
| v. | } |
| STEVE MARSHALL, et al., | } |
| *Defendants*. | } |

## NOTICE OF FILING

Respondent, Scott D. McCoy, hereby gives notice of the filing of the following:

1. Declaration of Scott D. McCoy in Response to this Court's February 21, 2024 Order to Show Cause, Doc. 406, attached as Exhibit A. This Declaration was previously filed on March 8, 2024 as an Exhibit to Motion for Leave to Submit Additional Evidence; and

2. Supplemental Declaration of Scott D. McCoy in Response to this Court's May 1, 2024 Order to Show Cause, Doc. 487, attached as Exhibit B. This Declaration was previously filed on May 8, 2024 as an Exhibit to Submission of Respondent Scott D. McCoy in Response to May 1, 2024, Show Cause Order, Doc. 487.

Respectfully submitted this 14th day of May, 2024.

*s/ Robert D. Segall*
Robert D. Segall (ASB-7354-E68R)
Shannon L. Holliday (ASB-5440-Y77S)
Copeland Franco Screws & Gill, P.A.
P. O. Box 347
Montgomery, AL  36101-0347
Phone: (334) 834-1180
Fax: (334) 834-3172
Email: segall@copelandfranco.com
Email: holliday@copelandfranco.com
**Attorney for Respondent Scott D. McCoy**

## **CERTIFICATE OF SERVICE**

      I certify that on May 14, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

                                                   /s/ *Robert D. Segall*
                                                   Of Counsel