UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BRIANNA BOE, *et al.*,       ) | |
|                              ) | |
|    Plaintiffs, ) | |
|                              ) | |
| v.                           ) | Case No. 2:22-cv-0184-LCB |
|                              ) | |
| STEVE MARSHALL, *et al.*,    ) | |
|                              ) | |
|    Defendants. ) | |

## NOTICE OF FILING

Respondents, James Esseks, Carl Charles, and LaTisha Faulks, hereby give notice of the filing of the following:

1. April 12, 2022 Email from Ben Gunning to Judge Myron Thompson.

 

Respectfully submitted,

*/s/ Barry A. Ragsdale*
Barry A. Ragsdale
Robert S. Vance
Dominick Feld Hyde, PC
1130 22nd Street South, Suite 4000
Birmingham, AL 35205
Tel.: (205) 536-8888
bragsdale@dfhlaw.com
rvance@dfhlaw.com

/s/ *W. Neil Eggleston*
W. Neil Eggleston
Byron Pacheco
Kirkland & Ellis LLP
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5016
neil.eggleston@kirkland.com
byron.pacheco@kirland.com

*Counsel for Respondents*

# CERTIFICATE OF SERVICE

    I certify that, on May 17, 2024, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

/s/ *Barry A. Ragsdale*
OF COUNSEL