**From:** Ben Gunning <Ben_Gunning@almd.uscourts.gov>
**Date:** Tuesday, April 12, 2022 at 11:14 AM
**To:** "MYRON THOMPSON (Office)" <Myron_Thompson@ALMD.uscourts.gov>, Marion Chartoff <Marion_Chartoff@almd.uscourts.gov>, Chris Middleton <Chris_Middleton@almd.uscourts.gov>, Owen Senders <Owen_Senders@almd.uscourts.gov>
**Subject:** Call from Carl Charles from Lamda Legal re Walker v. Marshall

Judge,

As I mentioned just now, we received a call from Carl Charles from Lambda Legal (770-309-1733). He was calling to share that yesterday they filed a complaint in *Walker v. Marshall*, which he said had not been assigned a case number to his knowledge because they had subsequently filed a motion to seal (he referred to this as a 5.2 motion). He reached out to inform the court (1) that the complaint was marked as related to one of your cases, *Corbitt v. Taylor*, 2:18-cv-91, and (2) that they intend to file a motion for a TRO and/or preliminary injunction later today.