UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )    Case No. 2:22-cv-0184-LCB |
| | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## NON-PARTY MILO INGLEHART'S MOTION TO BE EXCUSED

Non-party Milo Inglehart ("Mr. Inglehart") respectfully moves this Court to excuse him from the directives of this Court's May 17, 2024, order (527). As grounds in support of this motion, Mr. Inglehart states as follows:

1. On August 2, 2022, the Panel *sua sponte* excused Mr. Inglehart from having to testify further. (*Vague* Doc. 47). As this Court has noted, Mr. Inglehart was subsequently dismissed from these proceedings after the Panel found no evidence of wrongdoing. (*Vague* Doc. 59). As a result, Mr. Inglehart has not been a respondent or a party to these proceedings since September of 2022.

2. Mr. Inglehart was neither the creator nor the custodian of the Q & A. Mr. Inglehart does not possess the Q & A document in its native format. As a result, he cannot comply with the Court's directive to produce the document in that form.

1

3. It appears that other respondents have access to the Q & A document in its native format and have the ability to fully respond to this Court's directives regarding production.

4. Mr. Inglehart's participation in responding to this Court's May 17, 2024, order is unnecessary and potentially requiring him to appear in Montgomery on short notice would present a substantial burden on him as a non-party.

WHEREFORE, Mr. Inglehart moves this Court to release him from the directives of this Court's May 17, 2024, order requiring the production of the Q & A.

Respectfully submitted,

*/s/ Barry A. Ragsdale*
Barry A. Ragsdale
Robert S. Vance
Dominick Feld Hyde, PC
1130 22nd Street South, Suite 4000
Birmingham, AL 35205
Tel.: (205) 536-8888
bragsdale@dfhlaw.com
rvance@dfhlaw.com

*Counsel for Milo Inglehart*

## **CERTIFICATE OF SERVICE**

    I certify that, on May 19, 2024, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

                                    /s/ *Barry A. Ragsdale*
                                    OF COUNSEL