IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE, et al.,** | ) |
| *Plaintiffs*, | ) ) ) |
| and | ) ) |
| **UNITED STATES OF AMERICA,** | ) Case No. 2:22-CV-00184-LCB |
| *Plaintiff-Intervenor*, | ) ) ) |
| v. | ) ) |
| **STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al.,** | ) ) ) ) |
| *Defendants*. | |

### RESPONDENT SCOTT McCOY'S NOTICE OF POSSIBLE UNAVAILABILITY AND REQUEST TO BE CONDITIONALLY RELEASED FROM HEARING ON MAY 23, 2024

Respondent Scott McCoy, by and through undersigned counsel, provides this Notice to the Court of his possible unavailability for the hearing scheduled for May 23, 2024, and requests leave of Court to be conditionally excused from attending said hearing. As grounds therefor, Respondent shows unto the Court as follows:

1. Respondent McCoy's mother suffered a brain bleed during the night of May 20, 2024, and today, May 21, 2024, she was admitted to the Neuro-Intensive Care Unit of the hospital in Kansas City, Missouri.

2. Because Respondent's mother is presently in stable condition, his current plan is to fly to Montgomery on May 22, 2024, and to be present at the hearing on May 23, 2024.

3. If, however, Respondent McCoy's mother takes a turn for the worse, he would want and need to fly immediately to Kansas City, Missouri to be with his mother. Respondent McCoy, therefore, requests leave to be conditionally excused from the hearing of May 23, 2024, should the need arise for him to be with his mother on that day.

4. In the event Mr. McCoy becomes unavailable for the May 23 hearing and if this Court approves his absence from the hearing, his undersigned counsel will appear for him.

Respectfully submitted this 21st day of May, 2024.

*s/ Robert D. Segall*
Robert D. Segall  (ASB-7354-E68R)
Shannon L. Holliday (ASB-5440-Y77S)
Copeland Franco Screws & Gill, P.A.
P. O. Box 347
Montgomery, AL  36101-0347
Phone:  (334) 834-1180
Fax:  (334) 834-3172
Email: segall@copelandfranco.com
Email: holliday@copelandfranco.com
**ATTORNEYS FOR SCOTT McCOY**

## CERTIFICATE OF SERVICE

      I certify that on May 21, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

                                        /s/ *Robert D. Segall*
                                        Of Counsel