# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 21, 2024

Clerk - Middle District of Alabama
U.S. District Court
1 CHURCH ST
MONTGOMERY, AL 36104

Appeal Number: 24-11618-J
Case Style: In re: James Esseks, et al
District Court Docket No: 2:22-cv-00184-LCB-SRW

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-11618-J
_____

In re: JAMES D. ESSEKS,
     CARL CHARLES,
     LATISHA FAULKS,
     MILO INGLEHART,
     KATHLEEN HARTNETT,

               Petitioners.

_____

On Petition for Writ of Mandamus to the United States District Court for the
Middle District of Alabama

_____

ORDER: Motion to voluntarily dismiss appeal filed by Petitioners James D. Esseks, Carl Charles, Latisha Faulks, Milo Inglehart and Kathleen Hartnett is GRANTED by clerk [10207354-3]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date; ORDER: Motion to withdraw motion filed by Petitioners James D. Esseks, Carl Charles, Latisha Faulks, Milo Inglehart and Kathleen Hartnett is GRANTED by clerk [10207354-2]..

Effective May 21, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION