UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-184-LCB |
| ) | |
| STEVE MARSHALL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Respondent Scott McCoy has notified the Court that he may be unavailable for tomorrow's hearing and asks for leave to be conditionally excused. (Doc. 538) The notice reports that Mr. McCoy's mother has suffered a brain bleed, and though her condition appears to have stabilized, he would like the freedom to be with her if her condition deteriorates. *Id.* Under these circumstances, the Court would not wish Mr. McCoy to give a second thought to tomorrow's hearing and *unconditionally* excuses him from attending.

**DONE** and **ORDERED** this May 22, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE