UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-184-LCB |
| | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendants have asked for leave to file under seal their response to Private Plaintiffs' Motion to Stay (Doc. 489), with exhibits, and to file a redacted copy of these on the public docket. (Doc. 524). Defendants' Motion for Leave to File Under Seal Unredacted Response to Private Plaintiffs' Motion to Stay (Doc. 524) is **GRANTED.**

**DONE** and **ORDERED** this May 22, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE