# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 2:22-cv-184-LCB |
| | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Private Plaintiffs have moved to stay the dispositive-motion deadline and all trial-related deadlines set by the Court's Seventh Amended Scheduling Order. (Doc. 489). While reserving a final ruling on the motion till after argument, the Court provisionally stayed all trial-related deadlines by two weeks, pushing the due date for dispositive motions from May 27 to June 10. (Doc. 494). After argument, the Court reset the trial date on the merits of the case for **October 28, 2024**.

Having considered the parties' briefs, their arguments at the May 23 hearing, and the relevant law, the Court **DENIES** Private Plaintiffs' Motion to Stay Dispositive Motion and Trial-Related Deadlines And Request for Expedited Briefing Schedule. (Doc. 489). While any change in the standard of review remains purely speculative, the parties should continue to prepare this case for trial.

Because all remaining deadlines have been stayed two weeks, the new deadlines are as follows:

**Dispositive Motions:** All potentially dispositive motions (except Daubert motions) must be filed by June 10, 2024.

**Daubert Motions:** Daubert motions must be filed by June 24, 2024.

**Final Lists:** List of trial witnesses and exhibits must be filed by August 2, 2024. Any objections to such lists, including objections under Federal Rule of Civil Procedure 26(a)(3), must be filed within fourteen days thereafter.

**Trial:** This case is set for trial October 28, 2024.

**DONE** and **ORDERED** this May 24, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE