# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff-Intervenor*, ) | |
| ) | |
| v. ) | No. 2:22-cv-00184-LCB-CWB |
| ) | Hon. Liles C. Burke |
| STEVE MARSHALL, in his official ) | |
| capacity as Attorney General of the ) | |
| State of Alabama, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED MOTION FOR SUMMARY JUDGMENT AND BRIEF AND EVIDENTIARY SUBMISSIONS IN SUPPORT

Defendants respectfully request that the Court grant them provisional leave to file under seal their motion for summary judgment, brief in support, and evidentiary exhibits, and to file on the public docket redacted versions of the same. As further described below, these filings will contain or discuss documents that were designated as "confidential" pursuant to the Court's protective order and thus "shall be filed, if at all, under seal." Doc. 137 at 3. With that said, Defendants do not think that all these documents should remain under seal and will thus be moving to unseal

a subset of them. Defendants also plan to work with counsel for Plaintiffs and the United States to redact portions of documents that should remain sealed, such as documents discussing the Private Plaintiffs' medical records, but which also contain information that Defendants believe can properly be made public.

Defendants request leave to file the following documents under seal with the Court at this time:

| Document | Reason for Provisional Sealing |
|---|---|
| Defendants' Motion for Summary Judgment and Brief in Support | Discusses documents designated as "confidential" by WPATH and HHS; discusses Private Plaintiffs' medical records and medical care |
| DX4: Appendix A to Supplemental Report of James Cantor, Ph.D. | Discusses documents designated by WPATH as "confidential" |
| DX6: Supplemental Report of Paul W. Hruz, M.D., Ph.D. | Discusses Private Plaintiffs' medical records and care |
| DX8: Supplemental Report of Michael K. Laidlaw, M.D. | Discusses Private Plaintiffs' medical records and care |
| DX9: Second Supplemental Report of Michael K. Laidlaw, M.D. | Discusses documents designated by WPATH and HHS as "confidential" |
| DX12: Supplemental Report of Geeta Nangia, M.D. | Discusses Private Plaintiffs' medical records and care |
| DX13: Second Supplemental Report of Geeta Nangia, M.D. | Discusses Private Plaintiffs' medical records and care |
| DX16: Supplemental Report of Kristopher Kaliebe, M.D. | Discusses documents designated by WPATH and HHS as "confidential" |
| DX18: Marci L. Bowers, M.D., Deposition Transcript | Discusses documents designated by WPATH as "confidential" |
| DX19: Marci L. Bowers, M.D., Deposition Exhibits 1-24 | Contains documents designated by WPATH as "confidential" |

| | |
|---|---|
| DX20: Marci L. Bowers, M.D., Deposition Exhibits 25-30 | Contains documents designated by WPATH as "confidential" |
| DX21: Eli Coleman, Ph.D., Deposition Transcript | Discusses documents designated by WPATH as "confidential" |
| DX22: Eli Coleman, Ph.D., Deposition Exhibits. 1-19 | Contains documents designated by WPATH as "confidential" |
| DX23: Eli Coleman, Ph.D., Deposition Exhibits 20-29 | Contains documents designated by WPATH as "confidential" |
| DX24: Dan Karasic, M.D., Deposition Transcript | Discusses documents designated by WPATH as "confidential" |
| DX25: Dan Karasic, M.D., Deposition Exhibits 1-9, 13-23 | Contains documents designated by WPATH as "confidential" |
| DX26: Hussein Abdul-Latif, M.D., Deposition Transcript | Discusses Private Plaintiffs' medical records and care |
| DX27: Hussein Abdul-Latif, M.D., Deposition Exhibits 1-5 | Exhibits to transcript designated as "confidential" because it discusses Private Plaintiffs' medical records and care |
| DX28: Hussein Abdul-Latif, M.D., Deposition Exhibits 6-9 | Exhibits to transcript designated as "confidential" because it discusses Private Plaintiffs' medical records and care |
| DX29: Hussein Abdul-Latif, M.D., Deposition Exhibit 10 | Contains Private Plaintiffs' medical records |
| DX30: Hussein Abdul-Latif, M.D., Deposition Exhibits 11-15 | Contains Private Plaintiffs' medical records |
| DX31: Hussein Abdul-Latif, M.D., Deposition Exhibits 16-19 | Contains Private Plaintiffs' medical records |
| DX32: Hussein Abdul-Latif, M.D., Deposition Exhibits 20-21 | Contains Private Plaintiffs' medical records |
| DX37: Heather Austin, Ph.D., Deposition Transcript | Discusses Private Plaintiffs' medical records and care |
| DX38: Heather Austin, Ph.D., Deposition Exhibits 1-5 | Contains Private Plaintiffs' medical records |
| DX39: Daniel Shumer, M.D., Deposition Transcript | Discusses documents designated by WPATH as "confidential" |

| | |
|---|---|
| DX74: Kenneth Goodman, Ph.D., Deposition Transcript | Discusses documents designated by WPATH as "confidential" |
| DX75: Kenneth Goodman, Ph.D., Deposition Exhibits 1-4 | Contains documents designated by WPATH as "confidential" |
| DX76: Kenneth Goodman, Ph.D., Deposition Exhibit 5 | Exhibits to deposition transcript designated as "confidential" because it discusses documents designated by WPATH as "confidential" |
| DX77: Kenneth Goodman, Ph.D., Deposition Exhibits 6-8 | Contains documents designated by WPATH as "confidential" |
| DX78: Kenneth Goodman, Ph.D., Deposition Exhibits 9-15 | Contains documents designated by WPATH as "confidential" |
| DX170: HHS Ex. 2 | Documents designated by HHS as "confidential" |
| DX172: HHS Ex. 4 | Documents designated by HHS as "confidential" |
| DX173: HHS Ex. 5 | Documents designated by HHS as "confidential" |
| DX174: WPATH Ex. 1 | Documents designated by WPATH as "confidential" |
| DX175: WPATH Ex. 2 | Documents designated by WPATH as "confidential" |
| DX176: WPATH Ex. 3 | Documents designated by WPATH as "confidential" |
| DX177: WPATH Ex. 4 | Documents designated by WPATH as "confidential" |
| DX178: WPATH Ex. 5 | Documents designated by WPATH as "confidential" |
| DX179: WPATH Ex. 6 | Documents designated by WPATH as "confidential" |
| DX180: WPATH Ex. 7 | Documents designated by WPATH as "confidential" |
| DX181: WPATH Ex. 8 | Documents designated by WPATH as "confidential" |
| DX182: WPATH Ex. 9 | Documents designated by WPATH as "confidential" |

| DX183: WPATH Ex. 10 | Documents designated by WPATH as "confidential" |
|---|---|
| DX184: WPATH Ex. 11 | Documents designated by WPATH as "confidential" |
| DX185: WPATH Ex. 12 | Documents designated by WPATH as "confidential" |
| DX186: WPATH Ex. 13 | Documents designated by WPATH as "confidential" |
| DX187: WPATH Ex. 14 | Documents designated by WPATH as "confidential" |
| DX188: WPATH Ex. 15 | Documents designated by WPATH as "confidential" |
| DX189: WPATH Ex. 16 | Documents designated by WPATH as "confidential" |
| DX190: WPATH Ex. 17 | Documents designated by WPATH as "confidential" |

Dated: May 27, 2024

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, SC 29413
(843) 606-0640
CMills@Spero.law

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
  *Principal Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA

5

dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Roger G. Brooks (*pro hac vice*)
Henry W. Frampton, IV (*pro hac vice*)
Philip A. Sechler (*pro hac vice*)
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0200
rbrooks@adflegal.org
hframpton@adflegal.org
psechler@adflegal.org

501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov


*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on May 27, 2024, which will serve all counsel of record.

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Counsel for Defendants*