# EXHIBIT 4

# SUBMITTED UNDER SEAL