# EXHIBIT 6
## SUBMITTED UNDER SEAL