# EXHIBIT 8

## SUBMITTED UNDER SEAL