# EXHIBIT 9

## SUBMITTED UNDER SEAL