# EXHIBIT 12

SUBMITTED UNDER SEAL