# EXHIBIT 13
SUBMITTED UNDER SEAL