# EXHIBIT 18

## SUBMITTED UNDER SEAL