# EXHIBIT 19

## SUBMITTED UNDER SEAL