# EXHIBIT 20
SUBMITTED UNDER SEAL