# EXHIBIT 21

## SUBMITTED UNDER SEAL