# EXHIBIT 22
## SUBMITTED UNDER SEAL