# EXHIBIT 23

## SUBMITTED UNDER SEAL