# EXHIBIT 24

## SUBMITTED UNDER SEAL