# EXHIBIT 25

## SUBMITTED UNDER SEAL