# EXHIBIT 26
## SUBMITTED UNDER SEAL