# EXHIBIT 27

## SUBMITTED UNDER SEAL