# EXHIBIT 28

# SUBMITTED UNDER SEAL