# EXHIBIT 29
## SUBMITTED UNDER SEAL