# EXHIBIT 30
SUBMITTED UNDER SEAL