# EXHIBIT 31

# SUBMITTED UNDER SEAL