# EXHIBIT 32

## SUBMITTED UNDER SEAL