# EXHIBIT 37

## SUBMITTED UNDER SEAL