# EXHIBIT 38
# SUBMITTED UNDER SEAL