# EXHIBIT 39

## REDACTED

```
                                                    Page 1

 1            IN THE DISTRICT COURT OF THE UNITED STATES

 2               FOR THE MIDDLE DISTRICT OF ALABAMA

 3                      NORTHERN DIVISION

 4

 5     BRIANNA BOE, et al,

 6                    Plaintiffs,

 7      and

 8     UNITED STATES OF AMERICA,

 9                    Intervenor Plaintiff,

10     vs.                      Civil Case No. 2:22-cv-184-LCB

11     HON. STEVE MARSHALL, in his

12     official capacity as Attorney General

13     of the State of Alabama, et al,

14                    Defendants.

15     _____

16

17          The Remote Zoom Videoconference Deposition of

18          DANIEL SHUMER, M.D.,

19          Taken at 211 West Fort Street, Room 2330,

20          Detroit, Michigan,

21          Commencing at 9:11 a.m.,

22          Tuesday, April 2, 2024,

23          Before Leisa M. Pastor, CSR-3500, RPR, CRR.

24

25
```

Page 2

```
1   APPEARANCES:
2
3   RENEE M. WILLIAMS
4   COTY MONTAG
5   U.S. Department of Justice - Civil Rights Division
6   950 Pennsylvania Avenue NW
7   Room 7.1817
8   Washington, D.C. 20530-0001
9   (202) 307-2222
10  renee.williams3@usdoj.gov
11  coty.montag@usdoj.gov
12      Appearing on behalf of Plaintiff.
13
14  CHRISTOPHER MILLS
15  Spero Law, LLC
16  557 East Bay Street
17  Suite 22251
18  Charleston, D.C. 29413
19  (843) 606-0640
20  cmills@spero.law
21      Appearing on behalf of Defendants.
22
23  ALSO PRESENT:
24  George Plow
25
```

Page 3

```
1              TABLE OF CONTENTS
2
3   WITNESS                              PAGE
4   DANIEL SHUMER, M.D.
5
6   EXAMINATION BY MR. MILLS                6
7
8
9
10
11             EXHIBITS
12
13  EXHIBIT                              PAGE
14
15  EXHIBIT 1   Article                    8
16  EXHIBIT 2   Question and Answer        9
17  EXHIBIT 3   Scientific Statement       12
18  EXHIBIT 4   Article                    19
19  EXHIBIT 5   Article                    25
20  EXHIBIT 6   Article                    27
21  EXHIBIT 7   Article                    31
22  EXHIBIT 8   Transgender Medicine Chapter  35
23  EXHIBIT 9   Article                    38
24  EXHIBIT 10  Article - Conslusion       46
25  EXHIBIT 11  Deposition transcript      54
```

Page 4

```
1   EXHIBIT 12  Article                       74
2   EXHIBIT 13  Transgenderism and reproduction  105
3   EXHIBIT 14  Consensus Statement           110
4   EXHIBIT 15  Article                       115
5   EXHIBIT 16  Article                       126
6   EXHIBIT 17  Video                         131
7   EXHIBIT 18  Article                       134
8   EXHIBIT 19  Chapter excerpt               140
9   EXHIBIT 20  Article                       145
10  EXHIBIT 21  Clinical Study                158
11  EXHIBIT 22  Article                       161
12  EXHIBIT 23  Article                       165
13  EXHIBIT 24  Article                       176
14  EXHIBIT 25  Article                       178
15  EXHIBIT 26  Standards of Care             188
16  EXHIBIT 29  Article                       196
17  EXHIBIT 30  Metaanalysis hormone therapy  201
18  EXHIBIT 31  Article                       209
19  EXHIBIT 32  Article                       213
20  EXHIBIT 33  Protocol                      216
21  EXHIBIT 34  Report by Turban and others   222
22  EXHIBIT 35  2015 US transgender study     224
23  EXHIBIT 36  Video                         232
24  EXHIBIT 38  Article                       238
25  EXHIBIT 39  Article                       248
```

Page 5

```
1   EXHIBIT 40   Article                      254
2   EXHIBIT 41   Video                        262
3   EXHIBIT 42   Study                        265
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 6

1  Detroit, Michigan
2  Tuesday, April 2, 2024
3  9:11 a.m.
4
5          DANIEL SHUMER, M.D.,
6  was thereupon called as a witness herein, and after
7  having first been duly sworn to testify to the truth,
8  the whole truth and nothing but the truth, was
9  examined and testified as follows:
10         MS. WILLIAMS:  Renee Williams, United
11  States.
12         MS. MONTAG:  Coty Montag, United States.
13         EXAMINATION
14 BY MR. MILLS:
15 Q.  Good morning, Dr. Shumer.  Thanks for coming today.
16     You've given deposition testimony before, right?
17 A.  Yes.
18         MS. WILLIAMS:  Oh, sorry, just before we
19     get started, we would like the -- to be able to
20     reserve and to read and sign, if that's okay.
21         MR. MILLS:  Sounds good.
22         MS. WILLIAMS:  All right.
23         MR. MILLS:  Anything else we need to cover?
24         MS. WILLIAMS:  I don't think so.
25         MR. MILLS:  Okay.  If we discuss any sealed

Page 7

1      material, we'll designate those parts as sealed, but
2      we can get to that when we get there.
3  BY MR. MILLS:
4  Q.  So yeah, of course if you don't understand a question,
5      please free to ask for me to clarify.  If you need a
6      break, just let me know.  We'll aim to take regular
7      breaks, but also know that people would like to get
8      home, so I'll try and balance those things.
9          If you could remember to answer verbally so
10     the transcription can happen, that would be great.
11         Did you meet with anyone to prepare for
12     today's deposition?
13 A.  I met with Renee and Coty here.
14 Q.  Did you discuss the deposition with anyone other than
15     your counsel?
16 A.  No.
17 Q.  And did you review any documents in preparation for
18     today's deposition?
19 A.  Yes.  I reviewed my expert report and rebuttal report
20     and the defendant expert reports and -- yeah.
21 Q.  Okay.  Is it fair to say that you think the Endocrine
22     Society is a reputable organization?
23 A.  Yes.
24 Q.  Do you generally follow the Endocrine Society's
25     guidelines?

Page 8

1  A.  Yes.
2  Q.  Is it fair to say you agree with or follow the
3      Endocrine Society's approach to medical gender
4      transition of minors?
5          MS. WILLIAMS:  Objection.
6  A.  Yes.
7          MARKED FOR IDENTIFICATION:
8          EXHIBIT 1
9          9:13 a.m.
10 BY MR. MILLS:
11 Q.  I'm going to show you what I'm marking as Exhibit 1.
12     Do you recognize this article?
13 A.  Yes.
14 Q.  This is an article you coauthored; is that right?
15 A.  That's correct.
16 Q.  And you were the lead author on this article?
17 A.  Yes.
18 Q.  And it was published in the Journal of Advanced
19     Pediatrics; is that --
20     (Knock at the door.)
21         MS. WILLIAMS:  Can we go off?
22         MR. MILLS:  Sure.
23     (Off the record at 9:14 a.m.)
24     (On the record at 9:14 a.m.)
25 BY MR. MILLS:

Page 9

1  Q.  Okay.  We can go back on, sorry.
2          So this was published in Advanced
3      Pediatrics?
4  A.  I'm not sure if that's the title of the article.  I
5      think it might be Advances in Pediatrics.
6  Q.  Okay.  Okay, I think you're right.  Okay, perfect.
7      Thanks.
8          If you could look at page 2 with me just
9      under the heading "Definitions."  It says the first
10     sentence, "Gender identity describes one's internal
11     feeling of gender, for example, boy or girl, man or
12     woman, agender (identifying as having no gender), or a
13     nonbinary understanding of one's gender."
14         Do you still agree with that definition?
15 A.  Yes.
16         MARKED FOR IDENTIFICATION:
17         EXHIBIT 2
18         9:15 a.m.
19 BY MR. MILLS:
20 Q.  Okay.  I wanted to show you -- this was -- I'm handing
21     you what I'm marking as Exhibit 2.  This is a question
22     and answer you did with -- through the University of
23     Michigan Medical School; is that right?
24 A.  Yes.
25 Q.  Could you look at page 1 under the bold "What is the

1  difference between sex and gender," the second
2  sentence, "Gender identity is something you can't
3  measure with a blood test or x-ray. It's only
4  something a person can tell you about themselves from
5  their lived experience."
6      Do you still agree with that description?
7  A. Yes.
8  Q. You can go back to the first document again under
9  "Definitions." This is the next sentence after the
10 one we already read.
11     "This is in contrast to biologic sex which
12 describes the chromosomal, hormonal, and anatomic
13 determinants which result in characterizing people as
14 male or female."
15     Do you still agree with that?
16 A. Yes, but I would add that due to the biologic
17 underpinnings of gender dysphoria, I would include
18 gender dysphoria as a component of sex.
19 Q. So you don't think that gender identity is in contrast
20 to biologic sex any more?
21 A. So I think that the -- the definition of gender
22 identity is -- is an internal sense of one's self as
23 outlined here, boy, girl, man, or woman, agender or
24 nonbinary.
25     If I were writing this paragraph again, I

1  don't think I would use the words "in contrast," and I
2  would include gender identity as a component of
3  biologic sex.
4  Q. Has something changed since you wrote this in 2017
5  that would lead you to change that description?
6  A. Yes, my understanding of gender identity as -- as
7  having biologic underpinnings.
8  Q. And what is the basis for that change in
9  understanding?
10 A. Research outlining those biologic relationships
11 between gender identity, and research outlining the
12 biologic underpinnings of gender identity, including
13 twin studies, studies related to children with
14 disorders of sex development, studies related to
15 population-based brain anatomic differences.
16 Q. And which studies in particular have come out since
17 this was published in August 2017 that would support
18 that description?
19 A. I think many of the studies that are related to those
20 topics that I outlined came out before 2016; however,
21 my thinking through these topics and understanding how
22 gender identity and sex are related and intertwined
23 has changed.
24 Q. Okay. I'm going to show you now what I'm marking as
25 Exhibit 3.

1      MARKED FOR IDENTIFICATION:
2      EXHIBIT 3
3      9:19 a.m.
4  BY MR. MILLS:
5  Q. This is a scientific statement from the Endocrine
6  Society.
7      Endocrinology is your specialty, right?
8  A. Yes.
9  Q. And we've already talked about the Endocrine Society.
10 Do you recognize the names, any of the names who
11 coauthored this statement?
12 A. I'm familiar with a couple of the names.
13 Q. If you could look at page 2 with me the first
14 paragraph under the line kind of in the middle of the
15 page. Yeah, page 2.
16     It says, "Sex is an important biological
17 variable that must be considered in the design and
18 analysis of human and animal research. The terms sex
19 and gender should not be used interchangeably. Sex is
20 dichotomous with sex determination in the fertilized
21 zygote stemming from unequal expression of sex" --
22     COURT REPORTER: Can you slow down just a
23 hair, please?
24     MR. MILLS: Sure.
25     COURT REPORTER: You lost me at zygote.

1  BY MR. MILLS:
2  Q. "Sex is dichotomous with sex determination in the
3  fertilized zygote stemming from unequal expression of
4  sex chromosomal genes."
5      Did I read that correctly?
6  A. Yes.
7  Q. What does dichotomous mean?
8  A. I would -- I would say dichotomous means two and
9  separate.
10 Q. And do you agree that sex is determined in the
11 fertilized zygote?
12 A. I think that they're referring to chromosomal sex, and
13 if they're -- if my assumption is correct, then I
14 would agree with that.
15 Q. So you agree that sex is dichotomous?
16 A. I don't -- I don't know that I agree with -- with that
17 specifically. I agree with it when talking about
18 chromosomal sex being XX or XY predominantly, but I
19 think saying that sex is dichotomous misses some of
20 the nuance of how sex can be more complicated.
21 Q. If you could flip to page 10 of this document. On the
22 second column, the last paragraph starts with, "Sex is
23 an essential part of vertebrate biology, but gender is
24 a human phenomenon. Sex often influences gender, but
25 gender cannot influence sex."

1    Would you agree with that statement?
2  A.  Well, there's a lot of parts of that, so let me try to
3    break it down.
4    Gender is a human phenomenon.  I agree that
5    humans have gender identity.  I'm not sure if other
6    animals have gender identity, so I think that I would
7    agree with that.
8    Sex often influences gender.  I think that
9    makes sense to me.
10    Gender cannot influence sex, I think that
11    -- to me that means that someone's gender identity
12    doesn't influence the other components of sex, so in
13    that way I would agree, but I would also put forward
14    that my definition of sex includes gender identity as
15    a component.
16  Q.  So you would say this statement is wrong because it
17    just says outright gender cannot influence sex?
18  A.  No, that's not what I said.  I don't think that gender
19    identity can influence the other components of sex so
20    I wouldn't disagree with that.
21  Q.  But you would agree this statement doesn't say "other
22    components," it just says "sex"?
23  A.  I agree that it doesn't say "other components."
24  Q.  So you wouldn't have written this like it's written?
25  A.  I don't think I would have.

1  Q.  If you could flip to page 8, near the top of the first
2    column, the second sentence, "Gender identity is a
3    psychological concept that refers to an individual's
4    self perception."
5    Do you agree with that statement?
6  A.  Yes.
7  Q.  I wanted to go back to Exhibit 1, which was your
8    article in the Advances in Pediatrics.  This is on
9    page 5.  At the end of the second to last paragraph
10    the last sentence says, "Yet, the vast majority of
11    transgender persons do not have an identified DSD or
12    endocrinopathy."
13    Did I say that right?
14  A.  You did.
15  Q.  A DSD refers to a disorder of sexual development?
16  A.  That's correct.
17  Q.  And what does endocrinopathy mean?
18  A.  An endocrine disorder.
19  Q.  And so do you agree with this statement that the vast
20    majority of transgender persons do not have either
21    one?
22  A.  Yes.
23  Q.  So when you treat transgender persons with gender
24    dysphoria, you are not typically treating for a DSD,
25    correct?

1  A.  That's correct.
2  Q.  And gender dysphoria is not a DSD?
3  A.  That's correct.
4  Q.  Transgender status is not a DSD, correct?
5  A.  That's correct.
6  Q.  And when you treat transgender patients with gender
7    dysphoria, you are not treating an endocrine disorder;
8    is that right?
9  A.  That's correct.  Well, I would say that I'm treating a
10    disorder with hormones.  So whether we call that an
11    endocrine disorder or not, they don't have --
12    typically they don't have an abnormality in their sex
13    hormone production as it relates to their sex assigned
14    at birth.
15  Q.  But transgender status is not an endocrine disorder,
16    correct?
17    MS. WILLIAMS:  Objection.
18  A.  I think that -- that the semantics there are hard for
19    me to parse out.  You know, I think it's a disorder
20    that endocrinologists treat.  We treat it with
21    hormonal interventions, so whether it's called an
22    endocrine disorder or not, you know, I think is not
23    important.
24  BY MR. MILLS:
25  Q.  But in 2017, you wrote the vast majority of

1    transgender persons do not have an endocrinopathy, or
2    as you said, an endocrine disorder, so are you
3    changing your view on that since 2017?
4  A.  No, I'm saying in this article that we're not treating
5    hormonal perturbation or a hormone problem.  An
6    endocrinologist is treating transgender people with
7    hormones, so whether we call that an endocrine problem
8    or not, I think that could be open for debate.
9    Dismissing that transgender status is an
10    endocrine problem out of hand I think misses the
11    larger point that endocrinologists treat transgender
12    people with gender dysphoria.
13  Q.  And gender dysphoria is not an endocrine disorder?
14  A.  No.
15  Q.  The Endocrine Society's statement we looked at a
16    minute ago refer to different levels of sex steroids.
17    What is the typical level of testosterone
18    in an adult male?
19  A.  Typical level of testosterone in an adult male is
20    roughly 200 to 900 nanograms per deciliter.
21  Q.  What about the typical level of estrogen in an adult
22    male?
23  A.  It's low, less than 30 picograms per deciliter, if I'm
24    getting my units correct.
25  Q.  And what is the typical level of estrogen in an adult

Page 18

1   female?
2   A.  The typical level of estrogen in an adult female
3       varies through the month, but it can be between 50 and
4       300 picograms per deciliter.
5   Q.  And what is the typical level of testosterone in an
6       adult female?
7   A.  Generally I would say less than 40 nanograms per
8       deciliter.
9   Q.  And do these levels that you've just said assume any
10      medical treatments?
11  A.  These are typical normal ranges for biologic men and
12      women not on medical treatments.
13  Q.  So assuming no medical treatment, still is the typical
14      testosterone level of an adult transgender woman the
15      same as an adult natal male?
16  A.  It likely would be.
17  Q.  Is that also true of estrogen?
18  A.  Yes.
19  Q.  And is the typical estrogen level of an adult
20      transgender male the same as an adult natal female?
21  A.  I would expect it to be.
22  Q.  And that's also true of testosterone?
23  A.  Yes.
24  Q.  So those typical levels are manifestations of the
25      person's biological sex; is that right?

Page 19

1   A.  Yes.
2   Q.  Is there a typical level of those two sex steroids,
3       testosterone and estrogen, in transgender adults?
4   A.  So did we just answer that for untreated transgender
5       adults?
6   Q.  Mm-hmm.
7   A.  Yes.
8   Q.  So the -- I'll ask it a different way.
9           The typical level of those two sex steroids
10      in transgender adults would depend on whether they've
11      been treated with hormones; is that fair to say?
12  A.  The goal of treatment in someone being treated with
13      hormones for gender dysphoria would be to bring their
14      hormone levels in line with that which is typical of
15      other people of that sex.
16  Q.  Okay.  I'm going to show you what I'm marking as
17      Exhibit 4.
18          MARKED FOR IDENTIFICATION:
19          EXHIBIT 4
20          9:31 a.m.
21  BY MR. MILLS:
22  Q.  This is an article you published with some others, is
23      that right, concerning transgender youth?
24  A.  Yes.
25  Q.  If you could flip to page 2 at the top with me.  This

Page 20

1   is about the third sentence down.
2           "The term transgender typically refers to
3       those individuals for whom genotype and phenotype are
4       mismatched, therefore, biologically male children may
5       self-identify as female and vice versa, or youth may
6       not fit neatly into either category."
7           Do you understand the term transgender to
8       include youth who, as you sit here, do not fit neatly
9       into either category?
10  A.  I think generally transgender is an umbrella term to
11      define someone whose gender identity does not match
12      their sex assigned at birth.
13  Q.  So a person who considers them self nonbinary could be
14      transgender; is that right?
15  A.  Yes.
16  Q.  And a person who considers them self agender could be
17      transgender?
18  A.  Yes.
19  Q.  And a person who considers themselves gender queer
20      could be transgender?
21  A.  Yes.
22  Q.  So if you want to flip to page 8 in that same document
23      with me.
24          COURT REPORTER:  If you could hold on for
25      one second, somebody rang in here.

Page 21

1           It's okay.
2   BY MR. MILLS:
3   Q.  So we're on page 8 just before the heading toward the
4       bottom, this is the second to last sentence before the
5       "Challenges and Dilemma" heading.
6           "We also want to ensure that the child
7       adolescent who may be gender variant does not feel
8       compelled to choose a gender male/female when in
9       actuality they may not fit into a typically recognized
10      gender identity."
11          So some youth with divergent gender
12      identities may not have the opposite identity as their
13      biological sex; is that right?
14  A.  Although most patients that I see do identify as the
15      other sex, there are some individuals that identify
16      somewhere -- somewhere else on a gender spectrum.
17  Q.  How many gender identities would you say there are?
18  A.  I don't think of gender identity in that way to count
19      gender identities.  Gender identity is a concept of
20      knowing oneself and one's gender.
21  Q.  If you could flip back to the Endocrine Society's
22      scientific statement, this is what we marked as
23      Exhibit 3, with me, and I'm going to page 9 of this
24      document.  This is the "Endocrine Society considering
25      sex as a biological variable," page 9, and looking at

6 (Pages 18 - 21)

1    the start of the first full paragraph in the first
2    column.
3        "Although gender is strongly influenced by
4    environmental and cultural forces, it is unknown if
5    the choice to function in society in male/female or
6    other roles is also affected by biological factors."
7        Do you agree that gender is strongly
8    influenced by environmental and cultural forces?
9    A.  So I'm not sure if they're referring to gender
10   identity here or gender as a concept.  So if you're
11   asking me to agree with this sentence, I'm not sure
12   that I -- that I can based on -- on -- on that, but I
13   would say that -- that I don't believe gender identity
14   to be strongly influenced by environmental or cultural
15   forces.
16   Q.  Do you think gender identity is influenced at all by
17   environmental and cultural forces?
18        MS. WILLIAMS:  Objection.
19   A.  I think that individuals likely have an innate gender
20   identity, and the understanding of that gender
21   identity can be influenced by the world around us.
22   BY MR. MILLS:
23   Q.  Do you agree that it is unknown if the choice to
24   function in society in male/female or other roles is
25   also affected by biological factors?

1    A.  I presented data to support the notion that gender
2    identity is impacted by biologic factors.  The choice
3    to function in society as male/female or other roles,
4    I'm not sure what that -- what that means exactly in
5    this sentence, but I -- I presented data to support
6    the notion that gender identity itself has biologic
7    foundation.
8    Q.  If we could flip back to Exhibit 1.  This is your
9    article in the Advances in Pediatrics, page 5 in the
10   middle of the page.  This is at the end of the second
11   full paragraph.
12        You say, "Studies have failed to firmly
13   establish causative gains."  And then if we could flip
14   back to the Endocrine Society's statement that's
15   Exhibit 3 that we were just looking at, back to page
16   8.  This is in the second sentence in the first column
17   on page 8 starting halfway through the sentence.
18        "While associations between gender
19   identity, neuroanatomic, genetic and hormone levels
20   exist, a clear causative biologic underpinning of
21   gender identify remains to be demonstrated."
22        Do you agree that a clear causative
23   underpinning of gender identity remains to be
24   demonstrated?
25   A.  I agree that we don't have biologic variable that

1    clearly causes a certain change in gender identity,
2    yes.
3        That the associations that I presented are
4    not intended to demonstrate that a certain gene is
5    causing a change in gender identity or a particular
6    exposure, a particular hormonal exposure is causing
7    gender identity, but simply that there's relationship
8    between these biologic variables and gender identity.
9    Q.  But you don't disagree with the way this scientific
10   statement words the absence of a clear causative
11   biological underpinning, correct?
12   A.  I'm reading that to say -- to mean that exactly how I
13   just presented it, that there's not a clear cause for
14   -- there wouldn't be a situation where you can measure
15   something like a genetic variable or a hormonal
16   exposure and then be able to predict one's gender
17   identity, so in that way I would agree.
18   Q.  And along the same lines, so you don't know with
19   certainty what causes gender identity; is that right?
20   A.  Correct.
21   Q.  I'm going to show you now what I'm marking as
22   Exhibit 5, which is an article you published with some
23   others called "Autistic traits in mothers and children
24   associated with children gender nonconformity."
25        MARKED FOR IDENTIFICATION:

1        EXHIBIT 5
2        9:40 a.m.
3    BY MR. MILLS:
4    Q.  Do you recall this article?
5    A.  Yes.
6    Q.  If you could just flip to page 2 of the article, and
7    this is near the end, the second to last sentence of
8    the big paragraph toward the bottom of the page.
9        You wrote, "Postnatal" -- "In addition,
10   postnatal and environmental factors such as the social
11   relationship between the parent and infant and
12   cognitive learning about parental expectations and
13   societal norms may influence gender development."
14        Do you still agree that postnatal
15   environmental factors may influence gender identity?
16   A.  Well, I said development, so I think I would agree
17   with that.
18   Q.  And could you explain what the difference between
19   gender development and gender identity is?
20   A.  Sure.  So I -- I think that we've -- we've defined
21   gender identity as an internal sense of one's self as
22   boy, girl, man, woman, and I would describe gender
23   development as the -- the progress of understanding
24   gender as one grows from infancy to toddlerhood to
25   childhood to adolescence to adulthood.

7 (Pages 22 - 25)

Page 26

1  Q.  So a factor that influences gender development would
2      necessarily influence gender identity; is that right?
3  A.  I don't know.  I think the -- the point here is that
4      gender identity is a really complicated human
5      characteristic that probably has lots of different
6      inputs and factors.
7           The -- the factors here, the relationship
8      between parent and infant, cognitive learning,
9      parental expectations and societal norms, may they
10     influence gender identity?  I think it's possible.  I
11     think that we have a -- we have a really
12     complicated human characteristic here that -- that is
13     incompletely understood, but -- but the assertion that
14     there's biologic factors that are related to it
15     remains -- remains clear.
16  Q.  If the postnatal environment is important in gender
17     development, do you agree that it is desirable to
18     structure that environment in such a way that a child
19     becomes comfortable with their natal sex so they don't
20     have to undergo medical gender transition?
21          MS. WILLIAMS:  Objection.
22  A.  I think in the best case scenario a child would
23     understand that whatever their gender identity is
24     would be met with love and support.
25  BY MR. MILLS:

Page 27

1  Q.  I'm going to show you what I'm marking as Exhibit 6,
2     which is an article you coauthored entitled
3     "Transgender and gender nonconforming adolescent care,
4     psychosocial and medical considerations."
5          MARKED FOR IDENTIFICATION:
6          EXHIBIT 6
7          9:43 a.m.
8  BY MR. MILLS:
9  Q.  This was an article you coauthored; is that right,
10     Dr. Shumer?
11  A.  Yes.
12  Q.  If you could look at page 2, the second paragraph
13     under "Gender Identity," the second paragraph there,
14     the second sentence.
15          "For example, a prepubertal child who is
16     gender nonconforming or has apparent gender dysphoria
17     may or may not identify as transgender later in life."
18          Would you still agree with that statement?
19  A.  Yes.
20  Q.  So some children with gender dysphoria will identify
21     with their biological sex later in life?
22  A.  Yes.
23  Q.  Sorry, I'm just getting back to where we are.
24          If we could flip back to the Endocrine
25     Society scientific statement, this is Exhibit 3, and

Page 28

1     if you'd go to page 9, the bottom of the first column.
2          The very bottom of the first column says,
3     "Attempts to identify specific genes governing gender
4     identity have been plagued by small numbers of
5     subjects and low statistical significance."
6          Do you agree with that statement?
7  A.  I would -- I would just back up for a second and put
8     this in context because the sentence before says
9     genetics may play a role in gender identity.
10         Monozygotic twins have a 39 percent
11     concordance for gender dysphoria, which I think
12     references one of the articles that I included in my
13     expert report.  So the following sentence that you
14     read I would agree is that those studies that -- that
15     highlight that point are relatively small, and so
16     further study to help understand the genetics of
17     gender identify would certainly be helpful.
18  Q.  And if it were purely genetic, monozygotic twins would
19     have a 100 percent concordance for gender dysphoria;
20     is that right?
21  A.  Yeah, I think I tried to explain this in more detail
22     in my rebuttal report, but there are certain medical
23     conditions that we would call Mendelian traits which
24     involve a specific gene, and one -- one gene when --
25     when mutated, for example, or -- or when there's a

Page 29

1     certain allele will 100 percent of the time express
2     that condition.
3          So, for example, Huntington's disease is a
4     Mendelian trait where you have that gene 100 percent
5     of the time you'll have Huntington's disease, but many
6     human characteristics while there is a genetic link
7     are not 100 percent, you know, gene equals outcome.
8  Q.  Sure.  So the next sentence here is, "No specific gene
9     has been reproducibly identified."
10         Would you agree with that?
11  A.  Correct.  There's not a specific gene when mutated a
12     certain way or when a certain allele is present would
13     be 100 percent predictive of a certain difference or
14     lack of difference in gender identity.
15  Q.  So if we go up to the second sentence in the big
16     paragraph in the first column on page 9 it says, "A
17     general issue is that the association of sex, gender
18     or sexual orientation with specific brain structures
19     or with other biological variables does not establish
20     whether the biological variables are causes or
21     consequences or noncausal correlates of the behavioral
22     contribution or function of the individuals studied."
23         Do you agree that that issue remains sort
24     of an open question in the studies you discussed?
25  A.  So that's a complicated question, so let me just try

Page 30

1  to -- to go through that with you.
2      So a general issue is the -- that the
3  association of sex, gender and sexual orientation with
4  specific brain structures or with other biologic
5  variables does not establish whether the biological
6  variables are causes or consequences or noncausal
7  correlates of the behavioral characteristic or
8  function of the individuals studied to me is pointing
9  out that you could have a, let's say, a biologic
10  difference that exists in transgender people, and the
11  question is, is that biologic difference the cause of
12  the gender identity or is the gender identity somehow
13  causing that biologic difference or in something to
14  that effect. So I think with each study you have to
15  think about the plausibility of that and think about
16  whether that could be true.
17      I think for the monozygotic twin studies,
18  it's harder for me to understand how the gender
19  identity could impact the genetic differences. I
20  think, you know, when we're talking about other
21  studies that -- that I referenced in my report, I
22  think each time we'd have to think about how that
23  could be and not discount it out of hand that -- that
24  the cause and effect could be one way versus the
25  other.

Page 31

1      So if we -- if we take individual studies,
2  we could try to answer that question more -- more
3  specifically.
4  Q. But you agree that this could be an issue with
5      specifically the brain studies?
6  A. So I think this comes up a lot in -- in -- in brain
7      studies where, let's say, there's a difference in a
8      brain structure in someone with a certain
9      characteristic, is that -- is there something that
10      caused that difference that is also attributed to the
11      condition we're talking about, or is -- is the
12      causation the other way around. And so that could be
13      something that you would need to think about with
14      brain studies.
15      And -- and so, you know, when we're
16      thinking about gender identity as this variable, you
17      know, I think, you know, whether or not the difference
18      occurred after hormone exposure or before, those sorts
19      of questions would be important to think through when
20      you're trying to understand the importance of the
21      study in answering your question.
22      MARKED FOR IDENTIFICATION:
23      EXHIBIT 7
24      9:51 p.m.
25  BY MR. MILLS:

Page 32

1  Q. I'm showing you what I'm marking as Exhibit 7, which
2      is an article by a professor of psychology Kristina
3      Olson.
4      Are you familiar with her work?
5  A. Yes.
6  Q. Sorry, I may have given you two copies; just ignore
7      one of them.
8      Is she generally a knowledgeable person in
9      this field of gender identity and gender dysphoria?
10  A. I don't know what area we're going to be talking
11      about.
12  Q. And how are you familiar with her?
13  A. She -- she presented -- she published studies related
14      to gender identity outcomes, I believe, related to
15      social transition and comparing children with their
16      peers and other unrelated -- unrelated age-matched
17      controls, and that's how I'm most familiar with her
18      work.
19  Q. I'm -- if you want to flip to page 6 of the page
20      numbers that are at the bottom here, the first full
21      paragraph the end of the paragraph says, "Whereas, the
22      topic" -- sorry, I'll go back.
23      So this paragraph is talking about
24      neuroscience studies about the brain structures of
25      trans people. The end of the paragraph says,

Page 33

1  "Definitive conclusions about genetic and neural
2  correlates of gender identity remain elusive."
3      Would you agree with that statement?
4  A. If you don't mind --
5  Q. Sure.
6  A. -- I'd just like to read the whole paragraph to
7      myself --
8  Q. Of course.
9  A. -- for a second.
10      Yes, I think the whole paragraph nicely
11      summarizes sort of a lot of the topics we've been
12      talking about, how we have these differences that
13      we've measured in the brains of transgender people,
14      that forming a causative link is difficult in these
15      types of studies, and so I certainly I don't disagree
16      with the sentence that you read, and I would just add
17      that, you know, by presenting -- bringing the study
18      data in my expert report, I'm certainly not purporting
19      a causative link to a certain size nuclei equals a
20      certain gender identity, but rather using that to
21      expand on the -- or to include it in the data that
22      helps to demonstrate this biologic origin of gender
23      identity.
24  Q. Do you agree that the brain studies you cited in your
25      report analyzing gender identity did not control for

9 (Pages 30 - 33)

Page 34

1  sexual orientation?
2  A. I think that it would be helpful to look at them in
3     detail, but I don't remember them controlling for
4     sexual orientation.
5  Q. Sure, we can come back to that.
6        If you could flip to what I marked as
7     Exhibit 2, which was the question and answers you gave
8     with the Michigan --
9  A. Oh, I have two of these ones.
10 Q. Sorry about that; that was my fault.
11       Page 2 the second paragraph under the
12    heading "What is gender-affirming care." This is the
13    second paragraph under that heading.
14       "Not everyone with the difference in gender
15    identity should be considered as having a medical
16    problem or needing to see a doctor."
17       Do you still agree with that statement?
18 A. Yes.
19 Q. So a difference in gender identity would include an
20    individual who's -- who is transgender, right?
21 A. Yes.
22 Q. So some transgender individuals should not be
23    considered as having a medical problem or needing to
24    see a doctor?
25 A. Yes.

Page 35

1  Q. I'd like to show you now what I'm going to mark as
2     Exhibit 8 --
3        MARKED FOR IDENTIFICATION:
4           EXHIBIT 8
5           9:56 a.m.
6  BY MR. MILLS:
7  Q. -- which is a chapter that you wrote in a book
8     entitled Transgender Medicine.
9        And do you recall this chapter?
10 A. Yes.
11 Q. Sorry, there's two pages of preliminary material, but
12    then Chapter -- it looks like you were a coauthor of
13    Chapter 9, entitled "Endocrine care of transgender
14    children in adolescence"; is that right?
15 A. Yes.
16 Q. If you could flip to -- sorry, the pages are a little
17    conflicting here -- page 166, which is the second page
18    of your chapter; it just skips ahead to your chapter.
19    There we go.
20 A. 166?
21 Q. That's right. And this is in the middle of the page
22    you're defining the term transgender.
23       You wrote, "An umbrella term describing
24    individuals who identify with a gender that is
25    different from gender assigned at birth may or may not

Page 36

1  connote gender dysphoria or desire to seek an
2  intervention."
3        So is it correct to say that some
4     transgender persons do not have gender dysphoria?
5  A. Yes.
6  Q. And for transgender persons without gender dysphoria,
7     medical gender transition would not be proper; is that
8     right?
9  A. That's correct.
10 Q. Even for some transgender persons with gender
11    dysphoria, medical gender transition might not be
12    proper; is that right?
13 A. Sorry, can you way that one more time?
14 Q. Sure. So I'm talking about transgender persons with
15    gender dysphoria, medical gender transition in the
16    sense of puberty blockers and cross X hormones would
17    not necessarily be the proper course of treatment; is
18    that right?
19 A. In assessing anyone with gender dysphoria, medical
20    transition would be considered as an option and may or
21    may not be appropriate.
22 Q. Can individuals who do not identify as transgender
23    have gender dysphoria?
24 A. Well, you said in an individual who does not identify
25    as transgender, so I think to me that means that that

Page 37

1  person them self is applying that term transgender to
2  their identity, so there may be -- may be a person
3  that identifies as a sex different from their assigned
4  sex at birth that eschews the term transgender and,
5  therefore, wouldn't themselves state that they
6  identify as transgender that have gender dysphoria,
7  but in my definition of transgender, which is a person
8  whose gender identity is different than their sex
9  assigned at birth, then, no, someone would need to fit
10 that definition to have gender dysphoria.
11       I'm not sure if I explained that.
12 Q. I think I understand. Thanks.
13 A. Yeah.
14 Q. So you would potentially treat an individual who does
15    not identify as transgender but has gender dysphoria
16    if you considered them to be transgender?
17 A. I don't think that -- I don't think of transgender as
18    a medical term, so I'm really as a pediatric
19    endocrinologist more interested if they have gender
20    dysphoria.
21 Q. Do you diagnose gender dysphoria under the DSM-5
22    without the input of a psychiatrist or psychologist or
23    other mental health professional?
24       MS. WILLIAMS: Objection.
25 A. So there's a couple parts to that question. I

10 (Pages 34 - 37)

1 certainly can and do diagnose gender dysphoria. The
2 DSM is very clear on how one may -- can diagnose it,
3 but in my clinical practice, I work as part of a
4 multidisciplinary team where patients are also seeing
5 a mental health professional, and that mental health
6 professional is considering the diagnosis of gender
7 dysphoria as well.
8 BY MR. MILLS:
9 Q. So have you ever diagnosed gender dysphoria and
10 started medical treatment without the input of a
11 mental health professional?
12 A. No, that's not how our clinic is set up to function.
13 Q. I'm going to show you what I'm marking as Exhibit 9.
14         MARKED FOR IDENTIFICATION:
15         EXHIBIT 9
16         10:01 a.m.
17 BY MR. MILLS:
18 Q. This is an article you coauthored entitled "Evaluation
19    of Asperger's syndrome in youth presenting to a gender
20    dysphoria clinic."
21         Do you recall this article?
22 A. Yes.
23 Q. And you were an author of it?
24 A. Yes.
25 Q. If you could just flip to page 389 of the article, and

1 this is under "Discussion" in the first column, the
2 second sentence.
3         "23 percent of patients presenting with
4 gender dysphoria had possible likely or very likely
5 Asperger's syndrome as measured by the ASDS," and then
6 you say, "That is consistent with growing evidence of
7 increased prevalence of ASD in gender dysphoric
8 children."
9         ASD is Autism Spectrum Disorder; is that
10 right?
11 A. Yes.
12 Q. And do you still agree that there's an increased
13    prevalence of ASD in gender dysphoric children?
14 A. Yes.
15 Q. Near the bottom of that first column in the middle of
16    the last paragraph you wrote, "The psychological
17    evaluation performed" -- sorry, I'll start -- the
18    first sentence of that last paragraph says, it talks
19    about the evaluation and treatment of children and
20    adolescents with gender dysphoria. You say it's
21    guided by professional guidelines or standards of
22    care, and then in the middle of the paragraph you say,
23    "The psychological evaluation performed is not
24    standardized with different clinics performing diverse
25    batteries of psychological screening."

1         Would you still agree that the
2 psychological evaluation for gender dysphoria is not
3 standardized?
4 A. Just to clarify, the end of that sentence was
5    "testing." You said "screening."
6 Q. Oh, yes, sorry, sorry. Yes, you're right.
7 A. So I think that in general, pediatric -- pediatric
8    patients with gender dysphoria are in our country
9    generally treated in pediatric gender clinics which
10   consist of a mental health component and assessment.
11        The -- the assessment performed in these
12   clinics is all based on the premise that a diagnosis
13   of gender dysphoria should be evaluated for, and that
14   a biopsychosocial assessment, understanding of the
15   child's gender history, the parent's perception of
16   that gender journey, the child's social and
17   educational history, developmental history. These are
18   all important components of that assessment, in my
19   opinion, and how that assessment is structured may
20   look different depending on the resources of each
21   clinic or the -- the tools that a mental health
22   professional may employ to answer those questions.
23 Q. So just to go back, would you agree that the
24   psychological evaluation you performed is not
25   standardized?

1 A. I would agree that there's not a cookie-cutter
2    approach that every pediatric gender clinic follows to
3    make this assessment, but the function of what's
4    important, the important outcome of that assessment is
5    similar across all gender clinics.
6 Q. If the evaluation is different, then the same child
7    could be diagnosed with gender dysphoria in one place
8    and not in another; is that right?
9 A. I wouldn't expect that to be the case, no.
10 Q. But it's possible?
11 A. So I think that every child is a unique individual
12   with oftentimes a complicated story to tell, that --
13   that the -- the criteria outlined by the DSM for
14   gender dysphoria are pretty clear, and so I don't
15   think that it's likely that a patient would be
16   diagnosed with gender dysphoria by one individual with
17   expertise in this field and not by another, but there
18   are certainly cases where the diagnosis is complicated
19   or unclear, and in those situations oftentimes time
20   can be useful in the diagnostic journey, you know, if
21   a patient is -- is maybe partially or borderline
22   meeting criteria for gender dysphoria, then continuing
23   to see where that patient's gender identity half
24   progresses over time would be a helpful tool.
25 Q. But to go back to my question, it is possible that the

Page 42

1    same child would be -- could be diagnosed with gender
2    dysphoria in one -- by one provider and not by another
3    provider?
4    A.  I don't think that's very likely.  I think that it's
5    hard to say that that would be impossible, but the --
6    the DSM pretty clearly outlines how to make this
7    diagnosis so I wouldn't expect that to happen.
8    Q.  You said that children in this country are generally
9    treated in pediatric gender clinics.  What is the
10   basis of that statement?
11   A.  As someone that works in the field, I -- I have
12   knowledge of the options for pediatric patients and
13   where they're able to receive the care that they need.
14   Q.  Do you know what percentage of children with gender
15   dysphoria who are undergoing medical transition are
16   treated in pediatric gender clinics?
17   A.  I don't know a percentage, but I expect it to be very
18   high.
19   Q.  You're not aware of a survey of children with gender
20   dysphoria being medically transitioned as to in what
21   context they're being treated?
22   A.  If there's a survey, I don't recall it.
23   Q.  And you're not aware of what percentage of children in
24   Alabama are treated at a pediatric gender clinic
25   there?

Page 43

1    A.  No.
2    Q.  Are you aware of any pediatric gender clinics in
3    Alabama?
4    A.  I don't -- I'm not intimately familiar with any
5    pediatric gender clinics in Alabama, although I have
6    an awareness that there is one in Birmingham.
7    Q.  And you're not familiar with any others?
8    A.  No.
9    Q.  Do you know of any way of gathering data on children
10   who are treated outside of pediatric gender clinics in
11   terms of how many children are treated that way?
12   A.  No.
13   Q.  So to go back to this paper, in the second column in
14   about the middle of that big paragraph you say, "Some
15   items on the ASDS may be naturally observed in non-ASD
16   gender dysphoric youth" --
17   A.  My apology, I'm not following you yet.  Where are we?
18   Q.  Sure, sure.  So the second column on 389, and we're in
19   the one, two, three, fourth sentence.  You say, "For
20   example."
21   A.  "For example," gotcha, yeah.
22   Q.  "For example, some items on the ASDS may be naturally
23   observed in non-ASD gender dysphoric youth,
24   specifically an item on the cognitive subscale,
25   "Appears to be aware that he or she is different from

Page 44

1    others," "and an item on the maladaptive subscale,
2    "Does not change behavior to match the environment,"
3    "might capture expected observations in the gender
4    dysphoria child.
5         "Thus, scrupulous attention to symptomology
6    during ASD diagnostic evaluation of gender
7    nonconforming youth is essential to minimize any risk
8    of misclassifying gender dysphoric youth with high
9    functioning ASD due to symptom overlap."
10        And then the next sentence, "Importantly,
11   certain symptoms may be associated with both
12   diagnoses, but stem from vastly different origins."
13        Do you still agree with that discussion?
14   A.  Yes.
15   Q.  And so would you agree that there's also risk of
16   misclassifying high-functioning ASD youth as gender
17   dysphoric?
18   A.  Give me one second.
19   Q.  Yeah.
20   A.  It's a complicated paragraph, so let me just reread
21   it.
22        So the paragraph that we read was talking
23   about how patients with gender dysphoria may be over
24   classified as ASD simply because of some of these
25   examples on the ASDS.

Page 45

1         So your question is a reverse, correct?
2    Could patients with gender dysphoria be misclassified
3    and really have ASD?
4    Q.  (Shakes head in the positive.)
5    A.  I think that's harder for me to explain.  So I'm not
6    -- I'm not sure that that's what this paragraph would
7    support.
8    Q.  So why would the symptom overlap only lead to a risk
9    of error in one direction?
10   A.  Because these questions appear -- appears to be aware
11   that he or she is different from others and does not
12   change behavior to match environment.  These are
13   questions that are trying to diagnose autism spectrum
14   disorder, but they're not questions that you would use
15   to diagnose gender dysphoria.
16   Q.  You don't think those questions could be relevant
17   under the DSM-5?
18   A.  Pertaining to the diagnosis of gender dysphoria?
19   Q.  That's right.
20   A.  Not without context including discussion of gender
21   identity, no.
22   Q.  I'm showing you what I'm marking as Exhibit 10, which
23   was an article you coauthored, "Mental health of
24   transgender youth in care at an adolescent urban
25   community health center."

12 (Pages 42 - 45)

1          Do you recognize this article?
2   A.  Yes.
3          MARKED FOR IDENTIFICATION:
4          EXHIBIT 10
5          10:12 a.m.
6   BY MR. MILLS:
7   Q.  If we could just go to page 8 of the article under
8       "Conclusion" the first paragraph.  This is the last
9       two sentences of that first paragraph under
10      "Conclusion."
11         "Patients with a transgender identity or
12      history should be recognized as having higher risk for
13      mental health concerns and should be carefully
14      screened and evaluated.  Patients identified with
15      cooccurring transgender identity and mental health
16      concerns should be seen by a mental health provider
17      who is qualified to provide evidenced-based care with
18      sensitivity to the diversity of gender identity and
19      expression."
20         Why do you think this is important?
21  A.  I think the first sentence is important to point out
22      that the pediatric transgender population is
23      vulnerable from a mental health standpoint and having
24      extra mental health support in place when managing
25      gender dysphoria is critical.

1          I think the second sentence is important
2       because if someone has gender dysphoria and you're
3       treating that gender dysphoria, but they have unmet --
4       other unmet psychiatric needs, like depression or
5       anxiety that are unrelated to their gender dysphoria,
6       that by not managing those things, you're not
7       maximizing that child's health and potential.
8   Q.  Do you think this screening and evaluation should
9       occur before any medical interventions?
10  A.  I do think that assessment of a patient's overall
11      mental health is important prior to proceeding with a
12      medical intervention, yes.
13  Q.  So if a patient is not seen by a qualified mental
14      health provider before medical intervention, you would
15      say that would be a substandard quality of care?
16         MS. WILLIAMS:  Objection.
17  A.  My -- if we think about the, you know, WPATH Standards
18      of Care, the recommendation is to involve a
19      multidisciplinary team when providing care to gender
20      dysphoric youth, so there are certainly many ways to
21      do that, and so the composition of that team could
22      look different in different places, but having --
23      having some sort of evaluation of a child's mental
24      health by a person that is competent in performing
25      that evaluation is something that I believe to be

1       important.
2   BY MR. MILLS:
3   Q.  And you would agree that the WPATH standards call for
4       a comprehensive psychosocial assessment by a qualified
5       mental health provider, right?
6   A.  I'm not sure if those are the exact words, but
7       something to that effect is something that I would
8       support.
9   Q.  So if that doesn't happen, you would say that the
10      patient has not received the standard suggested by
11      WPATH?
12  A.  If they haven't received the care as outlined by WPATH
13      Standards of Care, then they haven't received the
14      standard of care as outlined by WPATH by definition.
15  Q.  And would you say that would then be a substandard
16      quality of care?
17         MS. WILLIAMS:  Objection.
18  A.  I don't know if there's a specific definition for
19      substandard quality of care, but it wouldn't be the
20      type of care that I would support or suggest.
21  BY MR. MILLS:
22  Q.  In the context of medical gender transition, should
23      the treating endocrinologist be aware of cooccurring
24      psychiatric conditions the patient may have?
25  A.  Sorry, can you repeat that once more?

1   Q.  Sure.  So within medical gender transition for
2       patients with gender dysphoria, should the treating
3       endocrinologist be aware of cooccurring psychiatric
4       conditions the patient may have?
5   A.  Yes.
6   Q.  And should the treating endocrinologist be aware of
7       other issues that may affect gender dysphoric
8       treatment such as a past history of sexual trauma?
9   A.  That one's a little bit harder for me to answer.  I
10      think that it -- it -- if that history of sexual
11      trauma was important in the narration of that child's
12      gender identity, then -- then yes, but not -- I
13      wouldn't suggest that all sexual trauma would impact
14      one's gender identity, so it's -- so I'm not sure.
15  Q.  In your experience, is it common for the sexual trauma
16      to not affect gender identity?
17  A.  Yes.
18  Q.  Would you agree that the mental health provider
19      working as part of an interdisciplinary team should
20      still know about issues that may affect gender
21      dysphoria treatment such as a past history of sexual
22      trauma?
23  A.  So we're in that question assuming that past history
24      of sexual trauma does impact one's gender identity, so
25      I -- I'm not sure that I can answer that question

1 without first validating that statement.
2 Q. Do you think it would be significant in the diagnosis
3 of gender dysphoria to know whether there is a past
4 history of sexual trauma?
5 A. I think that that's an important component of any
6 mental health evaluation if you're taking a complete
7 biopsychosocial assessment, and then in talking
8 through that sexual trauma if present, the
9 professional can work -- work with the -- the patient
10 or client on how their understanding of their gender
11 identity was or was not impacted by that event.
12 Q. So if a comprehensive assessment happened, then
13 someone on the interdisciplinary team should know
14 about the history of sexual trauma even if it's not
15 directly tied to gender dysphoria?
16 A. I think -- I'm not sure that I'm the right person to
17 ask this question. I think that a mental health
18 professional who takes -- does a biopsychosocial
19 assessment, I'm not sure whether asking about sexual
20 trauma is a component of all psychosocial assessments.
21 I assume it is, but to be honest, I'm not 100 percent
22 sure.
23 Q. Sure. Do you know the error rate of diagnosing gender
24 dysphoria?
25 A. Well, I would say that -- that because there's

1 specific criteria that -- that you use to diagnose
2 gender dysphoria, the -- the clinician that's using
3 those criteria wouldn't have the ability to have an
4 error in making the diagnosis if using that criteria.
5 I think what you're asking is does that
6 diagnosis of gender dysphoria and the subsequent
7 treatment is that the correct treatment for that
8 particular person. So I'm not sure I've explained
9 that right, so let me -- let me try again.
10 You know, if a person is sitting in front
11 of me, they either meet the criteria for gender
12 dysphoria or they don't. So in that time and place
13 there wouldn't be an error rate, but that's not the
14 question that's relevant, right? The question is what
15 do we do with that information.
16 Q. So you said wouldn't have the ability to make an
17 error. Are you saying that someone applying the DSM-5
18 criteria could not make an error in diagnosing gender
19 dysphoria?
20 A. I'm saying that if you're sitting with a patient and
21 you're going through the criteria for gender
22 dysphoria, it's you either meet each criteria or you
23 don't, and then as a sum, you either do have the
24 diagnosis of gender dysphoria or you don't in that
25 interview that day and time.

1 So, you know, if you're applying the DSM
2 criteria, it's not the subjective. It would be either
3 you do or you don't meet that clinical criteria. So
4 that's why I'm having a hard time answering the
5 question about an error rate.
6 Q. So on -- take a particular patient on that day, every
7 mental health professional in the country would come
8 to the same conclusion about whether that patient had
9 gender dysphoria?
10 A. Well, if that's the goal of the DSM, right, because
11 it's pretty clearly outlining how to make these
12 diagnosis for mental health professionals that are
13 using it.
14 Q. And you think that that is not just the goal, but the
15 reality that 100 percent of the diagnoses of gender
16 dysphoria are correct?
17 A. As I've explained it, right, you know, I think that,
18 you know, if you're a mental health professional
19 that's not asking the questions and just making
20 assumptions, then I suppose you could be making an
21 error, so perhaps not 100 percent.
22 But I -- I -- I would -- I would posit
23 that, you know, when I'm -- when I'm thinking about
24 your question clinically and I'm the endocrinologist
25 seeing a patient, you know, the fact that they meet

1 criteria for gender dysphoria is only one component of
2 -- of the decisionmaking. That -- that much more
3 important to me is the richness of that psychosocial
4 assessment.
5 So -- so I think we're missing the boat if
6 we're focused on meeting the -- you know, what the
7 error rate of gender dysphoria is. Someone could have
8 or not have gender dysphoria, but that -- what's more
9 important to me as the clinician is understanding what
10 their -- how their gender identity impacts their life
11 and whether or not, you know, they require any medical
12 intervention.
13 Q. Would you treat a patient who does not have gender
14 dysphoria with medical gender transition?
15 A. They wouldn't require it because there's not distress
16 associated with their gender identity difference.
17 Q. So it does matter to your treatment whether they have
18 gender dysphoria?
19 A. Right. That would be the basic low bar that would
20 qualify someone to consider treatment, but certainly
21 not sufficient.
22 Q. By low bar, what do you mean?
23 A. If you don't have gender dysphoria, you don't require
24 a medical intervention.
25 Q. Is it possible to misdiagnose gender dysphoria?

14 (Pages 50 - 53)

Page 54

1   A.   I think that I tried to answer that question already.
2   Q.   I'm going to mark as Exhibit 11 a deposition you gave
3        in another case, Casey versus individual members of
4        medical licensing board.
5               MARKED FOR IDENTIFICATION:
6               EXHIBIT 11
7               10:25 a.m.
8   BY MR. MILLS:
9   Q.   If you could flip to page 41 -- and these are just
10       excerpts because it was quite long.  So this is the
11       small page 41.
12  A.   Oh, gotcha.
13  Q.   Under line 15 to 16 you said, "I don't know what the
14       error rate of diagnosis of gender dysphoria is."
15            Did I read that correctly?
16  A.   You did.
17  Q.   And is that what you said in this deposition?
18  A.   Yes.
19  Q.   And do you still agree with that statement?
20  A.   So if we're talking about patients that are presenting
21       to gender clinic and either meeting or not meeting the
22       criteria for gender dysphoria, I would expect the
23       error rate to be extremely small.  And so do I know
24       what the error rate is?  No, but I would posit what
25       I've said before, that meeting the diagnostic criteria

Page 55

1        for gender dysphoria is -- is objective, and -- and as
2        a treating clinician on -- I'm interested to know that
3        the -- whether or not the child meets those clinical
4        criteria, but --
5   Q.   So --
6   A.   -- it's not a yes/no, treat if yes scenario.  It's -
7        if the patient doesn't have gender dysphoria, then
8        they don't even need to see me.
9   Q.   So just to go back to my question, would you say it is
10       possible or not possible to misdiagnose gender
11       dysphoria?
12  A.   I think it's possible.  You know, a patient may appear
13       to meet the criteria, but -- or may -- I guess the
14       answers a patient or client makes to the mental health
15       professional may be misinterpreted, but I find that
16       challenging to -- to expect to happen on an even
17       remotely frequent basis.
18  Q.   Would you expect that to be more frequent if the
19       diagnosis is made by a nonmental health provider?
20  A.   Not if that person is experienced in making the
21       diagnosis of gender dysphoria.
22  Q.   If they were not experienced in making the diagnosis,
23       would you expect their rate to be higher?
24  A.   I don't -- I don't know that the error rate would be
25       high for anyone that's familiar with how to use the

Page 56

1        DSM, and if someone isn't familiar with using the DSM,
2        then they probably wouldn't be making the diagnosis in
3        the first place, so the question seems a bit abstract.
4   Q.   You would say a person not familiar with the DSM
5        should not be making the diagnosis of gender
6        dysphoria, correct?
7   A.   Correct.
8   Q.   Do patients ever lie?
9   A.   About anything?
10  Q.   Mm-hmm.
11  A.   Sure.
12  Q.   Do adolescent patients ever lie?
13  A.   Sure.
14  Q.   Just a few more questions and then we can take a
15       break, if that works for everyone.
16            So you are not a mental health
17       professional; is that right?
18  A.   That's correct.
19  Q.   You're not a psychiatrist or a psychologist?
20  A.   No.
21  Q.   And you're not offering your opinion here as a mental
22       health expert, correct?
23  A.   Correct.
24  Q.   You don't have a residency or fellowship in
25       psychiatry?

Page 57

1   A.   No.
2   Q.   You don't have a degree in child and adolescent
3        development and psychology?
4   A.   No.
5   Q.   Do you consider yourself trained and professionally
6        competent in using the DSM-5 to make child and
7        adolescent mental illness or psychiatric diagnoses
8        generally beyond gender dysphoria?
9            MS. WILLIAMS:  Objection.
10  A.   As a general pediatrician, I'm comfortable making --
11       as a person that has gone through general pediatrics
12       residency, I do feel comfortable making certain
13       diagnoses like major depression -- major depressive
14       disorder, generalized anxiety disorder, and then
15       certainly other more complex psychiatric conditions I
16       do not feel competent in making those diagnoses.
17  BY MR. MILLS:
18  Q.   Sure.  And you are not an epidemiologist, correct?
19  A.   Correct.
20  Q.   You don't claim to be an expert in statistical
21       analysis; is that right?
22  A.   I do have a master's of public health, and as part of
23       that degree I was trained in epidemiology and
24       statistics, but that's not my career.
25  Q.   And when you coauthor papers involving statistical

Page 58

1 analysis, does another researcher typically perform
2 that statistical analysis?
3 A. In -- for the most part, we -- I work with
4 statisticians when I'm writing papers, although during
5 fellowship one of the tasks is to do the statistics on
6 your own, so I have participated in those -- those
7 endeavors, but love having a good statistician on the
8 team.
9 Q. So the articles that you've published that, you know,
10 may be referenced in your report involving statistical
11 analysis, you know, someone else did that analysis
12 generally, is that fair to say, in terms of the number
13 crunching, p-values?
14 A. I guess we could look at a particular article and I
15 could recall.
16 Q. Sure. Have you ever conducted a systematic review of
17 the literature on medical gender transition in minors?
18 A. No.
19 Q. Have you -- sorry, scratch that.
20         You're not a neuroscientist, correct?
21 A. Correct.
22 Q. You don't have any training in -- specialized training
23 in brain studies; is that right?
24 A. Correct.
25 Q. You don't conduct brain studies?

Page 59

1 A. I don't.
2 Q. You don't interpret brain imaging in your practice?
3 A. I do.
4 Q. Have you ever used brain imaging to treat gender
5 dysphoria in your clinic?
6 A. No.
7 Q. You haven't written any articles on neuroscience, have
8 you?
9 A. No.
10 Q. Have you ever peer reviewed a neuroscience journal
11 article?
12 A. Not to my memory.
13 Q. You're not a genetic researcher, correct?
14 A. Genetic researcher. No.
15 Q. You don't have any formal training in genetics
16 research?
17 A. Not above and what is required in medical school and
18 residency and fellowship for pediatric
19 endocrinologists.
20 Q. Sure. You haven't published any articles on genetics?
21 A. No.
22 Q. You don't typically use genetics to treat gender
23 dysphoria in your clinic?
24 A. No.
25 Q. You've never conducted a survey about the parameters

Page 60

1 of gender-affirming care provided by other
2 practitioners, correct?
3 A. Correct.
4 Q. So you don't have any personal knowledge of how many
5 other practitioners follow the WPATH Standards of Care
6 8, right?
7 A. I have personal knowledge as it relates to me knowing
8 many of the providers across the country, interacting
9 with them academically, so that in that respect I do
10 have knowledge of how -- how other -- how gender care
11 is provided across the country.
12 Q. But you wouldn't be able to venture a number with
13 confidence as to how many other providers in the
14 United States follow WPATH Standards of 8 -- Standards
15 of Care 8 in treating minors with gender dysphoria?
16 A. I would posit that it's a very high percentage, but
17 beyond that I don't have a number to offer.
18 Q. And you don't have a number to offer if -- on the same
19 question looking at providers in Alabama; is that
20 right?
21 A. Correct.
22 Q. And you also don't know what percentage of providers
23 in the United States follow the Endocrine Society's
24 guidelines to treating gender dysphoria in minors?
25 A. You know, similarly to all areas of medicine there's

Page 61

1 guidelines and standards of care, and as an
2 endocrinologist I could be asked the same question
3 about diabetes and I would have the same answer, that
4 we have guidelines and recommendations set because
5 these conditions are -- are common and treated by
6 endocrinologists across the country and across the
7 world.
8         So I would say that the vast majority of
9 endocrinologists would treat patients with diabetes
10 according to the American Diabetes Association
11 diabetes standards or care, and couldn't offer a
12 percentage of people that are practicing outside of
13 those guidelines. In a similar way, I would have a
14 similar answer to the treatment of gender dysphoria.
15 Q. So you have no knowledge of whether most minors with
16 gender dysphoria are treated through a
17 multidisciplinary care model, do you?
18 A. To the existent that I'm familiar with the options for
19 youth across the country, I would say that that type
20 of model is by far the most common model and the
21 percentage would be very higher.
22 Q. You have no knowledge of whether most gender dysphoric
23 minors in Alabama are treated through a
24 multidisciplinary care model, correct?
25 A. I have no particular knowledge of them outside of my

Page 62

1    answer to the previous question.
2    Q.   And you're only aware of a single multidisciplinary
3        care model being provided in Alabama; is that right?
4    A.   That's the clinic that I'm aware of.  I'm not aware of
5        others, but don't claim to know all of the gender
6        clinics across the country.
7    Q.   You have no knowledge of how many minors nationwide
8        are prescribed medical gender transition
9        interventions, do you?
10   A.   A number, no.
11   Q.   Your earliest publication or presentation on a topic
12       related to transgender medicine was in 2013; is that
13       right?
14   A.   That sounds correct.
15   Q.   And when did you begin treating minors with gender
16       dysphoria?
17   A.   I was involved with the gender clinic at Boston's
18       Children Hospital as a fellow, so I was seeing
19       patients under supervision and completed my training
20       in 2015 at which point I began practicing
21       independently.
22   Q.   And have you -- do you have any knowledge of how the
23       -- of what has happened subsequently with the patients
24       you were treating at Boston Children's while you were
25       a fellow?

Page 63

1    A.   So I -- all -- certainly not all of the patients that
2        I've been treating are enrolled in a longitudinal
3        study and have interval follow-up in their twenties
4        and thirties.  So similarly to patients that I saw in
5        fellowship for any other condition, I don't have a
6        mechanism for longitudinal follow-up for all of those
7        parents.
8    Q.   So in 2015, if the oldest patient you saw that was a
9        minor was age 18, that would mean the oldest minors
10       who you helped treat with medical gender transition
11       interventions would be around 27 now; is that right?
12   A.   The math seems to check.
13   Q.   So you aren't aware of any follow-up with your
14       patients beyond the age of 27?
15   A.   Correct.
16   Q.   How did you come to be involved in this case?
17   A.   I believe the legal representation for the -- the US
18       reached out to me directly.
19   Q.   How often does your clinic see patients for gender
20       dysphoria?  Well, sorry, minor patients for gender
21       dysphoria?
22   A.   So there's several physicians that work in the clinic
23       and several mental health professionals, so every day
24       someone is seeing patients.  I see patients two half
25       days a week.

Page 64

1    Q.   So about how many patients would you see a month of
2        minors considering medical gender transition?
3    A.   Are you asking minors -- are you asking how many
4        patients under 18 that I see are considering, or we're
5        assessing for, or are being seen that are already on,
6        or what is your more precise question?
7    Q.   Sure, sure.  That you see that are either considering
8        or are already on medical gender transition
9        interventions?
10   A.   Oh, okay.  So probably about 60.  Per month you asked?
11   Q.   Yes.
12   A.   Yeah.
13            MR. MILLS:  I think it's a good time for a
14       break, if that's okay with everyone.
15            All right, we can go off the record.
16            (Recess taken at 10:40 a.m.)
17            (On the record at 10:48 a.m.)
18   BY MR. MILLS:
19   Q.   Would you agree that puberty is a sexually dimorphic
20       process?
21   A.   Puberty means -- puberty is a stage in life where a
22       child's body becomes an adult's body and typically
23       that goes one of two directions according to the
24       hormonal sex of the individual.
25            Of course there can be variability.  You

Page 65

1    know, female body people with PCOS can have higher
2    androgen levels.  There can be other endocrine
3    differences, but generally there's a masculinizing and
4    a feminizing puberty as the -- if we're dichotomizing.
5    Q.   So would you agree with this definition: Puberty is
6        the process of physical maturation where an adult --
7        sorry, I'll start over.
8            Pubertal is the process of physical
9        maturation where an adolescent reaches sexual maturity
10       and becomes capable of reproduction?
11   A.   I think that captures some of what I was talking
12       about.  And, you know, I would -- I would say that
13       there's more elements to puberty than simply contained
14       in that one sentence.
15   Q.   Would you agree that developing reproductive capacity
16       is a fundamental purpose of puberty?
17   A.   It's something that occurs during puberty.  I'm not
18       sure that you can say that a stage has a purpose.
19       That, you know, sort of to me implies that puberty is
20       an entity itself that has a particular purpose in
21       mind, but reproductive potential -- the development of
22       reproductive potential is something that occurs during
23       a stage in life that we're talking about which is
24       puberty.
25   Q.   Would you say it is the central aspect of puberty?

17 (Pages 62 - 65)

Page 66

1  A.  I don't know how I would respond to that.  I think
2      there's lots of different elements of puberty, so to
3      say that gaining reproductive potential is the central
4      aspect, no, I'm not sure that I would agree with that.
5  Q.  So evolutionarily do you think there are other
6      purposes of puberty?
7  A.  Sure.
8  Q.  What would those be?
9  A.  Increasing height and strength.  Those are a couple
10     examples.
11 Q.  When does puberty typically begin?
12 A.  On average between ages 10 and 12.
13 Q.  And does it vary in males and females?
14 A.  To some extent, yes.
15 Q.  So female puberty could start as early as 8 to 9; is
16     that typical?
17 A.  It would be considered precocious puberty or
18     abnormally early puberty if female puberty started
19     prior to age 8.  So 8 is a reasonable cutoff for what
20     would be considered normal, and then can be also
21     normal to not start puberty until 12.
22 Q.  And what about for boys; what would be the cutoff for
23     precocious puberty?
24 A.  Generally the ages that pediatric endocrinologists
25     think about would be 9.  Starting male puberty younger

Page 67

1      than age 9 would be precocious, and absence of puberty
2      by age 14 would be delayed.
3  Q.  So a 10-year-old boy who was starting puberty --
4      sorry.  Would you consider a 10-year-old boy starting
5      puberty to have precocious puberty?
6  A.  No.
7  Q.  Physical changes associated with puberty often cause
8      anxiety or distress regardless of gender identity; is
9      that right?
10 A.  I'm not sure how frequently that's true.  Is there a
11     source that I could refer to?
12 Q.  I just was curious in your experience, you know, do
13     you find that adolescents starting puberty are worried
14     about their physical changes?
15 A.  Some may be.
16 Q.  Do you think that's -- in your experience is that
17     common?
18 A.  I don't hear other patients that I take care of
19     expressing anxiety about puberty in my practice, but
20     I'm sure that some patients are anxious about puberty.
21 Q.  When thinking about the dividing line between children
22     and adolescents, would you consider puberty to be the
23     dividing line starting puberty?
24 A.  I -- I think that I'm not sure that I hold
25     significance to children versus adolescents in that

Page 68

1      particular way, but I think that's a reasonable way to
2      think about it.
3  Q.  Can puberty cause adolescents' view of their own
4      gender identity to evolve?
5  A.  Could you say that again, please?
6  Q.  Yeah.  Can puberty cause adolescents' view of their
7      own gender identity to evolve?
8  A.  The experience that I hear from adolescents is that,
9      you know, their -- an adolescent may describe that
10     they had a particular feeling, that they were
11     uncertain what that feeling was, and then as puberty
12     progressed and they started to tangibly see the
13     development of secondary sex characteristics, they had
14     a better understanding of that feeling as a difference
15     in gender identity, so in that way, yes.
16 Q.  Does sexual attraction usually emerge during puberty?
17 A.  I don't -- I don't think that I know the answer to
18     that question specifically.  I think that -- that as a
19     pediatric endocrinologist I hate to posit an expert
20     response on that.
21         I think there are certainly children that
22     are prepuberal that have attractionality, either same
23     sex or opposite sex attraction, so the evolution of
24     sexual orientation is something that I -- I hesitate
25     to speak on further.

Page 69

1  Q.  But would you agree generally that puberty can lead to
2      an increase in feelings of sexual attraction?
3  A.  I would agree with that.
4  Q.  Can the emergence of sexual attraction or the
5      development of sexual attraction -- I'll start over.
6          Can the development of sexual attraction
7      during puberty cause adolescents' view of their own
8      gender identity to evolve?
9  A.  That's not something that I heard from patients that
10     -- that explain their gender identity to me that
11     they're talking about sexual orientation and
12     attractionality as a different concept than their
13     gender identity, so I don't think that I would agree
14     with that statement.
15 Q.  If you could go back to Exhibit 1.  This was your
16     Advances in Pediatrics article.  I'm sorry, I know you
17     have a stack in front of you.
18 A.  Advances in Pediatrics.
19 Q.  Mm-hmm.  So this is on page 6 in the middle of the
20     page.  The second full paragraph is talking about
21     children who will persist in their gender identity
22     during adolescence and adulthood versus those who will
23     desist.
24         On the one, two, three, fourth sentence you
25     say, "Important factors in early adolescence included

18 (Pages 66 - 69)

Page 70

1   the social environment, feelings toward pubertal
2   changes, and the emergence of sexual attraction."
3         So you would agree that in the study you're
4   talking about here emergence of sexual attraction was
5   considered an important factor in identifying
6   persistent gender dysphoria?
7   A.  Could you tell me what the start of that sentence was?
8   Q.  Yeah.  So you're talking about one of the Dutch
9   studies here about persistent.  So I question was,
10  this study that you talked about in your report found
11  that the emergence of sexual attraction was an
12  important factor in earlier adolescence for the
13  persistence of gender dysphoria, right?
14  A.  Yeah, so I think what I'm saying here is that when
15  you're a prepubertal child and you're having -- you're
16  exploring concepts like gender and attractionality,
17  those concepts can -- can be confusing and sometimes
18  conflated, but that the emergence of -- as puberty
19  begins and you have the development of secondary sex
20  characteristics and you're thinking about
21  attractionality and gender in more tangible ways, that
22  the ability to disconflate, if that's a word, gender
23  identity from attractionality becomes easier.
24  Q.  So your report says that, "Persistence or
25  intensification of gender dysphoria as puberty begins

Page 71

1   is used as a helpful diagnostic tool as it becomes
2   more predictive of gender identity persistence into
3   adolescence and adulthood."
4         Do you still agree with that statement?
5   A.  Yes.
6   Q.  And that's why you don't give puberty blockers before
7   Tanner stage 2; is that right?
8   A.  That's one reason, another being that you don't need
9   to block something that doesn't exist.
10  Q.  If you gave puberty blockers before Tanner stage 2, it
11  would deprive you of what you described as a helpful
12  diagnostic tool, correct?
13  A.  Correct.
14  Q.  If you gave puberty blockers before Tanner stage 2, it
15  would block even the Tanner stage 2 development of
16  secondary sex characteristics, correct?
17  A.  It would.
18  Q.  And so you allowed those secondary sex characteristics
19  to begin development up to Tanner stage 2 before
20  providing puberty blockers?
21  A.  Correct.
22  Q.  By the same token, persistence or intensification of
23  gender dysphoria as puberty progresses could be a
24  helpful diagnostic tool; is that right?
25  A.  Yes.

Page 72

1   Q.  Would you agree that a 19-year-old will have a better
2   sense of their gender identity than an 11-year-old?
3   A.  No.  I think everyone has an equal sense of their
4   gender identity at that time.  The question is how
5   predictive is that gender identity of their future
6   gender identity.
7   Q.  And so would you agree that a 19-year-old will have --
8   will be able to provide a better prediction of their
9   future gender identity than an 11-year-old?
10  A.  If that 11-year-old has started to develop secondary
11  sex characteristics and is having distress associated
12  with them, then I would think that that 11-year-old's
13  assessment of their gender identity would be quite
14  predictive of their future gender identity similarly
15  to a 19-year-old.
16  Q.  Would you still say that the 19-year-old's assessment
17  would be more accurate?
18  A.  Accurate of what?
19  Q.  Their future gender identity.
20  A.  I would.  That's why we use pubertal suppression to
21  buy additional time and processing and understanding;
22  that's why we don't treat 11-year-olds with gender-
23  affirming hormones.
24  Q.  So would you say a diagnosis of gender dysphoria --
25  sorry, scratch that.

Page 73

1         Would you also agree then that a
2   19-year-old will have a better sense of their future
3   gender identity than a nine-year-old who is before
4   Tanner stage 2?
5   A.  Again, you're asking if their -- because everyone's
6   gender identity at that time is a -- is -- you're
7   asking is a 19-year-old's gender identity currently
8   more predictive of their gender identity when they're,
9   say, 29 compared to a nine-year-old's?
10  Q.  That's right.
11  A.  I would agree.
12  Q.  And just to confirm, you said in your clinic you don't
13  treat with cross-sex hormones at age 11; is that
14  right?
15  A.  I don't.
16  Q.  And is that true even if someone started puberty
17  blockers, a girl, say, started puberty blockers at
18  Tanner stage 2 at age 9?
19  A.  I have a hard time stating that I would have a hard
20  and fast age cutoff for something that I consider more
21  of a developmental decisionmaking process with
22  patients and families, but it's not my practice.  I
23  haven't had patients at age 11 that I have felt
24  comfortable starting gender-affirming hormones.
25  Q.  So to go back to the line of questions we were just

19 (Pages 70 - 73)

Page 74

1  talking about in terms of future gender identity, you
2  would agree that an 11-year-old -- sorry, scratch
3  that. We can move on from that.
4      I have an article that I'm marking as
5  Exhibit 11, which is entitled "Criminalization of
6  gender-affirming care interfering with central
7  treatment for transgender children." Oh, sorry, this
8  is 12. I'm just going to change that number.
9  A. Oh, yeah.
10  Q. I lost track here.
11      MARKED FOR IDENTIFICATION:
12      EXHIBIT 12
13      11:05 a.m.
14  BY MR. MILLS:
15  Q. This is Exhibit 12, "Criminalization of
16  gender-affirming care." This is an article you
17  coauthored; is that right?
18  A. Yes.
19  Q. And it was published in the New England Journal of
20  Medicine; is that right?
21  A. Yes.
22  Q. Okay. If you could go to page -- the first page of --
23  579 is the first page. The start of the last
24  paragraph here in the third column you say, "Gender
25  dysphoria can be treated with both nonmedical and

Page 75

1  medical intervention."
2      Do you still agree with that?
3  A. Yes.
4  Q. So sometimes medical interventions for gender
5  dysphoria are not warranted?
6  A. Correct.
7  Q. And sometimes nonmedical interventions would
8  satisfactorily resolve any gender dysphoria?
9  A. It's possible.
10  Q. If you could flip back to Exhibit 4, which is your
11  article "Serving Transgender Youth." And I'm on page
12  5 in the middle of the page, kind of right in the
13  middle of the long paragraph on the page, the sentence
14  that starts with, "Further," looks like the fourth
15  sentence, "Further, we have found psychotherapy
16  exceedingly helpful for treating cooccurring mental
17  health issues and for exploring the child and/or
18  adolescent's thought processes, family functioning
19  strength and support systems."
20      Do you still agree with that statement I
21  just read?
22  A. Yes.
23  Q. So psychotherapy can be exceedingly helpful for
24  treating cooccurring mental health issues?
25  A. Certainly.

Page 76

1  Q. And treating those issues can be necessary for a
2  child's health; is that right?
3  A. Yes.
4  Q. So continuing on it says, "In addition, psychotherapy
5  enables a deeper exploration of the child's gender
6  dysphoria, the range of gender expression and gender
7  identity questioning, and whether the subjective
8  experience fits more into a model of binary identity,
9  e.g. male/female versus a fluidity of gender and
10  gender nonconformity."
11      Do you still agree with that statement?
12  A. Yes.
13  Q. Page 7 the start of the second paragraph, really the
14  first full paragraph, the paragraph right above
15  "medical intervention," the first sentence,
16  "Continuing psychotherapy for youth is typically
17  recommended by our protocol."
18      Is that still true in your clinic?
19  A. I think that every adolescent could benefit from
20  therapy, especially adolescents that are in --
21  undergoing gender transition.
22      A patient that is not experiencing any
23  mental health problems at all may not require therapy
24  and wouldn't be required to be in therapy to continue
25  treatment, but I as a -- as a pediatrician, I find

Page 77

1  that therapy is of value for most adolescents.
2  Q. But patients with gender dysphoria are experiencing
3  mental health -- a mental health issue, correct?
4  A. Gender dysphoria is a mental health condition outlined
5  in the DSM with the treatment being the medical
6  interventions that we -- that we have been reviewing.
7      So if a patient has -- is being treated for
8  gender dysphoria and has -- has no other mental health
9  problems, while therapy wouldn't be required, I think
10  that it's always helpful to have someone in your
11  corner that you can bounce things off of because
12  adolescence is an unpredictable and challenging time
13  for everybody.
14  Q. So just to go back to the sentence, "Continuing
15  psychotherapy with youth with gender dysphoria is
16  typically recommended by our protocol," is that still
17  true in your clinic?
18  A. Yes.
19  Q. And would you consider that continuing psychotherapy
20  part of the standard of care?
21  A. Well, I don't know that the standard of care outlines
22  that every person that's receiving gender-affirming
23  hormonal care requires psychotherapy, but the fact
24  that it's typically recommended by me and by our
25  clinic is true.

20 (Pages 74 - 77)

Page 78

1  Q.  And sometimes do you treat patients, minor patients
2      with gender dysphoria with psychotherapy alone?
3  A.  If that helps to address their gender dysphoria or if
4      they otherwise are unable to receive hormonal
5      interventions.
6  Q.  And some minor patients see their gender dysphoria
7      resolved with psychotherapy and without additional
8      medical interventions?
9  A.  So I think that generally a patient that is receiving
10     psychotherapy as treatment for their gender dysphoria
11     is exploring in that psychotherapy how they can
12     express their gender identity in a way that alleviates
13     their gender dysphoria, so that psychotherapy could
14     involve figuring out safe ways to make a social
15     transition or whether social transition is safe for
16     that patient, you know, exploring things like that.
17         So it's -- it's not that the psychotherapy
18     is being used to say, you know, despite the fact that
19     you have this difference in gender identity, you know,
20     you're going to, you know, learn to forget about that
21     gender identity and accept the sex that you were
22     assigned at birth.  It's more, you know, what
23     nonmedical approaches can we use to -- to help you
24     cope with this disconnect that you have between your
25     body and your gender identity.

Page 79

1  Q.  And sometimes the psychotherapy plus nonmedical
2      approaches are sufficient to resolve the gender
3      dysphoria; is that right?
4  A.  It could be.
5  Q.  And this psychotherapy that you're describing would
6      not be conversion therapy; is that right?
7  A.  Correct.
8  Q.  If you could look at Exhibit No. 1, this is back to
9      your Advances in Pediatrics article.  This on page --
10     let's see here what page are we on.  This is on page
11     4, the paragraph just before the "Development of
12     Gender Identity" heading, this is the second sentence.
13         "Prior to the late 1990s, treatment of
14     children or adolescents with gender dysphoria was not
15     considered."
16         Do you still agree with that statement?
17 A.  In the ways that we're describing today with hormonal
18     interventions, that's correct.
19 Q.  Right.  So this is referring basically to puberty
20     blockers or cross-sex hormones?
21 A.  Correct.
22 Q.  To go back a page to page 3, the first sentence under
23     "Historical Perspectives: Prior" -- sorry, I'll wait
24     for you.
25         This is the first sentence under

Page 80

1      "Historical Perspectives: Prior to the isolation of
2      sex hormones their development into an injectable or
3      oral compound to be administered in development of
4      surgical techniques, there was no options -- there
5      were no options to change one's secondary sex
6      characteristics."
7          Do you still agree with that statement?
8  A.  Yes.
9  Q.  And then flipping to page 9 of the same article, in
10     the middle, this is the third sentence under "Overview
11     of Medical Management."
12         "Primary goals of sexual interventions
13     include 1) prevention of" --
14 A.  "Of medical."
15 Q.  Oh, sorry.  "Primary goals of medical interventions
16     include 1) prevention of the development of unwanted
17     secondary sex characteristics of the biologic sex; and
18     2) promotion of the development of desired secondary
19     sex characteristics of the affirmed gender."
20         So the purpose of puberty blockers is what
21     you said in number 1 there, prevent the development of
22     unwanted sex characteristics of the biologic sex,
23     right?
24 A.  That would be one of the goals of pubertal blockade.
25 Q.  And the purpose of cross-sex hormone therapy is to

Page 81

1      change the appearance of one's secondary sex
2      characteristics?
3  A.  Ultimately the purpose of both of these medications is
4      to treat gender dysphoria and improve quality of life,
5      but more proximally, yes, the gender-affirming
6      hormones would promote the development of the desired
7      secondary sex characteristics.
8  Q.  And so these two purposes which, as you said, both go
9      to the ultimate treating gender dysphoria, these
10     purposes are the same regardless of the patient's
11     biologic sex, right?
12 A.  Correct.
13 Q.  And these treatments do not change the chromosomal
14     sex; is that right?
15 A.  That's correct.
16 Q.  They don't change the genetic sex?
17 A.  I would think of that as the same as chromosomal sex.
18 Q.  Okay.  And they do not change the gonadal sex,
19     correct?
20 A.  Correct.
21 Q.  If we could flip back to Exhibit 8, which was the
22     chapter in the book, and we are going to the bottom of
23     page 171.  In looking at Figure 9.1 here, so this
24     figure shows when you would typically start medical
25     interventions to treat gender dysphoria, right?

Page 82

1  A.  Yes.
2  Q.  Okay.  And we talked a little bit about this, but it
3      shows puberty blockers being started around age 10 or
4      at Tanner stage 2, right?
5  A.  Right.  It says Tanner stage 2 with this karat type
6      symbol implying that that could be a variety of
7      different ages --
8  Q.  Sure.
9  A.  -- centered around -- around 10, 10 and a half, 11.
10 Q.  Right, yeah, and we discussed that earlier.  So let's
11     see.  Sorry.
12         And that use of puberty blockers around age
13     10 or at Tanner stage 2 is consistent with WPATH and
14     Endocrine Society guidelines?
15 A.  Yes.
16 Q.  You wouldn't consider a 10-year-old to be an older
17     adolescent, would you?
18 A.  No.
19 Q.  So it would not be correct to say that under the
20     existing guidelines medical interventions for gender
21     dysphoria are reserved for older adolescents, correct?
22 A.  No.  I would -- I would -- I would use hormonal
23     interventions such as testosterone, estrogen in place
24     of medical to make that sentence accurate.
25 Q.  Okay.  Because puberty blockers are not reserved for

Page 83

1      older adolescents?
2  A.  Correct.
3  Q.  If you'd turn to 169 of this same document at the very
4      top of the page, "The current hormonal management of
5      transgender youth involved from strategies first
6      described by Delemarre van de Waal and Cohen-Kettenis
7      at the Amsterdam gender clinic in 2006."
8          Do you agree with that statement, other
9      than my butchering of the Dutch names?
10 A.  Yes.
11 Q.  And did the use of puberty blockers to treat
12     precocious puberty originate before 2006?
13 A.  Yes.
14 Q.  Does the standard course of treatment for precocious
15     puberty present significant risks to fertility?
16         MS. WILLIAMS:  Objection.
17 A.  No.
18 BY MR. MILLS:
19 Q.  So if you go back to 172 of this document at the top,
20     the second sentence, "The goals of supervision include
21     i. Prevention of development of unwanted secondary sex
22     characteristics, ii, mitigation of the accompanying
23     dysphoria associated with puberty; and iii, The
24     ability to delay decisions around gender-affirming
25     hormone treatment."

Page 84

1         This refers to puberty blockers, right?
2  A.  Yes.
3  Q.  And when you use puberty blockers to treat precocious
4      puberty, you are trying to prevent the premature
5      development of secondary sex characteristics, right?
6  A.  Yes.
7  Q.  You are not trying to prevent the development of sex
8      characteristics entirely, correct?
9  A.  Eventually that person will develop secondary sex
10     characteristics upon discontinuation of the GnRH
11     agonists, so you're delaying the development of those
12     secondary sex characteristics.  You're allowing for
13     full height potential and other goals of care when
14     you're treating precocious puberty.
15 Q.  Right, but a goal is not to prevent the development of
16     sex characteristics entirely forever?
17 A.  Correct.
18 Q.  And when you -- when you use puberty blockers to treat
19     precocious puberty, you are not trying to mitigate
20     gender dysphoria?
21 A.  Correct.
22 Q.  And you're not trying to delay decisions around
23     gender-affirming hormone treatment when you're using
24     them in the context of precocious puberty?
25 A.  That's correct.

Page 85

1  Q.  So these goals of using puberty blockers to treat
2      gender dysphoria are different from the goals of using
3      puberty blockers to treat precocious puberty, right?
4  A.  Correct.
5  Q.  If you could look at the bottom of page 172.  This is
6      at the end of the paragraph that's almost at the
7      bottom.  "The majority of patients presenting to care
8      may not present at Tanner -- sorry, I'll start over.
9          MS. WILLIAMS:  I'm sorry, where -- just a
10     minute.  Where are you exactly?
11         MR. MILLS:  This is the last full paragraph
12     on 172, the end of the paragraph, the last two
13     sentences.
14         MS. WILLIAMS:  Great.
15 BY MR. MILLS:
16 Q.  "The majority of patients presenting to care may not
17     present at Tanner stage 2.  In our clinical practice,
18     about two-thirds of adolescent patients present to
19     care at a more advanced pubertal stage.  In these
20     cases, the decision regarding whether to consider GnRH
21     agonist treatment is more complex."
22         So you're saying for most patients in your
23     clinic when you're thinking about using puberty
24     blockers, puberty has already progressed past Tanner
25     stage 2, right?

22 (Pages 82 - 85)

Page 86

1  A.  Well, it's a little complicated because the majority
2      of patients that are presenting postpubertal, you
3      know, we are not considering GnRH agonists, and I
4      would say that even for patients that present
5      mid-puberty, GnRH agonists may or may not meet our
6      treatment goals.
7              So, for example, a transgender young man
8      who is midway through puberty and has started the
9      menstrual cycle, you could theoretically give that
10     patient GnRH agonists and stop the menstrual cycle and
11     prevent progression of breast development, but you
12     could just as easily use other medications to stop the
13     menstrual cycle.  The breast development has already
14     happened, so the advantage of using GnRH agonists in
15     that situation wouldn't be very high.  A transgender
16     girl who is partially into puberty, if she hasn't
17     developed masculine facial features, then perhaps GnRH
18     agonists would be more helpful.
19              In both of those situations, you know, I'm
20     explaining an example that we wouldn't be yet
21     considering hormones, but whether or not the GnRH
22     agonists would be helpful or not really depends on the
23     clinical scenario and may or may not be helpful later
24     in puberty.
25  Q.  Sure.  So go to the bottom of the page here.

Page 87

1          "The following factors should be considered
2      when discussing GnRH agonist use for the transgender
3      adolescent presenting at a pubertal stage more
4      advanced than Tanner stage 2."  And then there's a
5      couple things, and flip over to page number 4, "Is the
6      patient male or female."
7              So when you're thinking about whether to
8      use puberty blockers in those post-Tanner stage 2
9      patients, that discussion might vary based on the
10     patient's sex, right, biological sex?
11  A.  Yeah.  For the example --
12  Q.  Right.
13  A.  -- that I just demonstrated to you.
14  Q.  Right.  Because the -- and that's just to try and
15     explain what you said, and that's because the -- the
16     secondary sex characteristics of males and females
17     differ in their development?
18  A.  Correct.  A mid-pubertal trans boy may be most
19     concerned about their menstrual cycle.  Breast
20     development progressing slightly might not be as big
21     of a concern.  Whereas, trans girl would be -- could
22     be most concerned about facial masculinization, and
23     GnRH agonists would be a useful tool to stop further
24     facial masculinization, but there are simpler ways to
25     treat the menstrual dysphoria.

Page 88

1  Q.  Sure.  So just to go back to what we read a minute
2      ago, the majority of patients presenting to you for
3      gender dysphoria are past Tanner stage 2; is that
4      right?
5  A.  Correct.
6  Q.  And is that different from the patients you treat for
7      precocious puberty?
8  A.  That's hard to say.  I think that patients with
9      precocious puberty are also a variable group.  Some
10     patients are presenting for -- to medical attention at
11     the very first sign of pubertal changes, where others
12     are late to be picked up and may be further progressed
13     into puberty before presenting to care.
14  Q.  But would you say that most of the patients you see
15     for precocious puberty are still at Tanner stage 2?
16  A.  I'm not sure I could say that.
17  Q.  The risk of delaying a normally timed growth spurt is
18     present when using puberty blockers for gender
19     dysphoria; is that right?
20  A.  Say that one more time, please.
21  Q.  The risk of delaying the normally timed growth spurt
22     is present when using puberty blockers for gender
23     dysphoria?
24          MS. WILLIAMS:  Objection.
25  A.  So when you're using pubertal suppression for gender

Page 89

1      dysphoria, you're delaying the pubertal growth spurt,
2      yes.
3  BY MR. MILLS:
4  Q.  When you use puberty blockers to treat precocious
5      puberty, is the goal that the growth spurt will occur
6      at the same time as it would have in a patient without
7      precocious puberty?
8  A.  Yes.
9  Q.  You would agree that puberty blockers are not approved
10     by the FDA to treat youth with gender dysphoria?
11  A.  Right, gender dysphoria is not an indication for use.
12  Q.  And that's because the FDA has not received
13     satisfactory data demonstrating safety and efficacy?
14  A.  I do believe that would be what would be required to
15     obtain that indication.
16  Q.  So if we go back to the book chapter we've been
17     looking at page 174, and again this is Exhibit 8, this
18     is the third sentence on 174 at the very top, "Unlike
19     estrogen monotherapy, testosterone monotherapy is more
20     effective at suppressing further development of female
21     secondary sex characteristics, and the additional
22     benefit of concurrent use of GnRH agonists is likely
23     minimal."
24          Is that one reason why it matters whether
25     the patient is a male or a female?

23 (Pages 86 - 89)

Page 90

1   A.  Well, yes.  If you're -- if you're -- we're talking
2      about two different -- two different types of patients
3      when we're talking about trans young men and trans
4      young women.
5           When you're treating with testosterone,
6      testosterone by itself typically serves the purpose of
7      raising the testosterone level up into the normal male
8      range and suppressing the estrogen level into the
9      normal male range.  Whereas, estrogen by itself for a
10     trans woman typically can raise the estrogen level up
11     into the normal female range, but by itself oftentimes
12     does not lower the testosterone level into the normal
13     female range.
14   Q.  So this is going to sound like a dumb question, but so
15     your use of the cross-sex hormone testosterone or
16     estrogen would depend on the individual's biological
17     sex?
18   A.  Yes.
19   Q.  If we go back to Exhibit 1, which was the Advances in
20     Pediatrics article and go to page 24, which is the
21     last page, there's a table.
22         MS. WILLIAMS:  Just a second.
23         MR. MILLS:  Sure.  Yeah, the back cover.
24   BY MR. MILLS:
25   Q.  Table 2 is entitled "Medications used in the treatment

Page 91

1     of transgender adolescents."
2         So this is -- these are treatments for
3     gender dysphoria that you're listing here, correct?
4   A.  Yes.
5   Q.  And this table is not listing treatments for other
6     conditions, correct?
7   A.  Well, these medications can be used for other
8     conditions, but this is a table specifically talking
9     about the treatment of gender dysphoria.
10   Q.  Sure.  So the second -- the second half of the table
11     says, "Promotion of the development of desired
12     secondary sex characteristics."
13         So the point of the cross-sex hormone
14     therapy is to develop secondary sex characteristics
15     that would not otherwise be present based on the
16     biological sex; is that right?
17   A.  Yes.
18   Q.  All right.  You list two medications for use here, and
19     we've been talking about them already.
20         You agree you would use testosterone in
21     biological females for treatment of gender dysphoria,
22     right?
23   A.  Yes.
24   Q.  And according to Table 2, the mechanism of that
25     treatment is activation of androgen receptors, right?

Page 92

1   A.  Yes.
2   Q.  Does testosterone have antidepressant effects in
3     biological males?
4   A.  I would say potentially there's -- there's men with
5     low testosterone can have low energy and lower mood,
6     so treating low testosterone can improve mood.  I
7     wouldn't say that -- I wouldn't think of testosterone
8     as a treatment for depression, but depression that's
9     concurrent with low testosterone in a cisgender man
10     could improve with treatment.
11   Q.  Would testosterone have the same mood-elevating
12     effects in biological females?
13   A.  It's possible.
14   Q.  So the other treatment here is -- I'm really going to
15     butcher this -- estradiol?
16   A.  Yeah.  Estradiol is just a medical term for estrogen.
17   Q.  Okay.  So according to the table, the mechanism of
18     that treatment is activation of estrogen receptors,
19     right?
20   A.  Yes.
21   Q.  And so you would agree you would use this medication
22     estrogen in biological males for treatment of gender
23     dysphoria, right?
24   A.  Yes.
25   Q.  In using estrogen or testosterone to treat gender

Page 93

1     dysphoria is also an off-label use, correct?
2   A.  Correct.
3   Q.  And that means that the FDA has never approved it for
4     that indication?
5   A.  That's correct.
6   Q.  And that means that the FDA has not reviewed
7     satisfactory clinical trial data establishing the
8     safety and efficacy of these interventions for that
9     indication?
10   A.  Yes, that means that would be necessary to gain that
11     indication.
12   Q.  These hormone therapies, estrogen and testosterone,
13     must be continued indefinitely into adulthood as long
14     as the person wishes to continue medical gender
15     transition; is that right?
16   A.  Yes.
17   Q.  Do you advise your patients that are going through the
18     process of hormone therapy that this will be a
19     treatment that they will have to undertake for a long
20     period of time?
21   A.  No, that's not how I frame it.  I -- I talk to
22     patients about the fact that every time we get
23     together we're going to be talking about whether
24     continuing the medical intervention is something that
25     still feels like the right approach.

24 (Pages 90 - 93)

1  Q.  So you don't tell them that the therapies would have
2     to be continued indefinitely as long as they wish to
3     continue gender transition?
4  A.  Yes, I both tell them that they would continue the
5     medication so long as they would like to promote the
6     development and maintenance of those secondary sex
7     characteristics, but also that at every visit we would
8     be reevaluating their goals and need for treatment.
9  Q.  You wouldn't use testosterone for treatment of gender
10    dysphoria in biological males, correct?
11 A.  No.
12 Q.  Because that would not treat a biological male with
13    gender dysphoria, right?
14 A.  Correct.
15 Q.  Would it be in your view malpractice to prescribe
16    testosterone to a biological male for treatment of
17    gender dysphoria?
18    MS. WILLIAMS:  Objection.
19 A.  I can think of scenarios that you might prescribe
20    testosterone to a biological male with gender
21    dysphoria, but it wouldn't be treating their gender
22    dysphoria.
23    So, for example, a biological male who is
24    having suppression of testosterone and subsequent
25    erectile dysfunction may be treated with a small

1     amount of testosterone to treat the erectile
2     dysfunction, but that would be treating the erectile
3     dysfunction and not the gender dysphoria.
4  BY MR. MILLS:
5  Q.  And by the same token, you would not use estrogen in
6     biological females for treatment of gender dysphoria,
7     correct?
8  A.  Correct.
9  Q.  So let's assume a patient with appropriately diagnosed
10    gender dysphoria came into your office and was ready
11    to start sex hormone therapy.  What other information
12    would you need to know to decide what to prescribe?
13 A.  I would need -- sorry, could you say that one more
14    time?
15 Q.  Sure, I'll rephrase the question.
16    So again, take a patient with appropriately
17    diagnosed gender dysphoria; they came in your office,
18    they were ready to start on sex hormones.  Would you
19    need to know their biological sex to know what to
20    prescribe?
21 A.  I would need to know their anatomical hormonal sex.
22    If that's the term we're using for biological sex,
23    then yes.
24 Q.  Okay.  And do you test existing levels of estrogen or
25    testosterone before starting treatment with cross-sex

1     hormones for gender dysphoria?
2  A.  I do like to maintain baseline hormone levels before
3     starting treatment.
4  Q.  Okay.  And why is that?
5  A.  To compare to follow-up labs.
6  Q.  And is that routine in your practice?
7  A.  Yes.
8  Q.  If we could keep looking at this same article, go to
9     page 12 in the middle, the second full paragraph.
10 A.  Oh, which --
11 Q.  Oh, sorry.  This -- that's right, the Advances
12    article, and instead of 17 B estradiol, I'm just going
13    to say estrogen if that's okay?
14 A.  Yes.
15 Q.  So MTF, which I understand is male-to-female
16    individuals are treated with estrogen to induce female
17    secondary sex characteristics.  And then skipping a
18    sentence, "These changes are more effective when
19    testosterone production is reduced either by using
20    GnRH agonist medication or a progestin concurrently.
21    Higher doses of estrogen would be required to produce
22    feminizing changes if the testosterone concentration
23    is in the normal male range."
24    So your discussion here refers to a
25    biological male whose sex hormones are in the normal

1     male range, right?
2  A.  A male body person who is transitioning with estrogen,
3     yes, this is what I'm describing, the options for
4     treatment to -- to result in female level of estrogen
5     and a female level of testosterone.
6  Q.  And the reason higher doses of estrogen would be
7     needed if testosterone is in the normal male range
8     would be the testosterone has to be suppressed below
9     the normal male range for estrogen to be effective?
10 A.  Correct.
11 Q.  And that estrogen level would be above the normal
12    biological male range; is that right?
13 A.  The concern here is that if you're using estrogen by
14    itself as monotherapy, then you would need higher than
15    ideal amounts of estrogen to achieve that goal, so
16    that's why we combine estrogen with other antiandrogen
17    medications.
18 Q.  Right.  But even in combination, the estrogen level of
19    this male-to-female individual would be significantly
20    above the estrogen level expected in a biological
21    male, right?
22 A.  Yes.
23 Q.  We have no way of knowing what estrogen or
24    testosterone level a specific transgender girl would
25    have arrived at if she had been born female, correct?

25 (Pages 94 - 97)

Page 98

1   A.   We know what the normal range is for -- for female
2        body people, and so we use that range as a target and
3        also clinical information such as feminization
4        progress.  But if you're asking counterfactual if this
5        person was born assigned female at birth what would
6        their estrogen level be, the estrogen level would vary
7        throughout the day, but, no, I don't have a way to
8        know exactly what the estrogen level would be in that
9        counterfactual.
10  Q.   If a biological female with gender dysphoria needs
11       hormone therapy, it doesn't matter what gender
12       identity the patient identifies as, correct?
13  A.   Sorry, one more time.
14  Q.   Yeah.  If a biological female with gender dysphoria
15       needs hormone therapy to treat the gender dysphoria,
16       it doesn't matter what gender identity the patient
17       identifies as, correct?
18            MS. WILLIAMS:  Objection.
19  A.   I think it does, it does matter.  If that person
20       identifies as female, I would have a hard time
21       understanding why they would have gender dysphoria, so
22       that would be something that I would need to explore,
23       that wouldn't make sense to me, so it would matter
24       what their gender identity is.
25  BY MR. MILLS:

Page 99

1   Q.   If they said -- if the biological female said she was
2        nonbinary, you would still be willing to treat the
3        gender dysphoria with hormone therapy?
4   A.   I would need to better understand what that meant to
5        that patient and how that identity resulted in gender
6        dysphoria, and also whether masculinization would be
7        helpful to treat that gender dysphoria in that
8        scenario because certainly some patients, like the one
9        you're describing, would benefit from testosterone and
10       others would not.
11  Q.   When you decide not to give estrogen to a biological
12       female for treatment of gender dysphoria and to give
13       testosterone instead, are you discriminating against
14       that person based on their sex?
15            MS. WILLIAMS:  Objection.
16  A.   I don't think I understand your question.
17  BY MR. MILLS:
18  Q.   So earlier you said you wouldn't give estrogen to a
19       biological female for treatment of gender dysphoria
20       because you would give testosterone.
21            When you decide to use testosterone instead
22       of estrogen based on the person's I think you said
23       anatomical sex, would you consider that discrimination
24       against that person based on their sex?
25            MS. WILLIAMS:  Objection.

Page 100

1   A.   No, I would -- I would call it appropriate medical
2        management of gender dysphoria.
3   BY MR. MILLS:
4   Q.   Has anyone ever accused you of discriminating based on
5        sex for making those treatment decisions?
6   A.   No.
7   Q.   Have you ever been investigated by the federal
8        government for discriminating on the basis of sex?
9   A.   No.
10  Q.   Would you consider yourself to have violated any law
11       prohibiting discrimination on the basis of sex on that
12       basis?
13            MS. WILLIAMS:  Objection.
14  A.   No.
15  BY MR. MILLS:
16  Q.   If we have a biological female who was put on puberty
17       blockers at Tanner stage 2 and then given testosterone
18       as a treatment for gender dysphoria, the testosterone
19       will not cause the female to develop reproductive
20       capacity, correct?
21  A.   I'm not sure that I agree with that statement
22       completely.  The patient that you're describing that's
23       on GnRH agonists and then testosterone in the clinical
24       scenario where now that patient is 18 and desiring
25       fertility capacity, my advice would be to discontinue

Page 101

1        the testosterone and allow for endogenous puberty to
2        occur.
3   Q.   Sure.  I'll ask it a little different way, I don't
4        think I was clear.
5            So in the biological male puberty context
6        testosterone leads to the development of reproductive
7        capacity through spermiogenesis, right?
8   A.   I think that's a little oversimplified, but as an
9        endocrinologist I would say it's the LH and FSH
10       hormones from the pituitary that is stimulating the
11       testicles to produce testosterone and sperm cells.
12       The testosterone is also required for the maintenance
13       of that sperm-making organ to function properly, so in
14       a longwinded way, I guess I'm agreeing with you.
15  Q.   Okay.  But in the biological female who was put on
16       blockers at Tanner stage 2 and then given
17       testosterone, that person is not going to develop
18       sperm?
19  A.   At the current time that person -- sorry, this is a --
20  Q.   Biological female.
21  A.   -- biological female on blockers and then on GnRH
22       agonists and then starting on testosterone?
23  Q.   Right.
24  A.   So I would not expect that -- that person to be making
25       follicles and ovulating.  I suppose it's possible, but

Page 102

1    I would not expect it during treatment.
2 Q. And that person would also not be producing sperm?
3 A. Correct.
4 Q. Okay. Again, I'm sorry, I know that's kind of -- it
5    seems like a silly question.
6        And then -- and then the same
7    consideration, a biological male put on agonists at
8    Tanner stage 2 and then given estrogen, that
9    treatment -- the estrogen would not cause the male to
10   develop female reproductive capacity in the sense of
11   producing eggs?
12 A. Correct.
13 Q. And those doses of estrogen would also, as long as
14   they're administered, preclude the male from
15   developing male reproductive capacity; is that right?
16 A. I would expect it to be less likely that that person
17   would have spermatogenesis while -- while not -- while
18   on the treatment as you outlined.
19 Q. So relative to going through puberty without these
20   interventions, this biological male would be less
21   likely to develop reproductive capacity?
22 A. Yes. During the treatment course that you're
23   outlining, that's correct.
24 Q. Have you ever prescribed testosterone to a biological
25   male who wished to get stronger for bodybuilding?

Page 103

1 A. I may have prescribed testosterone to someone with low
2    testosterone who also wanted to be stronger, but not
3    someone with the normal male testosterone level who
4    simply wanted to be stronger.
5 Q. Would you be willing to prescribe testosterone to a
6    male who simply wanted to be stronger for
7    bodybuilding?
8 A. No.
9 Q. Why not?
10 A. Because it's not recommended by any endocrine
11   authority or medical body.
12 Q. So you wouldn't consider that treatment to be safe and
13   effective; is that right?
14 A. It would probably be effective. I would have concerns
15   about putting someone's testosterone level at a higher
16   than normal level for a male. That would not be -- I
17   would not consider that safe.
18 Q. And you believe you can opine on that safety even
19   though you don't use this treatment for that
20   indication?
21 A. In order to achieve the goals that you're describing,
22   I think that you're implying that the testosterone
23   level would be supratherapeutic or the testosterone
24   level in this person would be higher than normal for a
25   typical male, and in that situation based on my

Page 104

1    knowledge of -- of how testosterone works in the body,
2    I would expect that person to be at higher risk for
3    other problems such as polycythemia and hypertension,
4    for example.
5 Q. And you can come to that conclusion even though you
6    have not prescribed it before to someone who simply
7    wanted to get stronger?
8 A. Correct.
9 Q. Have you ever prescribed estrogen to arrest growth in
10   a biological female without gender identity issues who
11   presented with complaints of tall stature?
12 A. I don't believe so. This was something that was more
13   common several decades ago when -- when tall stature
14   was a more common complaint for women, and the use of
15   estrogen for tall stature in otherwise healthy woman
16   is no longer recommended.
17       There are some tall stature conditions that
18   you might consider using estrogen to close growth
19   plates, some genetic tall stature disorders where it
20   could be useful. I'm not sure that I've ever seen a
21   patient that met those criteria, but if I did, then I
22   would be comfortable doing that.
23 Q. Sorry, you would be or wouldn't be?
24 A. I would be if a female patient had a tall stature
25   disorder and was going to be exceedingly tall and that

Page 105

1    would be interfering with her health, then estrogen
2    could be considered as a treatment modality to arrest
3    the growth plates.
4 Q. Have you conducted any clinical trials related to
5    gender dysphoria?
6 A. No.
7 Q. I'm handing you an article you cited in I think your
8    rebuttal report I'm marking as Exhibit 13,
9    "Transgenderism and Reproduction."
10       Do you recognize this article?
11       MARKED FOR IDENTIFICATION:
12       EXHIBIT 13
13       11:51 a.m.
14 A. I believe so.
15 BY MR. MILLS:
16 Q. If you could turn to page 576, which is the second
17   page, that key points box in the top left, the third
18   point in that box it says, "Reproductive options for
19   all trans persons are not equal because not only the
20   gametes are of importance, but also the sex of the
21   future partner."
22       Do you agree that statement?
23 A. I think it's a little bit of an odd statement, to be
24   honest. I think what it's saying is that, you know,
25   fertility may or may not be valued the same for every

27 (Pages 102 - 105)

1    person, and they're implying that your attractionality
2    may make your -- may make your valuation of fertility
3    different, and while that may be true, I'm not sure
4    that that would be universally true, so I think it's a
5    tricky sentence to know whether I would agree or
6    disagree; it's a complicated one.
7  Q.  So specifically the part they say "the gametes are of
8       importance," so would you agree that the treatments
9       for gender dysphoria may have different effects on
10      fertility depending on the person's biological sex?
11 A.  Yes.
12 Q.  On page 577, the next page, the first full paragraph
13      at the top of the first column it says, "In trans
14      women, feminizing hormonal therapy will lead to
15      hypospermatogenesis and eventually azoospermia. The
16      azoospermia will become irreversible after some time."
17          Azoospermia means the person has no sperm;
18      is that right?
19 A.  Mm-hmm.  Yes, that's correct.
20 Q.  And do you agree with this sentence that feminizing
21      hormone therapy will lead to irreversible azoospermia
22      after some time?
23 A.  Sorry, which one are you asking if I agree with?
24 Q.  Basically the second sentence, the azoospermia from
25      the feminizing hormonal therapy, you know, do you

1       agree that feminizing hormonal therapy will lead to
2       azoospermia after some time?
3  A.  I think that that is an over generalized -- over
4       generalized statement.  That I'm not aware of any
5       research to suggest that all trans women will develop
6       azoospermia after -- after being on estrogen for a
7       certain period of time.
8  Q.  So do you think these authors are incorrect?
9  A.  I don't agree with that -- that sentence.  I'm not
10      seeing their citation for that -- that sentence, but
11      if they're -- if it's 30 or 31, I would have to review
12      that later in the paragraph, but I'm not aware of data
13      suggest that all trans women are -- will become
14      azoospermic after a period of time.
15 Q.  Do you agree that some women will -- do you agree that
16      some transgender women on feminizing hormonal therapy
17      will become azoospermic after some time?
18 A.  Yes.
19 Q.  How long do you think this would take to occur?
20 A.  I think it's extremely variable.  I've had patients
21      that have participated in a pregnancy unintentionally
22      while treating with estrogen, and other patients that
23      have had questions about their fertility and had --
24      and I've advised them that a course being estrogen
25      should not be considered contraception because you may

1       have the ability to make sperm on treatment.
2           So I think everyone's fertility potential
3       is different at baseline, and then however long you're
4       treated with hormonal interventions and how those
5       interventions impact each person is different.
6           So I think for some people there would be
7       no difference in fertility, and for other people there
8       would be significant decrease in fertility if treated
9       with estrogen for a prolonged period of time.
10 Q.  Do you tell patients that they may suffer irreversible
11      azoospermia?
12 A.  I don't use that word because I don't think they know
13      what it means, but I talk to patients about their risk
14      of infertility when starting estrogen.
15 Q.  And are you -- are you aware of any -- sorry, give me
16      one second.
17          Are you aware of any biological male who
18      started puberty blockers for gender dysphoria at
19      Tanner stage 2 and then progressed to estrogen
20      hormonal therapy and while continuing to use estrogen
21      therapy was able to contribute sperm to a successful
22      pregnancy?
23 A.  The way you phrased that implies to me that the person
24      was attempting to achieve a pregnancy while treated
25      with estrogen, and I don't think that -- that's

1       the right way to think about it because a person
2       wanting to achieve pregnancy would come off of their
3       hormone treatment and wouldn't expect to be successful
4       at achieving a pregnancy while on those interventions.
5           So the short answer to your question is no,
6       but the scenario is impractical.  The patient that is,
7       say, has been treated with those interventions and
8       would like to achieve pregnancy using their own
9       gametes would discontinue treatment before attempting.
10 Q.  And are you aware of any biological male treated for
11      gender dysphoria with puberty blockers starting at
12      Tanner stage 2 who then progressed to estrogen for at
13      least five years who was able to successfully
14      reproduce?
15 A.  So again, I would say that I have -- I haven't -- I
16      don't have awareness of a person that was treated at
17      Tanner stage 2 and then started estrogen and has
18      participated in producing a pregnancy, but I also
19      haven't heard of anyone attempting to achieve
20      fertility while being treated with those
21      interventions, and so I think that's why I'm
22      struggling to answer your question.
23 Q.  So my question is really a biological male being
24      treated for gender dysphoria with puberty blockers at
25      Tanner stage 2 then five years of estrogen and then

28 (Pages 106 - 109)

1 halts the treatment.
2 Are you aware of any such individual who
3 was able to successfully reproduce after stopping the
4 estrogen?
5 A. I'm neither aware of any such individual, nor am I
6 aware of such individuals who have tried and failed.
7 Q. What about puberty blockers for a biological male at
8 Tanner stage 2 followed by two years of estrogen; are
9 you aware of any biological male who then stopped the
10 estrogen and was able to successfully reproduce?
11 A. I'm not personally aware, but would find that to be
12 quite plausible.
13 Q. But you don't know of any?
14 A. No.
15 Q. I'm going to show you as Exhibit 14 an article
16 entitled "Consensus statement on the use of" -- we'll
17 just shorten it to "GnRH hormone analogs in children."
18 MARKED FOR IDENTIFICATION:
19 EXHIBIT 14
20 12:00 p.m.
21 BY MR. MILLS:
22 Q. This is a consensus statement published it looks like
23 in the AAP Journal of Pediatrics.
24 Are you familiar with this article?
25 A. Yes.

1 Q. If we could go to page E758, the first column under
2 "Conclusions."
3 "Despite a" -- sorry, this is the second
4 sentence in the conclusions.
5 MS. WILLIAMS: Just a second.
6 All right, go ahead.
7 BY MR. MILLS:
8 Q. "Despite a considerable body of literature on the use
9 of GnRHas, few rigorously conducted and controlled
10 prospective studies are available from which to derive
11 evidence-based recommendations."
12 Do you agree that that's true as to the use
13 of GnRHa agonists in children?
14 A. So I agree that there's -- so I do believe that there
15 is adequate literature to support the use of GnRH
16 analogs for the treatment of gender dysphoria. These
17 are -- they're not randomized controlled trials as
18 maybe implied here in the conclusion, and so in that
19 way I would agree.
20 Q. So the statement doesn't say randomized controlled
21 trials. It says, "...few rigorously conducted and
22 controlled prospective studies are available."
23 You would agree that that is correct, that
24 there are few rigorously conducted and controlled
25 prospective studies available?

1 A. I would agree that there's not controlled prospective
2 studies, but there are prospective studies, so in that
3 way I would agree.
4 Q. The bottom of that paragraph says, "Use of GnRHas for
5 conditions other than CPP requires additional
6 investigation and cannot be routinely suggested."
7 CPP is central precocious puberty; is that
8 right?
9 A. That's right.
10 Q. So the consensus in 2009 was that puberty blockers
11 should not be routinely used for conditions other than
12 central precocious puberty?
13 A. Can you point me to the sentence that you just read
14 again? I'm sorry.
15 Q. Yeah, it's the last sentence in the conclusion
16 section.
17 A. Yeah, so I guess it depends on what they're calling
18 routinely suggested. If they're saying that
19 professionals who are competent in assessing gender
20 dysphoria should not use GnRH agonists to treat gender
21 dysphoria, then I would disagree. If they're -- but
22 if that's -- if they're saying that, then I would
23 disagree. If they're saying that -- that using GnRH
24 agonists routinely without that caveat, then I would
25 agree.

1 Q. Which do you read this as saying?
2 A. I think that they're implying that GnRH agonists
3 should not be used in the way that I'm using them in
4 treatment of gender dysphoria and so, therefore, I
5 would disagree.
6 Q. Flipping back to page E756, the bottom of the first
7 column, "Outcomes Reproductive Function," the very
8 last line basically in the first column on E756
9 "Conclusions" --
10 A. Okay, hold on.
11 Q. Yep. Yeah, the very last line on E756.
12 A. Okay.
13 Q. "Conclusions: The available data suggests that gonadal
14 function is not impaired in girls treated with GnRHas.
15 Nevertheless, available data are limited. Long-term
16 data on fecundity and ovarian reserve of treated
17 patients of CPP are needed."
18 So in 2009, the effects of puberty blockers
19 for central precocious puberty on fertility were not
20 fully known; is that correct?
21 A. Well, I'll tell you that there is research related to
22 this question, and I believe I cited it in my report
23 outlining that a group of women treated for central
24 precocious puberty and followed for fertility outcomes
25 appeared to have no diminishment in their fertility.

1   There's not a pathophysiologic reason that I would
2   expect GnRH agonists to impair future fertility.
3           As a pediatric endocrinologist, when I'm
4   prescribing GnRH agonists for central precocious
5   puberty, I do not, and I don't think other pediatric
6   endocrinologists, do warn of a risk of infertility.
7           So with all that said, there's certainly
8   more research that could be done on every topic
9   including this one, but I don't have an expectation
10  that GnRH agonists impair someone's fertility who
11  don't have another reason for impaired fertility.
12  Q.  But would you agree with the consensus statement that
13      long-term data on fecundity and ovarian reserve of
14      treated patients with CPP are needed?
15  A.  I'm not sure that I would agree based on the fact that
16      -- that this isn't something that I -- I don't -- I
17      don't know that the -- I don't think that the question
18      about GnRH agonists causing infertility independently
19      is one that is commonly debated amongst pediatric
20      endocrinologists.
21          I think that if the -- if the group here
22      that wrote this is saying that they're -- we would
23      benefit from more data to prove this assertion, then I
24      can support that, but I'm not accustomed to weighing
25      the risk of infertility as a potential risk when

1   deciding about treating central precocious puberty
2   with patients with that condition.
3   Q.  I'd like to show you a follow-up statement to this
4       one, which I'm marking as Exhibit 15.
5           MARKED FOR IDENTIFICATION:
6           EXHIBIT 15
7           12:08 p.m.
8   BY MR. MILLS:
9   Q.  Entitled "Use of gonadotropin-releasing hormone
10      analogs in children update by International
11      Consortium."
12          Are you familiar with this article?
13  A.  I'm not sure if I've read this article completely or
14      not.
15  Q.  Sure.  You would agree it's titled "Guidelines" at the
16      top?
17  A.  I see the word guidelines there, yes.
18  Q.  Yeah.  So on this first page in the middle of the
19      abstract toward the end of the abstract paragraph it
20      says, "Although there have been many significant
21      changes in GnRHa usage, there is a definite paucity of
22      evidence-based publications to support them."
23          Do you agree with that statement?
24          MS. WILLIAMS:  Counsel, if he hasn't read
25      this, I don't know.  Do you feel comfortable?

1   A.  I'd like to at least read the entire abstract --
2   BY MR. MILLS:
3   Q.  Sure.
4   A.  -- before answering.
5   Q.  Sure.
6           MS. WILLIAMS:  Okay.
7   A.  Okay, what was your question?
8   BY MR. MILLS:
9   Q.  So the sentence says, "Although there have been many
10      significant changes in GnRHa usage, there is a
11      definite paucity of evidence-based publications to
12      support them."
13          Do you agree with that description of GnRHa
14      usage?
15  A.  There have been significant changes in GnRH usage.
16  Q.  Sorry.  Do you agree that there is a definite paucity
17      of evidence-based publications to support how GnRHas
18      are currently used?
19  A.  No, I wouldn't use the word paucity.  I presented
20      research related to the use of GnRH agonists for the
21      treatment of gender dysphoria, so I would -- I would
22      disagree.
23          But in reading this abstract, it seems like
24      the authors here are -- are intentionally trying to
25      avoid the type of discussion we're having today about

1   the -- the decision to use GnRH agonists for treatment
2   of gender dysphoria, but rather outlining its use.  So
3   I wouldn't -- I wouldn't say that the authors here are
4   -- have been tasked to answer the question about the
5   recommended treatment of gender dysphoria.
6   Q.  You would agree that they are trying to point out what
7       they call the deficiencies in the literature, though,
8       correct?
9   A.  I'm not sure what their intention is.
10  Q.  So on page 365, the start of the second column
11      under -- this is in section "Use of GnRHa and the
12      management of transgender adults" that were in albeit
13      in the second column, the first full sentence.
14          "The impact on BMD is concerning since
15      lumbar spines e-scores at age 22 years were found to
16      be lower than those observed prior to treatment
17      suggesting a possible permanent decrement in BMD.
18      Thus, it is unclear how long GnRHa can safely be
19      administered."
20          Do you agree with that statement?
21          MS. WILLIAMS:  Again, do you want to read
22      it?  I mean, it's up to you, but I just want to give
23      you the opportunity if you don't recall reading this
24      article.
25  A.  I'll just read Section 7 real quickly and then I can

30 (Pages 114 - 117)

Page 118

1  respond.  Is that okay?
2          Yeah, so -- so you've read a sentence
3  that's related to bone mineral density questions and
4  the use of GnRH agonists, and this is a pretty big
5  topic that we can certainly talk about.  You know, I
6  think that agreeing or not agreeing with this one
7  sentence, you know, is hard for me to do.
8      I think that bone mineral density is an
9  important topic.  It's one that I counsel patients on
10  and talk to them about when we're making use of GnRH
11  agonists and how long to use them, when to assess for
12  bone mineral density, how would we measure this.  So
13  it's an important topic.
14          It would be concerning to me if someone had
15  low bone mineral density at baseline and was planning
16  to using GnRH agonists for an exceedingly long period
17  of time because I would be concerned about their bone
18  density and would want to follow that, but in other
19  clinical scenarios it would be less concerning.
20          So I think that, you know, there's lots to
21  say about this topic.  I agree that it's an important
22  topic and happy to talk more about it.
23  Q.  Sure.  My basic question is, do you agree with just
24  the way they put it which is that, "It is unclear how
25  long GnRHa can safely be administered in the context

Page 119

1  of a gender dysphoria intervention"?
2  A.  I think that sentence by itself is hard to -- it's
3  hard to agree with out of context, right?
4  Q.  Sure.
5  A.  So if you're saying that how long GnRH agonists can be
6  safely administered without measurable difference in
7  bone mineral density, sure.  Is that difference
8  clinically significant?  Does it result in fracture?
9  Does the risk of low bone mineral density outweigh the
10  benefit of the intervention?
11          So I don't know if -- if asking me if I
12  agree with this, it is unclear how long GnRH agonists
13  can be safely administered without explaining that
14  larger context can make any sense.
15  Q.  Do you think it is clear how long GnRHa can safely be
16  administered?
17  A.  I think in certain scenarios, absolutely.  So if I had
18  a patient that has no risk factors for low bone
19  mineral density, has clear gender dysphoria, and has a
20  plan to use GnRH agonists for -- for two or three
21  years, has normal bone mineral density at baseline, I
22  do not have any concern about using GnRH agonists for
23  that patient in terms of their bone mineral density.
24  In other clinical scenarios, I would have more
25  concern.

Page 120

1  Q.  What about for six years for that patient?
2  A.  Again, it depends on the clinical scenario.  I have
3  some patients that have been treated with GnRH
4  agonists for six years, but if they don't need GnRH
5  agonists that long, then I would prefer not to extend
6  it for that amount of time.
7  Q.  Because of in part of risk to bone mineral density?
8  A.  Yes.
9  Q.  All right.  So the next sentence here is, "The effects
10  of GnRHa on adolescent brain maturation are unclear."
11          Do you agree with that sentence?
12  A.  I think that the question about GnRH agonists on brain
13  maturation is odd for me because I don't -- I don't
14  know that I understand why GhRH agonists would have an
15  effect on brain maturation themselves.
16          So while I -- I may agree that I haven't
17  seen studies specifically answering that question, I'm
18  also not aware of studies that are outlining a concern
19  related to this question specifically.
20  Q.  So you are aware of no studies showing that there is
21  no effect of GnRHa on adolescent brain maturation?
22  A.  I'm aware that individuals with delayed puberty, for
23  example, don't score different -- differently in
24  cognitive testing, and that delaying puberty in and of
25  itself with GnRH agonists I haven't -- I haven't heard

Page 121

1  of a plausible pathophysiologic reason why that would
2  interfere with brain maturation in the way that's
3  described, but, no, I haven't seen a study outlining
4  exactly what you're asking.
5  Q.  All right.  The next sentence says, "GnRHa therapy
6  prevents maturation of primary oocytes and
7  spermatogonia and may preclude gamete maturation, and
8  currently there are no current methods to preserve
9  fertility in early pubertal transgender adolescents."
10          Just the first part of that sentence,
11  "GnRHa therapy prevents maturation of primary oocytes
12  and spermatogonia..."
13  A.  Spermatogonia.
14  Q.  Thank you.  "...and may preclude gamete maturation,"
15  do you agree with that?
16  A.  Yes.
17  Q.  And currently there are no proven methods to preserve
18  fertility in early pubertal transgender adolescents;
19  do you agree that that's true?
20  A.  Yes.
21  Q.  If we could go back to Exhibit 2, which was the
22  question and answers you gave on the Michigan
23  website --
24  A.  Do you feel like you're coming up to a good pause
25  break in a little bit?

31 (Pages 118 - 121)

Page 122

1 Q. Yeah, that sound good. Are you good for just a few
2 more minutes?
3 A. Sure, yep. Where are we at?
4 Q. The question and answer document should be marked as
5 Exhibit 2. It's on the second page here, and we are
6 under the heading "What are the risks or benefits of
7 delaying puberty," the third paragraph under that
8 heading.
9 You say, "We're also really cautious about
10 using medical interventions to treat dysphoria because
11 it delays growth spurts and bone density accrual."
12 Do you still agree with that statement of
13 your practice?
14 A. Yeah, I think that the key here is delays because we
15 do expect growth and bone density accrual to occur
16 with future exposure to sex hormones.
17 Q. If we could go back to Exhibit 8, which was your book
18 chapter and go to page 177. We're under "Special
19 considerations for youth," then under "Bone Density"
20 the second sentence, "When puberty is suppressed at
21 Tanner stage 2, there is a concern for relative
22 decrease in bone mineral density compared to untreated
23 peers." And then skipping the next sentence,
24 "However, another study demonstrated a decline in bone
25 mineral density z-score during GnRH agonist treatment

Page 123

1 without full catchup by age 22."
2 I think this was the same study that the
3 last source we used discussed.
4 So you would agree that puberty blockers at
5 a minimum delay growth spurts, right?
6 A. I just want to go back because you skipped the one
7 sentence that I felt like --
8 Q. Sure.
9 A. I'm not sure why you skipped one of the three
10 sentences, but just to read the whole thing might be
11 helpful. But maybe I'm not answering.
12 You asked a question that was different
13 from I think what you read, so --
14 Q. Sure.
15 A. -- what do you want me to address right now?
16 Q. So puberty blockers at a minimum delay growth spurts;
17 is that right?
18 A. Yes.
19 Q. And they delay bone density accrual?
20 A. Yes.
21 Q. And there is at least some evidence that bone density
22 may not ever fully catch up; is that right?
23 MS. WILLIAMS: Objection.
24 A. So there's -- there's this one study that I'm
25 referencing here that showed catchup, catchup towards

Page 124

1 normal at age 22 in -- I don't remember if it was the
2 -- I think it was the trans girls, maybe it hadn't
3 caught up to the z-score that they were at before.
4 What I would say is that I haven't heard
5 any -- when we're talking about benefit density and
6 z-scores, what are we really asking? We're really
7 asking about the fracture risk in our elderly years.
8 So what I haven't heard or seen any evidence of is an
9 increased risk for osteoporosis in middle-aged people
10 that were treated with GnRH agonists.
11 So we can say that GnRH agonists delay bone
12 density accrual, that there's catchup with sex hormone
13 exposure, complete catchup, almost complete catchup.
14 Is 22 measuring too soon? Who knows. I think if we
15 waited longer, we might see complete catchup, but
16 ultimately what we really care about is fracture risk.
17 So at the -- even with the change in
18 z-score outlined in Citation 34 here, I don't believe
19 that to be enough of a change to result in meeting the
20 clinically significant osteoporosis.
21 Q. And to go back to what we said earlier, none of your
22 patients that you treated for gender dysphoria are
23 beyond the age of 27; is that right?
24 A. Correct.
25 Q. If you could go to page -- the same page 177 the next

Page 125

1 paragraph the start. "There are a few little data
2 regarding the final impact of prepubertal suppression
3 and gender-affirming hormone therapy on stature."
4 Do you still agree with that statement?
5 A. Yes.
6 Q. So you don't know whether the effect of puberty
7 blockers on stature is reversible?
8 A. Well, I know a lot about how pubertal suppression
9 affects stature and talk about it with every single
10 patient that I see.
11 Q. But you don't know whether the effect of puberty
12 blockers on stature is reversible?
13 MS. WILLIAMS: Objection.
14 A. Well, I -- so just to be clear, stature means final
15 height. So if you are -- so I would expect that the
16 use of GnRH agonists in combination with
17 gender-affirming hormones does have an effect on
18 stature. That, for example, a trans boy who has
19 delayed fusion of growth plates and then a more robust
20 growth using testosterone may achieve a slightly
21 taller stature than otherwise, which is typically very
22 exciting for a trans masculine person who might be at
23 risk for short stature. And for trans feminine folks
24 the use of GnRH agonists plus estrogen may result in a
25 slightly shorter final stature, lots of evidence to

32 (Pages 122 - 125)

Page 126

1 support that notion I think I haven't seen, but just
2 as a pediatric endocrinologist understanding how these
3 hormones work and how kids grow, I think that GnRH
4 agonists do have an impact on stature, usually an
5 impact that is desired.
6 BY MR. MILLS:
7 Q. Just a couple more if you're okay. Getting close.
8      I'm going to show you an article that you
9 coauthored, marking as Exhibit 16, in the Journal,
10 looks like, of Clinical Endocrinology.
11      MARKED FOR IDENTIFICATION:
12      EXHIBIT 16
13      12:27 p.m.
14 BY MR. MILLS:
15 Q. And are you familiar with this article?
16 A. Yes.
17 Q. And you were a coauthor on it?
18 A. Yes.
19 Q. If we could look at page 1565, the second paragraph.
20 So it begins, "The literature on the impact of GAHT,"
21 which is I believe is gender-affirming hormone
22 therapy, "in transgender youth is limited."
23      Would you agree with that sentence?
24 A. Well, I believe this is talking about bone density,
25 correct?

Page 127

1 Q. That's right.
2 A. So I think it -- in this paper we are outlining the
3 literature, so I guess it's up to the reader to say
4 how limited it is.
5      I would say that it's -- it's limited to
6 the extent that these are the main articles that we
7 have to reference. So there is -- there is data to --
8 to review to answer questions about bone density, but
9 certainly more -- more study on this topic is
10 welcomed.
11 Q. The second to last sentence of that paragraph, "In one
12 of the largest studies of bone mass development, trans
13 girls had low BMD z-scores at the initiation of the
14 study and after three years of estrogen therapy." I
15 believe this was the same study we were just talking
16 about.
17      Do you still agree that this is one of the
18 largest studies of bone mass development?
19 A. Yeah, so if we -- if we explore that sentence a little
20 bit more, the interesting thing here is that trans
21 girls start with low bone mineral density before
22 treatment and then continue to have low bone mineral
23 density at the end of treatment. So it's interesting
24 that there is this difference in baseline bone density
25 in trans girls which, you know, there's -- there's

Page 128

1 potential reasons why that -- that may be, but this
2 isn't saying that bone density in those girls worsened
3 from its baseline z-score.
4 Q. Your next sentence says, "These findings raise
5 concerns about prolonged GnRHa therapy with and in
6 some" -- sorry -- "without and in some groups with sex
7 hormone therapy on bone health in transgender youth
8 and adults."
9      Do you agree that the findings raised
10 concerns about prolonged GnRH therapy without and
11 sometimes with sex hormone therapy on bone health?
12 A. Bone health is certainly a factor that we're using
13 when we're making decisions with patients and families
14 about GnRH agonists length of time on them. I think
15 that GnRH agonists serve a purpose for patients with
16 gender dysphoria, but shouldn't be used in the absence
17 of other -- of -- of -- of an indication for use for gender
18 dysphoria.
19 Q. So are you saying you no longer have concerns about
20 prolonged GnRH therapy --
21 A. I would have concern -- sorry. I would have concern
22 about using GnRH agonists longer than required
23 unnecessarily because that would potentially be --
24 there would be potential risk to bone density without
25 subsequent benefit.

Page 129

1 Q. And you don't have data about how long GnRHa can
2 safely be administered?
3 A. I think I answered that question.
4 Q. Page 1567, the bottom of the first column. This is
5 about four sentences up from the bottom. The sentence
6 is connected to Citation 506.
7      "Further research is also needed to
8 determine optimal timing and duration of gonadotropin
9 hormone agonist therapy in transgender youth as it
10 relates to bone health and to determine the prevalence
11 of osteoporosis, osteopenia, and fractures among
12 transgender youth and adults."
13      Do you still agree with that sentence?
14 A. I think more research in this area would be great.
15 Q. On page 1569 in the second column, the first full
16 paragraph the second sentence, "Prospective studies
17 are needed to determine the timing and duration of
18 gonadotropin hormone agonist therapy in transgender
19 youth that optimizes peak bone mass"; do you still
20 agree with that sentence?
21 A. I think a specific study to help address that question
22 would be wonderful, but the fact that a study doesn't
23 exist doesn't preclude me from safely using GnRH
24 agonists.
25 Q. But you wrote last year that, "Prospective studies are

33 (Pages 126 - 129)

Page 130

1  needed to determine the timing and duration of GnRH
2  therapy," correct?
3  A.  Sorry, I wrote what?
4  Q.  You wrote last year that, "Prospective studies are
5  needed to determine the timing and duration of GnRHa
6  therapy in transgender youth that optimizes peak bone
7  mass," correct?
8  A.  I'm not sure I wrote that sentence, but it's in this
9  article that I'm authored on.
10       I agree that more studies on prospective
11  studies on this topic would be needed to help answer
12  that question more definitively, but still doesn't
13  preclude me from using GnRH agonists.
14  Q.  Do you recall giving a talk at the University of
15  Michigan around October 21st, 2027 [sic] with a
16  co-presenter Dr. Ellen Selkie entitled "Doctrine care
17  for transgender children and adolescents?
18       MS. WILLIAMS:  Objection.  I think 2027.
19       MR. MILLS:  2017.
20  BY MR. MILLS:
21  Q.  Yeah, a talk at University of Michigan October of 2017
22  with Dr. Selkie, do you recall that talk?
23  A.  I'm not sure that I have a strong memory of it, but I
24  certainly know Dr. Selkie and believe you that I gave
25  this talk.

Page 131

1  Q.  Sure.  You've coauthored papers with Dr. Selkie,
2  right?
3  A.  Yes.
4  Q.  So you agree she is knowledgeable in this field?
5  A.  Yes.
6  Q.  Okay.  I just have a short video clip I wanted to show
7  you which I don't know how we marked it, but it would
8  be Exhibit 17, I believe.
9       MARKED FOR IDENTIFICATION:
10       EXHIBIT 17
11       12:34 p.m.
12       COURT REPORTER:  And I will not be taking
13  it down stenographically.
14       MR. MILLS:  Okay.
15  A.  Sorry, what year is this?
16  BY MR. MILLS:
17  Q.  2017.
18  A.  So that's what I used to look like?
19       (Video playing.)
20  BY MR. MILLS:
21  Q.  You were talking about puberty blockers here --
22  A.  Yes.
23  Q.  -- is that right?
24       So blocking puberty would prevent pubertal
25  development during the same time as one's peers,

Page 132

1  correct?
2  A.  Yes, the average peer in that age group would be going
3  through pubertal changes.
4  Q.  And that effect would be irreversible, right?
5  A.  What effect exactly?
6  Q.  In other words, you could not go back in time and go
7  through puberty as the same time as one's peers did?
8  A.  That's correct.
9  Q.  And could that disconnect negatively effect a person's
10  psychological well-being?
11  A.  I think that -- I hear from patients that -- that as
12  they're seeing their peers start puberty, oftentimes
13  they're hoping that they will soon be able to go
14  through puberty as well so, yes, that can be socially
15  difficult.
16  Q.  And it sounds like it can cause -- can cause social
17  distress?
18  A.  In patients that were -- that are feeling social
19  distress related to a delay in their puberty, that
20  social distress would be less than the distress
21  associated with the -- going through endogenous
22  puberty or else the GnRH agonist wouldn't be
23  indicated.
24  Q.  But blocking of puberty could cause social distress,
25  correct?

Page 133

1       MS. WILLIAMS:  Objection.
2  A.  Social distress in the way that we've been discussing
3  a desire to be progressing through puberty with -- at
4  the same age as other peers, yes, but typically that
5  would be in a pubertal direction aligned with their
6  gender identity.
7  BY MR. MILLS:
8  Q.  Puberty is also connected to emotional development; is
9  that right?
10  A.  So I think that emotional development does occur in
11  adolescent years.  How much of that is related to
12  chronologic age progression versus pubertal
13  progression I think is open to discussion, but I would
14  -- I would posit that simply chronologic age
15  progression also is important for emotional
16  development.
17  Q.  But by blocking puberty, you are at least delaying
18  some aspect of emotional development, correct?
19  A.  To whatever extent pubertal progression is related to
20  emotionally development, yes, but again I would argue
21  that chronologic age progression is I would think more
22  important for emotional development.
23       I can't point to a citation to -- to make
24  that point.  I would say as a pediatric
25  endocrinologist seeing patients with delayed puberty,

34 (Pages 130 - 133)

Page 134

1    I don't consider those patients to be emotionally
2  stunted due to their delayed puberty, so in that way I
3  would -- I would downplay the point that emotional
4  development is somehow stunted by using GnRH agonists.
5  Q.  But you'd agree that a person whose puberty has been
6  blocked would not have the same emotional development
7  pathway as their peers who are going through puberty?
8  A.  I think that's hard for me to say.  I don't -- I don't
9  know that I have a specific expertise in emotional
10  development, but I would say that -- that I don't see
11  clinically patients with emotional immaturity compared
12  to peers simply because they're on GnRH agonist
13  treatment.
14        MR. MILLS:  I think that's a good stopping
15  point, if that works for everybody.
16        (Recess taken at 12:39 p.m.)
17        (On the record at 1:42 p.m.)
18  BY MR. MILLS:
19  Q.  I'm handing you what I'm going to mark as Exhibit 18.
20        MARKED FOR IDENTIFICATION:
21        EXHIBIT 18
22        1:42 p.m.
23  BY MR. MILLS:
24  Q.  This is an article you coauthored, "Gender affirming
25  multidisciplinary care for transgender and nonbinary

Page 135

1  children and adolescents."
2        Do you recognize this article?
3  A.  Yes.
4  Q.  If we could flip to page 108.  At the very bottom it
5  says, "Longitudinal studies from Amsterdam Clinic
6  patients document that only 1.9 percent of adolescents
7  stop puberty suppression and did not go on to start
8  GAHT gender-affirming hormone therapy."
9        Is this consistent with your experience?
10  A.  I would say that the majority of patients that are
11  prescribed pubertal suppression do go on to start
12  gender-affirming hormone therapy.  In my experience,
13  the number is higher than 1.9 percent.
14  Q.  About what percent would you say it is in your
15  experience?
16  A.  I think only about 5 percent.
17  Q.  So that would mean that somewhere between, if you use
18  this study, in your experience 95 to 98 percent of
19  patients who start puberty blockers will go on to
20  cross-sex hormones; is that right?
21  A.  Yes, which makes sense given that the progression into
22  Tanner stage 2 is that sort of predictive time where
23  we're better able to understand the persistence into
24  adulthood of one's gender identity, but still the
25  pubertal suppression is used to take that extra time,

Page 136

1  so I think that lower number is a testament to the
2  ability to accurately diagnose gender dysphoria and
3  prescribe pubertal suppression to the correct
4  candidates.
5  Q.  So a provider should assume that a patient prescribed
6  puberty blockers is almost certain to progress to
7  hormonal therapy?
8  A.  That is definitely not how I think about it.  I would
9  say that when I'm prescribing pubertal suppression I
10  am myself keeping a very open mind and encouraging the
11  patient and the family to keep an open mind to allow
12  continued exploration of gender identity during that
13  time of pubertal suppression and make no assumptions.
14  Q.  But as a matter of fact, you know that 95 percent --
15  95-plus percent of those patients will go on to
16  hormonal therapy?
17  A.  That's right.  So I need to be cognizant of the fact
18  that for the ones that don't, I need to, you know,
19  help -- help to recognize when discontinuation of
20  pubertal suppression is appropriate with patients that
21  no longer require it.
22  Q.  So would you consider hormonal therapy part of the
23  standard course of treatment for gender dysphoria that
24  starts with puberty blockers?
25  A.  It's -- the treatment with gender-affirming hormones

Page 137

1  is part of the recommended -- is a recommended option
2  for therapy to treat gender dysphoria as outlined by
3  WPATH and the Endocrine Society, yes.
4  Q.  I guess what I'm asking is, if it's 95 to 98 percent
5  who go on to hormonal therapy, would you consider that
6  to be the standard course of treatment?
7  A.  I don't consider therapy to be a standard course of
8  treatment.  I consider every patient to be an
9  individual person with individual needs and
10  decisionmaking.
11  Q.  Do you tell patients that 95 to 98 percent of those
12  who start puberty blockers will go on to cross-sex
13  hormones?
14  A.  I'm not sure if I've used those exact percentages, but
15  I -- I talk in great detail about the potential for
16  transition to gender-affirming hormones when starting
17  pubertal suppression.
18        Most patients and families assume that they
19  will progress to hormones because they feel stable in
20  their gender identity, and yet it's my job to continue
21  to think critically about each patient and help them
22  to think critically about themselves.
23  Q.  And so do you tell families the risks of cross-sex
24  hormones before you start puberty blockers?
25  A.  I do talk about the implications of pubertal

35 (Pages 134 - 137)

1   suppression followed by gender-affirming hormones when
2   starting pubertal suppression, yes.
3   Q.   And do you think that is the best practice to use
4        before prescribing puberty blockers?
5   A.   Yes.
6   Q.   If we could go back to Exhibit 1, which is your
7        Advances in Pediatrics article.  We're on page 10, and
8        this is the third full paragraph about five sentences
9        in.  It starts, "Although the effects."  It's right
10       after footnote 57, if that helps.
11  A.   Yep, okay.
12  Q.   So it says, "Although the effects of GnRH agonists are
13       reversible, they are often started with the intent of
14       initiating cross-sex hormones later on, and the
15       combination of the two results in permanent and
16       semipermanent effects."
17           So would you agree with just the first part
18       of that sentence still that puberty blockers are often
19       started with the intent of initiating cross-sex
20       hormones later on?
21  A.   I'm not sure I love the word intent.  I think that the
22       -- I'm oftentimes meeting with a patient that has very
23       clear -- has been very clear in their gender identity
24       from a very early age, and I may think to myself that
25       it's very, very unlikely that that gender identity

1   will change and that it would -- it is very, very
2   likely that this person will be eligible for -- for
3   gender-affirming hormones in the years to come, but
4   I'm still using my diagnostic abilities and working
5   with patients each time I see them to confirm that the
6   trajectory of the plan is still correct.
7   Q.   So do you disagree with what you wrote in 2017 which
8        is that puberty blockers are often started with the
9        intent of initiating cross-sex hormones later on?
10  A.   I think I'm talking about the semantics of the word
11       intent, so I don't disagree with the premise that when
12       we're starting cross-sex -- when we're starting GnRH
13       agonists, many of those patients will start
14       gender-affirming hormones.
15  Q.   Okay.
16  A.   But I would just maybe point out that the intent can
17       change as a patient's clinical course change --
18       changes.
19  Q.   And then the second half of that sentence of what we
20       just read, "The combination of the two results in
21       permanent and semipermanent effects," do you still
22       agree with that?
23  A.   Yes.
24  Q.   I would like to show you what I'm marking as
25       Exhibit 19, which is a book chapter you wrote in

1   "Pubertal suppression and transgender youth."
2           MARKED FOR IDENTIFICATION:
3           EXHIBIT 19
4           1:50 p.m.
5   BY MR. MILLS:
6   Q.   That word continues to be a challenge.
7           Anyways, I believe after the front matter
8        I've just excerpted your chapter from this
9        publication.  Do you recognize --
10  A.   Yes.
11  Q.   And you coauthored this chapter?
12  A.   Yes.
13  Q.   If we could turn to page 80 in the chapter.  The first
14       full paragraph toward -- the last sentence of the
15       first full paragraph it starts with, "The intervention
16       with a GnRH agonist."  Do you see that?
17  A.   Mm-hmm, yes.
18  Q.   So I'll just read that.  "The intervention with a GnRH
19       agonist is "reversible" and allows time for a further
20       gender identity exploration prior to committing to
21       feminizing medications."  And then you say,
22       "Initiation of treatment with a GnRH agonist in a
23       transgender girl at pubertal stage 2 requires
24       discussion about several other considerations.  The
25       adolescent will continue to grow, but at a prepubertal

1   speed while on GnRH agonist therapy.
2           "If estrogen is initialed later in
3        adolescence, a growth spurt and subsequent growth
4        arrest will occur likely resulting in a shorter final
5        adult height than if no intervention were pursued."
6           Do you still agree with that section that I
7        just read?
8   A.   Yes.
9   Q.   So skipping one sentence, but now we're talking about
10       -- yeah, so skipping one sentence, "Spermatogenesis
11       will not occur if puberty is suppressed.  Therefore, a
12       child treated with GnRH agonist medication followed by
13       estrogen would not have the opportunity to preserve
14       sperm using the standard methods."
15           Do you still agree with that what I just
16       read?
17           MS. WILLIAMS:  Objection.
18  A.   Yeah, so I agree, but I would probably say if I were
19       to, you know, rewrite the sentence, spermatogenesis
20       will not occur while puberty is suppressed, because I
21       think the sentence misses the element of the
22       conversation we were having earlier about how one may
23       still have the potential for fertility if they elect
24       to go through puberty at a later time endogenously.
25           But the point remains that discussions

Page 142

1    around -- around the use of hormones and fertility
2    matters are important to discuss when counseling
3    patients and families on pubertal suppression.
4  Q.  So is the reason you put reversible in quotation marks
5    in this passage because, as the next paragraph
6    explains, if you follow up puberty blockers with
7    estrogen, then the consequences are not all
8    reversible?
9  A.  I'm not sure that that's the reason I put it in
10    quotations.  I think I put it in quotations because
11    that's a word that's taken from the early Dutch
12    protocol literature where they were using words like
13    reversible, partially reversible, and irreversible to
14    describe the GnRH agonist hormones and surgery.
15  Q.  But you would agree that following puberty blockers
16    with estrogen results in irreversible changes?
17  A.  Yes.  For example, breast development.
18  Q.  In your clinic, do you use an informed consent form
19    before starting puberty blockers?
20  A.  We do not use an informed consent form in our -- in
21    our clinic.
22  Q.  And is that true also you don't use a form before
23    starting cross-sex hormones?
24  A.  Correct.
25  Q.  Puberty blockers were historically used in the

Page 143

1    chemical castration of rapists; is that right?
2  A.  I do believe that that's been attempted.
3  Q.  And men taking GnRH agonists for prostate cancer
4    experience a complete loss of sexual interest; is that
5    right?
6  A.  I don't know that that's always the case.
7  Q.  Is it usually the case?
8  A.  I don't know, I don't treat prostate cancer, but I
9    know that men with low testosterone can have decreased
10    libido, but I don't know if I would describe that as
11    in the terms that you described.
12  Q.  Sure.  If we could go to page 83 of this same chapter.
13    The last sentence before the estrogen heading at the
14    bottom of this second column, the last sentence before
15    estrogen, "Testosterone treatment likely increases the
16    risk of polycythemia, sleep apnea, weight gain, and
17    cystic acne, and possibly increases the risk of
18    elevated liver enzymes, hyperlipidemia and
19    hypertension"; you still agree with those -- that
20    statement of risks?
21  A.  Yes.
22  Q.  On the next page right before conclusions, the
23    sentence before conclusions, "Estrogen treatment
24    likely increases the risk of thrombolic embolic
25    disease, particularly synthetic ethanol, estradiol,

Page 144

1    hypertriglyceridemia, gallstones, elevated liver
2    enzymes, and weight gain, and may increase the risk of
3    hypertension and hyperprolactinemia."
4        Putting aside my butchering of scientific
5    words, do you agree with that statement of the risks
6    of estrogen still?
7  A.  Yes.  I also just point out that this would be the
8    case if we were using estrogen to treat cisgender
9    women with low estrogen, and the concerns about the
10    potential risks of testosterone would be the case if
11    we're treating cisgender men with low testosterone,
12    and this is why we know how to prescribe these
13    medications appropriately and monitor patients on
14    these medications.
15  Q.  And what is -- what is venous thromboembolism?
16  A.  Blood clots.
17  Q.  And is that life-threatening?
18  A.  It can be.
19  Q.  And long-term estrogen administration to a male
20    increases the risk of those life-threatening blood
21    clots?
22        MS. WILLIAMS:  Objection.
23  A.  I would -- I haven't had a patient that has had this
24    condition, but I would say that women are at higher
25    risk for venous thromboembolism than men, and treating

Page 145

1    a trans woman with estrogen puts her in a similar risk
2    category as other women due to that fact that estrogen
3    is a prothrombotic hormone.
4  BY MR. MILLS:
5  Q.  So long-term estrogen to a biological male does
6    increase the risk of thromboembolic events?
7  A.  In the absolute sense, yes.  I like to explain that
8    when someone is being treated with gender-affirming
9    hormones, you are adopting the health -- health risks
10    of the affirmed sex and maybe eschewing the health
11    risks of the sex assigned at birth.
12        A common example that I use with
13    testosterone would be going bald.  If you never
14    started testosterone, you probably would never go
15    bald.  If you take testosterone, you've got the same
16    chance of going bald as brothers in your family, and
17    the same holds true with other medical problems that
18    are sex specific if they're related to hormones.
19        MARKED FOR IDENTIFICATION:
20        EXHIBIT 20
21        1:59 p.m.
22  BY MR. MILLS:
23  Q.  I'm showing you what I've marked as Exhibit 20, which
24    is an article by Getahun and others entitled
25    "Cross-Sex Hormones and Acute Cardiovascular Events in

37 (Pages 142 - 145)

Page 146

1  Transgender Person." I believe this is one of the
2  articles you cited in your report.
3       If you would flip with me to page 11, on
4  the second column the first full paragraph.
5       "A distinguishing feature of our study is
6  that it represents one of the largest cohorts of
7  transgender persons in the United States, and to our
8  knowledge is the only study of this size that
9  carefully validated trans feminine or transmasculine
10  status in the participants."
11       And then going over to page 212, the bottom
12  paragraph in the first column.
13       "In summary, the presence that he
14  demonstrated that cross-sex estrogen is a risk factor
15  for VTE and probably ischemic stroke among trans
16  feminine persons."
17       And then going back to page 209. Again,
18  the bottom paragraph of the first column.
19  A. Sorry.
20  Q. Yep, 209. So this is the last paragraph in the first
21  column.
22       "The trans feminine cohort had an increase
23  in post index date incidents of VTE compared with
24  either referenced cohort, and the difference seem more
25  pronounced with increased follow-up with two- and

Page 147

1  eight-year risk differences of 4.1 and 16.7 per 1,000
2  persons relative to cisgender men and 3.4 and 13.7 per
3  1,000 persons relative to cisgender women."
4       So the -- the authors of this study found
5  that transgender females on estrogen were
6  significantly more likely to have a VTE compared to
7  cisgender males; is that right?
8  A. Yes.
9  Q. And they were also much more likely to have a VTE
10  compared to cisgender females.
11  A. So let me just read these numbers again.
12  Q. Sure.
13  A. So I guess it's depending on your -- your -- how you'd
14  like to use the term "much more likely." This is
15  saying that, if I'm reading it correctly, that out of
16  every thousand persons there was three more that had
17  this event in the two-year follow-up, and 13 more out
18  of a thousand in the eight-year follow-up, so that's
19  more and statistically significant. Whether that is
20  clinically significant or meaningful in a way that
21  would prevent someone from deciding that the benefits
22  of estrogen outweigh the risks is maybe a different
23  question.
24       But I would also say that we have in
25  pediatrics the risk for thromboembolism is extremely

Page 148

1  low, so this article is talking about adult patients,
2  and so the -- when I'm seeing a patient with a
3  clotting problem, I oftentimes consult with my
4  hematology counterpart to discuss safety of estrogen
5  treatment.
6       Transdermal estrogen is known to be less
7  thrombogenic than oral estrogen, so we make that
8  decision that someone has a higher thrombotic risk,
9  but in general, young healthy adolescents are at very
10  low risk for clotting regardless of whether they're
11  treated with estrogen.
12  Q. And that's not true of adults, correct?
13  A. Adults have a higher risk for clotting compared to
14  adolescents.
15  Q. And what proportion of the patients you start on
16  hormonal therapy continue as adults, to your
17  knowledge?
18  A. The majority continue as adults. So if I was an adult
19  endocrinologist reading this article, I would be using
20  that to make decisions on the administration route for
21  estrogen based on the patient's thrombotic risk
22  factors.
23  Q. But you don't consider these statistics when you're
24  considering whether to decide -- whether to start an
25  adolescent on hormonal therapy?

Page 149

1  A. Well, I just explained how I do consider it. I am
2  assessing a transgender girl's thrombotic risk if she
3  has thrombotic risk factors, then consulting with
4  hematology and oftentimes changing the route of
5  administration of the estrogen.
6  Q. But you're not considering the risk of that same girl
7  once she becomes an adult?
8  A. I wouldn't say that that's true. I would say that
9  that same girl would continue to see an adult provider
10  who would continue to assess her thrombotic risk.
11  Q. Do you tell patients considering estrogen that they
12  may be at significantly higher risk for a VTE compared
13  to cisgender males or cisgender females?
14  A. I do talk about increased thrombotic risk and advise
15  patients to not smoke cigarettes because that
16  increases everyone's risk for clotting, which is a
17  common thing to avoid when anyone is taking any form
18  of estrogen.
19  Q. If we could go back to Exhibit 8, which was the first
20  chapter we talked about from the transgender medicine
21  book. If we could go to page 178 of your chapter, the
22  start of the second paragraph under, "Fertility."
23       "Development of mature sperm and oocytes
24  occurs during puberty, therefore, progressing through
25  natural puberty is a requirement for fertility."

38 (Pages 146 - 149)

Page 150

1    Do you still agree with that statement that
2  progressing through natural puberty is a requirement
3  for fertility?
4  A.  Yes.
5  Q.  And by natural puberty you mean puberty of the
6  person's biological sex?
7  A.  I mean endogenous puberty, puberty created by the body
8  itself.
9    So if you have a person that has
10  hypogonadism and is cisgender, you'd be giving them
11  hormones, but that person would not be able to
12  reproduce either.  Does that make sense?
13  Q.  But I guess I'm asking a slightly different question
14  which is that progressing through puberty of the
15  person's biological sex is a requirement for
16  fertility?
17  A.  You have to go through puberty aligning with your
18  biologic sex using your own body's hormones, yes.
19  Q.  If we skip -- skip a sentence and then right after the
20  number 36 you say, "Patients considering GnRH agonist
21  therapy for gender dysphoria may not decide to allow
22  their natal puberty to progress in later adolescence
23  choosing instead to bridge to gender-affirming hormone
24  therapy.  If that decision is made, there will never
25  be maturation of sperm or eggs and no opportunity for

Page 151

1  gamete preservation."
2    Do you still agree with what I just said?
3  A.  Yes.  Someone that was on GnRH agonists followed by
4  hormones and continues on hormones will not have
5  maturation of their germ cells.
6  Q.  So they would be infertile?
7  A.  At the present time, yes.  If that person desired
8  fertility, then again I would advise them to
9  discontinue their hormones.
10  Q.  So skipping the short paragraph right after the number
11  21, "Patients presenting after puberty should be
12  advised that future fertility could be compromised by
13  prolonged use of gender-affirming hormones."
14    Do you still agree that future fertility
15  could be compromised by prolonged use of
16  gender-affirming hormones?
17  A.  Yes.
18  Q.  If we go back to Exhibit 1, which was the Advances in
19  Pediatrics, and we go to page 10, and this is about
20  midway through the big paragraph closer to the bottom,
21  the sentence starts with, "A child who starts on GnRH
22  agonist therapy."  Just let me know if you see it.
23  A.  I got it.
24  Q.  Okay.  "A child who starts on GnRH agonist therapy at
25  a similar stage 2 and continues on the" -- I think it

Page 152

1  should be "medication as cross-sex hormones are
2  introduced later in adolescence will never have
3  spermatogenesis or menarche and will not have the
4  opportunity to bank gametes using cryopreservation."
5    Do you still agree with that statement?
6  A.  This is almost the exact same statement that we just
7  read, so I have the same answers.
8  Q.  So that's a yes?
9  A.  Well, I think that that person would not have -- they
10  would not be fertile while taking these interventions,
11  and if they desired fertility, my advice would be to
12  discontinue treatment.
13  Q.  Unless putting aside the possibility of discontinuing
14  treatment, this child would never be able to reproduce
15  naturally or artificially?
16  A.  Well, that's a weird way to say it.  If you discount
17  this option, then -- then you never could do it?
18  That's not how I typically would talk.
19  Q.  Well, that is my question.
20  A.  Okay, can you say it again?
21  Q.  Yeah.  So putting aside the possibility of
22  discontinuing treatment, this child could never
23  reproduce naturally or artificially, correct?
24  A.  So I think that that's not 100 percent accurate for --
25  in terms of some protocols, and at -- at some centers

Page 153

1  transgender men could be stimulated to ovulate despite
2  not having gone through puberty, and this -- this is a
3  -- and germ cells can be harvested from testicular
4  tissue.
5    None of this is standard of care or outside
6  of what I would say experimental, but to say never,
7  I'm not sure that I can agree with that completely
8  given the experimental progress of genetic -- of
9  fertility science.
10  Q.  And are you aware of children being born using those
11  experimental methods?
12  A.  No.
13  Q.  So if we take a biological male who starts puberty
14  blockers at Tanner stage 2 and then goes on to
15  estrogen, let's say he continues those interventions
16  until age 45 then decides to align with his biological
17  sex and holds treatment, would he go through natural
18  male puberty at age 45?
19  A.  I don't know the answer to that question, but I think
20  that it's probable that he would.
21  Q.  You're aware of no evidence showing that he would?
22  A.  I'm not aware of anyone that has done that to prove
23  whether it would be possible.
24  Q.  How likely is it do you think that he would be able to
25  successfully reproduce?

39 (Pages 150 - 153)

Page 154

1    A.   I don't know how likely it would be.  I think that his
2         fertility could be compromised.
3    Q.   Do you think there's a greater than 50 percent chance
4         that his fertility would not develop?
5    A.   Yes.
6    Q.   Same question for a biological female.  If she goes
7         through puberty blockers at Tanner stage 2 and then
8         testosterone and then discontinues interventions at
9         age 38, can she go through female puberty and become
10        -- and have a child?
11   A.   There's a couple of different variables here, of
12        course, because the female potential for fertility is
13        marginal even in cisgender women at 38 sometimes, so I
14        would say it's possible, but I think that it would be
15        more likely at a younger age.
16   Q.   Do you think the chance in the scenario I outlined
17        would be less than 50 percent that she would be able
18        to reproduce?
19   A.   I'm less certain that it would be less than 50 percent
20        in this scenario than in the biologic male scenario.
21   Q.   And why are you more certain in the biological male
22        scenario?
23   A.   It seems to take less time for the -- the ovary to
24        produce oocytes after suppression compared to
25        spermatogenesis.

Page 155

1    Q.   So if these -- if these individuals, and just talking
2         generally about adolescents who started at puberty
3         blockers at Tanner stage 2 and then went on to
4         cross-sex hormones, if they were to halt that
5         treatment and start going through their biological sex
6         puberty, would that also mean that they would develop
7         secondary sex characteristics associated with their
8         biological sex?
9    A.   Yes.
10   Q.   So if they wished to remain living with their
11        transgender identity, this would likely heighten their
12        distress?
13   A.   That's possible, yes.
14   Q.   So a male who -- a biological male who wishes to be
15        able to reproduce would then suffer a permanently
16        lower voice?
17   A.   In order to progress far enough into male puberty to
18        have spermatogenesis, I would expect the voice to
19        deepen.
20   Q.   And a female who wishes to reproduce would suffer
21        breast enlargement that would only be reversible via
22        surgery?
23   A.   Yes.
24   Q.   And so when you say that they can choose to become
25        fertile later, that would come at the cost of the

Page 156

1         irreversible effects that you're avoiding to begin
2         with puberty blockers; is that right?
3    A.   Yes.
4    Q.   And do you tell patients that?
5    A.   Yes.
6    Q.   And are you aware of any literature discussing that
7         issue?
8              MS. WILLIAMS:  Object to form.
9    A.   Yes.  That's -- we talked about a lot of issues, but
10        there's certainly literature that I highlighted in my
11        rebuttal report outlining how -- how patients and
12        families think through fertility conversations when
13        considering gender-affirming care.
14   BY MR. MILLS:
15   Q.   But you aren't aware of any long-term outcome studies
16        examining patients who started puberty blockers at
17        Tanner stage 2 then progressed to hormonal therapy and
18        then wanted to become fertile, correct?
19   A.   Correct, and so that is something that needs to be
20        discussed when considering treatment.
21   Q.   And you're not aware of any literature studying that
22        specific issue; is that right?
23   A.   Is that different than the question you just asked?
24   Q.   Yeah.  So my first question is about long-term outcome
25        studies.

Page 157

1    A.   Okay.
2    Q.   But is there any literature about that specific issue?
3         Again, thinking about the cohort of patients who
4         started blockers at Tanner 2 and then went on to
5         cross-sex hormones and then wanted to become fertile,
6         are you aware of any literature that tries to examine
7         what happens with those patients?
8    A.   No literature talking about what happens to those
9         patients.  The topic is obviously discussed in the
10        literature we've been reviewing together.
11   Q.   If we could go back to Exhibit 19, which is, I
12        believe, the other book chapter.  This is page 79, the
13        first column in the middle.  It's about three
14        sentences -- sorry, two sentences before footnote 7.
15   A.   Okay.
16   Q.   It starts, "Fertility for transgender men on sex
17        steroid treatment testosterone has not been well
18        studied."
19             Do you agree with that sentence still?
20   A.   I think since that publication there's been a bit more
21        literature on the subject, but I -- I would still
22        agree with that statement.
23   Q.   Has there ever been a live birth using sperm from a
24        male who was administered puberty blockers at Tanner
25        stage 2 followed by cross-sex estrogen?

40 (Pages 154 - 157)

Page 158

1 A. I don't know.
2 Q. But you're not aware of one?
3 A. No.
4 Q. Have you studied the literature regarding mental
5    health problems in adolescents -- sorry -- in
6    adults -- I'll start over.
7          Have you studied the literature regarding
8    mental health problems in adults resulting from
9    sterility?
10 A. No.
11 Q. And are you aware of any literature exploring mental
12    health problems in adults resulting from sterility
13    caused by puberty blockers, cross-sex hormones, or
14    potential transition surgeries?
15 A. Not that I'm aware of.
16 Q. I'd like to show you what we'll mark as Exhibit 21,
17    which is a short research presentation that you're
18    listed as a coauthor on.
19          MARKED FOR IDENTIFICATION:
20          EXHIBIT 21
21          2:21 p.m.
22 BY MR. MILLS:
23 Q. Was this a study done through your clinic?
24 A. Yes.
25 Q. So on page 209, this table in the first block on the

Page 159

1    right under quote, it says, "A 17-year-old trans woman
2    gave the quote, "I have lost 100 percent of my sex
3    drive, all of it.""
4          Was this one of your patients?
5 A. I don't know who it was because it's a deidentified
6    study.
7 Q. But all of these adolescents were recruited from your
8    gender clinic?
9 A. There's seven physicians in our clinic so I don't know
10    if I took care of this patient or not.
11 Q. But this was a patient in your clinic?
12 A. Yes.
13 Q. Did you have any follow-up indicating that this
14    changed?
15 A. Again, this is a deidentified study so I don't know
16    who this is.
17 Q. Have you seen this in other patients, trans female
18    patients?
19 A. Diminishment in sex drive?  Yes.
20 Q. Would you say that's common?
21 A. I would say it's not uncommon.  Sometimes patients
22    report, for example, diminishment in erections as a
23    very positive finding, positive effect of hormone
24    treatment.
25          It's something that I ask about when I'm

Page 160

1    treating trans feminine individuals, and if it is a
2    problem, then it's something that we would discuss and
3    potentially address.
4 Q. Are you familiar with Marci Bowers?
5 A. Yes.
6 Q. She is president of WPATH; is that right?
7 A. Yes.
8 Q. And she's one of the foremost surgeons in the field of
9    gender transition, right?
10 A. She's a well-respected surgeon, I would agree with
11    that.
12 Q. You said in your report that, "Uniformly, providers in
13    this field are motivated by a desire to promote health
14    and well-being in adolescents."
15          Would you say that about Dr. Bowers?
16 A. I don't know Dr. Bowers other than as the president of
17    WPATH and a surgeon that I've heard of that is
18    well-respected in the field, so beyond that I can't
19    say.
20 Q. Well, your report says, "Uniformly, providers in this
21    field are motivated by a desire to promote health," so
22    I'm just wondering if that applies to Dr. Bowers.
23 A. I would think so, although Dr. Bowers isn't a
24    pediatric endocrinologist.  She doesn't do the type of
25    care that we're discussing today.

Page 161

1 Q. Would you say that -- would you say that Dr. Laura
2    Edwards-Leeper is motivated by a desire to promote
3    health and well-being in adolescents?
4 A. I'd hope that anyone that's a licensed professional in
5    any field is motivated to do good.  To speak
6    specifically about individuals, makes me
7    uncomfortable.
8 Q. Would you say that about Dr. Paul Hruz?
9 A. I think that Dr. Hruz also has the best interests of
10    children in mind and wouldn't disparage any person
11    individually for any reason.
12 Q. And would you also agree that legislators in Alabama
13    who voted this law are motivated by a desire to
14    promote well-being in adolescents?
15 A. I would hope so, although my hope is that by listening
16    to experts in the field that they would decide that
17    their -- that their output in that regard falls short.
18 Q. You're not aware of any evidence, though, that
19    legislators in Alabama who voted for this law were
20    motivated by transgender animus?
21 A. No.
22 Q. I'm going to show you what I'm marking as Exhibit 22,
23    which is an article in the Carolina Journal at Duke.
24          MARKED FOR IDENTIFICATION:
25          EXHIBIT 22

41 (Pages 158 - 161)

Page 162

1        2:26 p.m.
2    BY MR. MILLS:
3    Q.  If we could go to page 3 of the article it says,
4        "Bowers" -- the second paragraph, "Bowers seemed to
5        acknowledge these challenges saying that, "Really
6        about zero biological males who fought puberty at the
7        typical Tanner 2 stage of puberty around 11 years old
8        will ever go on to achieve an orgasm.""
9            Did I read that correctly?
10           MS. WILLIAMS:  Have you had a chance to
11       read this article?
12   A.  (Witness shakes head in the negative.)
13           MR. MILLS:  I'm not going to be asking
14       about other parts of this article.
15   A.  Yes, you read that correctly.
16   BY MR. MILLS:
17   Q.  Is that consistent with your clinical experience?
18   A.  No.
19   Q.  What percentage of your biological male patients would
20       you say who block puberty at the typical Tanner stage
21       2 go on to achieve an orgasm?
22   A.  I don't -- I don't have a number for you, but just to
23       explain why I said no, even prepubertal children can
24       have that -- the rhythmic orgasm of the muscles of the
25       phallus when exposed to stimulation, so I think that

Page 163

1        that -- I'm not sure if -- I'm not sure what the
2        context of the conversation is, but I think that one
3        thing that I do talk a lot about with patients is that
4        the process of going through masculinizing puberty is
5        important.  It is -- in male adolescents the process
6        of going through male puberty at a time where they
7        explore their bodies in a different way than a trans
8        girl would on pubertal suppression, and so the way
9        that that person may choose to be intimate would be
10       affected by pubertal suppression, and so those sort of
11       -- those sort of topics are again something that I do
12       spend time on talking about with patients and families
13       considering pubertal suppression.
14   Q.  Would you agree that most biological males who block
15       puberty at Tanner stage 2 then progress to estrogen
16       will never achieve an orgasm assuming they continued
17       the estrogen?
18   A.  I don't know.
19   Q.  Do you tell biological males considering puberty
20       blockers that you don't know the answer to that
21       question?
22   A.  I talk to them about the topic that I just discussed
23       with you in a similar way to what I -- how I discussed
24       it, but don't -- I don't -- I don't talk about orgasms
25       specifically.

Page 164

1    Q.  So you think Dr. Bowers is wrong?
2    A.  I don't know the answer to that question other than to
3        state that I believe that even prepubertal boys can
4        achieve orgasm, and so I -- I don't -- I don't know
5        what to say more than that.
6    Q.  How often do prepubertal boys have orgasms?  What
7        percent of boys do you think experience that?
8    A.  It would be a very low percentage.  Remember that
9        prepubertal boys don't have sex or interact with their
10       genitals in a sexual way, the same way that an adult
11       trans woman may learn to do.
12   Q.  So if we set aside the very low percentage of boys who
13       had prepubertal orgasms, would you then agree that
14       Dr. Bowers is correct that the biological male who
15       blocks puberty at Tanner stage 2 then progression to
16       estrogen and continues estrogen will never achieve an
17       orgasm?
18           MS. WILLIAMS:  Objection.
19   A.  I don't know the answer to that question.
20   BY MR. MILLS:
21   Q.  I'm going to be showing you something which is marked
22       as Exhibit 23, which is an article from the Free Press
23       entitled, "Top 10 doctors blow the whistle on sloppy
24       care."
25           MARKED FOR IDENTIFICATION:

Page 165

1            EXHIBIT 23
2            2:30 p.m.
3    BY MR. MILLS:
4    Q.  I think we can go to page 5 of this article at the
5        very bottom of the page of page 5.
6    A.  Which part of page 5?
7    Q.  Yeah, the very last part of page 5.
8    A.  Okay.
9    Q.  So I'll read it.  "Bowers told me she now finds early
10       puberty blockade inadvisable.  I'm not a fan of
11       blockade at Tanner 2, I really am not.  She told me
12       using the clinical name Deniliquin the first visible
13       signs of puberty manifest, the idea all sounded good
14       in the very beginning.  She said, "Believe me we're
15       doing some magnificent surgeries on these kids and
16       they're so determined and I'm so proud of so many of
17       them and their parents.  They've been great, but
18       honestly I can't sit here and tell you that they have
19       better or even as good results.  They're not as
20       functional.  I worry about their reproductive rights
21       later.  I worry about their sexual health later and
22       ability to find intimacy.""
23           Do you disagree with Dr. Bowers?
24   A.  I don't disagree.  I think she's talking about sort of
25       this process of what is Tanner 2.  You know, if you

42 (Pages 162 - 165)

Page 166

1     say that the very first -- very first sign that a
2     testicle has grown slightly larger as Tanner 2, that's
3     not really allowing a child -- a young trans girl to
4     have tangible evidence of secondary sex
5     characteristics, so I wouldn't -- I would similarly
6     not advise using blockers at the very first whiff of
7     puberty, but that you really do need to experience
8     some pubertal development in order to help that
9     diagnostic pathway.
10          And what Dr. Bowers is saying is that the
11    longer someone goes into puberty, she's feeling like
12    there's better surgical outcomes, so that -- this is a
13    topic that comes up when we're talking about the
14    timing of starting GnRH agonists.
15  Q.  So she says, "I'm not a fan of blockade at Tanner 2
16    anymore," but in the chart we looked at in your
17    publication earlier, Tanner 2 is when you listed
18    starting puberty blockers.  So I guess I'm not seeing
19    where she's redefining what Tanner 2 is.
20          Are you saying she's talking about a
21    different stage than you're talking about?
22  A.  Nope.  I'm saying that these topics are something that
23    we would talk about with patients when we're deciding
24    when to intervene with GnRH agonists.  So for some
25    patients the progression past Tanner 2 would be so

Page 167

1     disruptive from a mental health standpoint that any of
2     the advantages that Dr. Bowers is talking about would
3     not outweigh the risk of waiting longer to intervene.
4          So just like all of the different topics
5     that we've been talking about, the potential risks and
6     benefits of GnRH agonist therapy, these are really
7     important things to have conversations with patients
8     and families about.
9   Q.  So would you say that you are not a fan of blockade at
10    Tanner 2?
11  A.  I'm a fan of blockade at Tanner 2 if it's clinically
12    indicated.
13  Q.  And do you disagree with Dr. Bowers that patients who
14    are blocked at Tanner 2 are not as functional?
15  A.  I don't know what she means by that.
16  Q.  I assume she means sexually functional; do you agree
17    with her?
18          MS. WILLIAMS:  Objection.
19  A.  I do think that there could be benefit from a sexual
20    function perspective to wait longer to block -- to use
21    GnRH agonists, and from a gender dysphoria standpoint
22    advantages to intervening sooner.
23  BY MR. MILLS:
24  Q.  If we could go back to Exhibit 1, which was your
25    article from Advances in Pediatrics.  This is on page

Page 168

1     13 of Exhibit 1, and this is the last full paragraph
2     on page 13, a sentence that starts with "While."
3          You say, "After a while," you say,
4     "long-term health data is sparse with regards to
5     adolescents."
6          Do you still agree that long-term health
7     data is sparse with regards to adolescents on medical
8     gender transition?
9   A.  No.  I think that since 2016 there's been quite a bit
10    of literature outlining that type of data.
11  Q.  So in the eight years since 2016, you think there is
12    now long-term health data that is not sparse?
13  A.  I think that there's -- there's long-term health data
14    that I would not -- not classify as sparse.
15  Q.  And which studies would those be?
16  A.  I think the -- the -- the retrospective studies by
17    Turban are an example of -- of longer-term data
18    suggesting benefits of gender-affirming care for
19    adolescents.
20          We have more longitudinal studies such as
21    the Chen study outlining outcomes on gender-affirming
22    hormones.  Those -- those are examples.
23  Q.  Do you agree that the Chen study goes up to two years
24    after treatment initiation?
25  A.  Yes.

Page 169

1   Q.  Would you characterize two years after treatment
2     initiation as long-term health data?
3   A.  I don't think so.
4   Q.  So Chen would not provide long-term health data?
5   A.  I'll grant that.
6   Q.  Psychotherapy poses no risk to fertility; is that
7     right?
8   A.  Correct.
9   Q.  It poses no risk to ability to attain an orgasm?
10  A.  I wouldn't think so.
11  Q.  Psychotherapy poses no risk to breastfeeding
12    capability?
13  A.  No.
14  Q.  It poses no risk to stature development?
15  A.  No.
16  Q.  It poses no risk to bone density?
17  A.  No.
18  Q.  It poses no risk to heart disease?
19  A.  No.
20  Q.  It poses no risk of blood clots?
21  A.  No.
22  Q.  It poses no risk of stroke?
23  A.  No.
24  Q.  It poses no risk of underdeveloped penile tissue?
25  A.  No.

43 (Pages 166 - 169)

Page 170

1   Q.   Are you aware of any studies showing that
2        psychotherapy without medical interventions does not
3        eliminate gender dysphoria?
4   A.   Sorry, can you say that again?
5   Q.   Sure.  Are you aware of any study showing that
6        psychotherapy without medical interventions does not
7        alleviate gender dysphoria?
8   A.   I think -- I'm not sure I can cite a study that's
9        specifically answering that question, but the fact
10       that patients have gender dysphoria despite
11       psychotherapy would presume that conclusion.
12  Q.   So in response to my question, you are not aware of
13       any study showing that psychotherapy without medical
14       interventions does not alleviate gender dysphoria?
15  A.   I'm not aware of a study that takes a group of people
16       with gender dysphoria, exposed them to psychotherapy
17       alone, and then cures all their gender dysphoria, no.
18  Q.   That wasn't my question.  My question was, are you
19       aware of any studies showing psychotherapy without
20       medical interventions does not alleviate gender
21       dysphoria?
22  A.   No.
23  Q.   When you started prescribing medical gender transition
24       interventions in your current clinic, was that around
25       2017?

Page 171

1   A.   2015.
2   Q.   2015, okay.  Sorry, just catching up.
3            So if we could go back to Exhibit 6, this
4        was one of your articles entitled "Transgender and
5        gender nonconforming adolescent care."
6   A.   6?
7   Q.   That's right.  This is page 2, the second paragraph
8        under "Gender Identity," the second paragraph under
9        "Gender identity."
10           The second to last sentence says,
11       "Estimates for the likelihood of gender dysphoria
12       persisting from childhood into adulthood range from 2
13       to 27 percent depending on the study."
14           You still agree with that statement?
15  A.   I think this is a tricky one.  I don't know that I
16       agree with that statement because we're talking about
17       using the term gender dysphoria to describe a group of
18       studies that were using other definitions of children
19       captured in their studies.  So I -- I would agree that
20       that range sounds accurate if you're asking me the
21       percentage of children that express a difference in
22       gender identity during childhood, how many of them are
23       transgender adults, I think that range sounds
24       accurate.
25           If you're saying how many people -- what

Page 172

1        percentage of people that currently meet the
2        diagnostic criteria for gender dysphoria, I would
3        posit that the percentage is higher.
4   Q.   And by old studies using other definitions, do you
5        mean like the DSM-IV or what are you referring to?
6   A.   So some studies, some of this literature is using
7        DSM-IV, gender identity disorder in childhood
8        criteria.  Some of the studies are using referred
9        patients to mental health clinician for gender
10       concerns.  So the -- so the denominator is important
11       when you're trying to understand the phenomenon of
12       persisting gender identity.  Fortunately, we don't
13       have to make decisions about treatment in prepubertal
14       youth so we can allow puberty to begin and help
15       clarify things for us.
16  Q.   But you agree that using the DSM-IV definition may
17       alter the expected results from what you're seeing
18       today under the DSM-5?
19  A.   Well, I -- I don't know, but I think if we're using
20       the term gender dysphoria to describe people that were
21       diagnosed in a time that that term didn't exist, then
22       we have to be careful.
23  Q.   You're not aware of any updated studies along these
24       lines analyzing persistence from childhood into
25       adulthood using DSM-5 criteria of gender dysphoria?

Page 173

1   A.   No.
2   Q.   And you're not aware of any studies examining
3        persistence from adolescents into adulthood using the
4        DSM-5 definition of gender dysphoria, are you?
5   A.   Well, we do have -- have studies examining the
6        percentage of people that discontinue treatment, so
7        I'm not sure if that answers your question.
8            You would assume that if someone is
9        continuing on treatment they have persistence of their
10       gender dysphoria or their gender identity and the high
11       rate of continuation of treatment suggests a high rate
12       of persistence.
13  Q.   But you don't have any evidence outside of continuing
14       medications in terms of showing persistence from
15       adolescence into adulthood, correct?
16  A.   I can't think of a study specifically asking that
17       question.
18  Q.   And in terms of the literature considering continuing
19       interventions, you're not aware of any of that
20       literature that controls for the use of medical gender
21       transition and establishes the likelihood that
22       adolescent gender dysphoria will persist into
23       adulthood, are you?
24           MS. WILLIAMS:  Objection.
25  A.   I'm sorry, could you repeat that question?

44 (Pages 170 - 173)

Page 174

BY MR. MILLS:

1  BY MR. MILLS:
2  Q.  Sure.  So you talked about the studies that examined
3      continuation of using the interventions, and my -- my
4      question is, are you aware of any literature that
5      controls for using medical gender transition and
6      establishes the likelihood that adolescent gender
7      dysphoria will persist into adulthood?
8  A.  No.
9  Q.  In your clinic you don't track patients once they hit
10     18, do you?
11 A.  Many of my patients are older than 18, so I tend to
12     see patients until they're 21 or 22.
13 Q.  You don't track people once they hit 22, then?
14 A.  Patients that graduate from clinic and see adult
15     providers, no.
16 Q.  So you wouldn't know if any of those patients' gender
17     dysphoria persisted past age 22?
18 A.  I wouldn't know the percentage of patients, no.
19 Q.  And most of your patients are on medical transition
20     interventions; is that right?
21 A.  Yes.
22 Q.  And so you wouldn't know how many adolescent patients
23     not on medical interventions would see their gender
24     dysphoria resolve, do you?
25 A.  Not from my own clinical experience.  But I would say

Page 175

1      that I have seen many patients with gender dysphoria
2      that for one reason or another were not able to access
3      gender-affirming care and in follow-up those patients
4      tended to have persistence of their gender dysphoria.
5  Q.  Other providers in the United States didn't start this
6      course of treatment for medical gender transition
7      until around -- until after 2006; is that right?
8  A.  I think that most pediatric gender clinics were not in
9      place before that year, that's correct.
10 Q.  You don't know if adolescents with gender dysphoria
11     who do not receive medical interventions are likely to
12     be transgender as adults, do you?
13 A.  Say that one more time, please?  Sorry.
14 Q.  Yeah.  You don't know if adolescents with gender
15     dysphoria who do not receive medical interventions are
16     likely to be transgender as adults, do you?
17 A.  I do expect that transgender adolescents who do not
18     receive medical interventions will continue to be
19     transgender as adults.
20 Q.  But you have no long-term data supporting that view?
21 A.  Right.  I can't point to a specific study taking a
22     group of transgender adolescents that are not being
23     offered treatment tracking them into adulthood, but we
24     do have retrospective data from, for example, the US
25     Transgender Survey exploring, you know, patients that

Page 176

1      currently identify as transgender and their
2      experiences earlier in their life.
3  Q.  So I'm going to show you what I've marked as Exhibit
4      24, which is an article entitled "Continuation of
5      gender-affirming hormones among transgender
6      adolescents and adults" by Roberts and others.
7          MARKED FOR IDENTIFICATION:
8          EXHIBIT 24
9          2:49 p.m.
10 BY MR. MILLS:
11 Q.  This was published in the Journal of Clinical
12     Endocrinology and Metabolism, right?
13 A.  Yes.
14 Q.  Are you familiar with this article?
15 A.  I have seen it.
16 Q.  So on page 2 in the second column, the first paragraph
17     just before "methods" the second to last sentence, "In
18     the current study, we assess the rate of treatment
19     discontinuation after starting gender-affirming
20     hormones among TGD adolescents."  And then go over to
21     page -- the next page.  In the second column in the
22     middle, the third sentence of the first full
23     paragraph, "The four-year" -- oh, sorry, that's not
24     the right sentence.
25          So there's a link to Figure 3 and then it

Page 177

1      says, "Patients who are younger than 18 years of age."
2      Do you see that on the second column --
3  A.  Yes.
4  Q.  -- on that page?
5          Okay.  And then the next sentence is, "The
6      four-year continuation rate among people who started
7      treatment under 18 years of age was 74.4 percent, and
8      the rate among people who were greater than or equal
9      to 18 years was 64.4 percent."
10         So this study found that over 25 percent of
11     minor patients had discontinued hormonal therapy after
12     only four years, correct?
13 A.  First I'd just like to point out the sentence that you
14     started to read and then stopped was just explaining
15     that patients who were younger than 18 years of age
16     when starting hormones were less likely to discontinue
17     than patients who were 18 years or older, and I don't
18     dispute the findings of this article.
19         I think that -- I think the way that the
20     question is framed would suggest that all of the
21     patients that stopped treatment stopped because they
22     had a change in their gender identity, where I don't
23     think that that is accurate that patients stopped
24     treatment for a whole host of potential reasons.
25 Q.  But you would agree that over 25 percent of patients

45 (Pages 174 - 177)

Page 178

1    in the study under 18 years old stopped --
2    A.  Yes.
3    Q.  -- treatment within four years?
4         And this study doesn't say what percentage
5    of people may have stopped interventions later, does
6    it, to your knowledge?
7    A.  Later than what?
8    Q.  Beyond four years.
9    A.  No.
10   Q.  Sorry, if you'll just give me one moment.
11        I'm going to show you an exhibit that I'm
12   marking as Exhibit 25.  It's an article that you cite
13   in your report by van der Loos and others,
14   "Continuation of gender-affirming hormones."
15        MARKED FOR IDENTIFICATION:
16        EXHIBIT 25
17        2:53 p.m.
18   BY MR. MILLS:
19   Q.  Do you recognize this article?
20   A.  Yes.
21   Q.  So if we go to page 872, the E of the first paragraph
22   under "Results" it says, "Overall 282, 59 percent of
23   all 480 eligible, i.e., minimum age of 18 years and at
24   least one year of gender-affirming hormone treatment
25   participants, had gonadectomy."

Page 179

1         So 59 percent of the participants in this
2    study had their sexual organs removed, correct?
3    A.  Yes.
4    Q.  And after that removal, are individuals supposed to
5    continue hormonal therapy?
6    A.  Yes.  After gonadectomy, some sex hormone is important
7    for the body's health.
8    Q.  So for 59 percent of these patients, 59 percent of
9    these study participants, they were medically required
10   to continue hormonal therapy, correct?
11   A.  Well, I don't -- I think I'd have to reread the
12   article about how old these people were.  I think
13   there's some controversy about how long to continue
14   sex hormones in older people.
15        This is also in Europe where the rates of
16   gonadectomy are lower in the United States, but, yes,
17   people that generally have gonadectomy benefit from
18   continuing to have sex-hormone exposure in their body
19   usually in the form of testosterone and estrogen
20   replacement therapy.
21   Q.  All right.  If we could go back to Exhibit 19, which
22   was part of your book chapters on the duration of
23   pubertal suppression.  This is page 76, and I'm under
24   "Endocrine clinical practice guidelines" the second
25   column, and I'm at the bottom of the second paragraph

Page 180

1    under that section.
2         You say, "There has been limited literature
3    published on treating patients prior to 13.5/14 years
4    of age."
5         Do you still agree with that statement?
6    A.  Yes.  This is referring to gender-affirming hormone
7    treatment.
8    Q.  The next sentence, "Rigorous" -- actually -- oh, so
9    you're talking these the Endocrine Society guidelines.
10   You say, "These guidelines also note that rigorous
11   study and evaluation is needed to determine the
12   effects of prolonged pubertal delay on bones, gonads,
13   and brain development."
14        Do you agree with the guideline's note on
15   those issues?
16   A.  Yeah, so, I mean, I think we're like quoting me
17   quoting the guidelines, so I guess if you want me to
18   agree to something specific in the guidelines, I'd
19   like to see the guidelines.  I agree with this
20   sentence as I wrote it.
21   Q.  So I guess I would say, do you agree that rigorous
22   study and evaluation is needed to determine the
23   effects of prolonged pubertal delay on bones, gonads,
24   and brain development?
25   A.  I think that I would certainly welcome more study on

Page 181

1    long-term outcomes in these areas on long-term
2    pubertal suppression, but given that we do have -- we
3    do have evidence to inform us on how GnRH agonists do
4    interplay with these things and use that to make
5    informed decisions with patients on GnRH agonists use
6    today.
7    Q.  Would you say that evidence is rigorous?
8    A.  Well, I would, for example, say we talked about bone
9    density studies in some detail today, I would call
10   those studies rigorous.
11   Q.  Including the one that found no full catchup by age
12   22?
13   A.  Right.  So that's data that we can now use to discuss
14   with patients the potential risks and benefits of GnRH
15   agonists and determine length of treatment.
16   Q.  So if you go back a page to page 75 here, this is near
17   the bottom of the second column where we're talking
18   about WPATH guidelines, it's right after you say
19   number 1 starting puberty suppression, and two
20   starting sex therapy.
21        The next sentence is, "Puberty suppressing
22   hormone eligibility may begin as soon as adolescents
23   have the onset of puberty to Tanner stage 2 which they
24   note may occur as early as nine years of age, although
25   it is stated that the evaluation of this approach has

46 (Pages 178 - 181)

Page 182

1    only been studied for adolescents who are at least 12
2    years old."
3           Would you agree that the evaluation of this
4    approach has only been studied for adolescents who are
5    at least 12 years old?
6  A.  No.  The -- the original Dutch protocol involved
7    pubertal suppressions at 12 or Tanner stage 2, so
8    that's where that sentence comes from, and I -- I'd
9    have to look at the articles, but I do believe more
10   contemporary research related to GnRH agonists
11   includes folks younger than 12, but I'd have to -- I'd
12   have to look to make sure.
13 Q.  You're not aware of any literature that specifically
14   considers patients who started puberty blockers before
15   age 12?
16 A.  So again, I'd like to look at individual studies to be
17   sure.  Like if we're -- if we're -- if we're thinking
18   about, like, the Chen study, for example, the study
19   involved gender-affirming hormones, but many of those
20   children were treated with GnHR agonists prior to
21   starting hormones, and I believe that many of them
22   were younger than age 12.  So I don't have -- I don't
23   have a citation off the cuff, but I no longer think
24   that this is accurate, but don't have -- don't have
25   something more definitive to say.

Page 183

1  Q.  You mentioned the Dutch studies.  Are you saying that
2    some of those children were under the age of 12 when
3    they started puberty blockers in the Dutch protocol?
4  A.  No.  I think I was saying that the original Dutch
5    protocol I think as it was worded was using age
6    cutoffs instead of pubertal staging as their primary
7    decision point.
8  Q.  Yeah, got it.
9           So if you flip over to page 77, the bottom
10   of the first column about three sentences up,
11   "However, the published guidelines offer less nuance
12   and guidance around topics commonly encountered when
13   treating transgender youth.  For example, if GnRH
14   agonists are started in early puberty, when should
15   they be discontinued, especially if gonadectomy is not
16   practical or desired."
17          Do you agree that the current guidelines
18   are still lacking on that question?
19 A.  I think that gender medicine is very nuanced because
20   everyone is an individual with individual goals and
21   needs, so to protocol-ise gender-affirming care is
22   really challenging.
23          So I agree that, you know, a protocol
24   doesn't contain the nuance of -- of the character of
25   the types of conversations and decisions that

Page 184

1    clinicians face every day, but you use the tenets of
2    the standards of care and clinical practice guidelines
3    in practicing medicine with -- with actual real live
4    people every day, using those tools in your toolkit to
5    understand what is potentially the best next step for
6    each person.
7  Q.  So these -- the guidelines for medical gender
8    transition differ from the guidelines that you would
9    use for something like precocious puberty, correct?
10 A.  I think there's nuance there too because, you know, I
11   think when I'm seeing a patient with precocious
12   puberty, the decision to start treatment is not
13   straightforward.  You're balancing things like the
14   importance of height, what the height prediction is,
15   what the parent's heights are, what the social --
16   social or emotional challenges a young person might
17   face going through precocious puberty, and so, no, a
18   simple protocol to practice medicine doesn't work.
19   That's why doctors are people and not robots.
20 Q.  So the next sentence here is, "What about the large
21   percentage of adolescents seeking medical care well
22   after the onset of puberty or GnRH agonists helpful
23   for these patients?"
24          You agree that the published guidelines
25   still do not offer much guidance on that question?

Page 185

1  A.  I think that's one of the reasons that I wrote this
2    chapter, right, because the -- the -- you know, the
3    Endocrine Society guidelines and WPATH Standards of
4    Care again provide that framework, but then in the
5    real world a patient comes in, you know, after Tanner
6    stage 2 and we have the same conversations like we --
7    like we had before about what would GnRH agonists do,
8    what wouldn't they do, what are your goals, what's the
9    source of distress, and so, no, I don't think that the
10   guidelines speak to that to the degree that clinicians
11   see it in practice.
12 Q.  And then the next sentence, "If so, should GnRH
13   agonists be considered for adult transgender patients
14   presenting for care?"
15          And then you say, "While peer-reviewed
16   studies attempting to tackle these questions are
17   sparse, we've attempted to guide the reader through
18   the various situations."
19          You agree today that peer-reviewed studies
20   on those questions are sparse?
21 A.  Yeah, those specific scenarios I would agree.
22 Q.  And then the last sentence in that paragraph is, "In
23   writing this section, we have relied on personal
24   clinical experience, input from other experts in the
25   field, published clinical guidance, and the limited

47 (Pages 182 - 185)

Page 186

1    available data on medical treatment and outcomes for
2    transgender individuals."
3        You still agree that there is limited
4    available data on medical treatment and outcomes for
5    transgender individuals?
6  A.  As I -- as I outlined in my reports, there is
7    literature outlining safety and efficacy and I would
8    not currently categorize that as limited.
9  Q.  So you disagree with what you previously wrote?
10 A.  I would say that today the -- I would not describe the
11   available literature as limited.
12 Q.  So you think in the four years since 2019 the
13   available data has gone from limited to sufficient?
14      MS. WILLIAMS:  Objection.
15 A.  Well, I think -- I think that when I wrote this
16   article and used the word limited, I felt that the
17   literature was sufficient to use these interventions
18   at that time, so I think that the -- the body of
19   literature was sufficient then and now and, no, I
20   would not use the word limited today.
21 BY MR. MILLS:
22 Q.  Even though you cannot point to any long-term outcome
23   studies that examine any period longer past the age of
24   22?
25 A.  Since the publication of this article, correct.

Page 187

1  Q.  So what is your basis for changing your position?
2  A.  I think it -- I think it has to do with whether -- how
3    we're using the word limited.  You know, I think I'm
4    using the word limited in this paper in the -- in the
5    framework of like most authors do in writing a paper
6    calling for more literature on a subject, but not in a
7    way that means limited as in not enough to proceed
8    with care.
9  Q.  The Standards of Care 8 say, "The long-term effects of
10   gender-affirming treatments initiated in adolescence
11   are not fully known."
12      Do you agree with that statement?
13 A.  Sorry, this is from WPATH Standards of Care 8?
14 Q.  Mm-hmm.
15 A.  Could you read it again?
16 Q.  "The long-term effects of gender-affirming treatments
17   initiated in adolescents are not fully known."
18      MS. WILLIAMS:  I'm sorry.  Are you going to
19   be asking him about things from the SOC8?
20      MR. MILLS:  Just about this statement.
21 A.  Okay, so you want me to answer whether I agree with
22   that statement?
23 BY MR. MILLS:
24 Q.  Mm-hmm.
25 A.  Not fully known, I think that I can support that.

Page 188

1  Q.  Okay.  Well, I guess we'll look at Standards of Care 8
2    for a minute.
3        You're familiar with Standards of Care 8?
4  A.  Yes.
5  Q.  And do you regularly consult it in your practice?
6  A.  I read it enough now that I don't reconsult it, but
7    yes.
8  Q.  I will have that marked as Exhibit 26.
9        MARKED FOR IDENTIFICATION:
10       EXHIBIT 26
11       3:10 p.m.
12 BY MR. MILLS:
13 Q.  WPATH Standards of Care 8, and this is largely just
14   the adolescent chapter.
15       If you could flip to page S46, and the
16   first column, the end of that initial paragraph, on
17   the third sentence up from the end of that first
18   paragraph, "Despite the slowly growing body of
19   evidence supporting the effectiveness of early medical
20   intervention, the number of studies is still low and
21   there are few outcome studies that follow youth into
22   adulthood."  WPATH wrote this in 2022.
23       Do you disagree that the number of outcome
24   studies is still low?
25 A.  I think that -- that given the fact that the treatment

Page 189

1    pathway that we've been talking about has only existed
2    since the 1990s naturally up comes data into older
3    adulthood is low.
4  Q.  It also says, "The number of studies is still low."
5        Do you see that?
6  A.  Yes.
7  Q.  And do you agree with that statement?
8  A.  I think that compared to other areas of medicine, the
9    number of studies is low yet sufficient to endorse the
10   practice -- practice care that -- the care outlined in
11   WPATH's standards.
12 Q.  Earlier you said that between 2019 and 2023 the
13   evidence became no longer limited.
14       Do you disagree with WPATH that there's a
15   slowly growing body of evidence?
16 A.  No.
17 Q.  The next sentence is, "Therefore, a systematic review
18   regarding outcomes of treatments in adolescence is not
19   possible."
20       Do you agree with WPATH on that point?
21 A.  I don't know if I would have agreed with a systematic
22   review is not possible at the time of this writing.  I
23   -- but I don't have a reason to disagree.  I didn't
24   attempt to conduct a systematic review at that time.
25 Q.  So do you believe that a systematic review regarding

48 (Pages 186 - 189)

Page 190

1    outcomes of treatments in adolescents is possible now?
2  A.  I don't know.
3  Q.  Are you aware of any systematic reviews regarding
4    outcomes of treatments in adolescents?
5  A.  I know that there have been attempts at systematic
6    reviews around various topics in -- in this field,
7    some about pubertal suppression, some about the care
8    in general, yes.
9  Q.  So if we go down a little bit in that column, the
10    second to last sentence it's referring to the de Vries
11    study in 2014.
12         "The 2014 long-term follow-up study is the
13    only study that followed youth from early adolescence
14    pretreatment mean age of 13.6 through young adulthood
15    posttreatment mean age of 20.7."
16         Are you aware of any -- first, do you agree
17    that when this was published in 2022 that 2014 study
18    was the only study that had a long-term follow-up?
19  A.  Yes.
20  Q.  And are you aware of any new studies since SOC8 was
21    published that had long-term follow-up?
22  A.  I'm not. I think that the -- the evidence supporting
23    gender-affirming care comes from long-term studies
24    like the ones that we're talking about now, also
25    retrospective data and cohort-type data.

Page 191

1  Q.  All right. The WPATH Standards of Care 8 deviates
2    from the Dutch approach used in the de Vries 2014
3    study because it doesn't prescribe age cutoffs; is
4    that right?
5  A.  Yes.
6  Q.  So the Dutch protocol used age cutoffs at age 16 for
7    cross-sex hormones; is that right?
8  A.  Yes.
9  Q.  And you typically give cross-sex hormones closer to
10    age 14?
11  A.  Who me?
12  Q.  Mm-hmm.
13  A.  Not necessarily. I think that I do have patients that
14    are 14 that have been good candidates for hormones and
15    others that it made more sense to wait until an older
16    age.
17  Q.  So if the Dutch study provides the only long-term
18    outcomes study, there is no long-term study about the
19    use of gender -- medical gender transition that WPATH
20    guidelines prescribe, is there?
21  A.  I'm not sure that there's long-term studies of
22    patients following the -- what is this, 2008?
23  Q.  '22.
24  A.  No, sorry, 2022 model of care, no.
25         MR. MILLS:  All right. This is probably a

Page 192

1    good time for a ten-minute break, if that works for
2    everybody.  We can go off.
3         (Recess taken at 3:16 p.m.)
4         (On the record at 3:26 p.m.)
5  BY MR. MILLS:
6  Q.  So, Dr. Shumer, I'm going to show you another clip of
7    Dr. Selkie speaking with you in the presentation we
8    talked about earlier.
9         (Video played.)
10  BY MR. MILLS:
11  Q.  Do you agree with Dr. Selkie that there is not as much
12    evidence for medical gender transition as there is for
13    other treatments for children?
14  A.  First I just want to point out that that was like a
15    four-second clip of a -- I don't know what.  She said
16    "but" and then it trailed off, so I would be
17    interested to know what she said afterwards.  But I
18    would also add that, yes, there are certainly
19    treatments that we use in pediatrics that have been
20    around for decades, and naturally if a modality of
21    treatment has only been around for a couple decades
22    there's going to be less long-term outcomes data on
23    that particular intervention, so clearly that's true.
24         I'd just like to point out, though, that
25    this is the case with all advances in medicine. When

Page 193

1    a new -- when a new treatment for significant medical
2    condition emerges and there's significantly improved
3    -- significant improvement in whatever condition it is
4    you're treating, then you -- you note that there's not
5    going to be, you know, decades-long outcomes data and
6    use that information when understanding whether this
7    new treatment modality might be beneficial.
8  Q.  So there's less evidence supporting medical gender
9    transition of adolescents than there would be, for
10    example, about protruding precocious puberty?
11  A.  I think those are really difficult to compare because
12    people have been treated for precocious puberty for
13    longer using GnRH agonists. The outcomes that you're
14    measuring for precocious puberty are perhaps simpler
15    to -- to measure; you know, final height, for example,
16    or onset of the first period.
17         The outcomes that you're attempting to
18    measure when assessing treatments for gender dysphoria
19    are more challenging to measure, quality of life
20    measures, and -- so I'm not sure if I would agree
21    that there's more articles published about the
22    treatment of precocious puberty.
23         There's certainly a lot of articles
24    published about transgender medicine, but patients
25    have been treated for longer for that condition for

49 (Pages 190 - 193)

Page 194

1    sure.
2    Q.  So would you say that the evidence base supporting
3        medical gender transition of adolescents is greater or
4        less than the evidence base supporting treatments of
5        precocious puberty?
6    A.  I don't know.
7    Q.  I'd like to show you one more clip, if I could, from
8        the same presentation.
9            (Video played.)
10   BY MR. MILLS:
11   Q.  Do you agree with Dr. Selkie that we don't have good
12       evidence about the long-term risks for young healthy
13       people who start medical gender transition in
14       adolescence?
15   A.  I don't think that's the way I would describe the
16       current state of the literature.  I think that we have
17       a lot of knowledge about the long-term effects of
18       having a normal male hormone profile, for example, or
19       normal female hormone profile, for example.  We don't
20       have decades-long studies demonstrating that the --
21       the long-term outcomes for certain health problems are
22       identical to those that are seen in other people with
23       those same hormone profiles, but we also have shorter
24       term research to help demonstrate that we would expect
25       those long-term outcomes data to be reassuring.

Page 195

1    Q.  So I guess I'm not clear.  Do you agree with her or
2        not that we really don't have good -- good evidence
3        about the long-term risks for young healthy people who
4        start medical gender transition in adolescence?
5            MS. WILLIAMS:  Objection.
6    A.  We certainly don't have longitudinal follow-up studies
7        of patients that had these treatments that are now
8        living in their sixties and seventies.  That would be
9        -- that's the type of research that we're developing
10       now, but we do have sufficient literature on the
11       effects of how these medications work and their side
12       effect profile to have meaningful conversations about
13       risks and benefits and prescribe them when
14       appropriate.
15   BY MR. MILLS:
16   Q.  And you know from studies like the VTE one that we
17       talked about earlier today that the risk profile could
18       vary based on use in transgender individuals, correct?
19   A.  Yes, so we reviewed that I agree, yeah.
20   Q.  So back to Exhibit 19, which is the book chapter we
21       were talking about I think just before SOC8, the
22       duration of pubertal suppression.
23   A.  19 you said?
24   Q.  That's right.  And I'm on page 83, and this is the
25       second column the end of the first full paragraph just

Page 196

1    before the heading that says "Testosterone."
2            You wrote, "However, prior to the accrual
3    of long-term data, providers should be cautious when
4    starting gender-affirming hormones in early
5    adolescence."
6            Do you still agree with that statement?
7    A.  Yes.  I'm cautious when prescribing hormones in all
8        situations, but especially in early adolescence.
9    Q.  I'd like to show you an exhibit -- let's see where are
10       we -- Exhibit 29, which is an article you wrote, you
11       coauthored, entitled "The role of ascent in the
12       treatment of transgender adolescents."
13           MARKED FOR IDENTIFICATION:
14           EXHIBIT 29
15           3:34 p.m.
16   BY MR. MILLS:
17   Q.  And I'm on page 5 first full paragraph.
18           So you say, "There may be clinical
19   situations where patients with carefully diagnosed
20   gender dysphoria who otherwise meet eligibility and
21   readiness criteria are not able to provide meaningful
22   consent due to cognitive or verbal disability.  In
23   other medical conditions such as cancer or diabetes,
24   medical interventions would never be withheld from
25   these patients provided parents or guardians are

Page 197

1    available to make proxy medical decisions.  This
2    comparison requires acknowledgment that treatment of
3    gender dysphoria with pubertal suppression in
4    cross-sex hormones continues to remain controversial
5    is the subject of continued research and requires
6    careful individualized assessment, whereas the
7    decision to treat of cancer of diabetes with medical
8    interventions is typically not controversial."
9            You wrote this or you coauthored this
10   article, correct?
11   A.  Yeah.  In 2015, yes.
12   Q.  And do you still agree with the passage that I just
13       read?
14   A.  I generally agree, although I would also say that, you
15       know, because gender identity is something expressed
16       by the patient and that diabetes and cancer are more
17       easily measured without the patient's cognitive
18       participation, those are -- that's another difference
19       making decisionmaking around gender dysphoria more
20       complicated than diabetes or cancer.
21   Q.  Sure.  But do you also agree that medical gender
22       transition is different from treatment for cancer
23       because of what you say here, it is the subject of
24       continued research?
25   A.  I think both are the subject of continued research.

50 (Pages 194 - 197)

1  Q.  So do you no longer agree that medical gender
2      transition is different from treating conditions like
3      cancer or diabetes?
4  A.  I just outlined one reason, one way that it's
5      different.  I don't think that they're the same, but
6      being the subject of continued research is not a
7      difference.
8  Q.  Do you think the evidence base for diabetes treatment
9      is greater or less than the evidence base for medical
10     gender transition in adolescents?
11 A.  It depends on what aspect of diabetes treatment.
12 Q.  So you no longer think that the difference in research
13     distinguishes medical interventions for gender
14     dysphoria from cancer or diabetes?
15 A.  I don't think that's what I said.
16 Q.  Well, you said is the subject of continued research
17     makes it different from cancer then.  Now you're
18     saying it's no longer different?
19 A.  I'm not saying -- I'm not saying that.  So if we read
20     the whole paragraph again, you know, I'm saying that
21     there's -- the point here is that -- that ascent is
22     important in the treatment of transgender youth.
23     Whereas, when youth aren't able to provide ascent in
24     cancer and diabetes, you would still proceed anyway.
25     That wouldn't be advisable in -- in -- in someone with

1      gender dysphoria.
2          Do I think that this area of medicine is
3      controversial?  Clearly, because we're meeting here
4      today to talk about it.  Do I think that gender
5      medicine is the subject of continued research?
6      Absolutely.  There are certain tenets of diabetes care
7      that are better researched than elements of gender
8      dysphoria.  You know, new medicines to treat type 2
9      diabetes in children like Ozempic and Victoza, you
10     know, are just now getting studied.
11         So we're always learning in medicine and
12     we're always trying to advance care to make patients
13     healthier, but the crux of this paragraph is really
14     just that meaningful ascent is really important in --
15     when working with gender diverse youth.
16 Q.  You would say there is no difference between the
17     evidence base of your day-to-day treatment of diabetes
18     for patients in your clinic as there is of treatment
19     for your gender dysphoria patients?
20         MS. WILLIAMS:  Objection.
21 A.  I wouldn't say that.
22 BY MR. MILLS:
23 Q.  Which one would you say is supported by greater
24     evidence?
25 A.  You know, I think -- I think that the question doesn't

1      make sense without context.  So if you're asking me is
2      there greater evidence that insulin will keep you
3      alive when you have type 1 diabetes or --
4  Q.  Sure.
5  A.  -- should we use GnRH agonists, then, yes, there's
6      more evidence that insulin will keep you alive if you
7      have type 1 diabetes.
8  Q.  And that medicine was used before 2006, correct?
9  A.  Yes.
10 Q.  So you would say the medical gender transition of
11     adolescents is a newer field of medicine than using
12     insulin to treat type 1 diabetes?
13 A.  Yes.
14 Q.  If a patient with type 1 diabetes is unable to provide
15     consent and doesn't want insulin, should the patient
16     still get it?
17 A.  Yes.
18 Q.  Why is that?
19 A.  Because there is a clear cause and effect between
20     getting the insulin and living and -- and -- and so we
21     would figure out a way for that child to get treatment
22     with insulin.
23 Q.  If a patient with gender dysphoria does not want
24     medical interventions, that patient would not receive
25     it, correct?

1  A.  Correct.
2  Q.  And why is it different?
3  A.  In -- in lots of different ways.  There isn't a
4      clear -- in the same way that no insulin equals dying,
5      yes, insulin equals living.  The conversation around
6      the potential risks and benefits using treatments for
7      gender dysphoria is much more nuanced and involves
8      consideration of personal values and attitudes on
9      gender, your gender identity, how it's affecting you
10     on a day-to-day, so it's -- it's a more complicated
11     decision that requires patient involvement and input
12     to determine what the best course of treatment is.
13 Q.  And if a patient with gender dysphoria wants medical
14     interventions, that patient would ordinarily receive
15     them?
16 A.  There's certainly situations where a patient may want
17     an intervention, but doesn't meet criteria to receive
18     it, so wanting it by itself is not sufficient.
19 Q.  I'm going to show you what I'm marking as Exhibit 30,
20     which is labeled, "Metaanalysis hormone therapy,
21     mental health, and quality of life among transgender
22     people, a systematic review."
23         MARKED FOR IDENTIFICATION:
24         EXHIBIT 30
25         3:42 p.m.

51 (Pages 198 - 201)

Page 202

1  BY MR. MILLS:
2  Q.  And this was a systematic review conducted prior to
3      SOC8 funded by WPATH.
4          Are you familiar with this document?
5  A.  I have seen it, yes.
6  Q.  Okay.  So page 1 of the abstract says, "We sought to
7      systematically review the effect of gender-affirming
8      hormone therapy on psychological outcomes among
9      transgender people."
10         Page 2 under "Search Strategy" it says,
11     "This review is one of a series of systematic reviews
12     conducted for WPATH to inform the 8th revision of the
13     standards of care."  If you want to see on page 13, it
14     says funded by WPATH, but it's not important to my
15     questions.
16         Page 12 the end of the first full paragraph
17     under the "Discussion" it says, "It was impossible to
18     draw conclusions" --
19     MS. WILLIAMS:  I'm sorry, where are you?
20     MR. MILLS:  Page 12 the end of the first
21     full paragraph under "Discussion."
22     MS. WILLIAMS:  After Table 6?
23     MR. MILLS:  That's right.
24  BY MR. MILLS:
25  Q.  "It was impossible to draw conclusions about the

Page 203

1      effects of hormone therapy on death by suicide."
2          Do you agree that it's impossible to draw
3      conclusions about the effects of hormone therapy on
4      death by suicide?
5  A.  I don't dispute that the totality of literature isn't
6      adequate in addressing that question.  I'd also point
7      out the other finding that wasn't read which
8      demonstrates improvements in quality of life and
9      decrease in depression and anxiety symptoms among
10     transgender people.
11         So while I think that it is seemingly hard
12     to draw conclusions about death by suicide, the -- the
13     improvements in other areas of mental health are
14     notable and I would -- I would hypothesize that people
15     with improved quality of life, decreased depression
16     and anxiety symptoms are less likely to die by
17     suicide.  However, I agree that the literature can't
18     currently answer that question.
19  Q.  So on that other literature the next paragraph begins,
20     "Uncontrolled confounding was a major limitation in
21     this literature.  Many studies simultaneously assess
22     different types of gender-affirming care and did not
23     control for gender-affirming surgery status making it
24     difficult to isolate the effects of hormone therapy."
25         Do you agree that uncontrolled confounding

Page 204

1      is a major limitation in the medical gender transition
2      of minors literature?
3  A.  I think it's a limitation and I think it's important
4      to understand that gender identity care for people,
5      for adolescents specifically, is a challenging thing
6      to measure without any confounding.  That, you know,
7      what is confounding?  If you have -- if you have a new
8      penicillin and you're comparing it to the old
9      penicillin, you can put a bacteria in a culture dish
10     and put another one in a different culture dish and
11     everything else is the same and just introduce the two
12     penicillins and see which bacteria resolves faster,
13     and there's not a lot of confounding because
14     everything else in that experiment was exactly the
15     same.
16         But when you're talking about comparing
17     adolescents receiving gender-affirming care in Boston,
18     in LA, in Chicago, and San Francisco, seeing different
19     providers, having different sociopolitical
20     environments, those things can confound results, and
21     this is certainly not unique to gender-affirming care,
22     but a problem with measuring all sorts of different
23     complex care modalities.
24  Q.  So the next paragraph, the third paragraph under
25     "Discussion" says, "Another source of potential bias

Page 205

1      was recruitment of participants from specialized
2      clinics that imposed strict diagnostic criteria as a
3      prerequisite for gender-affirming care.  The dual role
4      of clinicians and researchers as both gatekeepers and
5      investigators may force transgender study participants
6      to over- or understate aspects of their mental health
7      in order to access gender-affirming care."
8          Do you agree that that's another source of
9      potential bias?
10  A.  Potentially.  If I was reading any article outlining
11     outcomes of gender-affirming care, I would be
12     interested to know how patients were recruited, what
13     the modality of care was at that institution in order
14     to better understand if the patients in that study
15     were similar to the patients that I treat.
16  Q.  You mentioned a minute ago evidence regarding quality
17     of life, depression and anxiety.  If you look at Table
18     6 on page 13 it lists outcome, quality of life,
19     depression, anxiety, death by suicide as the four
20     outcomes.  Under strength of evidence it lists low for
21     qualify for the quality of life, low for depression,
22     low for anxiety, and insufficient for death by
23     suicide.  And the footnote E connected to low says,
24     "Evidence downgraded due to study limitations included
25     uncontrolled confounding and imprecision because of

52 (Pages 202 - 205)

1    small sample sizes."
2           Do you agree that the strength of evidence
3    for quality of life, depression, and anxiety outcomes
4    are all low?
5  A.  So according to the definition as presented, I would.
6    I would also just warn that when you hear something
7    like the strength of evidence is low, that doesn't
8    mean that the evidence is bad or poor or incorrect.
9           And also just to point out that when you're
10   talking about quality of life, another alternative
11   would be worse quality of life as an outcome.  So the
12   fact is that in a systematic review there was findings
13   of improved quality of life for patients that are
14   receiving gender-affirming care categorized as low
15   strength based on the criteria as presented, and I
16   don't disagree with that.
17  Q.  And you would agree low strength of evidence
18   means that -- relative to high strength of evidence,
19   low strength of evidence means that it's more likely
20   that the actual effect is different from what the
21   study found, right?
22  A.  I agree based on the things that we've been talking
23   about.  The petri dish example, the only logical
24   conclusion of the difference in clearing the bacteria
25   is that the antibiotic worked better or worse than

1    penicillin.
2           When there's potential confounding in a
3    complex medical problem, the ability to be certain
4    about whether the intervention is the cause of the
5    change is more limited, similarly to the strength of
6    evidence supporting many complex health -- health
7    treatment modalities.
8  Q.  So on page 13 the bottom of the page, the new
9    paragraph that begins at the bottom of the first
10   column of the page, actually specifically the very
11   last sentence in the first column, "Studies assessing
12   the relationship between gender-affirming hormone
13   therapy and mental health outcomes in transgender
14   populations should be prospective or use strong
15   quasiexperimental designs, consistently report type,
16   dose of hormone therapy, adjust for possible
17   confounding by gender-affirming surgery status,
18   control for other variables that may independently
19   influence psychological outcomes, and report results
20   separately by gender identity."
21          This isn't necessarily describing a
22   randomized controlled trial, correct?
23  A.  Correct.
24  Q.  But it is explaining a higher strength of evidence
25   study design than currently exists, correct?

1  A.  I think that it's preventing guidance on the type of
2    studies that would be required to strengthen the
3    statements made in this report.
4          Perhaps I -- perhaps some studies that
5    currently exist meet some of these criteria, but it's,
6    you know, similarly to the end of most scientific
7    articles prescribing next steps to better understand
8    the problem at hand.
9  Q.  But you would agree that at least according to these
10   authors there are study designs short of randomized
11   controlled trials that would be higher quality than
12   the ones they've examined?
13  A.  Yes.  For example, the Chen study is a prospective
14   study that was published after this systematic review.
15  Q.  And do you think the Chen study is a high quality
16   study design?
17  A.  I find it to be very helpful to me in my practice
18   because the type of care that's described in the Chen
19   study is similar to the type of care that I practice,
20   and so I would.
21  Q.  And you agreed earlier that the Chen study doesn't
22   have data or conclusions beyond two years from
23   starting cross-sex hormones, right?
24  A.  Correct.
25  Q.  So we can look at the Chen study for a minute.  So I'm

1    marking the Chen study as Exhibit 31, and you're
2    obviously familiar with it; it's what we've been
3    discussing.
4          MARKED FOR IDENTIFICATION:
5          EXHIBIT 31
6          3:54 p.m.
7  BY MR. MILLS:
8  Q.  So on page 241, the second page of the article in the
9    middle of the first column at the end of that second
10   paragraph it says, "Evidence has been lacking from
11   longitudinal studies that explore potential mechanisms
12   by which gender-affirming medical care affects gender
13   dysphoria and subsequent well-being."
14          This -- this study was published in 2023;
15   is that right?
16  A.  Yes.
17  Q.  So would you agree with the authors that in 2023
18   evidence has been lacking from longitudinal studies
19   that explore potential mechanisms by which gender-
20   affirming medical care affects gender dysphoria and
21   subsequent well-being?
22  A.  There was limited longitudinal studies on this topic
23   prior.  I think that was mentioned in the metaanalysis
24   that we just read, and so this is an attempt to expand
25   that literature.

1   Q.  So on page 242 under the results, this is the second
2       column, it lists that there were 6,114 observations
3       from 315 participants, and it says there were five
4       study visits and 162 participants completed all five
5       study visits.
6             So about 50 percent completed each of the
7       five study visit questionnaires; is that right?
8   A.  That seems to be what they're saying.
9   Q.  On page 243 in the middle of the second column, three
10      sentences up from the "Appearance Congruence" heading
11      it says, "Two participants died by suicide during the
12      study, one after six months of follow-up and the other
13      after 12 months of follow-up."
14            So those two individuals could not complete
15      a study visit at 18 or 24 months, right?
16  A.  That's correct.
17  Q.  And two suicides out of 315 participants implies a .6
18      percent suicide rate; is that right?
19  A.  I don't know.  I can do the math with you again.  Can
20      you give me those numbers?
21  Q.  It's 2 out of 315, so roughly .6 percent --
22  A.  Okay.
23  Q.  -- does that sound right?
24  A.  Yes.
25  Q.  And that's substantially higher than the adolescent

1       suicide rate in the United States generally; is that
2       right?
3   A.  I -- I would be cautious about implying that -- that
4       the -- this represents an actual rate of suicide when
5       you're -- you know, when you're -- if you're using the
6       statistics to say what would be the expected suicide
7       rate if the study were replicated, the -- the range of
8       possible based on the sample size would be quite
9       broad, so I don't think this study is able to say that
10      suicide is more likely as a result of gender-affirming
11      care, but I do agree that .6 percent is higher than
12      the suicide rate in the United States.
13  Q.  So over on page 244 on the table there, Table 1, do
14      you see near the bottom of Table 1 it says, past use
15      of GnRH agonists no was 92.1 percent of participants?
16      So 92.1 percent of the participants had not received
17      puberty blockers; is that right?
18  A.  Yes.
19  Q.  And is that a higher percentage of patients than would
20      not have received puberty blockers in your clinic?
21  A.  As I said, the majority of patients are presenting
22      older than -- than Tanner stage 2.  I -- so I think
23      that the percentage of patients that are treated with
24      GnRH agonists is likely higher than the study, but not
25      substantially higher let's say.

1   Q.  But if they were not treated using the puberty
2       blocker, then is it safe to say that most of these
3       participants went through puberty aligned with their
4       biological sex?
5   A.  Well, we can see exactly how many did based on these
6       numbers.
7             92 percent of people went through at least
8       some puberty aligned with their biologic sex.
9   Q.  Page 241 the top of the first column, the very first
10      full sentence, "Depression and anxiety symptoms
11      decreased significantly and life satisfaction
12      increased significantly among youth designated female
13      at birth, but not among those designated male at
14      birth."
15            So biological males saw no improvement in
16      depression, anxiety, or life satisfaction; is that
17      right?
18            MS. WILLIAMS:  Objection.
19  A.  I'm just going to back up for a second to read the
20      beginning of the paragraph.
21  BY MR. MILLS:
22  Q.  Sure.
23  A.  Okay, I'm with you.
24            So, yes, during the -- during the course of
25      this study, statistically significant differences in

1       depression and anxiety and life satisfaction variables
2       specifically were statistically significantly better
3       in those designated female at birth compared to male
4       at birth, and then the authors continue on to discuss
5       that in more detail.
6   Q.  So in this study, biological males did not see
7       statistically significant improvement in depression,
8       anxiety, or life satisfaction, correct?
9   A.  Yes.
10  Q.  Over on page 247, sorry, 249, the first full sentence
11      on 249 it says, "Finally, our study lacked a
12      comparison group which limits our ability to establish
13      causality."
14            Do you agree with that statement?
15  A.  Yes.
16            MARKED FOR IDENTIFICATION:
17            EXHIBIT 32
18            4:02 p.m.
19  BY MR. MILLS:
20  Q.  I'm going to show you what I've marked as Exhibit 32,
21      which I believe you cite in your rebuttal report a
22      commentary by de Vries and others on the Chen paper.
23      This is called "Growing evidence and remaining
24      questions in adolescent transgender care."
25            On page 276, which is the second page, the

Page 214

1  first column in the middle, and I'm three sentences
2  down from -- let's see. This long paragraph in the
3  middle I'm on the one, two, three, fourth sentence,
4  starts with, "However, other possible determinants of
5  outcomes were not reported, particularly the extent of
6  mental healthcare provided throughout GAH treatment."
7      So you agree that the Chen study did not
8  control for psychological therapy, correct?
9  A. Correct.
10  Q. And it did not control for use of other psychiatric
11  medications?
12  A. I don't believe so.
13  Q. So the study cannot exclude the possibilities that
14  psychological therapy or other psychiatric medications
15  could account for any positive change?
16  A. That's correct.
17  Q. And the study also does not -- the Chen study also
18  does not control for the fact that testosterone may
19  have mood elevating effects?
20  A. Right. The reader for this prospective study, just
21  like any prospective study, has to think critically
22  about what the intervention was, what the outcomes
23  are, think about these potential confounders, and then
24  draw conclusions.
25  Q. So the next sentence, "To date, international

Page 215

1  guidelines for transgender adolescent care recommend a
2  psychosocial assessment and involvement of mental
3  health professionals in a multidisciplinary care
4  model. Whether participating clinicians in the current
5  study followed that approach is, unfortunately,
6  unclear. Future studies that compare outcomes with
7  different care models are needed preferably using
8  similar results."
9      Do you agree with that statement?
10      MS. WILLIAMS: I think it said "similar
11  measures."
12      MR. MILLS: Oh, I'm sorry, "similar
13  measures," yep.
14  A. I don't -- I don't know that I agree completely
15  because I'm -- I know the centers that conducted the
16  study, and they are centers that have a psychological
17  assessment and involve mental health professionals in
18  a multidisciplinary care model, so whether it was
19  unclear in the article, it's clear to me that those --
20  that the clinics that did this, that performed this
21  study meet those criteria.
22  BY MR. MILLS:
23  Q. Okay. But you would agree that future studies that
24  compare outcomes with different care models are
25  needed?

Page 216

1  A. Yes.
2      MARKED FOR IDENTIFICATION:
3      EXHIBIT 33
4      4:05 p.m.
5  BY MR. MILLS:
6  Q. I'm going to show you what I'm marking as Exhibit 33,
7  which is the protocol submitted for the Chen study.
8      Are you familiar generally with these types
9  of prestudy protocols?
10  A. I suppose I am.
11  Q. Yeah?
12  A. Yes.
13  Q. Okay. So page 34, and the pagination skips ahead so
14  it's only on like page 5 or so. The one, two, third
15  sentence says, "The MANOVA analyses will investigate
16  the changes over time in gender dysphoria, depression,
17  anxiety, trauma symptoms, self-injury, suicidality,
18  body esteem, and quality of life."
19      So the protocol proposes these eight
20  measures to study; is that right?
21      MS. WILLIAMS: Objection. Do you need to
22  read this or do you need more time to answer?
23  A. I can answer --
24      MS. WILLIAMS: Okay.
25  A. -- that question.

Page 217

1      MS. WILLIAMS: Go ahead.
2  A. It does.
3  BY MR. MILLS:
4  Q. Okay. And flipping to page 43, the table there
5  explains the measure that will be used for each of
6  those -- or the surveys that will be used for each of
7  those measures; is that right?
8  A. Yes.
9  Q. So if we go back to the Chen study on page 242, and
10  this is Exhibit 31, and you look at the second
11  paragraph under "measures," at the end of that
12  paragraph it says, "Higher scores on these measures
13  reflect greater appearance congruence, depression,
14  anxiety, positive effect, and life satisfaction
15  respectively."
16      So this study didn't report on the effects
17  on gender dysphoria, did it?
18  A. I'm not sure. I'd have to go through and see if that
19  is mentioned or not, but I don't see it in that
20  statement right there.
21      I think that I -- I think that the -- you
22  know, the implication is that there's -- you know,
23  when a study is trying to measure lots of things, that
24  they may only be publishing the most, you know,
25  positive sounding material.

55 (Pages 214 - 217)

1    You know, in talking to some of the
2  investigators that wrote this paper, I know there was
3  constraints on word limits and such that they
4  certainly would have been happy to present every piece
5  of information, and that information is available, but
6  that the goal of the journal article in the New
7  England Journal of Medicine was to present the most,
8  you know, important and groundbreaking material.
9    So the fact that every measure isn't
10  documented in this journal article may be true, but
11  also not something that the authors are hiding from.
12  Q.  Did the authors explain to you why they've refused to
13  release the data for these other variables?
14  A.  I don't know anything about releasing or not releasing
15  the data.
16  Q.  That didn't come up in conversation with them?
17  A.  No.
18  Q.  Would you consider it relevant to your treatments
19  whether gender-affirming care helps alleviate gender
20  dysphoria?
21  A.  Yes.
22  Q.  But this study didn't provide any evidence on that
23  measure, did it?
24  A.  Not that I can see right now.  It provides evidence
25  based on the outcome measures that we've reviewed.

1  Q.  They also omitted results going back to those original
2  eight categories on trauma symptoms, self-injury,
3  suicidality, body esteem, and quality of life,
4  correct?
5  A.  Can you point to me where you're at so I can --
6  Q.  Sure.  This was in the protocol, those eight --
7  A.  Okay.
8  Q.  -- measures on page 34.  Page 34 the middle of the
9  first paragraph, "The analysis will investigate the
10  changes over time for depression, anxiety, trauma
11  symptoms, self-injury, suicidality, body esteem, and
12  quality of life."
13  A.  Okay, yep.
14  Q.  So they omitted results on six of those eight proposed
15  measures, correct?
16  A.  I don't know that to be correct.  I would need time to
17  cross-tabulate and -- but certainly not everything
18  that is offered up in this protocol is reproduced in
19  the manuscript.
20  Q.  So the manuscript lists depression, anxiety,
21  appearance and congruence, positive effect, and life
22  satisfaction, so the only -- of the eight on the
23  protocol, only depression and anxiety are among the
24  ones that are actually reported, correct?
25  A.  Unless there's other mentions in other places that

1  we're omitting, that would be correct.
2  Q.  And to your knowledge, the authors haven't provided
3  this data regarding those variables for public
4  analyzes, have they?
5  A.  I don't have information about that.
6  Q.  You haven't seen the data?
7  A.  No.
8  Q.  The authors would have no reason to hide positive
9  results, would they?
10    MS. WILLIAMS:  Objection.
11  A.  No.
12  BY MR. MILLS:
13  Q.  It's more likely that they didn't report those
14  measures because they showed negative effects, isn't
15  it?
16    MS. WILLIAMS:  Objection.
17  A.  So by negative effects I think you're implying that
18  perhaps there was a deep diminishment in one of these
19  variables, and I have no -- no reason to believe that
20  there was a diminishment in one of these, and if there
21  was a statistically significant negative outcome, I
22  would expect that that would be published.
23  BY MR. MILLS:
24  Q.  You expect that would be published in the New England
25  Journal of Medicine?

1  A.  Yes.
2  Q.  Would you publish it if you found that?
3  A.  What do you mean?
4  Q.  If you conducted this study and found statistically
5  significant negative effects, would you publish that
6  study?
7  A.  Yes.
8  Q.  And you think the New England Journal of Medicine
9  would accept it?
10    MS. WILLIAMS:  Objection.
11  A.  I don't know if it would be accepted.
12  BY MR. MILLS:
13  Q.  These researchers are all advocates for medical gender
14  transition; is that right?
15  A.  They're providers of gender-affirming care.
16  Q.  And they advocate in their own interests, correct?
17    MS. WILLIAMS:  Objection.
18  A.  I don't know that I would agree with that statement.
19  I don't know all of these individuals, but the ones I
20  do know are doctors that are motivated by the health
21  and wellness of their patients.
22  BY MR. MILLS:
23  Q.  Would you say they should release the full data of the
24  other measures that they omitted?
25  A.  I don't know that they haven't.  I don't have any --

56 (Pages 218 - 221)

Page 222

1 Q.  If they haven't, should they release it?
2 A.  I don't -- I don't have any reason to suggest that
3     they -- that they shouldn't.
4 Q.  So you would agree they should release the data?
5 A.  I think all -- all research conducted is -- that all
6     published research data is typically open access and
7     should be publicly available.
8 Q.  And you think the same of the data that they gathered
9     in this article, the Chen article?
10        MS. WILLIAMS:  Objection.
11 A.  I don't -- I don't know if there's a particular reason
12     that someone would or would not, but yes.
13 BY MR. MILLS:
14 Q.  I'm going to show you what I'm marking as Exhibit 34,
15     which is an article you cited in your report by Turban
16     and others, "Access to gender-affirming hormones."
17        MARKED FOR IDENTIFICATION:
18        EXHIBIT 34
19        4:15 p.m.
20 BY MR. MILLS:
21 Q.  You're familiar with this report?
22 A.  Yes.
23 Q.  And it used the 2015 US Transgender Survey as the
24     source of data, correct?
25 A.  Yes.

Page 223

1 Q.  And this was an online survey, correct?
2 A.  Yes.
3 Q.  And the participants were drawn from the websites of
4     transgender advocacy organizations, correct?
5 A.  I'm not sure if that's how the websites are described,
6     but the recruitment is pretty well outlined in the US
7     Transgender Survey itself if we wanted to reference
8     it.
9 Q.  So if I were to say it said that the outreach involved
10     developing lists of active transgender LGBTQ and
11     allied organizations who served transgender people,
12     does that sound correct?
13 A.  Yes.
14 Q.  So page 3 of the Turban study under population --
15     study population, this is near the end of the
16     paragraph, "So this was assessed by choosing hormone
17     therapy in response to the question, "Have you ever
18     wanted any of the healthcare listed for your gender
19     identity or gender transition?  Mark all that apply."
20     Options included counseling, therapy, hormone
21     treatment, HRT, puberty blocking hormones, and none of
22     the above."
23        So this particular study focused on wanting
24     hormones, specifically hormone therapy, right?
25 A.  So this study focuses on desire for and access to

Page 224

1     hormones historically and current mental health, yes.
2 Q.  Okay.  The 2015 US Transgender Survey participants are
3     not representative of the actual transgender
4     population in the United States, right?
5 A.  Sorry, say that again.
6 Q.  Yeah.  The 2015 US Transgender Survey participants are
7     not representative of the actual transgender
8     population in the United States, correct?
9        MS. WILLIAMS:  Objection.
10 A.  I'm not sure that I would agree with that statement.
11 BY MR. MILLS:
12 Q.  Okay.  I'm going to show you what's marked as
13     Exhibit 35, which is the report of the 2015 US
14     transgender study.
15        MARKED FOR IDENTIFICATION:
16        EXHIBIT 35
17        4:18 p.m.
18 BY MR. MILLS:
19 Q.  And if we could go to page 26.  It jumps around a bit;
20     it's very long.
21        So 26 just before outreach, the last two
22     sentences, "It is important to note that respondents
23     in this study were not randomly sampled and the actual
24     population characteristics of transgender people in
25     the US are not known.  Therefore, it is not

Page 225

1     appropriate to generalize the findings in this study
2     to all transgender people."
3        Do you agree with that statement?
4 A.  Yes.
5 Q.  And it would necessarily exclude those people who no
6     longer identified as transgender, correct?
7 A.  It would because they wouldn't be responding to the
8     survey as they're not transgender.
9 Q.  And this survey was anonymous, right?
10 A.  Yes.
11 Q.  So researchers would have no way of verifying the
12     self-reported survey responses, correct?
13 A.  That's correct, just like many similar surveys that
14     are used in research.
15 Q.  And individuals who died including by suicide cannot
16     fill out the survey?
17 A.  Individuals who died prior to the survey being
18     available?  That's correct.
19 Q.  So they would be excluded?
20 A.  As a transgender person alive during this study
21     period, yes.
22 Q.  If you could flip to page 126 of this transgender
23     survey footnote 12, the second sentence, "While
24     puberty blocking medications are usually used to delay
25     physical changes associated with puberty in youth ages

57 (Pages 222 - 225)

1  4 to 16 prior to beginning hormonal replacement
2  therapy" --
3  A.  Sorry, where are we?
4  Q.  Footnote 12 the second sentence.
5        MS. WILLIAMS:  And I believe it's 9 to 16.
6  You said 4 to 16.
7        MR. MILLS:  I'm losing my eyesight.
8  BY MR. MILLS:
9  Q.  "While puberty blocking medications are usually used
10     to delay physical changes associated with puberty in
11     youth ages 9 to 16, prior to beginning hormone
12     replacement therapy, a large majority, 73 percent, of
13     respondents who reported having taken puberty blockers
14     in question, 12.9 reported doing so after age 18, in
15     question 12.11."
16        After age 18 is not when puberty blockers
17     are typically prescribed; is that right?
18  A.  I think it depends on what you mean by puberty
19     blockers.  We've been using this word kind of loosely.
20        So, you know, if the word puberty blockers
21     is the word that's used in the survey question, you
22     know, I think it's worth pointing out that GnRH
23     agonists are the name of the medication that we're
24     talking about when -- when talking about treatment at
25     Tanner stage 2, but other folks may consider other

1     medications such as antiandrogens to be puberty
2     blockers, so that's a little bit hard to answer.
3  Q.  GnRH agonists are not typically prescribed after age
4     18, correct?
5  A.  Not as typically.  I think that some trans women are
6     now being prescribed GnRH agonists if they're having
7     trouble with testosterone suppression on estrogen, but
8     more commonly it's used in early adolescence.
9  Q.  So you said you treat people through age 21, 22 and
10    you're familiar with other clinics.
11       In that age range above age 18, what
12    percentage of your patients would you say are on
13    puberty blockers using either definition of puberty
14    blockers, so including both GnRH agonists and the
15    androgen intercepters?
16  A.  So for trans women older than 18, probably for
17    including both of those, 85 percent, because the
18    majority of patients are on spirolactone and estrogen
19    as an antiandrogen.  For trans masculine individuals,
20    a much lower percentage, maybe 20 percent, as
21    testosterone itself is typically sufficient.
22  Q.  So are you surprised that this survey found 73 percent
23    of respondents report having taken puberty blockers
24    after age 18?
25  A.  Again, I think it -- it's all about what patients are

1  -- are referring to when they're saying puberty
2  blockers.  So do I think that all of the patients that
3  answered a question about puberty blockers actually
4  received GnRH agonists?  No, I think that's a lower
5  percentage.
6  Q.  So using this survey to answer questions about GnRH
7  agonists poses a significant risk of bias because of
8  this misunderstanding about puberty blockers?
9        MR. MILLS:  Objection.
10  A.  I think that when you're -- when you're interpreting
11     any study, you know, you have to understand what the
12     survey is asking and what the question being asked is.
13     So when the -- when there's -- when the US Transgender
14     Survey is answering questions about access to
15     gender-affirming care in early adolescence, that in
16     comparing people that didn't have access to that care
17     and showing a difference that's helpful information to
18     understand what access to that care may do for
19     someone's future health.
20  BY MR. MILLS:
21  Q.  To your knowledge, the survey did not ask whether the
22     participant had gender dysphoria, correct?
23  A.  Not to my knowledge.
24  Q.  So nothing in this survey tracks whether the kids who
25     wanted puberty blockers or cross-sex hormones had

1     gender dysphoria, right?
2  A.  There's not any -- there's a retrospective study, so
3     there's no tracking of anything.  It's a survey
4     answered at one moment in time.
5  Q.  But you would only prescribe puberty blockers or
6     hormones for gender transition to someone with gender
7     dysphoria, correct?
8  A.  Yes.
9  Q.  So going back to the Turban article on page 12, and
10    again this is Exhibit 34, under "Strengths and
11    Limitations" on page 12, the third sentence says,
12    "Limitations include its non-probability
13    cross-sectional design which produces generalizability
14    and limits determination of causality."
15       So this study cannot determine causality,
16    right?
17  A.  That's correct.
18  Q.  The next sentence is, "It is possible that people with
19    better mental health status at baseline are more
20    likely to be able to access GAH, thus confounding
21    associations between GAH access and adult mental
22    health outcomes measured."
23       You agree with that statement?
24  A.  Sorry, I'm trying to find the sentence just to read it
25    along with you.

58 (Pages 226 - 229)

Page 230

1  Q.  Yeah, it's --
2  A.  "It is possible"?
3  Q.  Yeah, "it is possible."
4  A.  I agree that it is possible.
5  Q.  Okay.  And then the next sentence says, "Nonetheless,
6      this measure isn't perfect for investigating mental
7      health changes following GAH, and future longitudinal
8      studies are needed."
9           Do you agree with that statement?
10 A.  I agree that it's imperfect.  I think just to point
11     out that between all of the sentences I read were --
12     were the strengths in this strengths and limitations
13     section that addressed some of those things that we --
14     that we've discussed.
15 Q.  Toward the bottom, the second to last sentence says,
16     "The 2015 US TS sample is younger with fewer racial
17     minorities, fewer heterosexual participants, and
18     higher educational attainment when compared with
19     probability samples of TGD people in the United
20     States."
21          Do you agree with that statement?
22 A.  Yes.
23 Q.  And this bias would affect all studies that use this
24     survey; is that right?
25 A.  This -- that's right.  When examining data from the US

Page 231

1      Transgender Survey, it's important to understand what
2      the population is surveying, how that population --
3      who is in that population, and then ask yourself is
4      that population a relevant population to the clinical
5      question that you have.
6  Q.  If we could go back to Exhibit 4, which is your
7      article "Serving Transgender Youth."  This is on page
8      8 of that article, and I'm in the second full
9      paragraph on page 8 the second sentence.
10          It says, "In general, adolescence is marked
11     by a search for identity and personal transformation
12     and at times impetuous decisionmaking."
13          Do you still agree with that statement?
14 A.  Yes.
15 Q.  Flipping back to page 6, toward the very last sentence
16     on page 5 over to page 6 -- sorry.  On the very bottom
17     of page 5, "In our view, it is often unrealistic to
18     expect an adolescent to sort through the myriad of
19     issues related to gender variance without the help of
20     a professional."
21          Do you still agree with that statement?
22 A.  Yes.
23 Q.  And you would agree that as a child gets older, the
24     child is more likely to have a better understanding of
25     complex topics like gender identity?

Page 232

1  A.  Yes.
2  Q.  And is that one reason why you delay cross-sex
3      hormones?
4  A.  Yes.
5  Q.  I'm going to show you a short clip from your
6      presentation with Dr. Selkie.
7           MARKED FOR IDENTIFICATION:
8           EXHIBIT 36
9           4:31 p.m.
10          (Video plays.)
11 BY MR. MILLS:
12 Q.  So do you agree with the Dutch researchers that 10 to
13     11 is not the ideal age to be making decisions about
14     medical transition?
15 A.  Did the Dutch say that in something you're reading?
16 Q.  Well, that's just how you characterized them in the
17     video.
18 A.  Oh.
19 Q.  But I guess I should just say, do you think that 10 to
20     11 is the ideal age to be making decisions about
21     medical transition?
22 A.  Not permanent transition which is why we think the --
23     the leadup to -- that was the leadup to me explaining
24     why we use GnRH agonists instead of using
25     gender-affirming hormones at the start of puberty.

Page 233

1  Q.  In fact, the Dutch protocol didn't allow even the use
2      of puberty blockers until the age of 12; is that
3      right?
4  A.  In their first cohort of patients that's what they
5      did, yes.
6  Q.  Do you think 10- to 11-year-olds can weigh the long-
7      term fertility risks associated with medical gender
8      transition?
9  A.  I think that it's possible to talk about fertility in
10     an age appropriate way with a 10-year-old, but there's
11     not -- but there's certainly the -- the ability to --
12     to discuss complex topics like fertility changes and
13     evolves over time as a child gets older and progresses
14     through adolescence.
15 Q.  So you would agree that a 19-year-old would have a
16     better capability to understand or discuss fertility
17     issues than 10- to 11-year-old?
18 A.  On average, a 19-year-old would certainly be able to
19     discuss fertility in a more complex way than a
20     10-year-old would.
21 Q.  To go back to -- sorry.  That video we can note is
22     Exhibit 35 just so we don't get out of order here.
23          To go back to Exhibit 1, which was your
24     article --
25          MS. WILLIAMS:  I think that was 36.

59 (Pages 230 - 233)

Page 234

1      MR. MILLS: Was it? Okay, sorry.
2    A. Yeah, 35 is the US --
3    BY MR. MILLS:
4    Q. Oh, 35 is the US Transgender Survey, got it.
5    A. So going back to 1?
6    Q. Yes, No. 1. This is on page 14. This is the first
7      full paragraph sentence number 3 on page 14.
8        MS. WILLIAMS: Is that the third, "in our
9      experience"?
10       MR. MILLS: That's right, "in our
11     experience."
12       MS. WILLIAMS: Are you there?
13   A. Okay.
14   BY MR. MILLS:
15   Q. "In our experience, many adolescent patients, even
16     those who are not transgender, are often reticent to
17     discuss their future fertility. A conversation can be
18     more complex in transgender adolescents who may have
19     some desire to accomplish biologic" -- sorry -- "some
20     desire to have biologic children, but who bristle at
21     the idea of using their own anatomy to accomplish
22     this."
23       Does that still describe your experience?
24   A. Yes.
25   Q. If we could go back to Exhibit 8, which was one of

Page 235

1      your book chapters, the one in Transgender Medicine,
2      and look at page 178. And this is the second sentence
3      on page 178 at the top.
4        "Transgender youth, especially those
5      presenting prior to or around the onset of puberty,
6      are seldom concerned about the impact of medical
7      interventions on fertility and often even less
8      interested in discussing this topic. This ambivalence
9      is likely age appropriate shared by their cisgender
10     peers and may not predict their future feelings."
11       Do you still agree with that statement?
12   A. I do. I think -- I think that the topic of fertility
13     is a tricky one and requires a lot of careful
14     discussion, so I think in all of these passages that
15     we're reading, at least the ones that I wrote, my
16     intention is to express that complexity.
17   Q. Should medical gender transitions ever be prescribed
18     when a parent or guardian does not consent?
19   A. Sorry, could you say that one more time?
20   Q. Sure. Should medical gender transition interventions
21     ever be prescribed when a parent or guardian does not
22     consent?
23   A. I do not believe so.
24   Q. You've never prescribed puberty blockers or cross-sex
25     hormones absent a parental consent?

Page 236

1    A. Correct.
2    Q. And you think others should not as well?
3    A. I -- I'm a pretty strong advocate for, you know,
4      parental involvement in healthcare decisionmaking when
5      it comes to gender-affirming care, especially in light
6      of the fact that I think oftentimes a child that is
7      engaging in transition without consent of their
8      parents may be unsafe, and if they're financially or
9      emotionally supported by that parent, that, you know,
10     as we've been talking about generalizability this
11     whole time, as you've mentioned the Dutch study and
12     other similar studies involved patients that have
13     psychosocial support, so the literature would support
14     that notion that these interventions are helpful in
15     that context, so I do believe that parental consent is
16     important and would suggest it be obtained when
17     considering initiating gender-affirming care.
18   Q. If a parent did not consent to insulin for their type
19     1 diabetic children -- child, would you prescribe it
20     anyway?
21   A. Yes.
22   Q. And why -- why the difference?
23   A. Well, I feel like I answered this question before, but
24     it is a little -- maybe it's a little bit of a
25     different question.

Page 237

1        I think again, you know, insulin is pretty
2      clear. If you have type 1 diabetes, your body doesn't
3      make insulin and you need insulin to live, so there's
4      a clear no insulin and you die, insulin and you live.
5      Whereas, the -- the decision around gender-affirming
6      care there's a lot more nuanced and involves the
7      details related to the patient's experience with their
8      gender, patient and family values, discussion of risks
9      and benefits, decisionmaking that is shared amongst
10     the clinician and the patient and the parent, and so
11     they're very different conditions with very different
12     treatments, and so my answer is different for those
13     two -- for those two different conditions.
14   Q. I'd like to show you the de Vries 2014 study that
15     we've talked about a couple of times. You're familiar
16     with that study?
17   A. I guess I have to see it first to know which one
18     you're talking about.
19   Q. Sure. There are several. This is the 2014 study that
20     earlier we talked about because study path described
21     it as the only long-term follow-up study --
22   A. Okay.
23   Q. -- through young adulthood. So this is that study,
24     correct?
25   A. Yes.

60 (Pages 234 - 237)

Page 238

1  Q.  And we talked about this earlier.  The mean age of
2      adult follow-up was 20.7 years old; is that right?
3  A.  Yes.
4  Q.  To your knowledge, is the brain still developing at
5      age 27 years old?
6  A.  Yes.
7  Q.  Would you be interested to know what follow-up looks
8      like past age 20.7?
9  A.  Yes.
10 Q.  Could that affect your treatment decisions?
11 A.  Certainly if all of these patients are doing very
12     poorly now compared to the general population, that
13     would be surprising, and I would like to -- it would
14     be interesting to know that.  It's not what I would
15     expect, but to answer your question, yes.
16 Q.  All right.  I'd like to show you another paper you
17     wrote that talked about this study.  This is
18     Exhibit 38.
19         MARKED FOR IDENTIFICATION:
20         EXHIBIT 38
21         4:41 p.m.
22 BY MR. MILLS:
23 Q.  This was an article you coauthored with Dr. Spack
24     entitled "Transgender medicine long-term outcomes from
25     the Dutch model."

Page 239

1          On page 2 discussing this study, the second
2      full paragraph on page 2 it starts by saying, "It
3      should be noted that the patients described were well
4      supported, brought to care in early adolescence, and
5      cared for as part of a carefully structured
6      multidisciplinary care team in a small supportive
7      country.  Generalizing the Dutch clinics success to
8      clinics in other settings might be problematic."
9          Do you still agree with that statement?
10 A.  Well, I think we have to remember that when this was
11     written, Dr. Spack had developed the clinic at Boston
12     Children's Hospital modeled after the Dutch clinic and
13     so, therefore, was trying to replicate as closely as
14     possible the -- the Dutch clinic because of this point
15     that we're making in this article, and -- and since
16     2015, similar clinics around the country are similarly
17     modeled.  So, yes, it's something that should be
18     considered, but also the reason why the care is
19     provided the way it is.
20 Q.  So you would still say that generalizing the Dutch
21     clinic's success to clinics that may use other models
22     might be problematic?
23 A.  Like, is there another model that you're -- that
24     you're thinking of?  I think most care in the US is
25     performed in this model, so if you're not using a

Page 240

1      multidisciplinary model of care like the one -- like
2      the care that we've been talking about, then it seems
3      like you wouldn't be following standard of care,
4      perhaps, and may not be generalizable, but also
5      wouldn't be recommended.
6  Q.  Even this sentence, though, "Brought to care in early
7      adolescence," I think you testified earlier that most
8      of your patients do not present in early adolescence;
9      is that right?
10 A.  That's right.  The patients that present to care in
11     our clinic are more -- are better represented in
12     studies like the Chen study.
13 Q.  So the Dutch patient population you would say is
14     different from your patient population?
15 A.  In that way, yes.
16 Q.  This Dutch study, and we can look at the method
17     section on page 697, "Participants include 55 young
18     adults."  So you would agree the sample size is 55?
19 A.  Yes.
20 Q.  And there was no controlled group here who did not
21     receive medical interventions; is that right?
22 A.  Well, they are comparing the mental health and quality
23     of life outcomes, I believe, to the general
24     population, so it's a pseudo control group in that
25     way.

Page 241

1  Q.  But the general population would not be those
2      adolescents with some gender incongruence?
3  A.  That's correct.  There's not a control group of
4      patients with gender incongruence that are not
5      receiving treatment.
6  Q.  Okay.  And then it says a little ways down in this
7      third column, "The young adults were invited between
8      2008 and 2012 when they were at least one year past
9      their GRS," which I believe is the gender reassignment
10     surgery; is that your understanding?
11 A.  Yes.
12 Q.  So the whole sample size of 55 had also received
13     surgeries, correct?
14 A.  At the end time point, yes.
15 Q.  And then it lists further down a couple sentences
16     later, "Nonparticipation was attributed to," and then
17     several things, the last one of which, "One trans
18     female died after her vaginoplasty owing to a
19     postsurgical necrotizing" --
20 A.  Fascitis.
21 Q.  -- "fascitis."
22         So that would be over 1 percent of the 55
23     participants died due to gender-affirming
24     interventions?
25 A.  Yes.

61 (Pages 238 - 241)

Page 242

1  Q.  And then it says, "Nonparticipation was N equals 15
2      out of the 55 who did," and there were 55 who did
3      participate, so over 20 percent of the participants
4      dropped out during the study; is that right?
5  A.  Well, it says here 15 were not one year postsurgical
6      so they didn't meet that criteria.
7  Q.  Mm-hmm.
8  A.  So there's six -- okay, so, sorry, let me try to
9      answer your question again.  What was your question?
10 Q.  So of these --
11 A.  So they break it down --
12 Q.  Right.  There were 70 people, but 15 of the 70 did not
13     participate because of these various factors; is that
14     right?
15 A.  They weren't included in the --
16 Q.  Analysis.
17 A.  -- analysis, yes.
18 Q.  This -- this death from the -- after the vaginoplasty,
19     are you aware that the death was of consequence of
20     puberty suppression?
21 A.  I don't -- I don't have information to confirm or deny
22     that.
23 Q.  So you don't know if that death was because the
24     patient's penis was too small for the regular
25     vaginoplasty and so surgery had to be attempted with a

Page 243

1      portion of the intestine?
2          MS. WILLIAMS:  Objection.
3  A.  I don't know.  I do know that patients that I take
4      care of that are adults that receive surgery at the
5      institution that I work in do not require intestinal
6      tissue for successful surgery.  So if this is -- if
7      that was the case, that isn't a complication that I
8      see today.
9  BY MR. MILLS:
10 Q.  Those patients you're talking about, did they start
11     puberty blockers at Tanner stage 2?
12 A.  Yes.
13 Q.  And you follow every gender-affirming surgery that
14     happens at your hospital?
15 A.  I talk to the surgeon in my institution about patients
16     that are treated at Tanner stage 2, and he has guided
17     me to that he's able to accomplish vaginoplasty
18     successfully despite blockade at Tanner stage 2.
19 Q.  So do you consider him a more adept surgeon than
20     Dr. Bowers?
21 A.  I don't know.
22 Q.  This study didn't control for psychotherapy, did it?
23 A.  No.
24 Q.  And all the subjects were getting psychological
25     counseling during the same time as these medical

Page 244

1      interventions?
2  A.  Yes.
3  Q.  And the bottom of page 697 here, "Participants" --
4      this is the final paragraph, "Participants were
5      assessed three times posttreatment, during treatment
6      at initiation of cross-sex hormones, and posttreatment
7      one year after gender reassignment surgery."
8          So this study provides no evidence about
9      the long-term outcomes of puberty blockers and
10     cross-sex hormones without surgeries, correct?
11 A.  Correct.  The patients in this study that are included
12     in the final analysis all had surgery.
13 Q.  So flipping over to page 699, the top, that first line
14     in Table 2 UGDS, that's a gender dysphoria scale; is
15     that right?
16 A.  Yes.
17 Q.  And from T0 which was at intake to T1 which was while
18     on puberty supervision, gender dysphoria increased
19     from 53.51 to 54.39; is that right?
20 A.  The mean number is higher.  I don't think that they're
21     reporting that to be a statistically significant
22     difference.
23 Q.  They don't report that to be a statistically
24     insignificant difference, though, do they?
25 A.  I do believe they do because the standard deviation

Page 245

1      overlaps, so that is a -- is not a -- is not
2      statistically different.
3  Q.  And is that what a p-test measures?
4  A.  Yes.  The p-test is telling us that from T0 to T2
5      there is a statistically significant difference.
6      There's not a p-value reported for T0 to T1, that's
7      right.
8  Q.  So you don't know whether that p-value would be
9      statistically significant?
10 A.  Well, it's true that I don't know what the p-value is,
11     but if you just look at the numbers, the mean of 53
12     with a standard deviation of 8, and the mean of 54
13     with a standard deviation of 7, so that means that
14     those bell-shaped curves would overlap almost
15     completely, and so I am quite confident that those are
16     not statistically significant.
17         There's not a statistical significant
18     decrease in -- or statistically significant increase
19     in the score from T0 to T1 without pulling out a
20     calculator.
21 Q.  And without a p-value or a calculator, you wouldn't
22     know whether that would be statistically significant?
23 A.  I just explained why it's -- why it isn't.
24 Q.  But putting that aside, the mean for gender dysphoria
25     worsened from T0 to T1; is that right?

Page 246

1     MS. WILLIAMS: Objection.
2  A.  Well, when you're saying worsened, you're implying
3     that there's a meaningful difference in the numbers,
4     and if it's not statistically significant, then --
5     then I don't -- then it wouldn't be an accurate
6     statement.
7         So, yes, I don't have a p-value to share
8     with you on those means in standard deviations. Yes,
9     I believe that they are -- that the T1 is not
10    statistically significantly higher than T0. So, no, I
11    wouldn't make an assertion about the difference
12    between those numbers 53.51 and 54.39.
13 Q.  The Dutch protocol excluded those with significant
14    psychological comorbidities, correct?
15 A.  It sounds right. If we wanted to find the place in
16    the methods section where they talk about their
17    inclusion criteria, I can confirm the wording on that.
18 Q.  That's okay. Page 702 the bottom of the first column
19    of text, the last sentence in the first column of 702
20    says, "These individuals of whom" -- sorry, I'll wait
21    until you get there.
22 A.  702.
23 Q.  Yeah. "These individuals of whom an even higher
24    percentage than the general population were pursuing
25    higher education seemed different from the transgender

Page 247

1     youth in community samples with high rates of mental
2     health disorders, suicidality and self-harming
3     behavior, and poor access to health services."
4         Do you agree that -- that the latter
5     community would describe your typical patient
6     population -- sorry, I'll phrase it a different way.
7         Does your patient population look more like
8     the individuals in the Dutch protocol or what the
9     authors describe as the transgender youth in community
10    samples?
11 A.  Probably somewhere in between because I still think
12    there's a bias towards people with better access to
13    healthcare that are going to receive care at pediatric
14    gender clinics, and the most -- most high risk
15    patients with the least access to mental healthcare,
16    patients living in poverty, or without any parental
17    support, are not being included in the patient
18    population that I see.
19 Q.  So page 700 in the middle it says, "The participants
20    were, other than more likely to be pursuing higher
21    education, families were supportive 80 to 90 percent."
22    The next paragraph. "Many participants reported
23    having never or seldom been called names or harassed.
24    The majority had experienced sexual transitioning as
25    easy."

Page 248

1         Do you think that sample is representative
2     of the patients that are presenting to your clinic?
3  A.  Certainly a percentage of patients that I see are well
4     described by those -- those descriptions, and then
5     others are struggling more than the -- the patients
6     described in this -- in this study.
7  Q.  So I guess I'm asking, you know, are you experiencing
8     patients with these -- who are coming in with these
9     same high levels of positive objective well-being?
10 A.  So I think I'm answering your question when I say
11    that, yes, some patients are very similar to this
12    group of patients and then others are not.
13 Q.  So percentages are you experiencing those type -- the
14    types of patients with high objective well-being to
15    the same high percentages as the Dutch protocol
16    participants were?
17 A.  Perhaps slightly lower percentages, although, again,
18    there is still a bias in terms of who is presenting to
19    gender care because the -- there needs to be some
20    degree of support from family to bring patients to
21    clinic.
22 Q.  I'm going to show you the 2020 article de Vries wrote,
23    which I'll mark as Exhibit 39.
24        MARKED FOR IDENTIFICATION:
25        EXHIBIT 39

Page 249

1     4:57 p.m.
2  BY MR. MILLS:
3  Q.  This is "Challenges in timing puberty suppression for
4     gender nonconforming adolescents."
5         Are you familiar with this article? I
6     believe it's cited in your report.
7  A.  Yes.
8  Q.  All right. So in the middle of the second column, the
9     second to last sentence in that first paragraph, "This
10    older adolescent group did not only have more mental
11    health difficulties, but also at a later age of onset
12    of gender incongruents."
13 A.  I'm sorry, I didn't pick up where you started. This
14    is the second column --
15 Q.  Second column right under -- right past footnote 4.
16 A.  Okay, I'm there. Thank you.
17 Q.  So she's -- describe --
18 A.  Could you just read it again and ask me the question
19    again? I'm sorry.
20 Q.  Yep, yep, sure. She's describing another study that
21    was written in Pediatrics by Sorbara, et al --
22 A.  Okay.
23 Q.  -- and she's comparing them to the Dutch study. So
24    she says, "Interestingly, this older adolescent group
25    did not only have more mental health difficulties, but

Page 250

1     also a later age of onset of gender incongruents."
2   A.  Okay.
3   Q.  And then skipping to just past footnote 5 on the same
4       column she says, "Authors of case histories and
5       apparent report study warned that gender identity
6       development is diverse and a new developmental pathway
7       is proposed involving youth with postpuberty
8       adolescent onset transgender histories.
9             "These youths did not yet participate in
10      the early evaluation studies.  This raises the
11      question whether the positive outcomes of early
12      medical intervention also applied to adolescents who
13      more recently present in overwhelming large numbers
14      for transgender care."
15            You would agree that the author of this is
16      the same as one of the authors of the 2014 study we
17      were just talking about?
18  A.  Yes.
19  Q.  And she identifies what she calls "new developmental
20      pathway."
21            Are most of your patients aligned with this
22      new developmental pathway involving youth with
23      postpuberty adolescent onset transgender histories?
24  A.  So I think that there's a lot of variability in the
25      types of patients that we're seeing.  There are

Page 251

1       patients that have seemingly later onset of gender
2       dysphoria than are described in the Dutch paper.
3       There's other patients that had earlier onset of
4       gender dysphoria, but are presenting to care in later
5       adolescence, and then, of course, some patients that
6       are very similar to the patients described in the
7       Dutch article.  So on the whole, the average age of
8       presentation is older than the age described in the
9       original Dutch article.
10  Q.  And would you agree with her that this raises the
11      question whether the positive outcome seen in the 2014
12      study also applied to adolescents who were recently
13      present in overwhelming large numbers for care?
14  A.  I think that that study by itself, you know, would be
15      -- would be best at answering questions related to the
16      younger presenting cohort, and then, you know, other
17      studies examining older adolescents and even adults
18      are -- can be impactful in understanding how later
19      presenting patients may or may not benefit from
20      treatment.
21  Q.  But you aren't aware of a similar long-term outcome
22      study like the 2014 focused on what she calls is the
23      new developmental pathway?
24  A.  Correct.
25  Q.  So the bottom of page 2 the first column of the same

Page 252

1       2020 note we're reading says, "Systematic studies on
2       the rate of adolescents who discontinued their
3       transitions after they have started gender-affirming
4       hormones or surgeries with lasting effects are lacking
5       at present."
6             Do you agree that there's a lack of
7       systematic evidence about how many adolescent
8       presenting patients de-transition?
9   A.  I -- I think that there is a -- I don't have the
10      citation, but there is a recent article outlining
11      long-term continuation or non-continuation of hormones
12      in -- in adolescents who've started gender -- gender
13      care, but I don't disagree that more systematic
14      follow-up is an important question to continue to
15      study.
16            MR. MILLS:  All right.  I think we're
17      almost through.  Can we just take a five-minute break?
18      Would that work for everyone?
19            (Recess taken at 5:03 p.m.)
20            (On the record at 5:09 p.m.)
21  BY MR. MILLS:
22  Q.  So I'd like to flip back to the Standards of Care 8,
23      if we could, which was Exhibit 26, and I'm looking at
24      page S51.  Yep, you're good.
25  A.  Okay.  S51?

Page 253

1   Q.  That's right, S51.
2   A.  Okay.
3   Q.  So the first full paragraph, the last two sentences of
4       that first full paragraph in the first column on S51.
5   A.  Okay.
6   Q.  See it here?
7   A.  Yep.
8   Q.  It starts, "There are no studies -- There are no
9       studies of the long-term outcomes of gender-related
10      medical treatments for youth who have not undergone a
11      comprehensive assessment.  Treatment of this context,
12      e.g. with limited or no assessment, has no empirical
13      support and, therefore, carries the risk that the
14      decision to start gender-affirming medical
15      interventions may not be in the long term best
16      interests of the young person at that time."
17            Do you agree with that statement?
18  A.  Yes.
19  Q.  So a provider who prescribes medical gender transition
20      interventions for an adolescent who's never had any
21      mental health evaluation for gender dysphoria, would
22      not be following the WPATH guidelines, correct?
23  A.  So it says a comprehensive assessment, so I just want
24      to be careful that that doesn't necessarily mean that
25      it has to be a certain type of health professional.

64 (Pages 250 - 253)

Page 254

1      A comprehensive assessment must be
2   performed, in our clinic it is a mental health
3   professional.  In most pediatric gender clinics it is,
4   but it needs to be someone that's competent in doing a
5   psychosocial assessment and diagnosing gender
6   dysphoria.
7   Q.  So you think someone can receive medical gender
8   transition interventions consistently with WPATH who's
9   never had a mental health evaluation for gender
10   dysphoria?
11          MS. WILLIAMS:  Objection.
12   A.  So I -- I think in my mind comprehensive assessment is
13   a mental health assessment, so -- but I just wanted to
14   be clear on the words in WPATH, that they use the word
15   comprehensive assessment.  I agree that a mental
16   health assessment is important.
17   BY MR. MILLS:
18   Q.  Okay.  I'd like to show you what I'm marking as
19   Exhibit 40, which is an article in the Los Angeles
20   Times entitled, "This abortion doctor is not ready to
21   leave Alabama."
22          MARKED FOR IDENTIFICATION:
23          EXHIBIT 40
24          5:13 p.m.
25   BY MR. MILLS:

Page 255

1   Q.  Have you read this article?
2   A.  No.
3   Q.  So on page 1 it's dated April 2023.  You can see in
4   the first two paragraphs of the article it discusses a
5   Dr. Leah Torres, a 43-year-old OB-GYN.
6          To your knowledge, Dr. Torres is not an
7   endocrinologist, correct?
8   A.  Correct, not to my knowledge.
9   Q.  Or a pediatrician, to your knowledge?
10   A.  No.  I don't know her.  I had nothing -- no
11   information other than what's here in the article.
12   Q.  Sure.  And so you don't know if she has any mental
13   health training?
14   A.  I don't know.
15   Q.  So page 10 of the article in the middle -- actually
16   toward the bottom, the third to last paragraph on page
17   10, "When meeting trans patients, Torres is upfront
18   that she has been practicing such care for only a
19   year.  Full disclosure she tells them this area of
20   medicine is pretty new to me.  She also points out
21   that this is a relatively experimental area of
22   medicine without a lot of data."
23          Just from that description, does that --
24   does that sound like someone you would consider to be
25   qualified to practice pediatric gender medicine?

Page 256

1   A.  I don't think I can take two sentences from a quote
2   and make that determination.
3   Q.  All right.  So two paragraphs above what we just read,
4   "Torres does not believe adolescents seeking hormones
5   require mental health evaluations.  "No, I don't need
6   a psychologist or psychiatrist to evaluate someone
7   who's telling me this is how I felt for years," she
8   said.  "I know that how they felt for years is not
9   pathological.""
10          In your view, is Dr. Torres providing care
11   in accord with WPATH Standards of Care 8?
12          MS. WILLIAMS:  Objection.
13   A.  So I want to just pick apart these two sentences
14   before I answer.
15          So a psychologist or psychiatrist is not
16   necessarily required to be the person that does the
17   mental health evaluation, and that her comment that
18   how someone's feeling, their gender identity is not
19   pathological, I would agree with.
20   Q.  Even though it's a DSM-5 diagnosis?
21   A.  Gender dysphoria is -- is a DSM diagnosis, but a
22   difference in gender identity is not.  So the author
23   wrote Torres does not believe adolescents seeking
24   hormones require mental health evaluation, but that's
25   not her quote.  And so I don't know what evaluation

Page 257

1   Dr. Torres would perform in determining whether
2   someone has unmet mental health needs, but I wouldn't
3   be able to assess that just from these lines in this
4   article.
5   Q.  It doesn't sound like Dr. Torres is performing gender
6   medicine in the context of a multidisciplinary clinic,
7   does it?
8          MS. WILLIAMS:  Objection.
9   A.  I would have a hard time answering that question
10   without more context.
11   BY MR. MILLS:
12   Q.  Assuming she's the only provider that talks to a
13   patient, is she performing in the context of
14   multidisciplinary care?
15   A.  No.
16   Q.  So she's not performing in accord with WPATH Standards
17   of Care 8, correct?
18          MS. WILLIAMS:  Objection.
19   A.  Well, I don't know how she's actually performing.  I
20   -- that second question is unrelated to the previous
21   one.
22   BY MR. MILLS:
23   Q.  So the article goes on to say that Dr. Torres
24   prescribes youth cross-sex hormones on their first
25   visit, including a visit via telehealth, regardless of

65 (Pages 254 - 257)

Page 258

1    whether they had a mental health evaluation.
2              Would you do that in your clinic?
3    A.  Can you direct me to where that's stated?
4    Q.  If you could just answer the question.  We don't need
5       to look at the article again.
6    A.  Well, I guess it would be important to know is she
7       talking about an adolescent or an adult.  I certainly
8       have prescribed hormone interventions to patients on a
9       first visit, and prescribing on a first visit with the
10      doctor or performing telehealth visits would not be
11      outside of the standard of care, so.
12   Q.  So the next paragraph, the last paragraph on page 10,
13      "One transgender patient Torres recently started
14      seeing through telehealth was referred to her because
15      the teen's pediatrician and staff at a psychiatric
16      hospital did not respect his gender identity and used
17      his own name.  He told Torres he had known he was a
18      boy for years.  Torres," the next page, "told him
19      straight up that she would prescribe a low dose of
20      testosterone."
21              Do you believe that Dr. Torres is providing
22      care in accord with WPATH Standards of Care 8?
23              MS. WILLIAMS:  Objection.  Counsel, if
24      you're going to ask about the article, he should be
25      able to read the article.

Page 259

1    BY MR. MILLS:
2    Q.  The sections I've described outline how she has cared
3       for this child, and I'm asking the care for this child
4       was that in accord with WPATH Standards of Care 8.
5    A.  I think it's hard for me to comment on what her care
6       actually is like, but, you know, I think that I would
7       suggest that mental health evaluation is important for
8       adolescents with gender dysphoria prior to proceeding
9       with hormone, and that's why I practice the way I do.
10   Q.  So she may be treating a condition that has never been
11      properly diagnosed, correct?
12   A.  I think it's hard to say based on the author's report
13      of her conversation with her, but --
14   Q.  The passages I've read you have no concerns with how
15      Dr. Torres is practicing gender medicine for
16      adolescents?
17   A.  I'd like to reserve concern until I knew more about
18      how she actually structures her visits and sees
19      patients.
20   Q.  The next page, page 11, the second to last paragraph,
21      "I will do whatever I can within legal parameters,"
22      Dr. Torres said later."
23              You would agree that WPATH itself cannot do
24      anything about Dr. Torres's practice of gender
25      medicine?

Page 260

1    A.  What?  Say that again.
2    Q.  Can WPATH do anything to stop Dr. Torres from using
3       her current approach to gender medicine?
4    A.  I don't know what her current approach is exactly, but
5       WPATH can't tell anyone what to do.
6    Q.  And neither can the Endocrine Society?
7    A.  No.
8    Q.  Should adolescents be able to receive gender-affirming
9       surgeries?
10   A.  I think that there's some adolescents that benefit
11      from masculinizing chest surgery, but I don't advise
12      genital surgeries in patients under 18.
13   Q.  Are you aware that Standards of Care 8 now permit
14      surgeries under age 18, including the bottom surgeries
15      you just mentioned?
16   A.  I think that the WPATH doesn't actually discuss
17      particular age cutoffs and more talks around patient
18      readiness and individual factors.
19   Q.  In fact, is it right to say that WPATH removed the age
20      considerations that were in the initially published
21      version of Standards of Care 8?
22   A.  I believe that to be true.
23   Q.  Do you know why they removed those age restrictions?
24   A.  I do not.
25   Q.  ███████████████████████████████████████████

Page 261

1    ███████████████████████████████
2              MS. WILLIAMS:  Objection.
3    A.  I do not know.
4    BY MR. MILLS:
5    Q.  Are you aware that the United States in this case is
6       not challenging the law's ban on surgeries?
7    A.  I was aware.
8    Q.  Should they be?
9    A.  That's not for me to say.
10   Q.  You think it will harm children, though, if they can't
11      access gender-affirming surgeries before the age of
12      19?
13   A.  Before the age of 19.
14   Q.  That's the age in Alabama.
15   A.  I think it's -- it's possible that it can be harmful,
16      but as a nonsurgeon, I have more experience with the
17      -- the treatment of gender dysphoria with hormonal
18      interventions.
19   Q.  Have you told the United States that they should
20      challenge the surgery component of the Alabama law?
21              MS. WILLIAMS:  Objection.
22   A.  I have not.
23   BY MR. MILLS:
24   Q.  Why do you think they aren't challenging the surgery
25      component of the law?

66 (Pages 258 - 261)

Page 262

1        MS. WILLIAMS:  Objection.
2    A.  I don't know.
3    BY MR. MILLS:
4    Q.  I'm going to show you a clip.  Do you recall doing a
5        Facebook live streaming video with a group called
6        "Stand with Trans" entitled "Ask the Expert" in
7        February 2021?
8    A.  I do believe so.
9    Q.  Okay.  I'm just going to just show a clip from that
10       video if we can get it queued up here.
11           (Video playing.)
12   BY MR. MILLS:
13   Q.  And I'll mark that as Exhibit 42 [sic].
14           MARKED FOR IDENTIFICATION:
15           EXHIBIT 41
16           5:24 p.m.
17   BY MR. MILLS:
18   Q.  So in this -- in this video, you're talking about --
19       sorry.  What types of surgeries are you specifically
20       referring to in this video?
21   A.  I was -- I was talking about OB-GYNs so I was talking
22       about hysterectomy.
23   Q.  Okay.  And do you -- so in the video you said it
24       should be an adult decision to completely reverse
25       fertility potential.

Page 263

1        Do you still agree that it should be an
2        adult decision to completely reverse fertility
3        potential?
4    A.  I do.  I think that the decision around removal of
5        gonads and therefore having no possibility of
6        fertility is different than the hormonal interventions
7        that we've been discussing so far which do not reduce
8        fertility to zero, and my opinion is that -- that that
9        decision is best made in -- in most people after 18.
10   Q.  And that's -- you have that view despite the potential
11       availability of artificial means of reproduction?
12   A.  As in?  What artificial means of reproduction are you
13       referring to, like, sorry, just to understand your
14       question a little better?
15   Q.  Sure.  A 17-year-old considering these surgeries could
16       conceivably freeze her eggs, for instance, but despite
17       that available option, you still don't think a person,
18       a child, should be able to decide to have that
19       surgery?
20   A.  I think there could be a compelling case where a
21       person has really significant gender dysphoria related
22       to the uterus, and I'd be open to the idea that the
23       benefits would outweigh the risks, but as a general
24       matter, I -- I -- I encourage people to delay the
25       decision on gonadectomy surgeries.

Page 264

1    Q.  And you're a pediatric endocrinologist, correct?
2    A.  Yes.
3    Q.  You don't treat adults past the age of 22,
4        thereabouts?
5    A.  Sometimes I have patients that I have a hard time
6        graduating because they don't want to say good-bye, so
7        some patients are 23 or 24, but generally that's the
8        oldest patients, group of patients that I would see.
9    Q.  And why is pediatric endocrinology its own specialty?
10   A.  I think that there's a wide range of endocrine
11       problems that affect children that don't affect adults
12       and so having a specialty devoted to pediatrics is
13       important.
14   Q.  So treatments may vary between adult and child
15       practice it sounds like?
16   A.  Generally in endocrinology or gender-affirming care?
17   Q.  Generally in endocrinology.
18   A.  Yes.
19   Q.  And research on treatments for adults again generally
20       in endocrinology may not be applicable to treatments
21       for adolescents; is that right?
22   A.  Yes.
23   Q.  All right.  I'd like to show you another study that
24       you cited in your report, and this has to do with
25       the -- one of the twin studies that we started talking

Page 265

1        about earlier.
2            So I will mark this as Exhibit 42.
3            MARKED FOR IDENTIFICATION:
4            EXHIBIT 42
5            5:28 p.m.
6    BY MR. MILLS:
7    Q.  So again this -- you're familiar with this study?  You
8        cited it in your report; is that right?
9    A.  Yes.
10   Q.  If we could go under "Methods" on page 452.
11           MS. WILLIAMS:  You mean 752?
12           MR. MILLS:  Yep, I do.  Yes, I do.
13   BY MR. MILLS:
14   Q.  So it says, "For the review of case studies on twins,
15       we searched several databases using the following
16       keywords.  For unpublished data sets we contacted the
17       authors directly.  We also included three twin pairs
18       who attended the gender clinic of Ghent University."
19       And then later on it says, "There were some case
20       reports examined at our clinic," and then it says, "A
21       total of 25 twin pairs were also available for
22       analysis from a Toronto gender identity service."
23           So this isn't a randomized sample, correct?
24   A.  Correct.
25   Q.  And it would not be representative of the overall

67 (Pages 262 - 265)

Page 266

1   population of twins?
2   A. Well, that's, I think, open to the readers and open
3      for the readers' determination. So having enough
4      identical twins in one gender clinic there wouldn't be
5      enough power to answer any question about -- about a
6      genetic link so you need to widen the circle, so to
7      speak. So they outlined how they recruited these twin
8      pairs, and then it's for the reader to then assess how
9      well does this recruitment strategy represent twins
10     generally.
11  Q. And these -- these patients, or some of them, had been
12     diagnosed with gender identity disorder. That is the
13     old diagnosis under the DSM-IV; is that right?
14  A. Yes.
15  Q. And that's not the same is gender identity under the
16     DSM-5?
17  A. There's -- the criteria are not identical.
18  Q. So this study does not examine twins in the context of
19     the current diagnostic criteria for gender dysphoria
20     under the DSM-5?
21  A. That's right. It's not -- it's specifically talking
22     about gender identity disorder, which is similar to,
23     but not the same as gender dysphoria.
24         And I think I also used this article to
25     express biologic origin for gender identity more

Page 267

1      generally, so we're using gender identity disorder as
2      a surrogate for gender identity.
3   Q. But not all persons with divergent gender identity
4      have or had under the old diagnosis gender identity
5      disorder; is that true?
6   A. That's true.
7   Q. So on page 755 under "Statistical Analysis" it says,
8      "If we combine the same sex MZ and DZ twin pairs
9      across sex, there were a total of nine 39.1 percent MZ
10     twin pairs concorded for GID, and fourteen 60.9
11     percent discorded for GID. Of the 21 DZ twin pairs
12     all were discorded for GID."
13         So that means, if I can try to translate
14     that, that means that 39.1 percent of identical twins
15     examined were found to both have gender identity
16     disorder; is that a fair --
17  A. Yeah, I think the way that I would explain it is
18     they're finding twin pairs where at least one of the
19     twins has gender identity disorder, and then they're
20     saying what percentage of the other also has gender
21     identity disorder.
22         So in the monozygotic or you could say
23     identical twins, 39 percent of the other twin also had
24     gender dysphoria, and the fraternal, so to speak,
25     dizygotic twin pairs none of the other twins had

Page 268

1      gender identity disorder.
2   Q. Right. You said gender dysphoria, but it's really
3      just gender identity disorder?
4   A. Right, that's what I tried to say, yep.
5   Q. Okay. So 755 on the second column right at the top of
6      the page, the higher concordance for GID and MZ than
7      in DZ twins is consistent with a genetic influence on
8      its genesis, although shared and nonshared
9      environmental factors cannot be ruled out."
10         Do you agree with that statement?
11  A. Yes.
12  Q. Then the next sentence, "Indeed, from these case
13     reports, very little is known about the "equal
14     environment assumption." That is the assumption that
15     MZ twins are not treated more similarly than DZ twins
16     in ways that might affect their gender identity."
17         You agree with that statement?
18  A. I think I understand what they're saying, and in -- I
19     would agree that the -- the point they're making is,
20     you know, the assumption in twin studies is that the
21     environment is the same when you are an identical twin
22     or a fraternal twin because you're living in the same
23     house, but could there be subtle differences in the
24     environment if you are identical twins, are you
25     treated differently in some way that isn't the case

Page 269

1      with fraternal twins, could this be explaining the
2      reason that 39 percent of monozygotic twins are
3      concorded where zero percent of dizygotic twins are
4      concordant, that's the question that they're posing,
5      so it's up to the reader then to think that through
6      and make a determination.
7   Q. And so under "Statistical Analysis" on 755 the first
8      column the second sentence, the one right after the
9      one we already read was, "The difference in
10     concordance between the MZ and DZ pairs was
11     significant chi squared equals 8.18, so" --
12         MS. WILLIAMS: It says 8.08.
13         MR. MILLS: Sorry.
14         MS. WILLIAMS: That's okay.
15         MR. MILLS: I'm dying, 8.08.
16  BY MR. MILLS:
17  Q. So this chi squared test just asks whether there's an
18     observed difference between two variables; is that
19     right?
20  A. Yes.
21  Q. And it doesn't control for any other variables,
22     correct?
23  A. Right. But again, that's sort of the point of a twin
24     study is that you're doing almost everything you can
25     to control the variables.

68 (Pages 266 - 269)

Page 270

1  Q.  But the -- in terms of formal statistical analysis, it
2     doesn't control for any other variables?
3  A.  Correct.
4  Q.  And so it doesn't control for sexual orientation,
5     right?
6  A.  Correct.
7  Q.  So if there were an overlap between sexual orientation
8     and GID, that could account for some or all of any of
9     this difference observed?
10 A.  I don't really know that I understand what you mean.
11    I think that -- could you explain the question a
12    little bit more?
13 Q.  Sure.  So we can look at 755 at the bottom of the
14    page, the very last full sentence.  "In all the cases
15    reported to be concorded for GID, there was also
16    concordance for sexual orientation."
17        So if there's a relation between GID and
18    sexual orientation, any differences between the
19    identical and fraternal twin groups could be due to
20    the sexual orientation concordance rather than gender
21    identity disorder concordance, right?
22        MS. WILLIAMS:  Counsel, we're at 7
23    according to Coty's clock, but if you want to answer
24    that question.
25 A.  Yeah, so I think what you're saying is -- is that all

Page 271

1     of the twin pairs that are concordant also shared the
2     same sexual orientation, so could the sexual
3     orientation be somehow impacting the diagnosis of
4     gender identity disorder.
5         I think that -- that -- that doesn't seem
6     plausible to me, but I'm not sure I completely
7     understand the question, but I -- I -- I think that
8     regardless of someone's sexual orientation, whether
9     they have a difference in gender identity or have
10    gender identity disorder is -- is relevant, so I guess
11    that would be my answer, but I'm still not sure I hit
12    it out of the park because I'm not sure I understood
13    the question completely.
14        MR. MILLS:  That's all right.  Great.
15    Well, thanks so much for your time.
16        COURT REPORTER:  Please put your order on
17    the record for transcript.  Do you want to order the
18    transcript?
19        MR. MILLS:  Yes, I would like to order the
20    transcript.
21        MS. WILLIAMS:  United States would as well.
22        (Deposition concluded at 5:39 p.m.
23        Signature of the witness was requested.)
24
25

Page 272

1  Boe, Brianna, Et Al. v. Marshall, Steven T., Et Al.
2  Daniel Shumer, MD (#6502246)
3         ACKNOWLEDGEMENT OF DEPONENT
4     I, Daniel Shumer, MD , do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11  _____    _____
12  Daniel Shumer, MD          Date
13  *If notary is required
14        SUBSCRIBED AND SWORN TO BEFORE ME THIS
15        _____ DAY OF _____, 20___.
16
17
18        _____
19        NOTARY PUBLIC
20
21
22
23
24
25

Page 273

1  Boe, Brianna, Et Al. v. Marshall, Steven T., Et Al.
2  Daniel Shumer, MD (#6502246)
3        E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22 _____
23 _____    _____
24 Daniel Shumer, MD          Date
25

69 (Pages 270 - 273)

Page 274

1          CERTIFICATE OF NOTARY
2    STATE OF MICHIGAN )
3              ) SS
4    COUNTY OF MONROE  )
5
6          I, LEISA PASTOR, certify that this
7    deposition was taken before me on the date
8    hereinbefore set forth; that the foregoing questions
9    and answers were recorded by me stenographically and
10   reduced to computer transcription; that this is a
11   true, full and correct transcript of my stenographic
12   notes so taken; and that I am not related to, nor of
13   counsel to, either party nor interested in the event
14   of this cause.
15
16
17
18
19
20
21
22          LEISA PASTOR, CSR-3500, CRR,
23          Notary Public,
24          Monroe County, Michigan
25          My Commission expires:  9/7/27

Page 275

1    Renee Williams
2    renee.williams3@usdoj.gov
3          April 22, 2024
4    RE: Boe, Brianna, Et Al. v. Marshall, Steven T., Et Al.
5    4/2/2024, Daniel Shumer, MD (#6502246)
6    The above-referenced transcript is available for
7    review.
8        Within the applicable timeframe, the witness should
9    read the testimony to verify its accuracy. If there are
10   any changes, the witness should note those with the
11   reason, on the attached Errata Sheet.
12       The witness should sign the Acknowledgment of
13   Deponent and Errata and return to the deposing attorney.
14   Copies should be sent to all counsel, and to Veritext at
15   cs-southeast@veritext.com.
16    Return completed errata within 30 days from
17   receipt of testimony.
18     If the witness fails to do so within the time
19   allotted, the transcript may be used as if signed.
20
21
22       Yours,
23       Veritext Legal Solutions
24
25

Veritext Legal Solutions
877-373-3660                                          800.808.4958

Page 272

1    Boe, Brianna, Et Al. v. Marshall, Steven T., Et Al.

2    Daniel Shumer, MD (#6502246)

3                ACKNOWLEDGEMENT OF DEPONENT

4        I, Daniel Shumer, MD , do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11    _____        5/15/2024

12    Daniel Shumer, MD                   Date

13    *If notary is required

14                         SUBSCRIBED AND SWORN TO BEFORE ME THIS

15    15th  DAY OF  May            , 2024.

16

17

18    Karl L Van Cp lll

19                NOTARY PUBLIC

20

21                ┌─────────────────────────────────┐
                   │    KENNARD LEE VANCAMP III       │
22                 │  Notary Public - State of Michigan │
                   │      County of Washtenaw          │
                   │ My Commission Expires Sep 19, 2030 │
                   │ Acting in the County of Washtenaw  │
23                └─────────────────────────────────┘

24

25

Page 273

1    Boe, Brianna, Et Al. v. Marshall, Steven T., Et Al.

2    Daniel Shumer, MD (#6502246)

3              E R R A T A   S H E E T

4    PAGE_23_ LINE_13__ CHANGE_"gains" to "genes"_____

5    _____

6    REASON_wrong word_____

7    PAGE_35__ LINE_14__ CHANGE_"children in adolescence"

8    to "children and adolescents"_____

9    REASON_wrong word_____

10   PAGE_36__ LINE_16__ CHANGE_"cross X hormones" to__

11   "cross sex hormones"_____

12   REASON_wrong word_____

13   PAGE_37__ LINE_21__ CHANGE_"diagnosis" to_____

14   "diagnose"_____

15   REASON_wrong word_____

16   PAGE_41__ LINE_23-24 CHANGE_"half progresses" to__

17   "has progressed"_____

18   REASON_wrong word_____

19

20   Please see page 273a for continuation of the Errata

21   Sheet.

22

23   _____    5/15/2024_____

24   Daniel Shumer, MD            Date

25

Page 273a
Errata Sheet – Continued

PAGE: 45 LINE: 10-12
CHANGE: add open quotation mark before "appear" and add close quotation mark after "environment"
REASON: I am reading a passage, not using my own words

PAGE: 54 LINE: 3
CHANGE: "Casey" to "K.C."
REASON: Corrected name of legal case

PAGE: 61 LINE: 21
CHANGE: "higher" to "high"
REASON: wrong word

PAGE: 63 LINE: 7
CHANGE: "parents" to "patients"
REASON: wrong word

PAGE: 65 LINE: 1
CHANGE: "female body" to "female-bodied"
REASON: wrong word

PAGE: 70 LINE: 9
CHANGE: "persistent" to "persistence"
REASON: wrong word

PAGE: 83 LINE: 5
CHANGE: "involved" to "evolved"
REASON: wrong word

PAGE: 97 LINE: 2
CHANGE: "male body" to "male-bodied"
REASON: wrong word

PAGE: 98 LINE: 1-2
CHANGE: "female body" to "female-bodied"
REASON: wrong word

PAGE: 103 LINE: 3
CHANGE: "the" to "a"
REASON: wrong word

_____
Daniel Shumer, MD

_____5/15/2024_____
Date

**Page 273b**
**Errata Sheet – Continued**

**PAGE: 107 LINE: 24**
CHANGE: "a course being estrogen" to "of course being on estrogen"
REASON: wrong words

**PAGE: 117 LINE: 12**
CHANGE: "adults" to "adolescents"
REASON: I went back to the source material to confirm that the wrong word was transcribed

**PAGE: 117 LINE: 15**
CHANGE: "e-scores" to "z-scores"
REASON: wrong scientific word

**PAGE: 130 LINE: 16**
CHANGE: "doctrine care" to "Doctoring: care"
REASON: wrong title

**PAGE: 143 LINE: 25**
CHANGE: "particularly synthetic ethanol, estradiol," to particularly synthetic ethinyl estradiol,"
REASON: wrong scientific word and position of punctuation

**PAGE: 151 LINE: 25**
CHANGE: "at a similar stage 2" to "at SMR stage 2"
REASON: I went back to the source material to confirm correct words, SMR is a medical abbreviation for
Sexual Maturity Rating

**PAGE: 162 LINE: 6**
CHANGE: "fought puberty" to "block puberty"
REASON: I went back to the source material to confirm the correct word

**PAGE: 164 LINE: 23**
CHANGE: "Top ten" to "Top trans"
REASON: I went back to the article in question to confirm correct title

**PAGE 165: LINE: 12**
CHANGE: "the clinical name Deniliquin the first visible" to "the clinical name of the moment when the
first visible"
REASON: wrong word, misssing words; I went back to the source material to find the correct language

_Daniel Shumer, MD_                                              _5/15/2024_
Daniel Shumer, MD                                               Date

Page 273c
Errata Sheet – Continued

PAGE: 168 LINE: 3
CHANGE: "You say 'After a while'" to "You say after, 'While,' you say,"
REASON: Wrong phrase, the quotation in question starts with the word "while"

PAGE: 182 LINE: 20
CHANGE: "GnHR" to "GnRH"
REASON: wrong scientific word

PAGE: 183 LINE: 21
CHANGE: "protocol-ise" to "protocolize"
REASON: protocolize is a word

PAGE: 189 LINE: 2
CHANGE: "up comes" to "outcomes"
REASON: wrong word

PAGE: 193 LINE: 10
CHANGE: "protruding" to "treating"
REASON: wrong word

PAGE 198: LINE: 21
CHANGE: "ascent" to "assent"
REASON: wrong word

PAGE: 198 LINE: 23
CHANGE: "ascent" to "assent"
REASON: wrong word

PAGE: 199 LINE: 14
CHANGE: "ascent" to "assent"
REASON: wrong word

PAGE: 201 LINE: 4-5
CHANGE: "no insulin equals dying, yes, insulin equals living" to "no-insulin equals dying; yes-insulin equals living."
REASON: more clear with edited punctuation

PAGE: 208 LINE: 1
CHANGE: "preventing" to "presenting"
REASON: wrong word

_____                                      _____5/15/2024_____
Daniel Shumer, MD                                                     Date

Page 273d
Errata Sheet – Continued

PAGE: 212 LINE: 9
CHANGE: "page 241" to "page 247"
REASON: In review of the source material, the page number related to the discussion is wrong

PAGE: 220 LINE: 18
CHANGE: "deep diminishment" to "diminishment" (omit the word deep)
REASON: I don't believe I used the word "deep" because that doesn't make sense; perhaps the transcript caught a stutter, di- diminishment?

PAGE: 228 LINE: 9
CHANGE: "Mr. Mills" to "Ms. Williams"
REASON: The wrong lawyer is quoted, it should be Ms. Williams objecting to the question posed by Mr. Mills.

PAGE: 229 LINE: 13
CHANGE: "produces" to "reduces"
REASON: wrong word

PAGE: 238 LINE: 5
CHANGE: "27" to "20.7"
REASON: wrong number

PAGE: 269 LINE: 3
CHANGE: "concorded" to "concordant"
REASON: wrong word

_____                    _____5/15/2024_____
Daniel Shumer, MD                    Date