# EXHIBIT 40

$Ex.1$



# HHS Public Access
Author manuscript
*Adv Pediatr.* Author manuscript; available in PMC 2017 August 01.

Published in final edited form as:
 *Adv Pediatr.* 2016 August ; 63(1): 79–102. doi:10.1016/j.yapd.2016.04.018.

## Advances in the Care of Transgender Children and Adolescents

**Daniel E Shumer, MD, MPH**[1], **Natalie J Nokoff, MD**[2], and **Norman P Spack, MD**[3]

[1]Assistant Professor, Department of Pediatrics and Communicable Diseases, Division of Pediatric Endocrinology, University of Michigan Health Systems, Ann Arbor, MI

[2]Fellow, Department of Pediatrics, Division of Pediatric Endocrinology, University of Colorado School of Medicine, Aurora, CO

[3]Senior Associate, Endocrine Division, Boston Children's Hospital, Boston, MA; Associate Clinical Professor of Pediatrics, Harvard Medical School, Boston, MA

### Abstract

Children and adolescents with gender dysphoria are presenting for medical attention at increasing rates. Standards of Care have been developed which outline appropriate mental health support and hormonal interventions for transgender youth. This article defines terminology related to gender identity, reviews the history of medical interventions for transgender persons, outlines what is known about gender identity development, and reviews mental health disparities faced by this patient population. We provide an overview of medical management options for transgender adolescents meeting diagnostic criteria for gender dysphoria including pubertal suppression, cross-sex hormones, longitudinal screening and anticipatory guidance. We describe current challenges in the field and provide information about how care is currently being provided in the US and Canada. We conclude with 5 brief case examples.

### Keywords

Gender dysphoria; transgender; gender identity; adolescent; child

### Introduction

The World Professional Association for Transgender Health (WPATH) first published Standards of Care for the heath of transsexual, transgender, and gender-nonconforming people in 1980, with the 7th Edition released in 2012.[1] In 2009, The Endocrine Society issued a clinical practice guideline for the treatment of transsexual persons, including support for pubertal suppression and cross-sex hormones in carefully screened and supported transgender adolescents.[2] In the 35 years since the publication of the first edition of the WPATH standards, transgender issues have emerged from the periphery of the general

Corresponding author: Daniel E Shumer, MD, MPH, Assistant Professor in Pediatrics, Division of Pediatric Endocrinology, University of Michigan, 1500 E. Medical Center Drive, Ann Arbor, MI 48109-5175, Phone: 734-764-5175, Fax: 734-615-3353.
**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final citable form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.



EXHIBIT NO. 1
FOR IDENTIFICATION
DATE: 4/22/24
Leisa Pastor, CSR, CRR

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Shumer et al. Page 2

conscious to a center stage cultural, human rights, and medical topic in both lay media and scientific inquiry.[3,4] Gender management clinics have emerged to assess, support, and provide medical treatment for transgender adolescents across Europe and North America.[5–9] As transgender issues continue to emerge to the forefront of the public consciousness, the public is expecting knowledgeable, competent, and comprehensive mental health and medical care. Yet, only a minority of medical schools offer curriculum related to transgender-specific care.[10] This mismatch between provider education and patient expectation has left providers and health systems struggling to develop appropriate clinical care systems. This article will define critical terminology in the field, describe what is known about gender identity development, outline the current mental health disparities faced by transgender persons in general and youth specifically, address current guidelines regarding medical treatment of the pediatric transgender patient, highlight persisting challenges and barriers to care, and conclude with case examples.

## Definitions and Epidemiology

*Gender identity* describes one's internal feeling of gender, for example, boy or girl, man or woman, agender (identifying as having no gender), or a non-binary understanding of one's gender. This is in contrast to *biologic sex*, which is describes the chromosomal, hormonal, and anatomic determinants which result in characterizing people as male or female. A *transgender* person feels a discrepancy between their sex assigned at birth and their gender identity.[11] The term *cisgender* has subsequently been introduced to describe individuals who have a gender identity congruent with or the same as their sex assigned at birth. *Gender role* or *gender expression* describes how a person presents themselves as masculine or feminine in the context of societal expectations. *Gender attribution* describes the process whereby other observers view a person as masculine or feminine. For example, a transgender woman who appears masculine due to the development of male secondary sex characteristics may have a male *gender attribution* and struggle with "passing" as an affirmed woman. Finally, *sexual orientation* describes the persons one finds sexually desirable, for example, homosexual, heterosexual, bisexual, pansexual or asexual.[12]

*Gender dysphoria in childhood* and *gender dysphoria in adolescents and* adults are defined in the Diagnostic and Statistical Manual of Mental Health Disorders, Fifth Edition (previously referred to *gender identity disorder in previous editions*).[13,14] Both children and adolescents meet diagnostic criteria for gender dysphoria if they experience a marked difference between their experienced and assigned gender which persists for at least 6 months, and causes significant distress or impaired functioning.[14] A *transsexual* person, as defined by the WPATH Standards of Care, describes "individuals who seek to change or have changed their primary and/or secondary sex characteristics through feminizing or masculinizing medical interventions (hormones and/or surgery), typically accompanied by a permanent change in gender role."[1]

As evidenced by the American Psychiatric Association's decision to remove the stigmatizing word "disorder" from the lexicon, replacing *gender identity disorder* (GID) with *gender dysphoria*, there has been evolving depathologization for those whose gender identity differs from their sex assigned at birth. The idea that *gender identity* exists on a continuum and that

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

*gender diversity* should be celebrated has gained cultural traction and has resulted in greater acceptance of gender non-conforming people in certain communities. See Table 1 for a list of commonly used terms.

The prevalence of gender dysphoria has been difficult to estimate. A calculated prevalence from the Netherlands in 1996 suggested 1 per 11,900 natal Dutch males and 1 per 30,400 natal Dutch females were transsexual.[15] However, the frequency of new referrals to pediatric gender programs suggests that these numbers understate the current prevalence in the US. In addition, the proportion of natal male and natal female referrals appears to be closer to 1:1, conflicting with Dutch epidemiologic data.[5] In dramatic contrast to the Dutch data, a recent survey of 28,662 adults in Massachusetts found 0.5% self-identifying as transgender.[16] We suggest that as societal acceptance of gender diversity continues to advance and as barriers to care are removed, the transgender population will grow dramatically.

## Historical Perspectives

Prior to the isolation of sex hormones, their development into an injectable or oral compound to be administered, and development of surgical techniques, there were no options to change one's secondary sex characteristics. Charles-Édouard Brown-Séquard was among the first to conceptualize that hormones, or substances, may be secreted by a gland and enter the bloodstream to affect distant organs. He claimed to have injected himself with an extract derived from dog and guinea pig testes.[17]

Testosterone was discovered in 1935[18] and was synthesized from cholesterol soon after.[19] Estrone was isolated in 1929–1930 from the urine of pregnant women in the US[20] and Germany[21] with the discovery of estriol shortly afterwards.[22] Progesterone was discovered in 1934 by multiple groups.[23,24] The first orally active progestin was synthesized in 1938 and named "ethisterone" and was significantly androgenic.[25] The same group later synthesized estradiol, termed "ethynylestradiol,"[26] which was widely used for decades including in the care of transgender women.[27]

Magnus Hirschfeld was a Jewish German physician and sexologist who is known for advocating for the rights of homosexuals in turn-of-the-century Germany. He coined the term "transvestite" and opened the Institute for Sexual Research in 1919.[28]

The first "modern" orchidectomy was performed in 1930 for a Danish natal male who sought a sex change. She then went a penectomy, implantation of ovarian tissue and vaginoplasty.[29] There are older examples from history, for example, the Hijiras, an Indian Caste of men who lived as women and underwent ritual castration or a surgery performed in Australian aboriginal men to create a rudimentary vagina.[30] There were additional published cases of penectomy for gender dysphoria in the 1940s–1950s in Germany.[30]

The first widely published case in of a transgender female in the United States was Christine Jorgensen, who appeared on the front page of the *New York Daily News* on December 1, 1952.[31] Christine, formerly George, served in World War II and after returning from war, started taking feminizing hormones. She underwent castration and sex reassignment surgery in Denmark, and later had a vaginoplasty in the United States.[32]

Author Manuscript

The earliest case reports in the medical literature of surgical treatment of a transgender individual were in Germany in 1940s[33] and in JAMA in 1953 by Danish physicians.[34] A 24 year old natal male presented with a desire to more fully live as a woman and was treated with estradiol monobenzoate injections and oral ethinyl estradiol. Per the patient's wishes, she underwent castration after permission was granted by the Danish Ministry of Justice.[34] Following the initial operation, the patient had a penectomy and plastic surgery of the scrotum to construct "labia-like formations." A vaginoplasty was not performed and not desired by the patient. The authors were ahead of their time, calling upon the "medical profession and authorities" to show a "more positive attitude toward the efforts at easing and facilitating the daily life of the victims of genuine transvestism" with an outline of suggestions to make this possible,[34] which resonate with current recommendations.

Harry Benjamin was a German-born sexologist and endocrinologist who knew Magnus Hirschfeld and became widely known for his 1966 book, The Transsexual Phenomenon.[35] He treated Christine Jorgensen. In 1979, the Harry Benjamin International Gender Dysphoria Association was formed, now re-named the World Professional Association for Transgender Health. The first "standards of care" were published in 1979, now in their 7th version.[1]

The first female-to-male (FTM) sex reassignment surgeries were performed at Johns Hopkins in 1966 after the Gender Identity Clinic was formed. The psychologist and sexologist John Money helped found the clinic and was later widely criticized for the John/Joan case.[36] Thousands of gender affirmation surgeries were later performed by Dr. Stanley Biber in Trinidad, Colorado, which was later coined, the "sex change capital of the world." He performed his first sex reversal surgery in 1969 at his patient's request and after learning from sketches of surgical procedures.

In the 1980s, GnRH agonists were first used for the treatment of central precocious puberty,[37] and would prove to be a key treatment option for younger transgender patients. Prior to the late 1990s, treatment of children or adolescents with gender dysphoria was not considered. In 1998, Drs. Cohen-Kettenis and van Goozen in the Netherlands published a report of a FTM transgender patient treated with triptorelin, a GnRH agonist, starting at age 13 years.[38] The Dutch practice methods of using pubertal suppression followed by cross-sex hormones for transgender adolescents subsequently became incorporated into the WPATH and The Endocrine Society Standards of Care.[1,2]

## The Development of Gender Identity

Expectant parents can now learn the chromosomal sex of their fetus with first trimester cell free fetal DNA and the anatomic sex on the second trimester ultrasound.[39] Many parents then spend the next few months preparing a nursery adorned in pink or blue, excited to welcome their new son or daughter into the world. The baby is born into a gendered world, where boys and girls dress differently and are often encouraged to pursue gender-specific games or styles of play. While these stereotypical gender roles vary by culture and change over time, the different expectations of boys and girls are thought to impact the development of gender identity. Children as young as 2 years learn to label themselves as a boy or a girl,

and by age 4–5, are able to understand that gender is a stable and lasting aspect of their identity.[40] Boys and girls have group differences in toy preference by as early as 12 months and can label other children as boys or girls by age 2.[41]

Development of gender identity development is complex, and likely a multifactorial process involving genetic, hormonal, and environmental factors. John Money and Anke Ehrhardt proposed the idea of brain sex,[42] which has drawn controversy.[43] Several brain structures appear to be sexually dimorphic,[44] which has led researchers to study whether transgender individuals have brain structures that more closely align with their affirmed gender. In one study, the volume of the bed nucleus of the stria terminalis in male-to-female (MTF) transgender persons was equivalent to the volume found in cisgender women.[45] However, others argue that such "dimorphisms" are better thought of as small differences with significant overlap.[43]

Studies of heritability of transgender identity have suggested that genetic factors may contribute to gender development. For example, in a recent review of twin studies, of 23 monozygotic male and female twin pairs where at least one twin met criteria for GID, 9 twin pairs (39.1%) were concordant for GID.[46] Studies have failed to firmly establish causative genes.[6]

The hormonal milieu of the developing fetal brain and its role on later gender identity has been another area of active research. Much of this research has been driven by the study of persons with disorders of sex development (DSD). Sex hormones, primarily androgens and estrogens, affect sex-specific changes in the developing fetus. During fetal life and infancy there are significant sex-specific differences in the normal concentrations of these hormones. It has been posited that these differences may contribute to group differences in behaviors observed between males and females later in life.[47,48] Populations of patients with various DSDs have served as natural experiments for this hypothesis. For example, infants with a 46,XX karyotype and congenital adrenal hyperplasia are most often raised as girls but have had fetal exposure to higher than normal concentrations of circulating androgens. In a meta-analysis, 5% of those assigned and raised female had gender dysphoria or a male gender identity, suggesting that prenatal androgen exposure may influence the development of a male-typical gender identity.[49] In another example, of 14 patients with 46,XY karyotype and cloacal extrophy raised female, 8 (57%) subsequently affirmed a male gender identity.[50] These and other studies (see Rosenthal[6] for a more complete review) suggest that the prenatal hormonal milieu, especially fetal androgen exposure, may play a role in gender identity development. Yet, the vast majority of transgender persons do not have an identified DSD or endocrinopathy.

Finally, individual environmental factors may influence the development of gender dysphoria. It has been suggested that the social relationship between the parent and infant[41] and cognitive learning about parental expectations and societal norms[51] contribute to gender development in all children. The observation that children with autism spectrum disorder (ASD) are disproportionately affected by gender dysphoria has contributed to the discussion of environmental factors and gender identity. Children with ASD may, as a result of social

*Adv Pediatr*. Author manuscript; available in PMC 2017 August 01.

Author Manuscript   Author Manuscript   Author Manuscript   Author Manuscript

cognitive impairment, feel less societal pressure to conform to their assigned sex at birth which may manifest as persistence of gender dysphoria.[52]

Children referred for assessment due to gender non-conformity may demonstrate gender non-conforming behaviors at a very young age, sometimes as early as 3 years.[53] Others persons may disclose a transgender identity later in adolescence or adulthood, without a history of gender non-conformity in early childhood.[6,54] Young children who are gender non-conforming or who identify as transgender may or may not continue to identify as transgender as adolescents and adults. In fact, there is evidence to suggest that for a majority of young children with cross-gender identity, this identity does not persist into adolescence; at the time of puberty their transgender identity may desist and perhaps evolve into a gay or lesbian sexual orientation.[55,56] However, those who have persistence of transgender identity and/or worsening of gender dysphoria in puberty are thought to be much less likely to identify as cisgender as adolescence continues. Clinicians can use worsening gender dysphoria at the onset of puberty as a diagnostic tool of persistent transgender identity and as a criterion for eligibility for medical intervention.[57,38]

There have been efforts to identify factors to differentiate prepubertal children who will persist in their transgender identity during adolescence and adulthood versus those who will desist. In a study of 53 adolescents in the Netherlands, those who persisted versus desisted in their gender identity had similar gender variant expression in childhood. Yet, those who experienced increased dysphoria in adolescence, starting between 10–13 years, were more likely to have a stable transgender identity. Important factors in early adolescence included: the social environment, feelings toward pubertal changes, and the emergence of sexual attraction.[58] Additional study of desistance versus persistence suggested that children who persist may have more severe symptoms of gender dysphoria in childhood and are more likely to undergo a social transition in childhood (live as the affirmed gender).[59] The uncertainty of future persistence, coupled with the idea that acceptance of a transgender identity in early childhood may be associated with persistence of transgender identity in adolescence and adulthood has led to controversy regarding the appropriate counseling and mental health treatment strategies for prepubertal children with gender dysphoria.

## Mental Health

Transgender persons continue to be disproportionately affected by bias, persecution, and harassment,[60] and have alarmingly high rates of depression, anxiety, self-harm behaviors and suicidality. A staggering 41% of transgender adults have attempted suicide. Rates of suicide attempt are higher among non-white transgender adults, those who are unemployed or underemployed, poor, less educated, and young.[61] Transgender youth who experience verbal and physical abuse are more likely to attempt suicide,[62] and transgender individuals are disproportionately victimized by physical abuse.[63] Transgender youth also have higher rates of alcohol, tobacco, cannabis, and other drug use,[64] and MTF persons, in particular, have higher rates of sex work and HIV.[65] In a recent study of mental health disparity, transgender youth had two- to threefold increased risk of depression, anxiety disorder, suicidal ideation, suicide attempt, self-harm behaviors, and utilization of both inpatient and outpatient mental health services compared to cisgender youth.[66]

The 2011 National School Climate Survey of LGBT youth surveyed over 8,500 students ages 13–20 years in the US, 700 of whom identified as transgender. Eighty percent of the transgender students reported feeling unsafe at school because of their gender expression and over half of gender nonconforming students had experienced verbal harassment. School policies that affect transgender students include school dress codes, gender segregated sports and physical education, gender segregated bathrooms and locker rooms, gendered pronouns, and binary-only options on school forms.[67]

It is therefore not surprising that youth presenting to gender management clinics are disproportionately affected by mental health comorbidities. At Boston Children's Hospital's Gender Management Services program, patients had a high prevalence of diagnosed psychiatric comorbidities (44%), history of self-mutilation (21%), history of psychiatric hospitalization (9%), and history of suicide attempt (9%).[5] Among 101 transgender youth ages 12–24 followed at the Center for Transyouth Health and Development at Children's Hospital Los Angeles, 15% had mild depression, 9% had moderate depression, and 11% had severe depression as rated on the Beck Depression Inventory. Half reported having thoughts about suicide, while 30% had attempted suicide.[64] As noted above, rates of ASD disorder may also be elevated among children and adolescents presenting with gender dysphoria, with a rate of 7.8% reported from the gender program in the Netherlands, a rate exceeding that in the general population.[68]

There is a lack of consensus among mental health providers regarding the goals of mental health treatment in pre-pubertal children.[12] Some argue that therapeutic goals should focus on reduction in dysphoria and acceptance of the biologic sex.[69] Affirmative approaches help families to support a child's transgender identity and assist children and families with the logistics of making a social transition.[70] There is less controversy about treatment goals for pubertal adolescents. Pubertal adolescents are less likely to desist, and supportive trans-affirmative mental health support is encouraged. The American Psychological Association recently published "Guidelines for Psychological Practice with Transgender and Gender Nonconforming People" containing 16 guidelines recommended for psychologists to assist with "culturally competent, developmentally appropriate, and trans-affirmative psychological practice."[71]

The WPATH Standards of Care and The Endocrine Society clinical practice guidelines describe comprehensive approaches aimed to mitigate mental health disparities and improve outcomes. Data from a pioneering Dutch group suggests that adolescents followed by a multidisciplinary gender team and treated with pubertal suppression followed by cross-sex hormones had improvement in psychological function with mental health outcomes in young adulthood similar to the general Dutch population.[72,73] The Endocrine Society guidelines recommend that children and adolescents with gender concerns be seen by a mental health professional with training in child and adolescent developmental psychology. The mental health professional should: 1) determine whether the individual fulfills DSM criteria for gender dysphoria; 2) inform the individual with respect to possibilities and limitations of sex reassignment and other treatments; and 3) assess for potential psychological comorbidities.[2] The WPATH Standards of Care requires adolescents meet eligibility and readiness criteria before proceeding with hormone treatments; medical interventions can be initiated only after

Shumer et al.                                                                                          Page 8

Author Manuscript

a referral from a qualified mental health professional.[1] Many multidisciplinary clinics require such documentation before hormones are prescribed. However, mental health providers with expertise in this area are limited, and many transgender youth may not have access to such providers given location, insurance coverage and cost.

## Sex Differentiation and Normal Puberty

Testosterone and estrogen are produced in the testes and ovaries beginning in early fetal life. Testosterone production in the fetus, and its subsequent conversion to dihydrotestosterone, leads to virilization of genital tissues and development of male genitalia. Absence of testosterone results in female external genitalia.[74]

After the "mini-puberty" of infancy, sex hormone production within the gonads enters a quiescent stage.[75] There is little difference in the hormonal milieu between prepubertal males and females, therefore, hormonal interventions are not indicated in prepubertal transgender children. The transgender prepubertal child can instead focus on better understanding their gender identity with the aid of a mental health professional and their family. When a prepubertal child makes a social transition, presenting themselves as their affirmed gender, their ability to "pass" as their affirmed gender is aided by the fact that they have not yet developed secondary sex characteristics.

Puberty, the life stage characterized by the development of secondary sex characteristics, begins with the activation of the gonadotropin releasing hormone (GnRH) pulse generator within the hypothalamus. Pulsatile GnRH leads, in turn, to pulsatile production luteinizing hormone (LH) and follicle stimulating hormone (FSH) within the anterior pituitary gland. LH inspires production of testosterone in testicular Leydig cells. It also leads to production of androgens in ovarian theca cells, which are then converted to estrogen. FSH causes germ cell maturation and testicular enlargement in males and the growth and recruitment of ovarian follicles in females.[76,77] Male puberty, driven by testosterone and dihydrotestosterone, is characterized by enlargement of the testes and phallus, development of facial and body hair, enlargement of the larynx and deepening of the voice, increase of lean muscle to fat ratio, and skeletal changes such as masculinization of the facial bones and jaw and widening of the shoulders. In female puberty, estrogen production results in development of glandular breast tissue and redistribution of fat to the buttock and hips. Ovarian and endometrial development leads to menarche.[78]

The onset of central puberty can be assessed clinically by the development of testicular enlargement and breast budding in biologic males and females respectively. The beginnings of testicular enlargement and thinning of the scrotal skin in biologic males, and the development of breast budding in biologic females, are hallmarks of sexual maturity rating or SMR (Tanner stage) 2. Pubic hair development and the development of apocrine body odor may develop prior to central puberty as a result of adrenal androgen production. These changes by themselves should not be considered evidence of central puberty.[79,80] The average age of onset of puberty is 10–11 years in females and age 11–12 years in males. Height velocity increases during puberty and peaks about 2.5 years after the start of the pubertal growth acceleration.[81] In biologic males, characteristics significantly affecting

*Adv Pediatr.* Author manuscript; available in PMC 2017 August 01.

8

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Shumer et al.                                                                                                    Page 9

gender attribution, such as facial hair development, completion of voice change, and masculinization of facial bones, occur later in puberty compared to genital development. The lateness of these changes within normal male puberty provides incentive for pubertal suppression in MTF individuals presenting in late puberty. In FTM individuals, breast development typically progresses from SMR 2 to 5 (fully developed) within 4–5 years and menses typically begin 2–2.5 years after breast budding.[78]

## Overview of Medical Management

The WPATH standards of care and The Endocrine Society clinical practice guidelines both recommend the diagnosis of gender dysphoria be made by a mental health professional with expertise in gender identity prior to considering a hormonal intervention.[1,2] Some multidisciplinary gender programs employ mental health professionals to perform assessments for referred patients; other programs rely on community-based mental health providers to make the diagnosis of gender dysphoria.[82] Primary goals of medical interventions include: (1) prevention of the development of unwanted secondary sex characteristics of the biologic sex, and (2) promotion of the development of desired secondary sex characteristics of the affirmed gender. Broader objectives include reduction in dysphoric feelings, reduction in co-morbid depression, anxiety and suicidality, and enhanced ability to "pass" as the affirmed gender with subsequent improvement in quality of life and general functioning.

## Prevention of the Development of Unwanted Secondary Sex Characteristics

Medical interventions that suppress sex hormone production, or that block sex hormone action, work to prevent the development of undesired secondary sex characteristics of the biologic sex (Table 2). These interventions include pubertal suppression using GnRH agonists, reduction in biologic hormone production using progestins, and use of androgen receptor antagonists such as spironolactone.[6]

Use of a GnRH agonist to completely suppress puberty starting at SMR 2 followed by introduction of cross-sex hormones in later adolescence was first described by a pioneering gender center in Amsterdam, The Netherlands.[57,38] The rationale for using GnRH agonist medications to suppress puberty include the following: (1) it allows a transgender adolescent protected time to explore their gender identity with their mental health professional and family without continued progression into their biologic puberty; (2) halting progression of puberty appears to improve behavioral and emotional problems, and reduces depressive symptoms;[72] (3) preventing the development of secondary sex characteristics of the biologic puberty can improve the ability to pass as the affirmed gender and obviate the need for procedures such as masculinizing chest surgery in biologic females, and electrolysis of facial and body hair, feminizing facial surgeries, and voice therapy in biologic males.

For example, a FTM patient who starts on GnRH agonist medication at SMR 2, and then starts on testosterone in later adolescence, may not require masculinizing chest surgery and will also forgo menstruation. If suppression occurs at SMR 3 or 4, prior to full breast

*Adv Pediatr.* Author manuscript; available in PMC 2017 August 01.

development, a less invasive chest surgery (for example, through an areolar incision rather than an inframammary incision) may be considered. A FTM patient presenting after full breast development has occurred would get less benefit from GnRH agonist treatment. While a GnRH agonist would suppress dysphoric menses, other more cost effective interventions, such as treatment with a progestin, may accomplish a similar result.

For MTF, use of GnRH agonist medication prior to the development of male secondary sex characteristics can dramatically improve gender attribution, the ability to pass as the affirmed female gender. For example, a MTF who starts on GnRH agonist medication at sexual maturity rating 2, who continues on it as estrogen therapy is initiated in later adolescence, and then proceeds with gonadectomy and vaginoplasty after age 18, will never develop masculine facial and body hair, will not have a deep voice, and will not have masculinization of the facial bones and skeletal frame.[12]

Both WPATH and The Endocrine Society Guidelines recommend consideration of GnRH agonist therapy only after the start of puberty (SMR 2).[1,2] Use of pubertal suppression to prevent puberty from starting, starting at SMR 1, is not recommended. This is because persistence of gender dysphoria during early puberty can be used as an important diagnostic tool, predicting continued transgender identity in older adolescence and adulthood. Additionally, starting at SMR 1 would add unnecessary treatment and cost for a prepubertal patient not requiring pubertal suppression.

GnRH agonist medications have been used extensively in the pediatric age group for treatment of precocious puberty for over 25 years. They are considered safe and reversible medications.[83] In the transgender population, theoretical risks include reduction in bone mineral density z-score while on treatment. However, new evidence suggests bone density accrual improves after starting treatment with cross-sex hormones.[57] Although the effects of GnRH agonists are reversible, they are often started with the intent of initiating cross-sex hormones later on, and the combination of the two results in permanent and semi-permanent effects. It is important that families receive counseling regarding the fertility effects of GnRH agonists and cross-sex hormones. A child who starts on GnRH agonist therapy at SMR stage 2 and continues on the mediation as cross-sex hormones are introduced later in adolescence will never have spermatogenesis or menarche, and will not have the opportunity to bank gametes using cryopreservation. Yet for many patients and families, after appropriate informed consent, the benefits of pubertal suppression still outweigh the risks.[1,2] GnRH agonists can be continued during treatment with cross-sex hormones. For example, a MTF individual may be concurrently treated with a GnRH agonist and estrogen until gonadectomy is performed, at which point GnRH agonist therapy would no longer be needed. A FTM individual may use a GnRH agonist and testosterone until masculinizing chest surgery, at which point monotherapy with testosterone should suffice to prevent continued menstruation.

GnRH agonists provide a constant level of stimulation to the GnRH receptor and, as a result, inhibit the pulsatile secretion of LH and FSH from the anterior pituitary. Common forms of administration include an intramuscular injection administered every 30 or 90 days (leuprolide acetate) or a subcutaneous implant, replaced annually (histrelin acetate). In our

Shumer et al.

experience, histrelin acetate implants in either the pediatric preparation (distributed in the US as Supprelin®, designed to deliver 65 mcg per day of active medication) or adult preparation (distributed in the US as Vantas®, designed to deliver 50 mcg per day of active medication) are both effective at suppressing puberty in transgender adolescents for longer than one year. GnRH agonists can also be given as intranasal preparations; however, there are no reports of use of this preparation in transgender individuals. Choice of GnRH agonist preparation in the US is often based on availability, insurance coverage, patient age and patient and family preference. We have often used Vantas® in situations where insurance coverage is denied because it is more affordable for out-of-pocket payment compared to other preparations. The use of any GnRH agonist preparation for pubertal suppression in transgender adolescents is considered "off-label" in the US. The Food and Drug Administration has not listed gender dysphoria as a clinical indication for their use, despite the fact that this is current standard of care.

In addition to GnRH agonists, other medications that reduce the production of sex hormones or inhibit their actions can be useful in the transgender adolescent. Even prior to the development of GnRH agonist medications, progestins, more specifically medroxyprogesterone acetate, had been used in the treatment of precocious puberty to suppress sex hormone production.[84] Progestins, including medroxyprogesterone acetate and norethindrone, reduce the pulsatile release of LH and also directly inhibit sex hormone production at the level of the gonad.[6] Medroxyprogesterone acetate can be given as an intramuscular injection every 3 months (Depo-Provera®) or as a daily oral medication (Provera®), and norethindrone as a daily oral medication (as Micronor® or Aygestin®). In our experience, treatment with progestins have been especially helpful in a few specific situations: (1) in a FTM individual who has already completed breast development and started menstruating, but who is either too young or still in the process of considering treatment with testosterone. In this situation, treatment with a progestin can aid in reducing dysphoria by suppressing menses; (2) in a MTF individual who has started on cross-sex hormone therapy with estradiol and who cannot receive GnRH agonist therapy due to lack of insurance coverage. In this situation, if the estrogen monotherapy is insufficient to bring testosterone down to a level which would support normal breast development, use of estrogen therapy with concurrent use of a progestin can help to promote normal breast development and minimize further masculinization from testicular production of testosterone. Note that, conversely, a FTM individual on monotherapy with testosterone will most often have adequate suppression of menses and should not require pubertal suppression with GnRH or treatment with a progestin.

Finally, spironolactone is an oral medication most commonly used as a weak diuretic, which also acts as a weak androgen receptor antagonist. This medication can be used by MTF individuals to reduce effects of testicular androgen production.[6] We most commonly use spironolactone when the patient is troubled by the development of facial and body hair. While spironolactone will not cause regression of the terminal hair follicles, patients on spironolactone therapy may require less frequent shaving or electrolysis treatments. Cyproterone acetate is another antiandrogen medication not approved for use in the US, but used in MTF patients in other countries.[6]

## Promotion of the Development of Desired Secondary Sex Characteristics

The use of hormonal interventions, often referred to as *cross-sex or gender affirming hormones*, to promote the development of desired secondary sex characteristics in transgender persons can be considered in carefully screened and counseled adolescents with gender dysphoria (Table 2). Specifically, the use of 17β-estradiol in MTF individuals, and testosterone in FTM individuals, are used to induce the development of the secondary sex characteristics of the affirmed gender. Broad goals of treatment are to improve psychological functioning and general well-being, and enhance the patient's ability to present as their affirmed gender in social life. The WPATH standards of care do not specify an age at which cross-sex hormones can be administered, but suggest that obtaining parental consent.[1] The Endocrine Society suggests that cross-sex hormones can be considered "around age 16."[2] In our practice, we have found that for many patients there is significant psychosocial risk in waiting until age 16 years to start cross-sex hormones if the patient is otherwise stable in their transgender identity. It is therefore our practice, and the practice of similar institutions, to consider cross-sex hormone treatment initiation as young as age 14 years.[5,6]

MTF individuals are treated with 17β-estradiol to induce female secondary sex characteristics. Treatment with 17β-estradiol will promote the development of breast tissue and development of a more feminine body habitus. These changes are more effective when testosterone production is reduced, either by using GnRH agonist medication or a progestin concurrently. Higher doses of 17β-estradiol would be required to produce feminizing changes if the testosterone concentration is in the normal male range.

17β-estradiol is available in oral, sublingual, transdermal, and intramuscular preparations.[6] We prefer to use oral or transdermal 17β-estradiol. In a patient who is concurrently being treated with GnRH agonist, we would use oral 17β-estradiol (Estrace®) 0.5 mg daily and increase gradually to 2 mg daily, with dose increases every 4–6 months, or transdermal 17β-estradiol (such as Climara® or Vivelle-Dot®) starting at 12.5 or 25 μg weekly. In our practice, adolescent patients on GnRH agonist therapy concurrent with 17β-estradiol are able to achieve normal breast development without need or desire for later breast modification surgery. Similar results may be possible using a combination of medroxyprogesterone and 17β-estradiol or norethindrone and 17β-estradiol. Without any concurrent suppression using GnRH agonist or progestin, patients require higher doses of estrogen to suppress testosterone production and overcome its androgenic effect on the breast tissue. Cosmetic results may be less favorable and higher dose estrogen therapy carries thrombogenic risk. Once a patient undergoes gonadectomy as part of gender confirmation surgery, monotherapy with 17β-estradiol is sufficient. Additionally, some centers use progesterone concurrently with estradiol to improve breast development, although the effects have not been adequately studied.

FTM individuals are prescribed testosterone to promote the development of male secondary sex characteristics. Testosterone is available via many different preparations including intramuscular, gels and creams, and patches. Testosterone for pubertal induction has classically been given as an intramuscular preparation (as testosterone cypionate or testosterone enanthate). Intramuscular testosterone, when used for male pubertal induction,

is often used starting at 25 mg every 2 weeks with gradual dose increases to 100–200 mg every 2 weeks. Many centers use testosterone cypionate or testosterone enanthate administered as a subcutaneous injection administered by the patient or his parent weekly. It can be started at 12.5–25 mg weekly increasing to 50–100 mg weekly.[6] Doses are adjusted to keep the testosterone concentration in the normal male range for age, and based on clinical response. The subcutaneous method allows for in-home administration after a brief in-office education on subcutaneous administration technique. Because testosterone for injection is suspended in oil, it does not draw readily through a standard insulin syringe. Instead, a thicker gauge needle, such as a 21-gauge-needed for drawing, and a 25-gauge needle for injecting, must be prescribed for administration.

## Longitudinal Screening and Anticipatory Guidance

Patients being treated with pubertal suppression, spironolactone, 17β-estradiol, and/or testosterone require continued support from a mental health professional, longitudinal follow-up to assess clinical response and development of untoward side effects of treatment, and laboratory monitoring. Rosenthal suggests that patients undergoing pubertal suppression using GnRH agonist medication should have a physical exam including monitoring of height, weight, and pubertal staging, as well as biochemical assessment of puberty using LH, FSH and estradiol or testosterone measurement every 3 months and a bone age evaluation annually. Additionally, due to the delay in bone density accrual in patients undergoing pubertal suppression, it is advised to follow bone health using measurement of calcium, phosphorus, alkaline phosphatase, and 25-hydroxyvitamin D annually, as well as consideration for dual-energy X-ray absorptiometry (DEXA) annually.[6] Spironolactone can cause hyperkalemia, therefore, we obtain a baseline electrolyte panel and repeat with each dose adjustment and when obtaining other laboratory evaluations. In patients prescribed 17β-estradiol or testosterone, Rosenthal suggests clinical follow-up every 3 months to assess height, weight, blood pressure, and pubertal progression. At these visits, LH, FSH, and estradiol and/or testosterone can be assessed. In addition, he suggests following calcium, phosphorus, alkaline phosphatase, 25-hydroxyvitamin D, complete blood count, renal function, liver function, fasting lipids, glucose, insulin and hemoglobin A1C, plus prolactin in male-to-female patients.[6] Patients who had puberty suppressed and who are subsequently being treated with cross-sex hormones can also be monitored for gains in bone density using DEXA.[6]

While long-term health data is sparse with regards to adolescents, some data exists in the adult transgender literature. In longitudinal studies of FTM adults, testosterone administration (250 mg IM every 2 weeks) is associated with lower high-density lipoprotein (HDL) and higher triglycerides after 6–12 months of treatment compared to baseline.[85–87] However, long-term testosterone administration does not appear to alter fasting insulin or glucose utilization in FTM adults compared to a pre-testosterone baseline assessment.[86] A Dutch study of FTM adults on testosterone did not suggest an increased incidence of cardiovascular events or increased mortality compared to the general population.[88]

Elevated blood pressure, fasting insulin and decreased insulin sensitivity have been reported in MTF adults treated with ethinyl estradiol.[86,87] Treatment of MTF adults with ethinyl

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

estradiol has also been associated with increased risk of cardiovascular death.[88] After 1990, 17β-estradiol was used in the Netherlands in favor of ethinyl estradiol due to its more favorable cardiovascular risk profile.

We advise discussing potential impairment to fertility, not only prior to starting cross-sex hormones, but also prior to starting pubertal suppression. Even though pubertal suppression using GnRH agonist medications by themselves do not impair future fertility, their use combined with cross-sex hormones does impair fertility. In our experience, many adolescent patients, even those who are not transgender, are often reticent to discuss their future fertility. The conversation can be more complex in transgender adolescents who may have some desire to have biologic children, but who bristle at the idea of using their own anatomy to accomplish this. If a patient has progressed far enough into natal puberty such that cryopreservation of sperm or oocytes is possible, this option should be discussed. Providers treating transgender adolescents should familiarize themselves with cryopreservation options in their community. The cost of preservation methods, especially the preservation of oocytes, is often a significant barrier.

## Gender Affirmative Surgery

Mental health and medical providers caring for transgender adolescents should become familiar with common surgical interventions used in the transgender patient population, and should be knowledgeable about what surgical resources are available in the community. Surgical interventions used in transgender persons for the purposes of transition are often referred to as *gender affirmation* surgeries. Procedures may include genital surgeries, chest surgeries, and a variety of other gender affirming procedures. The most common surgical procedures performed in MTF individuals include breast augmentation surgery, genital surgery including penectomy, orchiectomy and vaginoplasty, facial feminization surgeries, voice surgery, thyroid cartilage reduction, and hair reconstruction. Electrolysis or laser hair removal is also commonly performed. In FTM individuals, surgical procedures include mastectomy, and genital surgeries including hysterectomy/salpingoophorectomy, metoidioplasty with phalloplasty, vaginectomy, scrotoplasty, and implantation of erectile and testicular prostheses. Genital surgeries are typically not recommended until the patient has reached legal age of majority. Chest surgery in FTM patients can be considered earlier.[1]

## Outcomes

Treatment with pubertal suppression in transgender adolescents improves psychological functioning and decreases depressive symptoms, however it does not seem to eliminate gender dysphoria.[72] Long-term outcomes data from the Netherlands suggests that transgender persons treated with pubertal suppression, followed by cross-sex hormones and finally gender affirmation surgery in young adulthood yields positive outcomes with none regretting starting gender affirming medical treatments.[73] In a study primarily sampling from the US, FTM individuals reported diminished quality of life compared to cisgender males and females, however, those who have received testosterone report significantly higher quality of life compared to those who have not.[89]

Author Manuscript   Author Manuscript   Author Manuscript   Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

More robust long-term outcomes data may be necessary for the WPATH and The Endocrine Society recommendations to be more fully adopted, embraced and refined. In addition, these interventions will remain "off-label" in the US until approved by the US Food and Drug Administration. That said, it is evident by the growing demand of these interventions and the increase in pediatric gender programs in the US, that gender affirming medical interventions for appropriately assessed patients has become the standard of care.

## Challenges and Barriers to Care

The National Transgender Discrimination Survey Report on Health and Health Care in 2010 surveyed over 6,000 transgender adults in the U.S. and U.S. territories and found that transgender adults experience discrimination by medical providers, with 19% of respondents reporting that they have been refused care due to their gender identity. Over a quarter responded that they have been verbally harassed in a medical setting and over half had to teach their provider about transgender healthcare. Over a quarter reported postponing or delaying needed either preventive care or care when they were sick or injured.[61] Transgender individuals who belong to racial and ethnic minorities experience more discrimination.[90] Finally, insurance company denial of transgender-related interventions remains a significant barrier to care.[12] There have been efforts to improve resident and medical student education and comfort with taking care of transgender patients,[10,91] including a recent report by the Association of American Medical Colleges on implementation of curricular changes.[92]

## Current Gender Management Programs in the US and Canada

A recent report provides descriptions and contact information for 35 gender programs in the US and Canada.[93] In addition to these programs, several other programs are known to exist by the authors. The descriptions of the various programs in this report makes clear that different centers have approached providing gender services to children and adolescents in diverse ways. For example, providers from the fields of pediatric endocrinology, adolescent medicine, gynecology, primary care, and nurse clinicians are working in these programs to provide hormonal interventions. Programs often employ mental health providers from the fields of social work, psychology and psychiatry to provide individual counseling, assessments, family therapy and/or group therapy. Some programs serve as a primary care medical home for patients, whereas others function as a consultative program.[93]

We suggest that other roles of multi-disciplinary programs could include: providing training programs for hospital staff and other members of the health system, advocating for changes to paper forms and the electronic medical record to make them more gender inclusive, providing education for medical students and trainees, promoting community partnerships, collaborating with and/or providing education to school systems, promoting research, and assisting with transition to adult care.

*Adv Pediatr.* Author manuscript; available in PMC 2017 August 01.

## Case Examples

### Patient 1

An 11-year-old biologic male presented to the pediatrician with concerns regarding gender identity. The child had been interested in stereotypically feminine toys and play from a very young age, and the parents had assumed that the child would grow up to be a gay man. However, more recently the child has clearly expressed a female gender identity to the parents. The child has declared herself to be transgender and insisted on use of female pronouns at home. The parents noted that school performance had suffered and the child has become withdrawn and depressed over the past year. The pediatrician referred the family to a mental health professional with experience in gender identity in children. After several sessions, the mental health professional confirmed a diagnosis of gender dysphoria and recommended referral to a medical clinic with experience in gender dysphoria. At the clinic, the child was found to be at SMR 2. After discussion of risks and benefits of intervention, the child and family elected to proceed with pubertal suppression. A bone age and DEXA were found to be normal for age, and 25-hydroxyvitamin D was slightly low. A histrelin acetate implant was placed and vitamin D supplementation was initiated. Pubertal suppression continued until age 14. By that time, the child had made a complete social transition, using a female name and pronouns at home and at school, and had been supported by ongoing therapy from her mental health professional. Oral 17β-estradiol was started and pubertal suppression with histrelin acetate was continued. The child proceeded through a normal female puberty on 17β-estradiol treatment. At age 18, she elected to have gender affirmation surgery including orchiectomy and vaginoplasty, at which point histrelin acetate was discontinued.

### Patient 2

A 10-year-old biologic female with characteristically male interests and behaviors became distressed with the development of breast budding. The patient also disclosed a male gender identity to friends, and then to parents. After a diagnosis of gender dysphoria was made by a mental health professional, the child was referred to a gender program. The clinic physician confirmed breast maturity rating 2, and after discussion with the patient and family, suppression of puberty was initiated using leuprolide acetate, administered every 90 days. The treatment halted progression of breast development. At age 15, after the child had made a complete social transition, testosterone enanthate was initiated, administered subcutaneously weekly at home. At age 19, the patient elected to undergo hysterectomy/salpingoophorectomy and leuprolide acetate was discontinued.

### Patient 3

A 15-year old biologic male with female affirmed gender identity presented to a gender clinic after being referred by their primary care physician and mental health professional for treatment of gender dysphoria. The adolescent was found to be at SMR 4. Goals of treatment were determined to be suppression of continued masculinization and promotion of feminization including breast development. The provider attempted to prescribe a GnRH agonist but it was rejected by the patient's insurance. The provider instead prescribed

Author Manuscript

Shumer et al

Page 17

norethindrone to suppress androgen production, spironolactone to inhibit androgen action, and 17β-estradiol to promote breast development and feminization.

### Patient 4

A 16-year-old biologic female presented to a gender clinic after receiving a diagnosis of gender dysphoria by a mental health professional. The teen was especially dysphoric with monthly menses, but the family was uneasy about committing to irreversible therapy with testosterone. Treatment with norethindrone 5 mg oral daily was initiated, and the monthly menses were suppressed, with resulting improvement in well-being. At age 18, the patient had made a complete social transition and elected to start testosterone, prescribed at 50 mg subcutaneous weekly, at which point norethindrone was discontinued without subsequent return of menses on testosterone monotherapy.

### Patient 5

A 12-year-old biologic male presented to the gender clinic after referral by a mental health professional. The child had been having dysphoric feelings about his male pubertal development, and was found to be at SMR rating 3. Treatment with a GnRH agonist was initiated. The child continued in therapy and by age 14 had developed a better understanding of their gender identity. The child accepts that they do not identity completely with a male or female gender identity, and begins to refer to themself as genderqueer. They prefer to be referred to using the them/they/their pronouns. After discussion with the family and mental health professional, the decision is made to withdraw the GnRH agonist medication and allow male puberty to progress with continued supportive counseling in place.

## Acknowledgments

Thank you to the wonderful children, teenagers and families who come to our clinics. Also thank you to the clinicians and staff at The Center for Transyouth Health and Development at Children's Hospital Los Angeles for allowing Dr. Nokoff to visit and gain insight into the wonderful care they provide for transgender and gender non-conforming youth.

## References

1. Coleman E, Bockting W, Botzer M, et al. Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7. International Journal of Transgenderism. 2012; 13(4):165–232.

2. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, et al. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. The Journal of clinical endocrinology and metabolism. 2009; 94(9):3132–3154. [PubMed: 19509099]

3. Mcinroy LB, Craig SL. Transgender Representation in Offline and Online Media: LGBTQ Youth Perspectives. Journal of Human Behavior in the Social Environment. 2015; 25(6):606–617.

4. Glicksman E. Transgender Today. Monitor on Psychology. 2013; 44(4):36.

5. Spack NP, Edwards-Leeper L, Feldman Ha, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. Pediatrics. 2012; 129(3):418–425. [PubMed: 22351896]

6. Rosenthal SM. Approach to the patient: transgender youth: endocrine considerations. J Clin Endocrinol Metab. 2014; 99(12):4379–4389. [PubMed: 25140398]

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Shumer et al.                                                                                                                              Page 18

7. Sherer I, Rosenthal S, Ehrensaft D, Baum J. Child and Adolescent Gender Center: a multidisciplinary collaboration to improve the lives of gender nonconforming children and teens. Pediatr Rev. 2012; 33:273–275. [PubMed: 22659258]

8. De Vreis A, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: The Dutch approach. J Homosexual. 2012; 59:301–320.

9. Zucker K, Bradley S, Owen-Anderson A, Kibblewhite S, Cantor J. Is gender identity disorder in adolescents coming out of the closet? J Sex Marital Ther. 2008; 34:287–290. [PubMed: 18576228]

10. Obedin-Maliver J, Goldsmith E, Stewart L, et al. Lesbian, Gay, Bisexual, and Transgender-Related Content in Undergraduate Medical Education. JAMA. 2011; 306(9):971–977. [PubMed: 21900137]

11. The Health of Lesbian, Gay, Bisexual, and Transgender People: Building a Foundation for Better Understanding. Washington DC: The National Academies Press; 2011.

12. Shumer DE, Spack NP. Current management of gender identity disorder in childhood and adolescence: guidelines, barriers and areas of controversy. Current opinion in endocrinology, diabetes, and obesity. 2013; 20(1):69–73.

13. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders. 4. 2000.

14. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders. 5. 2013.

15. Van Kesteren PJ, Gooren LJ, Megens JA. An epidemiological and demographic study of transsexuals in The Netherlands. Arch Sex Behav. 1996; 25:589–600. [PubMed: 8931882]

16. Conron K, Scott G, Stowell G, Landers S. Transgender health in Massachusetts: results from a household probability sample of adults. Am J Public Health. 2012; 102:118–122. [PubMed: 22095354]

17. Brown-Sequard CE. Note on the effects produced on man by subcutaneous injections of a liquid obtained from the testicles of animals. Lancet. 1889; 134:105–107.

18. David KG, Dingemanse E, Freud J, Laqueur E. On crystalline male hormone from testicles (testosterone) effective as from urine or from cholesterol. Hoppe Seylers Z Physiol Chem. 1935; 233:281.

19. Ruzicka L, Wettstein A. Sexualhormone VII. Über die künstliche Herstellung des Testikelhormons Testosteron (Androsten-3-on-17-ol). Helv Chim Acta. 1935; 18(1):1264–1275.

20. Veler CD, Thayer S, Doisy EA. The preparation of the crystalline follicular ovarian hormone: Theelin. J Biol Chem. 1930; 87(2):357–371.

21. Butenandt A. Über 'Progynon' ein krystallisiertes weibliches Sexualhormon. Naturwissenschaften. 1929; 17(45):879.

22. Marrian GF. The chemistry of oestrin. Biochem J. 1930; 24:435–445. [PubMed: 16744383]

23. Slotta KH, Ruschig H, Fels E. Reindarstellung der Hormone aus dem Corpus luteum (II. Mitteil.). Ber dtsch Chem Ges A/B. 1934; 67(9):1624–1626.

24. Wintersteiner O, Allen WM. Crystalline progestin. J Biol Chem. 1934; 107(1):321–336.

25. Inhoffen HH, Logemann W, Hohlweg W, Serini A. Sex hormone series. Ber Dtsch Chem Ges. 1938; 71:1024–1032.

26. Inhoffen HH, Hohlweg W. Neue per os-wirksame weibliche Keimdrüsenhormon-Derivate: 17-Aethinyl-oestradiol und Pregnen-in-on-3-ol-17. Naturwissenschaften. 1938; 26(6):96.

27. Gooren LJ, Giltay EJ, Bunck MC. Long-term treatment of transsexuals with cross-sex hormones: extensive personal experience. J Clin Endocrinol Metab. 2008; 93:19–25. [PubMed: 17986639]

28. Hirschfeld, M. Sexualpathologie: T. Sexuelle Zwischenstufen; Das Männliche Weib Und Der Weibliche Mann. Vol. 2. A. Marcus & E. Webers; 1918.

29. Elbe, L. Man into Woman: An Authentic Record of a Change of Sex. Beacon Library; 1933.

30. Goddard JC, Vickery RM, Terry TR. Development of feminizing genitoplasty for gender dysphoria. J Sex Med. 2007; 4(4 Pt 1):981–989. [PubMed: 17451484]

31. Christine Jorgensen. [accessed December 16, 2015] Available at http://www.christinejorgensen.org

32. [Accessed December 16, 2015] Dec. 1, 1952: Ex-GI Becomes Blonde Beauty. Wired. Dec. 2010 Available at http://www.wired.com/2010/12/1201first-sex-change-surgery

33. Huelke M. Ein Transvestit. Z. Kriminalistische Wissen. 1949; 3:91–92.

*Adv Pediatr.* Author manuscript; available in PMC 2017 August 01.

18

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

34. Hamburger C, Stürup GK, Dahl-Iversen E. Transvestism: Hormonal, psychiatric, and surgical treatment. JAMA. 1953; 152(5):391–396.

35. Benjamin, H. The transsexual phenomenon: A scientific report on transsexualism and sex conversion in the human male and female. The Julian Press, Inc. Publishers; 1966.

36. Colapinto, J. As Nature Made Him: The Boy Who Was Raised as a Girl. 2. Harper Perennial; 2006.

37. Mansfield MJ, Beardsworth DE, Loughlin JS, et al. Long-Term Treatment of Central Precocious Puberty with a Long-Acting Analogue of Luteinizing Hormone-Releasing Hormone. N Engl J Med. 1983; 309(21):1286–1290. [PubMed: 6415479]

38. Cohen-Kettenis PT, van Goozen S. Pubertal delay as an aid in diagnosis and treatment of a transsexual adolescent. Eur Child Adolesc Psychiatry. 1998; 7(4):246–248. [PubMed: 9879847]

39. Devaney SA, Palomaki GE, Scott JA, Bianchi DW. Non invasive fetal sex determination using cell-free DNA: A systematic review and meta-analysis. JAMA. 2011; 306(6):627–636. [PubMed: 21828326]

40. Kohlberg, LA. A cognitive-developmental analysis of children's sex role concepts and attitudes. In: Maccoby, E., editor. The Development of Sex Differences. Stanford, California: Stanford University; 1966. p. 82-173.

41. Fausto-Sterling A. The dynamic development of gender variability. Journal of homosexuality. 2012; 59(3):398–421. [PubMed: 22455327]

42. Money J, Ehrhardt A. Fetal hormones and the brain: effect on sexual dimorphism of behavior - a review. Arch Sex Behav. 1971; 1(3):241–262. [PubMed: 24179069]

43. Fausto-Sterling, A. Sex/gender: Biology in a Social World. Routledge; 2012.

44. Goldstein J, Seidman L, Horton N, et al. Normal sexual dimorphism of the adult human brain assessed by invivo magnetic resonance imaging. Cerebral Cortex. 2001; 11(6):490–497. [PubMed: 11375910]

45. Zhou J-N, Hofman MA, Gooren LJG, Swaab DF. A sex difference in the human brain and its relation to transsexuality. Nature. 1995; 378:68–70. [PubMed: 7477289]

46. Heylens G, De Cuypere G, Zucker KJ, et al. Gender identity disorder in twins: a review of the case report literature. J Sex Med. 2012; 9(3):751–757. [PubMed: 22146048]

47. Berenbaum, Sa; Beltz, AM. Sexual differentiation of human behavior: effects of prenatal and pubertal organizational hormones. Frontiers in neuroendocrinology. 2011; 32(2):183–200. [PubMed: 21397624]

48. Jordan-Young RM. Hormones, context, and "brain gender": a review of evidence from congenital adrenal hyperplasia. Soc Sci Med. 2012; 74(11):1738–1744. [PubMed: 21962724]

49. Dessens A, Slijper F, Drop S. Gender dysphoria and gender change in chromosomal females with congenital adrenal hyperplasia. Arch Sex Behav. 2005; 34:389–397. [PubMed: 16010462]

50. Reiner W, Gearhart J. Discordant sexual identity in some genetic males with cloacal exstrophy assigned to female sex at birth. N Engl J Med. 2004; 350:333–341. [PubMed: 14736925]

51. Martin CL, Ruble DN, Szkrybalo J. Cognitive theories of early gender development. Psychological Bulletin. 2002; 128(6):903–933. [PubMed: 12405137]

52. Strang JF, Kenworthy L, Dominska A, et al. Increased Gender Variance in Autism Spectrum Disorders and Attention Deficit Hyperactivity Disorder. Arch Sex Behav. 2014; 43(8):1525–33. [PubMed: 24619651]

53. Shechner T. Gender Identity Disorder: A Literature Review from a Developmental Perspective. Isr J Psychiatry Sci. 2010; 47(2):132–138.

54. Gooren LJ. Clinical practice. Care of transsexual persons. N Engl J Med. 2011; 364(13):1251–7. [PubMed: 21449788]

55. Drummond K, Bradley S, Peterson-Badali M, Zucker K. A follow-up study of girls with gender identity disorder. Dev Psychol. 2008; 44:34–45. [PubMed: 18194003]

56. Wallien MSC, Cohen-Kettenis PT. Psychosexual outcome of gender dysphoric children. J Pers Assess. 2009; 91:545–552. [PubMed: 19838904]

57. Delemarre-van de Wall HA, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. Eur J Endocrinol. 2006; 155(suppl 1):S131–S137.

Shumer et al. Page 20

58. Steensma TD, Biemond R, de Boer F, Cohen-Kettenis PT. Desisting and persisting gender dysphoria after childhood: a qualitative follow-up study. Clin Child Psychol Psychiatry. 2011; 16(4):499–516. [PubMed: 21216800]

59. Steensma TD, McGuire JK, Kreukels B, Beekman A, Cohen-Kettenis PT. Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. J Am Acad Child Adolesc Psychiatry. 2013; 52:582–590. [PubMed: 23702447]

60. Bradford J, Reisner SL, Honnold JA, Xavier J. Experiences of transgender-related discrimination and implications for health: Results from the Virginia Transgender Health Initiative Study. Am J Public Helath. 2013; 103(10):1820–9.

61. Grant, JM.; Mottet, LA.; Tanis, JD., et al. National transgender discrimination survey report on health and health care. National Center for Transgender Equality; National Gay and Lesbian Task Force; 2010.

62. Grossman A, D'Augelli A. Transgender youth and life-threatening behaviors. Suicide and Life-Threatening Behavior. 2007; 37(5):527–537. [PubMed: 17967119]

63. Nuttbrock L, Hwahng S, Bockting W, et al. Psychiatric impact of gender-related abuse across the life course of male-to-female transgender persons. J Sex Res. 2010; 47(1):12–23. [PubMed: 19568976]

64. Olson J, Schrager S, Belzer M, Simons L, Clark L. Baseline physiologic and psychosocial characteristics of transgender youth seeking care for gender dysphoria. J Adolesc Health. 2015; 57(4):374–380. [PubMed: 26208863]

65. Wilson E, Garafalo R, Harris R, et al. Transgender female youth and sex work: HIV risk and a comparison of life factors related to engagement in sex work. AIDS Behav. 2009; 13(5):902–913. [PubMed: 19199022]

66. Reisner SL, Vetters R, Leclerc M, et al. Mental Health of Transgender Youth in Care at an Adolescent Urban Community Health Center: A Matched Retrospective Cohort Study. Journal of Adolescent Health. Jan.2015 :2–7.

67. Kosciw, J.; Greytak, E.; Bartkiewicz, M., et al. The 2011 National School Climate Survey: The Experiences of Lesbian, Gay, Bisexual and Transgender Youth in Our Nation's Schools. Gay, Lesbian & Straight Education Network; 2012.

68. De Vries ALC, Noens ILJ, Cohen-Kettenis PT, van Berckelaer-Onnes IA, Doreleijers TA. Autism spectrum disorders in gender dysphoric children and adolescents. Journal of autism and developmental disorders. 2010; 40(8):930–936. [PubMed: 20094764]

69. Zucker KJ, Wood H, Singh D, Bradley S. A developmental, biopsychosocial model for the treatment of children with gender identity disorder. J Homosexual. 2012; 59:369–397.

70. Hill DB, Menvielle E, Sica KM, Johnson A. An affirmative intervention for families with gender variant children: parental ratings of child mental health and gender. Journal of sex & marital therapy. 2010; 36(1):6–23. [PubMed: 20063232]

71. American Psychological Association. Guidelines for Psychological Practice with Transgender and Gender Nonconforming People. 2015.

72. De Vries ALC, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med. 2011; 8:2276–2283. [PubMed: 20646177]

73. De Vries ALC, McGuire JK, Steensma TD, Wagenaar ECF, Doreleijers TAH, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics. 2014; 134(4):1–9. [PubMed: 24918219]

74. Witchel, SF.; Lee, PA. Differentiation of External Genital Structures. In: Sperling, MA., editor. Pediatric Endocrinology. 3. Philadephia: Saunders Elsevier; 2008. p. 132

75. Kuiri-Hänninen T, Sankilampi U, Dunkel L. Activation of the hypothalamic-pituitary-gonadal axis in infancy: minipuberty. Horm Res Paediatr. 2014; 82(2):73–80. [PubMed: 25012863]

76. Hughes, IA. Puberty and the Testis. In: Sperling, MA., editor. Pediatric Endocrinology. 3. Philadephia: Saunders Elsevier; 2008. p. 676-679.

77. Rosenfield, RL.; Cooke, DW.; Radovick, S. Development of the Female Reproductive System. In: Sperling, MA., editor. Pediatric Endocrinology. 3. Philadephia: Saunders Elsevier; p. 532-559.

*Adv Pediatr.* Author manuscript; available in PMC 2017 August 01.

20

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

78. Marcell, AV. Adolescence. In: Kligman, RM.; Behrman, RE.; Jenson, HB.; Stanton, BF., editors. Nelson Textbook of Pediatrics. 18. Philadephia: Saunders Elsevier; 2007. p. 60-65.

79. Marshall, Wa; Tanner, JM. Variations in pattern of pubertal changes in girls. Archives of disease in childhood. 1969; 44(235):291–303. [PubMed: 5785179]

80. Marshal WA, Tanner JM. Variations in the pattern of pubertal changes in boys. Arch Dis Child. 1970; 45(239):13–23. [PubMed: 5440182]

81. Abbassi V. Growth and Normal Puberty. Pediatrics. 1998; 101(Supplement 3):507–511. [PubMed: 9685454]

82. Tishelman AC, Kaufman R, Edwards-Leeper L, Mandel FH, Shumer DE, Spack NP. Serving transgender youth: Challenges, dilemmas, and clinical examples. Prof Psychol-Res Pr. 2015; 46(1):37–45. [PubMed: 26807001]

83. Boepple PA, Mansfield MJ, Wierman ME, et al. Use of a Potent, Long Acting Agonist of Gonadotropin-Releasing Hormone in the Treatment of Precocious Puberty. Endocr Rev. 1986; 7(1):24–33. [PubMed: 2937629]

84. Warren M, Mathews J, Morishima A, Vande Wiele R. The effect of medroxyprogesterone acetate on gonadotropin secretion in girls with precocious puberty. Am J Med Sci. 1975; 269(3):375–381. [PubMed: 1155493]

85. Elamin M, Garcia M, Murad M, Erwin P, Montori V. Effect of sex steroid use on cardiovascular risk in transsexual individuals: a systematic review and meta-analyses. Clin Endocrinol (Oxf). 2010; 72(1):1–10. [PubMed: 19473174]

86. Elbers J, Giltay E, Teerlink T, et al. Effects of sex steroids on components of the insulin resistance syndrome in transsexual subjects. Clin Endocrinol (Oxf). 2003; 58(5):562–571. [PubMed: 12699437]

87. Giltay E, Lambert J, Gooren L, Elbers J, Steyn M, Stehouwer C. Sex steroids, insulin, and arterial stiffness in women and men. Hypertension. 1999; 34(4 Pt 1):590–597. [PubMed: 10523332]

88. Asscheman H, Giltay E, Megens J, de Ronde W, van Trotsenburg M, Gooren L. A long-term follow-up study of mortality in transsexuals receiving treatment with cross-sex hormones. Eur J Endocrinol. 2011; 164(4):635–642. [PubMed: 21266549]

89. Newfield E, Hart S, Dibble S, Kohler L. Female-to-male transgender quality of life. Qual Life Res. 2006; 15(9):1447–1457. [PubMed: 16758113]

90. Miller L, Grollman E. The social costs of gender nonconformity for transgender adults: implications for discrimination and health. Sociological Forum. 2005; 30(3):809–831.

91. Thomas D, Safer J. A simple intervention raised resident-physician willingness to assist transgender patients seeking hormone therapy. Endocr Pract. 2015; 21(10):1134–1142. [PubMed: 26151424]

92. Hollenback, A.; Eckstrand, K.; Dreger, A. Implementing Curricular and Institutional Climate Changes to Improve Health Care for Individuals Who Are LGBT, Gender Nonconforming, or Born with DSD. Washington DC: 2014.

93. Hsieh S, Leininger J. Resource list: Clinical care programs for gender-nonconforming children and adolescents. Pediatr Ann. 2014; 43(6):238–244. [PubMed: 24972419]

Shumer et al.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

---

**Key points**

- Children and adolescents with gender dysphoria are presenting for medical attention at increasing rates.

- Standards of Care have been developed which outline appropriate mental health support and hormonal interventions for transgender youth.

---

*Adv Pediatr.* Author manuscript; available in PMC 2017 August 01.

Shumer et al. Page 23

**Table 1**

Terminology Related to Gender Identity

| | |
|---|---|
| Gender identity | An internal feeling of one's gender as a boy or man, girl or woman, no gender, or a non-binary understanding of one's gender |
| Biologic sex | The genetic, anatomic, and hormonal determinants of sex classified as male or female, or indeterminate due to a disorder of sex development |
| Transgender | Having a gender identity which is not congruent with one's biologic sex |
| Cisgender | Having a gender identity which is congruent with one's biologic sex |
| Transsexual | A term most often used to describe a transgender person who is or has transitioned using hormones and/or surgical procedures |
| Gender non-conforming | Describes a person who behaviors, actions, or interests do not conform to the societal expectations based on their biologic sex |
| Gender role | The stereotypical role which members of each biologic sex are expected to play based on societal norms or expectations |
| Gender dysphoria | A DSM-defined diagnosis describing distress caused by a incongruence between gender identity and biologic sex |
| Agender | A gender identity characterized by feeling no identification with being a boy or man, girl or woman, or any other gender identity |
| Gender fluid | Gender identity which varies over time |
| Genderqueer | A term used by people who do not classify themselves using conventional gender distinctoins, but may instead identify as neither gender, both genders, or a combinatoin of male and female genders |
| Gender attribution | How an observer decides which sex or gender they believe another person to be |

*Adv Pediatr.* Author manuscript; available in PMC 2017 August 01.

Shumer et al.                                                                    Page 24

**Table 2**

Medications used in the treatment of transgender adolescents

| *Prevention of the development of unwanted secondary sex characteristics* | | | |
|---|---|---|---|
| **Class of medication** | **Medication names** | **Mechanism of Delivery** | **Mechanism of action** |
| GnRH agonists | Leuprolide acetate<br>Histrelin acetate | IM injection<br>SC implant | Inhibition of the HPG axis |
| Progestins | Medroxyprogesterone acetate<br>Norethindrone | Oral or intramuscular injection<br>Oral | Inhibition of the HPG axis |
| Androgen receptor inhibitors | Spironolactone<br>Cyproterone acetate | Oral<br>Oral or intramuscular injection | Inhibition of testosterone action |

| *Promotion of the development of desired secondary sex characteristics* | | | |
|---|---|---|---|
| Class of medication | Medication names | Mechanism of Delivery | Mechanism of action |
| Testosterone | Testosterone enanthate<br>Testosterone cypionate<br>Other testosterone | IM injection<br>IM injection<br>Transdermal gels and patches | Activation of androgen receptors |
| 17β-estradiol | 17β-estradiol | Oral or transdermal patch most common;<br>also available as IM injection and<br>sublingual | Activation of estrogen receptors |

Abbreviations: IM: intramuscular; SC: subcutaneous; HPG: hypothalamic-pituitary-gonadal

*Adv Pediatr.* Author manuscript; available in PMC 2017 August 01.

24

$Ex. 2$

Search for anything and
at Michigan Medicine:

About Michigan Medicine     Patient Care     Research     Education     Departments     Search

**MICHIGAN MEDICINE**
UNIVERSITY OF MICHIGAN          🗓 Events   🗓 Careers   📞 Contact

About Us     Mission     Community     Diversity, Equity & Inclusion     Giving     News & Stories

Medicine At Michigan  /  Q & A: What does gender-affirming care mean for kids?

# Q & A: What does gender-affirming care mean for kids?

August 4, 2023
Author | Katie Whitney ›



When Daniel Shumer, M.D., was training as a pediatric endocrinologist, he
saw the profound effect of compassionate, gender-affirming care. Patients
and their parents came in looking nervous and scared, "some even
seeming a little embarrassed to be talking about these topics," he says.

"Those same patients and families, when they were leaving the room, felt
heard, relieved, proud, and hopeful." That's what inspired Shumer, who is
associate professor of pediatrics and medical director of the Gender
Services Program at C.S. Mott Children's Hospital, to become an expert in
gender-affirming care. We talked with him about how to care for kids who
are experiencing gender differences.

### What is the difference between sex and gender?

First of all, everyone has a gender identity, which is how I know myself
inside as a man or woman, boy or girl, or somewhere else on the gender
spectrum. Gender identity is something you can't measure with a blood
test or X-ray. It's only something a person can tell you about themselves
from their lived experience.

When I hear the word "sex," to me that's a term that's trying to separate
human beings into two categories, male and female. And it turns out that,
while that seems simple, it's actually pretty complicated. We have
chromosomes, hormones, and anatomy. A lot of times, all these things line
up, but sometimes they don't.

In my opinion, gender is a component of sex. Someone's gender identity
can help inform that person's sex. We know there are biological influences
of gender identity, and even though gender identity is something we can't
measure, that doesn't make it any less real or valid than something like
chromosomal sex.

### What is the difference between gender and sexuality?

*Shumer*
EXHIBIT NO. 2
FOR IDENTIFICATION
DATE: 4-2-24
Leisa Pastor, CSR, CRR

Q & A: What does gender-affirming care mean for kids? | Michigan Medicine

Sexual orientation refers to the people that a person finds physically or romantically attractive. Oftentimes we think of terms like straight, gay, or bisexual, as opposed to gender identity terms such as cisgender [which is when your gender aligns with your sex assigned at birth] and transgender. My mentor had a somewhat humorous way of explaining the difference: "Sexual orientation is who you want to go to bed with, but gender identity is who you wake up as."

**What is gender-affirming care?**

When I think of gender-affirming care, I think of it as a combination of support a patient might get from medical and non-medical interventions.

Not everyone with a difference in gender identity should be considered as having a medical problem or needing to see a doctor. When someone is facing challenges due to a difference between sex assigned at birth and gender identity, this is often referred to as gender dysphoria or gender incongruence.

When you ask someone to use a different name or pronouns, when you pick out clothes that match your gender and decide how you want to wear your hair, those are, in some ways, non-medical treatment options for gender dysphoria. On the other hand, there are medical treatments, including hormone therapy and even, potentially, surgical interventions.

**What are the risks and benefits of delaying puberty?**

For a subset of young people, going through puberty can be extremely challenging and can complicate their mental health situation.

Pubertal suppression can reduce distress, but it is reversible. We're allowing time for the child to get older and make a more balanced decision with their family about what comes next. Discontinuation of pubertal suppression would result in puberty. However, patients who have persistent identity that is aligned with the opposite gender from their sex assigned at birth who are treated with pubertal suppression could subsequently make a decision about hormones in later adolescence.

We're also really cautious about using medical interventions to treat dysphoria because it delays growth spurts and bone density accrual. These things will happen eventually once the medication is discontinued, but pubertal suppression does change the timing of the body's growth and development.

We balance those risks against potential benefits of delaying puberty for each individual. For some patients, withholding medical intervention could mean worsening distress, anxiety, depression, and potential suicidality. Every major medical association in the U.S. recognizes that gender-affirming care is safe and effective at treating gender dysphoria.

**What can you tell people, especially parents, who are struggling with understanding these concepts?**

I want to recognize that gender identity can be a challenging topic, especially for older generations. For transgender people, it helps to have a name or a face of someone we love to understand gender identity better. I think that's why the youngest generation of Americans is unfazed by these conversations.

There's nothing wrong with being excited to have a baby boy or baby girl and to be really proud of the newborn that you've created. What I would ask is that everyone has more openness and tolerance for the idea that there is diversity in how people identify. The majority of families won't have a child who has a difference in gender identity or sexual orientation, but it's important to let kids know from a young age, "Whoever you are and whoever you become, you will beloved and supported."

I want to acknowledge that being a parent is a hard job. Parents' feelings about gender difference are normal and valid. I also know that, even more important than any medical decision, a child knowing their parent loves

Q & A: What does gender-affirming care mean for kids? | Michigan Medicine

and supports them unconditionally is the most important predictor of that child's success. We know that LGBTQ+ youth who report high levels of rejection from parents do have a higher risk for depression, anxiety, drug use, and high-risk sexual behavior, than kids who report no or low parental rejection.

Meeting parents where they are and educating them about the meaningful impact of their support on their child's health and well-being can help motivate parents to be more supportive. Even a parent who is supportive enough to honor a child's name and pronouns but is not ready to discuss medical interventions is doing an amazing thing to help their child feel loved.

## FEATURED NEWS & STORIES



HEALTH LAB

**Clinical trial aims to treat HPV, cervical lesions without surgery**  >
📅 3/15/2024



HEALTH LAB

**Positive outlook propels woman through heart failure and on to a new heart**    >
📅 3/15/2024



HEALTH LAB PODCAST

**Managing Chronic Pain for Patients with Long COVID** >
📅 3/15/2024



NEWS RELEASE

**The wait is over: graduating medical students find out what's next at Match Day**    >
📅 3/15/2024



HEALTH LAB

**Researchers open new leads in anti-HIV drug development, using compound found in nature** 
📅 3/14/2024



HEALTH LAB

**Fitness instructor, backpacker returns to active lifestyle after years of pain from endometriosis** 
📅 3/14/2024

**M**

We transform lives through bold discovery, compassionate care and innovative education.

**Michigan Medicine**          **Patient Care**

About                          Find a Doctor

Mission                        Conditions & Treatments

Community                      Locations



Diversity, Equity & Inclusion          Patient & Visitor Guide

Giving                                 Patient Portal

News & Stories

**Research**

Clinical Trials

Research Labs

Research Centers

Cores and Resources

**Education**

Programs & Admissions

Our Community

Departments, Centers & Offices

About the Medical School

Intranet

Your gift changes lives. It's never been easier to make an impact.

Make a Gift

Accelerate your career. Advance world health.

Careers at Michigan Medicine

**Report Sexual Misconduct, Discrimination and Harassment**

Accessibility Statement      Disclaimer      Health Information Technology & Services

Michigan Medicine Finance      Patient Privacy      U-M Non-Discrimination

© Copyright 1995-2024 Regents of the University of Michigan



*Endocrine Reviews*, 2021, Vol. XX, No. XX, 1–40
doi:10.1210/endrev/bnaa034
Scientific Statement

## Scientific Statement

# Considering Sex as a Biological Variable in Basic and Clinical Studies: An Endocrine Society Scientific Statement

Aditi Bhargava,[1,2] Arthur P. Arnold,[3] Debra A. Bangasser,[4] Kate M. Denton,[5] Arpana Gupta,[6] Lucinda M. Hilliard Krause,[5] Emeran A. Mayer,[6] Margaret McCarthy,[7] Walter L. Miller,[1,8] Armin Raznahan,[9] and Ragini Verma[10]

[1]Center for Reproductive Sciences and [2]Department of Obstetrics and Gynecology, University of California, San Francisco, CA 94143, USA; [3]Department of Integrative Biology & Physiology, University of California, Los Angeles, Los Angeles, CA 90095, USA; [4]Department of Psychology and Neuroscience Program, Temple University, Philadelphia, PA 19122, USA; [5]Cardiovascular Disease Program, Monash Biomedicine Discovery Institute and Department of Physiology, Monash University, Clayton, Victoria, 3800, Australia; [6]G. Oppenheimer Center for Neurobiology of Stress and Resilience, Division of Digestive Diseases, University of California, Los Angeles, Los Angeles, CA 90095-7378, USA; [7]Department of Pharmacology and Program in Neuroscience, University of Maryland School of Medicine, Baltimore, MD 21201, USA; [8]Department of Pediatrics, University of California, San Francisco, CA 94143, USA; [9]Section on Developmental Neurogenomics, Human Genetics Branch, National Institutes of Mental Health, Intramural Research Program, Bethesda, MD 20892, USA; and [10]Diffusion and Connectomics In Precision Healthcare Research (DiCIPHR) lab, Department of Radiology, Perelman School of Medicine, University of Pennsylvania, Philadelphia, PA 19104, USA

**ORCiD number:** 0000-0003-1334-0517 (A. Bhargava).

**Abbreviations:** ACTH, adrenocorticotropic hormone; $AT_2R$, angiotensin type 2 receptor; BMI, body mass index; cAMP, cyclic adenosine monophosphate; CKD, chronic kidney disease; CRF, corticotropin-releasing factor; CVD, cardiovascular disease; dMRI, diffusion magnetic resonance imaging; fMRI, functional magnetic resonance imaging; FCG, Four Core Genotypes (model); GMV, gray matter volume; GPCR, G-protein coupled receptor; HPA, hypothalamic-pituitary-adrenal; KYN, kynurenine; LC, locus coeruleus; MIH, Müllerian inhibitory hormone; PAR, pseudoautosomal region; PKA, protein kinase A; PTSD, posttraumatic stress disorder; RAAS, renin-angiotensin-aldosterone system; rs-fMRI, resting state functional magnetic resonance imaging; sMRI, structural magnetic resonance imaging; UCN, urocortin.

Received: 22 December 2020; First Published Online: 11 March 2021; Corrected and Typeset: 11 March 2021.

## Abstract

In May 2014, the National Institutes of Health (NIH) stated its intent to "require applicants to consider sex as a biological variable (SABV) in the design and analysis of NIH-funded research involving animals and cells." Since then, proposed research plans that include animals routinely state that both sexes/genders will be used; however, in many instances, researchers and reviewers are at a loss about the issue of sex differences. Moreover, the terms *sex* and *gender* are used interchangeably by many researchers,

ISSN Print: 0163-769X
ISSN Online: 1945-7189
Printed: in USA

© The Author(s) 2021. Published by Oxford University Press on behalf of the Endocrine Society.
All rights reserved. For permissions, please e-mail: journals.permissions@oup.com

https://academic.oup.com/edrv    1

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021



further complicating the issue. In addition, the sex or gender of the researcher might influence study outcomes, especially those concerning behavioral studies, in both animals and humans. The act of observation may change the outcome (the "observer effect") and any experimental manipulation, no matter how well-controlled, is subject to it. This is nowhere more applicable than in physiology and behavior. The sex of established cultured cell lines is another issue, in addition to aneuploidy; chromosomal numbers can change as cells are passaged. Additionally, culture medium contains steroids, growth hormone, and insulin that might influence expression of various genes. These issues often are not taken into account, determined, or even considered. Issues pertaining to the "sex" of cultured cells are beyond the scope of this Statement. However, we will discuss the factors that influence sex and gender in both basic research (that using animal models) and clinical research (that involving human subjects), as well as in some areas of science where sex differences are routinely studied. Sex differences in baseline physiology and associated mechanisms form the foundation for understanding sex differences in diseases pathology, treatments, and outcomes. The purpose of this Statement is to highlight lessons learned, caveats, and what to consider when evaluating data pertaining to sex differences, using 3 areas of research as examples; it is not intended to serve as a guideline for research design.

**Key Words:** brain-gut, cardiovascular disease, chromosome complement, gender, sex differences, steroid hormones

Sex is an important biological variable that must be considered in the design and analysis of human and animal research. The terms *sex* and *gender* should not be used interchangeably. Sex is dichotomous, with sex determination in the fertilized zygote stemming from unequal expression of sex chromosomal genes. By contrast, gender includes perception of the individual as male, female, or other, both by the individual and by society; both humans and animals have sex, but only humans have gender. Both sexes produce estrogens, androgens, and progestins; there are no male- or female-specific sex hormones, *per se*, although these steroids are present in substantially different levels in males and females. Sex differences are caused by 3 major factors—sex hormones, genes, and environment. To understand disease mechanisms and exploit sex differences in protection or exacerbation of diseases, one needs to determine the relative contribution of factors, including observer effect (1), causing sex differences. Here—using 3 broad research areas as examples—the roles of sex differences in brain anatomy, brain-gut axis, and cardiovascular disease are discussed. Contemporary brain imaging methods show age- and sex-related differences in brain size, global and regional gray matter volume, white matter connectivity, and neuroanatomic regulation of appetite and satiety; while these differences are seen in large population-based studies, there is tremendous individual overlap, but such group-level findings do not inform findings, physiology, or pathology at the individual level. Sex differences in disorders of the brain-gut axis, obesity, type 2 diabetes,

and metabolic syndrome are caused by differential actions of brain-gut peptide and steroid hormones. The activation, signaling, and pharmacotherapy responses of the components of the hypothalamic-pituitary-adrenal (HPA) axis differ between the sexes. Heart and kidney functions are linked. Age, hormones, and sex biases seen in cardiovascular and chronic kidney diseases also differentially influence pharmacologic responses in men and women. Thus, sex differences pervade biology and medicine, and while not discussed in this Statement, must be considered in virtually all areas of biomedical research.

## Section I

### Sex Versus Gender

Much of the American public is surprisingly prudish about the word *sex*; it has now become commonplace to use the seemingly more genteel term *gender* when one really means *sex*. In *Moritz v Commissioner of Internal Revenue* (469 F. 2d 466 [1972]), Ruth Bader Ginsburg (subsequently, The Honorable Ruth Bader Ginsburg) argued against discrimination "on the basis of sex" not "on the basis of gender," thus clearly, knowledgeably, and presciently understanding that "sex" does not equal "gender." In a decision 48 years later (*Bostock v Clayton County*, 590 US, decided June 15, 2020), the United States Supreme Court separately ruled against discrimination on the basis of gender. *Gender* is often misused as a synonym for *sex*—for example, when filling out forms for various activities, we are routinely

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

*Endocrine Reviews*, 2021, Vol. XX, No. XX

**3**

asked to check a box labeled "gender," but the only available options are boxes labeled "M" and "F." But *sex* is not the same thing as *gender* and using these terms as equivalents obfuscates differences that are real and important in society in general and biomedical research in particular.

### Biological Sex: The Definition of Male and Female

*Sex* is a biological concept. Asexual reproduction (cloning) is routine in microorganisms and some plants, but most vertebrates and all mammals have 2 distinct sexes. Even single-cell organisms have "mating types" to facilitate sexual reproduction. Only cells belonging to different mating types can fuse together to reproduce sexually (2, 3). Sexual reproduction allows for exchange of genetic information and promotes genetic diversity. The classical biological definition of the **2 sexes** is that females have ovaries and make larger female gametes (eggs), whereas males have testes and make smaller male gametes (sperm); the 2 gametes fertilize to form the zygote, which has the potential to become a new individual. The advantage of this simple definition is first that it can be applied universally to any species of sexually reproducing organism. Second, it is a bedrock concept of evolution, because selection of traits may differ in the 2 sexes. Thirdly, the definition can be extended to the ovaries and testes, and in this way the categories—female and male—can be applied also to individuals who have gonads but do not make gametes.

In mammals, numerous sexual traits (gonads, genitalia, etc) that typically differ in males and females are tightly linked to each other because one characteristic leads to sex differences in other traits. The type of gonads is controlled by the presence of XX or XY chromosomes, and gonadal secretions in turn regulate formation of female or male reproductive tissues, and characteristics that differ in typical males or females. These characteristics include external genitalia, uterus and oviducts, sperm ducts, and secondary sexual characteristics such as facial hair and pitch of voice. However, many people cannot make either eggs or sperm, yet are recognized as female or male based on other physical characteristics; people who do not have either ovaries or testes are rare. For individuals that possess a combination of male- and female-typical characteristics, these clusters of traits are sufficient to classify most individuals as either biologically male or female. For example, a person with testes and a penis, who cannot make sperm, is usually classified as a biological male, as long as the person does not possess female features such as a vagina, ovaries, or uterus. Based on evidence presented, to define male and female individuals in general society, we expand the defining characteristics of sex to include nongonadal traits, as well as classical gonadal traits.

A simple biological definition of male and female, satisfactory to all people, is elusive. In human societies, the terms *female* and *male* can have several meanings, as they refer both to a person's biological sex and to their social roles. Most people learn to discriminate males and females from an early age, but often not based on biological traits (4). For example, behaviors such as pair-bonding, sexual activity, offspring defense and care, and mate/partner selection (5) involve complex interplay between sex steroid hormones and peptide hormones (oxytocin and arginine vasopressin); these behaviors are encouraged differently in women and men, which influences their role in the society and culture in which they live to behave as "females" or "males." While these factors have little impact on their biological sex, they can have profoundly different outcomes in the behavior and health of an individual. Biological sex is dichotomous because of the different roles of each sex in reproduction. For scientific research, it is important to define biological sex and distinguish it from other meanings.

### Sex Chromosomes and Biological Sex Determination

Among mammals and many other taxa, males are characterized as the heterogametic sex (6), having 2 different sex chromosomes, X and Y, whereas females are homogametic (XX). By contrast birds, many reptiles, and some other organisms have Z and W chromosomes (7). In these organisms, the female is the heterogametic sex (ZW) and males are homogametic (ZZ). Some adult fish and reptiles can also change sex in response to environmental factors (8, 9), and even the adult mouse gonad can undergo partial sex reversal when specific genes are deleted (10, 11). Human biological sex is often assessed by examining the individual's complement of sex chromosomes as determined by karyotypic analysis: males are XY and females are XX. Karyotypic sex is actually a surrogate for genetic sex, determined by the presence of the *SRY* gene on the Y chromosome (12, 13). However, karyotypic analysis may be misleading, as there are well-described 46,XX males (with testes). Most of these individuals carry a short segment of the Y chromosome that includes *SRY* transferred to an X chromosome, but up to 10% lack an *SRY* gene (14, 15). Similarly, there are 46,XY females, who have *SRY* but also have a duplication of *DAX1* (dosage-sensitive sex reversal, adrenal hypoplasia critical region, on chromosome *X*, gene 1) (16).

### Sex Determination and Sex Differentiation

In mammals, sex determination begins with the inheritance of XX or XY chromosomes, which are the only factors that are different in XX and XY zygotes. Thus, all phenotypic sex differences, including gonadal development, stem originally from the unequal effects of XX and XY

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

*Endocrine Reviews*, 2021, Vol. XX, No. XX

sex chromosomes. Phenotypic sex differences develop in XX and XY embryos as soon as transcription begins. The categories of X and Y genes that are unequally represented or expressed in male and female mammalian zygotes, which could cause phenotypic sex differences, fall into 3 main categories (17).

1. *Y genes causing male-specific effects.* These Y-linked genes do not have homologous genes on the X chromosome. The most important Y-linked gene is *SRY*, the testis-determining gene, which encodes the SRY transcription factor expressed during embryonic life in the bipotential gonadal ridge; SRY activates downstream autosomal genes such as *SOX9* to cause formation of a testis (18). In the absence of *SRY*, autosomal and X chromosome genes (*WNT-4, DAX-1, FOXL2, COUP-TFII,* and *RSPO1*) are activated to cause formation of an ovary (19-22). Both testicular and ovarian development are subject to active genetic regulation (12, 13, 16). Pathways downstream of *SRY* inhibit ovary-determining pathways, and ovary-determining pathways also inhibit pathways for testis development. Once the testes form, they secrete sex hormones that act widely throughout the body to cause male differentiation of nongonadal tissues. Other Y genes also have male-specific effects (for example, those required for spermatogenesis) (23, 24).

2. *X gene dosage or parental imprint.* Because XX nongermline cells inactivate one X chromosome (25, 26), it was long thought that both XX and XY cells have only one active X chromosome, with little inherent difference in expression related to the number of X chromosomes. The inactivated regions of the X chromosome are "coated" with large noncoding RNA transcribed from the X-inactive specific transcript (*XIST*) gene, part of the XIC (X inactivation center) located on Xq13 (27, 28). But some genes escape X inactivation (termed as *X escapees*), and therefore are expressed more in XX than XY cells, resulting in imbalance or incomplete dosage compensation (29). About 23% of human X-linked genes are more abundantly expressed in XX cells than XY cells in many tissues (30, 31). Recent evidence from mouse studies suggests that the inherent male-female difference in expression of X genes leads to significant sex differences in disease phenotypes. For example, sex differences in placental *Ogt* expression are associated with sex differences in prenatal vulnerability to stress (32). X escapee *Kdm6a*, a histone demethylase, contributes to sex differences in mouse models of bladder cancer (33), autoimmune disease (34), and Alzheimer disease (35). Similarly, variations in human *KDM6A* are associated with prognosis of bladder cancer or cognitive decline in female patients (33). The dose of another X escapee histone demethylase, *Kdm5c*,

contributes to sex differences in adiposity and body weight in mice, and variations in *KDM5C* in humans are associated with body mass (36).

Sex differences may also arise from genes in the pseudoautosomal regions (PARs) of the sex chromosomes, small regions of sequence similarity on the X and Y chromosomes that allow for X and Y chromosome pairing during meiosis. Both XX and XY cells have 2 PARs, implying equivalent effects of XX and XY PARs. Paradoxically, the process of X inactivation appears to spill over into the PAR and reduce expression on one X chromosome only in XX cells, leading to greater expression of PAR genes in XY cells compared to XX cells in the human transcriptome (30). A third potential source of X-linked imbalance stems from parentally imprinted genes in XX cells, which have one X chromosome from each parent and thus are influenced by any imprint on X genes from either parent. XY cells only receive imprints from the mother, and thus differ phenotypically from XX cells (37).

3. *XX mosaicism.* Female mammals are a mosaic of cells of 2 types: those expressing the X chromosome from the father (Xp), or from the mother (Xm) because of X inactivation (25). In contrast, XY individuals will lack this diversity within cell types in each organ because only one X (Xm) chromosome and only the maternal imprint of X genes will be expressed in each cell. The mosaicism in females means that in genetically diverse populations, the effects of disease-promoting X-linked alleles, inherited from one parent, will be muted in XX cells because half of the cells will have a different allele (38), and genomic imprints from each parent will only be expressed in half of the cells. In general, XX tissues are thought to have less extreme phenotypes than XY tissues, because the effects of extremely deleterious or beneficial alleles or imprints are buffered by the diversity of X alleles and imprints. For example, hemophilia A and hemophilia B (clotting factor VIII and IX deficiencies, respectively), are X-linked diseases that affect men, whereas most women are asymptomatic carriers.

## Sexual Differentiation Caused by Gonadal and Nongonadal Hormones

In mammals, the process of reproductive system development requires the action of hormones (peptide/ gonadotropins and steroids) from the pituitary gland, the adrenal cortex, and the gonads. Testicular development leads to secretion of Müllerian inhibitory hormone (MIH, also termed anti-Müllerian hormone, AMH), a glycopeptide, and testosterone, which affects many sex differences in nongonadal tissues (39). In contrast to the fetal testis, the fetal ovary makes minimal steroid hormones

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

*Endocrine Reviews*, 2021, Vol. XX, No. XX
**5**

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

(40), and ovarian function is not needed for development of the female reproductive system, as evidenced by the normal female anatomy of individuals with Turner syndrome, who have 45,X gonadal dysgenesis. The pioneering work of Alfred Jost suggested that 2 classes of testicular hormones are involved in sexual differentiation. First, testicular androgens drive the differentiation of the fetal external genitalia from female morphology to that of the male and are required for the differentiation of embryonic Wolffian ducts into male internal reproductive structures (41, 42). Androgens, secreted by Leydig cells, are required for the differentiation of embryonic Wolffian ducts into male internal reproductive structures (epididymis, vas deferens, ejaculatory ducts, prostate, and seminal vesicles), and drive the differentiation of the undifferentiated external genitalia toward male morphology. Second, the testis produces locally acting MIH that causes involution of the Müllerian ducts, which would otherwise develop into the fallopian tubes, uterus, and cervix (43, 44).

It was long thought that only the involution of the Müllerian ducts was an active process, with the Wolffian ducts simply involuting in the absence of androgens. Recent evidence from mice indicates that Wolffian involution is also an active process controlled by the transcription factor COUP-TFII (22, 45), but the nature of any factors stimulating COUP-TFII remains unknown (22). Some aspects of gonadal differentiation are active throughout life,

preventing ovarian follicle cells from transdifferentiating into "testis-like" cells (11). MIH is secreted by Sertoli cells and androgenic steroid hormones, usually testosterone, are secreted by Leydig cells. Testosterone and its more potent derivative dihydrotestosterone are responsible for the development of the male external genitalia (46). Androgens from adrenal glands and alternative pathway androgen biosynthesis in the human placenta can influence virilization of the developing fetus (47, 48). The adrenals of adult primates also produce abundant androgens, profoundly influencing phenotypes, so that not all sex steroids are gonadal (see Boxes 1 and 2). Although the term *sexual differentiation* is usually applied to the development of sex differences in genitalia and other organs such as the brain in the growing fetus; sex differences also occur later in life during the minipuberty of infancy (49), puberty, the female menstrual cycle, menopause in women, and andropause in men. The actions of gonadal and nongonadal hormones as well as sex and autosomal chromosome gene products in adult people causes many sex differences in health and disease.

## Influence of Gonadal Steroid Hormones and Nongonadal Hormones in Brain Development

Differentiation of the brain by gonadal hormones is implemented during a restricted critical window, which is operationally defined by the onset of copious androgen

---

**Box 1.** Steroidogenesis in gonadal and nongonadal tissues

All biologically active sex steroids, whether gonadal or nongonadal in origin, are derived from cholesterol by the process of steroidogenesis. Two steroidogenic steps must be considered (for details see (50)). First, the cholesterol side-chain cleavage enzyme, P450scc (CYP11A1) initiates steroidogenesis by converting cholesterol to pregnenolone; expression of P450scc renders a tissue "steroidogenic," that is, able to make steroids de novo (51). The gonads, adrenals, and placenta express abundant P450scc and produce the familiar circulating endocrine steroids, but the brain, skin, and some other organs also express low levels of P450scc and produce steroids involved in paracrine actions. Brain steroidogenesis has been studied mainly in fetal rodents, with little information in other systems (52). Many nonsteroidogenic tissues (liver, kidney, fat, breast, heart) do not express P450scc but express other steroidogenic enzymes that modify steroids taken up from the circulation. Fat and breast express CYP19A1 (aromatase), permitting local production of estradiol from circulating 19-carbon (C19) steroids; this estradiol is important in breast cancer but is not a gonadal steroid. Similarly, prostate and genital skin express several enzymes leading to dihydrotestosterone, accounting for the failure of "androgen deprivation therapy" by gonadectomy in prostate cancer. Not all gonadal steroids are sex steroids, as both the ovary and testis secrete some "upstream" steroids that are precursors of the classic sex steroids. For example, dehydroepiandrosterone (DHEA) does not bind to sex steroid receptors, but it can be converted into testosterone and estrone. Second, synthesis of all sex steroids requires P450c17 (CYP17A1), which catalyzes 17α-hydroxylation and the 17,20 lyase activity that changes 21-carbon steroids to C19 precursors of androgens and estrogens. P450c17 is abundantly expressed in the gonads of all vertebrates and in the adrenals of most vertebrates other than rodents, but the rodent *Cyp17A1* gene is silenced by tissue-specific methylation (53). Consequently, rodents make only miniscule amounts of adrenal C19 steroids and also use corticosterone instead of cortisol as their glucocorticoid. In most mammals, P450c17 has low 17,20 lyase activity, so that their adrenals produce rather small amounts of C19 steroids, but primate P450c17 has abundant 17,20 lyase activity, generating abundant C19 androgen precursors (DHEA, DHEA-sulfate, androstenedione) (47, 48). Furthermore, production of these C19 steroids proceeds by different pathways in rodents and primates: primates favor the "Δ5 pathway," through DHEA, whereas rodents favor the "Δ4 pathway" through 17OH-progesterone (17OHP) (50). Primate adrenals also produce a true androgen, 11-keto-testosterone (54), profoundly influencing phenotypes (apocrine odor; female sexual hair). Thus, not all sex steroids are gonadal: ~ 50% of the circulating androgens in adult women are of adrenal origin.

---

*Endocrine Reviews*, 2021, Vol. XX, No. XX

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

---

**Box 2**. Gonadectomy and sex steroids

Many animal studies employ gonadectomy to eliminate the actions of sex steroids (estrogens, androgens, progestins). If using this approach, the investigator must consider whether nongonadal tissues will produce sufficient sex steroids to influence the study. The gonads produce most but not all circulating sex steroids; furthermore, some tissues produce steroids that act locally and do not enter the circulation, hence absence of a measurable steroids in blood does not ensure absence of its action in the target tissue. Both sexes produce all steroids and their metabolites, hence there are no male- or female-specific sex hormones, *per se*. In male mammals, testosterone release is highly pulsatile in nature (49, 55) and in laboratory mice, strain-dependent variations in androgen levels are reported (56). In female rodents, circulating levels of estradiol, testosterone, and DHT are highest in proestrus phase; a comprehensive analyses of sex steroids in intact and gonadectomized rodents can be found elsewhere (57). Circulating concentrations of testosterone in adult women are similar to those of boys in early puberty, and estradiol concentrations in men are similar to those in mid-cycle women, but the tenfold higher concentrations of testosterone obscure its effects. Rodents are widely used in research, but they differ from primates in several important aspects of steroidogenesis (see Box 1), and hence must be used with caution in studies seeking to model aspects of human physiology that might be influenced by steroids. These differences include: (i) In humans, substantial amounts of circulating sex steroids are bound to sex hormone–binding globulin (SHBG), whereas this carrier protein is not present in rodent circulation (58). (ii) Dehydroepiandrosterone (DHEA) and androstenedione, 19-carbon (C19) precursors for testosterone and estrone, that do not bind to sex steroid receptors, are secreted from the adrenal glands, the ovary and testis in humans, but not rodents (59). Thus, not all gonadal steroids are sex steroids. (iii) The rodent ovarian corpus luteum produces progesterone throughout pregnancy but in human pregnancy the corpus luteum involutes early in the second trimester, after which the placenta produces the progesterone needed to suppress uterine contractility, permitting term pregnancy. (iv) Adrenal-specific methylation of rodent *Cyp17A1* prohibits their adrenal synthesis of C19 precursors of sex steroids; however, changes in methylation status can occur under conditions of pathology. (v) As a further consequence of adrenal *Cyp17A1* methylation, rodents utilize corticosterone as their glucocorticoid, whereas almost all other vertebrates use cortisol. (vi) Rodent adrenals use high-density lipoproteins (HDL) taken up via scavenger receptor B1 (SRB1), as their principal source of cholesterol for steroidogenesis, whereas primates use low-density lipoproteins (LDL) taken up by receptor-mediated endocytosis. (vii) Several genes encoding steroidogenic enzymes are duplicated; rodents and primates differ in which copy(ies) of these genes are expressed: *CYP21; HSD3B, HSD17B, AKR1-3*. Such differences may affect laboratory results in unanticipated fashions. (viii) In rodents, nonsteroidogenic tissues such as the gut, liver, kidney, fat, breast, heart, thymus, skin, and the placenta have all been shown to make steroids. Thus, gonadectomy may eliminate most, but not all, circulating sex steroids, depending on the species being studied and may not reveal much about the paracrine effects of sex steroids present in the tissue(s) under investigation. Nonetheless, gonadectomy is an invaluable research tool that helps unequivocally confirm the influence of gonadal hormones in sex differences.

---

production from the fetal testis. Human fetal androgen production begins at 8 to 10 weeks postconception and in rodents is closer to parturition, at embryonic days 16 to 18, with birth following 2 to 4 days later. An important effect of this androgen surge is to masculinize the rodent brain. Steady but pulsatile release of the gonadotropins luteinizing hormone and follicle stimulating hormone from the pituitary gland support continuous steroidogenesis and production of sperm (60). In female rodents, the feminization of the brain proceeds in the absence of exposure to high levels of androgens or their aromatized byproducts, estrogens, a developmental strategy highly analogous to that used for masculinization of the gonads, reproductive tract, and secondary sexual characteristics, with the exception that estrogens are actively downregulated in male rodents. In human females, gonadotropins from the pituitary gland regulate ova development, induction of ovulation, and stimulation of estradiol and progesterone from the ovaries (49). An important feature of this developmental strategy is the existence of a sensitive period in female rodents (61). Male rodents must be exposed to high levels of

androgens during the critical period; if exposure occurs too early or too late it will be ineffective at inducing masculinization. However, females are also sensitive to androgens during a restricted period of development, hence a sensitive period in rodents. In males, the critical period closes shortly after androgen exposure because the cellular and molecular processes of masculinization have been initiated and cannot be reversed; the train has left the station. In both primates and rodents this process is largely prenatal, but female rodents remain sensitive to androgen exposure into the first postnatal week. Injecting a newborn female rodent with androgens will initiate the process of masculinization, thus she is still sensitive. After the first week, the feminization process cannot be overridden by androgens and thus the sensitive period has closed. The existence of the sensitive period in females is useful as a research tool—it is important in understanding the potential impact of exposure to endocrine-disrupting compounds or other cellular agents of masculinization that act in an analogous manner to androgen exposure in modulating female brain development. There is evidence for a later sensitive

*Endocrine Reviews*, 2021, Vol. XX, No. XX    **7**

period for brain feminization mediated by small increases in estrogens (62); this topic warrants further investigation. The closing of the sensitive period in primates, especially humans, remains poorly understood, but it appears to end prenatally, similar to the critical period in rodents. The sources of androgens that females can be exposed to during the sensitive period include from: (i) experimental interventions; (ii) male littermates in animals; (iii) or human adrenals carrying genetic mutations in the steroidogenic pathway (as in congenital adrenal hyperplasia).

Given that the critical and sensitive periods for sexual differentiation are defined by the production and response to gonadal steroids, it is not surprising that steroids are the primary drivers of developmental origins of sex differences in brain (and probably other tissues) and behavior. But how do steroids achieve this? The first step in any investigation is often is to identify the active steroid metabolite(s). In rodents, circulating fetal testicular testosterone enters the fetal brain where it can serve as a direct precursor for estradiol synthesis via aromatase ($Cyp19A1$) (see Box 1). Fetal and adult neurons can aromatize testosterone to estradiol in a nonrandom distribution: neurons of the hypothalamus, preoptic area, and amygdala are particularly active for local estradiol synthesis, whereas the hippocampus and parts of the cortex, midbrain, and spinal cord are also active at a lower level (63). For most reproductive endpoints, it is the local actions of estradiol that drive neural phenotype toward masculinization, which to some seems counterintuitive, given that estradiol is so often referred to as a "female" hormone (64), and further highlights that it is impossible to completely eliminate the effects of sex steroids, especially in the brain, by simple gonadectomy (see Box 2). Developing rodent embryos sequester maternal estrogens by binding to circulating alpha-fetoprotein, which is present only during the critical/sensitive period; when it is genetically deleted, all the offspring are masculinized (65). In humans, sex hormone–binding protein, not alpha-fetoprotein, is the major serum glycoprotein that binds androgens and estrogens with an undetermined role in fetal sexual development (66, 67).

In rodents, there is abundant evidence that gonadal androgens are metabolized to estrogens in the brain and mediate "masculinizing" effects on the brain; similar evidence in primates is limited. In primates, the principal masculinizing agents are androgens, not estrogens, and although there is alpha-fetoprotein present in fetal circulation, it has a weak binding affinity for estradiol (68), and instead it plays a much broader role in brain and body development (69). The conclusion of no strong role for estrogens in humans is based on individuals with dysfunctional aromatase or androgen receptors. Males lacking aromatase still identify as men, while XY individuals with complete androgen insensitivity identify as women (70). The disparity between the principal differentiating hormones in primates versus rodents suggests that findings may not be easily extrapolated, and it is important to specify both the hormone and species under investigation. To discern whether the biological basis of sexual differentiation of brain and behavior differs between primates and rodents, one needs to identify mechanisms by which steroids transduce signals to modify the trajectory of the nervous system. While those mechanisms are incompletely understood, a few general principles are clear. First, there is no unified mechanism that applies broadly across the brain, with the exception that androgens and estrogens are the primary drivers of masculinization during a restricted developmental window. Similar masculinizing effects of testicular androgens may also occur during puberty (71). Second, all aspects of neural development are capable of being "organized" or programmed by sex steroids. This includes cell genesis, migration, myelination, dendritic and axonal growth and branching, synapse formation, synapse elimination, and neurochemical differentiation. Effects are not limited to neurons, with both astrocytes and microglia also exhibiting morphological sex differences. Third, each discrete brain region, nucleus, or subnucleus appears to have unique mechanisms of cellular masculinization. In some brain regions, such as the preoptic area, there are multiple separate mechanisms at play simultaneously. Sex steroids act in both paracrine and endocrine manners to influence structural development and function (72, 73).

## Biological Basis of Diversity in Sexual/Gender Development and Orientation

Given the complexities of the biology of sexual determination and differentiation, it is not surprising that there are dozens of examples of variations or errors in these pathways associated with genetic mutations that are now well known to endocrinologists and geneticists (74); in medicine, these situations are generally termed *disorders of sexual development* (DSD) or *differences in sexual development* (75). DSD includes genetic disorders in the sexual determination pathway (76), disorders of steroidogenesis (50, 77), disorders of steroid hormone action, especially androgen insensitivity syndrome (78), and less well-defined "developmental field defects" (79), such as Mayer–Rokitansky–Küster–Hauser syndrome (80). The study of genes and factors underlying DSD and the diagnosis and management of the various forms of DSD is a complex and rapidly evolving area of endocrinology: clinical management is complex (81) and requires both contemporary molecular genetics (82) and well-integrated interdisciplinary care (83).

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

*Endocrine Reviews*, 2021, Vol. XX, No. XX

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

Gender includes perception of the individual as male, female, or other, both by the individual and by society. *Gender identity* is a psychological concept that refers to an individual's self-perception; while associations between gender identity, neuroanatomic, genetic, and hormone levels exist, a clear causative biological underpinning of gender identity remains to be demonstrated. Both animals and human beings have biological sex, but only humans have evident self-awareness that allows them to express gender; self-awareness in animals has not been investigated in this context. Gender also includes differences that males and females experience in their social and physical environments, which can have differentiating effects on the sexes. Human social environments are poorly modeled in laboratory animals and thus animal studies are usually limited to addressing sex differences. For centuries, the concept of male and female did not distinguish between biological sex differences and those caused by consistent differences in the environments. Thus *sex differences* are those caused by biological factors, whereas *gender differences* reflect a complex interplay of psychological, environmental, cultural, and biological factors (Fig. 1).

At birth, individuals are assigned a sex or gender ("natal gender"), almost always based on the appearance of the external genitalia. In most individuals, the various biological determinants of sex are consistent with one another, and this biological sex is also consistent with the individual's self-perception—the sex and gender are concordant. However, a substantial minority of people who do not have DSD have some degree of variation in their self-perception of their gender, which may differ from their biological sex; this is usually termed *gender incongruence* (84). The term *gender disorder* has been replaced with the term *gender dysphoria* which describes the distress that an individual might feel as a consequence of having gender incongruence. *Transgender* (often called *trans*) refers to individuals who do not identify themselves as being of their natal gender, whereas *cisgender* (*cis*) people do not experience gender incongruence (85). Readers are also referred to Endocrine Society's 2017 Clinical Practice Guideline and Transgender Health Fact Sheet (84). Estimates of the prevalence of male-to-female transgender individuals among general populations range from 0.5% to 1.3% and estimates for female-to-male transgender individuals range from 0.4% to 1.2% (85). State level population-based surveys indicate that 0.6 % of US adults (25-64 years of age) and 0.7% of adolescents and young adults (13-24 years of age) identify as transgender. Other studies of US high school



**Figure 1.** Simplified view of the factors influencing sex differences in the brain. Three broad groups of factors influence the sexually dimorphic brain, as indicated by the broad, colored arrows. 1) Genes and genetic factors that influence the brain include both those on sex chromosomes and autosomes, and include both the DNA itself (represented by the classic double helix) but also chemical modification of DNA (eg, methylation) and modifications of proteins associated with DNA to form chromatin, including histones, and also changes in proteins that bind to DNA. 2) Hormones clearly influence sexual dimorphism in the brain; these are represented by the principal sex steroids, estradiol and testosterone, but also include other steroid and protein hormones (progestins, MIH, oxytocin, prolactin, etc). 3) The environment includes a wide spectrum of influences, including perinatal nutrition and familial support, socioeconomic and demographic factors, intrinsic factors of brain development, age, and gender, and larger environmental factors, such as education, profession, and societal expectations (the "gendered environment"). In addition to each class of factor influencing the brain (bold arrows), the human brain also reciprocally influences each of these groups of factors. Furthermore, each group of factors influences the other, as represented by the dotted arrows. Some examples include: the environment influences genes via epigenomics and genes influence the environment by population sizes and domains; the environment influences hormones by seasonal variations and the actions of xenobiotics, and hormones influence the environment by promoting reproduction and consumption of foodstuffs; genes directly influence hormones by regulating their production and action, and many hormones, including all steroid hormones, regulate gene transcription.

*Endocrine Reviews*, 2021, Vol. XX, No. XX                                                                    9

students suggest a prevalence of 1.8% to 2.7% of being gender nonconforming or transgender (86-88). However, several factors may influence reported prevalence of gender dysphoria: (i) small sample sizes; (ii) differences in assessment techniques leading to incomplete ascertainment of gender dysphoric individuals; (iii) unwillingness of some individuals to respond fully and honestly, especially in older studies or studies deriving from locales where gender incongruence is a social taboo; (iv) differences in the subjects ages. *Sexual orientation*, not to be confused with gender identity, refers to the group of persons to whom an individual is sexually attracted; both cisgender and transgender individuals may be hetero-, homo-, or bi-sexual (89).

Although gender is strongly influenced by environmental and cultural forces, it is unknown if the choice to function in society in male, female, or other role(s) is also affected by biological factors (89-91). A general issue is that the association of sex, gender, or sexual orientation with specific brain structures, or with other biological variables, does not establish whether the biological variables are causes or consequences or noncausal correlates of the behavioral characteristics or function of the individuals studied. Three areas of biological difference have been studied fairly extensively: neuroanatomy, genetics, and hormones. Studies have reported differences in the hypothalamic INAH3 nucleus in men vs women and in homosexual vs heterosexual men (92, 93). Although initially controversial, others have confirmed sex differences in INAH3, not in size or densities, whereas no evidence for sexual dimorphism of any other INAH structures are reported (94). Studies in people with gender dysphoria found that the phenotypes of specific brain structures, such as the bed nucleus of the stria terminalis, of transgender women and transgender men differ from cisgender men and women, with partial, but incomplete sex reversal of sexually dimorphic structures (95). Brain networks involved in one's body perception, (pregenual anterior cingulate cortex, temporo-parietal junction, and fusiform body area) differ in individuals with gender dysphoria compared with cisgender individuals (96-98). Neuroimaging shows that testosterone treatment resulted in functional and structural changes in brain areas associated with self-referential and own body perception (99). Transgender men have thicker medial prefrontal cortex than cis men. Testosterone treatment does not change prefrontal cortex thickness in transgender men, but it has other effects on cortical thickness, connectivity, and fractional anisotropy (99).

Genetics may play a role in gender identity (100): monozygotic twins have 39% concordance for gender dysphoria (101). Attempts to identify specific genes governing gender identity have been plagued by small numbers of subjects and low statistical significance; no specific gene has been reproducibly identified. However, such studies have suggested associations with genes encoding steroidogenic enzymes and sex steroid receptors, and it is generally agreed that androgens play an important but not determinative role. For example, many 46,XX individuals with severe virilizing congenital adrenal hyperplasia (steroid 21-hydroxylase deficiency) are exposed to intrauterine testosterone concentrations typical of those in normal male fetuses and consequently have severely virilized external genitalia; nevertheless, most have a female gender identity, but about 5% to 10% of such individuals have gender dysphoria, an atypical gender identity (89, 102, 103), or atypical sexual orientation and gender behavior (104, 105). Similarly, about half of 46,XY individuals with defects in androgen synthesis who were raised as females revert to a male gender role (106). The biological underpinnings of sexual orientation and gender identity are apparently related but are not the same (107). Thus, there is ample but incomplete evidence for biological substrates—neuroanatomic, genetic, and hormonal—for gender orientation, making this an important area of ongoing research.

## Hormonal Versus Sex Chromosome Effects

Sex differences are caused by 3 major factors—sex hormones, genes on sex chromosomes/autosomes, and environment (Fig. 1). To understand disease mechanisms in both sexes and exploit sex differences in protection or exacerbation of diseases, it is important to determine the relative contribution of each of these factors in causing sex differences (17). Many sex differences caused by gonadal hormones have been discovered by measurements of sex steroids and gonadotropins during human development, and in animals by similar measurements or by interventional methods, such as gonadectomy, hormone administration, or the expression of synthetic enzymes or receptors in transgenic mice. Sex steroids play an integral part in many physiological processes (Box 1). Whereas the gonads are the major site of sex steroid synthesis, the adrenals, placenta, brain, and skin can also initiate steroidogenesis, and steroid-modifying enzymes are found elsewhere, especially in liver and fat, permitting synthesis of sex steroid hormones in multiple other sites (50). Thus, animal gonadectomy may provide information about endocrine effects of gonadal steroid hormones but cannot address tissue-specific paracrine effects (Box 2). Moreover, gonadectomy cannot mimic low pre-pubertal levels or physiological conditions in which hormone levels decrease, such as aging or menopause. Manipulations of human gonadal hormones are routinely used in contraception and in the management of sex steroid–dependent cancers (eg, breast, prostate). When

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

*Endocrine Reviews*, 2021, Vol. XX, No. XX

a sex difference is discovered in human disease, and modeled in animals, the investigation of possible hormonal causation of the sex difference is usually the first option considered.

To detect effects of sex chromosomes that cause sex differences, one can compare people who have differences in their sex chromosomes, revealing effects of X or Y chromosome number (108-110). These results strongly suggest direct sex chromosomal contributions to sex differences in cell function. Comparison of brains of XY patients with complete androgen insensitivity (who are phenotypically female), with brains of control XY males and XX females, suggests that cortical thickness and functional connectivity between the limbic regions and the cortex are influenced not only by testosterone actions, but by sex chromosome factors as well (111). However, changes in the sex chromosome ploidy also alter gonadal hormones, so it can be difficult to isolate sex chromosome effects not mediated by gonadal hormone effects. Circulating human embryonic/fetal sex steroid concentrations are poorly characterized, and the tissue concentrations are almost totally unknown. Another approach is to use mice to identify genes on the X or Y chromosome that act outside of the gonads to cause sex differences, and then seek evidence that the orthologous human genes cause human sex differences. Controlled experiments are possible in which XX or XY mice with comparable gonadal hormones can be compared. A frequently used model is the Four Core Genotypes (FCG) model, in which the testis-determining mouse *Sry* gene is deleted from the Y chromosome (creating the Y⁻ or "Y minus" chromosome) and inserted as a transgene on chromosome 3 (*Sry+*) (Fig. 2 and Box 3) (112). The utility and limitations of these models have been extensively discussed (113, 114).

## Considering Sex and/or Gender as Variables in Health and Disease

Women and men differ in many physiological and psychological variables. It is important to establish the mechanisms causing such differences in health and disease, and to consider sex-related variables in studies of human health and disease. These variables include, but are not limited to, sex- and gender-related factors. The inability to control all variables in human studies means that it may be impossible to determine the relative roles of environment and biology in causing a difference between women and men, when both types of variable can influence the trait. Furthermore, while "gender expression/behavior" can be observed, "gender identity" can only be known by what an individual states. Thus, gender identity, *per se*, cannot be studied in animals. In human studies, it is unethical to selectively manipulate specific biological and environmental variables, and most currently available data derive



**Figure 2.** Schematic diagram of the Four Core Genotypes mouse model. The testis-determining gene *Sry* is deleted from the Y chromosome, producing the Y⁻ chromosome. An *Sry* transgene is inserted onto chromosome 3. Thus, the type of gonad is no longer linked to the sex chromosomes. The model produces XX and XY mice with *Sry* and testes, and XX and XY mice without *Sry*, with ovaries. Sex differences in phenotype can be attributed to an effect of gonadal hormones, comparing mice with ovaries and testes, or to an effect of sex chromosomes, comparing XX and XY mice with the same type of gonad. [Modified with permission from Arnold AP & Chen X. *Front Neuroendocrinol*, 2009; 30(1) ©Elsevier Inc. (112)].

from studies comparing groups of men with groups of women. It is therefore difficult to disentangle the specific contribution of sex-related genes, hormones, gender-related variables, and other variables that contribute to being female or male. Because sex has long been defined by gonadal type, the list of sex-influencing factors has been primarily associated with gonadal hormones, especially estrogens, progestins, and androgens (121). However, some phenotypic sex differences develop before the gonads differentiate as testes or ovaries (122), so other factors also contribute to sex differences (123) but are seldom considered.

Sex is an essential part of vertebrate biology, but gender is a human phenomenon; sex often influences gender, but gender cannot influence sex. Studies of animal physiology must consider sex as a variable (124), with sex steroids (of both gonadal and nongonadal origins), sex chromosomes, and other factors contributing to sex differences in many physiologic processes. Similarly, studies of human physiology and disease must also consider sex for the same reason (125) and its disorders must

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

*Endocrine Reviews*, 2021, Vol. XX, No. XX  **11**

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

---

**Box 3**. Investigating sex chromosome complement versus gonadal hormones in health and disease: the four core genotypes (FCG) model

The FCG model allows for discriminating hormonal vs sex chromosome effects in animals. Gonadal males (XY⁻(*Sry+*)), bred to XX gonadal females, produce 4 types of offspring: XY⁻ and XX mice with the *Sry* transgene and testes, and XY⁻ and XX gonadal females lacking the *Sry* gene (Fig. 2). Thus, it is possible to compare XX and XY mice with the same type of gonad, in 2 separate comparisons. Differences between XX and XY are attributed to effects of sex chromosome genes acting on nongonadal tissues. To determine if this sex chromosome effect is caused by X or Y genes, a second model is studied, the XY* model (113, 114). This model produces genotypes that are similar to XO, XX, XY, and XXY. An effect of number of X chromosomes is discovered by comparing XO and XX, or XY and XXY. An effect of the Y chromosome genes is discovered by comparing XO and XY, or XX and XXY. These mouse models have been used to demonstrate sex chromosome effects causing sex differences in a wide variety of phenotypes and disease models, including brain and behavioral phenotypes, metabolism, autoimmune, cardiovascular and pulmonary diseases, Alzheimer disease, aging, and cancer (35, 113, 115). These models have facilitated discovery of several disease phenotypes in which the number of X chromosomes contributes to sex differences (116), and a smaller number of sex-biasing effects of Y genes (117). Sex chromosome effects occur in the same disease systems alongside sex-biasing effects of gonadal hormones, such that the 2 effects can synergize to increase the amount of sex difference, or counterbalance each other to reduce a sex difference. Moreover, genes encoded on the Y chromosome can have gene-specific effects, and/or effects that overlap with those of X genes (118). In the cardiovascular system and associated physiological/disease states, sex chromosomes and gonadal hormones can have opposing effects. Estrogens generally protect from cardiac ischemia/reperfusion injury and other cardiovascular diseases, reducing disease in female relative to male mice. However, studies of ischemia/reperfusion injury in gonadectomized FCG mice reveal that the XX sex chromosome complement is associated with worse outcomes, relative to XY (119). In another study, sex chromosome effects in angiotensin II-induced hypertension showed that arterial pressure was greater in gonadectomized XX mice than in gonadectomized XY mice (120). Sex chromosome complement also influences the development of abdominal aortic aneurysms, fat metabolism and adiposity, plasma lipids and lipoprotein levels (particularly HDL-C) (115)).

---

also consider gender. However, human gender is a spectrum from feminine to gender-neutral to masculine, and also likely includes individuals who do not fit readily on a simple linear continuum (84). Studies addressing the endocrine care of transgender youth during the time of their potential gender transition (84, 89) find that they have a higher prevalence of stress-associated mental health disorders such as depression and anxiety, which can be ameliorated by gender-affirming endocrine treatment (126). It is essential to recognize these sex and gender differences as our health care systems endeavor to develop "individualized medicine."

Despite the fact that biological sex is such a fundamental source of intraspecific variation in anatomy and physiology, much basic and clinical science has tended to focus studies on one sex (typically male). Few studies have done side-by-side testing for sex differences at baseline and in experimental models of human diseases (127-129). Studies in laboratory animals that manipulate biological (eg, genes and hormones) and environmental variables (eg, housing conditions, diet, physical activity, etc) demonstrate that many variables can affect sex-related aspects of an animal's physiology. However, laboratory rodents may show male-female differences caused by different housing conditions, which could be misinterpreted as being caused directly by biological differences without environmental mediation. In studies concerning animal behavior, the sex and gender of the researcher conducting behavioral measures may also influence outcomes (130). Thus, for reproducibility and proper interpretation of the data, at the minimum, it is important to state the precise housing conditions, anesthetics, analgesics (different effects in sexes), doses, surgical manipulations, diet, sex, strain, species, and age of animals used, as well as sex/gender of the researcher(s) performing experiments.

Having laid the foundation for several factors that contribute to sex versus gender, this Statement will use 3 areas of research as examples (not as a literature review) where human and animal sex differences are well known. First, sex differences in specific brain regions of human men and women are increasingly being documented along with differences in brain connectomes; these will be discussed in detail in Section II. Second, stress-related pathophysiologies are known to affect twice as many women as men. However, few studies systematically include study designs to ascertain function or mechanisms that may be similar or different between males and females. Hormones and signaling pathways that contribute to sex-specific differences in stress-based pathophysiologies will be discussed in Section III. Similarly, sex differences in manifestation of cardiovascular and renal diseases are well recognized and will be discussed in Section IV.

## Section II

### Developmental Origins of Sex Differences in Brain Anatomy, Function, and Behavior

Sex differences in the human brain are a topic of intense popular and scientific interest. Several scientific observations motivate the search for sex differences in brain structure

and function. First, the act of sexual reproduction requires that the male and female animals show qualitatively different reproductive behaviors. The stereotyped emergence of these reproductively critical and sexually differentiated behavior reflects biologically programmed (or "innate") sex differences in the organization of those brain circuits that support the motivational and consummatory phases of copulatory behavior (131). Second, the fact that males and females make different biological investments in reproduction—eg, the risks of pregnancy in mammals are borne entirely by the female—sets up sex differences in the behavioral strategies that optimize reproductive fitness (132). Sexual selection based on sex-biased behavioral strategies is predicted to drive the evolution of sex differences in those brain circuits that are responsible for sexually selected behaviors. Third, males and females can show consistent sex biases in broader behavioral domains beyond those that directly relate to reproductive strategies. In our own species for example, there are highly consistent sex differences in the prevalence of physical aggression and violence (both male-biased) (133), as well as extensively documented sex differences in risk for different mental disorders (134).

In this section, we will first describe the main neuroimaging techniques commonly used in comparisons of brain anatomy, connectivity, function, and subnetwork organizations. We then review the key aspects of sex-biased brain anatomy and connectivity that have been revealed by these techniques; sex differences in stimulus-based or task-based functional magnetic resonance imaging (fMRI) studies are not addressed here. Next, we discuss specific disease states that appear to have different outcomes in the 2 sexes due to baseline differences in the "connectome" and animal models used in neuroimaging. Finally, we will address some important caveats and controversies in the field of brain imaging.

## Brain Imaging Techniques

Modern neuroimaging methods make it possible to characterize diverse aspects of brain structure, function, and connectivity in vivo. This large toolbox of methods has been used to examine sex differences in brain organization at several levels of analysis. These techniques aim to analyze, map, and visualize regional and inter-regional (connectomic) features of the brain at macroscopic (systems-level) and mesoscopic (neural circuit architecture) levels in order to illuminate brain organization in health and disease (135). Of note, cellular-level details are beyond the resolution of most in vivo brain imaging techniques.

Sex differences in global and regional brain anatomy can be measured in vivo using structural magnetic resonance imaging (sMRI). Several considerations have made

sMRI an especially popular technique in the study of brain sex differences in humans. First, sMRI allows a quick and spatially comprehensive screen of the entire brain that can quantify thousands of morphometric properties simultaneously in vivo across a large number of individuals. These characteristics not only facilitate testing for sex differences outside defined regions of interest, but also allow longitudinal measurements that can track the emergence of brain sex differences over development (136, 137). Second, because sMRI considers structure rather than function, it can leverage evolutionary conservation of the basic mammalian brain plan (138), and it is therefore particularly well-suited for cross-species investigation of sex differences in humans and animals. Thus, a critical role for sMRI research in the study of brain sex differences is to screen for brain regions that can then be prioritized for closer analysis using more resource-intensive assays that are typically applied in a regionally selective manner.

Complimenting sMRI, other in vivo neuroimaging techniques such as diffusion MRI (dMRI), resting state functional MRI (rs-fMRI), and fMRI provide unprecedented insights into tissue microstructure and brain connectivity. fMRI maps brain circuitry based on stimulus- or task-based brain functional responses. In contrast, rs-fMRI, by measuring changes in blood flow in the brain generated by signals dependent on blood-oxygen-levels, helps explore the brain's functional organization by providing insights into intrinsic brain activity without requiring participants to be trained in specific tasks, thereby eliminating task performance as a confounder (139, 140). dMRI measures the differential patterns of water diffusivity in biological tissue revealing details of tissue microstructure, especially in white matter (141). Fiber tractography on dMRI enables mapping the fiber architecture of the brain, and subsequently, the network organization of the brain through structural connectomes (142-144). A brain connectome is an extensive map of the white matter structural or functional connections of the brain, created using dMRI or rs-fMRI (145). Modeling efforts, such as the Human Connectome Project, and the use of connectome-based predictive modeling, have provided an integrative, in-depth, and multilevel understanding of the structural and functional connectivity (regions that get coactivated) of the neuronal networks (146, 147).

## Sex Differences in Global and Regional Brain Anatomy

It is well established that men have an average total brain volume that is approximately 10% greater than that of women (148, 149). A similar sex difference in average

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

*Endocrine Reviews*, 2021, Vol. XX, No. XX   **13**

human brain volume (~8%) appears to be present at birth (150) and is sustained throughout childhood and adolescence (151). The sex differences for total brain volume also hold for the 2 main subdivisions of brain tissue—gray matter and white matter—despite these 2 brain compartments following very different developmental trajectories (151, 152) (Fig. 3).

The robust sex difference in brain volume identified through human sMRI research cannot be fully explained by the fact that brain volume is positively correlated with height (average height is greater in men than in women). Statistical control for body size diminishes, but does not remove, sex differences in total brain volume (149), and boys also show greater average brain volume than girls during early adolescent development, at a time when girls are taller than boys (153). Thus, available literature supports a consistent picture in which there is overlap between the distribution of brain size in men and women, but the mean of this distribution is significantly greater in men than women. The medium effect size of sex on brain volume exists above and beyond sex differences in stature. However, it is important to note that no known functional sex differences associate with the sex difference in overall brain size. Sex differences in overall brain size, and their developmental timing, are both theoretically and methodologically important when considering: (i) whether neuroanatomical sex differences are conserved across species; (ii) whether there are sex differences in regional brain anatomy above and beyond sex differences in overall brain size; and (iii) whether

there is concordance between sex differences in brain size and any observed associations between brain size and putative biological causes of sex differences, such as gonadal or sex chromosome status (see below).

The patterning of sex differences in behavior and mental illness risk across the lifespan suggest that sex differences in human brain organization are likely to vary across different brain sub-systems or regions, and potentially also across different developmental periods. Structures in human gray matter compartments mediate neural computation and information processing—in contrast to axon-rich white matter compartments that are primarily involved in connectivity between different brain regions (see "Sex Differences in Brain Network Organization: The Brain Connectome," below). Here, we focus on sMRI studies that have tested for sex differences in regional gray matter volume (regional GMV) after controlling for sex differences in overall brain size. Regional GMV sex differences that survive statistical correction for total brain volume variation are of special interest because they exist beyond global sex differences in brain size. We emphasize GMV rather than other morphometric properties of the brain such as cortical thickness, sulcation, or the shape of subcortical structures (144, 154), because GMV provides a common metric that can be examined across cortical and subcortical structures, with equal applicability to humans and mice. Independent large-scale human sMRI studies in biobanks have identified a reproducible pattern of sex differences in regional GMV using sample sizes that are



**Figure 3.** Developmental trajectories for total brain tissue volume, gray matter volume, and white matter volume in men and women over Development. Person-level data are shown for women (red) and men (blue) as points, with lines linking measures from the same person over time. Note the large interindividual variation in volumes within each sex, and the overlap of these distributions, between the sexes. Superimposed on these person-level data are group-level best fit volume trajectories (bold lines with shaded 95% confidence intervals). The developmental window covered is 5 to 25 years of age. For all plots, there are statistically significant sex differences in both trajectory shape (ie, sex differences in the tempo of volume change, $P < 0.00001$), and trajectory "height" (ie, sex differences in absolute volume across ages, $P < 0.00001$). [Adapted with permission from Giedd JN et al. *Neuropsychopharmacology*, 2015; 40 © Springer Nature (153)].

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

significantly larger than those used in earlier work (148, 149, 155). A structural neuroimaging study involving >2000 individuals demonstrated that higher regional expression of sex-linked genes was coupled with greater GMV in men relative to women (155). These studies, by different laboratories, using different datasets and different techniques for sMRI analysis, find a largely overlapping regional pattern of GMV sex differences after correction for sex differences in total brain volume. These independent replications of regional sex differences in GMV are also in agreement with meta-analytic studies (156). Together, these studies show that, in adulthood, regional GMV is (on average): (i) greater in women than men within superior parietal, dorsolateral frontal, and anterior cingulate cortices; and (ii) greater in men than women within occipital, fusiform, and parahippocampal cortices as well as the amygdala and putamen. Furthermore, while these studies lack temporally resolved developmental maps of male-female differences in regional GMV throughout the brain, there is extensive evidence from focused studies of particular structures that neuroanatomical sex differences can vary dynamically over development, such as observed with amygdala volume and shape (156).

The rapidly expanding body of sMRI research on regional GMV sex differences in the murine brain shows important overlaps and differences with findings from human studies (137, 157). These murine sMRI studies—which are most commonly conducted ex vivo at a spatial resolution of <100 μm throughout the whole brain—have been able to confirm the identification of all classically sexually dimorphic nuclei of male-biased volume from prior histological research, including the bed nucleus of the stria terminalis and medial amygdala (137, 157). These brain regions play a predominant role in modulating social and goal-directed behaviors, pain, and cardiovascular control, all of which are conserved among mammalian species and subject to sexually dimorphic outcomes. By allowing a full-brain screen, murine sMRI has also newly identified a reproducible set of regions with greater GMV in females, including the cerebellar cortex, ventral thalamus, and somatosensory cortex (137, 157). Furthermore, a longitudinal sMRI study in mice found that the set of regions with male-biased GMV can be detected by early postnatal life (with some accentuating over puberty), whereas regions of female-biased GMV in murine adulthood appear to emerge in adolescence (137). To date, there are no studies that formally seek to compare the spatiotemporal patterning of regional GMV sex differences in humans and mice, although existing work already suggests some potential homologies, including foci of greater cerebellar cortex GMV in females vs males by adulthood (137, 148) and the adolescent accentuation of male-biased amygdala volume (158, 159).

An important technical challenge in assessing the degree of anatomical homology between regions of sex-biased brain anatomy in humans and mice is that most of the best-established and histologically validated foci of sex-biased brain volume in mice (eg, bed nucleus stria terminalis, medial preoptic nucleus of the hypothalamus) are hard to image in humans due to their small size and intrinsic tissue contrast properties.

## Sex Differences in Brain Network Organization: The Brain Connectome

The structural or functional brain network is represented by a "connectome," wherein the structural or functional connectivity between coactivated regions is encoded either through fiber tracts or functional co-activations (160). These connectomes can be studied at the level of subnetworks like visuospatial, auditory, cognitive control, or macro-scale level through global measures of network segregation, integration, and efficiency, to obtain functional associations (161).

A study of 949 individuals (aged 8-22 years; 428 males and 521 females) showed that on average, there are significant differences between the sexes in their structural connectomes (Fig. 4) (162). On average, men had greater within-hemispheric connectivity, as well as enhanced network segregation, whereas between-hemispheric connectivity and network integration predominated in women (Fig. 4A), but these differences were most prominent during adolescence (Fig. 4B-4D). However, an opposite trend was seen for cerebellar connections, which developed differently between human males and females in adolescence and adulthood. The structural connectivity findings were consistent with a behavioral study conducted on the parent cohort (the above-mentioned imaging study was performed on a subset of participants), with women outperforming men on attention, word and face memory, and social cognition tasks, and men performing better on spatial processing and motor and sensorimotor speed tasks (163). An analysis of the Human Connectome Project rs-fMRI data identified age and sex as independent variables that contributed to differences in functional connectivity (164). In brains of men, functional connectivity was more clustered locally in all lobes, except in the cerebellum, whereas the brains of women showed a higher clustering coefficient at the whole-brain level. Thus, brains of men were classified as more segregated and brains of women as more integrated, which agrees with the structural connectivity findings (162). In connectomes, the identification of subnetwork properties (165) can reveal how the complex functional and behavioral repertoire emerges from the simultaneous processes of segregated neuronal clusters and their

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

*Endocrine Reviews*, 2021, Vol. XX, No. XX                                                                                    **15**



**Figure 4.** Sex differences in structural connectomes across development. Connectomes representing the white matter structural connectivity in the brain, with nodes indicating the brain regions and edges between the nodes representing the structural connectivity between the nodes. Node colors representing respective brain regions are as follows: dark blue, frontal; cyan, temporal; green, parietal; red, occipital; white, subcortical. The depicted edges shown are those that survived permutation testing at *P* = 0.05. **A**, shows increased intrahemispheric connectivity in men (Upper, in blue) and increased inter-hemispheric connectivity in women (Lower, in orange) on average. **B-D:** Connectivity differences shown in A separated by age groups are shown: **B**, under 13 years, **C**, adolescent (13-18 years), and **D**, young adults (18-22 years). Left image: Men/Boys; Right image: Women/Girls. [Adapted with permission from Ingalhalikar M et al. *Proc Natl Acad Sci U S A*, 2014; 111(2) © National Academy of Sciences (163)].

integration during complicated cognitive tasks (166, 167). Consistent with the behavioral findings on sex differences, men had increased connectivity between motor and sensory (auditory) systems, along with increased connectivity in the fronto-parietal and cingulo-opercular systems that are traditionally associated with complex reasoning and control, whereas women had higher connectivity between reward, memory, and sensory (auditory) systems (163, 168). Better spatial skills in men and improved memory and social cognition skills in women have been reported in behavioral literature (169, 170).

It is important to point out that observed group-level differences in brain structure, function, or connectivity in men and women may reflect the influence of several extraneous factors. For example, in a set of elegant studies, brains of men were imaged to ascertain the contribution of performing complex spatial navigation tasks as part of their daily work on gray matter volume. These studies found that posterior hippocampi of London taxi drivers were significantly larger compared with controls (171), although the work did not address sex differences. Driving a taxi in London before the era of digital maps/navigation systems required extensive training and learning to navigate complex routes before being given a license to operate. In a subsequent study, comparison between London taxi drivers and bus drivers matched and controlled for age, education, intellectual, and stress levels, as well as years of driving experience, showed that taxi drivers had greater GMV in the posterior and less volume in the anterior hippocampi compared with bus drivers (172). Interestingly, years of

navigation experience associated with hippocampal volume in taxi drivers alone, but they were significantly worse at acquiring or retrieving novel visuo-spatial information than bus drivers. Importantly, no differences in other GMV, including the caudate nucleus, were found between the taxi and bus drivers; the caudate nucleus is associated with a myriad of cognitive and emotional functions. These studies illustrate brain plasticity and that professional work and years of performing certain tasks can result in brain structural, volume, and connectivity differences that may have little to do with sex or gender per se, but more with training, social environments, and behaviors. In other studies, GMV changes were greater in professional musicians, or after induced training (juggling for 3 months), and in early bilinguals, and white matter volume changes were found in adults learning a second language, irrespective of sex, when reported (173-176). These findings suggest that brain structure retains its plasticity and controlling for factors other than sex or gender are key in interpreting data on structural volumes and associated functions.

The above-mentioned existing datasets did not collect the requisite information on self-report of gender, thereby precluding retrospective analysis of gender in these cases. As identifying correspondence between behavioral scores and the regions that are involved in the manifestation of that behavior remains challenging, analyses of subnetworks pertaining to functional and behavioral domains can help elucidate a brain-behavior correspondence. The detailed description of sex differences in brain organization at the group level, and concerted efforts to specify

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

*Endocrine Reviews*, 2021, Vol. XX, No. XX

the role of sex-biased biological factors in shaping such sex differences, is of fundamental importance (177) and also provides a crucial adjunct for indispensable studies on environmental and wider societal contributions to sex-biased brain development. Such studies should be undertaken jointly using structural and functional connectivity. These studies elucidate the various ways in which sex differences in brain microstructure and connectivity can be investigated.

## Sex Differences in Structural and Functional Brain Regions in Obesity

The hypothalamus has long been known as the "center" where peripheral and neural signals converge in the regulation of food intake and energy homeostasis in both sexes. Advances in neuroimaging studies have helped identify activation of several distinct brain regions comprising brain networks in response to eating in men and women. Behavioral and sociocultural factors may play a role in the observed sex differences in ingestive behaviors, appetite, and cravings related to obesity (178). Women report higher prevalence of maladaptive ingestive behaviors such as binge eating, food cravings, and "food addiction," and the lifetime prevalence of disordered eating behaviors are about 3 times higher in women than in men (179, 180). Women also experience episodes of food cravings of greater intensity (181, 182), and greater frequency (183-185), and are less able to suppress food cravings than men (184, 186). Despite the wealth of data indicating that women experience disproportionately higher rates of food cravings, stress eating, and eating disorders than men, the reasons for these differences are incompletely understood (184, 187).

Regulation of food intake entails both homeostatic and nonhomeostatic factors (188). Homeostatic regulation balances energy needs with energy consumption, whereas nonhomeostatic regulation—in particular hedonic regulation and food addiction—involves reward-seeking behaviors that drive humans and animals to consume food beyond their metabolic needs, leading to the development of obesity (189-191). These findings have directed attention toward the extended reward system in obesity-related research, which consists mainly of basal ganglia regions and is involved in dopamine signaling and addiction-like behaviors (192). The extended reward system is composed of 6 interconnected brain networks—salience, central autonomic, basal ganglia, somatosensory, executive control, and emotional regulation (192).

Functional MRI studies have found that, in response to food images, obese individuals show greater activation than normal-weight individuals in regions associated with reward anticipation, dopamine signaling, and addiction-like behaviors (193-196). Greater activity in brain regions of the extended reward network may drive obesity-related behaviors, such as greater responses to food odors and food consumption (197-199). Recent meta-analyses have further supported the role of the brain in disrupting the balance between energy consumption and expenditure. This combination of increased activity in regions associated with reward-driven behaviors and decreased activity in regions moderating top-down control of appetite may lead to consumption of excess calories (188).

Furthermore, sex-specific activations in response to food intake have been observed in cognitive, emotional, and reward-related regions (200-202). For example, obese men had greater activation than obese women in the supplementary motor area, precentral gyrus, fusiform gyrus, and inferior parietal lobule, which are associated with motor control, visuospatial attention, and responding to salient new or alerting stimuli (203). In this same study, obese women showed greater activation than obese men in the caudate and parahippocampal gyrus, regions implicated in reward processing and memory (203). Using graph theory to define the underlying architecture of brain structural connectivity obtained from diffusion tensor imaging, sex differences were observed in the topological measures of centrality (which determine the degree of information flow in specific brain regions) in regions of reward and salience networks in women, and in reward and sensorimotor networks in men (204). Resting state fMRI studies have found sex differences and commonalities in body mass index (BMI)-related connectivity associated with specific defined regions of interest in the reward network (205). For example, women had increased associations between BMI and increased connectivity in the right globus pallidus and bilateral putamen. In men, BMI was associated with increased connectivity in the medial frontal cortex. A study of sex differences in response to visual and auditory food cues found that women experience greater activation in lateral and dorsolateral prefrontal and parietal cortical regions involved in cognitive planning and executive guidance and evaluation of behavior, compared with men (202). When viewed together, these studies highlight the importance of investigating sex differences in obesity-related alterations in the core and extended reward networks.

Although many single-sex studies of fMRI and obesity have been published, with the majority having all-female subjects, few studies have specifically investigated sex differences in brain function and structure in obesity. Despite the literature supporting sex differences in the brain, including in regions implicated in reward behaviors and energy homeostasis, few comprehensive reviews of sexually dimorphic brain signatures related to obesity have

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnab034/6159361 by guest on 12 March 2021

*Endocrine Reviews*, 2021, Vol. XX, No. XX

**17**

been performed. A recent meta-analysis using an activation likelihood estimation approach to evaluate comparisons in functional responses to stimuli by obesity and by sex revealed differential sex- and BMI-related activations in reward anticipation and response, in shaping food-related memories, and in generating top-down control of appetitive processes. Together, these findings have important implications for sex-specific obesity treatments.

## Models to Study Sex Differences in Normal Brain Structure and During Pathophysiology

Studies of sex differences offer important considerations for personalized medicine. The prevalence, clinical presentation, and symptomatic progression of many neurological and psychiatric disorders are remarkably different between the sexes. In addition to common X-lined mental retardation syndromes, men have a greater prevalence of neuropsychiatric disorders such as autism, attention-deficit/hyperactivity disorder (ADHD), and Tourette syndrome (206), whereas women have a greater prevalence of mood and eating disorders (207, 208). From the perspective of developmental disorders, the differences in the developmental trajectories of the sexes perhaps represent different vulnerabilities of maturing brain circuitry, leading to differences in symptoms, onset, and severity of neurological disorders. There are also sex differences in the risk factors, average age of onset, and prevalence of late-life dementias, as well as cerebrovascular disease (209). Additionally, in traumatic brain injuries, where the network organization of the brain is affected by the injury, such as the corpus callosum region, sex differences in inter-hemispheric connectivity and brain subnetworks may influence the impact of injury, and hence subsequent recovery. Sex differences in brain connections are crucial to identify, as they may elucidate mechanisms in disease risk and potential treatment and recovery (210).

Most models of sex-biased mammalian brain development are based on experimental data from rodents (now largely from mice, but previously also from guinea pigs and rats). One of the most systematic dissociations of gonadal and chromosomal contributions to sex-biased anatomical brain organization in mammals is provided by a recent sMRI study of adult mice from the FCG model (112, 211). By combining sMRI with behavioral assays, these studies determined the contribution of sex chromosomes and gonads to adult mouse brain structure and function (211). This study revealed: (i) an effect of sex chromosomes on regional GMV in the cerebellar cortex and olfactory bulb; and (ii) an effect of gonads on regional GMV in the parietotemporal cortex and the bed nucleus of the stria terminalis. Some of these effects overlapped

with regions of normal sex differences in murine GMV (eg, cerebellar cortex and bed nucleus of the stria terminalis), and some brain regions were anatomically sensitive to both effects (basal forebrain and periaqueductal gray matter). Sex-chromosome effects on regional gray matter anatomy have also been reported by complementary sets of sMRI studies in both mice and humans that compare groups of euploid individuals with groups carrying X-chromosome aneuploidy (157, 212). Finally, in both mice (137) and humans (155), the spatial patterning of sex differences in regional GMV in adulthood appears to be preferentially aligned with the spatial patterning of sex-chromosome gene expression—which points toward a potential role of sex-linked genes in the establishment of maintenance of regional GMV sex differences. These studies emphasize the need for integrative models that view biological contribution to sex-biased brain development as a developmental dance of coordinated influences from both gonads and sex chromosomes.

## Caveats and Critiques Relating to Neuroimaging of Brain Sex Differences

While several sMRI studies apparently establish that there are highly reproducible male-female differences in regional gray matter volume after controlling for variation in total brain size in humans, this conclusion should be considered in the light of several important caveats and critiques to avoid misinterpretation. First, all sMRI phenotypes that show reproducible and statistically significant sex differences also show a considerable overlap between men and women. This overlap is illustrated by total brain volume: total brain volume averages 10% greater in men than women, but many women have a total brain volume above the 30th centile for male brain volume, and many men have a total brain volume below the 30th centile for female brain volume (149). Sex differences in brain structure and organization are present across the lifespan and vary based on age, so inferences should be drawn cautiously. Thus, while total brain size shows a robust mean difference between men and women, an individual's total brain volume is a weak predictor of biological sex. These 2 facts arise because biological sex is only one source of variation in brain size (149), and other factors/variables that influence total brain size are unknown and/or hard to model statistically (Fig. 1). By extension, because sources of anatomical variation can differ between brain regions—the same individual can have GMV values that appear to be "sex-typical" in one region, but "sex-atypical" in another (when typical and atypical are defined by an individual's percentile position relative to the distribution of population-level trait variation in each sex) (213). This interpretation offers one

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnab034/6158061 by guest on 12 March 2021

*Endocrine Reviews*, 2021, Vol. XX, No. XX

potential explanation for the observation that an individual brain can show varying degrees of GMV "sex-typicality" in different brain regions (relative to the population distribution). Alternative explanations have been proposed, including regional variations in programs of sex-biased development such that one individual's brain may be considered a "mosaic" of male and female parts regardless of their chromosomal and/or gonadal sex (213).

Second, although sex differences in regional GMV are highly reproducible in humans and mice, these mesoanatomical sex differences *cannot* be assumed to correlate with behavioral sex differences. The functional relevance of neuroanatomical sex differences is hard to establish experimentally in humans, but correlations between anatomical and behavioral sex differences could be modeled in humans using several feasible study designs. To date, however, very few studies have directly tested for such structure-function correlations in humans (161), and this is an important priority area for future research. Several other challenges will need to be addressed in future work for any given sex-biased sMRI phenotype, including which aspects of behavior to measure and how to consider properly all possible configurations of brain-behavior association in 2 groups (eg, varying intercepts and/or regression slopes across groups). Moreover, some sex-biased sMRI phenotypes, such as trajectories of anatomical change, can only be estimated from group-level data, which complicates comparisons with interindividual variation in behavior. More fundamentally, however, regional GMV sex differences may be useful for understanding the brain basis for sex-biased behavior without GMV variation itself being the behaviorally relevant marker. For example, sex differences in mean regional GMV may help to define brain circuits that subserve sex-biased behaviors through their molecular, cellular, or connectivity features rather than through their volume *per se*. It is also important to entertain the possibility that sex differences in the anatomical organization of a given brain system may actually serve to equilibrate function between the sexes despite each sex having a categorically different genetic starting point.

Third, in addition to the functional considerations above, full understanding of a given sex bias in regional brain anatomy requires a mechanistic account that can link observed anatomical sex differences back to specific genetic and/or environmental factors that differ between men and women. It is usually impossible to disentangle biological sex differences from those which could be the result of environmental influences during development, differences in gender, and in sexual orientation

(Fig. 1). Strict causal tests for mechanistic models of sex-biased brain development are very hard to achieve in humans, although several informative approaches have been pursued including: (i) modeling sMRI data using normative variation in hypothalamic-pituitary-gonadal axis maturation or function (214); (ii) applying sMRI methods to cohorts undergoing gender-reassignment (215); and (iii) studying how sMRI features differ between typically developing groups and those affected by medical disorders involving the sex chromosomes (eg, sex chromosome aneuploidies) or sex steroids (eg, androgen insensitivity, congenital adrenal hyperplasia) (215, 216). However, the opportunistic and correlational nature of these approaches places considerable limits on the inferential power of mechanistic studies of human sex-biased brain development. Moreover, as challenging as it is to study chromosomal or gonadal factors in humans, it is even harder to address empirically the many plausible hypotheses about the potential for experiential and societal influences to differentially shape brain development in both sexes (121) or genders.

## Section III

### Sex Differences in Molecular Mechanisms Underlying Brain-Gut Disorders

The brain and the gut communicate with each other in a bidirectional way through parallel and interacting channels, involving immune, endocrine, and neural signaling mechanisms (217). The brain is able to modulate gut permeability, motility, intestinal transit, and microbial function via the autonomic nervous system (217), and the gut in turn sends signals to the brain to modulate behavior, in rodents (218). This brain-gut communication is especially critical in mediating stress responses and in stress-based disorders. In psychiatric and other neurological diseases, there are notable sex differences that point to different underlying neurobiological mechanisms in men vs women (219-221). Despite their clear documentation, these sex differences have largely been ignored, in order to develop broadly applicable pharmacotherapies that come at a considerable cost, especially for women's health (222, 223). Sex biases in psychiatric risk are particularly instructive as they are developmentally patterned in a manner that is highly reproducible across different cultural settings and historical epochs: early-onset neurodevelopmental and gut disorders are more prevalent in boys than girls, while the opposite sex-bias is seen for adolescent-emergent mood disorders (134, 224). Brain-gut disorders are more prevalent in women than men, but this may be due to underreporting by men due to social stigma associated with several of these

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159365 by guest on 12 March 2021

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

disorders. The etiologies and risk factors for several brain-gut disorders differ between the sexes, yet study designs include predominantly male sex. In this section, we discuss the possibilities that shared and distinct mechanisms operate in males and females resulting in similar as well as distinct manifestation of symptoms for a given disease/disorder.

## Sex-Related Differences in Obesity

Although prevalence rates for obesity are at unprecedented levels in all ages (225) and are almost equal in men and women (except when stratified by race or ethnicity) (226), recent surveys indicate an increase in the incidence of obesity in adults and sex differences in the associations between weight, physical health, and psychosocial functions (227, 228). Sex differences in body fat distribution have also been observed (178, 229), with women showing an increased propensity to gain total body fat, especially subcutaneous abdominal fat, whereas men tend to have more visceral adipose fat (230), which is associated with higher risks of type 2 diabetes, hypertension, dyslipidemia, and cardiovascular disease (231). Most clinical trials do not report sex differences related to health outcomes or treatment responses, but a few existing reports suggest women are less likely to complete treatment, tend to lose less weight than men, have a greater number of unsuccessful attempts to maintain weight loss resulting in the well-known "yoyo" diet phenomenon, and have limited responses to pharmacological treatments (225). Obesity-related studies in humans and rodents have expanded in scope to not only focus on structural and functional brain differences between obese and lean male and females, but also include investigations into the bidirectional signaling associated with the brain-gut microbiome axis (232, 233). In obese individuals, changes in the relative abundance and gut microbial diversity have been linked to changes in metabolism, insulin resistance, inflammation, and fat deposition (234). The importance of the intestinal microbiome to human health has been of interest over the past few decades, with multiple studies now linking the microbiome to energy homeostasis, immune function, and development of obesity and metabolic syndrome (235-237), even though few studies have addressed causality.

Not only does the brain-gut axis demonstrate changes in obese individuals, but evidence also highlights differences in the microbiota based on sex hormones (238). More recently, the effect of sex hormones on the composition of the gut microbiota has been explored, with differences seen in the microbiota between men and women during various stages of human development and maturation (238). These sexually dimorphic microbiome signatures are likely to contribute to differences in susceptibility to autoimmune and metabolic diseases between the sexes. Studies performed in immunocompromised mouse models have shown delayed onset and lessened severity of type 1 diabetes in female mice who receive male microbiota transplants; testosterone activity and androgen receptor signaling was essential for this protection (239, 240).

These sex-specific differences in the microbial communities persist throughout adult development, with murine models demonstrating the role of testosterone in orchestrating these divergences in host selection of microbial communities (240). In rodents, males exhibit lower microbiome variability relative to females, likely due to the pulsatile nature of estrogens (240). Human studies comparing the microbiome of twins also revealed more divergences in microbial composition in opposite-sex versus same-sex twins (241). When the cecal contents from adult male mice is transferred into female mice, metabolomic profile changes and masculinization of the hormonal profile results, suggesting the gut microbiota's influence on sex-specific metabolic and behavioral phenotypes (239, 242).

Circulating estrogens in the body are metabolized by the liver and undergo methylation, hydroxylation, and conjugation reactions to produce metabolites that affect host metabolism (243). Certain metabolites are excreted through the bile and are further processed by microbial enzymes in the distal small and large intestine. Certain microbial species secrete beta-glucuronidase, an enzyme that deconjugates biliary estrogen metabolites and allows for its reabsorption into the bloodstream to act on distal sites through binding of estrogen receptors (244). Dysbiosis and decreased microbial diversity result in decreased production of absorbable estrogen metabolites. This mechanism has been implicated in pathologies associated with low circulating estrogens, such as obesity, metabolic syndrome, cardiovascular disease, and cognitive decline in women (245, 246); however, estrogen replacement therapy does not reverse these conditions (247). Growth hormone similarly contributes to sexually dimorphic responses in the above-mentioned diseases (248). In addition, estrogens modulate inflammatory pathways driving disease processes such as nonalcoholic fatty liver disease (NAFLD) and type 2 diabetes (249, 250). More specifically, estrogens regulate adipokines and lipopolysaccharides, which respectively are adipocyte-derived hormones and endotoxins that have been associated with type 2 diabetes (251). Adipokines play a role in metabolic homeostasis as well as in mediating the beneficial and detrimental effects of inflammation (252). The androgen- and estrogen-dependent regulation of adipokines, including leptin, resistin, adiponectin, and visfatin, provides a possible mechanistic link between metabolic disorders (obesity,

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159036 by guest on 12 March 2021

atherosclerosis, insulin resistance) and autoimmune dysfunction. The estrogen-microbiome axis can provide a potential avenue for a sex-specific approach to combating metabolic disorders and highlights the bidirectional interaction of estrogens and microbial communities in the pathogenesis of disease processes.

Although the exact signaling mechanisms underlying the communication within the brain-gut-microbiome axis remain incompletely understood, tryptophan metabolites have been implicated as important signaling molecules (253). The most extensively studied tryptophan metabolite is serotonin (5-HT), a molecule with diverse roles in both the gastrointestinal tract (ie, peristalsis, secretion, and absorption) and the central nervous system (ie, mood, pain modulation, behavior, sleep, and ingestive and cognitive functions) (254). Tryptophan also acts as a precursor to the kynurenine (KYN) family of molecules (255). In obesity, the KYN pathway is preferentially activated and may contribute to immune-mediated inflammation, which may drive inflammation-associated changes to the extended reward network described in previous brain studies, particularly changes involving the amygdala and lateral orbitofrontal cortex (256-259). KYN may also modulate signaling within the brain-gut-microbiome axis through downstream neuroactive metabolites, such as kynurenic acid and quinolinic acid, functioning as N-methyl-D-aspartate (NMDA) antagonists and NMDA excitotoxins, respectively (260). Sex differences have been reported in these metabolite products in obese individuals, with lower tryptophan levels but elevated KYN and KYN/tryptophan ratios in women with high BMI compared to men with high BMI (256, 261, 262).

## Sex Differences in Stress-Based (Patho) Physiologies

Epidemiological data reveal that the majority of psychiatric disorders occur at different rates in men and women. For example, men are more likely to suffer from attention-deficit/hyperactivity disorder (ADHD), whereas women are more likely to suffer from major depression and posttraumatic stress disorder (PTSD) (219, 263-265). Even when the rates of disorders are similar, their presentations can differ. Schizophrenia, for example, is only slightly more common in men than women, but men develop schizophrenia at an earlier age and present with more negative symptoms, such as social withdrawal and lack of motivation. (224). In the case of bipolar disorder, rates are similar between the sexes, but women more often have more rapid cycling and mixed episodes and they report higher comorbidity with eating disorders and PTSD, whereas men report higher comorbidity with alcoholism (266). Not only does the risk

and presentation of psychiatric disorders vary between men and women, but there are differences in treatment responses. For example, the efficacy of antidepressants differs between the sexes: men respond better to tricyclic antidepressants, whereas women respond better to selective serotonin reuptake inhibitors (267, 268). These findings implicate neurobiological sex differences in contributing to disease. In support of this idea, recent studies using animal models are beginning to uncover molecular processes that can bias males and females toward different pathology. Findings from some of these basic research studies will be highlighted here as examples of how including sex as a biological variable can inform our understanding of the etiology of stress-based disorders, as well as guide the development of better treatments.

While there are sex differences in rodent studies in the structure and the size of certain brain regions that can contribute to sex differences in behavior (211), imaging studies that focused on sex differences in cortical thickness and gyration suggest a role for these brain regions in humans as well. In adolescent girls, cortical thinning in the right temporal regions, the left temporoparietal junction and the left orbitofrontal cortex is faster than in boys (154). In contrast, changes in cortical folding were only found in one cluster of the right prefrontal region, suggesting that the mechanisms underlying changes in cortical thickness and gyrification in adolescents are distinct. Sexual dimorphism in the developmental course of the cortical maturation, which coincides with the onset of puberty, might explain sex differences in the age of onset and clinical presentation of psychiatric disorders (154). Recent evidence has revealed that molecular sex differences in the brain are more widespread than initially thought and such seemingly small-scale differences can have a large impact on physiology and behavior (269). Neurons typically communicate with each other via neurotransmitters and neuropeptides, which are released from a presynaptic neuron and travel across a synapse to bind to receptors on the postsynaptic neuron to exert downstream cellular effects. There are sex differences in production and release of many neurotransmitters and neuropeptides that can result in behavioral changes in many psychiatric disorders (154). In other instances, sex differences in these systems are compensatory, leading to similar behavior endpoints via different mechanisms. For example, both male and female juvenile rats play, but the release of the inhibitory neurotransmitter gamma-aminobutyric acid (GABA) into the lateral septum mediates juvenile play only in female rats (270). There are also sex differences in receptors that can influence how these neurochemicals affect their downstream targets. For instance, dopamine 1 (D1) receptors, which belong to the family of G protein-coupled receptors (GPCRs), in the nucleus accumbens, are necessary for social

withdrawal in female but not male California mice (271). The function of GPCRs is often complex and they can induce different downstream effects depending on their conformation and location. Sex differences can occur at each level of receptor function, in some cases altering physiology differently in male vs female rodents. Sex differences in GPCR signaling are particularly important to consider, especially given that GPCRs are the most studied drug target family for a myriad of indications; in fact, 34% of all US Food and Drug Administration (FDA)-approved drugs are targets of GPCRs (272). As an example of the myriad of sex differences that can be mediated by receptors, we will use the corticotropin-releasing factor 1 and 2 ($CRF_1$ and $CRF_2$, respectively) receptors that facilitate responses to stress, exhibit sexually dimorphic expression pattern, are modulated by both estrogens and androgens, and have been relatively well characterized in both sexes (273, 274).

Upon perception of stress or perturbation of homeostasis, CRF is synthesized in the paraventricular nucleus and released from the median eminence of the hypothalamus into the pituitary portal circulation, which in turn stimulates the synthesis and secretion of adrenocorticotrophic hormone (ACTH) from the anterior pituitary into the general circulation. ACTH acts on the adrenal cortex to stimulate the synthesis and release of glucocorticoids and other steroids. This activation of the HPA axis in the classic "flight or fight" response by the CRF system is present in all mammals. The mammalian CRF family comprises 4 agonists, CRF and 3 urocortins (UCN1-3); and 2 known class B GPCRs, $CRF_1$ and $CRF_2$. While $CRF_1$ and $CRF_2$ share ~68% identity at the amino acid level (275), they perform distinct functions; CRF binding to $CRF_1$ initiates stress responses by activating the HPA axis, whereas UCN1-3 binding to $CRF_2$ brings systems back to homeostasis (274). Not surprisingly, perturbations in the components of the CRF family impact several organs and lead to brain-gut disorders, type 2 diabetes, metabolic syndrome, cardiovascular, and reproductive diseases, among others (274). There are sex differences in CRF's endocrine effects. In female rats, higher levels of CRF mRNA in the paraventricular nucleus are reported that associate with the estrous cycle (276, 277) and are reviewed elsewhere (274). Perhaps as a compensatory response, CRF binding protein, an endogenous protein that sequesters CRF thus preventing its bioavailability, is expressed at higher levels in the pituitary of female compared with male mice (278). In humans, there is evidence for increased CRF receptor sensitivity at the level of the pituitary of women relative to men, because peripherally administered CRF, which acts at the pituitary, increases ACTH to a greater degree in women (279).

During stress, CRF is also released centrally into many brain regions, where its neuromodulatory effects coordinate cognitive and behavioral changes to promote stress coping (280). There are sex differences in the way these brain regions respond to CRF that are largely due to sex differences in CRF receptor signaling (274). For example, there is greater $CRF_1$ receptor binding in the basolateral amygdala in female rats (281). In contrast, binding of the $CRF_2$ receptor subtype, which is involved in stress recovery, is greater in the central nucleus of the amygdala in male rats (281). It is unknown precisely how these sex differences affect behavior, but given that the amygdala is critically involved in fear, it is likely that these receptor sex differences differently alter fear processing in males and females. In the brain, $CRF_2$ is most abundant in the bed nucleus of the stria terminalis, a region that regulates sexual behavior and stress-related functions (282, 283). Promoters in genes for $CRF_1$ and $CRF_2$ receptors harbor estrogen and androgen responsive elements and show tissue-specific modulation by sex hormones (284, 285). The sexually dimorphic expression pattern of these receptors at normal physiological states and during stress or disease pathology are summarized in a recent review (274).

Sex differences in $CRF_1$ receptor signaling have been identified in the noradrenergic-containing nucleus of the locus coeruleus (LC) and these differences have important implications for understanding disease vulnerability (273). The LC-noradrenergic system regulates levels of arousal such that higher levels of norepinephrin are associated with greater levels of arousal (286-289). Stressor exposure causes CRF to be released into the LC, which speeds up LC neuronal firing, increasing norepinephrin release (290, 291). Activation of this system during an acute or moderate stressor is thought to be adaptive, because it is important to be alert during a stressful event. However, if this system is activated inappropriately or persistently it can lead to hyperarousal that contributes to agitation, restlessness, impaired concentration, and sleep disturbance. Hyperarousal is a key feature of PTSD and reported in a subset of depressed patients (292, 293). Similar sex differences in spatiotemporal expression of $CRF_2$ and its ligands are found in humans with gut disorders, where they could contribute to differences between males and females in vulnerability to brain-gut disorders (127, 294).

There are sex differences in $CRF_1$ receptor signaling in the LC that increase female sensitivity to CRF. In the LC, CRF receptors primarily couple to Gs to initiate signaling through the cyclic adenosine monophosphate (cAMP)-protein kinase A (PKA) signaling pathway (295-297). Sex differences in $CRF_1$-induced cAMP-PKA signaling are linked to greater coupling of the $CRF_1$ receptor to Gs in females compared to males (298). This sex difference in

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

coupling of Gs may indicate that the $CRF_1$ receptor has a different conformation or binding partner in females vs. males, permitting different proteins to preferentially bind in each sex. Further support for this idea comes from studies demonstrating that, in male rats, acute swim stress increases the binding of a different protein, β-arrestin2, to the $CRF_1$ receptor, and this effect is not observed in female rats (298). The increased β-arrestin2 in male rats likely contributes to the greater $CRF_1$ receptor internalization in stressed males (298). When taken together, these findings suggest that $CRF_1$ receptors preferentially signal through different pathways in males (small GTPases) and females (cAMP-PKA) (299). This difference in signaling could alter physiology and disease risk. In fact, sex differences in $CRF_1$ receptor signaling in cortex were linked to increased Alzheimer-related pathology, including increased tau phosphorylation and amyloid β signaling in female compared with male mice (300). Few studies investigate sex differences in GPCR signaling, but it is likely that sex differences in GPCRs are also found in receptors other than CRF and that these differences could confer vulnerability and resilience to many diseases.

In human studies, single nucleotide polymorphisms in the CRF receptor gene (*CRHR2*) are associated with negative emotions in patients with irritable bowel syndrome (IBS) (301). Immune cells secrete $CRF_2$ in extracellular vesicles that circulate in the plasma and associate negatively with disease severity scores in IBS-diarrhea patients (294). Single nucleotide polymorphisms in *CRHR2* are also associated with lifetime PTSD in women (302) and with type 2 diabetes (303). The prevalence of type 2 diabetes and insulin resistance is greater in men (304). Epidemiological studies have shown that men with high levels of self-reported perceived stress have a 1.4 higher odds ratio of developing type 2 diabetes during a 10-year follow-up period and are at 2-fold higher risk of developing diabetes than women with similar levels of reported stress (305). In agreement with human data, male mice lacking functional stress receptors (*Crhr2−/−*) and haploinsufficient (*Crhr2+/−*) mice have worse glucose and insulin tolerance, microvesicular hepatic steatosis, and dyslipidemia than female *Crhr2−/−* or C57BL/6 male and female mice in a high-fat diet–induced model of diabetes (129). Female *Crhr2−/−* mice had significantly greater brown adipose fat mass on high-fat diet than C57BL/6 female or male mice of either genotype, suggesting greater thermogenic responses that might be protective. However, the mouse study did not address whether steroid hormones contributed to changes in adipose mass or function. Thermogenesis in brown adipose tissue in humans in response to a meal or cold stress suggests that women have greater thermogenic responses

than men and that these responses correlate positively with progesterone levels, but negatively with cortisol levels (306). Thus, analyzing data from both sexes provides insights into sex-specific mechanisms that regulate physiological processes in both sexes.

In colonic tissues of pediatric patients with Crohn's disease, subcellular localization of $CRF_2$ differs between boys and girls (127). Furthermore, lack of $CRF_2$ revealed several sex-specific signaling pathways and differential degree of inflammatory responses in male and female mice (127). Treatment with UCN1, a high-affinity agonist for both CRF receptors, rescued *Crhr2−/−* male mice from colitis-induced mortality, whereas UCN1 treatment increased mortality in *Crhr2−/−* female mice (127). Both diabetes and Crohn's disease show sex differences in disease prevalence and outcomes, yet most animal studies use male sex to delineate mechanisms. Analysis of the data by segregating the 2 sexes can reveal significant insights into distinct and shared mechanisms and factors that exist at baseline and during disease. For example, sex differences exist in the etiology of pancreatitis: alcohol and tobacco predominate in men, whereas idiopathic and obstructive etiologies predominate in women (307), yet to date only a few studies have used both sexes to study mechanisms involved in pancreatitis. While both males and females develop pancreatitis in animal models, when administered identical doses of the pancreatic stressor caerulein, C57BL6 female mice show less severe pancreatitis and histological damage than male mice (128). Lack of $CRF_2$ rendered female mice more susceptible to caerulein-induced pancreatitis compared with male *Crhr2−/−* mice (128), with both male and female *Crhr2−/−* mice exhibiting similar levels of total histological damage (128). Detailed analysis of components contributing to histopathological damage showed that female C57BL6J mice have less necrosis, zymogen granules, and vacuolization than male mice with pancreatitis, but they have similar levels of edema and neutrophil infiltration as male mice (128). This data segregation allowed isolation of factors that differentially contribute to histological damage, which otherwise would be lost, if grouped together in this analysis. Taken together, these data support a role for the CRF receptors, product of an autosomal gene and regulated by steroid hormones to bring about sex-specific cellular signaling and function.

## Sex Differences in Pharmacotherapy of Stress-Based Diseases

Sex differences in GPCR signaling are also relevant for pharmacology. Biased ligands can shift signaling toward

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159336/1 by guest on 12 March 2021

*Endocrine Reviews*, 2021, Vol. XX, No. XX                                            **23**

β-arrestin pathways and away from G-protein-mediated pathways based on how they bind to the GPCR (308). These biased ligands are being designed with the hope of providing more targeted therapies with fewer side effects (308, 309). Understanding sex differences in signaling and how such differences contribute to changes in physiology can inform the development of these biased ligands. For example, a $CRF_1$ receptor ligand that biases signaling through β-arrestin pathways may be useful for treating hyperarousal symptoms or reducing the progression of Alzheimer disease, especially in women. An idea for such a compound would never have come about if women were excluded from preclinical and clinical studies on $CRF_1$ receptor function.

The idea of using $CRF_1$ antagonists to treat depression, PTSD, and irritable bowel syndrome has been around for decades, but these compounds were ineffective in several clinical trials (222, 310). Sex differences in $CRF_1$ and $CRF_2$ receptor signaling may also explain the failure of different selective $CRF_1$ antagonists as treatments for these disorders. While there are likely many reasons for their failure, critical ones could be sex differences in their target, association of CRF receptors with different binding partners in female versus male cells, or heteromerization of CRF receptors (311-313), all of which can result in altered signaling. The consistent efficacy of $CRF_1$ antagonists in reducing anxiety-like and depressive-like behavior in rodents and nonhuman primates was established in studies primarily conducted in male animals (222, 314-317). In a study in which females were included, local blockade of $CRF_1$ receptors in the dorsal raphe with an antagonist reduced anxiety in male but not female mice, highlighting sex differences in efficacy (318). Yet these compounds developed primarily in male rodents were tested in clinical trials with participants of both sexes or only in women. Notably the only $CRF_1$ antagonist study that had success in reducing depressive symptoms, NBI-34041, was conducted only in men (222, 319). The approach of developing compounds in male animal models is not unique to $CRF_1$ antagonists and has been common practice (222). Collectively, these studies suggest that a failure of certain therapeutics may result from ignoring sex differences in their targets. Sex differences in targets are not well known because most preclinical studies use only male rodents (320, 321). Excluding females in the drug development stage particularly impacts women's health. Indeed, it is likely that some compounds deemed ineffective in male rodents would work in females, yet such compounds never would have a chance to make it to market, because of testing exclusively in male subjects. Moreover, the fact that most

drugs are designed using males also likely contributes to the higher rates of adverse drug reactions in women compared to men (322).

Including both sexes in mechanistic studies is critical for developing drugs that work efficaciously in both sexes (see Box 4). Latent sex differences can also impact drug development: a compound targeting a mechanism in men may not work in women. As the field moves forward, we may find that sex-specific therapeutics based on understanding latent sex differences are required to truly improve patient outcomes. In sum, there are observable sex differences in behavior that extend beyond reproductive function. Molecular sex differences in several organs, such as the gut and the central nervous system, play a key role in driving these functional and behavioral differences. Moreover, even when function and behavior are consistent between the sexes, the underlying processes can differ. Thus, including both sexes in preclinical molecular studies guiding drug development is key for improving the health of men and women.

## Section IV

### Sex Differences in the Cardiovascular-Renal System

Cardiovascular disease (CVD) is the major cause of premature death in both sexes worldwide, although women generally develop CVD 10 years later than men (328). In 2016, ~18 million people died from CVD, representing ~30% of all deaths worldwide (329). There are marked sex differences in CVD and renal disease. For example, women are protected from heart disease during the reproductive years but are more likely to die in the first year following a cardiovascular event than males (330). Most heart conditions, including myocardial infarction, Takotsubo syndrome, and cardiac arrythmia, exhibit sex differences in symptoms and severity (331). Chronic kidney disease (CKD) is more prevalent in women but, once established, progresses more rapidly in men (332). However, this female advantage is lost after menopause. These sex differences in cardiovascular and renal disease have long been overlooked and underappreciated. The clinical presentation, the response to pharmacotherapies, standard care practices, and the underlying pathophysiological mechanisms differ in women compared to men. Furthermore, lack of understanding of sex differences in mechanisms underpinning cardiovascular and renal disease has led to poorer outcomes in women than in men. A major problem is that mechanistic preclinical studies in animal models have largely been conducted in males (333). Yet, it has become increasingly clear that sex differences

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159367 by guest on 12 March 2021

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

**Box 4**. Sex differences in pharmacokinetics and pharmacodynamics of drugs

Thalidomide, a sedative that was prescribed to many pregnant women to relieve pregnancy-associated nausea, was first sold in Germany (without a prescription) in 1957; it had been tested in animals and in men, but not in women. It was soon noted to cause multiple birth defects, most notably phocomelia (arrested limb development) and postnatal deaths. Fortunately, it was never approved in the United States, but thousands of children were affected around the world. In 1962, the US Congress passed the Kefauver-Harris Drug Amendments Act requiring manufacturers to prove a drug is both safe and effective (323). Consequently, the US Food and Drug Administration (FDA) recommended against drug testing on women, particularly those of child-bearing age, until the early 1990s. To date, most treatment guidelines are based on results from clinical trials conducted on middle-aged men. Dosage, pharmacokinetics, and pharmacodynamics data for women (and children) are lacking for most drugs. Activities of cytochrome P450 (CYP) enzymes show significant sex differences in drug metabolism in Phase I clinical trials (324). Gastric enzymes involved in oxidative degradation such as alcohol and aldehyde dehydrogenases are significantly more active in men than in women resulting in higher bioavailability of ethanol in women versus men. In Phase II trials, glucuronidating enzymes and some efflux transporters have been shown to be more active in men than in women. Together with estrogens and androgen that alter transmembrane transporters, these processes contribute to efficacy of metabolism in both Phase I and II. Drugs used for treatment of cardiovascular disease, such as angiotensin-converting enzyme inhibitors (ACE inhibitors), angiotensin II receptor blockers, diuretics, the aldosterone blocker eplerenone, antiplatelet agents, and oral antithrombotic medications, all show sex differences in efficacy and safety (325, 326). Over-the-counter nonsteroidal anti-inflammatory drugs (NSAIDs) such as ibuprofen and naproxen are more effective in men than women; there is more liver toxicity with acetaminophen use in women, whereas opioids and benzodiazepine work better in women. While some sex differences in metabolic clearance for statins and beta-blockers are known for these frequently prescribed drugs, dosing and adverse event monitoring in routine clinical practice is inadequate. Alosetron, a serotonin receptor 3 antagonist, is approved for treatment of severe irritable bowel syndrome–diarrhea symptoms in women, as it is largely ineffective in men (327). These findings emphasize that women and men take divergent routes (molecular mechanisms and signaling pathways) to reach the same destination (normal function or diseased state), with paths often intersecting. In the era of personalized medicine, there is no one-size-fits-all therapy, and considering sex-specific outcomes in pharmacokinetics and pharmacodynamics of drugs as well as clinical guidelines is warranted to ensure efficacy and safety of medications.

are apparent in all endocrine systems, which are modified by sex chromosomes and sex hormones, with temporal actions across the lifespan.

### Blood Pressure Links Cardiovascular and Renal Diseases

Cardiovascular and renal diseases are linked by the relationship of each to arterial pressure (Fig. 5). The cardiovascular system determines arterial pressure, with the heart generating cardiac output and the blood vessels determining total peripheral resistance. The kidneys contribute by regulating extracellular and intravascular fluid volume, and hence blood volume, and venous return. It is established that CVD leads to chronic kidney disease (CKD) and that CKD leads to the development of CVD. For example, following a myocardial infarct, cardiac output declines and arterial pressure falls causing the kidney to vasoconstrict and retain extracellular fluid, with the effect to increase venous return and normalize cardiac output. However, this has the unwanted effect of placing further stress on the failing heart. Conversely, kidney failure causes fluid retention and hypertension (334). Thus, cardiovascular and kidney function are intertwined, as are the endocrine systems that regulate organ function; including the renin-angiotensin-aldosterone system



**Figure 5.** Heart and kidney functions are linked. Sex differences exist in many aspects of heart and kidney function at baseline and in CVD and CKD, as shown. Both organs feed-forward and influence each other's function. Genes, hormones, and age are some known factors that modulate this relationship in a sex-specific manner. Abbreviations: CKD, chronic kidney disease; CVD, cardiovascular disease.

(RAAS), the endothelin system, atrial natriuretic peptides, vasopressin, and glucocorticoid and mineralocorticoid hormones. There is an increasing recognition that there are fundamental sex differences in each of these systems. For example, aldosterone contributes to obesity-induced CVD with a greater impact in females than males (335). However, further research is required to fully elucidate the sex differences present in each endocrine system and how these impact disease development and progression.

*Endocrine Reviews*, 2021, Vol. XX, No. XX   **25**

## Sex Differences in Arterial Pressure and Hypertension

Hypertension is a major risk factor for cardiovascular and renal disease. Over the lifespan there are age- and sex-related differences in arterial pressure. The majority of the data are derived from cross-sectional studies, but a few powerful studies have tracked arterial pressure over decades within a population (332, 336-339). Arterial pressure increases in both men and women with age, although the slope of the relationship is different between men and women. Sex differences in arterial pressure emerge during adolescence and are maintained throughout adulthood until women reach menopause (336, 337, 339). Arterial pressure is ~5 to 10 mmHg greater in men than age-matched women during the reproductive years (340-342). Postmenopause arterial pressure rises steeply in women regardless of race, ethnicity, or country of origin (340-342). One of the most striking characteristics of hypertension is that the prevalence and severity is lower in premenopausal women than in age-matched men. The prevalence of hypertension is ~10% in young premenopausal women, ~50% in postmenopausal women and by the age of 75 years almost ~80% of women are hypertensive (342-344).

Nonhuman mammalian species also display sex differences in arterial pressure. Arterial pressure in adult females is lower in normotensive dogs, sheep, rabbits, rats, and mice as compared with adult males (338, 345). Furthermore, in rodents, rabbits, and sheep, females of reproductive age are protected against the development of hypertension, such that arterial pressure increases significantly less in females than in males, in settings of disease (338). Thus, sex differences are present in the pathophysiology of cardiovascular and renal diseases. Yet, the mechanisms underlying the sexual dimorphism of arterial pressure in men and women as they age are poorly understood. However, extensive evidence indicates that sex hormones likely contribute to the regulation of arterial pressure through their actions on endocrine systems.

## Sex Differences in Endocrine Control of Arterial Pressure and Kidney Function

There are subtle differences in most endocrine actions between men and women. It is not the maximal response of each system but rather the slope of the response that is altered. In this manner, a system responds maximally in a hemodynamic crisis (eg, hemorrhage) but in a sex-specific manner to lesser challenges. For example, a greater dose of the vasoconstrictor angiotensin II is required to increase arterial pressure in female than male mice (346). Consistent with this finding, the same dose of angiotensin II caused a

greater reduction in renal blood flow in men than women, with the suggestion that this was an angiotensin type 2 receptor ($AT_2R$) mediated effect (347). In rodents, females of reproductive age have a greater $AT_2R$ to angiotensin type 1 receptor ($AT_1R$) ratio than males, which contributes to the reduced pressor response to angiotensin II (348). This has been indirectly demonstrated in women, in studies examining forearm vascular resistance responses to $AT_2R$ blockade (349). The $AT_2R$ also mediates a leftward shift in the pressure natriuresis-diuresis relationship, an effect that is greater in female than male mice (350). In women, indirect evidence also indicates a more pronounced role for the $AT_2R$ in the regulation of renal blood flow responses to angiotensin II (347). This is linked to differential expression of components of the RAAS in males and females, which have been demonstrated in most mammalian species, including humans (351). In the context of the above example, estrogen interacts with the glucocorticoid response element on the X-linked *AGTR2* gene, to increase $AT_2R$ expression in females (352). In addition, there are sex differences in human aminopeptidase A, aminopeptidase N, and angiotensin-converting enzyme 2 levels, responsible for generation of the angiotensin peptide fragments, angiotensin III, and angiotensin-(1-7), which have a high affinity for the vasodilatory $AT_2R$ and Mas receptors, respectively (353-356). Lastly, there are marked and important sex differences in the production and function of aldosterone, although this has only recently been started to be examined (335). Thus, in females the RAAS is balanced toward the protective depressor RAAS arm, which at the lower physiological range may prevent arterial pressure increasing to the same extent as in males. However, this delicate balance may be lost in women after menopause and in the situation of metabolic syndrome.

Other vasoconstrictor systems also have sexually dimorphic actions. Endothelin-1 causes vasoconstriction via the endothelin type A receptor ($ET_AR$), and vasodilation and sodium excretion via the $ET_BR$. Testosterone increases $ET_AR$ and estrogen increases $ET_BR$ expression, which contributes to the differential control of arterial blood pressure and renal function between the sexes (357). Vasopressin, with important roles in circulatory and water homeostasis, is affected by age and sex. Urinary concentrating ability declines with age, but more steeply in women. Young men produce more concentrated urine than women, in part due higher plasma arginine vasopressin levels and greater vasopressin type 2 receptor expression in the collecting ducts of the kidney in males (358, 359). Renal vasopressin type 2 receptor expression declines with age in association with a reduction in maximal urine concentrating ability (358, 359). Interestingly, aldosterone signaling via mineralocorticoid receptors is associated with increased CVD risk and is

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnab034/6159361 by guest on 12 March 2021

*Endocrine Reviews*, 2021, Vol. XX, No. XX

enhanced in obese women (another example of how the RAAS is differentially modulated in females), which has been linked to leptin-induced endothelial dysfunction (360, 361). Moreover, evidence in rodents indicates that sodium reabsorption along the length of the renal tubule is sexually dimorphic, with reabsorption shifted to the later segments in females compared to males. This was associated with greater sodium epithelial channel expression, under the control of aldosterone, in the collecting duct, which could also contribute to the increased cardiovascular and renal risk associated with aldosterone in females (362). Finally, oxytocin, relaxin, and prolactin, which are traditionally known for their roles in pregnancy, have differential cardiovascular and renal actions in nonpregnant female and male rodents (348, 363, 364). Thus, evidence points to sex differences in endocrine control of extracellular fluid homeostasis and vascular function, which likely contribute to age- and sex-related disparities in renal and cardiovascular disease risk. Further studies are warranted to understand this complex issue more fully. In particular, it is important to take into account the subtle effects within the physiological range that counterbalance function of each hormonal system, rather than examine the impact of pharmacological doses which can mask sex differences in responses.

## Cardioprotective Mechanisms in Women Sustain a Healthy Pregnancy

The cardioprotective mechanisms that predominate in women during the reproductive years enable the extensive hemodynamic adaptations required to meet the metabolic demands of the developing fetus and a successful pregnancy. During a normotensive pregnancy, blood volume increases and cardiac output increase by ~30% to 50%, but arterial pressure declines due to marked peripheral vasodilatation (365, 366). The associated renal vasodilatation accommodates an increase in glomerular filtration rate to process the additional blood volume, but an increase in vasopressin type 2 receptor expression enables increased tubule reabsorption of sodium and water. However, in women with preeclampsia, a pregnancy-induced form of hypertension, these cardiovascular adaptations are perturbed. Accumulating evidence now indicates that women with a history of pregnancy-associated hypertension have a 2- to 5-fold increased risk of CVD in later life (367). Understanding the mechanisms underpinning this dysregulation of vascular function in pregnancy-related hypertension may lead to the identification of new therapeutic targets for the treatment of cardiovascular disease in both sexes. For example, relaxin, which is known best for its role in pregnancy but is also produced in males, plays

roles in the regulation of renal function, blood pressure, and tissue fibrosis (363). Thus, it is a mistake to assign hormonal systems a specific role as most have wide-ranging tissue-specific pleiotropic effects.

## Sex Hormones and Sex Chromosome Complement in CVD

Sex hormones contribute to sexual dimorphism in endocrine control of the cardiovascular system, with evidence suggesting that there is a "sweet spot" for both testosterone and estradiol, as unusually high or low levels of either promote disease (368-370). This has been the cause of apparent discrepancies in the literature. In particular, this remains a problem in animal studies in which the dose of estrogen used to study the impact of estrogen replacement in aged or gonadectomized models varies widely (~1000-fold), as does the route or length of administration; none of which accurately reflect the cyclic pattern of in vivo production. This lack of rigor into investigation of the effects of sex hormones in preclinical models likely contributes to the controversy that surrounds hormone replacement therapy for the prevention of CVD risk. Despite extensive evidence that hormone replacement therapy is cardioprotective, the negative results of the Women's Health Initiative Trial effectively halted the use of hormone replacement therapy (371). Certainly, high-dose estrogen can increase blood pressure and cardiovascular risk in women (372). However, continued investigation supports the use of hormone replacement therapy in subsets of women, and further work in this area is required (373). In contrast, in men with low testosterone, beneficial cardiovascular effects are seen with testosterone replacement (374). In women with polycystic ovary syndrome, high testosterone levels are associated with elevated blood pressure (374). Dose-ranging studies are required to delineate these effects.

The sex chromosomes may have a direct impact on sex differences in the physiology and pathophysiology of the cardiovascular system and cardiovascular risk, independent of sex hormones. Human sex chromosome aneuploidies, such as Turner and Klinefelter syndromes, suggest that sex chromosome abnormalities can carry an increased risk of CVD. Women with Turner syndrome have around a 3-fold greater mortality and reduced life expectancy relative to the general population (375-377). CVD is a leading cause of increased mortality in Turner syndrome (375-377). Congenital cardiac anomalies, hypertension, coarctation of the aorta, diabetes, ischemic heart disease, and stroke are commonly associated with this condition (378). Similarly, men with Klinefelter syndrome have a high cardiovascular risk profile (379, 380), and an increased risk of

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

*Endocrine Reviews*, 2021, Vol. XX, No. XX                                              **27**

mortality from cardiovascular disease (381, 382). However, observations from studies in individuals with sex chromosome aneuploidies are complicated by confounding factors, including abnormal gonadal sex hormone levels associated with gonadal failure. Thus, it is very difficult to distinguish between hormonal versus genetic mechanisms and cardiovascular risk in these human conditions.

Experimental approaches, such as the FCG mouse model discussed in "Section I," and Box 3 can discriminate between hormonal and sex chromosome effects in cardiovascular disease (115). Beyond genes on the sex chromosomes, there are sex differences in autosomal gene expression, which can be both organ or cell specific (383). In the kidney and the heart, hundreds of rat and human genes are regulated differently between the sexes (384-386). This disparate expression is triggered by sex hormones in ~30% of cases, with the other 70% linked to sex chromosome and microRNA dimorphisms (384, 385). For example, sex differences have been reported in the expression of nitric oxide synthase, tyrosine hydroxylase, and sodium channels in the rodent heart and kidney (332). However, few studies to date have compared gene expression and the effect on the proteome between the human sexes, and further studies are required.

### Sex Differences in Pharmacotherapy for Cardiovascular and Renal Disease

Men and women respond to disease differently: kidney diseases progress faster in men than women, kidney transplants from women to men tend to fail more frequently than the reverse, and the effects of diabetes on the kidney differ between the sexes (387-392). Furthermore, symptoms and mechanisms of heart failure differ between the sexes (393). This suggests that sex-specific treatments for CKD and CVD could be required. There is currently little evidence to suggest that men and women respond differently to current treatments for hypertension (394). In large part, this is because clinical trials have lacked statistical power to take this into account. It will be difficult to achieve such an outcome for drugs that have already received FDA approval. However, some treatments are more frequently prescribed, without any basis in evidence (395). There are also marked differences in pharmacokinetics and pharmacodynamics (see Box 4), leading to more frequent adverse drug reactions in women, related to differences in drug clearance and breakdown (396). Therefore, sex should be taken in account for new treatments seeking approval in the future. When women are considered, important and unexpected sex differences are observed in almost every aspect of cardiovascular and renal function in health and disease. Further research is required to fully understand these differences, and in turn to guide the development of sex-specific treatment guidelines for CVD and CKD.

## Section V

### Challenges for the Future of Sex Differences Research—Areas Requiring Special Attention

Sex differences exist in anatomy, behavior, and physiology across the animal taxa. By extension, because of these innate differences, sex differences exist at molecular and cellular levels in mechanisms that underlie these processes. Despite concerted efforts by the Office of Research on Women's Health and the Organization for the Study of Sex Differences in educating researchers about the distinction between sex versus gender, the indiscriminate use of the word "gender" continues to pervade scientific literature. The sex of established cultured cell lines is another issue; in addition to aneuploidy, chromosomal numbers change as cells are passaged and are dependent upon the tissue of origin (397, 398), but this aspect is beyond the scope of this Statement. Not surprisingly, sex differences are seen in etiology, prevalence, and outcomes in a myriad of human diseases that range from psychological and autoimmune to gastrointestinal, cardiovascular, renal, and reproductive; SARS-CoV-2 causes more severe COVID-19 disease in men than in women despite similar infection rates (399-401). Besides genetic makeup (predisposition), extraneous factors, such as the socioeconomics, demographics, education level, profession, age, and the environment, greatly influence an individual's health; COVID-19 disease outcomes especially highlight the contribution of these extraneous factors in health disparities. Factors such as the endocrine-disruptive chemicals can disproportionately affect one sex over the other; regardless, whether favorable or adverse effects are present in one or both sexes, the effects would impact trans and cisgender persons, and hence these sex-specific effects should not be overlooked or underestimated (402). Some human studies addressing sex differences take these factors into account, whereas others are more selective. Many studies of disease pathways are sensitive to levels of gonadal steroid hormones, which contribute to sex differences. In human studies, unless gender information is explicitly collected or available, the study deals with biological sex, not gender. Use of sex and gender interchangeably deemphasizes the importance of studying gender as an independent variable.

In animals or experimental models of human diseases, effects of estrogens have been investigated more often than effects of progestins and androgens, which should

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

*Endocrine Reviews*, 2021, Vol. XX, No. XX

be corrected. Paradoxically, female sex is often excluded from experimental design on the basis that: (i) the estrus cycle will interfere with data interpretation; (ii) mechanisms that operate in the male sex will operate in the female sex and thus only need to be confirmed in females; (iii) metabolic demands are similar between the sexes; (iv) the X chromosome in males and females is subject to similar regulation; and (v) autosomal genes will be subject to equal variance between the sexes. The same studies often ignore the diurnal cycling nature of testosterone in males; testosterone levels in male rodents can show more day-to-day variability than estrogen and progesterone levels in females. Other steroid hormones, such as glucocorticoids, that show circadian rhythm and whose levels differ between the sexes also influence gene expression and function. In rodents but not primates, sex differences in secretion of growth hormone result in sexually dimorphic hepatic metabolism of drugs and xenobiotics (403). In rodents, endocrine disruption can have transgenerational effects on male and female reproductive systems (404). Since changes in hormone levels and gene expression are dynamic, can be localized, and are spatiotemporally distinct, no one study design or condition can be used as a gold standard. Animal housing and handling conditions can also create sex differences, and thus any experimental design and data interpretation should take these variables into account. If sex-segregated data does not differ for the aspects under study, then data can be pooled from the 2 sexes and reported accordingly.

Studies in animal models have just begun to uncover unequal effects of the sex chromosomes in XX vs XY cells, so we expect further discoveries about such effects in the future. Once genes that cause sex differences are discovered in animals, the findings generate new hypotheses and rationalize human studies to determine whether the same gene also creates sex differences in humans. That question can be studied by the methods of human genetics, relating genetic variation to disease incidence and outcome. Without the animal studies, however, it is difficult to understand detailed molecular mechanisms. It is also important to remember that no single rodent or animal model can capture the complexity of any human disease, but each model provides valuable insights into one or another major aspect of disease. If different etiologies of a given disease share mechanisms, then mimicking the precise conditions that initiate human disease may not be critical.

The study of sex chromosome effects is in its infancy and has focused on proving that sex chromosomes play a role and finding the genes responsible for the effects. So far there has been little effort to understand how these factors interact with steroid hormones to cause sex differences. If both types of factors cause differences in disease incidence, are they affecting the same or different downstream pathways? Do their effects converge, or do they independently affect different mechanisms that each influence a complex disease? Do male-biased factors (hormones, Y-chromosome genes) act synergistically to induce a male-specific state, or do they counteract each other to reduce the difference between males and females (123, 405)? Are the diverse sex-biasing factors changing in their effects across the lifespan, leading to changes in the type or amount of sex difference at different ages?

When studying sex differences in animal models of human diseases, it is important to first understand and elucidate differences at baseline in gonadally intact animals. As pointed out earlier, steroidogenic enzymes are also present in nongonadal tissues, especially the brain, thus it is not entirely possible to eliminate effects of sex steroids from all tissues. Moreover, tamoxifen-inducible *Cre* recombinase used to routinely perform lineage tracing and gene inactivation studies in mice has its own problems (406, 407) that are largely ignored and can further confound sex-specific data analysis; tamoxifen antagonizes actions of estrogen receptor-β and inhibits expression of over 70 genes (408), but the contribution of these tamoxifen-regulated genes on study results and outcomes is never accounted for and requires careful consideration. Before mechanisms behind sex differences in physiology and disease can be elucidated, a fundamental understanding of sex differences that exist at baseline, is needed.

## Acknowledgments

The authors thank Stephen M. Rosenthal and Robert M. Carey for critically reading the manuscript.

## Additional Information

*Correspondence:* Aditi Bhargava, PhD, Professor, Department of ObGyn and Center for Reproductive Sciences, 513 Parnassus Avenue, HSE1635, Box 0556, UCSF, San Francisco, CA 94143, USA. Email: Aditi.bhargava@ucsf.edu

*Disclosures:* The authors have nothing to disclose.

*Disclaimer Statement:* The Endocrine Society develops Scientific Statements to assist clinicians and researchers by providing guidance and recommendations for particular areas of practice. One should not consider this Scientific Statement inclusive of all proper approaches or methods, or exclusive of others. It cannot guarantee any specific outcome, nor does it establish a standard of care. It is not intended to dictate the treatment of a particular patient. Treatment decisions must be made based on the independent judgment of health care providers and each patient's individual circumstances. The Endocrine Society makes no warranty, express or implied, regarding this Scientific Statement and specifically excludes any warranties of merchantability and fitness for a particular use or purpose. The Society shall not be liable for direct, indirect, special, incidental, or consequential damages related to the use of the information contained herein.

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159381 by guest on 12 March 2021

*Endocrine Reviews*, 2021, Vol. XX, No. XX    **29**

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

## References

1. Baclawski K. The Observer Effect. *2018 IEEE Conference on Cognitive and Computational Aspects of Situation Management (CogSIMA). Boston, MA,* 2018:83-89. doi:10.1109/COGSIMA.2018.8423983.

2. Garnjobst L, Wilson JF. Heterocaryosis and protoplasmic incompatibility in neurospora crassa. *Proc Natl Acad Sci U S A.* 1956;42(9):613-618.

3. Hadjivasiliou Z, Pomiankowski A. Evolution of asymmetric gamete signaling and suppressed recombination at the mating type locus. *Elife.* 2019;8:e48239.

4. Martin CL, Ruble DN. Patterns of gender development. *Annu Rev Psychol.* 2010;61:353-381.

5. van Anders SM, Goldey KL, Kuo PX. The steroid/peptide theory of social bonds: integrating testosterone and peptide responses for classifying social behavioral contexts. *Psychoneuroendocrinology.* 2011;36(9):1265-1275.

6. Ellegren H. Sex-chromosome evolution: recent progress and the influence of male and female heterogamety. *Nat Rev Genet.* 2011;12(3):157-166.

7. Matsubara K, Tarui H, Toriba M, et al. Evidence for different origin of sex chromosomes in snakes, birds, and mammals and step-wise differentiation of snake sex chromosomes. *Proc Natl Acad Sci U S A.* 2006;103(48):18190-18195.

8. Munday PL, Buston PM, Warner RR. Diversity and flexibility of sex-change strategies in animals. *Trends Ecol Evol.* 2006;21(2):89-95.

9. Todd EV, Ortega-Recalde O, Liu H, et al. Stress, novel sex genes, and epigenetic reprogramming orchestrate socially controlled sex change. *Sci Adv.* 2019;5:eaaw7006.

10. Matson CK, Murphy MW, Sarver AL, Griswold MD, Bardwell VJ, Zarkower D. DMRT1 prevents female reprogramming in the postnatal mammalian testis. *Nature.* 2011;476(7358):101-104.

11. Uhlenhaut NH, Jakob S, Anlag K, et al. Somatic sex reprogramming of adult ovaries to testes by FOXL2 ablation. *Cell.* 2009;139(6):1130-1142.

12. Berta P, Hawkins JR, Sinclair AH, et al. Genetic evidence equating SRY and the testis-determining factor. *Nature.* 1990;348(6300):448-450.

13. Sinclair AH, Berta P, Palmer MS, et al. A gene from the human sex-determining region encodes a protein with homology to a conserved DNA-binding motif. *Nature.* 1990;346(6281):240-244.

14. Fechner PY, Marcantonio SM, Jaswaney V, et al. The role of the sex-determining region Y gene in the etiology of 46,XX maleness. *J Clin Endocrinol Metab.* 1993;76(3):690-695.

15. Vorona E, Zitzmann M, Gromoll J, Schüring AN, Nieschlag E. Clinical, endocrinological, and epigenetic features of the 46,XX male syndrome, compared with 47,XXY Klinefelter patients. *J Clin Endocrinol Metab.* 2007;92(9):3458-3465.

16. Ludbrook LM, Harley VR. Sex determination: a 'window' of DAX1 activity. *Trends Endocrinol Metab.* 2004;15(3):116-121.

17. Arnold AP. A general theory of sexual differentiation. *J Neurosci Res.* 2017;95:291-300.

18. Spiller C, Koopman P, Bowles J. Sex determination in the mammalian germline. *Annu Rev Genet.* 2017;51:265-285.

19. Edson MA, Nagaraja AK, Matzuk MM. The mammalian ovary from genesis to revelation. *Endocr Rev.* 2009;30(6):624-712.

20. Eid W, Biason-Lauber A. Why boys will be boys and girls will be girls: human sex development and its defects. *Birth Defects Res C Embryo Today.* 2016;108(4):365-379.

21. Parma P, Radi O, Vidal V, et al. R-spondin1 is essential in sex determination, skin differentiation and malignancy. *Nat Genet.* 2006;38(11):1304-1309.

22. Zhao F, Franco HL, Rodriguez KF, et al. Elimination of the male reproductive tract in the female embryo is promoted by COUP-TFII in mice. *Science.* 2017;357(6352):717-720.

23. Burgoyne PS, Mitchell MJ. The role of mouse Y chromosome genes in spermatogenesis. In: Lau YFC, Chan WY, eds. *Y Chromosome and Male Germ Cell Biology.* Hackensack NJ: World Scientific Publishers; 2007:27-45.

24. Hughes JF, Page DC. The biology and evolution of mammalian Y chromosomes. *Annu Rev Genet.* 2015;49:507-527.

25. Lyon MF. Sex chromatin and gene action in the mammalian X-chromosome. *Am J Hum Genet.* 1962;14:135-148.

26. Russell LB. Mammalian X-chromosome action: inactivation limited in spread and region of origin. *Science.* 1963;140(3570):976-978.

27. Brown CJ, Ballabio A, Rupert JL, et al. A gene from the region of the human X inactivation centre is expressed exclusively from the inactive X chromosome. *Nature.* 1991;349(6304):38-44.

28. Lee JT, Bartolomei MS. X-inactivation, imprinting, and long noncoding RNAs in health and disease. *Cell.* 2013;152(6):1308-1323.

29. Disteche CM. Dosage compensation of the sex chromosomes and autosomes. *Semin Cell Dev Biol.* 2016;56:9-18.

30. Tukiainen T, Villani AC, Yen A, et al. Landscape of X chromosome inactivation across human tissues. *Nature.* 2017;550(7675):244-248.

31. Carrel L, Cottle AA, Goglin KC, Willard HF. A first-generation X-inactivation profile of the human X chromosome. *Proc Natl Acad Sci U S A.* 1999;96(25):14440-14444.

32. Nugent BM, O'Donnell CM, Epperson CN, Bale TL. Placental H3K27me3 establishes female resilience to prenatal insults. *Nat Commun.* 2018;9(1):2555.

33. Kaneko S, Li X. X chromosome protects against bladder cancer in females via a KDM6A-dependent epigenetic mechanism. *Sci Adv.* 2018;4:eaar5598.

34. Itoh Y, Golden LC, Itoh N, et al. The X-linked histone demethylase Kdm6a in CD4+ T lymphocytes modulates autoimmunity. *J Clin Invest.* 2019;129(9):3852-3863.

35. Davis EJ, Broestl L, Abdulai-Saiku S, et al. A second X chromosome contributes to resilience in a mouse model of Alzheimer's disease. *Sci Transl Med.* 2020;12(558):eaaz5677.

36. Link JC, Wiese CB, Chen X, et al. X chromosome dosage of histone demethylase KDM5C determines sex differences in adiposity. *J Clin Invest.* 2020;130(11):5688-5702.

37. Golden LC, Itoh Y, Itoh N, et al. Parent-of-origin differences in DNA methylation of X chromosome genes in T lymphocytes. *Proc Natl Acad Sci U S A.* 2019;116:26779-26787.

38. Migeon BR. Why females are mosaics, X-chromosome inactivation, and sex differences in disease. *Gend Med.* 2007;4(2):97-105.

39. MacLaughlin DT, Donahoe PK. Sex determination and differentiation. *N Engl J Med.* 2004;350(4):367-378.

40. Voutilainen R, Miller WL. Developmental expression of genes for the steroidogenic enzymes P450scc (20,22-desmolase), P450c17 (17α-hydroxylase/17,20-lyase), and P450c21 (21-hydroxylase) in the human fetus. *J Clin Endocrinol Metab.* 1986;63(5):1145-1150.

41. Jost A. On the effects of early castration of the male rabbit embryo. *C R Seances Soc Biol Fil.* 1947;**141**(3-4):126-129.

42. Jost A, Vigier B, Prépin J, Perchellet JP. Studies on sex differentiation in mammals. *Recent Prog Horm Res.* 1973;**29**:1-41.

43. Ingraham HA, Hirokawa Y, Roberts LM, et al. Autocrine and paracrine Müllerian inhibiting substance hormone signaling in reproduction. *Recent Prog Horm Res.* 2000;**55**:53-67; discussion 67.

44. Lane AH, Donahoe PK. New insights into mullerian inhibiting substance and its mechanism of action. *J Endocrinol.* 1998;**158**(1):1-6.

45. Swain A. Ductal sex determination. *Science.* 2017;**357**(6352):648.

46. Flück CE, Meyer-Böni M, Pandey AV, et al. Why boys will be boys: two pathways of fetal testicular androgen biosynthesis are needed for male sexual differentiation. *Am J Hum Genet.* 2011;**89**(2):201-218.

47. Arlt W, Martens JW, Song M, Wang JT, Auchus RJ, Miller WL. Molecular evolution of adrenarche: structural and functional analysis of p450c17 from four primate species. *Endocrinology.* 2002;**143**(12):4665-4672.

48. Cutler GB Jr, Glenn M, Bush M, Hodgen GD, Graham CE, Loriaux DL. Adrenarche: a survey of rodents, domestic animals, and primates. *Endocrinology.* 1978;**103**(6):2112-2118.

49. Becker M, Hesse V. Minipuberty: why does it happen? *Horm Res Paediatr.* 2020;1-10.

50. Miller WL, Auchus RJ. The molecular biology, biochemistry, and physiology of human steroidogenesis and its disorders. *Endocr Rev.* 2011;**32**(1):81-151.

51. Miller WL, Bose HS. Early steps in steroidogenesis: intracellular cholesterol trafficking. *J Lipid Res.* 2011;**52**(12):2111-2135.

52. Mellon SH, Griffin LD. Neurosteroids: biochemistry and clinical significance. *Trends Endocrinol Metab.* 2002;**13**(1):35-43.

53. Missaghian E, Kempná P, Dick B, et al. Role of DNA methylation in the tissue-specific expression of the CYP17A1 gene for steroidogenesis in rodents. *J Endocrinol.* 2009;**202**(1):99-109.

54. Rege J, Turcu AF, Kasa-Vubu JZ, et al. 11-Ketotestosterone is the dominant circulating bioactive androgen during normal and premature adrenarche. *J Clin Endocrinol Metab.* 2018;**103**(12):4589-4598.

55. Nyby JG. Reflexive testosterone release: a model system for studying the nongenomic effects of testosterone upon male behavior. *Front Neuroendocrinol.* 2008;**29**(2):199-210.

56. Brouillette J, Rivard K, Lizotte E, Fiset C. Sex and strain differences in adult mouse cardiac repolarization: importance of androgens. *Cardiovasc Res.* 2005;**65**(1):148-157.

57. Nilsson ME, Vandenput L, Tivesten Å, et al. Measurement of a comprehensive sex steroid profile in rodent serum by high-sensitive gas chromatography-tandem mass spectrometry. *Endocrinology.* 2015;**156**(7):2492-2502.

58. Laurent MR, Hammond GL, Blokland M, et al. Sex hormone-binding globulin regulation of androgen bioactivity in vivo: validation of the free hormone hypothesis. *Sci Rep.* 2016;**6**:35539.

59. van Weerden WM, Bierings HG, van Steenbrugge GJ, de Jong FH, Schröder FH. Adrenal glands of mouse and rat do not synthesize androgens. *Life Sci.* 1992;**50**(12):857-861.

60. Morris JA, Jordan CL, Breedlove SM. Sexual differentiation of the vertebrate nervous system. *Nat Neurosci.* 2004;**7**(10):1034-1039.

61. McCarthy MM, Herold K, Stockman SL. Fast, furious and enduring: sensitive versus critical periods in sexual differentiation of the brain. *Physiol Behav.* 2018;**187**:13-19.

62. Bakker J, Brock O. Early oestrogens in shaping reproductive networks: evidence for a potential organisational role of oestradiol in female brain development. *J Neuroendocrinol.* 2010;**22**(7):728-735.

63. Roselli CE, Klosterman SA. Sexual differentiation of aromatase activity in the rat brain: effects of perinatal steroid exposure. *Endocrinology.* 1998;**139**(7):3193-3201.

64. McCarthy MM. Estradiol and the developing brain. *Physiol Rev.* 2008;**88**(1):91-124.

65. Bakker J, De Mees C, Douhard Q, et al. Alpha-fetoprotein protects the developing female mouse brain from masculinization and defeminization by estrogens. *Nat Neurosci.* 2006;**9**(2):220-226.

66. Hammond GL. Access of reproductive steroids to target tissues. *Obstet Gynecol Clin North Am.* 2002;**29**(3):411-423.

67. Hong H, Branham WS, Ng HW, et al. Human sex hormone-binding globulin binding affinities of 125 structurally diverse chemicals and comparison with their binding to androgen receptor, estrogen receptor, and α-fetoprotein. *Toxicol Sci.* 2015;**143**(2):333-348.

68. Aussel C, Masseyeff R. Comparative binding properties of rat and human alpha-fetoproteins for arachidonic acid and estradiol. *Res Commun Chem Pathol Pharmacol.* 1983;**42**(2):261-269.

69. Mizejewski GJ. Biological roles of alpha-fetoprotein during pregnancy and perinatal development. *Exp Biol Med (Maywood).* 2004;**229**(4):439-463.

70. Breedlove SM. Sexual differentiation of the human nervous system. *Annu Rev Psychol.* 1994;**45**:389-418.

71. Place NJ, Holekamp KE, Sisk CL, et al. Effects of prenatal treatment with antiandrogens on luteinizing hormone secretion and sex steroid concentrations in adult spotted hyenas, Crocuta crocuta. *Biol Reprod.* 2002;**67**(5):1405-1413.

72. Amateau SK, McCarthy MM. Induction of PGE2 by estradiol mediates developmental masculinization of sex behavior. *Nat Neurosci.* 2004;**7**(6):643-650.

73. Petersen SL, Krishnan S, Aggison LK, Intlekofer KA, Moura PJ. Sexual differentiation of the gonadotropin surge release mechanism: a new role for the canonical NfκB signaling pathway. *Front Neuroendocrinol.* 2012;**33**(1):36-44.

74. Witchel SF. Disorders of sex development. *Best Pract Res Clin Obstet Gynaecol.* 2018;**48**:90-102.

75. Lee PA, Houk CP, Ahmed SF, Hughes IA; International Consensus Conference on Intersex organized by the Lawson Wilkins Pediatric Endocrine Society and the European Society for Paediatric Endocrinology. Consensus statement on management of intersex disorders. International Consensus Conference on Intersex. *Pediatrics.* 2006;**118**(2):e488-e500.

76. Baetens D, Verdin H, De Baere E, Cools M. Update on the genetics of differences of sex development (DSD). *Best Pract Res Clin Endocrinol Metab.* 2019;**33**(3):101271.

77. Miller WL. Disorders in the initial steps of steroid hormone synthesis. *J Steroid Biochem Mol Biol.* 2017;**165**(Pt A):18-37.

78. Quigley CA, De Bellis A, Marschke KB, el-Awady MK, Wilson EM, French FS. Androgen receptor defects: historical, clinical, and molecular perspectives. *Endocr Rev.* 1995;**16**(3):271-321.

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6153561 by guest on 12 March 2021

Case 2:22-cv-00184-LCB-CWB   Document 557-40   Filed 05/27/24   Page 62 of 193

79. Martínez-Frías ML. Developmental field defects and associations: epidemiological evidence of their relationship. *Am J Med Genet.* 1994;49(1):45-51.

80. Fontana L, Gentilin B, Fedele L, Gervasini C, Miozzo M. Genetics of Mayer-Rokitansky-Küster-Hauser (MRKH) syndrome. *Clin Genet.* 2017;91(2):233-246.

81. Hiort O, Birnbaum W, Marshall L, et al. Management of disorders of sex development. *Nat Rev Endocrinol.* 2014;10(9):520-529.

82. Achermann JC, Domenice S, Bachega TA, Nishi MY, Mendonca BB. Disorders of sex development: effect of molecular diagnostics. *Nat Rev Endocrinol.* 2015;11(8):478-488.

83. Sandberg DE, Gardner M, Callens N, Mazur T; DSD-TRN Psychosocial Workgroup, the DSD-TRN Advocacy Advisory Network, and Accord Alliance. Interdisciplinary care in disorders/differences of sex development (DSD): the psychosocial component of the DSD-Translational research network. *Am J Med Genet C Semin Med Genet.* 2017;175(2):279-292.

84. Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab.* 2017;102(11):3869-3903.

85. Winter S, Diamond M, Green J, et al. Transgender people: health at the margins of society. *Lancet.* 2016;388(10042):390-400.

86. Johns MM, Lowry R, Andrzejewski J, et al. Transgender identity and experiences of violence victimization, substance use, suicide risk, and sexual risk behaviors among high school students - 19 states and large urban school districts, 2017. *MMWR Morb Mortal Wkly Rep.* 2019;68:67-71.

87. Rider GN, McMorris BJ, Gower AL, Coleman E, Eisenberg ME. Health and care utilization of transgender and gender nonconforming youth: a population-based study. *Pediatrics.* 2018;141(3):e20171683.

88. Herman JL, Flores AR, Brown TNT, Wilson BDM, Conron KJ. *Age of Individuals Who Identify as Transgender in the United States.* Los Angeles: The Williams Institute, UCLA School of Law; 2017.

89. Rosenthal SM. Approach to the patient: transgender youth: endocrine considerations. *J Clin Endocrinol Metab.* 2014;99(12):4379-4389.

90. Saraswat A, Weinand JD, Safer JD. Evidence supporting the biologic nature of gender identity. *Endocr Pract.* 2015;21(2):199-204.

91. Steensma TD, Kreukels BP, de Vries AL, Cohen-Kettenis PT. Gender identity development in adolescence. *Horm Behav.* 2013;64(2):288-297.

92. Allen LS, Hines M, Shryne JE, Gorski RA. Two sexually dimorphic cell groups in the human brain. *J Neurosci.* 1989;9(2):497-506.

93. LeVay S. A difference in hypothalamic structure between heterosexual and homosexual men. *Science.* 1991;253:1034-1037.

94. Byne W, Tobet S, Mattiace LA, et al. The interstitial nuclei of the human anterior hypothalamus: an investigation of variation with sex, sexual orientation, and HIV status. *Horm Behav.* 2001;40(2):86-92.

95. Kreukels BP, Guillamon A. Neuroimaging studies in people with gender incongruence. *Int Rev Psychiatry.* 2016;28(1):120-128.

96. Feusner JD, Lidström A, Moody TD, Dhejne C, Bookheimer SY, Savic I. Intrinsic network connectivity and own body perception in gender dysphoria. *Brain Imaging Behav.* 2017;11(4):964-976.

97. Hahn A, Kranz GS, Sladky R, et al. Testosterone affects language areas of the adult human brain. *Hum Brain Mapp.* 2016;37(5):1738-1748.

98. Luders E, Sánchez FJ, Tosun D, et al. Increased cortical thickness in male-to-female transsexualism. *J Behav Brain Sci.* 2012;2(3):357-362.

99. Burke SM, Manzouri AH, Dhejne C, et al. Testosterone effects on the brain in transgender men. *Cereb Cortex.* 2018;28(5):1582-1596.

100. Coolidge FL, Thede LL, Young SE. The heritability of gender identity disorder in a child and adolescent twin sample. *Behav Genet.* 2002;32(4):251-257.

101. Heylens G, De Cuypere G, Zucker KJ, et al. Gender identity disorder in twins: a review of the case report literature. *J Sex Med.* 2012;9(3):751-757.

102. Berenbaum SA, Meyer-Bahlburg HF. Gender development and sexuality in disorders of sex development. *Horm Metab Res.* 2015;47(5):361-366.

103. Dessens AB, Slijper FM, Drop SL. Gender dysphoria and gender change in chromosomal females with congenital adrenal hyperplasia. *Arch Sex Behav.* 2005;34(4):389-397.

104. Frisén L, Nordenström A, Falhammar H, et al. Gender role behavior, sexuality, and psychosocial adaptation in women with congenital adrenal hyperplasia due to CYP21A2 deficiency. *J Clin Endocrinol Metab.* 2009;94(9):3432-3439.

105. Meyer-Bahlburg HF, Dolezal C, Baker SW, Carlson AD, Obeid JS, New MI. Prenatal androgenization affects gender-related behavior but not gender identity in 5-12-year-old girls with congenital adrenal hyperplasia. *Arch Sex Behav.* 2004;33(2):97-104.

106. Cohen-Kettenis PT. Gender change in 46,XY persons with 5α-reductase-2 deficiency and 17β-hydroxysteroid dehydrogenase-3 deficiency. *Arch Sex Behav.* 2005;34(4):399-410.

107. Fisher AD, Ristori J, Morelli G, Maggi M. The molecular mechanisms of sexual orientation and gender identity. *Mol Cell Endocrinol.* 2018;467:3-13.

108. Lentini E, Kasahara M, Arver S, Savic I. Sex differences in the human brain and the impact of sex chromosomes and sex hormones. *Cereb Cortex.* 2013;23(10):2322-2336.

109. Raznahan A, Lee NR, Greenstein D, et al. Globally divergent but locally convergent X- and Y-chromosome influences on cortical development. *Cereb Cortex.* 2016;26(1):70-79.

110. Raznahan A, Parikshak NN, Chandran V, et al. Sex-chromosome dosage effects on gene expression in humans. *Proc Natl Acad Sci U S A.* 2018;115(28):7398-7403.

111. Savic I, Frisen L, Manzouri A, Nordenstrom A, Lindén Hirschberg A. Role of testosterone and Y chromosome genes for the masculinization of the human brain. *Hum Brain Mapp.* 2017;38(4):1801-1814.

112. Arnold AP, Chen X. What does the "four core genotypes" mouse model tell us about sex differences in the brain and other tissues? *Front Neuroendocrinol.* 2009;30(1):1-9.

113. Arnold AP. Conceptual frameworks and mouse models for studying sex differences in physiology and disease: why compensation changes the game. *Exp Neurol.* 2014;259:2-9.

114. Burgoyne PS, Arnold AP. A primer on the use of mouse models for identifying direct sex chromosome effects that cause sex differences in non-gonadal tissues. *Biol Sex Differ.* 2016;7:68.

115. Arnold AP, Cassis LA, Eghbali M, Reue K, Sandberg K. Sex hormones and sex chromosomes cause sex differences in the

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

development of cardiovascular diseases. *Arterioscler Thromb Vasc Biol.* 2017;**37**(5):746-756.

116. Arnold AP, Reue K, Eghbali M, et al. The importance of having two X chromosomes. *Philos Trans R Soc Lond B Biol Sci.* 2016;**371**(1688):20150113.

117. Umar S, Cunningham CM, Itoh Y, et al. The Y chromosome plays a protective role in experimental hypoxic pulmonary hypertension. *Am J Respir Crit Care Med.* 2018;**197**(7):952-955.

118. Shpargel KB, Sengoku T, Yokoyama S, Magnuson T. UTX and UTY demonstrate histone demethylase-independent function in mouse embryonic development. *Plos Genet.* 2012;**8**(9):e1002964.

119. Li J, Chen X, McClusky R, et al. The number of X chromosomes influences protection from cardiac ischaemia/reperfusion injury in mice: one X is better than two. *Cardiovasc Res.* 2014;**102**(3):375-384.

120. Ji H, Zheng W, Wu X, et al. Sex chromosome effects unmasked in angiotensin II-induced hypertension. *Hypertension.* 2010;**55**(5):1275-1282.

121. Arnold AP. The end of gonad-centric sex determination in mammals. *Trends Genet.* 2012;**28**(2):55-61.

122. Lowe R, Gemma C, Rakyan VK, Holland ML. Sexually dimorphic gene expression emerges with embryonic genome activation and is dynamic throughout development. *BMC Genomics.* 2015;**16**:295.

123. Arnold AP. Rethinking sex determination of non-gonadal tissues. *Curr Top Dev Biol.* 2019;**134**:289-315.

124. Shansky RM. Are hormones a "female problem" for animal research? *Science.* 2019;**364**(6443):825-826.

125. Exploring the biological contributions to human health: does sex matter? *J Womens Health Gend Based Med.* 2001;**10**:433-439.

126. T'Sjoen G, Arcelus J, Gooren L, Klink DT, Tangpricha V. Endocrinology of transgender medicine. *Endocr Rev.* 2019;**40**(1):97-117.

127. Hasdemir B, Mhaske P, Paruthiyil S, et al. Sex- and corticotropin-releasing factor receptor 2- dependent actions of urocortin 1 during inflammation. *Am J Physiol Regul Integr Comp Physiol.* 2016;**310**(11):R1244-R1257.

128. Kubat E, Mahajan S, Liao M, et al. Corticotropin-releasing factor receptor 2 mediates sex-specific cellular stress responses. *Mol Med.* 2013;**19**:212-222.

129. Paruthiyil S, Hagiwara SI, Kundassery K, Bhargava A. Sexually dimorphic metabolic responses mediated by CRF2 receptor during nutritional stress in mice. *Biol Sex Differ.* 2018;**9**(1):49.

130. Sorge RE, Martin LJ, Isbester KA, et al. Olfactory exposure to males, including men, causes stress and related analgesia in rodents. *Nat Methods.* 2014;**11**(6):629-632.

131. Chen P, Hong W. Neural circuit mechanisms of social behavior. *Neuron.* 2018;**98**(1):16-30.

132. Brown GR, Laland KN, Mulder MB. Bateman's principles and human sex roles. *Trends Ecol Evol.* 2009;**24**(6):297-304.

133. Archer J. Does sexual selection explain human sex differences in aggression? *Behav Brain Sci.* 2009;**32**:249-266; discussion 266-311.

134. Rutter M, Caspi A, Moffitt TE. Using sex differences in psychopathology to study causal mechanisms: unifying issues and research strategies. *J Child Psychol Psychiatry.* 2003;**44**(8):1092-1115.

135. Crossley NA, Fox PT, Bullmore ET. Meta-connectomics: human brain network and connectivity meta-analyses. *Psychol Med.* 2016;**46**(5):897-907.

136. Giedd JN, Raznahan A, Mills KL, Lenroot RK. Review: magnetic resonance imaging of male/female differences in human adolescent brain anatomy. *Biol Sex Differ.* 2012;**3**(1):19.

137. Qiu LR, Fernandes DJ, Szulc-Lerch KU, et al. Mouse MRI shows brain areas relatively larger in males emerge before those larger in females. *Nat Commun.* 2018;**9**(1):2615.

138. Swanson LW, Bota M. Foundational model of structural connectivity in the nervous system with a schema for wiring diagrams, connectome, and basic plan architecture. *Proc Natl Acad Sci U S A.* 2010;**107**(48):20610-20617.

139. Chen K, Azeez A, Chen DY, Biswal BB. Resting-State Functional Connectivity: Signal Origins and Analytic Methods. *Neuroimaging Clin N Am.* 2020;**30**(1):15-23.

140. Smith SM, Vidaurre D, Beckmann CF, et al. Functional connectomics from resting-state fMRI. *Trends Cogn Sci.* 2013;**17**(12):666-682.

141. Basser PJ, Pierpaoli C. Microstructural and physiological features of tissues elucidated by quantitative-diffusion-tensor MRI. *J Magn Reson B.* 1996;**111**(3):209-219.

142. Hagmann P, Cammoun L, Gigandet X, et al. Mapping the structural core of human cerebral cortex. *Plos Biol.* 2008;**6**(7):e159.

143. Mori S, Crain BJ, Chacko VP, van Zijl PC. Three-dimensional tracking of axonal projections in the brain by magnetic resonance imaging. *Ann Neurol.* 1999;**45**(2):265-269.

144. Savic I, Arver S. Sex differences in cortical thickness and their possible genetic and sex hormonal underpinnings. *Cereb Cortex.* 2014;**24**(12):3246-3257.

145. Gerhard S, Daducci A, Lemkaddem A, Meuli R, Thiran JP, Hagmann P. The connectome viewer toolkit: an open source framework to manage, analyze, and visualize connectomes. *Front Neuroinform.* 2011;**5**:3.

146. Glasser MF, Smith SM, Marcus DS, et al. The Human Connectome Project's neuroimaging approach. *Nat Neurosci.* 2016;**19**(9):1175-1187.

147. Shen X, Finn ES, Scheinost D, et al. Using connectome-based predictive modeling to predict individual behavior from brain connectivity. *Nat Protoc.* 2017;**12**(3):506-518.

148. Lotze M, Domin M, Gerlach FH, et al. Novel findings from 2838 adult brains on sex differences in gray matter brain volume. *Sci Rep.* 2019;**9**(1):1671.

149. Ritchie SJ, Cox SR, Shen X, et al. Sex differences in the adult human brain: evidence from 5216 UK Biobank participants. *Cereb Cortex.* 2018;**28**(8):2959-2975.

150. Knickmeyer RC, Xia K, Lu Z, et al. Impact of demographic and obstetric factors on infant brain volumes: a population neuroscience study. *Cereb Cortex.* 2017;**27**(12):5616-5625.

151. Lenroot RK, Gogtay N, Greenstein DK, et al. Sexual dimorphism of brain developmental trajectories during childhood and adolescence. *Neuroimage.* 2007;**36**(4):1065-1073.

152. Giedd JN, Raznahan A, Alexander-Bloch A, Schmitt E, Gogtay N, Rapoport JL. Child psychiatry branch of the National Institute of Mental Health longitudinal structural

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6158361 by guest on 12 March 2021

**33**

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

magnetic resonance imaging study of human brain development. *Neuropsychopharmacology.* 2015;40(1):43-49.

153. Kuczmarski RJ, Ogden CL, Guo SS, et al. 2000 CDC growth charts for the United States: methods and development. *Vital Health Stat 11.* 2002;1-190.

154. Mutlu AK, Schneider M, Debbané M, Badoud D, Eliez S, Schaer M. Sex differences in thickness, and folding developments throughout the cortex. *Neuroimage.* 2013;82:200-207.

155. Liu S, Seidlitz J, Blumenthal JD, Clasen LS, Raznahan A. Integrative structural, functional, and transcriptomic analyses of sex-biased brain organization in humans. *Proc Natl Acad Sci U S A.* 2020;117(31):18788-18798.

156. Ruigrok AN, Salimi-Khorshidi G, Lai MC, et al. A meta-analysis of sex differences in human brain structure. *Neurosci Biobehav Rev.* 2014;39:34-50.

157. Raznahan A, Lue Y, Probst F, et al. Triangulating the sexually dimorphic brain through high-resolution neuroimaging of murine sex chromosome aneuploidies. *Brain Struct Funct.* 2015;220(6):3581-3593.

158. Fish AM, Nadig A, Seidlitz J, et al. Sex-biased trajectories of amygdalo-hippocampal morphology change over human development. *Neuroimage.* 2020;204:116122.

159. Herting MM, Maxwell EC, Irvine C, Nagel BJ. The impact of sex, puberty, and hormones on white matter microstructure in adolescents. *Cereb Cortex.* 2012;22(9):1979-1992.

160. Sporns O, Tononi G, Kötter R. The human connectome: a structural description of the human brain. *Plos Comput Biol.* 2005;1(4):e42.

161. Tunc B, Solmaz B, Parker D, et al. Establishing a link between sex-related differences in the structural connectome and behaviour. *Philos Trans R Soc Lond B Biol Sci.* 2016;371(1688):20150111.

162. Ingalhalikar M, Smith A, Parker D, et al. Sex differences in the structural connectome of the human brain. *Proc Natl Acad Sci U S A.* 2014;111(2):823-828.

163. Gur RC, Richard J, Calkins ME, et al. Age group and sex differences in performance on a computerized neurocognitive battery in children age 8–21. *Neuropsychology.* 2012;26(2):251-265.

164. Zhang C, Cahill ND, Arbabshirani MR, White T, Baum SA, Michael AM. Sex and age effects of functional connectivity in early adulthood. *Brain Connect.* 2016;6.

165. Girvan M, Newman ME. Community structure in social and biological networks. *Proc Natl Acad Sci U S A.* 2002;99(12):7821-7826.

166. Tononi G, Sporns O, Edelman GM. A measure for brain complexity: relating functional segregation and integration in the nervous system. *Proc Natl Acad Sci U S A.* 1994;91(11):5033-5037.

167. Schwarz AJ, Gozzi A, Bifone A. Community structure and modularity in networks of correlated brain activity. *Magn Reson Imaging.* 2008;26(7):914-920.

168. Moreno-Briseño P, Díaz R, Campos-Romo A, Fernandez-Ruiz J. Sex-related differences in motor learning and performance. *Behav Brain Funct.* 2010;6:74.

169. Hedges LV, Nowell A. Sex differences in mental test scores, variability, and numbers of high-scoring individuals. *Science.* 1995;269(5220):41-45.

170. Voyer D, Voyer S, Bryden MP. Magnitude of sex differences in spatial abilities: a meta-analysis and consideration of critical variables. *Psychol Bull.* 1995;117(2):250-270.

171. Maguire EA, Gadian DG, Johnsrude IS, et al. Navigation-related structural change in the hippocampi of taxi drivers. *Proc Natl Acad Sci U S A.* 2000;97(8):4398-4403.

172. Maguire EA, Woollett K, Spiers HJ. London taxi drivers and bus drivers: a structural MRI and neuropsychological analysis. *Hippocampus.* 2006;16(12):1091-1101.

173. Draganski B, Gaser C, Busch V, Schuierer G, Bogdahn U, May A. Neuroplasticity: changes in grey matter induced by training. *Nature.* 2004;427(6972):311-312.

174. Gaser C, Schlaug G. Gray matter differences between musicians and nonmusicians. *Ann N Y Acad Sci.* 2003;999:514-517.

175. Mechelli A, Crinion JT, Noppeney U, et al. Neurolinguistics: structural plasticity in the bilingual brain. *Nature.* 2004;431(7010):757.

176. Schlegel AA, Rudelson JJ, Tse PU. White matter structure changes as adults learn a second language. *J Cogn Neurosci.* 2012;24(8):1664-1670.

177. Clayton JA. Applying the new SABV (sex as a biological variable) policy to research and clinical care. *Physiol Behav.* 2018;187:2-5.

178. Hallam J, Boswell RG, DeVito EE, Kober H. Gender-related differences in food craving and obesity. *Yale J Biol Med.* 2016;89(2):161-173.

179. Striegel-Moore RH, Rosselli F, Perrin N, et al. Gender difference in the prevalence of eating disorder symptoms. *Int J Eat Disord.* 2009;42(5):471-474.

180. Pursey KM, Stanwell P, Callister RJ, Brain K, Collins CE, Burrows TL. Neural responses to visual food cues according to weight status: a systematic review of functional magnetic resonance imaging studies. *Front Nutr.* 2014;1:7.

181. Cepeda-Benito A, Fernandez MC, Moreno S. Relationship of gender and eating disorder symptoms to reported cravings for food: construct validation of state and trait craving questionnaires in Spanish. *Appetite.* 2003;40(1):47-54.

182. Imperatori C, Innamorati M, Tamburello S, et al. Gender differences in food craving among overweight and obese patients attending low energy diet therapy: a matched case-control study. *Eat Weight Disord.* 2013;18(3):297-303.

183. Zellner DA, Garriga-Trillo A, Rohm E, Centeno S, Parker S. Food liking and craving: a cross-cultural approach. *Appetite.* 1999;33(1):61-70.

184. Lafay L, Thomas F, Mennen L, et al.; Fleurbaix Laventie Ville Santé Study Group. Gender differences in the relation between food cravings and mood in an adult community: results from the fleurbaix laventie ville santé study. *Int J Eat Disord.* 2001;29(2):195-204.

185. Pelchat ML. Food cravings in young and elderly adults. *Appetite.* 1997;28(2):103-113.

186. Wang GJ, Volkow ND, Telang F, et al. Evidence of gender differences in the ability to inhibit brain activation elicited by food stimulation. *Proc Natl Acad Sci U S A.* 2009;106(4):1249-1254.

187. Croll J, Neumark-Sztainer D, Story M, Ireland M. Prevalence and risk and protective factors related to disordered eating behaviors among adolescents: relationship to gender and ethnicity. *J Adolesc Health.* 2002;31(2):166-175.

188. Kenny PJ. Reward mechanisms in obesity: new insights and future directions. *Neuron.* 2011;69(4):664-679.

189. Saper CB, Chou TC, Elmquist JK. The need to feed: homeostatic and hedonic control of eating. *Neuron.* 2002;36(2):199-211.

190. Zheng H, Berthoud HR. Eating for pleasure or calories. *Curr Opin Pharmacol.* 2007;7(6):607-612.

191. Ziauddeen H, Alonso-Alonso M, Hill JO, Kelley M, Khan NA. Obesity and the neurocognitive basis of food reward and the control of intake. *Adv Nutr.* 2015;6(4):474-486.

192. Gupta AM, EA, Sanmiguel CP, et al. Patterns of brain structural connectivity differentiate normal weight from overweight subjects. *Neuroimage Clin.* 2015;7:506-517.

193. Yokum SN, J, Stice E. Attentional bias to food images associated with elevated weight and future weight gain: an fMRI study. *Obesity (Silver Spring).* 2011;19:1775-1783.

194. Stoeckel LE, Weller RE, Cook 3rd EW, Twieg DB, Knowlton RC, Cox JE. Widespread reward-system activation in obese women in response to pictures of high-calorie foods. *Neuroimage.* 2008;41:636-647.

195. Dimitropoulos AT, Tkach J, Ho A, Kennedy J. Greater corticolimbic activation to high-calorie food cues after eating in obese vs. normal-weight adults. *Appetite.* 2012;58(1):303-312.

196. Martin LE, Holsen LM, Chambers RJ, et al. Neural mechanisms associated with food motivation in obese and healthy weight adults. *Obesity (Silver Spring).* 2010;18:254-260.

197. Stice E, Spoor S, Bohon C, Veldhuizen MG, Small DM. Relation of reward from food intake and anticipated food intake to obesity: a functional magnetic resonance imaging study. *J Abnorm Psychol.* 2008;117(4):924-935.

198. Connolly L, Coveleskie K, Kilpatrick LA, et al. Differences in brain responses between lean and obese women to a sweetened drink. *Neurogastroenterol Motil.* 2013;25(7):579-e460.

199. Bragular V, Dzemidzic M, Bruno C, et al. Food-related odor probes of brain reward circuits during hunger: a pilot FMRI study. *Obesity (Silver Spring).* 2010;18(8):1566-1571.

200. Haase L, Green E, Murphy C. Males and females show differential brain activation to taste when hungry and sated in gustatory and reward areas. *Appetite.* 2011;57(2):421-434.

201. Melasch J, Rullmann M, Hilbert A, et al. Sex differences in serotonin-hypothalamic connections underpin a diminished sense of emotional well-being with increasing body weight. *Int J Obes (Lond).* 2016;40(8):1268-1277.

202. Cornier MA, Salzberg AK, Endly DC, Bessesen DH, Tregellas JR. Sex-based differences in the behavioral and neuronal responses to food. *Physiol Behav.* 2010;99(4):538-543.

203. Geliebter A, Pantazatos SP, McOuatt H, Puma L, Gibson CD, Atalayer D. Sex-based fMRI differences in obese humans in response to high vs. low energy food cues. *Behav Brain Res.* 2013;243:91-96.

204. Gupta A, Mayer EA, Hamadani K, et al. Sex differences in the influence of body mass index on anatomical architecture of brain networks. *Int J Obes (2005).* 2017.

205. Gupta A, Mayer EA, Labus JS, et al. Sex commonalities and differences in obesity-related alterations in intrinsic brain activity and connectivity. *Obesity (Silver Spring).* 2018;26(2):340-350.

206. Polanczyk G, de Lima MS, Horta BL, Biederman J, Rohde LA. The worldwide prevalence of ADHD: a systematic review and metaregression analysis. *Am J Psychiatry.* 2007;164(6):942-948.

207. Remes O, Brayne C, van der Linde R, Lafortune L. A systematic review of reviews on the prevalence of anxiety disorders in adult populations. *Brain Behav.* 2016;6(7):e00497.

208. Smink FRE, van Hoeken D, Dijkstra JK, Deen M, Oldehinkel AJ, Hoek HW. Self-esteem and peer-perceived social status in early adolescence and prediction of eating pathology in young adulthood. *Int J Eat Disord.* 2018;51(8):852-862.

209. Riedel BC, Thompson PM, Brinton RD. Age, APOE and sex: triad of risk of Alzheimer's disease. *J Steroid Biochem Mol Biol.* 2016;160:134-147.

210. Cahill L. Why sex matters for neuroscience. *Nat Rev Neurosci.* 2006;7(6):477-484.

211. Corre C, Friedel M, Vousden DA, et al. Separate effects of sex hormones and sex chromosomes on brain structure and function revealed by high-resolution magnetic resonance imaging and spatial navigation assessment of the Four Core Genotype mouse model. *Brain Struct Funct.* 2016;221(2):997-1016.

212. Mankiw C, Park MTM, Reardon PK, et al. Allometric analysis detects brain size-independent effects of sex and sex chromosome complement on human cerebellar organization. *J Neurosci.* 2017;37(21):5221-5231.

213. Joel D, Berman Z, Tavor I, et al. Sex beyond the genitalia: the human brain mosaic. *Proc Natl Acad Sci U S A.* 2015;112(50):15468-15473.

214. Wierenga LM, Bos MGN, Schreuders E, et al. Unraveling age, puberty and testosterone effects on subcortical brain development across adolescence. *Psychoneuroendocrinology.* 2018;91:105-114.

215. Mueller SC, Landré L, Wierckx K, T'Sjoen G. A structural magnetic resonance imaging study in transgender persons on cross-sex hormone therapy. *Neuroendocrinology.* 2017;105(2):123-130.

216. Merke DP, Fields JD, Keil MF, Vaituzis AC, Chrousos GP, Giedd JN. Children with classic congenital adrenal hyperplasia have decreased amygdala volume: potential prenatal and postnatal hormonal effects. *J Clin Endocrinol Metab.* 2003;88(4):1760-1765.

217. Martin CR, Osadchiy V, Kalani A, Mayer EA. The brain-gut-microbiome axis. *Cell Mol Gastroenterol Hepatol.* 2018;6(2):133-148.

218. Hagiwara SI, Kaushal E, Paruthiyil S, Pasricha PJ, Hasdemir B, Bhargava A. Gastric corticotropin-releasing factor influences mast cell infiltration in a rat model of functional dyspepsia. *Plos One.* 2018;13(9):e0203704.

219. Kessler RC, Petukhova M, Sampson NA, Zaslavsky AM, Wittchen H-U. Twelve-month and lifetime prevalence and lifetime morbid risk of anxiety and mood disorders in the United States. *Int J Methods Psychiatr Res.* 2012;21(3):169-184.

220. Tesic A, Rodgers S, Müller M, et al. Sex differences in neurodevelopmental and common mental disorders examined from three epidemiological perspectives. *Psychiatry Res.* 2019;278:213-217.

221. Pinares-Garcia P, Stratikopoulos M, Zagato A, Loke H, Lee J. Sex: a significant risk factor for neurodevelopmental and neurodegenerative disorders. *Brain Sci.* 2018;8:154.

222. Kokras N, Hodes GE, Bangasser DA, Dalla C. Sex differences in the hypothalamic-pituitary-adrenal axis: an obstacle to antidepressant drug development? *Br J Pharmacol.* 2019;176(21):4090-4106.

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

223. Cahill L, Aswad D. Sex influences on the brain: an issue whose time has come. *Neuron.* 2015;88(6):1084-1085.

224. Mendrek A, Mancini-Marie A. Sex/gender differences in the brain and cognition in schizophrenia. *Neurosci Biobehav Rev.* 2016;67:57-78.

225. Bray GA, Heisel WE, Afshin A, et al. The science of obesity management: an Endocrine Society scientific statement. *Endocr Rev.* 2018;39(2):79-132.

226. Gartner DR, Taber DR, Hirsch JA, Robinson WR. The spatial distribution of gender differences in obesity prevalence differs from overall obesity prevalence among US adults. *Ann Epidemiol.* 2016;26(4):293-298.

227. Hales CM, Fryar CD, Carroll MD, Freedman DS, Ogden CL. Trends in obesity and severe obesity prevalence in US youth and adults by sex and age, 2007–2008 to 2015–2016. *JAMA.* 2018;319:1723-1725.

228. Mond JM, Baune BT. Overweight, medical comorbidity and health-related quality of life in a community sample of women and men. *Obesity (Silver Spring).* 2009;17(8):1627-1634.

229. Lovejoy JC, Sainsbury A; Stock Conference 2008 Working Group. Sex differences in obesity and the regulation of energy homeostasis. *Obes Rev.* 2009;10(2):154-167.

230. Kelly T, Yang W, Chen CS, Reynolds K, He J. Global burden of obesity in 2005 and projections to 2030. *Int J Obes (Lond).* 2008;32:1431-1437.

231. Power ML, Schulkin J. Sex differences in fat storage, fat metabolism, and the health risks from obesity: possible evolutionary origins. *Br J Nutr.* 2008;99(5):931-940.

232. Weltens N, Iven J, Van Oudenhove L, Kano M. The gut-brain axis in health neuroscience: implications for functional gastrointestinal disorders and appetite regulation. *Ann N Y Acad Sci.* 2018;1428(1):129-150.

233. Leigh SJ, Morris MJ. Diet, inflammation and the gut microbiome: Mechanisms for obesity-associated cognitive impairment. *Biochim Biophys Acta Mol Basis Dis.* 2020;1866(6):165767.

234. Torres-Fuentes C, Schellekens H, Dinan TG, Cryan JF. The microbiota-gut-brain axis in obesity. *Lancet Gastroenterol Hepatol.* 2017;2(10):747-756.

235. Shreiner AB, Kao JY, Young VB. The gut microbiome in health and in disease. *Curr Opin Gastroenterol.* 2015;31(1):69-75.

236. Osadchiy V, Martin CR, Mayer EA. The gut-brain axis and the microbiome: mechanisms and clinical implications. *Clin Gastroenterol Hepatol.* 2019;17(2):322-332.

237. Dong TS, Gupta A. Influence of early life, diet, and the environment on the microbiome. *Clin Gastroenterol Hepatol.* 2019;17(2):231-242.

238. Jašarević E, Morrison KE, Bale TL. Sex differences in the gut microbiome-brain axis across the lifespan. *Philos Trans R Soc Lond B Biol Sci.* 2016;371(1688):20150122.

239. Markle JG, Frank DN, Mortin-Toth S, et al. Sex differences in the gut microbiome drive hormone-dependent regulation of autoimmunity. *Science.* 2013;339(6123):1084-1088.

240. Yurkovetskiy L, Burrows M, Khan AA, et al. Gender bias in autoimmunity is influenced by microbiota. *Immunity.* 2013;39(2):400-412.

241. Yatsunenko T, Rey FE, Manary MJ, et al. Human gut microbiome viewed across age and geography. *Nature.* 2012;486(7402):222-227.

242. Collins SM, Kassam Z, Bercik P. The adoptive transfer of behavioral phenotype via the intestinal microbiota: experimental evidence and clinical implications. *Curr Opin Microbiol.* 2013;16(3):240-245.

243. Chen KL, Madak-Erdogan Z. Estrogen and microbiota crosstalk: should we pay attention? *Trends Endocrinol Metab.* 2016;27(11):752-755.

244. Plottel CS, Blaser MJ. Microbiome and malignancy. *Cell Host Microbe.* 2011;10(4):324-335.

245. Moser VA, Pike CJ. Obesity and sex interact in the regulation of Alzheimer's disease. *Neurosci Biobehav Rev.* 2016;67:102-118.

246. Stachowiak G, Pertyński T, Pertyńska-Marczewska M. Metabolic disorders in menopause. *Prz Menopauzalny.* 2015;14(1):59-64.

247. Hulley S, Grady D, Bush T, et al. Randomized trial of estrogen plus progestin for secondary prevention of coronary heart disease in postmenopausal women. Heart and Estrogen/progestin Replacement Study (HERS) Research Group. *Jama.* 1998;280(7):605-613.

248. Lichanska AM, Waters MJ. How growth hormone controls growth, obesity and sexual dimorphism. *Trends Genet.* 2008;24(1):41-47.

249. Lee C, Kim J, Jung Y. Potential therapeutic application of estrogen in gender disparity of nonalcoholic fatty liver disease/nonalcoholic steatohepatitis. *Cells.* 2019;8(10):1259.

250. Monteiro R, Teixeira D, Calhau C. Estrogen signaling in metabolic inflammation. *Mediators Inflamm.* 2014;2014:615917.

251. Eaton SA, Sethi JK. Immunometabolic links between estrogen, adipose tissue and female reproductive metabolism. *Biology (Basel).* 2019;8(1):8.

252. Al-Suhaimi EA, Shehzad A. Leptin, resistin and visfatin: the missing link between endocrine metabolic disorders and immunity. *Eur J Med Res.* 2013;18:12.

253. O'Mahony SM, Clarke G, Borre YE, Dinan TG, Cryan JF. Serotonin, tryptophan metabolism and the brain-gut-microbiome axis. *Behav Brain Res.* 2015;277:32-48.

254. Mawe GM, Hoffman JM. Serotonin signalling in the gut—functions, dysfunctions and therapeutic targets. *Nat Rev Gastroenterol Hepatol.* 2013;10(8):473-486.

255. Kennedy PJ, Cryan JF, Dinan TG, Clarke G. Kynurenine pathway metabolism and the microbiota-gut-brain axis. *Neuropharmacology.* 2017;112(Pt B):399-412.

256. Mangge H, Summers KL, Meinitzer A, et al. Obesity-related dysregulation of the tryptophan-kynurenine metabolism: role of age and parameters of the metabolic syndrome. *Obesity (Silver Spring).* 2014;22(1):195-201.

257. Favennec M, Hennart B, Caiazzo R, et al. The kynurenine pathway is activated in human obesity and shifted toward kynurenine monooxygenase activation. *Obesity (Silver Spring).* 2015;23(10):2066-2074.

258. Cazettes F, Cohen JI, Yau PL, Talbot H, Convit A. Obesity-mediated inflammation may damage the brain circuit that regulates food intake. *Brain Res.* 2011;1373:101-109.

259. Castanon N, Lasselin J, Capuron L. Neuropsychiatric comorbidity in obesity: role of inflammatory processes. *Front Endocrinol (Lausanne).* 2014;5:74.

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6109365 by guest on 12 March 2021

260. Jhamandas K, Boegman RJ, Beninger RJ, Bialik M. Quinolinate-induced cortical cholinergic damage: modulation by tryptophan metabolites. *Brain Res.* 1990;529(1-2):185-191.

261. Raheja UK, Fuchs D, Giegling I, et al. In psychiatrically healthy individuals, overweight women but not men have lower tryptophan levels. *Pteridines.* 2015;26(2):79-84.

262. Theofylaktopoulou D, Midttun Ø, Ulvik A, et al. A community-based study on determinants of circulating markers of cellular immune activation and kynurenines: the Hordaland Health Study. *Clin Exp Immunol.* 2013;173(1):121-130.

263. Cortese S, Faraone SV, Bernardi S, Wang S, Blanco C. Gender differences in adult attention-deficit/hyperactivity disorder: results from the National Epidemiologic Survey on Alcohol and Related Conditions (NESARC). *J Clin Psychiatry.* 2016;77(4):e421-e428.

264. Wittchen HU, Jacobi F, Rehm J, et al. The size and burden of mental disorders and other disorders of the brain in Europe 2010. *Eur Neuropsychopharmacol.* 2011;21:655-679.

265. Salk RH, Hyde JS, Abramson LY. Gender differences in depression in representative national samples: meta-analyses of diagnoses and symptoms. *Psychol Bull.* 2017;143(8):783-822.

266. Diflorio A, Jones I. Is sex important? Gender differences in bipolar disorder. *Int Rev Psychiatry.* 2010;22(5):437-452.

267. Sramek JJ, Murphy MF, Cutler NR. Sex differences in the psychopharmacological treatment of depression. *Dialogues Clin Neurosci.* 2016;18(4):447-457.

268. Kokras N, Dalla C. Preclinical sex differences in depression and antidepressant response: implications for clinical research. *J Neurosci Res.* 2017;95(1-2):731-736.

269. Bangasser DA. Sex differences in stress-related receptors: "micro" differences with "macro" implications for mood and anxiety disorders. *Biol Sex Differ.* 2013;4(1):2.

270. Bredewold R, Schiavo JK, van der Hart M, Verreij M, Veenema AH. Dynamic changes in extracellular release of GABA and glutamate in the lateral septum during social play behavior in juvenile rats: implications for sex-specific regulation of social play behavior. *Neuroscience.* 2015;307:117-127.

271. Campi KL, Greenberg GD, Kapoor A, Ziegler TE, Trainor BC. Sex differences in effects of dopamine D1 receptors on social withdrawal. *Neuropharmacology.* 2014;77:208-216.

272. Hauser AS, Attwood MM, Rask-Andersen M, Schiöth HB, Gloriam DE. Trends in GPCR drug discovery: new agents, targets and indications. *Nat Rev Drug Discov.* 2017;16(12):829-842.

273. Bangasser DA, Wiersielis KR. Sex differences in stress responses: a critical role for corticotropin-releasing factor. *Hormones (Athens).* 2018;17(1):5-13.

274. Vuppaladhadiam L, Ehsan C, Akkati M, Bhargava A. Corticotropin-releasing factor family: a stress hormone-receptor system's emerging role in mediating sex-specific signaling. *Cells.* 2020;9(4):839

275. Pal K, Swaminathan K, Xu HE, Pioszak AA. Structural basis for hormone recognition by the Human CRFR2[α] G protein-coupled receptor. *J Biol Chem.* 2010;285(51):40351-40361.

276. Iwasaki-Sekino A, Mano-Otagiri A, Ohata H, Yamauchi N, Shibasaki T. Gender differences in corticotropin and corticosterone secretion and corticotropin-releasing factor mRNA expression in the paraventricular nucleus of the hypothalamus and the central nucleus of the amygdala in

response to footshock stress or psychological stress in rats. *Psychoneuroendocrinology.* 2009;34(2):226-237.

277. Viau V, Bingham B, Davis J, Lee P, Wong M. Gender and puberty interact on the stress-induced activation of parvocellular neurosecretory neurons and corticotropin-releasing hormone messenger ribonucleic acid expression in the rat. *Endocrinology.* 2005;146(1):137-146.

278. Stinnett GS, Westphal NJ, Seasholtz AF. Pituitary CRH-binding protein and stress in female mice. *Physiol Behav.* 2015;150:16-23.

279. Gallucci WT, Baum A, Laue L, et al. Sex differences in sensitivity of the hypothalamic-pituitary-adrenal axis. *Health Psychol.* 1993;12(5):420-425.

280. Valentino RJ, Van Bockstaele EJ. Corticotropin-releasing factor: putative neurotransmitter actions of a neurohormone. In: D Pfaff AA, Etgen A, Fahrbach S, Moss R, Rubin R, eds. *Hormones, Brain and Behavior.* Vol. 4. San Diego: Academic Press; 2002:81-102.

281. Weathington JM, Cooke BM. Corticotropin-releasing factor receptor binding in the amygdala changes across puberty in a sex-specific manner. *Endocrinology.* 2012;153(12):5701-5705.

282. Crestani CC, Alves FH, Gomes FV, Resstel LB, Correa FM, Herman JP. Mechanisms in the bed nucleus of the stria terminalis involved in control of autonomic and neuroendocrine functions: a review. *Curr Neuropharmacol.* 2013;11(2):141-159.

283. Lim MM, Nair HP, Young LJ. Species and sex differences in brain distribution of corticotropin-releasing factor receptor subtypes 1 and 2 in monogamous and promiscuous vole species. *J Comp Neurol.* 2005;487(1):75-92.

284. Catalano RD, Kyriakou T, Chen J, Easton A, Hillhouse EW. Regulation of corticotropin-releasing hormone type 2 receptors by multiple promoters and alternative splicing: identification of multiple splice variants. *Mol Endocrinol.* 2003;17(3):395-410.

285. Weiser MJ, Goel N, Sandau US, Bale TL, Handa RJ. Androgen regulation of corticotropin-releasing hormone receptor 2 (CRHR2) mRNA expression and receptor binding in the rat brain. *Exp Neurol.* 2008;214(1):62-68.

286. Aston-Jones G, Bloom FE. Activity of norepinephrine-containing locus coeruleus neurons in behaving rats anticipates fluctuations in the sleep-waking cycle. *J Neurosci.* 1981;1(8):876-886.

287. Aston-Jones G. *CHAPTER 13 - Locus coeruleus, A5 and A7 noradrenergic cell groups A2 - Paxinos, George. The Rat Nervous System (THIRD EDITION).* Burlington: Academic Press; 2004:259-294.

288. Berridge CW, Page ME, Valentino RJ, Foote SL. Effects of locus coeruleus inactivation on electroencephalographic activity in neocortex and hippocampus. *Neuroscience.* 1993;55(2):381-393.

289. Berridge CW, Abercrombie ED. Relationship between locus coeruleus discharge rates and rates of norepinephrine release within neocortex as assessed by in vivo microdialysis. *Neuroscience.* 1999;93(4):1263-1270.

290. Curtis AL, Lechner SM, Pavcovich LA, Valentino RJ. Activation of the locus coeruleus noradrenergic system by intracoerulear microinfusion of corticotropin-releasing factor: effects on

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6156961 by guest on 12 March 2021

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159367 by guest on 12 March 2021

discharge rate, cortical norepinephrine levels and cortical electroencephalographic activity. *J Pharmacol Exp Ther.* 1997;**281**(1):163-172.

291. Valentino RJ, Curtis AL, Page ME, Pavcovich LA, Florin-Lechner SM. Activation of the locus ceruleus brain noradrenergic system during stress: circuitry, consequences, and regulation. *Adv Pharmacol.* 1998;**42**:781-784.

292. Gold PW, Chrousos GP. Organization of the stress system and its dysregulation in melancholic and atypical depression: high vs low CRH/NE states. *Mol Psychiatry.* 2002;7(3):254-275.

293. American Psychiatric Association. *Diagnostic and statistical manual of mental disorders: DSM-5.* 5th ed. American Psychiatric Publishing; 2013.

294. Hagiwara SI, Hasdemir B, Heyman MB, Chang L, Bhargava A. Plasma corticotropin-releasing factor receptors and B7-2(+) extracellular vesicles in blood correlate with irritable bowel syndrome disease severity. *Cells.* 2019;8(2):101.

295. Grammatopoulos DK, Randeva HS, Levine MA, Kanellopoulou KA, Hillhouse EW. Rat cerebral cortex corticotropin-releasing hormone receptors: evidence for receptor coupling to multiple G-proteins. *J Neurochem.* 2001;76(2):509-519.

296. Chen FM, Bilezikjian LM, Perrin MH, Rivier J, Vale W. Corticotropin releasing factor receptor-mediated stimulation of adenylate cyclase activity in the rat brain. *Brain Res.* 1986;381(1):49-57.

297. De Souza EB. Corticotropin-releasing factor receptors: physiology, pharmacology, biochemistry and role in central nervous system and immune disorders. *Psychoneuroendocrinology.* 1995;20(8):789-819.

298. Bangasser DA, Curtis A, Reyes BA, et al. Sex differences in corticotropin-releasing factor receptor signaling and trafficking: potential role in female vulnerability to stress-related psychopathology. *Mol Psychiatry.* 2010;15:877, 896-904.

299. Valentino RJ, Van Bockstaele E, Bangasser D. Sex-specific cell signaling: the corticotropin-releasing factor receptor model. *Trends Pharmacol Sci.* 2013;34(8):437-444.

300. Bangasser DA, Dong H, Carroll J, et al. Corticotropin-releasing factor overexpression gives rise to sex differences in Alzheimer's disease-related signaling. *Mol Psychiatry.* 2017;22(8):1126-1133.

301. Komuro H, Sato N, Sasaki A, et al. Corticotropin-releasing hormone receptor 2 gene variants in irritable bowel syndrome. *PLoS One.* 2016;11(1):e0147817.

302. Wolf EJ, Mitchell KS, Logue MW, et al. Corticotropin releasing hormone receptor 2 (CRHR-2) gene is associated with decreased risk and severity of posttraumatic stress disorder in women. *Depress Anxiety.* 2013;30(12):1161-1169.

303. Mahajan A, Taliun D, Thurner M, et al. Fine-mapping type 2 diabetes loci to single-variant resolution using high-density imputation and islet-specific epigenome maps. *Nat Genet.* 2018;50(11):1505-1513.

304. Kautzky-Willer A, Harreiter J, Pacini G. Sex and gender differences in risk, pathophysiology and complications of type 2 diabetes mellitus. *Endocr Rev.* 2016;37(3):278-316.

305. Bergmann N, Gyntelberg F, Faber J. The appraisal of chronic stress and the development of the metabolic syndrome: a systematic review of prospective cohort studies. *Endocr Connect.* 2014;3(2):R55-R80.

306. Fuller-Jackson JP, Dordevic AL, Clarke IJ, Henry BA. Effect of sex and sex steroids on brown adipose tissue heat production in humans. *Eur J Endocrinol.* 2020;183(3):343-355.

307. Romagnuolo J, Talluri J, Kennard E, et al. Clinical profile, etiology, and treatment of chronic pancreatitis in North American Women: analysis of a large multicenter cohort. *Pancreas.* 2016;45(7):934-940.

308. Violin JD, Lefkowitz RJ. Beta-arrestin-biased ligands at seven-transmembrane receptors. *Trends Pharmacol Sci.* 2007;28(8):416-422.

309. Whalen EJ, Rajagopal S, Lefkowitz RJ. Therapeutic potential of β-arrestin- and G protein-biased agonists. *Trends Mol Med.* 2011;17(3):126-139.

310. Murrough JW, Charney DS. Corticotropin-releasing factor type 1 receptor antagonists for stress-related disorders: time to call it quits? *Biol Psychiatry.* 2017;82(12):858-860.

311. Hasdemir B, Mahajan S, Oses-Prieto J, et al. Actin cytoskeleton-dependent regulation of corticotropin-releasing factor receptor heteromers. *Mol Biol Cell.* 2017;28(18):2386-2399.

312. Mikhailova MV, Mayeux PR, Jurkevich A, et al. Heterooligomerization between vasotocin and corticotropin-releasing hormone (CRH) receptors augments CRH-stimulated 3′,5′-cyclic adenosine monophosphate production. *Mol Endocrinol.* 2007;21(9):2178-2188.

313. Murat B, Devost D, Andrés M, et al. V1b and CRHR1 receptor heterodimerization mediates synergistic biological actions of vasopressin and CRH. *Mol Endocrinol.* 2012;26(3):502-520.

314. Chaki S, Nakazato A, Kennis L, et al. Anxiolytic- and antidepressant-like profile of a new CRF1 receptor antagonist, R278995/CRA0450. *Eur J Pharmacol.* 2004;485(1-3):145-158.

315. Deak T, Nguyen KT, Ehrlich AL, et al. The impact of the nonpeptide corticotropin-releasing hormone antagonist antalarmin on behavioral and endocrine responses to stress. *Endocrinology.* 1999;140(1):79-86.

316. Mansbach RS, Brooks EN, Chen YL. Antidepressant-like effects of CP-154,526, a selective CRF1 receptor antagonist. *Eur J Pharmacol.* 1997;323(1):21-26.

317. Zorrilla EP, Valdez GR, Nozulak J, Koob GF, Markou A. Effects of antalarmin, a CRF type 1 receptor antagonist, on anxiety-like behavior and motor activation in the rat. *Brain Res.* 2002;952(2):188-199.

318. Howerton AR, Roland AV, Fluharty JM, et al. Sex differences in corticotropin-releasing factor receptor-1 action within the dorsal raphe nucleus in stress responsivity. *Biol Psychiatry.* 2014;75(11):873-883.

319. Ising M, Zimmermann US, Künzel HE, et al. High-affinity CRF1 receptor antagonist NBI-34041: preclinical and clinical data suggest safety and efficacy in attenuating elevated stress response. *Neuropsychopharmacology.* 2007;32(9):1941-1949.

320. Beery AK, Zucker I. Sex bias in neuroscience and biomedical research. *Neurosci Biobehav Rev.* 2011;35(3):565-572.

321. Will TR, Proaño SB, Thomas AM, et al. Problems and progress regarding sex bias and omission in neuroscience research. *eNeuro.* 2017;4:ENEURO.0278-0217.2017.

322. Rademaker M. Do women have more adverse drug reactions? *Am J Clin Dermatol.* 2001;2:349-351.

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

323. McKenzie BE. Guidelines and requirements for the evaluation of contraceptive steroids. *Toxicol Pathol.* 1989;17(2):377-384.

324. Farkouh A, Riedl T, Gottardi R, Czejka M, Kautzky-Willer A. Sex-related differences in pharmacokinetics and pharmacodynamics of frequently prescribed drugs: a review of the literature. *Adv Ther.* 2020;37(2):644-655.

325. Franconi F, Campesi I. Pharmacogenomics, pharmacokinetics and pharmacodynamics: interaction with biological differences between men and women. *Br J Pharmacol.* 2014;171(3):580-594.

326. Gartlehner G, Chapman A, Strobelberger M, Thaler K. Differences in efficacy and safety of pharmaceutical treatments between men and women: an umbrella review. *Plos One.* 2010;5(7):e11895.

327. Viramontes BE, Camilleri M, McKinzie S, Pardi DS, Burton D, Thomforde GM. Gender-related differences in slowing colonic transit by a 5-HT3 antagonist in subjects with diarrhea-predominant irritable bowel syndrome. *Am J Gastroenterol.* 2001;96(9):2671-2676.

328. Mosca L, Barrett-Connor E, Wenger NK. Sex/gender differences in cardiovascular disease prevention: what a difference a decade makes. *Circulation.* 2011;124(19):2145-2154.

329. WHO. *Cardiovascular Disease.* 2017. Accessed April 2020. https://www.who.int/news-room/fact-sheets/detail/cardiovascular-diseases-(cvds)

330. Maas AH, Appelman YE. Gender differences in coronary heart disease. *Neth Heart J.* 2010;18(12):598-602.

331. Regitz-Zagrosek V. Unsettled issues and future directions for research on cardiovascular diseases in women. *Korean Circ J.* 2018;48(9):792-812.

332. Colafella KMM, Denton KM. Sex-specific differences in hypertension and associated cardiovascular disease. *Nat Rev Nephrol.* 2018;14(3):185-201.

333. Mannon EC, Ray SC, Ryan MJ, Sullivan JC. Does sex matter?: an update on the implementation of sex as a biological variable in research. *Am J Physiol Renal Physiol.* 2020;318(2):F329-F331.

334. Guyton AC, Coleman TG, Young DB, Lohmeier TE, DeClue JW. Salt balance and long-term blood pressure control. *Annu Rev Med.* 1980;31:15-27.

335. Davel AP, Jaffe IZ, Tostes RC, Jaisser F, Belin de Chantemèle EJ. New roles of aldosterone and mineralocorticoid receptors in cardiovascular disease: translational and sex-specific effects. *Am J Physiol Heart Circ Physiol.* 2018;315(4):H989-H999.

336. Wiinberg N, Høegholm A, Christensen HR, et al. 24-h ambulatory blood pressure in 352 normal Danish subjects, related to age and gender. *Am J Hypertens.* 1995;8(10 Pt 1):978-986.

337. Yong LC, Kuller LH, Rutan G, Bunker C. Longitudinal study of blood pressure: changes and determinants from adolescence to middle age. The Dormont High School follow-up study, 1957-1963 to 1989-1990. *Am J Epidemiol.* 1993;138:973-983.

338. Sandberg K, Ji H. Sex differences in primary hypertension. *Biol Sex Differ.* 2012;3(1):7.

339. Himmelmann A, Svensson A, Hansson L. Influence of sex on blood pressure and left ventricular mass in adolescents: the hypertension in pregnancy offspring study. *J Hum Hypertens.* 1994;8(7):485-490.

340. Stamler J, Stamler R, Riedlinger WF, Algera G, Roberts RH. Hypertension screening of 1 million Americans. Community Hypertension Evaluation Clinic (CHEC) program, 1973 through 1975. *JAMA.* 1976;235:2299-2306.

341. Burt V, Whelton P, Roccella E, et al. Prevalence of hypertension in the US adult population: results from the Third National Health and Nutrition Examination Survey, 1988-1991. *Am Heart Assoc.* 1995;25:305-313.

342. Benjamin EJ, Blaha MJ, Chiuve SE, et al.; American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Heart disease and stroke statistics-2017 update: a report from the American Heart Association. *Circulation.* 2017;135(10):e146-e603.

343. Engberding N, Wenger NK. Management of hypertension in women. *Hypertens Res.* 2012;35(3):251-260.

344. Roger VL, Go AS, Lloyd-Jones DM, et al.; American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Executive summary: heart disease and stroke statistics-2012 update: a report from the American Heart Association. *Circulation.* 2012;125(1):188-197.

345. Hilliard LM, Sampson AK, Brown RD, Denton KM. The "his and hers" of the renin-angiotensin system. *Curr Hypertens Rep.* 2013;15(1):71-79.

346. Sampson AK, Hilliard LM, Moritz KM, et al. The arterial depressor response to chronic low-dose angiotensin II infusion in female rats is estrogen dependent. *Am J Physiol Regul Integr Comp Physiol.* 2012;302(1):R159-R165.

347. Miller JA, Anacta LA, Cattran DC. Impact of gender on the renal response to angiotensin II. *Kidney Int.* 1999;55(1):278-285.

348. Colafella KM, Hilliard LM, Denton KM. Epochs in the depressor/pressor balance of the renin-angiotensin system. *Clin Sci (Lond).* 2016;130(10):761-771.

349. Phoon S, Howes LG. Forearm vasodilator response to angiotensin II in elderly women receiving candesartan: role of AT(2)- receptors. *J Renin Angiotensin Aldosterone Syst.* 2002;3(1):36-39.

350. Mirabito KM, Hilliard LM, Kett MM, et al. Sex- and age-related differences in the chronic pressure-natriuresis relationship: role of the angiotensin type 2 receptor. *Am J Physiol Renal Physiol.* 2014;307(8):F901-F907.

351. Ichiki T, Kambayashi Y, Inagami T. Molecular cloning and expression of angiotensin II type 2 receptor gene. *Adv Exp Med Biol.* 1996;396:145-152.

352. Xue Q, Xiao D, Zhang L. Estrogen regulates angiotensin II receptor expression patterns and protects the heart from ischemic injury in female rats. *Biol Reprod.* 2015;93(1):6.

353. Sanderink GJ, Artur Y, Schiele F, Gueguen R, Siest G. Alanine aminopeptidase in serum: biological variations and reference limits. *Clin Chem.* 1988;34(7):1422-1426.

354. Mueller PW, Phillips DL, Steinberg KK. Alanine aminopeptidase in serum: automated optimized assay, and effects of age, sex, smoking, and alcohol consumption in a selected population. *Clin Chem.* 1987;33(3):363-366.

355. Mizutani S, Yamada R, Kurauchi O, Ito Y, Narita O, Tomoda Y. Serum aminopeptidase A (AAP) in normal pregnancy and pregnancy complicated by pre-eclampsia. *Arch Gynecol.* 1987;240(1):27-31.

356. Hariyama Y, Itakura A, Okamura M, et al. Placental aminopeptidase A as a possible barrier of angiotensin II between mother and fetus. *Placenta.* 2000;21(7):621-627.

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021

357. Gohar EY, Pollock DM. Sex-specific contributions of endothelin to hypertension. *Curr Hypertens Rep*. 2018;20(7):58.

358. Tamma G, Goswami N, Reichmuth J, De Santo NG, Valenti G. Aquaporins, vasopressin, and aging: current perspectives. *Endocrinology*. 2015;156(3):777-788.

359. Juul KV, Bichet DG, Nielsen S, Nørgaard JP. The physiological and pathophysiological functions of renal and extrarenal vasopressin V2 receptors. *Am J Physiol Renal Physiol*. 2014;306(9):F931-F940.

360. Clemmer JS, Faulkner JL, Mullen AJ, Butler KR, Hester RL. Sex-specific responses to mineralocorticoid receptor antagonism in hypertensive African American males and females. *Biol Sex Differ*. 2019;10(1):24.

361. Faulkner JL, Kennard S, Huby AC, et al. Progesterone predisposes females to obesity-associated leptin-mediated endothelial dysfunction via upregulating endothelial MR (Mineralocorticoid Receptor) expression. *Hypertension*. 2019;74(3):678-686.

362. Veiras LC, Girardi ACC, Curry J, et al. Sexual dimorphic pattern of renal transporters and electrolyte homeostasis. *J Am Soc Nephrol*. 2017;28(12):3504-3517.

363. Mirabito Colafella KM, Samuel CS, Denton KM. Relaxin contributes to the regulation of arterial pressure in adult female mice. *Clin Sci (Lond)*. 2017;131(23):2795-2805.

364. Danielson LA, Kercher LJ, Conrad KP. Impact of gender and endothelin on renal vasodilation and hyperfiltration induced by relaxin in conscious rats. *Am J Physiol Regul Integr Comp Physiol*. 2000;279(4):R1298-R1304.

365. Chapman AB, Abraham WT, Zamudio S, et al. Temporal relationships between hormonal and hemodynamic changes in early human pregnancy. *Kidney Int*. 1998;54(6):2056-2063.

366. Anton L, Merrill DC, Neves LA, et al. The uterine placental bed Renin-Angiotensin system in normal and preeclamptic pregnancy. *Endocrinology*. 2009;150(9):4316-4325.

367. Brouwers L, van der Meiden-van Roest AJ, Savelkoul C, et al. Recurrence of pre-eclampsia and the risk of future hypertension and cardiovascular disease: a systematic review and meta-analysis. *BJOG*. 2018;125(13):1642-1654.

368. Moreau KL, Babcock MC, Hildreth KL. Sex differences in vascular aging in response to testosterone. *Biol Sex Differ*. 2020;11(1):18.

369. Reckelhoff JF. Androgens and blood pressure control: sex differences and mechanisms. *Mayo Clin Proc*. 2019;94(3):536-543.

370. Faulkner JL, Belin de Chantemèle EJ. Sex hormones, aging and cardiometabolic syndrome. *Biol Sex Differ*. 2019;10(1):30.

371. Sabbatini AR, Kararigas G. Estrogen-related mechanisms in sex differences of hypertension and target organ damage. *Biol Sex Differ*. 2020;11(1):31.

372. Oelkers WK. Effects of estrogens and progestogens on the renin-aldosterone system and blood pressure. *Steroids*. 1996;61(4):166-171.

373. Cobin RH, Goodman NF; AACE Reproductive Endocrinology Scientific Committee. American Association of Clinical Endocrinologists and American College of Endocrinology position statement on menopause-2017 update. *Endocr Pract*. 2017;23(7):869-880.

374. Gencer B, Mach F. Testosterone: a hormone preventing cardiovascular disease or a therapy increasing cardiovascular events? *Eur Heart J*. 2016;37(48):3569-3575.

375. Fuchs MM, Attenhofer Jost C, Babovic-Vuksanovic D, Connolly HM, Egbe A. Long-term outcomes in patients with turner syndrome: a 68-year follow-up. *J Am Heart Assoc*. 2019;8(11):e011501.

376. Price WH, Clayton JF, Collyer S, De Mey R, Wilson J. Mortality ratios, life expectancy, and causes of death in patients with Turner's syndrome. *J Epidemiol Community Health*. 1986;40(2):97-102.

377. Schoemaker MJ, Swerdlow AJ, Higgins CD, Wright AF, Jacobs PA; United Kingdom Clinical Cytogenetics Group. Mortality in women with Turner syndrome in Great Britain: a national cohort study. *J Clin Endocrinol Metab*. 2008;93(12):4735-4742.

378. Gravholt CH, Viuff MH, Brun S, Stochholm K, Andersen NH. Turner syndrome: mechanisms and management. *Nat Rev Endocrinol*. 2019;15(10):601-614.

379. Accardo G, Amoresano Paglionico V, Di Fraia R, et al. Management of cardiovascular complications in Klinefelter syndrome patients. *Expert Rev Endocrinol Metab*. 2019;14(2):145-152.

380. Pasquali D, Arcopinto M, Renzullo A, et al. Cardiovascular abnormalities in Klinefelter syndrome. *Int J Cardiol*. 2013;168(2):754-759.

381. Bojesen A, Juul S, Birkebaek N, Gravholt CH. Increased mortality in Klinefelter syndrome. *J Clin Endocrinol Metab*. 2004;89(8):3830-3834.

382. Swerdlow AJ, Higgins CD, Schoemaker MJ, Wright AF, Jacobs PA; United Kingdom Clinical Cytogenetics Group. Mortality in patients with Klinefelter syndrome in Britain: a cohort study. *J Clin Endocrinol Metab*. 2005;90(12):6516-6522.

383. Huby RD, Glaves P, Jackson R. The incidence of sexually dimorphic gene expression varies greatly between tissues in the rat. *Plos One*. 2014;9(12):e115792.

384. Mayne BT, Bianco-Miotto T, Buckberry S, et al. Large scale gene expression meta-analysis reveals tissue-specific, sex-biased gene expression in humans. *Front Genet*. 2016;7:183.

385. Kwekel JC, Vijay V, Desai VG, Moland CL, Fuscoe JC. Age and sex differences in kidney microRNA expression during the life span of F344 rats. *Biol Sex Differ*. 2015;6(1):1.

386. Kwekel JC, Desai VG, Moland CL, Vijay V, Fuscoe JC. Life cycle analysis of kidney gene expression in male F344 rats. *Plos One*. 2013;8(10):e75305.

387. Pan WH, Yeh WT, Hwu CM, Ho LT. Undiagnosed diabetes mellitus in Taiwanese subjects with impaired fasting glycemia: impact of female sex, central obesity, and short stature. *Chin J Physiol*. 2001;44(1):44-51.

388. Olivarius Nde F, Vestbo E, Andreasen AH, Mogensen CE. Renal involvement is related to body height in newly diagnosed diabetic women aged 40 years or over. *Diabetes Metab*. 2001;27(1):14-18.

389. Neugarten J, Silbiger SR. The impact of gender on renal transplantation. *Transplantation*. 1994;58(11):1145-1152.

390. Ishikawa I, Maeda K, Nakai S, Kawaguchi Y. Gender difference in the mean age at the induction of hemodialysis in patients with autosomal dominant polycystic kidney disease. *Am J Kidney Dis*. 2000;35(6):1072-1075.

391. Hannedouche T, Chauveau P, Kalou F, Albouze G, Lacour B, Jungers P. Factors affecting progression in advanced chronic renal failure. *Clin Nephrol*. 1993;39(6):312-320.

392. Coggins CH, Breyer Lewis J, Caggiula AW, Castaldo LS, Klahr S, Wang SR. Differences between women and men with chronic renal disease. *Nephrol Dial Transplant.* 1998;13(6):1430-1437.

393. Beale AL, Nanayakkara S, Segan L, et al. Sex differences in heart failure with preserved ejection fraction pathophysiology: a detailed invasive hemodynamic and echocardiographic analysis. *JACC Heart Fail.* 2019;7(3):239-249.

394. Turnbull F, Woodward M, Neal B, et al.; Blood Pressure Lowering Treatment Trialists' Collaboration. Do men and women respond differently to blood pressure-lowering treatment? Results of prospectively designed overviews of randomized trials. *Eur Heart J.* 2008;29(21):2669-2680.

395. Tadic M, Cuspidi C, Grassi G, Ivanovic B. Gender-specific therapeutic approach in arterial hypertension - challenges ahead. *Pharmacol Res.* 2019;141:181-188.

396. McDonough AA, Nguyen MT. Maintaining balance under pressure: integrated regulation of renal transporters during hypertension. *Hypertension.* 2015;66(3):450-455.

397. Kasai F, Hirayama N, Ozawa M, Iemura M, Kohara A. Changes of heterogeneous cell POPULATIONS in the Ishikawa cell line during long-term culture: proposal for an in vitro clonal evolution model of tumor cells. *Genomics.* 2016;107(6):259-266.

398. Yang DP, Rosanoff EI. Specific chromosome changes associated with rabbit cell lines cultured in vitro. *Cytogenet Cell Genet.* 1977;18(4):212-230.

399. Gebhard C, Regitz-Zagrosek V, Neuhauser HK, Morgan R, Klein SL. Impact of sex and gender on COVID-19 outcomes in Europe. *Biol Sex Differ.* 2020;11(1):29.

400. Jin JM, Bai P, He W, et al. Gender differences in patients with COVID-19: focus on severity and mortality. *Front Public Health.* 2020;8:152.

401. Kragholm K, Andersen MP, Gerds TA, et al. Association between male sex and outcomes of Coronavirus Disease 2019 (Covid-19) - a Danish nationwide, register-based study. *Clin Infect Dis.* Published online ahead of print July 8, 2020. doi:10.1093/cid/ciaa924

402. Kassotis CD, Vandenberg LN, Demeneix BA, Porta M, Slama R, Trasande L. Endocrine-disrupting chemicals: economic, regulatory, and policy implications. *Lancet Diabetes Endocrinol.* 2020;8(8):719-730.

403. Waxman DJ, Holloway MG. Sex differences in the expression of hepatic drug metabolizing enzymes. *Mol Pharmacol.* 2009;76(2):215-228.

404. Brehm E, Flaws JA. Transgenerational effects of endocrine-disrupting chemicals on male and female reproduction. *Endocrinology.* 2019;160(6):1421-1435.

405. De Vries GJ. Minireview: sex differences in adult and developing brains: compensation, compensation, compensation. *Endocrinology.* 2004;145(3):1063-1068.

406. Ichise H, Hori A, Shiozawa S, et al. Establishment of a tamoxifen-inducible Cre-driver mouse strain for widespread and temporal genetic modification in adult mice. *Exp Anim.* 2016;65(3):231-244.

407. Ye R, Wang QA, Tao C, et al. Impact of tamoxifen on adipocyte lineage tracing: Inducer of adipogenesis and prolonged nuclear translocation of Cre recombinase. *Mol Metab.* 2015;4(11):771-778.

408. Levy N, Paruthiyil S, Zhao X, et al. Unliganded estrogen receptor-beta regulation of genes is inhibited by tamoxifen. *Mol Cell Endocrinol.* 2010;315(1-2):201-207.

Downloaded from https://academic.oup.com/edrv/advance-article/doi/10.1210/endrev/bnaa034/6159361 by guest on 12 March 2021



# HHS Public Access
Author manuscript
*Prof Psychol Res Pr*. Author manuscript; available in PMC 2016 January 20.

Published in final edited form as:
*Prof Psychol Res Pr*. 2015 ; 46(1): 37–45. doi:10.1037/a0037490.

## Serving Transgender Youth: Challenges, Dilemmas and Clinical Examples

**Amy C. Tishelman, Ph.D.**[1], **Randi Kaufman, Psy.D.**[1], **Laura Edwards-Leeper, Ph.D.**[2], **Francie H. Mandel, LICSW**[3], **Daniel E. Shumer, M.D.**[3], and **Norman P. Spack, M.D.**[1]

[1]Boston Children's Hospital and Harvard Medical School

[2]Pacific University School of Professional Psychology

[3]Boston Children's Hospital

## Abstract

Historically, many gender variant individuals have lived in a chronic state of conflict between self-understanding and physical being, one in which there was a continual misalignment between others' perceptions of them and their internal self-perception of gender. Only recently have professionals from mental health and medical realms come together to provide services to these youth. This paper describes an innovative program: the first mental health and medical multidisciplinary clinic housed in a pediatric academic center in North America to serve the needs of gender variant youth. We describe our model of care, focusing on the psychologist's role within a multidisciplinary team and the mental health needs of the youth and families assisted. We highlight clinical challenges and provide practice clinical vignettes to illuminate the psychologist's critical role.

### Keywords

transgender; gender dysphoria; gender non-conforming; youth; adolescent

## Introduction

Historically, many gender variant individuals have lived in a chronic state of conflict between self-understanding and physical being, with a continual misalignment between others' perceptions of them and their internal self-perception of gender. Only recently have professionals from mental health and medical realms come together to provide services to youth and, hopefully, some validation. As with other newly evolving fields of study, initial interventions were applied without the benefit of much research or precedent for guidance, and at times in an atmosphere of professional division (see Drescher & Byne, 2012, for a summary of continued controversies).

Correspondence regarding this article may be sent to the lead author at: Amy C. Tishelman, Ph.D., Boston Children's Hospital, 333 Longwood Avenue, 6th Floor, Endocrinology, Boston, MA 02115.



EXHIBIT NO:
FOR IDENTIFICATION
DATE:
Leisa Pastor, CSR, CRR

The Gender Management Services-Disorders of Sexual Development Program (GeMS-DSD) evolved due to the dearth of available services for two distinct populations: a) youth with Disorders of Sexual Development (DSD) and b) gender variant youth. DSD refer to biological conditions in which anatomic sexual development is atypical (Houk, Hughes, Ahmed, & Lee, 2006) whereas gender variance refers to gender expression and/or identity inconsistent with prevailing societal expectations and norms (Kulick, 1999). The term transgender typically refers to those individuals for whom genotype and phenotype are mismatched. Therefore, biologically male children may self-identify as female and vice versa, or youth may not fit neatly into either category. This paper will focus on the gender variant group served by GeMS-DSD. We highlight clinical challenges, and provide clinical vignettes to illuminate the psychologist's critical role. Please refer to the online supplemental materials for further description of terms relevant to gender, sex and sexuality, and a summary of suggested psychosocial evaluation recommendations.

The development of the GeMS-DSD Program was made possible because the initiative of an endocrinologist with prior expertise treating transgender adults, and a strong passion to assist gender variant youth without access to care. As with any novel program, a vision and a sense of possibility are essential aspects of effective action. With a strong belief in the need for such a program in a multidisciplinary hospital setting, the GeMS-DSD service was developed, partially dependent upon the persuasive abilities of the founding physicians, but also within the structure of an institution that encouraged care for underserved youth and with clinic directors and hospital administrators who fostered innovation. The GeMS-DSD program became the first multidisciplinary mental health and medical program housed in a pediatric academic center in North America to serve youth with DSD or gender variance, and has forged a path for the development of other clinics in the United States. Many mental health professionals, medical students, pediatric house officers, endocrine fellows, and staff endocrinologists have participated in our program.

## Program Development

The development of GeMS-DSD was a shared effort, requiring extensive multidisciplinary collaboration. Consultation was sought from urology, endocrinology, medical ethics, genetics, neonatology, gynecology, psychology, and hospital administration. When the program opened, it was co-directed by a pediatric urologist with expertise treating children with DSD and a pediatric endocrinologist, working in tandem with a psychologist to provide evaluations and services for gender variant youth and their families. The remainder of the discussion will focus on the gender variant group in the GeMS program, with an emphasis on the crucial role of psychologists within this multidisciplinary team.

In order to develop our mental health protocols, our hospital supported the GeMS psychologist receiving training in Amsterdam from Peggy Cohen-Kettenis, PhD and her team, pioneers in assessing and treating transgender youth. The purpose of the trip was to learn and adapt the Dutch protocol for use in the United States. The Amsterdam group opened the first specialized gender identity clinic for children and adolescents in 1987 (deVries & Cohen-Kettenis, 2012) and have published numerous studies based on their protocol and interventions (e.g., Delemarre-van de Waal & Cohen-Kettenis, 2006; deVries,

*Prof Psychol Res Pr.* Author manuscript; available in PMC 2016 January 20.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Tishelman et al.

Steensma, Doreleijers, & Cohen-Kettenis, 2011; Wallien & Cohen-Kettenis, 2008; deVries & Cohen-Kettenis, 2012). During the training trip, the GeMS psychologist and endocrinologist participated in the first international Adolescent Gender Identity Research Group Meeting. Psychological measures were selected collaboratively for clinics to use in the evaluation of transgender youth, based on shared experience with this population, while each clinic adapted and added measures as needed for individual sites.

When opened, the GeMS clinic was flooded with inquiries from families, not only from the local region, but also from across the nation and internationally. Notably, before the GeMS program existed, the demand for services was largely invisible. In addition, children and families struggled to identify resources (many of which were predominantly non-existent) without the aid of trained professionals, while sometimes coping with significant and multifaceted psychosocial challenges. These could include a range of issues such as managing family responses, including anxieties and discord related to atypical gender expressions and/or disclosures of children; managing peer, school and other social circumstances in contexts that were often less than accepting; and managing mental health issues. Numerous articles have been published outlining similar multifaceted issues gender nonconforming children and families may face (e.g., Dreger, 2009; Ehrensaft, 2007; Malpas, 2011; Menvielle, 2012). In response to the increasing volume of cases a social worker joined the team to conduct pre-screening telephone intakes, aid families in finding resources, and to help develop written clinic protocols in collaboration with the psychologist.

## Clinic Practice

The GeMS program, based on the model of care first developed and shaped in Amsterdam, continues to be adapted over time in response to new developments in the field and service demands. Our protocol relies on existing guidelines and standards for working with transgender individuals developed by various disciplines. For example, the World Professional Association for Transgender Health (WPATH) Standards of Care (Coleman et al., 2011), the Endocrine Society Guidelines (Hembree et al., 2009), the Report of the American Psychological Association (APA) Task Force on Gender Identity and Gender Variance (2009; http://www.apa.org/pubs/info/reports/gender-identity.aspx), and the American Counseling Association Competencies for Counseling with Transgendered Clients (2010) each offer valuable recommendations for working with the transgender population. Generally, these guidelines and standards are similar in that they all recommend supporting transgender individuals in their affirmed gender identity, which often includes assisting in medical interventions that will help make the individual's body congruent with their affirmed gender. The APA Task Force report (APA, 2009) states support for the "efficacy, benefit, and medical necessity of gender-transition treatments for appropriately evaluated individuals…" (p.67), a statement consistent with the goals of the GeMS team.

Nevertheless, many of these guidelines do not focus on issues specific to transgender youth. The Society for Adolescent Health and Medicine (2013) has issued recommendations for promoting the health and well-being of lesbian, gay, bisexual and transgender adolescents, and the American Academy of Child and Adolescent Psychiatry (2012) has published practice parameters addressing gay, lesbian, bisexual, gender nonconforming and gender

*Prof Psychol Res Pr*. Author manuscript; available in PMC 2016 January 20.

discordant children and adolescents. The APA also published a helpful and accessible pamphlet regarding gender identity and gender expression, with some information about transgender youth (http://www.apa.org/topics/sexuality/transgender.pdf). They note that "it may be helpful to consult with mental health and medical professionals familiar with gender issues in children" (p. 3), while also emphasizing that "identifying as transgender does not constitute a mental disorder" (p. 3) and that "it is not helpful to force the child to act in a more gender-conforming way" (p. 3). This position is aligned with our gender affirming approach to care (see Hidalgo et al., 2013 for an elaboration of a gender affirming model) which views gender variations as part of an expected diversity, and not pathology. Mental health challenges may emerge related to cultural and social responses to a child or co-exist with gender non-conformity. Consistent with much literature (e.g., Hidalgo et al., 2013; Steensma, McGuire, Kreukels, Beelman & Cohen-Kettenis, 2013; Wallien & Cohen-Kettenis, 2008) we view gender as sometimes fluid over time, recognizing that not all gender non-conforming children fit neatly into male or female identities, and that gender identity (internal sense of self) and gender expression (outward expression of gender) may modify over time. Members of the GeMS team have played a role in the development of standards and guidelines, including as a member of the active APA Task Force to develop guidelines for psychological practice with transgender and gender non-conforming clients.

As time has elapsed, and our clinical expertise has developed, we have advanced to a more flexible, individualized approach to care than was utilized at the clinic's inception, which may evolve further with increasing research to inform best practices. Within our current model we continue to prioritize evaluation and treatment, mental health and readiness for medical treatment, but allow for a variable structure and account for the unique circumstances of the youth and family. Therefore, the model set forth below is adaptable, serving as a guide for care as opposed to an inelastic protocol. Clinical discretion and family needs are prioritized, as deemed appropriate by the psychologist working within a multidisciplinary team. In addition, as the field evolves, our future practices may vary from those delineated. However, we anticipate that our fundamental approach will endure, and can be described as the intertwining of mental health and medical expertise, each informing the other to best assist families and youth.

### Intake

The initial telephone intake, conducted by a GeMS clinical social worker, includes gathering a substantial amount of information and allows the parent and/or guardian the opportunity to tell their story to a knowledgeable professional, often for the first time. The information includes reasons for concerns about gender variance, current crises, and developmental, medical, and mental health history. Other services include support, psycho-education, explanation of protocols, outside referrals and scheduling a clinic appointment when appropriate. We believe that it is imperative for a qualified and experienced clinician to be the first point of clinical contact to set the roadmap for future care, and to act as an identified trusted individual to whom the family can turn. The intake frequently plants the seeds of hope, providing relief for families who have been enduring the stress of a situation for which they have had little preparation, often within a context of isolation. A description of the patient population presenting in GeMS through the year 2010 indicated that the mean age at

intake was approximately 14, with a slight preponderance of genotypic female to male patients, many of whom (approximately 44%) presented with a significant psychiatric history (Spack et al, 2012).

It is important to note that the earliest we medically treat children is when puberty has just begun, medically defined as Tanner Stage 2 (Marshall and Tanner, 1969, 1970). A youth's chronological age is less relevant than their biological development and a cognitive level necessary to adequately assent to treatment. However, we do not accept new patients for treatment older than eighteen.

In the case of younger children who are not yet approaching puberty, guidance is often sought for gender related challenges, in which case we provide psycho-education, and offer referrals for families to receive supportive mental health counseling. These services may assist the youth in clarifying their gender identity, and help youth and families navigate the many anticipated and unanticipated issues they may confront, including whether or not to initiate a social transition (presenting in social settings as the affirmed gender). Children may experience anxiety and depression, often secondary to the social and familial ramifications of their gender questioning and/or atypical presentation, and a mental health professional with relevant expertise can be tremendously helpful.

When a child is seeking services closer to puberty, our current model typically recommends three to six months of psychotherapy. For some children who feel a compelling sense of urgency in light of impending physiological changes, this recommendation may be modified, especially when complicating factors are absent and the child is well supported. This aspect of the model reflects our recognition that many youth and/or parents seeking services in our clinic are in the early stages of gender exploration and consideration of medical intervention options, and need a safe forum in which to learn more about the issues involved, and treatment available. Further, we have found psychotherapy exceedingly helpful for treating co-occurring mental health issues and for exploring the child and/or adolescents' thought processes, family functioning, strengths and support systems. In addition, psychotherapy enables a deeper exploration of the child's Gender Dysphoria (GD), the range of gender expression and gender identity questioning, and whether the subjective experience fits more into a model of binary identity (e.g., male/female) versus a fluidity of gender and gender nonconformity. Mental health intervention can also support problem-solving regarding the medical and social challenges that lie ahead. It helps facilitate discussion between families and other support systems (schools, extended family, religious/ sectarian community affiliates) as next steps are contemplated. Many authors also have noted the importance of mental health services (e.g., Bernal & Coolhart, 2011; Menvielle, 2012; Turek, 2011). Drescher & Byne (2012) emphasize that "the majority of adolescent persisters do well when they receive family and professional support for early interventions" (p. 504). Therefore, GeMS patients are asked to continue working with their outside mental health provider during the course of medical treatment in our clinic.

One of the purposes of the puberty blocking medical intervention (described below) is to buy time for the adolescent to continue exploring gender identity issues without the added stress of a puberty that is inconsistent with their self-identity. In our view, it is often

*Prof Psychol Res Pr*. Author manuscript; available in PMC 2016 January 20.

Author Manuscript

unrealistic to expect an adolescent to sort through the myriad of issues related to gender variance without the help of a professional. Many of the challenges adolescents face regard the reactions of others to their gender identity and/or expression, but can also include gender-related questioning and confusion (see Cohen-Kettenis, Steensma & de Vries, 2011, for an interesting discussion of psychological interventions for adolescents with GD).

### Psychological Evaluation

The goals of evaluation, conducted by a licensed psychologist, are to further understand the child and family's needs, and to inform medical treatment interventions. Before initiating the evaluation, we typically request a letter from the child's outside community therapist composed with the aid of a guide we provide. The therapist is asked to address their understanding of the patient's gender identity history, including length of time the patient has had gender questioning feelings, how long he/she has been living in the role of a different gender (if at all), and how persistent his/her identification with a different gender has been, if ever, over the course of time. The letter includes the therapist's impression of the patient's supports, the therapist's perception of other mental health issues or developmental concerns, and finally, the therapist's perception of benefits/drawbacks related to medical intervention.

Assuming that the therapist's letter is generally supportive of medical intervention, following review by our mental health clinicians, we move forward with an on-site psychological evaluation. This evaluation consists of extensive interviews of youth and families, and measures of anxiety, depression, self-concept, behavioral and social functioning, autism spectrum disorder (ASD), and gender identity. With consent, outreach is often made to collateral informants, and we review relevant documents (e.g., neuropsychological evaluations), as appropriate.

In the clinical interview, we address what the youth and parents hope to accomplish from the evaluation, family and developmental history, school and academic history, mental health and medical history, substance use, and trauma history. We gather an extensive gender history including the youth's subjective experience of gender across time, gender presentation, gender role expression, and sexual orientation. Considerable attention is paid to factors that make these cases more complicated, such as patients presenting with features of ASD, severe psychiatric concerns (e.g., suicidality, self-harming behaviors, psychosis, violence and aggression, and history of abuse/trauma), and/or complicated family factors (e.g., divorced parents, unsupportive family members). We assess support structures and strengths, familial attitudes about non-traditional gender roles and sexual orientation preferences, religious, cultural and ethnic background, and additional individual and family stressors. The youth's age at first signs of GD or disclosures is always noted; families may be caught off guard when their children first disclose gender questioning close to adolescence or after the onset of puberty, and often the evaluations of these youth and families are particularly complex.

Consistent with psychological evaluations in general, the rationale for numerous measures and methods of information gathering is to obtain the most authentic and comprehensive clinical picture possible. This is particularly critical, given that the results and clinical

*Prof Psychol Res Pr*. Author manuscript; available in PMC 2016 January 20

formulation play the primary role in deciding whether to move forward with a potentially life-changing medical intervention for the adolescent. We synthesize and interpret the information obtained, and use the evaluation as a way to understand the youth and family's state of mind, ambivalences, and overt and covert pressures. We also want to ensure that, to the extent possible, a youth's cultural and social environment will support their chosen gender identity and provide a safety net as they move forward. A full clinical report is written that integrates the information, and provides a formulation and recommendations. The team psychologist then meets with the family to review this information. Medical interventions that often follow are either in the form of puberty blockers, and/or cross-sex hormone therapy, described below.

As noted above, continuing psychotherapy for youth is typically recommended by our protocol. At times we recommend family treatment and/or support groups to help with the family's adjustment to their child's transition. The GeMS team then remains in contact with community providers as clinical care dictates. In addition, youth treated in our program return for regular clinic visits, meeting with both mental health and medical team members, in order to provide continuity of care and further assist adolescents and family members as needed.

## Medical Intervention

Medical intervention with transgender youth in GeMS occurs under the auspices of a subdivision within the Endocrine Department. In brief, as alluded to above, with children who have recently begun puberty, puberty-blocking hormones are often prescribed. These are administered in the form of subcutaneous implants in the upper arm, which last two to three years, or monthly injections. These treatments are not routinely covered by health insurance in the United States and may range in cost from $120 to over $1,000 per month. Other medical services, laboratory tests, and sometimes cross-sex hormones may be covered by insurance.

In the absence of pubertal blockers, biological males with affirmed female identities may experience significant growth, permanent facial hair and vocal changes, and intolerable erections. A voice that has deepened cannot be raised through hormone therapy, and requires difficult and expensive speech therapy, in order to affect a higher voice. Similarly, without such intervention, biological females who identify as male may experience menstruation and breast development; the latter can only be modified through surgery. Nevertheless, an adolescent who has initiated puberty blockers can decide to terminate the intervention and allow physiological changes to occur as they would have, had the medical intervention never been initiated.

Only with an older adolescent, typically around age sixteen, are irreversible interventions initiated, and only after psychotherapy and a careful psychological evaluation has taken place. In this way, we try to ensure that an adolescent is not ambivalent, and that these interventions are well thought through and understood without coercion from others, and with full consent. When these conditions are met, an adolescent may be placed on cross-sex hormones (estrogen for genetic males and testosterone for genetic females), to facilitate a more complete transition into that individual's affirmed gender. When natal puberty has

*Prof Psychol Res Pr*. Author manuscript; available in PMC 2016 January 20.

been previously blocked, the cross-sex hormones are even more effective in rendering a more gender consonant, "typical" presentation. For male-to-female (MTF) patients, treating with pubertal suppression in early puberty followed by estrogen in later adolescence causes enhanced breast development, vocal quality consistent with the affirmed gender, no development of a protruding larynx or "Adam's Apple", absence of male-typical facial or body hair, and diminished masculinization of the body frame and facial bones. For female-to-male (FTM) patients, pubertal suppression in early puberty followed by treatment with testosterone later in adolescence leads to development of facial and body hair, deepening of the voice, masculinization of the body frame and facial bones, no need for mastectomies, and no menarche (see Delmarre-van de Waal & Cohen-Kettenis, 2006 and Shumer & Spack, 2013 for further information).

A common scenario is for GeMS to recommend puberty blockers, when the youth and/or the parent may feel that it would be best to start cross-sex hormone therapy instead. The delay of puberty, rather than the immediate onset of the puberty of choice (utilizing cross-sex hormones) is sometimes difficult for the youth or family to accept. This is an area where we currently have little research to guide us, and the decision of whether to block puberty, or instead move forward with an affirmed gender (i.e., cross–sex hormones) must be weighed carefully. Aside from the irreversible nature of cross-sex hormone initiation, this intervention has significant ramifications for fertility, while puberty blockers do not (Lazar, L, Meyerovitch,, de Vries,, Phillip & Lebanthal, 2014).

Anecdotally, we have found that the GeMS evaluation has been invaluable by providing information to guide subsequent psychosocial and medical decision-making. In general, adolescence is marked by a search for identity and personal transformation, and at times impetuous decision-making. Given the implications of social transition and medical intervention, coupled with the developmental challenges of identity consolidation, we feel the need to progress with care and forethought, to ensure that all interventions proceed safely, to minimize medical and psychosocial contraindications or complications, and to make sure it is the appropriate timeframe for intervention. We also want to ensure that the child/adolescent who may be gender variant does not feel compelled to choose a gender (male/female), when in actuality they may not fit into a typically recognized gender identity. Nevertheless, these considerations always need to be balanced by the very real physiological ticking clock, especially for the younger child on the verge of a puberty that they deeply want to avoid.

## Challenges and Dilemmas of Psychosocial Practice

### Child and Family Expectations

When confronted by a gender variant child, a parent may be caught very much off guard, with no ability to rehearse the best response to such an unanticipated circumstance. In addition, for a parent, it may feel like a loss of the daughter or son to whom they became so bonded. Moreover, some families are aware of their child's GD in early childhood while others are surprised to learn about it when their child is in their teens. Both instances carry particular emotional impact for families. Many parents are resilient and loving in the face of these challenges, but may experience an understandable drive for rapid certainty and

*Prof Psychol Res Pr*. Author manuscript; available in PMC 2016 January 20.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

solutions. We have also encountered parents who are resistant to accepting this diagnostic picture, and believe their child's gender variance is a phase, or a manifestation of some other psychological issue that can be resolved, thus resolving the gender variance. Unfortunately, the problems and issues that often exist for gender variant children and their families are nuanced and indeterminate, and the resolutions may evolve through a time consuming process without a known end. This can add to the stress and consequent pressure to "solve" the issues (see Bernal & Coolhart, 2012, Dreger, 2009, Menvielle, 2012 and Turek, 2011 for further discussion of family issues).

It can be particularly challenging when two parents or guardians with legal custody are in dissent about how to proceed, especially in contentious divorce situations when communication is minimal or hostile, yet medical consensus needs to be reached. Typically, our program requires consent of both parents before medical treatment can go forward and mental health and/or medical clinicians may need to be proactive in trying to resolve disputes with sensitivity.

## Psychosocial Considerations

Any number of psychological, social and cultural factors can impinge upon youth and their family, and influence decision-making, expectations and emotional reactions. The Report of the APA Task Force on Gender Identity and Gender Variance (2009) summarizes some of these factors, including general behavior problems, peer related problems and other mental health issues. Below we outline some of the common issues we have encountered in our work.

Not infrequently, children and adolescents are involved in meaningful activities, which will be likely impacted by a gender transition. Prominent among these are youth sports teams, which are typically grouped by gender. Adolescents are often loath to lose these areas of gratification, along with the opportunity for social bonding. Other hobbies and interests that are often impacted include dancing, theatre, cheer leading and sleep-away camp, and children and families may be unable to forecast how they will weather these transitions. Therefore, a child may face the dilemma of losing the opportunity to sustain an ability or talent they value in order to live in a gender they embrace.

A youth's environment and culture is essential to consider when evaluating treatment options. Ideally, the family and community should provide every child safety, love and solace, and the support a gender questioning child and/or adolescent needs (as any youth does) to thrive into a healthy maturity. However, such youth often struggle for acceptance within their families and communities. We know from prior research (Dean, et al., 2000; Fitzpatrick, Jones, & Schmidt, 2005; Gibson & Catlin, 2011; Grossman & D'Augelli, 2007; Hass, et. al., 2010; Spack et al., 2012) that many children with GD become deeply anxious and depressed, and resort to suicide attempts. Others are at risk of leaving home and living a life with high costs and risks, including of exploitation, abuse, and as victims of violence, while obtaining hormones illicitly without the oversight of a qualified medical professional.

Even when families and children seek professional service and care, external factors beyond their control can impede access. Many geographic areas still lack basic services for children

*Prof Psychol Res Pr.* Author manuscript; available in PMC 2016 January 20.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Tishelman et al.

Page 10

with GD, and traveling for access to medical care is not always an option for families living within modest means. Furthermore, schools and religious institutions vary in level of comfort dealing with transgender children, and may not have the understanding or training to navigate the complexities of their transgender student or member's needs. Learning to deal with social issues such as bullying and isolation, and practical issues such as bathroom and locker use, requires open and honest dialogue with experts familiar with gender issues; not all communities are able or willing to avail themselves to this kind of discussion.

One positive outgrowth of the Internet and widespread coverage of transgender issues is mainstream access to information about gender variance and dysphoria. Families can become much less isolated by accessing on-line social networks and organizations such as Parents, Families, and Friends of Lesbians and Gays (PFLAG), even when there is not a chapter in their vicinity. However, the increased availability of differing professional standards and practices can sometimes also confuse families, who may specifically seek out professionals who seem open to providing services desired by the patient or parents, even if they are inconsistent with typical practice standards. This could result in circumventing the input of mental health professionals, or providing irreversible intervention for a young or ambivalent child.

**Mental health**

Sadly, we know that transgender youth are at risk for anxiety, depression, self-harm, suicidal ideation, psychiatric hospitalizations, homelessness, exploitation, and abuse (Dean, et al., 2000; Fitzpatrick, Jones, & Schmidt, 2005; Gibson & Catlin, 2011; Grossman & D'Augelli, 2007; Hass, et. al., 2010Grossman & D'Augelli, 2007; Spack et al., 2012). In addition, the spectrum of issues that can present in any child or adolescent can present in gender variant youth, including history of trauma, oppositional defiant disorder/conduct disorder, and learning disabilities. These youth may do poorly in school, and/or have difficulty with socializing, and negotiating the normal developmental challenges of adolescence. Optimally, a pubescent child and adolescent should be stable, safe, and supported in advance of receiving medical interventions such as puberty blockers or cross-sex hormones. Yet, for many, medical intervention is an antidote for some of their mental health problems. This poses a dilemma for the clinician, who may be averse to going forward with medical intervention, but feel compelled to do so in case that is the critical step needed to jump start a child's recovery. Such intervention should only take place once the crisis of active suicidal ideation, behavior and/or self-harm has receded, and following a full psychosocial evaluation if it had not taken place already, as well as with close monitoring to ensure that the child is safe and that the dangers continue to remit. Delays can be particularly difficult and contribute to a child's distress because of the limited physiological time frame. At the very least, psychological services should help to ensure adequate support systems before any medical intervention occurs, and puberty blockers can buy time and allow for a child to make thoughtful decisions about his or her gender.

Finally, there appears to be a higher than expected incidence of co-occurring GD with ASDs based on clinical experience as well as research, although more empirical study needs to be completed (e.g. deVries, Noens, Cohen-Kettenis, van Berckelaer-Onnes, & Doreleijers,

*Prof Psychol Res Pr.* Author manuscript; available in PMC 2016 January 20.

2010; Drescher, 2012; Spack et al, 2012). Very often adolescents on the autism spectrum know they are different from peers, but have only recently identified gender identity as a factor contributing to this divergence. Sometimes they and their families believe that a gender transition will solve all problems, and/or latch on to gender as the sole reason they are unlike their peers. Similarly, parents may believe that the GD is a manifestation of the ASD, and resist treatment. Parents of youth on the autism spectrum may be concerned that their child's intense focus on gender is a fleeting concern, particularly if their child has a history of transitory preoccupations. When children with an ASD are evaluated, it is often more difficult to discern the degree of gender variance given the relatively concrete and binary thought processes and communication patterns that typify this population. A child with an ASD already has challenges in social realms and is faced with an additional unique and complex set of social circumstances. A comprehensive evaluation should help sort through these issues and it may be necessary to move forward cautiously. However, it is our opinion that treatment not be withheld indefinitely as these youth experience the same biological time constraints characteristic of all pubescent individuals, and therefore need to receive optimally timed interventions to the extent possible.

## Service Gaps and Evolution of Practice

Watching clinical services grow is rewarding, especially when they translate into more contented and peaceful lives for youth and their families. Nevertheless, evidence-based practices are aspirational when a new field emerges with no guiding clinical precedent. Controversies among providers in the mental health and medical fields are abundant. Drescher & Byne (2012) and Stein (2012) provide excellent discussions of issues of consensus versus continued controversies. These include differing assumptions regarding whether early intervention with gender variant youth can encourage desistance, and whether that is an appropriate practice. Other areas of debate include the age at which children (or adolescents) should be encouraged or permitted to socially transition; whether cross-sex hormones and surgery should be offered to youth, and if so, at what age; whether parental consent be required for these medical interventions; and whether mental health involvement be required, including psychological evaluation, prior to each stage of medical intervention. These issues are complex and providers in the field continue to be at odds in their efforts to work in the best interest of the youth they serve. Addressing each of these controversies goes beyond the scope of this paper; however, the GeMS team continues to stay abreast of these issues and actively participates in ongoing discussion and research (see Schwartz, D., 2012; Ehrensaft, D., Minter, S.P., 2012; Zucker, K.J., Wood, H., Singh, D., & Bradley, S.J., 2012; and Shwartz, D., 2012 for discussions of some of the issues and differing viewpoints).

An important priority going forward is to develop research to enhance our understanding of what typifies this population of children, and their developmental course and patterns, and to examine the long-term outcomes of treatment. The field needs to better comprehend which children are most likely to have a life-long and persistent identification with a different gender than the one they were assigned versus those who cease to self-identify as transgender over the course of time. Although some information is available (e.g., American Psychiatric Association, 2013; Steensma, McGuire, Kreukels, Beekman, & Cohen-Kettenis, 2013; Zucker, Wood, Singh, & Bradley, 2012) much more research in this area is needed.

*Prof Psychol Res Pr.* Author manuscript; available in PMC 2016 January 20.

Author Manuscript    Author Manuscript    Author Manuscript    Author Manuscript

Other high priority areas for systematic examination include the effects and side effects of various medical interventions, especially given that they are initiated with youth who may be on a lifetime course of hormone treatment, and psychosocial outcomes for youth who receive medical intervention during adolescence.

Finally, we can only report on children with access to services; youth may not have access because of geography and lack of availability, lack of financial means, and/or because of social structures that do not support them. As noted earlier, these children are at risk to be exploited, to be runaways, street youth and sex workers, and to self-medicate and self-harm. Prevention and outreach, to shelter at-risk youth from damaging and avoidable traumas, and to improve access to mental health services, should be one of the highest priorities for health care providers.

## Clinical Case-Composites

**The following represent composites, not actual cases, to serve as examples of how GeMS has addressed common clinical scenarios**

### Case Scenario # 1: Early Puberty

**Referral Information:** M. is a 10 year old Black natal female who identifies as male. He and his parents came to the clinic stating a desire to initiate puberty blockers to avoid feminizing.

**History:** Although only 10, M's pediatrician had put his pubertal development as Tanner Stage 2 (pubertal), and he was developing breasts. He had been living as a boy at school and elsewhere for two years, and was quite concerned that his pubertal changes might alert others to his natal gender, and was very also very assertive about his desire to avoid the onset of menstruation. He had been in therapy for two years, and was also being treated by a psychiatrist for anxiety symptoms. His therapist had written a letter in support of M living in his affirmed gender.

**Psychological Evaluation:** The formal psychological evaluation indicated that M had a longstanding identification as male, which emerged in his early preschool years, as well as ongoing GD, which predominantly took the form of anxiety. His anxiety diminished, according to him and his family, as well as his therapist and psychiatrist, as he transitioned socially and began to live and be treated as a male at home and at school. Information from school revealed that he was viewed as normal and high functioning in all areas. As an example of a response to gender-related questions, M stated that he was not a transgender boy, but just a regular boy. M did report significant anxieties related to social situations, as well as to bathing and bathroom situations. M resides with two biological parents who were both supportive and in accord with pursuing medical treatment, although they reported that it initially had been difficult for them to accept his social transition.

**Recommendations:** Given his long-standing history of GD, positive adjustment at school, the consistency of data obtained from the his psychiatrist, psychologist, both parents and himself, the GeMS team recommended puberty blockers as well as continued psychological treatment to help diminish his anxiety and problem-solve social situations as they may arise.

Author Manuscript

Continuing follow-up with the GeMS psychologist indicated that his anxiety diminished as his impending puberty was forestalled, with strong acceptance for his affirmed gender from his family and others.

### 2. Case Scenario # 2: Parent: Adolescent Conflict

**Referral Information:** E. is a 17 year old Hispanic natal male who came to the clinic with her parents, who immigrated to the United States soon after E's birth. E was hoping to be able to be treated with puberty blockers and female hormones, while her parents were unified in believing that psychotherapy could resolve her GD, and were hoping to have this confirmed by a psychological evaluation.

**History:** E's parents were invested in her remaining male, partially due to the elevation of male status in their traditional culture. Reportedly, E. had been interested in receiving care for her gender dysphoria for several years prior to the current appointment, to avoid the onset of pubertal changes she was already experiencing. However, her parents had been resistant. She had been in therapy with a psychologist for many years, and her therapist was instrumental in helping to persuade her parents to bring her to the clinic.

**Psychological Evaluation:** The evaluation revealed that E had identified as female since the age of 5, including using female pronouns, attempting to wear female underwear, playing with traditionally female toys, and identifying with female characters during pretend play. At present, E wore female clothing and had grown her hair, but appeared androgynous due to a deep voice and some light facial hair. She was generally assumed to be male at school and elsewhere, although her closest friends used her female name and pronouns at her request. The psychological evaluation revealed a strong cross-sex identification as female, and mild depression.

**Recommendation:** Puberty blockers were recommended, with possible cross-sex hormones in about six months. The psychologist spent considerable time with E's parents and with E, reviewing the results of the evaluation, and the basis for the recommendations. E's parents were distressed during discussion to learn that there was some urgency to proceed quickly, believing incorrectly that medical intervention could reverse pubertal changes. The treatment recommendations also included family therapy, to facilitate positive communication within the family and provide support and psycho-education for E's parents. We also recommended a continuation of psychotherapy for E., to help her adjust to personal and social changes, provide support, and to help her cope with family discord. E. continues to be seen by the psychologist in our clinic for consultation, and is adjusting well to the initiation of hormone treatment.

### Case # 3. Ambivalence and Mental Health Complexity

**Referral Information:** L. is a 16 year old White European American natal female who presents as male, and has chosen a male name and male pronouns. He has been in therapy since the age of 8, and was initially evaluated and put on pubertal blockers in our clinic at age 13. His mother called the clinic requesting that L. be considered for cross-sex hormones.

*Prof Psychol Res Pr.* Author manuscript; available in PMC 2016 January 20.

Author Manuscript     Author Manuscript     Author Manuscript     Author Manuscript

L. was not seen for a full evaluation as he is an ongoing patient in our service, but for a screening related to his mother's request that cross-sex hormonal treatment be initiated.

**History:** L. was adopted at the age of 1, and his early history is not known. He has been diagnosed with depression, anxiety, and Conduct Disorder. He has a history of self-harm related to depression, academic pressure, and of being bullied in school. His social, academic, and emotional functioning tends to be poor, and he is emotionally and behaviorally dysregulated, with periods of rage at school and at home, and some known drug use. He was recently suspended at school for cheating and for provoking physical altercations. His mother believes that cross-sex hormones would alleviate his distress and dysregulation,

**Psychological Screening:** L's therapist, when contacted with the family's consent, indicated that L. appears ambivalent about his affirmed gender, and therefore did not believe that cross-sex hormones should be initiated. Other aspects of our evaluation also suggested ambivalence on L's part. Although he ultimately agreed with his mother that he should start testosterone, he began the evaluation by suggesting it was "too early" to start them. In addition L. reported that he binds his breasts on occasion (1 × per week) to present convincingly as male, but mostly does not, and that he has been involved in an ongoing heterosexual romantic relationship as a male. He stated that this relationship has been very gratifying, and indicated concern about losing his girlfriend when he started testosterone. Although he stated that he wants to be viewed as male, L also stated that he did not look forward to the changes that testosterone would cause.

**Recommendations:** Given that L was initially resistant to the initiation of cross-sex hormones, and that his mother initiated the consultation, along with L's ambivalence about the changes that testosterone would precipitate, cross-sex hormones were not recommended at this juncture. Instead, we recommended that L. continue to sort out his desires in his therapy relationship, while also addressing some of his other concerning behavioral and mental health issues. We also recommended family therapy, as it appeared that parental anxieties and pressures may have been impacting L's choices. We agreed to consult with L and his family again in 3 to 6 months.

**Case #4.: Autistic Spectrum Disorder**

**Referral Information:** B. is a 12 year old White European American natal male, Tanner stage 1, who has been increasingly presenting as female for approximately six months to one year. She and her parents presented in our clinic seeking an evaluation and recommendations for treatment.

**History:** B. was diagnosed with high functioning ASD at the age of 7, after experiencing social difficulties for several years. Although intellectually bright, B. has not done well in school. B. spends much of her spare time on the computer, investigating various subjects and reporting the details to her parents. Her parents worry about her poor academic progress and her socialization, and she has been in treatment since her initial diagnosis. B. disclosed

that she was a girl to her therapist and her parents 6 months earlier, after increasing depression and suicidal feelings.

**Psychological Evaluation:** The evaluation revealed that B. strongly identified as female. B. stated that this feeling had begun within the past year at the start of the school year. Her parents indicated that they would support her if she were truly transgender, but expressed concern that B. may be unhappy socially and using a transgender diagnosis as a means to attempt to resolve her social isolation, and as a result of self-hatred. They also expressed concern that B.'s identification as female is a passing phase, similar to other passing phases/ obsessions she experienced throughout her life, rather than an enduring identification, and that B had limited understanding of the impact of changing genders. B.'s therapist was unsure of whether B. should be treated with hormones yet, expressing similar concerns to her parents. School reports indicated that B. was sometimes taunted by peers, apathetic about schoolwork, often inattentive, and increasingly isolated. All data consistently indicated depression and anxiety.

**Recommendations:** Because of the complexities of B.'s situation, including a relatively recent identification as female, and limited social understanding, we recommended continued psychotherapy and monitoring of her GD, with treatment addressing her depression and anxiety, without immediate medical intervention. We also recommended that her therapist consult with her school to problem-solve solutions to isolation and bullying, and interventions to increase gratifying activities for B. outside the home. We recommended a psychiatric consultation for possible psychopharmacological intervention as well, and a return visit in 3 months to monitor B's progress and her gender identification in light of the new interventions.

## Supplementary Material

Refer to Web version on PubMed Central for supplementary material.

## References

American Academy of Child and Adolescent Psychiatry. Practice parameters on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. Journal of the American Academy of Child and Adolescent Psychiatry. 2012; 51 (9): 957–974. [PubMed: 22917211]

American Counseling Association Competencies for Counseling with Transgender Clients. Journal of LGBT Issues in Counseling. 2010; 4 (3–4):135–159.

American Psychiatric Association. Diagnostic and statistical manual of mental disorders. 4. Washington, DC: Author; 2000. Text Revision

American Psychiatric Association. Diagnostic and statistical manual of mental Disorders. 5. Washington, DC: Author; 2013.

American Psychological Association, Task Force on Gender Identity and Gender Variance. Report of the Task Force on Gender Identity and Gender Variance. Washington, DC: Author; 2009.

Bernal AT, Coolhart D. Treatment and ethical considerations with transgender children and youth in family therapy. Journal of Family Psychotherapy. 2012; 23 (4):287–303.

Cohen-Kettenis PT, Steensma TD, de Vries AL. Treatment of adolescents with GD in the Netherlands. Child and Adolescent Psychiatric Clinics of North America. 2011; 20:689–700. [PubMed: 22051006]

*Prof Psychol Res Pr.* Author manuscript; available in PMC 2016 January 20.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, DeCuypere G, Fedlman J, Zucker K. Standards of care for the health of transsexual, transgender, and gender-genconforming people, version 7. International Journal of Transgenderism. 2011; 13:165–232.

Dean L, Meyer IH, Robinson K, Sell RL, Sember R, Silenzio VMB, Xavier J. Lesbian, gay, bisexual, and transgender health: Findings and concerns. Journal of the Gay and Lesbian Medical Association. 2000; 4(3):102–151.

Delmarre-van de Waal HA, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: A protocol on psychological and paediatric endocrinology aspects. European Journal of Endocrinology. 2006; 155:131–137. [PubMed: 16793959]

deVries AL, Cohen-Kettenis PT. Clinical management of gender dysphora in children and adolescents: The Dutch approach. Journal of Homosexuality. 2012; 59 (3):301–320. [PubMed: 22455322]

deVries AL, Noens IL, Cohen-Kettenis PT, van Berckelaer-Onnes IA, Doreleijers TA. Asperger Spectrum Disorders in Gender Dysphoric Children and Adolescents. Journal of Autism and Developmental Disorders. 2010; 40(8):930–6. [PubMed: 20094764]

deVries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppresssion in adolescents with Gender Identity Disorder: A prospective follow-up study. The Journal of Sexual Medicine. 2011; 8(8):2276–83. [PubMed: 20646177]

Dreger A. Gender identity disorder in childhood: Inconclusive advice to parents. Hastings Center Report. 2009; 39:26–29. [PubMed: 19213192]

Drescher J, Byne W. Gender Dysphoric/Gender Variant (GD/GV) children and adolescents: Summarizing what we know and what we have left to learn. Journal of Homosexuality. 2012; 59 (3):501–510. [PubMed: 22455333]

Ehrensaft D. Raising girlyboys: A parent's perspective. Studies in Gender and Sexuality. 2007; 8:269–302.

Ehrensaft D. From gender identity disorder to gender identity creativity: true gender self child therapy. Journal of Homosexuality. 2012; 59:337–356. [PubMed: 22455324]

Fitzpatrick KK, Euton SJ, Jones JN, Schmidt NB. Gender role, sexual orientation, and suicide risk. Journal of Affective Disorders. 2005; 87(1):35–42. [PubMed: 15893824]

Gibson B, Catlin AJ. Care of the child with the desire to change gender-part I. Urologic Nursing. 2011; 31(4):222–9. [PubMed: 21913596]

Grossman AH, D'Augelli AR. Transgender youth and life-threatening behaviors. Suicide and Life-Threatening Behavior. 2007; 37(5):527–537. [PubMed: 17967119]

Haas AP, Eliason M, Mays VM, Mathy RM, Cochran SD, D'Augelli, Clayton PJ. Suicide and suicide risk in lesbian, gay, bisexual, and transgender populations: Review and recommendations. Journal of Homosexuality. 2010; 58(1):10–51. [PubMed: 21213174]

Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, Gooren LJ, Meyer WJ III, Spack NP, Montori VM. Endocrine treatment of transsexual persons: An Endocrine Society clinical practice guideline. Journal of Clinical Endocrinology Metabolism. 2009; 94(9):3132–3154. [PubMed: 19509099]

Hidalgo MA, Ehrensaft D, Tishelman AC, Clark L, Garafalo R, Rosenthal SM, Spack NP, Olson J. The gender affirmative model: What we know and what we aim to learn. Human Development. 2013; 56:285–290.

Houk CP, Hughes IA, Ahmed SF, Lee PA. Summary of consensus statement on intersex disorders and their management. Pediatrics. 2006; 118 (2):753–757. http://www.apa.org/topics/sexuality/transgender.pdf. [PubMed: 16882833]

Kulick D. Transgender and language. GLQ: A Journal of Lesbian & Gay Studies. 1999; 4:604–623.

Lazar L, Meyerovitch J, de Vries L, Phillip M, Lebanthal Y. Treated and untreated women with idiopathic precocious puberty: long-term follow-up and reproductive outcome between the third and fifth decades. Clinical Endocrinologyy. 2014; 80 (4):570–576.

Malpas J. Between pink and blue: A multi-dimensional family approach to gender nonconforming children and their families. Family Process. 2011; 50 (4):453–470. [PubMed: 22145719]

Marshall WA, Tanner JM. Variations in pattern of pubertal changes in girls. Archives of Disease in Childhood. 1969; 44:291–303. [PubMed: 5785179]

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Marshall WA, Tanner JM. Variations in the pattern of pubertal changes in boys. Archives of Disease in Childhood. 1970; 45:13–23. [PubMed: 5440182]

Menvielle E. A comprehensive program for children and gender variant behaviors and gender identity disorders. Journal of Homosexuality. 2012; 59:357–368. [PubMed: 22455325]

Minter SP. Supporting transgender children: New legal, social, and medical approaches. Journal of Homosexuality. 2012; 59(3):422–433. [PubMed: 22455328]

Schwartz D. Listening to children imagining gender. Journal of Homosexuality. 2012; 59(3):460–479. [PubMed: 22455331]

Shumer DE, Spack NP. Current management of gender identity disorder in childhood and adolescence: Guidelines, barriers and areas of controversy. Current Opinion in Endocrinology, Diabetes, & Obesity. 2013; 20 (1):69–73.

Society for Adolescent Health and Medicine. Recommendations for promoting the health and well-being of Lesbian, Gay, Bisexual and transgender Adolescents: A position paper of the Society for Adolescent Health and Medicine. Journal of Adolescent Health. 2013; 52:506–510. [PubMed: 23521897]

Spack NP, Edwards-Leeper L, Feldman HA, Leibowitz S, Mandel F, Diamond DA, Vance SR. Children and adolescents with Gender Identity Disorder referred to a pediatric medical center. Pediatrics. 2012; 129:418–425.10.1542/peds.2011-0907 [PubMed: 22351896]

Steensma TD, McGuire JK, Kreukels BPC, Beekman AJ, Cohen-Kettenis PT. Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. Journal of the American Academy of Child & Adolescent Psychiatry. 2013; 52 (6):582–590. [PubMed: 23702447]

Stein D. Commentary of the treatment of gender variant and gender dysphoric children and adolescents: Common themes and ethical reflections. Journal of Homosexuality. 2012; 59:480–500. [PubMed: 22455332]

Turek C. Considerations for affirming gender nonconforming boys and their families: New approaches, new challenges. Child and Adolescent Psychiatric Clinics of North America. 2011; 20:767–777. [PubMed: 22051012]

Wallien MS, Cohen-Kettenis PT. Psychosexual outcome of gender-dysphoric children. Journal of the American Academy of Child and Adolescent Psychiatry. 2008; 47:1413–1423. [PubMed: 18981931]

Zucker KJ, Wood H, Singh D, Bradley SJ. A developmental, biopsychosocial model for the treatment of children with Gender Identity Disorder. Journal of Homosexuality. 2012; 59 (3):369–397. [PubMed: 22455326]

87

$\mathcal{I}x,5$



# HHS Public Access
Author manuscript

*J Autism Dev Disord*. Author manuscript; available in PMC 2016 May 01.

Published in final edited form as:
*J Autism Dev Disord*. 2015 May ; 45(5): 1489–1494. doi:10.1007/s10803-014-2292-6.

# Autistic Traits in Mothers and Children Associated With Child's Gender Nonconformity

**Daniel E Shumer, MD**[1], **Andrea L Roberts, PhD**[2], **Sari L Reisner, ScD**[3,4], **Kristen Lyall, ScD**[5,6], and **S Bryn Austin, ScD**[2,7,8]

[1]Division of Endocrinology, Boston Children's Hospital, Boston, MA, United States

[2]Department of Social and Behavioral Sciences, Harvard School of Public Health, Boston, MA, United States

[3]Department of Epidemiology, Harvard School of Public Health, Boston, MA, United States

[4]The Fenway Institute, Boston, MA, United States

[5]Department of Nutrition, Harvard School of Public Health, Boston, MA, United States

[6]Department of Public Health Sciences, University of California - Davis, Davis, CA, United States

[7]Division of Adolescent/Young Adult Medicine, Boston Children's Hospital, Boston, MA, United States

[8]Channing Division of Network Medicine, Brigham and Women's Hospital and Harvard Medical School, Boston, MA, United States

## Abstract

We examined relationships between autistic traits in children, mothers, and fathers and gender nonconformity (GNC) in children using data from the Nurses' Health Study II (NHSII) and the Growing Up Today Study 1 (GUTS1). Autistic traits of mothers, fathers and children were measured using the Social Responsiveness Scale (SRS). GNC in children was measured using questions from the Recalled Childhood Gender Identity/Gender Role Questionnaire. In multivariable analyses increase in child's SRS score was associated with increased odds (OR 1.35; p=0.03) of being in a higher GNC category. Increase in maternal SRS score was also associated with increased odds (OR 1.46; p=0.005) of the child being in a higher GNC category. Paternal SRS scores were not related to child's GNC category.

## Keywords

autism spectrum disorder; gender; gender identity; gender nonconformity; transgender

*Gender nonconformity* (GNC) refers to having a gender expression that is not conforming to one's sex, such as a girl preferring to play with toys generally considered masculine (K. J.

---

**CORRESPONDING AUTHOR INFORMATION:** Daniel E. Shumer, MD, Boston Children's Hospital, Division of Endocrinology 300 Longwood Ave., Boston, MA 02115, Phone: 617-355-7476; Fax: 617-730-0194, Daniel.shumer@childrens.harvard.edu



EXHIBIT NO. 5
FOR IDENTIFICATION
DATE: 7-2-24
Leisa Pastor, CSR, CRR

Zucker & Wood, 2011). This concept is related to but distinct from *gender identity*, which refers to the internal sense of one's gender as man/boy or woman/girl, and *gender dysphoria*, which denotes incongruence in one's sex and gender identity, causing significant distress (American Psychiatric Association, 2013; Shechner, 2010). Both GNC and gender dysphoria describe individuals with characteristics and internal feelings diverging from typical gender norms.

There have been case reports suggesting co-occurrence of gender dysphoria and ASD (Gallucci, Hackerman, & Schmidt, 2005; Kraemer, Delsignore, Gudelfinger, Schnyder, & Hepp, 2005; Landén & Rasmussen, 1997; Mukaddes, 2002; Perera, Gadambanathan, & Weerasiri, 2003; Robinow, 2009; Tateno, Tateno, & Saito, 2008). A Dutch study reported a 7.8% prevalence of ASD in a gender dysphoria clinic (de Vries, Noens, Cohen-Kettenis, van Berckelaer-Onnes, & Doreleijers, 2010), much higher than expected based on the prevalence of ASD in the general population, estimated to be approximately 1% (Baird et al., 2006). Similarly, children seen at a US hospital-based pediatric neuropsychology program with ASD were found to be 7.6 times more likely to express gender variance compared to non-referred children as reported by their parents on the Child Behavior Checklist. Gender variance was assessed on the Child Behavior Checklist via a single item question, "wishes to be of opposite sex" with options "not true," "somewhat or sometimes true," and "very true or often true" (Strang et al., 2014).

Neither gender development nor the etiology of ASD are well understood. However, prenatal hormonal exposures, specifically androgen exposure, may influence both gender development (Berenbaum & Beltz, 2011; Hines, 2011) and development of ASD (Baron-Cohen, 2002; Baron-Cohen et al., 2011; Knickmeyer et al., 2006; Voracek, 2010). Genetic causes of autism have been described, with about 25% of children with autism carrying an autism-related genetic variation (Miles, 2011). Genetics have also been implicated as a contributing factor in gender dysphoria in a twin study demonstrating increased concordance of gender dysphoria among monozygotic twins compared to dizygotic twins. However, the study did not investigate specific genes or hormonal exposures in its evaluation (Heylens et al., 2012). ASD traits and diversity of gender identity could also be related in a more complex polygenetic or epigenetic fashion. The co-occurrence may be better framed as an example of *neurodiversity*, a term used by some in the ASD literature to frame autism symptoms and other neurologic symptoms as personality differences existing in a distribution as opposed to pathology (Jaarsma & Welin, 2012; Kapp, Gillespie-Lynch, Sherman, & Hutman, 2013). In addition, postnatal environmental factors, such as the social relationship between the parent and infant (Fausto-Sterling, 2012; pp. 408-9) and cognitive learning about parental expectations and societal norms (Martin, Ruble, & Szkrybalo, 2002) may influence gender development. As suggested by de Vries (2010), the social rigidity present in children with ASD may lead to inflexibility with regard to gender and contribute to co-occurrence of ASD and GNC.

To date, there have been no national cohort studies examining the co-occurrence of autistic traits in children and GNC, nor have there been studies examining autistic traits in parents and the gender development of their offspring. The current study aims to fill these empirical gaps by analyzing data from two related US national cohorts, the Nurses' Health Study II

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

(NHSII) and the Growing Up Today Study 1 (GUTS1). We hypothesized that young adults with more autistic traits would have higher degrees of recalled GNC in childhood. We also postulated that mothers and fathers with higher autistic traits would have offspring with higher GNC.

## Methods

NHSII is a prospective cohort initially consisting of 116,430 female nurses, the majority of whom are white, originally from 14 populous US states when the study began in 1989. Since baseline, the nurses have been followed biennially with mailed questionnaires. Details of the NHSII cohort have been reported in Solomon et al. (1997). GUTS1 is a prospective cohort study of children who are the offspring of female nurses participating in NHSII. Participants of NHSII who had children ages 9–14 years in 1996 were contacted and asked for permission to enroll their offspring. The initial cohort in 1996 consisted of 16,882 participants. Follow-up questionnaires were sent annually or biennially (Field et al., 1999).

In 2005, NHSII participants were asked if they had a child diagnosed with autism, Asperger's syndrome, or another autism spectrum disorder. In 2007, follow-up mailings were sent to mothers of the 756 ASD cases and 3,000 controls. Following exclusions, 2,144 participants were included in this nested case-control study; details have been described (Lyall, Pauls, Spiegelman, Santangelo, & Ascherio, 2012).

As part of the nested case-control study, participants completed the Social Responsiveness Scale (SRS) (Constantino & Gruber, 2005, 2012). The SRS is a 65-item questionnaire that assesses social functioning, reciprocal social interaction, and restrictive or stereotypical behaviors associated with ASD. It has been validated against the gold standard Autism Diagnostic Interview-Revised (ADI-R) with excellent agreement and has been shown to be stable over time and unrelated to age and IQ (Constantino et al., 2003). The mothers of index children (cases and controls) were sent SRS questionnaires regarding the index child.

The SRS was also used to assess the social functioning of the index children's parents; forms rating the fathers' social functioning were completed by the mothers, and forms rating the mothers' social functioning were completed by the children's fathers or a close relative. In total, SRS for 2,128 index children, 1,247 mothers and 1,629 fathers were collected (Lyall et al., 2014). SRS questionnaires were scored according to the scale's instructions. The scale is designed to have a mean score of 50 and standard deviation of 10 for the general population, with higher scores representing more autistic traits (Constantino & Gruber, 2005, 2012).

In the 2005 and 2007 GUTS1 questionnaires, four questions were included from the Recalled Childhood Gender Identity/Gender Role Questionnaire asking about recalled behaviors during childhood, up to age 11 years (K. Zucker et al., 2006). GUTS1 participants ranged in age from 19 to 27 years in 2007 (mean age = 22.7 years). The GNC-related questions asked about recalled GNC from childhood: media characters imitated or admired, roles taken in pretend play, favorite games and toys, and feelings of femininity or masculinity. Response options ranged from "always women or girls"/"very feminine" to

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

"always boys or men"/"very masculine" on a 5-point Likert-type scale. A GNC score was calculated by averaging scores from the four questions (Cronbach's $\alpha$ = 0.78). In order to identify participants with moderate nonconformity and more extreme nonconformity, GNC scores were grouped into three categories: scores below the median, scores above the median but below the top decile, and scores above the top decile. This method of score grouping has been used in other GUTS1 publications because the relation between GNC and health outcomes appears to be non-linear, with strongest associations found in the top 10% of nonconforming children (A. L. Roberts, Rosario, Corliss, Koenen, & Austin, 2012; A. L. Roberts, Rosario, Slopen, Calzo, & Austin, 2013; A. Roberts, Rosario, Corliss, Koenen, & Austin, 2012).

To test our hypotheses, we took advantage of the unique overlap in NSHII and GUTS1 data. Respondents eligible for inclusion in the current analysis were as follows: Of the 2,144 children with SRS data from the nested NHSII study, 94 of these individuals are also GUTS1 participants who had data collected regarding their recalled childhood gender GNC. Of the 1,247 mothers with SRS data, 198 of them had children who are GUTS1 participants with data collected regarding their recalled childhood GNC. Of the 1,629 fathers with SRS data, 269 of them had children in GUTS1 with recalled childhood GNC data.

We analyzed child SRS score by their GNC category using cumulative logit models recommended for the analysis of ordinal response data (Lee, 1992). To evaluate our first hypothesis, that people with higher autistic traits have higher GNC, we examined data from the 94 children with both SRS scores from the nested NHSII study and GNC scores from GUTS1. Child SRS scores were compared to GNC score category (below median, above median but below top decile, and top decile) by calculating a median SRS score for each of these three GNC score categories. We used a cumulative logit model to determine how a 1 interquartile range (IQR) increase in SRS score statistically predicted the odds of being in a higher GNC score category. This model was adjusted for the sex and age of the child. In addition to an analysis of all 94 children, separate analyses were performed for males (n=47) and females (n=47), adjusted for age of the child.

In order to evaluate our second hypothesis, that parents with higher autistic traits have children with more GNC, we examined data from the 198 mothers and 269 fathers with SRS scores who also had a child with a GNC score. We analyzed mothers' and fathers' SRS scores and their children's GNC score category by calculating median SRS scores of mothers and fathers by GNC score category of their child. We used cumulative logit models to determine how a 1 IQR increase in the mother's SRS score or the father's SRS score predicted odds of their child being in a higher GNC score category. These models were adjusted for the sex and age of the child. In addition, analyses were performed stratified by child sex.

We also examined the relationship between SRS scores and GNC categories with the Kruskal-Wallis test. The Kruskal-Wallis test assigns ranks to SRS scores and compares ranks across GNC score categories. It does not assume a parametric distribution but sacrifices statistical power (Chan & Walmsley, 1997). Using a nonparametric Kruskal-Wallis test, child SRS scores were compared to the child's GNC across the three GNC score

*J Autism Dev Disord*. Author manuscript; available in PMC 2016 May 01.

categories. In addition, maternal SRS scores were compared to their child's GNC across the three GNC score categories using the Kruskal-Wallis test, and similarly, paternal SRS scores were compared to their child's GNC across the three GNC score categories using the Kruskal-Wallis test.

## Results

Characteristics of the index children are shown in Table 1. Data are stratified by whether the child participated in the nested SRS study within NHSII as an index case, identified by their mother as having ASD, or as a control participant.

In analyses of child SRS scores in relation to GNC, as the SRS score increases by 1 IQR, the odds ratio (OR) for being in a higher GNC score category (from below median, to above median but below top decile, to top decile) is 1.35 (95% CI=1.04, 1.76), indicating that higher SRS scores are associated with a higher GNC score category (p=0.03) (Table 2). For males, as the SRS score increases by 1 IQR, the OR for being in a higher GNC score category is 1.37 (95% CI=0.94, 1.99; p=0.10) and for females the OR is 1.30 (95% CI=0.87, 1.94; p=0.21) (Table 2).

In analyses of maternal SRS scores by child GNC, when a mother's SRS score is higher by 1 IQR, the OR for their child being in a higher GNC score category is 1.46 (95% CI=1.12, 1.90), indicating that mothers with higher SRS have children with higher GNC score category (p=0.005) (Table 2).

When a father's SRS score is higher by 1 IQR, the OR of their child being in a higher GNC score category is 1.06 (95% CI=0.82, 1.38), indicating no significant relationship between a father's SRS score and his child's GNC score category (p=0.66) (Table 2).

Kruskal-Wallis analysis demonstrates a significant association between the maternal SRS score and their child's GNC category (p=0.03). Kruskal-Wallis analyses does not demonstrate significant associations between the child's SRS score and the child's GNC category (p=0.18) nor between the paternal SRS score and their child's GNC category (p=0.40).

## Discussion

This is the first evaluation of a link between autistic traits in either children or their parents and childhood GNC in a national cohort. Our results suggest that higher autistic traits in children or their mothers are associated with higher degrees of GNC in the child. These results strengthen evidence of a relationship between ASD and gender development. Causality cannot be established using this research design, however these findings could be consistent with common hormonal (Berenbaum & Beltz, 2011; Hines, 2011; Knickmeyer et al., 2006; Voracek, 2010) or genetic causes, and may also support the assertion that the social relationship between parent and child is important for gender development (Fausto-Sterling, 2012). Specifically, findings may support maternal social responsiveness as a factor in child gender expression. Alternatively, the co-occurrence may reflect another

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

overarching characteristic, termed *neurodiversity* in some ASD literature, instead of an overlap of two distinct characteristics (Jaarsma & Welin, 2012; Kapp et al., 2013).

It is interesting that we did not find an association between paternal SRS score and child GNC. This may give more credence to the prenatal hormonal environment as a cause of co-occurring ASD and GNC, or suggest a higher level of influence of the mother-infant/child dyad compared to the father-infant/child dyad in gender development. This latter hypothesis is consistent with related data regarding other dimensions of child development. For example, a study of 112 two-parent families found mothers to be more involved than fathers in socialization of their children (Schoppe-Sullivan, Kotila, Jia, Lang, & Bower, 2013). However, a study of familiality of autism traits suggested higher SRS scores among fathers of children with ASD, but not mothers (De la Marche et al., 2012). Future research is warranted to understand the relation of maternal versus paternal autistic traits to the development of children's gender nonconforming expression.

It is important to note that both the cumulative logit analysis and the Kruskal-Wallis test assessing association between maternal SRS score and their child's GNC score category were statistically significant. However, when analyzing for association between child SRS score and the child's GNC score category, only the cumulative logit analysis and not the Kruskal-Wallis test was significant. This may be related to the more limited power of the non-parametric Kruskal-Wallis test and the smaller number of analyzed pairs of child SRS scores and child GNC scores (n=94) compared to the larger number of pairs of maternal SRS scores and their child's GNC scores (n=198). Alternatively, this may represent a stronger relationship between maternal autism traits and child GNC compared to a child's autism traits and their own GNC. Future research is warranted to examine these associations.

This study has several limitations. We found a significant association between child SRS score and GNC score category. However, our sample size was too small to capture significant associations when stratified by sex, although point estimates are similar in males, females, and the combined sample. Also, while the parent-infant dyad model of gender development was the basis for our initial hypotheses, we cannot make claims of causality using this study design, as we are unable to adjust for possible confounding factors including genetics and the hormonal milieu of pregnancy. Additionally, autistic traits and GNC are measured indirectly. Autistic traits in the children were measured by SRS reports as assessed by the mothers, whereas formal autism evaluations in a clinical setting would have provided a more rigorous assessment of autistic traits. The measurement of GNC was performed using a subjective questionnaire assessing recalled GNC in childhood and not an objective in-person gender conformity assessment. Variability in the acceptance of GNC across participants was not collected and therefore could not be controlled for in modeling. Finally, the NHSII and GUTS1 are not racially or ethnically diverse, and this limits the generalizability of our findings. Research with diverse samples assessing autistic traits of parents and children and gender nonconforming expression represents an important future endeavor.

The overlap of the NHSII and GUTS1 cohorts provided a unique opportunity to explore autistic traits in children and their parents and their associations to GNC in children. This

*J Autism Dev Disord.* Author manuscript; available in PMC 2016 May 01.

Shumer et al. Page 7

study should serve as a basis for further investigation into the importance of the parent-infant/child dyad on gender development and expression. Providers should be sensitive to the diversity of gender expression in children with autistic traits and in children of mothers with autistic traits. This sensitivity could help identify children who would benefit from services and support for both ASD and gender dysphoria.

## Acknowledgments

**FUNDING INFORMATION:**

The Nurses' Health Study II and the Growing Up Today Study are ongoing studies conducted at the Channing Division of Network Medicine, Department of Medicine, Brigham and Women's Hospital, Harvard School of Public Health, and Harvard Medical School. The work reported in this manuscript was supported by the National Institute of Health (NIH) grants CA50385, T32MH073124-08, P60AR047782, HD057368, and R01ES017-04, Autism Speaks grants 1788 and 2210, the United States Department of Defense grant W81XWH-08-1-0499, and the United States Army Medical Research and Material Command (USAMRMC) grant A-14917. DE Shumer is supported by the Eunice Kennedy Shriver National Institute of Child Health and Human Development, 1T32HD075727-01. SB Austin is supported by the Leadership Education in Adolescent Health Project, Maternal and Child Health Bureau, HRSA 6T71-MC00009.

## ABBREVIATIONS

| | |
|---|---|
| **ASD** | autism spectrum disorder |
| **GNC** | gender nonconformity |
| **NHSII** | Nurses' Health Study II |
| **GUTS1** | Growing Up Today Study 1 |
| **SRS** | Social Responsiveness Scale |
| **IQR** | interquartile range |

## References

American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders. 5th ed. Arlington, VA: 2013.

Baird G, Simonoff E, Pickles A, Chandler S, Loucas T, Meldrum D, Charman T. Prevalence of disorders of the autism spectrum in a population cohort of children in South Thames: the Special Needs and Autism Project (SNAP). Lancet. 2006; 368(9531):210–215. [PubMed: 16844490]

Baron-Cohen S. The extreme male brain theory of autism. Trends in Cognitive Sciences. 2002; 6(6): 248–254. Retrieved from http://www.ncbi.nlm.nih.gov/pubmed/23180205. [PubMed: 12039606]

Baron-Cohen S, Lombardo MV, Auyeung B, Ashwin E, Chakrabarti B, Knickmeyer R. Why are autism spectrum conditions more prevalent in males? PLoS Biology. 2011; 9(6):e1001081. [PubMed: 21695109]

Berenbaum, Sa; Beltz, AM. Sexual differentiation of human behavior: effects of prenatal and pubertal organizational hormones. Frontiers in Neuroendocrinology. 2011; 32(2):183–200. [PubMed: 21397624]

Chan Y, Walmsley RP. Learning and understanding the Kruskal-Wallis one-way analysis-of-variance-by-ranks test for differences among three or more independent groups. Physical Therapy. 1997; 77(12):1755–1762. Retrieved from http://www.ncbi.nlm.nih.gov/pubmed/9413454. [PubMed: 9413454]

Constantino JN, Davis Sa, Todd RD, Schindler MK, Gross MM, Brophy SL, Reich W. Validation of a brief quantitative measure of autistic traits: comparison of the social responsiveness scale with the

autism diagnostic interview-revised. Journal of Autism and Developmental Disorders. 2003; 33(4): 427–433. Retrieved from http://www.ncbi.nlm.nih.gov/pubmed/12959421. [PubMed: 12959421]

Constantino, JN.; Gruber, C. The Social Responsiveness Scale (SRS). Los Angeles, CA: Western Psychological Services; 2005.

Constantino, JN.; Gruber, C. The Social Responsiveness Scale: Manual. Los Angeles, CA: Western Psychological Services; 2012.

De la Marche W, I N, Luts J, Scholte E, Van Huffel S, Steyaert J. Quantitative autism traits in first degree relatives: evidence for the broader autism phenotype in fathers, but not in mothers and siblings. Autism. 2012; 16(3):247–260. [PubMed: 21949002]

De Vries ALC, Noens ILJ, Cohen-Kettenis PT, van Berckelaer-Onnes Ia, Doreleijers Ta. Autism spectrum disorders in gender dysphoric children and adolescents. Journal of Autism and Developmental Disorders. 2010; 40(8):930–936. [PubMed: 20094764]

Fausto-Sterling A. The dynamic development of gender variability. Journal of Homosexuality. 2012; 59(3):398–421. [PubMed: 22455327]

Field, aE; Camargo, Ca; Taylor, CB.; Berkey, CS.; Frazier, aL.; Gillman, MW.; Colditz, Ga. Overweight, weight concerns, and bulimic behaviors among girls and boys. Journal of the American Academy of Child and Adolescent Psychiatry. 1999; 38(6):754–760. [PubMed: 10361795]

Gallucci G, Hackerman F, Schmidt C. Gender identity disorder in an adult male with Asperger's syndrome. Sexuality and Disability. 2005; 23(1):35–40.

Heylens G, De Cuypere G, Zucker KJ, Schelfaut C, Elaut E, Vanden Bossche H, T'Sjoen G. Gender identity disorder in twins: a review of the case report literature. J Sex Med. 2012; 9(3):751–757. [PubMed: 22146048]

Hines M. Prenatal endocrine influences on sexual orientation and on sexually differentiated childhood behavior. Frontiers in Neuroendocrinology. 2011; 32(2):170–182. [PubMed: 21333673]

Jaarsma P, Welin S. Autism as a natural human variation: reflections on the claims of the neurodiversity movement. Health Care Analysis?: HCA?: Journal of Health Philosophy and Policy. 2012; 20(1):20–30. [PubMed: 21311979]

Kapp SK, Gillespie-Lynch K, Sherman LE, Hutman T. Deficit, difference, or both? Autism and neurodiversity. Developmental Psychology. 2013; 49(1):59–71. [PubMed: 22545843]

Knickmeyer R, Baron-Cohen S, Fane Ba, Wheelwright S, Mathews Ga, Conway GS, Hines M. Androgens and autistic traits: A study of individuals with congenital adrenal hyperplasia. Hormones and Behavior. 2006; 50(1):148–153. [PubMed: 16624315]

Kraemer B, Delsignore A, Gudelfinger R, Schnyder U, Hepp U. Comorbidity of Asperger syndrome and gender identity disorder. European Child & Adolescent Psychiatry. 2005; 14(5):292–296. [PubMed: 15981142]

Landén M, Rasmussen P. Gender identity disorder in a girl with autism--a case report. European Child & Adolescent Psychiatry. 1997; 6(3):170–173. Retrieved from http://www.ncbi.nlm.nih.gov/pubmed/9383652. [PubMed: 9383652]

Lee J. Cumulative logit modelling for ordinal response variables: applications to biomedical research. Comput Appl Biosci. 1992; 8(6):555–562. [PubMed: 1468011]

Lyall K, Constantino J, Weisskopf M, Roberts A, Ascherio A, Santangelo S. Parental social responsiveness and risk of autism spectrum disorder in offspring. JAMA - Psychiatry. 2014 In Press.

Lyall K, Pauls D, Spiegelman D, Santangelo S, Ascherio A. Fertility therapies, infertility and autism spectrum disorders in the Nurses' Health Study II. Paediatr Perinat Epidemiol. 2012; 26(4):361–372. [PubMed: 22686388]

Martin CL, Ruble DN, Szkrybalo J. Cognitive theories of early gender development. Psychological Bulletin. 2002; 128(6):903–933. [PubMed: 12405137]

Miles JH. Autism spectrum disorders--a genetics review. Genet Med. 2011; 13(4):278–294. [PubMed: 21358411]

Mukaddes N. Gender identity problems in autistic children. Child: Care, Health and Development. 2002; 28(6):529–532.

Shumer et al.                                                                                          Page 9

Perera H, Gadambanathan T, Weerasiri S. Gender identity disorder presenting in a girl with Asperger's disorder and obsessive compulsive disorder. Ceylon Medical Journal. 2003; 48(2):57–58. [PubMed: 12971211]

Roberts AL, Rosario M, Corliss HL, Koenen KC, Austin SB. Childhood gender nonconformity: a risk indicator for childhood abuse and posttraumatic stress in youth. Pediatrics. 2012; 129(3):410–417. [PubMed: 22351893]

Roberts AL, Rosario M, Slopen N, Calzo J, Austin SB. Childhood gender nonconformity, bullying victimization, and depressive symptoms across adolescence and early adulthood: an 11-year longitudinal study. J Am Acad Child Adolesc Psychiatry. 2013; 52(2):143–152. [PubMed: 23357441]

Roberts A, Rosario M, Corliss HL, Koenen KC, Austin SB. Elevated risk of posttramatic stress in sexual minority youths: mediation by childhood abuse and gender nonconformity. Am J Public Health. 2012; 102(8):1587–1593. [PubMed: 22698034]

Robinow O. Paraphilia and transgenderism: A connection with asperger disorder? Sexual and Relationship Therapy. 2009; 24(2):143–151.

Schoppe-Sullivan SJ, Kotila L, Jia R, Lang SN, Bower DJ. Comparisons of levels and predictors of mothers' and fathers' engagement with their preschool aged children. Early Child Development and Care. 2013; 183(3–4):498–514. [PubMed: 23645966]

Shechner T. Gender Identity Disorder?: A Literature Review from a Developmental Perspective. Isr J Psychiatry Sci. 2010; 47(2):132–138.

Solomon CG, Willett WC, Carey VJ, Rich-edwards J, Hunter DJ, Colditz GA. A prospective study of pregravid determinants of gestational diabetes mellitus. JAMA. 1997; 278(13):1078–1083. [PubMed: 9315766]

Strang JF, Kenworthy L, Dominska A, Sokoloff J, Kenealy LE, Berl M, Wallace GL. Increased Gender Variance in Autism Spectrum Disorders and Attention Deficit Hyperactivity Disorder. Archives of Sexual Behavior. 2014

Tateno M, Tateno Y, Saito T. Comorbid childhood gender identity disorder in a boy with Asperger syndrome. Psychiatry and Clinical Neurosciences. 2008; 62(2):238. [PubMed: 18412849]

Voracek M. Fetal androgens and autism. The British Journal of Psychiatry?: The Journal of Mental Science. 2010; 196(5):416. author reply 416–7. [PubMed: 20435973]

Zucker KJ, Wood H. Assessment of gender variance in children. Child and Adolescent Psychiatric Clinics of North America. 2011; 20(4):665–680. [PubMed: 22051004]

Zucker K, Mitchell J, Bradley S, Tkachuk J, Cantor J, Allin S. The Recalled Childhood Gender Identity/Gender Role Questionnaire: psychometric properties. Sex Roles. 2006; 57(7):469–483.

*J Autism Dev Disord.* Author manuscript; available in PMC 2016 May 01.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Shumer et al.

**Table 1**

Sex, Birth Year, Gender Non-conformity, and Social Responsiveness Scale Scores of Index Children by Case Status[*]

| | Cases (n=19) | Controls (n=75) |
|---|---|---|
| Sex | | |
| Males, n | 12 | 35 |
| Females, n | 7 | 40 |
| Year of Birth, Median | 1985 | 1985 |
| Childhood Gender Nonconformity | | |
| Below Median, n (%) | 6 (31.58) | 44 (58.56) |
| Above Median, Below Top Decile, n (%) | 9 (47.37) | 22 (29.33) |
| Top Decile, n (%) | 4 (21.05) | 9 (12.00) |
| Social Responsiveness Score[†], Mean (SD) | 103.16 (33.25) | 13.05 (12.38) |

[*] Cases are children identified by their mothers as having ASD as part of the nested study of autistic traits performed within NHSII. Controls are children not identified by their mothers as having ASD who participated in the same nested study.

[†] Social Responsiveness Scores increase as autistic traits increase

*J Autism Dev Disord.* Author manuscript; available in PMC 2016 May 01.

98

Author Manuscript     Author Manuscript     Author Manuscript     Author Manuscript

Shumer et al.

Page 11

**Table 2**

Child, Mother, and Father Social Responsiveness Scale (SRS) Scores by Child's Gender Nonconformity

| | N | Gender Nonconformity of the Child | | | Odds of Higher Level of Gender Nonconformity Associated with 1 Interquartile range (IQR) Greater SRS Score[†] | |
|---|---|---|---|---|---|---|
| | | Below Median | Above Median, Below Top Decile | Top Decile | Odds Ratio (95% confidence interval) | p value |
| | | Median SRS Score (Interquartile range) | | | | |
| Child's SRS Score | 94 | 10 (20) | 16 (77) | 15 (97) | 1.35 (1.04, 1.76) | 0.03 |
| Males | 47 | 9 (17) | 23 (72) | 15 (97) | 1.37 (0.94, 1.99) | 0.10 |
| Females | 47 | 13 (24) | 11.5 (19) | 12.5 (119) | 1.30 (0.87, 1.94) | 0.21 |
| Mother's SRS Score | 198 | 13 (17) | 19 (20) | 18 (23) | 1.46 (1.12, 1.90) | 0.005 |
| Father's SRS Score | 269 | 17 (32) | 15 (23) | 19.5 (35) | 1.06 (0.82, 1.38) | 0.66 |

[†] Models for Child's SRS Score, Mother's SRS Score, and Father's SRS Score adjusted for year of birth and sex of index child. Models stratified by sex adjusted for year of birth of index child

*J Autism Dev Disord.* Author manuscript; available in PMC 2016 May 01.



# HHS Public Access

Author manuscript
*Curr Opin Pediatr.* Author manuscript; available in PMC 2016 August 01.

Published in final edited form as:
*Curr Opin Pediatr.* 2015 August ; 26(4): 421–426. doi:10.1097/MOP.0000000000000240.

*Ex .6*

## Transgender and Gender Nonconforming Adolescent Care: Psychosocial and Medical Considerations

**Carly Guss, MD**[1], **Daniel Shumer, MD**[2], and **Sabra L. Katz-Wise, PhD**[1,3]

[1]Boston Children's Hospital, Division of Adolescent/Young Adult Medicine, Boston, MA

[2]Boston Children's Hospital, Division of Endocrinology, Boston, MA

[3]Harvard Medical School, Department of Pediatrics, Boston, MA

## Abstract

**Purpose of review**—Transgender individuals display incongruence between their assigned birth sex and their current gender identity, and may identify as male, female or elsewhere on the gender spectrum. Gender nonconformity describes an individual whose gender identity, role, or expression are not typical for individuals in a given assigned sex category. This update highlights recent literature pertaining to the psychosocial and medical care of transgender and gender nonconforming (TGN) adolescents with applications for the general practitioner.

**Recent findings**—The psychological risks and outcomes of TGN adolescents are being more widely recognized. Moreover, there is increasing evidence that social and medical gender transition reduces gender dysphoria, defined as distress that accompanies the incongruence between one's birth sex and identified gender. Unfortunately, lack of education about TGN adolescents in medical training persists.

**Summary**—Recent literature highlights increased health risks in TGN adolescents and improved outcomes following gender dysphoria treatment. It is important for clinicians to become familiar with the range of treatment options and referral resources available to TGN adolescents in order to provide optimal and welcoming care to all adolescents.

## Keywords

adolescent; gender identity; gender nonconforming; transgender

---

**Corresponding author:** Carly Guss, Boston Children's Hospital, Division of Adolescent/Young Adult Medicine, 300 Longwood Avenue, Boston, MA 02115, carly.guss@childrens.harvard.edu, 617-355-7181.

None of the authors have financial conflicts of interest to disclose.

**Resources**
http://www.lgbthealtheducation.org/
http://transhealth.ucsf.edu/
http://www.amsa.org/AMSA/Homepage/About/Committees/GenderandSexuality/TransgenderHealthCare.aspx
http://www.wpath.org/



EXHIBIT NO. 6
FOR IDENTIFICATION
DATE: 4-2-24
Leisa Pastor, CSR, CRR

Guss et al.

## Introduction

Primary care providers may be the first medical professionals to whom a transgender or gender non-conforming (TGN) adolescent presents. This first impression may set the stage for a given adolescent's views of the medical field in general. Moreover, clinicians who care for adolescents have a responsibility to provide medical care that is non-judgmental and comprehensive (1). Research has increasingly been conducted with regards to the psychosocial needs of TGN adolescents following the establishment of treatment guidelines for transgender individuals by The Endocrine Society (2) and the World Professional Association for Transgender Health (WPATH) (3). Herein, the psychosocial and medical care of TGN adolescents is reviewed in order to provide guidance to general practitioners.

## Gender identity

It is important to become familiar with the terminology used in medical and TGN communities (Table 1 (3,4)). Transgender individuals display incongruence between their assigned birth sex and their current gender identity, defined as their internal identification as male, female or elsewhere on the gender spectrum (3). Gender nonconformity describes an individual whose gender identity, role, or expression are not typical for individuals in a given assigned sex category. Gender dysphoria is defined as distress that may accompany the incongruence between one's experienced or expressed gender and one's assigned sex. Gender identity and expression are not the same as sexual orientation (5). When discussing gender identity with patients, providers should inquire if patients have a preferred pronoun.

Gender identity typically develops in early childhood for both gender conforming and non-conforming youth, but can be a dynamic and evolving characteristic from childhood into adolescence and adulthood. For example, a pre-pubertal child who is gender nonconforming or who has apparent gender dysphoria may or may not identify as transgender later in life. The gender identity affirmed during puberty appears to predict the gender identity that will persist into adulthood (6). Estimates for the likelihood of gender dysphoria persisting from childhood into adulthood range from 2–27% depending on the study (6). Youth with persistent TGN identity into adulthood have greater gender dysphoria and are more likely to have experienced social transition, such as using a different name or changing their style of clothing to that which is stereotypically associated with another gender at some point during childhood (6).

## Primary care considerations for the TGN adolescent

As a primary care provider, it is important to use verbal and body language that demonstrates acceptance and openness to all patients, but especially to those who are TGN. The practitioner should inquire how the adolescent identifies their gender, and may open the conversation by using open-ended questions such as: "Many people struggle with gender. Is this an issue for you?" (7).

When performing a comprehensive medical and social history with a TGN adolescent there are particular issues that should be specifically addressed:

*Curr Opin Pediatr.* Author manuscript; available in PMC 2016 August 01.

102

Author Manuscript    Author Manuscript    Author Manuscript    Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

## Home

Gender nonconforming youth may experience conflict with family members who do not understand or accept their gender identification. It is important to assess for parental/family awareness of and support for the adolescent's current gender identification. Parental support is positively associated with condom use among transgender female youth (8) and with higher life satisfaction and fewer depressive symptoms among transgender adolescents (9,10). In situations where the TGN adolescent is not supported by family, the adolescent may be at risk for homelessness (10,11). It is important to ask TGN adolescents if they are concerned about homelessness following disclosure of their gender identity to their family.

## School

School is an important social environment for adolescents. A survey of New Zealand high school students found that students who self-identified as transgender were at increased risk of being bullied and in physical fights at school with more than half of them being afraid that someone would hurt or bother them at school (12). Similarly, a nationwide internet survey in the United States (US) found that TGN youth were at higher risk for bullying or harassment compared to their non-TGN peers (13). Adolescents who are gender nonconforming in their expression and behavior at early ages are at increased risk of bullying and verbal and physical abuse by adulthood (14). Moreover, the greater the gender non-conformity, the greater the victimization experienced at school (15).

An ally at school, such as a counselor or teacher, should be identified. Changing clothes for physical education classes or using the bathroom can be stressful or even dangerous for TGN adolescents (5). Bullying in a bathroom may occur as there is no adult supervision, which may result in TGN youth refraining from using the bathroom at school out of fear (5). A patient may not know if there are anti-harassment policies at their school, and this should be investigated.

## Substance Use

Although all adolescents should be asked about substance use, TGN youth may be at higher risk for us than non-TGN youth. One online survey found that TGN youth of any gender were more likely than non-TGN boys to have used alcohol, tobacco, marijuana, and other illicit substances in the past twelve months (13). Moreover, TGN youth who are bullied are at higher risk of substance use (13).

## Sexual Health

As with all adolescents, it is necessary to ask and counsel on matters related to sexual and reproductive health. As TGN patients may have significant dysphoria related to their genitals, it may be prudent to ask if they have preferred terms for their genitalia (7). Female to male (FTM) patients may have discomfort around pelvic exams or desire continuous oral contraceptives to suppress menses (16).

For those who are engaging in penile-vaginal sex, it is important to discuss contraception. Protection against sexually transmitted infections, including the use of condoms and/or dental dams, should be discussed with patients engaging in any type of sexual behavior. If

the patient is on cross-sex hormones, it is important to remind them that while a side effect may be infertility, such therapies should not be relied upon for contraception (7). For FTM patients who are on testosterone, they should be aware that testosterone is contraindicated in pregnancy and may have adverse effects on a developing fetus. Exogenous testosterone may increase sexual desire and clitoral pain (17). Male to female (MTF) patients on estrogen therapy may experience decreased sexual desire as a side effect of decreased testosterone concentrations (17,18). Decreased libido may also be a side effect of puberty suppressing medications (18).

## Mental Health

All adolescents should be evaluated for mental health disorders including depression, anxiety, and suicidality. The TGN adolescent may benefit from referral to mental health providers for a variety of reasons (3). Family counseling and psychotherapy may be necessary to address gender dysphoria, co-morbid mood disorders, and the effect of these conditions on the rest of the family. Assessment by a mental health professional is suggested prior to initiation of puberty blockers or cross-sex hormones to formally diagnose gender dysphoria and to support the TGN adolescent through the transition process (2,3). Additionally, mental health providers can act as liaisons for patients and families with medical and educational systems.

Recent research has focused on the mental health needs and risks of patients with gender dysphoria. Compared to matched non-TGN peers at a single community health center, TGN adolescents and young adults were at two to three times greater risk of depression, anxiety, and suicidal ideation (19). A survey of New Zealand high school students found that one in five students who identified as transgender had attempted suicide in the prior twelve months (12). These findings highlight the importance of assessing mood and suicidal ideation during visits with these patients. Providers should also ask about the timing of gender identity development, as gender nonconformity prior to age eleven is associated with an elevated risk of depressive symptoms (14).

Not surprisingly, following social and medical gender transition, there is reduced gender dysphoria and improved psychological functioning (20). This emphasizes the need to identify TGN adolescents early in order to refer them to appropriate counseling and specialists if they choose to undergo gender-affirmative treatments.

## Medical Management

Both The Endocrine Society and WPATH offer recommendations on the medical management of transgender adolescents (2,3). Medication regimens with dosing and administration route are summarized elsewhere (21). Although the medications used are commonly prescribed for other purposes, they are used off-label for treatment of gender dysphoria. Medical professionals have an ethical responsibility to help adolescents appropriately weigh the pros and cons of cross-sex hormonal therapies. (22). Clinicians may not feel comfortable managing such therapies themselves, but should be aware of potential side effects of hormonal interventions and any specific monitoring requirements. Providers

*Curr Opin Pediatr.* Author manuscript; available in PMC 2016 August 01.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

**Author Manuscript**

must also be aware of specialists to whom TGN adolescents can be referred for this important medical management.

### Early Puberty

If a patient presents with gender dysphoria in early puberty (sexual maturity rating 2), pubertal suppression with a GnRH agonist, such as leuprolide or histrelin, can be considered. This allows for further exploration of gender identity prior to the initiation of cross-sex hormones, which may have irreversible effects. Recommendations for monitoring TGN adolescents on pubertal suppressive medications can be found in Rosenthal's "Approach to the patient: transgender youth: endocrine considerations" (21).

### Late puberty

If the adolescent presents with gender dysphoria later in puberty (sexual maturity rating 4/5), GnRH agonists can be used to suppress the hypothalamic-pituitary-gonadal axis to potentially enable the use of lower doses of cross-sex hormones (21). According to the Endocrine Society guidelines, cross-sex hormones can be initiated around age 16 years (2). However, some institutions begin cross-sex hormones at age 14 years with a slow increase of hormones over 2–3 years (21). In addition to GnRH analogues, spironolactone can be used in MTF patients to reduce the effect of testosterone on its receptor.

Cross-sex hormones may be introduced in order to achieve feminizing or virilizing secondary sex characteristics so that a TGN patient's physical appearance will be more aligned with their gender identity. For MTF patients, 17-β-estradiol has numerous delivery routes. Side effects may include impaired insulin sensitivity and hyperprolactinemia (2). There is additional risk of thromboembolic events (18). For FTM patients, testosterone is most commonly given intramuscularly. Side effects include cystic acne, polycythemia, hypertension, adverse changes in lipid profile, possible insulin insensitivity, and risk of impaired fertility (2). Recommendations for monitoring TGN patients who are on cross-sex hormone therapies can be found in Rosenthal's "Approach to the patient: transgender youth: endocrine considerations" (21).

There is some data with regards to outcomes associated with cross-sex hormone treatment. A case report described the first patient treated with pubertal blockers followed by cross-sex hormone treatment in an Amsterdam clinic 22 years after initial treatment (23). This FTM individual received 4.9 years of a GnRH agonist followed by testosterone injections every 2–3 weeks. At age 35, he was found to have bone mineral density above the 50th percentile for females, normal serum values for lipids, hemoglobin A1C, glucose and insulin, and was living happily as a man without regrets regarding his gender transition. A more recent study of the short-term effects of cross-sex hormone therapy in FTM patients found that there were no deaths or severe adverse effects (17). Of 53 FTM patients, two had erythrocytosis and two had transient elevation of liver enzymes. Of the 53 MTF patients, three had transient liver enzyme increase. It is important to emphasize that body image dysphoria remits following cross-sex hormonal therapy and gender affirming surgery, while harassment decreases and patient quality of life and satisfaction with life improves (20).

*Curr Opin Pediatr.* Author manuscript, available in PMC 2016 August 01.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

### Surgical intervention

Gender affirming surgery (previously referred to as sex reassignment surgery) is an irreversible intervention and is considered the final phase of medical gender transition (15). The timing of the procedure remains controversial. Patients must have the cognitive ability to understand the risks and benefits of the procedure. They must also have adequate genital tissue for reconstruction (16). WPATH guidelines state that the patient should be of legal age for medical procedure consent and have lived continuously for 12 months in their identified gender (3). The Endocrine Society guidelines advise that surgical procedures should be done when a person is at least 18 years old (2). For FTM patients, one year of testosterone treatment is recommended prior to surgery (3). FTM patients may desire hysterectomy due to dysphoria associated with menses. If this procedure is performed, patients and primary medical providers must be told if the cervix remains, as pap smears for cervical cancer screening would still be indicated. Cross-sex hormone treatment continues after gender affirming surgery for continued feminization or masculinization and maintenance of bone health. Some transgender individuals decide to forgo gender affirming surgery either for personal or financial reasons, but may decide to continue on life-long cross-sex hormone treatment

## Barriers to Care

Several barriers to care exist for TGN patients. Lack of medical provider knowledge can make patients feel unwelcome and can hinder appropriate referral for mental health or hormonal interventions. A survey of medical schools in 2009–2010 found that the median number of hours of LGBT content was five hours with one-third of schools reporting no LGBT curriculum during the clinical years (24). Additionally, in a medical school class in Philadelphia, 74% of respondents had 2 hours or less of transgender health topics in medical school (25). However, the Philadelphia students who received an additional lecture on transgender health during their clerkship years had improved knowledge, attitudes and skills compared to students who had not received the lecture. Thus, the addition of even one medical school lecture may improve provider competency in caring for TGN patients.

Insurance coverage represents an additional barrier to care for TGN patients. In the US, cross-hormone or pubertal suppressive therapies are prescribed off-label and may be denied by insurance companies. Gender affirming surgery is infrequently covered by insurance and is a cost-prohibitive treatment for some. However, progress is being made in this arena. At the time of this publication, three US states have Medicaid programs that cover medical services for the treatment of gender dysphoria: California, Vermont, and Massachusetts (26).

In addition to cost, many TGN individuals have difficult or even discriminatory experiences with the medical system. A survey of transgender adolescents and adults from Ontario, Canada found that more than half of respondents reported a negative experience during care in an emergency department, and at least 1 in 5 had avoided the emergency room due to fears that their gender identity may negatively affect their care (27). The National Transgender Discrimination Survey, a national retrospective survey study of TGN adults in the US, found that half of respondents postponed seeking medical care when they were sick due to discrimination or financial concerns (28).

*Curr Opin Pediatr.* Author manuscript; available in PMC 2016 August 01.

Guss et al.

## Conclusion

Primary care providers are optimally positioned to welcome TGN adolescent patients to medical care and to create a medical home (28). This is especially important for a patient population that has historically been marginalized. While primary care clinicians may not feel equipped to prescribe hormonal therapies for this population, screening TGN adolescents, creating a safe environment for them in the medical system, and appropriately referring them to mental health and medical care is exceedingly important.

## Acknowledgements

None

**Financial Support and Sponsorship:** Drs. Guss and Katz-Wise are supported by a grant from the Maternal and Child Health Bureau, Health Resources and Services Administration (Leadership Education in Adolescent Health project T71-MC00009). Dr. Katz-Wise is additionally supported by a grant from the National Institute of Child Health and Development (NIH R01 HD066963) and was supported by a grant from the Eunice Kennedy Shriver National Institute of Child Health & Human Development (NIH K99HD082340). Dr. Shumer is supported by NICHD grant 1T32HD075727-01.

## Bibliography

1. J Adolesc Health [Internet]. Vol. 52. Society for Adolescent Health and Medicine; 2013 Apr. Recommendations for promoting the health and well-being of lesbian, gay, bisexual, and transgender adolescents: a position paper of the Society for Adolescent Health and Medicine; p. 506-510.Available from: http://www.ncbi.nlm.nih.gov/pubmed/23521897 [cited 2014 Oct 23]

2. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, Gooren LJ, Meyer WJ, Spack NP, et al. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. J Clin Endocrinol Metab [Internet]. 2009 Sep; 94(9):3132–3154. Available from: http://www.ncbi.nlm.nih.gov/pubmed/19509099.

3. Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, Decuypere G, Feldman J, Fraser L, Green J, Knudson G, Meyer WJ, Monstrey S, Adler RK, Brown GR, Devor AH, Ehrbar R, Ettner R, Eyler RG E. Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7. Int J Transgenderism [Internet]. 2012; 13(4):165–232. Available from: http://hollis.harvard.edu/primo_library/libweb/action/display.do?frbrVersion=5&tabs=detailsTab&ct=display&fn=search&doc=TN_tayfranc10.1080/15532739.2011

   700873&indx=1&recIds=TN_tayfranc10.1080/15532739.2011.700873&recIdxs=0&elementId=0&renderMode=poppedOut&displayMode=full&frbrVersion=5&dscnt=0&vl(1Ul0)=contains&onCampus=false&query=any,contains,Standards+of+care+for+the+health+of+transsexual++transgender++and+gender-nonconforming+people&scp.scps=primo_central_multiple_fe&tab=articles&ds.

4. Force APAAPAD-5 T. Diagnostic and statistical manual of mental disorders?: DSM-5. Arlington, VA: American Psychiatric Association; 2013.

5. Johnson CW, Singh Aa, Gonzalez M. "It's complicated": collective memories of transgender, queer, and questioning youth in high school. J Homosex [Internet]. 2014 Jan; 61(3):419–434. Available from: http://www.ncbi.nlm.nih.gov/pubmed/24438341. * This qualitative study offers insights into the experiences of transgender and gender nonconforming youth.

6. Steensma, TD.; McGuire, JK.; Kreukels, BPC.; Beekman, AJ.; Cohen-Kettenis, PT. J Am Acad Child Adolesc Psychiatry [Internet]. Vol. 52. Elsevier Inc; 2013 Jun. Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study; p. 582-590.Available from: http://www.ncbi.nlm.nih.gov/pubmed/23702447 [cited 2014 Dec 10]

7. Vries, A De; Cohen-kettenis, P.; Waal, HD De; Holman, CW.; Goldberg, J. Caring for Transgender Adolescents in BC?: Suggested Guidelines. 2006

8. Wilson EC, Iverson E, Garofalo R, Belzer M. Parental support and condom use among transgender female youth. J Assoc Nurses AIDS Care [Internet]. 2012; 23(4):306–317. Available from: http://

Guss et al.                                                                                      Page 8

www.pubmedcentral.nih.gov/articlerender.fcgi?
artid=3288276&tool=pmcentrez&rendertype=abstract.

9. Simons, L.; Schrager, SM.; Clark, LF.; Belzer, M.; Olson, J. J Adolesc Heal [Internet]. Vol. 53.
Elsevier Ltd; 2013 Dec. Parental support and mental health among transgender adolescents; p.
791–793.Available from: http://www.ncbi.nlm.nih.gov/pubmed/24012067 [cited 2014 Oct 13]

10. Services DY. Impacts of Strong Parental Support for Trans Youth A report prepared for Children's
Aid Society of Toronto and Delisle Youth Services. 2012:1–5.

11. Mayer, KH.; Garofalo, R.; Makadon, HJ. Am J Public Health [Internet]. Vol. 104. American
Public Health Association Inc; 2014 Jun. Promoting the successful development of sexual and
gender minority youths; p. 976–981.Available from: http://www.ncbi.nlm.nih.gov/pubmed/
24825194 [cited 2014 Sep 9]

12. Clark, TC.; Lucassen, MFG.; Bullen, P.; Denny, SJ.; Fleming, TM.; Robinson, EM., et al. J
Adolesc Heal [Internet]. Vol. 55. Elsevier Inc; 2014 Jul. The Health and Well-Being of
Transgender High School Students: Results From the New Zealand Adolescent Health Survey
(Youth'12); p. 93–99.Available from: http://www.embase.com/search/results?
subaction=viewrecord&from=export&id=L52957884\nhttp://dx.doi.org/10.1016/j.jadohealth.
2013.11.008\nhttp://gerion.greendata.es:443/sfxlcl3?
sid=EMBASE&sid=EMBASE&issn=1054139X&id=doi:10.1016/j.jadohealth.
2013.11.008&atitle=The+Health+and+Well-Being+of+Transgender+High+School+Students:
+Results+From+the+New+Zealand+Adolescent+Health+Survey+(Youth'12)&stitle=J.+Adolesc.
+Health&title=Journal+of+Adolescent
+Health&volume=&issue=&spage=&epage=&aulast=Clark&aufirst=Ter [cited 2014 Sep 16]

13. Reisner, SL.; Greytak, Ea; Parsons, JT.; Ybarra, ML. [cited 2014 Oct 13] Gender Minority Social
Stress in Adolescence: Disparities in Adolescent Bullying and Substance Use by Gender Identity;
J Sex Res [Internet]. 2014 Apr 17. p. 1-14.(May): Available from: http://www.ncbi.nlm.nih.gov/
pubmed/24742006

14. Roberts AL, Rosario M, Slopen N, Calzo JP, Austin SB. Childhood gender nonconformity,
bullying victimization, and depressive symptoms across adolescence and early adulthood: an 11-
year longitudinal study. J Am Acad Child Adolesc Psychiatry [Internet]. 2013 Feb; 52(2):143–
152. Available from: http://www.pubmedcentral.nih.gov/articlerender.fcgi?
artid=3635805&tool=pmcentrez&rendertype=abstract.

15. Toomey RB, Ryan C, Diaz RM, Card Na, Russell ST. Gender-nonconforming lesbian, gay,
bisexual, and transgender youth: School victimization and young adult psychosocial adjustment.
Psychol Sex Orientat Gend Divers [Internet]. 2013; 1(S):71–80. Available from: http://doi.apa.org/
getdoi.cfm?doi=10.1037/2329-0382.1.S.71.

16. Unger, Ca. Gynecologic care for transgender youth. Curr Opin Obstet Gynecol [Internet]. 2014
Oct; 26(5):347–354. Available from: http://www.ncbi.nlm.nih.gov/pubmed/25127077. * This
review offers helpful information regarding the gynecological care and surgical interventions for
transgender adolescents.

17. Wierckx K, Van Caenegem E, Schreiner T, Haraldsen I, Fisher A, Toye K, et al. Cross-sex
hormone therapy in trans persons is safe and effective at short-time follow-up: results from the
European network for the investigation of gender incongruence. J Sex Med [Internet]. 2014 Aug;
11(8):1999–2011. Available from: http://www.ncbi.nlm.nih.gov/pubmed/24828032.

18. Smith KP, Madison CM, Milne NM. Gonadal suppressive and cross-sex hormone therapy for
gender dysphoria in adolescents and adults. Pharmacotherapy [Internet]. 2014 Dec: 34(12):1282–
1297. Available from: http://www.ncbi.nlm.nih.gov/pubmed/25220381.

19. Reisner SL, Vetters R, Leclerc M, Zaslow S, Wolfrum S, Shumer D, et al. Mental Health of
Transgender Youth in Care at an Adolescent Urban Community Health Center: A Matched
Retrospective Cohort Study. J Adolesc Heal [Internet]. 2015 Jan.Elseviercited 2015 Jan
9Available from: http://www.jahonline.org/article/S1054139X14006934/fulltext * This recent
matched retrospective cohort study demonstrates the disparities in mental health outcomes of
transgender adolescents compared to their non-transgender peers.

20. De Vries ALC, McGuire JK, Steensma TD, Wagenaar ECF, Doreleijers TaH, Cohen-Kettenis PT.
Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics
[Internet]. 2014 Oct; 134(4):696–704. Available from: http://www.ncbi.nlm.nih.gov/pubmed/

108

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

25201798. ** This is an important study offering evidence regarding the benefits of cross-sex hormones and surgery for adolescents with gender dysphoria.

21. Rosenthal SM. Approach to the patient: transgender youth: endocrine considerations. J Clin Endocrinol Metab [Internet]. 2014 Dec; 99(12):4379–4389. Available from: http://www.ncbi.nlm.nih.gov/pubmed/25140398. ** This highlights gender identity development, epidemiology, and clinical practice guidelines regarding transgender and gender nonconforming adolescents. It clearly outlines recommended screening and treatment monitoring guidelines.

22. Abel BS. Hormone treatment of children and adolescents with gender dysphoria: an ethical analysis. Hastings Cent Rep [Internet]. 2014 Sep; 44(Suppl 4):S23–S27. Available from: http://www.ncbi.nlm.nih.gov/pubmed/25231782.

23. Cohen-Kettenis, PT.; Schagen, SEE.; Steensma, TD.; de Vries, ALC.; Delemarre-van de Waal, HA. Arch Sex Behav [Internet]. Vol. 40. Springer; 2011 Aug 1. Puberty suppression in a gender-dysphoric adolescent: a 22-year follow-up; p. 843-847.Available from: /pmc/articles/PMC3114100/?report=abstract [cited 2014 Dec 24]

24. Obedin-maliver J, Goldsmith ES, Stewart L, White W, Tran E, Brenman S, et al. Lesbian, Gay, Bisexual, and Transgender–Related Content in Undergraduate Medical Education. 2014; 306(9):971–977.

25. Dowshen N, Nguyen GT, Gilbert K, Feiler A, Margo KL. Improving transgender health education for future doctors. Am J Public Health [Internet]. 2014 Jul; 104(7):e5–e6. Available from: http://www.ncbi.nlm.nih.gov/pubmed/24832417.

26. Fox JC. State to cover gender reassignment surgery and hormone treatment for transgender patients [Internet]. The Boston Globe. 2014 Available from: http://www.bostonglobe.com/metro/2014/06/20/state-cover-gender-reassignment-surgery-and-hormone-treatment-for-transgender-patients/a9OPrvqdUPmRoiAQugVwEO/story.html.

27. Bauer GR, Scheim AI, Deutsch MB, Massarella C. Reported emergency department avoidance, use, and experiences of transgender persons in Ontario, Canada: results from a respondent-driven sampling survey. Ann Emerg Med [Internet]. 2014 Jun; 63(6):713–720.e1. Available from: http://www.ncbi.nlm.nih.gov/pubmed/24184160.

28. Cruz TM. Assessing access to care for transgender and gender nonconforming people: a consideration of diversity in combating discrimination. Soc Sci Med [Internet]. 2014 Jun.110:65–73. Available from: http://www.sciencedirect.com/science/article/pii/S0277953614002111.

Guss et al.

**Author Manuscript**

**Author Manuscript**

**Author Manuscript**

**Author Manuscript**

### Key Points

- Primary care providers are optimally positioned to welcome TGN adolescent patients to medical care and to create a medical home.

- TGN youth are at higher risk for bullying or harassment, substance use, and depression than their non-TGN peers.

- There are several published guidelines to help guide medical and surgical transition.

- Following social and medical gender transition, there is reduced gender dysphoria and improved psychological functioning.

Guss et al.

**Table 1**

Terminology related to transgender and gender non-conforming youth(3,4).

| Term | Definition |
|---|---|
| Cross-sex hormones | Use of feminizing hormones in an individual assigned male at birth, or masculinizing hormones in an individual assigned female at birth |
| Female-to-Male (FTM) | Individuals assigned female at birth who identify on the masculine spectrum and may undergo gender affirming medical treatments to masculinize their body |
| Gender dysphoria | An individual's affective/cognitive discontent with the assigned sex. Refers to the distress that may accompany the incongruence between one's experienced or expressed gender and one's assigned sex. |
| Gender identity | An individual's internal identification as male, female or elsewhere on the gender spectrum |
| Gender non-conforming/gender atypical | An individual whose gender identity, role, or expression is not typical of individuals with the same assigned sex in a given society and historical era |
| Genderqueer | A term which may be used by individuals whose gender identity and/or role does not conform to a binary understanding of gender as limited to the categories of male or female |
| Gender role | Personality, appearance, and behavior traits that society designates as masculine or feminine |
| Male-to-Female (MTF) | Individuals assigned male at birth who identify on the feminine spectrum and may undergo gender affirming medical treatments to feminize their body |
| Sex | Biological indicators of male and female, such as sex chromosomes, gonads, sex hormones, and internal/external genitalia. |
| Gender affirmation surgery (Sex reassignment surgery) | Surgery to change primary and/or secondary sex characteristics to affirm a person's gender identity. |
| Transgender | Adjective to describe a diverse group of individuals who cross defined categories of gender |
| Transsexual | Term to describe individuals who seek to change or have changed their primary and/or secondary sex characteristics through medical interventions (hormones and/or surgery) with a permanent change in gender role |
| Transition | Period of time when individuals change from the gender role associated with their sex assigned at birth to a different gender role. The nature and duration of transition are variable and individualized. |

Author Manuscript   Author Manuscript   Author Manuscript   Author Manuscript

111

When Sex and Gender Collide | Scientific American

*Ex. 7*

SEPTEMBER 1, 2017  |  12 MIN READ

# When Sex and Gender Collide

Studies of transgender kids are revealing fascinating insights about gender in the brain

BY KRISTINA R. OLSON



Credit: Lindsay Morris

September 2017 Issue ⌄       Neuroscience ⌄

On arrival at a friend's house for dinner one night in the fall of 2008, I joined the evening's youngest guest, five-year-old Noah, who was playing on the couch. Little did I know he would single-handedly change the course of my career.

As a professor of developmental psychology, hanging out at the kids' table is not unusual for me. I study how children think about themselves and the people around them, and some of my keenest insights have come from conversations like this one. After some small talk, I saw Noah glance around the room, appear to notice that no one was looking and retrieve something



*Summer*
EXHIBIT NO. 7
FOR IDENTIFICATION
DATE: 4.2.24
Leisa Pastor, CSR, CRR

from inside his pocket. The reveal was slow but the result unmistakable: a
beloved set of Polly Pocket dolls.

Over the next few years I got to know Noah well and learned more about his
past (all names of children here are pseudonyms to protect their privacy).
Noah's parents had first noticed that he was different from his brother in the
preschool years. He preferred female playmates and toys more commonly
associated with girls, but his parents were unfazed. As he got older, Noah grew
out his previously short hair and replaced his fairly gender-neutral wardrobe
with one that prominently featured Twinkle Toes—shoes that lit up in pink as
he stepped. Unlike many similar kids, Noah's family, friends and school fully
accepted him. They even encouraged him to meet other kids like himself, boys
who flouted gender norms. Along with the other adults in Noah's life, I
couldn't help but wonder: What did Noah's behavior mean? Was he gay?
Could he just be a kid who paid less attention to gender norms than most? At
the time I had no idea that these questions would soon guide my scientific
research.

Life for Noah started to change when he hit third and fourth grade. Noah
recently explained how at this time, it became increasingly apparent that
although people accepted his preferences and befriended him nonetheless, the
way he saw himself—as a girl—was at odds with the way others saw him.
When people used his name and male pronouns, he realized that they thought
of him as a boy. Noah remembers that this awareness made him increasingly
unhappy—a feeling that had been rare just a few years earlier. According to his
mom, previously cheerful and high-spirited Noah became sad and melancholy.
This is when his family, after consulting with local therapists, reached a big
decision that had been in the making for years. Noah came out as transgender,
and accordingly Noah's friends, family and school community were asked to
use a new name, Sarah, and to refer to Sarah as a girl.



Fourteen-year-old Sarah, photographed at home, knew from a young age that she was a girl rather than the boy she seemed to be at birth. Credit: Lindsay Morris

At this point I had been studying developmental psychology for a decade,
mostly looking into how young children think about the social categories—
race, gender, social class—around them. In my free time, I looked for research
about kids such as Sarah. Not a single quantitative study had investigated
young children who had "switched" gender. ("Sex" refers to the biological

114

When Sex and Gender Collide | Scientific American

categories male and female, whereas "gender" references one's identification with the social and cultural attributes and categories traditionally attached to each sex.) At that time nearly all adults who were transgender had transitioned much later in life, and almost no one had supported their early gender nonconformity (their desire to express preferences or behaviors that defy societal expectations for their sex). I wondered what we could learn about gender from such young pioneers as Sarah. What was the impact of transitioning on children's mental health and identity? What would this decision mean for their future?

### HOW WE LEARN GENDER

When most people hear about trans children, they are surprised. How could a three-year-old have such a clear sense of gender identity? People frequently compare early-identifying trans children with those who go through phases of believing they are cats or dinosaurs or who have imaginary friends. They use this comparison as evidence that no young child *knows* his or her identity or what is real or not real. Yet decades of work on gender development suggests these are precisely the ages at which nearly all kids are coming to understand their own and others' gender identities.



GENDERLESS BABY
in
**2017**
Canada issued what may be the world's first genderless ID card to a baby born to a parent who preferred not to designate the child as either male or female.

Source: "Parent Fights to Omit Gender on B.C. Child's Birth Certificate," by Maryse Zeidler, in CBC News. Published Online June 30, 2017. www.cbc.ca/news/canada/british-columbia/parent-fights-to-omit-gender-on-b-c-child-s-birth-certificate-1.4186221

In Western cultures (where most of this research has been done), within the first year of life infants begin to distinguish people by sex, seeing individuals as either male or female. By about 18 months toddlers begin to understand gendered words such as "girl" or "man" and associate those words with sex-matched faces. By 24 months children know of sex stereotypes (such as associating women with lipstick), and before their third birthday nearly all kids label themselves and others with gender labels that match their sex.

During the preschool years, large numbers of young people go through what gender researchers May Ling Halim of California State University, Long Beach, and Diane Ruble of New York University call the "pink frilly dress stage": most girls become obsessed with frilly princess dresses or similarly "gendered" clothing, whereas many boys prefer superhero gear or formal wear and actively avoid pink. Around this time children also often exhibit strong preferences for the company of same-sex friends, engage in activities

stereotypically associated with their sex and show a developing understanding that their sex is an enduring quality—believing that girls develop into women and boys into men.

Through the elementary school years, most children continue to associate themselves strongly with their sex group when asked both directly and indirectly. One experiment involves asking young participants to sort photographs of children on a computer screen into "boys" and "girls" while categorizing a set of words as either "me" words (like "me" and "myself") or "not me" words (like "they" and "them"). Researchers measure how quickly kids can make these categorizations when "boys" and "me" share one response key and "girls" and "not me" share another, compared with how quickly they can make the opposite pairings ("girls" with "me" and "boys" with "not me"). Past studies have found that an overwhelming majority of girls are faster at pairing "girls" with "me" and boys are faster at pairing "boys" with "me." Although scientists debate which aspects of development are innate or culturally constructed, or a combination of both, and not every child goes through the same gender pathway, most—including those children raised in families who vary in their parenting style, political beliefs, and racial and ethnic group membership—show the pattern we have described. And most parents, teachers and other adults never give it a second thought—except when kids start asserting that their gender is not what others expect it to be.

**EARLY DIFFERENCES**

When I began the TransYouth Project in 2013, I wanted to understand whether, when and why young people such as Sarah do and do not behave like their peers in terms of their early gender development. The TransYouth Project is an ongoing study of hundreds of transgender and gender-nonconforming children. We focus on kids in the U.S. and Canada who are three to 12 years old when they begin the study, and we plan to follow them for 20 years.

What has been most surprising to me about our findings so far are the myriad ways in which trans kids' early gender development is remarkably similar to that of their peers. That is, children like Sarah look like other girls at every age but nothing like boys on measures of gender identity and preferences. Similarly, transgender boys (children who identify as boys but at birth were considered to be girls) perform like other boys on our tests. For example, one common observation in the preschool years is a strong hypergendered appearance—girls who *love* princess dresses; boys who avoid pink like it's the plague. We find the same thing in our youngest transgender children. The degree of their preferences for stereotypical clothes, as well as their tendency to prefer to befriend those of their self-identified gender and the degree to which they see themselves as members of their gender group, is statistically

indistinguishable from their peers' responses on the same measures throughout the childhood years.



Charlie prefers clothes and toys associated with girls but identifies as a boy He is pictured here at age 10. Credit: Lindsay Morris

Furthermore, when predicting their identities into the future, trans girls see themselves becoming women and trans boys feel that they will be men, just as other girls and boys do. Even when we present children with more indirect or implicit measures of gender identity—the measures that assess reaction times rather than children's more explicit words and actions—we have found that trans girls see themselves as girls and trans boys see themselves as boys, suggesting that these identities are held at lower levels of conscious awareness. All this research combines to show that transgender identities in even very young children are surprisingly solid and consistent across measures, contradicting popular beliefs that such feelings are fleeting or that children are simply pretending to be the opposite gender.

### THE ROOTS OF GENDER

But where does the feeling of gender come from in the first place? The science is still far from conclusive. Because of how early this sense of identity can emerge, researchers have been looking for genetic and neuroanatomical signs in transgender people. One approach scientists often use in studying genetics is to look at twins. A major difference between identical and fraternal twins is that the former share more of their genetic material than the latter. If researchers find more agreement in transgender identity among identical twins than in fraternal twins, they infer that genetics play some role. And in fact, this is exactly what early studies are finding (although identical twins may also share more aspects of their socialization and environment). For example,

When Sex and Gender Collide | Scientific American

in one 2012 review of the literature, Gunter Heylens of Ghent University in Belgium and his colleagues looked at 44 sets of same-sex twins in which at least one twin identified as transgender. They found that in nine of the 23 identical twin pairs, both siblings were transgender, whereas in no case among the 21 same-sex fraternal twin pairs were both twins transgender, suggesting transgender identity has some genetic underpinning. Despite these results, however, which particular genetic variations are involved is an open question.

Similarly, although some neuroscience studies have shown that brain structures of trans people resemble those of individuals with the same gender identity, rather than people with the same sex at birth, these findings have often involved small samples and have not yet been replicated. Further complicating interpretation of neuroscience results is the fact that brains change in response to experience, so even when differences appear, scientists do not know whether structural or functional brain differences *cause* the experience of a particular gender identity or *reflect* the experience of gender identity. Muddying the already murky waters, neuroscientists continue to debate whether even among people who are not transgender, there are reliable sex (or gender) differences in brains [see "Is There a 'Female' Brain?"]. Thus, whereas the topic is an active line of work in many research laboratories around the world, definitive conclusions about genetic and neural correlates of gender identity remain elusive.

Perhaps the most critical questions about transgender children, however, are about their well-being. Transgender adults and teens who did not go through the early social transition of kids such as Sarah and who were often rejected by peers and even their own families tend to have highly elevated rates of anxiety and depression. Estimates suggest that more than 40 percent of these largely unsupported trans teens and adults will attempt suicide. Many families like Sarah's report that these heartbreaking statistics are why they supported their children's early transitions.

My colleagues and I are finding—both in reports from parents and from kids themselves—that trans youth who make the social transition at a young age are doing remarkably well. They have depression rates comparable to their peers and only slightly elevated rates of anxiety. They also show very strong self-esteem. Whether these indicators of mental health stay strong as our cohort of trans children moves into the teen years remains to be seen, and certainly our all-volunteer sample is unlikely to be fully representative of all trans children alive today. Yet paired with work suggesting that interventions in adolescence (that involve not only social transitions but also hormonal therapy) are associated with improved mental health, these findings suggest that the high rates of depression, anxiety and suicide seen in earlier studies are not inevitable. Instead, as the world becomes more educated about transgender

When Sex and Gender Collide | Scientific American

people, as rejection and bullying decrease, and as these youth receive support and intervention at earlier ages, we are optimistic that mental health risks will decrease.

### "PINK BOYS" AND TOMBOYS

The first question I typically get when talking about transgender kids is something like, "Are you saying tomboys are actually transgender?" or "I used to be a boy who loved princess dresses. Are you suggesting I was transgender?" Of course, not all children who defy sex stereotypes as Sarah did are transgender. In fact, I would venture to say that most of them are not.



Sarah's decision to transition genders was made in elementary school. Sarah is shown with her parents here Credit: Lindsay Morris

One such kid is Charlie. On the surface Charlie seemed a lot like Sarah early in life. Both were assumed to be boys at birth, and both showed signs by the preschool years that they were different. As with Sarah, Charlie loved all things feminine. His mom recalls that by age two, Charlie loved pink sparkly clothing and would put a towel over his head pretending it was hair. Much like Sarah's family, Charlie's family introduced him to other boys who loved feminine stuff. And over the years some of these children, like Sarah, socially transitioned. But Charlie did not. I recently asked Charlie about his decision not to transition. He explained that his family (sometimes with the help of a therapist) spent a lot of time talking about social transitions and made it clear that they were onboard if that was what he wanted. Charlie said he considered this possibility in the back of his mind for several years but ultimately decided that although he unabashedly liked stereotypically "girl" things (in fact the very day I interviewed him, Charlie was wearing pink shorts, a purple T-shirt and a pink scarf to school) and even if he occasionally uses a girl's name at camp, at the end of the day Charlie feels that he is a boy. As his mom explained, Charlie said that what he really wanted was for the world to accept him as he is—to let him wear what he wanted to wear and do what he wanted to do. But he did not truly feel he was a girl.

My work with children such as Charlie is ongoing, but preliminary data from others suggest that distinctive developmental trajectories may differentiate Sarah and Charlie. For instance, the degree to which a child gravitates to toys and clothes associated with the opposite gender may distinguish kids who

ultimately identify as transgender from those who do not—on average, children like Sarah show even more gender nonconformity than children like Charlie. Other studies have suggested that the way kids talk about their gender identity—feeling you are a girl versus feeling that you wish the world was okay with your being a feminine boy (what Charlie's mom calls a "pink boy")—predicts the different paths of children like Sarah versus Charlie.

Researchers are also increasingly recognizing and studying people with nonbinary identities. Put simply, these are individuals who do not feel as if they are boys or girls, men or women, nor do they feel fully masculine or feminine. Instead many nonbinary people fall somewhere in the middle of a spectrum from masculine to feminine. To date, our research team has worked with several children who see themselves this way, but this group is not yet large enough from which to draw any strong conclusions.

What is undoubtedly true is that scientists have much to learn about children such as Sarah and Charlie. What does it mean to have a sense of yourself as a boy or a girl or something else? What makes a child more or less likely to identify that way? And how can we help all kids to be comfortable with themselves? Finding answers is especially difficult because gender is defined by culture, which constantly changes. In 1948, for instance, only 32 percent of adults believed women should wear slacks in public. Certainly feminine boys and masculine girls are not new; they are widely recognized in many indigenous cultures.

Today 14-year-old Sarah and 13-year-old Charlie are self-confident, smart and hardworking teens. Sarah plays piano, varsity field hockey and recently took up track. Charlie plays in a band and performs in theater. Both kids are popular and spend more of their time worrying about doing well in school and the complexities of adolescent social networks than about their gender. Both look to the future, excited about the possibilities that await them in college and beyond. Sarah says she wants to raise children with her future husband and aspires to make the world better for trans young people like herself. Charlie has dreams of moving to New York City to perform on Broadway. Both teens hope one day kids like them will be accepted for who they are regardless of the gender labels they use. In that hope, surely all of us can agree.

RIGHTS & PERMISSIONS

**MORE TO EXPLORE**
**Mental Health and Self-Worth in Socially Transitioned Transgender Youth.** Lily Durwood et al. in *Journal of the Academy of Child and Adolescent Psychology,* Vol. 56, No. 2, pages 116–123.e2; February 2017.
**The TransYouth Project:** http://depts.washington.edu/transyp

**FROM OUR ARCHIVES**
**Transgender Kids: What Does It Take to Help Them Thrive?** Francine Russo; *Scientific American Mind,* January 2016.

**KRISTINA R. OLSON** is a professor of psychology at Princeton University where she directs the Human Diversity Lab and the Trans Youth Project.

More by Kristina R. Olson



This article was originally published with the title "When Sex and Gender Collide" in Scientific American Magazine Vol. 317 No. 3 (September 2017), p. 44

doi:10.1038/scientificamerican0917-44

View This Issue

# Popular Stories



**SPACE EXPLORATION** | MARCH 14, 2024

## Voyager 1's Immortal Interstellar Requiem

NASA is reaching across more than 15 billion miles to rescue its malfunctioning Voyager 1 probe—but this hallowed interstellar mission can't live forever

NADIA DRAKE



**ASTRONOMY** | FEBRUARY 2, 2024

## Here Are the Best Places to View the 2024 Total Solar Eclipse

Weather predictions and population statistics show the best spots to see the total solar eclipse over North America this April

KATIE PEEK



**MEDICINE** | MARCH 13, 2024

## COVID-19 Leaves Its Mark on the Brain. Significant Drops in IQ Scores Are Noted

Research shows that even mild COVID-19 can lead to the equivalent of seven years of brain aging

ZIYAD AL-ALY, THE CONVERSATION US



**ANIMALS** | MARCH 11, 2024

## A Double Emergence of Periodical Cicadas Isn't Cicada-geddon—It's a Marvel

The U.S. will see two adjacent broods of periodical cicadas emerge this spring

MEGHAN BARTELS



**THE SCIENCES** | MAY 17, 1999

## What Is Pi, and How Did It Originate?

Steven Bogart, a mathematics instructor at Georgia Perimeter College, answers

STEVEN BOGART



**WEATHER** | MAY 11, 2023

## Watch Out: Tornado Alley Is Migrating Eastward

Tornado outbreaks are moving from Texas and Oklahoma toward Tennessee and Kentucky, where people may not be prepared

MARK FISCHETTI, MATTHEW TWOMBLY, DANIEL P. HUFFMAN



**Contemporary Endocrinology**
*Series Editor:* Leonid Poretsky

Leonid Poretsky
Wylie C. Hembree  *Editors*

# Transgender Medicine

## A Multidisciplinary Approach



EXHIBIT NO. 8
FOR IDENTIFICATION
DATE:
Leisa Pastor, CSR, CRR



Humana Press

# Contemporary Endocrinology

**Series editor**

Leonid Poretsky, Friedman Transgender Health and Wellness Program,
Division of Endocrinology, Lenox Hill Hospital, Donald and Barbara Zucker
School of Medicine at Hofstra/Northwell, New York, NY, USA

More information about this series at http://www.springer.com/series/7680

Leonid Poretsky · Wylie C. Hembree
Editors

# Transgender Medicine

## A Multidisciplinary Approach

 Humana Press

*Editors*
Leonid Poretsky
Friedman Transgender Health and Wellness
Program, Division of Endocrinology
Lenox Hill Hospital, Donald and Barbara
Zucker School of Medicine at
Hofstra/Northwell
New York, NY, USA

Wylie C. Hembree
Columbia University
New York, NY, USA

ISSN 2523-3785                ISSN 2523-3793   (electronic)
Contemporary Endocrinology
ISBN 978-3-030-05682-7        ISBN 978-3-030-05683-4   (eBook)
https://doi.org/10.1007/978-3-030-05683-4

Library of Congress Control Number: 2018963998

© Springer Nature Switzerland AG 2019
This work is subject to copyright. All rights are reserved by the Publisher, whether the whole or part of the material is concerned, specifically the rights of translation, reprinting, reuse of illustrations, recitation, broadcasting, reproduction on microfilms or in any other physical way, and transmission or information storage and retrieval, electronic adaptation, computer software, or by similar or dissimilar methodology now known or hereafter developed.
The use of general descriptive names, registered names, trademarks, service marks, etc. in this publication does not imply, even in the absence of a specific statement, that such names are exempt from the relevant protective laws and regulations and therefore free for general use.
The publisher, the authors and the editors are safe to assume that the advice and information in this book are believed to be true and accurate at the date of publication. Neither the publisher nor the authors or the editors give a warranty, express or implied, with respect to the material contained herein or for any errors or omissions that may have been made. The publisher remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

This Humana Press imprint is published by the registered company Springer Nature Switzerland AG
The registered company address is: Gewerbestrasse 11, 6330 Cham, Switzerland

# Series Editor Foreword

Transgender medicine, like transgender rights, is a new frontier. Endocrinologists, however, have been inhabiting this frontier for decades because of the patients' need for hormonal therapy. For this reason, I thought it would be appropriate to publish *Transgender Medicine: A Multidisciplinary Approach* in the *Contemporary Endocrinology* series.

Needless to say, comprehensive care of a transgender individual requires much more than hormonal therapy—primary care physicians, mental health professionals, pediatricians, plastic surgeons, specialists in reproductive health, and other medical specialists all have important roles to play. Further, because transgender patients' needs often extend beyond medicine, social workers, legal professionals, and spiritual counselors also may have to be involved. Hence, the interdisciplinary nature of this book.

I am thankful to an outstanding group of accomplished experts passionately devoted to this field who enthusiastically contributed their time and effort to this volume. I realize that there is no publication that can match our transgender patients' perseverance, determination, and courage in their pursuit of a fulfilling and happy life. I hope that this text will make a contribution to the development of the knowledge base sorely needed to help transgender individuals achieve their life goals.

New York, NY, USA                                              Leonid Poretsky, MD

v

# Preface

Medical and social care of transgender persons require complicated, multidisciplinary efforts with complex strategies and many unknowns. The biology of gender identity, gender dysphoria, and gender incongruence is still incompletely understood. The best medical practice options are often based upon retrospective or empirical studies rather than upon controlled, randomized, double-blind trials common to most other areas of medicine.

Even hormone therapy for transgender individuals is commonly based upon the strategies used for estrogen replacement in menopausal women or testosterone in hypogonadal men—treatment modalities whose goals differ from those of gender affirming hormone therapy in transgender individuals. As a result, treatment may lack consistent standards of care required to ensure an acceptable transition in hormone levels using the best available therapeutic options. To make things even more complex, in addition to hormone therapy, transgender persons have a multitude of coincident needs—medical, surgical, educational, social, and legal—all of which must be addressed.

In planning this volume, we attempted to address as many of these needs as possible. We have engaged a multidisciplinary group of experts and asked them to provide recommendations and advice based upon the best available evidence. Clearly, the important and compelling field of transgender medicine will continue to evolve and the next edition of this text (if and when it comes) may look very different. So, in the meantime, we hope that the reader will find this text a useful guide for safe and efficient care of transgender persons.

We are grateful to all contributors who embraced this project with immense enthusiasm and to our students who keep asking good questions and demanding evidence-based answers. Most importantly, we are indebted to those transgender persons from whom we continue to learn daily and with whom we are proud to share their accomplishments.

New York, NY, USA

Leonid Poretsky, MD
Wylie C. Hembree, MD

vii

# Contents

1   **History and Prevalence of Gender Dysphoria** . . . . . . . . . . . . . . . . . .   1
    Tonia Poteat, Katherine Rachlin, Sean Lare, Aron Janssen
    and Aaron Devor

2   **Review of Medical, Socioeconomic, and Systemic Barriers
    to Transgender Care** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   25
    Joshua D. Safer and Kelly J. Chan

3   **Biology of Gender Identity and Gender Incongruence** . . . . . . . . . .   39
    Oksana Hamidi and Todd B. Nippoldt

4   **Primary Care of Transgender Adults** . . . . . . . . . . . . . . . . . . . . . .   51
    Asa Radix

5   **Primary Care of Transgender Children and Adolescents** . . . . . . . .   69
    Brittany J. Allen

6   **Geriatric Transgender Care** . . . . . . . . . . . . . . . . . . . . . . . . . . . .   93
    Noelle Marie Javier

7   **Mental Health Issues in Caring for the Transgender
    Population** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   113
    Shervin Shadianloo and Richard R. Pleak

8   **Endocrine Care of Transgender Adults** . . . . . . . . . . . . . . . . . . . . .   143
    Sarah L. Fishman, Maria Paliou, Leonid Poretsky
    and Wylie C. Hembree

9   **Endocrine Care of Transgender Children and Adolescents** . . . . . . .   165
    Daniel Evan Shumer and Adrian Araya

10  **Gender Confirmation Surgery** . . . . . . . . . . . . . . . . . . . . . . . . . . .   183
    Mark Fisher, Mark Smith and Adam D. Perry

x                                                                    Contents

11  Fertility Issues in Transgender Care ........................... 197
    Leon Telis, Stephanie Baum, Tomer Singer
    and Boback M. Berookhim

12  Voice Changes in Transgender Care ............................ 213
    Jean Sawyer

13  HIV Infection in Transgender Persons ......................... 239
    Ladan Ahmadi, Angelica Nocerino and Daniel Puneky

14  Transgender Care and Medical Education ...................... 283
    Tamar Reisman, Dennis Dacarett-Galeano and Zil Goldstein

15  The Social Elements of TGNC's Individual's Journey
    to Living Authentically ...................................... 293
    Donna B. Riley

16  Legal Issues for Transgender Individuals ..................... 325
    Noah E. Lewis

17  Ethics of Gender-Affirming Care ............................. 341
    Warren M. Seigel, Kelly McBride Folkers
    and Nancy Neveloff Dubler

18  Spiritual Care of Transgender Persons ........................ 357
    Jo Hirschmann, Emilee Walker-Cornetta and Susan Jelinek

19  Resources for Transgender Individuals: Transgender
    Organizations and Services .................................. 377
    Deeangelys Colón, Samantha Goldstein and Leonid Poretsky

Index ........................................................... 463

# Contributors

**Ladan Ahmadi, MD** Department of Internal Medicine, Lenox Hill Hospital, Northwell Health, New York, NY, USA

**Brittany J. Allen, MD** Department of Pediatrics, University of Wisconsin School of Medicine and Public Health, Madison, WI, USA

**Adrian Araya, MD** Department of Pediatrics, Mott Children's Hospital, Michigan Medicine, Ann Arbor, MI, USA

**Stephanie Baum, MD** Department of OBGYN and Reproductive Endocrinology and Infertility, Lenox Hill Hospital, Northwell Health, New York, NY, USA

**Boback M. Berookhim, MD** Department of Urology, Lenox Hill Hospital, Northwell Health, New York, NY, USA

**Kelly J. Chan, BA** Boston Medical Center and Boston University School of Medicine, Boston, MA, USA

**Deeangelys Colón, BA** Department of Endocrinology, Lenox Hill Hospital, Northwell Health, New York, NY, USA

**Dennis Dacarett-Galeano, BA** Icahn School of Medicine at Mount Sinai, New York, NY, USA

**Aaron Devor, Phd** University of Victoria, Victoria, BC, Canada

**Nancy Neveloff Dubler, AB, LL.B** Division of Medical Ethics, Department of Population Health, NYU School of Medicine, New York, NY, USA; NYC Health + Hospitals, New York, USA

**Mark Fisher, MD** Department of Plastic and Reconstructive Surgery, Zucker School of Medicine at Hofstra/Northwell, Hempstead, NY, USA

**Sarah L. Fishman, MD, Phd** Division of Endocrinology, Lenox Hill Hospital, Northwell Health, New York, NY, USA

**Kelly McBride Folkers, MA** Division of Medical Ethics, Department of Population Health, NYU School of Medicine, New York, NY, USA

**Samantha Goldstein, DO** Department of Internal Medicine, Lenox Hill Hospital, Northwell Health, New York, NY, USA

**Zil Goldstein, MSN** Department of Medical Education, The Mount Sinai Health System, New York, NY, USA

**Oksana Hamidi, DO** Department of Endocrinology and Metabolism, UT Southwestern Medical Center, Dallas, TX, USA

**Wylie C. Hembree, MD** Division of Endocrinology, Columbia University College of Physicians and Surgeons, New York, NY, USA

**Jo Hirschmann, BCC, ACPE** Department of Spiritual Care and Education, Mount Sinai Beth Israel, New York, NY, USA

**Aron Janssen, MD** Department of Child and Adolescent Psychiatry, Hassenfeld Children's Hospital at NYU Langone, New York, NY, USA

**Noelle Marie Javier, MD** Department of Geriatrics and Palliative Medicine, Icahn School of Medicine at Mount Sinai, New York, NY, USA

**Susan Jelinek, BCC** Department of Pastoral Care, Cincinnati Children's Hospital Medical Center, Cincinnati, OH, USA

**Sean Lare, LCSW-C** Sean Lare Counseling and Consulting, Columbia, MD, USA

**Noah E. Lewis, Esq.** Transcend Legal, Jackson Heights, NY, USA

**Todd B. Nippoldt, MD** Department of Endocrinology, Diabetes and Nutrition, Mayo Clinic, Rochester, MN, USA

**Angelica Nocerino, MD** Department of Internal Medicine, Lenox Hill Hospital, Northwell Health, New York, NY, USA

**Maria Paliou, MD** Division of Endocrinology, Lenox Hill Hospital, Northwell Health, New York, NY, USA

**Adam D. Perry, MD** Department of Plastic and Reconstructive Surgery, Zucker School of Medicine at Hofstra/Northwell, Hempstead, NY, USA

**Richard R. Pleak, MD** Division of Child and Adolescent Psychiatry, Donald and Barbara Zucker School of Medicine at Hofstra/Northwell, Glen Oaks, NY, USA

**Leonid Poretsky, MD** Friedman Transgender Health and Wellness Program, Division of Endocrinology, Lenox Hill Hospital, Donald and Barbara Zucker School of Medicine at Hofstra/Northwell, New York, NY, USA

**Tonia Poteat, Phd, MPH, PA-C** Department of Social Medicine, University of North Carolina, Chapel Hill, NC, USA

**Daniel Puneky, MD** Department of Internal Medicine, Lenox Hill Hospital, Northwell Health, New York, NY, USA

**Katherine Rachlin, Phd** Clinical Psychologist in Private Practice, New York, NY, USA

**Asa Radix, MD, MPH** Department of Medicine, Callen-Lorde Community Health Center, New York, NY, USA

**Tamar Reisman, MD** Division of Endocrinology, Diabetes and Bone Disease, Department of Internal Medicine, Icahn School of Medicine at Mount Sinai, New York, NY, USA

**Donna B. Riley, Phd, LCSW-R** School of Social Welfare, Stony Brook University, Stony Brook, NY, USA

**Joshua D. Safer, MD, FACP** Center for Transgender Medicine and Surgery, Mount Sinai Health System and Icahn School of Medicine, New York, NY, USA

**Jean Sawyer, Phd** Department of Communication Sciences and Disorders, Illinois State University (This is a university and not a hospital), Normal, IL, USA

**Warren M. Seigel, MD, MBA, FAAP, FSAHM** Division of Adolescent Medicine, Bioethics Consultation Service, Department of Pediatrics, NYC Health + Hospitals/Coney Island, Brooklyn, NY, USA

**Shervin Shadianloo, MD** Division of Child and Adolescent Psychiatry, Zucker Hillside Hospital, Glen Oaks, NY, USA

**Daniel Evan Shumer, MD, MPH** Department of Pediatrics, Mott Children's Hospital, Michigan Medicine, Ann Arbor, MI, USA

**Tomer Singer, MD** Department of OBGYN and Reproductive Endocrinology and Infertility, Lenox Hill Hospital, Northwell Health, New York, NY, USA

**Mark Smith, MD** Department of Plastic and Reconstructive Surgery, Zucker School of Medicine at Hofstra/Northwell, Hempstead, NY, USA

**Leon Telis, MD** Department of Urology, Lenox Hill Hospital, Northwell Health, New York, NY, USA

**Emilee Walker-Cornetta, BCC** Department of Pastoral Care and Education, New York-Presbyterian Hospital, Columbia University Irving Medical Center, New York, NY, USA

## Chapter 9
# Endocrine Care of Transgender Children and Adolescents



**Daniel Evan Shumer and Adrian Araya**

## Introduction

An estimated 0.7% of youth ages 13–17 in the United States identify as transgender according to a 2017 report, the largest percentage of any measured age group [1]. Dozens of US comprehensive clinical care programs [2] and likely, hundreds of individual providers across the country and around the world are now providing hormonal care for transgender youth. Current treatment approaches have their roots in the so-called "Dutch Protocol", consisting of confirmation of a diagnosis of gender dysphoria by a mental health professional, pubertal suppression at Tanner stage 2, and treatment with gender-affirming hormones in later adolescence [3]. This treatment strategy has subsequently been codified by the World Professional Association for Transgender Health (WPATH) Standards of Care for the Health of Transsexual, Transgender and Gender-Nonconforming People (version 7, 2012) [4] and the Endocrine Society Clinical Practice Guideline for Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons (2017) [5]. Other seminal resources outlining current best practices include the UCSF Guidelines for Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People, section titled "Health considerations for gender nonconforming children and transgender adolescents" [6] and Rosenthal's *Approach to the patient: transgender youth: endocrine considerations* [7]. In this chapter, we aim to review the current standards and provide practical guidance for the clinical care of transgender youth.

D. E. Shumer (✉) · A. Araya
Department of Pediatrics, Mott Children's Hospital, Michigan Medicine, Ann Arbor, MI, USA
e-mail: dshumer@med.umich.edu

© Springer Nature Switzerland AG 2019
L. Poretsky and W. C. Hembree (eds.), *Transgender Medicine*, Contemporary Endocrinology, https://doi.org/10.1007/978-3-030-05683-4_9

165

## Terminology

A brief review of terminology related to transgender youth serves as an introduction to subsequent sections. Note that this lexicon influx, and some terms which were previously in common use have been replaced and may be considered offensive by some. Below are some currently used terms and their definitions [5, 7–9].

*Gender identity*: an internal sense of oneself as a boy or girl, man or woman, somewhere along a gender spectrum, or as having no gender (agender). This is not the same as *sexual orientation*, defined below.

*Assigned sex (sex assigned at birth or natal sex)*: the sex assignment made upon birth, typically male or female, based on the appearance of the external genitalia and/or based on information on the infant's chromosomal or hormonal sex. Persons born with a disorder of sex development, in which the classification as male or female may be less clear, may identify with the term *intersex*.

*Transgender*: an umbrella term describing individuals who identify with a gender that is different from gender assigned at birth; may or may not connote gender dysphoria or desire to seek an intervention.

*Transgender girl/woman*: a transgender person who identifies as a girl or a woman. *Transgender boy/man*: a transgender person who identifies as a boy or man.

*Cisgender*: a person whose assigned sex is congruent with gender identity; a person who is not transgender.

*Agender*: a person whose gender identity is not aligned with any gender.

*Gender expression*: ways in which a person may express gender identity through appearance, clothing, and behavior.

*Gender attribution*: process by which others make an assessment of an individual's gender based on the person's expression.

*Sexual orientation*: a person's feelings of romantic interest or sexual attraction directed toward members of one or more sex or gender (*gay, lesbian, bisexual, straight*) or no such attractions (*asexual*).

*Gender dysphoria*: conflict between one's gender identity and assigned sex which results in distress. Gender dysphoria is further defined by the American Psychiatric Association's Diagnostic and Statistical Manual (DSM-5), and in previous versions was referred to as *gender identity disorder*. The DSM separates gender dysphoria in children from gender dysphoria in adolescents and adults. Furthermore, in children, two of the following six criteria must be present to meet the DSM clinical criteria [10]:

1. A strong desire to be of the other gender or an insistence that one is the other gender.
2. A strong preference for wearing clothes typical of the opposite gender.
3. A strong preference for cross-gender roles in make-believe play or fantasy play.
4. A strong preference for the toys, games, or activities stereotypically used or engaged in by the other gender.

5. A strong preference for playmates of the other gender.
6. A strong rejection of toys, games, and activities typical of one's assigned gender.
7. A strong dislike of one's sexual anatomy.
8. A strong desire for the physical sex characteristics that match one's experienced gender.

Likewise, in adolescents and adults, two of the following six criteria must be present to meet criteria:

1. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics.
2. A strong desire to be rid of one's primary and/or secondary sex characteristics.
3. A strong desire for the primary and/or secondary sex characteristics of the other gender.
4. A strong desire to be of the other gender.
5. A strong desire to be treated as the other gender.
6. A strong conviction that one has the typical feelings and reactions of the other gender.

*Transition*: the hormonal, surgical, or social interventions taken to live as one's affirmed gender; specific terms *hormonal transition*, *surgical transition*, and *social transition* refer to those individual processes within one's transition.

*Hormone blockers*, or "*blockers*": term commonly used by patients and families referring to medications that delay the progression of puberty such as gonadotropin-releasing hormone (GnRH) agonists.

*Gender-affirming hormone treatment*: use of medications that will provide secondary sexual characteristics consistent with gender identity, specifically testosterone, or estrogen treatments.

*Gender-affirming surgeries*: surgical interventions providing physical characteristics congruent with gender identity. Patients and families may refer to chest surgeries "top surgery" and genital surgeries as "bottom surgery." Gender-affirmation surgery is preferred over the term *gender-reassignment surgery*.

## Sex Differentiation and Puberty

Prior to discussion of the treatment of gender dysphoria in youth, a foundation in normal growth and development is required, beginning with sex differentiation. In fetal life, the undifferentiated gonad, under direction from the sex chromosomes, becomes differentiated as a testis or an ovary. During the first trimester, the testis or ovary is stimulated by human chorionic gonadotropin from the placenta. Later in fetal life, the hypothalamic–pituitary–gonadal axis develops with gonads receiving stimulation from, and providing feedback to, the central nervous system. The differential production of testosterone, anti-Mullerian hormone, and estrogen in the

168                                                        D. E. Shumer and A. Araya

fetus accounts for the development of male and female internal and external reproductive organs, known as the primary sex characteristics. After birth, gonads continue to produce differential levels of these hormones during a so-called "mini-puberty of infancy", but quickly thereafter become quiescent. Therefore, prepubertal male and female children share a similar hormonal milieu [11]. This fact has significant application for prepubertal transgender youth. Transgender youth who desire to make a social transition is not encumbered by incongruent secondary sex characteristics, the changes that occur during puberty. For example, young transgender girls do not have a low voice, an Adam's apple, facial hair, or masculine facial features; young transgender boys do not have breasts or a feminine body habitus; and therefore gender expression alone (their dress, hairstyle, and behavior) can allow for successful attribution from others as their desired gender. Transgender youth, therefore, require no medical intervention.

Secondary sex characteristics are the group of sex-specific changes that occur during puberty. These changes begin as the GnRH pulse generator matures within the hypothalamus. When secreted in a pulsatile fashion, GnRH acts upon the anterior pituitary causing the pulsatile release of luteinizing hormone (LH) and follicle stimulating hormone (FSH) which, in turn, provides stimulation to the gonads. This process occurs in parallel with adrenarche, during which adrenal androgen production increases, manifested by the development of pubic hair and apocrine body odor [12, 13].

In males, LH stimulates testicular Leydig cells to produce testosterone and FSH stimulates maturation of germ cells and testicular enlargement. Development of male secondary sex characteristics is driven by the production of testosterone and conversion to dihydrotestosterone at end organs. Pubertal development in boys typically occurs as early as 9 years of age as late as 15 years of age with mean age of 11–12 years. Physical manifestation of central puberty presents first with testicular enlargement and scrotal reddening and thinning. These changes are the hallmark of Tanner stage 2. Peak height velocity is achieved, on average, by age 14 [14]. Importantly, while an adolescent male may have fully developed genitalia (Tanner stage 5), continued production of testosterone in young adulthood further acts to contour the facial skeleton. This has relevance when considering whether to use GnRH agonists in transgender girls or young women presenting later to care in order to limit further facial and skeletal masculinization.

In females, puberty is driven by estrogen production. LH stimulates ovarian theca cells to produce androgens which are aromatized to estrogen in granulosa cells. FSH is responsible for follicular recruitment [13]. Pubertal development typically occurs as early as 8 years of age to as late as 14 years of age with mean age of 10–11 years. Physical manifestation of central puberty presents first with the development of glandular breast tissue characterized by elevation of breast and papilla, the hallmark of Tanner stage 2 [15]. Peak height velocity is achieved in Tanner stage 2–3 prior to menses, with menses occurring 2–2.5 years after Tanner stage 2 begins [16].

## Historical Perspectives

The current hormonal management of transgender youth evolved from strategies first described by Delemarre-van de Waal and Cohen-Kettenis at the Amsterdam Gender Clinic in 2006, and was subsequently referred to as the "Dutch Protocol" [3]. This protocol was derived from several important observations: (i) prior to the onset of puberty, no hormonal intervention is necessary; (ii) after the onset of puberty, the development of secondary sex characteristics can exacerbate a young person's gender dysphoria and also cause permanent changes to the young person's body, incongruent with their gender identity; (iii) the onset of puberty occurs at an age when providers were not comfortable starting medications which would cause irreversible effects; (iv) older adolescents and young adults can make appropriately informed decisions about gender-affirming hormone treatments and gender-affirming surgeries. The specific timeline outlined by Delemarre-van de Waal and Cohen-Kettenis dictated that youth with consistent cross-gender identity could begin GnRH agonist at Tanner stage 2 or 3 *and* at an age older than 12 [3]. The supposition was made that prepubertal youth may or may not have persisting gender dysphoria and that persistent dysphoria could not be predicted. By waiting until Tanner stage 2 or 3, the young person would experience some pubertal development, and the exacerbation of dysphoria would be diagnostic of persisting dysphoria into later adolescence and adulthood [17, 18]. Age 12 was chosen as an age when adolescents were able to make medical decisions with their caretakers [19]. Pubertal suppression could also be applied to adolescents presenting after age 12 and in later stages of pubertal development with a goal to halt further progression of puberty. Gender-affirming hormone treatments could be introduced at age 16, an age chosen because at this age Dutch adolescents were considered adults in the context of medical decision making. Pubertal development aligned with gender identity was achieved by gradually increasing doses of testosterone or estrogen every 6 months until adult hormonal levels were achieved. GnRH agonist treatment was continued at least until adult hormonal levels were reached and preferably until gonadectomy. Gender-affirming surgeries were deferred until age 18 in the initial descriptions of the protocol.

The Dutch Protocol provided the framework for subsequent guidelines [4–7] and current clinical practices. The authors noted that hormonal treatment for transgender youth is a controversial topic, but argued that nonintervention is not a neutral option; postponing medical intervention until adulthood may portend negative mental health outcomes for transgender youth [20]. Long-term outcomes data related to the first cohort of patients treated under the Dutch Protocol demonstrated positive mental health outcomes in young adulthood, in contrast to the large mental health disparities faced by untreated transgender persons [21]. That said, the evolving landscape of gender identity has led to the evolution of contemporary care. For example, the Dutch Protocol relied heavily on age cutoffs for medical decision making, largely based on Dutch law at the time. These cutoffs are being reconsidered by many clinicians in favor of other factors including appropriate pubertal

timing, stability of gender identity, patient maturity, ability to understand risks and benefits, and family readiness. Second, gonadectomy was an assumed goal of the initial patients described by the Dutch Protocol. Clinicians today acknowledge that not all transgender youth who are appropriate candidates for hormonal intervention will desire or will be able to afford gonadectomy or other gender-affirming surgeries [22].

## Contemporary Management

The WPATH Standards of Care (SOC) [4] and the Endocrine Society's guidelines [5] currently serve as the basis for clinical care of transgender youth. As mentioned before, guidance published by UCSF [6] and also independently by Rosenthal [7] compliment these guidelines and provide logistical detail. These resources and our clinical experience guide future sections of the chapter.

## The Clinical Care Team

The WPATH SOC and Endocrine Society both strongly recommend that medical providers work with mental health professionals with expertise in the diagnosis of gender dysphoria prior to medical intervention. This recommendation highlights the importance of confirming the diagnosis of gender dysphoria prior to embarking on a medical intervention. In addition, because transgender children and adolescents have increased the risk of suicidal ideation, suicide attempt, depression, and anxiety, evaluation by a mental health professional can be helpful in the diagnosis of comorbid conditions and can help coordinate complimentary mental health treatment as appropriate [23, 24].

The logistics of how mental health professionals work with medical providers is variable and often influenced by local resources. Large hospital-based gender clinics may employ social workers or psychologists to perform independent gender and psychosocial assessments for patients presenting for care [25]. Other providers may form informal networks with community based mental health providers, and ask for letters of support from these providers prior to initiation of hormonal interventions. Additionally, psychiatrists may work within gender teams or as consultants to evaluate and treat patients with unmet psychiatric needs such as depression and anxiety.

Hormone prescribers may have received initial medical training in any number of specialties including, but not limited to, general pediatrics, pediatric endocrinology, adolescent medicine, family medicine, or gynecology. The most important requirement of the hormone provider is that they have an interest in working with this vulnerable patient population—the medical aspects of care can be learned.

Other team members may include: legal consultants (to assist with gender marker changes on legal documents, or to advocate for insurance coverage); nursing (to provide education related to medication administration, for example to teach self-administration of testosterone); plastic surgery; and speech and language pathologists (to evaluate and treat voice dysphoria). Individual providers not working as part of a formal gender team may familiarize themselves with local transgender-friendly resources in these fields. In addition, all staff members working with hormone providers should be trained on topics of gender identity, including the use of preferred names and pronouns. This includes, but is not limited to, scheduling staff, receptionists, medical assistants, phlebotomists, and radiology technicians. Leaders of gender teams may need to think critically about the cultural competency of the health system in which they work and advocate at administrative levels in order to improve care for patients.

## Hormonal Interventions

Hormonal interventions used in the treatment of adolescents with gender dysphoria include medications that suppress natal hormone production or action (pubertal suppression), and medications which promote the development of secondary sex characteristics of the affirmed gender (gender-affirming hormone treatment). Factors involved in deciding which interventions are appropriate for the individual patient include the current pubertal stage of the patient, the patient's stated goals of treatment, the maturity level of the patient and their ability to understand risks and benefits of intervention, and the consent and support of parents or guardians (Fig. 9.1). Unfortunately, insurance coverage and affordability of interventions may also dictate what interventions are available to individual patients.



**Fig. 9.1** General timeline for medical interventions in transgender youth/adolescents

## Pubertal Hormone Suppression/Inhibition

GnRH agonists

Both the WPATH SOC and Endocrine Society suggest children with gender dysphoria are eligible for treatment with GnRH agonist medications starting at Tanner stage 2, regardless of age [4, 5]. The goals of suppression include (i) prevention of development of unwanted secondary sex characteristics, (ii) mitigation of the accompanying dysphoria associated with puberty, and (iii) the ability to delay decisions around gender-affirming hormone treatment.

GnRH agonist medications, initially used in pediatrics for the treatment of central precocious puberty, provide continual stimulation of the GnRH receptor. When stimulated continuously, as opposed to in pulsatile fashion, gonadotrophs in the anterior pituitary are inhibited from releasing LH and FSH. Treatments with GnRH agonists, therefore, inhibit pituitary stimulation of the gonads with a goal of suppressing production of the sex hormones, testosterone, and estrogen [26].

GnRH agonists are formulated as intramuscular injections (such as leuprolide acetate 1-month or 3-month preparations) and subcutaneous implants (histrelin, implanted annually). Factors such as preference for more frequent injections versus less frequent surgical implantation procedures and cost/insurance coverage may influence the choice of formulation [7, 23, 27]. In situations where GnRH agonist treatment is desired but not available or affordable, treatment with medroxyprogesterone acetate, which works both to inhibit the hypothalamic–pituitary–gonadal axis and to inhibit gonadal steroidogenesis, has been described. This treatment has been shown to reduce but not completely inhibit sex hormone production in transgender adolescents [28, 29].

The classic scenario when GnRH agonist treatment is prescribed is the young adolescent patient, male or female, presenting at Tanner stage 2. The efficacy of GnRH agonist in this situation is well documented—the young person will be spared the development of unwanted secondary sex characteristics; if the decision is made to proceed with gender-affirming hormone therapy in later adolescence, the adolescent will theoretically only develop secondary sex characteristics of the affirmed gender. This treatment strategy has the potential to avoid dysphoria associated with development of sex characteristics incongruent with gender identity and may obviate need for masculinizing chest surgery (top surgery) in transgender boys and the need for voice training, chondrolaryngoplasty (tracheal shave), facial feminization, and facial and body hair removal for transgender girls [30]. That said, the majority of patients presenting to care may not present at Tanner stage 2. In our clinical practice, about two-thirds of adolescent patients present to care at a more advanced pubertal stage. In these cases, the decision regarding whether to consider GnRH agonist treatment is more complex.

The following factors should be considered when discussing GnRH agonist use for the transgender adolescent presenting at a pubertal stage more advanced than Tanner stage 2: (i) Is more pubertal development expected? (ii) What are the goals

of treatment? (iii) Is the patient currently a candidate for gender-affirming hormone treatment? (iv) Is the patient male or female? Brief case examples will highlight how answers to these questions can assist in medical decision making.

*A transgender girl presents at Tanner stage 4.* Despite the fact that she started male puberty 2 years prior, she has very little facial or body hair, her facial bone structure appears still quite gender neutral. She is a candidate for estrogen therapy and she and her family are considering starting estrogen in 1 year. In this case, there is more masculinization of the facial structure expected, as is often true of adolescent transgender girls in mid-puberty. A significant goal of treatment, in this case, would be to limit masculine facial structure and facial hair development. Regardless of whether this patient decides to start estrogen now or in the future, GnRH agonist treatment could be considered. Concurrent use of GnRH agonist plus estrogen in transgender young women can also be beneficial. This "block-and-replace" strategy can be advantageous—the estrogen dose required to both suppress testosterone production and promote feminization when given as monotherapy may be significantly higher than when used concurrently with GnRH agonist [6].

*A transgender girl presents at Tanner stage 5 to discuss initiation of gender-affirming hormonal treatment.* On clinical exam, the patient has developed adult facial and body hair and is already engaged in the removal of this hair using electrolysis. She has a masculine appearing facial bone structure and is planning to request facial feminization surgery in the future. She is also contemplating vaginoplasty with gonadectomy in the future. This patient does not have expected further masculinizing pubertal development—she is fully masculinized. Treatment with GnRH agonist will not prevent further pubertal development. She may still benefit from concurrent use of GnRH agonist with estrogen in order to limit the required estrogen dose. However, the cost–benefit analysis in this situation is different than the previously described scenario, especially if there is a financial burden to the patient for initiation of GnRH agonist.

*A transgender boy presents at Tanner stage 3 breast development.* He is not yet a candidate for testosterone but is concerned about the prospect of further breast development. In this situation, GnRH agonist could be useful in limiting further breast development and the associated dysphoria accompanying this development. While breast development may not entirely regress on treatment, future mastectomy (top surgery) may require a less invasive incision if breasts do not develop past their current stage (i.e., a periareolar incision may be used rather than an inframammary incision).

*A transgender boy presents at Tanner stage 5 breast development.* He is not currently interested in starting testosterone; however, he is experiencing significant distress associated with his menses. In this scenario, GnRH agonist would inhibit the menstrual cycle, however, other interventions, such as progesterone-only contraceptive medications may have the same effect, and is further described below. The cost–benefit analysis may favor this approach over GnRH agonist treatment. GnRH agonist treatment could be reconsidered if other strategies are not successful [6].

*A transgender boy presents at Tanner stage 3–4 breast development for discussion of gender-affirming hormone treatment.* In this scenario, testosterone therapy is initiated prior to the completion of female puberty. Unlike estrogen monotherapy, testosterone monotherapy is more effective at suppressing further development of female secondary sex characteristics and the additional benefit of concurrent use of GnRH agonist is likely minimal.

In addition to GnRH agonist medications, several other medications should be included in the discussion of pubertal hormone suppression in transgender adolescents.

As previously mentioned, medroxyprogesterone acetate has been described for suppression of puberty when GnRH agonist treatment is not available. Medroxyprogesterone acetate can be given as a daily oral preparation (up to 40 mg/day) or as an intramuscular preparation (150 mg every 3 months) for males or females [7]. Commercially available progesterone-only contraceptive pills, when taken daily, can promote amenorrhea in transgender boys with menses-based dysphoria (for example, norethindrone 5–15 mg daily).

Spironolactone, initially developed as a potassium-sparing diuretic, additionally works to inhibit the synthesis and action of testosterone. Spironolactone (100–300 mg daily) is commonly prescribed to transgender girls and women who have already developed secondary hair (facial hair, body hair) as a means to slow hair growth and limit further hair development.

Prior to initiation of pubertal suppression, a baseline medical evaluation is recommended including height, weight, and blood pressure measurements and Tanner staging. Baseline laboratory evaluation of LH, FSH, estradiol, and testosterone can be used in confirming central puberty and for comparing to posttreatment assessments [5]. Rosenthal suggests assessment of LH, FSH, estradiol (in females), testosterone (in males) at baseline and every 3 months, assessments of calcium, phosphorus, alkaline phosphatase, and 25-hydroxyvitamin D at baseline and annually, and bone age and bone densitometry at baseline and annually in transgender youth treated with pubertal suppression [7]. Assessment of bone metabolism markers has been suggested due to the concerns regarding delaying bone density accrual, further described later in the chapter. Bone age evaluation can help the prescriber understand the individual patient's timing and tempo of growth and development, specifically with regards to height accrual.

## Gender-Affirming Hormonal Interventions

Gender-affirming hormones, specifically testosterone and estradiol, are used to promote development of secondary sex characteristics of the affirmed gender. Specifically, testosterone is used in transgender boys to promote the development of facial and body hair, voice deepening, masculinization of facial structures and of fat and muscle distribution. Testosterone monotherapy, as mentioned above, also typically causes amenorrhea during use. Estradiol is used in transgender girls to

promote breast development and development of a feminine body habitus. Unlike GnRH agonists, which have been described as *reversible* interventions, many of the changes which occur from use of gender-affirming hormones are more permanent. Therefore, careful assessment and thorough discussion of risks, benefits, and expectations of treatment are critical.

The timing of initiation of gender-affirming hormone therapy is a complex decision based on individual, family, social, and societal factors. As discussed, in the initial "Dutch Protocol" the age 16 was used. Many transgender adolescents, however, are deemed to have clear gender dysphoria and are requesting these interventions with parental support at much younger ages. From a social perspective, it may be challenging for a transgender child living in all contexts as their affirmed gender to wait until age 16 to start puberty—an age significantly older than what is typical for their peers. Furthermore, for a child who started GnRH agonist treatment at Tanner stage 2, perhaps as young as 8 or 9 years old, restricting the use of gender-affirming hormone therapy until age 16 would artificially delay their pubertal development, including growth spurt and bone density accrual, by over a half-decade. Given these concerns, many providers treat transgender youth with testosterone or estrogen at ages younger than 16 years. Rosenthal notes the use of age 14 in his review [7]. The Endocrine Society, in its 2017 revised Clinical Practice Guideline, comments: "we recognize that there may be compelling reasons to initiate sex hormone treatment prior to age 16 years, although there is minimal published experience treating prior to age 13.5–14 years of age [5]." As the evolution on age continues, providers seem to be acknowledging that individual readiness factors, rather than age cutoffs, are important when considering the use of gender-affirming hormones.

Testosterone is most commonly prescribed as testosterone cypionate or enanthate and given as an intramuscular (IM) or subcutaneous (SC) injection. For treatment of youth receiving GnRH agonist treatment concurrently, the goal of treatment is to mimic normal male puberty. This can be achieved by prescribing gradually escalating doses over time, such as starting with 12.5 mg/week (or 25 mg/2 weeks) and gradually increasing to 50–100 mg/week (or 100–200 mg/2 weeks) SC based on clinical progress [7]. For older adolescents, especially when not prescribed GnRH agonist concurrently, prescribers can more rapidly increase dosing or start at the lower end of the final dose range. The adult maintenance dose should provide enough testosterone for masculinization, should suppress menses, should limit excessive androgen effects such as acne vulgaris, and should provide for a measured testosterone level in the normal adult male range. In our clinical practice, most commonly prescribed adult dose of testosterone used to achieve these goals is 50 mg SC weekly. Testosterone has classically been prescribed as an intramuscular injection, however, subcutaneous administration has become a popular alternative delivery method as it is easier for self-administration and has been shown to be effective [31]. When prescribing testosterone for home administration, it should e noted that injectable testosterone is suspended in oil and is too thick to draw up through small caliber needles. In our practice, we prescribe a 1 cc or 3 cc syringe, a 21 gage removable needle for drawing up the testosterone, and a 25 gage

5/8 inch removable needle for injecting into the subcutaneous tissue. A demonstration injection is performed in our office using saline.

Other preparations of testosterone include transdermal gel and patch products. Transdermal gels and patches can be prescribed with a similar graduated dosing strategy to the adult dose of 50–100 mg daily for gel, 4 mg for the patch. Disadvantages of the gel, especially in the pediatric population, is the care needed to ensure that the gel does not come in contact with family members, and the need for daily administration. Testosterone patches provide for less flexibility with dosing increments and may irritate the skin. Both gels and patches are more expensive than injectable products. We suggest reserving use of gels and patches for cases of needle phobia or per patient preference after the full adult dose of injectable testosterone has been achieved.

Feminizing hormonal treatment for transgender girls is achieved with 17-beta-estradiol. Pharmaceutical products containing other conjugated or synthetic estrogens are not preferred due to unfavorable risk profiles [32]. 17-beta-estradiol can be prescribed as oral tablets, transdermal patches, or injectable products, with oral or transdermal administration most common in pediatric practice. Similarly to testosterone dosing, estrogen dosing varies with the clinical situation. For transgender girls concurrently treated with GnRH agonist, estrogen dosing can start low and proceed gradually to mimic normal female puberty. For example, oral 17-beta-estradiol can be initiated at 0.25 mg PO daily and advance to 2 mg oral daily based on clinical progress. Transdermal dosing could start with a portion of a 25 mcg patch (for example, 12.5 mcg by cutting the patch in half), and progressing to 100 mcg patch over time based on clinical progress. When treating an adolescent not concurrently prescribed GnRH, estrogen the dose required to suppress testosterone production and promote feminization is higher. For example, starting doses could be 2 mg oral or 100 mcg transdermal with increases to 6 mg or 300 mg, respectively. Goals of treatment, in this case, are to promote desired feminine development while suppressing testosterone; a concrete goal may be to keep measured testosterone level under 100 ng/dL.

Ongoing monitoring is required for patients prescribed gender-affirming hormone therapy. Assessments should focus on the clinical effects of the intervention, and how these effects align with the patient's goals of treatment. Ongoing review of mental health concerns, other medical concerns, general well-being, and social impacts of transition should also be discussed. For patients treated with 17-beta-estradiol, signs and symptoms of insulin resistance and hyperprolactinemia should be reviewed. Patients treated with testosterone may be at risk for hyperlipidemia, insulin resistance, and polycythemia, which guides recommendations for interval laboratory evaluation. In our experience, cystic acne is the most commonly encountered unwanted side effect of testosterone treatment, which can respond to reductions in testosterone dosing or standard acne interventions. Given these concerns, Rosenthal suggests baseline and quarterly assessments of height, weight, blood pressure, Tanner staging, LH, FSH, testosterone and/or estrogen, complete blood counts, renal function, liver function, fasting lipids, glucose, and hemoglobin A1c for at least the first year of treatment. Potassium should be included if a patient

is treated with spironolactone. If a patient had been previously treated with GnRH agonists, assessments of calcium, phosphorus, alkaline phosphatase, 25-hydroxyvitamin D, bone densitometry, and bone age may also be helpful [7]. When appropriate adult dosing is determined and remains unchanged, monitoring frequency can be reduced, eventually to annual assessments as clinically appropriate.

## Special Considerations for Youth

### Bone density

Puberty is a time of relatively rapid skeletal maturation and accrual of bone mass. When puberty is suppressed at Tanner stage 2, there is a concern for a relative decrease in bone mineral density compared to untreated peers. There are data to suggest that current protocols do result in a decrease in apparent bone mineral density $z$-score, but with improvement toward normal after initiation of gender-affirming hormone therapy [33]. However, another study demonstrated a decline in bone mineral density $z$-score during GnRH agonist treatment without full catchup by age 22 [34]. Ultimately, clinicians are advised to discuss the risk of lower bone density at the onset of treatment, screen calcium, and vitamin D intake and treat deficiencies in an attempt to mitigate this potential risk.

### Stature

There are a few little data regarding the final impact of pubertal suppression and gender-affirming hormone therapy on stature. While stature may not be a concern for all patients, it is not uncommon in our experience that transgender boys may desire a taller stature than their expected female height and transgender girls may be concerned about excessive height. Bone age assessments can be helpful in determining growth potential. Height growth can be expected until growth plates fuse. Hormonal interventions including use of GnRH agonists, estrogen, and testosterone have the potential to affect the duration of growth plate patency. The action of growth hormone, adrenal androgens, and sex hormones on the growth plate likely all contribute to height growth; estrogens are also known to promote growth plate closure. Broadly speaking, we recommend that decisions regarding timing of hormonal interventions be based primarily on patient readiness, however, significant concerns around stature could be influenced by the timing of therapy and dosing. For example, a longer course of pubertal delay followed by slower escalation in testosterone dosing may allow for more time for growth in a transgender boy. A more rapid escalation in estrogen dosing may marginally reduce unwanted height growth in a transgender girl. Trials examining these strategies are lacking.

*Fertility*

One of the most challenging aspects of providing patient-centered care to transgender youth and their families is engaging in discussions regarding fertility. Transgender youth, especially those presenting prior to or around the onset of puberty, are seldom concerned about the impact of medical interventions on fertility, and often even less interested in discussing this topic. This ambivalence is likely age appropriate, shared by their cisgender peers, and may not predict their future feelings. For example, a study of transmen indicates the majority desire to have children [35].

Development of mature sperm and oocytes occurs during puberty. Therefore, progressing through natural puberty is a requirement for fertility. When discussing fertility with a patient and family presenting at Tanner stage 2, it should be noted that patients with central precocious puberty treated with GnRH agonists have normal reproductive function after discontinuation of GnRH agonist and progression through natal puberty [36]. However, patients considering GnRH agonist therapy for gender dysphoria may not decide to allow their natal puberty to progress in later adolescence, choosing instead to bridge to gender-affirming hormone treatment. If that decision is made, there will never be maturation of sperm or eggs and no opportunity for gamete preservation.

It should be noted that trans men who maintain a uterus and ovaries have achieved pregnancy by cessation of testosterone and achieve pregnancy by ovarian stimulation [21].

Patients presenting after puberty should be advised that future fertility could be compromised by prolonged use of gender-affirming hormones. While there are examples of preserved fertility after hormonal transition, fertility options can be expanded by use of gamete cryopreservation [37]. In our practice, preservation of sperm is more likely to be desired than oocytes, likely due to cost and logistics.

*Consent*

Because adolescents are unable to independently consent for medical care, decisions on hormonal transition are shared among patients, parents, and medical providers. The best outcomes are achieved when all parties are in agreement with the medical plan [38]. Adolescents and their parents should be counseled on risks and benefits of treatment prior to proceeding [39]. In our experience, disagreements regarding the timing of transition can often be resolved by reviewing the goals of treatment, the potential risks of nontreatment, and encouraging professional family counseling when indicated.

In our experience, older adolescents who meet criteria for hormonal transition have often done independent research on transition, may be connected with other transitioning youth on social media, and are eager to start testosterone or estrogen, while their parents may not be ready to provide consent. In these situations, we recommend meeting the parents where they are: affirming the fact that this is an important family decision, celebrating the love and support they are demonstrating by bringing their child in for assessment, providing education around gender

identity and the rationale for current standards of care, and reviewing risks and benefits of treatment and of nontreatment. While consent for hormonal transition may not occur at an initial visit, we have seen this approach successful in shifting parental attitudes in favor of consenting to hormonal transition over time when it is clinically indicated.

More challenging situations arise when there are disagreements between two parents or guardians of a child or adolescent, especially when parents are separated and perhaps engaged in joint custody or a custody dispute. In these situations we have found it helpful to engage with legal and/or ethical experts within our health system for guidance on how to proceed on an individual basis.

## Summary

Several consensus guidelines outline best practices for the medical management of transgender youth. These guidelines describe the use of pubertal suppression and gender-affirming hormones to reduce gender dysphoria. As more transgender youth are now presenting to medical attention than in previous generations, medical providers caring for youth in any capacity should expect to see transgender youth in their practice and be knowledgeable about the basics of gender-affirming care. Providers interested in prescribing gender-affirming hormonal interventions should familiarize themselves with current standards and guidelines and develop a strategy for the provision of multidisciplinary care including mental health support and knowledge of community resources.

## References

1. Herman JL, Flores AR, Brown TNT, Wilson B. DM, Conron K. Age of individuals who identify as transgender in the United States. The Williams Institute; 2017.
2. Hsieh S, Leininger J. Resource list: clinical care programs for gender-nonconforming children and adolescents. Pediatr Ann. 2014;43:238–44.
3. Delemarre-van de Wall HA, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. Eur J Endocrinol. 2006;155:S131–7.
4. Coleman E, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. Int J Transgenderism. 2012;13:165–232.
5. Hembree WC, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an endocrine society* clinical practice guideline. J Clin Endocrinol Metab. 2017;102:1–35.
6. Center of Excellence for Transgender Health. Guidelines for the primary and gender-affirming care of transgender and gender nonbinary people. University of California San Fransisco. http://transhealth.ucsf.edu/trans?page=guidelines-home. Accessed 3/19/2018.
7. Rosenthal SM. Approach to the patient: transgender youth: endocrine considerations. J Clin Endocrinol Metab. 2014;99:4379–89.
8. Simons L, Leibowitz SF, Hidalgo M. Understanding gender variance in children and adolescents. Pediatr Ann. 2014;43:e126–31.

D. E. Shumer and A. Araya

9. Shumer DE, Nokoff NJ, Spack NP. Advances in the care of transgender children and adolescents. Adv Pediatr. 2016;63:79–102.

10. American Psychiatric Association. Diagnostic and statistical manual of mental disorders, 5th ed.; 2013.

11. Witchel SF, Lee PA. In: Sperling M, editor. A Pediatric endocrinology. Saunders Elsevier; 2008, p. 132.

12. Hughes, I. A. In: Sperling MA, editor. Pediatric endocrinology. Saunders Elsevier; 2008, p. 676–679.

13. Rosenfield RL, Cooke DW, Radovick S. In: Sperling MA, editor. Pediatric endocrinology. Saunders Elsevier; 2008, p. 532–559.

14. Marshal WA, Tanner JM. Variations in the pattern of pubertal changes in boys. Arch Dis Child. 1970;45:13–23.

15. Marshall W, Tanner JM. Variations in pattern of pubertal changes in girls. Arch Dis Child. 1969;44:291–303.

16. Marcell, A. V. In: Kligman RM, Behrman RE, Jenson HB, Stanton BF, editors. Nelson textbook of pediatrics. Saunders Elsevier; 2007, p. 60–65.

17. Steensma TD, Biemond R, de Boer F, Cohen-Kettenis PT. Desisting and persisting gender dysphoria after childhood: a qualitative follow-up study. Clin Child Psychol Psychiatry. 2011.

18. Steensma T, Kreukels B, de Vries A, Cohen-Kettenis P. Gender identity development in adolescence. Horm Behav. 2013;64:288–97.

19. Cohen-Kettenis PT, Klink D. Adolescents with gender dysphoria. Best Pract Res Clin Endocrinol Metab. 2015;29:485–95.

20. Cohen-Kettenis PT, Delemarre-van de Wall HA, Gooren LJG. The treatment of adolescent transsexuals: changing insights. J Sex Med. 2008;5:1892–7.

21. De Vries ALC, et al. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics. 2014;134:1–9.

22. De Vries ALC, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: the Dutch approach. J Homosex. 2012;59:301–20.

23. Nahata L, Quinn GP, Caltabellotta N, Tishelman A. Mental health concerns and insurance denials among transgender adolescents. LGBT Heal. 2017;4:188–193.

24. Veale J, Watson R, Peter T, Saewyc E. Mental health disparities among canadian transgender youth. J. Adolesc. Heal. 2017;60:44–9.

25. Spack NP, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. Pediatrics. 2012;129:418–25.

26. Boepple PA, et al. Use of a potent, long acting agonist of gonadotropin-releasing hormone in the treatment of precocious puberty. Endocr Rev. 1986;7:24–33.

27. Chen M, Fuqua J. Adolescent transgender health: Awareness does not equal resources. Curr Pediatr Rep. 2016;4:186–7.

28. Lynch MM, Khandheria MM, Meyer WJ. Retrospective study of the management of childhood and adolescent gender identity disorder using medroxyprogesterone acetate. Int. J. Transgenderism. 2015;16:201–8.

29. Warren M, Mathews J, Morishima A, Vande Wiele R. The effect of medroxyprogesterone acetate on gonadotropin secretion in girls with precocious puberty. Am J Med Sci. 1975;269:375–81.

30. Shumer DE, Spack NP. Current management of gender identity disorder in childhood and adolescence: guidelines, barriers and areas of controversy. Curr Opin Endocrinol Diabetes Obes. 2013;20:69–73.

31. Spratt D, et al. Subcutaneous injection of testosterone is an effective and preferred alternative to intramuscular injection: demonstration in female-to-male transgender patients. J Clin Endocrinol Metab. 2017;102:2349–55.

32. Asscheman H, et al. A long-term follow-up study of mortality in transsexuals receiving treatment with cross-sex hormones. Eur J Endocrinol. 2011;164:635–42.

33. Vlot M, et al. Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. Bone. 2017;95:11–9.

34. Klink D, Caris M, Heijboer A, van Trotsenburg M, Rotteveel J. Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. J Clin Endocrinol Metab. 2015;100:E270–5.

35. Wierckx K, et al. Reproductive wish in transsexual men. Hum Reprod2. 2012;27:483–7.

36. Pasquino A, et al. Long-term observation of 87 girls with idiopathic central precocious puberty treated with gonadotropin-releasing hormone analogs: impact on adult height, body mass index, bone mineral content, and reproductive function. J Clin Endocrinol Metab. 2008;93:190–5.

37. Nahata L, Curci M, Quinn G. Exploring fertility preservation intentions among transgender youth. J Adolesc Heal. 2018;62:123–5.

38. American Academy of Pediatrics Committee on Bioethics. Informed consent, parental permission, and assent in pediatric practice. Pediatrics. 1995:314–317.

39. Shumer D, Tishelman A. The role of assent in the treatment of transgender adolescents. Int J Transgenderism. https://doi.org/10.1080/15532739.2015.1075929.

LGBT Health
Volume 3, Number 5, 2016
© Mary Ann Liebert, Inc.
DOI: 10.1089/lgbt.2015.0070

**SHORT REPORTS**

$Ex. 9$

# Evaluation of Asperger Syndrome in Youth Presenting to a Gender Dysphoria Clinic

Daniel E. Shumer, MD, MPH,[1,2] Sari L. Reisner, ScD,[3]
Laura Edwards-Leeper, PhD,[4] and Amy Tishelman, PhD[1,5,6,7]



EXHIBIT NO. 9
FOR IDENTIFICATION
DATE: 4/2/24
Leisa Pastor, CSR, CRR

## Abstract

***Purpose:*** There is evolving evidence that children and adolescents with gender dysphoria have higher-than-expected rates of autism spectrum disorder (ASD), yet clinical data on ASD among youth with gender dysphoria remain limited, particularly in North America. This report aims to fill this gap.

***Methods:*** We conducted a retrospective review of patient chart data from 39 consecutive youth ages 8 to 20 years (mean age 15.8 years, natal male: $n = 22$, natal female: $n = 17$) presenting for evaluation at a multidisciplinary gender clinic in a large U.S. pediatric hospital from 2007 to 2011 to evaluate the prevalence of ASD in this patient population.

***Results:*** Overall, 23.1% of patients (9/39) presenting with gender dysphoria had possible, likely, or very likely Asperger syndrome as measured by the Asperger Syndrome Diagnostic Scale (ASDS).

***Conclusion:*** These findings are consistent with growing evidence supporting increased prevalence of ASD in gender dysphoric children. To guide provision of optimal clinical care and therapeutic intervention, routine assessment of ASD is recommended in youth presenting for gender dysphoria.

**Keywords:** Asperger syndrome, autism spectrum disorder, gender dysphoria, transgender, lesbian, gay, bisexual, and transgender (LGBT) youth.

## Introduction

**T**HERE IS EVOLVING EVIDENCE that children and adolescents with gender dysphoria have higher than expected rates of autism spectrum disorder (ASD).[1–3] Gender dysphoria denotes a persistent incongruence between one's biologic sex and current gender identity causing clinically significant distress and impairment.[4] The association of gender dysphoria with ASD, with cases often categorized as Asperger syndrome (AS), was initially reported in a series of case reports.[5–7] The association was measured more formally in a Dutch study which reported a 7.8% prevalence of ASD in patients presenting for evaluation at a gender dysphoria clinic,[8] a rate much higher than expected based on the prevalence of ASD in the general population. In addition, children with ASD seen at a large U.S. hospital-based neuropsychology clinic were 7.59 times more likely than non-referred children to have gender variance as measured by the parent-reported Child Behavior Checklist.[9]

However, clinical data on ASD among youth with gender dysphoria remain limited, particularly in North America where no published studies, to our knowledge, have formally evaluated the prevalence of children and adolescents with ASD presenting with gender dysphoria. The current study aimed to fill this gap by providing a descriptive analysis of ASD data from youth patients referred to a multidisciplinary gender clinic in a large U.S. pediatric hospital.

## Methods

We reviewed clinical data from 39 consecutive patients ages 8 to 20 years (mean age 15.8 years, natal male: $n = 22$, natal female: $n = 17$) presenting for evaluation at a multidisciplinary gender clinic from 2007 to 2011 based in a large U.S. pediatric hospital. All study activities were approved by the Boston Children's Hospital Institutional Review Board, and patient data were protected by use of sound research methods and use of de-identified data.

[1]Department of Medicine, Division of Pediatric Endocrinology, [3]Department of Pediatrics, [5]Department of Psychology, [6]Department of Psychiatry, and [7]Department of Urology, Boston Children's Hospital, Boston, Massachusetts.
[2]Department of Pediatrics and Communicable Diseases, Division of Pediatric Endocrinology, University of Michigan, Ann Arbor, Michigan.
[4]Pacific University School of Professional Psychology, Hillsboro, Oregon.

387

**388**

**SHUMER ET AL.**



**FIG. 1.** Probability of Asperger Syndrome as determined by the Asperger Syndrome Diagnostic Scale.

As part of an initial evaluation, a single clinic psychologist performed a battery of psychological assessments, routinely administering the Asperger Syndrome Diagnostic Scale (ASDS)[10] in an attempt to identify children who may have co-occurring gender dysphoria and ASD. The ASDS was designed for use in children ages 5-to-18 years and was validated in a sample of 115 children with the diagnosis of AS.[11] It is a parent-completed, pen-and-paper measure containing 50 statements that are rated as observed or not observed. The statements describe AS-typical behaviors within 5 subscales: language (9 items), social (13 items), maladaptive (11 items), cognitive (10 items), and sensorimotor (7 items). For example, an item within the social subscale, "Avoids or limits eye contact," provides the parent with choices "Observed" or "Not observed." The total number of observed items within the subscale yields the subscale's raw score with corresponding percentiles within each subscale. Adding together these subscale raw scores yields a total raw score that is converted into an Asperger Syndrome Quotient (ASQ). The ASQ translates to a "Probability of Asperger Syndrome." Probabilities are expressed as "Very likely" (ASQ >110), "Likely" (ASQ 90–110), "Possibly" (ASQ 80–89), "Unlikely" (ASQ 70–79), and "Very unlikely" (ASQ ≤69).[10] The ASDS was chosen as a clinical tool for our program because it could be administered and scored quickly, serving as a screening tool for ASD.

Data were extracted manually from individual patient charts by one member of the study team and entered into Excel. Descriptive statistics (frequencies, means, standard deviations) were conducted.

**Results**

Overall, 9 of the 39 participants (23.1%) had an ASQ above 80, corresponding to a "Probability of Asperger Syndrome" of "Possibly" ($n=1$), "Likely" ($n=6$), or "Very likely" ($n=2$) (Figure 1). Of these nine participants scoring highly on the ASDS, 5 were assigned a male sex at birth and 4 were assigned a female sex at birth. Average age at evaluation of the high ASQ group was 16.2 years (range 12.0–18.8). The prevalence of ASDS among natal males (22.7%, $n=5/22$) and natal females (23.5%, $n=4/17$) in our patient population was not significantly different (Fisher's exact test $P=0.95$).

Prior to presenting to the gender clinic, one patient had a long-standing diagnosis of autism, one had a long-standing diagnosis of Asperger syndrome, and two had been recently given a diagnosis of Asperger syndrome by a referring psychologist. Subscale analysis of the 9 patients with high ASQ scores demonstrates highest scores in the cognitive subscale, followed by the maladaptive subscale (Figure 2). Review of documentation would suggest that the identified patients represent a range of autism severity with more representation in the high-functioning end of the clinical spectrum. None of the four patients already diagnosed with an ASD had been diagnosed with other mental health disorders.



**FIG. 2.** Mean Subscale Percentile* Scores of the 9 Patients with ASQ Scores >80. *Percentile refers to the percentile score described on the Asperger Syndrome Diagnostic Scale scoring form.

TABLE 1. DESCRIPTION OF 9 PATIENTS WITH ASQ >80

| Age (years) | Sex assigned at birth | ASQ | ASQ Interpretation^ | ASD Diagnosis | Other mental health diagnoses |
|---|---|---|---|---|---|
| 17.8 | F | 116 | Very likely | Asperger syndrome* | — |
| 15.6 | M | 111 | Very likely | Asperger syndrome | — |
| 12.0 | M | 101 | Likely | Autism | — |
| 12.5 | M | 107 | Likely | — | Learning Disorder, ADHD, Bipolar Disorder |
| 14.8 | M | 103 | Likely | — | ADHD, Selective Mutism, PTSD |
| 18.1 | F | 97 | Likely | Asperger syndrome* | — |
| 18.8 | F | 97 | Likely | — | Anxiety Disorder |
| 18.7 | M | 92 | Likely | — | — |
| 17.1 | F | 82 | Possibly | — | Dysthymic Disorder, Social Phobia |

*Diagnosed by referring psychologist during assessment for gender dysphoria.
^Likelihood of diagnosis of Asperger syndrome based on ASQ.
ASQ, Asperger syndrome quotient; ASD, autism spectrum disorder; ADHD, attention deficit hyperactivity disorder; PTSD, post-traumatic stress disorder.

Of the five patients not previously diagnosed with an ASD, four had been diagnosed with other mental health disorders (Table 1). Comparison of rates of co-morbid mental health disorders between patients with high versus low ASQ scores was not performed; previous description of this clinic's patient population demonstrated a rate of significant psychiatric history at presentation at 44.3%.[12]

### Discussion

This is the first report of formal screening for ASD in patients presenting to a North American child and adolescent gender clinic. Our finding, that 23% of patients presenting with gender dysphoria had possible, likely, or very likely Asperger syndrome as measured by the ASDS, is consistent with growing evidence of increased prevalence of ASD in gender dysphoric children.[1-3,8] This number is higher than the previously published co-occurrence rate of 7.8% in the Dutch pediatric gender clinic, however the numbers should not be compared directly since we used a screening tool while the Dutch group used a diagnostic test, the Diagnostic Interview for Social and Communication Disorders—10th Revision.[8] It is interesting to note the near equal rate of positively screened males and females. This finding conflicts with the typical male prevalence of ASD.

The evaluation and treatment of children and adolescents with gender dysphoria is guided by professional guidelines or standards of care.[13,14] These guidelines suggest evaluation by a mental health professional who not only explores the diagnosis of gender dysphoria, but who also assesses for co-occurring mental health conditions. Anxiety, depression, and suicidality are common in children and adolescents presenting to gender clinics.[15,16] The psychological evaluation performed is not standardized, with different clinics performing diverse batteries of psychological testing.[12,17,18] Our data support inclusion of ASD screening as part of any comprehensive gender assessment, especially as diagnosis of ASD has implications for management of gender dysphoria. For example, a patient with ASD and gender dysphoria may require specialized psychosocial interventions, focused on navigating unique social challenges encountered during hormonal and social transition from the natal sex to the affirmed gender. Youth have the right to appropriate assessment, diag-

nosis, and treatment of both ASD and gender dysphoria to ensure optimal clinical care.

A limitation of this study is that we report results of a screening test that is not validated as an ASD diagnostic tool in the absence of other confirmatory information. It is important to restate that the ASDS was not validated in a general population-based sample, but rather in a sample of 115 children with the diagnosis of AS. This limits our ability to know how closely we are measuring true ASD. For example, some items on the ASDS may be naturally observed in non-ASD gender dysphoric youth. Specifically, an item on the cognitive subscale "appears to be aware that he or she is different from others," and an item on the maladaptive subscale "does not change behavior to match the environment," might capture expected observations in a gender dysphoric child. Thus, scrupulous attention to symptomology during ASD diagnostic evaluation of gender non-conforming youth is essential to minimize any risk of misclassifying gender dysphoric youth with high functioning ASD due to symptom overlap (e.g., feeling different from peers, social isolation, etc.). Importantly, certain symptoms may be associated with both diagnoses, but stem from vastly different origins. Another consideration is the potential for presentation bias. First, children with ASD may be more likely to express their gender dysphoria than children without ASD. ASD may minimize awareness of social stigma, the same stigma that might cause non-ASD children to repress gender dysphoria. Second, children with co-occurring ASD and gender dysphoria may be more likely to be referred to a specialty center than other children with gender dysphoria, who may be treated locally. Therefore, our findings describe rates of positively screened ASD in children presenting for medical assessment and management of gender dysphoria to a specialty referral center, as opposed to the general co-occurrence of ASD and gender dysphoria. The true relationship of ASD and gender dysphoria requires a population-based study design. Finally, this is a retrospective chart review and results should be further examined using prospective research methods.

### Conclusion

Our findings are consistent with growing evidence supporting increased prevalence of ASD in gender dysphoric

children. Future research is needed to validate measures of ASD for use with a gender dysphoric patient population. In addition, longitudinal follow-up studies of co-occurring gender dysphoria and ASD will allow for better quantification of the problem and improved understanding of etiological factors. Differences in androgen exposures on the developing fetal brain have been suggested as a potential contributor in gender development[19–22] as well as in the development of ASD.[23,24] Genetic factors have also been implicated in both ASD[25] and gender dysphoria.[26] In addition, it has been proposed that the social rigidity typical of ASD contributes to inflexibility of gender and contributes to increased prevalence of ASD in gender dysphoric children.[8] Gaining scientific and clinical insight into children and adolescents with co-occurring gender dysphoria and ASD could advance understanding of development of both gender and autism, as well as guide diagnostic practices, clinical care, and therapeutic intervention. To guide provision of optimal clinical care and therapeutic intervention, we recommend routine assessment of ASD in youth presenting for gender dysphoria.

## Acknowledgments

Dr. Reisner's time was partially supported by NIMH R01MH094323. Dr. Shumer's time was partially supported by NICHD 1T32HD075727-01. There are no other contributors to acknowledge.

## Author Disclosure Statement

No competing financial interests exist.

## References

1. Lemaire M, Thomazeau B, Bonnet-Brilhault F: Gender identity disorder and autism spectrum disorder in a 23-year-old female. Arch Sex Behav 2014;43:395–398.
2. Van Schalkwyk GI, Klingensmith K, Volkmar FR: Gender identity and autism spectrum disorders. Yale J Biol Med 2015; 88:81–83.
3. Jacobs LA, Rachlin K, Erickson-Schroth L, Janssen A: Gender dysphoria and co-occurring autism spectrum disorders: Review, case examples, and treatment considerations. LGBT Health 2014;1:277–282.
4. American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, 5th ed. Washington D.C.: American Psychiatric Association, 2013.
5. Gallucci G, Hackerman F, Schmidt Jr CW: Gender identity disorder in an adult male with Asperger's syndrome. Sex Disabil 2005;23:35–40.
6. Tateno M, Tateno Y, Saito T: Comorbid childhood gender identity disorder in a boy with Asperger syndrome. Psychiatry Clin Neurosci 2008;62:238.
7. Robinow O: Paraphilia and transgenderism: A connection with asperger disorder? Sex Relation Ther 2009;24:143–151.
8. de Vries AL, Noens IL, Cohen-Kettenis PT, et al.: Autism spectrum disorders in gender dysphoric children and adolescents. J Autism Dev Disord 2010;40:930–936.
9. Strang JF, Kenworthy L, Dominska A, et al.: Increased gender variance in autism spectrum disorders and attention deficit hyperactivity disorder. Arch Sex Behav 2014;43: 1525–1533.
10. Myles BS, Bock S, Simpson R: Asperger Syndrome Diagnostic Scale. Los Angeles: Western Psychological Services, 2001.
11. Campbell JM: Diagnostic assessment of Asperger's disorder: A review of five third-party rating scales. J Autism Dev Disord 2005;35:25–35.
12. Spack NP, Edwards-Leeper L, Feldman HA, et al.: Children and adolescents with gender identity disorder referred to a pediatric medical center. Pediatrics 2012;129:418–425.
13. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, et al.: Endocrine treatment of transsexual persons: An Endocrine Society clinical practice guideline. J Clin Endocrinol Metab 2009;94:3132–3154.
14. Coleman E, Bockting W, Botzer M, et al.: Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. Int J Transgenderism 2012; 13:165–232.
15. Edwards-Leeper L, Spack NP: Psychological evaluation and medical treatment of transgender youth in an interdisciplinary "Gender Management Service" (GeMS) in a major pediatric center. J Homosex 2012;59:321–336.
16. Wallien MS, Swaab H, Cohen-Kettenis PT: Psychiatric comorbidity among children with gender identity disorder. J Am Acad Child Adolesc Psychiatry 2007;46:1307–1314.
17. Zucker KJ, Wood H: Assessment of gender variance in children. Child Adolesc Psychiatr Clin N Am 2011;20:665–680.
18. Tishelman AC, Kaufman R, Edwards-Leeper L, et al.: Serving transgender youth: Challenges, dilemmas, and clinical examples. Prof Psychol Res Prac 2015;46:37–45.
19. Berenbaum SA, Beltz AM: Sexual differentiation of human behavior: Effects of prenatal and pubertal organizational hormones. Front Neuroendocrinol 2011;32:183–200.
20. Hines M: Prenatal endocrine influences on sexual orientation and on sexually differentiated childhood behavior. Front Neuroendocrinol 2011;32:170–182.
21. Shumer DE, Spack NP: Current management of gender identity disorder in childhood and adolescence: Guidelines, barriers and areas of controversy. Curr Opin Endocrinol Diabetes Obes 2013;20:69–73.
22. Baron-Cohen S, Lombardo MV, Auyeung B, et al.: Why are autism spectrum conditions more prevalent in males? PLoS Biol 2011;9:e1001081.
23. Knickmeyer R, Baron-Cohen S, Fane B, et al.: Androgens and autistic traits: A study of individuals with congenital adrenal hyperplasia. Horm Behav 2006;50:148–153.
24. Voracek M: Fetal androgens and autism. Br J Psychiatry 2010;196:416.
25. Miles JH: Autism spectrum disorders–A genetics review. Genet Med 2011;13:278–294.
26. Heylens G, De Cuypere G, Zucker KJ, et al.: Gender identity disorder in twins: A review of the case report literature. J Sex Med 2012;9:751–757.

Address correspondence to:
Daniel E. Shumer, MD, MPH
University of Michigan Health System
Division of Pediatric Endocrinology
Medical Professional Building, Room D1205
1500 E. Medical Center Drive
Ann Arbor, MI 48109-0718

E-mail: dshumer@med.umich.edu





## NIH Public Access
**Author Manuscript**

Published in final edited form as:
*J Adolesc Health.* 2015 March ; 56(3): 274–279. doi:10.1016/j.jadohealth.2014.10.264.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

# Mental health of transgender youth in care at an adolescent urban community health center: A matched retrospective cohort study

**Sari L. Reisner, ScD, MA**[1,2], **Ralph Vetters, MD, MPH**[3], **M Leclerc, MPH**[4], **Shayne Zaslow, MA, MS**[2], **Sarah Wolfrum, MPH**[2], **Daniel Shumer, MD**[5], and **Matthew J. Mimiaga, ScD, MPH**[1,2,6]

[1]Department of Epidemiology, Harvard School of Public Health, Boston, MA

[2]The Fenway Institute, Fenway Health, Boston, MA

[3]Sidney Borum Jr. Health Center, Boston, MA

[4]Boston University School of Public Health, Boston, MA

[5]Division of Endocrinology, Boston Children's Hospital, Boston, MA

[6]Department of Psychiatry, Harvard Medical School, Boston, MA

## Abstract

**Purpose**—Transgender youth represent a vulnerable population at risk for negative mental health outcomes including depression, anxiety, self-harm, and suicidality. Limited data exists to compare the mental health of transgender adolescents and emerging adults to cisgender youth accessing community-based clinical services; the current study aimed to fill this gap.

© 2014 Society of Adolescent Health and Medicine. All rights reserved.

Address Correspondence To: Sari Reisner, ScD, MA, The Fenway Institute at Fenway Health, 1340 Boylston Street, 8th floor, Boston, MA 02215. sreisner@fenwayhealth.org. Phone: 617-927-6017.

**Financial Disclosure:** The authors have no financial relationships relevant to this article to disclose.

**Conflict of Interest:** The authors have no conflicts of interest to disclose.

**Contributors' Statement**
**Sari L. Reisner:** Dr. Reisner conceptualized and designed the study, conducted all statistical analyses, drafted the initial manuscript, and approved the final manuscript as submitted.
**Ralph Vetters:** Dr. Vetters conceptualized and designed the study, critically reviewed the manuscript, and approved the final manuscript as submitted.
**M Leclerc:** Co-Author Leclerc conducted manual chart review and data extraction from patient charts, conducted quality assurance activities to ensure integrity of the data, assisted with literature review for the manuscript, reviewed and revised the manuscript, and approved the final manuscript as submitted.
**Shayne Zaslow:** Co-Author Zaslow wrote the initial query to extract data from patient charts, designed the data collection instruments and database, assisted with data collection and quality assurance, reviewed and revised the manuscript, and approved the final manuscript as submitted.
**Sarah Wolfrum:** Co-Author Wolfrum assembled the matched cohort of patients for chart review, supervised data collection, conducted data quality reviews, reviewed and revised the manuscript, and approved the final manuscript as submitted.
**Daniel Shumer:** Dr. Shumer critically reviewed the manuscript, and approved the final manuscript as submitted.
**Matthew J. Mimiaga:** Dr. Mimiaga critically reviewed the manuscript, and approved the final manuscript as submitted.

**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final citable form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

EXHIBIT NO. 10
FOR IDENTIFICATION
DATE: 4/2/24
Leisa Pastor, CSR, CRR

155

**Methods—**A retrospective cohort study of electronic health record (EHR) data from 180 transgender patients age 12–29 years seen between 2002–2011 at a Boston-based community health center was performed. The 106 female-to-male (FTM) and 74 male-to-female (MTF) patients were matched on gender identity, age, visit date, and race/ethnicity to cisgender controls. Mental health outcomes were extracted and analyzed using conditional logistic regression models. Logistic regression models compared FTM to MTF youth on mental health outcomes.

**Results—**The sample (n=360) had a mean age of 19.6 (SD=3.0); 43% white, 33% racial/ethnic minority, and 24% race/ethnicity unknown. Compared to cisgender matched controls, transgender youth had a two- to three-fold increased risk of depression, anxiety disorder, suicidal ideation, suicide attempt, self-harm without lethal intent, and both inpatient and outpatient mental health treatment (all $p<0.05$). No statistically significant differences in mental health outcomes were observed comparing FTM and MTF patients, adjusting for age, race/ethnicity, and hormone use.

**Conclusions—**Transgender youth were found to have a disparity in negative mental health outcomes compared to cisgender youth, with equally high burden in FTM and MTF patients. Identifying gender identity differences in clinical settings and providing appropriate services and supports are important steps in addressing this disparity.

**Keywords**

mental health; transgender; gender minority; adolescent; health disparity

## Introduction

*Transgender* youth have an assigned sex at birth that is different from their current gender identity[1]. Gender identity refers to a person's internal felt sense of self [2]. Transgender adolescents and emerging adults represent an underserved and under-researched population with specific medical and mental health needs[3,4]. U.S. population-level surveys do not routinely include survey items to identify transgender youth respondents; therefore, there is a lack of national epidemiologic data to document and monitor health disparities by gender identity[1], including among youth[5]. Despite the dearth of quality comparative national-level data on the mental health of transgender versus cisgender (non-transgender) youth, local and regional studies suggest transgender adolescents and emerging adults are a subpopulation of youth burdened by adverse health indicators, particularly in the mental health domain including depression, anxiety, suicidality, and self-harm behaviors[6–11].

Clinical settings and electronic health records (EHR) have been identified as important and under-utilized sources of information about sexual minority (lesbian/gay/bisexual) and gender minority (transgender) health[12,13]. Clinical settings and EHR are particularly valuable for transgender health in light of the dearth of comparative data that exist to understand the health and wellbeing of transgender relative to cisgender patients. Only a small handful of studies using transgender youth patient data have been conducted in clinical settings in the U.S., and most of these have occurred in multidisciplinary gender clinics[7,14,15]. Spack and colleagues conducted a chart review study to explore characteristics of 97 children and adolescents age <21 years (mean age=14.8; SD=3.4) with Gender Identity Disorder (GID) seen consecutively between 1998 and 2009 at a multidisciplinary

NIH-PA Author Manuscript  NIH-PA Author Manuscript  NIH-PA Author Manuscript

Reisner et al.                                                                                                  Page 3

gender clinic at Boston Children's Hospital in Massachusetts. Overall, 44% (n=43) of
patients presented for medical care with significant psychiatric histories, including diagnoses
of depression (58%), general anxiety disorder (16%), a history of self-mutilation (21%),
and/or one or more suicide attempts (9%)[15]. Another study conducted at Children's
Hospital, Los Angeles in California examined associations between quality of life measures
and psychosocial factors among 66 youth age 12 to 24 with GID who received care between
2011 and 2012. Perceived burden–the extent to which transgender identity interferes with
life activities or causes distress–was positively correlated with greater depression and
negatively associated with self-reported life satisfaction[7].

These clinical studies offer valuable information about transgender youth accessing services
at multidisciplinary gender clinics at U.S. pediatric medical centers. However, there are
limitations. Youth in these studies all received a psychiatric GID diagnosis per the
Diagnostic and Statistical Manual of Mental Disorders-IV-Text Revision (DSM-IV-TR)[16].
Given the 2013changes to the Diagnostic and Statistical Manual of Mental Disorders-5
(DSM-5) which changed diagnoses from to Gender Dysphoria, research is needed that a)
does not use GID as a sole inclusion criteria, and b) refrains from conceptualizing gender
identity variation as psychopathology[17]. Patients presenting to specialized multidisciplinary
gender clinics may not represent the larger population of transgender patients, including
those who do not meet diagnostic criteria for Gender Dysphoria. The youth in these studies
tend to be from higher socioeconomic status families that have health insurance, present for
medical care with their parents/families—meaning their guardians are engaged in some way
—and are largely white (non-latino/hispanic)/caucasian[14,15]. In addition, U.S. studies of
transgender youth in clinical settings have not included a cisgender comparison group which
is essential to examine mental health disparities[18].

There are no published studies that utilize EHR data to examine the mental health of diverse
transgender youth with varied socioeconomic and racial/ethnic backgrounds presenting to
U.S. community-based primary care youth clinic settings. Community-based health clinics
are a unique point of entry to care for youth, especially for people of low socioeconomic and
racial/ethnic minority backgrounds[19]. In 2008, children and youth made up 33% of all
patients seen in over 1100 Federally-Qualified Community Health Centers (FQCHC), and
they were more likely to be uninsured, poor, or from a racial/ethnic minority background
than those seen in private practice settings[19,20]. Examining gender differences among
transgender youth who access community-based primary care youth clinic settings is also
important to understand whether and how healthcare utilization and service needs differ for
FTM and MTF youth patients.

This study is designed to compare the mental health of transgender and cisgender youth in a
community-based setting. To achieve this goal, this study: (1) examines mental health
indicators among diverse transgender youth engaged in care at an urban pediatric and young
adult community-based health center; (2) tests whether transgender youth patients bear
increased mental health burden compared to matched cisgender patients; (3) explores
differences in psychiatric diagnoses between FTM spectrum and MTF spectrum youth
patient populations.

*J Adolesc Health*. Author manuscript; available in PMC 2016 March 01.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

## Patients and Methods

### Study Design, Participants, and Procedures

A retrospective observational cohort study of electronic health record (EHR) data was conducted at the Sidney Borum, Jr. Health Center, an urban community-based health center serving youth in Boston, Massachusetts that is part of Fenway Health. Transgender patients age 12–29 years seen for one or more medical and/or behavioral health care visits between 2002–2011 were included in this study. Transgender patients (n=180) were identified by an EHR code "transgender" based on self-reported transgender identity on patient registration forms, behavioral health assessment forms, or direct communication with medical or behavioral health professionals during clinical visits. Direct patient communication of transgender identity to a physician or behavioral health professional was documented in narrative notes on the clinical visit and/or listed as a diagnosis of Gender Identity Disorder[16] in the patient's diagnostic history. All study activities were reviewed and approved by the organization's Institutional Review Board.

### Description of Clinical Context

During the period covered by data collection from the Sidney Borum, Jr. Health Center clinical site, annual visits by unduplicated patients varied between 2,000 to 3,000 patients per year at the clinic. Clinicians providing care for transgender youth at the site included MDs, nurse practitioners, LICSWs and MSWs all working collaboratively as a team. This team met regularly once to twice a month to review cases and assess medical and behavioral health protocol applicability before supporting hormones for gender transition and writing prescriptions for hormones and other adjunct medications. Transgender care for youth under age 18 years required family participation, broadly defined, and the consent of the youth's guardians, including state-appointed guardians in some situations. Youth age 18 years and older could consent to care supporting gender transition for themselves. Health insurance or the ability to pay for services was required for transition-focused transgender care at the clinic. However, with the implementation of Massachusetts state health insurance reform starting in 2006, many barriers to access to care for transgender youth were removed.

### Matched Sampling

Matched sampling was utilized to reduce bias, increase precision, and control for confounding in this observational study[21]. Transgender youth were categorized as being on the female-to-male (FTM) spectrum (assigned a female sex at birth and identify as man, male, transgender, FTM, trans man, trans masculine) or on the male-to-female (MTF) spectrum (assigned a male sex at birth and identify as woman, female, transgender, MTF, trans woman, trans feminine). The 106 FTM and 74 MTF patients were matched to cisgender patient controls on: (1) visit date: an office visit +/− 3 months of the office visit where the transgender patient received a transgender "flag" in their patient chart or the office visit where this was first reported; (3) gender identity; (3) age; and (4) race/ethnicity. If a patient's ethnicity was latino/hispanic and their race was listed as something other than latino/hispanic, the patient was categorized as multiracial and matched to other multiracial individuals. Six transgender patients (3.3% of the transgender patient sample) were partially

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Reisner et al.                                                                                      Page 5

matched on age and gender identity only, not on race/ethnicity, due to the few number and homogeneity of younger age patients.

A Structured Query Language (SQL) query pulled the matching criteria for each transgender patient, and a second query was done to find a match for each patient. When multiple patients matched, a randomly generated number was assigned to each possible control, and the matching cisgender patient with the highest randomly generated number was assigned as the control. Once a control was selected they were removed from the pool of available matches.

For transgender patients that did not have an exact match on all matching criteria, the matching criteria were ranked (as numbered previously) and adjusted in a systematic way in order to obtain a match for the patient. When no match was found, the criterion that patients must match on race/ethnicity was removed. If still no matches were found then the age of matches was expanded to be +/− one year of the case patient. These revisions to the matching criteria were sufficient to find matches for all of the transgender patients in the cohort.

A Microsoft Access database was created with separate forms and tables corresponding to each category of the data extraction measures. SQL queries extracted demographic and some medical information from the EHR, which was then exported into the Access database. Data about patients' mental health history were obtained by individual manualized chart review.

## Measures

Demographic data were extracted from patient registration and behavioral intake forms, as well as clinical visit physician narratives. Demographics extracted included age (continuous in years calculated by subtracting date of first appointment from date of birth), race/ethnicity (white, black, latino/hispanic, other race/ethnicity, multiracial, missing/unknown), gender identity (non-gender minority female, non-gender minority male, FTM, MTF), and cross-sex hormone use (yes/no).

Depression and anxiety disorders were recorded only for patients with physician-endorsed diagnoses listed in the EHR per DSM-IV-TR criteria[16]. Patient self-report of lifetime suicidality (suicidal ideation and suicide attempt captured separately), self-harm without lethal intent (non-suicidal self-injury; NSSI; e.g., cutting, burning, other self-harm behaviors), outpatient mental health care (e.g., psychotherapy), and inpatient mental health care (e.g., inpatient psychiatric hospitalization, substance abuse treatment) were recorded in data abstraction from physician clinical visit narratives.

## Data Analysis

SAS version 9.3 statistical software was used for data analysis. Statistical significance was pre-determined at the alpha 0.05-level. Univariable, descriptive statistics (frequencies, means, standard deviations (SD)) were estimated. Bivariate statistics compared transgender and cisgender youth. T-test statistics were estimated for continuous variables (with appropriate tests for normality) and $\chi^2$ test statistics were used for binary and categorical variables. Conditional logistic regression models for matched pairs data[22] compared

*J Adolesc Health*. Author manuscript; available in PMC 2016 March 01.

transgender and matched cisgender youth to examine between-group differences in mental health. To examine within-group differences, logistic regression models restricted to transgender youth were fit to compare FTM and MTF patients, regressing each mental health outcome on gender identity (FTM vs MTF) (unadjusted), then adjusting for age and race/ethnicity, and finally adjusting for age, race/ethnicity, and cross-sex hormone use. Risk Ratios (RR) and 95% Confidence Intervals (95% CI) were estimated rather than Odds Ratios (OR) because the prevalence of outcomes was > 10%[23].

## Results

### Demographics

The overall sample had a mean age of 19.6 (SD=3.0), 42.5% were white, 33.3% were racial/ethnic minority, and 24.2% were race/ethnicity unknown. As expected due to matching by age and race/ethnicity, no significant differences were found by age and race/ethnicity comparing transgender and cisgender youth (Table 1). The majority (61.7%; n=111) of transgender youth were being treated with cross-sex hormones.

### Between-Group Differences: Comparing Transgender and Cisgender Youth

Compared to cisgender matched controls, transgender youth had an elevated probability of having DSM-IV-TR diagnosed depression (50.6% vs 20.6%; RR=3.95; 95% CI=2.60, 5.99) and anxiety (26.7% vs 10.0%; RR=3.27; 95% CI=1.80, 5.95) (Table 2). Transgender youth also disproportionately endorsed suicide ideation (31.1% vs 11.1%; RR=3.61; 95% CI=2.17, 6.03), suicide attempt (17.2% vs 6.1%; RR=3.20; 95% CI=1.53, 6.70), and self-harm without lethal intent (16.7% vs 4.4%; RR=4.30; 95% CI=1.95, 9.51) relative to matched controls. A significantly greater proportion of transgender youth compared to matched cisgender controls accessed inpatient mental health care (22.8% vs 11.1%; RR=2.36; 95% CI=1.33, 4.20) and outpatient mental health care (45.6% vs 16.1%; RR=4.36; 95% CI=2.69, 7.05) services.

### Within-Group Differences: Comparing FTM and MTF Transgender Youth

FTM and MTF transgender youth were compared on mental health indicators. No statistically significant differences in mental health indicators were found comparing FTM and MTF adolescent and emerging adult patients, including after adjustment for age, race/ethnicity, and hormone use (Table 3).

## Discussion

The current study fills a key gap in the existing mental health research literature on transgender adolescents and emerging adults. First, in a transgender patient population not defined solely by GID and presenting at a community-based youth clinic, this study found high prevalence of depression, anxiety, suicide ideation, suicide attempt, self-harm without lethal intent, and lifetime inpatient mental health care utilization, corroborating research in other clinical settings[7,14,15,24] and in convenience sample studies[6,9,10,25,26]. Second, this study's ability to compare mental health in transgender and cisgender patients in a community-based setting provides a unique addition to the literature. Findings demonstrate

*J Adolesc Health*. Author manuscript; available in PMC 2016 March 01.

NIH-PA Author Manuscript       NIH-PA Author Manuscript       NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

that a significantly higher proportion of transgender adolescent and emerging adult patients were burdened by mental health concerns than cisgender youth. Third, no statistically significant differences in mental health were found between FTM and MTF transgender youth patients. This suggests equally high burden of mental health disorders in FTM and MTF adolescent and emerging adult patients. Findings point to the need for gender-affirming mental health services and interventions to support transgender youth. Community-based clinics should be prepared to provide mental health services or referrals for transgender patients.

Study findings should be interpreted alongside several limitations. First, nearly half of transgender patients were accessing outpatient mental health services, and transgender patients were more likely to access mental health services than cisgender youth. Therefore, transgender youth may be more likely to have had a DSM-IV-TR-based depression and/or anxiety diagnosis in their EHR which could inflate prevalence estimates (i.e., issues of measurement equivalence). Second, as a retrospective chart review this study is subject to common limitations of this research design (e.g., incomplete documentation, information that is unrecorded, variance in the quality of information recorded by medical professionals)[27]. Third, several transgender patients were partially matched to cisgender patients on age and gender identity only which may have introduced some bias in study findings. Fourth, youth in this study were seeking care at an urban community-based health center; thus, findings may not generalize to other clinic settings and geographic locations. Lastly, the elevated mental health burden among transgender youth is hypothesized to result from experiences of social stress such as family rejection, bullying, violence, victimization, and discrimination which occur due to disadvantaged social status [28,29]. These potential confounding variables were not captured in our chart review. Future research is needed to contextualize the mental health concerns of transgender adolescent and emerging adult patients in community-based clinic settings, including prospective assessment of social stressors and mental health symptoms and diagnoses over time. Such longitudinal investigations will also allow for specific consideration of developmental processes that may accompany mental health outcomes in different developmental periods, which the current study was not able to examine due to the age-matched design.

A strength of this study is that the sample was not restricted to youth with a GID diagnosis. As reflected in recent changes to the 2013 Diagnostic and Statistical Manual of Mental Disorders-5 (DSM-5)[30] which removed GID as a diagnosis and replaced it with Gender Dysphoria, being transgender is no longer conceptualized as a disorder. Over the past 10 years there has been a move away from pathologizing transgender people in mental health and clinical settings[31]. It generally accepted that wide spectrum of non-pathological diverse gender identities and gender expressions exist[31–33]. Thus, this study offers unique comparative data that directly compare the health and wellbeing of transgender and cisgender youth using a non-pathological perspective of gender variation.

Reducing health disparities[34]—through addressing inequities—is a core aim of Healthy People 2020[35]. Collecting gender-inclusive measures in patient settings is recommended for health services research and surveillance efforts to monitor health disparities and improve clinical practice[12,13]. A two-step approach is recommended where assigned sex at birth and

Reisner et al.                                                                                            Page 8

current gender identity are both assessed, either routinely at patient registration and/or during clinical care. Clinical assessment of patient reported outcomes (PROs)[36,37] can be implemented as part of routine clinical care visits for transgender youth to collect data that will inform clinical practice and future intervention development to reduce mental health disparities.

## Conclusion

The current study is one of the first studies in the U.S. to document mental health disparities by transgender status in youth using patient data and a controlled design to compare transgender and cisgender adolescents and emerging adults. Based on these findings, and consistent with prior clinical recommendations[38–40], it is recommended that primary care providers include gender identity as part of a basic patient history. Training programs and continuing education programs for primary care providers and mental health providers should include gender identity education. Providers should familiarize themselves with community resources for transgender youth. Patients with a transgender identity or history should be recognized as having higher risk for mental health concerns and should be carefully screened and evaluated. Patients identified with co-occurring transgender identity and mental health concerns should be seen by a mental health provider who is qualified to provide evidence-based care with sensitivity to the diversity of gender identity and expression.

The Sidney Borum, Jr. Health Center, the clinic site where this study took place, while devoting a good part of its resources to the care of transgender youth, is still a primary care clinic for adolescents and emerging adults. Therefore, this study shows that expanded care for transgender youth can be provided in the context of overall pediatric care: integration of behavioral health, psychiatry, and pediatric primary care – a medical home approach – can more than adequately support the medical and behavioral health needs of transgender youth and provide a locus of care for reduction of psychiatric outcomes described by the study. Including questions about gender as well as sexuality in standardized annual health reviews in pediatric practices in combination with recognized adolescent depression screenings can identify transgender youth at high-risk for self-harm and other mental health outcomes. The practice of care at this clinic creates a framework within which risk behaviors can potentially be addressed and may serve as a model for other youth-oriented clinics so that transgender youth feel safe, accepted, and receive the gender affirming care they need and deserve.

## Acknowledgments

Dr. Reisner and Dr. Mimiaga are partly supported by NIMH R01 MH094323-01A1. Dr. Shumer is supported by the Eunice Kennedy Shriver National Institute of Child Health and Human Development, 1T32HD075727-01.

## Abbreviations

| | |
|---|---|
| GM | gender minority |
| MTF | male-to-female |

NIH-PA Author Manuscript       NIH-PA Author Manuscript       NIH-PA Author Manuscript

Reisner et al.                                                                                                                 Page 9

**FTM**        female-to-male

## References

1. Institute of Medicine (IOM). The health of lesbian, gay, bisexual, and transgender people: building a foundation for better understanding. Washington, DC: Institute of Medicine; 2011.

2. Egan SK, Perry DG. Gender identity: a multidimensional analysis with implications for psychosocial adjustment. Developmental psychology. Jul; 2001 37(4):451–463. [PubMed: 11444482]

3. Grossman AH, D'Augelli AR. Transgender youth: invisible and vulnerable. Journal of homosexuality. 2006; 51(1):111–128. [PubMed: 16893828]

4. Olson J, Forbes C, Belzer M. Management of the transgender adolescent. Archives of pediatrics & adolescent medicine. Feb; 2011 165(2):171–176. [PubMed: 21300658]

5. Conron KJ, Landers SJ, Reisner SL, Sell RL. Sex and gender in the US health surveillance system: a call to action. Am J Public Health. Jun; 2014 104(6):970–976. [PubMed: 24825193]

6. Grossman AH, D'Augelli AR. Transgender youth and life-threatening behaviors. Suicide & life-threatening behavior. Oct; 2007 37(5):527–537. [PubMed: 17967119]

7. Simons L, Schrager SM, Clark LF, Belzer M, Olson J. Parental support and mental health among transgender adolescents. The Journal of adolescent health: official publication of the Society for Adolescent Medicine. Dec; 2013 53(6):791–793. [PubMed: 24012067]

8. Kosciw, JG.; Greytak, EA.; Bartkiewicz, MJ.; Boesen, MJ.; Palmer, NA. The 2011 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools. New York, NY: GLSEN; 2012.

9. Garofalo R, Deleon J, Osmer E, Doll M, Harper GW. Overlooked, misunderstood and at-risk: exploring the lives and HIV risk of ethnic minority male-to-female transgender youth. The Journal of adolescent health: official publication of the Society for Adolescent Medicine. Mar; 2006 38(3): 230–236. [PubMed: 16488820]

10. Mustanski BS, Garofalo R, Emerson EM. Mental health disorders, psychological distress, and suicidality in a diverse sample of lesbian, gay, bisexual, and transgender youths. Am J Public Health. Dec; 2010 100(12):2426–2432. [PubMed: 20966378]

11. Burgess, C. Internal and external stress factors associated with the identity development of transgender youth. In: Mallon, G., editor. Social Services with Transgender Youth. New York, NY: Harrington Park Press; 1999. p. 35-47.

12. Cahill S, HM. Sexual orientation and gender identity data collection in clinical settings and in electronic health records: A key to ending LGBT health disparities. LGBT Health. 2014; 1(1):34–41.

13. Deutsch MB, Green J, Keatley J, Mayer G, Hastings J, Hall AM. Electronic medical records and the transgender patient: Recommendations from the World Professional Association for Transgender Health EMR Working Group. J Am Inform Assoc. in press.

14. Edwards-Leeper L, Spack NP. Psychological evaluation and medical treatment of transgender youth in an interdisciplinary "Gender Management Service" (GeMS) in a major pediatric center. Journal of homosexuality. 2012; 59(3):321–336. [PubMed: 22455323]

15. Spack NP, Edwards-Leeper L, Feldman HA, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. Pediatrics. Mar; 2012 129(3):418–425. [PubMed: 22351896]

16. American Psychiatric Association (APA). Diagnostic and Statistical Manual of Mental Disorders (Fourth Edition, Text Revision) (DSM-IV-TR). Washington, DC: American Psychiatric Association; 2000.

17. Hidalgo MA, Ehrensaft D, Tishelman AC, et al. The gender affirmative model: What we know and what we aim to learn. Human Development. 2013; 56(6):285–290.

NIH-PA Author Manuscript     NIH-PA Author Manuscript     NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

18. Schwartz S, Meyer IH. Mental health disparities research: the impact of within and between group analyses on tests of social stress hypotheses. Social science & medicine. Apr; 2010 70(8):1111–1118. [PubMed: 20100631]

19. Hedberg VA, Byrd RS, Klein JD, Auinger P, Weitzman M. The role of community health centers in providing preventive care to adolescents. Archives of pediatrics & adolescent medicine. Jun; 1996 150(6):603–608. [PubMed: 8646310]

20. Shin, P.; Sharac, J.; Alvarez, C.; Rosenbaum, S. Community Health Centers in an Era of Health Reform: An Overview of Key Challenges to Health Center Growth. Washington, DC: Kaiser Family Foundtion; 2013.

21. Rubin, DB. Matched sampling for causal inference. New York, NY: Cambridge University Press; 2006.

22. Hosmer, DW.; Lemeshow, S. Applied Logistic Regression, 2nd edition. Danversa, MA: John Wiley & Sons; 2004. Chapter 7: Logistic Regression for Matched Case-Control Studies; p. 223-259.

23. Spiegelman D, Hertzmark E. Easy SAS calculations for risk or prevalence ratios and differences. American journal of epidemiology. Aug 1; 2005 162(3):199–200. [PubMed: 15987728]

24. Wallien MS, van Goozen SH, Cohen-Kettenis PT. Physiological correlates of anxiety in children with gender identity disorder. European child & adolescent psychiatry. Aug; 2007 16(5):309–315. [PubMed: 17401613]

25. Toomey RB, Ryan C, Diaz RM, Card NA, Russell ST. Gender-nonconforming lesbian, gay, bisexual, and transgender youth: school victimization and young adult psychosocial adjustment. Developmental psychology. Nov; 2010 46(6):1580–1589. [PubMed: 20822214]

26. Liu RT, Mustanski B. Suicidal ideation and self-harm in lesbian, gay, bisexual, and transgender youth. American journal of preventive medicine. Mar; 2012 42(3):221–228. [PubMed: 22341158]

27. Hess DR. Retrospective studies and chart reviews. Respiratory care. Oct; 2004 49(10):1171–1174. [PubMed: 15447798]

28. Hendricks ML, Testa RJ. A conceptual framework for clinical work with transgender and gender nonconforming clients: An adaptation of the Minority Stress Model. Professional Psychology: Research and Practice. 2012; 43(5):460–467.

29. Reisner SL, Greytak EA, Parsons JP, Ybarra M. Gender minority social stress in adolescence: Disparities in adolescent bullying and substance use by gender identity. The Journal of Sex Research. in press.

30. American Psychiatric Association (APA). Diagnostic and Statistical Manual of Mental Disorders. 5. Arlington, VA: American Psychiatric Association; 2013. (DSM-5)

31. Bockting WO. Psychotherapy and the real life experience: From gender dichotomy to gender diversity. Sexologies. 2008; 17:211–224.

32. Kuper LE, Nussbaum R, Mustanski B. Exploring the diversity of gender and sexual orientation identities in an online sample of transgender individuals. Journal of sex research. 2012; 49(2–3):244–254. [PubMed: 21797716]

33. Fausto-Sterling, A. Sex/Gender: Biology in a Social World. New York, NY: Routledge; 2012.

34. Braveman P. Health disparities and health equity: concepts and measurement. Annual review of public health. 2006; 27:167–194.

35. U.S. Department of Health and Human Services (U.S. DHHS). [Accessed March 5, 2014] Health disparities. 2010. http://www.healthypeople.gov/2020/about/disparitiesAbout.aspx

36. Wolpert M, Ford T, Trustam E, et al. Patient-reported outcomes in child and adolescent mental health services (CAMHS): use of idiographic and standardized measures. Journal of mental health. Apr; 2012 21(2):165–173. [PubMed: 22559827]

37. Basch E, Torda P, Adams K. Standards for patient-reported outcome-based performance measures. JAMA: the journal of the American Medical Association. Jul 10; 2013 310(2):139–140.

38. Cheung AH, Zuckerbrot RA, Jensen PS, et al. Guidelines for Adolescent Depression in Primary Care (GLAD-PC): II. Treatment and ongoing management. Pediatrics. Nov; 2007 120(5):e1313–1326. [PubMed: 17974724]

Reisner et al.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

39. Zuckerbrot RA, Cheung AH, Jensen PS, Stein RE, Laraque D, Group G-PS. Guidelines for Adolescent Depression in Primary Care (GLAD-PC): I. Identification, assessment, and initial management. Pediatrics. Nov; 2007 120(5):e1299–1312. [PubMed: 17974723]

40. Adelson SL. American Academy of C. Adolescent Psychiatry Committee on Quality I. Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. Journal of the American Academy of Child and Adolescent Psychiatry. Sep; 2012 51(9):957–974. [PubMed: 22917211]

Reisner et al.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

**Highlights**

- Transgender youth represent a vulnerable population at-risk for negative mental health outcomes including depression, anxiety, self-harm, and suicidality.

- Limited mental health data are available in this patient population from community-based clinic settings, including comparative data that examine disparities in mental health outcomes.

- Transgender patients have disparately negative mental health outcomes compared to their non-transgender counterparts, with equally high burden for FTM and MTF youth.

- Clinicians serving transgender youth should screen for mental health concerns.

- Collecting gender-inclusive measures in electronic health records is recommended, including assigned sex at birth and current gender identity at patient registration.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

---

**Implications and Contributions**

Transgender youth were found to have a disparity in negative mental health outcomes compared to cisgender youth, with equally high burden in FTM and MTF youth. Identifying gender identity differences in clinical settings and providing appropriate services and supports are important steps in addressing this disparity.

---

*J Adolesc Health.* Author manuscript; available in PMC 2016 March 01.

Reisner et al. Page 14

## Table 1

Sociodemographics: Comparing Transgender Youth and Cisgender (Non-Transgender) Controls (n=360).

| | Transgender n=180 50.0% | | Cisgender n=180 50.0% | | Bivariate Statistics | |
|---|---|---|---|---|---|---|
| | Mean | (SD) | Mean | (SD) | t-test (df) | p-value |
| **Age** | | | | | | |
| Continuous in Years | 19.7 | 3.1 | 19.5 | 3.0 | -0.78 (358) | 0.435 |
| | n | % | n | % | $\chi^2$ (df) | p-value |
| **Race/Ethnicity** | | | | | 7.18 (5) | 0.208 |
| 1 White | 87 | 48.3 | 66 | 36.7 | | |
| 2 Black/African American | 17 | 9.4 | 23 | 12.8 | | |
| 3 Latino/Hispanic | 19 | 10.6 | 23 | 12.8 | | |
| 4 Other Race/Ethnicity | 12 | 6.7 | 10 | 5.6 | | |
| 5 Multiracial | 9 | 5.0 | 7 | 3.9 | | |
| 6 Unknown Race/Ethnicity | 36 | 20.0 | 51 | 28.3 | | |
| **Race/Ethnicity** | | | | | 5.77 (2) | 0.056 |
| Racial/Ethnic Minority | 57 | 31.7 | 63 | 35.0 | | |
| White (Non-Hispanic) | 87 | 48.3 | 66 | 36.7 | | |
| Unknown Race/Ethnicity | 36 | 20.0 | 51 | 28.3 | | |

*J Adolesc Health.* Author manuscript; available in PMC 2016 March 01.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Reisner et al.

Page 15

## Table 2

Between-Group Differences Documenting Mental Health Disparities: Transgender Compared to Matched Cisgender (Non-Transgender) Youth Patients (n=360).[*]

| | Transgender n=180 | | Cisgender n=180 | | Transgender Versus Cisgender | | Total Sample n=360 | |
|---|---|---|---|---|---|---|---|---|
| | n | % | n | % | RR (95% CI) | p-value | n | % |
| Depression (DSM-IV-TR Diagnosis) | 91 | 50.6 | 37 | 20.6 | 3.95 (2.60, 5.99) | <0.0001 | 128 | 35.6 |
| Anxiety (DSM-IV-TR Diagnosis) | 48 | 26.7 | 18 | 10.0 | 3.27 (1.80, 5.95) | 0.0001 | 66 | 18.3 |
| Suicide Ideation | 56 | 31.1 | 20 | 11.1 | 3.61 (2.17, 6.03) | <0.0001 | 76 | 21.1 |
| Suicide Attempt | 31 | 17.2 | 11 | 6.1 | 3.20 (1.53, 6.70) | 0.002 | 42 | 11.7 |
| Self-Harm Without Lethal Intent | 30 | 16.7 | 8 | 4.4 | 4.30 (1.95, 9.51) | 0.0003 | 38 | 10.6 |
| Inpatient Mental Health Services | 41 | 22.8 | 20 | 11.1 | 2.36 (1.33, 4.20) | 0.004 | 61 | 16.9 |
| Outpatient Mental Health Services | 82 | 45.6 | 29 | 16.1 | 4.36 (2.69, 7.05) | <0.0001 | 111 | 30.8 |

[*] Participants were matched on age, race/ethnicity, and visit date.

169

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Reisner et al.

Page 16

**Table 3**

Within-Group Differences: Comparing FTM and MTF Transgender Youth Patients (n=180).

| | FTM (n=106) | | MTF (n=74) | | Bivariate | | FTM Versus MTF Transgender[+] | | | | | |
| | | | | | | | Age- and Race- Adjusted | | Age-, Race-, and Hormone- Adjusted | | |
| | n | % | n | % | RR (95% CI) | p-value | RR (95% CI) | p-value | RR (95% CI) | p-value | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Depression (DSM-IV-TR Diagnosis) | 58 | 54.7 | 33 | 44.6 | 1.50 (0.83, 2.73) | 0.182 | 1.17 (0.54, 2.51) | 0.697 | 1.64 (0.86, 3.09) | 0.131 | |
| Anxiety (DSM-IV-TR Diagnosis) | 28 | 26.4 | 20 | 27.0 | 0.97 (0.50, 1.90) | 0.927 | 0.47 (0.19, 1.17) | 0.105 | 0.77 (0.37, 1.61) | 0.490 | |
| Suicide Ideation | 32 | 30.2 | 24 | 32.4 | 0.90 (0.48, 1.71) | 0.750 | 1.09 (0.47, 2.53) | 0.834 | 0.99 (0.50, 1.96) | 0.979 | |
| Suicide Attempt | 16 | 15.1 | 15 | 20.3 | 0.70 (0.32, 1.52) | 0.367 | 0.50 (0.18, 1.41) | 0.188 | 0.86 (0.38, 1.95) | 0.713 | |
| Self-Harm Without Lethal Intent | 21 | 19.8 | 9 | 12.2 | 1.78 (0.77, 4.15) | 0.179 | 1.68 (0.69, 4.10) | 0.256 | 1.75 (0.71, 4.30) | 0.222 | |
| Inpatient Mental Health Services | 23 | 21.7 | 18 | 24.3 | 0.86 (0.43, 1.74) | 0.680 | 0.99 (0.39, 2.49) | 0.982 | 0.96 (0.46, 2.03) | 0.922 | |
| Outpatient Mental Health Services | 50 | 47.2 | 32 | 43.2 | 1.17 (0.65, 2.13) | 0.603 | 1.18 (0.54, 2.61) | 0.676 | 1.43 (0.75, 2.71) | 0.277 | |

[+] Age, race/ethnicity, and cross-sex hormone use were not statistically significant in any of the fitted models.

FTM = Female-to-male. MTF = Male-to-female. RR = Risk Ratio. 95% CI = 95% Confidence Interval.

*J Adolesc Health.* Author manuscript; available in PMC 2016 March 01.

170

*Ex.11*

# In the Matter Of:

*K.C., ET AL*

*-v-*

*INDIVIDUAL MEMBERS OF MEDICAL LICENSING BOARD OF INDIANA, ET AL*

---

### Daniel Shumer, M.D.

*May 16, 2023*

---



**StewartRichardson**

DEPOSITION SERVICES

www.StewartRichardson.com

EXHIBIT NO. 11
FOR IDENTIFICATION
DATE: 4-2-24
Leisa Pastor, CSR, CRR

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
 2                  INDIANAPOLIS DIVISION
 3
      K.C., et al.,              )
 4                               )
                Plaintiffs,      )
 5                               )
           -v-                   ) CASE NO.
 6                               ) 1:23-cv-00595-JPH-KMB
      THE INDIVIDUAL MEMBERS OF THE )
 7    MEDICAL LICENSING BOARD OF )
      INDIANA, in their official )
 8    capacities, et al.,        )
                                 )
 9              Defendants.      )
10
11         The deposition upon oral examination of DANIEL
12    SHUMER, M.D., a witness produced by means of
13    videoconference and sworn before me, Melody M.
14    Goodrich, CM, Notary Public in and for the County of
15    St. Joseph, State of Indiana, taken on behalf of the
16    Defendants, with the witness being located in Ann
17    Arbor, Michigan, and all other participants appearing
18    via videoconference, on Tuesday, May 16, 2023, at
19    9:02 a.m., pursuant to the Federal Rules of Civil
20    Procedure.
21
22
23
24         STEWART RICHARDSON & ASSOCIATES
              Registered Professional Reporters
25                  (800) 869-0873
```

```
Page 2
 1                     APPEARANCES
 2        (All participants via Zoom videoconference)
 3
      FOR THE PLAINTIFFS:
 4
          Harper S. Seldin, Esq.
 5        Chase Strangio, Esq.
          AMERICAN CIVIL LIBERTIES UNION FOUNDATION
 6        125 Broad Street
          New York, NY 10041
 7        hseldin@aclu.org
          cstrangio@aclu.org
 8        and
          Kenneth J. Falk, Esq.
 9        Gavin M. Rose, Esq.
          ACLU of INDIANA
10        1031 East Washington Street
          Indianapolis, IN 46202
11        kfalk@aclu-in.org
          grose@aclu-in.org
12
13
      FOR THE DEFENDANTS:
14
          Thomas M. Fisher, Esq.
15        Razi Lane, Esq.
          OFFICE OF THE ATTORNEY GENERAL
16        302 West Washington Street
          IGCS Fifth Floor
17        Indianapolis, IN 46204-2770
          tom.fisher@atg.in.gov
18        razi.lane@atg.in.gov
19
20    ALSO PRESENT: Shawn Weyerbacher
                     Brad Davis
21                   John Vastag
22
23
24
25
```

```
Page 3
 1
 2              INDEX OF EXAMINATION
 3                                          PAGE
 4    By Mr. Fisher ................................6
 5
 6              INDEX OF EXHIBITS
 7
      SHUMER         DESCRIPTION            PAGE
 8
 9    Exhibit 1   Deposition Notice ...................8
10    Exhibit 2   Complaint .........................8
11    Exhibit 3   Senate Enrolled Act No. 480 .......9
12    Exhibit 4   Expert Declaration ...............10
13    Exhibit 5   Turban - January 2020 ............48
14    Exhibit 6   November 15, 2022 - ..............57
                  Campbell
15
16    Exhibit 7   Fish - August 2020 ...............59
17    Exhibit 8   Chung - February 1, 2002 .........70
18    Exhibit 9   Savic - November 2011 ............75
19    Exhibit 10  Luders - July 15, 2009 ...........83
20    Exhibit 11  Bergland .........................92
21    Exhibit 12  Rametti ........................104
22    Exhibit 13  Reisner ........................162
23    Exhibit 14  de Vries .......................165
24    Exhibit 15  de Vries - 2014 ................168
25    Exhibit 16  Turban 2020b ...................192
```

```
Page 4
 1           INDEX OF EXHIBITS (CONT'D)
 2
      SHUMER         DESCRIPTION            PAGE
 3
 4    Exhibit 17  Kuper ..........................208
 5    Exhibit 18  Costa ..........................211
 6    Exhibit 19  Carmichael .....................215
 7    Exhibit 20  Achille ........................216
 8    Exhibit 21  van der Miesen .................220
 9    Exhibit 22  Allen ..........................225
10    Exhibit 23  Chen ...........................230
11    Exhibit 24  Dhejne .........................237
12    Exhibit 25  Clinical Practice ..............238
                  Guidelines
13    Exhibit 26  Standards of Care ..............240
14    Exhibit 27  Recommendation of the ..........241
                  Council for Choices in
15                Health Care In Finland
16    Exhibit 28  Review Article - 20 January ....249
                  2023
17
18    Exhibit 29  Evidence Review: ...............254
                  Gonadotrophin releasing
19                hormone analogues for
                  children and adolescents
20                with gender dysphoria
21    Exhibit 30  Evidence Review: ...............257
                  Gender-affirming hormones
22                for children and
                  adolescents
23
24
25
```

Pages 33..36

Page 33

1 a female body, but I identify now as a boy."
2     And I'm asking apart from that person's
3 communication of their understanding of their
4 gender identity, how would you know what their
5 gender identity is?
6     MR. SELDIN:  Object to form.
7 A Well, I think a lot of it does have to do with
8 that person's understanding of their gender
9 identity, and, you know, this is -- this is what
10 mental health professionals are trained to do, to
11 work with folks, partner with patients and
12 families, to help understand these really
13 challenging concepts.
14     There is no test -- there's no blood test.
15 There's no X-ray.  But the work of
16 highly-qualified mental health professionals
17 helps to inform the rest of the medical team
18 whether someone's -- whether a person that we're
19 seeing may benefit from intervention for gender
20 dysphoria.
21 Q What is the error rate for determining if someone
22 is transgender?
23     MR. SELDIN:  Object to form.
24 A Well, I've never really thought of it that way.
25 You know, I think that what's more clinically

Page 34

1 relevant is, you know, the -- the treatment of
2 gender dysphoria -- right? -- so that if someone
3 has -- has a diagnosis of gender dysphoria and
4 may benefit from treatment, then the likelihood
5 that that person's gender identity persists
6 across time is extremely high.
7 Q Okay.  But is there an error rate of diagnosing
8 gender dysphoria?
9     MR. SELDIN:  Object to form.
10 A In my clinical experience, the patients that I've
11 seen with a diagnosis of gender dysphoria, you
12 know, has had -- have had -- for example, I
13 haven't had a patient that I've treated with
14 gender dysphoria that then comes back several
15 years later and says, "Guess what?  My gender
16 identity is -- I was completely wrong.  I'm
17 cisgender."
18     So I have not had that experience, no.
19 Q Well, but you're in this case testifying as an
20 expert, right?  You're not just testifying based
21 on your clinical experience.  That was my
22 understanding at least.  Is that correct?
23     MR. SELDIN:  Object to form.
24 A Yes, I'm testifying as an expert.
25 Q So according to the literature and all that

Page 35

1 you're aware of, what is the error rate for
2 diagnosing gender dysphoria?
3     MR. SELDIN:  Object to form.
4 A I certainly have -- there's certainly people out
5 there that have -- that describe that at one
6 point they thought they were transgender,
7 received treatment, and now identify as
8 cisgender.  The rate of that happening seems to
9 be less than 1 percent.
10 Q What's your basis for that?
11 A So I think that there's -- the statement that the
12 rate of someone that is treated for gender
13 dysphoria all of a sudden identifying as
14 cisgender being extremely low comes from lots of
15 difference sources.  Right?
16     So there's -- there's some, for example,
17 longitudinal studies of treatment of gender
18 dysphoria.  There are retrospective studies.
19 There's, you know, the -- I think the -- the way
20 to quantify what you're asking is challenging --
21 right? -- because you can't capture everyone that
22 has ever identified as transgender and then
23 compared them later on.
24     What you can come closer to doing, that is
25 people that have received medical care.  Right?

Page 36

1 And so in review of cases of people with gender
2 dysphoria that have received medical care,
3 numbers of people that identify as cisgender
4 subsequently, is low.
5 Q Well, I guess I'm wondering, to have -- if you
6 are designing a study to capture the error rate
7 of diagnosing gender dysphoria, what would be
8 necessary to have a reliable result?  How would
9 you structure that study?
10     MR. SELDIN:  Object to form.
11 A So let me back up for a second because, you know,
12 the diagnosis of gender dysphoria -- there's a
13 specific definition of gender dysphoria.  Right?
14     So if a person has gender dysphoria at any
15 one point in time, then that person is meeting
16 specific criteria.  Right?  So that a person with
17 gender dysphoria, for example, has a gender
18 identity that's different from the sex assigned
19 at birth.  They meet 206 of the other criteria.
20 It's affecting them clinically in some -- it's
21 affecting them negatively in other aspects of
22 their life.  So if a person has gender dysphoria,
23 by definition they meet that definition.  They
24 meet those criteria.
25     So at that point in time, there's no error

Page 37

1    rate. That person has gender dysphoria. So
2    you're asking a different question.
3  Q   Well, no. I think let's go there. So is it
4      impossible to misdiagnose gender dysphoria in
5      your view?
6        MR. SELDIN: Object to form.
7  A   Just like all diagnoses in the DSM, the diagnosis
8      is based on a clinical interview. So, for
9      example, if a -- if you ask a patient a question
10     and they give you a false answer, then you may
11     diagnose them with gender dysphoria because they
12     are not being truthful. But if a person is not
13     able to participate in the interview, then you
14     would have a harder time diagnosing gender
15     dysphoria.
16       You know, I'm speaking as a pediatric
17     endocrinologist that doesn't make a diagnosis of
18     gender dysphoria, of course, but -- but just like
19     the diagnosis of depression or schizophrenia or
20     anxiety, all of these have clinical criteria, and
21     so someone is diagnosed based on meeting those
22     criteria.
23  Q   Well, I guess when using a diagnostic tool in
24      trying to determine whether it's a useful
25      diagnostic tool, as a scientist is it important

Page 38

1    to know what the error rate of that tool is?
2        MR. SELDIN: Object to form.
3  A   Well, gender dysphoria is defined as the --
4      someone meets the diagnosis of gender dysphoria
5      only if they have the criteria outlined in the
6      DSM. So I'm not -- I guess I'm not understanding
7      your question.
8  Q   I guess I'm wondering how you know that that test
9      gets it right every time.
10       MR. SELDIN: Object to form.
11  A   Okay. I think I understand. So I think maybe --
12      maybe implicit in your question is, well, what do
13      we do with the diagnosis of gender dysphoria.
14      Right? So if someone meets criteria for gender
15      dysphoria, what does that mean and what does that
16      imply for the future?
17       If a person meets criteria for gender
18      dysphoria, for example, and they -- well, okay.
19      Let me back up for a second.
20       We use gender -- the diagnosis of gender
21      dysphoria to make medical decisions. Right? So
22      a person that does not meet the diagnosis of
23      gender dysphoria wouldn't require intervention.
24      A person that does meet the criteria for gender
25      dysphoria, I would want to know how does that

Page 39

1    affect them. Is that something that is making it
2    harder for them to accomplish tasks, like going
3    to school or getting a job or leading a happy,
4    healthy, productive life?
5        As a whole, we understand that people with
6    gender dysphoria may benefit from medical
7    interventions -- right? -- such as
8    gender-affirming hormones, for example. So if --
9    if we then take data from the use of
10   gender-affirming hormones to treat gender
11   dysphoria and we see improvement or positive
12   impact on the gender dysphoria, then that helps
13   to validate that the criteria used to diagnose
14   gender dysphoria is helpful.
15  Q   So you don't really know until you treat the
16      child whether your diagnosis was correct?
17        MR. SELDIN: Object to form.
18  A   No, that's not what I said.
19        I said that because of the body of evidence
20   in the -- regarding the positive effects of
21   treatment of gender dysphoria, we understand
22   that -- that the use of that diagnosis can be
23   helpful in making management decisions.
24  Q   Can be helpful. Are there times when it's not
25      helpful?

Page 40

1        MR. SELDIN: Object to form.
2  A   I don't -- I don't really think I can -- I'm not
3      really sure I understand.
4  Q   Well, you said "can be helpful." And I'm
5      wondering -- okay. I'm still going back to my
6      question. Is it always helpful? Is it an
7      unassailable diagnostic tool?
8        MR. SELDIN: Object to form.
9  A   Well, I certainly think that in treating
10     transgender adolescents, the -- whether or not
11     they meet criteria for gender dysphoria is an
12     extremely helpful thing to know.
13  Q   Is it unassailable?
14        MR. SELDIN: Object to form.
15  A   Can you define that.
16  Q   Is it always 100 percent right?
17        MR. SELDIN: Object to form.
18  A   I don't think anything is 100 percent right in
19     any aspect of medicine, but I think that the
20     confidence that I have in, for example, the
21     assessment that -- members of the
22     multidisciplinary team that I work with I find to
23     be extremely helpful in having really challenging
24     conversations with patients and families about
25     what the medical options might be.

Page 41

1  Q  So not always 100 percent right.  What is the
2     error rate?
3        MR. SELDIN:  Object to form.
4  A  I think this is too abstract to answer in that
5     way.  So I think, you know, if you could, be more
6     specific in, you know, a specific situation.
7  Q  Doctor, all I'm asking is if you know if there is
8     an error rate for diagnosing gender dysphoria.
9        MR. SELDIN:  Object to form.  Asked and
10    answered.
11 A  I don't have more -- a more precise answer or
12    number than I've already shared with you.
13 Q  And what number is that?
14       MR. SELDIN:  Object to form.
15 A  I don't know what the error rate of diagnosis of
16    gender dysphoria is.  What I do know is that
17    patients that have received -- that receive a
18    diagnosis of gender dysphoria and are treated
19    with gender-affirming care, I believe the error
20    rate or the rate of people that later on in the
21    future say, "Turns out I'm cisgender and I" --
22    "Turns out I'm cisgender," is less than 1
23    percent.
24       MR. SELDIN:  Tom -- Mr. Fisher, is now a
25    good time for a little mid-morning break or --

Page 42

1        MR. FISHER:  Yeah.  Sure.  That's fine.
2     Let's go ahead and take a break.
3     (Recess taken from 9:57 a.m. to 10:02 a.m.)
4  BY MR. FISHER:
5  Q  Doctor, I think you said that there are some who
6     are transgender that do not experience gender
7     dysphoria; is that accurate?
8  A  I would agree.
9  Q  So let's start with the preadolescents.  About
10    how many preadolescents do you think -- or is
11    there evidence showing that are transgender but
12    not gender dysphoric?
13       MR. SELDIN:  Object to form.
14 A  I don't think I can give you a number.  I think
15    what I would say is that gender identity
16    exploration is a normal function of childhood so
17    that -- you know, in childhood we're always
18    putting on different hats and exploring the world
19    around us and how we interact with that world.
20       So, you know, I think that the -- for
21    example, if a -- if a -- someone assigned male at
22    birth is experimenting with wearing different
23    types of clothes or different types of play, that
24    doesn't necessarily mean that they have a
25    difference in gender identity, for example.  They

Page 43

1     may -- if a child has a difference in gender
2     identity, they may or may not have any distress
3     associated with that.
4        But the percentage of young people who are
5     experiencing different degrees of gender identity
6     difference I don't know.
7  Q  Let's just move into the range of adolescents.
8     Maybe let's take somebody -- the range of kids
9     from beginning of Tanner Stage 2 up through, I
10    guess, 15.  Is that a useful range -- age range
11    in your mind?
12       MR. SELDIN:  Object to form.
13 A  Sure.
14 Q  And I'm wondering, within that age range, do you
15    have a -- is there any data that shows or do you
16    have an estimate of percentage of transgenders
17    who do not experience gender dysphoria?
18       MR. SELDIN:  Object to form.
19 A  So there are some efforts to understand the
20    number of people that identify as transgender,
21    for example, in the United States today, and that
22    number seems to be somewhere below 1 percent and
23    above .5 percent.
24 Q  Okay.
25 A  And then the number of people then presenting to

Page 44

1     clinical care for gender dysphoria is much lower
2     than that -- than that figure.
3  Q  What are your sources for those numbers?
4  A  Let me think.  So I think that there's been --
5     there's a national survey in 2015 that was aiming
6     to understand the prevalence of gender identity
7     difference in the U.S.  I think that there's
8     some -- some -- an effort to quantify the
9     percentage --
10 Q  Doctor, I'm sorry.  You're breaking up.  We're
11    having a hard time getting you.
12 A  Sorry.  Is that better?
13 Q  Yes.  I don't know where the problem was, but you
14    were starting to talk about what -- I was asking
15    what studies supported the numbers you were
16    mentioning, and so if we could just start there.
17 A  Yeah.  So the things that come to my mind are, I
18    think, a 2015 national transgender survey.  I
19    believe there's been some work done in Minnesota,
20    if I'm not mistaken, trying to quantify the
21    percentage of young people that are identifying
22    as transgender, and so that's where I'm pulling
23    that number, somewhere between .5 and 1 percent,
24    from.
25 Q  Okay.  That 2015 survey, who was surveyed?

Pages 45..48

**Page 45**

1  A  Now I'm just trying to remember if that was the
2     one that came up -- that did offer that
3     percentage.  But there is a 2015 survey of -- I
4     think it's called the National Transgender
5     Survey, I think, published by the Williams
6     Institute, which was surveying people from across
7     the U.S. and territories to learn more about the
8     health and well-being of transgender Americans.
9  Q  How was that survey conducted?
10 A  If I recall, there was a recruitment strategy to
11    try to identify a diverse sampling of transgender
12    people from all 50 states and different
13    territories, recruiting from medical clinics,
14    from snowball sampling, from online
15    advertisements, to try to identify more people
16    from different parts of the country.
17 Q  And how was it conducted?
18 A  Surveys.
19 Q  No.  But, I mean, was it mail?  Telephone?  What
20    was it?
21 A  If I'm not mistaken, I think majority online, but
22    there may have been some mail.  I'm not a hundred
23    percent on that.
24 Q  Are you familiar with any criticisms of that
25    survey?

**Page 46**

1     MR. SELDIN:  Object to form.
2  A  Not specifically.
3  Q  Okay.  When, Doctor, in your understanding was
4     the first teen gender clinic opened in the United
5     States?
6     MR. SELDIN:  Object to form.
7  A  I want to say in the early 2000s.
8  Q  How many teens were diagnosed with gender
9     dysphoria from 2000 to 2010?
10    MR. SELDIN:  Object to form.
11 A  I don't know the answer to that.
12 Q  How about the decade -- or 12 years, 2011 to
13    2023?
14    MR. SELDIN:  Object to form.
15 A  I don't know the number of people diagnosed.
16 Q  Do you have any sense of the volume dynamic of
17    that diagnosis over that time?
18    MR. SELDIN:  Object to form.
19 A  Sorry.  Can you --
20 Q  I'm wondering if you have a sense of whether the
21    volume of teen diagnosis with gender dysphoria
22    has increased in those two decades.
23    MR. SELDIN:  Object to form.
24 A  There has been more -- more adolescents diagnosed
25    with gender dysphoria in the last decade,

**Page 47**

1     specifically as there's been more access to
2     health intervention.
3  Q  Sorry.
4  A  I can just barely see the top of your head.
5  Q  Oh, I'm so sorry.
6        Is that better?
7  A  Yes.  Thank you.
8  Q  Okay.  I can't see myself so I didn't really
9     know.
10 A  You're like (indicating).
11    MR. SELDIN:  Don't deprive us of the view of
12    that sharp tie, Mr. Fisher.
13 BY MR. FISHER:
14 Q  I'm sorry.  Were you finished with your answer,
15    Doctor?
16 A  I think so, yes.
17 Q  Okay.  So back to paragraph 28 of your
18    declaration, if you could pull that up.  I'm
19    sorry.  This is 4, right?  Exhibit 4.
20       And you'll recall earlier I read the first
21    clause of that first sentence, and now I'm going
22    to switch focus to the second clause, which says,
23    "Attempts to force transgender people to align
24    their gender identity with their birth sex
25    (sometimes descried as 'conversion therapy') have

**Page 48**

1     been found to be both harmful and ineffective."
2        Do you see that?
3  A  I do.  And I do believe that word was supposed to
4     be "described."  So sorry about that typo.
5  Q  No.  That's okay.  I was actually going to try to
6     fix it for you, but then I couldn't figure out if
7     it was "decried" or "described."  So I thought
8     I'd let you do it.  Okay.  Thank you.
9        And then you cite -- later in the paragraph
10    you cite Turban 2020a, right?  Do I have that --
11    right.  Turban 2020a.  Campbell 2002, but I think
12    that may be actually 2022.
13 A  Okay.
14 Q  And in Fish, you say 2022, but might actually be
15    2020.  I got those dates just, I think, from your
16    bibliography.
17       Anyway, you're with me, though?  Yes?
18 A  I'm with you.
19 Q  Okay.  So let's start with that Turban study.
20       So this is Exhibit 5.  Let's go ahead and
21    pull that up.
22    (Shumer Exhibit 5 marked.)
23       MR. FISHER:  I'm sorry.  Turban -- JAMA
24    Psychiatry, Association Between Recalled
25    Exposure.  There we go.

Pages 121..124

**Page 121**

1    what's going on there?

2      MR. SELDIN: Object to form.

3   A   Yes. So I would say the -- I think how -- how

4      our -- our social worker describes it as a

5      biopsychosocial assessment --

6   Q   Biopsychosocial. Okay.

7   A   -- which is, I think, just a fancy way of saying

8      learning everything there is to learn about this

9      patient's understanding of gender identity and

10      also getting a good sense of other aspects of

11      their life.

12   Q   How long does that process take, that assessment?

13   A   So the first visit with the social worker is

14      typically scheduled for three hours, and then

15      based on that visit, you know, the social worker

16      could determine what further visits are required

17      for the assessment.

18   Q   But it could be only one three-hour visit, and

19      then it gets forwarded to you for a medical

20      visit?

21      MR. SELDIN: Object to form.

22   A   You know, it really depends. I think sometimes

23      patients coming in already have had an assessment

24      with a treating therapist that they've known for

25      several years and are coming with, for example, a

**Page 122**

1    letter from the summary of the biopsychosocial

2      assessment that's already been done by someone

3      that's known them for a long time. So in that

4      situation, oftentimes the one visit with our

5      social workers is all that's required to sort of

6      confirm. But in other situations, subsequent

7      visits are necessary.

8   Q   Do you have a sense for sort of an average?

9      MR. SELDIN: Object to form.

10   A   An average number of visits with the social

11      worker?

12   Q   Yes. Before the medical visit.

13   A   It's very individualized but, you know, somewhere

14      between one and two visits on average.

15   Q   Over how many weeks or months would those one or

16      two visits likely occur?

17   A   I think it's really variable. Right? So, like,

18      for example, at an initial assessment visit with

19      the social worker, the recommendation might be,

20      you know, I want you to, you know, continue to

21      evaluate and explore your gender identity working

22      with, you know a local mental health provider for

23      the next year. And then we'll set up a return

24      visit.

25      Or it could be, you know, we haven't been

**Page 123**

1    able to go through everything that I wanted to go

2      through to understand you so let's set up another

3      visit at my next available appointment.

4      So, you know, I think it -- it's -- you

5      know, I think that it's -- when we're dealing

6      with individual people here in medicine, it's not

7      so much, like, you know, triage, done;

8      assessment, bing; visit, check mark. You know,

9      every single person requires a lot of individual

10      thought, you know. How can I -- what is this

11      person telling me about themselves? How can I

12      help them? And, you know, what are some barriers

13      to care? What -- what is unique about this

14      person that allows us -- that requires time for

15      considering X, Y, or Z?

16      So when you say "protocol" -- right -- I can

17      say that we have some sort of a protocol which

18      involves those sort of four phases that you

19      outlined. But beyond that, the protocol breaks

20      down when you're talking about individual people

21      and their specific needs.

22   Q   Do you track data for how long people -- how long

23      your patients take from triage through the

24      medical visit?

25      MR. SELDIN: Object to form.

**Page 124**

1   A   I don't formally track data, but, you know, I

2      work there and can give estimates about how long

3      things take.

4   Q   So how long do you think it takes on average from

5      triage to medical visit?

6   A   Probably four to eight months.

7   Q   Is it -- if there's going to be maybe -- strike

8      that.

9      Do you ever prescribe either pubertal

10      suppressants or hormones at the first medical

11      visit?

12      MR. SELDIN: Objection to form.

13   A   Yes.

14   Q   Okay. So the monitoring, tell me about how

15      frequently you are monitoring your patients where

16      there's a medical intervention.

17   A   Typically I see patients every three months.

18   Q   Through their 18th birthday, or for how long?

19   A   Every three months over the first year of

20      treatment for sure. And then, like I say,

21      because everyone is so individual and different,

22      you create a plan as to what follow-up looks like

23      moving forward.

24      So I have some patients that are, you

25      know -- that are doing so well that our visits

Pages 173..176

**Page 173**

1  here, these individuals, the -- which I
2  understand that to be describing the cohort
3  included in the study -- "These individuals of
4  whom an even higher percentage than the general
5  population were pursuing higher education seemed
6  different from the transgender youth in community
7  samples with high rates of mental health
8  disorders, suicidality, and self-harming behavior
9  and poor access to health services."
10     Does that give you any concern about how
11  representative this study is of the general --
12  when it talks about, you know, comparing this
13  cohort to the general population?
14     MR. SELDIN:  Object to form.
15  A  So I want to back up for a second and say that
16  they're not saying that in choosing these
17  patients to participate in the study initially
18  they were pursuing higher education at higher
19  rates.  Of course, they were young adolescents.
20  Right?
21     So what they're saying is the patients that
22  participated, that they're describing in this
23  study, are going on to have -- what I think
24  they're implying -- is successful lives and
25  saying that this seems different than the youth

**Page 174**

1  in community samples with higher rates of these
2  other problems.
3     This is something that I get to witness
4  every day too, where, you know, oftentimes
5  patients are coming to see me with, you know,
6  parents feeling sort of hopeless, that there's
7  no -- there's no future in sight and, you know,
8  as I'm -- as we talked about graduating these
9  kids to adult care, I do have that privilege of
10  watching them, you know, successfully adulting in
11  ways that we didn't -- that maybe their parents
12  couldn't envision a few years before.
13     So I think that's what these authors are
14  describing, that sort of phenomenon of, wow, our
15  patients are doing well, they're going to
16  college, they're getting jobs.  Kind of in
17  contrast to sort of what we're seeing from --
18  because I think that sentence is sort of read out
19  of context there.
20  Q  Oh.  Well, let's look at page 703.  Right above
21  "References."
22  A  Okay.
23  Q  "Third, despite absence of pretreatment
24  differences on measured indicators, a selection
25  bias could exist between adolescents of the

**Page 175**

1  original cohort that participated in this study
2  compared with nonparticipants."
3     Does that give you any concern about the
4  results -- the reliability of the results here?
5     MR. SELDIN:  Object to form.
6  A  Yeah.  You know, this is just an aspect of
7  research.  It gets messy because we -- you know,
8  because we can't do a randomized control trial,
9  then we need to be creative about how we can
10  attack these specific issues.
11     So if we are saying, okay, how do patients
12  do over the long term with this type of care, how
13  are we going to conduct that study?  Okay.  We
14  need to conduct that study at a place where
15  people go to receive this care.  Right?  So you
16  couldn't do this study without doing it in a
17  medical center that is doing the care.
18     So inherent in that is the idea that, well,
19  not everyone's getting care.  Right?  If
20  you're -- if you're farther away from Amsterdam,
21  maybe you're less likely to get the care.  If you
22  don't have a car or maybe, you know, have -- have
23  parents that won't bring you to the clinic, maybe
24  you won't get the care.
25     So those -- you know, so then the next

**Page 176**

1  question is, okay, so if we did this same
2  treatment to kids that weren't able to get the
3  care for one reason or another, would we have the
4  same results?  And so that in the -- in the
5  limitation section here, that's what the author
6  is asking the reader to say.  Right?
7  Would we have the same results if we did this
8  study on all the people that didn't have a car
9  back in 1990 to get to these clinics or didn't
10  know -- their doctor didn't know about the clinic
11  existing?
12     And I think that that's left for the sort of
13  contemplation of the reader -- or the common
14  sense or the clinical sense of the reader to say,
15  again, how generalizable is this to me, to my
16  practice?
17     So to me, you know, these patients are not
18  exactly the same as the patients that I'm seeing
19  in the office.  They live in Michigan, not
20  Amsterdam.  It's 2023, not 1990s.  So those are
21  differences.
22     Are those differences relevant?  Maybe.
23  Does this paper still help to inform me that
24  gender-affirming care might be helpful?  I think
25  it does.

**Page 177**

```
 1          I think that this is -- you know, this is
 2     just the nature of research.  The limitation is
 3     that the study wasn't done on your patient.
 4     Right?  And you have to extrapolate from what's
 5     learned from others on to your own patient.
 6  Q  Is it your understanding that all of the
 7     participants in this study were getting
 8     psychiatric support?
 9          MR. SELDIN:  Object to form.
10  A  Yes.
11  Q  Does the study purport to control for psychiatric
12     support in any way?
13          MR. SELDIN:  Object to form.
14  A  So the study's describing this particular clinic
15     experience with their care, which they, I think,
16     do a very nice job of describing what that care
17     is.  It involves psychological support,
18     gender-affirming care.
19          And so, you know, again I would go back to
20     the same thing I just said.  If I'm working in a
21     place where there is not available psychiatric
22     support or psychological support for patients,
23     then I might say, hmmm, how am I going to use
24     this study?  Is it generalizable to me?
25          It looks like these patients, they improved
```

**Page 178**

```
 1     with this package of psychological support,
 2     gender-affirming care, you know, seemingly
 3     supportive environment, and their outcomes were
 4     good.
 5          Unfortunately, you know, me as a
 6     hypothetical person, unfortunately in my
 7     situation, I have something that maybe is similar
 8     to their psychologic support.  They have a
 9     therapist, but it's not exactly the same as, you
10     know, what they're describing they did in terms
11     of psychological support.  So is this paper
12     generalizable to me?
13          And so, again, I think that goes back to --
14     back to the clinical sense and common sense of
15     the reader, that without providing that
16     psychological support, would the treatment that
17     I'm proposing -- or without providing
18     psychological support exactly how it's outlined
19     in Amsterdam, does my -- would my treatment
20     result in similarly favorable outcomes?
21          And so, you know, I think that, for the most
22     part, providers of gender-affirming care today,
23     the takeaway here is that, yeah, you don't give
24     gender-affirming care, such as GnRH agonist or
25     gender-affirming hormones, in a vacuum; that, you
```

**Page 179**

```
 1     know, you don't give people medication and say,
 2     "Well, hope things go all right.  Let's never
 3     talk about this again"; that you're also
 4     advocating for the patient to be well-supported,
 5     supported in their family, supported in their
 6     school, to connect with mental health
 7     professionals, to help them -- help their
 8     journey.
 9          So how I would, I guess, answer your
10     question is it seems like, you know, we have some
11     pretty compelling data to say that this model of
12     care works.  So how -- how can I best replicate
13     that using the resources that I have?
14  Q  And is it proper to infer causation from the
15     medical interventions on this -- based on this
16     paper?
17          MR. SELDIN:  Object to form.
18  A  Well, I think that there's some compelling
19     reasons to -- and for some causation -- right --
20     that there's -- you know, I think that the
21     authors do a nice job of describing, you know,
22     the intervention that they received, that
23     there's -- you know, that there's an outcome that
24     is quite different from what's expected based on
25     the general population.  So then if you're
```

**Page 180**

```
 1     thinking about, okay, what's the causation?  All
 2     right?  So it could be -- it could be this
 3     package of care.  Right?  That could be one of
 4     the causes.
 5          Now, in order to dispel that theory, I need
 6     to think about, well, what are other potential --
 7     potential causes for these people doing so well
 8     compared to the general trans population.  Could
 9     it be that their situation is somehow very
10     different from those in the general population?
11     Is there some -- you know, is this -- do I buy
12     that there's a significant, you know, selection
13     bias?
14          You know, I think that you can't -- you
15     can't ever, you know, assume 100 percent
16     causation in this type of study design, but I
17     think the authors do a pretty nice job of, you
18     know -- of explaining why causation should be
19     considered.
20          And, you know, when I read this study, the
21     conclusion that I reach is that, gosh, it seems
22     like these patients are doing quite well after
23     this intervention.  It's nice that they were also
24     involved in this really seemingly well-run
25     clinic.  And so, you know, while I -- while I
```

Page 181

1  endeavor to provide high-quality care, let me
2  learn from their experience in applying that to
3  my own patients.
4  Q  So did the authors use the -- what I think is
5  sometimes referred to as the UGDS, the Utrecht
6  Gender Dysphoria Scale?
7          MR. SELDIN:  Object to form.
8  A  I believe so.
9  Q  Are you aware whether they switched the version,
10  male to female and female to male, after the
11  transition interventions?
12          MR. SELDIN:  Object to form.
13  A  You know, I have heard sort of this question
14  raised about this paper before, and I'm not
15  exactly sure that -- I don't want to make a
16  mistake in answering it.  If there's a part in
17  the paper that is relevant to pull up, maybe I
18  can review it with you in more detail.
19  Q  Yeah.  I'm really just asking about awareness.
20  You've heard it.  I've heard it.  I don't know
21  that there's anything in the paper that tells us
22  exactly.  I just wondered if you were aware of
23  that or had any information about that.
24          MR. SELDIN:  Object to form.
25  A  Yeah.  I'm not sure that I have -- that I'm the

Page 182

1  most eloquent in sort of feeding back your -- you
2  know, opponents' talking points about this
3  particular problem.  But I think it has something
4  to do with, you know, after transition, that, you
5  know -- so, first of all, what is the Utrecht
6  Gender Dysphoria Scale?  It's a pretty simple
7  tool that is, you know, basically asking
8  questions like this is how I feel about my chest,
9  about my face, about my body.
10          And my understanding is that there's sort of
11  a version that is designed to be asked to people
12  assigned male at birth, people assigned female at
13  birth.  And so I think that the -- you know, I
14  think in the beginning -- right? -- the Utrecht
15  was presumably asked of people using the -- the
16  version that's according to their assigned sex.
17  And then subsequently, after transition, the
18  question is, well, which version of this do we
19  use?  Right?  You know, I think -- I think
20  inherent in that is, like, well, what's the
21  difference?  What are we talking about here?
22          And I think that the point here is that
23  there's an effort to try to quantify something
24  that's hard to quantify, which is sort of what
25  you've been asking me about, right?  How do we

Page 183

1  quantify gender dysphoria?  That's hard.
2          So I think the Utrecht Gender Dysphoria
3  Scale is an effort to try to quantify gender
4  dysphoria.  It's not perfect.  I don't think that
5  many people use it.  But, you know, I think that
6  people are picking out this question about which
7  form was used to -- on which patient at which
8  time.
9          To me, I think that sort of misses the
10  point, that, you know, the primary outcome of
11  this is -- is, you know -- is well-being which,
12  you know, they describe how they measure it in
13  lots of different ways.
14          So, yeah, I think that it's an interesting
15  question.  How -- what version of the Utrecht
16  Gender Dysphoria Scale would you use before and
17  after transition?  You know, I don't really have
18  the answer.  But I guess that's to say I'm aware
19  that this question exists, but I'm not sure that
20  it's -- that it's something that makes me feel
21  feelings one way or another in general about the
22  study as a whole.
23  Q  Okay.  So I think I want to go back to
24  Exhibit 14, which might -- it's hard -- there it
25  is.  The date is in the lower right.  There it

Page 184

1  is.  So this says 2010.
2          I guess I'm -- my understanding is that this
3  is the original one, and then what's at
4  Exhibit 15 is the follow-up study.
5          Do you have enough familiarity with this to
6  tell me if you think that's true?
7          MR. SELDIN:  Object to form.
8  A  So this is the 2010, right?
9  Q  Yeah.
10  A  Yeah.  So what was your question?
11  Q  I'm wondering if this is -- if I'm right in
12  saying that this is the study that -- you know,
13  the de Vries -- first de Vries study published
14  with this cohort, and then the 2014 that we just
15  looked at is a follow-up of this same group with
16  fewer participants.
17  A  Yeah.  You know what?  I'm not -- I'm not sure.
18  Q  Okay.  But are you familiar with this paper
19  generally?
20  A  Yes.
21  Q  And, again, what is this paper telling us?
22  A  So this is more of trying to assess shorter term
23  measurables at different time points.  And I
24  think -- if you just give me a second, I can take
25  a quicker look here.

**yourself** 143:22 243:24

**youth** 12:8,10 13:2 138:20 162:14
163:16 164:8 173:6,25 189:20,22
230:18 233:12 244:17,19 262:21
264:19

**youths** 226:20,22

**YSR** 216:11

---

### Z

**zero** 151:21

**zoom** 76:1 93:7 166:14 185:2
237:13

*Ex .12*

or experience with postinfection syndromes. The relationship of long Covid to ME/CFS has been brought into focus by the CDC, the NIH, the WHO, and Anthony Fauci, the chief medical advisor to President Joe Biden and director of the National Institute of Allergy and Infectious Diseases. Going forward, research may yield complementary insights into the causation and clinical management of both conditions. The CDC has developed guidelines and resources on the clinical management of ME/CFS that may also be applicable to patients with long Covid.

🔊 *An audio interview with Dr. Phillips is available at NEJM.org*

Fourth, to respond holistically to the complex clinical needs of these patients, more than 30 U.S. hospitals and health systems — including some of the most prestigious centers in the country — have already opened multispecialty long Covid clinics. This integrative patient care model should continue to be expanded.

Fifth, the ultimate success of the research-and-development and clinical management agendas in ameliorating the impending catastrophe is critically dependent on health care providers' believing and providing supportive care to their patients. These beleaguered patients deserve to be afforded legitimacy, clinical scrutiny, and empathy.

Addressing this postinfection condition effectively is bound to be an extended and complex endeavor for the health care system and society as well as for affected patients themselves. But taken together, these five interrelated efforts may go a long way toward mitigating the mounting human toll of long Covid.

Disclosure forms provided by the authors are available at NEJM.org.

From the COVID Collaborative, Washington, DC (S.P.); and the Harvard T.H. Chan School of Public Health, Boston (M.A.W.).

This article was published on June 30, 2021, at NEJM.org.

1. Logue JK, Franko NM, McCulloch DJ, et al. Sequelae in adults at 6 months after COVID-19 infection. JAMA Netw Open 2021; 4(2):e210830.
2. Altmann DM, Boyton RJ. Confronting the pathophysiology of long Covid. The BMJ Opinion. December 9, 2020 (https://blogs .bmj.com/bmj/2020/12/09/confronting-the -pathophysiology-of-long-covid/).
3. Cooney E. Researchers fear people of color may be disproportionately affected by long Covid. Stat. May 10, 2021 (https://www .statnews.com/2021/05/10/with-long-covid -history-may-be-repeating-itself-among -people-of-color/).
4. Ducharme J. Black women are fighting to be recognized as long COVID patients. Time. April 12, 2021 (https://time.com/ 5954132/black-women-long-covid/).
5. Expanding our understanding of post COVID-19 condition. 1st webinar. World Health Organization, February 9, 2021. (https://www.who.int/docs/default-source/ coronaviruse/agenda_expanding-our -understanding-of-post-covid-19-condition -agenda-final.pdf).
DOI: 10.1056/NEJMp2109285
*Copyright © 2021 Massachusetts Medical Society.*

---

# Criminalization of Gender-Affirming Care — Interfering with Essential Treatment for Transgender Children and Adolescents

Simona Martin, B.S., Elizabeth S. Sandberg, M.D., and Daniel E. Shumer, M.D., M.P.H.

On April 6, 2021, the Arkansas state legislature overrode a veto by the governor to pass legislation making it illegal for medical professionals to provide gender-affirming treatment to patients with gender dysphoria who are younger than 18 or to refer them to other clinicians for such treatment. Several other states have similar legislation pending. As physicians and a physician-in-training who provide gender-affirming care, we are deeply concerned that these political actions threaten the health and well-being of transgender children and adolescents. We have found that such young people are courageous and resilient, yet profoundly vulnerable. Moreover, they already have higher-than-average risk for suicidality and are disproportionately likely to experience violence.

Gender identity — the deeply felt internal sense of oneself as male, female, or somewhere else on the gender spectrum — may or may not align with the sex one was assigned at birth. When it does not align, the umbrella term "transgender" is often used to denote this incongruence. Although not all transgender young people feel distress related to their gender identity, when distress is present and persistent, a mental health professional with experience in gender-identity evaluations may diagnose gender dysphoria.

Gender dysphoria can be treated with both nonmedical and medical interventions. The former may include therapy, coming out to loved ones, or using a chosen name or pronouns and dressing or grooming in a way that

EXHIBIT NO. ___
FOR IDENTIFICATION
DATE: ___
Leisa Pastor, CSR, CRR

The New England Journal of Medicine
Downloaded from nejm.org by Jessica Vandervort on July 25, 2023. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

matches one's gender identity (making a social transition); the latter may include hormonal or (when age appropriate) surgical treatments to bring the person's physical characteristics more closely in line with their gender identity or to prevent developmental changes that don't align with this identity. Decisions regarding the appropriate treatment for each individual patient are made by the patient, the parents, and the health care team and are guided by evidence-based standards put forth by organizations such as the Endocrine Society, the World Professional Association for Transgender Health, and the American Academy of Pediatrics. Each person has their own gender journey, and there is no one-size-fits-all approach to this kind of care.

Pediatric gender clinics originated in the 1980s in Amsterdam. Dutch physicians recognized that transgender children tended to face mental health challenges during adolescence, as secondary sex characteristics developed, and that early intervention could be lifesaving. They also appreciated the value of delaying decisions that could have a permanent effect on a child. To resolve these conflicts, they created a protocol under which puberty would be paused using medications at Tanner stage 2 (the period during which signs of central puberty are first detected, most often between 8 and 15 years of age) if gender dysphoria had persisted, thereby forestalling the development of unwanted and potentially permanent secondary sex characteristics with a reversible intervention. Gonadotropin-releasing hormone (GnRH) analogues, or "puberty blockers," have been used by pediatric endocrinologists for more than 30 years for the treatment of precocious puberty. These agents have well-known efficacy and side-effect profiles, and their effects are reversible. In later adolescence, treatment with gender-affirming hormones could be initiated if gender identity remained incongruent with the sex assigned at birth.

The Dutch-developed treatment model was shown to result in long-term improvements in the well-being of adolescents with gender dysphoria[1] and was the basis for current guidelines formalizing the treatment of gender dysphoria. These guidelines recommend using GnRH analogues at Tanner stage 2 and prescribing hormone therapy later in adolescence if the patient, the parents, and the medical team all agree with this approach. Today, prescribing these therapies is coupled with education on the safe use of such medications and with close surveillance for potential risks associated with therapy — for instance, monitoring for changes in bone health in children taking GnRH agonists, for risk factors for blood clotting with estrogen therapy, and for polycythemia with testosterone therapy. With proper monitoring and education, the risks associated with these therapies can be mitigated, and the benefits are substantial: use of hormone therapy is associated with improved quality of life, reduced rates of depression, and decreased anxiety among transgender people.[2]

A recent survey of U.S. high school students conducted by the Centers for Disease Control and Prevention found that 1.8% of students identify as transgender. More than one third of transgender adolescents surveyed had attempted suicide in the previous 12 months.[3] As clinicians caring for this population, we are alarmed by this statistic, but we see it as a call to action. We know that mental health disparities between transgender and cisgender children are not inevitable and that with support from their families and communities and access to evidence-based mental health and medical interventions, transgender children and adolescents can survive and thrive.

A multidisciplinary approach to treating transgender young people has been shown to alleviate gender dysphoria when treatment occurs in a supportive environment that attends to the patient's mental, social, and physical needs. Young people who receive such gender-affirming care report improvements in their overall well-being, and their level of well-being is generally in line with that of their cisgender peers — and sometimes it's higher.[4] Having access to gender-affirming care in childhood and adolescence can have profoundly important mental health benefits: one study found that transgender adults who had had access to puberty suppression during adolescence had lower odds of suicidal ideation than those who wanted such treatment but hadn't received it.[5]

Under the new Arkansas law, known as the Save Adolescents from Experimentation (SAFE) Act, physicians who provide gender-affirming therapy for transgender people younger than 18 will be subject to loss of licensure and could be sued. The law's name implies that following evidence-based guidelines while working closely with patients and families

The New England Journal of Medicine
Downloaded from nejm.org by Jessica Vandervort on July 25, 2023. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

is a form of experimentation. The law references inaccurate information about the care of gender-diverse young people, stating that genital surgeries are being recommended for people younger than 18. In reality, guidelines indicate that genital surgeries should be delayed until the person reaches the age of legal adulthood in their country, which in the United States is 18 years. The law also states that there are no long-term data on the use of puberty-blocking drugs for the treatment of gender dysphoria, when multiple studies have revealed long-term positive outcomes for transgender people who have undergone puberty suppression.[4,5]

The content of the Arkansas law, and that of similar bills that have been proposed in other states, is not based on data, medical literature, or correct information about the process of treating transgender adolescents. We believe these bills threaten the health, well-being, and survival of transgender children and young adults. By penalizing physicians for practicing evidence-based medicine, the legislation nullifies their expertise and interferes with therapeutic relationships among physicians, patients, and families. It strips power from patients and families who are already marginalized. And although the stated purpose of the legislation is to protect adolescents, we believe that criminalizing what has been shown to be lifesaving treatment will do the opposite — and that the consequences could well be tragic.

Disclosure forms provided by the authors are available at NEJM.org.

From the University of Michigan Medical School (S.M.) and the Division of Pediatric Endocrinology, Diabetes, and Metabolism, Department of Pediatrics, Michigan Medicine, University of Michigan (E.S.S., D.E.S.) — both in Ann Arbor.

This article was published on May 19, 2021, at NEJM.org.

1. de Vries ALC, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: the Dutch approach. J Homosex 2012;59:301-20.
2. Baker KE, Wilson LM, Sharma R, Dukhanin V, McArthur K, Robinson KA. Hormone therapy, mental health, and quality of life among transgender people: a systematic review. J Endocr Soc 2021;5(4):bvab011.
3. Johns MM, Lowry R, Andrzejewski J, et al. Transgender identity and experiences of violence victimization, substance use, suicide risk, and sexual risk behaviors among high school students — 19 states and large urban school districts, 2017. MMWR Morb Mortal Wkly Rep 2019;68:67-71.
4. de Vries ALC, McGuire JK, Steensma TD, Wagenaar ECF, Doreleijers TAH, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014;134:696-704.
5. Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal suppression for transgender youth and risk of suicidal ideation. Pediatrics 2020;145(2):e20191725.

DOI: 10.1056/NEJMp2106314
Copyright © 2021 Massachusetts Medical Society.

# When Low Tech Wins

Jacqueline Baras Shreibati, M.D.

By April 2020, I was ready for video. The Covid-19 crisis required that patients, clinicians, and staff stay home, so clinics throughout the United States had ramped up their telehealth practices. The federally qualified health center (FQHC) where I work had spent several weeks thoughtfully developing the workflows for video visits. I was eager to virtually see my patients — mostly elderly, Spanish-speaking, and low income — and be a part of the digital health revolution.

When I started, I thought there was a hierarchy in which in-person care was the gold standard, video visits were second, and telephone visits the method of last resort. But a year later, I don't think of them as best, good, and OK. I see them as different — each ideal for different contexts. And just as people with visual impairment may have heightened use of their other senses, my year of telephone care during the Covid-19 pandemic has cultivated my capacity to connect with patients solely through sound.

It took only a day or two to discover the benefits of video communication. A patient called in to say he had run out of one of his pills. He lived alone and didn't understand the labels on his pill bottles. Had he missed doses of his blood thinner or his vitamins? During our video visit, he showed me the empty bottle, and I was able to promptly identify the needed medication and arrange for home delivery.

But video was not the norm for my telehealth practice in 2020, for a simple reason: more often than not, it was problematic for my patients. Many of them had basic phone plans with restricted data for video calls. Others struggled to set up the video platform on their phone or to find a private space to speak openly with

The New England Journal of Medicine
Downloaded from nejm.org by Jessica Vandervort on July 25, 2023. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

185



**REVIEW**

Ex. 13



# Transgenderism and reproduction

Guy T'Sjoen[a,b], Eva Van Caenegem[a], and Katrien Wierckx[a]

EXHIBIT NO. 13
FOR IDENTIFICATION
DATE:_____
Leisa Pastor, CSR, CRR

**Purpose of review**
The development of new reproductive medicine techniques creates opportunities for preserving fertility in transgender persons. Before, losing fertility was accepted as the price to pay for transitioning.

**Recent findings**
The desire for children is present in many trans persons, as in the general population. Ethical concerns are sometimes raised against the preservation of fertility; however, the only unique aspect of this group is the gender transition of one of the parents. All other elements such as same sex parenthood, use of donor gametes, social stigma, etc., can be found in other groups of parents. Not all reproductive options for all trans persons are equal because not only the gametes are of importance, but also the sex of the (future) partner. In trans women, the best option to preserve gametes is cryopreservation of sperm by preference initiated before starting hormonal therapy. In trans men, donor sperm is most often used, but in theory, there are three options available to preserve fertility: oocyte banking, embryo banking and banking of ovarian tissue.

**Summary**
Fertility is possible for both trans men and women, but it requires timely cryopreservation of gametes or stopping cross-sex hormones and possible fertility treatments which are costly and may be unpleasant. Centers should elucidate their policy and inform trans persons on the possibilities and limitations.

**Keywords**
fertility, reproduction, transgender

## INTRODUCTION

Gender dysphoria is a condition that often needs treatment through state-of-the-art hormonal and surgical interventions [1–3]. Because of the effects of treatment on fertility, it seems like transitioning to the desired sex and reproduction is incompatible. It is often assumed that losing reproductive function is the price to pay for transition. Even if reproductive need and rights of men and women have been recognized for more than 50 years [4], there are still many medical experts, even those involved in transgender care, who remain skeptical regarding discussing possible procreation after sex reassignment. It has taken up to 2001 before the World Professional Association for Transgender Health's (WPATH's) Standards of Care contained a paragraph describing the need to discuss reproductive issues with transgender individuals before starting hormonal treatment [5]. Yet, the majority of female-to-male and male-to-female transsexual persons (trans men and trans women, respectively) are of reproductive age at the moment of transition [6] and have relationships following transition [7,8]. Consequently, as any other couple, they might desire to have children. The development of medically assisted reproduction as a field of medicine shows that the wish to have a genetically related child is recognized in general.

Also among fertility specialists, there is a discussion whether transsexual persons should be assisted in their need for parenthood in posttransition relationships [9,10]. Initially, this debate was held in relation to donor inseminations of female partners of trans men. In fact, the question underlying is if transsexual persons can be 'good' parents, without negative influence on the gender identity and the sexual orientation of the child [11,12]. This discussion reminds of the debate held many years ago regarding homosexual couples [13]. However, it is now clear that the debate no longer is whether transsexual persons need to be assisted, but how [14]. The general well-being of transsexual persons after sex reassignment surgery therapy has

[a]Department of Endocrinology and [b]Center for Sexology and Gender problems, Ghent University Hospital, Ghent, Belgium

Correspondence to Guy T'Sjoen, MD, PhD, Department of Endocrinology, 9K12 I.E., Ghent University Hospital, De Pintelaan 185, 9000 Ghent, Belgium. Tel: +32 9 332 21 37; e-mail: guy.tsjoen@ugent.be

Curr Opin Endocrinol Diabetes Obes 2013, 20:575–579

DOI:10.1097/01.med.0000436184.42554.b7

187

Reproductive endocrinology

## KEY POINTS

- The World Professional Association for Transgender Health Standards of Care and the Clinical practice guidelines of the Endocrine Society clearly state that transsexual persons should be encouraged to consider fertility issues before starting cross-sex hormonal treatment.

- The majority of transsexual men and women are of reproductive age at the moment of transition and have relationships following transition.

- Reproductive options for all trans persons are not equal because not only the gametes are of importance, but also the sex of the (future) partner.

- In trans men, use of donor sperm is most common, but in theory, there are three options available to preserve fertility: oocyte banking, embryo banking and banking of ovarian tissue.

- In trans women, sperm cryopreservation is advised before starting hormonal therapy.

been documented [15,16] and many have normal relationships with children from earlier relationships or with their current partners.

A large group of trans men and women state that fertility is important and that loss of fertility as a result of sex reassignment surgery is problematic. A questionnaire in 101 trans women [12] showed that 77% opinioned that the possibility to freeze sperm had to be discussed and offered by the professionals treating them. A small majority (51%) would have cryopreserved sperm, or at least seriously considered this, if it had been proposed. A minority of the respondents was concerned about the possible risk of genetic transfer of transsexuality to their children, or found the idea to preserve sperm in conflict with their female gender identity. Many trans women regretted not being able to become pregnant themselves. In a small study performed in collaboration by two centers, only a minority of trans women chose sperm cryopreservation when systematically counseled [17■].

A similar questionnaire in 50 trans men showed that more than half had a desire to have children, and 37.5% would have cryopreserved oocytes if it had been possible [18■■].

## TRANSSEXUAL PERSONS AND THEIR CHILDREN

Before we discuss the practical problems that occur when wanting to fulfill the wish for a child after sexual reassignment surgery, it is worthwhile to review the literature concerning relations of trans

persons and their children from earlier relationships. Not many studies have been performed; but from all available information, it seems that transsexuality of one of the parents does not have a negative influence on the psychosexual or gender identity development of the children. Children will suffer from a (problematic) divorce, but this is not different from the consequences of divorce for other reasons [19–22]. Green [19,20] described 34 children who kept contact with their transsexual parent after transition and did not find any clinical significant cross-gender behavior in these children. Even if some children were harassed at school or outside because of having a trans parent, this always remained mild and transient and could be resolved. All children had a reasonable insight in the process of sex reassignment of the parent and the treatment. Even if children may encounter difficulties as a consequence of the family setting, that does not automatically mean that reproduction in this family setting is ethically unacceptable [23]. One should look at the situations that are similar in some aspects. The only unique aspect of this group is the gender transition of one of the parents. All other elements, such as same sex parenthood, use of donor gametes, and social stigma, can also be found in other groups of parents.

White and Ettner [21] conducted a study evaluating the experiences of therapists who worked with trans persons with children and found that children could better adjust to the sex reassignment of the parent if they were younger and if there were less familial conflicts. In 2007, these authors confirmed their results in a group of 55 children [22]. In fact, these results are similar to those of studies with children of lesbian couples [24,25]. Also in these children, it was shown that psychosexual and gender identity development are not different than those of other children. The only problems that sometimes occur are related to the nonacceptance of the homosexuality of the parents and experience of discrimination. Because of all these reasons, Green [19,20] pleas against interrupting contact between the trans parent and his or her children. Unfortunately, this is not the point of view of many courts of justice in the Western world. In many countries, transsexuality will be seen as a sufficient reason to interrupt contact between trans persons and their children. Often this occurs on the initiative of the ex-partner, and this is harmful for the children.

## REPRODUCTIVE OPTIONS FOR TRANS WOMEN

Even if a majority of trans women will have relationships with men after transition, there are quite a

number in which this is not the case. This illustrates the known fact that sexual orientation and gender identity are different entities [26,27]. We can deduct that not all reproductive options for all trans persons are equal because not only the gametes are of importance, but also the sex of the (future) partner.

In trans women, feminizing hormonal therapy will lead to hypospermatogenesis and eventually azoospermia [28,29]. The azoospermia will become irreversible after some time. Moreover, surgical reassignment with removal of testicles will of course lead to irreversible sterility. The best option to preserve gametes is cryopreservation of sperm, by preference initiated before starting hormonal therapy. These sperm samples may be used at a later point in time to inseminate a female partner if quality is good, or can be used for in-vitro fertilization (IVF) or intracytoplasmatic sperm injection (ICSI) if quality is poorer. In theory, even a testicular biopsy can be preserved, as little spermatocytes are needed to attain fertilization and pregnancy through ICSI. In case, there is a (future) male partner, the situation is the same as for male homosexual couples, and there will be a need for treatment through an oocyte donor and surrogate mother. The possibility to become pregnant herself is to date impossible for trans women. Uterus transplantation is technically feasible [30,31], but the real chances of success in a human are unknown. Recently, one pregnancy after uterus transplantation has been attained in Turkey, however terminated in the 8th week. As immunosuppressive therapy is necessary during a pregnancy [32], there remain medical concerns regarding uterus transplantations [33*].

## REPRODUCTIVE OPTIONS FOR TRANS MEN

Trans men can have female partners and within these families a desire for children may become prominent. Currently, most of these couples will ask to be treated with the help of donor sperm insemination. In theory, this treatment does not differ in any way with the treatment of another heterosexual couple with untreatable male infertility. As stated earlier, there is some discussion in the literature concerning the ethical aspects of this treatment [11,12], but experience learns that children growing up in these families are not different in their psychosexual development as compared to other children. Unlike in many European countries, hysterectomy and oophorectomy are not necessary for legal sex reassignment in

the USA. As a result, some trans men do not choose this surgery and are still able to give birth themselves. Thomas Beatie, a trans man from the USA, decided to become pregnant himself because of fertility problems of his wife. After interruption of testosterone treatment, he conceived thrice with donor sperm and gestated three pregnancies [34]. To date, no specific guidelines are available on this particular matter.

Regarding the possibility of using own gametes, there are clear differences between trans men and women. Masculinizing hormonal therapy in trans men will lead to irreversible amenorrhea; androgen therapy does not deplete primordial follicles nor affects the developmental capacity of the follicles [35]. Discussion is ongoing whether this leads to a situation that is physiologically comparable to polycystic ovarian syndrome (PCOS), but in any case, histologically hyperplasia of ovarian cortex and stroma is found [36–38]. Of course, ovariectomy will lead to irreversible ovarian failure. For preservation of reproductive possibilities, in theory, there are three options available: oocyte banking, embryo banking and banking of ovarian tissue. These options are in fact the same for women who underwent radiation or chemotherapy for malignancies [39] or more recently in women opting for 'social freezing' [40]. Cryopreservation of oocytes requires hormonal stimulation and oocyte retrieval, as for IVF treatment, after which the oocytes are vitrified. With oocyte vitrification, there are improving results on viability, fertilization and pregnancy [41]. The question remains whether trans men wish to undergo the process of hormonal stimulation and oocyte retrieval, but it could be an option if transition has just started. Freezing of embryos is also a theoretical possibility; but for this procedure, spermatocytes have to be available, coming from a male partner or from a sperm donor. Preservation of embryos is a routine activity in all fertility centers and has high efficiency. Most trans men, if they want to take steps toward preservation of fertility, will choose to cryopreserve ovarian tissue at the time of hysterectomy and ovariectomy, as this will not require an additional surgical procedure. Ovarian tissue can be cryopreserved successfully, but so far, there are no pregnancies described after thawing and in-vitro maturation (IVM) of this tissue. Only after autotransplantation, pregnancies have been described, but this is not an option for transsexual men [42]. The results of IVM of follicles and oocytes derived from ovarian tissue fragments, followed by IVF in humans are still unsatisfactory. Freezing of oocytes, embryos or ovarian tissue from transsexual men encompasses they will need a surrogate mother if they have a male partner or a sperm donor if they

Reproductive endocrinology

have a female partner. In an ethical discussion, questions may arise if in a trans man with a female partner, oocytes should be frozen. Would this social indication be worth the medical investment? Such requests should be carefully discussed with the initiators and the fertility center should announce its policy.

Even if for the time being, there are several limitations in the possibility of a trans person with a desire for children in current or future relationships, it is possible that in the future different options will become available. Research to create gametes through stem cell technique is ongoing, in which from somatic cells like skin or muscle tissue through nuclear transplantation embryonal stem cells can be derived, which then are stimulated *in vitro* to differentiate to spermatocytes or oocytes. Even if for the moment, there have not been successful results in animals, research in animals is advanced [43,44]. It is evident that these techniques of reproduction would mean a revolution, for all men and women who do not possess gametes and who now require oocyte or sperm donation, and par excellence also for homosexual and transsexual persons.

## CONCLUSION

In conclusion, we can state that not all theoretical reproductive options for trans persons are as available, because a lot depends on the partner they have or will have in future relationships. It also has to be underlined that not all forms of medical-related reproduction are available everywhere, that these treatments are often expensive and not free from risks. Future use of cryopreserved gametes cannot be guaranteed and will depend on the quality of the gametes, success rate of the proposed technique, the center's policy and local legislature. However, professionals who assist trans persons have to consider the desire for children as a serious and important aspect of transition, and discuss all possible options. If it is decided that gametes will be cryopreserved, all future possibilities and limitations have to be discussed in full detail.

## Acknowledgements

*Grants or fellowships supporting the writing of the article: E. Van C. is holder of a PhD fellowship of the Research Foundation Flanders (FWO), K.W. has a doctoral mandate Bijzonder Onderzoeksfonds Ghent University grant number 01D20711.*

## Conflicts of interest

*There are no conflicts of interest*

## REFERENCES AND RECOMMENDED READING

Papers of particular interest, published within the annual period of review, have been highlighted as:
■ of special interest
■■ of outstanding interest

1. T'Sjoen G, Rubens R, De Sutter P, Gooren L. The endocrine care of transsexual people. J Clin Endocrinol Metab 2004; 89:1014–1015.
2. Hembree W, Cohen-Kettenis P, Delemarre-van de Waal H, et al. Endocrine treatment of transsexual persons: an Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab 2009; 94:3132–3154.
3. The World Professional Association for Transgender Health's Standards of Care. 2011. Available from http://www.wpath.org/documents/Standards%20of%20Care%20V7%20-%202011%20WPATH.pdf. [Accessed 9 March 2012].
4. Lawrence A, Shaffer J, Snow W, et al. Healthcare needs of transgendered patients. J Am Med Assoc 1996; 276:874.
5. Meyer W, Bockting W, Cohen-Kettenis P, et al. The standards of care for gender identity disorders – sixth version. Int J Transgender 2001; 5: http://www.symposion.com/ijt/soc_2001/index.htm [Accessed 1 September 2013].
6. Kreukels B, Haraldsen I, De Cuypere G, et al. A European network for the investigation of gender incongruence: The ENIGI initiative. Eur Psychiatry 2010; 27:445–450.
7. De Cuypere G, T'Sjoen G, Beerten R, et al. Sexual and physical health after sex reassignment surgery. Arch Sex Behav 2005; 34:679–690.
8. Wiercks K, Van Caenegem E, Elaut E, et al. Quality of life and sexual health after sex reassignment surgery in transsexual men. J Sex Med 2011; 8:3379–3388.
9. Brothers D, Ford W. Gender reassignment and assisted reproduction: an ethical analysis. Hum Reprod 2000; 15:737–738.
10. Jones H. Gender reassignment and assisted reproduction. Evaluation of multiple aspects. Hum Reprod 2000; 15:987.
11. Baetens P, Camus M, Devroey P. Should requests for donor insemination on social grounds be expanded to transsexuals? Reprod Biomed Online 2003; 6:279–284.
12. De Sutter P. Donor inseminations in partners of female-to-male transsexuals; should the question be asked? Reprod Biomed Online 2003; 6:382–383.
13. Hanscombe G. The right to Lesbian parenthood. J Med Ethics 1983; 9:133–135.
14. De Sutter P. Gender reassignment and assisted reproduction: present and future reproductive options for transsexual people. Hum Reprod 2001; 16:612–614.
15. Cohen-Kettenis P, Gooren L. Transsexualism: a review of etiology, diagnosis and treatment. J Psychosom Res 1999; 46:315–333.
16. Kins E, Hoebeke P, Heylens G, et al. The female-to-male transsexual and his female partner versus the traditional couple: a comparison. J Sex Marital Ther 2008; 34:429–438.
17. Wiercks K, Stuyver I, Weyers S, et al. Sperm freezing in transsexual women.
■ Arch Sex Behav 2012; 41:1069–1071.
A small multicenter small study showing that even in centers where sperm freezing is discussed in trans women, a minority choose to do so.
18. Wiercks K, Van Caenegem E, Pennings G, et al. Reproductive wish in
■■ transsexual men. Hum Reprod 2012; 27:483–487.
Fifty trans men reflecting on their reproductive wish in a Belgian study.
19. Green R. Sexual identity of thirty-seven children raised by homosexual or transsexual parents. Am J Psychiatry 1978; 135:692–697.
20. Green R. Transsexuals' children. Int J Transgenderism 1998; 2: http://www.wpath.org/journal/www.iiav.nl/ezines/web/IJT/97-03/numbers/symposion/ijtc0601.htm [Accessed 1 September 2013].
21. White T, Ettner R. Disclosure, risks and protective factors for children whose parents are undergoing a gender transition. J Gay Lesbian Psychother 2004; 8:129–145.
22. White T, Ettner R. Adaptation and adjustment in children of transsexual parents. Eur Child Adolesc Psychiatry 2007; 16:215–221.
23. Pennings G. Evaluating the welfare of the child in same-sex families. Hum Reprod 2011; 26:1609–1615.
24. Brewaeys A, Ponjaert I, Van Hall E, et al. Donor insemination: child development and family functioning in lesbian mother families. Hum Reprod 1997; 12:1349–1359.
25. Chan R, Raboy B, Patterson C. Psychosocial adjustment among children conceived via donor insemination by lesbian and heterosexual mothers. Child Dev 1998; 69:443–457.
26. Leavitt F, Berger J. Clinical patterns among male transsexual candidates with erotic interest in males. Arch Sex Behav 1990; 19:491–505.
27. Cerwenka S, Nieder TO, Richter-Appelt H. Sexual orientation and partner-choice of transsexual women and men before gender-confirming interventions. Psychother Psychosom Med Psychol 2012; 62:214–222.
28. Schulze C. Response of the human testis to long-term estrogen treatment: morphology of Sertoli cells, Leydig cells and spermatogonial stem cells. Cell Tissue Res 1988; 251:31–43.

Transgenderism and reproduction T'Sjoen *et al.*

29. Lubbert H, Leo-Rossberg I, Hammerstein J. Effects of ethinyl estradiol on semen quality and various hormonal parameters in a eugonadal male. Fertil Steril 1992; 58:603–608.

30. Fageeh W, Raffa H, Jabbad H, Marzouki A. Transplantation of the human uterus. Int J Gynaecol Obstet 2002; 76:245–251.

31. Motoc A, Jiga L, Ionac M, *et al.* Preliminary results of orthotopic en bloc uterus and ovary transplantation in the laboratory rat. Clin Exp Obstet Gynecol 2009; 30:239–242.

32. Altchek A. Uterus transplantation. Mt Sinai J Med 2003; 70:154–162.

33. Catsanos R, Rogers W, Lotz M. The ethics of uterus transplantation. Bioethics
■  2013; 27:65–73.
This study explores the ethical issues raised by uterus transplantation.

34. Trebay G. He's pregnant. You're speechless. New York Times 28 June 2008; 18.

35. Van Den Broecke R, Van Der Elst J, Liu J, *et al.* The female-to-male transsexual patient: a source of human ovarian cortical tissue for experimental use. Hum Reprod 2001; 16:145–147.

36. Spinder T, Spijkstra J, van den Tweel J. The effects of long-term testosterone administration on pulsatile luteinizing hormone secretion and on ovarian histology in eugonadal female-to-male transsexual subjects. J Clin Endocrinol Metab 1989; 69:151–157.

37. Pache T, Chadha S, Gooren L, *et al.* Ovarian morphology in long-term androgen-treated female to male transsexuals. A human model for the study of polycystic ovarian syndrome? Histopathology 1991; 19:445–452.

38. Ikeda K, Baba T, Noguchi H, *et al.* Excessive androgen exposure in female-to-male transsexual persons of reproductive age induces hyperplasia of the ovarian cortex and stroma but not polycystic ovary morphology. Hum Reprod 2013; 28:453–461.

39. Seli E, Tangir J. Fertility preservation options for female patients with malignancies. Curr Opin Obstet Gynecol 2005; 17:299–308.

40. Stoop D, Nekkebroeck J, Devroey P. A survey on the intentions and attitudes towards oocyte cryopreservation for nonmedical reasons among women of reproductive age. Hum Reprod 2011; 26:655–661.

41. Herrero L, Martinez M, Garcia-Velasco J. Current status of human oocyte and embryo cryopreservation. Curr Opin Obstet Gynecol 2011; 23:245–250.

42. Donnez J, Dolmans MM, Demylle D, *et al.* Livebirth after orthotopic transplantation of cryopreserved ovarian tissue. Lancet 2004; 364:1405–1410.

43. Lokman M, Moore H. An artificial sperm – next year or never? Hum Fertil (Camb) 2010; 13:272–276.

44. Nayernia K, Nolte J, Michelmann HW, *et al.* In vitro-differentiated embryonic stem cells give rise to male gametes that can generate offspring mice. Dev Cell 2006; 11:125–132.

191