## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff-Intervenor*, | ) |
| | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| | ) Hon. Liles C. Burke |
| STEVE MARSHALL, in his official | ) |
| capacity as Attorney General of the | ) |
| State of Alabama, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## DEFENDANTS' NOTICE OF EVIDENTIARY SUBMISSION IN SUPPORT OF SUMMARY JUDGMENT

Defendants submit the following exhibits in support of their motion for summary judgment. As explained in Defendants' Motion for Leave to File Under Seal Unredacted Motion for Summary Judgment and Brief and Evidentiary Submissions in Support (Doc. 556), some of these exhibits—designated in the below list—are being submitted to the Court under seal, at least provisionally.

|  | **Exhibit** |
|---|---|
| Alabama Vulnerable Child Compassion and Protection Act, Act 2022-289 (SB184) | 1 |
| Expert Report of James Cantor, Ph.D. | 2 |
| Supplemental Report of James Cantor, Ph.D. | 3 |
| Appendix A to Supplemental Report of James Cantor, Ph.D. (Submitted Under Seal) | 4 |
| Expert Report of Paul W. Hruz, M.D., Ph.D. | 5 |
| Supplemental Report of Paul W. Hruz, M.D., Ph.D. (Submitted Under Seal) | 6 |
| Expert Report of Michael K. Laidlaw, M.D. | 7 |
| Supplemental Report of Michael K. Laidlaw, M.D. (Submitted Under Seal) | 8 |
| Second Supplemental Report of Michael K. Laidlaw, M.D. (Submitted Under Seal) | 9 |
| Expert Report of Angela C.E. Thompson, M.D., MPH, FACOG | 10 |
| Expert Report of Geeta Nangia, M.D. | 11 |
| Supplemental Report of Geeta Nangia, M.D. (Submitted Under Seal) | 12 |
| Second Supplemental Report of Geeta Nangia, M.D. (Submitted Under Seal) | 13 |
| Supplemental Report of Farr Curlin, M.D. | 14 |

| | |
|---|---|
| Expert Report of Kristopher Kaliebe, M.D. | 15 |
| Supplemental Report of Kristopher Kaliebe, M.D. (Submitted Under Seal) | 16 |
| Expert Report of Patrick W. Lappert, M.D. | 17 |
| Marci L. Bowers, M.D., Deposition Transcript (Submitted Under Seal) | 18 |
| Marci L. Bowers, M.D., Deposition Exhibits 1-24 (Submitted Under Seal) | 19 |
| Marci L. Bowers, M.D., Deposition Exhibits 25-30 (Submitted Under Seal) | 20 |
| Eli Coleman, Ph.D., Deposition Transcript (Submitted Under Seal) | 21 |
| Eli Coleman, Ph.D., Deposition Exhibits 1-19 (Submitted Under Seal) | 22 |
| Eli Coleman, Ph.D., Deposition Exhibits 20-29 (Submitted Under Seal) | 23 |
| Dan Karasic, M.D., Deposition Transcript (Submitted Under Seal) | 24 |
| Dan Karasic, M.D., Deposition Exhibits 1-9, 13-23 (Submitted Under Seal) | 25 |
| Hussein Abdul-Latif, M.D., Deposition Transcript (Submitted Under Seal) | 26 |
| Hussein Abdul-Latif, M.D., Deposition Exhibits 1-5 (Submitted Under Seal) | 27 |

| | |
|---|---|
| Hussein Abdul-Latif, M.D., Deposition Exhibits 6-9 (Submitted Under Seal) | 28 |
| Hussein Abdul-Latif, M.D., Deposition Exhibit 10 (Submitted Under Seal) | 29 |
| Hussein Abdul-Latif, M.D., Deposition Exhibits 11-15 (Submitted Under Seal) | 30 |
| Hussein Abdul-Latif, M.D., Deposition Exhibits 16-19 (Submitted Under Seal) | 31 |
| Hussein Abdul-Latif, M.D., Deposition Exhibits 20-21 (Submitted Under Seal) | 32 |
| Morissa J. Ladinsky, M.D., Deposition Transcript | 33 |
| Morissa J. Ladinsky, M.D., Deposition Exhibits 1-10 | 34 |
| Morissa J. Ladinsky, M.D., Deposition Exhibits 11-20 | 35 |
| Morissa J. Ladinsky, M.D., Deposition Exhibits 21-33 | 36 |
| Heather Austin, Ph.D., Deposition Transcript (Submitted Under Seal) | 37 |
| Heather Austin, Ph.D., Deposition Exhibits 1-5 (Submitted Under Seal) | 38 |
| Daniel Shumer, M.D., Deposition Transcript (Submitted Under Seal) | 39 |
| Daniel Shumer, M.D., Deposition Exhibits 1-13 | 40 |
| Daniel Shumer, M.D., Deposition Exhibits 14-25 | 41 |

| | |
|---|---|
| Daniel Shumer, M.D., Deposition Exhibits 25-42 | 42 |
| Armand H. Antommaria, M.D., Ph.D., Deposition Transcript | 43 |
| Armand H. Antommaria, M.D., Ph.D., Deposition Exhibits 1-3 | 44 |
| Armand H. Antommaria, M.D., Ph.D., Deposition Exhibits 4-8 | 45 |
| Armand H. Antommaria, M.D., Ph.D., Deposition Exhibits 9-14 | 46 |
| Armand H. Antommaria, M.D., Ph.D., Deposition Exhibits 15-16 | 47 |
| Armand H. Antommaria, M.D., Ph.D., Deposition Exhibit 17 | 48 |
| Armand H. Antommaria, M.D., Ph.D., Deposition Exhibit 18 | 49 |
| Armand H. Antommaria, M.D., Ph.D., Deposition Exhibits 19-21 | 50 |
| Armand H. Antommaria, M.D., Ph.D., Deposition Exhibits 22-23 | 51 |
| Armand H. Antommaria, M.D., Ph.D., Deposition Exhibits 24-25 | 52 |
| Armand H. Antommaria, M.D., Ph.D., Deposition Exhibit 26 | 53 |
| Armand H. Antommaria, M.D., Ph.D., Deposition Exhibit 27 | 54 |
| Armand H. Antommaria, M.D., Ph.D., Deposition Exhibits 28-30 | 55 |
| Armand H. Antommaria, M.D., Ph.D., Deposition Exhibits 31-33 | 56 |
| Armand H. Antommaria, M.D., Ph.D., Deposition Exhibits 34-39 | 57 |
| Armand H. Antommaria, M.D., Ph.D., Deposition Exhibits 40-42 | 58 |

| | |
|---|---|
| Meredithe McNamara, M.D., Deposition Transcript | 59 |
| Meredithe McNamara, M.D., Deposition Exhibits 1-5 | 60 |
| Meredithe McNamara, M.D., Deposition Exhibits 6-9 | 61 |
| Meredithe McNamara, M.D., Deposition Exhibits 10-13 | 62 |
| Meredithe McNamara, M.D., Deposition Exhibit 14 | 63 |
| Meredithe McNamara, M.D., Deposition Exhibit 15 | 64 |
| Meredithe McNamara, M.D., Deposition Exhibits 16-22 | 65 |
| Aron Janssen, M.D., Deposition Transcript | 66 |
| Aron Janssen, M.D., Deposition Exhibits 1-14 | 67 |
| Aron Janssen, M.D., Deposition Exhibits 15-20 | 68 |
| Jenifer Lightdale, M.D., Deposition Transcript (Submitted Under Seal) | 69 |
| Jenifer Lightdale, M.D., Deposition Exhibits 1-5 (Submitted Under Seal) | 70 |
| Jenifer Lightdale, M.D., Deposition Exhibits 6-11 (Submitted Under Seal) | 71 |
| Jenifer Lightdale, M.D., Deposition Exhibits 12-15 (Submitted Under Seal) | 72 |
| Jenifer Lightdale, M.D., Deposition Exhibits 16-18 (Submitted Under Seal) | 73 |

| | |
|---|---|
| Kenneth Goodman, Ph.D., Deposition Transcript (Submitted Under Seal) | 74 |
| Kenneth Goodman, Ph.D., Deposition Exhibits 1-4 (Submitted Under Seal) | 75 |
| Kenneth Goodman, Ph.D., Deposition Exhibit 5 (Submitted Under Seal) | 76 |
| Kenneth Goodman, Ph.D., Deposition Exhibits 6-8 (Submitted Under Seal) | 77 |
| Kenneth Goodman, Ph.D., Deposition Exhibits 9-15 (Submitted Under Seal) | 78 |
| Devin Caughey, Ph.D., Deposition Transcript | 79 |
| Devin Caughey, Ph.D., Deposition Exhibits 1-5 | 80 |
| Devin Caughey, Ph.D., Deposition Exhibits 7-21 | 81 |
| Devin Caughey, Ph.D., Deposition Exhibits 24-49 | 82 |
| Devin Caughey, Ph.D., Deposition Exhibits 51-54 | 83 |
| *Independent Review of Gender Identity Services for Children and Young People: Final Report*, The Cass Review (April 2024) | 84 |
| The BMJ – **Hilary Cass Reviews**<br>    Kamran Abbasi, *The Cass Review: An Opportunity to Unite Behind Evidence Informed Care in Gender Medicine*, THE BMJ (April 2024)<br><br>    Kamran Abbasi, *"Medication is Binary, but Gender Expressions are often not"–the Hilary Cass Interview*, THE BMJ (April 2024) | 85 |

| | |
|---|---|
| Hilary Cass, *Gender Medicine for Children and Young People is Built on Shaky Foundations. Here is How We Strengthen Services*, THE BMJ (April 2024)<br><br>Clare Dyer, *Guidelines on Gender Related Treatment Flouted Standards and Overlooked Poor Evidence, Finds Cass Review*, THE BMJ (April 2024) | |
| Jo Taylor et al., *Clinical Guidelines for Children and Adolescents Experiencing Gender Dysphoria or Incongruence: A Systematic Review of Guideline Quality (Part 1)*, ARCHIVES OF DISEASE IN CHILDHOOD (April 2024) | 86 |
| Jo Taylor et al., *Clinical Guidelines for Children and Adolescents Experiencing Gender Dysphoria or Incongruence: A Systematic Review of Guideline Quality (Part 2)*, ARCHIVES OF DISEASE IN CHILDHOOD (April 2024) | 87 |
| Jo Taylor et al., *Interventions to Suppress Puberty in Adolescents Experiencing Gender Dysphoria or Incongruence: A Systematic Review*, ARCHIVES OF DISEASE IN CHILDHOOD (April 2024) | 88 |
| Jo Taylor et al., *Masculinising and Feminising Hormone Interventions for Adolescents Experiencing Gender Dysphoria or Incongruence: A Systematic Review*, ARCHIVES OF DISEASE IN CHILDHOOD (April 2024) | 89 |
| Claire Heathcote et al., *Psychosocial Support Interventions for Children and Adolescents Experiencing Gender Dysphoria or Incongruence: A Systematic Review*, ARCHIVES OF DISEASE IN CHILDHOOD (April 2024) | 90 |
| Ruth Hall et al., *Impact of Social Transition in Relation to Gender for Children and Adolescents: A Systematic Review*, ARCHIVES OF DISEASE IN CHILDHOOD (April 2024) | 91 |
| Jo Taylor et al., *Care Pathways of Children and Adolescents Referred to Specialist Gender Services: A Systematic Review*, ARCHIVES OF DISEASE IN CHILDHOOD (April 2024) | 92 |

| | |
|---|---|
| Jo Taylor et al., *Characteristics of Children and Adolescents Referred to Specialist Gender Services: A Systematic Review*, ARCHIVES OF DISEASE IN CHILDHOOD (April 2024) | 93 |
| Ruth Hall et al., *Gender Services for Children and Adolescents Across the EU-15+ Countries: An Online Survey*, ARCHIVES OF DISEASE IN CHILDHOOD (April 2024) | 94 |
| *Evidence Review: Gonadotrophin Releasing Hormone Analogues for Children and Adolescents with Gender Dysphoria*, National Institute for Health and Care Excellence (October 2020) | 95 |
| *Evidence Review: Gender-Affirming Hormones for Children and Adolescents with Gender Dysphoria*, National Institute for Health and Care Excellence (October 2020) | 96 |
| *Puberty Suppressing Hormones (PSH) for Children and Young People who have Gender Incongruence / Gender Dysphoria*, England's National Health Service (March 2024) | 97 |
| *Prescribing of Gender Affirming Hormones (Masculinising or Feminising Hormones) as part of the Children and Young People's Gender Service*, National Health Service England (March 2024) | 98 |
| *NHS England's Response to the Final Report of the Independent Review of Gender Identity Services for Children and Young People*, National Health Service England (April 2024) | 99 |
| *NHS England's Letter to Adult Gender Dysphoria Clinics*, National Health Service England (April 2024) | 100 |
| Azeen Ghorayshi, *Youth Gender Medications Limited in England, Part of Big Shift in Europe*, NEW YORK TIMES (April 2024) | 101 |
| Hannah Barnes, *Gender Identity Services in the UK are on Pause as Evidence Comes Under Scrutiny*, THE BMJ (March 2023) | 102 |
| *Care of Children and Adolescents with Gender Dysphoria*, Socialstyrelsen (December 2022) | 103 |

| | |
|---|---|
| *Gender Dysphoria in Children and Adolescents: An Inventory of the Literature*, SBU (December 2019) | 104 |
| *Care of Children and Adolescents with Gender Dysphoria (Certified Translation)*, Socialstyrelsen (December 2022) | 105 |
| Jonas F. Ludvigsson et al., *A Systematic Review of Hormone Treatment for Children with Gender Dysphoria and Recommendations for Research*, ACTA PAEDIATRICA (January 2023) | 106 |
| *Summary of a Recommendation by COHERE Finland: Medical Treatment Methods for Dysphoria Associated with Variations in Gender Identity in Minors – Recommendation*, Palveluvalikoima (June 2020) | 107 |
| *Recommendation by COHERE Finland: Medical Treatment Methods for Dysphoria Related to Gender Variance in Minors (Certified Translation)*, Palveluvalikoima (June 2020) | 108 |
| *Patient Safety for Children and Young People with Gender Incongruence (Certified Translation)*, Ukom (March 2023) | 109 |
| Jennifer Block, *Norway's Guidance on Paediatric Gender Treatment is Unsafe, Says Review*, THE BMJ (March 2023) | 110 |
| *Important Service Update – Young Person's Gender Service*, Sandyford Clinic (April 2024) | 111 |
| Azeen Ghorayshi, *Scotland Pauses Gender Medications for Minors*, NEW YORK TIMES (April 2024) | 112 |
| *(FAQ) WHO Development of a Guideline on the Health of Trans and Gender Diverse People*, World Health Organization (January 2024) | 113 |
| *Treatments for Gender Dysphoria in Transgender Youth*, Agency for Healthcare Research and Quality (January 2021) | 114 |

| | |
|---|---|
| Wylie C. Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline*, 109 J. OF CLINICAL ENDOCRINOLOGY & METABOLISM 3869 (June 2024) | 115 |
| Eli Coleman et al., *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8*, 23 INT'L J. OF TRANSGENDER HEALTH 51 (September 2022) | 116 |
| Joint Letter from USPATH and WPATH | 117 |
| Kellan E. Baker et al., *Hormone Therapy, Mental Health, and Quality of Life Among Transgender People: A Systematic Review*, 5 J. OF THE ENDOCRINE SOC'Y 1 (February 2021) | 118 |
| Jennifer Block, *Gender Dysphoria in Young People is Rising and so is Professional Disagreement*, THE BMJ (February 2023) | 119 |
| Aaron Sibarium, *The Hijacking of Pediatric Medicine*, THE FREE PRESS (December 2022) | 120 |
| Julia Mason & Leor Sapir, *The American Academy of Pediatrics' Dubious Transgender Science*, WALL STREET J. (August 2022) | 121 |
| Azeen Ghorayshi, *Medical Group Backs Youth Gender Treatments, but Calls for Research Review*, NEW YORK TIMES (August 2023) | 122 |
| Jesse Singal, *How the Fight over Transgender Kids Got a Leading Sex Researcher Fired*, THE CUT (February 2016) | 123 |
| Colin Wright, *Anatomy of a Scientific Sandal*, CITY JOURNAL (June 2023) | 124 |
| Erica Ciszek, et al., *Discursive Stickiness: Affective Institutional Texts and Activist Resistance*, 10 PUBLIC RELATIONS INQUIRY 295 (April 2021) | 125 |

| | |
|---|---|
| Kenneth J. Zucker, *The Myth of Persistence: Response to "A Critical Commentary on Follow-up Studies and 'Desistance' Theories about Transgender and Gender Non-conforming children" by Temple Newhook et al. (2018)*, INT'L J. OF TRANSGENDERISM (May 2018) | 126 |
| Mia Hughes, *The WPATH Files: Pseudoscientific Surgical and Hormonal Experiments on Children, Adolescents, and Vulnerable Adults*, ENVIRONMENTAL PROGRESS (March 2024) | 127 |
| Mia Hughes, *Transcript: Identity Evolution Workshop Held on May 6, 2022*, ENVIRONMENTAL PROGRESS (March 2024) | 128 |
| Affidavit of Jamie Reed | 129 |
| Jamie Reed, *I Thought I Was Saving Trans Kids. Now I'm Blowing the Whistle*, THE FREE PRESS (February 2023) | 130 |
| Tamara Pietzke, *I Was Told to Approve All Teen Gender Transitions. I Refused.*, THE FREE PRESS (February 2023) | 131 |
| Jenny Jarvie, *This Abortion Doctor Is Not Ready to Leave Alabama. 'You don't want me here? That's why I'm gonna stay'*, LOS ANGELES TIMES (April 2023) | 132 |
| Abigail Shrier, *Top Trans Doctors Blow the Whistle on 'Sloppy' Care*, THE FREE PRESS (October 2021) | 133 |
| Erica Anderson, *The Health Establishment Is Failing Young Adults Who Question Their Gender*, SAN FRANCISCO EXAMINER (March 2022) | 134 |
| Erica Anderson, *When It Comes to Trans Youth, We're in Danger of Losing Our Way*, SAN FRANCISCO EXAMINER (January 2022) | 135 |
| Laura Edwards-Leeper & Erica Anderson, *The Mental Health Establishment is Failing Trans Kids*, WASHINGTON POST (November 2021) | 136 |

| | |
|---|---|
| Riitakerttu Kaltiala, *'Gender-Affirming Care Is Dangerous. I Know Because I Helped Pioneer It.'*, THE FREE PRESS (October 2023) | 137 |
| Riitakerttu Kaltiala et al., *Have the Psychiatric Needs of People Seeking Gender Reassignment Changed as Their Numbers Increase? A Register Study in Finland*, EUROPEAN PSYCHIATRIC ASS'N (November 2023) | 138 |
| Emily Bazelon, *The Battle Over Gender Therapy*, NEW YORK TIMES (June 2022) | 139 |
| Michelle Conlin, Robin Respaut & Chad Terhune, *A Gender Imbalance Emerges Among Trans Teens Seeking Treatment*, REUTERS (November 2022) | 140 |
| Azeen Ghorayshi, *More Trans Teens Are Choosing 'Top Surgery'*, NEW YORK TIMES (September 2022) | 141 |
| Jody L. Herman, Andrew R. Flores & Kathryn K. O'Neill, *How Many Adults and Youth Identify as Transgender in the United States?*, WILLIAMS INSTITUTE (June 2022) | 142 |
| Alex Card, *Transgender Patients Are Increasingly Seeking Care–Even as Bans Spread*, DEFINITIVE HEALTHCARE (January 2024) | 143 |
| Alicia Ault, *Doctors Have Failed Them, Say Those with Transgender Regret*, ADOLESCENT MEDICINE (April 2022) | 144 |
| *The Evidence to Support Medicalised Gender Transitions in Adolescents is Worryingly Weak*, THE ECONOMIST (April 2023) | 145 |
| Declaration of Corinna Cohn | 146 |
| Corinna Cohn, *What I Wish I'd Known When I Was 19 and Had Sex Reassignment Surgery*, WASHINGTON POST (April 2022) | 147 |
| Elie Vandenbussche, *Detransition-Related Needs and Support: A Cross-Sectional Online Survey*, J. OF HOMOSEXUALITY (April 2021) | 148 |

| | |
|---|---|
| Lisa Littman, et al., *Detransition and Desistance Among Previously Trans-Identified Young Adults*, ARCHIVES OF SEXUAL BEHAVIOR (December 2023) | 149 |
| Lisa Littman, *Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition Who Subsequently Detransitioned: A Survey of 100 Detransitioners*, ARCHIVES OF SEXUAL BEHAVIOR (October 2021) | 150 |
| *Risk of Pseudotumor Cerebri Added to Labeling for Gonadotropin-releasing Hormone Agonists*, AAP NEWS (July 2022) | 151 |
| LUPRON DEPOT-PED Prescribing Information | 152 |
| E. Abbruzzese, Stephen B. Levine & Julia W. Mason, *The Myth of "Reliable Research" in Pediatric Gender Medicine: A Critical Evaluation of the Dutch Studies–and Research That Has Followed*, J. OF SEX & MARITAL THERAPY (January 2023) | 153 |
| Sallie Baxendale, *The Impact of Suppressing Puberty on Neuropsychological Function: A Review*, ACTA PAEDIATRICA (February 2024) | 154 |
| Aditi Bhargava, et al., *Considering Sex as a Biological Variable in Basic and Clinical Studies: An Endocrine Society Scientific Statement*, ENDOCRINE REVIEWS (March 2021) | 155 |
| Michael Biggs, *Puberty Blockers and Suicidality in Adolescents Suffering from Gender Dysphoria*, ARCHIVES OF SEXUAL BEHAVIOR (June 2020) | 156 |
| Michael Biggs, *Suicide by Clinic-Referred Transgender Adolescents in the United Kingdom*, ARCHIVES OF SEXUAL BEHAVIOR (January 2022) | 157 |
| Michael Biggs, *The Dutch Protocol for Juvenile Transsexuals: Origins and Evidence*, J. OF SEX & MARITAL THERAPY (September 2022) | 158 |

| | |
|---|---|
| Cecilia Dhejne et al., *Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden*, PLoS ON (February 2011) | 159 |
| Suzanne Diaz & J. Michael Bailey, *Rapid Onset Gender Dysphoria: Parent Reports on 1655 Possible Cases*, ARCHIVES OF SEXUAL BEHAVIOR (March 2023) | 160 |
| Annette Erlangsen, et al., *Transgender Identity and Suicide Attempts and Mortality in Denmark*, JAMA (June 2023) | 161 |
| Stephen B. Levine & E. Abbruzzese, *Current Concerns About Gender-Affirming Therapy in Adolescents*, CURRENT SEXUAL HEALTH REPORTS (April 2023) | 162 |
| Stephen B. Levine, E. Abbruzzese & Julia W. Mason, *What Are We Doing to These Children? Response to Drescher, Clayton, and Balon Commentaries on Levine et al., 2022*, J. OF SEX & MARITAL THERAPY (October 2022) | 163 |
| Stephen B. Levine, E. Abbruzzese & Julia M. Mason, *Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults*, J. OF SEX & MARITAL THERAPY (March 2022) | 164 |
| Lisa Littman, *Parent Reports of Adolescents and Young Adults Perceived to Show Signs of a Rapid Onset of Gender Dysphoria*, PLoS ONE (August 2018) | 165 |
| Johns Hopkins University Ex. 1 | 166 |
| Johns Hopkins University Ex. 2 | 167 |
| Johns Hopkins University Ex. 3 | 168 |
| HHS Ex. 1 | 169 |

| | |
|---|---|
| HHS Ex. 2<br>(Submitted Under Seal) | 170 |
| HHS Ex. 3 | 171 |
| HHS Ex. 4<br>(Submitted Under Seal) | 172 |
| HHS Ex. 5<br>(Submitted Under Seal) | 173 |
| WPATH Ex. 1<br>(Submitted Under Seal) | 174 |
| WPATH Ex. 2<br>(Submitted Under Seal) | 175 |
| WPATH Ex. 3<br>(Submitted Under Seal) | 176 |
| WPATH Ex. 4<br>(Submitted Under Seal) | 177 |
| WPATH Ex. 5<br>(Submitted Under Seal) | 178 |
| WPATH Ex. 6<br>(Submitted Under Seal) | 179 |
| WPATH Ex. 7<br>(Submitted Under Seal) | 180 |
| WPATH Ex. 8<br>(Submitted Under Seal) | 181 |
| WPATH Ex. 9<br>(Submitted Under Seal) | 182 |

| | |
|---|---|
| WPATH Ex. 10<br>(Submitted Under Seal) | 183 |
| WPATH Ex. 11<br>(Submitted Under Seal) | 184 |
| WPATH Ex. 12<br>(Submitted Under Seal) | 185 |
| WPATH Ex. 13<br>(Submitted Under Seal) | 186 |
| WPATH Ex. 14<br>(Submitted Under Seal) | 187 |
| WPATH Ex. 15<br>(Submitted Under Seal) | 188 |
| WPATH Ex. 16<br>(Submitted Under Seal) | 189 |
| WPATH Ex. 17<br>(Submitted Under Seal) | 190 |

Dated: May 27, 2024

Respectfully submitted,

Steve Marshall
  *Attorney General*

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, SC 29413
(843) 606-0640
CMills@Spero.law

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
  *Principal Deputy Solicitor General*

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

Roger G. Brooks (*pro hac vice*)
Henry W. Frampton, IV (*pro hac vice*)
Philip A. Sechler (*pro hac vice*)
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0200
rbrooks@adflegal.org
hframpton@adflegal.org
psechler@adflegal.org

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on May 27, 2024, which will serve all counsel of record.

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Counsel for Defendants*
