# EXHIBIT 60

# CURRICULUM VITAE

**Version Date:** 1/2/23

**Name:** Meredithe McNamara, MD MSc

**Contact Information:** 789 Howard Avenue
Dana Clinic Building, DC-014
New Haven, CT 06519

**Term:** Primary Appointment: Assistant Professor, 9/1/21-9/1/24

**School:** Yale School of Medicine

**Education:**

| | |
|---|---|
| 08/2007-05/2007 | BA, English Literature, Rutgers University, New Brunswick, NJ |
| 07/2011-05/2013 | MSc, Clinical Research, Emory University, Atlanta, GA |
| 07/2008-05/2013 | MD, Emory University School of Medicine, Atlanta, GA |

**Career/Academic Appointments:**

| | |
|---|---|
| 07/2013-06/2016 | Residency, Pediatrics, the University of Chicago, Chicago, IL |
| 07/2016-06/2017 | Fellow, Leadership for Urban Primary Care Education and Transformation (LUCENT), Department of Internal Medicine, the University of Chicago, Chicago, IL |
| 07/2017-06/2018 | Clinical Associate, Department of Pediatrics, the University of Chicago, Chicago, IL |
| 07/2018-06/2021 | Fellow, Adolescent Medicine, University of Illinois-Chicago, Chicago, IL |
| 9/2021-present | Assistant Professor, Department of Pediatrics, Yale University, New Haven, CT |

**Administrative Positions**

| | |
|---|---|
| 2021-present | Director, Adolescent Medicine Rotation, Pediatrics Residency, Yale School of Medicine, New Haven, CT |
| 2022-present | Board Member, Yale New Haven Health Committee for Juvenile Justice, New Haven, CT |

**Board Certification:**

| | |
|---|---|
| 2016 | American Board of Pediatrics, General Pediatrics |
| 2022 | American Board of Pediatrics, Adolescent Medicine |


DEFENDANT'S
EXHIBIT NO. McNamara 3rd
FOR IDENTIFICATION
DATE: 4-4-24   RPTR: JF
PENG/KD NO-081-6889

**Professional Honors & Recognition:**

*International/National/Regional*

2011    NIH/Atlanta Clinical and Translational Science Institute TL1 Predoctoral Research Training Award

2016    LUCENT Primary Care Fellowship, the University of Chicago

2020    Semi-Finalist, U.S. State Department, Fulbright Scholar Award (Uganda)

**Grant/Clinical Trials History:**

Past

6/2016-6/2017    Leadership for Urban Primary Care Education and Transformation Fellowship Grant – Full salary funding (50:50 research and clinical duties)
    Mentor: Bradley Stolbach, PhD
    $5000 from the Health Resources & Services Administration (HRSA)
    Taught trauma informed care workshops in Chicago healthcare settings

6/2015-6/2017    "Improving Trauma-Informed Care Practices for Pediatric Victims of Violence"
    Co-PI: Bradley Stolbach, Ph.D.; Meredithe McNamara, M.D.
    $80,000 for two years from the Bright Promises Foundation
    Developed and taught a curriculum of hospital-based trauma informed care at Comer Children's and John H. Stroger Hospitals

**Invited Speaking Engagements, Presentations, Symposia & Workshops:**

International and National

1. "How Adolescent Providers Can Support Youth-Led Advocacy," University of Washington. Seattle. 2022, 2021
2. "Grand Rounds: The Recovery of Adolescents and Young Adults from Firearm Violence," St. Joseph's Hospital, Paterson. 2022
3. "Hearing on Proposed Rule to Ban Gender Affirming Care for Youth," Florida Board of Medicine and Board of Osteopathic Medicine. Orlando. 2022
4. "Curriculum in Adolescent Health and Medicine," Busitema University. Mbale, Uganda. 2020

Regional

1. "Cross-Sector Collaboration for Police-Free Schools," Illinois Adverse Childhood Experiences Collaborative. Chicago. 2020
2. "Lessons in Trauma-Informed Care: A Panel Discussion with Youth Survivors of Violence," Windy City Emergency Medicine Conference. Chicago. 2017
3. "Being a Champion of Trauma-Informed Care," Student National Medical Association Midwest Meeting. Springfield. 2016

Local

1. "Heavy Menstrual Bleeding: High Yield Tips for the General Pediatrician." Connecticut AAP Conference. 2022
2. "Boosting Readiness for Eating Disorder Treatment in the Primary Care Setting." Pediatric Community Education Series, Bridgeport Hospital. 2022
3. "Preserving Adolescent Autonomy and Agency: Avoiding Reproductive Coercion," The University of Chicago. Chicago. 2021
4. "Innovation in Medical Education for Topics in Adolescent Health." University of Illinois-Chicago. Chicago. 2021
5. "Grand Rounds: Lessons from Police-Free Schools Advocacy in Chicago," Rush University. Chicago. 2021
6. "*Mycoplasma genitalium*: An Emerging STI." University of Illinois-Chicago. Chicago. 2020
7. "Adolescent Sports Medicine: Athlete Wellness and Risk of Injury," University of Illinois-Chicago. Chicago. 2020
8. "COVID-19 and Adolescent Wellness," Healing Hurt People-Chicago. Chicago. 2020

**Peer-Reviewed Presentations & Symposia**

*International and National*

1. **McNamara M**, Sequeira G, English A, Grubb L. "Restoring Integrity to Public Policy: Combating Science Denialism in Adolescent Health." Society of Adolescent Health and Medicine. Chicago, March 2023 (Symposium).
2. **McNamara M**, Olezeski C, Szilagyi N, Alstott A. "When Science is Misused in Law: How to Address the Biased Science that Underlies Legal Bans on Gender-Affirming Care for Youth." World Professional Association of Transgender Health (WPATH). Montreal, September 2022 (Symposium).
3. **McNamara M**, "A Curriculum in Adolescent Health and Medicine: Lessons from Mbale, Uganda." International Association of Adolescent Health. Lima, November 2021 (Oral presentation).
4. **McNamara M,** Wajarasi A, Brighton K, McMorris B, Safter M, Olupot-Olupot P, Miller K. "Implementation of an Adolescent Health and Medicine Course Designed for Medical Trainees in Low- and Middle-Income Countries: Results from a Pilot Study." International Association for Adolescent Health. Lima. November 2021. (Poster)
5. **McNamara M**, Hardy T. "The Health Maintenance of Adolescents and Young Adults Affected by Violent Injury," Adolescent Health Initiative. Ann Arbor, May 2021 (Symposium).
6. Fenton R, **McNamara M**. "Police-Free Schools: How Adolescent Providers Can Support Youth-Led Advocacy," Society of Adolescent Health and Medicine. San Diego, March 2021 (Oral Presentation).
7. **McNamara M**. "Training Hospital Personnel in Trauma-Informed Care: Assessing the Effectiveness of an Interprofessional Workshop with Patients as Teachers," Pediatric Academic Societies Annual Meeting. Baltimore, April 2019 (Oral presentation).
8. **McNamara M**. "Trauma Informed Care: A Workshop for Medical Providers," Society for Adolescent Health and Medicine Annual Meeting. New Orleans March 2017 (Symposium).

30

3

9. Miller K, **McNamara M**, McMorris B, Saftner M, Olupot-Olupot P. "An Adolescent Medicine Curriculum Designed for Low Income Countries: Results from Pilot Implementation at a Medical School in Easter Uganda." Society for Adolescent Health and Medicine. San Diego. March 2021 (Poster).

10. Miller K, **McNamara M**, McMorris B, Saftner M, Olupot-Olupot P. "Pilot implementation of a curriculum in adolescent health and medicine: a course designed for medical trainees in low- and middle-income countries." Virtual poster presentation at the University of Minnesota – Pediatric Research, Education & Scholarship Symposium. *Winner – Best Fellow Research Award.* Minneapolis. April 2020 (Poster).

11. Cane R, **McNamara M**, Schwartz A, Stolbach B. "Training Hospital Personnel in Trauma-Informed Care: Assessing the Effectiveness of an Interprofessional Workshop with Patients as Teachers." Pediatric Hospital Medicine Meeting. Seattle. July 2019 (Poster).

12. **McNamara M**, Cane R, Schwartz A, Stolbach B. "Training Hospital Personnel in Trauma-Informed Care: Assessing the Effectiveness of an Interprofessional Workshop with Patients as Teachers." Pediatric Academic Societies Annual Meeting. Baltimore. April 2019 (Poster).

13. Tucker X, Dholakia A, **McNamara M**, Cane R, Hoffman Y, Stolbach B. "Building a Trauma-Informed Hospital: A Longitudinal Qualitative Study of Participants in a Trauma-Informed Care Training." American Association of Medical Colleges Meeting. Grand Rapids. March 2019 (Poster).

14. Dholakia A, Tucker X, **McNamara M**, Cane R, Hoffman Y, Stolbach B. "Expanding the Culture of Trauma-Informed Care: A Pilot Training Workshop for Medical Students." American Association of Medical Students Conference. Grand Rapids. March 2019 (Poster).

*Local*

1. Tucker X, Dholakia A, **McNamara M**, Cane R, Hoffman Y, Stolbach B. "Building a Trauma-Informed Hospital: Preliminary Results from a Longitudinal Qualitative Study of Participants in a Trauma-Informed Care Training Workshop." The University of Chicago Medical Education Research Symposium. *Winner – Best Medical Student Presentation.* Chicago. September 2018 (Poster)

2. **McNamara M**, Cane R, Schuster L, Stolbach B. "Improving Trauma-Informed Care Practices for Pediatric Patients Affected by Violence." Leadership for Urban Primary Care Education and Transformation (LUCENT) Scholars Research Symposium. Chicago. June 2017 (Poster)

3. **McNamara M**, Cane R, Schuster L, Stolbach B. "Improving Trauma-Informed Care Practices for Pediatric Patients Affected by Violence." The University of Chicago Medical Education Research Symposium. Chicago. December 2016 (Poster)

4. **McNamara M**, Cane R, Stolbach B. "Healing Hurt People-Chicago: Creating a Hospital Culture of Trauma-Informed Care." University of Chicago Department of Pediatrics Research Symposium. Chicago. June 2016 (Poster)

**Professional Service**

*Journals*
2022        Reviewer for *Pediatrics*, *Transgender Health, LGBTQ Health*

**Public Service/Media Presence:**

*Public Service:*
2015-2021        Healing Hurt People – Chicago, Illinois: Coordinating medical care for
                 youth recovering from violent injury, co-leading trauma recovery
                 workshops with youth clients, providing trauma-focused psychoeducation
2020-2021        Atlas International – Mbale, Uganda: Fundraising and donations
                 procurement of for Mbale Regional Referral Hospital and Busitema
                 University
2019-2020        Task Force, Cook County Health Systems – Chicago, Illinois: Provided
                 confidential health screening and counseling to youth at social events

**Bibliography:**

*Peer-Reviewed Original Research*
1.  **McNamara M**, Kempton C, Antun A. "The Role of Disease Severity in Influencing
    Body Mass Index in People with Hemophilia: A Single Institution Cross-sectional
    Study." *Haemophilia*. 2013; 111th ser. 10.11 PMID: 24118577
2.  **McNamara M**, Cane R, Hoffman Y, Reese C, Schwartz A, Stolbach B. "Training
    Hospital Personnel in Trauma-Informed Care: Assessing an Interprofessional Workshop
    with Patients as Teachers." *Academic Pediatrics*. 2020; S1876-2859 (20) 30190-X.
    PMID: 32492574
3.  Miller K, Saftner M, **McNamara M**, McMorris B, Olupot-Olupot P. "Provision of
    adolescent health care in Resource-Limited Settings: Perceptions, practices and training
    needs of Ugandan health care workers." *Children and Youth Services Review*, Volume
    132, 2022, 106310, ISSN 0190-7409, https://doi.org/10.1016/j.childyouth.2021.106310.

*Chapters*
1.  **McNamara M**, and Sharma J. Surgical Approaches to Endocrine Disorders. In Felner EI,
    Umpierrez G. *Endocrine Pathophysiology*. Lippincott Williams & Wilkins; 2013.
2.  Cabral MD, Khan A, **McNamara M**, Dharmapuri S, Linares S, Cielo
    A. Renal manifestations of sexually transmitted infections. In Greydanus D, et al, eds:
    Chronic Disease and Disability: The Pediatric Kidney. 2nd edition, New York: Nova
    Science, 2022.

*Peer-Reviewed Case Reports*
1.  Yano S, **McNamara M**, Halbach S, Waggoner D. "4q21 microdeletion in a patient with
    epilepsy and brain malformations." *American Journal of Medical Genetics*. 2015; 9999
    A: 1-5. PMID: 25847229

### *Peer-Reviewed Commentaries*

1. **McNamara M**, Lepore C, Alstott A, Kamody R, Kuper L, Szilagyi N, Boulware S, Olezeski C. Scientific misinformation and gender affirming care: tools for providers on the front lines. Journal of Adolescent Health. 2022 Jul 1:S1054-139X(22)00503-1. doi: 10.1016/j.jadohealth.2022.06.008. PMID: 35787819.
2. Lepore C, Alstott A, **McNamara M**. Scientific misinformation is criminalizing the standard of care for transgender youth. JAMA Pediatrics. 2022;176(10):965–966. doi:10.1001/jamapediatrics.2022.2959. PMID: 35994256.
3. **McNamara M**, Lepore C, Alstott A. Protecting transgender health and challenging science denialism in policy. New England Journal of Medicine. 2022 Nov 24;387(21):1919-1921. doi: 10.1056/NEJMp2213085. PMID: 36409481.

### *Editorials, and Letters*

1. Markowitz M, **McNamara M**. "A call to action: considerations for pediatricians in a post-Roe healthcare system." AAP Voices Blog, August 11, 2022. https://www.aap.org/en/news-room/aap-voices/a-call-to-action-considerations-for-pediatricians-in-post-roe-health-care-system/
2. Olezeski C, **McNamara M**, Alstott A. "Denying trans youth gender affirming care is an affront to science and medical ethics" Los Angeles Times, June 13, 2022. https://www.latimes.com/opinion/story/2022-06-13/trans-youth-healthcare-state-bans

33

6

# Exhibit B

**ADDENDUM**

In addition to the citations in the above attached report, I also relied on the following articles in forming my expert opinions:

AACAP. AACAP statement opposing actions in Texas [Internet]. Aacap.org. [cited 2023 Jan 31]. Available from: https://www.aacap.org/AACAP/zLatest_News/AACAP_Statement_Opposing_Actions_in_Texas

AACAP. AACAP statement responding to efforts to ban evidence-based care for transgender and gender diverse [Internet]. Aacap.org. [cited 2023 Jan 31]. Available from: https://www.aacap.org/AACAP/Latest_News/AACAP_Statement_Responding_to_Efforts-to_ban_Evidence-Based_Care_for_Transgender_and_Gender_Diverse.

Allen LR, Watson LB, Egan AM, Moser CN. Well-being and suicidality among transgender youth after gender-affirming hormones. Clinical Practice in Pediatric Psychology. 2019 Sept;7(3):302–311. doi: 10.1037/cpp0000288.

Bornstein SR, Allolio B, Arlt W, Barthel A, Don-Wauchope A, Hammer GD, Husebye ES, Merke DP, Murad MH, Stratakis CA, Torpy DJ. Diagnosis and Treatment of Primary Adrenal Insufficiency: An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab. 2016 Feb;101(2):364-89. doi: 10.1210/jc.2015-1710. Epub 2016 Jan 13. PMID: 26760044; PMCID: PMC4880116.

Brouwers M, Kho ME, Browman GP, Cluzeau F, feder G, Fervers B, Hanna S, Makarski J on behalf of the AGREE Next Steps Consortium. AGREE II: Advancing guideline development, reporting and evaluation in healthcare. Can Med Assoc J. Dec 2010, 182:E839-842; doi: 10.1503/cmaj.090449.

Carmichael P, Butler G, Masic U, Cole TJ, De Stavola BL, Davidson S, Skageberg EM, Khadr S, Viner RM. Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. doi: 10.1371/journal.pone.0243894.

Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. N Engl J Med. 2023 Jan 19;388(3):240-250. doi: 10.1056/NEJMoa2206297.

Coleman E, Radix AE, Bouman WP, Brown GR, de Vries ALC, Deutsch MB, Ettner R, Fraser L, Goodman M, Green J, Hancock AB, Johnson TW, Karasic DH, Knudson GA, Leibowitz SF, Meyer-Bahlburg HFL, Monstrey SJ, Motmans J, Nahata L, … Arcelus J. Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. Int J Transgend Health. 2022 Sep 6;23(Suppl 1):S1-S259. doi: 10.1080/26895269.2022.2100644. PMID: 36238954; PMCID: PMC9553112.

Costa R, Dunsford M, Skagerberg E, Holt V, Carmichael P, Colizzi M. Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. J Sex Med. 2015 Nov;12(11):2206-14. doi: 10.1111/jsm.13034.

de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med. 2011 Aug;8(8):2276-83. doi: 10.1111/j.1743-6109.2010.01943.x.

de Vries AL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics. 2014 Oct;134(4):696-704. doi: 10.1542/peds.2013-2958.

Durwood L, McLaughlin KA, Olson KR. Mental health and self-worth in socially transitioned transgender youth. Journal of the American Academy of Child & Adolescent Psychiatry 2017 Feb;56(2):116-23. doi: 10.1016/j.jaac.2016.10.016.

Fleseriu M, Hashim IA, Karavitaki N, Melmed S, Murad MH, Salvatori R, Samuels MH. Hormonal Replacement in Hypopituitarism in Adults: An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab. 2016 Nov; 101(11): 3888–3921. doi: 10.1210/jc.2016-2118.

Grannis C, Leibowitz SF, Gahn S, Nahata L, Morningstar M, Mattson WI, Chen D, Strang JF, Nelson EE. Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. Psychoneuroendocrinology. 2021 Oct;132:105358. doi: 10.1016/j.psyneuen.2021.105358. Epub 2021 Jul 17. PMID: 34333318.

Green AE, DeChants JP, Price MN, Davis CK. Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. J Adolesc Health. 2022 Apr;70(4):643-649. doi: 10.1016/j.jadohealth.2021.10.036.

Hembree WC, Cohen-Kettenis PT, Gooren L, Hannema SE, Meyer WJ, Murad MH, Rosenthal SM, Safer JD, Tangpricha V, T'Sjoen GG. Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab. 2017 Nov; 102(11): 3869–3903.  doi: 10.1210/jc.2017-01658.

Hisle-Gorman E, Schvey NA, Adirim TA, Rayne AK, Susi A, Roberts TA, Klein DA. Mental Healthcare Utilization of Transgender Youth Before and After Affirming Treatment. J Sex Med. 2021 Aug;18(8):1444-1454. doi: 10.1016/j.jsxm.2021.05.014.

Institute of Medicine, Clinical Practice Guidelines We Can Trust. The National Academies Press. 2011. doi: 10.17226/13058.

Kaltiala R, Heino E, Työläjärvi M, Suomalainen L. Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. Nord J Psychiatry. 2020 Apr;74(3):213-219. doi: 10.1080/08039488.2019.1691260.

Kuper L, et al., Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy, 145(4) Pediatrics e20193006 (2020).

Lenders JW, Duh QY, Eisenhofer G, Gimenez-Roqueplo AP, Grebe SK, Murad MH, Naruse M, Pacak K, Young WF Jr; Endocrine Society. Pheochromocytoma and paraganglioma: an endocrine society clinical practice guideline. J Clin Endocrinol Metab. 2014 Jun;99(6):1915-42. doi: 10.1210/jc.2014-1498.

Littman L. Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition Who Subsequently Detransitioned: A Survey of 100 Detransitioners. Arch Sex Behav. 2021 Nov;50(8):3353-3369. doi: 10.1007/s10508-021-02163-w. Epub 2021 Oct 19. PMID: 34665380; PMCID: PMC8604821.

Pereyra Pacheco B, Méndez Ribas JM, Milone G, Fernández I, Kvicala R, Mila T, Di Noto A, Contreras Ortiz O, Pavlovsky S. Use of GnRH analogs for functional protection of the ovary and preservation of fertility during cancer treatment in adolescents: a preliminary report. Gynecol Oncol. 2001 Jun;81(3):391-7. doi: 10.1006/gyno.2001.6181.

Rew L, Young CC, Monge M, Bogucka R. Review: Puberty blockers for transgender and gender diverse youth-a critical review of the literature. Child Adolesc Ment Health. 2021 Feb;26(1):3-14. doi: 10.1111/camh.12437.

Russell ST, Pollitt AM, Li G, Grossman AH. Chosen Name Use Is Linked to Reduced Depressive Symptoms, Suicidal Ideation, and Suicidal Behavior Among Transgender Youth. J Adolesc Health. 2018 Oct;63(4):503-505. doi: 10.1016/j.jadohealth.2018.02.003.

SAMHSA. Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth [Internet]. 2015 [cited 2023Jan31]. Available from: https://store.samhsa.gov/sites/default/files/d7/priv/sma15-4928.pdf

Schünemann H, Brożek J, Guyatt G, Oxman A, editors. GRADE handbook for grading quality of evidence and strength of recommendations. Updated October 2013. The GRADE Working Group, 2013. Available from guidelinedevelopment.org/handbook.

Tordoff DM, Wanta JW, Collin A, Stepney C, Inwards-Breland DJ, Ahrens K. Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. JAMA Netw Open. 2022;5(2):e220978. doi:10.1001/jamanetworkopen.2022.0978

Turban JL, King D, Kobe J, Reisner SL, Keuroghlian AS. Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS One.

10

2022 Jan 12;17(1):e0261039. doi: 10.1371/journal.pone.0261039. PMID: 35020719; PMCID: PMC8754307.

van der Loos MATC, Hannema SE, Klink DT, den Heijer M, Wiepjes CM. Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands. Lancet Child Adolesc Health. 2022 Dec;6(12):869-875. doi: 10.1016/S2352-4642(22)00254-1.

Van der Miesen AI, Steensma TD, de Vries AL, Bos H, Popma A. Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared with Cisgender General Population Peers. Journal of Adolescent Health 2020 Jun;66(6):699-704.

World Health Organization. Gender incongruence and Transgender Health in the ICD. Updated 2022. Available from: https://www.who.int/standards/classifications/frequently-asked-questions/gender-incongruence-and-transgender-health-in-the-icd

11

```
                                                               1

 1                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION

 3
    EMMA KOE, et al.,              )
 4                                 )
          Plaintiffs,              )
 5                                 ) Civil Action
                     V.            ) No. 1:23-CV-02904-SEG
 6                                 )
    CAYLEE NOGGLE, et a.,          ) Volume 1 of 2
 7  INC., ET AL,                   )
                                   )
 8        Defendants.              )

 9

10                  Transcript of proceedings
              before the Honorable Sarah E. Geraghty,
11              United States Magistrate Judge
                      August 10, 2023.

12

13  A P P E A R A N C E S:

14  On Behalf of the Plaintiff:

15       Benjamin Bradshaw, Esq.
         Stephen McIntyre, Esq.
16       Meredith Garagiola,Esq.
         O'Melveny & Myers
17
         Cynthia Cheng-Wun Weaver, Esq.
18       Human Rights Campaign Foundation

19       Elizabeth Lynn Littrell, Esq.
         Southern Poverty Law Center
20
         Cory Isaacson, Esq
21       American Civil Liberties Union

22
    On behalf of the Intervenors:
23
         Edward D. Buckley, Esq.
24       Thomas Joseph Mew, IV, Esq.

25
```

DEFENDANT'S
EXHIBIT NO. 2
FOR IDENTIFICATION
DATE: 4-4-24   RPTR:

2

1  On Behalf of the Defendants:

2

3          Patrick Strawbridge, Esq.
           Jeffrey Matthew Harris, Esq.
           Tiffany Bates,Esq.
4          Consovoy McCarthy PLLC

5

6

7

8          Proceedings recorded by mechanical stenography,
   transcript produced by computer.
9

10

11                 Melissa Brock, RMR, RPR
                 Federal Official Court Reporter
                75 Ted Turner Drive, SW, Suite 1949-B
12                 Atlanta, Georgia  30303-3309

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                        I N D E X

WITNESSES                    D      C     RD     RC

Daniel Shumer               11     35     65

Meredith McNamara           75     98    119

Paul Hruz                  121    145

James Cantor               176    200    243
```

4

1                            PROCEEDINGS
2              THE COURT:  This is case number 23CV2409.
3              We are here for a hearing on the Plaintiffs' Motion
4    for a Preliminary Injunction.
5              Counsel, can you please announce your appearances,
6    starting with the Plaintiffs.
7              MR. BRADSHAW:  Good morning, Your Honor.  Ben
8    Bradshaw from O'Melveny & Myers for the Plaintiffs.
9              THE COURT:  Good morning.
10             MR. MCINTYRE:  Good morning, Your Honor.  Steven
11   Mcintyre from O'Melveny & Myers.
12             MS. GARAGIOLA:  Good morning, Your Honor.  Meredith
13   Garagiola with O'Melveny & Myers, also for the Plaintiffs.
14             MS. WEAVER:  Good morning.  Cynthia Weaver with the
15   Human Rights Campaign Foundation.
16             MS. LITTRELL:  Good morning, Your Honor.  Beth
17   Littrell with the Southern Poverty Law Center, also for the
18   Plaintiffs.
19             MS. ISAASCON:  Cory Isaacson with the ACLU
20   Foundation of Georgia.
21             MR. BUCKLEY:  Good morning, Your Honor.  Ed Buckley
22   for Nancy Doe and Linda Doe.
23             MR. MEW:  Good morning, Your Honor.  Tom Mew also on
24   behalf of the Doe Intervenors for the Plaintiffs.
25             MR. STRAWBRIDGE:  Good morning, Your Honor.  Patrick

1  Q    Is this text, this recommendation in Box 12, consistent

2  with the WPATH Standards of Care and the Endocrine Society

3  Clinical Guidelines?

4  A    Yes.

5            MR. MCINTYRE:  No further questions at this time.

6            THE COURT:  All right.  Thank you very much,

7  Dr. Shumer.

8            Are we finished with this witness?

9            MR. BRADSHAW:  Yes, Your Honor.

10           MR. STRAWBRIDGE:  Nothing else for Defendants.

11           THE COURT:  Counsel, are you ready to call your next

12 witness?

13           MR. BRADSHAW:  Raise your right hand.

14                     MEREDITH MCNAMARA,

15 a witness herein, having been first duly sworn, was examined

16 and testified as follows:

17           COURTROOM DEPUTY:  You may be seated.

18           Ma'am, I just want to remind you it's very important

19 for everyone in court to hear your testimony this morning, as

20 you may help yourself to the water, so please remember to

21 speak directly into the microphone.

22           Can you please state and spell your first and last

23 name for the record.

24           THE WITNESS:  Yes.  M-e-r-e-d-i-t-h M-c-N-a-m-a-r-a.

25           COURTROOM DEPUTY:  Thank you.

1                    DIRECT EXAMINATION

2  BY MS. WEAVER:

3  Q     Good morning, Dr. McNamara.

4        What is your profession?

5  A     I am a pediatrician and adolescent medicine specialist.

6  Q     Could you summarize your formal education and training to

7  become a doctor?

8  A     Yes.  I received my M.D. and Masters in Clinical Research

9  from Emory University.  I completed a Residency in Pediatrics

10 at the University of Chicago and a Fellowship in Adolescent

11 Medicine at the University of Illinois in Chicago.

12 Q     Why are you here today?

13 A     I am here to provide expert testimony regarding pediatric

14 adolescent medicine and clinical research as it pertains to

15 medical treatments for gender dysphoria for minors.

16 Q     What is clinical research?

17 A     Clinical research is a broad term to describe all

18 scientific inquiry into the efficacy and safety of medical

19 treatments and the various phenomenon that describe human

20 disease.

21 Q     And what are the goals of clinical research?

22 A     To improve and perfect clinical practice.  So identify

23 knowledge gaps and to fill them and to make our therapies as

24 effective as possible for our patients.

25 Q     Can you talk about the different types of clinical

1  research that there are?

2  A    So two broad categories of studies designs.  One we've

3  talked about a lot today, Randomized Controlled Trials and the

4  other category would be observational study.

5  Q    What's the main difference between the two different

6  types of designs?

7  A    So Randomized Controlled Trials as we've discussed,

8  involve two study groups.  One in which subjects are

9  randomized to receive no treatment and one in which subjects

10  are randomized to receive treatment.  The idea is that

11  everything else about them is the same and so their outcomes

12  are followed over time.  The idea in Randomized Controlled

13  Trials is that they can identify as close as possible the

14  independent effects of an intervention on an outcome.

15      Observational studies are different.  So they encompass

16  another kind of like wide variety of study designs but the

17  idea is that subjects are observed naturalistically in

18  settings that they would be in no matter what, whether or not

19  there was clinical research going on and their outcomes are

20  studied as well.  The factors that contribute to those

21  outcomes are analyzed with a variety of statistical methods.

22  Q    Now is there a study design of the two that's considered

23  one to yield the best results?

24  A    Randomized Controlled Trials are acknowledged to produce

25  high-quality evidence.

79

1  Q    Is there a hierarchy of evidence quality as you
2  understand there to be?
3  A    There is a hierarchy.  I would say that there is not a
4  strict hierarchy that applies to every single command of
5  clinical care equally, but the idea is that Randomized
6  Controlled Trials are superior to observational study and
7  below that are other types of research, like case reports,
8  things that are not nearly as robust.
9  Q    What situation, if any, are there that Randomized
10 Controlled Trials study would not be appropriate -- would not
11 be the appropriate design to use?
12 A    There are many situations.  So, first of all, if the
13 disease state or other medical condition is quite rare, it
14 would be really hard to recruit enough participants to achieve
15 statistical power.  You have to have enough participants in
16 order to even notice a difference.  If you have a hundred
17 versus a hundred thousand, that contributes to the strength of
18 the study and robustness of your findings.  However, when it
19 comes to rare conditions, that's sometimes prohibitively
20 difficult to obtain.
21      If a condition is rare and treatment is highly sought
22 after, if the condition is quite serious and timely
23 interventions are needed, then a Randomized Controlled Trial
24 would actually be considered unethical because it could be
25 coercive.  People might sign up for the study in the hopes

1   that they could obtain the treatment.  But then what -- the

2   problem with that is that research studies are never supposed

3   to coerce their participants into engaging into that study.

4   That's a pretty profound ethical violation.

5        And then, finally, if participants could easily become

6   aware of the treatment that they were assigned to then the

7   Randomized Controlled Trial design would simply be logically

8   inappropriate.

9        For all of those reasons, institutional review constitute

10  protocols and they decide whether or not the study design is

11  appropriate or ethical.

12  Q    Now what ethical concerns, if any, are there to use a

13  Randomized Controlled Trial to study the relationship between

14  the use of transitional medications for adolescents and

15  patient outcomes?

16  A    They're all the ones I just mentioned.  So it would be

17  highly unethical and impractical to conduct.  Randomized

18  Controlled Trials uses a lot of resources.  It would be really

19  hard to recruit participants.  The participants that

20  potentially did sign up might feel coerced or motivated to

21  participate on the off chance that they could get a treatment.

22  And, notably, you know, after a few months of participation,

23  participants would know whether or not they were receiving

24  active treatment.  And once you know the inherent strength of

25  the Randomized Controlled Trial, which is blinding, it's gone.

81

1  Q    How do doctors use clinical research to inform their

2  practice of medicine?

3  A    We use clinical research.  So we use research that

4  informs guidelines.  We look at best available evidence.  We

5  look at newly-published evidence.  And that is all incredibly

6  helpful in caring for the patient in front of us.  But there

7  is -- there is a really important individualized approach that

8  we take with the patients sitting in front of us.  So I would

9  say it's a very significant part, and there are other factors,

10 too.

11 Q    And would clinicians treat patients based on research

12 that do not use Randomized Controlled Trial studies?

13 A    Yes, absolutely.  About 85 percent of evidence that

14 guides clinical care is not based on Randomized Controlled

15 Trials at all.  And I'm speaking across the board about all of

16 medicine.

17 Q    Defendants' experts have submitted declarations in this

18 case.  Have you reviewed their declarations?

19 A    Yes.

20 Q    And Dr. Cantor and Laidlaw referred to systematic reviews

21 in their declaration.

22      What is a system review of literature?

23 A    A systematic review kind of tells you what it is.  It's a

24 systematic approach to searching databases of clinical

25 research and using specific terms to answer a research

1   question.  A large number of studies are gathered.  The number
2   of studies that the investigator analyze and kind of collate
3   results amongst is windled down using exclusion criteria and
4   the results of the systematic review are essentially a
5   function of the backgrounds of the authors who have conducted
6   them, the search terms that they've used, the exclusion
7   criteria they have applied to not analyze certain studies and
8   the conclusions that they draw.
9   Q    And Defendants cite to a systematic review published in
10  the Littman Study.  Are you aware of this systematic review?
11  A    Yes, I have reviewed.
12  Q    What is your assessment of that systematic review?
13  A    So that single review, as best I can tell, it was
14  performed by people with epidemiologic and biostatistic
15  backgrounds.  I did try to see if those authors had any
16  experience, clinical experience, in treating gender dysphoria
17  or produced research in the field, any subject matter
18  expertise specifically.  I couldn't detect any.
19      But, moreover, I have a couple of takeaways.  So I felt
20  that that review tried to answer a lot of different questions.
21  And we have word counts with journal articles.  So, you know,
22  it's answering questions about psychosocial benefits, efficacy
23  of treatments, safety.  That's a lot of broad topics to cover
24  within one systematic review.  Some of them were robust ones
25  and the more in-depth ones I have seen just handled one

83

1   research question.

2        I also felt that there search terms were a little bare.

3   They didn't include, for instance, cross-sex hormones in order

4   to search the literature.  So that could have excluded

5   important studies.  Moreover, the study was published in the

6   Spring of 2023, but the later bound of the date range that

7   they searched for published studies within was in 2021, and

8   more studies have come out since then that the review does not

9   include.  So, you know, systematic reviews are only able to

10  reflect the time period that they search.  And I would say

11  that it does not reflect best available evidence.

12  Q    What is your response, then, to allegations, the defense

13  experts allegations, that this particular systematic review

14  concluded does not have enough evidence showing benefits of

15  hormone therapy for adolescent patients?

16  A    I would say that those conclusions, kind of similar to

17  what I said earlier, are a function more so of what I perceive

18  to be the author's maybe inability to engage with the nuances

19  of the observational studies that we have.

20       So systematic reviews that answer the exact same research

21  question do produce very divergent results.  They are subject

22  to the same methodological biases and they can produce

23  heterogeneous findings that can be a scientific debate, but

24  looking at one or just a few is a very flawed way to assess

25  all of the evidence about the literature.

84

1      I would also say that it's a little bit out of date.
2  Like I said earlier and, you know, I've addressed systemic
3  reviews that I feel are more methodologically sound, more able
4  to engage with the nuance findings of observational studies.
5  Q    What is the role of systematic reviews in creating
6  clinical practice guidelines?
7  A    Systematic reviews in general are commissioned by expert
8  panels that produce clinical practice guidelines.  So it is
9  one of other things that these expert panels can use to
10 produce their guidelines to inform their colleagues who
11 provide clinical care on the ground.
12     Other things that these expert panels use include their
13 expertise in considering the effects of not treating or not
14 offering care.  Their expertise on patients preferences and
15 values.  Resources that would be consumed by either not
16 treating or treating, and then other real-world
17 considerations.  So it is one part of a larger machine and all
18 of those parts are critical.
19 Q    To your knowledge, what clinical studies, if any, are
20 there that conclude transitional medications for gender
21 dysphoria should be prohibited or not used?
22 A    I have never read that conclusion in this study.
23 Q    How about systematic reviews?
24     Have you read any systematic reviews that come to that
25 same conclusion?

1  A    No.

2  Q    Now Dr. Cantor in his declaration report relies on what

3  is a Pyramid of Evidence to say that systematic reviews are of

4  the highest quality of evidence.  Do you know what this

5  Pyramid of Evidence is?

6  A    Yes.  I have seen the Pyramid of Evidence.

7  Q    What is it?

8  A    It is a pyramid with kind of a broad base and a narrower

9  top and at the top of the pyramid are systematic reviews.

10  Below that are Randomized Controlled Trials.  Below that are

11  observational studies.  You know, the narrow base also -- the

12  shape of the pyramid corresponds to the number of studies

13  available in each of the tiers in the pyramid.  And then below

14  observational studies would be kind of like case reports and

15  other types of studies that are considered to be less robust.

16  Q    And how are clinicians to view this various types of

17  evidence, if there is a gap between the results of, say, a

18  systematic review and what is needed in clinical care for a

19  patient?

20  A    Well, you wouldn't use a systematic review to provide

21  clinical care.  A systematic review can inform the developers

22  of the clinical practice guidelines.  But in practice,

23  physicians, clinicians of all disciplines rely on the

24  guideline development processes that are quite sound and well

25  respected and themselves built off of the guidelines.  There

1  are guidelines for how you make guidelines.  We don't use

2  systematic reviews to guide clinical care.

3  Q    I want to talk a little bit more about clinical practice

4  guidelines.  What guidelines or standards, if any, in the US

5  are recognized within the medical and mental health field for

6  treating transgender adolescents with gender dysphoria?

7  A    So these are not specific to the United States.  They are

8  considered to be internationally used and respected, but the

9  WPATH 8th Edition and the Endocrine Society Guidelines last

10  issued in 2017.

11  Q    What types of evidence or reviews are these guidelines

12  based on?

13  A    WPATH commissions systematic reviews that were performed

14  by public health researchers and subject matter experts at

15  Johns Hopkins.  Those investigators at that School of Public

16  Health used the Agency for Healthcare Research and Quality,

17  the HRQ Guidelines, for performing systematic reviews, and the

18  HRQs are part of the federal government and kind of like a

19  large, impartial federal body that helps direct the analysis

20  of clinical research, among other things.

21  Q    Talk more about the Endocrine Society Guidelines.

22       What is the purpose of these guidelines?

23  A    To support and inform and help endocrinologists

24  throughout the world who care for transgender people to

25  provide evidence-based care for their patients.

1  Q    Are  you aware of any studies out there showing that

2  adherence to these guidelines fulfills this purpose?

3  A    Yes.  So just recently, a study was published by Gupta

4  and colleagues from Emory which was a retrospective chart

5  analysis of all the patients that have received care at their

6  clinic over the preceding, I believe, it was ten years or so,

7  but I'd have to look at it to refresh my follow-up period.

8  But most importantly, what it showed is that all of the -- the

9  vast majority of adolescents received care or continued care.

10 Two discontinued care.  One to pursue pregnancy options and

11 one for another reason I can't remember.  Most importantly

12 what this really shows is that the vast majority of

13 adolescents who receive care in accordance with the Endocrine

14 Society's Clinical Practice Guidelines continue this care and

15 none of the patients who paused treatment identified with

16 their sex assigned at birth, meaning that they later

17 determined that they weren't transgender.  That was not

18 observed.

19 Q    And for these guidelines, what method was used to develop

20 them?

21 A    The Endocrine Society uses the GRADE approach to look at

22 evidence and to make clinical practice recommendations for

23 care.

24 Q    And what does the GRADE methodology consist of?

25 A    So under the GRADE model, Randomized Controlled Trials

1 are automatically considered high quality.  Observational
2 studies are automatically considered low quality and various
3 aspects of those studies can be used to up or downgrade the
4 quality of evidence.
5      The Endocrine Society used those guidelines for guideline
6 development to issue strong or weak recommendations.  And the
7 strength of the recommendation depends on the quality of
8 evidence and also on other factors that are incredibly
9 pertinent to patient care.  Some of the ones I have mentioned
10 already.
11 Q    Defendants' expert pointed out how the Endocrine Society
12 Guidelines issued recommendations based on low-quality
13 evidence.
14      What does it mean for clinicians treating patients with
15 gender dysphoria with this low-quality evidence based
16 recommendation?
17 A    So the provision of gender-affirming care for transgender
18 adolescents is based on low-quality evidence.  That's a
19 technical term that was assigned based on the study designs
20 and determination of how the studies were conducted.  That is
21 not surprising or unusual at all.
22      As I mentioned before, 85 percent of clinical care is
23 based -- is grounded on low-quality evidence.  As a
24 pediatrician and adolescent medicine physician, I look at
25 low-quality evidence or very low-quality evidence all the time

89

1  to care for my patients and I'm very confident that I'm

2  serving them with the best available care.

3       Just, you know, kind of some general examples, the use of

4  hormonal treatments to treat heavy menstrual bleeding is

5  direct from the low-quality evidence.

6       I recently prescribed a puberty blocker to a young female

7  to preserve her fertility while she underwent chemotherapy.

8  That was based on very low-quality evidence.  Never -- no

9  Randomized Controlled Trial was done there to my knowledge.

10      Other aspects of pediatric care, the treatment of croup

11 with steroids can be lifesaving.  I've definitely been there

12 at the bedside when patients are crashing and they need those

13 steroids.  We give it to them and the quality of evidence is

14 quite low.  But the effects of the care are -- the benefits

15 are tremendous.

16 Q    And under the GRADE system, you talked about the strength

17 of the recommendations.

18      What are the different types of strength of the

19 recommendations?

20 A    Yes.  So we touched on this.  There are strong and weak

21 recommendations.

22 Q    And would clinicians be able to rely on both strong and

23 weak recommendations?

24 A    Yes, absolutely.

25 Q    And in the course of a doctor's practice, how would the

90

1  doctor change a patient's treatment path, based on whether a

2  recommendation was strong or weak?

3  A    I don't know that we would necessarily change the

4  treatment path.  We would certainly have a more in-depth

5  discussion, more shared decision making.  I would say that if

6  the recommendation were weak, that would mean that we would

7  have a long discussion about other options and take more time

8  to elicit the patient's values and preference of those, of

9  their medical decisions.

10 Q    Let's turn to studies on transitioning medication such as

11 blockers and hormone therapy.

12     What are the goals of transitioning medications?

13 A    Well, the goals of medical aspects of gender-affirming

14 care are to help the patient achieve appearance congruence,

15 meaning that their internal sense of self is aligned with how

16 they look and present externally to the world.

17 Q    So go into a little more detail.

18     What are the positive physical or mental health outcomes

19 of taking these medications?

20 A    Broadly speaking, the benefits of gender-affirming care

21 on -- for trans adolescents are profound.  You know,

22 adolescence is a really pivotal period of development and to

23 divert somebody from an adolescence of suffering and extreme

24 distress, has positive impacts that pay off throughout

25 adulthood.

91

1      A lot of my patients who have received medical aspects of
2   gender-affirming care get to enjoy -- they get to thrive.  You
3   know, they get to perform their best at school.  They get to
4   develop their talents.  They get a softer landing into
5   adulthood.  So that's kind of me speaking from my clinical
6   experience.
7      From an evidentiary standpoint, the studies that
8   demonstrate the gender-affirming care demonstrate significant
9   improvements in depression and anxiety, non-suicidal self
10  injury and suicidal ideation as well as improved body
11  satisfaction and improved psychosocial functioning.
12  Q   On mental health benefits, how are mental health benefit
13  studied?
14  A   There are a large variety of psychometric tools, long and
15  validated questionnaires that mental health specialists and
16  experts can use to quantify mental health so to speak and
17  qualitative studies, too, that engage more with kind of the
18  patient's experiences as they provide it.
19  Q   And is one method preferable to another?
20  A   I think it just depends on the context in which you are
21  asking that question.  But as a physician who cares for all
22  adolescents and transgender adolescents, I find all of that
23  evidence quite compelling.
24  Q   Based on your review of available literature, what do the
25  studies of youth on puberty blockers generally report?

92

1  A     Generally, my assessment of those studies is a stability

2  and psychosocial functioning of stability mental health that

3  puberty pausing medication is in use.

4  Q     So stability.  Why is stability important?  What are the

5  benefits of having stability in mental health?

6  A     Well, if somebody is on a downward trajectory or

7  suffering, then, to put a pause on that suffering is

8  incredibly therapeutic and profound.

9      In practice, that pause or that stability in mental

10 health functioning allows that young person to engage

11 productively with a mental health provider so that they can

12 understand themselves.  They can clarify their goals.  They

13 can learn more about that gender identity.  They can

14 participate in more discussion with their family members, and

15 they can just function.

16 Q     Now based on your review of available literature, what do

17 studies on youth hormone therapy generally report?

18 A     Youth who receive cross-sex hormones achieve appearance

19 congruence, meaning that their -- I'm sorry.  I already

20 defined that.  I shouldn't defined that again.  I'm sorry.

21 They achieve appearance congruence, which is the mediator and

22 the causal pathway between treatment for gender dysphoria and

23 mental health benefits.  So any time you're kind of studying

24 the effective intervention, it's important to understand the

25 things that mediate that relationship and appearance

93

1  congruence is just that.

2  Q    What evidence or studies support the fact that hormone

3  therapy has beneficial impact on mental health for

4  adolescents?

5  A    What studies?  There are many.  I could summarize maybe

6  three of the ones that I consider to be the most impactful.

7       So Dr. Chen and her colleagues published an article in

8  the New England Journal of Medicine.  It was the largest study

9  to date with four different treatment cites throughout the

10 country.  The largest number of participants followed over two

11 years.  And what it demonstrated is that transgender

12 adolescents experience relief in their mental health issues

13 when their appearance aligns with their internal sense of

14 self.

15      Diana Tordoff and her clients out of Seattle demonstrated

16 that by controlling for psychotherapy, mental health support,

17 that there is an independent effect of gender-forming

18 medications on mental health and independent positive effect.

19      And then, Laura Kuper's group of the Genesis Clinic in

20 Dallas, Texas, also conducted a study of their patients and

21 they showed that gender-forming care leads to reduction in

22 body dissatisfaction, which is a little bit of a double

23 negative -- but I'm just trying to stay true to the literature

24 itself -- and that reduction body satisfaction are also

25 associated with improvement in mental health.

94

1  Q    Now, can you talk about the harms that manifest if one

2  waits until adulthood to take hormone therapy as medically

3  necessary.

4  A    Yes.  In Dr. Shumer's testimony he described what happens

5  when unwanted puberty progresses.  That individual ends up

6  with secondary sex characteristics that they did not want.

7  The distress of that accumulates over time.  These are people

8  who are trying to live their lives.  You know, they are trying

9  to perform in school.  Develop, you know, friendships, a sense

10  of self, and it's really hard to do that when there's extreme

11  distress going on.

12      What we also know, based on clinical research, is that

13  adults who had desired care as adolescents but didn't receive

14  it, report a higher rate of past years suicidality and we also

15  know that even amongst older-presenting adolescents, that they

16  tend to have worse mental health outcomes if they had gender

17  dysphoria throughout their adolescent years than

18  younger-presenting adolescents who received the intervention

19  in a more timely way.

20  Q    And you eluded to studies that support this positive

21  relationships.  Can you point to a couple that you are aware

22  of.

23  A    Yes.  I think we've covered a few of them.  There are, I

24  think, you know, over 16 studies now that demonstrate the

25  mental health benefits of care, but the ones that I just

95

1  described, the Seattle Study, the Dallas Study and then the

2  Multicenter Study published in the New England Journal all

3  demonstrate the mental health benefits of this care.

4  Q    Now Defendants' experts in their declarations criticize

5  the reports that you rely on in your own declaration.

6      What is your response to that?

7  A    Well, you know, I -- I take my position as a clinical

8  researcher, someone who is trained in evidence-based medicine

9  and somebody who provides care for individuals every day very

10  seriously.  I was really surprised to see in their

11  declarations inconsistent thresholds of what's acceptable for

12  various types of evidence.

13      These experts seem to need the highest threshold of

14  evidence possible to evaluate the benefits of care but the

15  assertions that they make in seeking to describe knowledge

16  about gender dysphoria are grounded in logic that wouldn't

17  make it onto the evidence pyramid.

18      In the Chen Study that we've discussed, two participants

19  committed suicide, and that finding has been used to claim

20  that gender-affirming care causes suicide.  And that's not

21  even correlational.  It's speculation.  So I think the

22  inconsistencies in their use of evidence-based medicine are

23  quite concerning.

24  Q    And in a more specific way, Dr. Cantor opines that some

25  of the studies you cited are deficient because those studies

35

96

1  do not present a causal relationship between the medical care
2  and the outcome.
3       What's your response to that allegation?
4  A    Well, in some ways, you know, you could swap out certain
5  words or certain phrases.  I mean, again, I feel like he's
6  saying these studies didn't use Randomized Controlled Trial
7  methodology.  That's just a fact.  We know that.  You don't
8  need Randomized Controlled Trials to uncover causal links.  So
9  I would say that that's far too simplistic of an assertion and
10 the best evidence that we have suggests a causal link between
11 medical treatment of gender dysphoria and improved well being
12 of transgender youth.
13 Q    Dr. Laidlaw and Dr. Cantor disagree with you that WPATH
14 is a term of authoritativeness in the medical community.  So,
15 for example, they did bring up the Cass Report in the UK for
16 this assertion that these medications are not safe.
17      What is your understanding of what that Cass Report says?
18 A    You know, the Cass Report is -- it's a document that
19 provides internal findings.  As I understand it, it's based on
20 the N-I-C-E the NICE reviews that were performed by unknown
21 authors affiliated with the National Health Service.  It's a
22 little unusual for systematic reviews to not report their
23 authorship.  That's a level of transparency that's generally
24 accepted but these reviews weren't really published in a
25 journal or anything, so they weren't put to a peer-review

97

1  test.

2      I would not take those reviews, which informed Dr. Cass's

3  report over the standards of care produced by hundreds of

4  experts in this field who are wildly regarded in the

5  international medical community.

6  Q    Dr. Laidlaw characterizes this interim report as one that

7  led to the closing down of a clinic in the UK.

8      What do you make of that assessment?

9  A    Well, that clinic wasn't closed and then care was ceased,

10 but those clinical services were redirected to satellite cites

11 throughout the United Kingdom to better serve their patients'

12 needs.  If the only gender clinic in the United States was in

13 Georgia, it would be impossible to serve the vast majority of

14 the people.

15     The wait list for receiving care was close to five years.

16 So if you need to seek care when you are 11 years old, that's

17 an intolerable time to wait.  So I think that the situation

18 that led to the production of her report and the redirection

19 of services was really quite grave and like nothing that we've

20 seen here in the United States.

21 Q    In the countries cited by Dr. Laidlaw and Dr. Cantor in

22 the declarations when they talk about care in their various

23 healthcare systems, which one of them has banned hormone

24 therapy for adolescents?

25 A    None of them have banned care.

98

1  Q    Are you aware of the Georgia law S.B. 140 and what it

2  says?

3  A    Yes, I am.

4  Q    Defense experts talked a lot about this need for more

5  research in this field of medicine, the area of inquiry.  How

6  would this law affect the ability of doctors and researchers

7  in Georgia to conduct clinical research on the specific area?

8  A    I know very well through my professional connections and

9  my training and my formative years that this state and

10 specifically this city is home to a great deal of intellectual

11 talent and expertise and that a lot of compassionate care is

12 provided, which serves as excellent substrate for real-world

13 clinical research.  The enactment of S.B. 140 would dismantle

14 that completely.

15         MS. WEAVER:  Thank you, doctor.

16         I have no further questions.

17                    CROSS-EXAMINATION

18 BY MR. HARRIS:

19 Q    Good morning, Dr. McNamara.

20 A    Hi there.

21 Q    Just a couple preliminary questions.

22     When were you retained by the Plaintiffs in this case?

23 A    I think it was in June.  Probably early June.

24 Q    And you were retained to prepare a report and offer

25 testimony, if called here; correct?

99

1    A    Correct.

2    Q    And you're being paid $400 an hour for your work with the

3    Plaintiffs?

4    A    Yes.

5    Q    And what's a ballpark estimate of how much time you spent

6    writing the report you put in?

7    A    You know, it's so -- I have been preparing for this so

8    much that I haven't even had a chance to think about it.  Any

9    number I give you I hope is not binding, but maybe like 10 to

10   15 hours, and then editing more and -- let's just say 15

11   hours.

12   Q    Thank you.  And about how much time did you spend

13   preparing your testimony in advance of the hearing?

14   A    How many hours?

15   Q    Um-hmm.

16   A    Maybe another 10 to 15, probably.  Feels like more.

17   Q    And I see from your report you were retained in the

18   Alabama case.  Can you just discuss the nature of your work on

19   that case.

20   A    Yes.  I mean the Alabama case, I actually don't know

21   where it is right now.  It is hard to follow these things but

22   I prepared an expert report.

23   Q    And were you paid the same there as you were here?

24   A    No.  I was a paid a little bit more.

25   Q    Okay.  Before we get into some specific things, you

100

1  offered some critiques of some of the European evidence and

2  systematic review.

3        Can you tell us what you think is the single best study

4  supporting the effectiveness of hormone therapy for

5  adolescent?

6  A    I can't tell you a single study.  It's not quite like

7  that because in my mind, there's no hierarchy of which is

8  best.  I think they all provide -- they all have their

9  strengths and their weaknesses.  They all give us information

10 in one area and together as a whole.  That's how I view the

11 evidence.

12 Q    Okay.  You would view the -- you were in the courtroom

13 while Dr. Shumer was testifying; right?

14 A    Yes.

15 Q    You would agree with me, then, that the five studies that

16 my friend discussed with Dr. Shumer from Europe are part of

17 that whole that's being considered?

18 A    So when you say studies, what are you considering?

19 Q    I asked you.  I mean, I asked you to name the single

20 study or published study, whether it's systematic review, an

21 observational study, that you think is the best single study

22 to show the effectiveness of cross-sex hormones for gender

23 dysphoria.

24 A    So that includes systematic reviews?

25 Q    Sure.

101

1   A     Okay.  So --

2   Q     Sorry.  So now we are mixing questions.  Let me just

3   restate that.

4   A     Sure.

5   Q     Do you consider the studies you heard discussed with Dr.

6   Shumer to be part of what you just described as that whole mix

7   you considered all together to figure out the best answer.

8   A     Can we review what those five studies were?

9   Q     Sure.  It's actually -- they are in your binder there

10  Defendants' 1 through 5.

11  A     I have not looked at the binder at all yet.

12  Q     Should be one labeled --

13  A     1 through 5.  Okay.  The NICE Review and the Cass Report,

14  the Finnish Health Authority, the Kaltiala Study and the

15  Ludvigsson Systematic Review.

16        I would not consider the first three to be producing any

17  new findings.  So those are the kind of like the

18  government-produced findings.  I don't -- I -- I wouldn't

19  count those -- the Kaltiala Study -- the Kaltiala Study isn't

20  an original piece of clinical research and the Ludvigsson

21  Study is a systematic review, so in and of itself, it is kind

22  of an original piece of clinical research.

23  Q     So your answer to that is when you said there's no single

24  piece of evidence that you can look at the universe and weigh

25  them -- so was your answer, yes, you would consider some of

1   these or all of these as part of that, just to be clear?

2   A    I would consider the fourth and the fifth as original

3   clinical research that should be considered in considering all

4   of the evidence on gender-affirming care, but the three

5   government-produced reports, you know, as -- I am not really

6   in the habit of using government reports from other countries

7   to consider the evidence on care.

8   Q    Okay.  Just, one other quick question on this.  I think

9   you suggested that you down weighted the Sweden Systematic

10  Review a little bit because some of the searches that were

11  conducted were too old maybe, I think you said.  It was not as

12  current as some other things.

13  A    Yeah.  There was about a two-year gap between publication

14  and then the timing in which they stopped looking at the

15  literature.

16  Q    Okay.  And just to confirm, what was -- do you remember

17  what those dates were?  Do you remember what the gap was?

18  A    Well, let's look right here.  I think it was

19  November 2021.  Do you want me to make sure?

20  Q    Sure.  You have got it in front of you.

21  A    Yes.  Like they started in 2014 and searched databases

22  until November 9th of 2021.

23  Q    And would you concede then that the Endocrine Society

24  2017 Guidelines have the same critique?  So I think those were

25  published in 2017?

103

1  A    Yeah.  The Endocrine Society is definitely due to review
2  their guidelines.
3  Q    Okay.  Moving on to some other topics.
4       So according to WPATH, transgender individuals may
5  consider a range of identities and elements of gender
6  presentations when they're exploring their gender identity.
7       Do you agree with that?
8  A    Yes.
9  Q    Okay.  And do you agree that people may spend some time
10 in a gender identity or presentation before they discover it
11 does not feel comfortable and later adapt it or shift it to an
12 earlier identity or presentation?
13      Do you agree with that?
14 A    I'm sorry.  Just read it one more time.
15 Q    Sorry.
16 A    It was long.
17 Q    I don't want to make you keep flipping through things.
18          THE COURT:  I'm asking you to slow down just a
19 little bit.  I can see our court reporter struggling here.
20          MR. HARRIS:  Sorry.
21 BY MR. HARRIS:
22 Q    People may spend some time in a gender identity or
23 presentation before they discover it does not feel comfortable
24 and later adapt it or shift to an earlier identity or
25 presentation.

104

1        Do you agree with that?

2    A    Yes.  That can sometimes happen.

3    Q    A little bit more on your background.

4        You said in your report that you provide full spectrum

5    care for youth experiencing gender dysphoria.

6        Is that correct?

7    A    I provide full spectrum care for adolescents and that

8    includes youths who experience gender dysphoria.

9    Q    Do you prescribe hormone therapy, puberty blockers, or

10   hormones?

11   A    I don't prescribe puberty blockers.  I will review

12   patients prescriptions for hormones, if they have received

13   care in a gender clinic.

14       I take care of patients up to about age 25.  My position

15   at Yale is a little unique.  I'm kind of their generalized

16   medicine person and we have a gender clinic.  So if I meet

17   somebody who is experiencing gender dysphoria for the first

18   time, I'll refer them there for comprehensive services.

19   Q    Okay.  So would it be your position that only a

20   endocrinologist would initially prescribe puberty blockers or

21   hormones?

22   A    No.  Adolescent medicine physicians do that, too.

23   Q    Is there a reason you don't sort of do it in the first

24   instance?

25   A    Well, yeah.  I only have 20 minutes per appointment and I

1  see a lot of other things.  I see a lot of complex trauma,

2  sexual reproduction health needs, sports medicine issues,

3  other menstrual concerns, dermatology.  I could go on and on

4  but it's just where my institution needs me is to provide

5  general adolescent care.

6  Q    What percentage of your practice would you say is devoted

7  to specifically treating gender dysphoria?

8  A    You know, I provide -- let me back that up.  I couldn't

9  give you a specific percentage.  I would say that right now, I

10 probably have about 10 to 15 youths who are experiencing

11 gender dysphoria in my care.  I'm not prescribing their

12 hormones or specifically managing their gender dysphoria.

13 That's happening in a multidisciplinary clinic.  But they also

14 have other health needs.  You know, they might also have Type

15 1 diabetes or ADHD or really bad acne or need menstrual

16 suppression.  So that's what I do for them now.

17 Q    Okay.  But -- and you are here testifying as an expert

18 and you are competent to testify about the treatment of

19 adolescents with gender dysphoria.  It's a large portion of

20 your report; is that right?

21 A    Yes, absolutely.

22 Q    Okay.  So under what you describe as the standard of care

23 for gender dysphoria, what's the minimum age at which a child

24 should receive cross-sex hormones?

25 A    There is no hard and fast age.

1  Q    Okay.  What's the youngest age you have seen a child

2  given cross-sex hormones?

3  A    Fifteen, I think.

4  Q    All right.  Do you think that standard of practitioners

5  in the area, that would be about the minimum age you would

6  expect to see that?

7  A    Not necessarily.  I don't -- I'm not sure I have intimate

8  acknowledge of the specific lower age that my colleagues have

9  prescribed sex hormones at.

10  Q    In Paragraph 44 of your report, you use the phrase

11  psychological maturity.  You say cross-sex hormones should

12  only be given once the provider is ensured the child has the

13  psychological maturity to proceed.

14       What do you mean by that?

15  A    Well, that is a determination that's made by a mental

16  health specialist who is competent in areas of gender.  And

17  it's made after a series of discussions between parents, the

18  patient, and their providers.  And at that point, we, you

19  know, the clinicians endeavor to make sure the patient is

20  concrete in their identity, and that they understand the risks

21  and the benefits and the effects of care.

22  Q    And you agree with Dr. Shumer, I assume, that giving

23  opposite sex hormones based on someone's natal sex will induce

24  physical characteristics that are different from what

25  otherwise would have developed?

107

1  A    Yes.

2  Q    Please -- I promise I won't do this that much -- if you

3  will turn to Plaintiffs' Exhibit's 9, which is the WPATH

4  Standards, Appendix C which is on Page 254.

5  A    9?

6  Q    Yeah.  There are two binders.  It might be in the other

7  one.

8  A    And then you said what?

9  Q    Appendix C, Page 254.

10  A    Is it 254.

11  Q    Yes, it is.

12  A    Okay.

13  Q    Great.  And I just want to confirm, do you agree Table 1

14  lists --

15  A    Oh, I'm sorry.  I'm sorry.  I am so sorry.  Okay.  Yes,

16  okay.

17  Q    Okay.  Do you agree that Table 1 in this document lists

18  the expected physical changes we'd expect to see from

19  gender-affirming hormones?

20  A    Yes, I do.

21  Q    And you agree that that would be the expected, you know,

22  that would be what one would expect from a testosterone-based

23  regimen on top and estrogen-based regimen on the bottom?

24  A    Yeah.  Any variety of these, yes.

25  Q    Okay.  Now take a look at Table 2.  And Table 2 says

47

1  Risks Associated With Gender-Affirming Hormone Therapy; right?
2  A    Yes.
3  Q    And what -- tell me what is the bold things -- what do
4  the bold risks indicate?
5  A    Under estrogen-based regimen of venous thromboembolism
6  infertility and under the testosterone polycythemia
7  infertility.
8  Q    And what does it mean -- it says here bolded items are
9  clinically significant.  Tell me what that means.
10 A    I would need to see if -- I don't know if they have like
11 a footnote where they describe what clinically significant
12 means.  I would assume they are likely or deserved particular
13 consideration.
14 Q    Okay.  Tell me what a venous thromboembolism is.
15 A    It's a blood clot.
16 Q    Is that dangerous?
17 A    Yes.
18 Q    Tell me what polycythemia is.
19 A    It's the overproduction of red blood cells or it's a
20 higher level of blood cells than the normal range.
21 Q    Okay.  So I just want to confirm -- so seeing the
22 physical changes in the risks, so it's your opinion that a 15
23 year old could have the psychological maturity to consent to
24 treatments with this risk profile?
25 A    Yes.  You know, it's maturity.  I do believe so, yes.

109

1  Q    Okay.  And it's also your opinion that someone of that
2  age would have the psychological maturity to consent to
3  interventions that could jeopardize their fertility?
4  A    I do want to just introduce a little caveat.  Adolescents
5  or minors do not consent to treatment.  They assent.  They
6  have medical decision makers that provide consent.  So
7  psychological maturity to understand, to assent, but they're
8  joined by a medical decision maker who's often a parent or a
9  guardian who has the kind of like highest expected ability to
10 understand the risks and that benefits.
11 Q    Okay.  So because -- do you agree that, for example, on
12 fertility, a 15 year old may not have fully thought through
13 potential future things, like ability to have children?
14 That's often not on a 15 year old's mind; right?
15 A    Sometimes it is.  I wouldn't say unilaterally.  I have
16 talked to many transgender adolescents who have been very
17 thoughtful about their family-planning goals and taken steps
18 to preserve their fertility or, you know, considered other
19 ways that they might wish to become parents.  So I wouldn't
20 make a black and white determination like that.
21 Q    Okay.  WPATH -- we don't have to turn, but we can if you
22 need the full quote.  WPATH -- the same document we were
23 reading says that there are only quote preliminary results
24 from retrospective studies evaluating transgender adults in
25 the decisions they made when they were young regarding the

49

110

1  consequences of medical-affirming treatment on reproductive
2  capacity.

3       Does that sound accurate that they say preliminary
4  results?

5  A    Preliminary -- yes.  There are new studies coming out all
6  the time.  But retrospective studies, as you mentioned, would
7  be the only way you go back and ask people.

8  Q    Georgia, like many other states, generally with very tiny
9  exceptions, says that 18 is the minimum age for marriage.

10      Do you think children under the age of 18 can assent to
11 marriage with parental approval?

12 A    I remember being a medical student at CHOA Egleston
13 Hospital and thinking through some of these things and being
14 very kind of dialed into Georgia's laws and nuances of, you
15 know, cultural backgrounds of the diverse patients that got
16 health care there.

17      Specifically regarding marriage, I don't think that's for
18 a doctor to make a determination on.

19 Q    So you don't have an opinion about whether a 15 year old
20 could assent with parental approval to marriage?

21 A    As a physician, I do not.

22 Q    Okay.  Okay.  So you mentioned a few minutes ago about
23 parents, which I'd like to go back to.  You say many times in
24 your report, you know, they are in there.  We'll need to look
25 at one.

111

1        In Paragraph 34 of your report you say informed consent
2  by parents is a foundational practice of adolescent  medicine.
3        So you are of the view that hormones would be given
4  without parental consent?
5  A    That's correct.
6  Q    Does that reflect the standard of care as you understand
7  it that there would be parental involvement and consent on a
8  decision like that?
9  A    For cross-sex hormones, yes.
10 Q    Then I'm confused about some of the WPATH statements.
11       Again, we can turn, if you would like, but WPATH says
12 there should be parent/guardian involvement, unless their
13 involvement is determined to be harmful or unnecessary.
14       Can you help me understand what that means.
15 A    Where you are looking?
16 Q    Sure.  It's S114 right in the heading that carries over
17 to 115.  The bold heading that carries over from 114 to 115.
18 Take a look at that.
19 A    We recommend health care professionals prescribe sex
20 hormone treatment regimens as part of gender-affirming
21 treatment in eligible transgender and gender diverse
22 adolescents who are at least Tanner stage 2, with
23 parent/guardian involvement unless their involvement is
24 determined to be harmful or unnecessary to the adolescent.
25       Well, I think that's a stipulation for protecting

112

1 adolescents who are emancipated or adolescents who are being
2 physically harmed by their parents sometimes not infrequently
3 with all adolescents but at least in my experience, you know,
4 some child protective services body may be involved for
5 various reasons.  So I think they have to put that caveat in
6 there.
7 Q    Okay.  So I want to be clear about your view.  Your view
8 in a scenario where say it's 15 year old who wants hormones
9 and the parents say -- you know, completely on the same page
10 with each other.  We think the risks of this are just too
11 great and, you know, you have got to wait until you are 18,
12 that's a decision that you would respect and support?
13 A    Absolutely.  That patient would not receive care.  I mean
14 they wouldn't receive medical aspects of gender-affirming
15 care.  They would receive ongoing psychological support.  It
16 would be incredibly important to maintain the therapeutic
17 relationship with that family.  To maintain connections to the
18 patient to ensure that they're safe and as well as possible.
19 That is not an infrequent experience of mine.
20 Q    Okay.  And I guess I'll ask you one more question about
21 the psychological maturity.
22     Do you think children at the age of 18 have the maturity
23 to assent to surgical procedures for gender transitions?
24 A    In some cases, yes.  In some cases their dysphoria is so
25 profound and not adequately relieved with other medical

113

1  treatment.  I have known adolescents who have received

2  gender-affirming surgery before the age of 18 and tremendously

3  benefited from them.

4  Q    So do you think there are any gender-affirming medical

5  interventions, surgical, medical or otherwise, that shouldn't

6  be done on children under 18?

7  A    Do I think there are any interventions that shouldn't be

8  done on adolescents?

9  Q    Adolescents, right.

10  A    That is a question I -- no.  I don't think that there is

11  any hard and fast rules to that.  I really -- I really do

12  place stock in WPATH and not having hard and fast age limits

13  because every individual is different.  Every individual's

14  experience with gender dysphoria is different and every

15  individual needs different things.

16  Q    Okay.  And just going back to some of the studies for a

17  bit.  I know you addressed some of the European studies.  Do

18  you -- when you said you are familiar with those, do you have

19  any reason to believe any of those studies were motivated by

20  anti-trans animus or bias?

21  A    I don't know and I'm not the right person to ask because

22  I haven't done thorough inventory of the conflicts of interest

23  or the potential thereof.  It is a little concerning or it

24  raises a red flag for bias that the NICE reviews from the UK

25  don't have authors.  We don't know who wrote them, so we can't

114

1  ascertain what their credentials might be.

2  Q    And you -- I know you testified before about the

3  difference between clinical guidelines and studies or

4  research.  If there were clinical guidelines that recommended

5  treatments with minimal benefits and serious risks, would you

6  think doctors should follow that guideline, just as a general

7  matter?

8  A    I can't answer that question.  It's so hypothetical and

9  so broad, I need --

10  Q    I mean --

11  A    It's impossible.

12  Q    Do you think clinical guidelines should be followed in

13  all circumstances?

14  A    I can't think of a specific area in which a clinical

15  guideline is not trustworthy or it's unreliable.  The

16  processes by which these guidelines are developed are so

17  robust that I'm just kind of running through my head what the

18  guidelines I'm familiar with.

19  Q    Well, let's --

20        THE COURT:  Please don't interrupt.  Please don't

21  interrupt the witness.

22  BY MR. HARRIS:

23  Q    Please finish.

24  A    That I can't think of one that I know of.  When we begin

25  to think about hypotheticals, I simply can't do it without

1  concrete terms in reality.  I'm not trying to not answer your

2  question.  It's just not how I think about medicine.

3  Q     Okay.  Or let's say if there were a guideline from ten

4  years ago that was still out there and other research had come

5  in since then that questioned the effectiveness or safety of

6  that intervention, that might be a reason not to follow it;

7  right?

8  A     It might be a reason for that organization to issue a new

9  set of guidelines and I don't think it's quite as black and

10  white, so I don't follow those guidelines.  It's a lot more

11  nuance than that.  You know, we use these guidelines and we

12  also use new and best available evidence simultaneously.

13        The scenario you are describing is fairly unusual, at

14  least to my knowledge.  Of guidelines I use, I think, you

15  know, they're updated with enough frequency, such that that

16  has not happened and you may be eluding to the Endocrine

17  Society Guidelines last updated about seven years ago.

18  Q     I was just asking a hypothetical.

19  A     Okay.

20  Q     I have one last question.  It's a longer passage so I'll

21  just have you to turn to Page S46 of the WPATH Guidelines

22  which is Plaintiffs' 9.

23  A     Okay.

24  Q     Would you just read the two sentences beginning with the

25  word despite starting in the middle of the top paragraph.

116

1  A    I'm so sorry.  What page is it?

2  Q    I'm sorry S46.  I might have said that wrong.

3  A    You know you didn't -- I honestly might need glasses,

4  S46.

5  Q    And then the top left paragraph right in the middle there

6  is the word despite and the two sentences starting right

7  there.  Actually would you mind reading them for the court

8  reporter.

9  A    I would, if I could find it.  S46, top left.

10 Q    About halfway through that paragraph.

11 A    Oh, it's in the middle of the paragraph.  The paragraph

12 starts at the time of this chapter's writing.

13 Q    The paragraph above that.  The half one.

14 A    Oh, there we go.  Okay.  Thank you.  Thank you.

15     Despite the slowly growing body of evidence supporting

16 the effectiveness of early medical intervention, the number of

17 studies is still low, and there are few outcome studies that

18 follow youth into adulthood.  Therefore, a systematic review

19 regarding outcomes of treatment in adolescents is not

20 possible.  A short narrative review is provided instead.

21 Q    Okay.  And the question I have is do you agree with WPATH

22 that the number of studies is still low and there are few

23 outcomes study that follow youth into adulthood?

24 A    Yes.  I agree with that.

25         MR. HARRIS:  Thank you, doctor.

117

```
 1          THE COURT:  I have one question for our witness.
 2  And this was a lingering question from the direct examine and
 3  I'll let you ask any follow up, if you would like after this.
 4  BY THE COURT:
 5  Q    So one of your critique as I understand it of the expert
 6  declarations that were submitted by the State is that -- and
 7  correct me if I have gotten this wrong or this
 8  mischaracterizes any of your testimony -- but I think you said
 9  the State's experts were endorsing inconsistent thresholds as
10  far as acceptable medical evidence in this sphere.  And as I
11  understand it, your testimony was that they were endorsing a
12  high threshold as far as the effectiveness of hormone therapy
13  for the treatment of gender dysphoria and a lower threshold as
14  to certain other factors that they discussed.  I did not grasp
15  what those other factors were, so I was wondering if you might
16  expand on that.
17  A    Yes.  So the example I gave was one of the State's
18  experts made a statement in his declaration that in a study
19  where two suicides among transgender youth were observed, that
20  that indicates that gender-affirming care causes suicide.
21  That statement is grounded in -- it relies on the causal
22  evidence that doesn't exist.
23       If you think about the evidence pyramid as it was
24  presented by the Defendants' experts, they want to live in the
25  systematic review top of the pyramid to assess all the
```

1  evidence of benefits, but when they try to describe other

2  phenomenon that exist in clinical research in this actual

3  care, they make a lot of speculation statements that are

4  grounded in no evidence.

5      There's been no evidence that demonstrates that

6  gender-affirming care causes suicide.  And to read a statement

7  like that is fundamentally unscientific and wrong.  There are

8  other statements that are made in those declarations which I

9  can recall for you, if you would like, but it's kind of one

10  strong example of a significant inconsistency.

11          THE COURT:  I appreciate the clarification.

12  BY MR. HARRIS:

13  Q   So that same study that you mentioned I just want to

14  confirm is it your position that Chen does not establish

15  causation on a causal link between transitioning medications

16  and well being?

17  A   They establish a causal link between transitioning

18  medications and appearance congruence and well being.  A

19  causal link is not a hundred percent causation but they're

20  building the pathway for how you get from medical intervention

21  to improved mental health.  They showed with really sound

22  statistical methods that this mediator of exposure to outcome

23  is appearance congruence.

24  Q   Okay.  Do you acknowledge -- I'm going to read it.  We

25  don't have to turn there.  You can tell me if I misword it.

119

1   Chen says, finally, our study lacked a comparison group which

2   limits our ability to establish causation?

3   A    It's limited but it is there.

4           MR. HARRIS:  Thank you.

5           THE COURT:  Redirect?

6           MS. WEAVER:  Just a few questions, Your Honor.

7                    REDIRECT EXAMINATION

8   BY MS. WEAVER:

9   Q    Dr. McNamara, you were asked on cross about the table in

10  the WPATH Guidelines stating the risks of receiving hormone

11  therapy treatment like blood clots.  They are possible risks;

12  is that correct?

13  A    Blood clots are possible risk.  The GnRH agonist example

14  would be -- so I mean as Dr. Shumer mentioned when an

15  individual receives estrogen, they do so in a way that's meant

16  to mimic the physiologic state of a cisgender woman and every

17  woman is at a high risk of blood clots, a higher risks than

18  males and a higher risk than an aggregated risk of all people.

19  So we are very careful about counseling and then that's a

20  really important thing to highlight because there are certain

21  medical conditions that can be co-occurring that would raise

22  one's risk or, you know, certain behavior habits like smoking

23  cigarettes.

24  Q    And do all medical treatments have possible risks?

25  A    Absolutely, yes.  I spend a lot of time counseling around

120

1    the general risks of all treatments.

2    Q    You were asked about a minor's ability to assent.

3         Can an adolescent assent to risks to receiving care, if

4    those risks outweighs negative mental health experiences, such

5    as suicidal ideation, depression, anxiety?

6    A    Yes, absolutely.

7    Q    And minors cannot receive medical care without consent of

8    a parent or a guardian?

9    A    A parent guardian or other medical decision maker,

10   correct.

11        MS. WEAVER:  I have no further questions, unless you

12   have additional questions.

13        THE COURT:  I do not.

14        Are you all finished with this doctor?

15        All right.  Thank you.  You are excused.

16        Counsel, it is 12:30.  I think I'd like to break for

17   lunch at this point.  Why don't we -- I'm trying to think we

18   have two more witnesses to hear from today; is that right?

19        MR. BRADSHAW:    Yes, Your Honor.

20        THE COURT:  Let's take an hour for lunch and we'll

21   be back at -- slightly less than an hour.  We will be back at

22   1:30.

23        (Luncheon recess was taken.)

24        THE COURT:  I understand we will hear from

25   Defendants' witness.

249

REPORTERS CERTIFICATE

I do hereby certify that the foregoing pages are a true and
correct transcript of the proceedings taken down by me in the
case aforesaid.

      This, the 28th day of August 2023.


          /s/Melissa C. Brock RPR, RMR
          OFFICIAL COURT REPORTER

# Gender Dysphoria

**In this chapter,** there is one overarching diagnosis of gender dysphoria, with separate developmentally appropriate criteria sets for children and for adolescents and adults. The area of sex and gender is highly controversial and has led to a proliferation of terms whose meanings vary over time and within and between disciplines. An additional source of confusion is that in English "sex" connotes both male/female and sexuality. This chapter employs constructs and terms as they are widely used by clinicians from various disciplines with specialization in treating gender dysphoria. In this chapter, *sex* and *sexual* refer to the biological indicators of male and female (understood in the context of reproductive capacity), such as in sex chromosomes, gonads, sex hormones, and nonambiguous internal and external genitalia. Disorders of sex development or differences of sex development (DSDs) included the historical terms *hermaphroditism* and *pseudohermaphroditism*. DSDs include somatic intersex conditions such as congenital development of ambiguous genitalia (e.g., clitoromegaly, micropenis), congenital disjunction of internal and external sex anatomy (e.g., complete androgen insensitivity syndrome), incomplete development of sex anatomy (e.g., gonadal agenesis), sex chromosome anomalies (e.g., Turner syndrome; Klinefelter syndrome), or disorders of gonadal development (e.g., ovotestes).

*Gender* is used to denote the public, sociocultural (and usually legally recognized) lived role as boy or girl, man or woman, or other gender. Biological factors are seen as contributing, in interaction with social and psychological factors, to gender development. *Gender assignment* refers to the assignment as male or female. This occurs usually at birth based on phenotypic sex and, thereby, yields the *birth-assigned gender*, historically referred to as "biological sex" or, more recently, "natal gender." *Birth-assigned sex* is often used interchangeably with birth-assigned gender. The terms *assigned sex* and *assigned gender* encompass birth-assigned sex/gender but also include gender/sex assignments and reassignments made after birth but during infancy or early childhood, usually in the case of intersex conditions. *Gender-atypical* refers to somatic features or behaviors that are not typical (in a statistical sense) of individuals with the same assigned gender in a given society and historical era; *gender-nonconforming*, *gender variant*, and *gender diverse* are alternative nondiagnostic terms. *Gender reassignment* denotes an official (and sometimes legal) change of gender. *Gender-affirming treatments* are medical procedures (hormones or surgeries or both) that aim to align an individual's physical characteristics with their *experienced gender*. *Gender identity* is a category of social identity and refers to an individual's identification as male, female, some category in between (i.e., *gender fluid*), or a category other than male or female (i.e., *gender neutral*). There has been a proliferation of gender identities in recent years. *Gender dysphoria* as a general descriptive term refers to the distress that may accompany the incongruence between one's experienced or expressed gender and one's assigned gender. However, it is more specifically defined when used as a diagnostic category. It does not refer to distress related to stigma, a distinct although possibly co-occurring source of distress. *Transgender* refers to the broad spectrum of individuals whose gender identity is different from their birth-assigned gender. *Cisgender* describes individuals whose gender expression is congruent with their birth-assigned gender (also non-transgender). *Transsexual*, a historic term, denotes an individual who seeks, is undergoing



DEFENDANT'S
Exhibit No.
FOR IDENTIFICATION
DATE:    RPTR:
PENGAD 800-631-6989

or has undergone a social transition from male to female or female to male, which in many but not all, cases also involves a somatic transition by gender-affirming hormone treatment and genital, breast, or other gender-affirming surgery (historically referred to as *sex reassignment surgery*).

Although not all individuals will experience distress from incongruence, many are distressed if the desired physical interventions using hormones and/or surgery are not available. The current term is more descriptive than the previous DSM-IV term *gender identity disorder* and focuses on dysphoria as the clinical problem, not identity per se.

# Gender Dysphoria

## Diagnostic Criteria

### Gender Dysphoria in Children                                            F64.2

A.  A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by at least six of the following (one of which must be Criterion A1):

1.  A strong desire to be of the other gender or an insistence that one is the other gender (or some alternative gender different from one's assigned gender).
2.  In boys (assigned gender), a strong preference for cross-dressing or simulating female attire; or in girls (assigned gender), a strong preference for wearing only typical masculine clothing and a strong resistance to the wearing of typical feminine clothing.
3.  A strong preference for cross-gender roles in make-believe play or fantasy play.
4.  A strong preference for the toys, games, or activities stereotypically used or engaged in by the other gender.
5.  A strong preference for playmates of the other gender.
6.  In boys (assigned gender), a strong rejection of typically masculine toys, games, and activities and a strong avoidance of rough-and-tumble play; or in girls (assigned gender), a strong rejection of typically feminine toys, games, and activities.
7.  A strong dislike of one's sexual anatomy.
8.  A strong desire for the primary and/or secondary sex characteristics that match one's experienced gender.

B.  The condition is associated with clinically significant distress or impairment in social, school, or other important areas of functioning.

*Specify* if:

**With a disorder/difference of sex development** (e.g., a congenital adrenogenital disorder such as E25.0 congenital adrenal hyperplasia or E34.50 androgen insensitivity syndrome).

**Coding note:** Code the disorder/difference of sex development as well as gender dysphoria.

### Gender Dysphoria in Adolescents and Adults                              F64.0

A.  A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by at least two of the following:

1.  A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics).

2. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics).

3. A strong desire for the primary and/or secondary sex characteristics of the other gender.

4. A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).

5. A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).

6. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

B. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

*Specify* if:

**With a disorder/difference of sex development** (e.g., a congenital adrenogenital disorder such as E25.0 congenital adrenal hyperplasia or E34.50 androgen insensitivity syndrome).

**Coding note:** Code the disorder/difference of sex development as well as gender dysphoria.

*Specify* if:

**Posttransition:** The individual has transitioned to full-time living in the experienced gender (with or without legalization of gender change) and has undergone (or is preparing to have) at least one gender-affirming medical procedure or treatment regimen—namely, regular gender-affirming hormone treatment or gender reassignment surgery confirming the experienced gender (e.g., breast augmentation surgery and/or vulvovaginoplasty in an individual assigned male at birth; transmasculine chest surgery and/or phalloplasty or metoidioplasty in an individual assigned female at birth).

## Specifiers

The specifier "with a disorder/difference of sex development" should be used in the context of individuals who have a specific and codable disorder/difference of sex development documented in their medical record.

The "posttransition" specifier may be used in the context of continuing treatment procedures that serve to support the new gender assignment.

## Diagnostic Features

Individuals with gender dysphoria have a marked incongruence between the gender to which they have been assigned (usually based on phenotypic sex at birth, referred to as *birth-assigned gender*) and their experienced/expressed gender. This discrepancy is the core component of the diagnosis. There must also be evidence of distress about this incongruence. Experienced gender may include alternative gender identities beyond binary stereotypes. Consequently, distress may involve not only the experience that the individual is a male or female gender other than the one assigned at birth but also an experience that the individual is an intermediate or alternative gender that differs from the individual's birth-assigned gender.

Gender dysphoria manifests itself differently in different age groups. The following examples may be less prominent in children raised in surroundings with fewer gender stereotypes.

Prepubertal individuals assigned female at birth with gender dysphoria may express a marked, persistent feeling or conviction that they are a boy, express aversion to the idea of

being a girl, or assert they will grow up to be a man. They often prefer boys' clothing and hairstyles, may be perceived by strangers as boys, and may ask to be called by a boy's name. Sometimes they display intense negative reactions to parental attempts to have them wear dresses or other feminine attire. Some may refuse to attend school or social events where such clothes are required. These children may demonstrate marked gender nonconformity in role-playing, dreams, gender-typed play and toy preferences, styles, mannerisms, fantasies, and peer preferences. Contact sports, rough-and-tumble play, traditional boyhood games, and boys as playmates are most often preferred. They show little interest in stereotypically feminine toys (e.g., dolls) or activities (e.g., feminine dress-up or role-play). Occasionally, they refuse to urinate in a sitting position. Some may express a desire to have a penis or claim to have a penis or that they will grow one when older. They may also state that they do not want to develop breasts or menstruate.

Prepubertal individuals assigned male at birth with gender dysphoria may express a marked, persistent feeling or conviction that they are a girl or assert that they will grow up to be a woman. They may express aversion to the idea of being a boy. They often prefer dressing in girls' or women's clothes or may improvise clothing from available materials (e.g., using towels, aprons, and scarves for long hair or skirts). These children may demonstrate marked gender nonconformity in gender-typed play and toy preferences, styles, mannerisms, and peer preferences. They may role-play female figures (e.g., playing "mother") and may be intensely interested in female fantasy figures. Traditional feminine activities, stereotypical games, and pastimes (e.g., "playing house"; drawing feminine pictures; watching television or videos of favorite female characters) may be preferred. Stereotypical female-type dolls (e.g., Barbie) may be favorite toys, and girls are their preferred playmates. They avoid rough-and-tumble play and have little interest in stereotypically masculine toys (e.g., cars, trucks). They may state that they find their penis or testes disgusting, that they wish them removed, or that they have, or wish to have, a vagina.

Increasingly, parents are presenting to specialized clinics after their child with gender dysphoria has already socially transitioned.

As the onset of puberty for individuals assigned female at birth is somewhere between ages 9 and 13, and between 11 and 14 for individuals assigned male at birth, their symptoms and concerns may arise in a developmental phase somewhere between childhood and adolescence. As secondary sex characteristics of younger adolescents are not yet fully developed, these individuals may not state dislike of them, but they may be markedly distressed by imminent physical changes.

In adolescents and adults with gender dysphoria, the discrepancy between experienced gender and physical sex characteristics is often, but not always, accompanied by a desire to be rid of primary and/or secondary sex characteristics and/or a strong desire to acquire some primary and/or secondary sex characteristics of another gender. To varying degrees, older adolescents and adults with gender dysphoria may adopt the behavior, clothing, and mannerisms of their experienced gender. They feel uncomfortable being regarded by others, or functioning in society, as members of their assigned gender. Some adults and adolescents may have a strong desire to be of a different gender and treated as such, and they may have an inner certainty to feel and respond as their experienced gender without seeking medical treatment to alter body characteristics. They may find other ways to resolve the incongruence between experienced/expressed and assigned gender by partially living in the desired role or by adopting a gender role neither conventionally male nor conventionally female.

## Associated Features

When visible signs of puberty develop, individuals assigned male at birth may shave their facial, body, and leg hair at the first signs of growth. They sometimes bind their genitals to

walk with a stoop, or use loose sweaters to make breasts less visible. Increasingly, adolescents request, or may obtain without medical prescription and supervision, drugs that suppress production of gonadal steroids (e.g., gonadotropin-releasing hormone [GnRH] agonists) or that block gonadal hormone actions (e.g., spironolactone). Clinically referred adolescents often want hormone treatment and many also wish for gender-affirming surgery. Adolescents living in an accepting environment may openly express the desire to be and be treated as their experienced gender and dress partly or completely as their experienced gender, have a hairstyle typical of their experienced gender, preferentially seek friendships with peers of another gender, and/or adopt a new first name consistent with their experienced gender. Older adolescents, when sexually active, often do not show or allow partners to touch their sexual organs. For adults with an aversion toward their genitals, sexual activity is constrained by the preference that their genitals not be seen or touched by their partners. Not infrequently, adults may seek hormone treatment (sometimes without medical prescription and supervision) and gender-affirming surgery. Others are satisfied with either hormone treatment or surgery alone, or without any gender-affirming medical treatment.

In children, adolescents, and adults with gender dysphoria, an overrepresentation of autism spectrum traits has been observed. Also, individuals with autism spectrum disorder are more likely to exhibit gender diversity.

Adolescents and adults with gender dysphoria before gender-affirming treatment and legal gender change are at increased risk for mental health problems including suicidal ideation, suicide attempts, and suicides. After gender reassignment, adjustment may vary, and suicide risk and mental health problems may persist.

In prepubertal children, increasing age is associated with having more behavioral or emotional problems; this is related to the increasing nonacceptance of gender-nonconforming behavior by others. Children and adolescents who feel supported and accepted in their gender nonconformity may show less or even no psychological problems.

## Prevalence

There are no large-scale population studies of gender dysphoria. Based on gender-affirming treatment–seeking populations, the prevalence for gender dysphoria diagnosis across populations has been assessed to be less than 1/1,000 (i.e., <0.1%) for both individuals assigned male at birth and individuals assigned female at birth. Because many adults with gender dysphoria do not seek care at specialty treatment programs, prevalence rates are likely underestimates. Prevalence estimates based on surveys of self-reporting general population samples in the United States and Europe suggest higher numbers, although varied methods of assessment make comparisons difficult across studies. Self-identification as transgender ranges from 0.5% to 0.6%; experiencing oneself as having an incongruent gender identity ranges from 0.6% to 1.1%; feeling that one is a person of a different sex ranges from 2.1% to 2.6%; and the desire to undergo medical treatment ranges from 0.2% to 0.6%.

## Development and Course

Because expression of gender dysphoria varies with age, there are separate criteria sets for children versus those for adolescents and adults. Criteria for children are defined in a more concrete, behavioral manner than those for adolescents and adults. Young children are less likely than older children, adolescents, and adults to express extreme and persistent anatomic dysphoria. In adolescents and adults, incongruence between experienced gender and assigned gender is a central feature of the diagnosis. Factors related to distress and impairment also vary with age. A very young child may show signs of distress (e.g., intense crying) only when parents tell the child that he or she is "really" not a member of another gender but only "desires" to be. Distress may not be manifest in social environments supportive of the child's gender nonconformity and may emerge only if there is parental/

social interference with the child's gender variance. In adolescents and adults, distress may manifest because of strong incongruence between experienced gender and birth-assigned gender. Such distress may, however, be mitigated by supportive environments and knowledge that biomedical treatments exist to reduce incongruence. Impairment (e.g., school refusal, development of depression, anxiety, peer and behavioral problems, and substance abuse) may be a correlate of gender dysphoria.

**Gender dysphoria without a disorder of sex development.**   For clinic-referred children studied in Canada and the Netherlands, onset of gender-nonconforming behaviors is usually between ages 2 and 4 years. This corresponds to the developmental time period in which most children begin expressing gendered behaviors and interests. For some preschool-age children, both marked, persistent gender-atypical behaviors and the expressed desire to be another gender may be present, or labeling themselves as a member of another gender may occur. In other cases, the gender expression appears later, usually at entry into elementary school. Children may sometimes express discomfort with their sexual anatomy or will state the desire to have a sexual anatomy corresponding to their experienced gender ("anatomic dysphoria"). Expressions of anatomic dysphoria become more common as children with gender dysphoria approach and anticipate puberty.

No general population studies exist of adolescent or adult outcomes of childhood gender variance. Some prepubescent children expressing a desire to be another gender will not seek gender-affirming somatic treatments when they reach puberty. They frequently report nonheterosexual orientations and frequently marked gender-nonconforming behavior, although not necessarily a transgender identity in adolescence/young adulthood. Some children with gender dysphoria in childhood that remits in adolescence may experience a recurrence in adulthood.

In individuals assigned male at birth, studies from North America and the Netherlands found persistence ranged from 2% to 39%. In individuals assigned female at birth, persistence ranged from 12% to 50%. Persistence of gender dysphoria is modestly correlated with dimensional measures of severity ascertained at the time of a childhood baseline assessment. Early social transition may also be a factor in persistence of gender dysphoria in adolescence.

Studies have shown a high incidence of sexual attraction to those of the individual's birth-assigned gender, regardless of the trajectory of the prepubescent child's gender dysphoria. For individuals whose gender dysphoria continues into adolescence and beyond, most self-identify as heterosexual. In those who no longer have gender dysphoria by the time of adolescence, a majority self-identify as gay, lesbian, or bisexual.

Two broad trajectories have been described for development of gender dysphoria in individuals who identify as either male or female.

As opposed to gender-nonconforming children, individuals with *prepubertal-onset gender dysphoria* have symptoms that meet diagnostic criteria for gender dysphoria in childhood. The dysphoria can continue into adolescence and adulthood; alternatively, some individuals go through a period in which the gender dysphoria either desists or is denied. At such times, these individuals may self-identify as being gay or lesbian. Some may identify as heterosexual and cisgender. However, it is possible that some of these individuals may experience a recurrence of gender dysphoria later in life.

Regardless of whether the individual's gender dysphoria persists or desists at a later date, either the onset of puberty or the realization that puberty will begin with development of secondary sex characteristics can prompt distressing feelings of gender incongruence that can exacerbate the individual's gender dysphoria.

The early/prepubertal-onset group often present for clinical, gender-affirming care during childhood, during adolescence, or in young adulthood. This may reflect a more intense gender dysphoria compared with individuals with late/postpubertal-onset gender dysphoria, whose distress may be more variable and less intense.

*Late-onset or pubertal/postpubertal-onset gender dysphoria* occurs around puberty or even much later in life. Some of these individuals report having had a desire to be of another gender in childhood that was not expressed verbally to others or had gender-nonconforming behavior that did not meet full criteria for gender dysphoria in childhood. Others have no recollection of any signs of childhood gender dysphoria. Parents of individuals with gender dysphoria of pubertal/postpubertal-onset often report surprise, as they saw no signs of gender dysphoria during childhood.

**Gender dysphoria in association with a disorder of sex development.**   Individuals with DSDs who require early medical intervention or decisions about gender assignment come to clinical attention at an early age. Depending on the condition, they may have been gonadectomized (often because of risk of future malignancy) before puberty so that administration of exogenous hormones is part of routine care to induce puberty. Infertility is common whether due to the condition itself or to gonadectomy, and genital surgery may have been done in infancy or childhood with the intent of affirming the assigned gender to both the affected individual and caregivers.

Affected individuals may exhibit gender-nonconforming behavior starting in early childhood in a manner that is predictable depending on the specific DSD syndrome and the gender assignment, and thresholds for supporting social and medical gender transition in minors have traditionally been much lower for those with compared to those without DSDs. As individuals with some DSD syndromes become aware of their condition and medical history, many experience uncertainty about their gender, as opposed to developing a firm conviction that they are of another gender. The proportion who develop gender dysphoria and progress to gender transition varies markedly depending on the particular syndrome and gender assignment.

## Risk and Prognostic Factors

**Temperamental.**   Gender-variant behavior among individuals with prepubertal-onset gender dysphoria can develop in early preschool age. Studies suggest that a greater intensity of gender nonconformity and an older age at presentation make persistence of gender dysphoria into adolescence and adulthood more likely. A predisposing factor under consideration, especially in individuals with postpubertal-onset gender dysphoria (adolescence, adulthood), includes history of transvestism that may develop into autogynephilia (i.e., sexual arousal associated with the thought or image of oneself as a woman).

**Environmental.**   Individuals assigned male at birth with gender dysphoria without a DSD (in both childhood and adolescence) more commonly have older brothers when compared with cisgender males.

**Genetic and physiological.**   For individuals with gender dysphoria without a DSD, some genetic contribution is suggested by evidence for (weak) familiality of gender dysphoria among nontwin siblings, increased concordance for gender dysphoria in monozygotic compared with dizygotic same-sex twins, and some degree of heritability of gender dysphoria. Research suggests that gender dysphoria has a polygenetic basis involving interactions of several genes and polymorphisms that may affect in utero sexual differentiation of the brain, contributing to gender dysphoria in individuals assigned male at birth.

As to endocrine findings in individuals with gender dysphoria, no endogenous systemic abnormalities in sex-hormone levels have been found in 46,XY individuals, whereas there appear to be increased androgen levels (in the range found in hirsute women but far below normal male levels) in 46,XX individuals. Overall, current evidence is insufficient to label gender dysphoria without a DSD as a form of intersexuality limited to the central nervous system.

In gender dysphoria associated with a DSD, the likelihood of later gender dysphoria is increased if prenatal production and utilization (via receptor sensitivity) of androgens are grossly variant relative to what is usually seen in individuals with the same assigned gen-

der. Examples include 46,XY individuals with a history of normal male prenatal hormone milieu but inborn nonhormonal genital defects (as in cloacal bladder exstrophy or penile agenesis) and who have been assigned to the female gender. The likelihood of gender dysphoria is further enhanced by additional, prolonged, highly gender-variant postnatal androgen exposure with somatic virilization as may occur in female-raised and noncastrated 46,XY individuals with 5-alpha reductase-2 deficiency or 17-beta-hydroxysteroid dehydrogenase-3 deficiency or in female-raised 46,XX individuals with classical congenital adrenal hyperplasia with prolonged periods of nonadherence to glucocorticoid replacement therapy. However, the prenatal androgen milieu is more closely related to gendered behavior than to gender identity. Many individuals with DSDs and markedly gender-variant behavior do not develop gender dysphoria. Thus, gender-nonconforming behavior by itself should not be interpreted as an indicator of current or future gender dysphoria. There appears to be a higher rate of gender dysphoria and patient-initiated gender change from assigned female to male than from assigned male to female in individuals prenatally exposed to a full complement of masculinizing hormonal influences.

## Culture-Related Diagnostic Issues

Individuals with gender dysphoria have been reported across many countries and cultural contexts around the world. The equivalent of gender dysphoria has also been reported in individuals living in cultural contexts with institutionalized gender identity categories other than men/boys or women/girls that sanction gender nonconforming development. These include India, Sri Lanka, Myanmar, Oman, Samoa, Thailand, and Indigenous Peoples of North America. It is unclear however, in such cultural contexts, whether the diagnostic criteria for gender dysphoria would be met with these individuals.

The prevalence of coexisting mental health problems differs among cultures; these differences may also be related to differences in attitudes toward gender nonconformity in children, adolescents, and adults. However, also in some non-Western cultures, anxiety has been found to be relatively common in individuals with gender dysphoria, even in cultures with accepting attitudes toward gender-variant behavior.

## Sex- and Gender-Related Diagnostic Issues

Sex differences in rate of referrals to specialty clinics vary by age group. In children, sex ratios of individuals assigned male at birth to individuals assigned female at birth range from 1.25:1 to 4.3:1. Studies show increasing numbers of children and adolescents presenting to specialty clinics, presentation at younger ages, more frequent early social transition, and a shift to a greater number of individuals assigned female at birth in adolescents and young adults than individuals assigned male at birth. In adults, estimates generally suggest more individuals assigned male at birth seek gender-affirming treatment, with ratios ranging from 1:1 to 6.1:1 in most studies in the United States and Europe.

## Association With Suicidal Thoughts or Behavior

Rates of suicidality and suicide attempts for transgender individuals are reported to range from 30% to 80%, with risk factors including past maltreatment, gender victimization, depression, substance abuse, and younger age. Transgender adolescents referred to gender clinics have substantially higher rates of suicidal thoughts and behaviors when compared with nonreferred adolescents. Prior to receiving gender-affirming treatment and legal gender reassignment, adolescents and adults with gender dysphoria are at increased risk for suicidal thoughts and suicide attempts. After gender-affirming treatment, adjustment varies, and while improvement in coexisting symptoms is often seen, some individuals continue to experience prominent anxiety and affective symptoms and remain at increased risk for suicide.

A study of 572 children referred for gender identity concerns in Canada and several comparison groups (siblings, other referred children, and nonreferred children) largely from other high-income countries found that gender-referred children were 8.6 times more likely to self-harm or attempt suicide than comparison children, even after adjustment for overall behavior and peer relationship problems, and particularly in the second half of childhood. Among adolescents, the highest rate of suicide attempt is among transgender young men, followed by those defining themselves as neither male nor female.

## Functional Consequences of Gender Dysphoria

Gender nonconformity may appear at all ages after the first 2–3 years of childhood and may interfere with daily activities. In older children, gender nonconformity may affect peer relationships and may lead to isolation from peer groups and to distress. Many children experience teasing and harassment or pressure to dress in attire associated with their birth-assigned sex, especially when growing up in a nonsupportive and nonaccepting environment. Also in adolescents and adults, the distress resulting from gender incongruence often interferes with daily activities. Relationship difficulties, including sexual relationship problems, are common, and functioning at school or at work may be impaired. Gender dysphoria is associated with high levels of stigmatization, discrimination, and victimization, leading to negative self-concept, increased rates of depression, suicidality, and other mental disorder co-occurrence, school dropout, and economic marginalization, including unemployment, with attendant social and mental health risks, especially in individuals who lack family or social support. In addition, these individuals' access to health services and mental health services may be impeded by structural barriers, such as institutional discomfort about, inexperience with, or hostility toward working with this patient population.

## Differential Diagnosis

**Nonconformity to gender roles.**   Gender dysphoria should be distinguished from simple nonconformity to stereotypical gender role behavior by the strong desire to be of another gender than the assigned one and by the extent and pervasiveness of gender-variant activities and interests. The diagnosis is not meant to merely describe nonconformity to stereotypical gender role behavior (e.g., "tomboyism" in girls, "girly-boy" behavior in boys, occasional cross-dressing in adult men). Given the increased openness of gender-diverse expressions by individuals across the entire range of the transgender spectrum, it is important that the clinical diagnosis be limited to those individuals whose distress and impairment meet the specified criteria.

**Transvestic disorder.**   Transvestic disorder is diagnosed in heterosexual (or bisexual) adolescent and adult males (rarely in females) for whom women's clothing generates sexual excitement and causes distress and/or impairment without drawing their assigned gender into question. It is occasionally accompanied by gender dysphoria. An individual with transvestic disorder who also has clinically significant gender dysphoria can be given both diagnoses. In some cases of postpubertal-onset gender dysphoria in individuals assigned male at birth who are attracted to women, cross-dressing with sexual excitement is a precursor to the diagnosis of gender dysphoria.

**Body dysmorphic disorder.**   An individual with body dysmorphic disorder focuses on the alteration or removal of a specific body part because it is perceived as abnormally formed, not because it represents a repudiated assigned gender. When an individual's presentation meets criteria for both gender dysphoria and body dysmorphic disorder, both diagnoses can be given. Individuals wishing to have a healthy limb amputated (termed by some *body integrity identity disorder*) because it makes them feel more "complete" usually do not wish to change gender, but rather desire to live as an amputee or a disabled person.

**Autism spectrum disorder.**   In individuals with autism spectrum disorder, diagnosing gender dysphoria can be challenging. It can be difficult to differentiate potential co-occurring

gender dysphoria from an autistic preoccupation because of the concrete and rigid thinking around gender roles and/or poor understanding of social relationships characteristic of autism spectrum disorder.

**Schizophrenia and other psychotic disorders.**   In schizophrenia, there may rarely be delusions of belonging to some other gender. In the absence of psychotic symptoms, insistence by an individual with gender dysphoria that he or she is another gender is not considered a delusion. Schizophrenia (or other psychotic disorders) and gender dysphoria may co-occur. Gender-themed delusions may occur in up to 20% of individuals with schizophrenia. They can usually be differentiated from gender dysphoria by their bizarre content and by waxing and waning with remissions and exacerbations of psychotic episodes.

**Other clinical presentations.**   Some individuals with an emasculinization desire who develop an alternative, nonmale/nonfemale gender identity do have a presentation that meets criteria for gender dysphoria. However, some males seek genital surgery for either aesthetic reasons or to remove psychological effects of androgens without changing male identity; in these cases, the criteria for gender dysphoria are not met.

## Comorbidity

Clinically referred children with gender dysphoria show elevated levels of anxiety, disruptive, impulse-control, and depressive disorders. Autism spectrum disorder is more prevalent in clinically referred adolescents and adults with gender dysphoria than in the general population. Clinically referred adolescents and adults with gender dysphoria often have high rates of associated mental disorders, with anxiety and depressive disorders being the most common. Individuals who have experienced harassment and violence may also develop posttraumatic stress disorder.

# Other Specified Gender Dysphoria

## F64.8

This category applies to presentations in which symptoms characteristic of gender dysphoria that cause clinically significant distress or impairment in social, occupational, or other important areas of functioning predominate but do not meet the full criteria for gender dysphoria. The other specified gender dysphoria category is used in situations in which the clinician chooses to communicate the specific reason that the presentation does not meet the criteria for gender dysphoria. This is done by recording "other specified gender dysphoria" followed by the specific reason (e.g., "brief gender dysphoria," in which symptoms meet full criteria for gender dysphoria but the duration is less than the required 6 months).

# Unspecified Gender Dysphoria

## F64.9

This category applies to presentations in which symptoms characteristic of gender dysphoria that cause clinically significant distress or impairment in social, occupational, or other important areas of functioning predominate but do not meet the full criteria for gender dysphoria. The unspecified gender dysphoria category is used in situations in which the clinician chooses *not* to specify the reason that the criteria are not met for gender dysphoria, and includes presentations in which there is insufficient information to make a more specific diagnosis.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; *et al.*,

Plaintiffs,

and

UNITED STATES OF AMERICA,

Plaintiff-Intervenor,

v.

STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; *et al.*,

Defendants.

Case No. 2:22-cv-00184-LCB-CWB

Honorable Liles C. Burke

## PLAINTIFFS' DISCLOSURE OF EXPERT REPORT OF
## MEREDITHE MCNAMARA, MD MSc



DEFENDANT'S
EXHIBIT NO. McNamara
FOR IDENTIFICATION
DATE: 4-4-24   RPTR:
PENGAD 800-631-6989

I am a board-certified pediatrician and adolescent medicine physician. I received an MD and Master of Science in Clinical Research from Emory University. I completed pediatrics residency training at the University of Chicago and fellowship training in adolescent medicine at the University of Illinois-Chicago. I am an Assistant Professor of Pediatrics at the Yale School of Medicine. I provide full spectrum clinical care to youth aged 12-25 years, which includes youth experiencing gender dysphoria. A copy of my curriculum vitae is provided with this report. In addition to the materials cited herein and attached, I reviewed declarations made by Drs. James Cantor, Michael Laidlaw, Quentin Van Meter, Paul Hruz, Patrick Hunter, and Dianna Kenny filed by the Defendants in earlier proceedings.

## I. Transitioning medications are safe and effective treatment for gender dysphoria in adolescents and are administered in accordance with evidence-based clinical practice guidelines.

Gender dysphoria is a recognized condition[1] for which medical treatment can be essential. The evidence shows that standard medical treatments for gender dysphoria improve mental health outcomes, including reducing rates of suicidal ideation and suicide attempts. Standard treatments for transgender adolescents with gender dysphoria may include, if determined to be medically necessary for a given individual, gonadotropin-releasing hormone agonists – also known as puberty blockers, and hormone therapies such as estrogen or testosterone. Collectively, these medications are known as "transitioning medications".

### A. International and national medical consensus supports the treatment of gender dysphoria and recommends use of standards of care from WPATH and clinical practice guidelines from the Endocrine Society.

Individuals with gender dysphoria seek medical care at a wide variety of ages. In the earliest phase of treatment, the treatment plan is typically non-medical, and care consists of using the individual's gender-appropriate pronouns, psychosocial evaluation and support, and education about the next stages of transition if medically necessary. After these initial visits, adolescents in the second, third or fourth stages of puberty may have a medical need for temporary use of puberty blockers to stall distressing physical change. Use of hormone therapies such as estrogen or testosterone is an established practice in older transgender adolescents experiencing gender dysphoria.

Leading guidelines for the medical treatment of transgender children and adolescents are those published by World Professional Association for Transgender Health (WPATH) and by the Endocrine Society. WPATH is a leading international organization of scientists and other professionals, which has issued standards of care for transgender adults and children since 1979.[2] Several revisions have been made as scientific evidence drives changes in standards. The current version, WPATH Standards of Care Version 8, is viewed as authoritative in the medical

---

[1] American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders (DSM-5), Fifth edition.* 2013.

[2] The current version is WPATH (2022). According to WPATH, the first seven versions were published in 1979, 1980, 1981, 1990, 1998, 2001, and 2012.

community and is widely consulted by physicians and other clinicians. The Endocrine Society is the leading international organization of endocrinologists, i.e., physicians specializing in the study and treatment of the human endocrine system, including hormonal treatment. In 2009, with updates in 2017, the Endocrine Society issued clinical practice guidelines for the treatment of gender dysphoria.[3]

The National Academy of Medicine, formerly the Institute of Medicine, and one of the three parts of the National Academy of Science, is the premier American organization for establishing objective, authoritative and scientific answers to important questions of our time pertaining to human health.[4] Members of this non-governmental, non-profit organization are internationally recognized scholars with distinguished careers in all fields of medicine. The National Academy of Medicine has established standards for how clinical guidelines should be developed. Consistent with these standards, guidelines from WPATH and the Endocrine Society are based on rigorous, structured, and iterative processes that include a committee of scientific experts and external peer review by additional experts. All relevant research is collated and discussed in committee meetings by experts. The guidelines are based on careful reviews of the scientific literature and are revised periodically to reflect scientific developments. These longstanding clinical practice guidelines have been used by clinicians for decades. WPATH issued its initial guidelines in 1979 and updated them in 1980, 1981, 1990, 1998, 2001, 2012, and 2022. The eighth version, entitled "Standards of Care 8" was released in September 2022, and it incorporates systematic literature reviews and ample opportunities for peer review and revision.[5] Over one hundred experts in gender dysphoria and essential medical treatment for gender dysphoria are credited in its authorship.

Reflecting this scientific and medical consensus, medical care for gender dysphoria has been confirmed as standard of care by relevant medical organization in the United States, including the American Academy of Pediatrics, the American Psychological Association, and the American Academy of Child and Adolescent Psychiatry among others.[6] The World Health Organization in the 11th edition of the International Classification of Disease recognizes the importance of transgender health care as essential medical care in appropriate cases.

As set forth above, I have reviewed the declarations made by Drs. James Cantor, Michael K. Laidlaw, Quentin L. Van Meter, Paul W. Hruz, Patrick Hunter and Dianna Kenny, submitted by Defendants in Opposition to Plaintiffs' Motion for Preliminary Injunction in May of 2022

---

[3] Endocrine Society (2017).

[4] Institute of Medicine 2011. *Clinical Practice Guidelines We Can Trust.* Washington, DC: The National Academies Press. https://doi.org/10.17226/13058.

[5] See World Professional Association for Transgender Health (WPATH), Methodology for the Development of Standards of Care 8 (Soc 8), at https://www.wpath.org/soc8/Methodology.

[6] Jason Rafferty, Committee on Psychosocial Aspects of Child and Family Health; Committee on Adolescence; Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness, Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents, 142(4) Pediatrics E20182162 (2018); American Psychological Association, Guidelines for Psychological Practice with Transgender and Gender Nonconforming People, 70(9) American Psychologist 832-64 (2015); Stewart L. Adelson, Practice Parameter on Gay, Lesbian, or Bisexual Sexual Orientation, Gender Nonconformity, and Gender Discordance in Children and Adolescents, 51(9) J. Am. Acad. Child & Adolescent Psychiatry, 957-974 (2012).

3

(collectively "Defendants' Expert PI Declarations").[7]  I also am generally familiar with arguments that are made by opponents of the use of transitioning medications to treat transgender youth with gender dysphoria.  Based upon my review of the Defendants' PI Expert Declarations, I understand that Defendants may rely on Dahlen et al[8] and incorrectly claim that the WPATH and Endocrine Society guidelines have "not been recommended for use." The cited systematic review, however, does not conclude that the WPATH and Endocrine Society guidelines should not be used, nor does the Dahlen study assess the scientific evidence base of the WPATH guidelines. Rather, the Dahlen study uses the AGREE (Appraisal of Guidelines for Research and Evaluation) method[9] to evaluate the clarity, presentation, and user-friendliness of the clinical practice guidelines (along with several other clinical practice guidelines), not the underlying science.  The foundational paper for the AGREE method states expressly that AGREE "does not assess the clinical content of the guideline nor the quality of evidence that underpins the recommendations."[10]

I also anticipate that Defendants may criticize the Endocrine Society Guidelines for using "low quality" or "very low quality" evidence, without regard for how these technical terms are specifically defined by the GRADE (Grading of Recommendation Assessment, Development and Evaluation) method, which is an evidence-based assessment method that the Endocrine Society uses for its guidelines.[11] The Endocrine Society has produced recommendations based on "low quality" or "very low quality" evidence in a number of areas: in various aspects of the care of primary adrenal insufficiency, central hypopituitarism, pheochromocytoma and paragangliomia, and several others.[12]

---

[7] I do not know who Defendants may designate as expert witnesses for trial, nor do I know the complete list of reference materials upon which they may rely. When I quote a statement by one of Defendants' Expert PI Declarations, my criticisms are not limited to that expert, but instead would apply to any individual making such claims.  I have not reviewed Defendants' expert reports at this time, and I reserve the right to amend my report to rebut assertions made by Defendants' experts in their reports.

[8] Dahlen S, Connolly D, Arif I, et al International clinical practice guidelines for gender minority/trans people: systematic review and quality assessment BMJ Open 2021;11:e048943. doi: 10.1136/bmjopen-2021-048943.

[9] https://www.agreetrust.org/wp-content/uploads/2013/10/AGREE-II-Users-Manual-and-23-item-Instrument_2009_UPDATE_2013.pdf.

[10] Brouwers M, Kho ME, Browman GP, Cluzeau F, feder G, Fervers B, Hanna S, Makarski J on behalf of the AGREE Next Steps Consortium. AGREE II: Advancing guideline development, reporting and evaluation in healthcare. Can Med Assoc J. Dec 2010, 182:E839-842; doi: 10.1503/cmaj.090449.

[11] Schünemann H, Brożek J, Guyatt G, Oxman A, editors. GRADE handbook for grading quality of evidence and strength of recommendations. Updated October 2013. The GRADE Working Group, 2013. Available from guidelinedevelopment.org/handbook.

[12] Stefan R. Bornstein, Bruno Allolio, Wiebke Arlt, Andreas Barthel, Andrew Don-Wauchope, Gary D. Hammer, Eystein S. Husebye, Deborah P. Merke, M. Hassan Murad, Constantine A. Stratakis, David J. Torpy, Diagnosis and Treatment of Primary Adrenal Insufficiency: An Endocrine Society Clinical Practice Guideline, The Journal of Clinical Endocrinology & Metabolism, Volume 101, Issue 2, 1 February 2016, Pages 364–389, https://doi.org/10.1210/jc.2015-1710; Maria Fleseriu, Ibrahim A. Hashim, Niki Karavitaki, Shlomo Melmed, M. Hassan Murad, Roberto Salvatori, Mary H. Samuels, Hormonal Replacement in Hypopituitarism in Adults: An Endocrine Society Clinical Practice Guideline, The Journal of Clinical Endocrinology & Metabolism, Volume 101, Issue 11, 1 November 2016, Pages 3888–3921, https://doi.org/10.1210/jc.2016-2118; Jacques W. M. Lenders, Quan-Yang Duh, Graeme Eisenhofer, Anne-Paule Gimenez-Roqueplo, Stefan K. G. Grebe, Mohammad Hassan Murad, Mitsuhide Naruse, Karel Pacak, William F. Young, Jr, Pheochromocytoma and Paraganglioma: An Endocrine Society Clinical Practice Guideline, The Journal of Clinical Endocrinology & Metabolism, Volume 99, Issue 6, 1

4

The WPATH Standards of Care and Endocrine Society are based on the best available science and expert professional consensus. Other medical organizations such as the American Academy of Pediatrics, the American Psychological Association, and the American Academy of Child and Adolescent Psychiatry have endorsed these standards of care.

Defendants may attempt to distort these standards of care by falsely claiming that they support or permit treatment "on demand." As explained further below, that is patently false. In fact, these standards require careful assessment at all stages of treatment, from diagnosis to the prescription of transitioning medications if appropriate for an individual youth.

B. **Clinical practice guidelines endorse transitioning medications when medically necessary and after a consultative, informative process with an interdisciplinary team that includes mental health providers, physicians, and parents or guardians.**

A key feature of both the WPATH Standards of Care and the Endocrine Society Clinical Practice Guidelines is the central role of mental health professionals in assessing gender dysphoria and appropriateness of certain modes of medical treatment from a developmentally and psychologically-informed standpoint. The Endocrine Society notes, for example, that, "because of the psychological vulnerability of many individuals with [gender dysphoria], it is important that mental health care is available before, during, and sometimes also after transitioning."[13] WPATH provides extensive guidance on how to provide psychosocial support to youth experiencing gender dysphoria, as well as a definition of what constitutes a properly trained mental health professional.

WPATH and Endocrine Society standards recommend an individualized and staged process for interventions that considers the unique presentation of gender dysphoria in the individual and takes their medical history and psychological functioning into account. Social transition, puberty blockers, and hormonal treatment may be used in stages, and not all transgender adolescents with gender dysphoria undergo each treatment.[14] Decisions regarding treatment are centered upon patient needs and assent, and made with authorization by legal guardians, with expert guidance from an interdisciplinary team of physicians, psychologists, and others. WPATH, for example, expressly states that, "[b]efore any physical interventions are considered for adolescents, extensive exploration of psychological, family, and social issues should be undertaken …. The duration of this exploration may vary considerably depending on the complexity of the situation."[15]

WPATH and Endocrine Society standards recommend puberty-suppressing medications (GnRH agonist treatment) only for adolescents who have begun puberty and with guardrails to ensure that medication is medically necessary.  Moreover, adolescents must give informed assent, and their parents or guardians must give informed consent to treatment.

---

June 2014, Pages 1915–1942, https://doi.org/10.1210/jc.2014-1498. See generally, https://www.endocrine.org/clinical-practice-guidelines.

[13] Endocrine Society (2017).

[14] WPATH (2012), p. 18; Endocrine Society (2017) (Guidelines 2.1 and 2.2).

[15] WPATH (2012), p. 16.

5

For puberty-suppressing medications, both WPATH and the Endocrine Society standards require the participation of a qualified mental health practitioner, who confirms that the adolescent has demonstrated a long-lasting and intense pattern of gender dysphoria, and that any coexisting psychological, medical, or social problems that could interfere with treatment have been addressed, so that the adolescent's situation and functioning are stable enough to start treatment. The guidelines also require informed assent by adolescents and (if under the age of majority) informed consent by their parents or guardians, and they require the involvement of a physician medically trained in gender-affirming treatment to ensure that puberty-blocking medication is warranted, that puberty has begun in the adolescent patient, and that there are no medical contraindications to puberty-blocking medication.

For those adolescents with gender dysphoria for whom progression to hormone therapy is medically indicated, WPATH and the Endocrine Society require additional counseling regarding the possible fertility effects of hormone therapy. In addition to parental consent, the guidelines require that a mental health practitioner confirm that the adolescent has sufficient mental capacity to evaluate the benefits and risks of treatment.

Informed consent (by parents) and assent (by adolescents) is a foundational practice of adolescent medicine.  Virtually any medical treatment confers benefits and potential risks, and the goal of the process prescribed by WPATH and the Endocrine Society is to ensure that treatment for gender dysphoria is medically necessary and likely to be beneficial, and that parents and youth have expert psychological and medical assistance in weighing benefits and risks.

### C. A robust body of scientific literature demonstrates that transitioning medications provide effective treatment for gender dysphoria and improve mental health.

Adolescents undergo a critical period of cognitive and social development between the ages of 11-18. Positive experiences and general wellness during this time carry benefits that impact adolescents well into adulthood. Conversely, untreated and sub-optimally treated mental health issues and traumatic experiences inflict multidimensional harms on adolescents that persist into adulthood. For transgender youth, a careful and factual consideration of the mental health benefits of gender transition care is critical.

A solid body of research has shown that transitioning medications have profound mental-health benefits for adolescents experiencing gender dysphoria.[16] Mental health benefits in this sense refer to a broad range of outcomes, including: (1) improved body satisfaction, (2) psychological functioning, (3) reduced depression, (4) reduced anxiety, (5) reduced eating disorders such as anorexia nervosa and bulimia nervosa, (6) reduced suicidal ideation, (7)

---

[16]Allen et al. 2019; Green et al. (2022); Connolly MD, Zervos MJ, Barone II CJ, Johnson CC, Joseph CL. The Mental Health of Transgender Youth: Advances in Understanding. Journal of Adolescent Health 2016 Nov;59(5):489-95; Turban et al. 2022; Costa et al. (2015); See also Witcomb GL, Bouman WP, Claes L, Brewin N, Crawford JR, Arcelus J. Levels of depression in transgender people and its predictors: Results of a large matched control study with transgender people accessing clinical services. Journal of Affective Disorders 2018 Aug 1; 235:308-15.

6

reduced non-suicidal self-injury, and (8) reduced suicide itself. Mental health benefits are studied in a variety of ways, including clinician assessments, youth and parent reporting using validated psychometric tools, and objective data.

Puberty blockers have been shown to have beneficial impacts on mental health for transgender youth experiencing gender dysphoria. Studies have shown that puberty blockers are associated with a decrease in suicidality in adulthood and improved psychosocial functioning.[17] Studies of youth on puberty blockers generally report two types of findings: that quantifiable mental health scores either increase or are stable. Stability in mental health outcomes of interest over the course of a study should be interpreted within a patient-centered perspective – meaning we must consider the impact of the intervention on the individual patient. Stability in mental health, rather than a decline, is profoundly beneficial for the young person who, prior to treatment, experienced distress in part due to distressing physical change, halted by puberty blockers.

Transitioning medications have been shown to reduce suicidality in transgender adolescents when compared to peers with gender dysphoria who did not receive such treatments.[18] Empiric changes in measures of mental health changes are the most positive in studies that assess the effect of exogenous sex hormones such as estrogen and testosterone,[19] likely because these patients are acquiring physical characteristics that align with their gender identity for the first time. The scientific evidence demonstrating the benefits of transitioning medications is substantial.[20]

---

[17] Rew L, Young CC, Monge M, Bogucka R. Review: Puberty blockers for transgender and gender diverse youth – a critical review of the literature. Child and Adolescent Mental Health 2021 Feb;26(1):3-14; de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med. 2011 Aug;8(8):2276-83.

[18] Tordoff et al., *Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Essential medical treatment for gender dysphoria*, 5(2) JAMA Network Open e220978, at 7 (2022); Sorbara JC, Chiniara LN, Thompson S, Palmert MR. Mental health and timing of gender-affirming care. Pediatrics 2020 Oct 1;146(4):e20193600.

[19] Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. N Engl J Med. 2023 Jan 19;388(3):240-250. doi: 10.1056/NEJMoa2206297. PMID: 36652355.

[20] De Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. The Journal of Sexual Medicine 2011 Aug;8(8):2276-83; De VriesAL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014 Oct;134(4):696-704; Costa R, Dunsford M, Skagerberg E, Holt V, Carmichael P, Colizzi M. Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. The Journal of Sexual Medicine 2015 Nov;12(11):2206-14; Allen LR, Watson LB, Egan AM, Moser CN. Well-being and suicidality among transgender youth after gender-affirming hormones. Clinical Practice in Pediatric Psychology 2019 Sept;7(3):302-11; Kaltiala R, Heino E, Tyolajarvi M, Suomalainen L. Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. Nordic Journal of Psychiatry 2020 Apr;74(3):213-19; de Lara DL, Rodriguez OP, Flores IC, Masa JLP, Campos- Munoz L, Hernandez MC, Amador JTR. Psychosocial assessment in transgender adolescents. Anales de Pediatria (English Edition) 2020 Jul;93(1):41-48; van der Miesen AI, Steensma TD, de Vries AL, Bos H, Popma A. Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared with Cisgender General Population Peers. Journal of Adolescent Health 2020 Jun;66(6):699-704; Achille C, Taggart T, Eaton NR, Osipoff J, Tafuri K, Lane A, Wilson TA. Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. International

7

Recent research further establishes that transitioning medications produce major benefits to physical and mental health. In a study population of 11,914 transgender and nonbinary youth, Green et al demonstrated the significant mental health benefits of transitioning medications, particularly their impact on reduced depression and suicidal ideation.[21] A 2021 meta-analysis of nine studies found positive outcomes from puberty blockers including "decreased suicidality in adulthood, improved affect and psychological functioning, and improved social life."[22] A 2022 study found that transitioning medications were "associated with 60% lower odds of moderate to severe depressive symptoms and 73% lower odds of self-harm or suicidal thoughts over a 12-month follow-up."[23] A 2020 study found that transitioning medications were associated with "important improvements in body dissatisfaction over the first year of treatment."[24] The 2015 U.S. Transgender Survey of 27,715 adults showed that those who received hormone therapy in adolescence had lower suicidality and severe psychological distress in the month prior to study participation when compared to those who did not did not receive such care in their teenage years.[25] Among children and adolescents, patients who present for gender transition care at later pubertal stages are more likely to require psychoactive medications and are more likely to have

Journal of Pediatric Endocrinology 2020;2020:8; Kuper LE, Stewart S, Preston S, Lau M, Lopez X. Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. Pediatrics 2020 Apr;145(4):e20193006; Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. Pediatrics 2020 Feb;145(2):e20191725; Carmichael P, Butler G, Masic U, Cole TJ, De Stavola BL, Davidson S, Skageberg EM, Khadr S, Viner RM. Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. PLoS One 2021 Feb 2;16(2):e0243894; Grannis C, Leibowitz SF, Gahn S, Nahata L, Morningstar M, Mattson WI, Chen D, Strang JF, Nelson EE. Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. Psychoneuroendocrinology 2021 Oct;132:105358; Hisle-Gorman E, Schvey NA, Adirim TA, Rayne AK, Susi A, Roberts TA, Klein DA. Mental Healthcare Utilization of Transgender Youth Before and After Affirming Treatment. The Journal of Sexual Medicine 2021 Aug;18(8):1444-54; Green AE, DeChants JP, Price MN, Davis CK. Association of Gender-Affirming Hormone Therapy with Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. Journal of Adolescent Health 2022 Apr;70(4):643-49; Turban JL, King D, Kobe J, Reisner SL, Keuroghlian AS. Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS One 2022 Jan 12;17(1):e0261039 (hereinafter, "Turban et al. 2022"); Tordoff DM, Wanta JW, Collin A, Stephney C, Inwards-Breland DJ, Ahrens K. Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. JAMA Network Open 2022 Feb 1. Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. N Engl J Med. 2023 Jan 19;388(3):240-250. doi: 10.1056/NEJMoa2206297.

[21] Green AE, DeChants JP, Price MN, Davis CK. Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. J Adolesc Health. 2022 Apr;70(4):643-649. doi: 10.1016/j.jadohealth.2021.10.036. Epub 2021 Dec 14. PMID: 34920935.

[22] Lynn Rew et al., *Review: Puberty Blockers for Transgender and Gender Diverse Youth-A Critical Review of the Literature*, 26 Child. Adolesc. Ment. Health 3, 3 (2021).

[23] Tordoff D et al., *Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Essential medical treatment for gender dysphoria*, 5(2) JAMA Network Open e220978, at 7 (2022).

[24] Kuper L et al., *Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy*, 145(4) Pediatrics e20193006, at 7 (2020).

[25] Turban JL, King D, Kobe J, Reisner SL, Keuroghlian AS (2022) Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLOS ONE 17(1): e0261039. https://doi.org/10.1371/journal.pone.0261039.

8

considered or attempted suicide than patients who received gender transition care at earlier stages of pubertal development.[26]

<u>Defendants' experts misuse of the term "confounding"</u>

Confounding is a term used in epidemiology, biostatistics, and clinical research to describe the phenomenon by which unmeasured factors may affect the impact of an intervention on the outcome of interest. To control for the effects of a possible confounder, data must be gathered on that confounder and added to statistical analyses designed to address the research question at hand. Defendants' experts have claimed that the mental health improvements observed in studies on transitioning medications are due to confounding, supposing that an undefined type of psychotherapy is the confounder, where the intervention is essential medical treatment for gender dysphoria and the outcomes of interest are various aspects of mental health. Yet, Defendants' experts do not note the purpose for which a study was designed, or the fact that many studies gathered data on participants' engagement in psychotherapy and performed statistical analyses that controlled for confounding.

A critical example of this pertains to how Defendants' experts represent de Vries et al's 2011 and 2014 studies. These studies were designed to investigate the utility of puberty blockers (2011, 2014) and hormone therapy (2014) in transgender youth experiencing gender dysphoria. These investigators had previously been caring for gender dysphoric youth at earlier stages of puberty without use of puberty blockers and noted the high burden of distress. Thus, they hypothesized that puberty blockers, a well-known tool for forestalling distressing physical change that already had established safety and effectiveness in children with central precocious puberty, would help stabilize the mental health of gender dysphoric youth. These studies are recognized for their value in detecting an association between puberty blockers and mental health stability in gender dysphoric youth, and they are followed by several other studies that clarify the dynamics of this association.[27]

The Defendants' experts have claimed that the de Vries studies cannot show benefits because investigators do not control for unmeasured factors such as psychotherapy and other types of support. Yet, the studies were not designed to address a research question pertaining to *causation*, but rather were designed to detect an *association*. Defendants' experts claim that this equals confounding, but no investigator in the de Vries study made the claim that a direct, causal relationship was established by these 2011 or 2014 studies.

Other studies toward which the Defendant's experts have leveled the confounding claim, however, did gather data on participants' engagement in psychotherapy and performed statistical analyses that controlled for this effect – thus, controlling for confounding. For example, in Costa et al (2015) investigators reported several significant differences in the mental health benefits of psychotherapy and puberty blockers vs psychotherapy alone.  In reviewing Figure 2 from the

---

[26] Sorbara JC, Chiniara LN, Thompson S, Palmert MR. Mental health and timing of gender-affirming care. Pediatrics 2020 Oct 1;146(4):e20193600.

[27] Studies with control groups include Costa 2015, Turban 2020, van der Misen 2020; studies that gathered data on mental health and controlled for it in the analysis include Kuper 2020 and Tordoff 2022.

9

Costa study (shown below), the investigators note a change in psychosocial functioning between study groups around Time 2 (i.e. 12 months after study onset):

> "[Those] who received only psychological support for the entire duration of the study, had a significantly better psychosocial functioning [compared to their measures at Time 0] after six months of psychological support (Time 0 vs. Time 1, $P = 0.05$). However, despite scoring better at the following evaluations they did not show any further significant improvement in their psychosocial functioning. Also, the delayed eligible group [only received psychological support] continued to score lower than a sample of children/adolescents without observed psychological/psychiatric symptoms, even after 18 months of psychological support (Time 3, $t = 2.0$, $P = 0.04$). On the contrary, the immediately eligible group, who at baseline had a higher, but not significantly different psychosocial functioning than the delayed eligible group, did not show any significant improvement after 6 months of psychological support. However, immediately eligible adolescents [those who received medication] had a significantly higher psychosocial functioning after 12 months of puberty suppression compared with when they had received only psychological support (Time 1 vs. Time 3 $P = 0.001$; Table 2). Also, their CGAS scores after 12 months of puberty suppression (Time 3) coincided almost perfectly with those found in a sample of children/adolescents without observed psychological/psychiatric symptoms ($t = 0.01$, $P = 0.99$)"

This passage from the paper is of critical note. The investigators clearly state that there is indeed a difference in psychosocial functioning between youth with gender dysphoria who did not receive puberty blockers and those who did. This study shows that psychosocial support is associated with improved psychosocial functioning for youth with gender dysphoria, but the impact is limited and that puberty blockers confer additional benefit. While the study did not have a large enough sample size to detect a statistically significant difference between delayed and immediately eligible groups, a clinically different and meaningful improvement was noted in the group who received puberty blockers. Additional studies have established the beneficial impacts of puberty blockers on psychological functioning.[28]

---

[28] Control groups (Costa 2015, Turban 2020, van der Misen 2020); gathered data on mental health and controlled for it in the analysis (Kuper 2020, Tordoff 2022).



Download : Download full-size image

Figure 2. Gender dysphoria adolescents' psychosocial functioning (CGAS) at baseline, after psychological support, and after puberty suppression

Defendants Experts' statements about suicide

Defendants' experts have previously asserted that essential medical treatment for gender dysphoria causes suicide; however, no study has found a worsening of various mental health measures among recipients of essential medical treatment for gender dysphoria. While Defendants' experts have referenced Dhejne et al. in support of their assertion, that study showed that transgender adults were more likely to attempt and complete suicide when compared to the general population in Sweden between 1973 and 2003 – not that the provision of puberty blockers and hormone therapy in transgender youth with gender dysphoria increases suicide risk. The Dhejne study has no applicability to adolescents. Further, Dhejne et al explicitly acknowledge that their results are not intended to describe the effects of medical aspects of essential medical treatment for gender dysphoria, stating that "*it is impossible to conclude from this data* that gender-affirming procedures were a causative factor in suicidality among transgender individuals."[29]

Defendants' Experts' Misreliance on CMS

In the Expert PI Declarations, Defendants' experts – in particular Dr. Laidlaw -- incorrectly claimed that the Centers for Medicare and Medicaid Services ("CMS") found that essential medical treatment for gender dysphoria has no benefits. Laidlaw claims that this decision implies there is no scientific consensus that essential medical treatment for gender

---

[29] "It is therefore important to note that the current study is only informative with respect to [transgender] persons' health after sex reassignment; *no inferences can be drawn as to the effectiveness of sex reassignment as a treatment for transsexualism*. In other words, the results should not be interpreted such as sex reassignment per se increases morbidity and mortality. Things might have been even worse without sex reassignment." Dhejne (2011) at 7 (emphasis added).

11

dysphoria can serve youth with gender dysphoria.[30] Although the CMS did issue a 2016 Decision Memo denying blanket, automatic coverage for surgical treatments for transgender adults, the decision specifically authorizes Medicare and Medicaid providers to cover such surgery on a case-by-case basis.[31] In fact, the 2016 CMS decision marks an expansion of coverage for transgender health care: the Decision Memo followed the 2014 revocation of the CMS's 1989 decision to deny nationwide coverage.[32] Further, the CMS did not reach any negative conclusion on the benefits of essential medical treatment for gender dysphoria for children and adolescents. The CMS reviewed only studies on the outcomes of surgery (not puberty blockers or hormone treatment) for an adult population that is overwhelmingly elderly (over age 65) and has a high prevalence of preexisting medical conditions that can make surgery risky, regardless of its purpose.[33]

### D. Transitioning medications have been safely used for decades. Side effects are well known and comparable to side effects of many commonly used medications.

Medications offered for the treatment of gender dysphoria include puberty blockers for those in the second through fourth stages of puberty and cross-sex hormones such as estrogen and testosterone, as well as medications that block testosterone. The dosing and timing of these medications are clearly stated in WPATH and Endocrine Society clinical practice guidelines. Studies in young adults on medications show that the long-term health profiles of transgender individuals are similar to those of the general population.

Puberty blockers

Puberty blockers can be part of a staged approach to essential medical treatment for gender dysphoria in adolescents. By stalling pubertal maturation, adolescents experience a pause in distressing physical change and relief of otherwise intensifying gender dysphoria. During this pause, the adolescent and their family are given time. The adolescent works with a mental health provider to confirm their gender identity. This gives time for medical and mental health evaluation for hormone therapy. Those who continue to identify as transgender will have the

---

[30] Jensen TS, Chin J, Rollins J, Koller E, Gousis L. Decision Memo for Gender Dysphoria and Gender Reassignment Surgery (CAG-00446N). Baltimore (MD): Centers for Medicare and Medicaid Services; 2016 Aug 30 [cited 2022 Feb 18]. Available from: https://www.cms.gov/medicare-coverage-database/view/ncacal-decision-memo.aspx?proposed=N&NCAId=282.

[31] Id. ("We acknowledge that [gender reassignment surgery] may be a reasonable and necessary service for certain beneficiaries with gender dysphoria. The current scientific information is not complete for CMS to make a [national coverage decision] that identifies the precise patient population for whom the service would be reasonable and necessary.")

[32] Id.

[33] The CMS Decision Memo notes that "the Medicare population is different from the general population in age (65 years and older) and/or disability as defined by the Social Security Administration. Due to the biology of aging, older adults may respond to health care treatments differently than younger adults. These differences can be due to, for example, multiple health conditions or co-morbidities, longer duration needed for healing, metabolic variances, and impact of reduced mobility. All of these factors can impact health outcomes. The disabled Medicare population, who are younger than age 65, is different from the general population and typical study populations due to the presence of the causes of disability such as psychiatric disorders, musculoskeletal health issues, and cardiovascular issues." Id.

option to proceed with hormone therapy when their medical and mental health providers determine that treatment is medically appropriate, parents consent to the care, and youth assent. Puberty blockers not only alleviate gender dysphoria in adolescence but can minimize the need for subsequent treatments, including surgery in adulthood. In the event that a teen's cross-gender identification does not persist, they can discontinue the blocker, and natal pubertal maturation will resume. The scientific evidence shows that the hypothalamic-pituitary inhibition caused by puberty blockers is reversible.

Puberty blockers have been prescribed for decades in children with precocious puberty and in adolescents with cancer who need menstrual suppression as they undergo marrow-ablative chemotherapy. A solid body of evidence documents that pubertal progression resumes after discontinuation of the medication.[34] Adolescents receiving puberty blockers for menstrual suppression due to chemotherapy experience resumption of ovulation after the puberty blocker is stopped. In fact, puberty blockers are used in these patients to protect their gonads from toxicity induced by chemotherapy as a means of fertility preservation.[35]

In gender dysphoric youth, as in other populations, puberty blockers can cause reversible slowing of bone density accrual and do reduce one's reproductive potential while in use. It is critical to note that standard protocols do not recommend the use of blockers alone without time limit; patients ultimately either discontinue blockers or add cross-sex hormones. At that point, bone density generally recovers to pre-treatment levels and then progresses at a pace normal for that individual's pubertal stage.[24] Patients and families receive detailed counseling regarding the potential effects of puberty blockers as part of the informed consent process. Furthermore, important safeguards are in place to defend bone density and monitor for change. Calcium supplementation has been shown to protect puberty blocker-treated patients from bone loss,[36]

[34] Manasco PK, Pescovitz OH, Feuillan PP, Hench KD, Barnes KM, Jones J, Hill SC, Loriaux DL, Cutler Jr GB. Resumption of puberty after long term luteinizing hormone-releasing hormone agonist treatment of central precocious puberty. *J Clin Endocrinol Metab.* 1988 Aug 1;67(2):368-72; Heger S, Muller M, Ranke M, Schwarz H, Waldhauser F, Partsch C, Sippell WG. Long-term GnRH agonist treatment for female central precocious puberty does not impair reproductive function. *Mol Cell Endocrinol.* 2006 Jul 25;254-255:217-220; Feuillan PP, Jones JV, Barnes K, Oerter-Klein K, Cutler Jr GB. Reproductive Axis after Discontinuation of Gonadotropin-Releasing Hormone Analog Treatment of Girls with Precocious Puberty: Long Term Follow-Up Comparing Girls with Hypothalamic Hamartoma to Those with Idiopathic Precocious Puberty. *J Clin Endocrinol Metab.* 1999 Jan;84(1):44-49; Bertelloni S, Baroncelli GI, Ferdeghini M, Menchini-Fabris F, Saggese G. Final height, gonadal function and bone mineral density of adolescent males with central precocious puberty after therapy with gonadotropin-releasing hormone analogues. *Eur J Pediatr.* 2000 May;159(5):369-74; Bertelloni S, Mul D. Treatment of central precocious puberty by GnRH analogs: long-term outcome in men. *Asian J Androl.* 2008 Jul;10(4):525-34; Luo X, Liang Y, Hou L, Wu W, Ying Y, Ye F. Long-term efficacy and safety of gonadotropin-releasing hormone analog treatment in children with idiopathic central precocious puberty: A systematic review and meta-analysis. *Clin Endocrinol.* 2021 May; 94(5):786-96.

[35] B.Pereyra Pacheco, J.M. Méndez Ribas, G. Milone, I. Fernández, R. Kvicala, T. Mila, A. Di Noto, O.Contreras Ortiz, S. Pavlovsky, Use of GnRH Analogs for Functional Protection of the Ovary and Preservation of Fertility during Cancer Treatment in Adolescents: A Preliminary Report, Gynecologic Oncology, Volume 81, Issue 3,2001, https://doi.org/10.1006/gyno.2001.6181.

[36] Fogelman I. Gonadotropin-releasing hormone agonist and the skeleton. Fertil Steril 1992; 57: 714–724.Antoniazzi F, Bertoldo F, Lauriola S, Sirpresi S, Gasperi E, Zamboni G, Tato L. Prevention of bone demineralization by calcium supplementation in precocious puberty during gonadotropin-releasing hormone agonist treatment. *J Clin Endocrinol Metab.* 1999;84(6):1992-1996). Delemarre-van de Waal HA, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric

and increased physical activity has been shown to correlate with higher bone mineral density in transgender youth as well.[37] Patients on puberty blockers receive serial bone density measurements via DEXA scans. Similarly, the impact of puberty blockers on fertility is reversible. Individuals may not be able to conceive while puberty blockers are in use, but ovulation and spermatogenesis spontaneously resume when puberty blockers are stopped. Furthermore, individuals are counseled to use contraception to prevent unplanned pregnancy because of its risk, even while on puberty blockers.

Cross-sex hormones

Youth may receive cross-sex hormones such as estrogen and testosterone once they have worked with a mental health provider to confirm the medical need and to ensure that parents are fully informed and that the youth has the psychological maturity to understand the impacts of these treatments.

The effects of cross-sex hormones can be reversible. For transgender men (persons assigned female sex at birth), testosterone treatment can affect ovarian function while on hormone therapy, inhibiting menses in the majority of those on therapy. The evidence also shows that the majority of transgender men who had regular menses before starting testosterone therapy are reported to resume menses if testosterone is discontinued.[38]

The effects of estrogen treatment on testicular histology vary among individuals. Reduced spermatogenesis is common while patients remain on estrogen, but this occurs in varying degrees with some maintaining fertility even while on hormone therapy.[39] Importantly,

---

endocrinology aspects. Eur J Endocrinol. 2006;155:S131-S137. Studies of children treated for precocious puberty found that BMD was normal at final height attainment. Alessandri SB, Pereira F de A, Villela RA, Antonini SRR, Elias PCL, Martinelli Jr CE, de Castro M, Moreira AC, de Paula FJA. Bone mineral density and body composition in girls with idiopathic central precocious puberty before and after treatment with a gonadotropin-releasing hormone agonist. Clinics (Sao Paulo). 2012;67(6):591-96; Antoniazzi F, Zamboni G, Bertoldo F, Lauriola S, Mengarda F, Pietrobelli A, Tato L. Bone mass at final height in precocious puberty after gonadotropin-releasing hormone agonist with and without calcium supplementation. J Clin Endocrinol Metab. 2003 Mar;88(3):1096-1101 (hereinafter, "Antoniazzi et al. (2003)"); Heger S, Partsch CJ, Sippell WG. Long-term outcome after depot gonadotropin-releasing hormone agonist treatment of central precocious puberty: final height, body proportions, body composition, bone mineral density, and reproductive function. J Clin Endocrinol Metab. 1999 Dec;84(12):4583-90; Neely EK, Bachrach LK, Hintz RL, Habiby RL, Slemenda CW, Feezle L, Pescovitz OH. Bone mineral density during treatment of central precocious puberty. J Pediatr. 1995 Nov;127(5):819-22.

[37] Lee, JY, Finlayson, C, Olson-Kennedy J, Garofolo R, Chan YM, Glidden DV, Rosenthal SM, Low Bone Mineral Density in Early Pubertal Transgender/Gender Diverse Youth: Findings from the Trans Youth Care Study, *Journal of the Endocrine Society*, Volume 4, Issue 9, September 2020.

[38] Endocrine Society (2017). Light AD, Obedin-Maliver J, Sevelius JM, Kerns JL. Transgender men who experienced pregnancy after female-to-male gender transitioning. *Obstet Gynecol.* 2014;124(6):1120–1127; Smith KP, Madison CM, Milne NM. Gonadal suppressive and cross-sex hormone therapy for gender dysphoria in adolescents and adults. *Pharmacotherapy.* 2014;34(12):1282–1297.

[39] Schneider F, Kliesch S, Schlatt S, Neuhaus N. Andrology of male -to-female transsexuals: influence of cross-sex hormone therapy on testicular function. Andrology. 2017 Sept;5(5):873-80.

14

return of spermatogenesis typically occurs in patients who discontinue hormone treatment.[40] In a cohort of patients treated with puberty blockers starting at the onset of pubertal development (Tanner stages 2 and 3) and adding estrogen treatment starting at 16 years of age, histological examination of testicles showed normal-appearing, immature sperm-producing cells in the testes, suggesting those individuals had retained fertility potential.[41] Physicians carefully counsel patients and their parents on the possibility of impairments in fertility should the patient continue on cross-sex hormones.  Strategies available to some patients include sperm and oocyte cryopreservation to preserve future fertility.

### E.  Gender dysphoria is a serious medical condition, and withholding transitioning medications from adolescents with gender dysphoria is harmful.

The American Psychiatric Association explains that

> [T]he term "transgender" refers to a person whose sex assigned at birth (i.e., the sex assigned by a physician at birth, usually based on external genitalia) does not match their gender identity (i.e., one's psychological sense of their gender). Some people who are transgender will experience **"gender dysphoria,"** which refers to psychological distress that results from an incongruence between one's sex assigned at birth and one's gender identity. Though gender dysphoria often begins in childhood, some people may not experience it until after puberty or much later.[42]

In 2013, the American Psychiatric Association released the fifth edition of the DSM-5, the standard reference for the diagnosis of mental health conditions. The DSM-5 recognizes gender dysphoria and sets forth criteria for diagnosis. These criteria include "a marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics" and "a strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender)." To meet diagnostic criteria, an individual must exhibit "clinically significant distress or impairment in social, occupational, or other important areas of functioning."[43]

In other words, transgender individuals who live in a manner that is physically and socially incongruent to their gender identity will predictably experience gender dysphoria – a

---

[40] Schneider F, Neuhaus N, Wistuba J, Zitzmann M, Heß J, Mahler D, van Ahlen H, Schlatt S, Kliesch S. Testicular functions and clinical characterization of patients with gender dysphoria (GD) undergoing sex reassignment surgery (SRS). J Sex Med. 2015 Nov;12(11):2190-2200.

[41] de Nie I, Mulder CL, Meißner A, Schut Y, Holleman EM, van der Sluis WB, Hannema SE, den Heijer M, Huirne J, van Pelt AMM, van Mello NM. Histological study on the influence of puberty suppression and hormonal treatment on developing germ cells in transgender women. Hum Reprod. 2022 Jan 28;37(1):297-308.

[42] What is Gender Dysphoria? [Internet]. Washington, D.C.: American Psychiatric Association; 2020 Nov [cited 2022 Apr 15]. Available from: https://www.psychiatry.org/patients-families/gender-dysphoria/what-is-gender-dysphoria.

[43] American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders. 5th ed. Washington, D.C.: American Psychiatric Association; 2013.

clinically significant psychological distress that can lead to depressed mood and suicidality.[44] Suicidal ideation and attempts have been found to be significantly higher among transgender adolescents who cannot obtain or do not receive essential medical treatment for gender dysphoria than among their non-transgender peers. The harm of not providing essential medical treatment for gender dysphoria is well documented.[45] Untreated gender dysphoria can also lead to disordered eating. Patients may engage in unsafe eating behaviors (e.g., food restriction or purging) as a body-affirming tool and an effort to align their bodies with their gender identity. These behaviors can impair physical health and development.[46] Further, there is data that shows that waiting until adulthood to offer hormone therapy to transgender adolescents is associated with past-year suicidal ideation, past-month severe psychological distress, past-month binge drinking and illicit drug use.[47] The scientific consensus shows that denying essential medical treatment for gender dysphoria harms transgender people and puts their lives at risk.

I have cared for many patients who have disclosed gender dysphoria to me in later adolescence or early adulthood and report, during the time in which they were suffering from gender dysphoria but not receiving treatment, they reported poor psychosocial functioning, social isolation, worsening mental health, restrictive eating patterns and suicidal ideation.

F. **There is no evidence-based alternative to standard treatments for gender dysphoria. Furthermore, no research demonstrates psychotherapy alone is an effective treatment for gender dysphoria in adolescents.**

I understand the Defendants' position to be that transgender youth with gender dysphoria should not be offered medical treatment but instead should only receive psychotherapy. Yet, abundant evidence establishes a clear *causal link* between transitioning medications and well-being *independent* of psychotherapy and other measures of support. Costa et al. in 2015 found that puberty blockers improve psychosocial functioning in teens with gender dysphoria, compared to teens who receive psychotherapy but not blockers.[48] Costa's study was designed to include a control group of transgender teens with gender dysphoria who did not receive puberty blockers.

---

[44] Sorbara JC, Chiniara LN, Thompson S, Palmert MR. Mental health and timing of gender-affirming care. Pediatrics 2020 Oct 1;146(4):e20193600.

[45] Herman JL, Brown TNT, Haas AP. Suicide Thoughts and Attempts Among Transgender Adults [Internet]. Los Angeles (CA): The Williams Institute, UCLA School of Law; 2019 Sept [cited 2022 Apr 1]. Available from: https://williamsinstitute.law.ucla.edu/publications/suicidality-transgender-adults/; Turban JL, Beckwith N, Reisner SL, Keuroghlian AS. Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults. JAMA Psychiatry 2019 Sept 11;77(11):68-76.

[46] Coelho JS, Suen J, Clark BA, Marshall SK, Geller J, Lam PY. Eating Disorder Diagnoses and Symptom Presentation in Transgender Youth: a Scoping Review. Curr Psychiatry Rep. 2019 Oct 15;21(11):107; Kamody RC, Yonkers K, Pluhar EI, Olezeski CL. Disordered Eating Among Trans-Masculine Youth: Considerations Through a Developmental Lens. LGBT Health. 2020 May/Jun;7(4):170-73; Legroux I, Cortet B. Factors influencing bone loss in anorexia nervosa: assessment and therapeutic options. RMD Open. 2019 Nov 13;5(2):e001009.

[47] Turban, J. L., King, D., Kobe, J., *et al.* (2022). Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. *PLoS One*, 17(1), e0261039.

[48] Costa et al.

In a 2022 study, Tordoff et al found that transitioning medications are associated with improvements in depression and suicidality in a population of transgender and nonbinary youths aged 13 to 20.[49] The authors showed the independent effects of transitioning medications on depression, anxiety, and gender dysphoria. They controlled for temporal trends and other confounding factors, expressly including whether the teen received "ongoing mental health therapy other than for the purpose of a mental health assessment to receive a gender dysphoria diagnosis."[50] Put simply, Tordoff et al. clearly found that youth with gender dysphoria reported better outcomes if they received transitioning medications, even after controlling for the effects of psychotherapy. Similarly, in a 2020 study, Kuper et al. found that hormone therapy made improvements in adolescents' body-related distress and led to improvement in symptoms of depression and anxiety.[51] Kuper et al. specifically collected data on psychotherapy and the use of psychiatric medications and expressly controlled for both. Thus, Kuper et al.'s study shows that hormone treatment for gender dysphoria is effective above and beyond the benefits of psychotherapy and psychiatric medications. In a 2023 study by Chen et al, the investigators found that appearance congruence achieved by transitioning medications was strongly associated with improvements in various measures of mental health and psychosocial functioning.

While Defendants' experts have previously testified that youth with gender dysphoria should be given only psychotherapy and no medical treatment, Defendants' experts base this contention not on any studies demonstrating the efficacy of the Defendants' preferred approach, but instead claiming a purported lack of evidence on the benefits of transitioning medications in the treatment of gender dysphoria. In their PI Declarations, Defendants' experts cited several studies and leveled baseless criticisms that are ignorant to harms of clinical research. I have compiled some of these claims in a table below:

| Table: Defendants' experts claims regarding the mental health evidence | | |
| --- | --- | --- |
| Study | Defendants' Expert's Claim | Facts |
| Kuper 2020 | Cantor states that there were no statistically significant differences in the nine psychosocial/mental health outcomes studied, specifically regarding youth on puberty blockers. | The investigators did not conduct a sub-analysis specifically among those on puberty blockers. Rather, they conducted their analysis among youth who used any type of transitioning medications. Many participants were at an advanced stage of puberty during the study and may have been ineligible for blockers. |

---

[49] Diana M. Tordoff et al., Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care, 5(2) JAMA Network Open e220978 (2022).

[50] Id.

[51] Laura E. Kuper, et al., Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy, 145(4) Pediatrics e20193006 (2020).

|  | Cantor comments that the minimum age for puberty blockers is 12 per the Dutch protocol, and implies this study is flawed or unethical because the earliest age they were started in Kuper et al's cohort was 9.8 years. | Puberty blockers are started based on pubertal stage, which cannot be described by a single chronological age. Puberty can begin at ages earlier than 12. |
| --- | --- | --- |
| Achille 2020 | Cantor concludes that puberty blockers did not improve mental health over psychotherapy alone in this study. | This study was not capable of establishing a causal relationship between puberty blockers and mental health. Investigators in this study did not have enough participants to run an analysis to establish causation, so they pivoted to a correlation analysis. There is no direct causation inferred from this, and furthermore, this is a preliminary study with further results pending. |
| Costa 2015 | Cantor claims that there were no statistically significant differences between the mental health outcomes in the three study groups. | Individuals who received psychotherapy and puberty blockers had improved psychological functioning compared to those who only received supportive psychotherapy. While the investigators had a small sample size and were unable to achieve statistical significance, the difference in psychological functioning was clinically meaningful. |
|  | Cantor also claims that this study included a cherry-picked control group. | This is a real-world population of transgender youth. They followed clinical practice guidelines to decide who was and was not eligible for puberty blockers. This is the opposite of a cherry-picked control group. It is a real-world control group which is a strength of this study, because its results are generalizable to other populations. |
| Olson 2016 | Dr. Cantor states the statistical analysis of this study was subject to error and actually demonstrated worse mental health outcomes of transgender youth. | The Olson study shows that socially transitioned transgender children have "remarkably good mental health outcomes." Investigators assessed mental health of socially transitioned children in both parents and children themselves, which expands upon previous data that only utilized parental reporting. They did not compare their study subjects to those who had not socially transitioned. This study can only speak to whether socially transitioned children have similar outcomes to nontransgender peers. This |

18

| | | |
|---|---|---|
| | | study's primary research question pertains to the mental health experiences of socially transitioned children compared to a diverse population of children of similar ages. The findings of this study demonstrate that these transgender children have similar mental health outcomes to nontransgender children. Further, the Olson study was not subject to any expert re-analysis |
| Van der Miesen | Dr. Cantor criticizes this study because he claims it cannot establish the long-term benefits of puberty blockers on mental health. | This is a cross sectional study. By definition, it cannot assess the long-term impact on an intervention because it assesses data at a single point in time. This critique is unscientific because it attacks a study for not answering a research question it was never designed to answer. |
| de Vries 2011, 2014 | Dr. Cantor claims that because these studies did not include a control group, it cannot establish the independent effects of puberty blockers on mental health. He calls this a "confound". | These were the first studies evaluating the impact of puberty blockers on mental health outcomes and psychological functioning. A unilateral quarrel with these studies' methodology is flawed because there are other studies that either had a control group (Costa 2015, Turban 2020, van der Misen et al. 2020) or gathered data on mental health and controlled for it in the analysis (Kuper 2020, Tordoff 2022) or established independent associations between appearance congruence and mental health (Chen 2023).

In clinical research, it is methodologically sound to either control for a potential confounder by gathering data on it and including that data in the statistical analysis or using a control group. In other cases, it may not be feasible to control for a confounder because that confounder isn't measurable. In either case, this critique does not engage with the findings of the studies or the research questions they were designed to answer. |
| Carmichael | Cantor states that this study shows "deteriorating or lack of improvement in mental health" | This is a study on the mental health impacts of puberty blockers. No deterioration in any mental health outcome was observed in this study.

As discussed previously, stability in mental health does not denote a "lack of |

19

| | | improvement" when considered from the patient's perspective. Stability is a clinically meaningful and positive outcome. |
|---|---|---|
| | Cantor cites a re-analyzed dataset by Dr. Biggs. | Dr. Biggs is not a medical or mental health expert. He offered his own interpretation of partial, uncleaned data from the Carmichael study to conclude participants reported greater self-harm, without disclosing statistical methodology used. The actual Carmichael study made no such finding. The study itself notes, "These data correct reports from a recent letter by Biggs, which used preliminary data from our study, which were uncleaned and incomplete data used for internal reporting." |

There are additional, more systematic issues with the Defendants' experts claims about supposed confounding in studies of the mental health benefits of essential medical treatment for gender dysphoria and psychotherapy. Psychotherapy is a highly general term to describe a wide variety of therapeutic interventions. To date, Defendants' experts have offered no definition of what they consider psychotherapy to be. WPATH and the American Psychiatric Association are quite clear that mental health supports are in place to allow youth to talk about their experiences, screen for safety issues such as suicide, non-suicide self-injury and eating disorders, assess for trauma, understand one's home life and identify, then treat additional mental health issues. Studies of so-called "conversion" or "reparative" therapy finds that transgender identity is highly resistant to change even in the face of concerted efforts by medical authorities versed in psychological methods, and is psychologically damaging.[52]

A.  **Randomized-controlled trials in standard treatment of gender dysphoria are not feasible, ethical, or necessary**

Based upon their PI Declarations, I anticipate that Defendants' experts may claim that the benefits of essential medical treatment for gender dysphoria cannot be known without randomized control trials comparing outcomes of youth with gender dysphoria who receive transitioning medications versus those who do not. Randomized control trials in standard treatments of gender dysphoria, however, are not feasible, ethical, or necessary. Institutional

---

[52] A survey of the scientific literature by the U.S. Department of Health and Human Services finds that "none of the existing research supports the premise that mental or behavioral health interventions can alter gender identity or sexual orientation." Substance Abuse and Mental Health Services Administration, Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth, U.S. Department of Health and Human Services, HHS Publication No. (SMA) 15-4928 (2015), p. 1.

20

review boards appraise and approve all research protocol before they can proceed, whether these trials emerge from industry, academia, or government. These groups have stringent criteria for assessing the safety, ethical strength, feasibility, and necessity of a proposed study. Such criteria are exceptionally stringent in pediatrics. As I outline below, no institutional review board would approve a research protocol on a randomized control trial in essential medical treatment for gender dysphoria because of the established science which demonstrates the efficacy of treatment with transitioning medications.

Each study design has strengths and weaknesses and selecting among them depends on a variety of factors including the study question, ethical considerations, feasibility, and cost. The major benefit of a randomized trial is that it decreases the likelihood that any differences in the outcomes between the groups is the result of baseline differences between the groups rather than the result of the intervention. Observational studies offer a widely accepted way to inform strong clinical practice guidelines and, in many cases, are superior to randomized controlled trials. Notable examples of standard clinical care that derives its evidence-base from observational data includes penicillin for many types of infections (including streptococcal infections and syphilis), insulin for diabetes, mammography for breast cancer screening, certain types of minimally invasive surgery (such as laparoscopic gallbladder surgery), and statin drugs for lowering cholesterol. Observational studies offer the additional benefit of recording evidence about patients in a real-world setting. The results of observational studies are, thus, reliably generalizable. Any claim that randomized controlled trials are both necessary and superior reflects a lack of knowledge of the norms of clinical research.

Randomized control trials rely on a key feature known as "blinding" to minimize confounding from the placebo effect. That is, study participants in the control group, may experience different outcomes due to unmeasured factors associated with knowing they are not receiving the intervention. In the case of medical treatment for gender dysphoria, it would be impossible to blind participants to receipt of the intervention, because physical changes either would or would not occur during the study period. That is, youth and their parents would know whether puberty was paused (in the case of blockers) or whether secondary sex characteristics began to develop (in the case of cross-sex hormones).

In many cases, it can be unethical to conduct randomized controlled trials. For a randomized trials to be ethical, clinical equipoise must exist. This means that there must be more uncertainty that the intervention is beneficial than no treatment. In the case of medical treatments for gender dysphoria, as we have shown, the benefits of transitioning medications are well understood and thus it would be unethical to expose participants to an intervention that is known to be harmful. Furthermore, such calls for randomized controlled trials in pediatrics are particularly flawed because they ignore the fact that recommendations for pediatric care made by professional associations in guidelines are seldom based on randomized controlled trials due to their rarity and are, instead, frequently based on observational studies.

## II. Adolescents with gender dysphoria persist in their cross-gender identification.

The scientific evidence on the course of gender dysphoria emphasizes the importance of distinguishing between prepubertal children and adolescents. The evidence suggests that the

course of dysphoria is more diverse for prepubertal children, and so it is critical to recognize them as a distinct population from adolescents. The evidence shows that the vast majority of adolescents who are diagnosed with gender dysphoria will persist in their gender identity and will benefit from gender transition.[53] In a Dutch study, among 70 adolescents diagnosed with gender dysphoria and treated with puberty blockers, 100% opted to continue with transitioning medications.[54] A recent U.S. study found a consistent pattern. Following a large cohort of U.S. young people who reported some evidence of gender dysphoria but had not yet been formally diagnosed, the study found that adolescents were far more likely than prepubertal children to go on to a formal diagnosis of gender dysphoria and to receive medical treatment.[55]

Even with respect to prepubertal children, the studies relied on by Defendants' experts overstate the percentage of children who cease to have gender dysphoria because their data was based on overly broad diagnostic criteria.[56] That is, the studies likely included prepubertal children with gender variant behavior (e.g., boys with feminine interests or "tomboy" girls) alongside children who would meet today's diagnostic criteria for gender dysphoria – a deeply felt and lasting transgender identity with clinically significant distress and impaired functioning.[57] This is further borne out by the recent finding that "the intensity of early dysphoria appears to be an important predictor" of the persistence of dysphoria into adolescence.[58]

In addition, in contrast to prepubertal children, adolescents with gender dysphoria rarely find that their dysphoria resolves without treatment. As a result, because medical treatment for gender dysphoria begins only in adolescence, and only if medically necessary for gender dysphoria, medical treatment is thus provided only to a group known to be quite stable in their gender identity. For example, a recent study, Olson et al. (2022), found that after an average of 5

---

[53] American Psychological Association (2015), p. 843; WPATH (2012), p. 11; Endocrine Society (2017). See also Turban JL, DeVries ALC, Zucker K. Gender Incongruence & Gender Dysphoria. In Martin A, Bloch MH, Volkmar FR (editors): Lewis's Child and Adolescent Psychiatry: A Comprehensive Textbook, Fifth Edition. Philadelphia: Wolters Kluwer 2018, pp. 20-21 ("we must recognize that [the existing studies of persistence] have been quite limited in power and generalizability and should not be misused to create barriers for TGD youth seeking gender-affirming care. The most relevant conclusions from these studies are that insistent cross-gender identification in adolescence most often correlates with persistent TGD identities in adulthood").

[54] de Vries et al. 2011, cited in note 43 ("None of the gender dysphoric adolescents in this study renounced their wish for [gender reassignment] during puberty suppression. This finding supports earlier studies showing that young adolescents who had been carefully diagnosed show persisting gender dysphoria into late adolescence or young adulthood").

[55] Wagner S, Panagiotakopoulos L, Nash R, Bradlyn A, Getahun D, Lash TL, Roblin D, Silverberg MJ, Tangpricha V, Vupputuri S, Goodman M. Progression of Gender Dysphoria in Children and Adolescents: A Longitudinal Study. Pediatrics. 2021 Jul;148(1):e2020027722. doi: 10.1542/peds.2020-027722. Epub 2021 Jun 7. PMID: 34099504; PMCID: PMC8276590..

[56] See Temple Newhook J, McGuire JK, Pyne J, Winters K, Feder S, Holmes C, Tosh J, Sinnott ML, Jamieson A, and Pickett S, A critical commentary on follow-up studies and "desistance" theories about transgender and gender-nonconforming children, International Journal of Transgenderism, vol. 19(2), pp. 212-224 (2018) doi: 10.1080/15532739.2018.1456390.

[57] Endocrine Society (2017).

[58] Steensma TD, McGuire JK, Kreukels BP, Beekman AJ, Cohen-Kettenis PT. Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. J Am Acad Child Adolesc Psychiatry. 2013 Jun;52(6):582-90 (finding that "children with persistent GID are characterized by more extreme gender dysphoria in childhood than children with desisting gender dysphoria").

22

years of social transition, only 2.5% of youth identified as nontransgender.[59] Another recent study of 720 individuals demonstrated that the vast majority of transgender adolescents go on to continue receiving transition care as adults.[60]

### III. So-called "watchful waiting" is not a recognized protocol for youth once they have reached puberty.

In their PI Declarations, Defendants' experts argued, without scientific evidence or without proposing an evidence-based alternative, that youth with gender dysphoria should not be offered medical treatment but instead should only receive psychotherapy, an approach that they mistakenly term "watchful waiting."

"Watchful waiting" is a concept invoked in deciding whether or not a *pre-pubertal* child should engage in a social transition (e.g., adopting a name, pronouns, and gender expression, such as clothing and haircuts, that match their gender identity). Watchful waiting is thus irrelevant to the use of transitioning medications, which are offered only after puberty has begun. Moreover, social transition is irrelevant to the Vulnerable Child Compassion Act, which prohibits the use of medications used after puberty has started and is thus, not discussed further in this report.

### IV. The overwhelming majority of adolescents who receive transitioning medications continue to do so as adults

Evidence shows that young people who receive essential treatments for gender dysphoria during adolescence overwhelmingly continue them into early adulthood. Indeed, recent studies demonstrate that the vast majority of youth who start  medical treatments in adolescence continue these treatments in early adulthood. One study examined 720 people who had started GnRHa (median ages 14-16) and found that 98% continued use of these medications at follow up.[61]

The supposed concept of a wave of transgender individuals who initially received and consented to essential medical treatment for gender dysphoria and then regretted it is unfounded.

### V. No valid research supports any evidence that peer influence increases rates of gender dysphoria or even have any effect on it. Research shows gender identity has a strong, innate biological basis.

---

[59] Olson KR, Durwood L, Horton R, Gallagher NM, Devor A. Gender Identity 5 Years After Social Transition. Pediatrics. 2022 Aug 1;150(2):e2021056082. doi: 10.1542/peds.2021-056082. PMID: 35505568.

[60] Van der Loos MATC, Hannema SE, Klink DT, den Heijer M, Wiepjes CM. Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands. Lancet Child Adolesc Health. 2022 Dec;6(12):869-875. doi: 10.1016/S2352-4642(22)00254-1. Epub 2022 Oct 21. PMID: 36273487.

[61] Maria A.T.C. van der Loos, et al., Continuation of Gender-Affirming Hormones in Transgender People Starting Puberty Suppression in Adolescence: A Cohort Study in the Netherlands, The Lancet Child and Adolescent Health, Oct. 21, 2022, at https://www.sciencedirect.com/science/article/abs/pii/S2352464222002541.

Defendants' experts may claim that social contagion is the cause of gender dysphoria, citing as evidence a discredited study by Lisa Littman.[62] Littman's 2018 article contended that a novel pathology, "rapid-onset gender dysphoria" was leading teenagers to claim a transgender identity because of peer influence. As a number of experts and researchers have noted, however, Littman's study suffers from serious methodological errors, including the use of parent reports instead of clinical data and the recruitment of its sample of parents from anti-transgender websites.[63] The journal of publication required an extensive correction of the original Littman article because of its misstatements.[64]

Littman's hypothesis that rapid-onset gender dysphoria exists as a distinct condition has not been supported by studies of clinical data.[65] Neither the American Psychiatric Association nor any other reputable professional organization has recognized rapid-onset gender dysphoria as a distinct clinical condition or diagnosis.[66] Although Littman's hypothesis has been widely covered in the press, no clinical studies have found that rapid-onset gender dysphoria exists. For example, an April 2022 study of 173 youth presenting at Canadian gender clinics found no evidence of rapid-onset dysphoria or social contagion.[67] Further, no professional organization has recognized "rapid-onset gender dysphoria" as a distinct clinical condition or diagnosis

## VI. Conclusion

In conclusion, my expert opinion is that the Alabama ban on transitioning medications for transgender minors is harmful. If allowed to go into effect, it will cause serious injury to transgender adolescents. Gender dysphoria is a serious but highly treatable medical condition.

---

[62] Littman L. Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PLoS One. 2018 Aug 16;13(8):1-44; Littman L. Correction: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PLoS One. 2019 Mar 19;14(3):1-7.

[63] Restar AJ. Methodological Critique of Littman's (2018) Parental-Respondents Accounts of "Rapid-Onset Gender Dysphoria". Arch Sex Behav. 2020 Jan;49(1):61-66. doi: 10.1007/s10508-019-1453-2; Temple Newhook, J, Pyne, J, Winters, K, Feder, S, Holmes, C, Tosh, J, and Pickett, S. A critical commentary on follow-up studies and "desistance" theories about transgender and gender-nonconforming children. *International Journal of Transgenderism*, *19*(2), 212-224. (2018); see also WPATH Global Board of Directors. WPATH Position on "Rapid-Onset Gender Dysphoria" [Internet]. 2018 Sep 4 [cited 2022 Apr 1]. Available from: https://www.wpath.org/media/cms/Documents/Public%20Policies/2018/9_Sept/WPATH%20Position%20on%20Rapid-Onset%20Gender%20Dysphoria_9-4-2018.pdf.

[64] Littman L. Correction: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PLoS One. 2019 Mar 19;14(3):1-7 (altering the original article to clarify that the article collected no data from adolescents or clinicians and generates only a hypothesis for further exploration).

[65] Bauer GR, Lawson ML, Metzger DL; Trans Youth CAN! Research Team. Do Clinical Data from Transgender Adolescents Support the Phenomenon of "Rapid Onset Gender Dysphoria"? J Pediatr. 2022 Apr; 243:224-227. See also Arnoldussen M, Steensma TD, Popma A, van der Miesen AIR, Twisk JWR, de Vries ALC. Re-evaluation of the Dutch approach: are recently referred transgender youth different compared to earlier referrals? Eur Child Adolesc Psychiatry. 2020 Jun;29(6):803-811. Erratum in: Eur Child Adolesc Psychiatry. 2020 Dec 16 (concluding that there has been no marked change in the characteristics of the population of adolescents referred for gender dysphoria from 2000 to 2016; the authors hypothesize that the increase in number of referrals reflects the increasing social acceptability of seeking treatment).

[66] Restar (2018), cited in note 70.

[67] Bauer, Greta R. et al., Do Clinical Data from Transgender Adolescents Support the Phenomenon of "Rapid Onset Gender Dysphoria"? The Journal of Pediatrics, Volume 243, 224 - 227.e2.

24

The standard of care for treatment of transgender adolescents who have begun puberty includes, as determined by individual need, the prescription of transitioning medications, including puberty blockers and hormone therapy, after rigorous medical assessment and evaluation followed by parental consent and patient assent. The medications used for treatment of transgender adolescents are safe and effective. Adolescent patients with gender dysphoria who are treated consistent with the standard of care can thrive. My experience treating patients demonstrates that, as does a solid body of scientific evidence.

25

I hold each of the opinions expressed in this report with a reasonable degree of scientific certainty based on the materials I have reviewed and based on my education, experience, and knowledge. I reserve the right to supplement, amend, or modify my opinions upon review of further information, including, but not limited to, testimony, documents, and reports I receive after the date of this report.

Executed this _8_ th day of February, 2023.

_____
Meredithe McNamara, MD, MS, FAAP

 OPEN ACCESS Freely available online



 PLoS one

# Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden

Cecilia Dhejne[1], Paul Lichtenstein[2], Marcus Boman[2], Anna L. V. Johansson[2], Niklas Långström[2,3], Mikael Landén[1,2,4]*

1 Department of Clinical Neuroscience, Division of Psychiatry, Karolinska Institutet, Stockholm, Sweden, 2 Department of Medical Epidemiology and Biostatistics, Karolinska Institutet, Stockholm, Sweden, 3 Centre for Violence Prevention, Karolinska Institutet, Stockholm, Sweden, 4 Institute of Neuroscience and Physiology, The Sahlgrenska Academy at Gothenburg University, Gothenburg, Sweden

## Abstract

**Context:** The treatment for transsexualism is sex reassignment, including hormonal treatment and surgery aimed at making the person's body as congruent with the opposite sex as possible. There is a dearth of long term, follow-up studies after sex reassignment.

**Objective:** To estimate mortality, morbidity, and criminal rate after surgical sex reassignment of transsexual persons.

**Design:** A population-based matched cohort study.

**Setting:** Sweden, 1973-2003.

**Participants:** All 324 sex-reassigned persons (191 male-to-females, 133 female-to-males) in Sweden, 1973–2003. Random population controls (10:1) were matched by birth year and birth sex or reassigned (final) sex, respectively.

**Main Outcome Measures:** Hazard ratios (HR) with 95% confidence intervals (CI) for mortality and psychiatric morbidity were obtained with Cox regression models, which were adjusted for immigrant status and psychiatric morbidity prior to sex reassignment (adjusted HR [aHR]).

**Results:** The overall mortality for sex-reassigned persons was higher during follow-up (aHR 2.8; 95% CI 1.8–4.3) than for controls of the same birth sex, particularly death from suicide (aHR 19.1; 95% CI 5.8–62.9). Sex-reassigned persons also had an increased risk for suicide attempts (aHR 4.9; 95% CI 2.9–8.5) and psychiatric inpatient care (aHR 2.8; 95% CI 2.0–3.9). Comparisons with controls matched on reassigned sex yielded similar results. Female-to-males, but not male-to-females, had a higher risk for criminal convictions than their respective birth sex controls.

**Conclusions:** Persons with transsexualism, after sex reassignment, have considerably higher risks for mortality, suicidal behaviour, and psychiatric morbidity than the general population. Our findings suggest that sex reassignment, although alleviating gender dysphoria, may not suffice as treatment for transsexualism, and should inspire improved psychiatric and somatic care after sex reassignment for this patient group.

**Citation:** Dhejne C, Lichtenstein P, Boman M, Johansson ALV, Långström N, et al. (2011) Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden. PLoS ONE 6(2): e16885. doi:10.1371/journal.pone.0016885

**Editor:** James Scott, The University of Queensland, Australia

**Received** September 30, 2010; **Accepted** January 9, 2011; **Published** February 22, 2011

**Copyright:** © 2011 Dhejne et al. This is an open-access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

**Funding:** Financial support was provided through the regional agreement on medical training and clinical research (ALF) between Stockholm County Council and the Karolinska Institutet, and through grants from the Swedish Medical Research Council (K2008-62x-14647-06-3) and the Royal Swedish Academy of Sciences (Torsten Amundson's Foundation). The sponsors of the study had no role in study design, data collection, data analysis, data interpretation, or writing of the report. All authors had full access to the data in the study and the final responsibility for the decision to submit for publication was made by the corresponding author.

**Competing Interests:** The authors have declared that no competing interests exist.

* E-mail: mikael.landen@neuro.gu.se

## Introduction

Transsexualism (ICD-10),[1] or gender identity disorder (DSM-IV),[2] is a condition in which a person's gender identity - the sense of being a man or a woman - contradicts his or her bodily sex characteristics. The individual experiences gender dysphoria and desires to live and be accepted as a member of the opposite sex.

The treatment for transsexualism includes removal of body hair, vocal training, and cross-sex hormonal treatment aimed at making the person's body as congruent with the opposite sex as possible to alleviate the gender dysphoria. Sex reassignment also involves the surgical removal of body parts to make external sexual characteristics resemble those of the opposite sex, so called sex reassignment/confirmation surgery (SRS). This is a unique



98

intervention not only in psychiatry but in all of medicine. The present form of sex reassignment has been practised for more than half a century and is the internationally recognized treatment to ease gender dysphoria in transsexual persons.[3,4]

Despite the long history of this treatment, however, outcome data regarding mortality and psychiatric morbidity are scant. With respect to suicide and deaths from other causes after sex reassignment, an early Swedish study followed 24 transsexual persons for an average of six years and reported one suicide.[5] A subsequent Swedish study recorded three suicides after sex reassignment surgery of 175 patients.[6] A recent Swedish follow-up study reported no suicides in 60 transsexual patients, but one death due to complications after the sex reassignment surgery.[7] A Danish study reported death by suicide in 3 out of 29 operated male-to-female transsexual persons followed for an average of six years.[8] By contrast, a Belgian study of 107 transsexual persons followed for 4–6 years found no suicides or deaths from other causes.[9] A large Dutch single-centre study (N = 1,109), focusing on adverse events following hormonal treatment, compared the outcome after cross-sex hormone treatment with national Dutch standardized mortality and morbidity rates and found no increased mortality, with the exception of death from suicide and AIDS in male-to-females 25–39 years of age.[10] The same research group concluded in a recent report that treatment with cross-sex hormones seems acceptably safe, but with the reservation that solid clinical data are missing.[11] A limitation with respect to the Dutch cohort is that the proportion of patients treated with cross-sex hormones who also had surgical sex-reassignment is not accounted for.[10]

Data is inconsistent with respect to psychiatric morbidity post sex reassignment. Although many studies have reported psychiatric and psychological improvement after hormonal and/or surgical treatment,[7,12,13,14,15,16] other have reported on regrets,[17] psychiatric morbidity, and suicide attempts after SRS.[9,18] A recent systematic review and meta-analysis concluded that approximately 80% reported subjective improvement in terms of gender dysphoria, quality of life, and psychological symptoms, but also that there are studies reporting high psychiatric morbidity and suicide rates after sex reassignment.[19] The authors concluded though that the evidence base for sex reassignment "is of very low quality due to the serious methodological limitations of included studies."

The methodological shortcomings have many reasons. First, the nature of sex reassignment precludes double blind randomized controlled studies of the result. Second, transsexualism is rare [20] and many follow-ups are hampered by small numbers of subjects.[5,8,21,22,23,24,25,26,27,28] Third, many sex reassigned persons decline to participate in follow-up studies, or relocate after surgery, resulting in high drop-out rates and consequent selection bias.[6,9,12,21,24,28,29,30] Forth, several follow-up studies are hampered by limited follow-up periods.[7,9,21,22,26,30] Taken together, these limitations preclude solid and generalisable conclusions. A long-term population-based controlled study is one way to address these methodological shortcomings.

Here, we assessed mortality, psychiatric morbidity, and psychosocial integration expressed in criminal behaviour after sex reassignment in transsexual persons, in a total population cohort study with long-term follow-up information obtained from Swedish registers. The cohort was compared with randomly selected population controls matched for age and gender. We adjusted for premorbid differences regarding psychiatric morbidity and immigrant status. This study design sheds new light on transsexual persons' health after sex reassignment. It does not, however, address whether sex reassignment is an effective treatment or not.

## Methods

### National registers

The study population was identified by the linkage of several Swedish national registers, which contained a total of 13.8 million unique individuals. The Hospital Discharge Register (HDR, held by the National Board of Health and Welfare) contains discharge diagnoses, up to seven contributory diagnoses, external causes of morbidity or mortality, surgical procedure codes, and discharge date. Discharge diagnoses are coded according to the 8th (1969-1986), 9th (1987–1996), and 10th editions (1997-) of the International Classification of Diseases (ICD). The register covers virtually all psychiatric inpatient episodes in Sweden since 1973. Discharges that occurred up to 31 December 2003 were included. Surgical procedure codes could not be used for this study due to the lack of a specific code for sex reassignment surgery. The Total Population Register (TPR, held by Statistics Sweden) is comprised of data about the entire Swedish population. Through linkage with the Total Population Register it was possible to identify birth date and birth gender for all study subjects. The register is updated every year and gender information was available up to 2004/2005. The Medical Birth Register (MBR) was established in 1973 and contains birth data, including gender of the child at birth. National censuses based on mandatory self-report questionnaires completed by all adult citizens in 1960, 1970, 1980, and 1990 provided information on individuals, households, and dwellings, including gender, living area, and highest educational level. Complete migration data, including country of birth for immigrants for 1969–2003, were obtained from the TPR. In addition to educational information from the censuses, we also obtained highest educational level for 1990 and 2000 from the Register of Education. The Cause of Death Register (CDR, Statistics Sweden) records all deaths in Sweden since 1952 and provided information on date of death and cause of death. Death events occurring up to 31 December 2003 are included in the study. The Crime Register (held by the National Council of Crime Prevention) provided information regarding crime type and date on all criminal convictions in Sweden during the period 1973–2004. Attempted and aggravated forms of all offences were also included. All crimes in Sweden are registered regardless of insanity at the time of perpetration; for example, for individuals who suffered from psychosis at the time of the offence. Moreover, conviction data include individuals who received custodial or non-custodial sentences and cases where the prosecutor decided to caution or fine without court proceedings. Finally, Sweden does not differ considerably from other members of the European Union regarding rates of violent crime and their resolution.[31]

### Study population, identification of sex-reassigned persons (exposure assessment)

The study was designed as a population-based matched cohort study. We used the individual national registration number, assigned to all Swedish residents, including immigrants on arrival, as the primary key through all linkages. The registration number consists of 10 digits; the first six provide information of the birth date, whereas the ninth digit indicates the gender. In Sweden, a person presenting with gender dysphoria is referred to one of six specialised gender teams that evaluate and treat patients principally according to international consensus guidelines: Standards of Care.[3] With a medical certificate, the person applies to the National Board of Health and Welfare to receive permission for sex reassignment surgery and a change of legal sex status. A new national registration number signifying the new gender is assigned after sex reassignment surgery. The National

99

Board of Health and Welfare maintains a link between old and new national registration numbers, making it possible to follow individuals undergoing sex reassignment across registers and over time. Hence, sex reassignment surgery in Sweden requires (i) a transsexualism diagnosis and (ii) permission from the National Board of Health and Welfare.

A person was defined as exposed to sex reassignment surgery if two criteria were met: (i) at least one inpatient diagnosis of gender identity disorder diagnosis without concomitant psychiatric diagnoses in the Hospital Discharge Register, and (ii) at least one discrepancy between gender variables in the Medical Birth Register (from 1973 and onwards) or the National Censuses from 1960, 1970, 1980, or 1990 and the latest gender designation in the Total Population registers. The first criterion was employed to capture the hospitalization for sex reassignment surgery that serves to secure the diagnosis and provide a time point for sex reassignment surgery; the plastic surgeons namely record the reason for sex reassignment surgery, i.e., transsexualism, but not any co-occurring psychiatric morbidity. The second criterion was used to ensure that the person went through all steps in sex-reassignment and also changed sex legally.

The date of sex reassignment (start of follow-up) was defined as the first occurrence of a gender identity disorder diagnosis, without any other concomitant psychiatric disorder, in the Hospital Discharge Register after the patient changed sex status (any discordance in sex designation across the Censuses, Medical Birth, and Total Population registers). If this information was missing, we used instead the closest date in the Hospital Discharge Register on which the patient was diagnosed with gender identity disorder without concomitant psychiatric disorder prior to change in sex status. The reason for prioritizing the use of a gender identity disorder diagnosis *after* changed sex status over *before* was to avoid overestimating person-years at risk of sex-reassigned person.

Using these criteria, a total of 804 patients with gender identity disorder were identified, whereof 324 displayed a shift in the gender variable during the period 1973–2003. The 480 persons that did not shift gender variable comprise persons who either did not apply, or were not approved, for sex reassignment surgery. Moreover, the ICD 9 code 302 is a non-specific code for sexual disorders. Hence, this group might also comprise persons that were hospitalized for sexual disorders other than transsexualism. Therefore, they were omitted from further analyses. Of the remaining 324 persons, 288 were identified with the gender identity diagnosis *after* and 36 *before* change of sex status. Out of the 288 persons identified *after* changed sex status, 185 could also be identified *before* change in sex status. The median time lag between the hospitalization *before* and *after* sex change for these 185 persons was 0.96 years (mean 2.2 years, SD 3.3).

Gender identity disorder was coded according to ICD-8: 302.3 (transsexualism) and 302.9 (sexual deviation NOS); ICD-9: 302 (overall code for sexual deviations and disorders, more specific codes were not available in ICD-9); and ICD-10: F64.0 (transsexualism), F64.1 (dual-role transvestism), F64.8 (other gender identity disorder), and F64.9 (gender identity disorder NOS). Other psychiatric disorders were coded as ICD-8: 290-301 and 303-315; ICD-9: 290-301 and 303-319; and ICD-10: F00-F63 as well as F65-F99.

## Identification of population-based controls (unexposed group)

For each exposed person (N = 324), we randomly selected 10 unexposed controls. A person was defined as unexposed if there were no discrepancies in sex designation across the Censuses, Medical Birth, and Total Population registers *and* no gender

identity disorder diagnosis according to the Hospital Discharge Register. Control persons were matched by sex and birth year and had to be alive and residing in Sweden at the estimated sex reassignment date of the case person. To study possible gender-specific effects on outcomes of interest, we used two different control groups: one with the same sex as the case individual at birth (birth sex matching) and the other with the sex that the case individual had been reassigned to (final sex matching).

## Outcome measures

We studied mortality, psychiatric morbidity, accidents, and crime following sex reassignment. More specifically, we investigated: (1) all-cause mortality, (2) death by definite/uncertain suicide, (3) death by cardiovascular disease, and (4) death by tumour. Morbidity included (5) any psychiatric disorder (gender identity disorders excluded), (6) alcohol/drug misuse and dependence, (7) definite/uncertain suicide attempt, and (8) accidents. Finally, we addressed court convictions for (9) any criminal offence and (10) any violent offence. Each individual could contribute with several outcomes, but only one event per outcome. Causes of death (Cause of Death Registry from 1952 and onwards) were defined according to ICD as suicide (ICD-8 and ICD-9 codes E950-E959 and E980-E989, ICD-10 codes X60-X84 and Y10-Y34); cardiovascular disease (ICD-8 codes 390-458, ICD-9 codes 390-459, ICD-10 codes 100-199); neoplasms (ICD-8 and ICD-9 codes 140-239, ICD-10 codes C00-D48), any psychiatric disorder (gender identity disorders excluded; (ICD-8 codes 290-301 and 303-315, ICD-9 codes 290-301 and 303-319, ICD-10 codes F00-F63 and F65-F99); alcohol/drug abuse and dependence (ICD-8 codes 303-304, ICD-9 codes 303-305 (tobacco use disorder excluded), ICD-10 codes F10-F16 and F18-F19 (x5 excluded); and accidents (ICD-8 and ICD-9 codes E800-E929, ICD-10 codes V01-X59).

Any criminal conviction during follow-up was counted; specifically, violent crime was defined as homicide and attempted homicide, aggravated assault and assault, robbery, threatening behaviour, harassment, arson, or any sexual offense.[32]

## Covariates

Severe psychiatric morbidity was defined as inpatient care according to ICD-8 codes 291, 295-301, 303-304, and 307; ICD-9 codes 291-292, 295-298, 300-301, 303-305 (tobacco use disorder excluded), 307.1, 307.5, 308-309, and 311; ICD-10 codes F10-F16, F18-F25, F28-F45, F48, F50, and F60-F62. Immigrant status, defined as individuals born abroad, was obtained from the Total Population Register. All outcome/covariate variables were dichotomized (i.e., affected or unaffected) and without missing values.

## Statistical analyses

Each individual contributed person-time from study entry (for exposed: date of sex reassignment; for unexposed: date of sex reassignment of matched case) until date of outcome event, death, emigration, or end of study period (31 December 2003), whichever came first. The association between exposure (sex reassignment) and outcome (mortality, morbidity, crime) was measured by hazard ratios (HR) with 95% CIs, taking follow-up time into account. HRs were estimated from Cox proportional hazard regression models, stratified on matched sets (1:10) to account for the matching by sex, age, and calendar time (birth year). We present crude HRs (though adjusted for sex and age through matching) and confounder-adjusted HRs (aHRs) for all outcomes. The two potential confounders, immigrant status (yes/no) and history of severe psychiatric morbidity (yes/no) prior to sex

Long-Term Follow-Up of Sex Reassignment

reassignment, were chosen based on previous research[18,33] and different prevalence across cases and controls (Table 1).

Gender-separated analyses were performed and a Kaplan-Meier survival plot graphically illustrates the survival of the sex reassigned cohort and matched controls (all-cause mortality) over time. The significance level was set at 0.05 (all tests were two-sided). All outcome/covariate variables were without missing values, since they are generated from register data, which are either present (affected) or missing (unaffected). The data were analysed using SAS version 9.1 (SAS Institute Inc., Cary, NC, USA).

## Ethics

The data linking of national registers required for this study was approved by the IRB at Karolinska Institutet, Stockholm. All data were analyzed anonymously; therefore, informed consent for each individual was neither necessary nor possible.

## Results

We identified 324 transsexual persons (exposed cohort) who underwent sex reassignment surgery and were assigned a new legal sex between 1973 and 2003. These constituted the sex-reassigned (exposed) group. Fifty-nine percent (N = 191) of sex-reassigned persons were male-to-females and 41% (N = 133) female-to-males, yielding a sex ratio of 1.4:1 (Table 1).

The average follow-up time for all-cause mortality was 11.4 (median 9.1) years. The average follow-up time for the risk of being hospitalized for any psychiatric disorder was 10.4 (median 8.1).

## Characteristics prior to sex reassignment

Table 1 displays demographic characteristics of sex-reassigned and control persons prior to study entry (sex reassignment). There were no substantial differences between female-to-males and male-to-females regarding measured baseline characteristics. Immigrant status was twice as common among transsexual individuals compared to controls, living in an urban area somewhat more common, and higher education about equally prevalent. Trans-sexual individuals had been hospitalized for psychiatric morbidity other than gender identity disorder prior to sex reassignment about four times more often than controls. To adjust for these baseline discrepancies, hazard ratios adjusted for immigrant status and psychiatric morbidity prior to baseline are presented for all outcomes [aHRs].

## Mortality

Table 2 describes the risks for selected outcomes during follow-up among sex-reassigned persons, compared to same-age controls of the same birth sex. Sex-reassigned transsexual persons of both genders had approximately a three times higher risk of all-cause mortality than controls, also after adjustment for covariates. Table 2

**Table 1.** Baseline characteristics among sex-reassigned subjects in Sweden (N = 324) and population controls matched for birth year and sex.

| Characteristic at baseline | Sex-reassigned subjects (N = 324) | Birth-sex matched controls (N = 3,240) | Final-sex matched controls (N = 3,240) |
|---|---|---|---|
| Gender | | | |
| Female at birth, male after sex change | 133 (41%) | 1,330 (41%) | 1,330 (41%) |
| Male at birth, female after sex change | 191 (59%) | 1,910 (59%) | 1,910 (59%) |
| Average age at study entry (years) (SD, min-max) | | | |
| Female at birth, male after sex change | 33.3 (8.7, 20–62) | 33.3 (8.7, 20–62) | 33.3 (8.7, 20–62) |
| Male at birth, female after sex change | 36.3 (10.1, 21–69) | 36.3 (10.1, 21–69) | 36.3 (10.1, 21–69) |
| Both genders | 35.1 (9.7, 20–69) | 35.1 (9.7, 20–69) | 35.1 (9.7, 20–69) |
| Immigrant status | | | |
| Female at birth, male after sex change | 28 (21%) | 118 (9%) | 100 (8%) |
| Male at birth, female after sex change | 42 (22%) | 176 (9%) | 164 (9%) |
| Both genders | 70 (22%) | 294 (9%) | 264 (8%) |
| Less than 10 years of schooling prior to entry vs. 10 years or more | | | |
| Females at birth, males after sex change | 49 (44%); 62 (56%) | 414 (37%); 714 (63%) | 407 (36%); 713 (64%) |
| Males at birth, females after sex change | 61 (41%); 89 (59%) | 665 (40%); 1,011 (60%) | 595 (35%); 1,091 (65%) |
| All individuals with data | 110 (42%); 151 (58%) | 1,079 (38%); 1,725 (62%) | 1,002 (36%); 1,804 (64%) |
| Psychiatric morbidity* prior to study entry | | | |
| Female at birth, male after sex change | 22 (17%) | 47 (4%) | 42 (3%) |
| Male at birth, female after sex change | 36 (19%) | 76 (4%) | 72 (4%) |
| Both genders | 58 (18%) | 123 (4%) | 114 (4%) |
| Rural (vs. urban) living area prior to entry | | | |
| Female at birth, male after sex change | 13 (10%) | 180 (14%) | 195 (15%) |
| Male at birth, female after sex change | 20 (10%) | 319 (17%) | 272 (14%) |
| Both genders | 33 (10%) | 499 (15%) | 467 (14%) |

**Note:**
*Hospitalizations for gender identity disorder were not included.
doi:10.1371/journal.pone.0016885.t001



101

Long-Term Follow-Up of Sex Reassignment

**Table 2.** Risk of various outcomes among sex-reassigned subjects in Sweden (N = 324) compared to population controls matched for birth year and birth sex.

| | Number of events cases/ controls 1973–2003 | Outcome incidence rate per 1000 person-years 1973–2003 (95% CI) | | Crude hazard ratio (95% CI) 1973–2003 | Adjusted* hazard ratio (95% CI) 1973–2003 | Adjusted* hazard ratio (95% CI) 1973–1988 | Adjusted* hazard ratio (95% CI) 1989–2003 |
|---|---|---|---|---|---|---|---|
| | | Cases | Controls | | | | |
| Any death | 27/99 | 7.3 (5.0–10.6) | 2.5 (2.0–3.0) | 2.9 (1.9–4.5) | 2.8 (1.8–4.3) | 3.1 (1.9–5.0) | 1.9 (0.7–5.0) |
| Death by suicide | 10/5 | 2.7 (1.5–5.0) | 0.1 (0.1–0.3) | 19.1 (6.5–55.9) | 19.1 (5.8–62.9) | N/A | N/A |
| Death by cardiovascular disease | 9/42 | 2.4 (1.3–4.7) | 1.1 (0.8–1.4) | 2.6 (1.2–5.4) | 2.5 (1.2–5.3) | N/A | N/A |
| Death by neoplasm | 8/38 | 2.2 (1.1–4.3) | 1.0 (0.7–1.3) | 2.1 (1.0–4.6) | 2.1 (1.0–4.6) | N/A | N/A |
| Any psychiatric hospitalisation‡ | 64/173 | 19.0 (14.8–24.2) | 4.2 (3.6–4.9) | 4.2 (3.1–5.6) | 2.8 (2.0–3.9) | 3.0 (1.9–4.6) | 2.5 (1.4–4.2) |
| Substance misuse | 22/78 | 5.9 (3.9–8.9) | 1.8 (1.5–2.3) | 3.0 (1.9–4.9) | 1.7 (1.0–3.1) | N/A | N/A |
| Suicide attempt | 29/44 | 7.9 (5.5–11.4) | 1.0 (0.8–1.4) | 7.6 (4.7–12.4) | 4.9 (2.9–8.5) | 7.9 (4.1–15.3) | 2.0 (0.7–5.3) |
| Any accident | 32/233 | 9.0 (6.3–12.7) | 5.7 (5.0–6.5) | 1.6 (1.1–2.3) | 1.4 (1.0–2.1) | 1.6 (1.0–2.5) | 1.1 (0.5–2.2) |
| Any crime | 60/350 | 18.5 (14.3–23.8) | 9.0 (8.1–10.0) | 1.9 (1.4–2.5) | 1.3 (1.0–1.8) | 1.6 (1.1–2.4) | 0.9 (0.6–1.5) |
| Violent crime | 14/61 | 3.6 (2.1–6.1) | 1.4 (1.1–1.8) | 2.7 (1.5–4.9) | 1.5 (0.8–3.0) | N/A | N/A |

Notes:
*Adjusted for psychiatric morbidity prior to baseline and immigrant status.
‡Hospitalisations for gender identity disorder were excluded.
N/A Not applicable due to sparse data.
doi:10.1371/journal.pone.0016885.t002

separately lists the outcomes depending on when sex reassignment was performed: during the period 1973–1988 or 1989–2003. Even though the overall mortality was increased across both time periods, it did not reach statistical significance for the period 1989–2003. The Kaplan-Meier curve (Figure 1) suggests that survival of transsexual persons started to diverge from that of matched controls after about 10 years of follow-up. The cause-specific mortality from

suicide was much higher in sex-reassigned persons, compared to matched controls. Mortality due to cardiovascular disease was moderately increased among the sex-reassigned, whereas the numerically increased risk for malignancies was borderline statistically significant. The malignancies were lung cancer (N = 3), tongue cancer (N = 1), pharyngeal cancer (N = 1), pancreas cancer (N = 1), liver cancer (N = 1), and unknown origin (N = 1).



**Figure 1. Death from any cause as a function of time after sex reassignment among 324 transsexual persons in Sweden (male-to-female: N = 191, female-to-male: N = 133), and population controls matched on birth year.**
doi:10.1371/journal.pone.0016885.g001

102

## Psychiatric morbidity, substance misuse, and accidents

Sex-reassigned persons had a higher risk of inpatient care for a psychiatric disorder other than gender identity disorder than controls matched on birth year and birth sex (Table 2). This held after adjustment for prior psychiatric morbidity, and was true regardless of whether sex reassignment occurred before or after 1989. In line with the increased mortality from suicide, sex-reassigned individuals were also at a higher risk for suicide attempts, though this was not statistically significant for the time period 1989–2003. The risks of being hospitalised for substance misuse or accidents were not significantly increased after adjusting for covariates (Table 2).

## Crime rate

Transsexual individuals were at increased risk of being convicted for any crime or violent crime after sex reassignment (Table 2; this was, however, only significant in the group who underwent sex reassignment before 1989.

## Gender differences

Comparisons of female-to-males and male-to-females, although hampered by low statistical power and associated wide confidence intervals, suggested mostly similar risks for adverse outcomes (Tables S1 and S2). However, violence against self (suicidal behaviour) and others ([violent] crime) constituted important exceptions. First, male-to-females had significantly increased risks for suicide attempts compared to both female (aHR 9.3; 95% CI 4.4–19.9) and male (aHR 10.4; 95% CI 4.9–22.1) controls. By contrast, female-to-males had significantly increased risk of suicide attempts only compared to male controls (aHR 6.8; 95% CI 2.1–21.6) but not compared to female controls (aHR 1.9; 95% CI 0.7–4.8). This suggests that male-to-females are at higher risk for suicide attempts after sex reassignment, whereas female-to-males maintain a female pattern of suicide attempts after sex reassignment (Tables S1 and S2).

Second, regarding any crime, male-to-females had a significantly increased risk for crime compared to female controls (aHR 6.6; 95% CI 4.1–10.8) but not compared to males (aHR 0.8; 95% CI 0.5–1.2). This indicates that they retained a male pattern regarding criminality. The same was true regarding violent crime. By contrast, female-to-males had higher crime rates than female controls (aHR 4.1; 95% CI 2.5–6.9) but did not differ from male controls. This indicates a shift to a male pattern regarding criminality and that sex reassignment is coupled to increased crime rate in female-to-males. The same was true regarding violent crime.

## Discussion

### Principal findings and comparison with previous research

We report on the first nationwide population-based, long-term follow-up of sex-reassigned transsexual persons. We compared our cohort with randomly selected population controls matched for age and gender. The most striking result was the high mortality rate in both male-to-females and female-to-males, compared to the general population. This contrasts with previous reports (with one exception[8]) that did not find an increased mortality rate after sex reassignment, or only noted an increased risk in certain subgroups.[7,9,10,11] Previous clinical studies might have been biased since people who regard their sex reassignment as a failure are more likely to be lost to follow-up. Likewise, it is cumbersome to track deceased persons in clinical follow-up studies. Hence, population-based register studies like the present are needed to improve representativity.[19,34]

The poorer outcome in the present study might also be explained by longer follow-up period (median >10 years) compared to previous studies. In support of this notion, the survival curve (Figure 1) suggests increased mortality from ten years after sex reassignment and onwards. In accordance, the overall mortality rate was only significantly increased for the group operated before 1989. However, the latter might also be explained by improved health care for transsexual persons during 1990s, along with altered societal attitudes towards persons with different gender expressions.[35]

Mortality due to cardiovascular disease was significantly increased among sex reassigned individuals, albeit these results should be interpreted with caution due to the low number of events. This contrasts, however, a Dutch follow-up study that reported no increased risk for cardiovascular events.[10,11] A recent meta-analysis concluded, however, that data on cardiovascular outcome after cross-sex steroid use are sparse, inconclusive, and of very low quality.[34]

With respect to neoplasms, prolonged hormonal treatment might increase the risk for malignancies,[36] but no previous study has tested this possibility. Our data suggested that the cause-specific risk of death from neoplasms was increased about twice (borderline statistical significance). These malignancies (see Results), however, are unlikely to be related to cross-hormonal treatment.

There might be other explanations to increased cardiovascular death and malignancies. Smoking was in one study reported in almost 50% by the male-to-females and almost 20% by female-to-males.[9] It is also possible that transsexual persons avoid the health care system due to a presumed risk of being discriminated.

Mortality from suicide was strikingly high among sex-reassigned persons, also after adjustment for prior psychiatric morbidity. In line with this, sex-reassigned persons were at increased risk for suicide attempts. Previous reports [6,8,10,11] suggest that transsexualism is a strong risk factor for suicide, also after sex reassignment, and our long-term findings support the need for continued psychiatric follow-up for persons at risk to prevent this.

Inpatient care for psychiatric disorders was significantly more common among sex-reassigned persons than among matched controls, both before and after sex reassignment. It is generally accepted that transsexuals have more psychiatric ill-health than the general population prior to the sex reassignment.[18,21,22,33] It should therefore come as no surprise that studies have found high rates of depression,[9] and low quality of life[16,25] also after sex reassignment. Notably, however, in this study the increased risk for psychiatric hospitalisation persisted even after adjusting for psychiatric hospitalisation prior to sex reassignment. This suggests that even though sex reassignment alleviates gender dysphoria, there is a need to identify and treat co-occurring psychiatric morbidity in transsexual persons not only before but also after sex reassignment.

Criminal activity, particularly violent crime, is much more common among men than women in the general population. A previous study of all applications for sex reassignment in Sweden up to 1992 found that 9.7% of male-to-female and 6.1% of female-to-male applicants had been prosecuted for a crime.[33] Crime after sex reassignment, however, has not previously been studied. In this study, male-to-female individuals had a higher risk for criminal convictions compared to female controls but not compared to male controls. This suggests that the sex reassignment procedure neither increased nor decreased the risk for criminal offending in male-to-females. By contrast, female-to-males were at a higher risk for criminal convictions compared to female controls and did not differ from male controls, which suggests increased crime proneness in female-to-males after sex reassignment.

103

## Strengths and limitations of the study

Strengths of this study include nationwide representativity over more than 30 years, extensive follow-up time, and minimal loss to follow-up. Many previous studies suffer from low outcome ascertainment.[6,9,21,29] whereas this study has captured almost the entire population of sex-reassigned transsexual individuals in Sweden from 1973–2003. Moreover, previous outcome studies have mixed pre-operative and post-operative transsexual persons.[22,37] while we included only post-operative transsexual persons that also legally changed sex. Finally, whereas previous studies either lack a control group or use standardised mortality rates or standardised incidence rates as comparisons.[9,10,11] we selected random population controls matched by birth year, and either birth or final sex.

Given the nature of sex reassignment, a double blind randomized controlled study of the result after sex reassignment is not feasible. We therefore have to rely on other study designs. For the purpose of evaluating whether sex reassignment is an effective treatment for gender dysphoria, it is reasonable to compare reported gender dysphoria pre and post treatment. Such studies have been conducted either prospectively[7,12] or retrospectively.[5,6,9,22,25,26,29,38] and suggest that sex reassignment of transsexual persons improves quality of life and gender dysphoria. The limitation is of course that the treatment has not been assigned randomly and has not been carried out blindly.

For the purpose of evaluating the safety of sex reassignment in terms of morbidity and mortality, however, it is reasonable to compare sex reassigned persons with matched population controls. The caveat with this design is that transsexual persons before sex reassignment might differ from healthy controls (although this bias can be statistically corrected for by adjusting for baseline differences). It is therefore important to note that the current study is only informative with respect to transsexuals persons health after sex reassignment; no inferences can be drawn as to the effectiveness of sex reassignment as a treatment for transsexualism. In other words, the results should not be interpreted such as sex reassignment *per se* increases morbidity and mortality. Things might have been even worse without sex reassignment. As an analogy, similar studies have found increased somatic morbidity, suicide rate, and overall mortality for patients treated for bipolar disorder and schizophrenia.[39,40] This is important information, but it does not follow that mood stabilizing treatment or antipsychotic treatment is the culprit.

Other facets to consider are first that this study reflects the outcome of psychiatric and somatic treatment for transsexualism provided in Sweden during the 1970s and 1980s. Since then, treatment has evolved with improved sex reassignment surgery, refined hormonal treatment,[11,41] and more attention to psychosocial care that might have improved the outcome. Second, transsexualism is a rare condition and Sweden is a small country (9.2 million inhabitants in 2008). Hence, despite being based on a comparatively large national cohort and long-term follow-up, the statistical power was limited. Third, regarding psychiatric morbidity after sex reassignment, we assessed inpatient psychiatric care. Since most psychiatric care is provided in outpatient settings (for which no reliable data were available), underestimation of the *absolute* prevalences was inevitable. However, there is no reason to believe that this would change the *relative risks* for psychiatric morbidity unless sex-reassigned transsexual individuals were more likely than matched controls to be admitted to hospital for any given psychiatric condition.

Finally, to estimate start of follow-up, we prioritized using the date of a gender identity disorder diagnosis *after* changed sex status over *before* changed sex status, in order to avoid overestimating person-years at risk after sex-reassignment. This means that adverse outcomes might have been underestimated. However, given that the median time lag between the hospitalization before and after change of sex status were less than a year (see Methods), this maneuver is unlikely to have influenced the results significantly. Moreover, all deaths will be recorded regardless of this exercise and mortality hence correctly estimated.

## Conclusion

This study found substantially higher rates of overall mortality, death from cardiovascular disease and suicide, suicide attempts, and psychiatric hospitalisations in sex-reassigned transsexual individuals compared to a healthy control population. This highlights that post surgical transsexuals are a risk group that need long-term psychiatric and somatic follow-up. Even though surgery and hormonal therapy alleviates gender dysphoria, it is apparently not sufficient to remedy the high rates of morbidity and mortality found among transsexual persons. Improved care for the transsexual group after the sex reassignment should therefore be considered.

## Supporting Information

**Table S1  Risk of various outcomes in sex-reassigned persons in Sweden compared to population controls matched for birth year and *birth sex*.**
(DOCX)

**Table S2  Risk of various outcomes in sex-reassigned persons in Sweden compared to controls matched for birth year and *final sex*.**
(DOCX)

## Author Contributions

Conceived and designed the experiments: CD PL AJ NL ML. Performed the experiments: MB AJ. Analyzed the data: CD PL MB AJ NL ML. Contributed reagents/materials/analysis tools: PL NL AJ. Wrote the paper: CD PL MB AJ NL ML.

## References

1. World Health Organization (1993) The ICD-10 Classification of Mental and Behavioural Disorders. Diagnostic criteria for research. Geneva: WHO.
2. American Psychiatric Association, ed 1994, Diagnostic and Statistical Manual of Mental Disorders. Washington, DC: APA.
3. Meyer W, Bockting W, Cohen-Kettenis P, Coleman E, DiCeglie D, et al. (2002) The Harry Benjamin International Gender Dysphoria Association's Standards of Care for Gender Identity Disorders, Sixth Version. Journal of Psychology & Human Sexuality 13: 1–30.
4. Cohen-Kettenis PT, Gooren LJG (1999) Transsexualism: A review of etiology, diagnosis and treatment. J Psychosom Res 46: 315–333.
5. Wålinder J, Thuwe I (1975) A social-psychiatric follow-up study of 24 sex-reassigned transsexuals. Göteborg, Sweden: Scandinavian University Books.
6. Eldh J, Berg A, Gustafsson M (1997) Long-term follow up after sex reassignment surgery. Scand J Plast Reconstr Surg Hand Surg 31: 39–45.
7. Johansson A, Sundbom E, Höjerback T, Bodlund O (2010) A five-year follow-up study of Swedish adults with gender identity disorder. Arch Sex Behav 39: 1429–1437.
8. Sorensen T, Hertoft P (1982) Male and female transsexualism: The Danish experience with 37 patients. ArchSex Behav 11: 133–155.
9. De Cuypere G, T'Sjoen G, Beerten R, Selvaggi G, De Sutter P, et al. (2005) Sexual and physical health after sex reassignment surgery. Arch Sex Behav 34: 679–690.
10. van Kesteren PJ, Asscheman H, Megens JA, Gooren LJ (1997) Mortality and morbidity in transsexual subjects treated with cross-sex hormones. Clin Endocrinol Oxf 47: 337–342.



11. Gooren LJ, Giltay EJ, Bunck MC (2008) Long-term treatment of transsexuals with cross-sex hormones: extensive personal experience. J Clin Endocrinol Metab 93: 19–25.

12. Smith YL, van Goozen SH, Cohen-Kettenis PT (2001) Adolescents with gender identity disorder who were accepted or rejected for sex reassignment surgery: a prospective follow-up study. J Am Acad Child Adolesc Psychiatry 40: 472–481.

13. Smith YL, Van Goozen SH, Kuiper AJ, Cohen-Kettenis PT (2005) Sex reassignment: outcomes and predictors of treatment for adolescent and adult transsexuals. Psychol Med 35: 89–99.

14. Leavitt F, Berger JC, Hoeppner JA, Northrop G (1980) Presurgical adjustment in male transsexuals with and without hormonal treatment. J Nerv Ment Dis 168: 693–697.

15. Cohen-Kettenis PT, van Goozen SH (1997) Sex reassignment of adolescent transsexuals: a follow-up study. J Am Acad Child Adolesc Psychiatry 36: 263–271.

16. Newfield E, Hart S, Dibble S, Kohler L (2006) Female-to-male transgender quality of life. Qual Life Res 15: 1447–1457.

17. Landen M, Walinder J, Hambert G, Lundström B (1998) Factors predictive of regret in sex reassignment. Acta Psychiatrica Scandinavica 97: 284–289.

18. Hepp U, Kraemer B, Schnyder U, Miller N, Delsignore A (2005) Psychiatric comorbidity in gender identity disorder. J Psychosom Res 58: 259–261.

19. Murad MH, Elamin MB, Garcia MZ, Mullan RJ, Murad A, et al. (2010) Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes. Clin Endocrinol (Oxf) 72: 214–231.

20. Landén M, Wålinder J, Lundström B (1996) Incidence and sex ratio of transsexualism in Sweden. Acta Psychiatrica Scandinavica 93: 261–263.

21. Lobato MI, Koff WJ, Manenti C, da Fonseca Seger D, Salvador J, et al. (2006) Follow-up of sex reassignment surgery in transsexuals: a Brazilian cohort. Arch Sex Behav 35: 711–715.

22. Bodlund O, Kullgren G (1996) Transsexualism-General outcome and prognostic factors. A five year follow-up study of 19 transsexuals in the process of changing sex. Arch Sex Behav 25: 303–316.

23. Lindemalm G, Körlin D, Uddenberg N (1986) Long-term follow-up of "sex change" in 13 male-to-female transsexuals. Arch Sex Behav 15: 187–210.

24. Rauchfleisch U, Barth D, Battegay R (1998) [Results of long-term follow-up of transsexual patients]. Nervenarzt 69: 799–805.

25. Kuhn A, Bodmer C, Stadlmayr W, Kuhn P, Mueller MD, et al. (2009) Quality of life-15 years after sex reassignment surgery for transsexualism. Fertil Steril 92: 1685–1689 e1683.

26. Zimmermann A, Zimmer R, Kovacs L, Einodshofer S, Herschbach P, et al. (2006) [Transsexuals' life satisfaction after gender transformation operations]. Chirurg 77: 432–438.

27. Rehman J, Lazer S, Benet AE, Schaefer LC, Melman A (1999) The reported sex and surgery satisfactions of 28 postoperative male-to-female transsexual patients. Arch Sex Behav 28: 71–89.

28. Hepp U, Klaghofer R, Burkhard-Kubler R, Buddeberg C (2002) [Treatment follow-up of transsexual patients. A catamnestic study]. Nervenarzt 73: 283–288.

29. Lawrence AA (2003) Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. Arch Sex Behav 32: 299–315.

30. Kuhn H, Biemer E (1991) [Results of sex change operations in 30 transsexual patients; psychosocial and sexual adaptation–surgical complications]. Handchir Mikrochir Plast Chir 23: 276–278.

31. Dolmén L (2001) Brottsligheten i olika länder (Criminality in different countries). Stockholm: Brottsförebyggande rådet (the Swedish National Council for Crime Prevention).

32. Fazel S, Grann M (2006) The population impact of severe mental illness on violent crime. Am J Psychiatry 163: 1397–1403.

33. Landén M, Wålinder J, Lundström B (1998) Clinical characteristics of a total cohort of female and male applicants for sex reassignment: a descriptive study. Acta Psychiatrica Scandinavica 97: 189–194.

34. Elamin MB, Garcia MZ, Murad MH, Erwin PJ, Montori VM (2010) Effect of sex steroid use on cardiovascular risk in transsexual individuals: a systematic review and meta-analyses. Clin Endocrinol (Oxf) 72: 1–10.

35. Landén M, Innala S (2000) Attitudes toward transsexualism in a Swedish national survey. Archives of Sexual Behavior 29: 375–388.

36. Mueller A, Gooren L (2008) Hormone-related tumors in transsexuals receiving treatment with cross-sex hormones. Eur J Endocrinol 159: 197–202.

37. Vujovic S, Popovic S, Sbutega-Milosevic G, Djordjevic M, Gooren L (2009) Transsexualism in Serbia: a twenty-year follow-up study. J Sex Med 6: 1018–1023.

38. Rehman J, Lazer S, Benet AE, Schaefer LC, Melman A (1999) The reported sex and surgery satisfactions of 28 postoperative male-to-female transsexual patients. Arch Sex Behav 28: 71–89.

39. Osby U, Brandt L, Correia N, Ekbom A, Sparen P (2001) Excess mortality in bipolar and unipolar disorder in Sweden. Arch Gen Psychiatry 58: 844–850.

40. Tidemalm D, Langstrom N, Lichtenstein P, Runeson B (2008) Risk of suicide after suicide attempt according to coexisting psychiatric disorder: Swedish cohort study with long term follow-up. Bmj 337: a2205.

41. Toorians AW, Thomassen MC, Zweegman S, Magdeleyns EJ, Tans G, et al. (2003) Venous thrombosis and changes of hemostatic variables during cross-sex hormone treatment in transsexual people. J Clin Endocrinol Metab 88: 5723–5729.

105

**Table S1.** Risk of various outcomes in sex-reassigned subjects in Sweden compared to population controls matched for birth year and *birth sex*.

| Outcome | No. of events (male-to-female/female-to-male) | Crude hazard ratio (95% CI) | | | Adjusted* hazard ratio (95% CI) | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | All sex-reassignment persons (N=324) | Male-to-female only (N=191) | Female-to-male only (N=133) | All sex-reassignment persons (N=324) | Male-to-female only (N=191) | Female-to-male only (N=133) |
| Any death | 27 (17/10) | 2.9 (1.9-4.5) | 2.6 (1.5-4.5) | 3.7 (1.8-7.7) | 2.8 (1.8-4.3) | 2.4 (1.4-4.1) | 3.8 (1.8-7.9) |
| Death by suicide | 10 (6/4) | 19.1 (6.5-55.9) | 13.9 (3.9-49.6) | 40.0 (4.5-357.9) | N/A | N/A | N/A |
| Death by cardiovascular disease | 9 (6/3) | 2.6 (1.2-5.4) | 2.3 (0.9-5.7) | 3.2 (0.9-11.9) | N/A | N/A | N/A |
| Death by neoplasm | 8 (4/4) | 2.1 (1.0-4.6) | 1.7 (0.6-4.9) | 2.8 (0.9-8.5) | N/A | N/A | N/A |
| Any psychiatric hospitalisation‡ | 64 (43/21) | 4.2 (3.1-5.6) | 4.7 (3.2-6.7) | 3.4 (2.1-5.6) | 2.8 (2.0-3.9) | 3.2 (2.1-4.9) | 2.2 (1.3-4.0) |
| Substance misuse | 22 (14/8) | 3.0 (1.9-4.9) | 2.8 (1.6-5.1) | 3.5 (1.6-7.8) | 1.7 (1.0-3.1) | 1.5 (0.7-3.1) | 2.3 (0.9-5.8) |
| Suicide attempt | 29 (22/7) | 7.6 (4.7-12.4) | 15.4 (7.9-30.2) | 2.9 (1.3-6.8) | 4.9 (2.9-8.5) | 10.4 (4.9-22.1) | 1.9 (0.7-4.8) |
| Any accident | 32 (19/13) | 1.6 (1.1-2.3) | 1.4 (0.9-2.2) | 1.9 (1.0-3.4) | 1.4 (1.0-2.1) | 1.2 (0.7-2.0) | 1.8 (1.0-3.3) |
| Any crime | 60 (33/27) | 1.9 (1.4-2.5) | 1.2 (0.8-1.7) | 5.6 (3.5-9.1) | 1.3 (1.0-1.8) | 0.8 (0.5-1.2) | 4.1 (2.5-6.9) |
| Violent crime | 14 (8/6) | 2.7 (1.5-4.9) | 1.8 (0.8-3.7) | 9.9 (3.2-30.7) | 1.5 (0.8-3.0) | 0.8 (0.3-2.1) | 7.2 (2.1-24.4) |

Notes: N/A Not applicable due to sparse data. *Adjusted for immigrant status and psychiatric morbidity up to baseline. ‡ Hospitalisations for gender identity disorder were excluded.