# EXHIBIT 62

Transgender Health
Volume 5, Number 4, 2020
Mary Ann Liebert, Inc.
DOI: 10.1089/trgh.2020.0006

## ORIGINAL ARTICLE

# Consensus Parameter: Research Methodologies to Evaluate Neurodevelopmental Effects of Pubertal Suppression in Transgender Youth

Diane Chen,[1–4,*,†] John F. Strang,[5–9,†] Victoria D. Kolbuck,[1] Stephen M. Rosenthal,[10] Kim Wallen,[11] Deborah P. Waber,[12,13] Laurence Steinberg,[14] Cheryl L. Sisk,[15] Judith Ross,[16,17] Tomas Paus,[18–20] Sven C. Mueller,[21,22] Margaret M. McCarthy,[23] Paul E. Micevych,[24] Carol L. Martin,[25] Baudewijntje P.C. Kreukels,[26] Lauren Kenworthy,[5–9] Megan M. Herting,[27,28] Agneta Herlitz,[29] Ira R.J. Hebold Haraldsen,[30] Ronald Dahl,[31] Eveline A. Crone,[32] Gordon J. Chelune,[33] Sarah M. Burke,[32] Sheri A. Berenbaum,[34,35] Adriene M. Beltz,[36] Julie Bakker,[37] Lise Eliot,[38] Eric Vilain,[39–41] Gregory L. Wallace,[42] Eric E. Nelson,[43,44] and Robert Garofalo[1,4]

[1]Potocsnak Family Division of Adolescent and Young Adult Medicine, Ann & Robert H. Lurie Children's Hospital of Chicago, Chicago, Illinois, USA.
[2]Pritzker Department of Psychiatry and Behavioral Health, Ann & Robert H. Lurie Children's Hospital of Chicago, Chicago, Illinois, USA.
Departments of [3]Psychiatry & Behavioral Sciences and [4]Pediatrics, Northwestern University Feinberg School of Medicine, Chicago, Illinois, USA.
[5]Division of Neuropsychology, Children's National Medical Center, Washington, District of Columbia, USA.
[6]Center for Neuroscience, Children's Research Institute, Children's National Medical Center, Washington, District of Columbia, USA.
Departments of [7]Pediatrics, [8]Neurology, and [9]Psychiatry, George Washington University School of Medicine, Washington, District of Columbia, USA.
[10]Division of Endocrinology, Benioff Children's Hospital, University of California San Francisco, San Francisco, California, USA.
[11]Department of Psychology, Yerkes National Primate Research Center, Emory University, Atlanta, Georgia, USA.
[12]Department of Psychiatry, Boston Children's Hospital, Boston, Massachusetts, USA.
[13]Department of Psychiatry, Harvard Medical School, Boston, Massachusetts, USA.
[14]Department of Psychology, Temple University, Philadelphia, Pennsylvania, USA.
[15]Department of Psychology, Michigan State University, East Lansing, Michigan, USA.
[16]Nemours duPont Hospital for Children, Wilmington, Delaware, USA.
[17]Department of Pediatrics, Thomas Jefferson University, Philadelphia, Pennsylvania, USA.
[18]Bloorview Research Institute, Holland Bloorview Kids Rehabilitation Hospital, Toronto, Ontario, Canada.
Departments of [19]Psychology and [20]Psychiatry, University of Toronto, Toronto, Ontario, Canada.
[21]Department of Experimental Clinical and Health Psychology, Ghent University, Ghent, Belgium.
[22]Department of Personality, Psychological Assessment and Treatment, University of Deusto, Bilbao, Spain.
[23]Program in Neuroscience, Department of Pharmacology, University of Maryland School of Medicine, Baltimore, Maryland, USA
[24]David Geffen School of Medicine at UCLA, Los Angeles, California, USA.
[25]School of Social and Family Dynamics, Arizona State University, Tempe, Arizona, USA.
[26]Amsterdam UMC, Location VUmc, Department of Medical Psychology and Center of Expertise on Gender Dysphoria, Amsterdam, The Netherlands.
Departments of [27]Preventive Medicine and [28]Pediatrics, University of Southern California, Los Angeles, California, USA.
[29]Section of Psychology, Department of Clinical Neuroscience, Karolinska Institutet, Stockholm, Sweden.
[30]Centre for Cognitive Health in Brain Disease, Oslo University Hospital, Oslo, Norway.
[31]School of Public Health, University of California, Berkeley, Berkeley, California, USA.
[32]Department of Developmental and Educational Psychology, Brain and Development Research Center, Leiden University, Leiden, The Netherlands.
[33]Department of Neurology, University of Utah School of Medicine, Salt Lake City, Utah, USA.
Departments of [34]Psychology and [35]Pediatrics, The Pennsylvania State University, University Park, Pennsylvania, USA.
[36]Department of Psychology, University of Michigan, Ann Arbor, Michigan, USA.
[37]GIGA Neurosciences, Liège University, Liège, Belgium.
[38]Department of Neuroscience, Rosalind Franklin University of Medicine & Science, Chicago, Illinois, USA.
[39]Center for Genetic Medicine Research, Children's National Medical Center, Washington, District of Columbia, USA.
[40]Department of Genomics and Precision Medicine, George Washington University, Washington, District of Columbia, USA.
[41]Epigenetics, Data, & Politics at Centre National de la Recherche Scientifique, Paris, France.
[42]Department of Speech, Language, and Hearing Science, George Washington University, Washington, District of Columbia, USA.
[43]Center for Biobehavioral Health, The Research Institute, Nationwide Children's Hospital, Columbus, Ohio, USA.
[44]Department of Pediatrics, The Ohio State University College of Medicine, Columbus, Ohio, USA.
[†]These two authors are co-first authors.

*Address correspondence to: Diane Chen, PhD, Potocsnak Family Division of Adolescent and Young Adult Medicine, Ann & Robert H. Lurie Children's Hospital of Chicago, 225 East Chicago Avenue, Box 161B, Chicago, IL 60611-2605, USA, E-mail: dichen@luriechildrens.org



© Diane Chen et al. 2020; Published by Mary Ann Liebert, Inc. This Open Access article is distributed under the terms of the Creative Commons License (http://creativecommons.org/licenses/by/4.0), which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited.



1

## Abstract

**Purpose:** Pubertal suppression is standard of care for early pubertal transgender youth to prevent the development of undesired and distressing secondary sex characteristics incongruent with gender identity. Preliminary evidence suggests pubertal suppression improves mental health functioning. Given the widespread changes in brain and cognition that occur during puberty, a critical question is whether this treatment impacts neurodevelopment.

**Methods:** A Delphi consensus procedure engaged 24 international experts in neurodevelopment, gender development, puberty/adolescence, neuroendocrinology, and statistics/psychometrics to identify priority research methodologies to address the empirical question: is pubertal suppression treatment associated with real-world neurocognitive sequelae? Recommended study approaches reaching 80% consensus were included in the consensus parameter.

**Results:** The Delphi procedure identified 160 initial expert recommendations, 44 of which ultimately achieved consensus. Consensus study design elements include the following: a minimum of three measurement time points, pubertal staging at baseline, statistical modeling of sex in analyses, use of analytic approaches that account for heterogeneity, and use of multiple comparison groups to minimize the limitations of any one group. Consensus study comparison groups include untreated transgender youth matched on pubertal stage, cisgender (i.e., gender congruent) youth matched on pubertal stage, and an independent sample from a large-scale youth development database. The consensus domains for assessment includes: mental health, executive function/cognitive control, and social awareness/functioning.

**Conclusion:** An international interdisciplinary team of experts achieved consensus around primary methods and domains for assessing neurodevelopmental effects (i.e., benefits and/or difficulties) of pubertal suppression treatment in transgender youth.

**Keywords:** expert consensus; Delphi; puberty blockers; GnRHa; transgender; adolescents

## Introduction

Standards of care established by the World Professional Association for Transgender Health[1] and the Endocrine Society[2] recommend pubertal suppression for gender dysphoric transgender youth during early puberty (i.e., Tanner stages 2–3).[3,4] Pubertal suppression is achieved through administration of gonadotropin-releasing hormone agonists (GnRHa). When administered in early puberty, GnRHa suppress endogenous sex hormone production and prevent the development of undesired and irreversible secondary sex characteristics, thereby minimizing distress associated with pubertal development incongruent with gender identity.[5] For youth who later decide to initiate estrogen/testosterone (gender-affirming hormones [GAH]) treatment to induce development of the desired secondary sex characteristics, pubertal suppression may minimize the need for more invasive, surgical interventions (e.g., facial and chest surgery). For youth who decide not to pursue GAH treatment, discontinuing GnRHa will reactivate the hypothalamic-pituitary-gonadal axis and endogenous puberty will resume.[6]

Three longitudinal studies have examined psychosocial outcomes in GnRHa-treated transgender youth; two (conducted by the same research group) followed a single cohort over time, immediately after initiating GAH ($N=70$)[7] and later in early adulthood after surgery for gender affirmation ($N=55$).[8] The third study compared groups of GnRHa-treated ($n=35$) and untreated ($n=36$) youth longitudinally.[9] Findings across these studies include significant reductions in depressive symptoms and improvement in overall psychosocial functioning in GnRHa-treated transgender youth. A fourth cross-sectional study compared adolescents diagnosed with gender dysphoria (GD), who were treated with GnRHa and close to starting GAH treatment ($n=178$), adolescents newly referred for GD evaluation ($n=272$), and cisgender adolescents recruited from the general population ($n=651$) on self-reported internalizing/externalizing problems, self-harm/suicidality, and peer relationships.[10] Before medical treatment, clinic-referred adolescents reported more internalizing problems and self-harm/suicidality and poorer peer relationships compared to age-equivalent peers. GnRHa-treated transgender adolescents had fewer emotional and behavioral problems than clinic-referred, untreated adolescents and had comparable or better psychosocial functioning than same-age

cisgender peers. In addition to studies of youth, the 2015 U.S. Transgender Survey included questions about past gender-affirming medical treatment, including pubertal suppression. These questions were asked retrospectively and linked to reported current and lifetime mental health.[11] Individuals who received pubertal suppression treatment ($n = 89$), when compared to those who wanted pubertal suppression, but did not receive it ($n = 3405$), had lower odds of endorsing lifetime suicidal ideation on the survey. Given these five studies and the presumed reversibility of GnRHa treatment, pubertal suppression is increasingly offered to early pubertal transgender youth. It is important to note that there has been only one longitudinal report of adult outcomes,[8] and questions remain regarding the potential for both positive *and* disruptive effects of pubertal suppression on neurodevelopment.[12–14]

The pubertal and adolescent period is associated with profound neurodevelopment, including trajectories of increasing capacities for abstraction and logical thinking,[15] integrative thinking (e.g., consideration of multiple perspectives),[16,17] and social thinking and competence.[18,19] During this period, there is a developmental shift toward greater exploration and novelty seeking,[20,21] salience of peer perspectives and interactions,[22] and accelerated development of passions/interests and identities.[23] These developments lay the groundwork for adult functioning.[18,24] At the level of the brain, several primary neurodevelopmental processes unfold during adolescence, including myelin development[25] and changes in neural connectivity[26]; synaptic pruning[27] and gray matter maturation[28,29]; changes in functional connectivity[30]; and maturation of the prefrontal cortex[31] and the "social brain" network.[19] Adolescent neurodevelopmental processes underlie mental health risks, resilience, and outcomes.[32,33]

Considerable research has addressed the effects of puberty-related hormones on neurodevelopment, including hormone manipulation studies in nonhuman animals and observational studies in humans. Animal studies demonstrate pubertal hormones exert broad neuronal influence, including effects on neurogenesis, differentiation, apoptosis, dendritic branching, spine density, and regional gray and white matter volumes.[30,34] Androgen and estrogen receptors are found in high density within the hypothalamus and amygdala, and are also present in the hippocampus, midbrain, cerebellum, and cerebral cortex of the rodent and monkey.[35–37] This widespread receptor distribution in rodents may explain the diverse effects of pubertal hor-

mones on both reproductive and nonreproductive behaviors, including anxiety, scent-marking, and food guarding.[34] In human studies, pubertal progression has been linked to developmental changes in reward,[38] social,[39] and emotional processing[40] as well as cognitive/emotional control.[41] However, consensus regarding pubertal impacts at the neural level—such as puberty-associated changes observed in magnetic resonance imaging (MRI) measures—has been more difficult to achieve.[42] Distinct puberty-related neurodevelopmental trajectories have been differentiated by sex.[43]

The combination of animal neurobehavioral research and human behavior studies supports the notion that puberty may be a *sensitive* period for brain organization:[44–46] that is, a limited phase when developing neural connections are uniquely shaped by hormonal and experiential factors, with potentially lifelong consequences for cognitive and emotional health. Studies have linked early life adversity to early puberty onset[47] and early puberty onset to poorer mental health.[48] There is also some evidence to suggest that delayed puberty onset predicts slightly poorer adult functional outcomes.[49] Taken as a whole, the existing knowledge about puberty and the brain raises the possibility that suppressing sex hormone production during this period could alter neurodevelopment in complex ways—not all of which may be beneficial.

Two small studies have assessed impacts of pubertal suppression on neural and cognitive functioning in peripubertal transgender youth. Staphorsius et al. compared brain and behavioral responses of GnRHa-treated (8 transgender girls [birth-assigned male] and 12 transgender boys [birth-assigned female]) and untreated transgender youth (10 of each sex) during an executive function task.[50] No group differences were found in task load-related brain activation; GnRHa-treated transgender girls demonstrated poorer performance compared with untreated transgender boys and cisgender controls. Schneider et al. evaluated a single pubertal transgender girl undergoing GnRHa with MRI scans of white matter and cognitive assessments at baseline (before GnRHa initiation) and at 22 and 28 months of pubertal suppression treatment.[51] During follow-up, white matter fractional anisotropy (i.e., a measure of axonal diameter, fiber coherence, and myelination) did not increase in the manner otherwise expected during puberty. By 22 months of pubertal suppression treatment, working memory scores dropped by more than half a standard deviation.

Larger-scale, longitudinal studies are required to understand possible neurodevelopmental impacts of pubertal suppression over time in transgender youth. Suppressing puberty may reduce dysphoria and diminish risks for poor mental health in this population, thereby exerting neuroprotective effects. If pubertal suppression disrupts aspects of neurodevelopment, it is possible these effects are temporary, with youth "catching up" developmentally after transitioning to GAH treatment or discontinuing GnRHa. However, pubertal suppression may prevent key aspects of development during a sensitive period of brain organization. Neurodevelopmental impacts might emerge over time, akin to the "late effects" cognitive findings associated with certain oncology treatments.[52] In sum, GnRHa treatment might produce a myriad of *varied* impacts, both positive and disruptive.

The goal of this study was to develop a framework in which these questions could be asked, and ultimately answered. We identify priority research methodologies that can be used to address the empirical question of how pubertal suppression in transgender youth may affect neurodevelopment and real-world functioning. Given the complexity of neural development during the pubertal period and the novelty of developmental research with transgender youth, this study employed a Delphi consensus method to leverage international expertise in neurodevelopment, gender development, puberty/adolescence, neuroendocrinology, and statistics/psychometrics. By engaging a community of experts in an iterative consensus-building procedure, this study aimed to advance thinking about efficacious designs by moving beyond individual research efforts and single-discipline approaches.

## Methods

The Delphi procedure is a reliable iterative research method for establishing expert agreement,[53,54] and has been used extensively to address health-related questions, particularly in emerging fields of clinical care.[55–57] In the first round of a two-round Delphi procedure, a key question is presented to experts, who remain anonymous to one another throughout the Delphi process. Each expert provides responses/solutions to the question, which are then combined and organized by the study team. In the Delphi round two, experts rate each proposed statement/solution according to the level of agreement. Responses reaching the *a priori* consensus criterion are included as consensus statements. Given its anonymous iterative

nature, the Delphi method avoids problems of typical expert work groups (e.g., adhering to the perspectives of more senior workgroup experts, inflexibly defending ideas) and allows for interaction among larger groups of experts from diverse locations and disciplines through asynchronous communication.[58–60]

We employed a two-round Delphi procedure to obtain expert consensus regarding the most efficacious research design elements to address the following research question: *What, if any, real-world impact does pubertal suppression have on transgender children's cognitive and neural development?* International experts in relevant research fields were identified and invited as follows:

1. An independent advisory panel consisting of five experts across key disciplines (see Acknowledgments section) was formed to identify international experts who, based on knowledge and experience, could best propose a research design to assess neurodevelopmental impacts of pubertal suppression in transgender youth.
2. Thirty-two recommended experts were vetted for their expertise; all met required criteria (i.e., a minimum of 10 first-author publications in relevant fields).
3. These experts were invited to participate in the Delphi procedure and were informed they would be invited to consider being a co-author of the resulting article. Twenty-eight experts responded: 20 agreed to participate, 4 declined due to lack of time, and 4 declined due to self-reported lack of expertise in this research area. Snowball sampling identified an additional 16 recommended experts, who were vetted (as described above) for their experience. Eight met criteria and were invited. Five of these experts participated, yielding a total of 25 experts agreeing to participate, 24 of whom completed the Delphi process. See Table 1 for academic institution locations and areas of expertise represented in the expert panel.

The Ann & Robert H. Lurie Children's Hospital of Chicago Institutional Review Board found that an expert Delphi consensus initiative did not require informed consent since the experts were direct partners in the research product. The first round of Delphi survey was distributed through the REDCap online survey platform and presented an overview of the research question with the following prompt for

**Table 1. Institutional Representation and Self-Reported Areas of Expertise**

|  | n |
|---|---|
| Location of academic institution | |
| United States | 16 |
| The Netherlands | 3 |
| Belgium | 2 |
| Canada | 1 |
| Norway | 1 |
| Sweden | 1 |
| Self-endorsed areas of expertise[a] | |
| Brain development | 13 |
| Adolescent development | 12 |
| Neuroendocrinology | 11 |
| Neuroimaging | 11 |
| Neuropsychology | 8 |
| Cognitive development | 7 |
| Developmental assessment | 4 |
| Expert in GnRHa | 2 |
| Other (write in) | 4 |
| Developmental social neuroscience | 1 |
| Transgender health | 1 |
| Genetics of sex chromosomes | 1 |
| Gender development | 1 |

[a]Experts endorsed as many areas of expertise as applicable.
GnRHa, gonadotropin-releasing hormone agonists.

respondents: "What methods and tools should we use to identify clinically meaningful neurodevelopmental impacts of pubertal suppression? What type of longitudinal design and follow-ups are both practical and appropriate? What comparison groups might we consider?" This initial process yielded 131 distinct research design considerations; multiple descriptions of the same concept were collapsed into single statements. In the second Delphi round, each first-round research design consideration was presented back to the experts and rated as follows: a priority idea/approach or not a priority idea/approach. Experts could also select, "cannot rate due to lack of expertise." The first Delphi round also yielded lists of potential comparison groups and assessment domains (29 items). In the second Delphi round, participants were asked to rank order these items according to priority. For the priority rankings of comparison groups, the top-rated comparison group by each expert was given a value of 2 and the second rated comparison group was given a value of 1. A mean was calculated for each comparison group option based on these values and these mean scores were used to identify the overall priority rankings. For the list of priority domains to measure, a parallel approach was taken with the top 6 domains ranked by each expert.

All experts participated in the second Delphi round. Twenty-two of the Delphi experts participated in the construction of the resulting article and are co-authors

listed in reverse alphabetical order by last name (authors 5–26). The Results section contains the exact statements endorsed as a "priority" approach by 80% or more of the Delphi panel.

## Results

Four of the 131 individually presented statements were excluded from analyses because fewer than 15 experts rated them. Of the remaining 127 statements, 44 met the 80% or higher criterion for consensus and inclusion (see Table 2 for endorsement rates by statement). The average endorsement rate of included statements was 89.4%.

### Consensus parameter

**Study design considerations.** A multicenter design with more than a single clinic will be necessary to recruit a sufficient sample size, as the effect size will likely be small. Meaningful effect sizes must be determined to ensure sufficient recruitment to power multiple expected comparisons accounting for attrition in a longitudinal design. Three time points of measurement are the absolute minimum. It will be necessary to manage the effects of repeated testing with a particular focus on minimizing the practice effects of a longitudinal design with multiple time points. For cognitive assessments, standardized batteries should be employed as: (1) there may be a larger database of norms available that the cohort could be compared to, in addition to a local comparison (control) group(s), (2) general composite scores within test batteries tend to provide more reliable and stable scores than individual tests, and (3) tasks within a category may be swapped in case of worries for learning effects. In any study of cognitive change based on serial assessments, reliability of measures is paramount (the consensus in the field is that tests should have a minimum test-retest reliability of $>0.70$). It may be pragmatic to use measures and methods from large representative studies, such as the Adolescent Brain Cognitive Development (ABCD) Study.

All processes being studied (e.g., gender identity, mental health, neural structure, and function) display considerable heterogeneity, and methods that fail to capture this will provide distorted findings and lead to biased clinical recommendations. Analyses based on group means (e.g., regression or ANOVAs) are unlikely to generalize to all individuals being treated. Therefore, it is necessary to collect enough data per person to characterize individual trajectories of change over time.

**Table 2. Consensus Priority Recommendations Ordered by Consensus Ratings Within Categories**

| | Study design considerations | |
|---|---|---|
| 1 | It would be helpful to follow these youth through and beyond initiation of cross-sex hormone treatment. Some aspects of human adolescent brain development are more related to pubertal hormone status than age *per se*, and to the extent that pubertal suppression may also put some features of brain development on hold; it would be good to know whether these features "catch up" once cross-sex hormone treatment has begun or whether a sensitive window for hormone-dependent brain development has closed. | 22/22 |
| 2 | Follow cohort after GnRHa treatment ends—collect data after the youth transition to GAH (when they complete their GnRHa treatment). | 22/23 |
| 3 | Any neurocognitive effect of GnRHa pubertal suppression may be complicated by the psychosocial and affective aspects of the transgender experience. This means that you would have to include multivariate models of both cognitive and psychosocial functioning. | 22/23 |
| 4 | Need to determine meaningful effect sizes and ensure sufficient statistical power for multiple expected comparisons with attrition. | 21/22 |
| 5 | Across the course of the study, three assessment points is the absolute minimum. | 20/21 |
| 6 | Need to use a multicenter design (not just one clinic). | 21/23 |
| 7 | Effects of GnRHa may not appear for several years. Any difference in brain structure due to GnRHa is likely to be seen over time (long term), rather than immediately. | 20/22 |
| 8 | Social and affective learning process may be affected by pausing puberty. These social and affective learning processes might cause subtle short-term differences that could ultimately cause clinically impactful and meaningful longer-term effects. | 17/19 |
| 9 | Of particular interest would be to also monitor the impact of hormonal therapy. One could then ask, "Does the trajectory change in response to cross-sex hormonal therapy or do they stay on the same trajectory as when they were on GnRHa?" | 16/18 |
| 10 | Assess target and comparison groups before puberty. | 20/23 |
| 11 | Need to manage the effects of repeated testing (i.e., minimize the practice effect of a longitudinal design with multiple time points). | 19/22 |
| 12 | The effect size will likely be small—therefore, you would need a large sample size. | 19/23 |
| 13 | The research design will need to account for the differences between youth who are assumed male versus assumed female as biological sex is differentially related to rate and pattern of cognitive development, connectome distinctiveness, and timing of peak brain volume. | 19/23 |
| 14 | All processes being studied (e.g., gender identity, mental health, and neural structure and function) display huge amounts of heterogeneity, and research methods that fail to capture this will provide distorted findings and lead to biased clinical recommendations. Analyses based on mean levels of these processes are unlikely to generalize to all individuals being treated (e.g., regressions or ANOVAs that compare groups with a slew of covariates). It is, therefore, necessary that enough data are collected per person to capture personalized trajectories of change across time. And the data need to be modeled in ways that reflect the heterogeneity of individual characteristics and trajectories. | 18/22 |

| | Comparison groups and recruitment | |
|---|---|---|
| 15 | At least one control group should be cisgender participants as this area of research (i.e., hormones and the adolescent brain) is still rather new and more data are needed on all youth during this stage. | 20/22 |
| 16 | Critical to match the groups carefully to allow for evaluation of the effects of repeated testing (practice effects). | 20/22 |
| 17 | Comparison groups should be matched for pubertal stage. | 19/21 |
| 18 | Recruit all gender dysphoric youth across the pubertal age range, including those who are treated with GnRHa and those who are not. | 18/21 |
| 19 | This is not dissimilar from issues of discerning differences in cognitive trajectories in normal aging versus neurodegenerative disorders. The basic question involves cognitive growth curves among cisgender and transgender children overtime. There have been large-scale large-sample studies that have produced trajectories of brain development during the pre-pubertal, pubertal, and adolescent periods that could treated like a "brain growth curve." | 15/18 |
| 20 | Need more than one comparison group to minimize the limitations of any one comparison group (no single comparison group is ideal). | 18/22 |

| | Pubertal staging/measurement | |
|---|---|---|
| 21 | Measure gonadal hormone levels. | 23/23 |
| 22 | Collect information on menstrual cycle and contraceptive use for female adolescents involved in the study. | 23/23 |
| 23 | Measure Tanner staging (i.e., secondary sex characteristics). | 21/23 |
| 24 | Measure height/weight. | 18/22 |

| | Domains to measure | |
|---|---|---|
| 25 | Use white matter microstructure scans (diffusion tensor imaging)—and use a longitudinal imaging pipeline (which exists) for processing these data with scientific rigor. | 15/15 |
| 26 | A pragmatic methodological implication is to consider: (1) not only relying solely on measures of performance and behavior but also measures of learning and motivation, and (2) not only relying solely on measures of cognitive capacities but also on social, affective, and value-based learning processes. | 19/20 |
| 27 | If MRI is included, consider imaging approaches focused on the following domains: social-emotional processing, executive functioning, risk and reward processing, and self-concept. | 20/22 |
| 28 | Studies in laboratory rodents show that testosterone, acting during puberty, programs the ability to adapt behavior as a function of social experience—therefore, include instruments that evaluate social proficiency. | 19/21 |
| 29 | Use diffusion tensor imaging to analyze white matter at the microstructural level. | 17/19 |

*(continued)*

**Table 2. (Continued)**

| | Study design considerations | |
|---|---|---|
| 30 | Studies in laboratory rodents show that ovarian hormones, acting during puberty, program cognitive flexibility by exerting long-lasting effects on excitatory-inhibitory balance in prefrontal cortex—so include instruments that evaluate behavioral flexibility. | 18/21 |
| 31 | Examine white matter development, which is important for processing speed. | 17/20 |
| 32 | Important to measure emotional functioning because it is bidirectionally related to executive functioning. | 16/19 |
| 33 | Look at white matter characteristics since they seem to develop during puberty under the influence of sex hormones. | 15/18 |
| 34 | One cannot study everything or study everything well. It will be critical to identify the priorities in such a study, as there is a danger of doing too much here. Consider the outcomes that matter most and the hypothesized mediating mechanisms. Focus on the outcomes of interest. | 19/23 |
| 35 | There is no clear evidence that progressing through puberty later than peers is associated with delayed maturation of abstract reasoning, executive function, and social capacities. | 18/22 |
| 36 | Use structural MRI (T1/T2)—and use a longitudinal imaging pipeline (which exists)—for processing these data with scientific rigor. | 13/16 |
| 37 | There is an emerging shift in thinking about the increase in reward sensitivity and sensation-seeking during puberty as related to social value learning. Dopamine release is not primarily a "reward" signal, but rather a learning signal (e.g., prediction error signal)—the natural increased salience of social learning (status, prestige, being admired, respected, liked, etc.) These pubertal changes may have small effects on immediate behavior, yet that could contribute to changes in patterns of behavior over time, which could lead to large individual differences in developmental trajectories for people, such as if they had blocked puberty. | 13/16 |
| | Measurement approaches | |
| 38 | In any study of cognitive change based on serial assessments, reliability of the measure is paramount. The consensus in the field is that tests should have a minimum test-retest reliability of >0.70. | 20/20 |
| 39 | Behavioral measurements should include standardized measures appropriate for repeated assessment with high test-retest reliability. | 21/22 |
| 40 | Match acquisition parameters between imaging sites. | 17/18 |
| 41 | Consider implementing measures and methods from large representative protocols, such as the ABCD. | 17/18 |
| 42 | Neuroimaging should parallel the behavioral study—neural measures should be linked to neurocognitive and behavioral measures. | 19/22 |
| 43 | For cognitive assessment, use a standardized battery for two reasons: (1) there might be a larger database of norms available that the cohort could be compared to, in addition to the likely to be small comparison ("control") group, and (2) tasks within a category may be swapped in case of worries for learning effects. | 18/21 |
| 44 | Use "test batteries" that provide a general composite score as well as specific composites. By virtue of being composites, scores tend to be more reliable and stable than individual test scores. | 17/20 |

The proportion represents the number of experts endorsing an item as a "priority" out of the total number of experts who rated the item as "priority" or "not priority." The denominator represents the number of experts rating an item as a "priority" or "not priority" (as opposed to "cannot rate due to lack of expertise" or skipping the item).

ABCD, Adolescent Brain Cognitive Development Study; GAH, gender-affirming hormones; MRI, magnetic resonance imaging.

Any GnRHa-induced neurocognitive effect may be complicated by psychosocial and affective aspects of the transgender experience. Therefore, multivariate models of both cognitive and psychosocial functioning should be included. Accounting for differences between birth-assigned male youth versus birth-assigned female youth is important, as sex is differentially related to the rate and pattern of cognitive development, connectome distinctiveness, and timing of peak brain volume. Assessments should begin before puberty in both treatment and comparison groups. The effects of pubertal suppression may not appear for several years. Any GnRHa-related difference in brain structure is likely to be observed over the long term, rather than immediately. Shifts in social and affective learning processes might cause subtle short-term differences that could ultimately result in clinically impactful longer-term effects. Therefore, studies should follow GnRHa-treated youth over time, including the time period after GnRHa treatment ends and/or when GAH com-

mence. Some aspects of human adolescent brain development are more related to pubertal hormone status than age *per se*. To the extent that pubertal suppression may also put some features of brain development on hold, it is critical to know whether these features "catch up" (either once GAH treatment is initiated or if the adolescent elects to stop GnRHa and resume endogenous puberty), or whether a sensitive window for hormone-dependent brain development has closed. One way to measure this is to assess whether neurodevelopment shifts in response to initiating GAH following pubertal suppression: Do GnRHa-treated youth stay on the same neurodevelopmental trajectory as when puberty was suspended or does this trajectory change?

Comparison groups. To assess neurodevelopmental trajectories associated with GnRHa treatment, more than one comparison group is needed to minimize the limitations of any one comparison group. No single comparison group is ideal for this study question.

**CONSENSUS PARAMETER**                                                                 253

A rank order of possible comparison groups is provided in Table 3. Groups should also be well matched, given the effects of a repeated testing design (e.g., practice effects). Matching for pubertal/developmental stage will be critical, including Tanner staging, gonadal hormone levels, height and weight, and, among youth assigned female at birth, menstrual cycle and contraceptive use. A primary comparison should be between GnRHa-treated transgender youth and untreated transgender youth, but it will also be important to include comparisons with cisgender samples as research on hormones and the adolescent brain is still novel and emerging and more data are needed on all youth during this developmental period. One way to accomplish the latter is to employ existing large-scale databases from studies of brain development during the pre-pubertal, pubertal, and later-adolescent periods, treating them as brain growth curves for comparisons. This approach is similar to the differentiation of cognitive trajectories in normal aging versus neurodegenerative disorders. The basic research question involves comparing cognitive growth curves over time.

Domains to assess.   It will be critical to prioritize assessment domains based on hypothesized mediating mechanisms, with the most important domains to measure as follows: mental/behavioral health, pubertal stage, executive function/control, gender identity/dysphoria, and social awareness/functioning. See Table 4 for a complete list of ranked domains. Although we (the Delphi experts) identify executive function/control and social functioning as key domains to measure, it is important to note that there is no clear evidence that progressing through puberty later than peers is associated with delayed maturation of abstract reasoning, executive function, and social capacities. Executive function and emotional functioning are bidirectionally related, and for this reason, the two should be integrated in models/analyses. In addition, cognitive/behavioral flexibility, a component of executive functioning, should be measured, given that studies in rodents show ovarian hormones, acting during puberty, program cognitive flexibility by exerting long-lasting effects on excitatory-inhibitory balance in the prefrontal cortex.[61] Studies in rodents also demonstrate that testosterone, acting during puberty, programs the ability to adapt behavior as a function of social experience.[34] Measurement approaches should extend beyond cognitive capacities alone, embedding social, affective, and value-based learning processes. There is an emerging shift in thinking about increases in reward sensitivity

**Table 3. Rank Order of Priority Comparison Groups**

| Rank order of priority | Comparison group |
|---|---|
| 1 | Transgender youth who do not take GnRHa matched on pubertal status at the beginning of the study |
| 2 | Cisgender typically developing adolescents matched on pubertal status at the beginning of the study |
| 3 | Use a standardized battery and/or a large existing database of norms to compare to (in addition to a smaller comparison group) |
| 4 | Transgender youth who commence GnRHa treatment earlier compared to later in puberty |
| 5 | Siblings of transgender youth enrolling in the study (to serve as genetic and shared environmental controls) |
| 6 | Mixed clinical group of adolescents presenting for MH assessment/treatment in an outpatient setting matched on pubertal status |
| 7[a] | Peers with mood disorders (to control for the overoccurrence of mental health distress in transgender youth) matched on pubertal status |
| 7[a] | Youth with precocious puberty who are given GnRHa to delay puberty |

This priority sequence was based on participants' top 2 ranked comparison groups, where the top rated comparison group was given a value of 2 and the second rated comparison group was given a value of 1. A mean score was derived for each comparison group based on participants' ratings and ordered from highest to lowest.
[a]Comparison groups received the same mean score in the ranking.

**Table 4. Rank Order of Priority Domains of Characterization and Assessment**

| Rank order of priority | Domains of characterization and assessment |
|---|---|
| 1 | Mental/behavioral health (including suicidality/hopelessness) |
| 2 | Pubertal stage/development (Tanner staging/hormone levels) |
| 3 | Executive function/control and attention |
| 4 | Gender identity/dysphoria |
| 5 | Social awareness/functioning |
| 6 | Quality of life |
| 7 | Brain/functional connectivity |
| 8 | Brain structure/volume |
| 9 | Emotional awareness/functioning |
| 10 | Physical health symptoms and outcomes (especially in adulthood) |
| 11 | Adaptive/independence skills |
| 12 | General cognitive functioning (IQ) |
| 13 | Sensation seeking, risk taking, reward sensitivity, and motivation |
| 14 | Genetics (i.e., possible impacts of GnRHa on DNA and RNA expression) |
| 15 | Academic functioning |
| 16 | Processing speed |
| 17 | Memory systems |

This priority sequence was based on participants' top 6 domains to measure, where the top rated domain was given a value of 6 and the second rated comparison group was given a value of 5, and so on. A mean score was derived for each domain based on participants' ratings and ordered from highest to lowest.

and sensation-seeking during puberty as related to social-value learning.[18] Dopamine release is not primarily a "reward" signal, but rather a learning signal (e.g., prediction error signal)—the natural increased salience of social learning (e.g., status and prestige, being admired, respected, and liked). The effects of suspending puberty on the salience of social-value learning might produce small near-term effects, but could contribute to changes in patterns of behavior over time, leading to large individual differences in developmental trajectories for GnRHa-treated youth.

If neuroimaging is included, imaging approaches should focus on the following domains: social/emotional processing, executive functioning, risk and reward processing, and self-concept. Neuroimaging should parallel behavioral assessment. Neural measures should be linked to neurocognitive and behavioral measures. Acquisition parameters should be matched between imaging sites. Investigation of white matter development is important as myelination progresses during puberty, likely under the influence of sex hormones,[62] and is related to cognitive processing speed. Both structural MRI and diffusion tensor imaging approaches should be used for white matter imaging and analyzed using a longitudinal imaging pipeline for processing these data with scientific rigor.

## Discussion

Puberty suppression has become an increasingly available option for transgender youth, and its benefits have been noted, particularly in the area of mental health. However, puberty is a major developmental process and the full consequences (both beneficial and adverse) of suppressing endogenous puberty are not yet understood. The experts who participated in this procedure believe the effects of pubertal suppression warrant further study, and this Delphi consensus process develops a framework from which future research endeavors can be built.

Expert consensus emphasized a minimum of three measurement time points, inclusion of multiple comparison groups to minimize the limitations of any one group, precision pubertal staging at baseline, accounting for sex in design and analysis, and the use of designs that capture heterogeneity in processes being studied. Focus on longer-term trajectories and outcomes was emphasized, given that effects of pubertal suppression on various processes may not be evident in the near term, and responses to delayed receipt of gonadal hormones may not be comparable to initial

potentially organizing effects. Experts also highlighted that accounting for the psychosocial aspects of the transgender experience itself on development will require models that integrate both cognitive and psychosocial functioning. The highest endorsed measurement priorities were mental and behavioral health, executive function/cognitive control, and social awareness/functioning. The importance of interrelations between domains that mature during puberty/adolescence was also emphasized, including bidirectional relationships between cognitive and emotional control and links between reward sensitivity and social value learning. Regarding neuroimaging, experts stressed the importance of linking neural signatures to cognitive and behavioral measures, with attention to white matter development. Notably, while there was consensus in this approach to neuroimaging, there were divergent views as to whether a neuroimaging protocol should be prioritized in a study with limited resources. Some experts noted that insufficient work has been done on neural development during puberty in general and expending resources on an expensive neuroimaging protocol for this subset of youth may be premature, while others felt that defining underlying brain mechanisms by neuroimaging was important. Furthermore, at the final review of the article, four co-authors noted a concern with this specific Delphi consensus recommendation: "Accounting for differences between birth-assigned male youth versus birth-assigned female youth is important, as sex is differentially related to the rate and pattern of cognitive development, connectome distinctiveness, and timing of peak brain volume." The four authors felt that instead of "peak brain volume," a more appropriate measurement concept might be that of "structural brain metrics" (e.g., thickness and regional volumes).

Twelve different comparison groups were proposed in the first round of the Delphi and 8 of the 12 groups were rated as either first or second priority by at least 1 expert in the second Delphi round. This heterogeneity underscores the complexity of selecting comparison groups for this research and lends support to the experts' recommendation to engage more than one comparison group. The highest rated comparison groups were untreated transgender youth matched on pubertal stage, cisgender youth matched on pubertal stage, and a sample from a large-scale quasi-normative database (e.g., from the ABCD study) used as a "brain growth curve." These comparison groups are not without weaknesses. Untreated transgender youth may differ in their

intensity or experience of GD, level of parent support (e.g., are the parents against GnRHa treatment?), and socioeconomic status of the family and access to treatment (e.g., insurance coverage). A cisgender comparison group would lack gender-minority experience and associated stress.

Some statements approached, but did not reach consensus. For example, many experts suggested continuing assessments of transgender youth through young adulthood (mid-20s) when prefrontal development is near completion. Assessing adaptive functioning (everyday skills) over time due to the bidirectional link between executive functioning and adaptive behaviors was also often endorsed.

Not all relevant study considerations were raised by the Delphi panel. Neurodevelopmental impacts of pubertal suppression in transgender youth with neurodevelopmental differences/diagnoses (e.g., attention deficit/hyperactivity disorder and autism spectrum disorder) were not specifically addressed by the experts. Yet, evidence suggests an overoccurrence of neurodiversity characteristics (especially related to autism) among gender-referred youth.[55,63–66] The neurodevelopmental impacts of pubertal suppression on neurodiverse gender-diverse youth might well be different than in neurotypical gender-diverse youth, given variations in neurodevelopmental trajectories observed across neurodevelopmental conditions.[67–69]

This study included experts from a range of relevant disciplines—a strength and also a possible limitation. The varied disciplines allowed for a broader range of ideas and perspectives, but some specialized recommendations might not have been sufficiently understood by Delphi experts from other disciplines. It is possible that some useful recommendations were lost in the process because few experts had backgrounds relevant to them. In fact, four recommendations were dropped from consideration because more than nine experts indicated they could not rate the item or skipped the item. These four items included topics related to advanced growth curve modeling, impact of GnRHa on immune system functioning, multifactorial relationships between GD and neurodevelopment, and challenges associated with using alternative forms of measures in longitudinal designs. The Delphi team included experts across the fields of neuroscience, neurodevelopment, developmental measurement, and gender development; however, most were not specialized in clinical transgender care *per se*. This reflects the dearth of transgender care clinicians/specialists with research productivity in ado-

lescent neurodevelopment. Thus, the experts could comment with authority on neurodevelopment, including gender development/dysphoria aspects of study design, but the real-world clinical care considerations may well be underdeveloped in the proposed research design. For example, the everyday lived experience of transgender youth seeking gender-affirming medical care would be unfamiliar to most neurodevelopmental researchers. After the Delphi procedure was completed, one panelist commented that pubertal hormones might play a role in organizing neurodevelopmental gender-related trajectories, including identity itself, which would be important to consider for a developmental study of gender diverse youth.

Despite these limitations, an international expert team successfully completed an iterative Delphi procedure achieving consensus around priority research design elements to study neurodevelopmental impacts of pubertal suppression in transgender youth. The resulting consensus parameter addresses broad design issues, including comparison groups, longitudinal design, neurodevelopmental targets for assessment, and measurement approaches. While it may not be possible to incorporate all consensus methodologies into a single study, this parameter may serve as a roadmap for a range of research initiatives investigating pubertal suppression treatment in transgender youth.

## Acknowledgments

The advisory board was led by pediatric endocrinologist, Stephen Rosenthal, MD, and also included pediatric neuropsychologist, Gerard Gioia, PhD; gender-specialized neuroscientist, Lise Eliot, PhD; gender-specialized geneticist, Eric Vilain, MD, PhD; and developmental neuroscientist, Gregory E. Wallace, PhD. We would also like to recognize the contributions of Arthur P. Arnold, PhD, and Nicholas Allen, PhD, as experts on the Delphi panel.

## Author Disclosure Statement

No competing financial interests exist.

## Funding Information

This work was supported by a grant from the Ann & Robert H. Lurie Children's Hospital of Chicago Foundation funded by a grateful family that has chosen to remain anonymous. Study sponsors had no role in (1) study design, (2) collection, analysis, and interpretation of data, (3) writing of the report, or (4) the decision to submit the article for publication.

# References

1. Coleman E, Bockting W, Botzer M, al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, Version 7. Int J Transgend. 2012;13:165–232.
2. Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab. 2017;102:3869–3903.
3. Marshall WA, Tanner JM. Variations in the pattern of pubertal changes in boys. Arch Dis Child. 1970;45:13–23.
4. Marshall WA, Tanner JM. Variations in pattern of pubertal changes in girls. Arch Dis Child. 1969;44:291–303.
5. Kreukels BP, Cohen-Kettenis PT. Puberty suppression in gender identity disorder: the Amsterdam experience. Nat Rev Endocrinol. 2011;7: 466–472.
6. de Vries AL, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: the Dutch approach. J Homosex. 2012;59: 301–320.
7. de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med. 2011;8:2276–2283.
8. de Vries AL, McGuire JK, Steensma TD, et al. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics. 2014;134:696–704.
9. Costa R, Dunsford M, Skagerberg E, et al. Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. J Sex Med. 2015;12:2206–2214.
10. van der Miesen AIR, Steensma TD, de Vries AL, et al. Psychological functioning in transgender adolescents before and after gender affirmative care compared to cisgender gender population peers. J Adolesc Health 2020. [Epub ahead of print]; DOI: 10.1016/j.jadohealth.2019.12.018.
11. Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal suppression for transgender youth and risk of suicidal ideation. Pediatrics. 2020;145: e20191725.
12. Costa R, Carmichael P, Colizzi M. To treat or not to treat: puberty suppression in childhood-onset gender dysphoria. Nat Rev Urol. 2016;13:456.
13. Vrouenraets LJJJ, Fredriks AM, Hannema SE, et al. Early medical treatment of children and adolescents with gender dysphoria: an empirical ethical study. J Adolesc Health. 2015;57:367–373.
14. Sadjadi S. The endocrinologist's office-puberty suppression: saving children from a natural disaster? J Med Humanit. 2013;34:255–260.
15. Dumontheil I. Development of abstract thinking during childhood and adolescence: the role of rostrolateral prefrontal cortex. Dev Cogn Neurosci. 2014;10:57–76.
16. Choudhury S, Blakemore SJ, Charman T. Social cognitive development during adolescence. Soc Cogn Affect Neurosci. 2006;1:165–174.
17. van den Bos W, van Dijk E, Westenberg M, et al. Changing brains, changing perspectives: the neurocognitive development of reciprocity. Psychol Sci. 2011;22:60–70.
18. Crone EA, Dahl RE. Understanding adolescence as a period of social-affective engagement and goal flexibility. Nat Rev Neurosci. 2012;13:636–650.
19. Kilford EJ, Garrett E, Blakemore SJ. The development of social cognition in adolescence: an integrated perspective. Neurosci Biobehav Rev. 2016; 70:106–120.
20. Somerville LH, Sasse SF, Garrad MC, et al. Charting the expansion of strategic exploratory behavior during adolescence. J Exp Psychol Gen. 2017;146:155–164.
21. Steinberg L. Risk taking in adolescence: what changes, and why? Ann N Y Acad Sci. 2004;1021:51–58.
22. Albert D, Chein J, Steinberg L. Peer influences on adolescent decision making. Curr Dir Psychol Sci. 2013;22:114–120.
23. Dahl RE. Adolescent brain development: a period of vulnerabilities and opportunities. Keynote address. Ann N Y Acad Sci. 2004;1021:1–22.
24. McCormick EM, Telzer EH. Adaptive adolescent flexibility: neurodevelopment of decision-making and learning in a risky context. J Cogn Neurosci. 2017;29:413–423.
25. Paus T, Zijdenbos A, Worsley K, et al. Structural maturation of neural pathways in children and adolescents: in vivo study. Science. 1999;283: 1908–1911.
26. Kolskar KK, Alnaes D, Kaufmann T, et al. Key brain network nodes show differential cognitive relevance and developmental trajectories during childhood and adolescence. eNeuro. 2018;5. DOI: 10.1523/ENEURO.0092-18.2018.
27. Selemon LD. A role for synaptic plasticity in the adolescent development of executive function. Transl Psychiatry. 2013;3:e238.
28. Gennatas ED, Avants BB, Wolf DH, et al. Age-related effects and sex differences in gray matter density, volume, mass, and cortical thickness from childhood to young adulthood. J Neurosci. 2017;37:5065–5073.
29. Wong AP, French L, Leonard G, et al. Inter-regional variations in gene expression and age-related cortical thinning in the adolescent brain. Cereb Cortex. 2018;28:1272–1281.
30. Goddings AL, Beltz A, Peper JS, et al. Understanding the role of puberty in structural and functional development of the adolescent brain. J Res Adolesc. 2019;29:32–53.
31. Crone EA, Steinbeis N. Neural perspectives on cognitive control development during childhood and adolescence. Trends Cogn Sci. 2017;21:205–215.
32. Paus T, Keshavan M, Giedd JN. Why do many psychiatric disorders emerge during adolescence? Nat Rev Neurosci. 2008;9:947–957.
33. Steinberg L. Cognitive and affective development in adolescence. Trends Cogn Sci. 2005;9:69–74.
34. Schulz KM, Sisk CL. Pubertal hormones, the adolescent brain, and the maturation of social behaviors: lessons from the Syrian hamster. Mol Cell Endocrinol. 2006;254:120–126.
35. Simerly RB, Chang C, Muramatsu M, Swanson LW. Distribution of androgen and estrogen receptor mRNA-containing cells in the rat brain: an in situ hybridization study. J Comp Neurol. 1990;294:76–95.
36. Shughrue PJ, Lane MV, Merchenthaler I. Comparative distribution of estrogen receptor-alpha and -beta mRNA in the rat central nervous system. J Comp Neurol. 1997;388:507–525.
37. Clark AS, MacLusky NJ, Goldman-Rakic PS. Androgen binding and metabolism in the cerebral cortex of the developing rhesus monkey. Endocrinology. 1988;123:932–940.
38. Braams BR, van Duijvenvoorde AC, Peper JS, Crone EA. Longitudinal changes in adolescent risk-taking: a comprehensive study of neural responses to rewards, pubertal development, and risk-taking behavior. J Neurosci. 2015;35:7226–7238.
39. Pfeifer JH, Kahn LE, Merchant JS, et al. Longitudinal change in the neural bases of adolescent social self-evaluations: effects of age and pubertal development. J Neurosci. 2013;33:7415–7419.
40. Spielberg JM, Olino TM, Forbes EE, Dahl RE. Exciting fear in adolescence: does pubertal development alter threat processing? Dev Cogn Neurosci. 2014;8:86–95.
41. Cservenka A, Stroup ML, Etkin A, Nagel BJ. The effects of age, sex, and hormones on emotional conflict-related brain response during adolescence. Brain Cogn. 2015;99:135–150.
42. Vijayakumar N, Op de Macks Z, Shirtcliff EA, Pfeifer JH. Puberty and the human brain: insights into adolescent development. Neurosci Biobehav Rev. 2018;92:417–436.
43. Ernst M, Benson B, Artiges E, et al. Pubertal maturation and sex effects on the default-mode network connectivity implicated in mood dysregulation. Transl Psychiatry. 2019;9:103.
44. Blakemore SJ, Mills KL. Is adolescence a sensitive period for sociocultural processing? Annu Rev Psychol. 2014;65:187–207.
45. Schulz KM, Sisk CL. The organizing actions of adolescent gonadal steroid hormones on brain and behavioral development. Neurosci Biobehav Rev. 2016;70:148–158.
46. Scherf KS, Smyth JM, Delgado MR. The amygdala: an agent of change in adolescent neural networks. Horm Behav. 2013;64:298–313.
47. Amir D, Jordan MR, Bribiescas RG. A longitudinal assessment of associations between adolescent environment, adversity perception, and economic status on fertility and age of menarche. PLoS One. 2016;11: e0155883.
48. Graber JA. Pubertal timing and the development of psychopathology in adolescence and beyond. Horm Behav. 2013;64:262–260.
49. Koerselman K, Pekkarinen T. Cognitive consequences of the timing of puberty. Labour Econ. 2018;54:1–13.
50. Staphorsius AS, Kreukels BP, Cohen-Kettenis PT, et al. Puberty suppression and executive functioning: an fMRI-study in adolescents with gender dysphoria. Psychoneuroendocrinology. 2015;56:190–199.

51. Schneider MA, Spitzer PM, Soll BMB, et al. Brain maturation, cognition and voice pattern in a gender dysphoria case under pubertal suppression. Front Hum Neurosci. 2017;11:528.

52. Rey-Casserly C, Diver T. Late effects of pediatric brain tumors. Curr Opin Pediatr. 2019;31:789–796.

53. Akins RB, Tolson H, Cole BR. Stability of response characteristics of a Delphi panel: application of bootstrap data expansion. BMC Med Res Methodol. 2005;5:37.

54. Rowe G, Wright G. The Delphi technique as a forecasting tool: issues and analysis. Int J Forecast. 1999;15:353–375.

55. Strang JF, Meagher H, Kenworthy L, et al. Initial clinical guidelines for co-occurring autism spectrum disorder and gender dysphoria or incongruence in adolescents. J Clin Child Adolesc Psychol. 2018;47: 105–115.

56. Taylor A, Tallon D, Kessler D, et al. An expert consensus on the most effective components of cognitive behavioural therapy for adults with depression: a modified Delphi study. Cogn Behav Ther. 2020;49:242–255.

57. Vogel C, Zwolinsky S, Griffiths C, et al. A Delphi study to build consensus on the definition and use of big data in obesity research. Int J Obes (Lond). 2019;43:2573–2586.

58. Hsu C-C, Sandford BA. The Delphi technique: making sense of consensus. Pract Assess Res Eval. 2007;12:1–8.

59. Keeney S, McKenna H, Hasson F. The Delphi Technique in Nursing and Health Research. West Sussex, UK: John Wiley & Sons, 2010.

60. Yousuf MI. Using experts' opinions through Delphi technique. Pract Assess Res Eval. 2007;12:1–8.

61. Piekarski DJ, Johnson CM, Boivin JR, et al. Does puberty mark a transition in sensitive periods for plasticity in the associative neocortex? Brain Res. 2017;1654(Pt B):123–144.

62. Ladouceur CD, Peper JS, Crone EA, Dahl RE. White matter development in adolescence: the influence of puberty and implications for affective disorders. Dev Cogn Neurosci. 2012;2:36–54.

63. Hisle-Gorman E, Landis CA, Susi A, et al. Gender dysphoria in children with autism spectrum disorder. LGBT Health. 2019;6:95–100.

64. Strauss P, Cook A, Winter S, et al. Trans Pathways: The Mental Health Experiences and Care Pathways of Trans Young People. Perth, Australia: Telethon Kids Institute, 2017.

65. de Vries ALC, Noens ILJ, Cohen-Kettenis PT, et al. Autism spectrum disorders in gender dysphoric children and adolescents. J Autism Dev Disord. 2010;40:930–936.

66. Akgül GY, Ayaz AB, Yildirim B, Fis NP. Autistic traits and executive functions in children and adolescents with gender dysphoria. J Sex Marital Ther. 2018;44:619–626.

67. Lin HY, Perry A, Cocchi L, et al. Development of frontoparietal connectivity predicts longitudinal symptom changes in young people with autism spectrum disorder. Transl Psychiatry. 2019;9:86.

68. Pugliese CE, Anthony LG, Strang JF, et al. Longitudinal examination of adaptive behavior in autism spectrum disorders: influence of executive function. J Autism Dev Disord. 2016;46:467–477.

69. Shaw P, Malek M, Watson B, et al. Development of cortical surface area and gyrification in attention-deficit/hyperactivity disorder. Biol Psychiatry. 2012;72:191–197.

**Cite this article as:** Chen D, Strang JF, Kolbuck VD, Rosenthal SM, Wallen K, Waber DP, Steinberg L, Sisk CL, Ross J, Paus T, Mueller SC, McCarthy MM, Micevych PE, Martin CL, Kreukels BPC, Kenworthy L, Herting MM, Herlitz A, Hebold Haraldsen IRJ, Dahl R, Crone EA, Chelune GJ, Burke SM, Berenbaum SA, Beltz AM, Bakker J, Eliot L, Vilain E, Wallace GL, Nelson EE, Garofalo R (2020) Consensus parameter: research methodologies to evaluate neurodevelopmental effects of pubertal suppression in transgender youth, *Transgender Health* 5:4, 246–257, DOI: 10.1089/trgh.2020.0006.

**Abbreviations Used**

ABCD = Adolescent Brain Cognitive Development
GAH = gender-affirming hormones
GD = gender dysphoria
GnRHa = gonadotropin-releasing hormone agonists
MRI = magnetic resonance imaging

INTERNATIONAL REVIEW OF PSYCHIATRY, 2016
VOL. 28, NO. 1, 21–35
http://dx.doi.org/10.3109/09540261.2015.1124844


Taylor & Francis
Taylor & Francis Group

REVIEW ARTICLE

# Gender dysphoria in adolescence

Scott Leibowitz[a] and Annelou L.C. de Vries[b]

[a]Ann & Robert H. Lurie Children's Hospital of Chicago, Department of Psychiatry and Behavioral Science, Northwestern Feinberg School of Medicine, Chicago, Illinois; [b]Departments of Pediatrics, Pediatric Psychology, and Child and Adolescent Psychiatry, Centre of Expertise on Gender Dysphoria, VU University Medical Centre, Amsterdam, Netherlands

**ABSTRACT**
Adolescents presenting with gender-related concerns are increasingly seeking support from providers from a variety of disciplines within health care settings across the world. For those treating young people who meet the criteria for the DSM 5 diagnosis of gender dysphoria (GD), complex decisions in clinical care are common. Defining best practice with this population with respect to interventions that span mental health, physical, and surgical domains can be challenging, given a relative dearth of empirical data available; yet practice guidelines have emerged from different professional organizations which can aid with this. For this review paper, a broad literature search was performed to identify relevant studies pertaining to the care of adolescents with GD. In addition, an overview of trends in clinical practice, including shifts in conceptualization of how clinicians and patients define care that is considered affirming when working with this population, is described. This paper explores the characteristics of referral patterns to specialized clinics, provides a brief overview of gender identity development in adolescence, and then describes the phenomenology of known aetiological factors and co-occurring psychiatric issues in adolescents with GD. Additionally, clinical management considerations that detail assessment aims and common treatment interventions across disciplines will be explored.

**ARTICLE HISTORY**
Received 20 November 2015
Accepted 20 November 2015
Published online 29 January 2016

**KEYWORDS**
Gender identity; adolescence; gender dysphoria; gender expression; gender nonconformity



DEFENDANT'S
EXHIBIT NO. McNamara 11
FOR IDENTIFICATION
DATE: 4-4-24   RPTR:

## Introduction

Adolescents with gender identities and/or expressions that differ from societal expectations based on the gender that they were assigned at birth are a heterogeneous population. Some present with longstanding behaviours since childhood, while others are presenting with feelings and behaviours emerging during or after the onset of the physical changes brought on by puberty. Care for these transgender adolescents takes place in a variety of discipline settings across the world. The field is fast evolving in terms of defining best assessment and treatment practices that include interventions spanning both psychological and physical domains.

The point in time that marks the beginning of adolescence might vary depending on whether it is physical pubertal advancement or a youth's age that one uses to define the precise developmental border (Berenbaum, Beltz, & Corley, 2015). Understanding this distinction is important when considering physical interventions for young people presenting with gender identity concerns, as both physical maturation and psychological maturity associated with age are important determinants of eligibility and readiness for certain

treatments as described in the World Professional Association of Transgender Health Standards of Care seventh edition (WPATH SOC7) (Coleman et al., 2011). The potential gap between physical and emotional maturity characterizes the potential dilemmas in assessing and treating transgender adolescents (for example, some individuals enter puberty as young as age nine or even earlier, and some pubertally advanced individuals are not emotionally mature enough to be able to give informed consent at ages as old as 16) (Steinberg, Cauffman, Woolard, Graham, & Banich, 2009).

In this review we conducted a PubMed search using the terms 'transgender adolescent', 'gender nonconforming youth', 'gender identity disorder adolescents', and 'gender dysphoria adolescent'. Search results were limited to articles within the last 10 years and yielded 70, 3, 42, and 30 articles respectively, with some overlap. Articles that were considered reviews or were out of scope for this review were not included (e.g. not focusing on adolescents, not in English, main scope not related to gender dysphoria (GD) or gender nonconformity). The authors also used additional references that were

CONTACT Scott Leibowitz ✉ sleibowitz@luriechildrens.org
© 2016 Taylor & Francis

considered to be of great importance or relevance to the current state of affairs in the clinical management of transgender adolescents.

### Terminology

With terminology constantly evolving, a cursory review of the most widely used definitions is important. 'Gender identity' refers to one's subjective sense of self as male, female, another gender, or a combination of aspects of maleness and/or femaleness. This is distinct from 'sex', which refers to anatomical features, including genitalia, that are typically used to assign an individual's gender at birth. When gender identity and sex are not aligned, the discrepancy has been described as 'gender discordance' (or incongruence) (Adelson, 2012) that may sometimes result in a negative affective disturbance known as 'gender dysphoria'. The same term describing this phenomenon has also more recently been used as the DSM5 diagnosis gender dysphoria (American Psychiatric Association, 2013), with two distinct sets of criteria, one set for children and another for adolescents/adults. In distinguishing the phenomenon from the diagnosis, we will use the acronym GD henceforth only when describing the latter. The International Classification of Diseases (ICD) currently classifies adolescents who desire to be another gender, accompanied by a wish to align their bodies through physical interventions with that gender, as 'transsexualism', and details of the history of these diagnoses are better illustrated elsewhere (Drescher, Cohen-Kettenis, & Winter, 2012). Currently, revision proposals of the ICD have suggested replacing the term transsexualism with 'gender incongruence'. 'Gender role or expression' refers to an individual's outward behavioural demonstration of gender, through mannerisms, clothing, posture, and other factors that a specific culture might associate with a specific gender. 'Gender nonconformity' (GNC) refers to gender expression that is non-stereotypical for a particular culture based on an individual's assigned gender.

The above terms refer to concepts and experiences often used clinically and in the literature; however, it is also important to define the terms that are used by individuals when describing associated identities. 'Transgender' has more recently become an umbrella term to describe a broad set of individuals whose gender identity differs from the gender that they were assigned at birth based on their sex. Some adolescents identify as 'gender non-binary' (or 'genderqueer'), which refers to identities that are neither exclusively male nor exclusively female (Richards, Bouman, Seal, Barker, Nieder, & T'Sjoen, 2016; Simmons & White, 2014). 'Cisgender' is the opposite of transgender – referring to the majority of the population whose gender identity and expression matches their gender assigned at birth. Cisgender has become an increasingly popular term as it raises awareness that all humans have a connection between their gender identity and physical anatomy.

### Trends in treating Transgender and/or Gender Nonconforming (TGNC) adolescents

#### Model of care delivery

Clinics specializing in gender identity services for adolescents have markedly increased in number in the last decade, both within the USA and internationally (Antonio et al., 2013; Barrett, 2014; Hewitt et al., 2012; Hsieh & Leininger, 2014). In recent years, the affirmative model has been described regarding the approach to transgender youth (Hidalgo et al., 2013). The premise of such a model has been defined by Hidalgo et al. as one that does not view a transgender identity as inherently pathological and that a person should be supported by their clinician to live in the gender that feels most comfortable to them. The definition of an affirming care model with transgender adolescents has been expanded to include the importance of comprehensive psychological assessment before moving forward with physical interventions for this vulnerable and complex population (Edwards-Leeper, Leibowitz, & Sangganjanavanich, unpublished). There is no scientific data regarding how the term 'affirming' has been used among patients and providers, and whether a specific model of care delivery – specifically as it pertains to the degree of mental health evaluation required for physical interventions – would be considered affirming for youth. Given that physical interventions are being considered at younger ages (Olson & Garofalo, 2014), and that adolescents are presenting with increasing complexity and psychiatric co-morbidities (Leibowitz & Spack, 2011; Tishelman et al., 2015), defining best practices requires additional prospective medical and psychological data.

#### Referral rates and sex ratios

Two studies from the Gender Identity Service in the Child, Youth, and Family Program at Toronto's Centre for Addiction and Mental Health, and the Amsterdam Centre for Expertise on Gender Dysphoria illustrate the marked increase of adolescent referrals (compared to children) to their specialized gender identity treatment clinics in the last decade (de Vries & Cohen-Kettenis, 2012; Wood et al., 2013). In the Toronto study, the number of adolescent referrals surpassed the number of child referrals for the first time in the 2008–2011 cohort

since the clinic began collecting data in 1976. The authors surmise that with increased access to the Internet and social media, more adolescents seek treatment because they are better able to put a name to their experience and have increased awareness that treatment interventions exist.

The sex ratio of presenting adolescents has been previously described to be much closer to 1:1 than in children, with natal boys presenting at substantially higher rates than natal girls in the younger age group (Wood et al., 2013). Despite the more equal ratio of sexes presenting for treatment in adolescence, previous reports indicate that natal boys presented at slightly higher rates than natal girls in the past (Cohen-Kettenis & Pfafflin, 2003). However, a more recent study of the combined referral rates from the Toronto and Amsterdam clinics, looking at 748 adolescents combined over a period from 2006 to 2013, demonstrates that there was a significant inversion of the sex ratio of referred adolescents in both clinics favouring natal girls (Aitken et al., 2015). The inversion takes place within the context of increased numbers of adolescent referrals (compared to children) in both clinics in recent years, the relatively recent availability of pubertal suppression in the last decade, and the increased visibility of transgender issues in the media and Internet. The authors postulate that such an inversion may be the result of both increased visibility of transgender identities in the media (leading more young people to declare such an identity), and the disproportionately higher stigma that natal boys continue to experience compared to natal girls (making it easier for natal girls to come out and seek transition).

*Development of gender identity in adolescents*

Adolescence is considered a crucial period of gender identity development in gender non-conforming young people (Steensma, Kreukels, de Vries, & Cohen-Kettenis, 2013). Adolescents in a qualitative study reported that ages 10–13 years were essential for them when it came to determining whether GD persisted or desisted. This was influenced by the changes in social interactions with peers, the emerging physical characteristics of puberty, and the first romantic experiences during this time in their lives (Steensma, Biemond, Boer, & Cohen-Kettenis, 2011).

After the onset of puberty, it is considered that the likelihood that GD will persist into adulthood is high. Indeed, in three Dutch clinical follow-up studies of adolescents who, after comprehensive psycho-diagnostic assessment, received puberty suppression and/or cross-gender hormones, none of the participating adolescents refrained from gender affirming surgery after they had started pubertal suppression (GnRH agonists) or

cross-gender hormones (Cohen-Kettenis & van Goozen, 1997; de Vries et al., 2014; Smith, Van Goozen, Kuiper, & Cohen-Kettenis, 2005a).

Some adolescents may also present with GD after the start of puberty. This adolescent late onset type of GD is described and studied in adult transgender populations (Lawrence, 2010), but few reports exist in the adolescent research. One study demonstrated that natal female adolescents presenting with GD recalled, on average, more cross-gender behaviour in childhood compared to their natal male counterparts (Zucker, et al., 2012). The authors suggest that this may reflect the fact that it is mostly natal boys who present with a late onset type of GD in adolescence, similar to adults (Lawrence, 2010). However, 65% of Finnish gender clinic-referred adolescents of mainly natal female assignation (41 of 47 adolescents studied) belonged to this late onset group (Kaltiala-Heino, Sumia, Työläjärvi, & Lindberg, 2015). Clearly, there is a need for further empirical studies on the time of onset of GD in adolescents.

Studies that report on sexual orientation of adolescents with GD show variable results. In one Dutch study almost all of the adolescents who were evaluated to be eligible for pubertal suppression reported being sexually attracted to individuals of their natal sex (de Vries, Steensma, Doreleijers, & Cohen-Kettenis, 2011). Another study showed that, compared to natal male adolescents with early- onset GD, natal male adolescents with late onset GD were more often sexually attracted to a gender different from their natal sex (Zucker et al., 2012). Finally, in a third study on clinic-referred transgender boys and girls, 40–45% of them were sexually attracted to individuals of a gender different from their natal sex with no significant difference between the binary genders of male or female (Spack et al., 2012).

The relevance of sex ratio, age of onset, and sexual orientation lies in the fact that adult studies have revealed that natal maleness, late onset GD, and a sexual attraction to individuals of a different gender from the adolescent's natal sex may predict a more challenging treatment course and outcome (Lawrence, 2010; Smith et al., 2005a; Smith, van Goozen, Kuiper, & Cohen-Kettenis, 2005b). Additionally, trends in the onset of GD in relation to sexual attraction in these populations may be of interest in understanding aetiological and phenomenological underpinnings of GD.

*Aetiological factors related to gender dysphoria in adolescents*

Adolescents have only recently become the subject of aetiological studies on GD. It is most likely that the same

factors that are considered to be involved in GD of childhood and adulthood play a role in adolescence. Currently, it is thought that psychological, social, and biological factors are all involved. Earlier studies have reported correlations of GD with certain psychological factors in children (e.g. separation anxiety) (Coates & Person, 1985; Zucker, Bradley, & Lowry Sullivan, 1996); yet other studies interpreted these factors as a consequence, not cause, of gender variance (Pleak, Meyer-Bahlburg, O'Brien, Bowen, & Morganstein, 1989; Wallien, Zucker, Steensma, & Cohen-Kettenis, 2008).

Biological factors that have been studied in adolescents with GD are fraternal birth order and sibling sex ratio (Schagen, Delemarre-van de Waal, Blanchard, & Cohen-Kettenis, 2012; Vanderlaan, Blanchard, Wood, & Zucker, 2014). The maternal immunization hypothesis suggests that mothers develop more anti-male antibodies (against male-specific antigens linked to the Y chromosome) during each pregnancy of a male fetus. The resulting anti male immune-reaction then affects male brain development of the fetus and results in higher chances of a sexual orientation attracted to individuals of the natal sex of the child (Blanchard, Zucker, Cohen-Kettenis, Gooren, & Bailey, 1996). Two studies in adolescents with GD – who were assumed to be sexually attracted to individuals of their natal sex – confirmed this hypothesis, one in natal boys, the other one in both natal boys and natal girls (the latter according to their sisternal birth order) (Schagen et al., 2012; Vanderlaan, Blanchard et al., 2014).

Recently, the first series of structural and functional brain imaging studies in adolescents with GD have been published. These studies examine whether sexual differentiation of the brain is more in line with the experienced gender identity of the transgender adolescent than it is with natal sex. In one such study on whole-brain grey matter in 55 adolescent natal girls and 38 adolescent natal boys with GD, compared to 44 boys and 52 girls without GD, differences in brain volumes were only found between the sexes, however not between the groups with and without GD for each sex. However, in certain sex dimorphic structures, subtle differences were found between adolescents with and without GD (Hoekzema et al., 2015), and this was true in both medically treated and untreated subgroups. Another study on functioning of the brain showed that on a verbal fluency task, adolescent natal boys with GD performed better (as expected) than the control boys (but also better than the adolescent natal girls with GD and controls girls), but this was not represented in any significant differences in brain activity between the groups (Soleman et al., 2013). In a third study of prepubertal children as well as adolescents with and

without GD, androstadienone – an odorous stimulus that evokes a sex dimorphic response in the hypothalamus in adults without GD (Burke, Veltman, Gerber, Hummel, & Bakker, 2012) – was used to test the role of puberty hormones on typical and atypical sexual differentiation of the brain. Results in prepubertal children were that those without GD already showed this sex dimorphic response, while prepubertal girls with GD showed activation levels that were in between control boys and girls without GD. No differences were found between prepubertal boys with GD compared to their natal sex peers (Burke, Cohen-Kettenis, Veltman, Klink, & Bakker, 2014). Adolescents with GD participating in this study responded convincingly like their cisgender peers. In summary, some of the neuroimaging studies revealed that adolescents with GD had structural and functional characteristics that were in the direction of, or similar to, controls of their experienced gender, while other studies failed to find these differences.

## Co-occurring psychological functioning

Perhaps due to the fact that adolescents with GD have long been an underserved population, studies investigating their psychological functioning are limited. It is only quite recently that studies of specialized gender identity clinics have published findings in this area. Understanding the psychological functioning and trends of co-occurring psychiatric illness in adolescents with GD is important both for determining an appropriate treatment plan that potentially includes irreversible interventions as well as to define future areas of research.

With regard to gender identity clinic-referred adolescents, methods and results of these studies differ greatly. Most studies have used chart review to report on psychiatric co-morbidity. For example, Spack et al. described that in their sample of 97 referred adolescents, 44.3% had a prior history of psychiatric diagnoses, 37.1% were taking psychotropic medications, and 21.6% had a history of self-injurious behaviour (Spack et al., 2012). Another such study of 84 Canadian adolescents reported mood and anxiety disorders in 44% and 33% within their birth-assigned female and male referrals respectively (Khatchadourian et al., 2014); and sadly 10 adolescents in this clinical sample had attempted suicide. All 21 adolescents assessed for eligibilty of medical intervention at an Australian clinic were reported to have symptoms of anxiety or depression (Hewitt et al., 2012). Of 218 referred cases (both children and adolescents) to a London gender identity service, available information before assessment revealed that low mood/depression occurred in 42% and self-harming in 39% (Holt et al., 2014). In a clinical sample of Finnish referrals for

medical intervention, exceptionally high rates of co-ocurring psychiatric disorders were reported, with 64% being treated for depression and 53% for suicidal and self-harming behaviours. Additionally, psychotic symptoms, substance use, autism, and attention deficit hyperactivity disorder (ADHD) were also reported (Kaltiala-Heino et al., 2015).

These studies utilized an archival chart review methodology, so therefore it is difficult to interpret these prevalence findings. Using the standardized Diagnostic Interview Schedule for Children (DISC) (Shaffer, Fisher, Lucas, Dulcan, & Schwab-Stone, 2000), it was found that the majority (67.6%) of a cohort of 105 Dutch adolescent gender dysphoric referrals did not suffer from any psychiatric disorder (de Vries, Doreleijers, Steensma, & Cohen-Kettenis, 2011). In this sample, anxiety, mood, and disruptive behaviour disorders occurred in 21%, 12.4%, and 11.4% of the adolescents, respectively.

There is only one study directly comparing adolescents to adults with gender dysphoria. This study compared 86 adolescents with 293 adults by use of the Minnesota Multiphasic Personality Inventory (MMPI) and revealed that adults showed significantly more problems in the clinical range than adolescents (de Vries, Kreukels, Steensma, Doreleijers, & Cohen-Kettenis, 2011). This might give some evidence that early coming out and seeking care in adolescence (versus adulthood) might prevent some of the psychological burden that transgender individuals experience during their lives.

Some of the studies make use of similar measures that allow comparisons to be made between different clinics. For example, a study describing the baseline characteristics of 101 transgender adolescents seeking medical intervention (although it was not made clear whether they all started treatment) found clinically relevant depression scores as measured by the Beck Depression Inventory (BDI) (Beck, Steer, & Brown, 1996) in 35% of the sample (24% in the mild–moderate range and 11% in the severe range) (Olson, Schrager, Belzer, Simons, & Clark, 2015). The same measure was used in a follow-up study of 70 adolescents receiving puberty suppression. The mean baseline depression BDI score in that sample was well below the clinical range (de Vries, Steensma et al., 2011). The factors that explain this apparent cross-clinic difference are yet to be determined; however, cultural differences in tolerance may be an underlying factor.

Various gender identity service sample studies have used the Child Behavior Checklist (CBCL) (Achenbach & Edelbrock, 1983); the Youth Self-Report (YSR) (Achenbach, 1991); and the Teacher's Report Form (TRF) (Achenbach & Edelbrock, 1986). One such study

of adolescents with GD showed that 67.1% of the 71 natal girls and 81.9% of the 83 natal boys had clinical range emotional and behavioural problems using the CBCL (Zucker, Bradley et al., 2012). When using the YSR, these percentages were much lower at 47% of natal girls and 49% of natal boys in a London-based gender identity clinic sample ($n = 141$) (Skagerberg, Davidson, & Carmichael, 2013). The reason for this difference may lie in the method used, with self-report being more likely to reveal lower percentages of emotional difficulties than adult-report (Achenbach, McConaughy, & Howell, 1987).

In a direct cross-national, cross-clinic, comparison between adolescents referred to a Canadian ($n = 177$) and a Dutch ($n = 139$) gender identity clinic using both the CBCL and the YSR, clinically significant behavioural and emotional problems occurred in 55.4%/40.6% respectively of the Amsterdam cohort and 77.5%/39.9% respectively of the Toronto cohort (de Vries, Steensma, VanderLaan, Cohen-Kettenis, & Zucker, 2015). In another such study, the TRF was used in a sample of 174 adolescents attending an Amsterdam or Toronto based clinic (Steensma et al., 2014). Teachers reported significantly more problem behaviour in the Toronto adolescents compared to those in Amsterdam, with clinical range behavioural and emotional problems occurring in 57.1% of Toronto adolescents and 33.3% in Amsterdam. Both the CBCL/YSR and the TRF studies thus showed that the Toronto-referred adolescents had more co-occurring psychological problems than the Amsterdam samples. Poor peer relations turned out to be the overall strongest predictor for emotional and behaviour problems (de Vries et al., 2015; Steensma et al., 2014). This finding is in line with general population studies that show that peer victimization (e.g. rejection by peers, teasing by peers) is an important factor leading to psychological distress in LGBT youth (Birkett, Newcomb, & Mustanski, 2015; Liu & Mustanski, 2012; Robinson, Espelage, & Rivers, 2013; Toomey, Ryan, Diaz, Card, & Russell, 2010). Cross-clinic differences may thus reflect that in some societies there is more peer acceptance and tolerance to gender non-conforming youth than in others. This knowledge is important when developing programmes that help to improve the sometimes worrisome psychological functioning of transgender youth.

Autism spectrum disorders (ASD) are reported to occur in higher than expected percentages in gender dysphoric adolescents when compared to the general population prevalence (which is around 1%). Of the adolescents assessed at a specialized gender identity clinic, 9.4% had a co-occurring confirmed ASD diagnosis (de Vries et al., 2010). Other studies using instruments

measuring autistic traits in adolescents with GD also report this overrepresentation (Miesen, de Vries, Steensma, & Hartman, unpublished). In a sample of children and adolescents with ASD, gender variance (defined as the parent-reported expressed wish to be the other gender on the CBCL) was expressed 7.59 times more frequently compared to non-referred controls (Strang et al., 2014). In a sample of 559 adolescents and 803 adults, gender variance (defined as the self-reported wish to be the other gender on the YSR and ASR) was expressed 1.84 and 2.62 times more frequently respectively as compared to the normative samples (Miesen, Hurley, Bal, & de Vries, unpublished). Apart from the theoretical question of why ASD and GD would co-occur at increased rates than ASD would in the general population, adolescents with autistic features pose clinicians challenging diagnostic and management issues when they seek gender reassignment treatment (see Miesen, Hurley, & de Vries, this issue).

As mentioned above in the different clinical chart reports, suicidality can be of specific concern in transgender adolescents. Using a convenience sample recruited at a community centre of 55 transgender adolescents, nearly half reported serious suicidal thoughts and a quarter reported suicide attempts (Grossman & D'Augelli, 2007). In a clinic chart study of adolescents referred to a gender identity clinic in London, 24% reported self-injurious behaviour, 14% had ideations to self-injure, and 10% had made a suicide attempt (Skagerberg, Parkinson, & Carmichael, 2013). Indeed, Olson et al. (2015) report suicidal thoughts (ever) at 51%, and suicide attempts (ever) at 30% of their sample of adolescents seeking medical care. These data speak to the need for providing clinically competent transgender health-care services when treating severe depression that manifests in such a way.

### Clinical management

#### Interdisciplinary collaboration

Providing optimal care to adolescents with GD preferably involves collaboration between different disciplines. The importance of an interdisciplinary approach in working with transgender individuals is emphasized within clinical practice guidelines from major professional organizations including the WPATH SOC7 (Coleman et al., 2011), the American Academy of Child and Adolescent Psychiatry (AACAP) (Adelson, 2012), the American Psychological Association (APA) (2015), and the Endocrine Society (Hembree et al., 2009). Interventions span the social (advocacy efforts in schools and elsewhere), psychological (individual psychotherapy,

family psychotherapy, parent guidance, completing psychological readiness evaluations), hormonal (menses cessation, pubertal suppression, cross-gender hormone therapy), psychiatric (psychopharmacology management, potential higher level of care), adjunctive (fertility consultation, voice training), and/or surgical (chest surgery most commonly in this age group) domains.

Gender identity treatment clinics have different psychological assessment and treatment protocols outlined in their approach to caring for young people with GD (de Vries & Cohen-Kettenis, 2012; Edwards-Leeper & Spack, 2012; Menvielle, 2012, Sherer, Rosenthal, Ehrensaft, & Baum, 2012; Zucker, Wood, Singh, & Bradley, 2012); however, they all rely on interdisciplinary perspectives and services. Interdisciplinary teams that function to provide high-quality care have been described in general (Ndoro, 2014). Ndoro explains that high-quality care relies on the six Cs, which include care, compassion, competence, communication, courage, and commitment. Presumably, gender health providers share the common goals of being compassionate and competent, and possessing courage and commitment. According to Ndoro, poor communication among team members has been implicated in poor outcomes. Improved communication among gender health providers likely helps to establish role clarity, trust, and the understanding of any ideological position discrepancies. Recognizing the variability in logistics and resources available to different institutions, it is important for providers to overcome the barriers in care that may present when working in different institutions without having the benefit for routine clinical rounds and team discussion.

#### Assessment

Assessment of transgender adolescents involves several key tasks, broadly organized into gender-related concerns and general psychological functioning. The main aims of an assessment are highlighted in Table 1 and providers can look to the WPATH SOC7, which has an extensive section on child and adolescent mental health (Coleman et al., 2011).

A clinical interview that incorporates time spent with the family unit together, the individual adolescent alone, and the parents alone, may be necessary to elicit the relevant information that will determine next steps. According to these SOC, interactions between clinician, staff, patients, and families, should be affirming of the adolescent's asserted gender identity to help establish therapeutic rapport and provide respectful care. This may include an individual assessment of the adolescent's preferred name and pronoun within the therapy setting,

INTERNATIONAL REVIEW OF PSYCHIATRY   27

Table 1. Assessment aims in adolescents presenting with gender issues.

| | |
|---|---|
| Gender-specific | DSM 5 criteria for gender dysphoria |
| |   Presence of desire to be or be perceived as another gender |
| |   Desire for secondary sexual characteristics of another gender |
| |   Desire to be rid of secondary sexual characteristics of birth sex |
| | Psychometrics |
| |   Utrecht Gender Dysphoria Scale (UGDS) |
| |   Recalled Childhood Gender Identity Scale (RCGI) |
| |   Body Image Scale (BIS) |
| |   Gender Minority Support and Resilience (GMSR) |
| | Internal conceptualizations of gender (some constructs in GMSR) |
| |   Understanding of the difference between gender identity and role |
| |   Gender one imagines oneself to be in the future |
| |   Sense of pride in gender identity and expression |
| |   Presence of internalized transphobia |
| |   Relationship between gender identity and sexual orientation |
| |   Perceived community connectedness |
| | External factors related to gender |
| |   Parent and family support, ambivalence, or rejection |
| |   School climate |
| |   Community climate |
| | Gender development |
| |   Childhood gender development |
| |   Timeline and onset of gender dysphoria |
| | Physical exam by a paediatrician (when appropriate) |
| | to determine pubertal advancement |
| General functioning | Psychodiagnostic |
| |   No co-occurring mental health diagnoses |
| |   Co-occurring mental health diagnoses that complicate understanding of gender dysphoria |
| |   Co-occurring mental health diagnoses that may be the result of the presence of gender dysphoria |
| |   Co-occurring mental health diagnoses that do not impact understanding the presence of gender dysphoria but may complicate readiness for physical interventions |
| | Psychological, psychosocial, and psychiatric functioning |
| |   Emotional functioning |
| |   Cognitive functioning |
| |   Resiliency and adaptive ego strengths |
| |   Social support system and ability to develop supports |

although there has been no research to establish how and when pronoun use and preferred name are associated with the development of therapeutic rapport.

An assessment can determine the main concerns of the referred adolescent and parents. Although many adolescents nowadays come with a wish for physical interventions and gender reassignment, some may seek help with the social aspects of gender identity and expression (Tishelman et al., 2015).

Assessing eligibility for physical interventions includes determining the presence of the DSM5 diagnostic classification of GD, which involves a 6-month duration and persistence of criteria (American Psychiatric Association, 2013). Criteria that are specific to certain physical interventions will be discussed below. The use of validated measures can inform the assessment and include the following: (1) Utrecht Gender Dysphoria Scale, a dimensional assessment of current GD (Steensma, Kreukels, Jurgensen et al., unpublished) (2) the Recalled Childhood Gender Identity Scale, a series of retrospective questions about childhood memories of gender role (Zucker et al., 2006) and (3) the Body Image

Scale- a dimensional assessment of body dysphoria that asks the adolescent to assess 30 different anatomical features of their body in addition to whether the body part should be changed or not (Lindgren & Pauly, 1975). Other measures have been published, such as the Gender Minority Stress and Resilience Scale (GMSR), which assesses nine constructs related to minority stress and life satisfaction for individuals who identify as transgender (Testa, Habarth, Peta, Balsam, & Bockting, 2014).

The APA guidelines encourage completing a comprehensive evaluation of these young people (American Psychological Association, 2015) and the information gathered during the clinical interviews may take place over several visits with a patient and family. Factors such as the history of childhood gender development and the time of onset of GD are likely to inform treatment steps as the clinician can determine whether an intensification of anatomical distress has occurred with pubertal advancement. As described above, it can be helpful to explore in more detail several constructs related to gender identity that are used in the GMSR: (1) degree of feeling affirmed by others, (2) future expectations, (3) the

degree and source of pride they feel related to their gender identity, (4) the presence of internalized transphobia (self-loathing due to a transgender identity), and (5) how much community connectedness they may feel with other transgender adolescents (either through social media or in person). Understanding these constructs in detail may help the clinician understand any underlying motivations for the sought interventions and to more accurately pinpoint the presence of the DSM criteria for GD when it is unclear; however, use of this measure has not been studied in clinical populations to date.

According to the WPATH SOC7, the assessment should also include a broad psycho-diagnostic evaluation to determine the presence of any other co-occurring psychiatric diagnoses (Coleman et al., 2011). The presence of a co-occurring mental health diagnosis should not automatically preclude an appropriate adolescent who meets criteria for GD from being eligible for physical interventions, but psychological functioning should be stable enough and should not interfere with determining the presence of GD. Psychiatric symptoms that interfere with readiness criteria for physical interventions may include active suicidality, mania, psychosis, and/or other potential reinforcers of unsafe behaviour within a family system (e.g. a patient engaging in self-injury and family members agreeing to consent to irreversible hormonal interventions on the condition that the self-injury stops). Determining the relationship between any co-occurring mental health issue(s) and GD is important in determining appropriate treatment interventions. For example, if an adolescent meets criteria for a depressive disorder and GD, it is entirely possible that the depression could be a manifestation of underlying GD. Alternatively, if an adolescent meets criteria for an ASD and reports aspects of GD, it might be possible that the ASD complicates the assessment and impairs the adolescent's ability to understand the differences between gender identity and gender role, or gender identity and sexual orientation. Determining an adolescent's emotional and cognitive functioning are also important aspects of the assessment as specified in the WPATH SOC7.

In order to make a fully informed decision regarding puberty suppression and/or cross-gender hormones, the adolescent should be able to understand the information on treatment. It is also important to assess the degree of social supports that an adolescent may have and how resilient the individual is when faced with adversity or change. WPATH SOC7 specifies that support from family or others is a necessary criterion of eligibility for physical interventions with adolescents (Coleman et al., 2011).

For adolescents with non-binary gender identities (yet meeting criteria for GD), there is no systematic data or empirical evidence regarding the use of cross-gender hormones. In these adolescents it may be particularly important to understand the degree to which the adolescent is experiencing a core gender identity discrepancy versus having a motivation to simply challenge the societal gender binary through the use of irreversible physical changes to his body. There is no specific long-term data on the effects of physical interventions when used in gender non-binary adolescents (who meet the recently published DSM 5 GD criteria), so the authors conclude that it is extremely important to understand these adolescents' expectations of physical changes to make sure that they are realistic and accurate, and that they address the actual mind–body discrepancy that is causing distress to the person.

For individuals meeting criteria for GD, collaborating with a medical provider who can obtain a physical exam and determine pubertal advancement is helpful as physical treatment interventions are considered based on pubertal stage.

### Management and treatment

As previously noted, the management of adolescents with GD may require interventions that span different domains. An overview of each of these interventions, and the existing evidence to use them, is provided below. Physical and mental health interventions can be used in conjunction with each other, and the timeframe for when such interventions might be recommended is highly individual and depends upon several factors. In general, physical interventions pertaining to gender transition are best organized according to the degree of reversibility that they effect on an individual's body. Therefore, the guidelines referenced above suggest that significant exploration of the risks and benefits of such interventions should be prioritized in order to obtain informed consent, particularly for those treatments that have more irreversible effects.

### Mental health interventions

Supportive therapy may be indicated to further explore aspects of the adolescent's gender identity and gender transition. Given the higher rates of co-occurring mental health diagnoses often present in transgender adolescents, prioritizing treatment of those conditions is often appropriate. In some situations – especially should any significant safety concerns be elicited in treatment – an adolescent may need to be referred for a higher level of care. Special consideration of the gender aspects of care

should be taken into account in those situations as certain institutions may pair the individual according to natal sex or may not be familiar with the importance of using an adolescent's preferred name and pronoun. In some situations, additional advocacy efforts may be required on the part of the treating clinician, such as calling schools or referring to any local community support – as specified in the AACAP Practice Parameter (Adelson, 2012).

Supportive therapy can serve as a mechanism to help build adaptive ego strengths for transgender adolescents, including those who declare non-binary gender identities. As recommended in the APA guidelines (American Psychiatric Association, 2015) and the AACAP Practice Parameter (Adelson, 2012), this includes (1) heightening an adolescent's ability to accurately detect any unsafe situations in the social environment, (2) understanding the benefits and risks of self-disclosure across varying contexts, (3) exploration of hypothetical reactions of loved ones to any physical changes that might take place with sought physical interventions, (4) understanding how one's gender identity intersects with one's ethnic/cultural identity, and (5) the development of healthy coping strategies in the presence of potential adversity and stigma. Adolescents affirming a non-binary gender identity may have particular struggles in explaining their preferred pronoun, desire to not be perceived as exclusively male or female, and concept of an alternative gender to others (Simmons & White, 2014).

The WPATH SOC7 lists the following non-physical interventions to help alleviate GD in an adolescent: (1) in-person and online support groups or organizations that provide social support and advocacy, (2) in-person and online resources for friends and family, (3) breast binding (for natal girls) or padding (natal boys), genital tucking or penile prostheses, or padding of the hips and buttocks, and (4) changes in name and gender markers on identity documents. Additionally, the WPATH SOC7 lists interventions that might be considered in conjunction with meeting eligibility criteria for physical interventions. These include voice and communication therapy to help the individual develop both verbal and nonverbal communication skills that facilitate comfort with their gender identity, and hair removal through electrolysis, laser treatment, or waxing (for natal boys affirming a female gender identity).

Additionally, mental health support can be important for adolescents during the periods of physical change that take place with hormonal and/or surgical intervention. Helping an adolescent adjust to a changing body can potentially mitigate the negative effects that false expectations of anticipated changes may incur (Cohen-

Kettenis & Pfäfflin, 2003; Cohen-Kettenis, Steensma, & de Vries, 2011).

### Reversible physical interventions

Pubertal suppression with gonadotropin releasing hormone agonists (GnRHa) is a reversible hormonal intervention that prevents the development of unwanted secondary sexual characteristics of an adolescent's natal sex (Delemarre-van de Waal & Cohen-Kettenis, 2006). The evolution of the use of pubertal suppression, first used in this population in Amsterdam, is best summarized in Kreukels & Cohen-Kettenis, 2011, and is described in a long-term follow-up case report (Cohen-Kettenis, Schagen, Steensma, de Vries, & Delemarre-van de Waal, 2011). Table 2 describes the benefits, limitations, and currently known areas of scientific knowledge related to pubertal suppression.

The WPATH SOC7 (Coleman et al., 2011) and the most recent Endocrine Society Guidelines (Hembree et al., 2009) support its use in appropriately screened adolescents with GD. Suppressing pubertal development allows for an extended diagnostic period in younger adolescents who are at pubertal Tanner stages 2 or 3, prior to using hormonal or surgical interventions that carry irreversible changes. Should an adolescent receive pubertal suppression, and then ultimately receive other more irreversible physical interventions later on, they would more closely resemble the phenotypic gender with which they identify. Passing in society as the gender one most closely identifies with has been associated with better psychological adjustment and outcomes in adulthood (Lawrence, 2003). A natal boy would not develop broad shoulders, a deepening voice, or male patterns of body or facial hair. A natal girl would not experience breast development or the fat distribution associated with female bodies. Some surgical procedures such as a mastectomy (more commonly referred to as top surgery in this population), which are often invasive and costly, would be prevented as a result. One prospective study that evaluated 55 transgender adults after sexual reassignment surgery (22 trans women and 33 trans men), all of whom had received pubertal suppression as adolescents, demonstrated an alleviation of GD and healthy psychological adjustment that was comparable to their cisgender adult peers (de Vries et al., 2014).

Pubertal suppression has both hypothetical and actual limitations. One clinical challenge of pubertal suppression is related to the duration that one can medically suppress puberty safely. Depending on when a specific youth physiologically enters puberty (with some natal girls beginning as early as age 8 or 9 and some natal boys starting as early as age 10 or 11; Sizonenko, 1987), it is

Table 2. Pubertal Suppression – an overview.

| What is known | What is not known |
| --- | --- |
| **Pubertal suppression in adolescents with gender dysphoria** | |
| • Prospective data on psychological outcomes into early adulthood indicates that it is a successful intervention when provided at ages typically above 12 years old (de Vries et al., 2014) <br> • Preliminary research with prospective data on bone development indicates some potential reduction in bone mass density (Klink et al., 2015) <br> • Pubertal suppression when later followed by cross-gender hormone administration promotes the development of an appearance more consistent with the other gender (Coleman et al., 2011; Hembree et al., 2009) <br> • Data exist that correlate the degree to which gender dysphoric young adults physically appear as the opposite gender to healthier psychological outcomes (Lawrence, 2003) <br> • Sex hormones are thought to be trophic on brain development in areas that affect cognitive growth and affect regulation (Berenbaum, Beltz, & Corley, 2015) <br> • Preliminary fMRI research on the effects of pubertal suppression on brain development in gender dysphoric adolescents (when started at around age 12), indicates no detrimental effects on executive functioning in those without co-occurring neurodevelopmental disorders (Staphorsius et al., 2015) <br> • Waiting for Tanner 2 pubertal stage before starting pubertal suppression is important in understanding an adolescent's response to their changing body (Hembree et al., 2009) <br> • WPATH SOC 7 specifies criteria for using pubertal suppression (Coleman et al., 2011) | • Unclear long-term effects on brain development in this population <br> • Lack of consensus among gender specialists in the field regarding the ideal time to start pubertal suppression (whether to use age, degree of pubertal advancement, or both) <br> • The effect of pubertal suppression on brain development in young adolescents with co-morbid neurodevelopmental disorders has not been studied (yet there is a lack of understanding of sex hormone influences on brain development and behaviour in general) <br> • Lack of data suggesting the benefits of using pubertal suppression for older (more pubertally advanced) gender dysphoric adolescents when used in conjunction with cross-gender hormone therapy. Anecdotally being used in this way to lower the necessary dose of cross-gender hormones in order to achieve a feminizing or masculinizing effect <br> • The relevance on the impact on bone mass density to fracture risk has not been studied |
| **Potential benefits** | **Potential limitations** |
| • May alleviate immediate psychological distress of the young adolescent with emerging secondary sexual characteristics <br> • Minimizes the need for costly surgical interventions later in life, when applicable <br> • Helps an individual have the long-term physical appearance of their affirmed gender identity, which often impacts the way society views them | • May lead parents and families to automatically assume that a transgender outcome is inevitable which may prevent exploration of other possibilities <br> • Unclear effect on brain development and processes affecting cognitive development and affect regulation, especially in young people with co-occurring neurodevelopmental disorders <br> • May reinforce, on a societal level, the notion that they must physically appear as the gender they feel they are when that deviates from their natal sex |

possible to miss the optimal window of lifelong beneficial effects should a strict age requirement be used to start pubertal suppression (age 12, for example). However, should an individual enter puberty at a younger age, it is unclear whether they can demonstrate sufficient psychological maturity to understand the effects that pubertal suppression might have on their reproductive system, if they eventually begin cross-gender hormone therapy. Additionally, providing pubertal suppression at younger ages introduces the potential need to introduce an exogenous sex hormone (oestrogen for natal boys and testosterone for natal girls) at a younger age than might be ideal considering there is no empirical data available to suggest the medical safety of prolonged pubertal suppression (greater than four years) or psychological benefits of starting testosterone or oestrogen at younger ages (less than 14 years of age). To date there are no studies that help to determine at which age adolescents are able to make these choices – and if

psychological maturity is thought to be a better indicator of such a decision, how that should be determined. It is important to note that the only prospective data demonstrating positive psychological adjustment of pubertal suppression use, cited above, had a mean age of 13.6 for the initiation of pubertal suppression (de Vries et al., 2014); thus, no scientific evidence exists on the long-term psychological adjustment of adolescents who were provided pubertal suppression at much earlier ages. Anecdotal evidence in addition to one long-term case study on a natal girl initially suggests positive outcomes (Cohen-Kettenis et al., 2011); however, the individual in the case report was 13.7 years old at the time of GnRHa initiation (Tanner 3 at the time), and this needs further study.

The Endocrine Society guidelines and WPATH SOC 7 recommend that pubertal suppression be considered when an adolescent with GD is profoundly distressed by the changes that puberty brings to their body (Hembree

et al., 2009; Coleman et al., 2011). A discussion of the benefits and risks of using puberty suppression includes informing families of the lack of long-term medical safety data for the intervention in this population at this time (American Psychiatric Association, 2015). A referral to a medical provider, such as an endocrinologist who is aware of the medical management of GD is the mainstay treatment and such medical providers monitor the effects of pubertal suppression on growth and bone development according to WPATH SOC7. Prospective data on bone mass density in transgender young adults treated in the Amsterdam clinic with pubertal suppression several years prior demonstrated a loss of bone density by 22 years of age, with the effect more pronounced in natal boys (Klink, Caris, Heijboer, van Trotsenburg, & Rotteveel, 2015). These findings should be interpreted cautiously given numerous other potential factors that could be implicated which include the low sample size ($n = 34$), a lack of systematic data collection of Vitamin D levels, and the possibility that a different cross-gender hormone regimen might have led to different results. Of note, the median age of initiation of pubertal suppression of the individuals in this study was 14.9 years of age and 15 years of age for transwomen and transmen, respectively. The results cannot be extrapolated to individuals who are on pubertal suppression for longer periods of time (greater than 1.5 years as was the median duration of GnRHa treatment in the study), nor has any effect on lifetime fracture risk been studied. The study highlights the importance of continuous monitoring of bone mass development in this population by clinicians trained to manage their care.

There is no empirical evidence or prospective data evaluating the use of pubertal suppression in adolescents with GD who may have co-occurring neurodevelopmental disorders, such as ADHD or a tic disorder. As sex hormones are likely trophic on brain development in puberty (Giedd, 2008), there is a theoretical risk associated with suppressing the action of these hormones in youth who have other brain-related disorders. The first fMRI study on executive functioning in adolescents with GD (without co-occurring neurodevelopmental disorders) suggests that there was no detrimental effect of GnRH analogues when initiated after age 12, compared to typically developing adolescents (Staphorsius et al., 2015). Also, the subject in the case study described earlier (Cohen-Kettenis et al., 2011) demonstrated no clinical signs of impairment in brain development after GnRHa treatment, and no significant co-occurring neurodevelopmental disorders were reported present in this individual initially.

Another concern with the use of pubertal suppression may be related to surgical outcomes on genital surgery due to much reduced development of genitals in this population. There is currently no prospective data related to sexual functioning in young trans women who were previously treated with pubertal suppression and later received vaginoplasty (creation of a vagina).

Other reversible physical interventions described in the WPATH SOC7 include androgen blockers (spironolactone) for natal boys and menses suppression (progestins) for natal girls. These interventions are not as efficacious as GnRHa in minimizing the secondary sexual characteristics brought on by endogenous production of sex hormones of puberty, and can be used with some degree of relief for adolescents presenting in later stages of puberty while exploring whether the use of more irreversible interventions in therapy are warranted. The indications for the use of these medications are described in more detail in both the WPATH SOC7 and current Endocrine Society guidelines.

### Partially reversible interventions

In older adolescents with GD, cross-gender hormone therapy (oestrogen for natal boys and testosterone for natal girls – also referred to as cross-sex hormones) is used to promote the secondary sexual characteristics of the sex most compatible with the individual's declared gender identity. These interventions also suppress the effects of an individual's endogenous hormones. Eligibility and readiness criteria described in the WPATH SOC7 (Coleman et al., 2011) include the following: (1) persistent, well-documented GD, (2) capacity to make a fully informed decision and consent to treatment, (3) age of majority in a given country, and (4) reasonably well-controlled significant medical or mental health concerns, if present. Specific hormone regimens appropriate for adolescents are detailed in Endocrine Society guidelines (Hembree et al., 2009).

The effects of oestrogen and testosterone are partially irreversible and therefore widespread consensus is that the potential effects that these treatments may have on the reproductive system (among other body systems) should be explored within therapy prior to initiation. For adolescents already being treated with GnRH agonists it has been asserted that continuing this treatment can allow for reduced doses of testosterone or oestrogen needed to achieve appropriate masculinizing or feminizing effects (Coleman et al., 2011). This may minimize the side effect burden that the sex hormone therapies may have.

Recently, the age of initiation of oestrogen or testosterone has become somewhat controversial, especially for

adolescents on pubertal suppression (Edwards-Leeper, Leibowitz, Sanggganjanavanich, unpublished; Steever, 2014, de Vries et al., 2014). Historically, this intervention has been recommended at approximately 16 years of age (Hembree et al., 2009) for adolescents with GD, and evaluation studies on starting cross-gender hormones at this age have revealed positive effects (Cohen-Kettenis & van Goozen, 1997; Smith, van Goozen, & Cohen-Kettenis, 2001). When initiating treatment prior to the age of majority, however, parental consent is often required unless the individual is an emancipated minor in certain countries where this applies. The age of majority may differ by country or state, and therefore requires a mental health clinician to know the appropriate legal considerations in the location where they practice. Some clinicians have recommended initiating testosterone or oestrogen in young people during mid-adolescence at approximately 14 years of age (Steever, 2014). The philosophical premise of doing so is to avoid a perceived excessive wait to initiate the physical changes that the adolescent may seek. Additionally, for some providers who are treating peri-pubertal adolescents with GnRHa at younger ages then, depending on the age, waiting until 16 years of age could mean suppressing puberty for many years without exposing the body to any sex hormones. No research has demonstrated the long-term safety or benefit to starting cross-gender hormones earlier than age 16, yet anecdotal experience suggests positive psychological outcomes in some of these adolescents.

Co-occurring mental health issues should be 'stable' such that they present no significant barriers when an adolescent provides informed consent (Coleman et al., 2011). The presence of a co-occurring psychiatric illness itself, should not be an absolute contraindication to initiating cross-gender hormones. However, when co-occurring mental health disorders complicate the diagnostic understanding of GD, experts largely agree that conservative management and treatment of the co-occurring illness should be prioritized. This may help to further clarify the adolescent's assertion over time.

### Irreversible surgical interventions

Various irreversible surgical interventions are described in the WPATH SOC7 as appropriate treatments for individuals with GD who are the age of majority in a given country. In adolescents, the most common surgical intervention used is chest surgery for natal girls. The standards recommend 1 year of testosterone therapy prior to undergoing chest surgery to allow the adolescent time to adjust to the masculine changes experienced with hormonal intervention, although this is not an absolute

requirement (Coleman et al., 2011). Genital surgeries are typically performed over the age of majority in appropriately screened individuals who meet the eligibility and readiness requirements specified in the standards of care.

### Conclusions

Treating adolescents presenting with gender-related issues is a quickly evolving field. With rising visibility in the media and Internet, mental health professionals may find themselves at crossroads of understanding best ethical practices given the evolution of understanding of aetiological, phenomenological, and philosophical concepts that continue to develop in guiding best practice. While the research is growing in these areas, helping families and young people often requires detailed and nuanced understanding of both the empirical evidence, and the deficits in scientific knowledge, when framing the pros and cons of various interventions – some of which are irreversible. Addressing these issues across multidisciplinary perspectives in clinics that are being newly formed across the world will help bridge the gaps in treatment that have historically been faced by this underserved population.

### Declaration of interest

The authors report no conflicts of interest. The authors alone are responsible for the content and writing of the paper.

### References

Achenbach, T. M. (1991). *Manual for the Youth Self-Report.* Burlington, VT University of Vermont, Department of Psychiatry

Achenbach, T. M., & Edelbrock, C. S. (1983). *Manual for the Child Behavior Checklist and Revised Child Behavior Profile.* Burlington, VT: University of Vermont, Department of Psychiatry.

Achenbach, T. M., & Edelbrock, C. S. (1986). *Manual for the Teacher's Report Form and Teacher version of the Child Behavior Profile:* Burlington, University of Vermond, Department of Psychiatry.

Achenbach, T. M., McConaughy, S. H., & Howell, C. T. (1987). Child/adolescent behavioral and emotional problems: implications of cross-informant correlations for situational specificity. *Psychological Bulletin*, 101, 213–232.

Adelson, S. L. (2012). Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. *Journal of the American Academy of Child & Adolescent Psychiatry*, 51, 957–974.

Aitken, M.A., Steensma, T.D., Blanchard, R., VanderLaan, D.P., Wood, H., Fuentes, A., & Zucker, K.J. (2015). Evidence for an Altered Sex ratio in clinic-referred adolescents with

gender dysphoria. *The Journal of Sexual Medicine*, 12, 756–763.

American Psychiatric Association. (2013). *Diagnostic and statistical manual of mental disorders* (5th ed.). Washington, DC: Author.

American Psychological Association. (2015). *Guidelines for Psychological Practice with Transgender and Gender Nonconforming People*. Retrieved from http://www.apa.org/practice/guidelines/transgender.pdf

Antonio, I. E., Gomez-Gil, E., Almaraz, M. C., Alvarez-Diz, J. A., Asenjo, N., Becerra, A.,... & Vidales, A. (2013). Coordination of healthcare for transsexual persons: A multidisciplinary approach. *Current Opinion in Endocrinology, Diabetes and Obesity*, 20, 585–591.

Barrett, J. (2014). Disorders of gender identity: What to do and who should do it? *The British Journal of Psychiatry*, 204, 96–97.

Beck, A. T., Steer, R. A., & Brown, G. K. (1996). *Manual for the Beck Depression Inventory-II*. San Antonio TX: Psychological Corporation.

Berenbaum, S. A., Beltz, A. M., & Corley, R. (2015). The importance of puberty for adolescent development: conceptualization and measurement *Advances in Child Development and Behavior* 48, 53–92.

Birkett, M., Newcomb, M. E., & Mustanski, B. (2015). Does it get better? A longitudinal analysis of psychological distress and victimization in lesbian, gay, bisexual, transgender, and questioning youth. *The Journal of Adolescent Health: Official Publication of the Society for Adolescent Medicine*, 56, 280–285.

Blanchard, R., Zucker, K. J., Cohen-Kettenis, P. T., Gooren, L. J., & Bailey, J. M. (1996). Birth order and sibling sex ratio in two samples of Dutch gender-dysphoric homosexual males. *Archives of Sexual Behavior*, 25, 495–514.

Burke, S. M., Cohen-Kettenis, P. T., Veltman, D. J., Klink, D. T., & Bakker, J. (2014). Hypothalamic response to the chemo-signal androstadienone in gender dysphoric children and adolescents. *Frontiers in Endocrinology (Lausanne)*, 5, 60. doi: 10.3389/fendo.2014.00060

Burke, S. M., Veltman, D. J., Gerber, J., Hummel, T., & Bakker, J. (2012). Heterosexual men and women both show a hypothalamic response to the chemo-signal androstadienone. *PloS One*, 7, e40993.

Coates, S., & Person, E. S. (1985). Extreme boyhood femininity: isolated behavior or pervasive disorder? *Journal of the American Academy of Child Psychiatry*, 24, 702–709.

Cohen-Kettenis, P. T., & Pfäfflin, F. (2003). *Transgenderism and intersexuality in childhood and adolescence: Making choices*. Thousand Oaks, CA: Sage Publications, Inc.

Cohen-Kettenis, P. T., Schagen S. E., Steensma T. D., de Vries A. L., & Delemarre-van de Waal H. A. (2011). Puberty suppression in a gender-dysphoric adolescent: a 22-year follow-up. *Archives of Sexual Behavior.* 40, 843–847.

Cohen-Kettenis, P. T., Steensma, T. D., & de Vries, A. L. (2011). Treatment of adolescents with gender dysphoria in the Netherlands. *Child and Adolescent Psychiatric Clinics of North America*, 20, 689–700.

Cohen-Kettenis, P. T., & van Goozen, S. H. (1997). Sex reassignment of adolescent transsexuals: a follow-up study.

*Journal of the American Academy of Child and Adolescent Psychiatry*, 36, 263–271.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J.,... Zucker, K. (2011). Standards of care for the health of transsexual, transgender and gender non-conforming people, version 7. *International Journal of Transgenderism*, 13, 165–232.

de Vries, A.L., & Cohen-Kettenis, P.T. (2012) Clinical management of gender dysphoria in children and adolescents: the Dutch approach. . *Journal of Homosexuality*, 59, 301–320.

de Vries, A. L., Doreleijers, T. A., Steensma, T. D., & Cohen-Kettenis, P. T. (2011). Psychiatric comorbidity in gender dysphoric adolescents. *Journal of Child Psychology and Psychiatry, and Allied Disciplines*, 52, 1195–1202.

de Vries, A. L., Kreukels, B. P., Steensma, T. D., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2011). Comparing adult and adolescent transsexuals: an MMPI-2 and MMPI-A study. *Psychiatry Research*, 186, 414–418.

de Vries, A. L., McGuire, J. K., Steensma, T. D., Wagenaar, E. C., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics*, 134, 696–704.

de Vries, A. L., Noens, I. L., Cohen-Kettenis, P. T., van Berckelaer-Onnes, I. A., & Doreleijers, T. A. (2010). Autism spectrum disorders in gender dysphoric children and adolescents. *Journal of Autism and Developmental Disorders*, 40, 930–936.

de Vries, A. L., Steensma, T. D., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *The Journal of Sexual Medicine*, 8, 2276–2283.

de Vries, A. L., Steensma, T. D., VanderLaan, D. P., Cohen-Kettenis, P. T., & Zucker, K. J. (2015). Poor peer relations predict parent- and self-reported behavioral and emotional problems of adolescents with gender dysphoria: a cross-national, cross-clinic comparative analysis. *European Child and Adolescent Psychiatry*. [Epub ahead of print] doi: 10.1007/s00787-015-0764-7

Delemarre-van de Waal, H.A., & Cohen-Kettenis, P.T. (2006). Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. *European Journal of Endocrinology*, 155, S131–S137.

Drescher, J., Cohen-Kettenis, P.T., & Winter, S. (2012) Minding the body: situating gender identity diagnoses in the ICD-11. *International Review of Psychiatry*; 24, 568–577.

Edwards-Leeper, L., & Spack, N. P. (2012). Psychological evaluation and medical treatment of transgender youth in an interdisciplinary 'Gender Management Service' (GeMS) in a major pediatric center. *Journal of Homosexuality*, 59, 321–336.

Giedd, J. (2008). The teen brain: insights from neuroimaging. *Journal of Adolescent Health*, 42, 335–343.

Grossman, A. H., & D'Augelli, A. R. (2007). Transgender youth and life-threatening behaviors. *Suicide & Life-Threatening Behavior*, 37, 527–537.

Hembree, W. C., Cohen-Kettenis, P., Delemarre-van de Waal, H. E., Gooren, L. J., Meyer, W. J., III, & Spack, N. P.,... Montori, V. M. (2009). Endocrine treatment of transsexual persons: An Endocrine Society clinical practice guideline.

34  S. LEIBOWITZ AND A. L. C. DE VRIES

*The Journal of Clinical Endocrinology & Metabolism*, 94, 3132–3154.

Hewitt, J. K., Paul, C., Kasiannan, P., Grover, S. R., Newman, L. K., & Warne, G. L. (2012). Hormone treatment of gender identity disorder in a cohort of children and adolescents. *The Medical Journal of Australia*, 196, 578–581.

Hidalgo, M. A., Ehrensaft, D., Tishelman, A. C., Clark, L. F., Garofalo, R., Rosenthal, S. M.,... Olson, J. (2013). The gender affirmative model: What we know and what we aim to learn. *Human Development*, 56, 285–290.

Hoekzema, E., Schagen, S. E., Kreukels, B. P., Veltman, D. J., Cohen-Kettenis, P. T., Delemarre-van de Waal, H., & Bakker, J. (2015). Regional volumes and spatial volumetric distribution of gray matter in the gender dysphoric brain. *Psychoneuroendocrinology*, 55, 59–71.

Holt, V., Skagerberg E., & Dunsford M. (2014). Young people with features of gender dysphoria: Demographics and associated difficulties. *Clinical Child Psychology and Psychiatry*, [Epub]. Doi: 10.1177/1359104514558431

Hsieh, S., & Leininger, J. (2014). Resource list: Clinical care programs for gender-nonconforming children and adolescents. *Pediatric Annals*, 43, 238–244.

Kaltiala-Heino, R., Sumia, M., Työläjärvi, M., & Lindberg, N. (2015). Two years of gender identity service for minors: Overrepresentation of natal girls with severe problems in adolescent development. *Child and Adolescent Psychiatry and Mental Health*, 9, 9.

Khatchadourian, K., Amed, S., & Metzger, D. L. (2014). Clinical management of youth with gender dysphoria in Vancouver. *The Journal of Pediatrics*, 164, 906–911.

Klink, D., Caris, M., Heijboer, A., van Trotsenburg, M., Rotteveel, J. (2015). Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. *The Journal of Clinical Endocrinology and Metabolism*, 100, E270–E275.

Kreukels B. P., & Cohen-Kettenis, P. T. (2011). Puberty suppression in gender identity disorder: the Amsterdam experience. . *Nature Reviews Endocrinology*, 7, 466–472.

Lawrence, A. A. (2003). Factors associated with satisfaction or regret following male-to-female sex reassignment surger. *Archives of Sexual Behavior*, 32, 299–315.

Lawrence, A. A. (2010). Sexual orientation versus age of onset as bases for typologies (subtypes) for gender identity disorder in adolescents and adults. *Archives of Sexual Behavior*, 39, 514–545.

Leibowitz, S., & Spack, N. (2011). The development of a gender identity psychosocial clinic: treatment issues, logistical considerations, interdisciplinary cooperation, and future initiatives. *Child & Adolescent Psychiatric Clinics of North America*, 20, 701–724.

Lindgren, T. W., & Pauly, I. B. (1975). A body image scale for evaluating transsexuals. *Archives of Sexual Behaviour*, 4, 639–656.

Liu, R. T., & Mustanski, B. (2012). Suicidal ideation and self-harm in lesbian, gay, bisexual, and transgender youth. *American Journal of Preventive Medicine*, 42, 221–228.

Menvielle, E. (2012). A comprehensive program for children with gender variant behaviors and gender identity disorders. *Journal of Homosexuality*, 59, 357–368.

Miesen, A.I.R., Hurley, H., & de Vries, ALC (2016). Gender Dysphoria and autism spectrum disorder: A narrative review. *Intl Rev of Psychiatry*. [Epub ahead of print]. Doi: 10.3109/09540261.2015.1111199.

Ndoro S. (2014). Effective multidisciplinary working: the key to high-quality care. *British Journal of Nursing*, 23, 724–747.

Olson, J., & Garofalo, R. (2014). The peripubertal gender-dysphoric child: Puberty suppression and treatment paradigms. *Pediatric Annals*, 43, e132–e137.

Olson, J., Schrager, S. M., Belzer, M., Simons, L. K., & Clark, L. F. (2015). Baseline Physiologic and Psychosocial Characteristics of Transgender Youth Seeking Care for Gender Dysphoria. *The Journal of Adolescent Health: Official Publication of the Society for Adolescent Medicine*, 57, 374–380.

Pleak, R. R., Meyer-Bahlburg, H. F., O'Brien, J. D., Bowen, H. A., & Morganstein, A. (1989). Cross-gender behavior and psychopathology in boy psychiatric outpatients. *Journal of the American Academy of Child and Adolescent Psychiatry*, 28, 385–393.

Richards C., Bouman, W., Seal, L., Barker, M. J., Nieder, T. O., T'Sjoen, G. (2016). Non-binary or genderqueer genders. *International Review of Psychiatry*. [Epub ahead of print]. Doi: 10.3109/09540261.2015.1106446.

Robinson, J. P., Espelage, D. L., & Rivers, I. (2013). Developmental trends in peer victimization and emotional distress in LGB and heterosexual youth. *Pediatrics*, 131, 423–430.

Schagen, S. E., Delemarre-van de Waal, H. A., Blanchard, R., & Cohen-Kettenis, P. T. (2012). Sibling sex ratio and birth order in early-onset gender dysphoric adolescents. *Archives of Sexual Behavior*, 41, 541–549.

Shaffer, D., Fisher, P., Lucas, C. P., Dulcan, M. K., & Schwab-Stone, M. E. (2000). NIMH Diagnostic Interview Schedule for Children Version IV (NIMH DISC-IV): description, differences from previous versions, and reliability of some common diagnoses. *Journal of the American Academy of Child and Adolescent Psychiatry*, 39, 28–38.

Sherer, I., Rosenthal, S. M., Ehrensaft, D., & Baum, J. (2012). Child and adolescent gender center: A multidisciplinary collaboration to improve the lives of gender nonconforming children and teens. *Pediatrics in Review*, 33, 273–275.

Simmons H., & White F. (2014). Our many selves in Erickson-Schroth L. (Ed.), *Trans Bodies, Trans Selves: A Resource for the Transgender Community* (pp. 3–23). New York, NY:Oxford University Press.

Sizonenko PC. (1987). Normal sexual maturation. *Pediatrician* 14, 191–201. PMID: 3331201

Skagerberg, E., Davidson, S., & Carmichael, P. (2013). Internalizing and externalizing behaviors in a group of young people with gender dysphoria. *International Journal of Transgenderism*, 14, 105–112.

Skagerberg, E., Parkinson, R., & Carmichael, P. (2013). Self-harming thoughts and behaviors in a group of children and adolescents with gender dysphoria. *International Journal of Transgenderism*, 14, 86–92.

Smith, Y. L., van Goozen, S. H., & Cohen-Kettenis, P. T. (2001). Adolescents with gender identity disorder who were accepted or rejected for sex reassignment surgery: a prospective follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry*, 40, 472–481.

Smith, Y. L., Van Goozen, S. H., Kuiper, A. J., & Cohen-Kettenis, P. T. (2005a). Sex reassignment: outcomes and

predictors of treatment for adolescent and adult transsexuals. *Psychological Medicine*, 35, 89–99.

Smith, Y. L., van Goozen, S. H., Kuiper, A. J., & Cohen-Kettenis, P. T. (2005b). Transsexual subtypes: clinical and theoretical significance. *Psychiatry Research*, 137, 151–160.

Soleman, R. S., Schagen, S. E., Veltman, D. J., Kreukels, B. P., Cohen-Kettenis, P. T., Lambalk, C. B., . . . Delemarre-van de Waal, H. A. (2013). Sex differences in verbal fluency during adolescence: a functional magnetic resonance imaging study in gender dysphoric and control boys and girls. *The Journal of Sexual Medicine*, 10, 1969–1977.

Spack, N. P., Edwards-Leeper, L., Feldman, H. A., Leibowitz, S., Mandel, F., Diamond, D. A., & Vance, S. R. (2012). Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics*, 129, 418–425.

Staphorsius, A. S., Kreukels, B. P., Cohen-Kettenis, P. T., Veltman, D. J., Burke, S. M., Schagen, S. E.,. . . Bakker, J. (2015). Puberty suppression and executive functioning: An fMRI-study in adolescents with gender dysphoria. *Psychoneuroendocrinology*, 56, 190–199.

Steensma, T. D., Biemond, R., Boer, F. D., & Cohen-Kettenis, P. T. (2011). Desisting and persisting gender dysphoria after childhood: A qualitative follow-up study. *Clinical Child Psychology and Psychiatry*, 16, 499–516.

Steensma, T. D., Kreukels, B. P., de Vries, A. L., & Cohen-Kettenis, P. T. (2013). Gender identity development in adolescence. *Hormones and Behavior*, 64, 288–297.

Steensma, T. D., Zucker, K. J., Kreukels, B. P. C., VanderLaan, D. P., Wood, H., Fuentes, A., & Cohen-Kettenis, P. T. (2014). Behavioral and emotional problems on the teacher's report form: A cross-national, cross-clinic comparative analysis of gender dysphoric children and adolescents. *Journal of Abnormal Child Psychology*, 42, 635–647.

Steever, J. (2014). Cross-gender hormone therapy in adolescents. *Pediatric Annals*, 43, e138–e144.

Steinberg, L., Cauffman, E., Woolard, J., Graham, S., & Banich, M. (2009). Are adolescents less mature than adults?: Minors' access to abortion, the juvenile death penalty, and the alleged APA 'flip-flop.' *American Psychologist*, 64, 583–594.

Strang, J. F., Kenworthy, L., Dominska, A., Sokoloff, J., Kenealy, L. E., Berl, M.,. . . Wallace, G. L. (2014). Increased gender variance in autism spectrum disorders and attention deficit hyperactivity disorder. *Archives of Sexual Behavior*, 43, 1525–1533.

Testa, R. J., Habarth, J., Peta, J., Balsam, K., & Bockting, W. (2015). Development of the gender minority stress and resilience measure. *Psychology of Sexual Orientation and Gender Diversity*, doi:10.1037/sgd0000081

Tishelman, A., Kaufman, R., Edwards-Leeper, L., Mandel, F., Shumer, D., and Spack, N. (2015). Serving transgender youth: challenges, dilemmas, and clinical examples. *Professional Psychology: Research and Practice*, 46, 37–45.

Toomey, R. B., Ryan, C., Diaz, R. M., Card, N. A., & Russell, S. T. (2010). Gender-nonconforming lesbian, gay, bisexual, and transgender youth: school victimization and young adult psychosocial adjustment. *Developmental Psychology*, 46, 1580–1589.

Vanderlaan, D. P., Blanchard, R., Wood, H., & Zucker, K. J. (2014). Birth order and sibling sex ratio of children and adolescents referred to a gender identity service. *PloS One*, 9, e90257. doi: 10.1371/journal.pone.0090257

Wallien, M. S., Zucker, K. J., Steensma, T. D., & Cohen-Kettenis, P. T. (2008). 2D:4D finger-length ratios in children and adults with gender identity disorder. *Hormones and Behavior*, 54, 450–454.

Wood, H., Sasaki, S., Bradley, S.J., Singh, D., Fantus, S., Owen-Anderson, A., . . . & Zucker, K. J. (2013) Patterns of referral to a gender identity service for children and adolescents (1976-2011): age, sex ratio, and sexual orientation. *Journal of Sex & Marital Therapy*, 39, 1–6.

Zucker, K. J., Bradley, S. J., & Lowry Sullivan, C. B. (1996). Traits of separation anxiety in boys with gender identity disorder. *Journal of the American Academy of Child and Adolescent Psychiatry*, 35, 791–798.

Zucker, K. J., Bradley, S. J., Owen-Anderson, A., Kibblewhite, S. J., Wood, H., Singh, D., & Choi, K. (2012). Demographics, behavior problems, and psychosexual characteristics of adolescents with gender identity disorder or transvestic fetishism. *Journal of Sex & Marital Therapy*, 38, 151–189.

Zucker, K. J., Mitchell, J. N., Bradley, S. J., Tkachuk, J., Cantor, J. M., & Allin, S. M. (2006). The Recalled Gender Identity/Gender Role Questionnaire: psychometric properties. *Sex Roles*, 54, 469–483.

Zucker, K. J., Wood, H., Singh, D., & Bradley, S. J. (2012). A developmental, biopsychosocial model for the treatment of children with gender identity disorder. *Journal of Homosexuality*, 59, 369–397.

the choice of aspirin or heparin for venous thromboembolism prophylaxis among patients with operatively treated extremity fractures (or any pelvic or acetabular fracture), this is by far the largest trial to date and provides compelling evidence that a readily available, inexpensive drug, taken orally, is a viable alternative to an injectable pharmacologic prophylaxis.

Are there any caveats to this message? The trial shows several secondary outcomes that support the main conclusion of the trial, including a similar risk of pulmonary embolism in the two groups and, in terms of safety outcomes, no evidence of a difference in the incidence of bleeding events, which occurred in 13.72% of patients in the aspirin group and 14.27% in the low-molecular-weight–heparin group. However, in keeping with previous trials, the authors noted that deep-vein thrombosis was more frequent in patients who had received aspirin than in those who had received heparin (2.51% vs. 1.71%), although the absolute difference was small (0.80 percentage points). Although deep-vein thrombosis is clearly not as serious as a fatal pulmonary embolism, it is not an inconsequential problem. Post-thrombotic syndrome affects some people who have had a deep-vein thrombosis of the leg, and this condition can cause chronic pain and swelling.[9]

The findings in this trial clearly indicate that guidelines for the prevention of hospital-acquired venous thromboembolism will need to be rewritten to include the option of aspirin in patients with traumatic injuries. More work is needed to determine whether aspirin should also

be considered for venous thromboembolism prophylaxis after other types of surgeries and for nonsurgical patients who have risk factors for venous thromboembolism.

Disclosure forms provided by the author are available with the full text of this editorial at NEJM.org.

From Oxford Trauma and Emergency Care, Nuffield Department of Orthopedics, Rheumatology, and Musculoskeletal Sciences, University of Oxford, Oxford, United Kingdom.

1. National Institute for Health and Care Excellence. Venous thromboembolism in over 16s: reducing the risk of hospital-acquired deep vein thrombosis or pulmonary embolism. August 13, 2019 (https://www.nice.org.uk/guidance/ng89/chapter/Recommendations).
2. Hegsted D, Gritsiouk Y, Schlesinger P, Gardiner S, Gubler KD. Utility of the risk assessment profile for risk stratification of venous thrombotic events for trauma patients. Am J Surg 2013;205:517-20.
3. Geerts WH, Code KI, Jay RM, Chen E, Szalai JP. A prospective study of venous thromboembolism after major trauma. N Engl J Med 1994;331:1601-6.
4. Barrera LM, Perel P, Ker K, Cirocchi R, Farinella E, Morales Uribe CH. Thromboprophylaxis for trauma patients. Cochrane Database Syst Rev 2013;3:CD008303.
5. Rogers FB, Cipolle MD, Velmahos G, Rozycki G, Luchette FA. Practice management guidelines for the prevention of venous thromboembolism in trauma patients: the EAST Practice Management Guidelines Work Group. J Trauma 2002;53:142-64.
6. Colwell CW Jr, Pulido P, Hardwick ME, Morris BA. Patient compliance with outpatient prophylaxis: an observational study. Orthopedics 2005;28:143-7.
7. Horner D, Goodacre S, Pandor A, et al. Thromboprophylaxis in lower limb immobilisation after injury (TiLLI). Emerg Med J 2020;37:36-41.
8. Major Extremity Trauma Research Consortium (METRC). Aspirin or low-molecular-weight heparin for thromboprophylaxis after a fracture. N Engl J Med 2023;388:203-13.
9. Makedonov I, Kahn SR, Abdulrehman J, et al. Prevention of the postthrombotic syndrome with anticoagulation: a narrative review. Thromb Haemost 2022;122:1255-64.

DOI: 10.1056/NEJMe2214045

Copyright © 2023 Massachusetts Medical Society.

## Growing Evidence and Remaining Questions in Adolescent Transgender Care

Annelou L.C. de Vries, M.D., Ph.D., and Sabine E. Hannema, M.D., Ph.D.



This week in the *Journal*, a much-awaited primary report from Chen et al.[1] on 2 years of gender-affirming hormones (GAH) in transgender adolescents appears. The approach to adolescent transgender care with early treatment with puberty blockers, and GAH in youth from 16 years of age, originated in the Netherlands ("the

Dutch model") and became the dominant medical care model for transgender adolescents.[2] Especially over the past decade, marked increases in referrals but limited evidence as to long-term outcomes have led to controversies and debate regarding this approach. Indeed, some European countries are adapting their guidelines and re-

275

The New England Journal of Medicine
Downloaded from nejm.org by Mary Hasson on January 18, 2023. For personal use only. No other uses without permission.
Copyright © 2023 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

stricting access to care for transgender youth, and some states in the United States have introduced laws to ban such care.[3] Therefore, rigorous longitudinal outcome studies that provide evidence about whether this approach is effective and safe are needed.

The results of the current study — involving a large, multisite sample of 315 participants — provide such evidence. During 24 months of GAH treatment, participant-reported appearance congruence (alignment between gender identity and physical appearance), positive affect, and life satisfaction increased and depression and anxiety decreased. In addition, initial levels and rates of change in appearance congruence correlated with the psychosocial outcomes. These results corroborate the positive effects in several earlier studies of smaller samples of adolescents and add to the evidence base that GAH can have a positive effect on mental health.[4]

Yet the study leaves some concerns unanswered. Although overall psychological functioning in the study participants improved, there was substantial variation among participants; a considerable number still had depression, anxiety, or both at 24 months, and two died by suicide. The correlation between appearance congruence and various psychological-outcome variables suggests an important mediating role of GAH and consequent bodily changes. However, other possible determinants of outcomes were not reported, particularly the extent of mental health care provided throughout GAH treatment. To date, international guidelines for transgender adolescent care recommend a psychosocial assessment and involvement of mental health professionals in a multidisciplinary care model.[5] Whether participating centers in the current study followed that approach is unfortunately unclear. Future studies that compare outcomes with different care models are needed, preferably using similar measures.

In addition, some are concerned that young persons may not be capable of making decisions regarding medical treatments that have irreversible effects that they might regret later in life. In the 2-year study by Chen et al., 9 of 314 adolescents (2.9%) stopped GAH, but it is unclear whether they detransitioned or regretted their treatment or whether they stopped because they were satisfied with treatment-related changes.

Despite concerns about detransitioning, few studies have provided data on the incidence of detransitioning, and available results are inconsistent. Although one U.S. study showed that 74% of adolescents who started GAH treatment were still receiving it 4 years later, 98% of 720 Dutch adolescents who began such therapy were receiving it after a median of 2.7 years (range, 0.0 to 20.0).[6,7] Similar studies in other centers, regions, and countries are necessary to learn whether the incidence of detransitioning differs between settings and what factors are associated with these differences. It will be especially important to evaluate outcomes in adolescents starting GAH before 16 years of age, the age limit in the initial Dutch protocol.[7]

Furthermore, although Chen et al. investigated relevant psychological and gender outcome measures (e.g., depression, appearance congruence, and life satisfaction), additional factors such as autism spectrum disorder and the quality of peer relations and family support are also of interest. Social support has been hypothesized as explaining why Dutch transgender adolescents have better psychological function than those in other countries.[8] Understanding additional factors that influence outcomes should help to determine which components of care and support other than GAH might improve the lives of transgender adolescents.

Finally, benefits of early medical intervention, including puberty suppression, need to be weighed against possible adverse effects — for example, with regard to bone and brain development and fertility. At present, studies involving young adults from the Dutch adolescent transgender cohort show that accrual of bone mineral decelerates during puberty suppression but increases during GAH treatment and also that adolescents' educational achievements are as expected given their pretreatment status, which is reassuring.[9,10] However, those results from a single Dutch center should be replicated and validated in other contexts, as in a sample followed in the current study.

Despite uncertainties that call for further study, current information shows that mental health improves with GAH, whereas withholding treatment may lead to increased gender dysphoria and adversely affect psychological functioning. The study by Chen et al. adds to the

The New England Journal of Medicine
Downloaded from nejm.org by Mary Hasson on January 18, 2023. For personal use only. No other uses without permission.
Copyright © 2023 Massachusetts Medical Society. All rights reserved.

29

evidence of the effectiveness of the current care model that includes hormonal treatment for transgender adolescents.

Disclosure forms provided by the authors are available with the full text of this editorial at NEJM.org.

From the Departments of Child and Adolescent Psychiatry (A.L.C.V.) and Pediatrics (S.E.H.), Center of Expertise on Gender Dysphoria, Amsterdam University Medical Centers, Location Vrije Universiteit, Amsterdam.

1. Chen D, Berona J, Chan Y-M, et al. Psychosocial functioning in transgender youth after 2 years of hormones. N Engl J Med 2023;388:240-50.
2. Delemarre-van de Waal HA, Cohen Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. Eur J Endocrinol 2006;155:Suppl 1:S131-S137.
3. Cass Review. Independent review of gender identity services for children and young people: interim report. February 2022 (https://cass.independent-review.uk/publications/interim-report/).
4. Kuper LE, Stewart S, Preston S, Lau M, Lopez X. Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. Pediatrics 2020;145(4):e20193006.
5. Coleman E, Radix AE, Bouman WP, et al. Standards of care for the health of transgender and gender diverse people, version 8. Int J Transgend Health 2022;23:Suppl 1:S1-S259.
6. Roberts CM, Klein DA, Adirim TA, Schvey NA, Hisle-Gorman E. Continuation of gender-affirming hormones among transgender adolescents and adults. J Clin Endocrinol Metab 2022; 107(9):e3937-e3943.
7. van der Loos MATC, Hannema SE, Klink DT, den Heijer M, Wiepjes CM. Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands. Lancet Child Adolesc Health 2022;6:869-75.
8. de Graaf NM, Steensma TD, Carmichael P, et al. Suicidality in clinic-referred transgender adolescents. Eur Child Adolesc Psychiatry 2022;31:67-83.
9. Schagen SEE, Schagen SEE, Wouters FM, Cohen-Kettenis PT, Gooren LJ, Hannema SE. Bone development in transgender adolescents treated with GnRH analogues and subsequent gender-affirming hormones. J Clin Endocrinol Metab 2020;105(12): e4252-e4263.
10. Arnoldussen M, Hooijman EC, Kreukels BP, de Vries AL. Association between pre-treatment IQ and educational achievement after gender-affirming treatment including puberty suppression in transgender adolescents. Clin Child Psychol Psychiatry 2022;27:1069-76.

DOI: 10.1056/NEJMe2216191
Copyright © 2023 Massachusetts Medical Society.

The New England Journal of Medicine
Downloaded from nejm.org by Mary Hasson on January 18, 2023. For personal use only. No other uses without permission.
Copyright © 2023 Massachusetts Medical Society. All rights reserved.

30



Received: 5 December 2023 | Revised: 12 January 2024 | Accepted: 30 January 2024

DOI: 10.1111/apa.17150



**REVIEW ARTICLE**

# The impact of suppressing puberty on neuropsychological function: A review

Sallie Baxendale ⓘ

UCL, Queen Square, Institute of Neurology, London, UK

**Correspondence**
Sallie Baxendale, National Hospital for Neurology and Neurosurgery, Queen Square, London WC1N 3BG, UK.
Email: s.baxendale@ucl.ac.uk

## Abstract

**Aim:** Concerns have been raised regarding the impact of medications that interrupt puberty, given the magnitude and complexity of changes that occur in brain function and structure during this sensitive window of neurodevelopment. This review examines the literature on the impact of pubertal suppression on cognitive and behavioural function in animals and humans.

**Methods:** All studies reporting cognitive impacts of treatment with GnRH agonists/antagonists for pubertal suppression in animals or humans were sought via a systematic search strategy across the PubMed, Embase, Web of Science and PsycINFO databases.

**Results:** Sixteen studies were identified. In mammals, the neuropsychological impacts of puberty blockers are complex and often sex specific ($n=11$ studies). There is no evidence that cognitive effects are fully reversible following discontinuation of treatment. No human studies have systematically explored the impact of these treatments on neuropsychological function with an adequate baseline and follow-up. There is some evidence of a detrimental impact of pubertal suppression on IQ in children.

**Conclusion:** Critical questions remain unanswered regarding the nature, extent and permanence of any arrested development of cognitive function associated with puberty blockers. The impact of puberal suppression on measures of neuropsychological function is an urgent research priority.

**KEYWORDS**
gonadotropin-releasing hormone (GnRH), intelligence, memory, puberty, cognition, neurodevelopment, review

## 1 | INTRODUCTION

Puberty blockers and cross sex hormones are prescribed to transgender and gender diverse (TGD) young people with the aim of aligning physical appearance with gender identity, as part of a gender-affirming model of care.[1] The medications most commonly used to suppress puberty are gonadotropin-releasing hormone (GnRH) agonists or antagonists. The number of young people seeking gender-affirming treatments has grown significantly over the past 10 years.[2,3] Data from the Gender Identity Development Service

**Abbreviations:** GnRH, Gonadotropin hormone-releasing hormone; GnRHa, GNRH agonists/antagonists; IQ, Intelligence Quotient; TGD, Transgender and Gender Diverse; GIDS, Gender Identity Development Service; MRI, Magnetic Resonance Imaging; fMRI, Functional Magnetic Resonance Imaging; CPP, Central Precocious Puberty.

This is an open access article under the terms of the Creative Commons Attribution-NonCommercial-NoDerivs License, which permits use and distribution in any medium, provided the original work is properly cited, the use is non-commercial and no modifications or adaptations are made.
© 2024 The Authors. *Acta Paediatrica* published by John Wiley & Sons Ltd on behalf of Foundation Acta Paediatrica.

2 | WILEY ACTA PÆDIATRICA [ NURTURING THE CHILD ]                                                                BAXENDALE

16512227, 0, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.17150, Wiley Online Library on [06/03/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

(GIDS) in the United Kingdom indicate an over 3000% increase in referrals to the service over an 8-year period from 2009 to 2016. This increase was most marked in females and adolescent females in particular, where the numbers increased by more than 7000% over the 7-year period.

Given the magnitude and complexity of changes that occur in brain function and structure during puberty,[4,5] concerns have been raised regarding the impact of medications that interrupt and interfere with this process during this important period of neurodevelopment.[6] In a statement of expert consensus from 24 international specialists (in neurodevelopment, gender development, puberty, neuroendocrinology and research methods), the impact of pubertal suppression on different aspects of neuropsychological function comprised the majority of research priorities identified, with nine of the 17 priorities related to possible neuropsychological impacts, namely, effects on executive function, social awareness, functional connectivity, brain structure/volume, emotional awareness, IQ, risk-taking, processing speed and memory.[6]

Unsurprisingly, given the critical role of puberty in the development of the brain's anterior regions including the prefrontal cortex,[4] the study of executive functions/control and attention topped the list of neuropsychological priorities for future research. The expression of GnRH receptors outside the reproductive axis in brain areas such as the hippocampus and amygdala also highlights learning, memory and emotional processing as relevant areas of neuropsychological interest in outcome studies in these patients.[7–9]

The first part of this paper summarises our contemporary understanding of puberty from a neuropsychological perspective as the driver of a sensitive 'window of opportunity' for the development of executive functions and social cognition. A brief overview of our current state of knowledge regarding the role of pubertal hormones in the functional and structural brain changes that occur during adolescence is presented. This literature provides the medical and scientific rationale for neuropsychological outcomes to be included as an essential component of any evaluation of outcome following pharmacological interventions that suppress or delay puberty in adolescents.

Since the current neuropsychological literature is not sufficient to allow for a more precise systematic review,[3] the second part of the manuscript presents a scoping review of the literature that has examined the impact of pubertal suppression on cognitive/neuropsychological function in both animal and human studies. For clarity and consistency, in this review, trans women/girls are referred to as male-to-female and trans men/boys as female-to-male.

## 1.1 | Puberty as a critical window in neurodevelopment

The concept of critical 'windows' of plasticity during neurodevelopment refers to specific periods in infancy, childhood and adolescence when the developing brain is programmed to generate dedicated neuronal networks in response to environmental

---

> **Key notes**
>
> - Adolescence is a critical window of neurodevelopment and puberty plays a critical role in these neurodevelopmental processes.
> - The suppression of puberty impacts brain structure and the development of social and cognitive functions in mammals, the effects are complex and often sex specific.
> - No human studies have systematically explored the neuropsychological impact of pubertal suppression in transgender adolescents with an adequate baseline and follow-up, this is an urgent research priority.

---

inputs.[10] A period is defined as a 'critical window' if the brain requires a specific input to allow for the optimal development of a particular function (e.g. exposure to language or visual stimuli). If the neural network is left without the correct input or stimulation, the functions served by that circuit will be permanently compromised.[11] Essential inputs may be internal, for example, hormonal or nutritional state,[12] and external, for example, the presence/absence of environmental stimuli.[13] Neural networks that develop in impoverished environments during sensitive periods can sometimes be remoulded by subsequent experiences in later life, although function may always remain suboptimal.[13,14] Windows of plasticity for neurodevelopment are staggered throughout development (from birth to the third decade of life) and follow a set pattern with sensory pathways (vision, hearing) prioritised in infancy, followed by motor and language functions in early childhood. Adolescence is a critical window of development for executive functions (behavioural and cognitive) and social cognition.[15]

## 1.2 | Adolescence: A critical period for synaptic pruning & myelination

The approximate 100 trillion synaptic connections that subserve normal adult function do not develop in a linear fashion. Brain development involves both progressive (proliferation, neurite outgrowth, synapse connectivity) and regressive events (cell death, axon pruning, synapse elimination).[16] The regressive events are just as much an integral part of the brain maturation process as the progressive processes. Approximately half of the neurons formed during brain development do not survive into adulthood, with most eliminated via apoptosis or other forms of programmed cell death in utero or early childhood. Just as some cells are programmed to die once they have served their purpose in neurodevelopment, similarly the brain is programmed to eliminate initially over-produced synapses,[17] a process known as pruning. During childhood, neurons enthusiastically establish trillions of synaptic connections as the individual learns how the world works and their place and agency

BAXENDALE

ACTA PÆDIATRICA  WILEY | 3

16512227, 0, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.17150, Wiley Online Library on [06/03/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

within it. Dendritic spine density in childhood is three times greater than that seen in adults prior to puberty.[18] It is now recognised that substantial pruning continues well beyond adolescence and into the third decade of life before stabilising at the adult level.[18] However, not all changes in the adolescent brain are regressive. Although myelination begins in utero and continues into adulthood, myelin production escalates significantly during adolescence, with biological sex being a significant determinant, particularly in females,[19] resulting in significant increases in both the speed of electrical transmission along axons and the energy efficiency of this process.

Biological sex is not just a significant determinant of myelin distribution. A review of MRI studies of male and female brain structure found that adolescence was a time of divergence in the structural characteristics of the brain.[20] Unsurprisingly, sex differences in structures with a high density of sex steroid receptors such as the caudate nucleus, amygdala, hippocampus, and cerebellum have been reported. These differences are dynamic and change over the course of development during adolescence. Regional cortical grey matter volumes follow an inverted U-shaped developmental trajectory with peak size occurring 1–3 years earlier in females compared to males. While white matter volumes increase throughout adolescence in both sexes, this process occurs more rapidly in adolescent males resulting in an increasing magnitude of sex differences.[20]

## 1.3 | The role of puberty versus chronological age in neurodevelopment in adolescence

Hormonal changes in puberty are not just responsible for the development of physical secondary sex characteristics; they also drive many of the neurodevelopmental changes in the adolescent brain described above, particularly with respect to the development of frontal cortical circuits, and hippocampal and amygdala connectivity.[21-24] In a functional MRI study of 105, 8–19 year olds, Ravindranath et al. found that while chronological age was associated with activations in the right dorsolateral prefrontal cortex on a task requiring inhibitory control, pubertal stage was associated with activation in the right ventrolateral prefrontal cortex. Metrics of broader connectivity between the ventrolateral prefrontal cortex and cingulate were also associated with puberty stage. The authors conclude that while age-related developmental processes may support maturation of brain systems underlying the ability to inhibit a response, processes associated with puberty may play a larger role in the effectiveness of generating cognitive control responses.[22]

In summary, puberty is characterised by both regressive and progressive stages of brain development. Unlike earlier developmental milestones, many of these processes are associated with pubertal stage rather than chronological age[22,25-27] and hormonal regulation plays an important part in these developments. The prefrontal cortex undergoes significant rewiring during puberty, with corresponding behavioural changes in associated executive functions including impulse control, decision-making and goal-directed behaviours.

Other behavioural manifestations of the rewiring process in puberty include enhanced reactivity to social and emotional stimuli, especially in relation to peers, and changes in the evaluation of potential rewards.[4,15,28-33] The male and female brain develops differently during adolescence both in terms of structural connectivity and developmental trajectory.

Completely reversible neuropsychological effects would not be predicted given our current understanding of the 'windows of opportunity' model of neurodevelopment. If neuropsychological deficits associated with puberty blockers were completely reversible, it would mean that puberty is very different from the other pre-programmed windows of opportunity in neuropsychological development and any literature supporting this would present a significant challenge to our current understanding of neurodevelopment. It was the apparent incongruity between claims of full reversibility in the TDG literature and the neuropsychological puberty literature that prompted this review.

## 2 | LITERATURE REVIEW

### 2.1 | Methods

#### 2.1.1 | Search strategy and selection criteria

All studies reporting neuropsychological, neurobehavioral or cognitive impacts of GnRH analogues in pubertal suppression in animals or humans were sought in the initial search. Searches were conducted on PubMed, Embase, Web of Science and PsycINFO in April 2023 using the following terms: 'GnRH*' or 'Lupron' AND 'Pubert*' and any of the following neuropsychological terms: Cogniti*, OR Neuropsychol*, OR 'Executive', OR 'Language', OR 'Memory', OR 'Learning', OR 'Spatial', OR 'Intelligence', OR 'IQ', OR 'Processing', OR 'Attention', OR 'Social'. The search was limited to English language publications.

Excluding duplicates, the search strategy returned a total of 646 papers across the four search engines for initial review: See Figure 1 for PRISMA flow diagram.

Review articles, book chapters and conference proceedings were excluded from the review. The remaining abstracts ($n=498$) were reviewed for reports of measures of cognitive, neurobehavioural or neuropsychological function assessed on standardised tests and described in relation to the administration of GnRH analogues for puberty suppression in either clinical or experimental settings. Forty-two records met these criteria and the full text was reviewed. Citation searching these publications revealed a further possible 10 citations for review.

Since the focus of the review was on neuropsychological function, papers were included if they reported any quantified measure of cognitive function assessed on standardised neuropsychological measures or psychometric tests (or the equivalent in animal studies). Papers that reported outcomes measured via questionnaires or checklists (in humans) or self-reported measures of function were

16512227, 0, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.17150, Wiley Online Library on [06/03/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

⁴ WILEY ACTA PÆDIATRICA
— NURTURING THE CHILD —

BAXENDALE



FIGURE 1  PRISMA flow diagram for systematic reviews which included searches of databases, registers and other sources: Search terms: GnRH* or 'Lupron' AND 'Pubert*' and any of the following Neuropsychological Terms: Cogniti*, OR Neuropsychol*, OR 'Executive', OR 'Language', OR 'Memory', OR 'Learning', OR 'Spatial', OR 'Intelligence', OR 'IQ', OR 'Processing', OR 'Attention', OR 'Social'.

excluded. Papers that described psychological, psychosocial or psychiatric outcomes were also excluded.

## 3 | RESULTS

A number of relevant studies have been presented at conferences but have not subsequently been published in peer-reviewed journal articles. Sixteen peer-reviewed studies that have examined the impact of suppressing puberty with GnRH analogues on cognitive, neurobehavioral (animals) or neuropsychological function were identified with the search strategy described. The majority of these studies ($n = 11$) have been conducted in animals.

### 3.1 | Animal studies

The wider search strategy identified experimental studies on the physiological impacts of GnRH blockade in 17 species of animals (including hyenas, sheep, goats, rats, naked mole rats, giant pouched rats, mice, hamsters, macaques, rhesus monkeys, marmoset monkeys, carp, gilt, chicken, pigs, cows and dogs). Eleven of these studies reported the impact of pharmacological puberty suppression on indices of behavioural function in the animal. These studies are summarised in Table 1. The majority of these studies ($n = 8$) have been conducted in the same flock of sheep using twin

controls.[7,8,34–39] Two studies in monkeys[40,41] and one mouse study[42] were also identified. Measures of brain structure were reported in five studies and included structural MRI, resting state functional MRI and histopathology (see Table 1).

The behavioural and cognitive measures used in these animal studies can be broadly divided into three categories:

1. Positive interactions with the environment (e.g. locomotion, food acquisition, preferences for novel objects, hyponeophagia, social preferences);

2. Responses to stress (responses to social isolation, vocalisations, emotional reactivity, forced swim test, human intruder test, manifestations of social status);

3. Performance on cognitive tasks (maze tasks).

As can be seen in Table 1, the results from these studies indicate that treatment with a GnRH antagonist/agonist has a detrimental impact on learning and the development of social behaviours and responses to stress in mammals.[7,8,34–36,38,39,41,42] Sex-specific effects were observed in multiple studies.[8,37,42] In male sheep, impairments in spatial memory associated with the treatment were not fully reversed following discontinuation of treatment.[39] Significant effects of treatment were also evident on measures of brain structure including overall volume,[41] functional connectivity[40] and neuronal density.[42]

The results from these studies are broadly consistent and indicate that the suppression of puberty impacts brain structure and the development of social and cognitive functions in mammals, but the

BAXENDALE

ACTA PÆDIATRICA — WILEY — 5

**TABLE 1** Animal studies examining the impact of GnRHa treatment on neuropsychological function or brain–behaviour relationships.

| | | Animal Model | Study design | Behavioural/cognitive domain assessed | Structural brain analyses | Main finding |
|---|---|---|---|---|---|---|
| 1 | Wojnius et al. (2011) | Male & female sheep | N=48 same sex twin pairs GnRHa treated group (twin 1) vs. untreated controls (twin 2) | Food acquisition task | n/a | Results: Significant sex vs. treatment effects. Treated males were more likely to leave their companions to acquire food than untreated males, while the opposite effect was observed in females. Conclusion: Long-term prepubertal GnRHa treatment significantly affected sex-specific brain development, which impacted emotion and behaviour regulation in sheep. These results suggest that GnRH is a modulator of cognitive function in the developing brain and that the sexes are differentially affected by GnRH modulation |
| 2 | Evans et al. (2012) | Male & female sheep | N=46 same sex twin pairs GnRHa treated group (twin 1) vs. untreated controls (twin 2) | Vocalisation Response to social isolation Tested at 8, 28 and 40 weeks of age | n/a | Results: Response to social isolation and vocalisation was significantly higher in females than males at all ages. Conclusion: Development of responses to social isolation is sexually dimorphic and cortisol dependant. Treatment with a GnRH agonist results in changes in age-dependent development of this social function |
| 3 | Nuruddin et al. (2013) | Male & female sheep | N=30 same sex twin pairs (14 female/16 male) GnRHa treated group (twin 1) vs. untreated controls (twin 2) | Test of spatial orientation 48 weeks of age | Hippocampal gene expression | Results: GnRHa treatment was associated with significant changes within the hippocampus, of levels of expression of mRNA transcripts known to be involved in endocrine signalling and synaptic plasticity. Expression of 12 out of the 16 genes was altered in GnRHa treated sheep compared to controls. These changes were not related to performance on a spatial maze test. Although there were no significant effects of treatment on performance in spatial maze, in males, there was a tendency that T animals were slower in completing the spatial maze than the controls during every trial. The author speculate that treated males might have been less motivated than control males to complete the maze in fastest possible manner. Conclusion: GnRH1 mRNA expression in females might be more sensitive to GnRHa treatment |
| 4 | Nuruddin et al. (2013) | Male and female sheep | 41 brains of sheep from the experiment described above 17 treated (10 females, 7 males) 24 controls (11 females, 13 males) | n/a | MRI volumes 1. Total brain 2. Amygdala 3. Hippocampus | Results: Highly significant GnRHa treatment effects were found in the volume of the right and left amygdala in treated animals, with larger amygdala in treated animals. Significant sex differences were found for total grey matter and right amygdala with larger volumes in males. Conclusions: The effects of GnRHa treatment on amygdala volumes indicate that increasing GnRH concentrations during puberty may have an impact on normal brain development in mammals |
| 5 | Wojniusz et al. (2013) | Male and female Sheep | N=46 twin pairs GnRHa treated group (twin 1) vs. untreated controls (twin 2) | Spatial orientation maze task 8 weeks 28 weeks 48 weeks | n/a | Results: GnRHa treatment did not affect spatial maze performance. No significant differences in traverse time between treated and untreated animals were observed at any time point prior to or following treatment. Adolescent females (48 weeks) outperformed the males in both groups. Conclusions: Development of sex differences in spatial orientation is independent from exposure to pubertal hormones |

16512227, 0, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.17196 by Duke University Libraries, Wiley Online Library on [06/02/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

6 WILEY ACTA PÆDIATRICA
NURTURING THE CHILD

BAXENDALE

16512227, 0, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.17530, Wiley Online Library on [06/03/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

| | Animal Model | Study design | Behavioural/cognitive domain assessed | Structural brain analyses | Main finding |
|---|---|---|---|---|---|
| 6 | Hough et al. (2017a) | Male Sheep | Group 1. GnRH and testosterone blocked $n = 49$<br>Group 2. GnRH blocked with testosterone replacement $n = 22$<br>Group 3: Controls $n = 56$ | Spatial maze task<br>1. Traverse time<br>2. Long-term memory<br>3. Emotional reactivity<br>8 weeks<br>27 weeks<br>41 weeks | n/a | Results: Emotional reactivity was compromised by blockade of testosterone signalling, but was restored in the testosterone replacement group. The blockade of GnRH-signalling alone was associated with impaired retention of long-term spatial memory and this effect was not restored with the replacement of testosterone signalling. The GnRHa + T group required fewer training sessions than the GnRHa group<br>Conclusion: These results indicate that GnRH signalling is involved in the retention and recollection of spatial information, potentially via alterations to spatial reference memory. Therapeutic medical treatments using chronic GnRHa may have effects on this aspect of cognitive function |
| 7 | Hough et al. (2017b) | Male Sheep (as above) | Group 1. GnRHa treated until 44 weeks of age $n = 25$ (Twin 1)<br>Group 2. Controls $n = 30$ (Twin 2) | Spatial memory task (as above)<br>83 weeks<br>95 weeks | n/a | Results: The long-term spatial memory performance of GnRHa-Recovery rams remained reduced ($p < 0.05$, 1.5-fold slower) after discontinuation of GnRHa, compared to controls<br>Conclusions: The time at which puberty normally occurs may represent a critical period of hippocampal plasticity. Perturbing normal hippocampal formation in this peripubertal period may also have long-lasting effects on other brain areas and aspects of cognitive function |
| 8 | Hough et al. (2019) | Male Sheep | Group 1. GnRH and testosterone blocked ($n = 55$)<br>Group 2. GnRHa blocked, with testosterone replacement ($n = 24$)<br>Group 3: Controls $n = 60$ | Preference for novel vs. familiar objects<br>Approach/avoidance behaviours<br>Emotional reactivity<br>8 weeks<br>28 weeks<br>46 weeks | n/a | Results: Specific suppression of testosterone during a developmental window in late puberty may reduce emotional reactivity and hamper learning a flexible adjustment to environmental change<br>Conclusion: Disruption of either endogenous testosterone signalling or a synergistic action between GnRH and testosterone signalling, may delay maturation of cognitive processes (e.g. information processing) that affects the motivation of rams to approach and avoid objects |
| 9 | Anacker et al. (2021) | Male and female mice | Control vs. GnRA injected mice | Locomotion<br>Social preference<br>Hyponeophagia<br>Forced swim test | Brain immunohistoch-emistry | Results: Sex-specific effects:<br>Males: GnRHa treatment altered locomotion and social preference and increased the corticosterone response to novelty exposure in the male but not female mice. Females. Treatment was associated with increased hyponeophagia and despair-like behaviour and neural activity in the dentate gyrus in female mice without an effect in male mice.<br>No treatment effects were observed on measures of avoidance behaviour or contextual fear discrimination in either sex<br>Conclusion: GnRHa treatment is associated with sex-specific effects on measures of social and affective behaviour, stress regulation and neural activity |

16512227, 0, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.17154, Wiley Online Library on [06/05/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

| | Animal Model | Study design | Behavioural/cognitive domain assessed | Structural brain analyses | Main finding |
|---|---|---|---|---|---|
| 10 | Pincus et al. (2021) | Female Macaque Monkeys | GnRHa treated $n = 34$<br>Controls $n = 36$ | Indices of social rank and social behaviour<br>Responses to the human intruder task<br>Tested at 43–46 months of age | Resting-state MRI and T1 images | Results: GnRHa treated monkeys were more submissive and less affiliative than controls. They were less anxious and exhibited less displacement activity in the human intruder task<br>Imaging revealed stronger functional connectivity between the left amygdala and left orbital frontal cortex in the treated group compared to controls<br>Conclusion: Delayed puberty and subordination stress had separable effects, suggesting that the overlapping socioemotional outcomes may be mediated by distinct neuroplastic mechanisms |
| 11 | Godfrey et al. (2023) | Rhesus Macaque monkeys | GnRHa treated $N = 23$<br>Controls $n = 22$ | Measures of emotionality<br>Response to acute stress | Structural MRI | Results: Treated animals differed from controls in intracranial volume (control volume < treated volume) however; hippocampal volume was larger in controls<br>Conclusion: There are region-specific effects of Estradiol on structural brain development during adolescence |

impacts are complex and often sex specific, consistent with the MRI evidence of sex-specific differences in neurodevelopment in human adolescence.[20] There is no evidence in the animal literature that these effects are reversible following discontinuation of treatment.

## 3.2 | Human studies

The search strategy identified just five studies that have reported some aspect of neuropsychological function following the administration of medications to suppress puberty in young people. Two studies reported the impact of treatment with a puberty blocker in young people with precocious puberty (CPP) and three reported neuropsychological test performance in people treated for gender dysphoria. One of these studies was a single case study.

## 3.3 | Central precocious puberty

In the only human study that established a baseline prior to treatment, Mul et al.[43] examined the response to treatment with puberty blockers on a number of psychosocial outcomes including the Child Behaviour Checklist and performance on the shortened version of the Wechsler Intelligence Scales for Children in a group of 25 girls treated for early puberty. Three years after treatment commenced, the group as a whole had experienced a loss in both performance IQ and full scale IQ, with a decline of 7 points in the latter. While statistically significant at $p < 0.01$, the authors state that the decrease in IQ was not 'clinically relevant', a conclusion repeated in a later citation of the study.[44] While the average loss of IQ points was 7, it is noteworthy that at least one patient in this study experienced a significant loss of 15 points or more, since the highest IQ score in the group was 138 at baseline and this dropped to 123 following treatment.

The Wechsler Intelligence Scales are well designed to measure the impact of treatments on IQ in children. The norms are very robust and are provided for children at 3-month intervals, from age 6 to 17 years. Different abilities develop at different times and at different rates but at any point during their development, a child's scores on the tests that comprise the IQ battery can be compared to that of their age-matched peers. In order to maintain a stable IQ, the child will need to keep pace with the development of that seen in their peers. Of course, some children are very able, others less so. But the key characteristic of IQ is that it should remain stable throughout a child's development. Regardless of whether an individual performs at the 10th, 50th or 90th percentile when they are 8, they should continue to do so when they are 16. Any loss of IQ associated with treatment with puberty blockers indicates that the child's cognitive development is not keeping pace with that of his/her peers.

The Galatzer et al.[46] and Ehrhardt et al.[47] studies did not report the impact of puberty blockers on IQ but rather reported the IQ of girls with CPP. It is noteworthy that only three of the 12 girls in the

8  WILEY  ACTA PÆDIATRICA
NURTURING THE CHILD

16512227, 0, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.17150, Wiley Online Library on [06/03/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Ehrhardt study with idiopathic precocious puberty had been treated with Provera (medroxyprogesterone acetate). Galatzer et al. found that the verbal IQ distribution in 52 girls with precocious puberty was two or more times the expected theoretical percentile in the above average area (greater than 110, 56.9% vs 25%), and five times more in the very superior area (greater than 130, 10.1% vs 2.2%). However, the treatment status of the sample is not reported, other than in the final paragraph of the discussion where the authors note that 'Another aspect that requires further delineation is the effect of medical treatment of these patients. At present, it is common practice to postpone physiologic development with the use of antiandrogen or gonadotrophin-releasing hormone analogues. The impact of these drugs on the intellectual and possibly emotional development of girls with precocious puberty remains to be evaluated'. Galatzer et al. interpreted their findings as possible evidence of an effect of sex hormones on brain development, especially on the left hemisphere, during the prepubertal period.

Wojniusz et al.[45] compared the neuropsychological function of 15 girls with central precocious puberty (CPP) (mean age 10.4 years; range 9.2–11.8) and age-matched controls on a very comprehensive battery of neuropsychological tests which yielded 44 scores of function across multiple cognitive domains. All of the girls in the CPP group had been on GnRH analogue treatment for at least 6 months. The authors found no statistically significant differences between the CCP group and controls on any measures with the exception of the Trail Making Number Sequencing Task score. Given that the authors did not control for multiple comparisons (over 40) and that the groups did not differ on other tests of processing speed, the authors speculate that this finding is 'accidental'. In their discussion, the authors note that in contrast to previous reports of elevated verbal IQ scores and accelerated school performance in CPP girls (studies from Galatzer et al. and Ehrhardt et al.),[46,47] the IQ in their CCP group was somewhat lower than the controls, although the difference was not statistically significant.

Wojniusz et al. state 'both groups (CPP and controls) showed *very similar* (my emphasis) *scores with regard to cognitive performance*'.[45] This conclusion was questioned by Hayes (2017) who noted that the authors discussion of their findings minimised the substantial difference in IQ scores between the groups (7 points) by overemphasising the lack of statistical significance in the small sample ($p = 0.09$) and ignoring the clinical difference between someone functioning at the 55th centile and someone at the 34th centile.[48]

### 3.4 | GnRH analogues and transgender and gender diverse young people

Three studies were identified that examined the neuropsychological impact of GnRH analogue treatments in transgender and gender diverse young people. In a single case study, Schneider et al. (2017) examined the impact of pubertal suppression on brain white matter and (white matter fractional anisotropy) and cognitive function (Wechsler Intelligence Scale for Children-IV) in an 11-year-old treated for gender dysphoria (male to -female). On admission, at the age of 11 years and 10 months, the patient was assessed to have a global IQ of 80. Treatment with GnRHa was instigated at age 11 years, 11 months. The patient was reassessed age 13 and 3 months, at which time, a loss of 9 IQ points had occurred, and the IQ had dropped to 71. A loss of 15 points was evident in working memory. At 14 years and 2 months, a loss of 10 global IQ points and 9 points in working memory remained apparent. The verbal comprehension index (a measure which depends on the expansion of vocabulary and conceptual thinking in adolescence, for the standardised score to remain stable) deteriorated progressively over the follow-up, falling from the initial baseline of 101, to 91 (age 13) and 86 (age 14), a loss of 15 points over 3 years.[49] (See Figure 2).

In a cross-sectional design, Staphorsius et al.[50] compared the performance of GnRH treated (8 male to female; 12 female to male) and untreated transgender adolescents (10 male to female; 10 female to male) on the Tower of London Test (a test of executive function tapping the ability to strategise). No baseline measure of function was taken. The subjects also completed four subscales of the Wechsler Intelligence Scales (arithmetic, vocabulary picture arrangement and block design) and tests of mental rotation and face recognition. Only IQ, and accuracy and timed scores from the Tower of London Test are reported. The groups were not matched for IQ, with control males functioning at a significantly higher level than the suppressed male to female group. No results for the tests of mental rotation or face recognition are reported (but are promised in a later publication). While the groups did not differ with respect to reaction time on the Tower of London Test, suppressed male to females had significantly lower accuracy scores compared to the control groups. This pattern remained significant after controlling for IQ. Despite this, the reaction time finding has been subsequently been reported as evidence for no detrimental effects on performance in citations in the subsequent literature[44] and in policy documents.[51]



FIGURE 2  Longitudinal IQ scores following pubertal suppression in a single case study (adapted from Schneider et al.[49]).

16512227, 0, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.17150, Wiley Online Library on [06/03/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Arnoldussen et al.[52] reported the results of an assessment of IQ, before the commencement of GnRH analogue treatment in 72 children and examined the relationship between this measure and a highly simplified, dichotomised index of educational progress/achievement ('vocational educated' vs. 'higher vocational educated/academic educated'). Prior to treatment, the mean and standard deviation of the IQ score in the group was comparable to the general population (mean = 100, standard deviation = 15). Forty per cent of the eligible subjects declined to participate in the follow-up. No conclusions can be drawn from this study with respect to the impact of puberty suppression on the development of cognitive function.

## 4 | DISCUSSION

The synthesis of findings from multiple fields of study (neurodevelopment, neuroimaging, neuroendocrinology) indicates an association between GnRH expression and brain function and structure. Despite the broad and multidisciplinary knowledge base which indicates disruption of GnRH expression is likely to have an impact on cognitive function, and explicit calls in the literature for this to be studied that date back three decades,[46] there have been no human studies to date that have systematically explored the impact of these treatments on neuropsychological function with an adequate baseline and follow-up.

While no means conclusive due to the poor quality of evidence, studies examining the impact of puberty suppression in young people indicate a possible detrimental impact on IQ.[43,48,49] These findings accord with the wider literature on GnRH expression and brain structure and function. Studies in mice, sheep and primates indicate an impact of GnRH suppression on behavioural analogues of cognitive function, effects that are often sex specific. While there is some evidence that indicates pubertal suppression may impact cognitive function, there is no evidence to date to support the oft cited assertion that the effects of puberty blockers are fully reversible.[51,53] Indeed, the only study to date that has addressed this in sheep suggests that this is not the case.[39]

Vague hints from poor quality studies are insufficient to allow people considering these treatments to make an informed decision regarding the possible impact on their neuropsychological function. Critical questions remain unanswered regarding the nature, extent and permanence of any arrested development of cognitive function that may be associated with pharmacological blocking of puberty. If cognitive development 'catches up' following the discontinuation of puberty suppression, how long does this take and is the recovery complete? Several animal studies indicate that some cognitive effects may be sex specific[19,34,42] consistent with imaging studies in adolescents which indicate different trajectories of neurodevelopment in males and females.[20] Natal sex must therefore be a critical variable of interest in future research designs. How does subsequent treatment with cross sex hormones influence neuropsychological development following puberty suppression? Given the very high proportion of patients who proceed to treatment with cross sex

hormone following treatment with puberty blockers,[54] it is critical that research designs utilise the narrow window before introducing same sex hormone to assess impact. What impact does any delay in cognitive development have on an individual's educational trajectory and subsequent life opportunities given the critical educational window in which these treatments are typically prescribed? Longitudinal studies are urgently needed to study the educational and vocational trajectories of people undergoing these treatments.

The importance of an adequate baseline prior to treatment when assessing the impact of puberty blocking agents on neuropsychological function cannot be overstated given the multiple vulnerabilities associated with gender identity disorder. Many conditions which are likely to compromise cognitive function are overrepresented in this population.[55,56] Neurodiversity is overrepresented in TGD people, who are three to six times more likely to have a diagnosis of autism than their peers.[55] Attention deficit hyperactivity disorder is also overrepresented in this group. In addition to increased representation of neurodiverse conditions, the rates of mental health difficulties in this population are high, with adolescents seeking gender-affirming treatments presenting with psychiatric symptoms and disorders comparable to those seen among adolescent psychiatric patients.[56] All of these conditions are known to compromise neuropsychological function and future study designs must take this into consideration. Even without a psychiatric comorbidity, the psychosocial stresses associated with living with gender dysphoria as a young person can be very significant and would be expected to have a substantial impact on cognitive reserve. This would be consistent with the findings of Haraldsen[57] who in a conference presentation reported highly significant differences between gender identity disorder patients and controls on measures of verbal and executive function with significantly atrophic hippocampal and cerebellum tissue prior to any treatment with puberty-blocking agents. A recent study from Turkey reported significantly worse performance on tests of response inhibition and verbal fluency in 22 adolescents with gender dysphoria compared to controls, with no group differences in set shifting. None of the patients in the gender dysphoria group had taken gender-affirming treatment at the time of the assessment, but levels of comorbid psychiatric disturbance were high with 72.7% having at least one psychiatric diagnosis.[58] This is consistent with earlier findings from the same group indicating more disturbed behaviour related to executive function and social impairment in children with gender dysphoria compared to controls.[59] The impact of blocking puberty in a brain that may already be developing in an atypical trajectory is unknown.

Subsequent follow-up should monitor development not just during and at the end of treatment, but to at least age 25, when neurodevelopment begins to complete.[60] Scores from single tests, in single domains tell us very little when they are presented and examined in isolation from the wider neuropsychological profile of the patient. Given that the impact of pubertal suppression on cognitive function is very likely to be governed to some extent by the pubertal stage at which it is commenced, broader indices of abnormality across a neuropsychological profile may be more illuminating than

10 | WILEY— **ACTA PÆDIATRICA** NURTURING THE CHILD

BAXENDALE

16512227, 0, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.17190, Wiley Online Library on [06/03/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

multiple individual comparisons between tests in specific cognitive domains. This will require administering a comprehensive test battery and indices such as the number of test scores outside the expected range, and indices of consistency across domains and other patterns indicative of wider abnormalities may be illuminating. As recommended by Ludvigsson et al. (2023), analyses which include measures of intra-individual change may be more useful than group level analyses, particularly given the selection bias and high dropout rates of participants in these studies. While randomised control trials may be difficult to conduct, controls should nevertheless be an integral part of a research protocol, with some thought given to the significant mental health comorbidities often reported by patients seeking these treatments and the independent impacts these exert on cognitive function (see above).

Despite the evidence base that indicates cognition is an important area to consider in the study of outcomes following pubertal suppression, it is an area that clinical neuropsychologists have largely neglected to date. The reasons for this are likely to be multifactorial and reflect to some degree the historical factors related to the introduction of this 'off label' treatment for TDG adolescents. The current, highly polarised socio-political atmosphere that surrounds much of the research published in this area may also make some academics wary about conducting and publishing research in this field. Whatever the reasons, the evidence base has not kept pace with the growth of the treatment[3] and TGD people have been poorly served by the absence of research in this area, which is urgently needed given the increasing numbers of young people seeking these treatments.

From a clinical perspective, a multidisciplinary approach is recognised as the gold standard in the assessment and monitoring pharmacological treatments for TGD young people. The results from this scoping review indicate that clinical neuropsychologists should be an integral members of this clinical team, providing a comprehensive neuropsychological baseline against which change can be measured in the future, monitoring change over time and providing clinical input to address any neuropsychological concerns, if and when they arise.

## AUTHOR CONTRIBUTIONS

**Sallie Baxendale:** Conceptualization; data curation; formal analysis; visualization; writing – original draft; methodology; investigation; project administration; writing – review and editing.

## FUNDING INFORMATION

No funding has been received for the preparation of this manuscript.

## CONFLICT OF INTEREST STATEMENT

A summary of this review was presented by the author at the Society for Evidence Based Gender Medicine Meeting in New York in October 2023.

## ORCID

*Sallie Baxendale* https://orcid.org/0000-0002-9930-6469

## REFERENCES

1. Lee JY, Rosenthal SM. Gender-affirming Care of Transgender and Gender-Diverse Youth: current concepts. Annu Rev Med. 2023;74:107-16. doi:10.1146/ANNUREV-MED-043021-032007
2. de Graaf NM, Giovanardi G, Zitz C, Carmichael P. Sex ratio in children and adolescents referred to the gender identity development service in the UK (2009–2016). Arch Sex Behav. 2018;47(5):1301-4. doi:10.1007/S10508-018-1204-9/METRICS
3. Ludvigsson JF, Adolfsson J, Höistad M, Rydelius P-A, Kriström B, Landén M. A systematic review of hormone treatment for children with gender dysphoria and recommendations for research. Acta Paediatr. 2023;112:2279-92. doi:10.1111/APA.16791
4. Blakemore S-J, Choudhury S. Development of the adolescent brain: implications for executive function and social cognition. J Child Psychol Psychiatry Allied Discip. 2006;47(3):296-312. doi:10.1111/j.1469-7610.2006.01611.x
5. Meethal SV. The role of hypothalamic-pituitary-gonadal hormones in the normal structure and functioning of the brain. Cell Mol Life Sci. 2005;62(3):257-70. doi:10.1007/s00018-004-4381-3
6. Chen D, Strang JF, Kolbuck VD, et al. Consensus parameter: research methodologies to evaluate neurodevelopmental effects of pubertal suppression in transgender youth. Transgender Heal. 2020;5(4):246-57. doi:10.1089/TRGH.2020.0006
7. Hough D, Robinson JE, Bellingham M, et al. Peripubertal GnRH and testosterone co-treatment leads to increased familiarity preferences in male sheep. Psychoneuroendocrinology. 2019;108:70-7. doi:10.1016/j.psyneuen.2019.06.008
8. Nuruddin S, Krogenaes A, Brynildsrud OB, et al. Peri-pubertal gonadotropin-releasing hormone agonist treatment affects sex biased gene expression of amygdala in sheep. Psychoneuroendocrinology. 2013;38(12):3115-27. doi:10.1016/j.psyneuen.2013.09.011
9. Skinner DC, Albertson AJ, Navratil A, et al. Effects of gonadotrophin-releasing hormone outside the hypothalamic-pituitary-reproductive Axis. J Neuroendocrinol. 2009;21(4):282-92. doi:10.1111/J.1365-2826.2009.01842.X
10. Ismail FY, Fatemi A, Johnston MV. Cerebral plasticity: windows of opportunity in the developing brain. Eur J Paediatr Neurol. 2017;21(1):23-48. doi:10.1016/j.ejpn.2016.07.007
11. Wiesel TN. Postnatal development of the visual cortex and the influence of environment. Nature. 1982;299(5884):583-91. doi:10.1038/299583A0
12. Soliman A, De Sanctis V, Elalaily R. Nutrition and pubertal development. Indian J Endocrinol Metab. 2014;18:S39-S47. doi:10.4103/2230-8210.145073
13. Hartshorne JK, Tenenbaum JB, Pinker S. A critical period for second language acquisition: evidence from 2/3 million English speakers. Cognition. 2018;177:263-77. doi:10.1016/J.COGNITION.2018.04.007
14. Hensch TK. Critical period plasticity in local cortical circuits. Nat Rev Neurosci. 2005;6(11):877-88. doi:10.1038/NRN1787
15. Kilford EJ, Garrett E, Blakemore SJ. The development of social cognition in adolescence: an integrated perspective. Neurosci Biobehav Rev. 2016;70:106-20. doi:10.1016/J.NEUBIOREV.2016.08.016
16. de Graaf-Peters VB, Hadders-Algra M. Ontogeny of the human central nervous system: what is happening when? Early Hum Dev. 2006;82(4):257-66. doi:10.1016/J.EARLHUMDEV.2005.10.013
17. Changeux JP, Danchin A. Selective stabilisation of developing synapses as a mechanism for the specification of neuronal networks. Nature. 1976;264(5588):705-12. doi:10.1038/264705a0
18. Petanjek Z, Judaš M, Šimić G, et al. Extraordinary neoteny of synaptic spines in the human prefrontal cortex. Proc Natl Acad Sci USA. 2011;108(32):13281-86. doi:10.1073/PNAS.1105108108/-/DCSUPPLEMENTAL/PNAS.201105108SI.PDF

BAXENDALE

ACTA PÆDIATRICA — WILEY | 11

19. Benes FM, Turtle M, Khan Y, Farol P. Myelination of a key relay zone in the hippocampal formation occurs in the human brain during childhood, adolescence, and adulthood. Arch Gen Psychiatry. 1994;51(6):477-84. doi:10.1001/ARCHPSYC.1994.03950060041 004

20. Giedd JN, Raznahan A, Mills KL, Lenroot RK. Review: magnetic resonance imaging of male/female differences in human adolescent brain anatomy. Biol Sex Differ. 2012;3(1):19. doi:10.1186/2042-6410-3-19

21. Chen T, Lu Y, Wang Y, et al. Altered brain structure and functional connectivity associated with gonadal hormones in girls with precocious puberty. Neural Plast. 2019:2019:1465632. doi:10.1155/2019/1465632

22. Ravindranath O, Calabro FJ, Foran W, Luna B. Pubertal development underlies optimization of inhibitory control through specialization of ventrolateral prefrontal cortex. Dev Cogn Neurosci. 2022;58:101162. doi:10.1016/J.DCN.2022.101162

23. Delevich K, Klinger M, Okada NJ, Wilbrecht L. Coming of age in the frontal cortex: the role of puberty in cortical maturation. Semin Cell Dev Biol. 2021;118:64-72. doi:10.1016/J.SEMCDB.2021.04.021

24. Goddings AL, Beltz A, Peper JS, Crone EA, Braams BR. Understanding the role of puberty in structural and functional development of the adolescent brain. J Res Adolesc. 2019;29(1):32-53. doi:10.1111/JORA.12408

25. Afroz S, Parato J, Shen H, Smith SS. Synaptic pruning in the female hippocampus is triggered at puberty by extrasynaptic GABAA receptors on dendritic spines. Elife. 2016;5:e15106. doi:10.7554/ELIFE.15106

26. Yang D, Zhang W, Zhu Y, et al. Initiation of the hypothalamic-pituitary-gonadal axis in young girls undergoing central precocious puberty exerts remodeling effects on the prefrontal cortex. Front Psych. 2019;10:332. doi:10.3389/fpsyt.2019.00332

27. Shirazi TN, Self H, Cantor J, et al. Timing of peripubertal steroid exposure predicts visuospatial cognition in men: evidence from three samples. Horm Behav. 2020;121:104712. doi:10.1016/j.yhbeh.2020.104712

28. Spear LP. Adolescent Neurodevelopment. J Adolesc Health. 2013;52(2):S7-S13. doi:10.1016/J.JADOHEALTH.2012.05.006

29. van Duijvenvoorde ACK, Huizenga HM, Somerville LH, et al. Neural correlates of expected risks and returns in risky choice across development. J Neurosci. 2015;35(4):1549-60. doi:10.1523/JNEUROSCI.1924-14.2015

30. Casey BJ, Getz S, Galvan A. The adolescent brain. Dev Rev. 2008;28(1):62-77. doi:10.1016/J.DR.2007.08.003

31. Knoll LJ, Magis-Weinberg L, Speekenbrink M, Blakemore S-JJ. Social influence on risk perception during adolescence. Psychol Sci. 2015;26(5):583-92. doi:10.1177/0956797615569578

32. Somerville LH. The teenage brain: sensitivity to social evaluation. Curr Dir Psychol Sci. 2013;22(2):121-7. doi:10.1177/0963721413476512

33. Hartley CA, Somerville LH. The neuroscience of adolescent decision-making. Curr Opin Behav Sci. 2015;5:108-15. doi:10.1016/J.COBEHA.2015.09.004

34. Wojniusz S, Vögele C, Ropstad E, et al. Prepubertal gonadotropin-releasing hormone analog leads to exaggerated behavioral and emotional sex differences in sheep. Horm Behav. 2011;59(1):22-7. doi:10.1016/j.yhbeh.2010.09.010

35. Evans NP, Robinson JE, Erhard HW, Ropstad E, Fleming LM, Haraldsen IRH. Development of psychophysiological motoric reactivity is influenced by peripubertal pharmacological inhibition of gonadotropin releasing hormone action – results of an ovine model. Psychoneuroendocrinology. 2012;37(11):1876-84. doi:10.1016/j.psyneuen.2012.03.020

36. Nuruddin S, Bruchhage M, Ropstad E, et al. Effects of peripubertal gonadotropin-releasing hormone agonist on brain development in sheep- a magnetic resonance imaging study.

Psychoneuroendocrinology. 2013;38(10):1994-2002. doi:10.1016/j.psyneuen.2013.03.009

37. Wojniusz S, Ropstad E, Evans N, et al. Sex-specific development of spatial orientation is independent of peripubertal gonadal steroids. Psychoneuroendocrinology. 2013;38(9):1709-16. doi:10.1016/j.psyneuen.2013.02.005

38. Hough D, Bellingham M, Haraldsen IRHH, et al. Spatial memory is impaired by peripubertal GnRH agonist treatment and testosterone replacement in sheep. Psychoneuroendocrinology. 2017;75:173-82. doi:10.1016/j.psyneuen.2016.10.016

39. Hough D, Bellingham M, Haraldsen IR, et al. A reduction in long-term spatial memory persists after discontinuation of peripubertal GnRH agonist treatment in sheep. Psychoneuroendocrinology. 2017;77:1-8. doi:10.1016/j.psyneuen.2016.11.029

40. Pincus M, Godfrey JR, Feczko E, et al. Chronic psychosocial stress and experimental pubertal delay affect socioemotional behavior and amygdala functional connectivity in adolescent female rhesus macaques. Psychoneuroendocrinology. 2021;127:105154. doi:10.1016/j.psyneuen.2021.105154

41. Godfrey JRJ, Howell BR, Mummert A, et al. Effects of social rank and pubertal delay on brain structure in female rhesus macaques. Psychoneuroendocrinology. 2023;149:105987. doi:10.1016/j.psyneuen.2022.105987

42. Anacker C, Sydnor E, Chen BK, et al. Behavioral and neurobiological effects of GnRH agonist treatment in mice-potential implications for puberty suppression in transgender individuals. Neuropsychopharmacology. 2021;46(5):882-90. doi:10.1038/s41386-020-00826-1

43. Mul D, Versluis-den Bieman HJM, Slijper FM, Oostdijk W. Waelkens J, Drop S. Psychological assessments before and after treatment of early puberty in adopted children. Acta Paediatr. 2001;90(9):965-71. doi:10.1080/080352501316978011

44. Brik T, Vrouenraets LJ, de Vries MC, Hannema SE. Trajectories of adolescents treated with gonadotropin-releasing hormone analogues for gender dysphoria. Arch Sex Behav. 2020;49(7):2611-8. doi:10.1007/S10508-020-01660-8/FIGURES/1

45. Wojniusz S, Callens N, Sütterlin S, et al. Cognitive, emotional, and psychosocial functioning of girls treated with pharmacological puberty blockage for idiopathic central precocious puberty. Front Psychol. 2016;7:1053. doi:10.3389/fpsyg.2016.01053

46. Galatzer A, Beth-Halachmi N, Kauli R, Laron Z. Intellectual function of girls with precocious puberty. Pediatrics. 1984;74(2):246-9. doi:10.1542/peds.74.2.246

47. Ehrhardt AA, Meyer-Bahlburg HFL. Idiopathic precocious puberty in girls: long-term effects on adolescent behavior. Acta Endocrinol (Copenh). 1986;279(279):247-53. doi:10.1530/ACTA.0.112S247

48. Hayes P. Commentary: cognitive, emotional, and psychosocial functioning of girls treated with pharmacological puberty blockage for idiopathic central precocious puberty. Front Psychol. 2017;8:44. doi:10.3389/fpsyg.2017.00044

49. Schneider MA, Spritzer PM, Soll BMB, et al. Brain maturation, cognition and voice pattern in a gender dysphoria case under pubertal suppression. Front Hum Neurosci. 2017;11:528. doi:10.3389/fnhum.2017.00528

50. Staphorsius AS, Kreukels BPC, Cohen-Kettenis PT, et al. Puberty suppression and executive functioning: an fMRI-study in adolescents with gender dysphoria. Psychoneuroendocrinology. 2015;56:190-9. doi:10.1016/j.psyneuen.2015.03.007

51. NHS England. Journal of child psychology and psychiatry and allied Disciplines. Clinical commissioning policy: prescribing of cross-sex hormones as part of the gender identity development Service for Children and Adolescents. Clin Comm Foreign Policy 16046/P. 2016 Accessed April 21, 2023. https://www.england.nhs.uk/wp-content/uploads/2018/07/Prescribing-of-cross-sex-hormo

16512227, 0, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apa.17190, Wiley Online Library on [06/01/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

12 | WILEY- **ACTA PÆDIATRICA**  [NURTURING THE CHILD]                                                    BAXENDALE

nes-as-part-of-the-gender-identity-development-service-for-children-and-adolesce.pdf

52. Arnoldussen M, Hooijman EC, Kreukels BP, Lc De Vries A. Association between pre-treatment IQ and educational achievement after gender-affirming treatment including puberty suppression in transgender adolescents. Clin Child Psychol Psychiatry. 2022;27(4):1069-76. doi:10.1177/13591045221091652

53. Panagiotakopoulos L. Transgender medicine – puberty suppression. Rev Endocr Metab Disord. 2018;19(3):221-5. doi:10.1007/s11154-018-9457-0

54. de Vries ALCC, Steensma TD, Doreleijers TAHH, Cohen-Kettenis Thomas D. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med. 2011;8(8):2276-83. doi:10.1111/j.1743-6109.2010.01943.x

55. Warrier V, Greenberg DM, Weir E, et al. Elevated rates of autism, other neurodevelopmental and psychiatric diagnoses, and autistic traits in transgender and gender-diverse individuals. Nat Commun. 2020;11(1):3959. doi:10.1038/S41467-020-17794-1

56. Karvonen M, Karukivi M, Kronström K, Kaltiala R. The nature of co-morbid psychopathology in adolescents with gender dysphoria. Psychiatry Res. 2022;317:114896. doi:10.1016/J.PSYCHRES.2022.114896

57. Haraldsen I. Early onset gid and its effects on hippocampus measured by neuropsychological tests and MRI. J Sex Med. 2011;8(SUPPL. 3):106.

58. Gözde Yazkan Akgül Burcu Yıldırım Budak NPF, Yıldırım ABE. Executive functions in adolescents with gender dysphoria. Appl Neuropsychol Child. 2023;1-6. doi:10.1080/21622965.2023.2270096

59. Akgül GY, Ayaz AB, Yildirim B, Fis NP. Autistic traits and executive functions in children and adolescents with gender dysphoria. J Sex Marital Ther. 2018;44(7):619-26. doi:10.1080/0092623X.2018.1437489

60. Arain M, Haque M, Johal L, et al. Maturation of the adolescent brain. Neuropsychiatr Dis Treat. 2013;9:449-61. doi:10.2147/NDT.S39776

**How to cite this article:** Baxendale S. The impact of suppressing puberty on neuropsychological function: A review. Acta Paediatr. 2024;00:1–12. https://doi.org/10.1111/apa.17150