# EXHIBIT 65

Patient Information for Informed Consent
### FEMINIZING MEDICATIONS FOR TRANSGENDER CLIENTS
Minors and Parents/Guardians
University of Alabama at Birmingham Pediatric Endocrinology
Multidisciplinary Gender Health Team

Before using medications to transition and feminize, you and your parents or guardians need to know the possible advantages, disadvantages and risks of these medications. We have listed them here for you. It's important that you understand all of this information before you begin taking these medications.

Please read the following with your parent or guardian. Once your questions or concerns are addressed, and you have decided to proceed with the medication(s), both you and your parent or guardian will need to sign this information and consent form.

We are happy to answer any questions you have.

## What are the different medications that can feminize my appearance?

Part of transition for many transgender people involves taking hormones. For hormone treatment to be most effective, transgender girls and women take not only estrogens (female hormones), but also medicines to block their body from producing or utilizing testosterone (male hormones).

Different forms of the hormone estrogen are used to feminize appearance in transgender females. Estrogen can be given as an injection, weekly or every other week, as a pill, daily or twice a day, or as a patch, which is changed every three or four days.

Medications that block the production or effects of testosterone are called androgen blockers. Androgen is another term for male sex hormones. Spironolactone is the androgen blocker that is most commonly used in the United States. Other medicines are sometimes used, but because spironolactone is relatively safe, inexpensive, and effective to block testosterone, it is the primary androgen blocker used for transgender women.

Every medication has risks, benefits, and side effects that are important to understand before starting. The effects and side effects of medicines used for transition need to be monitored with laboratory studies and regular visits to your provider to make sure that there are no negative effects on your body.

Both the medicines that you take, as well as the process of transitioning can affect your mood. While trans women are relieved and happy with the changes that occur, it is important that you are under the care of a gender-qualified therapist while undergoing transition. The therapist can work with you, your family and friends and your school staff.

1





DEFENDANT'S
EXHIBIT NO. ___ 16
FOR IDENTIFICATION
DATE: 4-4-24   RPTR:

PLAINTIFFS' EX.
041

**Estrogen can cause blood clots. We must be careful that you are not at risk to develop a blood clot. Who should not take estrogen?**

Estrogen should not be used by anyone who has a history of
- an estrogen-dependent cancer
- a disorder that makes them more likely to get blood clots that could travel to the lungs (unless they are also taking blood thinners and are followed by a specialist)

Estrogen should be used with caution and only after a full discussion of risks by anyone who
- has a strong family history of breast cancer or other cancers that grow quicker when estrogens are present
- has uncontrolled diabetes
- has heart disease
- has chronic hepatitis or other liver disease
- has uncontrolled high cholesterol
- has migraines or seizure
- is obese
- smokes cigarettes

**Both you and your parent or guardian should initial and date each statement on this form to show that you and your parent or guardian understand the benefits, risks, and changes that may occur from taking these medications.**

### Effects of Feminizing Medications

_____ _____I know that estrogen or anti-androgens – or both – may be prescribed to feminize my appearance.

_____ _____I know it can take several months or longer for the effects to become noticeable. I know that no one can predict how fast – or how much – change will happen.

_____ _____I know that if I am taking estrogen I will develop breasts.
- I know it takes several years for breasts to get to their full size.
- I know the breasts will remain, even if I stop taking estrogen.
- I know I might have a milky discharge from my nipples (called galactorrhea). If I do, I know I should check it out with my healthcare provider because it could be caused by the estrogen or by something else.
- I know that while we do not know the exact risk the risk, my risk of breast cancer may be increased to as high as if I had been born female
- I know that I should take care of my breasts like every other woman. This includes annual breast exams from my health provider, and when I am older, regular mammograms.

2

_____ _____I know that the following changes are usually not permanent — they are likely to go away if I stop taking the medicines.
- I know my body hair will become less noticeable and will grow more slowly. But it won't stop completely, even if I take the medicines for years.
- I know I will probably have less fat on my abdomen and more on my buttocks, hips, and thighs. It will be redistributed to a more female shape — changing from "apple" shape to "pear" shape.
- I know that if I have the predisposition to have male pattern baldness it may start later than it would have, but may not stop completely.
- If I stop taking hormones I may lose my hair faster than if I hadn't taken hormones.
- I know I may lose muscle and strength in my upper body.
- I know that my skin may become softer.

_____ _____I know that my body will make less testosterone (an androgen, or male hormone). This may affect my sex life in different ways and future ability to cause a pregnancy:
- I know my sperm may no longer get to full maturity. This could make me less able to cause a pregnancy. I also know that there is a small risk that I might never produce mature sperm again. But I know that it's also possible that my sperm could still mature even while I am taking hormones. So, I know that I might get someone pregnant if I have vaginal intercourse and we don't use birth control.
- The options for sperm banking have been explained to me.
- I know that my testicles may shrink down to half their size. Even so, I know that they are part of my body and that I need to take care of them unless I have surgery to remove them. This means that I will need regular checkups for them.
- I know that I won't have as much semen when I ejaculate.
- I know it is likely that I won't have erections upon waking as often as before, and it is likely that I will have fewer spontaneous erections.
- I know I may not be able to achieve or maintain an erection for penetrative sex.
- I know that I may want to masturbate less or have sex less, and may find it harder to ejaculate when I do.
- I know this treatment may (but is not assured to) make me permanently unable to make a woman pregnant.

_____ _____I know that some parts of my body will not change much by using these medicines.
- I know the hair of my beard and mustache may grow more slowly than before. It may become less noticeable, but it will not go away unless I have treatments like electrolysis.
- I know the pitch of my voice will not rise, and my speech patterns will not become more like a woman's.
- I know my Adam's apple (called the laryngeal prominence) will not shrink.
- Although these medicines can't make these changes happen, there are other treatments that may be helpful.

_____ _____ I know that there may be mood changes with these medicines. I agree to continue therapy with a qualified therapist.

_____ _____I know if I have any concerns about these issues, you can make referrals for me to help me explore other treatment options.

3

### Risks of Feminizing Medications

_____ _____I know that the side effects and safety of these medicines are not completely known. There may be long-term risks that are not yet known.

_____ _____I know not to take more medicine than I am prescribed. I know it increases health risks. I know that taking more than I am prescribed won't make changes happen more quickly or more significantly.

_____ _____I know these medicines may damage the liver and may lead to lead to liver disease. I know I should be checked for possible liver damage as long as I take them.

_____ _____I know these medicines cause changes that other people will notice. Some transgender people have experienced discrimination because of this. I know my clinician can help me find advocacy and support resources.

### Risks of Estrogen

_____ _____I know that taking estrogen increases the risk of blood clots or problems with blood vessels that can result in
- chronic problems with veins in the legs
- heart attack
- pulmonary embolism – blood clot to the lungs – which may cause permanent lung damage or death
- stroke, which may cause permanent brain damage or death

_____ _____I know that the risk of blood clots is much worse if I smoke cigarettes. I know the danger is so high that I should stop smoking completely if I start taking estrogen. I know that I can ask my clinician for advice about how to stop smoking.

_____ _____I know taking estrogen can increase the deposits of fat around my internal organs. This can increase my risk for diabetes and heart disease.

_____ _____I know taking estrogen can raise my blood pressure. I know that if it goes up, my clinician can work with me to try to control it with diet, lifestyle changes, and/or medication.

_____ _____I know that taking estrogen increases my risk of getting gallstones. I know I should talk with my clinician if I get severe or long-lasting pain in my abdomen.

_____ _____I know that estrogen can cause nausea and vomiting. I know I should talk with my clinician if I have long-lasting nausea or vomiting.

_____ _____I know that estrogen can cause migraines or make them worse if I already have them. I know I should talk with my clinician if I have headaches or migraines often or if the pain is unusually severe.

_____ _____I know that it is not yet known if taking estrogen increases the risk of prolactinomas. These are non-cancerous tumors of the pituitary gland. I know they are not

4

usually life threatening, but they can damage vision and cause headaches if they are not treated properly. I know that changes in vision, headaches that are worse when I wake up in the morning, and milky discharge from my nipples can be signs of a prolactinoma, and I should talk to my health care provider if I develop these symptoms. There is a blood test that can check for this.

_____  _____I know that I am more likely to have dangerous side effects if
- I smoke.
- I am overweight.
- I have a personal or family history of blood clots.
- I have a personal or family history of heart disease and stroke.
- My family has a history of breast cancer.

### Risks of Androgen Antagonists (Spironolactone)

_____  _____I know that spironolactone affects the balance of water and salts in the kidneys. This may
- Increase the amount of urine I produce, making it necessary to urinate more frequently.
- Increase thirst.
- Rarely, cause high levels of potassium in the blood, which can cause changes in heart rhythms that may be life-threatening.
- Reduce blood pressure.

_____  _____I know some androgen antagonists make it more difficult to evaluate test results for cancer of the prostate. This can make it more difficult to check up on prostate problems. I know that if I am over 50, I should discuss appropriate prostate cancer screening with my care provider. I know that even if I have genital sex reassignment surgery the prostate is not usually removed.

### Prevention of Medical Complications

_____  _____I agree to take feminizing medications as prescribed. And I agree to tell my care provider if I have any problems or am unhappy with the treatment.

_____  _____I know that the dose and type of medication that's prescribed for me may not be the same as someone else's.

_____  _____I know I need periodic physical exams and blood tests to check for any side effects.

_____  _____I know that in addition to periodic checks from my provider, I must also treat my body with respect. This means that paying attention and talking to my provider if I develop any symptoms that might be side effects from medicines. This also means keeping my partners and myself safe, when and if I choose to have sex with others, by using condoms or methods to keep me safe from sexually transmitted infections (STIs).

5

_____ _____I know that feminization medications can interact with other drugs and prescribed and over the counter medicines. These include alcohol, diet supplements, herbs, other hormones, and street drugs. This kind of interaction can cause dangerous complications. I know that I need to prevent complications because they can be life threatening. That's why I need to be honest with my provider about whatever else I take. I also know that I will continue to get medical care here no matter what I share about what I take.

_____ _____I know that it can be risky for anyone with certain conditions to take these medicines. I agree to be evaluated if my clinician thinks I may have one of them. Then we will decide if it's a good idea for me to start or continue using them.

_____ _____I know that I should stop taking estrogen two weeks before any surgery or when I may be immobile for a long time (for example, if I break my leg and am in a cast). This will lower the risk of getting blood clots. I know I can start taking it again a week after I'm back to normal or when my clinician says it's okay.

_____ _____I know that even if I have to stop my estrogens, I may still be able to take the testosterone blockers that I am on, to help prevent the effects of my testicles producing testosterone again.

_____ _____I know that using these medicines to feminize is an off-label use. I know this means it is not approved by the Food and Drug Administration (FDA). I know that the medicine and dose that is recommended for me is based on the judgment and experience of my health care provider and the best information that is currently available in the medical literature.

_____ _____I know that I can choose to stop taking these medicines at any time. I know that if I decide to do that, I should do it with the help of my clinician. This will help me make sure there are no negative reactions. I also know my clinician may suggest that I cut the dose or stop taking it at all if certain conditions develop. This may happen if the side effects are severe or there are health risks that can't be controlled.

### Alternatives

There are alternatives to using feminizing medicines to help people appear more feminine. Some transgender people choose to not take hormones or have surgery and may only socially transition. If you are interested in alternatives, talk with your health care provider about your options.

6

**Our signatures below confirm that**

- My clinician has talked with me and my parents or guardian about
  - the benefits and risks of taking feminizing medication
  - the possible or likely consequences of hormone therapy
  - potential alternative treatments
- I understand the risks that may be involved.
- I know that the information in this form includes the known effects and risks. I also know that there may be unknown long-term effects of risks.
- I have had enough opportunity to discuss treatment options with my clinician.
- All of my questions have been answered to my satisfaction.
- I believe I know enough to give informed consent to take, refuse, or postpone therapy with feminizing medications.

Based on all this information

_____ I want to begin taking estrogen.

_____ I want to begin taking androgen antagonists (e.g., spironolactone).

_____ I do not wish to begin taking feminizing medication at this time.

<br>

| | |
|---|---|
| Patient Signature | Date |

| | |
|---|---|
| Signature of Parent or Guardian | Date |

| | |
|---|---|
| Prescribing clinician signature | Date |

> Your health is important to us. If you have any questions or concerns please call us at (205) 638 9107. We are happy to help you.

7

**Client Information for Informed Consent**

**TESTOSTERONE FOR TRANSGENDER CLIENTS**
**Minors and Parents/Guardians**
**University of Alabama at Birmingham Pediatric Endocrinology**
**Multidisciplinary Gender Health Team**

Before using testosterone to transition and masculinize your body, you and your parents or guardians need to know the possible advantages, disadvantages and risks of these medications. We have listed them here for you. It's important that you understand all of this information before you begin taking these medications.

Please read the following with your parent or guardian. Once your questions or concerns are addressed, and you have decided to proceed with the medication(s), both you and your parent or guardian will need to sign this information and consent form.

We are happy to answer any questions you have.

### What is testosterone?

It is the sex hormone that makes certain features appear typically male. It builds muscle and causes the development of facial hair and a deeper voice.

### How is testosterone taken?

It is usually injected every one to four weeks. It is not used as a pill because the body may not absorb it properly and may cause potentially fatal liver problems. Some people use skin creams and patches, but they tend to be more expensive and aren't recommended for initiating puberty or for use in teenagers and young adults.

The doses used for injection differ from product to product and from patient to patient. They may range from 50 to 400mg. The injections are given in a large muscle to slow the release of the hormone. You may experience unwanted swings in hormone levels. You may control the swings by changing how often the dose is given and how much of a dose is given.

Every medication has risks, benefits, and side effects that are important to understand before starting. The effects and side effects of medicines used for transition need to be monitored with laboratory studies and regular visits to your provider to make sure that there are no negative effects on your body.

The medicines that you take, as well as the process of transitioning can affect your mood. While trans men are usually relieved and happy with the changes that occur, it is important that you are under the care of a gender-qualified therapist while undergoing transition. The therapist can work with you, your family and friends and your school staff.

1

**Warning — Who should not take testosterone?**

It should *not* be used by anyone who is pregnant or has uncontrolled coronary artery disease as it could increase your risk for a fatal heart attack:

It should be used with caution and only after a full discussion of risks by anyone who
- Has acne
- Has a family history of heart disease or breast cancer
- Has had a blood clot
- Has high levels of cholesterol
- Has liver disease
- Has a high red-blood-cell count
- Is obese
- Smokes cigarettes

Periodic blood tests to check on the effects of the hormone will be needed.  Routine breast exams and pelvic exams with Pap tests should be continued, when applicable.

**Summary of Testosterone Benefits and Risks**

| BENEFITS | RISKS |
|---|---|
| <ul><li>Appearing more like a man<ul><li>Bigger clitoris</li><li>Coarser skin</li><li>Lower voice</li><li>More body hair</li><li>More facial hair</li><li>More muscle mass</li><li>More strength</li><li>No more menstrual periods</li></ul></li><li>More physical energy</li><li>More sex drive</li><li>Protection against bone thinning (osteoporosis)</li></ul> | <ul><li>Acne (may permanently scar)</li><li>Blood clots (thrombophlebitis), risk significantly increased by smoking</li><li>Emotional changes, for example, more aggression</li><li>Headache</li><li>High blood pressure (hypertension)</li><li>Increased red-blood-cell count</li><li>Infertility</li><li>Inflamed liver</li><li>Interaction with drugs for diabetes and blood thinning — for example Coumadin and Warfarin</li><li>Male pattern baldness</li><li>More abdominal fat — redistributed to a male shape</li><li>More risk of heart disease</li><li>Swelling of hands, feet, and legs</li><li>Weight gain</li></ul> |

**Both you and your parent or guardian should initial and date each statement on this form to show that you and your parent or guardian understand the benefits, risks, and changes that may occur from taking this medications.**

2

### Masculinizing

_____I know that testosterone may be prescribed to make me appear less like a woman and more like a man.

_____ I know it can take several months or longer for the effects to become noticeable. I know that no one can predict how fast – or how much – change will happen. I know that the changes may not be complete for two to five years after I start.

_____I know that the following changes are likely and permanent even if I stop taking testosterone:

- Bigger clitoris — typically about half an inch to a little more than an inch
- Deeper voice
- Gradual growth of mustache and beard
- Hair loss at the temples and crown of the head — possibility of being completely bald
- More, thicker, and coarser hairs on abdomen, arms, back, chest, and legs

_____ I know that the following changes are usually not permanent — they are likely to go away if I stop taking testosterone:

- Acne (although there may be permanent scars)
- Menstrual periods typically stop one to six months after starting
- More abdominal fat – redistributed to a male shape: decreased on buttocks, hips, and thighs; increased in abdomen – changing from "pear shape" to "apple shape"
- More muscle mass and strength
- More sex drive
- Vaginal dryness

_____I know that the effects of testosterone on fertility are unknown.  I have been told that I may or may not be able to get pregnant even if I stop taking testosterone. I know that I might still get pregnant even after testosterone stops my menstrual periods.  I know about my birth control options (if applicable).  And I know that I can't take testosterone if I am pregnant and that I must take a pregnancy test prior to starting testosterone therapy.

_____ I know that some aspects of my body will not be changed:

- Losing some fat may make my breasts appear slightly smaller, but they will not shrink very much.
- My voice will deepen, but other aspects of the way I speak may not sound more masculine.
- Although testosterone can't make these changes happen, there are other treatments that may be helpful.

_____I know that there may be mood changes with these medicines. I agree to continue therapy with a qualified therapist.

_____I know if I have any concerns about these issues, you can make referrals for me to help me explore other treatment options.

### Risks of Testosterone

3

_____I know the medical effects and the safety of testosterone are not completely known. There may be long-term risks that are not yet known.

_____I know not to take more testosterone than prescribed.  Taking too much:
- Will increase health risks
- Won't make changes happen more quickly or more significantly
- Can cause my body to convert extra testosterone into estrogen, and that can slow down or stop my appearing more masculine

_____I know that testosterone can cause changes that increase my risk of heart disease. These changes include having:
- Less good cholesterol (HDL) that may protect against heart disease and more bad cholesterol (LDL) that may increase the risk of heart disease
- Higher blood pressure
- More deposits of fat around my internal organs

_____I know that my risk of heart disease is higher if people in my family have had heart disease, if I am overweight, or if I smoke.

_____I know that I should have periodic heart-health checkups for as long as I take testosterone.  This means I must watch my weight and cholesterol levels and have them checked by my clinician.

_____I know testosterone can damage the liver and possibly lead to liver disease and I should be checked for possible liver damage for as long as I take testosterone.

_____I know testosterone can increase my red blood cells and hemoglobin.  This increase is usually only to what is normal for a man and shouldn't cause any health risks. However, there is a small possibility that higher levels of red blood cells and hemoglobin may increase my risk of life-threatening problems such as stroke or heart attack. That's why I know I need to have periodic blood checks for as long as I take testosterone.

_____I know that taking testosterone can increase my risk for diabetes. It may decrease my body's response to insulin, cause weight gain, and increase deposits of fat around my internal organs.  Therefore, I should have periodic checks of my blood glucose for as long as I take testosterone.

_____I know my body can turn testosterone into estrogen and that no one knows if that could increase the risk of cancers of the breast, the ovaries, or the uterus.

_____I know taking testosterone can thin the tissue of my cervix and the walls of my vagina.  This can lead to tears or abrasions during vaginal sex or play with a male or female partner.  These tears increase my risk of getting a sexually transmitted infection, including HIV. I know I should speak frankly with my primary care provider about my sex life to learn the best ways to prevent and check for infections.

_____I know that testosterone can give me headaches or migraines. I know that it's best to talk with my clinician if I get them a lot or if the pain is unusually severe.

4

_____I know that testosterone can cause emotional changes.  For example, I could become more irritable, frustrated, or angry. I know that my clinician can help me find resources to explore and cope with these changes.

_____I know that testosterone causes changes that other people will notice.  Some transgender people have experienced harassment, discrimination, and violence because of this. Others have lost the support of loved ones. I know my clinician can help me find advocacy and support resources.

**Prevention of Medical Complications**

_____I agree to take testosterone as prescribed.  I agree to not purchase testosterone or other hormones without my physician's knowledge, and I agree to tell my clinician if I have any problems or am unhappy with the treatment.

_____I know that the dose and type of medication that's prescribed for me may not be the same as someone else's.

_____I understand that the medications prescribed are for my use only and I will not supply these medications to others.

_____I know I need periodic physical exams and blood tests to check for any side effects.

_____I know testosterone can interact with other drugs and medicines. These include alcohol, diet supplements, herbs, other hormones, and street drugs. This kind of interaction can cause complications. I know that I need to prevent complications because they can be life-threatening. That's why I need to be honest with my clinician about whatever else I take.  I also know that I will continue to get medical care here no matter what I share about what I take.

_____ _____ I know that it can be risky for anyone with certain conditions to take testosterone. I agree to be evaluated if my clinician thinks I may have one of them. Then we will decide if it's a good idea to start or continue using testosterone.

_____ _____ I know that using testosterone to masculinize is an off-label use.  This means it is not approved by the Food and Drug Administration (FDA). I know that the medicine and dose that is recommended for me is based on the judgment and experience of my health care provider and the best information that is currently available in the medical literature.

_____ _____ I understand that my insurance company may not cover the costs of this treatment. If so, I accept responsibility for any charges associated with this treatment. Costs of treatment can be obtained by contacting The Pediatric Endocrinology office at 205 638 9107.

_____I know that I can choose to stop taking testosterone at any time. I know that if I decide to do that, I should do it with the help of my clinician.  This will help me make sure there are no negative reactions. I also know my clinician may suggest that I cut the dose or stop taking it at all if certain conditions develop. This may happen if the side effects are severe or there are health risks that can't be controlled.

## Alternatives

There are alternatives to using testosterone to help people appear more masculine. Some transgender people choose to not take hormones or have surgery and may only socially transition. If you are interested in alternatives, talk with your health care provider about your options.

### Our signatures below confirm that:
- My clinician has talked with me and my parents or guardians about
  - The benefits and risks of taking testosterone
  - The possible or likely consequences of hormone therapy
  - Potential alternative treatments
- I understand the risks that may be involved.
- I know that the information in this form includes the known effects and risks.  I also know that there may be unknown long-term effects of risks.
- I have had enough opportunity to discuss treatment options with my clinician.
- All of my questions have been answered to my satisfaction.
- I believe I know enough to give informed consent to take, refuse, or postpone testosterone therapy.


### Based on all this information:

_____I want to begin taking testosterone.

_____I do not wish to begin taking testosterone at this time.


_____          _____
Patient Signature                                 Date


_____          _____
Signature of Parent or Guardian                   Date


_____          _____
Prescribing Clinician Signature                   Date


| Your health is important to us.  If you have any questions or concerns please call us at (205) 638 9107.  We are always happy to help you. |

6

13

7

*Original Research*

# Transgender Men Who Experienced Pregnancy After Female-to-Male Gender Transitioning

*Alexis D. Light, MD, MPH, Juno Obedin-Maliver, MD, MPH, Jae M. Sevelius, PhD, and Jennifer L. Kerns, MD, MPH*



DEFENDANT'S
EXHIBIT NO. 17
FOR IDENTIFICATION
DATE: 4-4-24   RPTR: J

**OBJECTIVE:** To conduct a cross-sectional study of transgender men who had been pregnant and delivered after transitioning from female-to-male gender to help guide practice and further investigation.

**MATERIALS AND METHODS:** We administered a web-based survey from March to December 2013 to inquire about demographics, hormone use, fertility, pregnancy experience, and birth outcomes. Participants were not required to have been on hormone therapy to be eligible. We used a mixed-methods approach to evaluate the quantitative and qualitative data.

**RESULTS:** Forty-one self-described transgender men completed the survey. Before pregnancy, 61% (n=25) had used testosterone. Mean age at conception was 28 years with a standard deviation of 6.8 years. Eighty-eight percent of oocytes (n=36) came from participants' own ovaries. Half of the participants received prenatal care from a physician and 78% delivered in a hospital. Qualitative themes included low levels of health care provider awareness and knowledge about the unique needs of pregnant transgender men as well as a desire for resources to support transgender men through their pregnancy.

**CONCLUSION:** Transgender men are achieving pregnancy after having socially, medically, or both transitioned. Themes from this study can be used to develop transgender-appropriate services and interventions that

may improve the health and health care experiences of transgender men.

*(Obstet Gynecol 2014;124:1120–7)*
DOI: 10.1097/AOG.0000000000000540

Transgender individuals often report many barriers in attempting to access health care.[1] The American College of Obstetricians and Gynecologists (the College) recently called on obstetrician–gynecologists to help eliminate these barriers for transgender men (also called female-to-male individuals) by creating nondiscriminatory practices, assisting with gender transition, and providing transgender-appropriate and comprehensive health care.[2] Despite the College's call to action, little systematic attention has been paid to the health and reproductive experiences of transgender men or those individuals who are born with female sexual organs but who identify as male.

Transgender men are individuals who have a male or masculine gender identity but were assigned female at birth. The gender affirmation process may include social, medical, and surgical aspects of transition, although not all transgender men desire medical intervention.[3] Many transgender men desire children[4] and there are anecdotal reports supporting the biological possibility of pregnancy for transgender men who retain a uterus and discontinue testosterone therapy.[5–7] However, there is little scientific literature describing pregnancy experiences among transgender men or the effects of exogenous administration of testosterone on fertility, pregnancy, and neonatal outcomes.[8] Understanding transgender men's experiences with fertility, pregnancy, and birth will allow health care providers to augment pre- and posttransition discussions regarding fertility options, the roles of cross-sex hormones on fecundity, potential birth outcomes, and to support their physical and mental well-being during pregnancy. Expanded knowledge may also help

*From the Washington Hospital Center Department of Obstetrics and Gynecology, Washington, DC; the Department of Obstetrics, Gynecology, and Reproductive Sciences, University of California, San Francisco, and the University of California, San Francisco Center of Excellence for Transgender Health, San Francisco, California.*

*Corresponding author: Alexis D. Light, MD, MPH, 2360 Champlain Street, NW, Apartment 2.1, Washington, DC 20009; e-mail: Alexis.D.Light@gunet.georgetown.edu.*

*Financial Disclosure*
*The authors did not report any potential conflicts of interest.*

© 2014 by The American College of Obstetricians and Gynecologists. Published by Lippincott Williams & Wilkins.
ISSN: 0029-7844/14

Copyright© American College of Obstetricians and Gynecologists


Downloaded from http://journals.lww.com/greenjournal by yI9h4I+cLtS1n3g05hkrW8zFRJOQ9ZpXxvEAhXsAvKgY FbjB4uMGuUDhkBSreyTLO7nWWQ4LdI1MK2lL3pr4DvsAPj7XWFGFmozhic2tAvomdk1MK97XmYLdwaQYK1SVsvFeGuY0 2pxtDt6RMYqn4RbozznoHbYX= on 05/01/2023

health care providers support transgender men in attaining and maintaining healthy pregnancies.

We conducted a mixed-methods study to explore the experiences of transgender men and to contribute to the knowledge base of fertility, conception, pregnancy experience, and birth outcomes among transgender men.

## MATERIALS AND METHODS

We conducted a cross-sectional survey from March to December 2013 of transgender men (assigned female at birth with a masculine, transmasculine, transmale, or female-to-male gender identity) who had been pregnant and delivered a neonate. Inclusion criteria were: age older than 18 years, self-identification as male before pregnancy, pregnancy within the last 10 years, and the ability to fill out the survey in English. Eligibility criteria did not require any type of medical (eg, testosterone use) or surgical (eg, bilateral mastectomy) transition. We recruited study participants through convenience sampling and we collected data using a web-based survey. Participation was not limited by geographic location.

We administered the online survey through REDCap,[9] an encrypted and secure online survey platform. The study contained 47 multiple-choice questions and 24 questions addressing demographics, hormone use, fertility, pregnancy experience, birth experience, and fetal outcomes. The survey concluded with four open-ended questions: "Is there anything you would like medical providers to know about transgender men and pregnancy?" "What was the experience of being pregnant like for you?" "What was the experience of giving birth like for you?" "What was the postpartum experience like for you?" The survey was developed by the authors in consultation with the Center of Excellence for Transgender Health at University of California, San Francisco and other health care providers serving the transgender community.

Initial recruitment occurred through distribution to key stakeholders in lesbian, gay, bisexual, and transgender health centers; transgender community groups; and Internet-based social networking pages created by study authors. We recruited additional participants through initial contacts. We provided interested individuals with a comprehensive study description and links to the study. After accessing the electronic study web site, participants were presented with informed consent documents and participants confirmed their consent through accessing a link to web-based survey. No in-person contact was made with survey participants.

We conducted a mixed-methods analysis to evaluate the quantitative and qualitative data collected from the survey. Using STATA 13.0, we performed unadjusted analyses using $\chi^2$ for method of delivery; $t$ tests for pregnancy age, body mass index, and gestational age; and Fisher's exact for all other variables according to testosterone use before pregnancy. As a result of nonresponse, variable totals may not sum to column totals or within category totals. A $P$ value of $\leq$.05 was considered statistically significant. We analyzed the qualitative data using grounded theory, identifying iterative themes, and adding new codes as concepts emerged.[10] This study was approved by the University of California, San Francisco Committee on Human Research.

## RESULTS

We excluded nine of the 56 participants who began the survey as a result of insufficient responses for analysis, and six others were excluded because they did not meet study criteria indicating male gender before pregnancy.[11] We included participants who identified as female or preferred "she" or "her" pronouns only if they had more than one validating indicator of a transgender identity (use of testosterone, male identity with female pronouns, or female identity with male pronouns). Forty-one participants remained for final analysis (Table 1). Most of our participants were from the western United States, identified as white, and had completed at least some college. Pronoun preference differed between those who had used testosterone and those who had not ($P$=.04). Participants who had previously used testosterone were more likely to prefer the pronoun "he," whereas those who had not used testosterone were more likely to identify with "they." Although most respondents were primiparous, those who had not used testosterone were more likely to be multiparous ($P$=.006). Four transgender men (10%), all of whom had been on testosterone previously, reported a prior diagnosis of polycystic ovary syndrome.

Twenty-five (61%) transgender men reported using testosterone before pregnancy (Table 2). Among those who had used testosterone, 20 (80%) reported resuming menstruation within 6 months after stopping testosterone. Five participants (20%) conceived while still amenorrheic from testosterone use. After pregnancy, six (38%) participants who had not previously used testosterone before pregnancy initiated use. Ten participants (40%) who had been on previously testosterone reported that they had not yet resumed testosterone use after pregnancy.

Copyright© American College of Obstetricians and Gynecologists 

16

Table 1. Participant Characteristics

| Characteristic | All (N=41) | Prior Testosterone Use Yes (n=25) | Prior Testosterone Use No (n=16) | P |
|---|---|---|---|---|
| Age (y)* | 28±6.8 | 29±6.9 | 27±6.8 | .5 |
| Gender identity[†] | | | | .07 |
|   Male | 21 (51) | 12 (48) | 9 (56) | |
|   Transgender, female-to-male, transman | 10 (24) | 9 (36) | 1 (6) | |
|   Bigender, gender fluid, genderqueer | 8 (20) | 3 (12) | 5 (31) | |
|   Female | 1 (2) | 1 (4) | 0 | |
|   Other | 1 (2) | 0 | 1 (6) | |
| Personal pronoun preference[‡] | | | | .04 |
|   He | 32 (82) | 21 (88) | 11 (73) | |
|   They | 3 (8) | 0 | 3 (20) | |
|   She | 2 (5) | 2 (8) | 0 | |
|   Ey | 1 (2) | 1 (4) | 0 | |
|   No pronouns | 1 (2) | 0 | 1 (7) | |
| Country | | | | .4 |
|   United States | 35 (85) | 20 (80) | 15 (94) | |
|   Outside United States[§] | 6 (15) | 5 (20) | 1 (6) | |
| U.S. region[‡ǁ] | | | | .9 |
|   West | 19 (59) | 11 (61) | 8 (57) | |
|   Northeast | 5 (16) | 3 (17) | 2 (14) | |
|   South | 5 (16) | 2 (11) | 3 (21) | |
|   Midwest | 3 (9) | 2 (11) | 1 (7) | |
| Race or ethnicity[§] | | | | 1.0 |
|   White | 36 (92) | 21 (88) | 15 (100) | |
|   Asian | 1 (3) | 1 (4) | 0 | |
|   Asian and black | 1 (3) | 1 (4) | 0 | |
|   Native Hawaiian or other Pacific Islander | 1 (3) | 1 (4) | 0 | |
| Education level[§] | | | | .7 |
|   High school degree or less | 4 (10) | 3 (12.5) | 1 (7) | |
|   Vocational training or some college | 12 (31) | 6 (25) | 6 (40) | |
|   Associate or Bachelor's degree | 14 (36) | 10 (42) | 4 (27) | |
|   Master's or doctoral degree | 9 (23) | 5 (21) | 4 (27) | |
| Annual household income ($)[‡] | | | | .4 |
|   Less than 20,000 | 6 (15) | 2 (8) | 4 (25) | |
|   20,000–59,999 | 20 (49) | 12 (50) | 8 (50) | |
|   60,000–100,000 | 8 (20) | 6 (25) | 2 (13) | |
|   More than 100,000 | 5 (13) | 4 (17) | 1 (7) | |
| Multiparous (2 or more pregnancies) | 15 (37) | 5 (20) | 10 (63) | .006 |
| Previous PCOS diagnosis | 4 (10) | 4 (16) | 0 | .15 |
| BMI at the start of pregnancy (kg/m²) | 26±6 | 26±6 | 27±6 | .6 |
| Gender-confirming surgical procedure[†¶] | | | | .7 |
|   Bilateral mastectomy | 19 (46) | 13 (52) | 6 (38) | |
|   Oophorectomy | 2 (5) | 0 | 2 (13) | |
|   Hysterectomy | 2 (5) | 2 (8) | 0 | |
|   Phalloplasty or metoidioplasty[#] | 1 (2) | 1 (4) | 0 | |

PCOS, polycystic ovary syndrome/BMI, body mass index.
Data are mean±standard deviation or n (%) unless otherwise specified.
* Age at the beginning of their most recent pregnancy.
[†] Kuper et al.[28]
[‡] Not all the participants answered this question.
[§] Canada (n=2), Germany (n=1), England (n=1), Israel (n=1), and Switzerland (n=1).
[ǁ] Regions were defined according to the 2010 U.S. census.
[¶] Surgery may have occurred before or after pregnancy.
[#] Metoidioplasty is procedure that separates the clitoris from the labia to assume a physiologic position similar to a penis (Djordjevic et al[29]).

Two thirds of pregnancies were planned (Table 3). Before the most recent pregnancy, condoms were the most common form of contraception followed by no

form of contraception and abstinence (defined as not engaging in penile–vaginal intercourse). Those who had previously used testosterone were more likely to

Copyright© American College of Obstetricians and Gynecologists 

17

Downloaded from http://journals.lww.com/greenjournal by PY9HMV4LBYrKhgtbehzb9L9TWZYC8DXvnEA6ssjJKrGY
FtgbAxRGa19hkhGrq9YtGORhGVLrEEMr2bLJxPDJuBNY7uRFQmqNmZ2hAuwmjA3M7WsWnbMhO3uwtzN7Y9ScdFejTayiD
2ffgO7Dv5RRTqpMfbw1Dox810x4iv= on 01/02/2023

Table 2. Findings Among Those Who Used Testosterone Before Pregnancy of Report (n=25)

| Characteristic | Value |
| --- | --- |
| Age (y) when testosterone was initiated | 25 (17–35) |
| Length of testosterone use before pregnancy (y) | |
| Less than 1 | 10 (40) |
| 1–2 | 6 (24) |
| 3–10 | 4 (16) |
| More than 10 | 5 (20) |
| Stopped taking testosterone to become pregnant | 17 (68) |
| Duration between stopping testosterone and resumption of menses (mo) | |
| No menses before pregnancy | 5 (20) |
| Less than 1 | 2 (8) |
| 1 | 6 (24) |
| 2 | 7 (28) |
| 3 | 4 (16) |
| 4–6 | 1 (4) |
| Resumed or initiated testosterone after pregnancy* | 20 (48) |

Data are median (range) or n (%).
* Of total respondents in the study (N=41).

report no contraceptive use or abstinence, whereas those who had not used testosterone were more likely to use a hormonal contraceptive method (P=.03). The majority of oocytes came from the participants' own ovaries, whereas the majority of sperm came from a significant other or spouse. Most transgender men became pregnant within 4 months of trying, only 15% had a preconception medical consultation, and 7% used fertility drugs to become pregnant.

Pregnancy, delivery, and birth outcomes did not differ according to prior testosterone use (Table 4). Half of the participants received prenatal care from a physician, 40% from an obstetrician, and 10% from a family medicine physician. More than three fourths of the participants began taking prenatal vitamins either before pregnancy or within the first trimester, whereas 15% reported not taking any prenatal vitamins. Participants reported a variety of perinatal complications including hypertension (12%), preterm labor (10%), placental abruption (10%), and anemia (7%). Anemia was not reported by participants who had previously used testosterone. A higher proportion of transgender men who had used testosterone underwent cesarean delivery compared with those who reported no testosterone use (36% compared with 19%, respectively), although this finding was not statistically significant. Among those who underwent a cesarean delivery, 25% cited the indication as

elective. Those who had previously used testosterone were statistically less likely to chest (breast) feed their infant than those who had not previously used testosterone (P=.04).

Thirty participants (73%) answered at least one of the four open-ended questions. Major themes from these responses were: 1) effect of pregnancy on concepts of family structure; 2) isolation; 3) gender dysphoria and pregnancy; and 4) interactions with health care providers.

Many participants discussed their pregnancy in the context of family structure. For some, pregnancy was a necessary step in creating the family they desired: "I looked at it as something to endure to have a child" (36-year-old, prior testosterone use). Others described the pregnancy in pragmatic terms, possibly as a way to avoid gender dissonance: "Like my body was a workshop, building up this little kid" (35-year-old, prior testosterone use). Another participant found a way to embrace the pregnancy, describing the pregnancy and birth as a bridge to fatherhood: "Pregnancy and childbirth were very male experiences for me. When I birthed my children, I was born into fatherhood" (29-year-old, no prior testosterone use). Participants often used words such as "dad," "carrier," and "gestational parent" to affirm their male gender identity and describe their parenting role.

Feelings of isolation were common. One participant stated, "Pregnancy came with feelings of isolation and limitation" (28-year-old, prior testosterone use). Some identified the source of isolation as stemming from feeling "lonely because I was the only one" (30-year-old, prior testosterone use). These feelings were contextualized by comments about "lack of support" and "lack of resources available to pregnant transgender men." This isolation was also referenced in terms of invisibility: "I passed as 'not pregnant' until my eighth month, because I'm chubby anyways, and because people don't assume that someone who looks like me could be pregnant" (34-year-old, no prior testosterone use). As another participant simply put it: "We exist. And we are different" (35-year-old, prior testosterone use).

Another theme that emerged was the relationship between gender dysphoria and pregnancy. Some participants reported improvements in gender dysphoria, feeling new connections with their bodies: "It was relieving to feel comfortable in the body I'd been born with" (20-year-old, no prior testosterone use). Others felt an increase in dysphoria, and for some, that dysphoria continued into the postpartum period: "Heavy time, having a baby, not passing as male, all the changes and a society telling me to just be happy"

Copyright© American College of Obstetricians and Gynecologists

18

Table 3. Fertility Experiences Surrounding Most Recent Pregnancy by Prior Testosterone Use

| Characteristic | Total (N=41) | Prior Testosterone Use | | P |
| --- | --- | --- | --- | --- |
| | | Yes (n=25) | No (n=16) | |
| Planned pregnancy | 28 (68) | 19 (76) | 9 (56) | .3 |
| Contraception use before this pregnancy*[†] | | | | .03 |
|   Condoms | 16 (41) | 10 (40) | 6 (43) | |
|   None | 15 (38) | 12 (48) | 3 (21) | |
|   Abstinence[‡] | 3 (7) | 3 (12) | 0 | |
|   Fertility awareness | 2 (8) | 0 | 2 (14) | |
|   Combined hormonal contraception (OCPs, transdermal patch, vaginal ring) | 1 (3) | 0 | 1 (7) | |
|   Injection, intrauterine device, implant | 1 (3) | 0 | 1 (6) | |
|   Partner had vasectomy | 1 (3) | 0 | 1 (6) | |
| Time to conception (mo)[†] | | | | .14 |
|   Unplanned pregnancy | 13 (32) | 6 (24) | 7 (44) | |
|   Less than 1 | 3 (17) | 1 (20) | 2 (12) | |
|   1–3 | 9 (22) | 8 (32) | 1 (6) | |
|   4–6 | 8 (19) | 5 (20) | 3 (19) | |
|   More than 7 | 4 (10) | 1 (4) | 3 (18) | |
| Source of oocyte | | | | .12 |
|   Own ovaries | 36 (88) | 21 (84) | 15 (94) | |
|   Significant other or spouse | 4 (10) | 4 (16) | 0 | |
|   Anonymous donor | 1 (2) | 0 | 1 (6) | |
| Source of sperm | | | | .5 |
|   Significant other, spouse, or romantic partner | 31 (76) | 17 (68) | 14 (88) | |
|   Known donor | 4 (10) | 3 (12) | 1 (6) | |
|   Anonymous donor or sperm bank | 6 (15) | 5 (20) | 1 (6) | |
| Medical intervention to become pregnant[§] | | | | |
|   Consultation | 6 (15) | 4 (16) | 2 (12) | |
|   Fertility drugs | 3 (7) | 2 (8) | 1 (6) | |
|   Assisted reproductive technology[‖] | 5 (12) | 5 (20) | 0 | |

OCP, oral contraceptive pill.
Data are n (%) unless otherwise specified.
* Participants were given the option to identify with more than one, so total exceeds 100%.
[†] Not all the participants answered this question.
[‡] Defined as not having penile–vaginal intercourse.
[§] Participants could mark more than one, therefore not comparing the results statistically.
[‖] Includes artificial insemination, in vitro fertilization, and gamete intrafallopian transfer.

(35-year-old, prior testosterone use). Combined with feelings of isolation postpartum, many participants specifically mentioned having postpartum depression. "Began to show symptoms of postpartum depression long before anyone discussed symptoms to watch for… Began researching and working through post-partum depression issues independently; found no professional with familiarity with 'trans/genderqueer' gestational parents" (28-year-old, prior testosterone use). As mentioned, the depression seemed amplified by a lack of gender-sensitive resources for postpartum depression.

In response to queries interactions with health care providers, some participants mentioned positive interactions with their health care teams regarding their gender identity. "I was always called 'he,' I was always called 'dad,' and my body parts were called by the words I used" (34-year-old, prior testosterone use). As previously, positive experiences often focused on proper use of gender-related language. Other participants mentioned negative experiences that ranged from improper pronoun use and rude treatment to being turned away from medical practices and denied treatment. In one extreme experience, a participant reported that "Child Protection Services was alerted to the fact a 'tranny' had a baby" (21-year-old, prior testosterone use). Many participants called for better treatment from the health care system through acknowledging the unique identities of pregnant trans-gender men and grounding health care provider–patient interactions in compassion and respect. As one participant said, "treat us as if we are normal human beings with normal bodies" (37-year-old, no prior testosterone use). Additionally, participants

Copyright© American College of Obstetricians and Gynecologists 

19

**Table 4. Pregnancy Experience and Neonatal Outcomes**

| Characteristic | Total (N=41) | Prior Testosterone Use | | P |
| --- | --- | --- | --- | --- |
| | | Yes (n=25) | No (n=16) | |
| Source of prenatal care* | | | | 1.0 |
|   Obstetrician | 16 (40) | 9 (38) | 7 (44) | |
|   Certified nurse midwife | 11 (28) | 7 (29) | 4 (25) | |
|   Lay midwife | 7 (18) | 4 (17) | 3 (19) | |
|   Family practice doctor | 4 (10) | 3 (13) | 1 (6) | |
|   No prenatal care | 2 (5) | 1 (4) | 1 (6) | |
| Perinatal complications[†] | | | | |
|   Hypertension | 5 (12) | 4 (16) | 1 (6) | |
|   Preterm labor | 4 (10) | 3 (12) | 1 (6) | |
|   Placental abruption | 4 (10) | 2 (8) | 2 (12) | |
|   Anemia | 3 (7) | 0 | 3 (19) | |
|   Gestational diabetes | 2 (5) | 2 (8) | 0 | |
|   Multiple pregnancy[‡] | 2 (5) | 2 (8) | 0 | |
|   Postpartum infection | 2 (5) | 1 (4) | 1 (6) | |
|   Premature rupture of membranes | 1 (2) | 0 | 1 (6) | |
|   Pyelonephritis | 1 (2) | 1 (4) | 0 | |
|   Uterine rupture | 1 (2) | 1 (4) | 0 | |
| Substance use[§] | | | | |
|   Cigarettes | 3 (7) | 2 (8) | 1 (6) | 1.0 |
|   Alcohol | 1 (2) | 1 (4) | 0 | 1.0 |
|   Recreational drugs | 1 (2) | 0 | 1 (6) | .6 |
| Gestational age at delivery (wk±d) | 38±6 | 37±9 | 39±5 | .4 |
| Location of birth | | | | .6 |
|   Hospital | 32 (78) | 18 (72) | 14 (88) | |
|   Home | 7 (17) | 5 (20) | 2 (13) | |
|   Independent birth center | 2 (5) | 2 (8) | 0 | |
| Underwent labor induction | 9 (22) | 7 (28) | 2 (12) | .3 |
| Method of delivery | | | | .5 |
|   Vaginal | 29 (71) | 16 (64) | 13 (81) | |
|   Cesarean | 12 (30) | 9 (36) | 3 (19) | |
| Reason for cesarean delivery | | | | .6 |
|   Previous cesarean delivery | 1 (8) | 1 (11) | 0 | |
|   Breech presentation | 1 (8) | 1 (11) | 0 | |
|   Placenta previa | 1 (8) | 1 (11) | 0 | |
|   Arrest of labor | 2 (17) | 1 (11) | 1 (33) | |
|   Multiple pregnancy (twins) | 1 (8) | 1 (11) | 0 | |
|   Requested cesarean delivery | 3 (25) | 3 (33) | 0 | |
|   Other[∥] | 3 (25) | 1 (11) | 2 (66) | |
| Birth weight (g)[¶] | 3,146±1,671 | 2,914±1,276 | 3,490±625 | .2 |
| Neonate admitted to the NICU* | 5 (14) | 4 (20) | 1 (7) | .4 |
| Neonate diagnosed with an anomaly or developmental disorder*[#] | 3 (9) | 1 (5) | 2 (14) | .7 |
| Neonate diagnosed with a disorder of sexual development*** | 2 (6) | 1 (5) | 1 (7) | .8 |
| Chest (breast) fed | 21 (51) | 10 (40) | 11 (69) | .04 |

NICU, neonatal intensive care unit.

Data are n (%) or mean±standard deviation unless otherwise specified.

* Not all the participants answered this question.

[†] Includes complications occurring in the preconception, antepartum, intrapartum, and postpartum periods.

[‡] Both sets of multiples were twins.

[§] Survey question stated: "Once you knew you were pregnant, did you regularly: _ drink alcohol, _ smoke cigarettes, _ use recreational drugs, _ none of the above."

[∥] Other reasons for cesarean delivery: placental abruption (n=1), preeclampsia (n=1), none specified (n=1).

[¶] N=42 neonates resulting from a set of twins.

[#] Ventricular septal defect (n=1), bone cancer (n=1), sensory integration disorder (n=1).

** Intersex (n=1), micropenis (n=1).

Copyright© American College of Obstetricians and Gynecologists

20

Downloaded from http://journals.lww.com/greenjournal by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hCywCX1AWnYQp/IlQrHD3i3D0OdRyi7TvSFl4Cf3VC4/OAVpDDa8KKGKV0Ymy+78= on 05/07/2024

noted that although their specific health care provider(s) may have been transgender-friendly, this was not necessarily the case with the office staff, nurses, and other health care workers.

## DISCUSSION

The College has highlighted the need for obstetrician–gynecologists to help eliminate barriers to care for transgender men.[2] Our results demonstrate that transgender men desire children[1] and are willing and able to conceive, carry a pregnancy, and give birth. Participants repeatedly expressed a desire for more information regarding fertility options and access to reproductive health care providers who respect, support, and understand their gender identity.

Studies suggest that amenorrhea commonly occurs within 6 months of initiating testosterone therapy.[12,13] However, timeframe for resumption of menses after cessation of testosterone is unclear, and some have stated amenorrhea may be irreversible.[14] Participants who discontinued testosterone to attempt pregnancy reported resumption of menses within 6 months, with the majority within 3 months. Some conceived before return of menses. Despite small sample size, the timeline for menses resumption is consistent with that of literature on women who became amenorrheic with Sertoli-Leydig tumors and resumed menses after tumor resection.[15]

Although most transgender men in this study received prenatal care from a physician and delivered in a hospital, participants used nonphysician providers and nonhospital birth locations more frequently than the general public. In 2009, 99% of U.S. births occurred in hospitals,[16] compared with 78% of our participants. It is possible that health care provider choice and delivery location were responses to actual or anticipated negative experiences as suggested from many qualitative reports of suboptimal interactions with health care providers. However, health care provider and birth location may have resulted from other barriers such as access to health insurance.[17–20] Further research to clarify the experiences of transgender men with peripartum service provision will provide guidance for meeting their needs.

There is a 12% prevalence of major depressive disorders surrounding pregnancy, including postpartum depression, for women in the United States.[21] Although we did not specifically ask about depressive disorders, many of our participants reported experiences with peripartum depression in the narrative responses. A Canadian study of mental health among transgender men (n=207) found that depression was common.[22] Our findings suggest that transgender men may represent a high-risk population for postpartum depression and, although further research is warranted, future recommendations should emphasize assessment of peripartum depression in this population.

Nearly half of the transgender men who had not used testosterone had an unplanned pregnancy, a proportion comparable to that of the U.S. population.[23] Comparatively, one fourth of those previously on testosterone had unplanned pregnancies. By design this study cannot speak to incidence or prevalence of unplanned pregnancies among transgender men. However, given the financial burden[24] and risk of increased morbidity[25] from unintended pregnancy as well as the contraindication of testosterone use during pregnancy,[26,27] these findings suggest a potential unmet need for contraceptive services for transgender men.

Limitations to this study include those inherent with an online, cross-sectional survey, including not allowing for follow-up clarification from participants, decreasing responses from those with low literacy or other barriers to taking an online survey, and self-reported data raising concern for recall bias. The limited socioeconomic and racial diversity in respondents reduces immediate generalizability. Lastly, our eligibility criteria screened for transgender men who had a successful birth, impeding generalizable to those who attempt to get pregnant and cannot and those who do not carry to term. Strengths include the novelty of reporting transgender men's pregnancy experiences, inclusion of those who had socially and medically transitioned, and the mixed-methods format that allows insight into experiences.

Through demonstrating that transgender men are becoming pregnant and having babies, regardless of prior testosterone use, this preliminary study contributes data to emerging discussions regarding their reproductive health experiences. Respondents highlight the need for health care providers to partner with this community and develop gender-appropriate resources and support. Simple but meaningful steps for health care providers include establishing rapport by using patients' preferred names and pronouns, validating gender identity, and reflecting their individual relationships to their pregnancies. Counseling with transgender men should include discussions of reproductive goals, including fertility desires, and the role of contraception. We also suggest all health care providers discuss fertility preservation options with patients before initiating testosterone use in accordance with international standards of care.[25,27] More

Copyright© American College of Obstetricians and Gynecologists 

21

clinical and investigational work is needed to understand the physical and emotional needs of transgender men during pregnancy and birth so that health care providers may partner with this underserved community to improve care. As we respond to calls for increased access to reproductive health care for transgender men, we must ensure that we can provide evidence-based, comprehensive services befitting their unique needs and concerns.[2]

## REFERENCES

1. Grant JM, Mottet LA, Tanis J, Herman JL, Harrison J, Keisling M. National transgender discrimination survey report on health and healthcare. Washington (DC): National Center for Transgender Equality and National Gay and Lesbian Task Force; 2010. p. 1–23.

2. Healthcare for transgender individuals. Committee Opinion No. 512. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;118:1454–8.

3. Scheim A, Greta B. Sex and Gender Diversity Among Transgender Persons in Ontario, Canada: Results From a Respondent-Driven Sampling Survey. J Sex Res 2014;1–14 [Epub ahead of print].

4. Wierckx K, Van Caenegem E, Pennings G, Elaut E, Dedecker D, Van de Peer F, et al. Reproductive wish in transsexual men. Hum Reprod 2012;27:483–7.

5. Califia-Rice P. Family values: two dads with a difference –neither of us was born male. Village Voice June 20, 2000.

6. Hembree WC, Cohen-Kettenis P, Delemarre HA, Gooren LJ, Meyer WJ III, Spack NP, et al. Endocrine treatment of transsexual persons. Minneapolis (MN): WPATH (World Professional Association for Transgender Health); 2009.

7. Beatie T. Labor of love: the story of one mans extraordinary pregnancy. Berkeley (CA): Seal Press; 2008.

8. De Sutter P. Gender reassignment and assisted reproduction present and future reproductive options for transsexual people. Hum Reprod 2001;16:612–4.

9. Harris PA, Taylor R, Thielke R, Payne J, Gonzalez N, Conde JG. Research electronic data capture (REDCap)-A metadata-driven methodology and workflow process for providing translational research informatics support. J Biomed Inform 2009;42:377–81.

10. Charmaz K. Constructing grounded theory: a practical guide through qualitative analysis. Thousand Oaks (CA): Pine Forge Press; 2006.

11. Pequegnat W, Rosser B, Bowen A, Bull S, DiClemente R, Bockting W, et al. Conducting internet-based HIV/STD prevention survey research: considerations in design and evaluation. AIDS Behav 2007;11:505–21.

12. Nakamura A, Watanabe M, Sugimoto M, Sako T, Mahmood S, Kaku H, et al. Dose-response analysis of testosterone replacement therapy in patients with female to male gender identity disorder. Endocr J 2013;60:275–81.

13. Steinle K. Hormonal management of the female-to-male transgender patient. J Midwifery Womens Health 2011;56:293–302.

14. T'Sjoen G, Van Caenegem E, Wierckx K. Transgenderism and reproduction. Curr Opin Endocrinol Diabetes Obes 2013;20: 575–9.

15. Gui T, Cao D, Shen K, Yang J, Zhang Y, Yu Q, et al. A clinicopathological analysis of 40 cases of ovarian Sertoli–Leydig cell tumors. Gynecol Oncol 2012;127:384–9.

16. Martin JA, Hamilton BE, Ventura SJ, Osterman MJ, Kirmeyer S, Mathews TJ, et al. Births: final data for 2009. Natl Vital Stat Rep 2011;60:1–70.

17. Unger C. Care of the transgender patient: the role of the gynecologist. Am J Obstet Gynecol 2014;210:16–26.

18. Dutton L, Koenig K, Fennie K. Gynecologic care of the female-to-male transgender man. J Midwifery Womens Health 2008; 53:331–7.

19. Poteat T, German D, Kerrigan D. Managing uncertainty: a grounded theory of stigma in transgender healthcare encounters. Soc Sci Med 2013;84:22–9.

20. Xavier J, Bradford J, Hendricks M, Safford L, McKee R, Martin E, et al. Transgender healthcare access in Virginia: a qualitative study. Int J Transgenderism 2013;14:3–17.

21. Le Strat Y, Dubertret C, Le Foll B. Prevalence and correlates of major depressive episode in pregnant and postpartum women in the United States. J Affect Disord 2011;135:128–38.

22. Rotondi NK, Bauer GR, Travers R, Travers A, Scanlon K, Kaay M. Depression in male-to-female transgender Ontarians: results from the trans PULSE project. Can J Community Ment Health 2011;30:113–33.

23. Finer LB, Kost K. Unintended pregnancy rates at the state level. Perspect Sex Reprod Health 2011;43:78–87.

24. Trussell J, Henry N, Hassan F, Prezioso A, Law A, Filonenko A. Burden of unintended pregnancy in the United States: potential savings with increased use of long-acting reversible contraception. Contraception 2013;87:154–61.

25. Shah PS, Balkhair T, Ohlsson A, Beyene J, Scott F, Frick C. Intention to become pregnant and low birth weight and preterm birth: a systematic review. Matern Child Health J 2011;15: 205–16.

26. Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, DeCuypere G, Feldman J, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. Int J Transgenderism 2012;13:165–232.

27. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, Gooren LJ, Meyer WJ III, Spack NP, et al. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. J Clin Endocrinol Metab 2009;94: 3132–54.

28. Kuper L, Nussbaum R, Mustanski B. Exploring the diversity of gender and sexual orientation identities in an online sample of transgender individuals. J Sex Res 2012;49:244–54.

29. Djordjevic M, Stanojevic D, Bizic M, Kojovic V, Majstorovic M, Vujovic S, et al. Metoidioplasty as a single stage sex reassignment surgery in female transsexuals: Belgrade experience. J Sex Med 2009;6:1306–13.

 Copyright© American College of Obstetricians and Gynecologists 

22

# ANDROLOGY



ISSN: 2047-2919

ANDROLOGY

### REVIEW ARTICLE

**Correspondence:**
Stefan Schlatt, Center of Reproductive Medicine and Andrology, Institute of Reproductive and Regenerative Biology, Albert-Schweitzer Campus 1, Building D11, Muenster, Germany.
E-mail: stefan.schlatt@ukmuenster.de

**Keywords:**
cross-sex hormone treatment, fertility preservation, gender dysphoria, sex reassignment surgery, spermatogenesis, testosterone

Received: 20-Dec-2016
Revised: 12-Jun-2017
Accepted: 27-Jun-2017

doi: 10.1111/andr.12405

# Andrology of male-to-female transsexuals: influence of cross-sex hormone therapy on testicular function

[1,2]F. Schneider, [2]S. Kliesch, [1]S. Schlatt and [1]N. Neuhaus

[1]Center of Reproductive Medicine and Andrology, Institute of Reproductive and Regenerative Medicine, and [2]Department of Clinical Andrology, Center of Reproductive Medicine and Andrology, Muenster, Germany

DEFENDANT'S
EXHIBIT NO. 18
FOR IDENTIFICATION
DATE: 4-4-24   RPTR:

## SUMMARY

Patients with gender dysphoria are offered cross-sex hormone therapy and sex reassignment surgery to achieve the transition between the sex assigned at birth and gender identity. According to international guidelines, cross-sex hormone therapy in trans-women should lead to a psychologically and physiologically healthy body with feminized serum hormone levels, resulting in suppression of spermatogenesis. However, in a recently published multi-center study, we discovered a high proportion of patients with male serum hormone levels and qualitatively intact spermatogenesis on the day of sex reassignment surgery. The objective of this study was to review the content of 11 publications that focus on the influence of cross-sex hormone therapy on testicular morphology. These publications were identified based on a PubMed search for the key words transgender/transsexual/gender dysphoria in male-to-female persons, cross-sex hormone therapy, and testicular tissues. Whereas three publications described a marked reduction of the spermatogenic level in all patients examined, eight publications reported inconsistent results. Histological analyses showed highly variable outcomes from qualitatively normal spermatogenesis and undisturbed Leydig/Sertoli cell morphology to full testicular regression with severe cellular damage and hyalinization. Explanations for these heterogeneous findings include insufficient cross-sex hormone therapy regarding dosage or duration. As complete spermatogenesis is associated with virilized serum hormone levels, these patients may face challenges especially after sex reassignment surgery in adjusting to the abruptly established hypogonadal state following removal of the testes. These findings also suggest that contraception should be discussed, and fertility preservation should be offered during/prior to cross-sex hormone therapy. There is a need for more individualized and better-controlled cross-sex hormone therapy and post-treatment regimens. Evidence-based guidelines for attending clinicians need to be established in order to deliver the most appropriate care.

## INTRODUCTION

Gender identity is the personal identification and sense of being male or female, independent of the sex assigned at birth (Fabris *et al.*, 2015). Patients suffering from gender dysphoria (GD) experience the distressing scenario of incongruence between the gender assigned at birth and the personal identification. The etiology of GD remains hitherto unknown (Gooren, 2011). Nonetheless, the urge to live in the opposite gender can be a distressing scenario and treatment requires hormonal, anatomical, legal, and psychosocial adaptations (Gooren *et al.*, 2008; Kuyper & Wijsen, 2014). Hence, patients with GD seek treatment and guidance from different experts and allied health professionals within the medical field.

In recent years, treatment of GD patients has become a topic of increasing medical relevance as more and more patients are referred for treatment (Judge *et al.*, 2014). Other studies confirmed that the prevalence has indeed increased over the past 50 years (Arcelus *et al.*, 2015). In a systematic review and meta-analysis, it was concluded that globally 4.6 in 100.000 individuals (6.8 for trans-women and 2.6 for trans-men) were transsexual and requested medical advice or treatment (Arcelus *et al.*, 2015).

The mean age at presentation appears to be similar throughout Europe with 36.3 years in Sweden (Dhejne *et al.*, 2011) and 32.6 years in Ireland (Judge *et al.*, 2014). However, 61.9% of patients declared their age of self-diagnosis as being pre-pubertal (Byne *et al.*, 2012). While literature does not suggest that the age distribution at presentation is bimodal with a pre-pubertal

# ANDROLOGY

20472927, 2017, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/andl.12405 by Melissa Southwick, Wiley Online Library on [03/05/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

and an older adult age group, a recent study suggests that the number of young patients at the time of presentation is indeed increasing (Judge et al., 2014).

The complex care pathways of trans-individuals render the organization of medical service difficult (Arcelus et al., 2015). When clinicians attempt to assess treatment protocols for the care of GD patients, two challenges become apparent: the absence of criteria whom to treat and the lack of consensus how to treat (Gorin-Lazard et al., 2012). In Germany, the new guidelines of the Association of the Scientific Medical Societies (AWMF-guideline) are still in process. Up to now, the caring doctor has to rely on the international and European guidelines of the Endocrine Society and the World Professional Association of Transgender Health (WPATH). According to the European guidelines of the Endocrine Society, the treatment consists of diagnostic assessment, psychotherapy or counseling, real-life experience, cross-sex hormone therapy (CHT), and surgical therapy, which presents the final step in the process of phenotypical transition (Hembree et al., 2009). A listing with recommendation from various bodies is presented in Table S1. A more specific and applicable recommendation is provided by the WPATH (Version 7): This authority introduces four defined criteria to be fulfilled prior to CHT: 1. The subject should have a persistent, well-documented GD according to the Diagnostic and Statistical Manual of Mental Disorders V. 2. He/she should have the capacity to make a fully informed decision and to consent to treatment. 3. He/she should have the age of majority (in Germany 18 years of age). 4. Medical or mental health concerns must be reasonably controlled (WPATH, 2011). Regarding criterium 3, it is important to note that some countries also allow treatment of children and young adolescents (using GnRH analogues), provided that they fulfill respective criteria and under the auspices of an ethics committee and/or legislation. This early treatment leads to a gradual regression of sex characteristic development, thereby prolonging the diagnostic phase as the body remains in a neutral early pubertal state (Fisher et al., 2016). Since surgical intervention is only possible at the age of 18, data on the effects of these interventions on testicular tissues are not available.

To date, the procedure of CHT in GD patients is not fully standardized. Reasons for this include lack of controlled clinical trials on feminizing/masculinizing hormone regimens and the safety or efficacy in achieving physical transition (WPATH 2011, Meriggiola & Berra, 2013). The optimal steroid hormone treatment regime for transsexual subjects has also not yet been described (van Kesteren et al., 1997). Recommendations for management are therefore based on expert opinion (Gooren et al., 2008). To offer a personalized treatment, type of formulation, hormone dosage, and route of administration (oral, transdermal, or intramuscular) are variable (Wierckx et al., 2014b). The existing variations in treatment modalities and the small number of subjects treated in each clinic render it difficult to collect valid data on the beneficial effects as well as unwanted side effects of CHT (Wierckx et al., 2014b) and sex-reassignment surgery (SRS).

## CROSS-SEX HORMONE THERAPY (CHT)

For MtF patients, 'devirilization' using Cyproteron acetate (CPA) followed by 'feminization' using estrogens combined with anti-androgens is most commonly used (Gorin-Lazard et al., 2012) (Fig. 1). CPA is a synthetic testosterone antagonist and

acts as an anti-androgen and progestin. Persistently high serum levels of CPA lead to a down regulation of the hypothalamic gonadotropin releasing hormone (GnRH) activity and block gonadotropin release from the pituitary finally inhibiting testosterone release from testicular Leydig cells. Studies focusing the influence of hormonal treatments in prostate cancer patients revealed that GnRH agonists in biological men lead to a decrease of serum testosterone to castration levels within 2–3 weeks (Labrie et al., 2005). Based on male contraceptive studies, however, GnRH analogues can suppress spermatogenesis only mildly, if used alone (Nieschlag et al., 2004). In contrast, it has been demonstrated that CPA can be considered a potent progestin and suppresses spermatogenesis effectively also in humans (Fogh et al., 1979; Moltz et al., 1980; Wang & Yeung, 1980; Meriggiola et al., 1998). Peripheral total and free testosterone and 5-α-dihydrotestosterone may reach very low levels leading to the desired effects on sexuality and androgen-dependent body functions (Turner et al., 2013) (Fig. 1). Estrogen can be given orally as conjugated estrogens, or 17-β-estradiol, as transdermal estrogen, or parenteral estrogen esters (Hembree et al., 2009).

Regarding treatment doses, the Endocrine Society recommends the prescription of either anti-androgens (Spironolactone 100–200 mg/day or Cyproterone acetate 50–100 mg/day) or GnRH agonists (3.75 mg s.c. monthly) for down regulation of the hypothalamic–pituitary–adrenal axis. CPA is primarily used in Europe, whereas Spironolactone is favored in the USA. To achieve efficient suppression, both anti-androgenic drugs need to be taken on a regular basis at least several times per week if not daily. GnRH analogue therapy is expensive, but provides access to long-lasting formulations providing a more controlled long-lasting suppression (Meriggiola & Berra, 2013). Female sex steroid replacement is reached by estrogen preparations (oral estradiol: 2.0–6.0 mg/day; transdermal estradiol: 0.1–0.4 mg twice weekly; parenteral estradiol: 5–20 mg i.m. every 2nd week) (Hembree et al., 2009) (Fig. 1).

It is of utmost importance to screen all patients before starting CHT to exclude underlying diseases (i.e. clotting disorders, osteoporosis, obesity, osteoporosis, hypertension, breast cancer), which rule out estrogen treatment of any kind. Venous thromboembolism is the most serious complication and incidents have been reported for both transdermal and oral estradiol (Meriggiola & Gava, 2015). If taken accordingly, the anti-androgens reduce endogenous testosterone levels. Serum testosterone levels should be lowered to the female range (<55 ng/dL), and serum estradiol should be increased to the mean serum level for pre-menopausal women (<200 pg/mL) (De Sutter, 2001; Hembree et al., 2009; Meriggiola & Berra, 2013). With testosterone and free testosterone efficiently suppressed, sex hormone-binding globuline (SHBG) levels decrease. If anti-androgen medication is taken accordingly, SHBG levels will remain low thereafter. If patients take oral estrogen treatment SHBG will increase, in contrast to transdermal estrogen treatment (Wierckx et al. 2014b). Extensive studies applying CHT confirmed that testosterone, luteinizing hormone (LH), and follicle-stimulating hormone (FSH) are significantly suppressed (Giltay & Gooren, 2000; Fuss et al., 2015). It was recommended to use LH as an indicator to monitor the adequacy of sex steroid administration (Gooren et al., 2008). Under estrogen replacement, the synthesis and the release of prolactin from the pituitary is stimulated in a dose- and time-dependent fashion (Bunck et al., 2009). How

© 2017 American Society of Andrology and European Academy of Andrology

24

20472927, 2017, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/andr.12389 by Melissa Southwick, Wiley Online Library on [03/05/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Figure 1** Requirements, treatment strategies, and targets of cross-sex hormone treatment of patients with gender dysphoria. Abbreviations stand for: GnRH: Gonadotropin releasing hormone, LH: Luteinizing hormone, FSH: Follicle-stimulating hormone, SCO: Sertoli cell only.



long CHT should be provided before SRS is a matter of debate. We performed a multi-center study revealing that some clinics advise their patients to terminate CHT several weeks prior to SRS, whereas other clinics advise continued treatment until the day of surgery (Schneider *et al.*, 2015). Reasons for discontinuation of CHT include the fear of increased bleeding during surgery or complications of wound healing in post-operative care (Hess *et al.*, 2014). Increased bleeding as a result of sex hormone exposure has no rational basis. In our study, we found a highly diverse outcome: More feminized hormonal levels (low testosterone, high estradiol levels) on the day of SRS were seen with continued CHT. In contrast, termination of CHT days or weeks prior to SRS leads to a partial or full masculine hormone profile (Schneider *et al.*, 2015). Several questions remain unanswered: Do different male or female hormone patterns on the day of SRS have any implications for the well-being of the individual patient prior to post-surgery? Is the potential surgical risk (i.e. bleeding risk, pharmacological interference) for terminating SRS balanced against the sudden withdrawal of sex steroids following SRS?

### PHYSIOLOGICAL EFFECTS INDUCED BY CHT AND SEX REASSIGNMENT

Physical changes that may occur in the first 3–6 months of CHT include redistribution of body fat mass decreased libido, oiliness of skin, breast tissue growth, and reduction of facial and body hair. Maximum breast development is generally achieved

2 years after initiation of hormone treatment (Hembree *et al.*, 2009). A decrease in LH and FSH in combination with the exogenous steroid levels during CHT leads to weight gain, gynecomastia, and lethargy, as well as a decrease in sexual interests and sexual fantasies (Meriggiola *et al.*, 1998). Total bodyweight remained unchanged for MtF transsexuals, although they experienced an increase in total body fat mass and a decrease in total body lean mass (*n* = 32) (Wierckx *et al.* 2014b). Increased serum leptin levels may influence eating habits in MtF subjects under CHT (Elbers *et al.*, 1997). The majority of male-to-female transsexuals reported a decrease in sexual desire after treatment (Wierckx *et al.*, 2011, 2014a). A decline in serum testosterone levels or testosterone action together with increased SHBG and high estradiol levels may be responsible for this low sexual desire (Wierckx *et al.*, 2014b).

### EFFECT OF CHT ON TESTICULAR MORPHOLOGY

Anticipated effects of CHT on the testis can be derived from male contraception studies demonstrating that gonadotropin suppression leads to spermatogenic suppression (Bremner, 2012). Importantly, this effect on spermatogenesis was fully reversible in biological men with sperm recovery to the thresholds of 20 million/mL within 3.4 months (Liu *et al.*, 2006). With regard to transgender patients, these data suggest that discontinuation of anti-androgen treatment prior to SRS will result in an increase of intra-testicular and serum testosterone levels and a re-initiation of spermatogenesis.

20472927, 2017, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/andr.12495 by Melissa Southwick, Wiley Online Library on [03/05/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

F. Schneider et al.

# ANDROLOGY

In addition, elevated peripheral estrogen levels have diverse effects on male reproductive organs. Changes were observed regarding the rete testis, efferent ducts, and to a lesser degree, the epididymis and Leydig cells (Sapino et al., 1987). With regard to the germ cells, exogenous doses of 20 μg/day of ethinylestradiol had no negative effect on sperm motility and sperm density, whereas higher doses (60 μg/day) lead to a reduction of sperm motility after a few days. After 2 weeks, also sperm counts are affected by high doses of estrogens (Lubbert et al., 1992).

The actual influence of CHT on testicular morphology in male-to-female (MtF) GD patients has been described in 11 publications to date with very different outcomes (Table 1). While some patients showed severe involution of spermatogenesis as well as Leydig cells, other patients maintained qualitatively complete spermatogenesis with normal Leydig cell abundance (Payer et al., 1979; Thiagaraj et al., 1987; Venizelos & Paradinas, 1988).

More specifically, Thiagaraj et al. (1987) reported that three of 10 patients did not respond to CHT, based on unchanged testicular volumes and testicular histology (Thiagaraj et al., 1987). This contrasts to a study in which the testes of four patients were

analyzed and showed primarily Sertoli-cell only tubules with occasional spermatogonia in individual seminiferous tubules (Lu & Steinberger, 1978). In line with this, Schulze (1988) reported about 12 subjects who showed a uniform and strong testicular involution. Complete spermatogenic depletion was shown as no differentiating germ cells were detected, and the seminiferous tubules contained exclusively Sertoli cells and spermatogonia. The tubules, were decreased in diameter, showed no lumen, and were surrounded by an extensively thickened lamina propria. Finally, Leydig cells were not detected in these testicular tissues (Schulze, 1988). This latter finding led the author to suggest that the treatment causes mature Leydig cells to de-differentiate into Leydig cell precursor cells with a fibroblast-like appearance (Schulze, 1988). Functionally, androgen production of Leydig cells may be altered by estrogens via two different mechanisms. Estrogens may have a direct effect on Leydig cells or may act indirectly via suppression of gonadotropins. The latter effect is likely long term and requires higher doses (Rodriguez-Rigau et al., 1977).

In our own study, we analyzed testicular tissues of 108 patients. We confirmed the variability of the spermatogenic

**Table 1** Publications examining the influence of cross-sex hormone therapy on testicular morphology in gender dysphoria patients

| | Year | First author | Country | Patient number | Treatment | Results |
|---|---|---|---|---|---|---|
| 1 | 1977 | Rodriguez-Rigau et al. | Houston, USA | $n = 1$ | Ethinylestradiol estradiol of 0.5–1 mg daily for 18 months | Germinal cells were absent, except very occasional spermatogonia, seminiferous tubules were reduced in diameter, heavy hyalinization and fibrosis. Atrophy of interstitial area with the absence of recognizable Leydig cells. |
| 2 | 1978 | Lu et al. | Houston, USA | $n = 4$ | Long term treatment with ethinylestradiol (1–2 mg) daily | The estrogen-treated testicular tissue contained only Sertoli cells and very few spermatogonia within the seminiferous tubules. |
| 3 | 1979 | Payer et al. | Galveston, USA | $n = 6$ | Steroid hormones ranging from 1.25 to 7 years | Inconsistent results: Reduced spermatogenesis and reduced numbers of Leydig cells to complete spermatogenesis with normal Leydig cell abundancy. |
| 4 | 1987 | Thiagaraj et al. | Singapore | $n = 10$ | Estrogen therapy (0.05–0.2 mg daily) for 6–13 years. Treatment was stopped 2 weeks before SRS | 3 cases of normal spermatogenic activity with normal Leydig cells and 7 cases of total absence of spermatogenic activity with reduced Leydig cells. |
| 5 | 1988 | Venizelos et al. | London, UK | $n = 5$ | Estrogen treatment for periods ranging from 18 months till 5.5 years | Leydig cell population was reduced in all patients. Tubular hyalinization was present in all patients. Spermatogenic levels varied. |
| 6 | 1987 | Sapino et al. | Turin, Italy | $n = 5$ | 40–50 mg/week of polyestradiol phosphate treatment for varying periods. Withdrawal 10 days before SRS. | Atrophy of the seminiferous tubules was observed in all cases; its degree, and a marked decrease in Leydig cells, correlated with low plasma gonadotropin levels. |
| 7 | 1988 | Schulze et al. | Hamburg, Germany | $n = 11$ | 1–12 years of treatment with various amounts of estrogens, estradiol, or ethinylestradiol | Narrow seminiferous cords surrounded by an extensively thickened lamina propria. They contain Sertoli cells and spermatogonia exclusively. There is no evidence of typical Leydig cells. |
| 8 | 1990 | Kisman et al. | Amsterdam, The Netherlands | $n = 8$ | 18 months with a combination of 100 g ethinylestradiol and 100 mg CPA daily | Increase of interstitial tissue, decrease in number and in volume of Leydig cells and spermatogenic arrest |
| 9 | 1992 | Lübbert et al. | Berlin, Germany | $n = 1$ | 20 ug and 60 ug of ethinylestradiol | The low dose had no negative effect on sperm motility? and density. High dose reduced motility after a few days and density after 2 weeks. |
| 10 | 2004 | Aschim et al. | Oslo, Norway | $n = 3$ | 100 ug ethinylestradiol for at least 1 year | Dramatic decrease of estrogen receptor beta transcripts. |
| 11 | 2015 | Schneider et al. | Münster, Germany | $n = 108$ | Anti-androgens (10–100 mg) combined with different dosages of estrogens or only estrogens or a combination of Spironolactone and estrogens. Multicenter study: Patients either discontinued treatment 6 weeks (clinic A) or 2 weeks (clinic B) prior to SRS or not at all (clinic C). | Histology revealed a highly heterogeneous picture with 24% patients with normal spermatogenesis irrespective of the treatment strategy. Only patients that did not discontinue hormonal treatment showed feminized blood levels on the day of SRS and the lowest ITT levels. |

© 2017 American Society of Andrology and European Academy of Andrology

26

# ANDROLOGY

involution under CHT based on differing testicular weights and corresponding degrees of germ cell depletion (Schneider *et al.*, 2015). In 24% of the patients, we found qualitatively complete spermatogenesis on the day of SRS. The majority of patients, however, showed an obvious involution down to a Sertoli-cell-only phenotype and fully hyalinized seminiferous tubules (tubular shadows). The status of spermatogenesis, in terms of the most advanced germ cell type, did not correlate to the levels of intratesticular testosterone. As testicular tissues were obtained from three different clinics with distinct treatment regimens prior to SRS, we compared the three patient groups that either discontinued CHT a couple of weeks prior to SRS or underwent continuous CHT. Only those patients with a continuous CHT showed feminized blood levels and low intratesticular testosterone levels on the day of SRS. Intriguingly though, these data were independent of the degree of the histologically detectable spermatogenic involution indicating that the endocrine process can be reverted to a male pattern in just a few weeks, whereas the spermatogenic involution will persist for a longer period (Schneider *et al.*, 2015) (Table 1).

Importantly, as the testicular volume should decrease by 25% within the first year of therapy due to depletion of germ cells, this decline in testis weight represents a valid readout of the efficiency of spermatogenic suppression (Mayerhofer, 2013; Schneider *et al.*, 2015).

In children treated with GnRH agonists, a decrease of testicular volume in 43 of 49 patients was found (Schagen *et al.*, 2016). The proliferation of the pre-pubertal testis is caused by gonadotropin secretion. Plant *et al.* demonstrated in pre-pubertal Rhesus monkeys that spermatogonial proliferation, the increase of Sertoli cells, the number and morphology of Leydig cells is gonadotropin dependent and consequently so is the testosterone secretion. Hence, suppressing gonadotropins early in the development might hinder the preparation of the adult testis (Plant *et al.*, 2005).

## SEX-REASSIGNMENT SURGERY AND POSTOPERATIVE CARE

Presently, the surgeon performing SRS is not obliged to control that a feminized serum hormone profile has been achieved by CHT and that spermatogenesis is regressed. This could be easily assessed by palpation to confirm the presence of small testes. Unger (2014) suggests that surgeons should choose their patients carefully and with appropriate scrutiny (Unger, 2014). In Germany, patients responded with subjective satisfaction to SRS and appreciated the good operative results indicating that SRS has a positive effect on the post-surgical life (Hess *et al.*, 2014). Following SRS, including orchiectomy, hormonal therapy must be continued according to guidelines (Hembree *et al.*, 2009). However, sex hormone levels are rarely monitored post-surgically albeit it is important to maintain sex steroid-dependent physiological functions (Meriggiola & Berra, 2013). This however, is of particular importance as surgeons in some clinics in Germany (gynecologist, urologist, reconstructive surgeon), who have not been part of the treatment prior to surgery, advice patients to stop CHT prior to SRS in fear of complications during surgery as mentioned above.

In particular in these cases, adequate care should include a personalized sex hormone replacement therapy for the abruptly gonadectomized individual. This may include temporal

substitution with male sex steroids to provide a slow and steady transition as well as testing of various sex-steroid replacement regimens leading to best satisfaction of the individual. Further research is needed to correlate endocrine and physiological features in GD individuals to optimize pre- and post-surgical care.

## PSYCHOLOGICAL EFFECTS OF SEX REASSIGNMENT

No significant psychopathologies have been reported in pre- and post-operative assessments of GD patients under CHT (Heylens *et al.*, 2014). However, primarily after initiation of CHT, the majority of patients reported to be in better mood, they were happier, and less anxious (Heylens *et al.*, 2014). Also, they appeared more self-confident and encountered a better body-related experience, indicating a less distorted self-image (Fisher *et al.*, 2014; Heylens *et al.*, 2014). The most important effect resulted from the confirmation of the diagnosis and the initiation of hormone therapy (Heylens *et al.*, 2014).

However, a Swedish study showed that GD patients after SRS have considerably higher risks of mortality, suicidal behavior, and psychiatric morbidity compared to the general population (Dhejne *et al.*, 2011). This study suggests that sex reassignment, although alleviating GD, may not suffice as treatment for transsexualism. Instead, improved psychiatric and somatic care after sex reassignment for this patient group appear to be necessary (Dhejne *et al.*, 2011). In contrast, a German study concluded that the suicide rate was not increased compared to the general population (Eicher, 1992). To the best of our knowledge, no study correlated sex hormone status or spermatogenic level with psychological and physiological outcomes during CHT, neither before nor after SRS.

## SIDE EFFECTS OF CHT AND CONTROL EXAMINATIONS

It is recommended that transgender individuals undergoing CHT are checked initially every 3 months and then at least annually for hematological changes liver and kidney function and blood pressure during the first year and then every 6–12 months from the second year onwards (Meriggiola & Berra, 2013). No deaths, cardiovascular events, osteoporotic fractures, venous thromboses, or pulmonary embolisms were observed in trans-women (Wiercks *et al.*, 2014b).

We found a pronounced increase in prolactin in male-to-female subjects on the day of SRS (Schneider *et al.*, 2015). The elevated levels of prolactin (greater than 1000 mU/L) were associated with high doses of estrogens and advanced age at the start of the treatment (Asscheman *et al.*, 1988). Prolactinomas in male-to-female transsexual subjects due to high and conventional doses of estrogens have been reported (Asscheman *et al.*, 1988; Cunha *et al.*, 2015), but the clinical relevance of increased prolactin levels during CHT remains unknown (Wiercks *et al.*, 2014b).

Dual-energy X-ray absorptiometry is recommended in patients at risk for developing osteoporosis (i.e. family history) and at an advanced age (>60 years; (Meriggiola & Berra, 2013). It was shown that 20.5% of the follow-up patients suffered from osteopenia and 7.7% were diagnosed with osteoporosis (Judge *et al.*, 2014). Estrogens (in combination with anti-androgens) decrease bone turnover, with a subsequent increase in bone marrow density and a decrease in serum Insulin like growth hormone 1 (van Kesteren *et al.*, 1996). Bone loss may occur despite estrogen supplementation due to the effects of anti-androgens,

© 2017 American Society of Andrology and European Academy of Andrology

20127927; 2017, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/andr.12405 by Melissa Southwick , Wiley Online Library on (03/06/2023). See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

20472927, 2017, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/andr.12695 by Melissa Southwick, Wiley Online Library on (01/05/2021). See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

F. Schneider *et al.*

# ANDROLOGY

which lower testosterone serum concentrations and induce hypogonadism (Meriggiola & Berra, 2013). Although there is no evidence that prostate cancer is more frequent in GD patients, the prostate should be monitored from the age of 50 onwards, as generally recommended for men (Gooren & Morgentaler, 2014).

## PROBLEMATIC ASPECTS IN RELATION TO SEX REASSIGNMENT TREATMENT

It appears obvious that maintenance of steroid hormone levels in the physiological range of the desired sex should be achieved in individuals with GD prior and post-SRS (Meriggiola *et al.*, 2010). The Endocrine Society recommends monitoring patients every 3 months during the first year of therapy and once or twice yearly thereafter (Hembree *et al.*, 2009). For CHT to be well tolerated, it is necessary to perform the hormonal administration in a highly individualized scheme in terms of timing, doses and modes of administration (Meriggiola & Berra, 2013). Treatment can be considered successful if it relieves distress or facilitates substantial improvement in function and well-being of the patient (Byne *et al.*, 2012).

The hormonal therapy in MtF subjects lasts 6.0 years on average (Wierckx *et al.*, 2014b). Based on expert opinion, however, patients tend to follow their self-controlled individual regimes as estrogen- and androgen-formulations are easily available via the Internet, over the counter, without prescription in certain settings, and through veterinary supply (Byne *et al.*, 2012). However, subjects should be strongly discouraged from inducing supra-physiological hormone levels due to serious side effects (Meriggiola & Berra, 2013). According to Leinung *et al.* (2013), 9.8% of male-to-female transsexuals started hormonal therapy without prescriptions from a physician and nearly all admitted of initiating hormonal therapy without medical supervision (Leinung *et al.*, 2013). This is surprising as one of the three inclusion criteria of the WPATH for GD therapy is the ability to take hormones in a responsible manner (WPATH, 2011).

Before starting CHT, it is indicated to inform the patient about contraceptive needs during CHT. Also, patients should be counseled about options of fertility preservation by cryopreservation of semen (Byne *et al.*, 2012). The desire to reproduce and raise children is an inadequately studied field in transsexual persons. It is known that masturbation can be emotionally challenging and cryopreservation might also be a financial burden for GD patients (De Sutter, 2001; Wierckx *et al.*, 2012). Yet, cryopreservation of spermatozoa, which can be used later for insemination —in vitro fertilization (IVF) or intracytoplasmatic sperm injection (ICSI), is a validated approach (T'Sjoen *et al.*, 2013). Moreover, spermatozoa from testicular tissue can be preserved after retrieval by biopsy or—when the involution is not fully complete - from the dissected testes or epididymides following SRS, as only few spermatozoa are needed to attain fertilization and pregnancy through ICSI with cryopreserved testicular or epididymal spermatozoa (T'Sjoen *et al.*, 2013).

Moreover, transgender medicine is rarely part of medical school curricula (Safer & Pearce, 2013), even though introduction of modules early during clinical education was suggested (Wylie *et al.*, 2016). One of the consequences of non-adequate staff training is that individuals suffering from GD are ignored and often dismissed in healthcare settings (Fabris *et al.* 2015). An interdisciplinary approach including several specialists will be mandatory for the adequate care of these patients (Fig. 1).

## CONCLUSION

Adequate hormonal treatment in male-to-female GD patients is undoubtedly beneficial and is associated with higher social, emotional, and mental quality of life scores (Gorin-Lazard *et al.*, 2012). However, the treatment of transsexual subjects is a challenging task. In collaboration with mental health professionals and surgeons, endocrinologists are asked to confirm the diagnosis and individually adjust hormonal treatments with the goal to adequately suppress endogenous sex hormone levels and to achieve and maintain hormone characteristics of the desired gender (Meriggiola *et al.*, 2010).

Sex reassignment therapy with CHT and SRS has a major impact on the psychology and physiology of individual patients. Research has shown that patients on the day of SRS are very different regarding hormonal status ranging from feminized to virilized sex hormone levels. In addition, the status of spermatogenesis ranges from intact spermatogenesis to complete atrophy, irrespective of sex hormone levels. Patients with virilized hormone levels and complete spermatogenesis could face problems adjusting after SRS due to the sudden withdrawal of testosterone. Patients from our own studies were highly variable at the time of SRS.

Based on the literature review and based on our own research, we recommend a sufficient anti-androgen therapy with CPA (100 mg daily) or GnRH analogues (3.75 mg monthly) in addition to favorable estrogen replacement therapy depending on the individual patient until the day of SRS and under close supervision of an experienced endocrinologist (Fig. 1). Furthermore, estrogen treatment should be continued after SRS to prevent hypogonadism (Meriggiola *et al.* 2015). In order to achieve a better standardization of treatment results, including the effect on spermatogenesis, a higher standardization of treatment protocols appears to be essential. We therefore propose monitoring of sex hormones (LH, FSH, testosterone, free testosterone, prolactin, estrogen, SHBG) during CHT as well as after SRS and monitoring of the testicular status (i.e. testicular weight, ejaculate examination) prior to SRS on an annual basis. Based on these parameters, treatment protocols can then be further refined in the future studies. We also suggest discussing fertility options and contraceptive strategies during the course of CHT until SRS. Finally, health personal needs to be trained to improve and develop individual care strategies for transgender patients.

## REFERENCES

American Psychiatric Association. (2013) *Diagnostic and Statistical Manual of Mental Disorders*, 5th edn. American Psychiatric Publishing, Arlington, VA.

Arcelus J, Bouman WP, Van Den Noortgate W, Claes L, Witcomb G & Fernandez-Aranda F. (2015) Systematic review and meta-analysis of prevalence studies in transsexualism. *Eur Psychiatry* 30, 807–815.

Asscheman H, Gooren LJ, Assies J, Smits JP & de Slegte R. (1988) Prolactin levels and pituitary enlargement in hormone-treated male-to-female transsexuals. *Clin Endocrinol (Oxf)* 28, 583–588.

Bremner WJ. (2012) Contraception for men: a breakthrough new approach. *Cell* 150, 667–668.

Bunck MC, Debono M, Giltay EJ, Verheijen AT, Diamant M & Gooren LJ. (2009) Autonomous prolactin secretion in two male-to-female transgender patients using conventional oestrogen dosages. *BMJ Case Rep*, 2009, pii: bcr02.2009.1589.

Byne W, Bradley SJ, Coleman E, Eyler AE, Green R, Menvielle EJ, Meyer-Bahlburg HF, Pleak RR, Tompkins DA; American Psychiatric

© 2017 American Society of Andrology and European Academy of Andrology

28

2047927; 2017, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/andr.12382 by Melissa Southwick , Wiley Online Library on [05/05/2021]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Association Task Force on Treatment of Gender Identity Disorder. (2012) Report of the american psychiatric association task force on treatment of gender identity disorder. *Arch Sex Behav* 41, 759–796.

Cunha FS, Domenice S, Camara VL, Sircili MH, Gooren LJ, Mendonca BB & Costa EM. (2015) Diagnosis of prolactinoma in two male-to-female transsexual subjects following high-dose cross-sex hormone therapy. *Andrologia* 47, 680–684.

De Sutter P. (2001) Gender reassignment and assisted reproduction: present and future reproductive options for transsexual people. *Hum Reprod* 16, 612–614.

Dhejne C, Lichtenstein P, Boman M, Johansson AL, Langstrom N & Landen M. (2011) Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. *PLoS ONE* 6, e16885.

Eicher W. (1992) *Transsexualismus: Möglichkeiten und Grenzen der Geschlechtsumwandlung*. Gustav Fischer Verlag, Stuttgart.

Elbers IM, Asscheman H, Seidell JC, Frolich M, Meinders AE & Gooren LJ. (1997) Reversal of the sex difference in serum leptin levels upon cross-sex hormone administration in transsexuals. *J Clin Endocrinol Metab* 82, 3267–3270.

Fabris B, Bernardi S & Trombetta C. (2015) Cross-sex hormone therapy for gender dysphoria. *J Endocrinol Invest* 38, 269–282.

Fisher AD, Castellini G, Bandini E, Casale H, Fanni E, Benni L, Ferruccio N, Meriggiola MC, Manieri C, Gualerzi A, Jannini E, Oppo A, Ricca V, Maggi M & Rellini AH. (2014) Cross-sex hormonal treatment and body uneasiness in individuals with gender dysphoria. *J Sex Med* 11, 709–719.

Fisher AD, Ristori J, Fanni E, Castellini G, Forti G & Maggi M. (2016) Gender identity, gender assignment and reassignment in individuals with disorders of sex development: a major of dilemma. *J Endocrinol Invest* 39, 1207–1224.

Fogh M, Corker CS, Hunter WM, McLean H, Philip J, Schon G & Skakkebaek NE. (1979) The effects of low doses of cyproterone acetate on some functions of the reproductive system in normal men. *Acta Endocrinol* 91, 545.

Fuss J, Hellweg R, Van Caenegem E, Briken P, Stalla GK, T'Sjoen G & Auer MK. (2015) Cross-sex hormone treatment in male-to-female transsexual persons reduces serum brain-derived neurotrophic factor (BDNF). *Eur Neuropsychopharmacol* 25, 95–99.

Giltay EJ & Gooren LJ. (2000) Effects of sex steroid deprivation/ administration on hair growth and skin sebum production in transsexual males and females. *J Clin Endocrinol Metab* 85, 2913–2921.

Gooren LJ. (2011) Clinical practice. Care of transsexual persons. *N Engl J Med* 364, 1251–1257.

Gooren LJ & Morgentaler A. (2014) Prostate cancer incidence in orchidectomised male-to-female transsexual persons treated with oestrogens. *Andrologia* 46, 1156–1160.

Gooren LJ, Giltay EJ & Bunck MC. (2008) Long-term treatment of transsexuals with cross-sex hormones: extensive personal experience. *J Clin Endocrinol Metab* 93, 19–25.

Gorin-Lazard A, Baumstarck K, Boyer L, Maquigneau A, Gebleux S, Penochet JC, Pringuey D, Albarel F, Morange I, Loundou A, Berbis J, Auquier P, Lancon C & Bonierbale M. (2012) Is hormonal therapy associated with better quality of life in transsexuals? A cross-sectional study *J Sex Med* 9, 531–541.

Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, Gooren LJ, Meyer WJ, Spack NP, Tangpricha V, Montori VM; Endocrine Society. (2009) Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab* 94(9), 3132–3154.

Hess J, Rossi R, Panic L, Rübben H & Senf W. (2014) Satisfaction with male-to-female gender reassignment surgery. *Dtsch Arztebl Int* 111, 795–801.

Heylens G, Verroken C, De Cock C, T'Sjoen G & De Cuypere G. (2014) Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. *J Sex Med* 11, 119–126.

Judge C, O'Donovan C, Callaghan G, Gaoatswe G & O'Shea D. (2014) Gender dysphoria - prevalence and co-morbidities in an irish adult population. *Front Endocrinol (Lausanne)* 5, 87.

van Kesteren P, Lips P, Deville W, Popp-Snijders C, Asscheman H, Megens J & Gooren LJ. (1996) The effect of one-year cross-sex hormonal treatment on bone metabolism and serum insulin-like growth factor-1 in transsexuals. *J Clin Endocrinol Metab* 81, 2227–2232.

van Kesteren PJ, Asscheman H, Megens JA & Gooren LJ. (1997) Mortality and morbidity in transsexual subjects treated with cross-sex hormones. *Clin Endocrinol (Oxf)* 47, 337–342.

Kisman OK, de Voogt HJ & Baak JA. (1990) Reversibility of the effect of LHRH agonists and other antiandrogenic hormones on the testis: a histomorphometric study. *Eur Urol* 18, 299–301.

Kuyper L & Wijsen C. (2014) Gender identities and gender dysphoria in the Netherlands. *Arch Sex Behav* 43, 377–385.

Labrie F, Belanger A, Luu-The V, Labrie C, Simard J, Cusan L, Gomex J & Candas B. (2005) Gonadotropin-releasing hormone agonists in the treatment of prostate cancer. *Endocr Rev* 26, 361–379.

Leinung MC, Urizar MF, Patel N & Sood SC. (2013) Endocrine treatment of transsexual persons: extensive personal experience. *Endocr Pract* 19, 644–650.

Liu PY, Swerdloff RS, Christenson PD, Handelsmann DJ, Wang C; Hormonal Male Contraception Summit. (2006) Rate, extent, and modifiers of spermatogenic recovery after hormonal male contraception: an integrated analysis. *Lancet*, 367(9520), 1412–1420.

Lu CC & Steinberger A. (1978) Effects of estrogen on human seminiferous tubules: light and electron microscopic analysis. *Am J Anat* 153, 1–13.

Lubbert H, Leo-Rossberg I & Hammerstein J. (1992) Effects of ethinyl estradiol on semen quality and various hormonal parameters in a eugonadal male. *Fertil Steril* 58, 603–608.

Mayerhofer A. (2013) Human testicular peritubular cells: more than meets the eye". *Reproduction* 145, R107–R116.

Meriggiola MC & Berra M. (2013) Safety of hormonal treatment in transgenders. *Curr Opin Endocrinol Diabetes Obes* 20, 565–569.

Meriggiola MC & Gava G. (2015) Endocrine care of transpeople part II. A review of cross-sex hormonal treatment, outcomes and adverse effects in transwomen. *Clin Endocrinol (Oxf)* 83, 607–615.

Meriggiola MC, Bremner WJ, Costantino A, Di Cintio G & Flamigni C. (1998) Low dose of cyproterone acetate and testosterone enanthate for contraception in men. *Hum Reprod* 13, 1225–1229.

Meriggiola MC, Jannini EA, Lenzi A, Maggi M & Manieri C. (2010) Endocrine treatment of transsexual persons: an Endocrine Society Clinical Practice Guideline: commentary from a European perspective. *Eur J Endocrinol* 162, 831–833.

Moltz L, Romer M, Post K, Schwartz U & Hammerstein J. (1980) Medium dose cyproterone acetate (CPA): effects on hormone secretion and on spermatogenesis in man. *Contraception* 21, 393.

Nieschlag E, Kamischke A & Behre HM. (2004) Hormonal male contraception: the essential role of testosterone. In: *Testosterone: Action, Deficiency, Substitution*, 3rd edn (eds E Nieschlag & HM Behre), pp. 685–714. Cambridge University Press, Cambridge, UK.

Payer AF, Meyer WJ & Walker PA. (1979) The ultrastructural response of human Leydig cells to exogenous estrogens. *Andrologia* 11, 423–436.

Plant TM, Ramaswamy S, Simorangkir D & Marshall GR. (2005) Postnatal and pubertal development of the rhesus monkey (Macaca mulatta) testis. *Ann N Y Acad Sci* 1061, 149–162.

Rodriguez-Rigau LJ, Tcholakian RK, Smith KD & Steinberger E. (1977) In vitro steroid metabolic studies in human testes. II: metabolism of cholesterol, pregnenolone, progesterone, androstenedione and testosterone by testes of an estrogen-treated man. *Steroids* 30, 729–739.

F. Schneider *et al.*

ANDROLOGY

Safer JD & Pearce EN. (2013) A simple curriculum content change increased medical student comfort with transgender medicine. *Endocr Pract* 19, 633–637.

Sapino A, Pagani A, Godano A & Bussolati G. (1987) Effects of estrogens on the testis of transsexuals: a pathological and immunocytochemical study. *Virchows Arch A Pathol Anat Histopathol* 411, 409–414.

Schagen S, Cohen-Kettenis P, Delemarre-van de Waal H & Hannema S. (2016) Efficacy and safety of gonadotropin-releasing hormone agonist treatment to suppress puberty in gender dysphoric adolescents. *J Sex Med* 13, 1125–1132.

Schneider F, Neuhaus N, Wistuba J, Zitzmann M, Hess J, Mahler D, von Ahlen H, St Schlatt & Kliesch S. (2015) Testicular functions and clinical characterization of patients with gender dysphoria (GD) undergoing sex reassignment surgery (SRS). *J Sex Med* 12, 2190–2200.

Schulze C. (1988) Response of the human testis to long-term estrogen treatment: morphology of Sertoli cells, Leydig cells and spermatogonial stem cells. *Cell Tissue Res* 251, 31–43.

Thiagaraj D, Gunasegaram R, Loganath A, Peh KL, Kottegoda SR & Ratnam SS. (1987) Histopathology of the testes from male transsexuals on oestrogen therapy. *Ann Acad Med Singapore* 16, 347–348.

T'Sjoen G, Van Caenegem E & Wierckx K. (2013) Transgenderism and reproduction. *Curr Opin Endocrinol Diabetes Obes* 20, 575–579.

Turner D, Basdekis-Jozsa R & Briken P. (2013) Prescription of testosterone-lowering medications for sex offender treatment in German forensic-psychiatric institutions. *J Sex Med* 10, 570–578.

Unger CA. (2014) Care of the transgender patient: the role of the gynecologist. *Am J Obstet Gynecol* 210, 16–26.

Venizelos ID & Paradinas FJ. (1988) Testicular atrophy after oestrogen therapy. *Histopathology* 12, 451–454.

Wang C & Yeung KK. (1980) Use of low-dosage oral cyproterone acetate as a male contraceptive. *Contraception* 21, 245–272.

Wierckx K, Van Caenegem E, Elaut E, Dedecker D, Van de Peer F, Toye K, Weyers S, Hoebeke P, Monstrey S, De Cuypere G & T'Sjoen G. (2011)

Quality of life and sexual health after sex reassignment surgery in transsexual men. *J Sex Med* 8, 3379–3388.

Wierckx K, Stuyver I, Weyers S, Hamada A, Agarwal A, De Sutter P & T'Sjoen G. (2012) Sperm freezing in transsexual women. *Arch Sex Behav* 41, 1069–1071.

Wierckx K, Elaut E, Van Hoorde B, Heylens G, De Cuypere G, Monstrey S, Weyers S, Hoebeke P & T'Sjoen G. (2014a) Sexual desire in trans persons: associations with sex reassignment treatment. *J Sex Med* 11, 107–118.

Wierckx K, Van Caenegem E, Schreiner T, Haraldsen I, Fisher A, Toye K, Kaufman JM & T'Sjoen G. (2014b) Cross-sex hormone therapy in trans persons is safe and effective at short-time follow-up: results from the European network for the investigation of gender incongruence. *J Sex Med* 11, 1999–2011.

WPATH (2011) The Standards of Care WPATH Version 7. Retrieved 26th of January 2014, 2014

Wylie K, Knudson G, Khan SI, Bonierbale M, Watanyusakul S & Baral S. (2016) Serving transgender people: clinical care considerations and service delivery models in transgender health. *Lancet* 388, 401–411.

## SUPPORTING INFORMATION

Additional Supporting Information may be found in the online version of this article:

**Table S1** Important diagnostic references for diagnosing and treating gender dysphoria patients: (A) Diagnosis according to Diagnostic and Statistical Manual of Mental Disorders (DSM V), (B) Criteria of the World Professional Association of Transgender Health (WPATH) before starting CHT, (C) Multidisciplinary treatment according to the European guidelines of the Endocrine Society and (D) eligible criteria for SRS according to the European guidelines of the Endocrine Society.

2047290777017.5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/andr.12495 by Melissa Southwick, Wiley Online Library on [01/05/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

© 2017 American Society of Andrology and European Academy of Andrology

30

Human Reproduction, Vol.37, No.2, pp. 297–308, 2022

Advance Access Publication on November 13, 2021   https://doi.org/10.1093/humrep/deab240



**human reproduction**

ORIGINAL ARTICLE *Reproductive biology*

# Histological study on the influence of puberty suppression and hormonal treatment on developing germ cells in transgender women

I. de Nie [1,2,3,*], C.L. Mulder[4], A. Meißner[1,2,3,5], Y. Schut[4], E.M. Holleman[4], W.B. van der Sluis[2,6], S.E. Hannema[2,7], M. den Heijer [1,2], J. Huirne[3], A.M.M. van Pelt[4], and N.M. van Mello[2,3]

[1]Department of Endocrinology, Amsterdam UMC, Vrije Universiteit Amsterdam, Amsterdam, The Netherlands [2]Center of Expertise on Gender Dysphoria, Amsterdam UMC, Vrije Universiteit Amsterdam, Amsterdam, The Netherlands [3]Department of Obstetrics and Gynecology, Amsterdam UMC, Amsterdam Reproduction & Development Research Institute, Vrije Universiteit Amsterdam, Amsterdam, The Netherlands [4]Reproductive Biology Laboratory, Center for Reproductive Medicine, Amsterdam UMC, Amsterdam Reproduction & Development Research Institute, University of Amsterdam, Amsterdam, The Netherlands [5]Department of Urology, Amsterdam UMC, University of Amsterdam, Amsterdam, The Netherlands [6]Department of Plastic, Reconstructive and Hand Surgery, Amsterdam UMC, Vrije Universiteit Amsterdam, Amsterdam, The Netherlands [7]Department of Pediatrics, Amsterdam UMC, Vrije Universiteit Amsterdam, Amsterdam, The Netherlands

*Correspondence address. Department of Endocrinology, Amsterdam UMC, Vrije Universiteit Amsterdam, De Boelelaan 1117, PO Box 7057, 1007 MB Amsterdam, the Netherlands. Tel: +31-20-4443345; Fax: +31-20-4444313; E-mail: i.denie@amsterdamumc.nl
https://orcid.org/0000-0001-6801-7827

Submitted on July 23, 2021; resubmitted on October 04, 2021; editorial decision on October 18, 2021; accepted on October 21, 2021

**STUDY QUESTION:** Can transgender women cryopreserve germ cells obtained from their orchiectomy specimen for fertility preservation, after having used puberty suppression and/or hormonal treatment?

**SUMMARY ANSWER:** In the vast majority of transgender women, there were still immature germ cells present in the orchiectomy specimen, and in 4.7% of transgender women—who all initiated medical treatment in Tanner stage 4 or higher—mature spermatozoa were found, which would enable cryopreservation of spermatozoa or testicular tissue after having used puberty suppression and/or hormonal treatment.

**WHAT IS KNOWN ALREADY:** Gender affirming treatment (i.e. puberty suppression, hormonal treatment, and subsequent orchiectomy) impairs reproductive function in transgender women. Although semen cryopreservation is generally offered during the transition process, this option is not feasible for all transgender women (e.g. due to incomplete spermatogenesis when initiating treatment in early puberty, in case of inability to masturbate, or when temporary cessation of hormonal treatment is too disruptive). Harvesting mature spermatozoa, or testicular tissue harboring immature germ cells, from orchiectomy specimens obtained during genital gender-affirming surgery (gGAS) might give this group a chance of having biological children later in life. Previous studies on spermatogenesis in orchiectomy specimens showed conflicting results, ranging from complete absence of germ cells to full spermatogenesis, and did not involve transgender women who initiated medical treatment in early- or late puberty.

**STUDY DESIGN, SIZE, DURATION:** Histological and immunohistochemical analyses were performed on orchiectomy specimens from 214 transgender women who underwent gGAS between 2006 and 2018. Six subgroups were identified, depending on pubertal stage at initiation of medical treatment (Tanner stage 2-3, Tanner stage 4-5, adult), and whether hormonal treatment was continued or temporarily stopped prior to gGAS in each of these groups.

**PARTICIPANTS/MATERIALS, SETTING, METHODS:** All transgender women used a combination of estrogens and testosterone suppressing therapy. Orchiectomy specimen sections were stained with Mayer's hematoxylin and eosin and histologically analyzed to assess the Johnsen score and the ratio of most advanced germ cell types in at least 50 seminiferous tubular cross-sections. Subsequently, immunohistochemistry was used to validate these findings using spermatogonia, spermatocytes or spermatids markers (MAGE-A3/A4, γH2AX, Acrosin, respectively). Possibilities for fertility preservation were defined as: preservation of spermatozoa, preservation of spermatogonial

© The Author(s) 2021. Published by Oxford University Press on behalf of European Society of Human Reproduction and Embryology.

This is an Open Access article distributed under the terms of the Creative Commons Attribution-NonCommercial License (https://creativecommons.org/licenses/by-nc/4.0/), which permits non-commercial re-use, distribution, and reproduction in any medium, provided the original work is properly cited. For commercial re-use, please contact journals.permissions@oup.com

stem cells or no possibilities (in case no germ cells were found). Outcomes were compared between subgroups and logistic regression analyses were used to assess the association between the duration of hormonal treatment and the possibilities for fertility preservation.

**MAIN RESULTS AND THE ROLE OF CHANCE:** Mature spermatozoa were encountered in 4.7% of orchiectomy specimens, all from transgender women who had initiated medical treatment in Tanner stage 4 or higher. In 88.3% of the study sample orchiectomy specimens only contained immature germ cells (round spermatids, spermatocytes or spermatogonia, as most advanced germ cell type). In 7.0%, a complete absence of germ cells was observed, all these samples were from transgender women who had initiated medical treatment in adulthood. Cessation of hormonal treatment prior to gGAS did not affect the presence of germ cells or their maturation stage, nor was there an effect of the duration of hormonal treatment prior to gGAS.

**LIMITATIONS, REASONS FOR CAUTION:** Since data on serum hormone levels on the day of gGAS were not available, we were unable to verify if the transgender women who were asked to temporarily stop hormonal treatment 4 weeks prior to surgery actually did so, and if people with full spermatogenesis were compliant to treatment.

**WIDER IMPLICATIONS OF THE FINDINGS:** There may still be options for fertility preservation in orchiectomy specimens obtained during gGAS since a small percentage of transgender women had full spermatogenesis, which could enable cryopreservation of mature spermatozoa via a testicular sperm extraction procedure. Furthermore, the vast majority still had immature germ cells, which could enable cryopreservation of testicular tissue harboring spermatogonial stem cells. If maturation techniques like *in vitro* spermatogenesis become available in the future, harvesting germ cells from orchiectomy specimens might be a promising option for those who are otherwise unable to have biological children.

**STUDY FUNDING/COMPETING INTEREST:** None.

**TRIAL REGISTRATION NUMBER:** N/A.

**Key words:** transgender women / orchiectomy / fertility preservation / testicular tissue / spermatogenesis / hormonal treatment / azoospermia / germ cells

# Introduction

Gender dysphoria refers to the distress experienced by people with an incongruence between their sex assigned at birth and their gender identity (APA, 2013). People assigned male at birth with a female gender identity are referred to as transgender women.

Many transgender women seek medical treatment to avoid (further) masculinization and induce feminization, and hereby align their physical characteristics with their gender identity. The preferred treatment protocol depends on the person's age at time of start of medical treatment. For adolescents (<18years), treatment can be initiated when a person reaches puberty (Tanner stage 2 or higher, determined by the development of secondary sex characteristics). It aims to suppress further pubertal development by administration of a gonadotropin-releasing hormone agonist (GnRHa) which reversibly inhibits the production of sex hormones. Hereby, adolescents have more time to explore options and to live in the experienced gender before deciding whether or not to proceed with additional, sometimes irreversible, treatments. At the age of approximately 16years, treatment can be supplemented with estrogens to induce the development of female secondary sex characteristics (Hembree *et al.*, 2017). For transgender women presenting at adult age (≥18years), treatment usually does not consist of a phase of hormone suppression only, but immediately involves a combination of anti-androgens and estrogens, to achieve feminization. The combination of testosterone suppressing therapy and estrogen supplementation is referred to as gender affirming hormonal treatment (GAHT). Transgender women of 18years or older who have used GAHT for at least one year, can opt for genital gender-affirming surgery (gGAS) if no surgical contraindications are present. gGAS may comprise vaginoplasty, gender confirming vulvoplasty or bilateral orchiectomy, depending on the desires of the individual (van der Sluis *et al.*, 2021).

The use of testosterone suppressing therapy results in a severely impaired reproductive function, since spermatogenesis—the differentiation of spermatogonial stem cells into spermatozoa—requires adequate levels of intratesticular testosterone (Adeleye *et al.*, 2019). This reproductive loss is permanent after gGAS. Although gender affirming treatment significantly improves quality of life, reproductive loss may be an unwanted consequence (Auer *et al.*, 2018; Chen *et al.*, 2018; Vyas *et al.*, 2020). Therefore, it is important that (future) desire for biological children and the options for fertility preservation are discussed and offered prior to the start of medical treatment (Hembree *et al.*, 2017).

The currently available option for fertility preservation in transgender women is cryopreservation of spermatozoa from a semen sample, obtained through ejaculation. Cryopreservation of surgically obtained spermatozoa through testicular sperm extraction (TESE) may serve as an alternative for those who are unable to ejaculate or in case of azoospermia (Wallace *et al.*, 2014).

A complicating factor for contemporary fertility preservation in transgender female adolescents is the requirement of complete spermatogenesis, which only develops from Tanner stage 3 onwards, under the influence of increasing intratesticular testosterone levels. If puberty suppression is started in Tanner stage 2, full spermatogenesis is usually not present yet and therefore preservation of spermatozoa is not possible (Brik *et al.*, 2019). The equipoise of commencing medical treatment to avoid progression of puberty and delaying treatment to enable semen cryopreservation as only option for biological children may be stressful, as puberty is accompanied by irreversible and often unwanted physical changes such as a lowering of the voice and facial hair growth. Severe genital dysphoria may pose another barrier for fertility preservation, since semen cryopreservation requires masturbation which is non-negotiable for some young transgender women (Brik *et al.*, 2019). In addition, TESE, the currently available alternative to

obtain spermatozoa for cryopreservation requires invasive procedures including surgery and (general) anesthesia.

For transgender women, cryopreservation of germ cells harvested from testicular tissue obtained during gGAS may serve as an alternative to keep the option for genetically related offspring open. How these germ cells can be used for procreation depends on their maturation phase. Spermatozoa can directly be used for ART. However, the use of immature germ cells relies on the feasibility of maturation techniques outside the human body, such as in vitro spermatogenesis. Unfortunately, complete in vitro spermatogenesis has only been successfully demonstrated in mouse models and is still unsuccessful in humans (Sato et al., 2011). If in vitro spermatogenesis becomes available in the future, cryopreservation of testicular tissue containing spermatogonial stem cells might be a promising option for fertility preservation in those who are otherwise unable to retain the possibility of having genetically related offspring.

Currently, limited data are available on the effect of GAHT on testicular histology and the most advanced germ cell type that can be harvested from testicular tissue obtained at time of gGAS. Previous studies conducted on this topic showed varying proportions of hyalinization of seminiferous tubules as well as conflicting results regarding spermatogenesis, ranging from a complete absence of germ cells to full spermatogenesis (Schneider et al., 2017; Matoso et al., 2018). Moreover, none of these studies focused on people who initiated medical treatment in early puberty.

The primary aim of this study is to evaluate the influence of puberty suppression and/or GAHT on exocrine testicular function, by determining the most advanced germ cell type in orchiectomy specimens obtained during gGAS. We aim to compare the outcome between people who started medical treatment as adult ($\geq 18$ years) and those who started as adolescent in early puberty (Tanner stage 2-3) or late puberty (Tanner stage 4-5). In addition, we will assess the influence of discontinuation of medical treatment 4 weeks prior to gGAS in each of these groups, and the association between the duration of hormonal treatment and the possibilities for fertility preservation. Hereby, we will get insights in the options for fertility preservation in orchiectomy specimens obtained during gGAS after having used puberty suppression and/or hormonal treatment.

# Materials and methods

## Study population and clinical data collection

For this study, we used orchiectomy specimens of transgender women who underwent bilateral orchiectomy combined with vaginoplasty at the Center of Expertise on Gender Dysphoria of Amsterdam UMC between 2006 and 2019. All participants provided written permission for the use of their body material and clinical data for research purposes. The Ethical Review Board of the Amsterdam UMC, location VUMC provided approval for conducting this study (METC2014322).

A total of 788 transgender women were identified. Data on medical history, age and Tanner stage at start of medical treatment, documented hormone use, date of gGAS, alcohol consumption, smoking, drug use, BMI at time of gGAS and last known serum hormone levels before gGAS, were collected from the medical files. Transgender

women were categorized according to age and Tanner stage at initiation of medical treatment (Tanner stage 2-3, Tanner stage 4-5 or $\geq 18$ years). Transgender women operated before 2017 discontinued GAHT 4 weeks prior to surgery, because of a presumed increased risk of perioperative thrombosis. As evidence suggested this risk is negligible, GAHT is continued in the perioperative period since July 2017. Six subgroups were created based on Tanner stage/age at start of medical treatment and continuation/discontinuation of GAHT prior to gGAS. People with an unknown age or Tanner stage at time of initiation of medical treatment were excluded. Other exclusion criteria were hard drug use, cryptorchidism, a medical history of receiving chemotherapy or genetic disorders which can all possibly impair spermatogenesis. Lastly, since the vast majority used estrogens combined with either triptorelin, or cyproterone acetate, people who used estrogen monotherapy and those who used spironolactone as anti-androgenic treatment were excluded to create a homogeneous study population. A maximum number of 80 transgender women were enrolled per group as this was deemed sufficient to answer the study questions. A random sample was drawn from groups that exceeded 80 individuals using STATA Statistical Software, version 15.1 (Statacorp, College Station, TX, USA). In total, 263 transgender women were selected for inclusion in the study cohort.

## Testicular tissue preparation and analysis

### Preparation for histology

Testicular tissue was obtained from the biobank of the Pathology Department of Amsterdam UMC, where orchiectomy specimens, obtained during gGAS, were stored after histopathological analysis for clinical purposes. Upon arrival at the Pathology Department, the orchiectomy specimens were fixed in 4% w/v paraformaldehyde and embedded in paraffin. For this study, seven slices of $5\,\mu m$ thickness of one testicle were sectioned and mounted on microscope slides. From one slide of each specimen paraffin sections were deparaffinized and subsequently stained with Mayer's hematoxylin and eosin, and at least one other slide was used for immunohistochemistry to confirm germ cell subtypes.

### Histological analysis

Histological examination was conducted using a bright field microscope (Olympus BX41, OM Digital Solutions Americas, Bethlehem, PA, USA). From each specimen, at least 50 seminiferous tubules per slide were analyzed to assess spermatogenesis by determining the most advanced germ cell type from each seminiferous tubular cross-section based on their location within the tubule and nuclear morphology. The Modified Johnsen's scoring system was used to assign a score to each tubule, and per slide a mean Johnsen's score was calculated. The Modified Johnsen's scoring system involves a 10-point Likert scale where score 1 corresponds to complete sclerosis without recognizable seminiferous epithelium, and score 10 implies the presence of more than 10 elongated spermatids without immature and apoptotic cells in the lumen (Supplementary Table S1) (Johnsen, 1970).

After assessment of spermatogenesis, overall testicular histology was assessed including the presence of a lumen in the seminiferous tubules and rate of seminiferous tubule hyalinization. The lumen was categorized as open, half-open or absent. Hyalinization was defined as a

hyaline area separating the peritubular layer from the basal membrane of the seminiferous tubule.

*Preparation for immunohistochemistry*

In order to validate our findings, a second slide of each specimen was analyzed using immunohistochemistry. The primary antibodies were chosen based on the most advanced germ cell type that was identified during histological analysis, or on uncertainty regarding the presence of a germ cell type.

For the detection of spermatogonia, slides were stained for spermatogonial marker MAGE-A3/A4 using mouse monoclonal Anti-Mage A3/A4 antibody (clone 57B; Merck Millipore, Germany). Endogenous peroxidase activity was inactivated with 0.3% $H_2O_2$/phosphate-buffered saline (PBS) for 10 min at room temperature in the dark. Non-specific binding sites were then blocked with Superblock (ScyTek Lab, USA) for 1 h at room temperature in a humid slide box. Sections were subsequently incubated overnight at 4°C with Anti-Mage A3/A4 antibody diluted 1:2000 in BrightDiluent (Immunologic, the Netherlands). The next day, all slides were washed three times with PBS followed by 30 min incubation with Powervision goat-anti Mouse/Rabbit poly-horseradish peroxidase (DPVO110HRP, Immunologic, the Netherlands) secondary antibody at room temperature. After washing, the signal was visualized using Bright-DAB (3,3'-diaminobenzidine, Immunologic, the Netherlands) after which the sections were counterstained with Mayer's hematoxylin. Finally, after dehydration in increasing ethanol concentrations and xylene, the slides were encapsulated with glass coverslips using Entellan® (Merck Millipore, Germany) for further microscopic analysis.

For the detection of spermatocytes, slides were stained for γH2AX using mouse monoclonal Anti-phospho-Histone H2A.X (Merck Millipore, Germany) antibody. Antigen retrieval was carried out by boiling tissue sections in Tris-EDTA buffer (10 mM Tris, 1 mM EDTA, pH = 9.0). The buffer was first heated until boiling in the microwave for 3 min at maximum Watt. After cooling down for 2 min at room temperature, the buffer was heated again in the microwave for 12 min at minimum Watt. Non-specific binding sites were blocked with 5% bovine serum albumin (BSA)/PBS/0.5% Triton X-100. This was followed by overnight incubation at 4°C with Anti-phospho-Histone H2A.X diluted 1:150 in 1% BSA/PBS/0.05% Tween. After incubation of the primary antibody, the same steps were performed as for the detection of spermatogonia with MAGE-A3/A4.

For the detection of round spermatids and spermatozoa, slides were stained for the presence of their Acrosin cap using rabbit polyclonal Acrosin antibody (ThermoFisher, PA5-61804). Antigen retrieval was carried out by boiling tissue sections in 0.01 M sodium citrate buffer (tri-sodium citrate dihydrate $Na_3C_6H_5O_7.2H_2O$, pH 6.0). The buffer was first heated until boiling in the microwave for 3 min at maximum Watt. After cooling down for 2 min at room temperature, the buffer was heated again in the microwave for 10 min at minimum Watt. Subsequently, the buffer was cooled down for 10 min at room temperature and placed under running tap water. After these steps, a standard immunohistochemical preparation protocol was followed, as described above.

For all three antibodies, slides with testicular tissue from a prostate cancer patient with normal spermatogenesis served as a positive control. Negative controls were carried out by replacing the first antibody by isotype IgG (Supplementary Fig. S1).

*Immunohistochemical analysis*

The immunohistochemically stained slides were examined using a bright field microscope (Olympus BX41) and assessed on the presence of the specifically targeted germ cell type. Outcome was then used to validate the Modified Johnson's scoring of the histologically analyzed slide of that same specimen. Results from the immunohistochemically stained slides were preferred if there was a difference between the two.

## Statistical analyses

After completion of histological and immunohistochemical analyses, results were linked to clinical data and descriptive analyses were conducted for the total cohort and the six subgroups. Data are presented as means (SD) when normally distributed, as medians with interquartile ranges (IQRs) when non-normally distributed, or as numbers with percentage.

Progress of spermatogenesis, determined by the presence of the most advanced germ cell type per orchiectomy specimen, was used as main outcome measurement (no germ cells, spermatogonia, spermatocytes, round spermatids or spermatozoa). Secondary outcome measurements included mean Johnson score per orchiectomy specimen, the degree of hyalinization and presence of a lumen.

To assess the possibilities for fertility preservation three categories were defined: preservation of spermatozoa; preservation of spermatogonial stem cells for those with round spermatids, spermatocytes or spermatogonia as most advanced germ cell type; and no possibilities for those with a complete absence of germ cells. Outcome was expressed as proportion with 95% confidence interval (95% CI) and compared between people who started medical treatment as an adult (>18 years) and those who started as adolescent in early puberty (Tanner stage 2-3) or late puberty (Tanner stage 4-5) (Newcombe, 1998). Since some categories contained no observations, we were not able to perform statistical tests. Therefore, differences between groups are shown in a figure. To assess the effect of cessation of GAHT prior to surgery, Fisher's exact tests were used to compare outcome within each pubertal stage at initiation of medical treatment. The significance level was set at $P < 0.05$, and all tests were two-sided.

Lastly, logistic regression analyses were performed to assess the association between the duration of medical treatment and the possibility for preservation of spermatozoa, as well as the possibility for preservation of spermatogonial stem cells. Since the duration of medical treatment prior to gGAS, as well as progress of spermatogenesis both might be dependent on the age at start of medical treatment, a correction was performed for this factor. Odds ratios (ORs) with 95% CI were calculated.

All statistical analyses were performed using STATA Statistical Software, version 15.1 (Statacorp, College Station, TX, USA).

# Results

Initially, 263 transgender women were selected for inclusion in the study cohort. A total of 35 individuals were excluded when, upon preparation for analysis of the orchiectomy specimens, it became evident that for these transgender women no tissue was stored at the Pathology department of Amsterdam UMC. Another 14 transgender



**Figure 1. Study flowchart.** GAHT, gender affirming hormonal treatment.

women were excluded because no testicular parenchyma was encountered on the prepared slides. Therefore, the final cohort consisted of 214 transgender women divided into 6 subgroups (Fig. 1).

Characteristics at time of gGAS are presented in Table I. Mean age at gGAS was 29.6 years (SD 12.4) and was lower in people who started medical treatment in adolescence compared to those who started medical treatment in adulthood. Since adolescents started medical treatment with puberty suppressive therapy and had to wait until reaching the age of 18 years before being able to undergo gGAS, prior medical treatment duration was longer in the adolescent subgroups compared to those who initiated treatment at adult age. Different estradiol formulations were prescribed, including estradiol patches (50–150 µg/24 h twice weekly), estradiol gel (0.75–3.0 mg daily) and oral estradiol valerate or hemihydrate (2–6 mg daily). Testosterone suppressing therapy consisted of triptorelin injections (3.75 mg i.m./s.c. every 4 weeks or 11.25 mg i.m. every 12 weeks) for those who initiated treatment as adolescent, and cyproterone acetate (25–100 mg daily) for those who initiated treatment as adult. The last known serum hormone levels, median 189 days (IQR 96–340) before gGAS, showed that testosterone was adequately suppressed (median 0.7 nmol/l, IQR 0.5–1.0) and estradiol levels were in the female range (median 193 pmol/l, IQR 120–307). Furthermore, LH and FSH levels were suppressed. In transgender women with a cessation of GAHT

4 weeks prior to gGAS, estradiol levels were lower and testosterone and LH levels were higher, compared to those who continued GAHT until gGAS.

In 10 transgender women (4.7%) some seminiferous tubules contained full spermatogenesis, all of whom had initiated medical treatment in Tanner stage 4 or higher and it occurred in both the group that had continued GAHT until gGAS and in the group that had discontinued four weeks prior to gGAS (Table II, Fig. 2E). Complete absence of germ cells was encountered in 15 transgender women (7.0%) (Fig. 2A), all of whom had initiated medical treatment in adulthood. Also, mean Johnsen's scores were lowest in the adult cohort. In the subgroup of transgender women who initiated medical treatment in Tanner stage 2 or 3, all specimens showed immature germ cells of which spermatogonia were most commonly observed (60–79%) (Fig. 2B–D). Supplementary Table SII shows the Modified Johnsen's score for each individual separately.

Hyalinization of seminiferous tubules was observed in 161 orchiectomy specimens (75.2%) and was most common in the adult subgroup (Fig. 3E and F). An open or half-open lumen of the seminiferous tubule was encountered in 8.4% and 25.2% of the orchiectomy specimens (Fig. 3A and B), respectively. The complete absence of a lumen was most common in those who initiated treatment in Tanner stage 2 or 3 (Fig. 3C).

302                                                                                    de Nie et al.

**Table I** Baseline characteristics at time of genital gender affirming surgery (gGAS).

| | Total (n = 214) | Adolescent Tanner stage 2-3 (n = 29) | | Adolescent Tanner stage 4-5 (n = 49) | | Adult (n = 136) | |
|---|---|---|---|---|---|---|---|
| | | Cessation of GAHT (n = 19) | Continuation of GAHT (n = 10) | Cessation of GAHT (n = 35) | Continuation of GAHT (n = 14) | Cessation of GAHT (n = 62) | Continuation of GAHT (n = 74) |
| **Age (years)—mean (SD)** | 29.6 (12.4) | 19.0 (1.5) | 19.6 (1.9) | 19.7 (1.2) | 19.3 (0.7) | 34.5 (12.3) | 36.2 (12.2) |
| **Alcohol** | | | | | | | |
| Drinker—% (n) | 44 (82) | 43 (6) | 30 (3) | 60 (18) | 21 (3) | 56 (26) | 35 (26) |
| Non-drinker—% (n) | 56 (106) | 57 (8) | 70 (7) | 40 (12) | 79 (11) | 44 (20) | 65 (48) |
| Unknown—n | 26 | 5 | 0 | 5 | 0 | 16 | 0 |
| **Smoking** | | | | | | | |
| Smoker—% (n) | 7 (12) | 0 | 0 | 8 (2) | 0 | 22 (10) | 0 |
| Non-smoker—% (n) | 93 (171) | 100 (15) | 100 (10) | 92 (24) | 100 (14) | 78 (34) | 100 |
| Unknown—n | 31 | 4 | 0 | 9 | 0 | 18 | 0 |
| **Cannabis use** | | | | | | | |
| Yes—% (n) | 3 (5) | 0 | 0 | 4 (1) | 7 (1) | 6 (2) | 1 (1) |
| No—% (n) | 97 (166) | 100 (15) | 100 (10) | 96 (24) | 93 (13) | 94 (31) | 99 (73) |
| Unknown—n | 43 | 4 | 0 | 10 | 0 | 29 | 0 |
| **BMI (kg/m$^2$)—mean (SD)** | 23.1 (3.3) | 22.0 (3.3) | 23.2 (2.8) | 21.6 (3.6) | 20.9 (3.6) | 23.9 (2.9) | 23.8 (3.0) |
| **Mean duration of medical treatment (years)~—(SD)** | 3.3 (2.0) | 5.9 (1.4) | 6.8 (1.3) | 4.1 (1.8) | 2.8 (0.6) | 2.8 (1.9) | 2.3 (1.2) |
| **Testosterone suppression** | | | | | | | |
| Triptorelin injections—% (n) | 36 (78) | 100 (19) | 100 (10) | 100 (35) | 100 (14) | 0 | 0 |
| Cyproterone acetate—% (n) | 64 (136) | 0 | 0 | 0 | 0 | 100 (62) | 100 (74) |
| **Estrogen supplementation** | | | | | | | |
| Transdermal formulation—% (n) | 25 (54) | 11 (2) | 10 (1) | 0 | 0 | 40 (25) | 35 (26) |
| Oral formulation—% (n) | 75 (160) | 89 (17) | 90 (9) | 100 (35) | 100 (14) | 60 (37) | 65 (48) |
| **Serum hormone levels before gGAS—Median (IQR)** | | | | | | | |
| Testosterone (nmol/) | 0.7 (0.5–1.0) | 1.0 (0.8–1.0) | 0.6 (0.5–0.8) | 1.0 (0.6–1.2) | 0.6 (0.5–1.1) | 0.7 (0.5–1.0) | 0.5 (0.5–0.8) |
| Estradiol (pmol/l) | 193 (120–307) | 95 (43–332) | 160 (141–392) | 120 (82–220) | 222 (100–281) | 219 (130–282) | 237 (151–341) |
| LH (U/l) | 0.1 (0.1–0.3) | 0.2 (0.1–0.4) | 0.3 (0.2–0.5) | 0.3 (0.2–0.4) | 0.2 (0.2–0.4) | 0.1 (0.1–0.3) | 0.1 (0.1–0.1) |
| FSH (U/l) | 0.2 (0.1–0.5) | 0.2 (0.1–0.5) | 0.4 (0.4–0.5) | 0.2 (0.1–0.5) | – | 0.3 (0.1–0.5) | 0.8 (0.1–3.0) |

GAHT, gender affirming hormone treatment; IQR, interquartile range.
~Including GnRH agonist use, if applicable.
^Data were available for 201 (testosterone and LH), 200 (estradiol), and 53 (FSH) transgender women, respectively.

When comparing the options for fertility preservation, we found that for some transgender women it would still have been possible to harvest mature spermatozoa from testicular tissue obtained during gGAS (Fig. 4). This was the case for 4% (95% CI 2–8) of the adult subgroup and 10% (95% CI 4–22) of adolescents in the Tanner stage 4-5 subgroup, compared to 0% in the Tanner stage 2-3 subgroup. For 100% of people in the Tanner stage 2-3 subgroup, 90% (95% CI 78–96) of people in the Tanner stage 4-5 subgroup and 85% (95% CI 78–90) of the adult subgroup, preservation of testicular tissue containing spermatogonial stem cells would have been their only option for fertility preservation. Furthermore, for 11% (95% CI 7–17) of the adult subgroup no options for fertility preservation would have been available, compared to 0% of the two adolescent subgroups. No statistically significant differences were found between those who had

continued GAHT until gGAS and those with four weeks cessation of GAHT prior to gGAS.

Lastly, logistic regression analyses showed no association between the duration of GAHT and the possibility for preservation of spermatozoa (OR 0.75, 95% CI 0.47–1.18) or spermatogonial stem cells (OR 1.03, 95% CI 0.81–1.31).

## Discussion

The results of our study imply that there may be options for fertility preservation for transgender women who are unable to pursue semen cryopreservation, by using testicular tissue from orchiectomy specimens obtained during gGAS. In a small percentage of transgender

**Table II** Results of histological and immunohistochemical analyses of orchiectomy specimens.

| | Total (n = 214) | Adolescent Tanner stage 2–3 (n = 29) | | Adolescent Tanner stage 4–5 (n = 49) | | Adult (n = 136) | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Cessation of GAHT (n = 19) | Continuation of GAHT (n = 10) | Cessation of GAHT (n = 35) | Continuation of GAHT (n = 14) | Cessation of GAHT (n = 62) | Continuation of GAHT (n = 74) |
| **Spermatozoa** | 4.7 (10) | 0 (0) | 0 (0) | 6 (2) | 22 (3) | 6 (4) | 1 (1) |
| **Round spermatids** | 0.5 (1) | 0 (0) | 0 (0) | 0 (0) | 0 (0) | 2 (1) | 0 (0) |
| **Spermatocytes** | 21.5 (46) | 21 (4) | 40 (4) | 31 (11) | 14 (2) | 23 (14) | 15 (11) |
| **Spermatogonia** | 66.3 (142) | 79 (15) | 60 (6) | 63 (22) | 64 (9) | 61 (38) | 70 (52) |
| **No germ cells** | 7.0 (15) | 0 (0) | 0 (0) | 0 (0) | 0 (0) | 8 (5) | 14 (10) |
| **Mean Johnsen's score—(SD)** | 2.5 (0.8) | 2.6 (0.3) | 2.7 (0.4) | 2.8 (0.8) | 3.2 (1.4) | 2.5 (0.8) | 2.3 (0.6) |
| **Hyalinization** | 75.2 (161) | 47 (9) | 40 (4) | 63 (22) | 79 (11) | 76 (47) | 92 (68) |
| **Lumen** | | | | | | | |
| **Open** | 8.4 (18) | 0 (0) | 0 (0) | 3 (1) | 22 (3) | 18 (11) | 4 (3) |
| **Half-open** | 25.2 (54) | 26 (5) | 10 (1) | 31 (11) | 14 (2) | 26 (16) | 26 (19) |
| **Absent** | 66.4 (142) | 74 (14) | 90 (9) | 66 (23) | 64 (9) | 56 (35) | 70 (52) |

Data are % (n) unless stated otherwise.



**Figure 2. Orchiectomy specimens with their most advanced germ cell type.** (**A**) No germ cells present. (**B**) Spermatogonia. (**C**) Spermatocytes. (**D**) Round spermatids. (**E**) Spermatozoa. Arrows indicate most advanced germ cells. Bar represents 20 μm.

women who initiated medical treatment in Tanner stage 4 or higher, complete spermatogenesis was observed in the orchiectomy specimen. For this group, it would theoretically be possible to perform TESE and cryopreserve the harvested spermatozoa from this specimen. Furthermore, the vast majority of transgender women still had immature germ cells in their orchiectomy specimen. This is the first study to report on people who initiated medical treatment in Tanner stage 2-3, and it was found that in 100% of their orchiectomy specimens immature germ cells were present. If maturation techniques like *in vitro* spermatogenesis become available in the future, cryopreservation of testicular tissue containing spermatogonial stem cells might be a promising option for this group to retain the possibility to have biological children. A complete absence of germ cells was only observed in transgender women who commenced GAHT as adult. Cessation of GAHT prior to gGAS did not affect the possibilities for fertility preservation, neither was there an effect of the duration of GAHT prior to gGAS.

Although some previous studies have been conducted on the influence of GAHT on spermatogenesis and testicular architecture, this is the first study taking age and pubertal stage at time of initiation of medical treatment into account. Between 1970 and 1990, several small studies were conducted reporting on 4–11 transgender women per study (Rodriguez-Rigau et al., 1977; Lu and Steinberger, 1978; Payer et al., 1979; Sapino et al., 1987; Schulze, 1988; Venizelos and Paradinas, 1988). Therefore, no strong conclusions could be drawn, but results showed high proportions of tubular hyalinization and reduced spermatogenesis in all transgender women. The first large cohort study on this topic was performed in 2015 and assessed orchiectomy specimens of 108 transgender women from three clinics with different preoperative treatment protocols (6 weeks, 2 weeks or no discontinuation of GAHT prior to gGAS) (Schneider et al., 2015). Their results on testicular histology and spermatogenic state were highly heterogeneous and did not show a relation with treatment strategy. Remarkably, a high number of transgender women (24% of

304                                                                                                                de Nie et al.



**Figure 3. Different aspects of lumen and degrees of hyalinization of seminiferous tubules.** (**A**) Open lumen. (**B**) Half-open lumen. (**C**) Absent lumen. (**D**) No hyalinization. (**E**) Mild hyalinization. (**F**) Severe hyalinization. Bar represents 20 μm.



**Figure 4. Comparison of the possibilities for fertility preservation between people who started medical treatment as adolescent in early puberty (Tanner stage 2-3) or late puberty (Tanner stage 4-5), and those who started as an adult (>18 years).**

their study cohort) had complete spermatogenesis at time of gGAS. This finding was confirmed by Jiang et al. (2019) who even observed complete spermatogenesis in 40% of the 72 included transgender women. However, several other recent studies found lower percentages of complete spermatogenesis ranging from 0% to 11% of the study cohort (Jindarak et al., 2018; Kent et al., 2018; Matoso et al., 2018; Vereecke et al., 2021). It must be noted that hormonal and preoperative treatment protocols vary considerably within, and between, the different studies conducted on this topic. Therefore, for the current study, it was decided to only include transgender women who

used estradiol in combination with testosterone suppressing therapy (triptorelin when initiated in adolescence, cyproterone acetate when initiated in adulthood), and to report results for those who continued GAHT until gGAS separate from those who discontinued four weeks prior to gGAS.

Since a study performed by Vereecke et al. (2021) also adhered strict in- and exclusion criteria that are similar to those in our adult subgroup, their results allow for the most accurate comparison. In addition, their method of analysis using immunohistochemistry to determine the most advanced germ cell type is similar to our study. In their

cohort of 97 transgender women, 12.4% had a complete absence of germ cells which is in line with the observed 11% in our cohort. However, none of their orchiectomy specimens showed complete spermatogenesis, as opposed to 4% of orchiectomy specimens in the adult subgroup of our cohort. Vereecke et al. (2021) also assessed the relationship between serum hormone levels and spermatogenic state in their cohort. They found that higher serum testosterone levels were associated with more advanced maturation, and higher serum estradiol levels were associated with a lower number of spermatogonia. However, the hormone levels were not measured on the day of gGAS, but at the last visit in the outpatient clinic 91.0 (57.5–152.5) days before surgery (Vereecke et al., 2021). In contrast, Schneider et al. (2015) did collect serum and intratesticular testosterone levels on the day of gGAS but did not find an obvious correlation with spermatogenic state. In our gender identity clinic, hormone levels are not determined on the day of gGAS and laboratory results from the last visit in the outpatient clinic likely do not adequately reflect hormonal status during gGAS because of the preoperative cessation of GAHT 4 weeks prior to surgery. It was therefore decided not to assess this relationship in our cohort.

An interesting observation in the current study is that testicular histology and spermatogenesis seemed more negatively affected by GAHT in the adult subgroup compared to the adolescent subgroups, despite the lower mean duration of medical treatment in the former prior to gGAS. A higher percentage of hyalinization of the seminiferous tubules was observed in the adult subgroup, as well as a complete absence of germ cells in 15 orchiectomy specimens. The difference between the adult subgroup and the adolescent subgroups might be explained by age, lifestyle (a higher percentage of smokers and alcohol drinkers), higher dosages of estradiol or the use of cyproterone acetate instead of GnRHa as testosterone suppressing therapy. Whereas GnRHa only leads to inhibition of gonadotropin secretion, cyproterone acetate also has progestative effects and acts as a direct antagonist of the androgen receptor. It hereby inhibits the influence of androgens on the androgen-dependent organs, among which the testes. The latter might have more profound and irreversible effects on testicular tissue. Because of unwanted side-effects of cyproterone acetate (e.g. increased risk for meningioma), transgender women commencing GAHT in our clinic above the age of 18 years now receive GnRHa as testosterone suppressing therapy instead of cyproterone acetate. The potential consequence of irreversible infertility might be an extra reason to not prescribe cyproterone acetate anymore. In a future study, it would be interesting to assess if differences in testicular histology and spermatogenesis between adults and adolescents are still observed when they both receive GnRHa as testosterone suppressing therapy.

Cessation of GAHT prior to gGAS did not affect the possibilities for fertility preservation. In our study, the preoperative cessation of GAHT involved a period of four weeks, whereas the differentiation of spermatogonial stem cells into spermatozoa generally takes 10–12 weeks (Muciaccia et al., 2013). Therefore, the period of cessation was most likely not long enough to influence the options for fertility preservation. If transgender women would be willing to discontinue GAHT for at least 12 weeks prior to gGAS, this might positively influence the chances of finding mature spermatozoa in the orchiectomy specimen. Moreover, they could even consider an attempt for cryopreservation of spermatozoa from a semen sample, obtained through

ejaculation. However, it is unknown if spermatogenesis can recover if GAHT is stopped and how much time is needed for this purpose. Furthermore, it should not be underestimated that cessation of GAHT will result in increased testosterone levels which is likely to have negative physical and psychological consequences, and that masturbation is often not an option in transgender women due to severe genital dysphoria. A disadvantage of spermatozoa that are harvested from testicular tissue, is that they are not suitable for a minimally invasive and inexpensive IUI and can only be used for ICSI (Ombelet et al., 2014). In addition, such ICSI treatments using surgically obtained spermatozoa are not always successful, since the cumulative ongoing pregnancy rate per cycle has been reported to be 22.8% and the live birth rate 22.3% (Meijerink et al., 2016). Therefore, cryopreservation of a semen sample prior to initiation of GAHT remains the preferred method of fertility preservation in transgender women and harvesting germ cells from orchiectomy specimens might only be considered an alternative in those for whom this is not an option.

The lumina of the seminiferous tubules in those who initiated medical treatment in Tanner stage 2-3 were all either half-open, or absent. This observation might be explained by the immaturity of testicular tissue in early puberty, since an open lumen develops parallel to the development of spermatogenesis under the influence of increasing intratesticular testosterone levels. The fact that germ cells were encountered in all orchiectomy specimens from transgender women who initiated medical treatment as adolescent, is reassuring. Decision-making about fertility can be very difficult for adolescents since their intellectual, emotional and social immaturity may impede assessment and prediction of future desires regarding fertility and family planning. A recent study among transgender youth showed that 67% of young transgender women expressed a desire for future parenthood, but only 7% indicated to be frustrated if biological parenthood would not be feasible (Chiniara et al., 2019). Another study, however, reported that 48% of transgender adolescents acknowledged that their desires regarding parenthood might change over time (Strang et al., 2017). Reduced levels of gender dysphoria and improved mental health might result in an improved capability to establish romantic relationships and consider future family building. Our observation that immature germ cells remain present in testicular tissue during GAHT suggest that transgender adolescents still have potential options for fertility preservation after initiation of treatment by cryopreserving testicular tissue from orchiectomy specimen obtained during gGAS.

Cryopreservation of testicular tissue containing spermatogonial stem cells is mostly offered to pre-pubertal boys with cancer, prior to undergoing gonadotoxic therapies such as chemo- and radiotherapy, but some clinics also offer this option to transgender adolescents (Pang et al., 2020). In the absence of complete spermatogenesis, the purpose of spermatogonial stem cell preservation in cisgender adolescents is to transplant these cells back into the testes years later, via injection into the rete testis space that is contiguous with all seminiferous tubules. Spermatogonial stem cells have the potential to colonize the testicular niche and regenerate spermatogenesis (David and Orwig, 2020). However, re-transplantation is not a feasible option for transgender women, as they will most likely use lifelong GAHT and many will undergo bilateral orchiectomy. Therefore, spermatogonial stem cell preservation will only be a viable method for fertility preservation in transgender women when other options for maturation become available, such as de novo testicular morphogenesis or in vitro

spermatogenesis. Although these techniques are successful in animal models, they are still experimental and far from the clinical realm (Pelzman et al., 2020). Continuing research in this area will hopefully make these techniques available so that transgender adolescents, who are otherwise unable to have genetically related children, will be able to retain this possibility by cryopreserving testicular tissue containing spermatogonial stem cells. Furthermore, future research should focus on how GAHT influences the quality of germ cells and the safety of using cells harvested from orchiectomy specimens, for reproductive techniques. Lastly, it is important to examine how transgender women feel about fertility preservation options in orchiectomy specimens obtained during gGAS.

A limitation of this study is the lack of data on serum hormone levels on the day of gGAS. We were therefore unable to verify if the transgender women who were asked to temporarily stop hormonal treatment four weeks prior to surgery actually did so, and if people with complete spermatogenesis were compliant to treatment. However, the last known serum testosterone levels before gGAS were suppressed in all participants. Furthermore, despite our efforts to create a homogeneous study population, by excluding people who used estrogen monotherapy and those who used spironolactone as anti-androgenic treatment, participants still used varying formulations of estrogens and switched between different formulations over time. We were therefore unable to assess if different estrogen formulations have different effects on testicular histology and spermatogenesis. Strengths of our study include the large sample size of 214 transgender women, and the creation of six subgroups to allow for comparison between different preoperative protocols before gGAS and pubertal stage at initiation of medical treatment. Hereby, this study provides novel information about the influence of starting medical treatment in early puberty on testicular function, and its consequences for the possibilities for fertility preservation at time of gGAS. This is relevant because we are seeing a global increase of the number of referrals of adolescents to gender identity clinics (Handler et al., 2019; Kaltiala et al., 2020). At the same time, there is increasing controversy over the provision of GAHT to adolescents, with the negative effect on fertility often cited as an argument for limiting adolescents' access to gender-affirming care (The Economist, 2020). Our observation that the spermatogonial stem cell pool is still intact in people who initiated GAHT during adolescence is therefore valuable information in this debate.

## Conclusion

Counseling of transgender women about the effect of medical treatment on fertility and the currently available options for fertility preservation remains essential. However, for some transgender women with a wish for fertility preservation, there are barriers that prevent the use of semen cryopreservation. For example, some initiate medical treatment in early puberty before the development of complete spermatogenesis, some are unable to masturbate, and some feel that a temporary cessation of GAHT would be too psychologically and physically disruptive. The results of this study show that there may still be options for fertility preservation using orchiectomy specimens obtained during gGAS. In a small percentage of transgender women who

initiated medical treatment in Tanner stage 4 or higher, spermatozoa could have been harvested from the orchiectomy specimen at time of gGAS. In addition, the vast majority (>85%) of transgender women in our cohort could still opt for cryopreservation of testicular tissue harboring spermatogonial stem cells. A complete absence of germ cells was only observed in a small number (7%) of transgender women in our cohort, who all commenced GAHT as adult. The possibilities for fertility preservation seem irrespective of preoperative cessation of GAHT and the duration of GAHT prior to gGAS.

Initiation of medical treatment in early pubertal adolescents (Tanner stage 2-3) limits the ability to retrieve mature spermatozoa that can directly be used for assisted reproductive techniques. However, if maturation techniques like in vitro spermatogenesis become available in the future, harvesting germ cells from orchiectomy specimens might be a promising option for those who are otherwise unable to have biological children.

## Supplementary data

Supplementary data are available at *Human Reproduction* online.

## Data availability

Part of the data underlying this article are available in the article and in its online supplementary material, the rest of the data will be shared on reasonable request to the corresponding author.

## Acknowledgements

We would like to thank Cindy de Winter-Korver and Saskia van Daalen for their technical assistance during this project.

## Authors' roles

I.d.N.—conception and design, acquisition of data, analysis and interpretation of data, drafting of manuscript. C.L.M.—conception and design, acquisition of data, analysis and interpretation of data, critical revision of the manuscript for intellectual content. A.M.—analysis and interpretation of data, critical revision of the manuscript for intellectual content. Y.S.—acquisition of data, analysis and interpretation of data, drafting of manuscript. E.M.H.—acquisition of data, drafting of manuscript. W.B.v.d.S.—acquisition of data, critical revision of the manuscript for intellectual content. S.E.H.—analysis and interpretation of data, critical revision of the manuscript for intellectual content. M.d.H.—conception and design, analysis and interpretation of data, critical revision of the manuscript for intellectual content. J.H.—conception and design, analysis and interpretation of data, critical revision of the manuscript for intellectual content. A.M.M.v.P.—conception and design, acquisition of data, analysis and interpretation of data, critical revision of the manuscript for intellectual content. N.M.v.M.—conception and design, analysis and interpretation of data, critical revision of the manuscript for intellectual content. All authors approved the final version of the manuscript.

## Funding

None.

## Conflict of interest

None.

## References

Adeleye AJ, Reid G, Kao CN, Mok-Lin E, Smith JF. Semen parameters among transgender women with a history of hormonal treatment. *Urology* 2019;**124**:136–141.

APA. *Diagnostic and Statistical Manual of Mental Disorders*, 5th edn. Arlington, VA: American Psychiatric Association, 2013.

Auer MK, Fuss J, Nieder TO, Briken P, Biedermann SV, Stalla GK, Beckmann MW, Hildebrandt T. Desire to have children among transgender people in Germany: a cross-sectional multi-center study. *J Sex Med* 2018;**15**:757–767.

Brik T, Vrouenraets L, Schagen SEE, Meissner A, de Vries MC, Hannema SE. Use of fertility preservation among a cohort of transgirls in the Netherlands. *J Adolesc Health* 2019;**64**:589–593.

Chen D, Matson M, Macapagal K, Johnson EK, Rosoklija I, Finlayson C, Fisher CB, Mustanski B. Attitudes toward fertility and reproductive health among transgender and gender-nonconforming adolescents. *J Adolesc Health* 2018;**63**:62–68.

Chiniara LN, Viner C, Palmert M, Bonifacio H. Perspectives on fertility preservation and parenthood among transgender youth and their parents. *Arch Dis Child* 2019;**104**:739–744.

David S, Orwig KE. Spermatogonial stem cell culture in oncofertility. *Urol Clin North Am* 2020;**47**:227–244.

Handler T, Hojilla JC, Varghese R, Wellenstein W, Satre DD, Zaritsky E. Trends in referrals to a pediatric transgender clinic. *Pediatrics* 2019;**144**:e20191368.

Hembree WC, Cohen-Kettenis PT, Gooren L, Hannema SE, Meyer WJ, Murad MH, Rosenthal SM, Safer JD, Tangpricha V, T'Sjoen GG. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an endocrine society clinical practice guideline. *J Clin Endocrinol Metab* 2017;**102**:3869–3903.

Jiang DD, Swenson E, Mason M, Turner KR, Dugi DD, Hedges JC, Hecht SL. Effects of estrogen on spermatogenesis in transgender women. *Urology* 2019;**132**:117–122.

Jindarak S, Nilprapha K, Atikankul T, Angspatt A, Pungrasmi P, Iamphongsai S, Promniyom P, Suwajo P, Selvaggi G, Tiewtranon P. Spermatogenesis abnormalities following hormonal therapy in transwomen. *Biomed Res Int* 2018;**2018**:7919481.

Johnsen SG. Testicular biopsy score count—a method for registration of spermatogenesis in human testes: normal values and results in 335 hypogonadal males. *Hormones* 1970;**1**:2–25.

Kaltiala R, Bergman H, Carmichael P, de Graaf NM, Rischel KE, Frisen L, Schorkopf M, Suomalainen L, Waehre A. Time trends in referrals to child and adolescent gender identity services: a study in four Nordic countries and in the UK. *Nord J Psychiatry* 2020;**74**:40–44.

Kent MA, Winoker JS, Grotas AB. Effects of feminizing hormones on sperm production and malignant changes: microscopic examination of post orchiectomy specimens in transwomen. *Urology* 2018;**121**:93–96.

Lu CC, Steinberger A. Effects of estrogen on human seminiferous tubules: light and electron microscopic analysis. *Am J Anat* 1978;**153**:1–13.

Matoso A, Khandakar B, Yuan S, Wu T, Wang LJ, Lombardo KA, Mangray S, Mannan A, Yakirevich E. Spectrum of findings in orchiectomy specimens of persons undergoing gender confirmation surgery. *Hum Pathol* 2018;**76**:91–99.

Meijerink AM, Cissen M, Mochtar MH, Fleischer K, Thoonen I, de Melker AA, Meissner A, Repping S, Braat DD, van Wely M *et al.* Prediction model for live birth in ICSI using testicular extracted sperm. *Hum Reprod* 2016;**31**:1942–1951.

Muciaccia B, Boitani C, Berloco BP, Nudo F, Spadetta G, Stefanini M, de Rooij DG, Vicini E. Novel stage classification of human spermatogenesis based on acrosome development. *Biol Reprod* 2013;**89**:60.

Newcombe RG. Two-sided confidence intervals for the single proportion: comparison of seven methods. *Stat Med* 1998;**17**:857–872.

Ombelet W, Dhont N, Thijssen A, Bosmans E, Kruger T. Semen quality and prediction of IUI success in male subfertility: a systematic review. *Reprod Biomed Online* 2014;**28**:300–309.

Pang KC, Peri AJS, Chung HE, Telfer M, Elder CV, Grover S, Jayasinghe Y. Rates of fertility preservation use among transgender adolescents. *JAMA Pediatr* 2020;**174**:890.

Payer AF, Meyer WJ 3rd, Walker PA. The ultrastructural response of human Leydig cells to exogenous estrogens. *Andrologia* 1979;**11**:423–436.

Pelzman DL, Orwig KE, Hwang K. Progress in translational reproductive science: testicular tissue transplantation and *in vitro* spermatogenesis. *Fertil Steril* 2020;**113**:500–509.

Rodriguez-Rigau LJ, Tcholakian RK, Smith KD, Steinberger E. *In vitro* steroid metabolic studies in human testes I: effects of estrogen on progesterone metabolism. *Steroids* 1977;**29**:771–786.

Sapino A, Pagani A, Godano A, Bussolati G. Effects of estrogens on the testis of transsexuals: a pathological and immunocytochemical study. *Virchows Arch A Pathol Anat Histopathol* 1987;**411**:409–414.

Sato T, Katagiri K, Gohbara A, Inoue K, Ogonuki N, Ogura A, Kubota Y, Ogawa T. *In vitro* production of functional sperm in cultured neonatal mouse testes. *Nature* 2011;**471**:504–507.

Schneider F, Kliesch S, Schlatt S, Neuhaus N. Andrology of male-to-female transsexuals: influence of cross-sex hormone therapy on testicular function. *Andrology* 2017;**5**:873–880.

Schneider F, Neuhaus N, Wistuba J, Zitzmann M, Heß J, Mahler D, van Ahlen H, Schlatt S, Kliesch S. Testicular functions and clinical characterization of patients with gender dysphoria (GD) undergoing sex reassignment surgery (SRS). *J Sex Med* 2015;**12**:2190–2200.

Schulze C. Response of the human testis to long-term estrogen treatment: morphology of Sertoli cells, Leydig cells and spermatogonial stem cells. *Cell Tissue Res* 1988;**251**:31–43.

Strang JF, Jarin J, Call D, Clark B, Wallace GL, Anthony LG, Kenworthy L, Gomez-Lobo V. Transgender youth fertility attitudes questionnaire: measure development in nonautistic and autistic transgender youth and their parents. *J Adolesc Health* 2018;**62**:128–135.

The Economist. 2020. A new push to ban medical treatments for transgender children. *The Economist*. Washinton, DC.

308

van der Sluis WB, de Nie I, Steensma TD, van Mello NM, Lissenberg-Witte BI, Bouman MB. Surgical and demographic trends in genital gender-affirming surgery in transgender women: 40 years of experience in Amsterdam. *Br J Surg* 2021;doi: 10.1093/bjs/znab213.

Venizelos ID, Paradinas FJ. Testicular atrophy after oestrogen therapy. *Histopathology* 1988;**12**:451–454.

Vereecke G, Defreyne J, Van Saen D, Collet S, Van Dorpe J, T'Sjoen G, Goossens E. Characterisation of testicular function and spermatogenesis in transgender women. *Human Reproduction* 2021;**36**:5–15.

Vyas N, Douglas CR, Mann C, Weimer AK, Quinn MM. Access, barriers, and decisional regret in pursuit of fertility preservation among transgender and gender-diverse individuals. *Fertil Steril* 2020: 1029–1034.

Wallace SA, Blough KL, Kondapalli LA. Fertility preservation in the transgender patient: expanding oncofertility care beyond cancer. *Gynecol Endocrinol* 2014;**30**:868–871.

DEFENDANT'S
EXHIBIT NO. 20
FOR IDENTIFICATION
DATE: 4.4.24        RPTR:

Outlook     PostEverything     Book Party     Five Myths

# The mental health establishment is failing trans kids

Gender-exploratory therapy is a key step. Why aren't therapists providing it?



Daryn Ray for The Washington Post

By Laura Edwards-Leeper and Erica Anderson

November 24, 2021 at 5:54 p.m. EST

 

**CORRECTION**

A previous version of this essay said that a quarter of study subjects who reversed their gender transitions did not report this change to their doctors. In fact, three-quarters did not share the information.

A

t 13, Patricia told her parents she was a transgender boy. She had never experienced any gender dysphoria — distress at a disconnect between gender identity and the sex assigned at birth — she said. But a year earlier, she'd been sexually assaulted by an older girl. Soon after this trauma, she met another older girl who used they/them pronouns and introduced her to drugs, violent pornography and the notion of dissociation from her body. Her lingering psychic wounds, coinciding with a raft of new and unsettling ideas, plunged her into depression and anxiety. Patricia's parents took her to a therapist so she could talk through her shifting identity and acute mood swings.

The job of a mental health provider here should have been clear: Perform an assessment, ask how long she'd experienced dysphoria and investigate how mental health issues and any other changes in her life might be contributing to it. Instead, on first meeting, the therapist simply affirmed her new identity, a step that can lead to hormonal and eventually surgical treatments. Was Patricia ready for these next steps — or, her parents wondered, was this a normal bout of teenage confusion stemming from a recent trauma? The therapist instructed them to "support" their child's trans self-diagnosis and to socially transition her. If they didn't, Patricia might end her own life: 41 percent of unsupported children commit suicide, they were told. Would Patricia's parents rather have a dead child or a trans one?

They sought another therapist, one who was more curious and less certain, one who listened closely. After a year of exploring who she was, Patricia no longer felt she was a boy. She decided to stop binding her breasts and wearing boys' clothes.

We are both psychologists who have dedicated our careers to serving transgender patients with ethical, evidence-based treatment. But we see a surge of gender dysphoria cases like Patricia's — cases that are handled poorly. One of us was the founding psychologist in 2007 of the first pediatric gender clinic in the United States; the other is a transgender woman. We've held recent leadership positions in the World Professional Association for Transgender Health (WPATH), which writes the standards of care for transgender people worldwide. Together, across decades of doing this work, we've helped hundreds of people transition their genders. This is an era of ugly moral panic about bathrooms, woke indoctrination and identity politics in general. In response, we enthusiastically support the appropriate gender-affirming medical care for trans youth, and we are disgusted by the legislation trying to ban it.

But the number of adolescents requesting medical care is skyrocketing: Now 1.8 percent of people under 18 identify as transgender, double the figure from five years earlier, according to the Trevor Project. A flood of referrals to mental health providers and gender medical clinics, combined with a political climate that sees the treatment of each individual patient as a litmus test of social tolerance, is spurring many providers into sloppy, dangerous care. Often from a place of genuine concern, they are hastily dispensing medicine or recommending medical doctors prescribe it — without following the strict guidelines that govern this treatment. Canada, too, is following our lead: A study of 10 pediatric gender clinics there found that half do not require psychological assessment before initiating puberty blockers or hormones.

44

The standards of care recommend mental health support and comprehensive assessment for all dysphoric youth before starting medical interventions. The process, done conscientiously, can take a few months (when a young person's gender has been persistent and there are no simultaneous mental health issues) or up to several years in complicated cases. But few are trained to do it properly, and some clinicians don't even believe in it, contending without evidence that treating dysphoria medically will resolve other mental health issues. Providers and their behavior haven't been closely studied, but we find evidence every single day, from our peers across the country and concerned parents who reach out, that the field has moved from a more nuanced, individualized and developmentally appropriate assessment process to one where every problem looks like a medical one that can be solved quickly with medication or, ultimately, surgery. As a result, we may be harming some of the young people we strive to support — people who may not be prepared for the gender transitions they are being rushed into.

American opinions about transgender youth have shifted dramatically in the past 15 years. The pendulum has swung from a vile fear and skepticism around ever treating adolescents medically to what must be described, in some quarters, as an overcorrection. Now the treatment pushed by activists, recommended by some providers and taught in many training workshops is to affirm without question. "We don't actually have data on whether psychological assessments lower regret rates," Johanna Olson-Kennedy, a pediatrician at Children's Hospital in Los Angeles who is skeptical of therapy requirements and gives hormones to children as young as 12 (despite a lack of science supporting this practice, as well), told the Atlantic. "I don't send someone to a therapist when I'm going to start them on insulin." This perspective writes off questions about behavioral and mental health, seeing them as a delaying tactic or a dodge, a way of depriving desperate people of the urgent care they clearly need.

But comprehensive assessment and gender-exploratory therapy is the most critical part of the transition process. It helps a young person peel back the layers of their developing adolescent identity and examine the factors that contribute to their dysphoria. In this stage, patients reflect on the duration of the dysphoria they feel; the continuum of gender; the intersection with sexual orientation; what medical interventions might realistically entail; social media, Internet and peer influences; how other factors (e.g., autism, trauma, eating disorders/body image concerns, self-esteem, depression, anxiety) may help drive dysphoria, rather than assuming that they are always a result of dysphoria; family dynamics and social/peer relationships; and school/academic challenges. The messages that teens get from TikTok and other sources may not be very productive for understanding this constellation of issues.

There are several reasons the process can move too quickly and hurtle toward medical treatment. For one, the stigma around mental health in general, along with the trauma caused to transgender adults by the health-care field in the past (yes, including conversion therapy), has made our peers extremely skeptical of becoming "gatekeepers" — experts who deny the needed help because they supposedly know best. Slowing down the process and encouraging deeper, thoughtful exploration is considered, many tell us, unnecessary and unaffirming. Providers may also be afraid of being cast as transphobic bigots by their local colleagues and referral sources if they engage in gender exploring therapy with patients, as some have equated this with conversion therapy. We've personally experienced this backlash at professional conferences.

All this means only that the purpose of assessment is improperly understood. The approach WPATH recommends is collaborative and aims to provide a developmentally appropriate process that involves the parents and takes the complexities of adolescence into consideration. (The constituency of agitated parents who feel excluded is also growing rapidly. These are not conservative evangelicals who don't believe trans people exist or deserve treatment. They're usually progressive, educated, loving people who all say, *If our kid is really trans, we'll fully support them. We just want to be as sure as possible, and we can't find a provider who will actually engage in gender exploring therapy. Instead, doctors and psychologists and social workers are ready to start hormones after one short visit.*)

Another reason that teens can receive substandard mental health care is that gender clinics are disastrously overwhelmed. Most have a single social worker who completes a brief "intake," relying instead on other mental health clinicians in the community to assess patients and offer their conclusions. Frequently, those community clinicians, just like the parents, assume that a more comprehensive assessment will occur in the gender specialty clinic. But in our experience, and based on what our colleagues share, this is rarely the case. Most clinics appear to assume that a referral means a mental health provider in the community has diagnosed gender dysphoria and thereby given the green light for medical intervention.

When working in gender clinics, we've also both received letters from therapists who had "assessed" patients they were referring to us. An astonishing number of these were nothing but a paragraph that stated the youth identified as trans, had dysphoria and wanted hormones, so that course was recommended. There are nearly 200,000 members of the American Psychological Association and the American Psychiatric Association. Add to that the clinical social workers, marriage counselors and family therapists. The overwhelming majority of those well-intentioned professionals receive limited or no training in the assessment of gender-diverse youth. (We receive requests frequently from people eager for more comprehensive, nuanced trainings, which we both deliver.) In simple terms, the demand for competent care has outstripped the supply of competent providers.

In professional circles, we hear from pediatric endocrinologists and others who prescribe hormones for trans youth. Many openly discuss how they use the adult informed-consent model of care with their teen patients, which almost always means no mental health involvement and sometimes no parent input, either. "If you are trans, I believe you," says A.J. Eckert, the medical director of Anchor Health Initiative in Connecticut. Eckert is wary of psychologists who follow the guidelines by completing a comprehensive assessment before recommending medical intervention for youths. "Gender-affirming medicine," Eckert holds, means that "you are best equipped to make decisions about your own body," full stop. These providers do not always realize they've confessed to ignoring the standards of care. (Contacted by The Post for comment on this essay, Eckert said that "no medical or surgical interventions are provided to anyone who has not started puberty" but added that, as Anchor Health sees it, "Therapy is not a requirement in this approach because being trans is not a pathology.")

Some providers may move quickly because they believe that an adolescent's clarity around their gender identity is no different than that of transgender adults, whose care is now typically based on simple informed consent. Some assume that a person with gender dysphoria who declares they are transgender is transgender and needs medical interventions immediately. Yet we know this is not always true. In a recent study of 100 detransitioners, for instance, 38 percent reported that they believed their original dysphoria had been caused by "something specific, such as trauma, abuse, or a mental health condition." Fifty-five percent said they "did not receive an adequate evaluation from a doctor or mental health professional before starting transition."

A handful of studies supposedly showing the suicide risk of gender minority youth who are not supported are also not entirely conclusive. The term "support," for instance, is defined differently across studies, and it is never defined as "starting medical interventions." Supporting trans youth may include using the correct name/pronouns or allowing the young person to present in a way that aligns with their affirmed gender (e.g., clothing, hairstyle). These studies also show correlations between teen-transition hurdles and suicidality, but not causal relationships. Suicide is a horrifying outcome for too many gender-diverse youth, but its specter should not be used to push forward unrelated medical treatment without professional care or attention for each patient.

Longer-term longitudinal studies are needed to better understand the role of medical interventions on lifetime psychological health, particularly with the newer subset of adolescents presenting with no childhood dysphoria and significant mental health concerns. Research is needed to help determine whether quick medical treatment or a more cautious approach is best in these cases. Based on our experience with patients, we suspect that there will be variability based on age, when gender identity questions first emerged and other factors — which is why an individualized approach with careful assessment is so critical.

Trans youth, more than most patients in the health-care system, require an interdisciplinary approach: Their doctors rely on mental health colleagues for direction, and it is crucial that those therapists take the reins. Without proper assessment, many youths are being rushed toward the medical model, and we don't know if they will be liberated or restrained by it. National figures do not yet exist, but the rising number of detransitioners that clinicians report seeing (they are forming support groups online) indicates that this approach can backfire. This is not the most common outcome of a transition process, but it is hardly unheard of, either. These are typically youth who experienced gender dysphoria and other complex mental health issues, rushed to medicalize their bodies and regretted it later. Only a quarter of them told their doctors they had reversed their transitions, making this population especially hard to track.

Many trans activists want to silence detransitioners or deny their existence, because those cases do add fuel to the conservative agenda that is pushing to deny medical treatment to all transgender young people. (Those conservative views are unacceptable, and medically unsound.) Instead, we should be learning from them and returning to the empirically supported careful assessment model recommended by WPATH. And none of this means that we shouldn't be listening to the views of gender-diverse teens; it only means that we should listen in the fullest and most probing way possible.

The pressure by activist medical and mental health providers, along with some national LGBT organizations to silence the voices of detransitioners and sabotage the discussion around what is occurring in the field is unconscionable. Not only is it harmful to detransitioned young people — to be made to feel as if their lived experiences are not valid, the very idea that the gender-transition treatment is meant to remedy — but it will undoubtedly raise questions regarding the objectivity of our field and our commitment to help trans people. The fact that some people detransition does not mean that transgender people should not receive the services they need.

The energy currently spent fighting this political battle would be much better directed toward improving care for all gender-diverse young people. They deserve nothing less.

Intended for healthcare professionals





**Feature** BMJ Investigation

# Gender dysphoria in young people is rising—and so is professional disagreement

BMJ 2023; 380 doi: https://doi.org/10.1136/bmj.p382 (Published 23 February 2023) Cite this as: BMJ 2023;380:p382

**Jennifer Block, investigations reporter**

*The BMJ*

jblock@bmj.com

More children and adolescents are identifying as transgender and are being offered medical treatment, especially in the US—but some providers and European authorities are urging caution because of a lack of strong evidence. **Jennifer Block** reports

Last October the American Academy of Pediatrics (AAP) gathered inside the Anaheim Convention Center in California for its annual conference. Outside, several dozen people rallied to hear speakers including Abigail Martinez, a mother whose child began hormone treatment at age 16 and died by suicide at age 19. Supporters chanted the teen's given name, Yaeli; counter protesters chanted, "Protect trans youth!" For viewers on a livestream, the feed was interrupted as the two groups fought for the camera.

The AAP conference is one of many flashpoints in the contentious debate in the United States over if, when, and how children and adolescents with gender dysphoria should be medically or surgically treated. US medical professional groups are aligned in support of "gender affirming care" for gender dysphoria, which may include gonadotrophin releasing hormone analogues (GnRHa) to suppress puberty; oestrogen or testosterone to promote secondary sex characteristics; and surgical removal or augmentation of breasts, genitals, or other physical features. At the same time, however, several European countries have issued guidance to limit medical intervention in minors, prioritising psychological care.

The discourse is polarised in the US. Conservative politicians, pundits, and social media influencers accuse providers of pushing "gender ideology" and even "child abuse," lobbying for laws banning medical transition for minors. Progressives argue that denying access to care is a transphobic violation of human rights. There's little dispute within the medical community that children in distress need care, but concerns about the rapid widespread adoption of interventions and calls for rigorous scientific review are coming from across the ideological spectrum.1

## The surge in treatment of minors

More adolescents with no history of gender dysphoria—predominantly birth registered females2—are presenting at
r clinics. A recent analysis of insurance claims by Komodo Health found that nearly 18 000 US minors began
puberty blockers or hormones from 2017 to 2021, the number rising each year.34 Surveys aiming to measure

prevalence have found that about 2% of high school aged teens identify as "transgender."[5] These young people are also more likely than their cisgender peers to have concurrent mental health and neurodiverse conditions including depression, anxiety, attention deficit disorders, and autism.[6] In the US, although Medicaid coverage varies by state and by treatment, the Biden administration has warned states that not covering care is in violation of federal law prohibiting discrimination.[7] Meanwhile, the number of private clinics that focus on providing hormones and surgeries has grown from just a few a decade ago to more than 100 today.[4]

As the number of young people receiving medical transition treatments rises, so have the voices of those who call themselves "detransitioners" or "retransitioners," some of whom claim that early treatment caused preventable harm.[8] Large scale, long term research is lacking,[9] and researchers disagree about how to measure the phenomenon, but two recent studies suggest that as many as 20-30% of patients may discontinue hormone treatment within a few years.[1011] The World Professional Association for Transgender Health (WPATH) asserts that detransition is "rare."[12]

Chloe Cole, now aged 18, had a double mastectomy at age 15 and spoke at the AAP rally. "Many of us were young teenagers when we decided, on the direction of medical experts, to pursue irreversible hormone treatments and surgeries," she read from her tablet at the rally, which had by this time moved indoors to avoid confrontation. "This is not informed consent but a decision forced under extreme duress."

Scott Hadland, chief of adolescent medicine at Massachusetts General Hospital and Harvard Medical School, dismissed the "handful of cruel protesters" outside the AAP meeting in a tweet that morning. He wrote, "Inside 10 000 pediatricians stand in solidarity for trans & gender diverse kids & their families to receive evidence-based, lifesaving, individualized care."[13]

## Same evidence, divergent recommendations

Three organisations have had a major role in shaping the US's approach to gender dysphoria care: WPATH, the AAP, and the Endocrine Society (see box). On 15 September 2022 WPATH published the eighth edition of its Standards of Care for the Health of Transgender and Gender Diverse People, with new chapters on children and adolescents and no minimum age requirements for hormonal and surgical treatments.[212] GnRHa treatment, says WPATH, can be initiated to arrest puberty at its earliest stage, known as Tanner stage 2.

The Endocrine Society also supports hormonal and surgical intervention in adolescents who meet criteria in clinical practice guidelines published in 2009 and updated in 2017.[14] And the AAP's 2018 policy statement, *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents*, says that "various interventions may be considered to better align" a young person's "gender expression with their underlying identity."[15] Among the components of "gender affirmation" the AAP names social transition, puberty blockers, sex hormones, and surgeries. Other prominent professional organisations, such as the American Medical Association, have issued policy statements in opposition to legislation that would curtail access to medical treatment for minors.[16171819]

These documents are often cited to suggest that medical treatment is both uncontroversial and backed by rigorous science. "All of those medical societies find such care to be evidence-based and medically necessary," stated a recent article on transgender healthcare for children published in *Scientific American*.[20] "Transition related healthcare is not controversial in the medical field," wrote Gillian Branstetter, a frequent spokesperson on transgender issues currently with the American Civil Liberties Union, in a 2019 guide for reporters.[21] Two physicians [a]n attorney from Yale recently opined in the *Los Angeles Times* that "gender-affirming care is standard medical [s]upported by major medical organizations . . . Years of study and scientific scrutiny have established safe,

evidence-based guidelines for delivery of lifesaving, gender-affirming care."[22] Rachel Levine, the US assistant secretary for health, told National Public Radio last year regarding such treatment, "There is no argument among medical professionals."[23]

Internationally, however, governing bodies have come to different conclusions regarding the safety and efficacy of medically treating gender dysphoria. Sweden's National Board of Health and Welfare, which sets guidelines for care, determined last year that the risks of puberty blockers and treatment with hormones "currently outweigh the possible benefits" for minors.[24] Finland's Council for Choices in Health Care, a monitoring agency for the country's public health services, issued similar guidelines, calling for psychosocial support as the first line treatment.[25] (Both countries restrict surgery to adults.)

Medical societies in France, Australia, and New Zealand have also leant away from early medicalisation.[26][27] And NHS England, which is in the midst of an independent review of gender identity services, recently said that there was "scarce and inconclusive evidence to support clinical decision making"[28] for minors with gender dysphoria[29] and that for most who present before puberty it will be a "transient phase," requiring clinicians to focus on psychological support and to be "mindful" even of the risks of social transition.[30]

Box **The origins of paediatric gender medicine in the United States**
The World Professional Association for Transgender Health (WPATH) began as a US based advocacy group and issued the first edition of the Standards of Care in 1979, when it was serving a small population of mostly adult male-to-female transsexuals. "WPATH became the standard because there was nobody else doing it," says Erica Anderson, a California based clinical psychologist and former WPATH board member. The professional US organisations that lined up in support "looked heavily to WPATH and the Endocrine Society for their guidance," she told *The BMJ*.

The Endocrine Society's guidance for adolescents grew out of clinicians' research in the Netherlands in the late 1990s and early 2000s. Peggy Cohen-Kettenis, a Utrecht gender clinic psychologist, collaborated with endocrinologists in Amsterdam, one of whom had experience of prescribing gonadotrophin releasing hormone analogues, relatively new at the time. Back then, gender dysphoric teens had to wait until the age of majority for sex hormones, but the team proposed that earlier intervention could benefit carefully selected minors.[40]

The clinic treated one natal female patient with triptorelin, published a case study and feasibility proposal, and began treating a small number of children at the turn of the millennium. The Dutch Protocol was published in 2006, referring to 54 children whose puberty was being suppressed and reporting preliminary results on the first 21.[41] The researchers received funding from Ferring Pharmaceuticals, the manufacturer of triptorelin.

In 2007 the endocrinologist Norman Spack began using the protocol at Boston Children's Hospital and joined Cohen-Kettenis and her Dutch colleagues in writing the Endocrine Society's first clinical practice guideline.[42] When that was published in 2009, puberty had been suppressed in just over 100 gender dysphoric young people.[40]

American Academy of Pediatrics (AAP) committee members began discussing the need for a statement in 2014, four years before publication, says Jason Rafferty, assistant professor of paediatrics and psychiatry at Brown University, Rhode Island, and the statement's lead author. "The AAP recognised that it had a responsibility to provide some clinical guidance, but more importantly to come out with a statement that said we need research, we need to integrate the principles of gender affirmative care into medical education and into
  1 health," he says. "What our policy statement is not meant to be is a protocol or guidelines in and of
  nselves."

# "Don't call them evidence based"

"The brief history of guidelines is that, going back more than 30 years ago, experts would write articles and so on about what people should do. But formal guidelines as we think of them now were seldom or non-existent," says Gordon Guyatt, distinguished professor in the Department of Health Research Methods, Evidence, and Impact at McMaster University, Ontario.

That led to the movement towards developing criteria for what makes a "trustworthy guideline," of which Guyatt was a part.[31] One pillar of this, he told *The BMJ*, is that they "are based on systematic review of the relevant evidence," for which there are also now standards, as opposed to a traditional narrative literature review in which "a bunch of experts write whatever they felt like using no particular standards and no particular structure."

Mark Helfand, professor of medical informatics and clinical epidemiology at Oregon Health and Science University, says, "An evidence based recommendation requires two steps." First, "an unbiased, thorough, critical systematic review of all the relevant evidence." Second, "some commitment to link the strength of the recommendations to the quality of the evidence."

The Endocrine Society commissioned two systematic reviews for its clinical practice guideline, *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons*: one on the effects of sex steroids on lipids and cardiovascular outcomes, the other on their effects on bone health.[32][33] To indicate the quality of evidence underpinning its various guidelines, the Endocrine Society employed the GRADE system (grading of recommendations assessment, development, and evaluation) and judged the quality of evidence for all recommendations on adolescents as "low" or "very low."

Guyatt, who co-developed GRADE, found "serious problems" with the Endocrine Society guidelines, noting that the systematic reviews didn't look at the effect of the interventions on gender dysphoria itself, arguably "the most important outcome." He also noted that the Endocrine Society had at times paired strong recommendations—phrased as "we recommend"—with weak evidence. In the adolescent section, the weaker phrasing "we suggest" is used for pubertal hormone suppression when children "first exhibit physical changes of puberty"; however, the stronger phrasing is used to "recommend" GnRHa treatment.

"GRADE discourages strong recommendations with low or very low quality evidence except under very specific circumstances," Guyatt told *The BMJ*. Those exceptions are "very few and far between," and when used in guidance, their rationale should be made explicit, Guyatt said. In an emailed response, the Endocrine Society referenced the GRADE system's five exceptions, but did not specify which it was applying.

Helfand examined the recently updated WPATH Standards of Care and noted that it "incorporated elements of an evidence based guideline." For one, WPATH commissioned a team at Johns Hopkins University in Maryland to conduct systematic reviews.[34][35] However, WPATH's recommendations lack a grading system to indicate the quality of the evidence—one of several deficiencies. Both Guyatt and Helfand noted that a trustworthy guideline would be transparent about all commissioned systematic reviews: how many were done and what the results were. But Helfand remarked that neither was made clear in the WPATH guidelines and also noted several instances in which the strength of evidence presented to justify a recommendation was "at odds with what their own systematic reviewers found."

For example, one of the commissioned systematic reviews found that the strength of evidence for the conclusions
       ormonal treatment "may improve" quality of life, depression, and anxiety among transgender people was "low,"

and it emphasised the need for more research, "especially among adolescents."[35] The reviewers also concluded that "it was impossible to draw conclusions about the effects of hormone therapy" on death by suicide.

Despite this, WPATH recommends that young people have access to treatments after comprehensive assessment, stating that the "emerging evidence base indicates a general improvement in the lives of transgender adolescents."[12] And more globally, WPATH asserts, "There is strong evidence demonstrating the benefits in quality of life and well-being of gender-affirming treatments, including endocrine and surgical procedures," procedures that "are based on decades of clinical experience and research; therefore, they are not considered experimental, cosmetic, or for the mere convenience of a patient. They are safe and effective at reducing gender incongruence and gender dysphoria."[12]

Those two statements are each followed by more than 20 references, among them the commissioned systematic review. This stood out to Helfand as obscuring which conclusions were based on evidence versus opinion. He says, "It's a very strange thing to feel that they had to cite some of the studies that would have been in the systematic review or purposefully weren't included in the review, because that's what the review is for."

For minors, WPATH contends that the evidence is so limited that "a systematic review regarding outcomes of treatment in adolescents is not possible." But Guyatt counters that "systematic reviews are always possible," even if few or no studies meet the eligibility criteria. If an entity has made a recommendation without one, he says, "they'd be violating standards of trustworthy guidelines." Jason Rafferty, assistant professor of paediatrics and psychiatry at Brown University, Rhode Island, and lead author of the AAP statement, remarks that the AAP's process "doesn't quite fit the definition of systematic review, but it is very comprehensive."

Sweden conducted systematic reviews in 2015 and 2022 and found the evidence on hormonal treatment in adolescents "insufficient and inconclusive."[24] Its new guidelines note the importance of factoring the possibility that young people will detransition, in which case "gender confirming treatment thus may lead to a deteriorating of health and quality of life (i.e., harm)."

Cochrane, an international organisation that has built its reputation on delivering independent evidence reviews, has yet to publish a systematic review of gender treatments in minors. But *The BMJ* has learnt that in 2020 Cochrane accepted a proposal to review puberty blockers and that it worked with a team of researchers through 2021 in developing a protocol, but it ultimately rejected it after peer review. A spokesperson for Cochrane told *The BMJ* that its editors have to consider whether a review "would add value to the existing evidence base," highlighting the work of the UK's National Institute for Health and Care Excellence, which looked at puberty blockers and hormones for adolescents in 2021. "That review found the evidence to be inconclusive, and there have been no significant primary studies published since."

In 2022 the state of Florida's Agency for Health Care Administration commissioned an overview of systematic reviews looking at outcomes "important to patients" with gender dysphoria, including mental health, quality of life, and complications. Two health research methodologists at McMaster University carried out the work, analysing 61 systematic reviews and concluding that "there is great uncertainty about the effects of puberty blockers, cross-sex hormones, and surgeries in young people." The body of evidence, they said, was "not sufficient" to support treatment decisions.

Calling a treatment recommendation "evidence based" should mean that a treatment or guideline has not just been systematically studied, says Helfand, but that there was also a finding of high quality evidence supporting its use.
evidence "doesn't just mean something esoteric about study design, it means there's uncertainty about
er the long term benefits outweigh the harms," Helfand adds.

"Evidence itself never tells you what to do," says Guyatt. That's why guidelines must make explicit the values and preferences that underlie the recommendation.

The Endocrine Society acknowledges in its recommendations on early puberty suppression that it is placing "a high value on avoiding an unsatisfactory physical outcome when secondary sex characteristics have become manifest and irreversible, a higher value on psychological well-being, and a lower value on avoiding potential harm."[14]

WPATH acknowledges that while its latest guidelines are "based upon a more rigorous and methodological evidence-based approach than previous versions," the evidence "is not only based on the published literature (direct as well as background evidence) but also on consensus-based expert opinion." In the absence of high quality evidence and the presence of a patient population in need—who are willing to take on more personal risk—consensus based guidelines are not unwarranted, says Helfand. "But don't call them evidence based."

## An evidence base under construction

In 2015 the US National Institutes of Health awarded a $5.7m (£4.7m; €5.3m) grant to study "the impact of early medical treatment in transgender youth."[36] The abstract submitted by applicants said that the study was "the first in the US to evaluate longitudinal outcomes of medical treatment for transgender youth and will provide essential evidence-based data on the physiological and psychosocial effects and safety" of current treatments. Researchers are following two groups, one of participants who began receiving GnRHa in early puberty and another group who began cross sex hormone treatment in adolescence. The study doesn't include a concurrent no-treatment control group.

Robert Garofalo, chief of adolescent medicine at the Lurie Children's Hospital in Chicago and one of four principal investigators, told a podcast interviewer in May 2022 that the evidence base remained "a challenge . . . it is a discipline where the evidence base is now being assembled" and that "it's truly lagging behind [clinical practice], I think, in some ways." That care, he explained, was "being done safely. But only now, I think, are we really beginning to do the type of research where we're looking at short, medium, and long term outcomes of the care that we are providing in a way that I think hopefully will be either reassuring to institutions and families and patients or also will shed a light on things that we can be doing better."[37]

While Garofalo was doing the research he served as "contributor" on the AAP's widely cited 2018 policy statement, which recommends that children and adolescents "have access to comprehensive, gender-affirming, and developmentally appropriate health care," including puberty blockers, sex hormones, and, on a case-by-case basis, surgeries.[15]

Garofalo said in the May interview, "There is universal support for gender affirming care from every mainstream US based medical society that I can think of: the AMA, the APA, the AAP. I mean, these organisations never agree with one another." Garofalo declined an interview and did not respond to *The BMJ*'s requests for comment.

## The rush to affirm

Sarah Palmer, a paediatrician in private practice in Indiana, is one of five coauthors of a 2022 resolution submitted to the AAP's leadership conference asking that it revisit the policy after "a rigorous systematic review of available evidence regarding the safety, efficacy, and risks of childhood social transition, puberty blockers, cross sex hormones and surgery." In practice, Palmer told *The BMJ*, clinicians define "gender affirming" care so broadly that "it's been taken by many people to mean go ahead and do anything that affirms. One of the main things I've seen it used for is masculinising chest surgery, also known as mastectomy in teenage patients." The AAP has told *The BMJ* that all

policy statements are reviewed after five years and so a "revision is under way," based on its experts' own "robust evidence review."

Palmer says, "I've seen a quick evolution, from kids with a very rare case of gender dysphoria who were treated with a long course of counselling and exploration before hormones were started," to treatment progressing "very quickly—even at the first visit to gender clinic—and there's no psychologist involved anymore."

Laura Edwards-Leeper, a clinical psychologist who worked with the endocrinologist Norman Spack in Boston and coauthored the WPATH guidelines for adolescents, has observed a similar trend. "More providers do not value the mental health component," she says, so in some clinics families come in and their child is "pretty much fast tracked to medical intervention." In a study of teens at Seattle Children's Hospital's gender clinic, two thirds were taking hormones within 12 months of the initial visit.38

The British paediatrician Hilary Cass, in her interim report of a UK review into services for young people with gender identity issues, noted that some NHS staff reported feeling "under pressure to adopt an unquestioning affirmative approach and that this is at odds with the standard process of clinical assessment and diagnosis that they have been trained to undertake in all other clinical encounters."

Eli Coleman, lead author of WPATH's Standards of Care and former director of the Institute for Sexual and Gender Health at the University of Minnesota, told *The BMJ* that the new guidelines emphasised "careful assessment prior to any of these interventions" by clinicians who have appropriate training and competence to assure that minors have "the emotional and cognitive maturity to understand the risks and benefits." He adds, "What we know and what we don't know has to be explained to youth and their parents or caregivers in a balanced way which really details that this is the evidence that we have, that we obviously would like to have more evidence, and that this is a risk-benefit scenario that you have to consider."

Joshua Safer, director of the Center for Transgender Medicine and Surgery at Mount Sinai Hospital in New York and coauthor of the Endocrine Society guidelines, told *The BMJ* that assessment is standard practice at the programme he leads. "We start with a mental health evaluation for anybody under the age of 18," he says. "There's a lot of talking going on—that's a substantial element of things." Safer has heard stories of adolescents leaving a first or second appointment with a prescription in hand but says that these are overblown. "We really do screen these kids pretty well, and the overwhelming majority of kids who get into these programmes do go on to other interventions," he says.

Without an objective diagnostic test, however, others remain concerned. The demand for services has led to a "perfunctory informed consent process," wrote two clinicians and a researcher in a recent issue of the *Journal of Sex and Marital Therapy*,39 in spite of two key uncertainties: the long term impacts of treatment and whether a young person will persist in their gender identity. And the widespread impression of medical consensus doesn't help. "Unfortunately, gender specialists are frequently unfamiliar with, or discount the significance of, the research in support of these two concepts," they wrote. "As a result, the informed consent process rarely adequately discloses this information to patients and their families."

For Guyatt, claims of certainty represent both the success and failure of the evidence based medicine movement. "Everybody now has to claim to be evidence based" in order to be taken seriously, he says—that's the success. But people "don't particularly adhere to the standard of what is evidence based medicine—that's the failure." When there's been a rigorous systematic review of the evidence and the bottom line is that "we don't know,'" he says, then ...ody who then claims they do know is not being evidence based."

# Footnotes

- This feature has been funded by the BMJ Investigations Unit. For details see bmj.com/investigations.

- Competing interests: I have read and understood BMJ policy on declaration of interests and have no relevant interests to declare.

- Provenance: commissioned; externally peer reviewed.

# References

1. Parker K, Horowitz JM, Brown A. Americans' complex views on gender identity and transgender issues. Pew Research Center's Social & Demographic Trends Project. 2022. https://www.pewresearch.org/social-trends/2022/06/28/americans-complex-views-on-gender-identity-and-transgender-issues/

2. Block J. US transgender health guidelines leave age of treatment initiation open to clinical judgment. *BMJ* 2022;**378**:o2303. doi:10.1136/bmj.o2303 pmid:36167353

3. Respaut R, Terhune C. Number of transgender children seeking treatment surges in US. *Reuters* 2022 Oct 6. https://www.reuters.com/investigates/special-report/usa-transyouth-data/

4. Terhune C, Respaut R, Conlin M. As children line up at gender clinics, families confront many unknowns. *Reuters* 2022 Oct 6. https://www.reuters.com/investigates/special-report/usa-transyouth-care/

5. Johns MM, Lowry R, Andrzejewski J, et al. Transgender identity and experiences of violence victimization, substance use, suicide risk, and sexual risk behaviors among high school students—19 States and large urban school districts, 2017. *MMWR Morb Mortal Wkly Rep* 2019;**68**:67-71. . doi:10.15585/mmwr.mm6803a3 pmid:30677012

6. Becerra-Culqui TA, Liu Y, Nash R, et al. Mental health of transgender and gender nonconforming youth compared with their peers. *Pediatrics* 2018;**141**:e20173845. doi:10.1542/peds.2017-3845 pmid:29661941

7. Gomez I, Ranji U, Salganicoff A, et al. Update on Medicaid coverage of gender-affirming health services. KFF. 2022 https://www.kff.org/womens-health-policy/issue-brief/update-on-medicaid-coverage-of-gender-affirming-health-services/

8. Littman L. Individuals treated for gender dysphoria with medical and/or surgical transition who subsequently detransitioned: a survey of 100 detransitioners. *Arch Sex Behav* 2021;**50**:3353-69. doi:10.1007/s10508-021-02163-w pmid:34665380

9. Respaut R, Terhune C, Conlin M. Why detransitioners are crucial to the science of gender care. *Reuters* 2022 Dec 22. https://www.reuters.com/investigates/special-report/usa-transyouth-outcomes/

10. Boyd I, Hackett T, Bewley S. Care of Transgender Patients: A General Practice Quality Improvement Approach. *Healthcare (Basel)* 2022;**10**:121. doi:10.3390/healthcare10010121. pmid:35052285

11. Roberts CM, Klein DA, Adirim TA, Schvey NA, Hisle-Gorman E. Continuation of Gender-affirming Hormones Among Transgender Adolescents and Adults. *J Clin Endocrinol Metab* 2022;**107**:e3937-43. doi:10.1210/clinem/dgac251. pmid:35452119

12. Coleman E, Radix AE, Bouman WP, et al. Standards of care for the health of transgender and gender diverse people, version 8. *Int J Transgend Health* 2022;**23**(Suppl 1):S1-259. doi:10.1080/26895269.2022.2100644 pmid:36238954

13. Hadland S. A handful of cruel protesters outside the #AAP2022 meeting, but inside 10 000 pediatricians stand in solidarity for trans & gender-diverse kids & their families to receive evidence based, lifesaving, individualized care between patients, parents & their doctor. @AmerAcadPeds: pic.twitter.com/b2K2JdRnX9. Twitter. 2022. https://twitter.com/DrScottHadland/status/1578815082590400512

14. Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: n endocrine society clinical practice guideline. *J Clin Endocrinol Metab* 2017;**102**:3869-903. doi:10.1210/jc.2017-1658 pmid:28945902

55

15. Rafferty J, Committee on Psychosocial Aspects of Child and Family Health, Committee on Adolescence, Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics* 2018;**142**:e20182162. doi:10.1542/peds.2018-2162 pmid:30224363

16. American Academy of Child and Adolescent Psychiatry. AACAP statement responding to efforts to ban evidence-based care for transgender and gender diverse. https://www.aacap.org/AACAP/Latest_News/AACAP_Statement_Responding_to_Efforts-to_ban_Evidence-Based_Care_for_Transgender_and_Gender_Diverse.aspx

17. American Medical Association, March 26, 2021: State advocacy update. 2021. https://www.ama-assn.org/health-care-advocacy/advocacy-update/march-26-2021-state-advocacy-update

18. American Psychological Association. Resolution on supporting sexual/gender diverse children and adolescents in schools. 2020. https://www.apa.org/pi/lgbt/resources/policy/gender-diverse-children

19. American Psychiatric Association. Position statement on treatment of transgender (trans) and gender diverse youth. 2020. https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents-Policies/Policies/Position-Transgender-Gender-Diverse-Youth.pdf

20. Boerner H. What the science on gender-affirming care for transgender kids really shows. *Sci Am* 2022 (published online 12 May). https://www.scientificamerican.com/article/what-the-science-on-gender-affirming-care-for-transgender-kids-really-shows/

21. Branstetter G. Transgender youth & health care: a guide for reporters. *Medium* 2019. https://gillbranstetter.medium.com/transgender-youth-health-care-a-guide-for-reporters-820f8fbaff21

22. Olezeski C, McNamara M, Alstott A. Op-ed: Denying trans youth gender-affirming care is an affront to science and medical ethics. *Los Angeles Times* 2022. https://www.latimes.com/opinion/story/2022-06-13/trans-youth-healthcare-state-bans

23. Simmons-Duffin S. Rachel Levine calls state anti-LGBTQ bills disturbing and dangerous to trans youth. *NPR* 2022 Apr 29. https://www.npr.org/sections/health-shots/2022/04/29/1095227346/rachel-levine-calls-state-anti-lgbtq-bills-disturbing-and-dangerous-to-trans-you

24. Socialstyrelsen: National Board of Health and Welfare. Care of children and adolescents with gender dysphoria. Report 2022-3-7799. 2022. https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2022-3-7799.pdf

25. Palveluvalikoima (Council for Choices in Health Care in Finland). Medical treatment methods for gender dysphoria in non-binary adults—recommendation. Jun 2020. https://palveluvalikoima.fi/documents/1237350/22895623/Summary_non-binary_en.pdf/8e5f9035-6c98-40d9-6acd-7459516d6f92/Summary_non-binary_en.pdf?t=1592318035000

26. Académie Nationale de Médecine. La médecine face à la transidentité de genre chez les enfants et les adolescents [Medicine and gender transidentity in children and adolescents. 25 Feb 2022. https://www.academie-medecine.fr/la-medecine-face-a-la-transidentite-de-genre-chez-les-enfants-et-les-adolescents/?lang=en (In French and English)

27. Royal Australian and New Zealand College of Psychiatrists. Recognising and addressing the mental health needs of people experiencing gender dysphoria/gender incongruence. 2021. https://www.ranzcp.org/news-policy/policy-and-advocacy/position-statements/gender-dysphoria

28. NHS England. Implementing advice from the Cass review. https://www.england.nhs.uk/commissioning/spec-services/npc-crg/gender-dysphoria-clinical-programme/implementing-advice-from-the-cass-review/

29. Cass Review. NICE evidence reviews. 2021. https://cass.independent-review.uk/nice-evidence-reviews/

30. NHS England. Interim service specification: specialist service for children and young people with gender dysphoria (phase 1 providers). Oct 2022. https://www.engage.england.nhs.uk/specialised-commissioning/gender-dysphoria-services/user_uploads/b1937-ii-specialist-service-for-children-and-young-people-with-gender-dysphoria-1.pdf

Institute of Medicine, Board on Health Care Services, Committee on Standards for Developing Trustworthy Clinical Practice Guidelines. *Clinical practice guidelines we can trust*. National Academies Press, 2011.

https://play.google.com/store/books/details?id=b_RTRs8SE0YC

32. Maraka S, Singh Ospina N, Rodriguez-Gutierrez R, et al. Sex steroids and cardiovascular outcomes in transgender individuals: a systematic review and meta-analysis. *J Clin Endocrinol Metab* 2017;**102**:3914-23. doi:10.1210/jc.2017-01643 pmid:28945852

33. Singh-Ospina N, Maraka S, Rodriguez-Gutierrez R, et al. Effect of sex steroids on the bone health of transgender individuals: a systematic review and meta-analysis. *J Clin Endocrinol Metab* 2017;**102**:3904-13. doi:10.1210/jc.2017-01642 pmid:28945851

34. Wilson LM, Baker KE, Sharma R, Dukhanin V, McArthur K, Robinson KA. Effects of antiandrogens on prolactin levels among transgender women on estrogen therapy: A systematic review. *Int J Transgend Health* 2020;**21**:391-402. doi:10.1080/15532739.2020.1819505 pmid:34993517

35. Baker KE, Wilson LM, Sharma R, Dukhanin V, McArthur K, Robinson KA. Hormone therapy, mental health, and quality of life among transgender people: a systematic review. *J Endocr Soc* 2021;5:bvab011.

36. National Institutes of Health. The impact of early medical treatment in transgender youth. NIH Reporter. https://reporter.nih.gov/project-details/8965408

37. Northwestern University Feinberg School of Medicine. Evidence-based gender-affirming care for young adults with Robert Garofalo, MD, MPH. 20 May 2022. https://www.feinberg.northwestern.edu/research/news/podcast/2022/evidence-based-gender-affirming%20-care-for-young-adults-with-robert-Garofalo-md-mph.html

38. Tordoff DM, Wanta JW, Collin A, Stepney C, Inwards-Breland DJ, Ahrens K. Mental health outcomes in transgender and nonbinary youths receiving gender-affirming care. *JAMA Netw Open* 2022;**5**:e220978. doi:10.1001/jamanetworkopen.2022.0978 pmid:35212746

39. Levine SB, Abbruzzese E, Mason JW. Reconsidering informed consent for trans-identified children, adolescents, and young adults. *J Sex Marital Ther* 2022;**48**:706-27. doi:10.1080/0092623X.2022.2046221 pmid:35300570

40. Biggs M. The Dutch Protocol for Juvenile Transsexuals: Origins and Evidence. *J Sex Marital Ther* 2022:1-21. doi:10.1080/0092623X.2022.2121238 pmid:36120756

41. Delemarre-van de Waal HA, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. *Eur J Endocrinol* 2006;**155**(Supp 1):S131-7. https://academic.oup.com/ejendo/article/155/Supplement_1/S131/6695708doi:10.1530/eje.1.02231.

42. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, et al., Endocrine Society. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab* 2009;**94**:3132-54. doi:10.1210/jc.2009-0345 pmid:19509099

Should covid-19 vaccines and drugs be "not for profit"?

○ Yes
○ No

[ Vote ]  View Results



Clinical Policy:

# Puberty suppressing hormones (PSH) for children and young people who have gender incongruence / gender dysphoria [1927]

Publication date: 12 March 2024

## Commissioning position

Puberty suppressing hormones (PSH) are not available as a routine commissioning treatment option for treatment of children and young people who have gender incongruence / gender dysphoria.

## Background

Gender incongruence / dysphoria is a condition where a person experiences discomfort or distress that is caused by a discrepancy between a person's gender identity[1] (how they see themselves regarding their gender) and that person's natal sex (and the associated gender role, and/or primary and secondary sex characteristics).

Diagnostic approaches have been described with reference to the Diagnostic and Statistical Manual of Mental Health Disorders Version 5 published in 2013 (gender dysphoria); and the International Statistical Classification of Diseases and Related Health Problems version 11 effective 2022 (gender incongruence).

The reason why some people experience gender incongruence is not fully understood and it is likely that the development of gender identity is multifactorial and influenced by both biological and social factors. Gender variant behaviours may start between ages 3 and 5 years, the same age at which most typically developing children begin showing gendered behaviours and interests (Fast et al, 2018). Gender atypical behaviour is common among young children and may be part of normal development (Young et al, 2019). Children who meet the criteria for gender incongruence / gender dysphoria may or may not continue to experience the conflict between their physical gender and the one with which they identify into adolescence and adulthood (Ristori et al, 2016).

---

[1] "Gender" refers to the roles, behaviours, activities, attributes and opportunities that any society considers appropriate for girls and boys, and women and men." [source: WHO website Health Topics: Gender, at https://www.who.int/health-topics/gender]



DEFENDANT'S
EXHIBIT NO: 22
FOR IDENTIFICATION
DATE: 4-4.24   RPTR: J
PENGAD 800-631-6989

Gender incongruence / gender dysphoria can become more distressing in adolescence due to the pubertal development of secondary sex characteristics and increasing social divisions between genders. Some studies have found that young people with gender incongruence / gender dysphoria may present to gender identity development services with a range of associated difficulties (e.g. bullying, low mood / depression and self-harm and suicidality).

PSH competitively block puberty hormone receptors to prevent the spontaneous release of two puberty inducing hormones, Follicular Stimulating Hormone (FSH) and Luteinising Hormone (LH) from the pituitary gland. This arrests the progress of puberty, delaying the development of secondary sexual characteristics. In England, the puberty suppressor triptorelin (a synthetic decapeptide analogue of a natural puberty hormone, which has marketing authorisations for the treatment of prostate cancer, endometriosis and central precocious puberty) is one of the puberty suppressing hormones used for this purpose. The use of triptorelin for children and adolescents with gender incongruence is off-label.

In January 2020, a Policy Working Group (PWG) was established by NHS England to undertake a review of the published evidence. As part of this process, the National Institute for Health and Care Excellence (NICE) was commissioned to review the published evidence on Gonadotrophin Releasing Hormone Analogues (GnRHa). Nine observational studies were included in the evidence review (NICE 2020). Overall, there was no statistically significant difference in gender dysphoria, mental health, body image and psychosocial functioning in children and adolescents treated with GnRHa (2020). The quality of evidence for all these outcomes was assessed as very low certainty using modified GRADE. There remains limited short-term and long-term safety data for GnRHa. GnRHa may reduce the expected increase in lumbar or femoral bone density during puberty. A re-run of the search was undertaken by NHS England in April 2023 to capture literature published after the NICE evidence review in 2020. Nine further studies were identified.

## Current treatments

Treatment of individuals with gender incongruence / gender dysphoria is recommended to be tailored to the specific needs of individual patients and aims to ameliorate the potentially negative impact of gender incongruence on general developmental processes, to support young people and their families in managing the uncertainties inherent in gender identity development and to provide ongoing opportunities for exploration of gender identity (Ristori et al, 2016).

The primary intervention focuses on psychosocial and psychological support; for some individuals, the use of PSH in adolescence to suppress puberty has previously been a treatment option though no NHS clinical commissioning policy has been in place; this may be followed later with gender-affirming hormones of the desired sex (NHS England, 2013). If individuals fulfil additional criteria, they may have various types of gender affirming surgery from the age of 18 years through adult Gender Dysphoria Clinics (NHS England, 2013).

## What we have decided

NHS England has carefully considered the evidence review conducted by NICE (2020) and has identified and reviewed any further published evidence available to date.

We have concluded that there is not enough evidence to support the safety or clinical effectiveness of PSH to make the treatment routinely available at this time.

## Links and updates to other policies

NHS England has no other policies relating to the sole use of PSH for the treatment of children and adolescents who have gender incongruence.

This document relates to the specialised service for Children and Young People with Gender Incongruence:

- Interim Service Specification for specialist gender incongruence services for children and   young people

And to the following policy:
- Clinical commissioning policy for prescribing cross sex hormones

This document will be reviewed when information is received which indicates that the policy requires revision. If a review is needed due to a new evidence base then a new Preliminary Policy Proposal needs to be submitted by contacting england.CET@nhs.net.

## Equality statement

Promoting equality and addressing health inequalities are at the heart of NHS England's values. Throughout the development of the policies and processes cited in this document, we have:

- Given due regard to the need to eliminate discrimination, harassment and victimisation, to advance equality of opportunity, and to foster good relations between people who share a relevant protected characteristic (as cited under the Equality Act 2010) and those who do not share it; and
- Given regard to the need to reduce inequalities between patients in access to, and outcomes from healthcare services and to ensure services are provided in an integrated way where this might reduce health inequalities.

## Definitions

Gender incongruence

Gender incongruence is where a person experiences discomfort or distress because there is a mismatch between their experienced gender as compared with their assigned sex and its associated physical primary and secondary sex characteristics.

| Puberty suppressing hormones | Synthetic (man-made) hormones that suppress the hormones naturally produced by the body and in doing so, suppress puberty, with the aim of reducing the level of puberty-related anxiety in an individual with gender incongruence. |
|---|---|
| GRADE | Grading of Recommendations, Assessment, Development, and Evaluations (GRADE) is a transparent framework for developing and presenting summaries of evidence and provides a systematic approach for making clinical practice recommendations. |

## References

World Health Organisation (2018) International Classification of Diseases 11. Available from https://icd.who.int/

Fast, A.A. and Olson, K.R. , Gender Development in Transgender Preschool Children. Child Dev, (2018).89: 620-637. doi:10.1111/cdev.1275

Ristori J, Steensma TD. Gender dysphoria in childhood. Int Rev Psychiatry. 2016;28(1):13-20. doi:10.3109/09540261.2015.1115754

Young, N., Jean, E., Citro, T. (2019). Acceptance, Understanding and the Moral Imperative of promoting social justice education in the schoolhouse. Delaware. Vernon Press p.40

National Institute for Health and Care Excellence (2020). Evidence Review: Gonadotrophin Releasing Hormone Analogues for Children and Adolescents with Gender Dysphoria. Available from: Nice Evidence Reviews – Cass Review.