# EXHIBIT 67

INTERNATIONAL JOURNAL OF TRANSGENDER HEALTH   S67

## CHAPTER 7 Children

These Standards of Care pertain to prepubescent gender diverse children and are based on research, ethical principles, and accumulated expert knowledge. The principles underlying these standards include the following 1) childhood gender diversity is an expected aspect of general human development (Endocrine Society and Pediatric Endocrine Society, 2020; Telfer et al., 2018); 2) childhood gender diversity is not a pathology or mental health disorder (Endocrine Society and Pediatric Endocrine Society, 2020; Oliphant et al., 2018; Telfer et al., 2018); 3) diverse gender expressions in children cannot always be assumed to reflect a transgender identity or gender incongruence (Ehrensaft, 2016; Ehrensaft, 2018; Rael et al., 2019); 4) guidance from mental health professionals (MHPs) with expertise in gender care for children can be helpful in supporting positive adaptation as well as discernment of gender-related needs over time (APA, 2015; Ehrensaft, 2018; Telfer et al., 2018); 5) conversion therapies for gender diversity in children (i.e., any "therapeutic" attempts to compel a gender diverse child through words, actions, or both to identify with, or behave in accordance with, the gender associated with the sex assigned at birth are harmful and we repudiate their use (APA, 2021; Ashley, 2019b, Paré, 2020; SAMHSA, 2015; Telfer et al., 2018; UN Human Rights Council, 2020).

Throughout the text, the term "health care professional" (HCP) is used broadly to refer to professionals working with gender diverse children. Unlike pubescent youth and adults, prepubescent gender diverse children are not eligible to access medical intervention (Pediatric Endocrine Society, 2020); therefore, when professional input is sought, it is most likely to be from an HCP specialized in psychosocial supports and gender development. Thus, this chapter is uniquely focused on developmentally appropriate psychosocial practices, although other HCPs, such as pediatricians and family practice HCPs may also find these standards useful as they engage in professional work with gender diverse children and their families.

This chapter employs the term "gender diverse" given that gender trajectories in prepubescent children cannot be predicted and may evolve over time (Steensma, Kreukels et al., 2013). At the same time, this chapter recognizes some children will remain stable in a gender identity they articulate early in life that is discrepant from the sex assigned at birth (Olson et al., 2022). The term, "gender diverse" includes transgender binary and nonbinary children, as well as gender diverse children who will ultimately not identify as transgender later in life. Terminology is inherently culturally bound and evolves over time. Thus, it is possible terms used here may become outdated and we will find better descriptors.

This chapter describes aspects of medical necessary care intended to promote the well-being and gender-related needs of children (see medically necessary statement in the Global Applicability chapter, Statement 2.1). This chapter advocates everyone employs these standards, to the extent possible. There may be situations or locations in which the recommended resources are not fully available. HCPs/teams lacking resources need to work toward meeting these standards. However, if unavoidable limitations preclude components of these recommendations, this should not hinder providing the best services currently available. In those locations where some but not all recommended services exist, choosing not to implement potentially beneficial care services risks harm to a child (Murchison et al., 2016; Telfer et al., 2018; Riggs et al., 2020). Overall, it is imperative to prioritize a child's best interests.

A vast empirical psychological literature indicates early childhood experiences frequently set the stage for lifelong patterns of risk and/or resilience and contribute to a trajectory of development more or less conducive to well-being and a positive quality of life (Anda et al., 2010; Masten & Cicchetti, 2010; Shonkoff & Garner, 2012). The available research indicates, in general, gender diverse youth are at greater risk for experiencing psychological difficulties (Ristori & Steensma, 2016) than age- matched cisgender peers as a result of encountering destructive experiences, including trauma and maltreatment stemming from gender diversity-related rejection and other harsh, non-accepting interactions (Barrow & Apostle, 2018; Giovanardi et al., 2018; Gower, Rider, Brown et al., 2018; Grossman & D'Augelli, 2006; Hendricks & Testa, 2012; Reisner, Greytak



EXHIBIT
Janssen
4-12-24 KB

1

et al., 2015; Roberts et al., 2014; Tishelman & Neumann-Mascis, 2018). Further, literature indicates prepubescent children who are well accepted in their gender diverse identities are generally well-adjusted (Malpas et al., 2018; Olson et al., 2016). Assessment and treatment of children typically emphasizes an *ecological* approach, recognizing children need to be safe and nurtured in each setting they frequent (Belsky, 1993; Bronfenbrenner, 1979; Kaufman & Tishelman, 2018; Lynch & Cicchetti, 1998; Tishelman et al., 2010; Zielinski & Bradshaw, 2006). Thus, the perspective of this chapter draws on basic psychological literature and knowledge of the unique risks to gender diverse children and emphasizes the integration of an ecological approach to understanding their needs and to facilitating positive mental health in all gender care. This perspective prioritizes fostering well-being and quality of life for a child throughout their development. Additionally, this chapter also embraces the viewpoint, supported by the substantial psychological research cited above, that psychosocial gender-affirming care (Hidalgo et al., 2013) for prepubescent children offers a window of opportunity to promote a trajectory of well-being that will sustain them over time and during the transition to adolescence. This approach potentially can mitigate some of the common mental health risks faced by transgender and gender diverse (TGD) teens, as frequently described in literature (Chen et al., 2021; Edwards-Leeper et al., 2017; Haas et al., 2011; Leibowitz & de Vries, 2016; Reisner, Bradford et al., 2015; Reisner, Greytak et al., 2015).

Developmental research has focused on understanding various aspects of gender development in the earliest years of childhood based on a general population of prepubescent children. This research has typically relied on the assumption that child research participants are cisgender (Olezeski et al., 2020) and has reported gender identity stability is established in the preschool years for the general population of children, most of whom are likely not gender diverse (Kohlberg, 1966; Steensma, Kreukels et al., 2013). Recently, developmental research has demonstrated gender diversity can be observed and identified in young prepubescent children (Fast & Olson, 2018; Olson & Gülgöz, 2018; Robles et al., 2016). Nonetheless, empirical

study in this area is limited, and at this time there are no psychometrically sound assessment measures capable of reliably and/or fully ascertaining a prepubescent child's self-understanding of their own gender and/or gender-related needs and preferences (Bloom et al., 2021). Therefore, this chapter emphasizes the importance of a nuanced and individualized clinical approach to gender assessment, consistent with the recommendations from various guidelines and literature (Berg & Edwards-Leeper, 2018; de Vries & Cohen-Kettenis, 2012; Ehrensaft, 2018; Steensma & Wensing-Kruger, 2019). Research and clinical experience have indicated gender diversity in prepubescent children may, for some, be fluid; there are no reliable means of predicting an individual child's gender evolution (Edwards-Leeper et al., 2016; Ehrensaft, 2018; Steensma, Kreukels et al., 2013), and the gender-related needs for a particular child may vary over the course of their childhood.

It is important to understand the meaning of the term "assessment" (sometimes used synonymously with the term "evaluation"). There are multiple contexts for assessment (Krishnamurthy et al., 2004) including rapid assessments that take place during an immediate crisis (e.g., safety assessment when a child may be suicidal) and focused assessments when a family may have a circumscribed question, often in the context of a relatively brief consultation (Berg & Edwards-Leeper, 2018). The term assessment is also often used in reference to "diagnostic assessment," which can also be called an "intake" and is for the purpose of determining whether there is an issue that is diagnosable and/or could benefit from a therapeutic process. This chapter focus on comprehensive assessments, useful for understanding a child and family's needs and goals (APA, 2015; de Vries & Cohen-Kettenis, 2012; Srinath et al., 2019; Steensma & Wensing-Kruger, 2019). This type of psychosocial assessment is not necessary for all gender diverse children, but may be requested for a number of reasons. Assessments may present a useful opportunity to start a process of support for a gender diverse child and their family, with the understanding that gender diverse children benefit when their family dynamics include

### Statements of Recommendations

7.1- We recommend health care professionals working with gender diverse children receive training and have expertise in gender development and gender diversity in children and possess a general knowledge of gender diversity across the life span.

7.2- We recommend health care professionals working with gender diverse children receive theoretical and evidenced-based training and develop expertise in general child and family mental health across the developmental spectrum.

7.3- We recommend health care professionals working with gender diverse children receive training and develop expertise in autism spectrum disorders and other neurodiversity or collaborate with an expert with relevant expertise when working with autistic/neurodivergent, gender diverse children.

7.4- We recommend health care professionals working with gender diverse children engage in continuing education related to gender diverse children and families.

7.5- We recommend health care professionals conducting an assessment with gender diverse children access and integrate information from multiple sources as part of the assessment.

7.6- We recommend health care professionals conducting an assessment with gender diverse children consider relevant developmental factors, neurocognitive functioning, and language skills.

7.7- We recommend health care professionals conducting an assessment with gender diverse children consider factors that may constrain accurate reporting of gender identity/gender expression by the child and/or caregiver(s).

7.8- We recommend health care professionals consider consultation, psychotherapy, or both for a gender diverse child and family/ caregivers when families and health care professionals believe this would benefit the well-being and development of a child and/or family.

7.9- We recommend health care professionals offering consultation, psychotherapy, or both to gender diverse children and families/caregivers work with other settings and individuals important to the child to promote the child's resilience and emotional well-being.

7.10- We recommend health care professionals offering consultation, psychotherapy, or both to gender diverse children and families/caregivers provide both parties with age-appropriate psychoeducation about gender development.

7.11- We recommend that health care professionals provide information to gender diverse children and their families/caregivers as the child approaches puberty about potential gender affirming medical interventions, the effects of these treatments on future fertility, and options for fertility preservation.

7.12- We recommend parents/caregivers and health care professionals respond supportively to children who desire to be acknowledged as the gender that matches their internal sense of gender identity.

7.13- We recommend health care professionals and parents/caregivers support children to continue to explore their gender throughout the pre-pubescent years, regardless of social transition.

7.14- We recommend the health care professionals discuss the potential benefits and risks of a social transition with families who are considering it.

7.15- We suggest health care professionals consider working collaboratively with other professionals and organizations to promote the well-being of gender diverse children and minimize the adversities they may face.

---

acceptance of their gender diversity and parenting guidance when requested. Comprehensive assessments are appropriate when solicited by a family requesting a full understanding of the child's gender and mental health needs in the context of gender diversity.

In these circumstances, family member mental health issues, family dynamics, and social and cultural contexts, all of which impact a gender diverse child, should be taken into consideration (Barrow & Apostle, 2018; Brown & Mar, 2018; Cohen-Kettenis et al., 2003; Hendricks & Testa, 2012; Kaufman & Tishelman, 2018; Ristori & Steensma, 2016; Tishelman & Neumann-Mascis, 2018). This is further elaborated upon in the text below.

It is important HCPs working with gender diverse children strive to understand the child and the family's various aspects of identity and experience: racial, ethnic, immigrant/refugee status, religious, geographic, and socio-economic, for example, and be respectful and sensitive to cultural

context in clinical interactions (Telfer et al., 2018). Many factors may be relevant to culture and gender, including religious beliefs, gender-related expectations, and the degree to which gender diversity is accepted (Oliphant et al., 2018). Intersections between gender diversity, sociocultural diversity, and minority statuses can be sources of strength, social stress, or both (Brown & Mar, 2018; Oliphant et al., 2018; Riggs & Treharne, 2016).

Each child, family member, and family dynamic is unique and potentially encompasses multiple cultures and belief patterns. Thus, HCPs of all disciplines should avoid stereotyping based on preconceived ideas that may be incorrect or biased (e.g., that a family who belongs to a religious organization that is opposed to appreciating gender diversity will necessarily be unsupportive of their child's gender diversity) (Brown & Mar, 2018). Instead, it is essential to approach each family openly and understand each family member and family pattern as distinct.

All the statements in this chapter have been recommended based on a thorough review of evidence, an assessment of the benefits and harms, values and preferences of providers and patients, and resource use and feasibility. In some cases, we recognize evidence is limited and/or services may not be accessible or desirable.

## Statement 7.1

**We recommend the health care professionals working with gender diverse children receive training and have expertise in gender development and gender diversity in children and possess general knowledge of gender diversity across the life span.**

HCPs working with gender diverse children should acquire and maintain the necessary training and credentials relevant to the scope of their role as professionals. This includes licensure, certification, or both by appropriate national and/or regional accrediting bodies. We recognize the specifics of credentialing and regulation of professionals vary globally. Importantly, basic licensure, certification, or both may be insufficient in and of itself to ensure competency working with gender diverse children, as HCPs specifically require in-depth training and supervised experience in childhood gender development and gender diversity to provide appropriate care.

## Statement 7. 2

**We recommend health care professionals working with gender diverse children receive theoretical and evidenced-based training and develop expertise in general child and family mental health across the developmental spectrum.**

HCPs should receive training and supervised expertise in general child and family mental health across the developmental spectrum from toddlerhood through adolescence, including evidence-based assessment and intervention approaches. Gender diversity is not a mental health disorder; however, as cited above, we know mental health can be adversely impacted for gender diverse children (e.g., through gender minority stress) (Hendricks & Testa, 2012) that may benefit from exploration and support; therefore, mental health expertise is highly recommended. Working with children is a complex endeavor, involving an understanding of a child's developmental needs at various ages, the ability to comprehend the forces impacting a child's well-being both inside and outside the family (Kaufman & Tishelman, 2018), and an ability to fully assess when a child is unhappy or experiencing significant mental health difficulties, related or unrelated to gender. Research has indicated high levels of adverse experiences and trauma in the gender diverse community of children, including susceptibility to rejection or even maltreatment (APA, 2015; Barrow & Apostle, 2018; Giovanardi et al., 2018; Reisner, Greytak et al., 2015; Roberts et al., 2012; Tishelman & Neumann-Mascis, 2018). HCPs need to be cognizant of the potential for adverse experiences and be able to initiate effective interventions to prevent harm and promote positive well-being.

## Statement 7.3

**We recommend health care professionals working with gender diverse children receive training and develop expertise in autism spectrum disorders and other neurodiversity or collaborate with an expert with relevant expertise when working with autistic/neurodivergent, gender diverse children.**

The experience of gender diversity in autistic children as well as in children with other forms of neurodivergence may present extra clinical complexities (de Vries et al., 2010; Strang, Meagher et al., 2018). For example, autistic children may find it difficult to self-advocate for their gender-related needs and may communicate in highly individualistic ways (Kuvalanka et al., 2018; Strang, Powers et al., 2018). They may have varied interpretations of gender-related experiences given common differences in communication and thinking style. Because of the unique needs of gender diverse neurodivergent children, they may be at high risk for being misunderstood (i.e., for their communications to be misinterpreted). Therefore, professionals providing support to these children can best serve them by receiving training and developing expertise in autism and related neurodevelopmental presentations and/or collaborating with autism specialists (Strang, Meagher et al., 2018). Such training is especially relevant as research has documented

higher rates of autism among gender diverse youth than in the general population (de Vries et al., 2010; Hisle-Gorman et al., 2019; Shumer et al., 2015).

### Statement 7.4

**We recommend health care professionals working with gender diverse children engage in continuing education related to gender diverse children and families.**

Continuing professional development regarding gender diverse children and families may be acquired through various means, including through readings (journal articles, books, websites associated with gender knowledgeable organizations), attending on-line and in person trainings, and joining peer supervision/consultation groups (Bartholomaeus et al., 2021).

Continuing education includes 1) maintaining up-to-date knowledge of available and relevant research on gender development and gender diversity in prepubescent children and gender diversity across the life span; 2) maintaining current knowledge regarding best practices for assessment, support, and treatment approaches with gender diverse children and families. This is a relatively new area of practice and health care professionals need to adapt as new information emerges through research and other avenues (Bartholomaeus et al., 2021).

### Statement 7.5

**We recommend health care professionals conducting an assessment with gender diverse children access and integrate information from multiple sources as part of the assessment.**

A comprehensive assessment, when requested by a family and/or an HCP can be useful for developing intervention recommendations, as needed, to benefit the well-being of the child and other family members. Such an assessment can be beneficial in a variety of situations when a child and/or their family/guardians, in coordination with providers, feel some type of intervention would be helpful. Neither assessments nor interventions should ever be used as a means of covertly or overtly discouraging a child's gender diverse expressions or identity. Instead, with appropriately trained providers, assessment can be an effective means of better understanding how to support a child and their family without privileging any particular gender identity or expression. An assessment can be especially important for some children and their families by collaborating to promote a child's gender health, well-being, and self-fulfillment.

A comprehensive assessment can facilitate the formation of an individualized plan to assist a gender diverse prepubescent children and family members (de Vries & Cohen-Kettenis, 2012; Malpas et al., 2018; Steensma & Wensing-Kruger, 2019; Telfer et al., 2018; Tishelman & Kaufman, 2018). In such an assessment, integrating information from multiple sources is important to 1) best understand the child's gender needs and make recommendations; and 2) identify areas of child, family/caregiver, and community strengths and supports specific to the child's gender status and development as well as risks and concerns for the child, their family/caregivers and environment. Multiple informants for both evaluation and support/intervention planning purposes may include the child, parents/caregivers, extended family members, siblings, school personnel, HCPs, the community, broader cultural and legal contexts and other sources as indicated (Berg & Edwards-Leeper, 2018; Srinath, 2019).

An HCP conducting an assessment of gender diverse children needs to explore gender-related issues but must also take a broad view of the child and the environment, consistent with the ecological model described above (Bronfenbrenner, 1979) to fully understand the factors impacting a child's well-being and areas of gender support and risk (Berg & Edwards-Leeper, 2018; Hendricks & Testa, 2012; Kaufman & Tishelman, 2018; Tishelman & Neumann-Mascis, 2018). This includes understanding the strengths and challenges experienced by the child/family and that are present in the environment. We advise HCPs conducting an assessment with gender diverse children to consider incorporating multiple assessment domains, depending on the child and the family's needs and circumstances. Although some of the latter listed domains below do not directly address the child's gender (see items 7–12 below), they need to be accounted for in a gender assessment, as indicated by clinical judgment, to understand the complex web of factors

that may be affecting the child's well-being in an integrated fashion, including gender health, consistent with evaluation best practices a (APA, 2015; Berg & Edwards-Leeper, 2018; Malpas et al., 2018) and develop a multi-pronged intervention when needed.

Summarizing from relevant research and clinical expertise, assessment domains often include 1) a child's asserted gender identity and gender expression, currently and historically; 2) evidence of dysphoria, gender incongruence, or both; 3) strengths and challenges related to the child, family, peer and others' beliefs and attitudes about gender diversity, acceptance and support for child; 4) child and family experiences of gender minority stress and rejection, hostility, or both due to the child's gender diversity; 5) level of support related to gender diversity in social contexts (e.g., school, faith community, extended family); 6) evaluation of conflict regarding the child's gender and/or parental/caregiver/sibling concerning behavior related to the child's gender diversity; 7) child mental health, communication and/or cognitive strengths and challenges, neurodivergence, and/or behavioral challenges causing significant functional difficulty; 8) relevant medical and developmental history; 9) areas that may pose risks (e.g., exposure to domestic and/or community violence, any form of child maltreatment; history of trauma; safety and/or victimization with peers or in any other setting; suicidality); 10) co-occurring significant family stressors, such as chronic or terminal illness, homelessness or poverty; 11) parent/caregiver and/or sibling mental health and/or behavioral challenges causing significant functional difficulty; and 12) child's and family's strengths and challenges.

A thorough assessment incorporating multiple forms of information gathering is helpful for understanding the needs, strengths, protective factors, and risks for a specific child and family across environments (e.g., home/school). Methods of information gathering often include 1) interviews with the child, family members and others (e.g., teachers), structured and unstructured; 2) caregiver and child completed standardized measures related to gender; general child well-being; child cognitive and communication skills and developmental disorders/disabilities; support and acceptance by parent/caregiver, sibling, extended

family and peers; parental stress; history of childhood adversities; and/or other issues as appropriate (APA, 2020; Berg & Edwards-Leeper, 2018; Kaufman & Tishelman, 2018; Srinath, 2019).

Depending on the family characteristics, the developmental profile of the child, or both, methods of information gathering also may also benefit from including the following 1) child and/or family observation, structured and unstructured; and 2) structured and visually supported assessment techniques (worksheets; self-portraits; family drawings, etc.) (Berg & Edwards-Leeper, 2018).

Statement 7.6

**We recommend that health care professionals conducting an assessment with gender diverse children consider relevant developmental factors, neurocognitive functioning and language skills.**

Given the complexities of assessing young children who, unlike adults, are in the process of development across a range of domains (cognitive, social, emotional, physiological), it is important to consider the developmental status of a child and gear assessment modalities and interactions to the individualized abilities of the child. This includes tailoring the assessment to a child's developmental stage and abilities (preschoolers, school age, early puberty prior to adolescence), including using language and assessment approaches that prioritize a child's comfort, language skills, and means of self-expression (Berg & Edwards-Leeper, 2018; Srinath, 2019). For example, relevant developmental factors, such as neurocognitive differences (e.g., autism spectrum conditions), and receptive and expressive language skills should be considered in conducting the assessment. Health care professionals may need to consult with specialists for guidance in cases in which they do not possess the specialized skills themselves (Strang et al., 2021).

Statement 7.7

**We recommend health care professionals conducting an assessment with gender diverse children consider factors that may constrain accurate reporting of gender identity/gender expression by the child and/or family/caregiver(s).**

INTERNATIONAL JOURNAL OF TRANSGENDER HEALTH   S73

HCPs conducting an assessment with gender diverse children and families need to account for developmental, emotional, and environmental factors that may constrain a child's, caregiver's, sibling or other's report or influence their belief systems related to gender (Riggs & Bartholomaeus, 2018). As with all child psychological assessments, environmental and family/caregiver reactions (e.g., punishment), and/or cognitive and social factors may influence a child's comfort and/or ability to directly discuss certain factors, including gender identity and related issues (Srinath, 2019). Similarly, family members may feel constrained in freely expressing their concerns and ideas depending on family conflicts or dynamics and/or other influences (e.g., cultural/religious; extended family pressure) (Riggs & Bartholomaeus, 2018).

### Statement 7.8

**We recommend health care professionals consider consultation, psychotherapy, or both for a gender diverse child and family/caregivers when families and health care professionals believe this would benefit the well-being and development of a child and/or family.**

The goal of psychotherapy should never be aimed at modifying a child's gender identity (APA, 2021; Ashley, 2019b; Paré, 2020; SAMHSA, 2015; UN Human Rights Council, 2020), either covertly or overtly. Not all gender diverse children or their families need input from MHPs as gender diversity is not a mental health disorder (Pediatric Endocrine Society, 2020; Telfer et al., 2018). Nevertheless, it is often appropriate and helpful to seek psychotherapy when there is distress or concerns are expressed by parents to improve psychosocial health and prevent further distress (APA, 2015). Some of the common reasons for considering psychotherapy for a gender diverse child and family include the following 1) A child is demonstrating significant conflicts, confusion, stress or distress about their gender identity or needs a protected space to explore their gender (Ehrensaft, 2018; Spivey and Edwards-Leeper, 2019); 2) A child is experiencing external pressure to express their gender in a way that conflicts with their self-knowledge, desires, and beliefs (APA, 2015); 3) A child is struggling with mental health concerns, related to or independent of their gender

(Barrow & Apostle, 2018); 4) A child would benefit from strengthening their resilience in the face of negative environmental responses to their gender identity or presentation (Craig & Austin, 2018; Malpas et al., 2018); 5) A child may be experiencing mental health and/or environmental concerns, including family system problems that can be misinterpreted as gender congruence or incongruence (Berg & Edwards-Leeper, 2018); and 6) A child expresses a desire to meet with an MHP to get gender-related support. In these situations, the psychotherapy will focus on supporting the child with the understanding that the child's parent(s)/caregiver(s) and potentially other family members will be included as necessary (APA, 2015; Ehrensaft, 2018; McLaughlin & Sharp, 2018). Unless contraindicated, it is extremely helpful for parents/guardians to participate in some capacity in the psychotherapy process involving prepubescent children as family factors are often central to a child's well-being. Although relatively unexplored in research involving gender diverse children, it may be important to attend to the relationship between siblings and the gender diverse child (Pariseau et al., 2019; Parker & Davis-McCabe, 2021).

HCPs should employ interventions tailor-made to the individual needs of the child that are designed to 1) foster protective social and emotional coping skills to promote resilience in the face of potential negative reactions to the child's gender identity, expressions, or both (Craig & Austin, 2016; Malpas et al., 2018; Spencer, Berg et al., 2021); 2) collaboratively problem-solve social challenges to reduce gender minority stress (Barrow & Apostle, 2018; Tishelman & Neumann-Mascis, 2018); 3) strengthen environmental supports for the child and/or members of the immediate and extended family (Kaufman & Tishelman, 2018); and 4) provide the child an opportunity to further understand their internal gender experiences (APA, 2015; Barrow & Apostle, 2018; Ehrensaft, 2018; Malpas et al., 2018; McLaughlin & Sharp, 2018). It is helpful for HCPs to develop a relationship with a gender diverse child and family that can endure over time as needed. This enables the child/family to establish a long-term trusting relationship throughout childhood whereby the HCP can offer support and guidance as a child matures and as potentially

different challenges or needs emerge for the child/ family (Spencer, Berg et al., 2021; Murchison et al., 2016). In addition to the above and within the limits of available resources, when a child is neurodivergent, an HCP who has the skill set to address both neurodevelopmental differences and gender is most appropriate (Strang et al., 2021).

As outlined in the literature, there are numerous reasons parents/caregivers, siblings, and extended family members of a prepubescent child may find it useful to seek psychotherapy for themselves (Ehrensaft, 2018; Malpas et al., 2018; McLaughlin & Sharp, 2018). As summarized below, some of these common catalysts for seeking such treatment occur when one or more *family members* 1) desire education around gender development (Spivey & Edwards-Leeper, 2019); 2) are experiencing significant confusion or stress about the child's gender identity, expression, or both (Ashley, 2019c; Ehrensaft, 2018); 3) need guidance related to emotional and behavioral concerns regarding the gender diverse child (Barrow & Apostle, 2018; 4) need support to promote affirming environments outside of the home (e.g., school, sports, camps) (Kaufman & Tishelman, 2018); 5) are seeking assistance to make informed decisions about social transition, including how to do so in a way that is optimal for a child's gender development and health (Lev & Wolf-Gould, 2018); 6) are seeking guidance for dealing with condemnation from others, including political entities and accompanying legislation, regarding their support for their gender diverse child (negative reactions directed toward parents/caregivers can sometimes include rejection and/or harassment/abuse from the social environment arising from affirming decisions (Hidalgo & Chen, 2019); 7) are seeking to process their own emotional reactions and needs about their child's gender identity, including grief about their child's gender diversity and/or potential fears or anxieties for their child's current and future well-being (Pullen Sansfaçon et al., 2019); and 8) are emotionally distressed and/or in conflict with other family members regarding the child's gender diversity (as needed, HCPs can provide separate sessions for parents/caregivers, siblings and extended family members for support, guidance, and/or psychoeducation)

(McLaughlin & Sharp, 2018; Pullen Sansfaçon et al., 2019; Spivey & Edwards-Leeper, 2019).

### Statement 7.9

**We recommend health care professionals offering consultation, psychotherapy, or both to gender diverse children and families/caregivers work with other settings and individuals important to the child to promote the child's resilience and emotional well-being.**

Consistent with the ecological model described above and, as appropriate, based on individual/ family circumstances, it can be extremely helpful for HCPs to prioritize coordination with important others (e.g., teachers, coaches, religious leaders) in a child's life to promote emotional and physical safety across settings (e.g., school settings, sports and other recreational activities, faith-based involvement) (Kaufman & Tishelman, 2018). Therapeutic and/or support groups are often recommended as a valuable resource for families/caregivers and/or gender diverse children themselves (Coolhart, 2018; Horton et al., 2021; Malpas et al., 2018; Murchison et al., 2016).

### Statement 7.10

**We recommend HCPs offering consultation, psychotherapy, or both to gender diverse children and families/caregivers provide both parties with age appropriate psycho-education about gender development.**

Parents/caregivers and their gender diverse child should have the opportunity to develop knowledge regarding ways in which families/caregivers can best support their child to maximize resilience, self-awareness, and functioning (APA, 2015; Ehrensaft, 2018; Malpas, 2018; Spivey & Edwards-Leeper, 2019). It is neither possible nor is it the role of the HCP to predict with certainty the child's ultimate gender identity; instead, the HCP's task is to provide a safe space for the child's identity to develop and evolve over time without attempts to prioritize any particular developmental trajectory with regard to gender (APA, 2015; Spivey & Edwards-Leeper, 2019). Gender diverse children and early adolescents have different needs and experiences than older adolescents, socially and physiologically, and those differences should be reflected in the individualized approach HCPs

provide to each child/family (Keo-Meir & Ehrensaft, 2018; Spencer, Berg et al., 2021).

Parents/caregivers and their children should also have the opportunity to develop knowledge about gender development and gender literacy through age-appropriate psychoeducation (Berg & Edwards-Leeper, 2018; Rider, Vencill et al., 2019; Spencer, Berg et al., 2021). Gender literacy involves understanding the distinctions between sex designated at birth, gender identity, and gender expression, including the ways in which these three factors uniquely come together for a child (Berg & Edwards-Leeper, 2018; Rider, Vencill et al., 2019; Spencer, Berg et al., 2021). As a child gains gender literacy, they begin to understand their body parts do not necessarily define their gender identity and/or their gender expression (Berg & Edwards-Leeper, 2018; Rider, Vencill et al., 2019; Spencer, Berg et al., 2021). Gender literacy also involves learning to identify messages and experiences related to gender within society. As a child gains gender literacy, they may view their developing gender identity and gender expression more positively, promoting resilience and self-esteem, and diminishing risk of shame in the face of negative messages from the environment. Gaining gender literacy through psychoeducation may also be important for siblings and/or extended family members who are important to the child (Rider, Vencill et al., 2019; Spencer, Berg et al., 2021).

Statement 7.11

**We recommend health care professionals provide information to gender diverse children and their families/caregivers as the child approaches puberty about potential gender-affirming medical interventions, the effects of these treatments on future fertility, and options for fertility preservation.**

As a child matures and approaches puberty, HCPs should prioritize working with children and their parents/caregivers to integrate psychoeducation about puberty, engage in shared decision-making about potential gender-affirming medical interventions, and discuss fertility-related and other reproductive health implications of medical treatments (Nahata, Quinn et al., 2018; Spencer, Berg et al., 2021). Although only limited

empirical research exists to evaluate such interventions, expert consensus and developmental psychological literature generally support the notion that open communication with children about their bodies and preparation for physiological changes of puberty, combined with gender-affirming acceptance, will promote resilience and help to foster positive sexuality as a child matures into adolescence (Spencer, Berg et al., 2019). All these discussions may be extended (e.g., starting earlier) to include neurodivergent children, to ensure there is enough time for reflection and understanding, especially as choices regarding future gender- affirming medical care potentially arise (Strang, Jarin et al., 2018). These discussions could include the following topics:

- Review of body parts and their different functions;
- The ways in which a child's body may change over time with and without medical intervention;
- The impact of medical interventions on later sexual functioning and fertility;
- The impact of puberty suppression on potential later medical interventions;
- Acknowledgment of the current lack of clinical data in certain areas related to the impacts of puberty suppression;
- The importance of appropriate sex education prior to puberty.

These discussions should employ developmentally appropriate language and teaching styles, and be geared to the specific needs of each individual child (Spencer, Berg et al., 2021).

Statement 7.12

**We recommend parents/caregivers and health care professionals respond supportively to children who desire to be acknowledged as the gender that matches their internal sense of gender identity.**

Gender social transition refers to a process by which a child is acknowledged by others and has the opportunity to live publicly, either in all situations or in certain situations, in the gender identity they affirm and has no singular set of parameters or actions (Ehrensaft et al., 2018).

Gender social transition has often been conceived in the past as binary—a girl transitions to a boy, a boy to a girl. The concept has expanded to include children who shift to a nonbinary or individually shaped iteration of gender identity (Chew et al., 2020; Clark et al., 2018). Newer research indicates the social transition process may serve a protective function for some prepubescent children and serve to foster positive mental health and well-being (Durwood et al., 2017; Gibson et al., 2021; Olson et al., 2016). Thus, recognition that a child's gender may be fluid and develop over time (Edwards-Leeper et al., 2016; Ehrensaft, 2018; Steensma, Kreukels et al., 2013) is not sufficient justification to negate or deter social transition for a prepubescent child when it would be beneficial. Gender identity evolution may continue even after a partial or complete social transition process has taken place (Ashley, 2019e; Edwards-Leeper et al., 2018; Ehrensaft, 2020; Ehrensaft et al., 2018; Spivey & Edwards-Leeper, 2019). Although empirical data remains limited, existing research has indicated children who are most assertive about their gender diversity are most likely to persist in a diverse gender identity across time, including children who socially transition prior to puberty (Olson et al., 2022; Rae et al., 2019; Steensma, McGuire et al., 2013). Thus, when considering a social transition, we suggest parents/caregivers and HCPs pay particular attention to children who consistently and often persistently articulate a gender identity that does not match the sex designated at birth. This includes those children who may explicitly request or desire a social acknowledgement of the gender that better matches the child's articulated gender identity and/or children who exhibit distress when their gender as they know it is experienced as incongruent with the sex designated at birth (Rae et al., 2019; Steensma, Kreukels et al., 2013).

Although there is a dearth of empirical literature regarding best practices related to the social transition process, clinical literature and expertise provides the following guidance that prioritizes a child's best interests (Ashley, 2019e; Ehrensaft, 2018; Ehrensaft et al, 2018; Murchison et al., 2016; Telfer et al., 2018): 1) social transition should originate from the child and reflect the child's wishes in the process of making the decision to initiate a social transition process; 2) an HCP may assist exploring the advantages/benefits, plus potential challenges of social transition; 3) social transition may best occur in all or in specific contexts/settings only (e.g., school, home); and 4) a child may or may not choose to disclose to others that they have socially transitioned, or may designate, typically with the help of their parents/caregivers, a select group of people with whom they share the information.

In summary, social transition, when it takes place, is likely to best serve a child's well-being when it takes place thoughtfully and individually for each child. A child's social transition (and gender as well) may evolve over time and is not necessarily static, but best reflects the cross-section of the child's established self-knowledge of their present gender identity and desired actions to express that identity (Ehrensaft et al., 2018).

A social transition process can include one or more of a number of different actions consistent with a child's affirmed gender (Ehrensaft et al., 2018), including:

- Name change;
- Pronoun change;
- Change in sex/gender markers (e.g., birth certificate; identification cards; passport; school and medical documentation; etc.);
- Participation in gender-segregated programs (e.g., sports teams; recreational clubs and camps; schools; etc.);
- Bathroom and locker room use;
- Personal expression (e.g., hair style; clothing choice; etc.);
- Communication of affirmed gender to others (e.g., social media; classroom or school announcements; letters to extended families or social contacts; etc.).

### Statement 7.13

**We recommend health care professionals and parents/caregivers support children to continue to explore their gender throughout the pre-pubescent years, regardless of social transition.**

It is important children who have engaged in social transition be afforded the same opportunities as other children to continue considering

meanings and expressions of gender throughout their childhood years (Ashley 2019e; Spencer, Berg et al., 2021). Some research has found children may experience gender fluidity or even detransition after an initial social transition. Research has not been conclusive about when in the life span such detransition is most likely to occur, or what percentage of youth will eventually experience gender fluidity and/or a desire to detransition—due to gender evolution, or potentially other reasons (e.g., safety concerns; gender minority stress) (Olson et al., 2022; Steensma, Kreukels et al., 2013). A recent research report indicates in the US, detransition occurs with only a small percentage of youth five years after a binary social transition (Olson et al., 2022); further follow-up of these young people would be helpful. Replication of these findings is important as well since this study was conducted with a limited and self-selected participant pool in the US and thus may not be applicable to all gender diverse children. In summary, we have limited ability to know in advance the ways in which a child's gender identity and expressions may evolve over time and whether or why detransition may take place for some. In addition, not all gender diverse children wish to explore their gender (Telfer et al., 2018). Cisgender children are not expected to undertake this exploration, and therefore attempts to force this with a gender diverse child, if not indicated or welcomed, can be experienced as pathologizing, intrusive and/or cisnormative (Ansara & Hegarty, 2012; Bartholomaeus et al., 2021; Oliphant et al., 2018).

Statement 7.14

**We recommend health care professionals discuss the potential benefits and risks of a social transition with families who are considering it.**

Social transition in prepubescent children consists of a variety of choices, can occur as a process over time, is individualized based on both a child's wishes and other psychosocial considerations (Ehrensaft, 2018), and is a decision for which possible benefits and challenges should be weighted and discussed.

A social transition may have potential benefits as outlined in clinical literature (e.g., Ehrensaft et al., 2018) and supported by research (Fast &

Olson, 2018; Rae et al., 2019). These include facilitating gender congruence while reducing gender dysphoria and enhancing psychosocial adjustment and well-being (Ehrensaft et al., 2018). Studies have indicated socially transitioned gender diverse children largely mirror the mental health characteristics of age matched cisgender siblings and peers (Durwood et al., 2017). These findings differ markedly from the mental health challenges consistently noted in prior research with gender diverse children and adolescents (Barrow & Apostle, 2018) and suggest the impact of social transition may be positive. Additionally, social transition for children typically can only take place with the support and acceptance of parents/caregivers, which has also been demonstrated to facilitate well-being in gender diverse children (Durwood et al., 2021; Malpas et al., 2018; Pariseau et al., 2019), although other forms of support, such as school-based support, have also been identified as important (Durwood et al., 2021; Turban, King et al., 2021). HCPs should discuss the potential benefits of a social transition with children and families in situations in which 1) there is a consistent, stable articulation of a gender identity that is incongruent with the sex assigned at birth (Fast & Olson, 2018). This should be differentiated from gender diverse expressions/behaviors/interests (e.g., playing with toys, expressing oneself through clothing or appearance choices, and/or engaging in activities socially defined and typically associated with the other gender in a binary model of gender) (Ehrensaft, 2018; Ehrensaft et al., 2018); 2) the child is expressing a strong desire or need to transition to the gender they have articulated as being their authentic gender (Ehrensaft et al., 2018; Fast & Olson, 2018; Rae et al., 2019); and 3) the child will be emotionally and physically safe during and following transition (Brown & Mar, 2018). Prejudice and discrimination should be considerations, especially in localities where acceptance of gender diversity is limited or prohibited (Brown & Mar, 2018; Hendricks & Testa, 2012; Turban, King et al., 2021). Of note, there can also be possible risks to a gender diverse child who does not socially transition, including 1) being ostracized or bullied for being perceived as not conforming to prescribed community

gender roles and/or socially expected patterns of behavior; and 2) living with the internal stress or distress that the gender they know themselves to be is incongruent with the gender they are being asked to present to the world.

To promote gender health, the HCP should discuss the potential challenges of a social transition. One concern often expressed relates to fear that a child will preclude considering the possible evolution of their gender identity as they mature or be reluctant to initiate another gender transition even if they no longer feel their social transition matches their current gender identity (Edwards-Leeper et al., 2016; Ristori & Steensma, 2016). Although limited, recent research has found some parents/caregivers of children who have socially transitioned may discuss with their children the option of new gender iterations (for example, reverting to an earlier expression of gender) and are comfortable about this possibility (Olson et al., 2019). Another often identified social transition concern is that a child may suffer negative sequelae if they revert to the former gender identity that matches their sex designated at birth (Chen et al., 2018; Edwards-Leeper et al., 2019; Steensma & Cohen-Kettenis, 2011). From this point of view, parents/caregivers should be aware of the potential developmental effect of a social transition on a child.

HCPs should provide guidance to parents/caregivers and supports to a child when a social gender transition is being considered or taking place by 1) providing consultation, assessment, and gender supports when needed and sought by the parents/caregivers; 2) aiding family members, as needed, to understand the child's desires for a social transition and the family members' own feelings about the child's expressed desires; 3) exploring with, and learning from, the parents/caregivers whether and how they believe a social transition would benefit their child both now and in their ongoing development; 4) providing guidance when parents/caregivers are not in agreement about a social transition and offering the opportunity to work together toward a consistent understanding of their child's gender status and needs; 5) providing guidance about safe and supportive ways to disclose their child's social transition to others and to facilitate their child transitioning in their various social environments (e.g., schools,

extended family); 6) facilitating communication, when desired by the child, with peers about gender and social transition as well as fortifying positive peer relationships; 7) providing guidance when social transition may not be socially accepted or safe, either everywhere or in specific situations, or when a child has reservations about initiating a transition despite their wish to do so; there may be multiple reasons for reservations, including fears and anxieties; 8) working collaboratively with family members and MHPs to facilitate a social transition in a way that is optimal for the child's unfolding gender development, overall well-being, and physical and emotional safety; and 9) providing psychoeducation about the many different trajectories the child's gender may take over time, leaving pathways open to future iterations of gender for the child, and emphasizing there is no need to predict an individual child's gender identity in the future (Malpas et al., 2018).

All of these tasks incorporate enhancing the quality of communication between the child and family members and providing an opportunity for the child to be heard and listened to by all family members involved. These relational processes in turn facilitate the parents/caregivers' success in making informed decisions about the advisability and/or parameters of a social transition for their child (Malpas et al., 2018).

One role of HCPs is to provide guidance and support in situations in which children and parents/caregivers wish to proceed with a social transition but conclude that the social environment would not be accepting of those choices, by 1) helping parents/caregivers define and extend safe spaces in which the child can express their authentic gender freely; 2) discussing with parents/caregivers ways to advocate that increase the likelihood of the social environment being supportive in the future, if this is a realistic goal; 3) intervening as needed to help the child/family with any associated distress and/or shame brought about by the continued suppression of authentic gender identity and the need for secrecy; and 4) building both the child's and the family's resilience, instilling the understanding that if the social environment is having difficulty accepting a child's social transition and affirmed gender identity, it is not because of some shortcoming in the child but because of

insufficient gender literacy in the social environment (Ehrensaft et al., 2018).

<u>Statement 7.15</u>
**We suggest health care professionals consider working collaboratively with other professionals and organizations to promote the well-being of gender diverse children and minimize the adversities they may face.**

All children have the right to be supported and respected in their gender identities (Human Rights Campaign, 2018; Paré, 2020; SAMHSA, 2015). As noted above, gender diverse children are a particularly vulnerable group (Barrow & Apostle, 2018; Cohen-Kettenis et al., 2003; Giovanardi et al., 2018; Gower, Rider, Coleman et al., 2018; Grossman & D'Augelli, 2007; Hendricks & Testa, 2012; Reisner, Greytak et al., 2015; Ristori & Steensma, 2016; Roberts et al., 2012; Tishelman & Neumann-Mascis, 2018). The responsibilities of HCPs as advocates encompass acknowledging social determinants of health are critical for marginalized minorities (Barrow & Mar, 2018; Hendricks & Testa, 2012). Advocacy is taken up by all HCPs in the form of child and family support (APA, 2015; Malpas et al., 2018).

Some HCPs may be called on to move beyond their individual offices or programs to advocate for gender diverse children in the larger community, often in partnership with stakeholders, including parents/caregivers, allies, and youth (Kaufman & Tishelman, 2018; Lopez et al., 2017; Vanderburgh, 2009). These efforts may be instrumental in enhancing children's gender health and promoting their civil rights (Lopez et al., 2017).

HCP's voices may be essential in schools, in parliamentary bodies, in courts of law, and in the media (Kuvalanka et al., 2019; Lopez et al., 2017; Whyatt-Sames, 2017; Vanderburgh, 2009). In addition, HCPs may have a more generalized advocacy role in acknowledging and addressing the frequent intentional or unintentional negating of the experience of gender diverse children that may be transmitted or communicated by adults, peers, and in media (Rafferty et al., 2018). Professionals who possess the skill sets and find themselves in appropriate situations can provide clear de-pathologizing statements on the needs and rights of gender diverse children and on the damage caused by discriminatory and transphobic rules, laws, and norms (Rafferty et al., 2018).

## CHAPTER 18 Mental Health

This chapter is intended to provide guidance to health care professionals (HCPs) and mental health professionals (MHPs) who offer mental health care to transgender and gender diverse (TGD) adults. It is not meant to be a substitute for chapters on the assessment or evaluation of people for hormonal or surgical interventions. Many TGD people will not require therapy or other forms of mental health care as part of their transition, while others may benefit from the support of mental health providers and systems (Dhejne et al., 2016).

Some studies have shown a higher prevalence of depression (Witcomb et al., 2018), anxiety (Bouman et al., 2017), and suicidality (Arcelus et al., 2016; Bränström & Pachankis, 2022; Davey et al., 2016; Dhejne, 2011; Herman et al., 2019) among TGD people (Jones et al., 2019; Thorne, Witcomb et al., 2019) than in the general population, particularly in those requiring medically necessary gender-affirming medical treatment (see medically necessary statement in Chapter 2—Global Applicability, Statement 2.1). However, transgender identity is not a mental illness, and these elevated rates have been linked to complex trauma, societal stigma, violence, and discrimination (Nuttbrock et al., 2014; Peterson et al., 2021). In addition, psychiatric symptoms lessen with appropriate gender-affirming medical and surgical care (Aldridge et al., 2020; Almazan and Keuroghlian; 2021; Bauer et al., 2015; Grannis et al., 2021) and with interventions that lessen discrimination and minority stress (Bauer et al., 2015; Heylens, Verroken et al., 2014; McDowell et al., 2020).

Mental health treatment needs to be provided by staff and implemented through the use of systems that respect patient autonomy and recognize gender diversity. MHPs working with transgender people should use active listening as a method to encourage exploration in individuals who are uncertain about their gender identity. Rather than impose their own narratives or preconceptions, MHPs should assist their clients in determining their own paths. While many transgender people require medical or surgical interventions or seek mental health care, others do not (Margulies et al., 2021). Therefore, findings from research involving clinical populations should not be extrapolated to the entire transgender population.

Addressing mental illness and substance use disorders is important but should not be a barrier to transition-related care. Rather, these interventions to address mental health and substance use disorders can facilitate successful outcomes from

---

### Statements of Recommendations

18.1- We recommend mental health professionals address mental health symptoms that interfere with a person's capacity to consent to gender-affirming treatment before gender-affirming treatment is initiated.

18.2- We recommend mental health professionals offer care and support to transgender and gender diverse people to address mental health symptoms that interfere with a person's capacity to participate in essential perioperative care before gender-affirmation surgery.

18.3- We recommend when significant mental health symptoms or substance abuse exists, mental health professionals assess the potential negative impact that mental health symptoms may have on outcomes based on the nature of the specific gender-affirming surgical procedure.

18.4- We recommend health care professionals assess the need for psychosocial and practical support of transgender and gender diverse people in the perioperative period surrounding gender- affirmation surgery.

18.5- We recommend health care professionals counsel and assist transgender and gender diverse people in becoming abstinent from tobacco/nicotine prior to gender-affirmation surgery.

18.6- We recommend health care professionals maintain existing hormone treatment if a transgender and gender diverse individual requires admission to a psychiatric or medical inpatient unit, unless contraindicated.

18.7- We recommend health care professionals ensure if transgender and gender diverse people need in-patient or residential mental health, substance abuse or medical care, all staff use the correct name and pronouns (as provided by the patient), as well as provide access to bathroom and sleeping arrangements that are aligned with the person's gender identity.

18.8- We recommend mental health professionals encourage, support, and empower transgender and gender diverse people to develop and maintain social support systems, including peers, friends, and families.

18.9- We recommend health care professionals should not make it mandatory for transgender and gender diverse people to undergo psychotherapy prior to the initiation of gender-affirming treatment, while acknowledging psychotherapy may be helpful for some transgender and gender diverse people.

18.10- We recommend "reparative" and "conversion" therapy aimed at trying to change a person's gender identity and lived gender expression to become more congruent with the sex assigned at birth should not be offered.



EXHIBIT
Janssen
2
4-12-24

transition-related care, which can improve quality of life (Nobili et al., 2018).

All the statements in this chapter have been recommended based on a thorough review of evidence, an assessment of the benefits and harms, values and preferences of providers and patients, and resource use and feasibility. In some cases, we recognize evidence is limited and/or services may not be accessible or desirable.

Statement 18.1

**We recommend mental health professionals address mental health symptoms that interfere with a person's capacity to consent to gender-affirming treatment before gender-affirming treatment is initiated.**

Because patients generally are assumed to be capable of providing consent for care, whether the presence of cognitive impairment, psychosis, or other mental illness impairs the ability to give informed consent is subject to individual examination (Applebaum, 2007). Informed consent is central to the provision of health care. The health care provider must educate the patient about the risks, benefits, and alternatives to any care that is offered so the patient can make an informed, voluntary choice (Berg et al., 2001). Both the primary care provider or endocrinologist prescribing hormones and the surgeon performing surgery must obtain informed consent. Similarly, MHPs obtain informed consent for mental health treatment and may consult on a patient's capacity to give informed consent when this is in question. Psychiatric illness and substance use disorders, in particular cognitive impairment and psychosis, may impair an individual's ability to understand the risks and benefits of the treatment (Hostiuc et al., 2018). Conversely, a patient may also have significant mental illness, yet still be able to understand the risks and benefits of a particular treatment (Carpenter et al., 2000). Multidisciplinary communication is important in challenging cases, and expert consultation should be utilized as needed (Karasic & Fraser, 2018). For many patients, difficulty understanding the risks and benefits of a particular treatment can be overcome with time and careful explanation. For some patients, treatment of the underlying condition that is interfering with the capacity to

give informed consent—for example treating an underlying psychosis—will allow the patient to gain the capacity to consent to the required treatment. However, mental health symptoms such as anxiety or depressive symptoms that do not affect the capacity to give consent should not be a barrier for gender-affirming medical treatment, particularly as this treatment has been found to reduce mental health symptomatology (Aldridge et al., 2020).

Statement 18.2

**We recommend mental health professionals offer care and support to transgender and gender diverse people to address mental health symptoms that interfere with a person's capacity to participate in essential perioperative care before gender-affirmation surgery.**

The inability to adequately participate in perioperative care due to mental illness or substance use should not be viewed as an obstacle to needed transition care, but should be seen as an indication mental health care and social support be provided (Karasic, 2020). Mental illness and substance use disorders may impair the ability of the patient to participate in perioperative care (Barnhill, 2014). Visits to health care providers, wound care, and other aftercare procedures (e.g., dilation after vaginoplasty) may be necessary for a good outcome. A patient with a substance use disorder might have difficulty keeping necessary appointments to the primary care provider and the surgeon. A patient with psychosis or severe depression might neglect their wound or not be attentive to infection or signs of dehiscence (Lee, Marsh et al., 2016). Active mental illness is associated with a greater need for further acute medical and surgical care after the initial surgery (Wimalawansa et al., 2014).

In these cases, treatment of the mental illness or substance use disorder may assist in achieving successful outcomes. Arranging more support for the patient from family and friends or a home health care worker may help the patient participate sufficiently in perioperative care for surgery to proceed. The benefits of mental health treatments that may delay surgery should be weighed against the risks of delaying surgery and should

include an assessment of the impact on the patients' mental health delays may cause in addressing gender dysphoria (Byne et al., 2018).

### Statement 18.3

**We recommend when significant mental health symptoms or substance abuse exists, mental health professionals assess the potential negative impact mental health symptoms may have on outcomes based on the nature of the specific gender-affirming surgical procedure.**

Gender-affirming surgical procedures vary in terms of their impact on the patient. Some procedures require a greater ability to follow preoperative planning as well as engage in peri- and postoperative care to achieve the best outcomes (Tollinche et al., 2018). Mental health symptoms can influence a patient's ability to participate in the planning and perioperative care necessary for any surgical procedure (Paredes et al., 2020). The mental health assessment can provide an opportunity to develop strategies to address the potential negative impact mental health symptoms may have on outcomes and to plan support for the patient's ability to participate in the planning and care. Gender-affirming surgical procedures have been shown to relieve symptoms of gender dysphoria and improve mental health (Owen-Smith et al., 2018; van de Grift, Elaut et al., 2017). These benefits are weighed against the risks of each procedure when the patient and provider are deciding whether to proceed with the treatment. HCPs can assist TGD people in reviewing preplanning and perioperative care instructions for each surgical procedure (Karasic, 2020). Provider and patient can collaboratively determine the necessary support or resources needed to assist with keeping appointments for perioperative care, obtaining necessary supplies, addressing financial issues, and handling other preoperative coordination and planning. In addition, issues surrounding appearance-related and functional expectations, including the impact of these various factors on gender dysphoria, can be explored.

### Statement 18.4

**We recommend health care professionals assess the need for psychosocial and practical support**

**of transgender and gender diverse people in the perioperative period surrounding gender-affirmation surgery.**

Regardless of specialty, all HCPs have a responsibility to support patients in accessing medically necessary care. When HCPs are working with TGD people as they prepare for gender-affirming surgical procedures, they should assess the levels of psychosocial and practical support required (Deutsch, 2016b). Assessment is the first step in recognizing where additional support may be needed and enhancing the ability to work collaboratively with the individual to successfully navigate the pre-, peri-, and postsurgical periods (Tollinche et al., 2018). In the perioperative period, it is important to help patients optimize functioning, secure stable housing, when possible, build social and family supports by assessing their unique situation, plan ways of responding to medical complications, navigate the potential impact on work/income, and overcome additional hurdles some patients may encounter, such as coping with electrolysis and tobacco cessation (Berli et al., 2017). In a complex medical system, not all patients will be able to independently navigate the procedures required to obtain care, and HCPs and peer navigators can support patients through this process (Deutsch, 2016a).

### Statement 18.5

**We recommend health care professionals counsel and assist transgender and gender diverse people in becoming abstinent from tobacco/nicotine prior to gender-affirmation surgery.**

Transgender populations have higher rates of tobacco and nicotine use (Kidd et al., 2018). However, many are unaware of the well-documented smoking-associated health risks (Bryant et al., 2014). Tobacco consumption increases the risk of developing health problems (e.g., thrombosis) in individuals receiving gender-affirming hormone treatment, particularly estrogens (Chipkin & Kim, 2017).

Tobacco use has been associated with worse outcomes in plastic surgery, including overall complications, tissue necrosis, and the need for surgical revision (Coon et al., 2013). Smoking also increases the risk for postoperative infection (Kaoutzanis et al., 2019). Tobacco use has been shown to affect

the healing process following any surgery, including gender-related surgeries (e.g., chest reconstructive surgery, genital surgery) (Pluvy, Garrido et al., 2015). Tobacco users have a higher risk of cutaneous necrosis, delayed wound healing, and scarring disorders due to hypoxia and tissue ischemia (Pluvy, Panouilleres et al., 2015). In view of this, surgeons recommend stopping the use of tobacco/nicotine prior to gender-affirmation surgery and abstaining from smoking up to several weeks postoperatively until the wound has completely healed (Matei & Danino, 2015). Despite the risks, cessation may be difficult. Tobacco smoking and nicotine use is addictive and is also used as a coping mechanism (Matei et al., 2015). HCPs who see patients longitudinally before surgery, including mental health and primary care providers, should address the use of tobacco/nicotine with individuals in their care, and either assist TGD people in accessing smoking cessation programs or provide treatment directly (e.g., varenicline or bupropion).

### Statement 18.6

**We recommend health care professionals maintain existing hormone treatment if a transgender and gender diverse individual requires admission to a psychiatric or medical inpatient unit, unless contraindicated.**

TGD people entering inpatient psychiatric, substance use treatment, or medical units should be maintained on their current hormone regimens. There is an absence of evidence supporting routine cessation of hormones prior to medical or psychiatric admissions. Rarely, a newly admitted patient may be diagnosed with a medical complication necessitating suspension of hormone treatment, for example an acute venous thromboembolism (Deutsch, 2016a). There is no strong evidence for routinely stopping hormone treatment prior to surgery, and the risks and benefits for each individual patient should be assessed before doing so (Boskey et al., 2018).

Hormone treatment has been shown to improve quality of life and to decrease depression and anxiety (Aldridge et al., 2020; Nguyen et al., 2018; Nobili et al., 2018; Owen-Smith et al., 2018, Rowniak et al., 2019). Access to gender-affirming medical treatment is associated with a substantial reduction in the risk of suicide attempt (Bauer

et al., 2015). Halting a patient's regularly prescribed hormones denies the patient of these salutary effects, and therefore may be counter to the goals of hospitalization.

Some providers may be unaware of the low risk of harm and the high potential benefit of continuing transition-related treatment in the inpatient setting. A study of US and Canadian medical schools revealed that students received an average of 5 hours of LGBT-related course content over their entire four years of education (Obedin-Maliver et al., 2011). According to a survey of Emergency Medicine physicians, who are often responsible for making quick decisions about medications as patients are being admitted, while 88% reported caring for transgender patients, only 17.5% had received any formal training about this population (Chisolm-Straker et al., 2018). As education about transgender topics increases, more providers will become aware of the importance of maintaining transgender patients on their hormone regimens during hospitalization.

### Statement 18.7

**We recommend health care professionals ensure if transgender and gender diverse people need inpatient or residential mental health, substance abuse, or medical care, all staff use the correct name and pronouns (as provided by the patient), as well as provide access to bathroom and sleeping arrangements that are aligned with the person's gender identity.**

Many TGD patients encounter discrimination in a wide range of health settings, including hospitals, mental health treatment settings, and drug treatment programs (Grant et al., 2011). When health systems fail to accommodate TGD individuals, they reinforce the longstanding societal exclusion many have experienced (Karasic, 2016). Experiences of discrimination in health settings lead to avoidance of needed health care due to anticipated discrimination (Kcomt et al., 2020).

The experience of discrimination experienced by TGD individuals is predictive of suicidal ideation (Rood et al., 2015; Williams et al., 2021). Gender minority stress associated with rejection and nonaffirmation has also been associated with suicidality (Testa et al., 2017). Denial of access to gender appropriate bathrooms has been

associated with increased suicidality (Seelman, 2016). However, the use of chosen names for TGD people has been associated with lower depression and suicidality (Russell et al., 2018). Structural as well as internalized transphobia must be addressed to reduce the incidence of suicide attempts in TGD people (Brumer et al., 2015). To successfully provide care, health settings must minimize the harm done to patients because of transphobia by respecting and accommodating TGD identities.

## Statement 18.8
**We recommend mental health professionals encourage, support, and empower transgender and gender diverse people to develop and maintain social support systems, including peers, friends, and families.**

While minority stress and the direct effects of discriminatory societal discrimination can be harmful to the mental health of TGD people, strong social support can help lessen this harm (Trujillo et al., 2017). TGD children often internalize rejection from family and peers as well as the transphobia that surrounds them (Amodeo et al., 2015). Furthermore, exposure to transphobic abuse may be impactful across a person's lifespan and may be particularly acute during the adolescent years (Nuttbrock et al., 2010).

The development of affirming social support is protective of mental health. Social support can act as a buffer against the adverse mental health consequences of violence, stigma, and discrimination (Bockting et al., 2013), can assist in navigating health systems (Jackson Levin et al., 2020), and can contribute to psychological resilience in TGD people (Bariola et al., 2015; Başar and Öz, 2016). Diverse sources of social support, especially LGBTQ+ peers and family, have been found to be associated with better mental health outcomes, well-being, and quality of life (Bariola et al., 2015; Başar et al., 2016; Kuper, Adams et al., 2018; Puckett et al., 2019). Social support has been proposed to facilitate the development of coping mechanisms and lead to positive emotional experiences throughout the transition process (Budge et al., 2013).

HCPs can support patients in developing social support systems that allow them to be recognized

and accepted as their authentic identity and help them cope with symptoms of gender dysphoria. Interpersonal problems and lack of social support have been associated with a greater incidence of mental health difficulties in TGD people (Bouman, Davey et al., 2016; Davey et al., 2015) and have been shown to be an outcome predictor of gender-affirming medical treatment (Aldridge et al., 2020). Therefore, HCPs should encourage, support, and empower TGD people to develop and maintain social support systems. These experiences can foster the development of interpersonal skills and help with coping with societal discrimination, potentially reducing suicidality and improving mental health (Pflum et al., 2015).

## Statement 18.9
**We recommend health care professionals should not make it mandatory for transgender and gender diverse people to undergo psychotherapy prior to the initiation of gender-affirming treatment, while acknowledging psychotherapy may be helpful for some transgender and gender diverse people.**

Psychotherapy has a long history of being used in clinical work with TGD people (Fraser, 2009b). The aims, requirements, methods and principles of psychotherapy have been an evolving component of the Standards of Care from the initial versions (Fraser, 2009a). At present, psychotherapeutic assistance and counseling with adult TGD people may be sought to address common psychological concerns related to coping with gender dysphoria and may also help some individuals with the coming-out process (Hunt, 2014). Psychological interventions, including psychotherapy, offer effective tools and provide context for the individual, such as exploring gender identity and its expression, enhancing self-acceptance and hope, and improving resilience in hostile and disabling environments (Matsuno and Israel, 2018). Psychotherapy is an established alternative therapeutic approach for addressing mental health symptoms that may be revealed during the initial assessment or later during the follow-up for gender-affirming medical interventions. Recent research shows, although mental health symptoms are reduced following gender-affirming medical treatment, levels of anxiety remain high (Aldridge et al., 2020) suggesting psychological therapy can play a role in helping

individuals suffering from anxiety symptoms following gender-affirming treatment.

In recent years, the uses and potential benefits of specific psychotherapeutic modalities have been reported (Austin et al., 2017; Budge, 2013; Budge et al., 2021; Embaye, 2006; Fraser, 2009b; Heck et al., 2015). Specific models of psychotherapy have been proposed for adult transgender and nonbinary individuals (Matsuno & Israel, 2018). However, more empiric data is needed on the comparative benefits of different psychotherapeutic models (Catelan et al., 2017). Psychotherapy can be experienced by transgender persons as a fearful as well as a beneficial experience (Applegarth & Nuttall, 2016) and presents challenges to the therapist and to alliance formation when it is associated with gatekeeping for medical interventions (Budge, 2015).

Experience suggests many transgender and nonbinary individuals decide to undergo gender-affirming medical treatment with little or no use of psychotherapy (Spanos et al., 2021). Although various modalities of psychotherapy may be beneficial for different reasons before, during, and after gender-affirming medical treatments and varying rates of desire for psychotherapy have been reported during different stages of transition (Mayer et al., 2019), a requirement for psychotherapy for initiating gender-affirming medical procedures has not been shown to be beneficial and may be a harmful barrier to care for those who do not need this type of treatment or who lack access to it.

Statement 18.10

**We recommend "reparative" and "conversion" therapy aimed at trying to change a person's gender identity and lived gender expression to become more congruent with the sex assigned at birth should not be offered.**

The use of "reparative" or "conversion" therapy or gender identity "change" efforts is opposed by many major medical and mental health organizations across the world, including the World Psychiatric Association, Pan American Health Organization, American Psychiatric and American Psychological Associations, Royal College of Psychiatrists, and British Psychological Society. Many states in the US have instituted bans on practicing conversion therapy with minors. Gender identity change efforts refers to interventions by MHPs or others that attempt to change gender identity or expression to be more in line with those typically associated with the person's sex assigned at birth (American Psychological Association, 2021).

Advocates of "conversion therapy" have suggested it could potentially allow a person to fit better into their social world. They also point out some clients specifically ask for help changing their gender identities or expressions and therapists should be allowed to help clients achieve their goals. However, "conversion therapy" has not been shown to be effective (APA, 2009; Przeworski et al., 2020). In addition, there are numerous potential harms. In retrospective studies, a history of having undergone conversion therapy is linked to increased levels of depression, substance abuse, suicidal thoughts, and suicide attempts, as well as lower educational attainment and less weekly income (Ryan et al., 2020; Salway et al., 2020; Turban, Beckwith et al., 2020). In 2021, the American Psychological Association resolutions states that "scientific evidence and clinical experience indicate that GICEs [gender identity change efforts] put individuals at significant risk of harm" (APA, 2021).

While there are barriers to ending gender identity "change" efforts, education about the lack of benefit and the potential harm of these practices may lead to fewer providers offering "conversion therapy" and fewer individuals and families choosing this option.

## Acknowledgements

Karen A. Robinson, Professor of Medicine at Johns Hopkins University and Director of the School's Evidence-based Practice Center and her staff for conducting all systematic reviews and their assistance in the development of the recommendations that underpin the SOC-8. *Ethical considerations*: Carol Bayley, Simona Giordano, and Sharon Sytsma. *Legal perspectives*: Jennifer Levi and Phil Duran. *Reference checkers*: Taymy Caso, Oscar Dimant, Zil Goldstein, Ali Harris, Nat Thorne. *Editors*: Margueritte White, Jun Xia. *Administrative support*: Blaine Vella, Taylor O'Sullivan and Jamie Hicks. Finally, we like to thank all participants who provided comments during the public comment period and GATE (Global Action for Trans Equality), the Asia Pacific Transgender Network Foundation (APTN), The International Lesbian, Gay, Bisexual, Trans and Intersex Association (ILGA), and Transgender Europe (TGEU) for their helpful and constructive feedback on an earlier version of the SOC-8.

## Conflict of Interest

Conflict of interests were reviewed as part of the selection process for committee members and at the end of the process before publication. No conflicts of interest were deemed significant or consequential.

## Ethical Approval

This manuscript does not contain any studies with human participants performed by any of the authors.

## Funding

This project was partly funded from a grant of the Tawani Foundation. Most of the expenses went to pay the Evidence-based Practice Center of Johns Hopkins University for their work. Editors and reference checkers were paid nominal fees. Committee members were not paid for their contributions. Some travel expenses for committee chairs were covered by the World Professional Association for Transgender Health (WPATH). WPATH staff and other internal expenses were covered by the Association's budget.

INTERNATIONAL JOURNAL OF TRANSGENDER HEALTH  S247

## Appendix A METHODOLOGY

### 1. Introduction

This version of the Standards of Care (SOC-8) is based upon a more rigorous and methodological evidence-based approach than previous versions. This evidence is not only based on the published literature (direct as well as background evidence) but also on consensus-based expert opinion. Evidence-based guidelines include recommendations intended to optimize patient care and are informed by a systematic review of evidence and an assessment of the benefits and harms of alternative care options. Evidence-based research provides the basis for sound clinical practice guidelines and recommendations but must be balanced by the realities and feasibility of providing care in diverse settings. The process for development of the SOC-8 incorporated recommendations on clinical practice guideline development from the National Academies of Medicine and The World Health Organization that addressed transparency, the conflict-of-interest policy, committee composition and group process. (Institute of Medicine Committee on Standards for Developing Trustworthy Clinical Practice, 2011; World Health Organization, 2019a).

The SOC-8 revision committee was multidisciplinary and consisted of subject matter experts, health care professionals, researchers and stakeholders with diverse perspectives and geographic representation. All committee members completed conflict of interest declarations.*

A guideline methodologist assisted with the planning and development of questions, and an independent team undertook systematic reviews that were used to inform some of the statements for recommendations. Additional input to the guidelines was provided by an international advisory committee, legal experts, and feedback received during a public comment period. Recommendations in the SOC-8 are based on available evidence supporting interventions, a discussion of risks and harms, as well as feasibility and acceptability within different contexts and country settings. Consensus of the final recommendations was attained using a Delphi process that included all members of the Standards of Care Revision committee and required that recommendation statements were approved by 75% of members. Supportive and explanatory text of the evidence for the statements were written by chapter members. Drafts of the chapters were reviewed by the Chair and the Co-Chairs of the SOC Revision Committee to ensure the format was consistent, evidence was properly provided, and recommendations were consistent across chapters. An independent team checked the references used in the SOC-8 before the guidelines were fully edited by a single professional. A detailed overview of the SOC-8 Methodology is described below.

### 2. Difference between the methodology of the SOC-8 and previous editions

The main differences in the methodology of the SOC-8 when compared with other versions of the SOC are:

- The involvement of a larger group of professionals from around the globe;

- A transparent selection process to develop the guidelines steering committee as well as to select chapter leads and members;
- The inclusion of diverse stakeholders in the development of the SOC-8
- Management of conflicts of interest
- The use of a Delphi process to reach agreement on the recommendations among SOC-8 committee members
- The involvement of an independent body from a reputable university to help develop the methodology and undertake independent systematic literature reviews where possible
- Recommendations were graded as either "recommend" or "suggest" based upon the strength of the recommendations.
- The involvement of an independent group of clinical academics to review citations.
- The involvement of international organizations working with the transgender and gender diverse (TGD) community; members of WPATH and other professional organizations as well as the general public who provided feedback through a public comment period regarding the whole SOC-8.

### 3. Overview of SOC-8 development Process

The steps for updating the Standards of Care are summarized below:

1. Establishing Guideline Steering Committee including Chair, and Co-Chairs (July 19, 2017)
2. Determining chapters (scope of guidelines)
3. Selecting Chapter Members based upon expertise (March 2018)
4. Selecting the Evidence Review Team: John Hopkins University (May 2018)
5. Refining topics included in the SOC-8 and review questions for systematic reviews
6. Conducting systematic reviews (March 2019)
7. Drafting the recommendation statements
8. Voting on the recommendation statements using a Delphi process (September 2019–February 2022)
9. Grading of the recommendations statements
10. Writing the text supporting the statements
11. Independently validating the references used in the supportive text
12. Finalizing a draft SOC-8 (December 1, 2021)
13. Feedback on the statements by International Advisory Committee
14. Feedback on the entire draft of the SOC-8 during a public comment period (November 2021–January 2022)
15. Revision of Final Draft based on comments (January 2022- May 2022)
16. Approval of final Draft by Chair and Co-Chairs (June 10, 2022)
17. Approval by the WPATH Board of Directors
18. Publication of the SOC-8
19. Dissemination and translation of the SOC-8


EXHIBIT
Janssen
3
4-12-24 ICR

### 3.1. Establishment of Guideline Steering Committee

The WPATH Guideline Steering Committee oversaw the guideline development process for all chapters of the Standards of Care. Except for the Chair (Eli Coleman) who was appointed by the WPATH board to maintain a continuity from previous SOC editions, members of the Guideline Steering Committee were selected by the WPATH Board from WPATH members applying for these positions. Job descriptions were developed for the positions of Co-Chairs, Chapter Leads, Chapter Members and Stakeholder. WPATH members were eligible to apply by completing an application form and submitting their CV. The Board of WPATH voted for the position of co-chair (one member of the board did not participate in view of conflict of interest). The chairs and co-chairs selected the chapter leads and members (as well as stakeholders) based on the application form and CVs.

The Guideline Steering Committee for Standards of Care 8th Version are:

- Eli Coleman, PhD (Chair) Professor, Director and Academic Chair, Institute for Sexual and Gender Health, Department of Family Medicine and Community Health, University of Minnesota Medical School (USA)
- Asa Radix, MD, PhD, MPH (Co-chair) Senior Director, Research and Education Callen-Lorde Community Health Center Clinical Associate Professor of Medicine New York University, USA
- Jon Arcelus, MD, PhD (Co-chair) Professor of Mental Health and Well-being Honorary Consultant in Transgender Health University of Nottingham, UK
- Karen A. Robinson, PhD (Lead, Evidence Review Team) Professor of Medicine, Epidemiology and Health Policy & Management Johns Hopkins University, USA

### 3.2. Determination of topics for chapters

The Guideline Steering Committee determined the chapters for inclusion in the Standards of Care by reviewing the literature and by reviewing the previous edition of the SOC. The chapters in the Standards of Care 8th Version:

1. Terminology
2. Global Applicability
3. Population estimates
4. Education*
5. Assessment of Adults
6. Adolescent
7. Children
8. Nonbinary
9. Eunuch
10. Intersex
11. Institutional environments
12. Hormone Therapy
13. Surgery and Postoperative Care
14. Voice and communication
15. Primary care
16. Reproductive Health
17. Sexual Health
18. Mental Health

* The Education Chapter was originally intended to cover both education and ethics. A decision was made to create a separate committee to write a chapter on ethics. In the course of writing the chapter, it was later determined topic of ethics was best placed external to the SOC8 and required further in-depth examination of ethical considerations relevant to transgender health.

### 3.3. Selection of chapter members

A call for applications to be part of the SOC-8 review committee (chapter lead or member) was sent to the WPATH membership. The Chairs of the Guideline Steering Committee appointed the members for each chapter, ensuring representation from a variety of disciplines and perspectives.

Chapter Leads and Members were required to be WPATH Full Members in good standing and content experts in transgender health, including in at least one chapter topic. Chapter Leads reported to the Guideline Steering Committee and were responsible for coordinating the participation of Chapter Members. Chapter members reported directly to the Chapter Lead.

Each chapter also included stakeholders as members who bring perspectives of transgender health advocacy or work in the community, or as a member of a family that included a transgender child, sibling, partner, parent, etc. Stakeholders were not required to be full members of WPATH.

The Chapter Members were expected to:

- Participate in the development refinement of review questions
- Read and provide comments on all materials from the Evidence Review Team
- Critically review draft documents, including the draft evidence report
- Review and assess evidence and draft recommendations
- Participate in the Delphi consensus process
- Develop the text to back up the recommendation statements
- Grade each statement to describe the strength of the recommendation
- Review and address the comments from the Chairs during the whole process
- Develop the content of the chapters
- Review comments from public comments and assist in the development of a revision of guidelines
- Provide input and participate in the dissemination of guidelines

Training and orientation for Chapter Leads and Members was provided, as needed. Training content included formulation and refinement of questions (i.e., use of PICO), reviewing the evidence, developing recommendation state-

INTERNATIONAL JOURNAL OF TRANSGENDER HEALTH   S249

ments, grading the evidence and the recommendations, and information about the guideline development program and process.

A total of 26 chapter-leads were appointed (some chapters required co-leads), 77 chapter members and 16 stakeholders. A total of 127 were selected. During the SOC process, 8 people left, due to personal or work-related issues. Therefore, there were 119 final authors of the SOC-8.

### 3.4. Selection of the evidence review team

The WPATH Board issued a request for applications to become the Evidence Review Team. For Standards of Care 8th Version the WPATH Board engaged the Evidence Review Team at Johns Hopkins University under the leadership of Karen Robinson.

- Karen A. Robinson, PhD (Lead, Evidence Review Team) Professor of Medicine, Epidemiology and Health Policy & Management Johns Hopkins University, USA

Dr Robinson also guided the steering committee in the development of the SOC-8 by providing advice and training in the development of PICO questions, statements, and the Delphi process as well as undertaking a very rigorous systematic literature review where direct evidence was available.

### Conflict of interest

Members of the Guideline Steering Committee, Chapter Leads and Members, and members of the Evidence Review Team were asked to disclose any conflicts of interest. Also reported, in addition to potential financial and competing interests or conflicts, are personal or direct reporting relationships with a chair, co-chair or a WPATH Board Member or the holding of a position on the WPATH Board of Directors.

### 3.5. Refinement of topics and review of questions

The Evidence Review Team abstracted the recommendation statements from the prior version of the Standards of Care. With input from the Evidence Review Team, the Guideline Steering Committee and Chapter Leads determined:

- Recommendation statements that needed to be updated
- New areas requiring recommendation statements

### 3.6. Conduct the systematic reviews

Chapter Members developed questions to help develop recommendation statements. For the questions eligible for systematic review, the Evidence Review Team drafted review questions, specifying the Population, Interventions, Comparisons, and Outcomes (PICO elements). The Evidence Review Team undertook the systematic reviews. The Evidence Review Team presented evidence tables and other

results of the systematic reviews to the members of the relevant chapter for feedback.

### Protocol

A separate detailed systematic review protocol was developed for each review question or topic, as appropriate. Each protocol was registered on PROSPERO.

### Literature search

The Evidence Review Team developed a search strategy appropriate for each research question including MEDLINE®, Embase®, and the Cochrane Central Register of Controlled Trials (CENTRAL). The Evidence Review Team searched additional databases as deemed appropriate for the research question. The search strategy included MeSH and text terms and was not limited by language of publication or date.

The Evidence Review Team hand searched the reference lists of all included articles and recent, relevant systematic reviews. The Evidence Review Team searched ClinicalTrials.gov for any additional relevant studies.

Searches were updated during the peer review process.

The literature included in the systematic review was mostly based on quantitative studies conducted in Europe, the US or Australia. We acknowledge a bias towards perspectives from the global north that does not pay sufficient attention to the diversity of lived experiences and perspectives within transgender and gender diverse (TGD) communities across the world. This imbalance of visibility in the literature points to a research and practice gap that needs to be addressed by researchers and practitioners in the future in order to do justice to the support needs of all TGD people independent of gender identification.

### Study selection

The Evidence Review Team, with input from the Chapter Workgroup Leads, defined the eligibility criteria for each research question *a priori*.

Two reviewers from the Evidence Review Team independently screened titles and abstracts and full-text articles for eligibility. To be excluded, both reviewers needed to agree that the study met at least one exclusion criteria. Reviewers resolved differences regarding eligibility through discussion.

### Data extraction

The Evidence Review Team used standardized forms to abstract data on general study characteristics, participant characteristics, interventions, and outcome measures. One reviewer abstracted the data, and a second reviewer confirmed the abstracted data.

### Assessment of risk of bias

Two reviewers from the Evidence Review Team independently assessed the risk of bias for each included study. For

randomized controlled trials, the Cochrane Risk of Bias Tool was used. For observational studies, the Risk of Bias in Non-Randomized Studies—of Interventions (ROBINS-I) tool was used. Where deemed appropriate, existing recent systematic reviews were considered and evaluated using ROBIS.

### Data synthesis and analysis

The Evidence Review Team created evidence tables detailing the data abstracted from the included studies. The members of the Chapter Workgroups reviewed and provided comments on the evidence tables.

### Grading of the evidence

The Evidence Review Team assigned evidence grades using the GRADE methodology. The strength of the evidence was obtained using predefined critical outcomes for each question and by assessing the limitations to individual study quality/risk of bias, consistency, directness, precision, and reporting bias.

### 3.7. Drafting of the Recommendation Statements

Chapter Leads and Members drafted recommendation statements. The statements were crafted to be feasible, actionable, and measurable.

Evidence-based recommendation statements were based on the results of the systematic, and background literature reviews plus consensus-based expert opinions.

The Chair and Co-Chairs and Chapter Leads reviewed and approved all recommendation statements for clarity and consistency in wording. During this review and throughout the process any overlap between chapters was also addressed.

Many chapters had to work closely together to ensure consistency of their recommendations. For example, as there are now separate chapters for childhood and adolescence, to ensure consistency between both chapters, some authors were part of both chapters. For a similar reason, when applicable, a workgroup collaborated with other Chapter Workgroups on topics shared between the chapters (i.e., Assessment of Children, Assessment of Adults, Hormone Therapy, Surgery and Postoperative Care and Reproductive Health).

### 3.8. Approval of the recommendations using the Delphi process

Formal consensus for all statements was obtained using the Delphi process (a structured solicitation of expert judgements in three rounds). For a recommendation to be approved, a minimum of 75% of the voters had to approve the statement. A minimum of 65% of the SOC-8 members had to take part in the Delphi process for each statement. People who did not approve the statement had to provide information as to the reasons for their disapproval, so the statement could be modified (or removed) according to this feedback. Once modified, the statement was put through the Delphi process again. If after 3 rounds the statement

was not approved, the statement was removed from the SOC. Every member of the SOC voted for each statement. There was a response rate between (74.79% and 94.96%) for the statements.

### 3.9. Grading criteria for statements

Once the statements passed the Delphi process, chapter members graded each statement using a process adapted from the Grading of Recommendations, Assessment, Development and Evaluations (GRADE) framework. This a transparent framework for developing and presenting summaries of evidence and provides a systematic approach for making clinical practice recommendations (Guyatt et al., 2011). The statements were graded based on factors such as:

- The balance of potential benefits and harms
- Confidence in that balance or quality of evidence
- Values and preferences of providers and patients
- Resource use and feasibility

The statements were classified as:

- Strong recommendations ("we recommend") are for those interventions/therapy/strategies where:
  - the evidence is of high quality
  - estimates of the effect of an intervention/therapy/strategy (i.e., there is a high degree of certainty effects will be achieved in practice)
  - there are few downsides of therapy/intervention/strategy
  - there is a high degree of acceptance among providers and patients or those for whom the recommendation applies.
- Weak recommendations ("we suggest") are for those interventions/therapy/strategies where:
  - there are weaknesses in the evidence base
  - there is a degree of doubt about the size of the effect that can be expected in practice
  - there is a need to balance the potential upsides and downsides of interventions/therapy/strategies
  - there are likely to be varying degrees of acceptance among providers and patients or those for whom the recommendation applies.

### 3.10. Writing of the text supporting the statements

Following the grading of the statements, the Chapter Workgroups wrote the text providing the rationale or reasoning for the recommendation. This included providing the available evidence, providing details about potential benefits and harms, describing uncertainties, and information about implementation of the recommendation, including expected barriers or challenges among others. References use APA-7 style, to support the information in the text. Links to resources are also provided, as appropriate. The text, including whether a recommendation has been described as strong or weak, was reviewed and approved by the Chair and Co-Chairs.

### 3.11. External validation of references used to support the statements

A group of independent clinical academics working in the field of transgender health reviewed the references used in every chapter in order to validate that the references were appropriately used to support the text. Any queries regarding the references were sent back to the chapters for review.

### 3.12. Finalizing a draft SOC-8

A final SOC-8 draft was made available for comments.

### 3.13. Distribute Standards of Care for review by international advisors

The statements of the recommendations of Standards of Care 8th were circulated among the broader Standards of Care Revision Committee and the WPATH International Advisory Group, which included the Asia Pacific Transgender Network (APTN), the Global Action for Transgender Equality (GATE), the International Lesbian, Gay, Bisexual, Transgender, Intersex Association (ILGA), and Transgender Europe (TGEU).

### 3.14. Public comment period

The revised draft version of the Standards of Care document was posted online for comment from the public, including WPATH members, on the WPATH website. A 6-week period was allocated for comments. A total of 1,279 people made comments on the draft with a total of 2,688 comments.

### 3.15. Revision of final draft based on comments

The Chapter Leads and Guideline Steering Committee considered the feedback and made any necessary revisions. All public comments were read and, where appropriate, integrated into the background text.

As part of this process, 3 new Delphi statements were developed and 2 were modified enough to require a new vote by the SOC-8 committee. This meant a new Delphi process was initiated in January 2022. The results of this Delphi process were accepted by the chapters, and the new statements were added or modified accordingly. The new supportive text was added.

All the new versions of the chapters were reviewed again by the Chair and Co-Chairs and changes or modifications were suggested. Finally, once the Chairs and the Chapter Members were satisfied with the draft, the chapter was finalized.

All new references were double checked by an independent member.

### 3.16. Approval of final draft by Chair and Co-Chairs

Modifications were reviewed by the Chairs and were accepted by them.

### 3.17. Approval by the WPATH Board of Directors

The final document was presented to the WPATH Board of Directors for approval and it was approved on the 20th of June 2022.

### 3.18. Publication of the SOC-8 and dissemination of the Standards of Care

The Standards of Care was disseminated in a number of venues and in a number of formats including publication in the International Journal of Transgender Health (the official scientific journal of WPATH).

### 4. Plan to Update

A new edition of the SOC (SOC-9) will be developed in the future, when new evidence and/or significant changes in the field necessitating a new edition is substantial.

*The development of SOC-8 was a complex process at a time of COVID-19 and political uncertainties in many parts of the world. Members of the SOC-8 worked on the SOC-8 on top of their day-to-day job, and most of the meetings took place out of their working time and during their weekends via Zoom. There were very few face-to-face meetings, most of them linked to WPATH, USPATH or EPATH conferences. Committee members of the SOC-8 were not paid as part of this process.



EXHIBIT
Janssen
4
4-12-24

SPECIAL ISSUE ARTICLE

# Supporting the Mental Health of Transgender and Gender-Diverse Youth

Claire A. Coyne, PhD; T. Zachary Holt, PhD; Aron Janssen, MD; and Diane Chen, PhD

## ABSTRACT

Increasing numbers of youth are identifying as transgender or gender diverse (TGD), meaning their gender identity or expression do not conform to culturally defined expectations for their designated sex at birth. The mental health needs of TGD youth are diverse, and to effectively address these needs requires knowledgeable general pediatric providers, who often are families' first resource for education and support around gender diversity. To help general pediatric providers work more effectively with TGD youth, we describe the role of mental health providers working with TGD youth and how best to support TGD youth's access to gender-affirming mental health and medical interventions. [*Pediatr Ann.* 2023;52(12):e456–e461.]

Transgender and gender-diverse (TGD) youth are those whose gender identity or expression does not conform to culturally defined expectations for their designated sex at birth. Recent population-based surveys estimate between 1.4%[1] and 9.2%[2] of high school-aged students identify as TGD in the United States. The increased prevalence of gender diversity among youth is likely attributable to multiple factors, including improved precision in gender terminology and assessment methods (eg, inclusion of nonbinary as a survey option), as well as cultural shifts in social norms about gender identity and expression. Gender development is an interactive and dynamic process that unfolds over time and is influenced by biological, social, and cultural factors.[3] Developing knowledgeable pediatric providers outside of gender specialty programs can reduce stigmatizing health

Claire A. Coyne, PhD, is a Pediatric Psychologist, Potocsnak Family Division of Adolescent and Young Adult Medicine and a Pediatric Psychologist, Pritzker Department of Psychiatry and Behavioral Health, Ann & Robert H. Lurie Children's Hospital of Chicago; and an Assistant Professor, Department of Psychiatry and Behavioral Sciences, Northwestern University Feinberg School of Medicine. T. Zachary Holt, PhD, is a Psychology Postdoctoral Fellow, Potocsnak Family Division of Adolescent and Young Adult Medicine and Pritzker Department of Psychiatry and Behavioral Health, Ann & Robert H. Lurie Children's Hospital of Chicago. Aron Janssen, MD, is a Child & Adolescent Psychiatrist, Potocsnak Family Division of Adolescent and Young Adult Medicine and the Vice Chair, Clinical, Pritzker Department of Psychiatry and Behavioral Health, Ann & Robert H. Lurie Children's Hospital of Chicago; and an Associate Professor, Department of Psychiatry and Behavioral Sciences, Northwestern University Feinberg School of Medicine. Diane Chen, PhD, is the Behavioral Health Director, Potocsnak Family Division of Adolescent and Young Adult Medicine and a Pediatric Psychologist, Pritzker Department of Psychiatry and Behavioral Health, Ann & Robert H. Lurie Children's Hospital of Chicago; and an Associate Professor, Department of Psychiatry and Behavioral Sciences and an Associate Professor, Department of Pediatrics, Northwestern University Feinberg School of Medicine.

Address correspondence to Diane Chen, PhD, Ann & Robert H. Lurie Children's Hospital of Chicago, 225 E Chicago Avenue, Box #161-B, Chicago, IL 60611; email: dichen@luriechildrens.org.

Disclosure: Aron Janssen discloses honoraria from Grand Rounds at New York University School of Medicine, Department of Child Psychiatry, and University of Colorado School of Medicine, Department of Psychiatry, and University of Wisconsin Madison School of Medicine; payment for expert testimony on transgender health for the ACLU (American Civil Liberties Union); participation on the Trevor Project Advisory Board; and a leadership role with the American Academy of Child and Adolescent Psychiatry - Sexual Orientation and/or Gender Identity Committee. Diane Chen discloses payment/honoraria from the Behavioral Health Grand Rounds, Children's National Hospital; Keynote, Miami International Child & Adolescent Mental Health Conference; and Current Issues in LGBTQ Health Lecture Series, Institute of Sexual and Gender Minority Health and Wellbeing, Northwestern University; and grants R01 HD097122 and R01 HD082554 from the Eunice Kennedy Shriver National Institute of Child Health and Human Development; grant R01 MH123746 from the National Institute of Mental Health; and grant R15 AA029524 from the National Institute of Alcohol Abuse and Alcoholism. The remaining authors have no relevant financial relationships to disclose.

doi:10.3928/19382359-20231016-02

Copyright © SLACK Incorporated

SPECIAL ISSUE ARTICLE

care experiences for TGD youth.[8] Specifically, pediatric providers should understand the unique health care needs of TGD youth and principles of gender-affirming care that apply broadly in all service settings (eg, including chosen name in electronic medical records). The gender-affirmative model is the predominant evidence-based approach to gender care. Within this model, variation in gender identity and expression are nonpathological aspects of human diversity.[5] Gender-affirming providers thus focus on supporting people to live authentically without privileging any outcome other than prioritizing emotional well-being. This approach recognizes there is no "right way" to be TGD or single trajectory for youth exploring medical interventions.[6]

Although gender diversity is not inherently pathological, TGD youth do experience significant health disparities compared with their cisgender peers. Higher rates of depression, anxiety, suicidality, and substance use and poorer health status among TGD youth[7] are attributable in part to the effects of gender-related stigma and discrimination[7] and lack of access to quality health care.[8,9] Exposure to stigmatizing messages and discriminatory experiences (eg, nonaffirming school, community, or home environments) leads to negative internalized beliefs about gender diversity, which are linked to major depressive and generalized anxiety disorders in TGD youth.[10] That said, health care providers should be cautious not to attribute physical or mental health concerns solely to gender-related stigma and discrimination. This overgeneralization can occur when providers make assumptions about their patients' background and health needs, which subsequently can compound health disparities by delaying access to appropriate care.[11]

These health disparities highlight the need to improve access to high-quality and developmentally appropriate health care for TGD youth and their families. Providers who understand gender development and the range of available supports and interventions for gender dysphoria—ie, distress associated with incongruence between gender and designated sex at birth—can reduce stigma and the effect of gender minority stress in health care settings. Knowledgeable providers can identify when co-occurring psychopathology may be attributable to factors unrelated to gender diversity (eg, genetic risk) and provide appropriate treatment referrals. To help general pediatric providers work more effectively with TGD youth, we describe the role of mental health providers working with TGD youth and how best to support TGD youth's access to gender-affirming mental health and medical interventions.

## GENDER-AFFIRMING SOCIAL, MEDICAL, AND SURGICAL INTERVENTIONS FOR GENDER DYSPHORIA

For TGD youth experiencing gender dysphoria, mental health support needs will likely vary over time and development.[4] At earlier stages, this may take the form of developing ways to describe and understand their own identity or identities, as well as finding self-acceptance. Providers may help youth and families explore social interventions that involve transitioning to live in line with their experienced gender rather than the gender aligned with designated sex at birth. Social interventions are generally considered reversible and may include changing clothing, hairstyles, name, and pronouns. As puberty progresses, nonmedical interventions such as chest binding, tucking, voice therapy, and hair removal are safe, reversible op-

tions that can help TGD youth explore their embodiment goals. These social interventions are associated with reduced mental health symptoms in both youth and adolescents, with evidence that socially transitioned prepubertal children (ie, from boy to girl or girl to boy) experience developmentally normative levels of depression and only minimally elevated levels of anxiety.[12] Similarly, use of chosen name and pronouns in more contexts (eg, at home, at school, with peers) is associated with less depression, suicidal ideation, and suicidal behavior among TGD adolescents.[13] Therapeutic support may also include assisting youth in navigating social environments (eg, school, peers), eventual transition into adulthood, and developing strategies for self-advocacy in various spaces (eg, college, health care, career). The frequency and intensity of mental health support is likely best tailored to each person's and family's needs.

Medical and surgical treatments for gender dysphoria vary based on a youth's age, developmental stage, and individualized treatment goals and are informed by clinical practice guidelines by the World Professional Association for Transgender Health (WPATH)[14] and the Endocrine Society.[15] Treatment options are provided in a staged manner, with treatments considered "reversible" typically offered before treatments considered "partially irreversible" or "irreversible." No medical or surgical treatments are indicated before pubertal onset. For pediatric populations, guidelines recommend a multidisciplinary approach to diagnosing gender dysphoria and ensuring that youth and their caregivers understand the benefits and potential risks of medical treatment and have accurate and appropriate expectations of treatment.[4] Support from a consenting parent or legal guardian is also required for minors.

In early puberty, medications to suppress endogenous sex hormone production may be offered. Gonadotropin-releasing hormone analogues (GnRHa), often referred to as "puberty blockers," suspend pubertal progression by suppressing the hypothalamic-pituitary-gonadal axis. This prevents gonadal sex hormone production (ie, testosterone and estrogen). GnRHa are considered reversible and are intended to provide time for TGD youth to mature and consider whether additional medical, surgical, or both types of interventions are aligned with their embodiment goals. Research suggests puberty blockers improve some aspects of mental health, although results are mixed. Three longitudinal studies have examined the psychosocial effect of puberty blockers, with two studies demonstrating improvement in psychosocial functioning[16,17] and a third demonstrating no change in overall emotional or behavioral problems after 36 months of treatment.[18] An additional cross-sectional study reported TGD youth treated with puberty blockers had fewer overall emotional and behavioral problems compared with gender clinic–referred, untreated youth.[19]

For TGD adolescents in later puberty, treatment with gender-affirming hormones (ie, testosterone or estrogen) will induce desired, gender-congruent secondary sex characteristics. Testosterone-mediated changes include facial and body hair growth and voice deepening; estrogen-mediated changes include breast development. Gender-affirming hormone treatment is considered partially irreversible—some physical changes (eg, fat distribution) are reversible, whereas others are irreversible (eg, breast development, voice deepening). There are five US-based, prospective, longitudinal studies examining psychosocial outcomes of gender-affirming hormone treatment.[20-24] Four studies reported

improvements in depression,[20,22,23] anxiety,[22,23] body dissatisfaction,[22] appearance congruence,[22] suicidality,[21] positive affect,[22] life satisfaction,[22] and general well-being[21] after 1 to 2 years of treatment. A fifth study examined 104 youth, and during a 1-year period, 69 received puberty blockers, gender-affirming hormones, or both. Although mental health did not improve over time among treated youth, treated youth did report 60% lower odds of depression and 73% lower odds of suicidality compared with untreated youth.[24] Most surgical interventions, which are considered irreversible, are offered only to TGD adults and may involve removing undesired reproductive organs (eg, ovaries/uterus, testicles), surgical construction of desired genital anatomy (eg, vaginoplasty, phalloplasty/metoidioplasty), and other nongenital surgical interventions (eg, tracheal shave). A notable exception is breast/chest surgery, which may be offered to adolescents who experience significant and impairing chest dysphoria, desire chest surgery, and have parental support and consent.[25] A recent multicenter, prospective, matched-control study found that chest masculinization surgery was associated with low complication rates and significant improvement in chest dysphoria, gender congruence, and body image satisfaction 3 months after surgery.[26]

## ROLES OF MENTAL HEALTH PROVIDERS IN SUPPORTING TGD YOUTH
### Psychosocial Assessment

It is valuable for mental health providers to engage both TGD youth and their caregivers in psychosocial assessment to understand the social, cultural, and familial contexts affecting gender development. Some TGD youth recognize and share a non-cisgender identity early in childhood, and others may delay

sharing because of concerns about social and familial acceptance or because they lack the language to describe their experience. For other youth, pubertal progression and accompanying distress about physical changes lead to gender exploration.

There are multiple aims of a psychosocial assessment, and the relative salience of each is determined by the goals of the youth and their family, as well as the youth's age and stage of pubertal development. The first aim is to understand the person's experience of their gender identity, gender expression, relationship to their body, and how these experiences have developed over time and across contexts. For some, incongruence between any of these domains can lead to distress. A second aim is to understand that distress and begin to differentiate the degree to which distress is related to gender dysphoria, anti-TGD stigma, and bias or to co-occurring mental health concerns. The third aim is to understand both resiliency and vulnerability of the young person and the systems that surround them. Family support is vital to building resilience and shaping positive outcomes; and holding space for differing beliefs and priorities for youth and caregivers is inherent to an effective process. Each caregiver will have their own observations about the child, and eliciting these observations provides a holistic picture of the family system and how the child functions within this system. For many families, this is their first encounter with a mental health provider and represents an opportunity to create a positive experience that is patient- and family-focused. Throughout the assessment process, there are opportunities for providers to learn the unique strengths and challenges faced by the youth and their family, provide psychoeducation about gender diversity, and augment familial support and acceptance.[14]

Copyright © SLACK Incorporated

SPECIAL ISSUE ARTICLE

For prepubertal youth for whom medical interventions are not indicated, the assessment should be tailored to the goals of the family. A comprehensive biopsychosocial assessment should include (1) the child's gender history, including statements of identity and observed play and peer preferences, and relationship to the body; (2) individual and family/system risk and resilience factors and the beliefs of the child and their family, peers, and community about gender diversity; (3) the child's mental health history and cognitive and communication abilities; (4) the experience of gender minority stress by the child, the family, or both; (5) relevant medical and developmental history; (6) salience of their gender identity/diversity on day-to-day life[27]; and (7) observed effect when the child's experienced gender is validated or invalidated (see Table 1 for sample clinical interview questions).

For adolescents, the assessment is similar and, depending on the youth's stage of pubertal development and individualized treatment goals, can include discussions of medical, surgical, or both types of interventions. Both the WPATH[14] and Endocrine Society[15] guidelines recommend that TGD youth seeking puberty blockers or gender-affirming hormones complete a comprehensive biopsychosocial assessment before initiating medical treatment. The assessment process is not intended to evaluate youth's gender identity but rather to assess their overall mental health functioning and criteria consistent with a gender dysphoria diagnosis, understand their embodiment goals, ensure youth and caregivers understand the reversible and irreversible effects of the desired medical/surgical intervention and demonstrate appropriate expectations of treatment outcomes, and in the case of minors, confirm caregiver support and consent for treatment.

---

**TABLE 1**

**Sample Assessment Questions for Mental Health Providers Working with Transgender and Gender-Diverse Youth**

For children, consider altering phrasing to match child's developmental level and use visual aids as needed:

- What words would you use to describe your gender?
- How would you describe being a boy/girl/nonbinary person?
- Tell me about what your friends are like.
- What kinds of things do you and your friends do together?
- What are some things you like about your body? Are there things you don't like about your body? If yes, why don't you like those aspects of your body? Would you change them if you could? How would you change them?
- Who in your life have you talked to about your gender?
- Has anyone ever spoken to you or treated you poorly because of their own negative views about your gender identity?

For adolescents, consider questions about gender identity, expression, experiences with their body, and perceptions of gender expression in multiple contexts:

- How would you describe your own internal experience of your gender identity?
- Tell me about when you first started thinking about your gender identity.
- Are there changes you have made to how you dress or wear your hair that have made you feel more comfortable? Tell me what that was like for you.
- Can you explain why you feel more comfortable as a boy/girl/nonbinary person?
- What aspects of being masculine/feminine/gender fluid aligns more with how you see yourself?
- Tell me about what your relationship is like with your current body. Are there positive aspects about your body? Are there things that are particularly challenging about your body?
- What has been your experience with noticing changes in your body during puberty? How has that process felt for you?
- Are there parts of your body that you feel like do not align with your gender identity? What parts of your body are they?
- From your perspective, what advantages or disadvantages might people experience based on their gender identity or expression?

For caregivers, consider questions about their child's gender history, their response when their child shared their gender identity, their beliefs about gender identity and expression, and concerns caregivers may have:

- Tell me about your child's gender identity and expression.
- What was it like for you when your child shared their gender identity?
- How did you learn about gender identity and expression? What do you understand about gender diversity?

---

**Assessing Co-occurring Mental Health Concerns**

Mental health challenges among TGD youth can be grouped into three main categories.[27] The first category includes symptoms developed as a result of minority stress and challenges related to identifying as a member of a margin-

alized group (eg, anxiety around using public restrooms). The second includes gender dysphoria and body-related distress. Conversely, providers can also assess experiences of gender-related validation and affirmation, sometimes referred to as gender euphoria. The third includes co-occurring mental health issues that are independent from gender dysphoria but may affect care. Research has shown higher rates of depression, anxiety, self-harm, suicidality, autism spectrum disorders, eating disorders, and ADHD among transgender youth when compared with cisgender peers.[7]

## Psychotherapeutic Treatment

For many TGD youth, therapy provides a safe place to explore gender fluidly and flexibly, in a youth-led approach. Notably, gender exploration is not a linear process and is highly individualized, oftentimes with questions and fluctuations as youth find what is most consistent with their own innate experience of gender. As every TGD youth presents in various stages within their own gender journey, the need for support can vary significantly from person to person, between families, and in the course of development. Mental health care serves as a crucial source of support for navigating these challenging processes.

In addition to diversity in individual gender identity processes, families are varied in their own journeys of understanding and accepting their child's gender identity. According to the WPATH Standards of Care,[14] providers should work with families and social environments to promote acceptance of gender diversity and support youth exploration and decision-making throughout development into young adulthood. As such, families who are earlier in the process toward acceptance or have significant challenges to supporting their child's gender diversity may need more struc-

tured family and parental support. This can be a helpful addition to individual therapy for TGD youth and allows each family member to receive individualized support for navigating complex processes that may be distinct. This allows space for family members to confront their own emotional experiences within the process (eg, grief, confusion, anger, shame) as well as receive support in navigating interpersonal challenges separately, reducing potential harm of conveying stigmatizing messages in settings where TGD youth are present. Other families who are more knowledgeable and accepting of their child's gender diversity may need further support in managing external challenges or navigating complex social environments. Supports that may be helpful to families can include combinations of individual therapy for youth, family therapy to address communication or other family-level processes, and parent-specific education and their own therapy space to understand challenges they face to accepting and advocating for their TGD youth. The level to which such recommendations are made should take into consideration the well-being and safety of the TGD youth and thoughtful assessment of where family members are at in their own spectrum of acceptance to determine which types of support may be most beneficial.

Additionally, the degree to which gender is foregrounded within treatment is highly individualized and will likely vary over time. Treatment of co-occurring diagnoses (eg, depression and anxiety) must consider salient aspects of gender identity and socioenvironmental factors that may relate to primary concerns outside of gender identity exploration. Practice guidelines for mental health care with TGD individuals recommend adapting existing evidence-based interventions to ensure they are affirming and consider the nuanced experience

of TGD youth.[28] To address commonly co-occurring depression and anxiety, clinicians can adapt evidence-based cognitive-behavioral interventions to address relevant stressors associated with gender identity (eg, misgendering). Coyne et al.[29] summarized key factors in adapting evidence-based practice, including (1) normalizing the role of minority stress and its negative sequelae; (2) focusing on emotion processes and increasing distress tolerance skills; (3) restructuring cognitive biases in benign interactions; (4) building effective communication skills; (5) reducing unhelpful avoidance and promoting adaptive navigation of situations; (6) validating strengths and increasing resilience; and (7) building safe, affirming interpersonal spaces and relationships. Individualized approaches that consider the child, family, socioenvironmental factors, and developmental trajectory are crucial to ensure that TGD youth and families have the necessary support throughout their formative years, promoting well-being and facilitating better outcomes overall.

## CONCLUSION

The mental health needs of TGD youth are diverse and knowledgeable clinicians who can provide developmentally informed assessment and treatment recommendations are essential. This includes general pediatric practitioners, who are uniquely positioned to support the mental health of TGD youth as trusted, familiar, and consistent health care professionals caring for youth across childhood and adolescence. Mental health supports must align with the individualized treatment needs of TGD youth and will change over time. For some youth, mental health support may comprise no more than caregiver education, coaching, and support, and an opportunity to transition socially. For other youth, the interplay between gender dysphoria,

Copyright © SLACK Incorporated

SPECIAL ISSUE ARTICLE

exposure to gender-related stress and stigma, and co-occurring mental health issues may require some combination of gender-affirming medical interventions and adaptations to evidence-based mental health interventions to adequately target sources of distress and impairment. General pediatric practitioners may be families' first resource for education and support around gender diversity, and thus, they play a critical role in early identification of gender dysphoria, screening for psychosocial risks, and referral for subspecialty gender care as indicated.

## REFERENCES

1. Herman J, Flores A, O'Neill K. How many adults and youth identify as transgender in the United States? Published June 2022. Accessed October 18, 2023. https://williamsinstitute.law.ucla.edu/publications/trans-adults-united-states

2. Kidd KM, Sequeira GM, Douglas C, et al. Prevalence of gender-diverse youth in an urban school district. *Pediatrics.* 2021;147(6):e2020049823. https://doi.org/10.1542/peds.2020-049823 PMID:34006616

3. Brinkman BG, Rabenstein KL, Rosén LA, Zimmerman TS. Children's gender identity development: the dynamic negotiation process between conformity and authenticity. *Youth Soc.* 2014;46(6):835-852. https://doi.org/10.1177/0044118X12455025

4. Coyne CA, Yuodsnukis, BT, Chen D. Gender dysphoria: optimizing healthcare for transgender and gender diverse youth with a multidisciplinary approach. *Neuropsychiatr Dis Treat.* 2023;19:479-493. https://doi.org/10.2147/NDT.S359979 PMID:36879947

5. Hidalgo MA, Ehrensaft D, Tishelman AC, et al. The gender affirmative model: what we know and what we aim to learn. *Hum Dev.* 2013;56(5):285-290. https://doi.org/10.1159/000355235

6. Hastings J, Bobb C, Wolfe M, Amaro Jimenez Z, St. Amand Colт . Medical care for nonbinary youth: individualized gender care beyond a binary framework. *Pediatr Ann.* 2021;50(9):e384-e390. https://doi.org/10.3928/19382359-20210818-03

7. Wittlin NM, Kuper LE, Olson KR. Mental health of transgender and gender diverse youth. *Annu Rev Clin Psychol.* 2023;19(1):207-232. https://doi.org/10.1146/annurev-clinpsy-072220-020326 PMID:36698332

8. Delozier AM, Kamody RC, Rodgers S, Chen D. Health disparities in transgender and gender expansive adolescents: a topical review

from a minority stress framework. *J Pediatr Psychol.* 2020;45(8):842-847. https://doi.org/10.1093/jpepsy/jsaa040 PMID:32626901

9. Rider GN, McMorris BJ, Gower AL, Coleman E, Eisenberg ME. Health and care utilization of transgender and gender nonconforming youth: a population-based study. *Pediatrics.* 2018;141(3):e20171683. https://doi.org/10.1542/peds.2017-1683 PMID:29437861

10. Chodzen G, Hidalgo MA, Chen D, Garofalo R. Minority stress factors associated with depression and anxiety among transgender and gender-nonconforming youth. *J Adolesc Health.* 2019;64(4):467-471. https://doi.org/10.1016/j.jadohealth.2018.07.006

11. Wall CSJ, Patev AJ, Benotsch EG. Trans broken arm syndrome: a mixed-methods exploration of gender-related medical misattribution and invasive questioning. *Soc Sci Med.* 2023;320:115748. https://doi.org/10.1016/j.socscimed.2023.115748

12. Olson KR, Durwood L, DeMeules M, McLaughlin KA. Mental health of transgender children who are supported in their identities. *Pediatrics.* 2016;137(3):e20153223. https://doi.org/10.1542/peds.2015-3223 PMID:26921285

13. Russell ST, Pollitt AM, Li G, Grossman AH. Chosen name use is linked to reduced depressive symptoms, suicidal ideation, and suicidal behavior among transgender youth. *J Adolesc Health.* 2018;63(4):503-505. https://doi.org/10.1016/j.jadohealth.2018.02.003 PMID:29609917

14. Coleman E, Radix AE, Bouman WP, et al. Standards of care for the health of transgender and gender diverse people, version 8. *Int J Transgend Health.* 2022;23(suppl 1):S1-S259. https://doi.org/10.1080/26895269.2022.21006 44

15. Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an Endocrine Society Clinical Practice Guideline. *J Clin Endocrinol Metab.* 2017;102(11):3869-3903. https://doi.org/10.1210/jc.2017-01658 PMID:28945902

16. de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *J Sex Med.* 2011;8(8):2276-2283. https://doi.org/10.1111/j.1743-6109.2010.01943.x PMID:20646177

17. Costa R, Dunsford M, Skagerberg E, Holt V, Carmichael P, Colizzi M. Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *J Sex Med.* 2015;12(11):2206-2214. https://doi.org/10.1111/jsm.13034 PMID:26556015

18. Carmichael P, Butler G, Masic U, et al. Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. *PLoS One.* 2021;16(2):e0243894. https://doi.org/10.1371/journal.pone.0243894 PMID:33529227

19. van der Miesen AIR, Steensma TD, de Vries ALC, Bos H, Popma A. Psychological functioning in transgender adolescents before and after gender-affirmative care compared with cisgender general population peers. *J Adolesc Health.* 2020;66(6):699-704. https://doi.org/10.1016/j.jadohealth.2019.12.018 PMID:32273193

20. Achille C, Taggart T, Eaton NR, et al. Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youth: preliminary results. *Int J Pediatr Endocrinol.* 2020;2020(1):8. https://doi.org/10.1186/s13633-020-00078-3

21. Allen LR, Watson LB, Egan AM, Moser CN. Well-being and suicidality among transgender youth after gender-affirming hormones. *Clin Pract Pediatr Psychol.* 2019;7(3):302-311. https://doi.org/10.1037/cpp0000288

22. Chen D, Berona J, Chan YM, et al. Psychosocial functioning in transgender youth after 2 years of hormones. *N Engl J Med.* 2023;388(3):240-250. https://doi.org/10.1056/NEJMoa2206297 PMID:36652355

23. Kuper LE, Stewart S, Preston S, Lau M, Lopez X. Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. *Pediatrics.* 2020;145(4):e20193006. https://doi.org/10.1542/peds.2019-3006 PMID:32220006

24. Tordoff DM, Wanta JW, Collin A, Stepney C, Inwards-Breland DJ, Ahrens K. Mental health outcomes in transgender and nonbinary youth receiving gender-affirming care. *JAMA Netw Open.* 2022;5(2):e220978. https://doi.org/10.1001/jamanetworkopen.2022.0978 PMID:35212746

25. Olson-Kennedy J, Warus J, Okonta V, Belzer M, Clark LF. Chest reconstruction and chest dysphoria in transmasculine minors and young adults: comparisons of nonsurgical and postsurgical cohorts. *JAMA Pediatr.* 2018;172(5):431-436. https://doi.org/10.1001/jamapediatrics.2017.5440 PMID:29507933

26. Ascha M, Sasson DC, Sood R, et al. Top surgery and chest dysphoria among transmasculine and nonbinary adolescents and young adults. *JAMA Pediatr.* 2022;176(11):1115-1122. https://doi.org/10.1001/jamapediatrics.2022.3424 PMID:36156703

27. Janssen A, Leibowitz S, eds. *Affirmative Mental Health Care for Transgender and Gender Diverse Youth. A Clinical Guide.* Springer; 2018.

28. American Psychological Association. Guidelines for psychological practice with transgender and gender nonconforming people. *Am Psychol.* 2015;70(9):832-864.

29. Coyne CA, Poquiz JL, Janssen A, Chen D. Evidence-based psychological practice for transgender and non-binary youth: defining the need, framework for treatment adaptation, and future directions. *Evid Based Pract Child Adolesc Ment Health.* 2020;5(3):340-353. https://doi.org/10.1080/23794925.2020.17654 33

31

Reproduced with permission of copyright owner. Further reproduction
prohibited without permission.

**HA40.4**     **Aetiological considerations associated with relationship factors**

This category should be assigned when, in the clinician's judgment, relationship factors are important contributing factors to the Sexual Dysfunction or Sexual Pain Disorder. Examples include relationship conflict or lack of romantic attachment. This category may also be used when the Sexual Dysfunction or Sexual Pain Disorder is associated with a Sexual Dysfunction or Sexual Pain Disorder in the sexual partner

**HA40.5**     **Aetiological considerations associated with cultural factors**

This category should be assigned when, in the clinician's judgment, cultural factors are important contributing factors to the Sexual Dysfunction or Sexual Pain Disorder. Cultural factors may influence expectations or provoke inhibitions about the experience of sexual pleasure or other aspects of sexual activity. Other examples include strong culturally shared beliefs about sexual expression, for example a belief that loss of semen can lead to weakness, disease or death.

**HA40.Y**     **Other specified aetiological considerations in sexual dysfunctions and sexual pain disorders**

## Gender incongruence (HA60-HA6Z)

Gender incongruence is characterised by a marked and persistent incongruence between an individual's experienced gender and the assigned sex. Gender variant behaviour and preferences alone are not a basis for assigning the diagnoses in this group.

*Exclusions:*     Paraphilic disorders (6D30-6D3Z)

**HA60**     **Gender incongruence of adolescence or adulthood**

Gender Incongruence of Adolescence and Adulthood is characterised by a marked and persistent incongruence between an individual's experienced gender and the assigned sex, which often leads to a desire to 'transition', in order to live and be accepted as a person of the experienced gender, through hormonal treatment, surgery or other health care services to make the individual's body align, as much as desired and to the extent possible, with the experienced gender. The diagnosis cannot be assigned prior the onset of puberty. Gender variant behaviour and preferences alone are not a basis for assigning the diagnosis.

*Exclusions:*     Paraphilic disorders (6D30-6D3Z)

**HA61**     **Gender incongruence of childhood**

Gender incongruence of childhood is characterised by a marked incongruence between an individual's experienced/expressed gender and the assigned sex in pre-pubertal children. It includes a strong desire to be a different gender than the assigned sex; a strong dislike on the child's part of his or her sexual anatomy or anticipated secondary sex characteristics and/or a strong desire for the primary and/or anticipated secondary sex characteristics that match the experienced gender; and make-believe or fantasy play, toys, games, or activities and playmates that are typical of the experienced gender rather than the assigned sex. The incongruence must have persisted for about 2 years. Gender variant behaviour and preferences alone are not a basis for assigning the diagnosis.

*Exclusions:*     Paraphilic disorders (6D30-6D3Z)



EXHIBIT
Janssen
5
4-18-24

ICD-11 MMS

| | |
|---|---|
| HA6Z | Gender incongruence, unspecified |
| HA8Y | Other specified conditions related to sexual health |
| HA8Z | Conditions related to sexual health, unspecified |

i

# DIAGNOSTIC AND STATISTICAL MANUAL OF MENTAL DISORDERS

## FIFTH EDITION
## TEXT REVISION

## DSM-5-TR™



EXHIBIT
Janssen
6
4-12-24 PB

possibly co-occurring source of distress. *Transgender* refers to the broad spectrum of individuals whose gender identity is different from their birth-assigned gender. *Cisgender* describes individuals whose gender expression is congruent with their birth-assigned gender (also *nontransgender*). *Transsexual*, a historic term, denotes an individual who seeks, is undergoing,

512

or has undergone a social transition from male to female or female to male, which in many, but not all, cases also involves a somatic transition by gender-affirming hormone treatment and genital, breast, or other gender-affirming surgery (historically referred to as *sex reassignment surgery*).

Although not all individuals will experience distress from incongruence, many are distressed if the desired physical interventions using hormones and/or surgery are not available. The current term is more descriptive than the previous DSM-IV term *gender identity disorder* and focuses on dysphoria as the clinical problem, not identity per se.

## Gender Dysphoria

### Diagnostic Criteria

#### Gender Dysphoria in Children                                     F64.2

A. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by at least six of the following (one of which must be Criterion A1):

1. A strong desire to be of the other gender or an insistence that one is the other gender (or some alternative gender different from one's assigned gender).

2. In boys (assigned gender), a strong preference for cross-dressing or simulating female attire; or in girls (assigned gender), a strong preference for wearing only typical masculine clothing and a strong resistance to the wearing of typical feminine clothing.

3. A strong preference for cross-gender roles in make-believe play or fantasy play.

4. A strong preference for the toys, games, or activities stereotypically used or engaged in by the other gender.

5. A strong preference for playmates of the other gender.

6. In boys (assigned gender), a strong rejection of typically masculine toys, games, and activities and a strong avoidance of rough-and-tumble play; or in girls (assigned gender), a strong rejection of typically feminine toys, games, and activities.

7. A strong dislike of one's sexual anatomy.

8. A strong desire for the primary and/or secondary sex characteristics that

match one's experienced gender.

B. The condition is associated with clinically significant distress or impairment in social, school, or other important areas of functioning.

*Specify* if:

**With a disorder/difference of sex development** (e.g., a congenital adrenogenital disorder such as E25.0 congenital adrenal hyperplasia or E34.50 androgen insensitivity syndrome).

**Coding note:** Code the disorder/difference of sex development as well as gender dysphoria.

## Gender Dysphoria in Adolescents and Adults                     F64.0

A. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by at least two of the following:

1. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics).

513

2. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics).

3. A strong desire for the primary and/or secondary sex characteristics of the other gender.

4. A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).

5. A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).

6. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

B. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

*Specify* if:

**With a disorder/difference of sex development** (e.g., a congenital adrenogenital disorder such as E25.0 congenital adrenal hyperplasia or E34.50 androgen insensitivity syndrome).

**Coding note:** Code the disorder/difference of sex development as well as gender dysphoria.

*Specify* if:

**Posttransition:** The individual has transitioned to full-time living in the experienced gender (with or without legalization of gender change) and has undergone (or is preparing to have) at least one gender-affirming medical procedure or treatment regimen—namely, regular gender-affirming hormone treatment or gender reassignment surgery confirming the experienced gender (e.g., breast augmentation surgery and/or vulvovaginoplasty in an individual assigned male at birth; transmasculine chest surgery and/or phalloplasty or metoidioplasty in an individual assigned female at birth).

## Specifiers

The specifier "with a disorder/difference of sex development" should be used in the context of individuals who have a specific and codable disorder/difference of sex development documented in their medical record.

The "posttransition" specifier may be used in the context of continuing treatment procedures that serve to support the new gender assignment.

## Diagnostic Features

Individuals with gender dysphoria have a marked incongruence between the gender to which they have been assigned (usually based on phenotypic sex at birth, referred to as *birth-assigned gender*) and their experienced/expressed gender. This discrepancy is the core component of the diagnosis. There must also be evidence of distress about this incongruence. Experienced gender may include alternative gender identities beyond binary stereotypes. Consequently, distress may involve not only the experience that the individual is a male or female gender other than the one assigned at birth but also an experience that the individual is an intermediate or alternative gender that differs from the individual's birth-assigned gender.

Gender dysphoria manifests itself differently in different age groups. The following examples may be less prominent in children raised in surroundings with fewer gender stereotypes.

Prepubertal individuals assigned female at birth with gender dysphoria may express a marked, persistent feeling or conviction that they are a boy, express aversion to the idea of

514

being a girl, or assert they will grow up to be a man. They often prefer boys' clothing and hairstyles, may be perceived by strangers as boys, and may ask to be called by a boy's name. Sometimes they display intense negative reactions to parental attempts to have them wear dresses or other feminine attire. Some may refuse to attend school or social events where such clothes are required. These children may demonstrate marked gender nonconformity in role-playing, dreams, gender-typed play and toy preferences, styles, mannerisms, fantasies, and peer preferences. Contact sports, rough-and-tumble play, traditional boyhood games, and boys as playmates are most often preferred. They show little interest in stereotypically feminine toys (e.g., dolls) or activities (e.g., feminine dress-up or role-play). Occasionally, they refuse to urinate in a sitting position. Some may express a desire to have a penis or claim to have a penis or that they will grow one when older. They may also state that they do not want to develop

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRIANNA BOE, *et al.*,
                  *Plaintiffs*,

and

UNITED STATES OF AMERICA,
                  *Plaintiff-Intervenor*,

          v.

STEVE MARSHALL, *et al.*,
                  *Defendants*.

Case No. 2:22-cv-00184-LCB-SRW

Honorable Liles C. Burke


## EXPERT REPORT OF ARON JANSSEN, MD

1



My name is Aron Janssen, M.D. I am a board-certified child and adolescent psychiatrist. I specialize in the treatment of gender dysphoria in children and adolescents. I have been retained by counsel for Plaintiffs in the above-captioned lawsuit to provide an expert opinion on the standards of care for treating individuals diagnosed with gender dysphoria.

### Background and Qualifications

The information provided regarding my professional background, experiences, publications, and presentations are detailed in my curriculum vitae. A true and correct copy of my CV is attached as Exhibit A.

I received my medical degree from the University of Colorado School of Medicine. I completed my residency in psychiatry and a fellowship in child and adolescent psychiatry at New York University Langone Medical Center.

In 2011, I founded the Gender and Sexuality Service at New York University, a clinical service dedicated to treating children and adolescents with gender dysphoria. In my last five years at NYU, that clinic served over 200 families, with 2-3 new referrals each week.

I am currently the Vice Chair of the Pritzker Department of Psychiatry and Behavioral Health and Chief Psychiatrist for the Gender Development Program at Ann and Robert H. Lurie Children's Hospital of Chicago. I am also a Clinical Associate Professor of Child and Adolescent Psychiatry at Northwestern University Feinberg School of Medicine. I maintain a clinical practice in Illinois where I treat patients from Illinois and the surrounding states.

2

I have been treating children and adolescents with gender dysphoria for over 10 years. I have treated over 300 children and adolescents with gender dysphoria during my medical career. Currently, approximately 90 percent of the patients in my clinical practice are transgender children and adolescents.

I am a contributing author to the Child and Adult Mental Health chapters of the Eighth Version of the World Professional Association for Transgender Health's (WPATH) *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8* (hereafter, "WPATH SOC").

The WPATH SOC provides clinical guidance for health professionals based on the best available science and expert professional consensus. The purpose of the WPATH SOC is to assist health providers in delivering necessary and appropriate medical care to transgender and gender diverse people, in order to maximize their patients' overall health, psychological well-being, and self-fulfillment. The WPATH SOC has been recognized and adopted as the prevailing standard of care by the major professional associations medical and mental health providers in the United States, including the American Medical Association, American Academy of Pediatrics, American Psychiatric Association, American Psychological Association, and Pediatric Endocrine Society, among others.

In addition, I have written a number of peer-reviewed journal articles and chapters in professional textbooks about treatment of gender dysphoria in children and adolescents. In 2018, I co-edited *Affirmative Mental Health Care for Transgender and Gender Diverse Youth: A Clinical Casebook*, which is the first published clinical casebook on mental health

3

41

treatment for children and adolescents with gender dysphoria. A full and complete list of my publications is included in my CV.

I am an Associate Editor for the journal *Transgender Health*, and an Ad Hoc Reviewer for the journal *LGBT Health*. Each of these publications is a peer-reviewed medical journal.

I am actively involved in training other medical and mental health providers in the treatment of children and adolescents with gender dysphoria. I have conducted trainings for over 1,000 medical and mental health providers and have given dozens of public addresses, seminars, and lectures on the treatment of gender dysphoria in children and adolescents. I have also taught a number of courses through WPATH's Global Education Initiative, which provides training courses toward a member certification program in transgender health for practitioners around the world.

I am a member of the following professional organizations: American Psychiatric Association, American Academy of Child and Adolescent Psychiatry (AACAP), and World Professional Association for Transgender Health (WPATH). I am also a co-chair of the Sexual Orientation and Gender Identity Committee of AACAP and have participated in the Gender Dysphoria Working Group of the American Psychiatric Association, and the Transgender Health Committee of the Association of Gay and Lesbian Psychiatrists.

I am being compensated at an hourly rate of $400/hour plus expenses for my time spent in connection with this case. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

4

In the previous four years, I was retained as an expert witness by the plaintiffs and deposed in *B.P.J. v. West Virginia State Board of Education* et al., No. 2:21-cv-00316 (S.D.W.V.), and *L.E. v. Lee* et al, No. 3.21-cv-00835 (M.D. Tenn).

## Basis for Opinions

My opinions contained in this report are based on: (1) my clinical experience as a psychiatrist treating transgender patients, including adolescents and young adults; (2) my knowledge of the peer-reviewed research, including my own, regarding the treatment of gender dysphoria, which reflects the clinical advancements in the field of transgender health; (3) my work as a contributing author of the WPATH SOC; and (4) my review of the law challenged in this case.

## Discussion

### *Gender Identity Development and Gender Dysphoria in Children and Adolescents*

At birth, infants are assigned a sex, either male or female, based on the appearance of their external genitalia. For most people, their sex assigned at birth, or assigned sex, matches that person's gender identity. For transgender people, their assigned sex does not align with their gender identity.

Gender identity is a person's innate sense of their gender. It is a core and universal component of human identity.

It is essential to a person's mental health and well-being to be able to live consistent with their gender identity. This is true for transgender and non-transgender people

Gender identity has a biological basis and cannot be altered through medical or psychological interventions.

The evidence demonstrating that gender identity cannot be altered, either for transgender or for non-transgender individuals, underscores the innate nature of gender identity. Past attempts to "cure" transgender individuals by using talk therapy, and even aversive therapy, to change their gender identity to match their birth-assigned sex were ineffective and caused harm. The major associations of medical and mental health providers, such as the American Medical Association, the American Psychiatric Association, American Academy of Child and Adolescent Psychiatry, the American Psychological Association, and WPATH's standards of care, consider such efforts harmful and unethical.

Gender dysphoria is the medical diagnosis for the severe and unremitting psychological distress resulting from the incongruity between a transgender person's assigned sex and their gender identity. That distress can be alleviated when a transgender person is able to live consistent with their gender identity

It is a serious medical condition and is listed in the Diagnostic and Statistical Manual, Version 5 (DSM-5), the diagnostic and coding compendium for mental health professionals.

### Standard of Care for Treatment of Gender Dysphoria in Youth

Like all children, transgender children can thrive, grow into healthy adults, and have the same capacity for happiness, achievement, and contribution to society as others. For this group of young people, that means supporting their need to live in a manner consistent with their gender identity in all aspects of their lives.

Accordingly, the goal of treatment for gender dysphoria is reduce distress and

6

44

improve functioning which often occurs through the process of enabling the individual to live consistent with their gender identity. The process of undergoing those treatments is often referred to as gender transition. The stages that make up a transgender person's gender transition will depend on that individual's medical and mental health needs.

The purpose of transition is to allow a transgender person to live congruently with their gender identity, including in many cases undergoing medical treatments to align the person's body with who they are.

Typically, transgender people start their transition with a series of steps that are commonly referred to as a "social transition." Those steps include, but are not limited to, changing their name, using different pronouns, wearing clothing and adopting grooming habits typically associated with their gender identity. Making those changes enable a transgender person to begin living their life consistent with their gender identity and helps ensure that they are treated as such by family, peers, and others in the community. It is important to note that there are no medical interventions for pre-pubertal transgender and gender-diverse children. For some children, social transition is an appropriate intervention, while for others, treatment for gender dysphoria may involve but not be limited to building family and social support or building resilience.

After the onset of puberty, transgender young people may also start taking puberty-delaying medication to prevent the development of unwanted and psychologically distressing secondary-sex characteristics that conflict with the person's identity.

Gender affirming hormone therapy is medically necessary for some transgender young people regardless of whether they have taken puberty-delaying medication. That

treatment causes their bodies to develop the secondary-sex characteristics more aligned with their gender identity, such as facial and body hair for boys who are transgender and female breast development in girls who are transgender.

Delaying any of these treatments, including puberty blockers or hormone therapy, when determined to be medically necessary will not only exacerbate a transgender young person's gender dysphoria, but also could lead to the development of other co-occurring mental health conditions, including depression, anxiety, and disordered eating. Those co-occurring mental health conditions may be accompanied by unhealthy coping behaviors such as self-harm, substance misuse, and suicide attempts.

### *Safe and Effective Treatments for Gender Dysphoria*

Research and clinical experience repeatedly reaffirm that gender transition significantly improves the mental and physical health of transgender young people and is the only treatment that has been demonstrably effective for gender dysphoria.

This is true of each stage of a transgender young person's gender transition. Transgender young people who underwent a social transition in childhood demonstrated better mental health profiles than prior studies of gender nonconforming children. *See* Lily Durwood, et al., *Mental Health and Self-Worth in Socially Transitioned Transgender Youth*, 56 J. Am. Acad. of Child & Adol. Psychiatry 116 (2017); Kristina Olson, et al., *Mental Health of Transgender Children who are Supported in Their Identities*, 137 Pediatrics 1 (2016). This same outcome has also been seen in a longitudinal study of transgender young people who underwent each of the three stages of transition outlined above. Annelou L.C. de Vries, et al., *Young Adult Psychological Outcome After Puberty*

8

*Suppression and Gender Reassignment,* 134 Pediatrics 696 (2014).

Gender transition also can—and often does—alleviate co-occurring mental health issues a transgender young person experienced prior to transition. Following transition, transgender young people are often able to reduce dosage of psychiatric medications and see significant improvements in functioning and quality of life. Treating their gender dysphoria also increases a transgender young person's capacity to develop and maintain better coping strategies to manage any co-occurring conditions. For example, a recent study found that after two years of hormone treatment, transgender youth experienced increases in positive affect and life satisfaction and decreases in depression and anxiety symptoms. Diane Chen, et al., *Psychosocial Functioning in Transgender Youth after Two Years of Hormones,* 388 N. Engl. J. Med. 240 (2023).

Research shows that gender transition significantly improves the mental health of transgender young people, bringing their mental health profiles into alignment with their nontransgender peers. Kristina Olson, et al., *Mental health of transgender children who are supported in their identities,* 137 Pediatrics 1 (2016);[1] *see also* Jack Turban, et al., *Pubertal suppression for transgender youth and risk of suicidal ideation,* 145 Pediatrics 1 (2020) (transgender people who accessed puberty suppression treatment were 70% less likely to contemplate suicide).

Well-established research demonstrates the effectiveness of gender transition as

---

[1] Anxiety was the only area where transgender young people differed from the non-transgender controls. On that measure, transgender young people showed slightly elevated levels of anxiety, but were still in the pre-clinical range.

9

treatment for gender dysphoria in adolescence. Jack Turban, Annelou DeVries & Kenneth Zucker, *Gender Incongruence & Gender Dysphoria*, in *Lewis's Child and Adolescent Psychiatry: A Comprehensive Textbook*, (A Martin, et al., eds., 5th ed., 2018).

### The Role of Mental Health Providers in Assessing Necessity of Medical Treatments for Gender Dysphoria

The first objective of a mental health provider treating a child or adolescent who appears to be experiencing gender dysphoria is to conduct a careful and thorough assessment. That assessment allows the provider to accurately diagnose the patient, including whether the patient meets the stringent criteria for gender dysphoria and any co-occurring conditions. The foundation of the assessment process is building a detailed history of the patient, such as prior treatment, trauma, substance misuse, among many other factors. That assessment also requires a developmentally informed exploration of the patient's relationship to their gender identity over time that includes information obtained from multiple informants whenever possible.

To appropriately conduct that assessment, the mental health provider must draw from their professional training and experience in working with transgender young people, exercise professional judgment, and tailor the assessment to each individual patient and their family. The number of sessions that assessment requires will vary depending on the patient's presentation and the complexity of the issues the patient is navigating. The assessment process also goes beyond gathering information from the patient and their family. The mental health provider will typically gather and review information from the

10

patient's primary care provider, prior mental health providers, and other adult professionals who are part of the patient's care team.

A detailed history and assessment are important to provide the context for developing an appropriate treatment plan. That comprehensive assessment is also needed to help inform possible future care plans, such as the patient's need for puberty blockers or hormone therapy. Once this treatment plan is developed, the mental health provider remains involved in the treatment plan, ensuring that the plan continues to address the patient's individual needs. For example, mental health providers regularly assess the effects of gender dysphoria on a patient's life and functioning. The purpose of that ongoing evaluation is to identify the areas where the patient needs to develop resilience and coping strategies to minimize the effects of their gender dysphoria and to evaluate the mental health benefits of future treatment options.

Because of the thoroughness of this process, an assessment to determine the necessity of medical treatments typically occurs over several months. For patients who begin care as children, the assessment is based on years' worth of information.

A critical element of the standard of care is that it does not presume that being transgender is incompatible with a young person's short- and long-term health and wellbeing. That is consistent with DSM-5 diagnostic criteria which is "focus[ed] on dysphoria as the clinical problem, not identity per se." American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders (DSM-5)*, 451 (2013). As a result, therapists practicing consistent with the standard of care will create a space where the

11

49

patient can explore their gender identity, knowing that being transgender and not being transgender are both equally acceptable outcomes.[2]

Providing that individualized mental health treatment means that mental health providers are not simply a rubber-stamp in the process for accessing treatment for gender dysphoria. Instead, as is the case with all effective mental health treatment, the focus of the treatment is supporting overall health and wellbeing, regardless of whether the young person continues to identify as transgender. As a result, I have had patients who presented with some symptoms of gender dysphoria, but who ultimately did not meet the diagnostic criteria for a variety of reasons, and therefore I recommended treatments other than transition to alleviate their psychological distress. My experience in working with and speaking with other gender specialists is that this is routine throughout the profession. Part of the rigor of the diagnostic protocol is distinguishing between youth who are engaged in gender exploration from youth who are transgender and who do or will need treatment for gender dysphoria.

For young people who do meet the diagnostic criteria for gender dysphoria, mental health treatment often involves referring a patient for medical treatments. That process involves an assessment of the patient's gender dysphoria, co-occurring conditions, and the

---

[2] As observed in the context of research on gender identity conversion effort and family rejection, attempting to influence a young person's gender identity development is harmful, ineffective, and unethical. For example, a recent study found that being exposed to gender identity conversion efforts was associated with greater odds of attempting suicide, especially for those had those experiences in childhood. Jack Turban, et al., *Association between recalled exposure to gender identity conversion efforts and psychological distress and suicide attempts among transgender adults*, 77 JAMA Psychiatry 68 (2020).

12

medical treatment's likely effect on the patient's overall mental health and functioning. As part of that process, mental health providers also discuss the risks, benefits, and alternatives to treatment with transgender young people and their parents.

A patient's readiness to begin a particular course of medical treatment requires an evaluation of the patient's and the parent's/caregiver's understanding of the goals and potential limitations of the contemplated treatment. For example, for puberty-blocking medication, the provider will gauge the patient's ability to comprehend the effects of puberty on their body and mental health. An integral part of that discussion is evaluating a patient's grasp of the consequences of stopping those physical changes from occurring and alternatives to puberty-blocking treatment. And, in cases of the addition of hormone therapy in adolescence, the review of physical impact is explored over multiple meetings with the patient and parents. The provider will have those discussions with the patient and their parents both individually and together. As with the initial diagnosis, the amount of time required to complete this evaluation will depend on numerous factors including the length of their existing therapist-patient relationship and the complexity of the issues facing that patient.

The mental health provider will then document the results of their assessment in a letter to the patient's treating physician. The letter details the provider's diagnostic analysis as well as any professional opinions regarding the benefits of and readiness for the contemplated treatment. Ultimately, the appropriateness of any medical treatment is determined by a multidisciplinary team of expert mental and medical care providers.

13

51

### Assessing Co-Occurring Conditions & Necessity of Medical Treatment for Gender Dysphoria

The existence—and prevalence—of co-occurring conditions among transgender young people is unsurprising. Transgender young people must cope with many stressors from the fear of rejection from family and peers to pervasive societal discrimination. In addition, their underlying gender dysphoria can cause significant psychological distress, which, if left untreated, can result in the development of co-occurring conditions.

Transgender young people, however, are not outliers in this regard. Research and clinical experience show that most psychiatric conditions are highly correlated with other co-occurring psychiatric conditions. For example, young people with depression are very likely to have at least one other diagnosable condition, most often anxiety. *See, e.g.*, E. Jane Costello, et al., *Prevalence and development of psychiatric disorders in childhood and adolescence*, 60 Archives of Gen. Psychiatry 837 (2003) ("There was strong heterotypic continuity from depression to anxiety" and finding approximately 30% of participants diagnosed with a depressive disorder were also diagnosed with an anxiety disorder). Likewise, a study on children diagnosed with Attention-Deficit/Hyperactivity Disorder found between 74-79% participants had additional co-occurring psychiatric conditions. Timothy Wilens, et al., *Psychiatric Comorbidity and Functioning in Clinically Referred Preschool Children and School-Age Youths With ADHD*, 41 J. of Am. Academy of Child & Adol. Psychiatry 262 (2002).

A comprehensive assessment—the cornerstone of the prevailing standards of care for the treatment of gender dysphoria—not only seeks to identify any co-occurring

14

conditions, but also to evaluate the effect those conditions have on a transgender person's functioning. This is equally true when assessing whether medical treatment for gender dysphoria is necessary from a mental health perspective.

The standards of care recognize that it is not possible for a transgender patient to resolve all co-occurring conditions prior to undergoing medical treatment, nor would it be ethical to impose such a requirement. Resolving all co-occurring conditions before medical treatment is not a requirement for other conditions. Gender dysphoria, by definition, is accompanied by clinically significant psychological distress. That distress can take on many different forms (*e.g.*, anxiety, mood disorders, and depression) and vary greatly in severity, resulting in co-occurring conditions. Because psychological distress is not easily compartmentalized, the distress associated with gender dysphoria can also amplify co-occurring conditions that developed independently of the gender dysphoria. In either situation, gender dysphoria limits the effectiveness of treatment of any co-occurring mental health conditions. Thus, treating the underlying gender dysphoria is essential to alleviating the psychological distress associated with co-occurring conditions.

Even assuming that it was possible to cure a patient's co-occurring conditions, delaying medical treatment can cause very real harms to a transgender person's physical and mental health. Without medical treatment, their gender dysphoria would continue to persist and often worsen. At a minimum, that increased distress would interfere with the treatment for the person's co-occurring conditions, subjecting them unnecessarily to a longer course of treatment. It is often seen that the gender dysphoria would eclipse the person's co-occurring conditions, not only entirely impeding treatment of those co-

15

53

occurring conditions, but also resulting in an overall deterioration of their mental health. The increased distress from their gender dysphoria would translate to resorting to negative coping mechanisms (*i.e.*, self-harm), suicidal ideation, and suicide attempts—just as it could if that increased distress was attributable to a co-occurring condition.

Gender dysphoria is a real and serious medical condition that is highly treatable. There is a rigorous and comprehensive protocol for diagnosing an individual with the condition. There is also a well-established standard of care for the treatment of gender dysphoria, including for treatment of gender dysphoria in transgender youth with puberty blockers and hormone therapy. When that treatment is provided, transgender youth can thrive. There are studies that have demonstrated that, and my own experience confirms it. In my experience, I have seen mental health providers carefully assess and work with youth, their parents, and other doctors that care for the youth to create a treatment plan that includes continuing mental health care and ongoing assessments.

Medical treatment for gender dysphoria has immense psychological benefits for youth, bringing their mental health to a level similar to their non-transgender peers. My understanding is that the law challenged in this case will prevent transgender youth in Alabama who are diagnosed with gender dysphoria from getting essential medical care that they need. In my professional opinion, if transgender youth cannot get the medical care that they need, including puberty blockers and hormone therapy, they will suffer and their mental health will deteriorate.

16

I hold each of the opinions expressed in this report with a reasonable degree of scientific certainty, based on the materials I have reviewed and on my education, experience, and knowledge. I reserve the right to supplement, amend, or modify my opinions upon review of further information, including, but not limited to, testimony, documents, and reports I receive after the date of this report.

Dated: February 10 , 2023

_____
Aron Janssen, M.D.

# EXHIBIT A

18

<div align="center">**Curriculum Vitae**</div>

<div align="center">Aron Janssen, M.D.</div>

**Personal Data**

| | |
|---|---|
| Born | Papillion, Nebraska |
| Citizenship | USA |

**Academic Appointments**

| | |
|---|---|
| 2011-2017 | Clinical Assistant Professor of Child and Adolescent Psychiatry |
| 2011-2019 | Founder & Clinical Director, NYU Gender and Sexuality Service |
| | Director, LGBT Mental Health Elective, NYULMC |
| 2015-2019 | Co-Director, NYU Pediatric Consultation Liaison Service |
| | New York University Department of Child and Adolescent Psychiatry |
| 2017-present | Clinical Associate Professor of Child and Adolescent Psychiatry |
| 2019-present | Vice Chair, Pritzker Department of Psychiatry and Behavioral Health |
| | Ann and Robert H. Lurie Children's Hospital of Chicago |
| 2020-present | Medical Director, Outpatient Psychiatric Services |
| | Ann and Robert H. Lurie Children's Hospital of Chicago |

**Education**

| Year | Degree | Field | Institution |
|---|---|---|---|
| 6/97 | Diploma | | Liberty High School |
| 5/01 | B.A. | Biochemistry | University of Colorado |
| 5/06 | M.D. | Medicine | University of Colorado |

**Postdoctoral Training**

| | | | |
|---|---|---|---|
| 2006-2009 | Psychiatry Residency | Ze'ev Levin, M.D. | NYU Department of Psychiatry |
| 2009-2011 | Child and Adolescent Psychiatry Fellowship – Fellow and Clinical Instructor | | |
| | | Jess Shatkin, M.D. | NYU Dept of Child/Adolescent Psychiatry |

**Licensure and Certification**

| | |
|---|---|
| 2007-2018 | New York State Medical License |
| 2017-present | Illinois Medical License |
| 2011-present | Certification in Adult Psychiatry, American Board of Psychiatry and Neurology |
| 2013-present | Certification in Child and Adolescent Psychiatry, ABPN |

**Academic Appointments**

| | |
|---|---|
| 2009-2011 | Clinical Instructor, NYU Department of Child and Adolescent Psychiatry |
| 2011-2017 | Clinical Asst Professor, NYU Dept of Child and Adolescent Psychiatry |
| 2017-2019 | Clinical Assoc Professor, NYU Dept of Child and Adolescent Psychiatry |
| 2011-2019 | Clinical Director, NYU Gender and Sexuality Service |
| 2015-2019 | Co-Director, NYU Pediatric Consultation-Liaison Service |
| 2019-present | Associate Professor of Child and Adolescent Psychiatry, Northwestern University |
| 2019-present | Vice Chair of Clinical Affairs, Pritzker Department of Psychiatry and Behavioral Health, Lurie Children's Hospital of Chicago |

<div align="center">19</div>

**Major Committee Assignments**

International, National and Regional

| | |
|---|---|
| 2021-present | Sexual Orientation and Gender Identity Committee, Chair, AACAP |
| 2019-present | WPATH Standards of Care Revision Committee, Children |
| 2019-present | WPATH Standards of Care Revision Committee, Adult Mental Health |
| 2015-2019 | Department of Child Psychiatry Diversity Ambassador |
| 2013-2021 | Sexual Orientation and Gender Identity Committee Member, AACAP |
| 2012-2019 | Founder and Director, Gender Variant Youth and Family Network |
| 2012-present | Association of Gay and Lesbian Psychiatrists, Transgender Health Committee |
| 2012-2019 | NYULMC, Chair LGBTQ Advisory Council |
| 2012-2019 | NYULMC, Child Abuse and Protection Committee |
| 2013-2015 | NYULMC, Pediatric Palliative Care Team |
| 2003-2004 | American Association of Medical Colleges (AAMC), Medical Education Delegate |
| 2004-2006 | AAMC, Western Regional Chair |

Psychiatry Residency

| | |
|---|---|
| 2006-2009 | Resident Member, Education Committee |
| 2007-2008 | Resident Member, Veterans Affairs (VA) Committee |

Medical School

| | |
|---|---|
| 2002-2006 | Chair, Diversity Curriculum Development Committee |
| 2002-2006 | AAMC, Student Representative |
| 2003-2004 | American Medical Student Assoc. (AMSA) World AIDS Day Coordinator |
| 2003-2004 | AMSA, Primary Care Week Coordinator |
| 2004-2006 | Chair, Humanism in Medicine Committee |

**Memberships, Offices, and Committee Assignments in Professional Societies**

| | |
|---|---|
| 2006-present | American Psychiatric Association (APA) |
| 2009-present | American Academy of Child and Adolescent Psychiatry (AACAP) |
| 2011-present | World Professional Association for Transgender Health (WPATH) |
| 2011-2019 | Director, Gender Variant Youth and Family Network, NYC |
| 2013-2019 | Chair, NYU Langone Medical Center LGBTQ Council |

**Editorial Positions**

| | |
|---|---|
| 2016-2018 | Clinical Assistant Editor, *Transgender Health* |
| 2014-present | Ad Hoc Reviewer, *LGBT Health* |
| 2016-present | Ad Hoc Reviewer, *JAACAP* |
| 2018-present | Associate Editor, *Transgender Health* |
| 2020-present | Ad Hoc Reviewer, *Pediatrics* |

**Principal Clinical and Hospital Service Responsibilities**

| | |
|---|---|
| 2011-2019 | Staff Psychiatrist, Pediatric Consultation Liaison Service |
| 2011-2019 | Faculty Physician, NYU Child Study Center |
| 2011-2019 | Founder and Clinical Director, NYU Gender & Sexuality Service |

20

| 2015-2019 | Co-Director, Pediatric Consultation Liaison Service |
| 2019-present | Vice Chair, Pritzker Dept of Psychiatry and Behavioral Health |
| 2019-present | Chief Psychiatrist, Gender Development Program |
| 2020-present | Medical Director, Outpatient Psychiatry Services |

## Relevant Program Development

Gender and Sexuality Service

- -founded by Aron Janssen in 2011, who continues to direct the service
- -first mental health service dedicated to transgender youth in NYC
- -served over 200 families in consultation, with 2-3 referrals to the gender clinic per week
- -trained over 500 mental health practitioners in transgender mental health – 1 or 2 full day trainings in partnership with the Ackerman Institute's Gender and Family Project (GFP) and with WPATH Global Educational Initiative (GEI)
- -New hires in Adolescent Medicine, Psychology, Plastic Surgery, Urology, Gynecology, Endocrinology, Social Work, Department of Population Health with focus on transgender care has led to expansion of available services for transgender youth at NYULMC in partnership with the Gender and Sexuality Service
- -development of partnerships with Ackerman Institute, Callen-Lorde Health Center – both institutions have been granted access to our IRB and have agreed to develop shared research and clinical priorities with the Gender and Sexuality Service.
- -multiple IRB research projects underway, including in partnership with national and international clinics
- -model has been internationally recognized

## Clinical Specialties/Interests

Gender and Sexual Identity Development
Co-Occurring Mental Health Disorders in Transgender children, adolescents and adults
Pediatric Consultation/Liaison Psychiatry
Psychotherapy
Gender Affirmative Therapy, Supportive Psychotherapy, CBT, MI

## Teaching Experience

| 2002-2006 | Course Developer and Instructor, LGBT Health (University of Colorado School of Medicine |
| 2011-2019 | Instructor, Cultural Competency in Child Psychiatry (NYU Department of Child and Adolescent Psychiatry) – 4 hours per year |
| 2011-2019 | Course Director, Instructor "Sex Matters: Identity, Behavior and Development" – 100 hours per year |
| 2011-2019 | Course Director, LGBT Mental Health Elective (NYU Department of Psychiatry) - 50 hours of direct supervision/instruction per year |
| 2011-2019 | Course Director, Transgender Mental Health (NYU Department of Child and Adolescent Psychiatry – course to begin in Spring 2018. |
| 2015-2019 | Instructor, Gender & Health Selective (NYU School of Medicine) – 4 hours per year. |

21

59

**Academic Assignments/Course Development**

New York University Department of Child and Adolescent Mental Health Studies
-Teacher and Course Director: "Sex Matters: Identity, Behavior and Development."
A full semester 4 credit course, taught to approximately 50 student per year since 2011, with several students now in graduate school studying sexual and gender identity development as a result of my mentorship.

NYU Department of Child and Adolescent Psychiatry
-Instructor: Cultural Competency in Child and Adolescent Psychiatry
-Director: LGBTQ Mental Health Elective

World Professional Association of Transgender Health
-Official Trainer: Global Education Initiative – one of two child psychiatrists charged with training providers in care of transgender youth and adults.

**Peer Reviewed Publications**

1. Janssen, A., Erickson-Schroth, L., "A New Generation of Gender: Learning Patience from our Gender Non-Conforming Patients," Journal of the American Academy of Child and Adolescent Psychiatry, Volume 52, Issue 10, pp. 995-997, October, 2013.
2. Janssen, A., et. al. "Theory of Mind and the Intolerance of Ambiguity: Two Case Studies of Transgender Individuals with High-Functioning Autism Spectrum
3. Janssen A, Huang H, and Duncan C,, Transgender Health. February 2016, "Gender Variance Among Youth with Autism: A Retrospective Chart Review." 1(1): 63-68. doi:10.1089/trgh.2015.0007.
4. Goedel WC, Reisner SL, Janssen AC, Poteat TC, Regan SD, Kreski NT, Confident G, Duncan DT. (2017). Acceptability and Feasibility of Using a Novel Geospatial Method to Measure Neighborhood Contexts and Mobility Among Transgender Women in New York City. Transgender Health. July 2017, 2(1): 96-106.
5. Janssen A., et. al., "Gender Variance Among Youth with ADHD: A Retrospective Chart Review," in review
6. Janssen A., et. al., "Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents," Journal of Child & Adolescent Psychology, 105-115, January 2018.
7. Janssen A., et. al., "A Review of Evidence Based Treatments for Transgender Youth Diagnosed with Social Anxiety Disorder," Transgender Health, 3:1, 27–33, DOI: 10.1089/ trgh.2017.0037.
8. Janssen A., et. al., "'The Complexities of Treatment Planning for Transgender Youth with Co-Occurring Severe Mental Illness: A Literature Review and Case Study," Archives of Sexual Behavior, 2019. # 3563492
9. Kimberly LL, Folkers KM, Friesen P, Sultan D, Quinn GP, Bateman-House A, Parent B, Konnoth C, Janssen A, Shah LD, Bluebond-Langner R, Salas-Humara C., "Ethical Issues in Gender-Affirming Care for Youth," Pediatrics, 2018 Dec;142(6).
10. Strang JF, Janssen A, Tishelman A, Leibowitz SF, Kenworthy L, McGuire JK, Edwards-Leeper L, Mazefsky CA, Rofey D, Bascom J, Caplan R, Gomez-Lobo V, Berg D, Zaks Z, Wallace GL, Wimms H, Pine-Twaddell E, Shumer D, Register-Brown K, Sadikova E, Anthony LG., "Revisiting the Link: Evidence of the Rates of

22

60

Autism in Studies of Gender Diverse Individuals," Journal of the American Academy of Child and Adolescent Psychiatry, 2018 Nov;57(11):885-887.

11. Goedel William C, Regan Seann D, Chaix Basile, Radix Asa, Reisner Sari L, Janssen Aron C, Duncan Dustin T, "Using global positioning system methods to explore mobility patterns and exposure to high HIV prevalence neighbourhoods among transgender women in New York City," Geospatial Health, 2019 Jan; 14(2): 351-356.

12. Madora, M., Janssen, A., Junewicz, A., "Seizure-like episodes, but is it really epilepsy?" Current Psychiatry. 2019 Aug; 18(8): 42-47.

13. Janssen, A., Busa, S., Wernick, J., "The Complexities of Treatment Planning for Transgender Youth with Co-Occurring Severe Mental Illness: A Literature Review and Case Study," Archives of Sexual Behavior. 2019 Oct; 48(7): 2003-2009.

14. Wernick Jeremy A, Busa Samantha, Matouk Kareen, Nicholson Joey, Janssen Aron, "A Systematic Review of the Psychological Benefits of Gender-Affirming Surgery," Urol Clin North Am. 2019 Nov; 46(4): 475-486.

15. Strang, J.F., Knauss, M., van der Miesen, A.I.R., McGuire, J., Kenworthy, L., Caplan, R., Freeman, A.J., Sadikova, E., Zacks, Z., Pervez, N., Balleur, A., Rowlands, D.W., Sibarium, E., McCool, M.A., Ehrbar, R.D., Wyss, S.E., Wimms, H., Tobing, J., Thomas, J., Austen, J., Pine, E., Willing, L., Griffin, A.D., Janssen, A., Gomez-Lobo, A., Brandt, A., Morgan, C., Meagher, H., Gohari, D., Kirby, L., Russell, L., Powers, M., & Anthony, L.G., (in press 2020). A clinical program for transgender and gender-diverse autistic/neurodiverse adolescents developed through community-based participatory design. *Journal of Clinical Child and Adolescent Psychology.* DOI 10.1080/15374416.2020.1731817

16. Coyne, C. A., Poquiz, J. L., Janssen, A., & Chen, D. Evidence-based psychological practice for transgender and non-binary youth: Defining the need, framework for treatment adaptation, and future directions. Evidence-based Practice in Child and Adolescent Mental Health.

17. Janssen, A., Voss, R., Policies sanctioning discrimination against transgender patients flout scientific evidence and threaten health and safety. Transgender Health.

18. Dubin, S., Cook, T., Liss, A., Doty, G., Moore, K., Janssen, A. (In press 2020). Comparing Electronic Health Records Domains' Utility to Identify Transgender Patients. Transgender Health. DOI 10.1089/trgh.2020.0069

## Published Abstracts

1. Thrun, M., Janssen A., et. al. "Frequency of Patronage and Choice of Sexual Partners may Impact Likelihood of HIV Transmission in Bathhouses," original research poster presented at the 2007 Conference on Retroviruses and Opportunistic Infections, February, 2007.

2. Janssen, A., "Advocating for the mental health of Lesbian, Gay, Bisexual and Transgender (LGBT) population: The Role of Psychiatric Organizations." Workshop for the American Psychiatric Association Institute of Psychiatric Services Annual Meeting, October 2012.

3. Janssen, A., "Gender Variance in Childhood and Adolescents: Training the Next Generation of Psychiatrists," 23rd Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, February 2014.

4.  Janssen, A., "When Gender and Psychiatric Acuity/Comorbidities Overlap: Addressing Complex Issues for Gender Dysphoric and Non-Conforming Youth," AACAP Annual Meeting, October 2014.

5.  Janssen, A., "Patient Experiences as Drivers of Change: A unique model for reducing transgender health disparities as an academic medical center," Philadelphia Transgender Health Conference, June 2016.

6.  Janssen, A., "How much is too much?  Assessments & the Affirmative Approach to TGNC Youth," 24th Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, June 2016.

7.  Janssen, A., "Trauma, Complex Cases and the Role of Psychotherapy," 24th Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, June 2016.

8.  Janssen, A., "Gender Variance Among Youth with Autism: A Retrospective Chart Review," Research Poster, 24th Symposium of the World Professional Association for Transgender Health, Amsterdam, The Netherlands, June 2016.

9.  Janssen, A., "Gender Fluidity and Gender Identity Development," Center for Disease Control – STD Prevention Conference, September 2016.

10. Janssen, A., "Transgender Identities Emerging During Adolescents' Struggles With Mental Health Problems," AACAP Annual Conference, October 2016.

11. Janssen, A., "How Much is Too Much? Assessments and the Affirmative Approach to Transgender and Gender Diverse Youth," US Professional Association for Transgender Health Inaugural Conference, Los Angeles, February 2017.

12. Janssen, A., "Trauma, Complex Cases and the Role of Psychotherapy," US Professional Association for Transgender Health Inaugural Conference, Los Angeles, February 2017.

13. Sutter ME, Bowman-Curci M, Nahata L, Tishelman AC, Janssen AC, Salas-Humara C, Quinn GP. Sexual and reproductive health among transgender and gender-expansive AYA: Implications for quality of life and cancer prevention. Oral presentation at the Oncofertility Consortium Conference, Chicago, IL. November 14, 2017.

14. Janssen, A., Sidhu, S., Gwynette, M., Turban, J., Myint, M., Petersen, D., "It's Complicated: Tackling Gender Dysphoria in Youth with Autism Spectrum Disorders from the Bible Belt to New York City," AACAP Annual Conference, October 2017.

15. May 2018: "A Primer in Working with Parents of Transgender Youth," APA Annual Meeting.

16. October 2018: "Gender Dysphoria Across Development" – Institute for AACAP Annual Conference.

17. November 2018: "Gender Variance Among Youth with Autism," World Professional Association for Transgender Health Biannual Conference.

18. March 2019: "Gender Trajectories in Child and Adolescent Development and Identity," Austin Riggs Grand Rounds.

19. Janssen, A., et. al., "Ethical Principles in Gender Affirming Care," AACAP Annual Conference, October 2019.

24

20. Janssen, A., "Gender Diversity and Gender Dysphoria in Youth," EPATH Conference, April 2019
21. Englander, E., Janssen A., et. al., "The Good, The Bad, and The Risky: Sexual Behaviors Online," AACAP Annual Conference, October 2020
22. Englander, E., Janssen, A., et. al., "Love in Quarantine," AACAP Annual Conference, October 2021
23. Janssen, A., Leibowitz, S., et. al., "The Evidence and Ethics for Transgender Youth Care: Updates on the International Standards of Care, 8th Edition," AACAP Annual Conference, October 2021
24. Turban, J., Janssen, A., et. al., "Transgender Youth: Understanding "Detransition," Nonlinear Gender Trajectories, and Dynamic Gender Identities," AACAP Annual Conference, October 2021

**Books**

1. Janssen, A., Leibowitz, S (editors), Affirmative Mental Health Care for Transgender and Gender Diverse Youth: A Clinical Casebook, Springer Publishing, 2018.

**Book Chapters**

1. Janssen, A., Shatkin, J., "Atypical and Adjunctive Agents," Pharmacotherapy for Child and Adolescent Psychiatric Disorders, 3rd Edition, Marcel Dekker, Inc, New York, 2012.
2. Janssen, A; Liaw, K: "Not by Convention: Working with People on the Sexual & Gender Continuum," book chapter in The Massachusetts General Hospital Textbook on Cultural Sensitivity and Diversity in Mental Health. Humana Press, New York, Editor R. Parekh, January 2014.
3. Janssen, A; Glaeser, E., Liaw, K: "Paving their own paths: What kids & teens can teach us about sexual and gender identity," book chapter in Cultural Sensitivity in Child and Adolescent Mental Health, MGH Psychiatry Academy Press, Editor R. Parekh, 2016
4. Janssen A., "Gender Identity," Textbook of Mental and Behavioral Disorders in Adolescence, February 2018.
5. Busa S., Wernick, J., & Janssen, A. (In Review) Gender Dysphoria in Childhood. Encyclopedia of Child and Adolescent Development. Wiley, 2018.
6. Janssen A., Busa S., "Gender Dysphoria in Childhood and Adolescence," Complex Disorders in Pediatric Psychiatry: A Clinician's Guide, Elsevier, Editors Driver D., Thomas, S., 2018.
7. Wernick J.A., Busa S.M., Janssen A., Liaw K.RL. "Not by Convention: Working with People on the Sexual and Gender Continuum." Book chapter in The Massachusetts General Hospital Textbook on Diversity and Cultural Sensitivity in Mental Health, editors Parekh R., Trinh NH. August, 2019.
8. Weis, R., Janssen, A., & Wernick, J. The implications of trauma for sexual and reproductive health in adolescence. In *Not Just a nightmare: Thinking beyond PTSD to help teens exposed to trauma.* 2019
9. Connors J., Irastorza, I., Janssen A., Kelly, B., "Child and Adolescent Medicine," The Equal Curriculum: The Student and Educator Guide to LGBTQ Health, editors Lehman J., et al. November 2019.

25

10. Janssen, A., et. al., "Gender and Sexual Diversity in Childhood and Adolescence," Dulcan's Textbook of Child and Adolescent Psychiatry, 3rd edition, editor Dulcan, M., (in press)
11. Busa S., Wernick J, Janssen, A., "Gender Dysphoria," The Encyclopedia of Child and Adolescent Development, DOI: 10.1002/9781119171492. Wiley, December 2020.

**Invited Academic Seminars/Lectures**

1. April 2006: "How to Talk to a Gay Medical Student" – presented at the National AAMC Meeting.
2. March 2011: "Kindling Inspiration: Two Model Curricula for Expanding the Role of Residents as Educators" – workshop presented at National AADPRT Meeting.
3. May 2011: Janssen, A., Shuster, A., "Sex Matters: Identity, Behavior and Development," Grand Rounds Presentation, NYU Department of Child and Adolescent Psychiatry.
4. March 2012: Janssen, A., Lothringer, L., "Gender Variance in Children and Adolescents," Grand Rounds Presentation, NYU Department of Child and Adolescent Psychiatry.
5. June 2012: Janssen, A., "Gender Variance in Childhood and Adolescence," Grand Rounds Presentation, Woodhull Department of Psychiatry
6. October 2012: "Advocating for the mental health of Lesbian, Gay, Bisexual and Transgender (LGBT) population: The Role of Psychiatric Organizations." Workshop for the American Psychiatric Association Institute of Psychiatric Services Annual Meeting.
7. March 2013: "Gender Variance in Childhood and Adolescence," Sexual Health Across the Lifespan: Practical Applications, Denver, CO.
8. October 18th, 2013: "Gender Variance in Childhood and Adolescence," Grand Rounds Presentation, NYU Department of Endocrinology.
9. October, 2014: GLMA Annual Conference: "Theory of Mind and Intolerance of Ambiguity: Two Case Studies of Transgender Individuals with High-Functioning ASD," Invited Presentation
10. October 2014: New York Transgender Health Conference: "Mental Health Assessment in Gender Variant Children," Invited Presentation.
11. November, 2014: Gender Spectrum East: "Affirmative Clinical Work with Gender-Expansive Children and Youth: Complex Situations."
12. October 2015: "Gender Dysphoria and Complex Psychiatric Co-Morbidity," LGBT Health Conference, Invited Speaker
13. October 2015: "Transgender Health Disparities: Challenges and Opportunities," Grand Rounds, Illinois Masonic Department of Medicine
14. November 2015: "Autism and Gender Variance," Gender Conference East, Invited Speaker
15. February 2016: "Working with Gender Variant Youth," New York State Office of Mental Health State Wide Grand Rounds, Invited Speaker
16. March, 2016: "Working with Gender Variant Youth," National Council for Behavioral Health Annual Meeting, Invited Speaker

26

17. March 2016: "Gender Variance Among Youth with Autism: A Retrospective Chart Review and Case Presentation," Working Group on Gender, Columbia University, Invited Speaker.
18. September, 2016: "Best Practices in Transgender Mental Health: Addressing Complex Issues for Gender Dysphoric and Non-Conforming Youth," DeWitt Wallace Institute for the History of Psychiatry, Weill Cornell.
19. October, 2016: "LGBTQ Youth Psychiatric Care," Midwest LGBTQ Health Symposim
20. October, 2016: "Gender Fluidity and Gender Identity Development," NYU Health Disparities Conference.
21. February, 2017: "Best Practices in Transgender Mental Health," Maimonides Grand Rounds
22. March, 2017: "Transgender Health: Challenges and Opportunities," Invited speaker, Center for Disease Control STD Prevention Science Series.
23. September 2017: "Autism and Gender Dysphoria," Grand Rounds, NYU Department of Neurology.
24. November 2017: "Consent and Assent in Transgender Adolescents," Gender Conference East.
25. November 2017: "Transgender Mental Health: Challenges and Opportunities," Grand Rounds, Lenox Hill Hospital.
26. April 2018: "Gender Trajectories in Childhood and Adolescent Development and Identity," Sex, Sexuality and Gender Conference, Harvard Medical School.
27. September 2019: "Social and Psychological Challenges of Gender Diverse Youth," Affirmative Mental Health Care for Gender Diverse Youth, University of Haifa.
28. October 2019: "Best Practices in Transgender Mental Health," Grand Rounds, Rush Department of Psychiatry.
29. February 2020: "The Overlap of Autism and Gender Dysphoria," Grand Rounds, Northwestern University Feinberg School of Medicine Department of Psychiatry
30. February 2020: "Gender Dysphoria and Autism," Grand Rounds, University of Illinois at Chicago Department of Psychiatry
31. September 2021: "Gender Diversity and Autism," Grand Rounds, Kaiser Permanente Department of Pediatrics
32. October 2021: Gender Dysphoria and Autism," Grand Rounds, Case Western Reserve University Department of Psychiatry.

## Selected Invited Community Seminars/Lectures

1. April 2012: "Gender and Sexuality in Childhood and Adolescence," Commission on Race, Gender and Ethnicity, NYU Steinhardt Speakers Series.
2. February 2013: "Supporting Transgender Students in School," NYC Independent School LGBT Educators Panel, New York, NY.
3. June 2013: "LGBT Health," Presentation for Neuropsychology Department
4. August 2013: "Chronic Fatigue Syndrome: Etiology, Diagnosis and Management," invited presentation.
5. September 2013: Panelist, "LGBTQ Inclusive Sex Education."
6. April 2015: Transgender Children, BBC News, BBCTwo, invited expert

27

7. January 2016: Gender Dysphoria and Autism – Ackerman Podcast - http://ackerman.podbean.com/e/the-ackerman-podcast-22-gender-dysphoria-autism-with-aron-janssen-md/
8. February 2016: "Best Practices in Transgender Mental Health," APA District Branch Meeting, Invited Speaker.
9. May 2016: "Best Practices in Transgender Mental Health," Washington D.C., District Branch, APA, Invited Speaker
10. July 2016: "Transgender Youth," Union Square West
11. November 2017: "Understanding Gender: Raising Open, Accepting and Diverse Children," Heard in Rye, Conversations in Parenting.
12. January 2018: "The Emotional Life of Boys," Saint David's School Panel, Invited Speaker
13. June 2018: "Supporting Youth Engaged in Gender Affirming Care," NYU Child Study Center Workshop.
14. October 2018: "Medicine in Transition: Advances in Transgender Mental Health," NYCPS HIV Psychiatry and LGBT Committee Meeting.
15. October 2018: "Understanding Gender Fluidity in Kids," NYU Slope Pediatrics.
16. October, 2021: Issues of Ethical Importance: Health Care for Pediatric LGBTQ+ Patients, American Medical Association, Invited Talk

**Major Research Interests**

Gender and Sexual Identity Development
Member, Research Consortium for Gender Identity Development
Delirium: Assessment, Treatment and Management
Suicide Prevention

**Research Studies**

| Study Title | IRB Study# | Dates |
|---|---|---|
| Suicide Attempts Identified in a Children's Hospital Before and During COVID-19 | 2021-4428 | 2/26/21-present |
| Lurie Children's Sex & Gender Development Program Clinical Measure Collection | 2019-2898 | 2019-present |
| Adolescent Gender Identity Research Study (principal investigator) - unfunded | s15-00431 | 4/15-5/19 |
| Co-Occurrence of Autism Spectrum Disorders and Gender Variance: Retrospective Chart Review (principal investigator) - unfunded | s14-01930 | 10/14-5/19 |
| Expert Consensus on Social Transitioning Among Prepubertal Children Presenting with Transgender Identity and/or Gender Variance: A Delphi Procedure Study (principal investigator) - unfunded | s13-00576 | 3/16-5/19 |

28

66

| | | |
|---|---|---|
| Co-Occurrence of ADHD/Gender Dysphoria (principal investigator) - unfunded | s16-00001 | 1/16-5/19 |
| PICU Early Mobility- unfunded | s16-02261 | 12/16-5/19 |
| Metformin for Overweight and Obese Children and Adolescents with Bipolar Spectrum Disorders Treated with Second-Generation Antipsychotics – Funded by PCORI | s16-01571 | 8/16-5/19 |

**Other**

> Grant Funding:
> Zero Suicide Initiative, PI Aron Janssen, M.D.
> Awarded by Cardinal Health Foundation, 9/2020
> Total amount: $100,000
>
> Catalyst Fund, PI Aron Janssen, M.D.
> Suicide Prevention in Pediatric Primary Care
> Total amount: $750,000

**Selected Media Appearances:**

> Guest Expert on Gender Identity on Anderson, "When Your Husband Becomes Your Wife," Air Date February 8th, 2012
> Guest Host, NYU About Our Kids on Sirius XM, 2011
> NYU Doctor Radio: LGBT Health, September 2013
> NYU Doctor Radio: LGBT Kids, November 2013
> NYU Doctor Radio: LGBT Health, July 2014
> NYU Doctor Radio: Gender Variance in Childhood, December 2014
> BBC Two: Transgender Youth, April 2015
> NYU Doctor Radio: Transgender Youth, June 2015
> Fox-5 News: Trump's proposed military ban and Transgender Youth, July, 2017
> Healthline.com: Mental Health Experts Call President's Tweets 'Devastating' for Trans Teens, July, 2017
> Huffington Post: What the Military Ban Says to Our Transgender Youth: August, 2017
> Metro: How to talk to your transgender kid about Trump, August 2017
> NYU Doctor Radio: Transgender Youth, August 2017

29

# EXHIBIT B

30

## APPENDIX

American Academy of Child & Adolescent Psychiatry Policy Statement: Conversion Therapy (2018).

American Psychiatric Association Position Statement on Conversion Therapy and LGBTQ Patients (2018).

American Psychological Association. (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *American Psychologist, 70*(9), 832–864.

American Psychological Association Resolution on Gender Identity Change Efforts (2021).

American Psychologist, 70(9), 832–864.

Achille, C., et al. (2020). Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results. International Journal of Pediatric Endocrinology, 2020.

Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. N Engl J Med. 2023 Jan 19;388(3):240-250.

Costa, R., et al. (2015). Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. The Journal of Sexual Medicine, 12(11), 2206–2214.

De Vries ALC, et al. (2011). Psychiatric comorbidity in gender dysphoric adolescents. Journal of Child Psychology & Psychiatry. 52(11):1195-1202.

De Vries ALC, et al. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics. 2014; 134:1–9.

Durwood, et al. (2017). Mental health and self-worth in socially transitioned transgender youth. Journal of the American Academy of Child & Adolescent Psychiatry, 56, 116–123.

Edwards-Leeper, L., & Spack, N. P. (2012). Psychological evaluation and medical treatment of transgender youth in an interdisciplinary "Gender Management Service" (GeMS) in a major pediatric center. Journal of Homosexuality, 59, 321–336.

Gibson, D. J., et al. (2021). Evaluation of anxiety and depression in a community sample of transgender youth. JAMA network open, 4(4), e214739-e214739.

Green, A. E., et al (2021). Association of gender-affirming hormone therapy with depression, thoughts of suicide, and attempted suicide among transgender and nonbinary youth. Journal of Adolescent Health [ePublication ahead of print].

Hidalgo, M. A., et al. (2013). The gender affirmative model: What we know and what we aim to learn. Human Development, 56(5), 285-290.

31

Klein A, Golub SA. (2016) Family Rejection as a Predictor of Suicide Attempts and Substance Misuse Among Transgender and Gender Nonconforming Adults. LGBT Health. 3(3):193-9.

Klein D, Paradise S, Goodwin E. Caring for Transgender and Gender Diverse Persons: What Clinicians Should Know. (2018) American Family Physician, 98(11).

Kuper, L. E., et al (2020). Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. Pediatrics, 145(4), e20193006.

Olson, et al. (2016). Mental health of transgender children who are supported in their identities. Pediatrics, 137, e20153223.

Olson, Johanna, et al. (2019). Creating the Trans Youth Research Network: A Collaborative Research Endeavor. Transgender Health. 4. 304-31

Rae JR, et al. (2019). Predicting Early-Childhood Gender Transitions. Psychol Sci. 30(5):669-681.

Ryan C, et al. (2010). Family acceptance in adolescence and the health of LGBT young adults. J Child Adolesc Psychiatr Nurs. 23(4):205-13;

Steensma TD, et al. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. J Am Acad Child Adolesc Psychiatry. 52(6):582-90.

Tordoff DM, Wanta et al. (2022) Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. JAMA Netw Open. 5(2):e220978. doi:10.1001/jamanetworkopen.2022.0978.

Turban J, DeVries A & Zucker K, *Gender Incongruence & Gender Dysphoria*, in *Lewis's Child and Adolescent Psychiatry: A Comprehensive Textbook*, (A Martin. et al., eds., 5th ed., 2018).

Turban JL, et al. (2020) Pubertal suppression for transgender youth and risk of suicidal ideation. Pediatrics. 145(2):e20191725.

Turban JL, et al. (2021). Timing of Social Transition for Transgender and Gender Diverse Youth, K-12 Harassment, and Adult Mental Health Outcomes. J Adolesc Health69(6):991-998.

Van der Miesen, A., et al. (2020). Psychological functioning in transgender adolescents before and after gender-affirmative care compared with cisgender general population peers. The Journal of Adolescent Health, 66(6), 699.

White Hughto JM, et al. (2015). Transgender stigma and health: A critical review of stigma determinants, mechanisms, and interventions. *Soc Sci Med*. 147:222-231.

World Professional Association for Transgender Health (WPATH) Standards of Care, Version 8, https://www.wpath.org/soc8/chapters.

32



frontiers | Frontiers in Psychiatry

TYPE Systematic Review
PUBLISHED 20 October 2022
DOI 10.3389/fpsyt.2022.1006024



Check for updates

OPEN ACCESS

EDITED BY
Georgios Paslakis,
Ruhr University Bochum, Germany

REVIEWED BY
Gina Sequeira,
Seattle Children's Hospital,
United States
Giulia Testa,
Universidad Internacional de La Rioja,
Spain

*CORRESPONDENCE
Kaitlyn Kunstman
k-kunstman@northwestern.edu

† These authors have contributed
equally to this work and share first
authorship

SPECIALTY SECTION
This article was submitted to
Public Mental Health,
a section of the journal
Frontiers in Psychiatry

RECEIVED 28 July 2022
ACCEPTED 04 October 2022
PUBLISHED 20 October 2022

CITATION
Amengual T, Kunstman K, Lloyd RB,
Janssen A and Wescott AB (2022)
Readiness assessments
for gender-affirming surgical
treatments: A systematic scoping
review of historical practices
and changing ethical considerations.
Front. Psychiatry 13:1006024.
doi: 10.3389/fpsyt.2022.1006024

COPYRIGHT
© 2022 Amengual, Kunstman, Lloyd,
Janssen and Wescott. This is an
open-access article distributed under
the terms of the Creative Commons
Attribution License (CC BY). The use,
distribution or reproduction in other
forums is permitted, provided the
original author(s) and the copyright
owner(s) are credited and that the
original publication in this journal is
cited, in accordance with accepted
academic practice. No use, distribution
or reproduction is permitted which
does not comply with these terms.

# Readiness assessments for gender-affirming surgical treatments: A systematic scoping review of historical practices and changing ethical considerations

Travis Amengual[1†], Kaitlyn Kunstman[1*†], R. Brett Lloyd[1],
Aron Janssen[2] and Annie B. Wescott[3]

[1]Department of Psychiatry and Behavioral Sciences, Northwestern Medicine, Chicago, IL,
United States, [2]The Pritzker Department of Psychiatry and Behavioral Health, Ann & Robert H. Lurie
Children's Hospital of Chicago, Chicago, IL, United States, [3]Galter Health Science Library,
Northwestern University, Chicago, IL, United States

Transgender and gender diverse (TGD) are terms that refer to individuals whose gender identity differs from sex assigned at birth. TGD individuals may choose a variety of modifications to their gender expression including, but not limited to changing their name, clothing, or hairstyle, starting hormones, or undergoing surgery. Starting in the 1950s, surgeons and endocrinologists began treating what was then known as transsexualism with cross sex hormones and a variety of surgical procedures collectively known as sex reassignment surgery (SRS). Soon after, Harry Benjamin began work to develop standards of care that could be applied to these patients with some uniformity. These guidelines, published by the World Professional Association for Transgender Health (WPATH), are in their 8th iteration. Through each iteration there has been a requirement that patients requesting gender-affirming hormones (GAH) or gender-affirming surgery (GAS) undergo one or more detailed evaluations by a mental health provider through which they must obtain a "letter of readiness," placing mental health providers in the role of gatekeeper. WPATH specifies eligibility criteria for gender-affirming treatments and general guidelines for the content of letters, but does not include specific details about what must be included, leading to a lack of uniformity in how mental health providers approach performing evaluations and writing letters. This manuscript aims to review practices related to evaluations and letters of readiness for GAS in adults over time as the standards of care have evolved via a scoping review of the literature. We will place a particular emphasis on changing ethical considerations over time and the evolution of the model of care from gatekeeping to informed consent. To this end, we did an extensive review of the literature. We identified a trend across successive iterations of the guidelines in both reducing stigma against TGD

EXHIBIT
Janssen
8
4-12-24   V/B

71

Amengual et al.                                                                    10.3389/fpsyt.2022.1006024

individuals and shift in ethical considerations from "do no harm" to the core principle of patient autonomy. This has helped reduce barriers to care and connect more people who desire it to gender affirming care (GAC), but in these authors' opinions does not go far enough in reducing barriers.

KEYWORDS

gender-affirming surgery, standards of care, world professional association for transgender health, ethics, informed consent, transgender and gender diverse (TGD), mental health, scoping review

## Introduction

Transgender and gender diverse (TGD) are terms that refer to any individual whose gender identity is different from their sex assigned at birth. Gender identity can be expressed through any combination of name, pronouns, hairstyle, clothing, and social role. Some TGD individuals wish to transition medically by taking gender-affirming hormones (GAH) and/or pursuing gender-affirming surgery (GAS) (1).[1] The medical community's comfort level with TGD individuals and, consequently, their willingness to provide a broad range of gender affirming care (GAC)[2] has changed significantly over time alongside an increasing understanding of what it means to be TGD and increasing cultural acceptance of LGBTQI people.

Historically physicians have placed significant barriers in the way of TGD people accessing the care that we now know to be lifesaving. Even today, patients wishing to receive GAC must navigate a system that sometimes requires multiple mental health evaluations for procedures, that is not required of cisgender individuals.

The medical and psychiatric communities have used a variety of terms over time to refer to TGD individuals. The first and second editions of DSM described TGD individuals using terms such as transvestism (TV) and transsexualism (TS), and often conflated gender identity with sexuality, by including them alongside diagnoses such as homosexuality and paraphilias.

Both the DSM and the International Classification of Diseases (ICD) have continuously changed diagnostic terminology and criteria involving TGD individuals over time, from Gender Identity Disorder in DSM-IV to Gender Dysphoria in DSM-5 to Gender Incongruence in ICD-11.

In 1979, the Harry Benjamin International Gender Dysphoria Association[2], renamed the World Profession Association for Transgender Health (WPATH) in 2006, was the first to publish international guidelines for providing GAC to TGD individuals. The WPATH Standards of Care (SOC) are used by many insurance companies and surgeons to determine an individual's eligibility for GAC. Throughout each iteration, mental health providers are placed in the role of gatekeeper and tasked with conducting mental health evaluations and providing required letters of readiness for TGD individuals who request GAC (1). As part of this review, we will summarize the available literature examining the practical and ethical changes in conducting mental health readiness assessments and writing the associated letters.

While the WPATH guidelines specify eligibility criteria for GAC and a general guide for what information to include in a letter of readiness, there are no widely agreed upon standardized letter templates or semi-structured interviews, leading to a variety of practices in evaluation and letter writing for GAC (2). To our knowledge, this is the first scoping review to summarize the available research to date regarding the evolution of the mental health evaluation and process of writing letters of readiness for GAS. By summarizing trends in these evaluations over time, we aim to identify best practices and help further guide mental health professionals working in this field.

## Methods

The review authors conducted a comprehensive search of the literature in collaboration with a research librarian (ABW)

---

1  Gender affirming surgery has historically been referred to as sexual reassignment surgery (SRS).

2  Gender affirming care is an umbrella term referring to any medical care a TGD individual might pursue that affirms their gender identity including primary care, mental health care, GAH or GAS.

Abbreviations: TGD, transgender and gender diverse; SRS, sex reassignment surgery; WPATH, World Professional Association for Transgender Health; SOC, standards of care; GAC, gender affirming care; GAS, gender-affirming surgery; GAH, gender-affirming hormones; TS, transsexualism; TV, transvestism; HBIGDA, Harry Benjamin International Gender Dysphoria Association; RLT, Real Life test; MMPI, Minnesota Multiphasic Personality Inventory; FTM, female to male; MTF, male to female; LGBTQI, lesbian, gay, bisexual, transgender queer, intersex; DSM, diagnostic and statistical manual of mental disorders; ICD, international classification of diseases.

3  The organization will be referred to as WPATH moving forward, even when referring to time periods before the name change.

Amengual et al.                                                                 10.3389/fpsyt.2022.1006024



FIGURE 1
PRISMA flow diagram demonstrating article-review process.

according to PRISMA guidelines. The search was comprised of database-specific controlled vocabulary and keyword terms for (1) mental health and (2) TGD-related surgeries. Searches were conducted on December 2, 2020 in MEDLINE (PubMed), the Cochrane Library Databases (Wiley), PsychINFO (EBSCOhost), CINAHL (EBSCOhost), Scopus (Elsevier), and Dissertations and Theses Global (ProQuest). All databases were searched from inception to present without the use of limits or filters. In total, 8,197 results underwent multi-pass deduplication in a citation management system (EndNote), and 4,411 unique entries were uploaded to an online screening software (Rayyan) for title/abstract screening by two independent reviewers. In total, 303 articles were included for full text screening (Figure 1), however, 69 of those articles were excluded as they were unable to be obtained online or through interlibrary loan. Both review authors conducted a full text screen of the remaining

234 articles. Articles were included in the final review if they specified criteria used for mental health screening/evaluation and/or letter writing for GAS, focused on TGD adults, were written in English, and were peer-reviewed publications. Any discrepancies were discussed between the two review authors TA and KK and a consensus was reached. A total of 86 articles met full inclusion criteria. Full documentation of all searches can be found in the Supplementary material.

## Results

In total, 86 articles were included for review. Eleven articles were focused on ethical considerations while the remaining 75 articles focused on the mental health evaluation and process of writing letters of readiness for GAS. Version 8 of the SOC

Amengual et al.

10.3389/fpsyt.2023.1006024

was published in September of 2022 during the review process of this manuscript and is also included as a reference and point of discussion.

## Prior to the publication of the standards of care

Fourteen articles were identified in the literature search as published prior to the development of the WPATH SOC version 1 in 1979. Prominent themes included classification, categorization, and diagnosis of TS. Few publications described the components of a mental health evaluation, and inclusion and exclusion criteria, for GAS. Many publications focused exclusively on transgender females, with a paucity of literature examining the experiences of transgender males during this timeframe.

Authors emphasized accurate diagnosis of TS, highlighting elements of the psychosocial history including early life cross-dressing, preference for play with the opposite gender toys and friends, and social estrangement around puberty (3). One author proposed the term gender dysphoria syndrome, which included the following criteria: a sense of inappropriateness in one's anatomically congruent sex role, that role reversal would lead to improvement in discomfort, homoerotic interest and heterosexual inhibition, an active desire for surgical intervention, and the patient taking on an active role in exploring their interest in sex reassignment (4). Many authors attempted to differentiate between the "true transsexual" and other diagnoses, including idiopathic TS; idiopathic, essential, or obligatory homosexuality; TV; schizophrenia; and intersex individuals (5, 6).

Money argued that the selection criteria for patients requesting GAS include a psychiatric evaluation to obtain collateral information to confirm the accuracy of the interview, work with the family to foster support of the individual, and proper management of any psychiatric comorbidities (5). Authors began to assemble a list of possible exclusion criteria for receiving GAS such as psychosis, unstable mental health, ambivalence, and secondary gain (e.g., getting out of the military), lack of triggering major life events or crises, lack of sufficient distress in therapy, presence of marital bonds (given the illegality of same-sex marriage during this period), and if natal genitals were used for pleasure (3–5, 7–13).

Others focused the role of the psychiatric evaluation on the social lives and roles of the patient. They believed the evaluation should include exploring the patient's motivation for change for at least 6–12 months (8), facilitating realistic expectations of treatment, managing family issues, providing support during social transition and post-operatively (13), and encouraging GAH and the "real-life test" (RLT). The RLT is a period in which a person must fully live in their affirmed gender identity, "testing" if it is right for them. In 1970, Green recommended

that a primary goal of treatment was that, "the male patient must be able to pass in society as a socially acceptable woman in appearance and to conduct the normal affairs of the day without arousing undue suspicion" (14). Benjamin also noted concern that "too masculine" features may be a contraindication to surgery so as to not make an "acceptable woman" (7). Some publications recommended at least 1–2 years of a RLT (3, 7, 11, 15), while others recommended at least 5 years of RLT prior to considering GAS (12). Emphasis was placed on verifying the accuracy of reported information from family or friends to ensure "authentic" motivation for GAS and rule out ambivalence or secondary gain (e.g., getting out of the military) (10).

Ell recommended evaluation to ensure the patient has "adequate intelligence" to understand realistic expectations of surgery and attempted to highlight the patient's autonomy in the decision to undergo GAS. He wrote, "That is your decision [to undergo surgery]. It's up to you to prove that you are a suitable candidate for surgery. It's not for me to offer it to you. If you decide to go ahead with your plans to pass in the opposite gender role, you do it on your own responsibility" (8). Notably, many authors conceptualized gender transition along a binary, with individuals transitioning from one end to the other.

In these earliest publications, one can start to see the beginning framework of modern-day requirements for accessing GAS, including ensuring an accurate diagnosis of gender incongruence; ruling out other possible causes of presentation such as psychosis; ensuring general mental stability; making sure that the patient has undergone at least some time of living in their affirmed gender; and that they are able to understand the consequences of the procedure.

## Standards of care version 1 and 2

### Changes to the standards of care

The first two versions of the WPATH SOC were written in 1979 and 1980, respectively and are substantially similar to one another. SOC version three was the first to be published in an academic journal in 1985 and changes from the first two versions were documented within this publication. The first two versions required that all recommendations for GAC be completed by licensed psychologists or psychiatrists. The first version recommended that patients requesting GAH and non-genital GAS, spend 3 and 6 months, respectively, living full time in their affirmed gender. These recommendations were rescinded in subsequent versions (16). Figure 2 reviews changes to the recommendations for GAC within the WPATH SOC over time.

### Results review

Five articles published between 1979 and 1980 were included in this review. Again, emphasis was placed on proper diagnosis,

Amengual et al.                                                                                                                10.3389/fpsyt.2022.1006024



FIGURE 2

Changes to the World Professional Association for Transgender Health (WPATH) standards of care around gender affirming medical and surgical treatments over time.

classification and consistency of gender identity over time (17, 18).

Wise and Meyer explored the concept of a continuum between TV and TS, describing that those who experienced gender dysphoria often requested GAS, displayed evidence of strong cross-dressing desires with arousal, history of cross-gender roles, and absence of manic-depressive or psychotic illnesses (19). Requirements for GAS at the Johns Hopkins Gender Clinic included at least 2 years of cross-dressing, working in the opposite gender role, and undergoing treatment with GAH and psychotherapy (19). Bernstein identified factors correlated with negative GAS outcomes including presence of psychosis, drug abuse, frequent suicide attempts,

criminality, unstable relationships, and low intelligence level (18). Lothstein stressed the importance of correct diagnosis, "since life stressors may lead some transvesites to clinically present as transsexuals desiring SRS" (20). Levine reviewed the diagnostic process employed by Case Western Reserve University Gender Identity Clinic which involved initial interview by a social worker to collect psychometric testing, followed by two independent psychiatric interviews to obtain the developmental gender history, understand treatment goals, and evaluate for underlying co-morbid mental health diagnoses, with a final multidisciplinary conference to integrate the various evaluations and develop a treatment plan (21).

75

Amengual et al.                                                                    10.3369/flphys 2022.1006024

## Standards of care version 3

### Changes to the standards of care

Version 3 broadened the definition of the clinician thereby broadening the scope of providers who could write recommendation letters for GAC. Whereas prior SOC required letters from licensed psychologists or psychiatrists, version 3 allowed initial evaluations from providers with at least a Master's degree in behavioral science, and when required, a second evaluation from any licensed provider with at least a doctoral degree. Version 3 recommended that all evaluators demonstrate competence in "gender identity matters" and must know the patient, "in a psychotherapeutic relationship," for at least 6 months (16). Version 3 relied on the definition of TS in DSM-III, which specified the sense of discomfort with one's anatomic sex be "continuous (not limited to a period of stress) for at least 2 years" and be independently verified by a source other than the patient through collateral or through a longitudinal relationship with the mental health provider (16). Recommendation of GAS specifically required at least 6–12 months of RLT, for non-genital and genital GAS, respectively (16)."

### Results review

Nine articles were published during the timeframe that the SOC version 3 were active (1981–1990). Themes in these publications included increasing focus on selection criteria for GAS and emphasis on the RLT, which was used to ensure proper diagnosis of gender dysphoria. Recommendations for the duration of the RLT ranged anywhere between 1 and 3 years (22, 23).

Proposed components of the mental health evaluation for GAS included a detailed assessment of the duration, intensity, and stability of the gender dysphoria, identification of underlying psychiatric diagnoses and suicidal ideation, a mental status examination to rule out psychosis, and an assessment of intelligence (e.g., IQ) to comment on the individual's "capacity and competence" to consent to GAC. The Minnesota Multiphasic Personality Inventory (MMPI), Weschler Adult Intelligence Scale (WAIS), and Lindgren-Pauly Body Image Scale were also used during assessments (24).

Authors developed more specific inclusion and exclusion criteria for undergoing GAS with inclusion criteria including age 21 or older, not legally married, no pending litigation, evidence of gender dysphoria, completion of 1 year of psychotherapy, between 1 and 2 years RLT with ability to "pass convincingly" and "perform successfully" in the opposite gender role, at least 6 months on GAH (if medically tolerable), reasonably stable mental health (including absence of psychosis, depression, alcoholism and intellectual disability), good financial standing with psychotherapy fees (25), and a prediction that GAS would improve personal and social functioning (26–29). A 1987 survey of European psychiatrists identified their most

common requirements as completion of a RLT of 1–2 years, psychiatric observation, mental stability, no psychosis, and 1 year of GAH (27).

## Standards of care version 4

### Changes to the standards of care

World Professional Association for Transgender Health SOC version four was published in 1990. Between version three and version four, DSM-III-R was published in 1987. Version four relied on the DSM-III-R diagnostic criteria for TS as opposed to the DSM-III criteria in version three. The DSM-III-R criteria for TS included a "persistent discomfort and sense of inappropriateness about one's assigned sex," "persistent preoccupation for at least 2 years with getting rid of one's primary and secondary sex characteristics and acquiring the sex characteristics of the other sex," and that the individual had reached puberty (30). Notable changes from the DSM-III criteria include specifying a time duration for the discomfort (2 years) and designating that individuals must have reached puberty.

### Results review

Six articles were published between 1990 and 1998 while version four was active. Earlier trends continued including emphasizing proper diagnosis of gender dysphoria (31, 32), however, a new trend emerged toward implementing more comprehensive evaluations, with an emphasis on decision making, a key element of informed consent.

Bockting and Coleman, in a move representative of other publications of this era, advocated for a more comprehensive approach to the mental health evaluation and treatment of gender dysphoria. Their treatment model was comprised of five main components: a mental health assessment consisting of psychological testing and clinical interviews with the individual, couple, and/or family; a physical examination; management of comorbid disorders with pharmacotherapy and/or psychotherapy; facilitation of identity formation and sexual identity management through individual and group therapy; and aftercare consisting of individual, couple, and/or family therapy with the option of a gender identity consolidation support group. Psychoeducation was a main thread throughout the treatment model and a variety of treatment "subtasks" such as understanding decision making, sexual functioning and sexual identity exploration, social support, and family of origin intimacy were identified as important. The authors advocated for "a clear separation of gender identity, social sex role, and sexual orientation which allows a wide spectrum of sexual identities and prevents limiting access to GAS to those who conform to a heterosexist paradigm of mental health" (33).

This process can be compared with the Italian SOC for GAS which recommend a multidisciplinary assessment

consisting of a psychosocial evaluation and informed consent discussion around treatment options, procedures, and risks. Requirements included 6 months of psychotherapy prior to initiating GAH, 1 year of a RLT prior to GAS, and provision of a court order approving GAS, which could not be granted any sooner than 2 years after starting the process of gender transition. Follow-up was recommended at 6, 12, and 24 months post-GAS to ensure psychosocial adjustment to the affirmed gender role (34).

Other authors continued to refine inclusion and exclusion criteria for GAS by surveying the actual practices of health centers. Inclusion criteria included those who had life-long cross gender identification with inability to live in their sex assigned at birth; a 1–2 years RLT (a nearly universal requirement in the survey); and ability to pass "effortlessly and convincingly in society"; completed 1 year of GAH; maintained a stable job; were unmarried or divorced; demonstrated good coping skills and social-emotional stability; had a good support system; and were able to maintain a relationship with a psychotherapist. Exclusion criteria included age under 21 years old, recent death of a parent (35), unstable gender identity, unstable psychosocial circumstances, unstable psychiatric illness (such as schizophrenia, suicide attempts, substance abuse, intellectual disability, organic brain disorder, AIDS), incompatible marital status, criminal history/activity or physical/medical disability (36).

The survey indicated some programs were more lenient around considering individuals with bipolar affective disorder, the ability to pass successfully, and issues around family support. Only three clinics used sexual orientation as a factor in decision for GAS, marking a significant change in the literature from prior decades. Overall, the authors found that 74% of the clinics surveyed did not adhere to WPATH SOC, instead adopting more conservative policies (36).

## Standards of care version 5

### Changes to the standards of care

Published in 1998, version five defined the responsibilities of the mental health professional which included diagnosing the gender disorder, diagnosing and treating co-morbid psychiatric conditions, counseling around GAC, providing psychotherapy, evaluating eligibility and readiness criteria for GAC, and collaborating with medical and surgical colleagues by writing letters of recommendation for GAC (Figure 3). Eligibility and readiness criteria were more explicitly described in this version to refer to the specific objective and subjective criteria, respectively, that the patient must meet before proceeding to the next step of their gender transition. The seven elements to include in a letter of readiness were more explicitly listed within this version as well, including: the patient's identifying characteristics, gender, sexual orientation,

any other psychological diagnoses, duration and nature of the treatment with the letter writer, whether the author is part of a gender team, whether eligibility criteria have been met, the patient's ability to follow the SOC and an offer of collaboration. Version five removes the requirement that patients undertake psychotherapy to be eligible for GAC (37).

### Results review

Five articles were published between 1998 and 2001 while version five was active. Two of these articles were summaries of the SOC (37, 38). Themes in these publications included continued attempts to develop comprehensive treatment models for GAS.

Ma reviewed the role of the social worker in a multidisciplinary gender clinic in Hong Kong. Psychosocial assessment for GAS included evaluation of performance in affirmed social roles, adaptation to the affirmed gender role during the 1-year RLT and understanding the patient's identified gender role and the response to the new gender role culturally and interpersonally within the individual's support network and family unit. She noted five contraindications to GAS: a history of psychosis, sociopathy, severe depression, organic brain dysfunction or "defective intelligence", success in parental or marital roles, "successful functioning in heterosexual intercourse", ability to function in the pretransition gender role, and homosexual or TV history with genital pleasure. She proposed a social work practice model for patients who apply for GAS with categorization of TGD individuals into "better-adjusted" and "poorly-adjusted" with different intervention goals and methods for each. For those who were "better-adjusted," treatment focused on psychoeducation, building coping tools, and mobilization into a peer counselor role, while treatment goals for those who were "poorly-adjusted" focused on building support and resources (39).

Damodaran and Kennedy reviewed the assessment and treatment model used by the Monash gender dysphoria clinic in Melbourne, Australia for patients requesting GAS. All referrals for GAS were assessed independently by two psychiatrists to determine proper diagnosis of gender dysphoria, followed by endocrinology and psychology consultation to develop a comprehensive treatment plan. Requirements included RLT of minimum 18 months and GAH (40).

Miach reviewed the utility of using the Minnesota Multiphasic Personality Inventory-2 (MMPI-2), a revision of the MMPI which was standardized using a more heterogeneous population, in a gender clinic to assess stability of psychopathology prior to GAS, which was only performed on patients aged 21–55 years old. The authors concluded that while the TGD group had a significantly lower level of psychopathology than the control group, they believed that the MMPI-2 was a useful test in assessing readiness for GAC (41).

77

Amengual et al.

10.3389/fpsyt.2022.1006024



FIGURE 3
Changes to the ten tasks of the mental health provider within the World Professional Association for Transgender Health (WPATH) standards of care over time.

## Standards of care version 6

### Changes to the standards of care

Published in 2001, version six of the WPATH SOC did not include significant changes to the 10 tasks of the mental health professional (Figure 3) or in the general recommendations for content of the letters of readiness. An important change in the eligibility criteria for GAH allowed providers to prescribe hormones even if patients had not undergone RLT or psychotherapy if it was for harm reduction purposes (i.e., to prevent patient from buying black market hormones). A notable change in version six separated the eligibility and readiness criteria for top (breast augmentation or mastectomy) and bottom (any gender-affirming surgical

78

Amengual et al.                                                                                                                    10.3389/fpsyt.2022.1000054

alteration of genitalia or reproductive organs) surgery allowing some patients, particularly individuals assigned female at birth (AFAB), to receive a mastectomy without having been on GAH or completing a 12 month RLT (42, 43).

## Results review

Thirteen articles were published between 2001 and 2012. One is a systematic review of evidence for factors that are associated with regret and suicide, and predictive factors of a good psychological and social functioning outcome after GAC. De Cuypere and Vercruysse note that less than one percent of patients regret having GAS or commit suicide, making detection of negative predictive factors in a study nearly impossible. They identified a wide array of positive predictive factors including age at time of request, sex of partner, premorbid social or psychiatric functioning, adequacy of social support system, level of satisfaction with secondary sexual characteristics, and surgical outcomes. Many of these predictive factors were later disproved. They also noted that there were not enough studies to determine whether following the WPATH guidelines was a positive predictive factor. In the end they noted that the evidence for all established evaluation regimens (i.e., RLT, age cut-off, psychotherapy, etc.) was at best indeterminate. They recommended that changes to WPATH criteria should redirect focus from gender identity to psychopathology, differential diagnosis, and psychotherapy for severe personality disorders (44).

The literature at this time supports two opposing approaches to requests for GAC, those advocating for a set of strictly enforced eligibility and readiness criteria associated with very thorough evaluations and those who advocate for a more flexible approach. Common approaches to the evaluation for GAC include: taking a detailed social history including current relationships, support systems, income, and social functioning; a sexual development history meant to understand when and how the patient began to identify as TGD and how their transition has affected their life; an evaluation of their coping skills, "psychic functions" and general mental well-being; and a focus on assessing the "correct diagnosis" of gender identity disorder (44–56). The use of a multidisciplinary team was also commonly recommended (44, 47, 48, 51, 54–56).

Those that advocated for a stricter interpretation of the eligibility and readiness criteria emphasized the importance of the RLT (45, 49, 51, 53, 55, 56). One clinic in the UK required a RLT lasting 2 years prior to starting GAH, twice as long as recommended by the SOC (49). The prevailing view continued to approach gender as a binary phenomenon, rather than as a spectrum of experiences. As a result, treatment recommendations emphasized helping the patient to "pass" in their chosen gender role and did not endorse patients receiving less than the full spectrum of treatment to transition fully from one sex to the other. Several authors indicated that they required some amount of psychotherapy before recommending GAC

(46, 47, 51, 52, 55, 56). One author described requirements in Turkey, which unlike the US has the requirements enshrined in law and defines an important role for the courts in granting permission for GAC (51). In general, these authors supported the gatekeeping role of the mental health provider as a mechanism to prevent cases of regret.

Among groups supporting a flexible interpretation of the SOC, there was a much stronger emphasis on the supportive role of the mental health provider in the gender transition process (44–46, 48, 52, 53). This role included creating a supportive environment for the patient, asking and using the correct pronouns, and helping to guide them through what may be a difficult transition both socially and physically. They emphasized the importance of the psychosocial evaluation including the patient's connections to others in the TGD community, their social functioning, substance use, and psychiatric history/psychological functioning. While informed consent was mentioned as part of the evaluation, the process was not thoroughly explored and largely focused on patients' awareness that GAS is an irreversible procedure which removes healthy tissue (52). One author suggested that a "consumer handbook outlining such rights and responsibilities" related to GAS be made available, but they made no further comment on the informed consent process (44). There was no further guidance as to the contents of letters of readiness for GAC.

The lack of emphasis on informed consent by both groups of authors mirrors the discussion of informed consent within the SOC, which up through version six, had a relatively narrow definition and role specifically related to risks and benefits of surgery. As far back as version one, the SOC states "hormonal and surgical sex reassignment are procedures which must be requested by, and performed only with the agreement of, the patient having informed consent…[these procedures] may be conducted or administered only after the patient applicant has received full and complete explanations, preferably in writing, in words understood by the patient applicant, of all risks inherent in the requested procedures (18). " This reflects the dominant concerns of surgeons at the time that they were removing or damaging healthy tissue, which was unethical, and as such wanted to make sure that patients understood the irreversibility of the procedures. It was not until version 7 that there is a change in the discussion of informed consent.

## Standards of care version 7

### Changes to the standards of care

Standards of care version seven was published in 2013. Publication of version seven coincided with the publication of DSM-5, in which the diagnosis required to receive GAC shifted from Gender Identity Disorder to Gender Dysphoria, in an effort to de-pathologize TGD patients. Version seven highlights that these are *guidelines* meant to be flexible to account for

Amengual et al.

10.3389/fpsyt.2022.1006024

different practices in different places. Compared to version six, a significantly expanded section on the "Tasks of the Mental Health Provider" was added, offering some instructions on what to include in the assessment of the patient for GAS. For the first time the SOC expand on what it means to obtain informed consent and describe a process where the mental health provider is expected to guide a conversation around gender identity and how different treatments and procedures might affect TGD individuals psychologically, socially, and physically. Other recommendations include "at a minimum, assessment of gender identity and gender dysphoria, history and development of gender dysphoric feelings, the impact of stigma attached to gender non-conformity on mental health, and the availability of support from family, friends, and peers." There is also a change to the recommended content of the letters: switching from "The initial and evolving gender, sexual, and other psychiatric diagnoses" to "Results of the client's psychosocial assessment, including any diagnoses", indicating a shift in the focus away from diagnosis toward the psychosocial assessment. Version 7 also adds two new tasks for the mental health provider including "Educate and advocate on behalf of clients within their community (schools, workplaces, other organizations) and assist clients with making changes in identity documents" and "Provide information and referral for peer support" (2).

There were also significant changes to eligibility criteria for GAC. For GAH, version seven eliminates entirely the requirement for a RLT and psychotherapy and adds requirements for "persistent well documented gender dysphoria" and "reasonably well controlled" medical or mental health concerns. Notably, the SOC do not define the meaning of "reasonably well controlled," leaving providers to interpret this on their own. Version seven delineates separate requirements for top and bottom surgeries. The criteria for both feminizing and masculinizing top surgeries are identical to each other and identical to those laid out for GAH. Version seven explicitly states that GAH is not required prior to top surgery, although GAH is still recommended prior to gender-affirming breast augmentation. Criteria for bottom surgery are more explicitly defined, namely internal (i.e., hysterectomy, orchiectomy) vs. external (i.e., metoidioplasty, phalloplasty, and vaginoplasty). For internal surgeries, criteria are the same as for top surgery with the addition of a required 12 months of GAH. For external surgeries the criteria are the same as for internal, with the addition of required 12 months of living in the patient's affirmed gender identity (2, 42).

### Results review

Twenty-three articles were published while version 7 of the SOC have been active. Themes include identifying the role of psychometric testing in GAC evaluations, expanding the discussion around informed consent for GAC, and revising the requirements for letter writers.

A systematic review evaluated the accuracy of psychometric tests in those requesting GAC, identifying only two published manuscripts that met their inclusion criteria, both of which were of poor quality; this led them to question the utility of psychometric tests in TGD patients (57). Keo-Meir and Fitzgerald provided a detailed narrative review of psychometric and neurocognitive exams in the TGD population and concluded that psychometric testing should not be done unless there is a question about the capacity of the patient to provide informed consent (58). The only other manuscripts that include a mention of psychological testing describe processes in Iran and China, both of which require extensive psychological testing prior to approval for GAC (59, 60). These two manuscripts, in addition to an ethnographic study of the evaluation process in Turkey (61), are also the only ones that indicate a requirement for psychotherapy prior to approval for treatment. The three international manuscripts described above plus three manuscripts from the US (62–64) are the only ones to include consideration of a RLT, with authors outside the US preferring a long RLT and US authors considering RLT as part of the informed consent process for GAS, and not required at all prior to the initiation of GAH.

Many authors describe the process of informed consent for GAC (1, 58, 60, 62–76). In China, a signature indicating informed consent from the patient's family is required in addition to that of the patient (60). Many authors emphasize evaluating for and addressing social determinants of health including housing status, income, transportation, trauma history, etc. (1, 58, 60, 67, 69–71, 75–77). Deutsch advocated for the psychosocial evaluation being the most important aspect of the evaluation and suggests that one of the letters required for bottom surgery be replaced by a functional assessment (i.e., ADLs/iADLs), which could be repeated as needed or removed entirely for high functioning patients (69).

Practice patterns and opinions on who should write letters of readiness and how many letters should be required vary widely. Many letters that surgeons receive are cursory, and short and non-personal letters correlate with poor surgical outcomes (1). Several authors advocate for eliminating the second letter entirely, for at least some procedures, as it is a barrier to care (68, 69, 74). Some support removing the requirement that both letter writers be therapists or psychiatrists, and even suggesting the second letter be written by a urologist (72) or a social worker who has performed a detailed social assessment (69, 75). The evaluation in Turkey requires a report written by an extensive multidisciplinary team and submitted to a court for approval (61). Surveys of providers indicate that the SOC are not uniformly implemented leading to huge disparities based on the providers knowledge level and personal beliefs (77, 78). Additional recommendations include that providers spend significant time discussing the SOC and diagnosis of gender dysphoria with the patients prior to providing a letter to prepare them for the stigma such a diagnosis may confer

Amenguat et al. 10.3389/fpsyt.2022.1006024

(65, 66), and dropping gender dysphoria entirely in favor the ICD-11 diagnosis of gender incongruence, as it may be less stigmatizing (71).

The Mount Sinai Gender Clinic describes an integrated multidisciplinary model where a patient will see a primary care doctor, endocrinologist, social worker, psychiatrist, and obtain any necessary lab work in a single visit, significantly reducing barriers to care. The criteria in this model focus on informed consent, the social determinants of health, being physically ready for surgery, and putting measurable goals on psychiatric stability, while deemphasizing the gender dysphoria diagnosis. Their study showed that people who received their evaluation over a 3-year period were more likely to meet their in-house criteria than they were to meet criteria as set forth in WPATH SOC. The Mount Sinai criteria allowed for significantly decreased barriers to care, allowing more people to progress through desired GAC in a timely fashion (75).

## Standards of care version 8

### Changes to the standards of care

Standards of care version 8, published in September 2022, includes major updates to the guidelines around GAS. This version explicitly highlights the importance of informed decision making, patient autonomy, and harm reduction models of care, as well as emphasizing the flexibility of the guidelines which the authors note can be modified by the healthcare provider in consultation with the TGD individual.

Version 8 lays out the roles of the assessor which are to identify the presence of gender incongruence and any co-existing mental health concerns, provide information on GAC, support the TGD individual in their decision-making, and to assess for capacity to consent to GAC. The authors emphasize the collaborative nature of this decision-making process between the assessor and the TGD individual, as well as recommending TGD care occur in a multidisciplinary team model when possible.

Version 8 recommends that providers who assess TGD individuals for GAC hold at least a Master's level degree and have sufficient knowledge in diagnosing gender incongruence and distinguishing it from other diagnoses which may present similarly. These changes allow for non-mental health providers to be the main assessors for GAC.

Version 8 recommends reducing the number of evaluations prior to GAS to a single evaluation in an effort to reduce barriers to care for the TGD population. Notably, the authors have removed the recommendations around content of the letter of readiness for GAC. The guidelines note that the complexity of the assessment process may differ from patient to patient, based on the type of GAC requested and the specific characteristics of the patient. Version eight directly states that psychometric testing and psychotherapy are not requirements

to pursue GAC. While evaluations should continue to identify co-existing mental health diagnoses, version 8 highlights that the presence of a mental health diagnosis should not prevent access to GAC unless the mental health symptoms directly interfere with capacity to provide informed consent for treatment or interfere with receiving treatment. Version 8 recommends that perioperative matters, such as travel requirements, presence of stable, safe housing, hygiene/healthy living, any activity restrictions, and aftercare optimization, be discussed by the surgeon prior to GAS. In terms of eligibility criteria, the authors recommend a reduced duration of GAH from 12 months (from version 7) to 6 months (in version 8) prior to pursuing GAS involving reproductive organs (79).

## Ethical discussions

### Results review

A total of eleven articles explored ethical considerations of conducting mental health evaluations and writing letters of readiness for GAS, including a comparison of the ethical principles prioritized within the "gatekeeping" model vs. the informed consent model for GAC and the differential treatment of TGD individuals compared to cisgender individuals seeking similar surgical procedures.

Many authors compare the informed consent model of care for TGD individuals to the WPATH SOC model. In the informed consent model, the role of the health practitioner is to provide TGD patients with information about risks, side effects, benefits, and possible consequences of undergoing GAC, and to obtain informed consent from the patient (80). Cavanaugh et al. argue that the informed consent model is more patient-centered and elevates the ethical principle of autonomy above non-maleficence, the principle often prioritized in the "gatekeeping" model (81). They write, "Through a discussion of risks and benefits of possible treatment options with the patient…clinicians work to assist patients in making decisions. This approach recognizes that patients are the only ones who are best positioned, in the context of their lived experience, to assess and judge beneficence (i.e., the potential improvement in their welfare that might be achieved), and it also affords prescribing clinicians a better and fuller sense of how a particular patient balances principles of non-maleficence and beneficence." Authors note that mental health providers can be particularly helpful in situations where an individual desires additional mental health treatment, which some argue should remain optional, or when an individual's capacity is in question (81). Additional ethical considerations include balancing the respect for the dignity of persons, responsible caring, integrity in relationships, and responsibility to society (82). Other authors argue for a more systematic approach to ethical issues, including consulting the literature and/or experts in the

Amengual et al

10.3389/fpsyt.2022.1006024

field of TGD mental health for support in making decisions around GAC (74).

Hale criticizes the WPATH SOC noting that these guidelines create a barrier between patient and mental health provider in establishing trust and a therapeutic relationship, overly pathologize TGD individuals, and unnecessarily impose financial costs to the TGD individual. As a "gatekeeper," the mental health provider is placed in the position of either granting or denying GAC and must weigh the competing ethical principles of beneficence, non-maleficence, and autonomy. He argues that mental health providers are not surrogate decision makers and that framing requests for GAS as a "phenomenon of incapacity" is "reflective of the overall incapacitating effects of society at large toward the TGD community" (85). This reflects the broader approach to determining capacity utilized in other medical contexts, namely that patients have capacity until proven otherwise (84). Additionally, due to the gatekeeping dynamic between patient and clinician, many TGD patients may not mention concerns or fears surrounding GAS out of concern they will be denied services, thereby limiting the quality and utility of the informed consent discussion. Ashley proposes changes to the informed consent model, specifically that the informed consent process should include not only information about whether to go through with a procedure, but how to go through the procedure including relevant information about timeline, side effects, need for perioperative support, and treatment plan (85). Gruenweld argues for a bottom-up, TGD-led provision of GAC instead of focusing solely on alleviating gender dysphoria through a top-down, medical expert approach *via* such systems like the WPATH SOC (86).

MacKinnon et al. conducted an institutional ethnographic study of both TGD individuals undergoing mental health evaluations for GAC and mental health providers to better understand the process of conducting such evaluations (87). They found that providers cited three concerns with the evaluation: determining the authenticity of an individual's TGD identity, determining if the individual has the capacity to consent to treatment, and determining the readiness of the individual to undergo treatment. TGD individuals cited concerns around presenting enough distress to be diagnosed with gender dysphoria (a SOC requirement) versus too much distress, and risk being diagnosed with an uncontrolled mental health condition therefore being ineligible for GAC. The authors conclude, "although they are designed to optimize and universalize care    psychosocial readiness assessments actually create a medically risky and arguably unethical situation in which trans people experiencing mental health issues have to decide what is more important – transitioning at the potential expense of care for their mental health or disclosing significant mental health issues at the expense of being rendered not ready to transition (which in turn may produce or exacerbate mental distress)" (87).

With regards to writing letters of readiness for GAS, authors comment on the differential treatment of TGD compared to cisgender individuals. Bouman argues that requiring two letters for gender-affirming orchiectomy or hysterectomy is unethical given that orchiectomy and hysterectomy for chronic scrotal pain and dysfunctional uterine bleeding, respectively, do not require any mental health evaluation. Requiring a second letter may cause delays in treatment, increase financial costs, and may be invasive to the patient who must undergo two detailed evaluations, while allowing for diffusion of responsibility for the mental health provider (88).

## Discussion

### Changing standards

Starting in the 1950's with the first successful gender affirming procedure in the US on Christine Jorgenson, TGD people in the US started seeking surgical treatment of what was then called TS. The medical community's understanding of TGD people, their mental health, and the role of the mental health provider in their medical and surgical transition has progressed and evolved since this time. Prior to the first iteration of what would later be known as WPATH's SOC, patients were mostly evaluated within a system that viewed gender and sexual minorities as deviants and thereby largely limited access to GAC. We can also see this reflected in the changes to DSM and ICD diagnostic criteria between 1980 and today which demonstrates a trend from pathologizing identity and conflating sexual and gender identity toward pathologizing the distress experienced due to the discordant identity, and finally removing the relevant diagnosis from the chapter of Mental and Behavioral Disorders altogether in the ICD and instead into a new chapter titled "conditions related to sexual health (69)." These changes have clearly yielded positive benefits for TGD individuals by reducing stigma and improving access to care, but significant problems remain. Requiring TGD people to have a diagnosis at all to obtain care, no matter the terminology used, is pathologizing. The practice of requiring a diagnosis continues to put mental health and other medical providers in the position of gatekeeping, continuing the vestigial historical focus on "confirming" a person's gender identity, rather than trusting that TGD people understand their identities better than providers do. Version 8 of the SOC put a much heavier emphasis on shared decision making and informed consent, but continue to maintain the requirement of a diagnosis (79). Many insurance companies and other health care payers require the diagnosis to justify paying for GAC, but providers should continue to advocate for removing such labels as a gatekeeping mechanism for GAC.

With each version of the SOC, guidelines for GAC become more specific, with more explanation of the reasoning

Amengual et al.                                                                                                    10.3389/fpsyt.2022.1006024

behind each recommendation; more flexible requirements, a broadening of the definition of mental health provider, and elimination of the requirement that at least one letter be written by a doctoral level provider. There has been a notable shift in the conceptualization of gender identity, away from a strict gender binary, with individuals transitioning fully from one end to the other, to gender identity and transition as a spectrum of experiences. Over time the model became more flexible by removing requirements for psychotherapy, narrowing requirement for the RLT to only those pursuing bottom surgery, eliminating requirements for a mental health evaluation prior to initiating GAH, and eliminating requirements for GAH prior to top surgery. Version 8 of the SOC is even more explicit about removing requirements for psychotherapy and psychometric testing prior to receiving GAC (79).

Despite these positive changes, those wishing to access GAC still face significant challenges. Access to providers knowledgeable about GAC remains limited, especially in more rural areas, therefore requiring evaluations and letters of readiness for GAC continues to significantly limit access to treatment. By requiring letters of readiness for GAC, adult TGD individuals are not afforded the same level of autonomy present in almost any other medical context, where capacity to provide informed consent is automatically established (84). The WPATH SOC continue to perpetuate differential treatment of TGD individuals by requiring extensive, and often invasive, evaluations for procedures that their cisgender peers are able to access without such evaluations (88). The WPATH guidelines apply a one-size-fits-all approach to an extremely heterogeneous community who have varying levels of needs based on a variety of factors including but not limited to age, socioeconomic status, race, natal sex, and geographic location (90). It should be noted, however, that the version 8 of the SOC does acknowledge that different patients may require evaluations of varying complexity based on the procedure they are requesting as well as a variety of psychosocial factors, although it remains vague about exactly what those different evaluations should entail (79). We propose that future work be directed toward three primary goals: conducting research to determine the utility of letters of readiness; to better understand factors that impact GAS outcomes; and to develop easily accessible and understandable guides to conducting readiness evaluations and writing letters. These aims will help to further our goals of advocating for this vastly underserved population by further removing barriers to life-saving GAC.

## Changing ethics

Early iterations of the SOC were strict, placing the mental health provider within a gatekeeper role, tasked with distinguishing the "true transsexual" that would benefit from GAS from those who would not, which in effect elevated the ethical principal of non-maleficence above autonomy. This created a barrier to forming a therapeutic alliance between the patient and mental health provider as there was little motivation for patients to give any information outside of the expected gender narrative (36, 65). Mistrust flowed both ways leading to longer and more involved evaluations then than what is required today, with many providers requiring patients to undergo extensive psychological testing and psychotherapy, provide extensive collateral, and undergo lengthy RLTs, with some focusing on a patient's ability to "pass" within the desire gender role, before agreeing to write a letter (11, 15, 19, 49, 57, 58).

As understanding around the experiences of TGD individuals has evolved over time, the emphasis has shifted from the reliance on non-maleficence toward elevating patient autonomy as the guiding principle of care. Evaluations within this informed consent model focus much more on the patient's ability to understand the treatment, its aftercare, and its potential effect on their lives. Informed consent evaluations also shift focus toward other psychosocial factors that will contribute to successful surgical outcomes, for example, housing, transportation, a support system, and treatment of any underlying mental health symptoms. While there is still a lack of consistency in current evaluations and the SOC are enforced unevenly (77), the use of the informed consent model by some providers has reduced barriers for some patients. Many authors now agree that psychological or neuropsychological testing should not be used when evaluating for surgical readiness unless there is a concern about the patient's ability to provide informed consent such as in the case of a neurocognitive or developmental disorder (38). Also important to note here is that while there is a general shift in the focus of the literature from that of gatekeeping toward one of informed consent, neither the informed consent model nor the WPATH SOC more broadly are evenly applied by providers, leading to continued barriers for many patients (77, 78).

Within the literature, there is support for further reducing barriers to care by widening the definition of who can conduct evaluations, write letters, or facilitate the informed consent discussion for GAC. Recommending that the physician providing the GAC be the one to conduct the informed consent evaluation would bring GAC practices more in line with practices in place within the broader medical community. It is very rare for mental health providers to be the gatekeepers for medical or surgical procedures, except for transplant surgery, where mental health providers may have a clearer role given the prominence of substance use disorders and the very limited resource of organs. However, even within transplant psychiatry, a negative psychiatric evaluation would not necessarily preclude the patient from receiving the transplant, but instead may be used to guide a treatment plan to improve chances of a successful recovery post-operatively. We then should consider what it means to embrace patient autonomy as our guiding

83

Amengual et al.                                                                    10.3389//fpsyt.2022.1006024

principle, especially with more than 40 years of evidence of the positive effects around GAC behind us. Future guidelines should focus on making sure that TGD individuals are good surgical candidates, not based on their gender identity, but instead on a more holistic understanding of the factors that lead to good and bad gender-affirming surgical outcomes, along the lines of those proposed by Mt. Sinai's gender clinic for vaginoplasty (75). Additionally, the physicians providing the GAC should in most cases be the ones to obtain informed consent, while retaining the ability to request a mental health evaluation if specific concerns related to mental health arise. This would both allow mental health providers to adopt a supportive consultant role rather than that of gatekeeper, as well as provide more individualized rather than one-size-fits-all care to patients.

Version 8 of the SOC go a long way toward changing the ethical focus of evaluations toward one of shared decision making and informed consent by removing the requirement of a second letter and the requirement that the letter be written by a mental health provider. This will, in theory, lower barriers to care by allowing other providers (as long as they have at least a master's degree) to write letters for surgery (79). In practice, however, this change is likely to only affect a small portion of the patient population. This is because, as noted in the section below in more detail, insurance companies already do not adhere closely to the SOC (91) and are unlikely to quickly adopt the new guidelines if at all. Further, it is possible that many surgeons will require that the letter of readiness be written by a mental health provider, especially if the patient has any previous mental health problems. While changes to SOC 8 are a step in the direction we propose in this manuscript, it is important to remember that the primary decision makers of who can access GAC in the US are insurance companies with surgeons, primary care providers, and mental health providers as secondary decision makers; this leaves patients with much less real-world autonomy than the SOC state they should have in the process. While insurance companies hold this effective decision-making power in all of US healthcare, it could be at least partially addressed by developing clear, evidence based guidelines for which patients might require a more in-depth evaluation in the first place. Screening out patients that have little or no mental health or social barriers to care would directly reduce those patients' barriers to receiving GAC, while freeing up mental health and other providers to provide evaluation, resources, and support to those patients who will actually benefit from these services.

### Letter writing

There are few published guides for writing letters of readiness for GAC. The WPATH SOC provide vague guidelines as to the information to include within the letter itself, which, in addition to a lack of consistency in implementation of the SOC, lead to a huge variety in current practices around letter writing and limit their usefulness to surgical providers (1).

There is much debate within the literature about how many letters should be required and who should be able to write them. Guidelines from China, Turkey, and Iran recommend much stricter processes requiring input from a wider variety of specialists to comment on a patient's readiness (59–61). Within the US, the few recent recommendations include having a frank discussion with patients about the gender dysphoria diagnosis and allowing them to have input into the content of the letter itself (65, 66, 70, 71, 75). The heterogeneity of current practices around letter writing demonstrates a reality in which many providers do not uniformly operate within the informed consent model, and do not even uniformly adhere to the SOC as written. This heterogeneity in practice by providers also extends to requirements by insurance companies in the US. The lack of clear guidelines about what should go into a letter, especially across different insurance providers, can lead to increased barriers to care due to insurance denials for incorrectly written letters. While direct data examining insurance denials for incorrectly written letters is not available, we can see this indirect effects in the fact that while 90% of insurance providers in the US provide coverage for GAC, only 5–10% of TGD patients had received bottom surgery even though about 50% of TGD patients have reported wanting it (91). Version 8 of the SOC reduce some of the letter writing requirements as discussed above, but they still do not give clear instructions on exactly how to write a letter of readiness or perform an evaluation (79). Given the lack of uniformity and limited benefit of such letters to surgical providers, these authors propose that future research be conducted into the need for letters of readiness for GAC, ways to ensure the content of such letters are evidence-based to improve outcomes of GAC, and improve education to providers by creating an easily accessible and free semi-structured interview with letter template.

### Limitations

The reviewed articles included opinion manuscripts, published SOC, and proposed models for how to design and operate GAC clinics, however, this narrative review is limited by a lack of peer reviewed clinical trials that assess the evidence for the GAC practices described here. As a result, it is challenging to comment on the effectiveness of various interventions over time.

### Conclusion

The WPATH SOC have evolved significantly over time with regards to their treatment of TGD individuals. Review of the literature shows a clear progression of practices from paternalistic gatekeeping toward increasing emphasis on patient autonomy and informed consent. Mental health evaluations, still required by SOC version eight are almost entirely unique as a requirement for GAS, apart from some

Amengual et al.                                                                                     10.3389/fpsyt.2022.1006024

bariatric and transplant surgeries. Individuals who wish to pursue GAC are required to get approval for treatments that their cisgender peers may pursue without such evaluations. While there may be some benefits from these evaluations in helping to optimize a patient socially, emotionally, and psychologically for GAC, the increased stigma and burden placed on patients by having a blanket requirement for such evaluations leads us to seriously question the readiness evaluation requirements in SOC version 8, despite a reduction in the requirements compared to previous SOC. This burden is made worse by limited access to providers knowledgeable and competent in conducting GAC evaluations, writing letters of readiness, and a lack of consistency in the application and interpretations of the SOC by both providers and insurance companies. Other barriers to care created by multiple letter requirements include the often-prohibitive cost of getting multiple evaluations and the delay in receiving their medical or surgical treatments due to extensive wait times to see a mental health provider. This barrier will in theory be ameliorated by updates to SOC in version 8, but multiple letters are likely to at least be required by insurance companies for some time. Overall, the shift from gate keeping to informed consent has been a net positive for patients by reducing barriers to care and improving patient autonomy, but the mental health evaluation is still an unnecessary barrier for many people. Further research is necessary to develop a standardized evaluation and letter template for providers to access, as well as further study into who can most benefit from an evaluation in the first place.

## Data availability statement

The original contributions presented in this study are included in the article/Supplementary material, further inquiries can be directed to the corresponding author.

## Author contributions

TA and KK contributed to the conception and design of the study under the guidance of RL and AJ, reviewed and analyzed the literature, and wrote the manuscript. AW organized the literature search and wrote the "Methods" section. RL and AJ assisted in review and revision of the completed manuscript. All authors approved of the submitted version.

## Conflict of interest

The authors declare that the research was conducted in the absence of any commercial or financial relationships that could be construed as a potential conflict of interest.

## Publisher's note

All claims expressed in this article are solely those of the authors and do not necessarily represent those of their affiliated organizations, or those of the publisher, the editors and the reviewers. Any product that may be evaluated in this article, or claim that may be made by its manufacturer, is not guaranteed or endorsed by the publisher.

## Supplementary material

The Supplementary Material for this article can be found online at: https://www.frontiersin.org/articles/10.3389/fpsyt.2022.1006024/full#supplementary-material

## References

1. Eltner R. Mental health evaluation for gender confirmation surgery. Clin Plast Surg. (2018) 45:307–11. doi: 10.1016/j.cps.2018.03.002

2. Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, DeCuypere G, Feldman J, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. Int J Transgend. (2012) 13:165–232.

3. Levine C. Social work with transsexuals. Soc Casew. (1978) 59:167–74. doi: 10.1177/104438947805900306

4. Meyer JK. Clinical variants among applicants for sex reassignment. Arch Sex Behav. (1974) 3:527–58. doi: 10.1007/BF01541136

5. Money J. Sex reassignment therapy in gender identity disorders. Int J Psychiatry Clin. (1971) 8:197–210.

6. Socarides CW. The desire for sexual transformation: a psychiatric evaluation of transsexualism. Am J Psychiatry. (1969) 125:1419–25. doi: 10.1176/ajp.125.10.1419

7. Benjamin H. Should surgery be performed on transsexuals? Am J Psychother. (1971) 25:74–82. doi: 10.1176/appi.psychotherapy.1971.25.1.74

8. Ell J. Indications for sex reassignment surgery. Arch Sex Behav. (1971) 1:153–61. doi: 10.1007/BF01543059

9. Kirkpatrick M, Freidmann CT. Treatment of requests for sex-change surgery with psychotherapy. Am J Psychiatry. (1976) 133:1194–6. doi: 10.1176/ajp.133.10.1194

10. Knorr NJ, Wolf SR, Meyer E. The transsexual's request for surgery. J Nerv Mental Dis. (1968) 147:517–24. doi: 10.1097/00005053-196811000-00008

11. Newman LE, Stoller RJ. Nontranssexual men who seek sex reassignment. Am J Psychiatry. (1974) 131:437–41. doi: 10.1176/ajp.131.4.437

12. Stone CB. Psychiatric screening for transsexual surgery. Psychosomatics. (1977) 18:25–7. doi: 10.1016/S0033-3182(77)71100-4

85

Aremangul et al                                                                                                 10.3389/fpsyt.2022.1004024

13. Weatherhead AD, Powers S, Rodgers D, Schumacher OP, Ballard LA, Hartwell SW. Sex reassignment program: the cleveland clinic foundation. *Arch Sex Behav.* (1978) 7:377–81. doi: 10.1007/BF01542046

14. Green R. Persons seeking sex change: psychiatric management of special problems. *Am J Psychiatry.* (1970) 126:1596–603. doi: 10.1176/ajp.126.11.1596

15. Meyer JK, Hoopes JE. The gender dysphoria syndromes. A position statement on so called "transsexualism". *Plastic Reconstr Surgery.* (1974) 54:444–51. doi: 10.1097/00006534-197410000-00009

16. Walker M. Standards of care: the hormonal and surgical sex reassignment of gender dysphoric persons. Harry Benjamin International Gender Dysphoria Association. *Arch Sex Behav.* (1985) 14:79–90. doi: 10.1080/15532730903383781

17. Abel GG. What to do when non transsexuals seek sex reassignment surgery. *J Sex Marit Therapy.* (1979) 5:374–6. doi: 10.1080/00926237908407082

18. Bernstein S. The psychological measure of man and woman. *Ontar Psychol.* (1979) 11:15–6.

19. Wise TN, Meyer JK. The border area between transvestism and gender dysphoria: transvestitic applicants for sex reassignment. *Arch Sex Behav.* (1980) 9:327–42. doi: 10.1007/BF01541199

20. Lothstein LM. The aging gender dysphoria (transsexual) patient. *Arch Sex Behav.* (1979) 8:431–44. doi: 10.1007/BF01541199

21. Levine SB. Psychiatric diagnosis of patients requesting sex reassignment surgery. *J Sex Marital Ther.* (1980) 6:164–73. doi: 10.1080/00926238008406081

22. Oppenheim G. The snowball effect of the "real-life test" for sex reassignment. *J Sex Educ Therapy.* (1986) 12:12–4. doi: 10.1080/01614576.1986.11074872

23. Roberto LG. Issues in diagnosis and treatment of transsexualism. *Arch Sex Behav.* (1983) 12:445–73. doi: 10.1007/BF01542888

24. Pauly IB. Gender identity disorders: evaluation and treatment. *J Sex Educ Therapy.* (1990) 16:2–24. doi: 10.1080/01614576.1990.11074975

25. Levine SB, Lothstein L. Transsexualism or the gender dysphoria syndromes. *J Sex Marital Ther.* (1981) 7:85–113. doi: 10.1080/00926238108406096

26. Marx-Kole C, Freschi M. Psychiatric aspects of sex reassignment surgery. *Br J Hosp Med.* (1988) 39:153–5.

27. Cohen-Kettenis PT, Wålinder J. Sex reassignment surgery. A survey. *Acta Psychiatr Scand.* (1987) 75:176–82. doi: 10.1111/j.1600-0447.1987.tb02771.x

28. Edgerton MT Jr., Langman MW, Schmidt IS, Sheppe W Jr. Psychological considerations of gender reassignment surgery. *Clin Plast Surg.* (1982) 9:355–66. doi: 10.1016/S0094-1298(20)30325-4

29. Jones FD, Decker MG, Eshelman SD. Sexual reassignment surgery and the military: case reports. *Mil Med.* (1984) 149:271–5. doi: 10.1093/milmed/149.5.271

30. Paul, AW, Berger JC, Green R, Laub DR, Reynolds CL Jr., Wollman L. *Harry Benjamin Standards of Care Version 4.* (1990). Available online at: https://www.genderpsychology.org/transsexual/basic_1990.html (accessed December 16, 2021).

31. de Cuypere G. Schizophrenia and symptomatic transvestism: two case reports. *Eur Psychiatry.* (1993) 8:163–7. doi: 10.1017/S0924933800001954

32. Modestin J, Ebner G. Multiple personality disorder manifesting itself under the mask of transsexualism. *Psychopathology.* (1995) 28:317–21. doi: 10.1159/000284914

33. Bockting WO, Coleman E. A comprehensive approach to the treatment of gender dysphoria. *J Psychol Hum Sex.* (1992) 5:131–55. doi: 10.1300/J056v05n04_08

34. Ravenna AR. Italian standards of care for sex reassignment in gender identity disorder (DSM IV 302.85). *Int J Transgend.* (1998) 2:287.

35. Lothstein LM. Sex reassignment surgery: current concepts. *Integr Psychiatry.* (1992) 8:21–30.

36. Petersen ME, Dickey R. Surgical sex reassignment: a comparative survey of international context. *Arch Sex Behav.* (1995) 24:135–56. doi: 10.1007/BF01541578

37. Levine SB, Brown GR, Coleman E, Cohen-Kettenis PT, Hage JJ, Maasdam JV, et al. The standards of care for gender identity disorders. *J Psychol Hum Sex.* (1999) 11:1–34. doi: 10.1300/J056v11n02_01

38. Levine SB. The newly revised standards of care for gender identity disorders. *J Sex Educ Ther.* (1999) 24:117–27. doi: 10.1080/01614576.1999.11074291

39. Ma JL. Social work practice with transsexuals in Hong Kong who apply for sex reassignment surgery. *Soc Work Health Care.* (1999) 29:85–103. doi: 10.1300/J010v29n02_05

40. Damodaran SS, Kennedy T. The monash gender dysphoria clinic: opportunities and challenges. *Austral Psychiatry.* (2000) 8:355–7. doi: 10.1046/j.1440-1665.2000.00278.x

41. Miach PP, Berah EF, Butcher JN, Rouse S. Utility of the MMPI-2 in assessing gender identity patients. *J Pers Assess.* (2000) 75:268–79. doi: 10.1207/S15327752JPA7502_7

42. Meyer III W, Bockting WO, Cohen-Kettenis P, Coleman E, DiCeglie D, Devor H, et al. Harry benjamin international gender dysphoria association's the standards of care for gender identity disorders - sixth version. *Int J Transg.* (2001) 5:1548.

43. Levine SB. Harry benjamin international gender dysphoria association's the standards of care for gender identity disorders. *Int J Transg.* (1998) 2:459–569.

44. De Cuypere G, Vercruysse H Jr. Eligibility and readiness criteria for sex reassignment surgery: recommendations for revision of the WPATH standards of care. *Int J Transg.* (2009) 11:194–205. doi: 10.1080/15532730903383781

45. Bockting WO. Psychotherapy and the real-life experience: from gender dichotomy to gender diversity. *Sexologies.* (2008) 17:211–24. doi: 10.1016/j.sexol.2008.08.001

46. Coolhart D, Provencher N, Hager A, Wang M. Recommending transsexual clients for gender transition: a therapeutic tool for assessing readiness. *J GLBT Family Stud.* (2008) 4:301–34. doi: 10.1080/15504280802177466

47. de Rocha R, Rauchfleisch U, Noelpp B, Dittmann V, Ermer A, Stieglitz RD, et al. A team approach in the indication for gender reassignment surgery in transsexuals resulting in long-term outcome improvement. *Eur J Plastic Surgery.* (2004) 27:24–8. doi: 10.1007/s00238-004-0595-z

48. Gorin-Lazard A. Gender identity disorder: what is the role of the psychiatrist? *Sexologies.* (2010) 19:530–1.

49. Green R. Potholes in the interview road with gender dysphoric patients: contentious areas in clinical practice. *Sexologies.* (2008) 17:245–57. doi: 10.1016/j.sexol.2008.08.002

50. Lev AI. The ten tasks of the mental health provider: recommendations for revision of the World Professional Association for Transgender Health's Standards of Care. *Int J Transg.* (2009) 11:74–99. doi: 10.1080/15532730903008032

51. Ozgur Can I, Sdajin S. Legal aspects of gender reassignment surgery in Turkey: a case report. *Ind J Gender Stud.* (2011) 18:77–88. doi: 10.1177/097152151001800104

52. Rachlin K, Lev AI. Challenging cases for experienced therapists. *J Gay Lesb Mental Health.* (2011) 15:180–99. doi: 10.1080/19359705.2011.553783

53. Raj R. Towards a transpositive therapeutic model: developing clinical sensitivity and cultural competence in the effective support of transsexual and transgendered clients. *Int J Transg.* (2002) 6:1689.

54. Schechter LS. The surgeon's relationship with the physician prescribing hormones and the mental health professional: review for version 7 of the World Professional Association for Transgender Health's Standards of Care. *Int J Transg.* (2009) 11:222–5. doi: 10.1080/15532730903439468

55. Sohn M, Bosinski HA. Gender identity disorders: diagnostic and surgical aspects. *J Sex Med.* (2007) 4:1193–1207; quiz 1208. doi: 10.1111/j.1743-6109.2007.00580.x

56. Tugnet N, Goddard JC, Vickery RM, Khoosal D, Terry TR. Current management of male-to-female gender identity disorder in the UK. *Postgrad Med J.* (2007) 83:638–42. doi: 10.1136/pgmj.2007.060533

57. Lohmann K, Leavey G. Accuracy of psychometric tools in the assessment of personality in adolescents and adults requesting gender-affirming treatments: a systematic review. *Eur Psychiatry.* (2019) 62:60–7.

58. Keo-Meier CL, Fitzgerald KM. Affirmative psychological testing and neurocognitive assessment with transgender adults. *Psychiatr Clin North Am.* (2017) 40:51–64. doi: 10.1016/j.psc.2016.10.011

59. Aghabikloo A, Bahrami M, Saberi SM, Emamhadi MA. Gender identity disorders in Iran; request for sex reassignment surgery. *Int J Med Toxicol Foren Med.* (2012) 2:128–34.

60. Liu N, Lu Z. Challenges in the diagnosis and treatment of transsexualism in contemporary China. *Shang Arch Psychiatry.* (2014) 26:49–50.

61. Zengin A. Sex for law, sex for psychiatry: pre-sex reassignment surgical psychotherapy in Turkey. *Anthropologica.* (2014) 56:55–68.

62. Bhemi N, Gupta A, Reddy SJ, Mangal M, Gambhir SS, Sudha S. Current concepts in gender affirmation surgery. *Curr Med Res Pract.* (2017) 7:184–90. doi: 10.1016/j.cmrp.2017.09.009

63. Wylie K, Eden K, Watson E. Gender dysphoria: treatment and outcomes. *Adv Psychiatr Treat.* (2012) 18:12–6. doi: 10.1192/apt.bp.110.008557

64. Wylie K, Knudson G, Khan SI, Bonierbale M, Watanyusakul S, Baral S. Serving transgender people: clinical care considerations and service delivery models in transgender health. *Lancet.* (2016) 388:401–11. doi: 10.1016/S0140-6736(16)00682-6

86

65. Budge SL. Psychotherapists as gatekeepers: an evidence-based case study highlighting the role and process of letter writing for transgender clients. *Psychotherapy (Chic).* (2015) 52:287–97. doi: 10.1037/pst0000034

66. Budge SL, Dickey LM. Barriers, challenges, and decision-making in the letter writing process for gender transition. *Psychiatr Clin North Am.* (2017) 40:65–78. doi: 10.1016/j.psc.2016.10.001

67. Byne W, Karasic DH, Coleman E, Eyler AE, Kidd JD, Meyer-Bahlburg HFL, et al. Gender dysphoria in adults: an overview and primer for psychiatrists. *Focus (United States).* (2020) 18:336–50. doi: 10.1176/appi.focus.18304

68. Colebunders B, De Cuypere G, Monstrey S. New criteria for sex reassignment surgery: WPATH Standards of Care, version 7, revisited. *Int J Transg.* (2015) 16:222–33. doi: 10.1080/15532739.2015.1081086

69. Deutsch MB. Gender-affirming surgeries in the era of insurance coverage: developing a framework for psychosocial support and care navigation in the perioperative period. *J Health Care Poor Underserved.* (2016) 27:386–91. doi: 10.1353/hpu.2016.0092

70. Dominguez M, Shrestha A, Ahuja A, Ashley K. Treatment in transition: the rapidly evolving landscape of transgender and gender non-binary care. *J Gay Lesb Mental Health.* (2020) 24:112–34. doi: 10.1080/19359705.2019.1692387

71. Erasmus J. Monash gender clinic: an overview of the current model of care. *Australas Psychiatry.* (2020) 28:533–5. doi: 10.1177/1039856220917079

72. Fraser L, Knudson G. Past and future challenges associated with standards of care for gender transitioning clients. *Psychiatr Clin North Am.* (2017) 40:15–27. doi: 10.1016/j.psc.2016.10.012

73. Karasic DH, Fraser L. Multidisciplinary care and the standards of care for transgender and gender nonconforming individuals. *Clin Plast Surg.* (2018) 45:295–9. doi: 10.1016/j.cps.2018.03.016

74. LaSala MC, Goldblatt Hyatt ED. A bioethics approach to social work practice with transgender clients. *J Gay Lesb Soc Serv.* (2019) 31:501–20. doi: 10.1080/10538720.2019.1653304

75. Lichtenstein M, Stein L, Connolly E, Goldstein ZG, Martinson T, Tiersten L, et al. The mount sinai patient-centered preoperative criteria meant to optimize outcomes are less of a barrier to care than WPATH SOC 7 criteria before transgender-specific surgery. *Transg Health.* (2020) 5:166–72.

76. Levine SB. Informed consent for transgendered patients. *J Sex Marital Ther.* (2019) 45:218–29. doi: 10.1080/0092623X.2018.1518885

77. Holt NR, Hope DA, Mocarski R, Meyer H, King R, Woodruff N. The provider perspective on behavioral health care for transgender and gender nonconforming individuals in the Central Great Plains: a qualitative study of approaches and needs. *Am J Orthopsych.* (2020) 90:136–46. doi: 10.1037/ort0000406

78. Whitehead JC. Reluctant gatekeepers: "Trans-positive" practitioners and the social construction of sex and gender. *J Gender Stud.* (2012) 21:387–400. doi: 10.1080/09589236.2012.681181

79. Coleman E. Standards of care for the health of transgender and gender diverse people, version 8. *Int J Transg Health.* (2022) 23(Suppl. 1):S1–259.

80. Schulz SL. The informed consent model of transgender care: an alternative to the diagnosis of gender dysphoria. *J Human Psychol.* (2018) 58:72–92. doi: 10.1177/0022167817745217

81. Cavanaugh T, Hopwood R, Lambert C. Informed consent in the medical care of transgender and gender-nonconforming patients. *AMA J Ethics.* (2016) 18:1147–55. doi: 10.1001/journalofethics.2016.18.11.sect1-1611

82. Toivonen KI, Dobson KS. Ethical issues in psychosocial assessment for sex reassignment surgery. *Canad Psychol.* (2017) 58:178–86. doi: 10.1037/cap0000087

83. Hale CJ. Ethical problems with the mental health evaluation standards of care for adult gender variant prospective patients. *Perspect Biol Med.* (2007) 50:491–505. doi: 10.1353/pbm.2007.0047

84. Appelbaum PS. Assessment of patients' competence to consent to treatment. *N Engl J Med.* (2006) 357:7. doi: 10.1056/NEJMcp074045

85. Ashley F. Surgical informed consent and recognizing a perioperative duty to disclose in transgender health care. *McGill J Law Health.* (2019) 13:73–116.

86. Grunewald AB. Re-assessing the triadic model of care for trans patients using a harm-reduction approach. *Health Care Anal.* (2020) 28:815–23. doi: 10.1007/s10728-020-00416-8

87. MacKinnon KR I don't think they thought I was ready: how pre-transition assessments create care inequities for trans people with complex mental health in Canada. *Int J Ment Health.* (2020) 49:56–80. doi: 10.1080/00207411.2019.1711328.

88. Bouman WP, Yes and yes again: are standards of care which require two referrals for genital reconstructive surgery ethical? *Sex Relation Therapy.* (2014) 29:377–89. doi: 10.1080/14681994.2014.954993

89. WHO. *International Statistical Classification of Diseases and Related Health Problems.* 11th Edn. Geneva: WHO (2020).

90. Ashmore R, Dip Cont GCE, Collier ME. "Driving to the edge of the cliff": transgender mental health. *J Psychiatr Ment Health Nurs.* (2017) 24:2. doi: 10.1111/jpm.12390

91. Ngaage LM, Knighton BJ, Benzel CA, McGlone KL, Rada EM, Coon D, et al. Review of insurance coverage of gender-affirming genital surgery. *Plastic Reconstr Surgery.* (2020) 145:10. doi: 10.1097/PRS.0000000000006591

87



**CHAPTER 6 Adolescents**

*Historical context and changes since previous Standards of Care*

Specialized health care for transgender adolescents began in the 1980s when a few specialized gender clinics for youth were developed around the world that served relatively small numbers of children and adolescents. In more recent years, there has been a sharp increase in the number of adolescents requesting gender care (Arnoldussen et al., 2019; Kaltiala, Bergman et al., 2020). Since then, new clinics have been founded, but clinical services in many places have not kept pace with the increasing number of youth seeking care. Hence, there are often long waitlists for services, and barriers to care exist for many transgender youth around the world (Tollit et al., 2018).

Until recently, there was limited information regarding the prevalence of gender diversity among adolescents. Studies from high school samples indicate much higher rates than earlier thought, with reports of up to 1.2% of participants identifying as transgender (Clark et al., 2014) and up to 2.7% or more (e.g., 7–9%) experiencing some level of self-reported gender diversity (Eisenberg et al., 2017; Kidd et al., 2021; Wang et al., 2020). These studies suggest gender diversity in youth should no longer be viewed as rare. Additionally, a pattern of uneven ratios by assigned sex has been reported in gender clinics, with adolescents assigned female at birth (AFAB) initiating care 2.5–7.1 times more frequently as compared to adolescents who are assigned male at birth (AMAB) (Aitken et al., 2015; Arnoldussen et al., 2019; Bauer et al., 2021; de Graaf, Carmichael et al., 2018; Kaltiala et al., 2015; Kaltiala, Bergman et al., 2020).

A specific World Professional Association for Transgender Health's (WPATH) Standards of Care section dedicated to the needs of children and adolescents was first included in the 1998 WPATH Standards of Care, 5th version (Levine et al., 1998). Youth aged 16 or older were deemed potentially eligible for gender-affirming medical care, but only in select cases. The subsequent 6th (Meyer et al., 2005) and 7th (Coleman et al., 2012) versions divided medical-affirming treatment for adolescents into three categories and presented eligibility criteria regarding age/puberty stage—namely fully reversible puberty delaying blockers as soon as puberty had started; partially reversible hormone therapy (testosterone, estrogen) for adolescents at the age of majority, which was age 16 in certain European countries; and irreversible surgeries at age 18 or older, except for chest "masculinizing" mastectomy, which had an age minimum of 16 years. Additional eligibility criteria for gender-related medical care included a persistent, long (childhood) history of gender "non-conformity"/dysphoria, emerging or intensifying at the onset of puberty; absence or management of psychological, medical, or social problems that interfere with treatment; provision of support for commencing the intervention by the parents/caregivers; and provision of informed consent. A chapter dedicated to transgender and gender diverse (TGD) adolescents, distinct from the child chapter, has been created for this 8th edition of the Standards of Care given 1) the exponential growth in adolescent referral rates; 2) the increased number of studies specific to adolescent gender diversity-related care; and 3) the unique developmental and gender-affirming care issues of this age group.

Non-specific terms for gender-related care are avoided (e.g., gender-affirming model, gender exploratory model) as these terms do not represent unified practices, but instead heterogenous care practices that are defined differently in various settings.

*Adolescence overview*

Adolescence is a developmental period characterized by relatively rapid physical and psychological maturation, bridging childhood and adulthood (Sanders, 2013). Multiple developmental processes occur simultaneously, including pubertal-signaled changes. Cognitive, emotional, and social systems mature, and physical changes associated with puberty progress. These processes do not all begin and end at the same time for a given individual, nor do they occur at the same age for all persons. Therefore, the lower and upper borders of adolescence are imprecise and cannot be defined exclusively by age. For example, physical pubertal changes may

begin in late childhood and executive control neural systems continue to develop well into the mid-20s (Ferguson et al., 2021). There is a lack of uniformity in how countries and governments define the age of majority (i.e., legal decision-making status; Dick et al., 2014). While many specify the age of majority as 18 years of age, in some countries it is as young as 15 years (e.g., Indonesia and Myanmar), and in others as high as 21 years (e.g., the U.S. state of Mississippi and Singapore).

**For clarity, this chapter applies to adolescents from the start of puberty until the legal age of majority (in most cases 18 years), however there are developmental elements of this chapter, including the importance of parental/caregiver involvement, that are often relevant for the care of transitional-aged young adults and should be considered appropriately.**

Cognitive development in adolescence is often characterized by gains in abstract thinking, complex reasoning, and metacognition (i.e., a young person's ability to think about their own feelings in relation to how others perceive them; Sanders, 2013). The ability to reason hypothetical situations enables a young person to conceptualize implications regarding a particular decision. However, adolescence is also often associated with increased risk-taking behaviors. Along with these notable changes, adolescence is often characterized by individuation from parents and the development of increased personal autonomy. There is often a heightened focus on peer relationships, which can be both positive and detrimental (Gardner & Steinberg, 2005). Adolescents often experience a sense of urgency that stems from hypersensitivity to reward, and their sense of timing has been shown to be different from that of older individuals (Van Leijenhorst et al., 2010). Social-emotional development typically advances during adolescence, although there is a great variability among young people in terms of the level of maturity applied to inter- and intra-personal communication and insight (Grootens-Wiegers et al., 2017). For TGD adolescents making decisions about gender-affirming treatments—decisions that may have lifelong consequences—it is critical to understand how all these aspects of development may impact decision-making for a given young person within their specific cultural context.

### Gender identity development in adolescence

Our understanding of gender identity development in adolescence is continuing to evolve. When providing clinical care to gender diverse young people and their families, it is important to know what is and is not known about gender identity during development (Berenbaum, 2018). When considering treatments, families may have questions regarding the development of their adolescent's gender identity, and whether or not their adolescent's declared gender will remain the same over time. For some adolescents, a declared gender identity that differs from the assigned sex at birth comes as no surprise to their parents/caregivers as their history of gender diverse expression dates back to childhood (Leibowitz & de Vries, 2016). For others, the declaration does not happen until the emergence of pubertal changes or even well into adolescence (McCallion et al., 2021; Sorbara et al., 2020).

Historically, social learning and cognitive developmental research on gender development was conducted primarily with youth who were not gender diverse in identity or expression and was carried out under the assumption that sex correlated with a specific gender; therefore, little attention was given to gender identity development. In addition to biological factors influencing gender development, this research demonstrated psychological and social factors also play a role (Perry & Pauletti, 2011). While there has been less focus on gender identity development in TGD youth, there is ample reason to suppose, apart from biological factors, psychosocial factors are also involved (Steensma, Kreukels et al., 2013). For some youth, gender identity development appears fixed and is often expressed from a young age, while for others there may be a developmental process that contributes to gender identity development over time.

Neuroimaging studies, genetic studies, and other hormone studies in intersex individuals demonstrate a biological contribution to the development of gender identity for some

individuals whose gender identity does not match their assigned sex at birth (Steensma, Kreukels et al., 2013). As families often have questions about this very issue, it is important to note it is not possible to distinguish between those for whom gender identity may seem fixed from birth and those for whom gender identity development appears to be a developmental process. Since it is impossible to definitively delineate the contribution of various factors contributing to gender identity development for any given young person, a comprehensive clinical approach is important and necessary (see Statement 3). Future research would shed more light on gender identity development if conducted over long periods of time with diverse cohort groups. Conceptualization of gender identity by shifting from dichotomous (e.g., binary) categorization of male and female to a dimensional gender spectrum along a continuum (APA, 2013) would also be necessary.

Adolescence may be a critical period for the development of gender identity for gender diverse young people (Steensma, Kreukels et al., 2013). Dutch longitudinal clinical follow-up studies of adolescents with childhood gender dysphoria who received puberty suppression, gender-affirming hormones, or both, found that none of the youth in adulthood regretted the decisions they had taken in adolescence (Cohen-Kettenis & van Goozen, 1997; de Vries et al., 2014). These findings suggest adolescents who were comprehensively assessed and determined emotionally mature enough to make treatment decisions regarding gender- affirming medical care presented with stability of gender identity over the time period when the studies were conducted.

When extrapolating findings from the longer-term longitudinal Dutch cohort studies to present-day gender diverse adolescents seeking care, it is critical to consider the societal changes that have occurred over time in relation to TGD people. Given the increase in visibility of TGD identities, it is important to understand how increased awareness may impact gender development in different ways (Kornienko et al., 2016). One trend identified is that more young people are presenting to gender clinics with nonbinary identities (Twist & de Graaf, 2019). Another phenomenon occurring in clinical practice is the increased number of adolescents

seeking care who have not seemingly experienced, expressed (or experienced and expressed) gender diversity during their childhood years. One researcher attempted to study and describe a specific form of later-presenting gender diversity experience (Littman, 2018). However, the findings of the study must be considered within the context of significant methodological challenges, including 1) the study surveyed parents and not youth perspectives; and 2) recruitment included parents from community settings in which treatments for gender dysphoria are viewed with scepticism and are criticized. However, these findings have not been replicated. For a select subgroup of young people, susceptibility to social influence impacting gender may be an important differential to consider (Kornienko et al., 2016). However, caution must be taken to avoid assuming these phenomena occur prematurely in an individual adolescent while relying on information from datasets that may have been ascertained with potential sampling bias (Bauer et al., 2022; WPATH, 2018). It is important to consider the benefits that social connectedness may have for youth who are linked with supportive people (Tuzun et al., 2022)(see Statement 4).

Given the emerging nature of knowledge regarding adolescent gender identity development, an individualized approach to clinical care is considered both ethical and necessary. As is the case in all areas of medicine, each study has methodological limitations, and conclusions drawn from research cannot and should not be universally applied to all adolescents. This is also true when grappling with common parental questions regarding the stability versus instability of a particular young person's gender identity development. While future research will help advance scientific understanding of gender identity development, there may always be some gaps. Furthermore, given the ethics of self-determination in care, these gaps should not leave the TGD adolescent without important and necessary care.

### Research evidence of gender-affirming medical treatment for transgender adolescents

A key challenge in adolescent transgender care is the quality of evidence evaluating the effectiveness of medically necessary gender-affirming medical

and surgical treatments (GAMSTs) (see medically necessary statement in the Global chapter, Statement 2.1), over time. Given the lifelong implications of medical treatment and the young age at which treatments may be started, adolescents, their parents, and care providers should be informed about the nature of the evidence base. It seems reasonable that decisions to move forward with medical and surgical treatments should be made carefully. Despite the slowly growing body of evidence supporting the effectiveness of early medical intervention, the number of studies is still low, and there are few outcome studies that follow youth into adulthood. Therefore, a systematic review regarding outcomes of treatment in adolescents is not possible. A short narrative review is provided instead.

At the time of this chapter's writing, there were several longer-term longitudinal cohort follow-up studies reporting positive results of early (i.e., adolescent) medical treatment; for a significant period of time, many of these studies were conducted through one Dutch clinic (e.g., Cohen-Kettenis & van Goozen, 1997; de Vries, Steensma et al., 2011; de Vries et al., 2014; Smith et al., 2001, 2005). The findings demonstrated the resolution of gender dysphoria is associated with improved psychological functioning and body image satisfaction. Most of these studies followed a pre-post methodological design and compared baseline psychological functioning with outcomes after the provision of medical gender-affirming treatments. Different studies evaluated individual aspects or combinations of treatment interventions and included 1) gender-affirming hormones and surgeries (Cohen-Kettenis & van Goozen, 1997; Smith et al., 2001, 2005); 2) puberty suppression (de Vries, Steensma et al., 2011); and 3) puberty suppression, affirming hormones, and surgeries (de Vries et al., 2014). The 2014 long-term follow-up study is the only study that followed youth from early adolescence (pretreatment, mean age of 13.6) through young adulthood (posttreatment, mean age of 20.7). This was the first study to show gender-affirming treatment enabled transgender adolescents to make age-appropriate developmental transitions while living as their affirmed gender with satisfactory objective and subjective outcomes in adulthood (de Vries et al., 2014). While the study employed a small (n = 55), select, and socially supported sample, the results were convincing. Of note, the participants were part of the Dutch clinic known for employing a multidisciplinary approach, including provision of comprehensive, ongoing assessment and management of gender dysphoria, and support aimed at emotional well-being.

Several more recently published longitudinal studies followed and evaluated participants at different stages of their gender-affirming treatments. In these studies, some participants may not have started gender-affirming medical treatments, some had been treated with puberty suppression, while still others had started gender-affirming hormones or had even undergone gender-affirming surgery (GAS) (Achille et al., 2020; Allen et al., 2019; Becker-Hebly et al., 2021; Carmichael et al., 2021; Costa et al., 2015; Kuper et al., 2020, Tordoff et al., 2022). Given the heterogeneity of treatments and methods, this type of design makes interpreting outcomes more challenging. Nonetheless, when compared with baseline assessments, the data consistently demonstrate improved or stable psychological functioning, body image, and treatment satisfaction varying from three months to up to two years from the initiation of treatment.

Cross-sectional studies provide another design for evaluating the effects of gender-affirming treatments. One such study compared psychological functioning in transgender adolescents at baseline and while undergoing puberty suppression with that of cisgender high school peers at two different time points. At baseline, the transgender youth demonstrated lower psychological functioning compared with cisgender peers, whereas when undergoing puberty suppression, they demonstrated better functioning than their peers (van der Miesen et al., 2020). Grannis et al. (2021) demonstrated transgender males who started testosterone had lower internalizing mental health symptoms (depression and anxiety) compared with those who had not started testosterone treatment.

Four additional studies followed different outcome designs. In a retrospective chart study, Kaltiala, Heino et al. (2020) reported transgender

adolescents with few or no mental health challenges prior to commencing gender-affirming hormones generally did well during the treatment. However, adolescents with more mental health challenges at baseline continued to experience the manifestations of those mental health challenges over the course of gender-affirming medical treatment. Nieder et al. (2021) studied satisfaction with care as an outcome measure and demonstrated transgender adolescents were more satisfied the further they progressed with the treatments they initially started. Hisle-Gorman et al. (2021) compared health care utilization pre- and post-initiation of gender-affirming pharmaceuticals as indicators of the severity of mental health conditions among 3,754 TGD adolescents in a large health care data set. Somewhat contrary to the authors' hypothesis of improved mental health, mental health care use did not significantly change, and psychotropic medication prescriptions increased. In a large non-probability sample of transgender-identified adults, Turban et al. (2022) found those who reported access to gender-affirming hormones in adolescence had lower odds of past-year suicidality compared with transgender people accessing gender- affirming hormones in adulthood.

Providers may consider the possibility an adolescent may regret gender-affirming decisions made during adolescence, and a young person will want to stop treatment and return to living in the birth-assigned gender role in the future. Two Dutch studies report low rates of adolescents (1.9% and 3.5%) choosing to stop puberty suppression (Brik et al., 2019; Wiepjes et al., 2018). Again, these studies were conducted in clinics that follow a protocol that includes a comprehensive assessment before the gender-affirming medical treatment is started. At present, no clinical cohort studies have reported on profiles of adolescents who regret their initial decision or detransition after irreversible affirming treatment. Recent research indicate there are adolescents who detransition, but do not regret initiating treatment as they experienced the start of treatment as a part of understanding their gender-related care needs (Turban, 2018). However, this may not be the predominant perspective of people who

detransition (Littman, 2021; Vandenbussche, 2021). Some adolescents may regret the steps they have taken (Dyer, 2020). Therefore, it is important to present the full range of possible outcomes when assisting transgender adolescents. Providers may discuss this topic in a collaborative and trusting manner (i.e., as a "potential future experience and consideration") with the adolescent and their parents/caregivers before gender-affirming medical treatments are started. Also, providers should be prepared to support adolescents who detransition. In an internet convenience sample survey of 237 self-identified detransitioners with a mean age of 25.02 years, which consisted of over 90% of birth assigned females, 25% had medically transitioned before age 18 and 14% detransitioned before age 18 (Vandenbussche, 2021). Although an internet convenience sample is subject to selection of respondents, this study suggests detransitioning may occur in young transgender adolescents and health care professionals should be aware of this. Many of them expressed difficulties finding help during their detransition process and reported their detransition was an isolating experience during which they did not receive either sufficient or appropriate support (Vandenbussche, 2021).

To conclude, although the existing samples reported on relatively small groups of youth (e.g., n = 22-101 per study) and the time to follow-up varied across studies (6 months–7 years), this emerging evidence base indicates a general improvement in the lives of transgender adolescents who, following careful assessment, receive medically necessary gender-affirming medical treatment. Further, rates of reported regret during the study monitoring periods are low. Taken as a whole, the data show early medical intervention—as part of broader combined assessment and treatment approaches focused on gender dysphoria and general well-being—can be effective and helpful for many transgender adolescents seeking these treatments.

### Ethical and human rights perspectives

Medical ethics and human rights perspectives were also considered while formulating the

## Statements of Recommendations

6.1- We recommend health care professionals working with gender diverse adolescents:

6.1.a- Are licensed by their statutory body and hold a postgraduate degree or its equivalent in a clinical field relevant to this role granted by a nationally accredited statutory institution.

6.1.b- Receive theoretical and evidenced-based training and develop expertise in general child, adolescent, and family mental health across the developmental spectrum.

6.1.c- Receive training and have expertise in gender identity development, gender diversity in children and adolescents, have the ability to assess capacity to assent/consent, and possess general knowledge of gender diversity across the life span.

6.1.d- Receive training and develop expertise in autism spectrum disorders and other neurodevelopmental presentations or collaborate with a developmental disability expert when working with autistic/neurodivergent gender diverse adolescents.

6.1.e- Continue engaging in professional development in all areas relevant to gender diverse children, adolescents, and families.

6.2- We recommend health care professionals working with gender diverse adolescents facilitate the exploration and expression of gender openly and respectfully so that no one particular identity is favored.

6.3- We recommend health care professionals working with gender diverse adolescents undertake a comprehensive biopsychosocial assessment of adolescents who present with gender identity-related concerns and seek medical/surgical transition-related care, and that this be accomplished in a collaborative and supportive manner.

6.4- We recommend health care professionals work with families, schools, and other relevant settings to promote acceptance of gender diverse expressions of behavior and identities of the adolescent.

6.5- We recommend against offering reparative and conversion therapy aimed at trying to change a person's gender and lived gender expression to become more congruent with the sex assigned at birth.

6.6- We suggest health care professionals provide transgender and gender diverse adolescents with health education on chest binding and genital tucking, including a review of the benefits and risks.

6.7- We recommend providers consider prescribing menstrual suppression agents for adolescents experiencing gender incongruence who may not desire testosterone therapy, who desire but have not yet begun testosterone therapy, or in conjunction with testosterone therapy for breakthrough bleeding.

6.8- We recommend health care professionals maintain an ongoing relationship with the gender diverse and transgender adolescent and any relevant caregivers to support the adolescent in their decision-making throughout the duration of puberty suppression treatment, hormonal treatment, and gender- related surgery until the transition is made to adult care.

6.9- We recommend health care professionals involve relevant disciplines, including mental health and medical professionals, to reach a decision about whether puberty suppression, hormone initiation, or gender-related surgery for gender diverse and transgender adolescents are appropriate and remain indicated throughout the course of treatment until the transition is made to adult care.

6.10- We recommend health care professionals working with transgender and gender diverse adolescents requesting gender-affirming medical or surgical treatments inform them, prior to initiating treatment, of the reproductive effects including the potential loss of fertility and available options to preserve fertility within the context of the youth's stage of pubertal development.

6.11- We recommend when gender-affirming medical or surgical treatments are indicated for adolescents, health care professionals working with transgender and gender diverse adolescents involve parent(s)/guardian(s) in the assessment and treatment process, unless their involvement is determined to be harmful to the adolescent or not feasible.

*The following recommendations are made regarding the requirements for gender-affirming medical and surgical treatment (All of them must be met):*

6.12- We recommend health care professionals assessing transgender and gender diverse adolescents only recommend gender-affirming medical or surgical treatments requested by the patient when:

6.12.a- The adolescent meets the diagnostic criteria of gender incongruence as per the ICD-11 in situations where a diagnosis is necessary to access health care. In countries that have not implemented the latest ICD, other taxonomies may be used although efforts should be undertaken to utilize the latest ICD as soon as practicable.

6.12.b- The experience of gender diversity/incongruence is marked and sustained over time.

6.12.c- The adolescent demonstrates the emotional and cognitive maturity required to provide informed consent/assent for the treatment.

6.12.d- The adolescent's mental health concerns (if any) that may interfere with diagnostic clarity, capacity to consent, and gender-affirming medical treatments have been addressed.

6.12.e- The adolescent has been informed of the reproductive effects, including the potential loss of fertility and the available options to preserve fertility, and these have been discussed in the context of the adolescent's stage of pubertal development.

6.12.f- The adolescent has reached Tanner stage 2 of puberty for pubertal suppression to be initiated.

6.12.g- The adolescent had at least 12 months of gender-affirming hormone therapy or longer, if required, to achieve the desired surgical result for gender-affirming procedures, including breast augmentation, orchiectomy, vaginoplasty, hysterectomy, phalloplasty, metoidioplasty, and facial surgery as part of gender-affirming treatment unless hormone therapy is either not desired or is medically contraindicated.

adolescent SOC statements. For example, allowing irreversible puberty to progress in adolescents who experience gender incongruence is not a neutral act given that it may have immediate and lifelong harmful effects for the transgender young person (Giordano, 2009; Giordano & Holm, 2020; Kreukels & Cohen-Kettenis, 2011). From a human rights perspective, considering gender diversity as a normal and expected variation within the broader diversity of the human experience, it is an adolescent's right to participate in their own decision-making

process about their health and lives, including access to gender health services (Amnesty International, 2020).

### Short summary of statements and unique issues in adolescence

These guidelines are designed to account for what is known and what is not known about gender identity development in adolescence, the evidence for gender-affirming care in adolescence, and the unique aspects that distinguish adolescence from other developmental stages.

*Identity exploration*: A defining feature of adolescence is the solidifying of aspects of identity, including gender identity. Statement 6.2 addresses identity exploration in the context of gender identity development. Statement 6.12.b accounts for the length of time needed for a young person to experience a gender diverse identity, express a gender diverse identity, or both, so as to make a meaningful decision regarding gender-affirming care.

*Consent and decision-making*: In adolescence, consent and decision-making require assessment of the individual's emotional, cognitive, and psychosocial development. Statement 6.12.c directly addresses emotional and cognitive maturity and describes the necessary components of the evaluation process used to assess decision-making capacity.

*Caregivers/parent involvement*: Adolescents are typically dependent on their caregivers/parents for guidance in numerous ways. This is also true as the young person navigates through the process of deciding about treatment options. Statement 6.11 addresses the importance of involving caregivers/parents and discusses the role they play in the assessment and treatment. No set of guidelines can account for every set of individual circumstances on a global scale.

### Statement 6.1

We recommend health care professionals working with gender diverse adolescents:

a. Are licensed by their statutory body and hold a postgraduate degree or its equivalent in a clinical field relevant to this role granted by a nationally accredited statutory institution.

b. Receive theoretical and evidenced-based training and develop expertise in general

child, adolescent, and family mental health across the developmental spectrum.

c. Receive training and have expertise in gender identity development, gender diversity in children and adolescents, have the ability to assess capacity to assent/consent, and possess general knowledge of gender diversity across the life span.

d. Receive training and develop expertise in autism spectrum disorders and other neurodevelopmental presentations or collaborate with a developmental disability expert when working with autistic/neurodivergent gender diverse adolescents.

e. Continue engaging in professional development in all areas relevant to gender diverse children, adolescents, and families.

When assessing and supporting TGD adolescents and their families, care providers/health care professionals (HCPs) need both general as well as gender-specific knowledge and training. Providers who are trained to work with adolescents and families play an important role in navigating aspects of adolescent development and family dynamics when caring for youth and families (Adelson et al., 2012; American Psychological Association, 2015; Hembree et al., 2017). Other chapters in these standards of care describe these criteria for professionals who provide gender care in more detail (see Chapter 5—Assessment for Adults; Chapter 7—Children; or Chapter 13—Surgery and Postoperative Care). Professionals working with adolescents should understand what is and is not known regarding adolescent gender identity development, and how this knowledge base differs from what applies to adults and prepubertal children. Among HCPs, the mental health professional (MHP) has the most appropriate training and dedicated clinical time to conduct an assessment and elucidate treatment priorities and goals when working with transgender youth, including those seeking gender-affirming medical/surgical care. Understanding and managing the dynamics of family members who may share differing perspectives regarding the history and needs of the

young person is an important competency that MHPs are often most prepared to address.

When access to professionals trained in child and adolescent development is not possible, HCPs should make a commitment to obtain training in the areas of family dynamics and adolescent development, including gender identity development. Similarly, considering autistic/neurodivergent transgender youth represent a substantial minority subpopulation of youth served in gender clinics globally, it is important HCPs seek additional training in the field of autism and understand the unique elements of care autistic gender diverse youth may require (Strang, Meagher et al., 2018). If these qualifications are not possible, then consultation and collaboration with a provider who specializes in autism and neurodiversity is advised.

Statement 6.2

**We recommend health care professionals working with gender diverse adolescents facilitate the exploration and expression of gender openly and respectfully so that no one particular identity is favored.**

Adolescence is a developmental period that involves physical and psychological changes characterized by individuation and the transition to independence from caregivers (Berenbaum et al., 2015; Steinberg, 2009). It is a period during which young people may explore different aspects of identity, including gender identity.

Adolescents differ regarding the degree to which they explore and commit to aspects of their identity (Meeus et al., 2012). For some adolescents, the pace to achieving consolidation of identity is fast, while for others it is slower. For some adolescents, physical, emotional, and psychological development occur over the same general timeline, while for others, there are certain gaps between these aspects of development. Similarly, there is variation in the timeline for gender identity development (Arnoldussen et al., 2020; Katz-Wise et al., 2017). For some young people, gender identity development is a clear process that starts in early childhood, while for others pubertal changes contribute to a person's experience of themselves as a particular gender (Steensma, Kreukels et al., 2013), and for many others a process may begin well after pubertal

changes are completed. Given these variations, there is no one particular pace, process, or outcome that can be predicted for an individual adolescent seeking gender-affirming care.

Therefore, HCPs working with adolescents should promote supportive environments that simultaneously respect an adolescent's affirmed gender identity and also allows the adolescent to openly explore gender needs, including social, medical, and physical gender-affirming interventions should they change or evolve over time.

Statement 6.3

**We recommend health care professionals working with gender diverse adolescents undertake a comprehensive biopsychosocial assessment of adolescents who present with gender identity-related concerns and seek medical/surgical transition-related care, and that this be accomplished in a collaborative and supportive manner.**

Given the many ways identity may unfold during adolescence, we recommend using a comprehensive biopsychosocial assessment to guide treatment decisions and optimize outcomes. This assessment should aim to understand the adolescent's strengths, vulnerabilities, diagnostic profile, and unique needs to individualize their care. As mentioned in Statement 6.1, MHPs have the most appropriate training, experience, and dedicated clinical time required to obtain the information discussed here. The assessment process should be approached collaboratively with the adolescent and their caregiver(s), both separately and together, as described in more detail in Statement 6.11. An assessment should occur prior to any medically necessary medical or surgical intervention under consideration (e.g., puberty blocking medication, gender-affirming hormones, surgeries). See medically necessary statement in Chapter 2—Global Applicability, Statement 2.1; see also Chapter 12—Hormone Therapy and Chapter 13—Surgery and Postoperative Care.

Youth may experience many different gender identity trajectories. Sociocultural definitions and experiences of gender continue to evolve over time, and youth are increasingly presenting with a range of identities and ways of describing their experiences and gender-related needs (Twist & de

Graaf, 2019). For example, some youth will realize they are transgender or more broadly gender diverse and pursue steps to present accordingly. For some youth, obtaining gender-affirming medical treatment is important while for others these steps may not be necessary. For example, a process of exploration over time might not result in the young person self-affirming or embodying a different gender in relation to their assigned sex at birth and would not involve the use of medical interventions (Arnoldussen et al., 2019).

The most robust longitudinal evidence supporting the benefits of gender-affirming medical and surgical treatments in adolescence was obtained in a clinical setting that incorporated a detailed comprehensive diagnostic assessment process over time into its delivery of care protocol (de Vries & Cohen-Kettenis, 2012; de Vries et al., 2014). Given this research and the ongoing evolution of gender diverse experiences in society, a comprehensive diagnostic biopsychosocial assessment during adolescence is both evidence-based and preserves the integrity of the decision-making process. In the absence of a full diagnostic profile, other mental health entities that need to be prioritized and treated may not be detected. There are no studies of the long-term outcomes of gender-related medical treatments for youth who have not undergone a comprehensive assessment. Treatment in this context (e.g., with limited or no assessment) has no empirical support and therefore carries the risk that the decision to start gender-affirming medical interventions may not be in the long-term best interest of the young person at that time.

As delivery of health care and access to specialists varies globally, designing a particular assessment process to adapt existing resources is often necessary. In some cases, a more extended assessment process may be useful, such as for youth with more complex presentations (e.g., complicating mental health histories (Leibowitz & de Vries, 2016)), co-occurring autism spectrum characteristics (Strang, Powers et al., 2018), and/or an absence of experienced childhood gender incongruence (Ristori & Steensma, 2016). Given the unique cultural, financial, and geographical factors that exist for specific populations, providers should design assessment models that are flexible and allow for appropriately timed care for as many

young people as possible, so long as the assessment effectively obtains information about the adolescent's strengths, vulnerabilities, diagnostic profile, and individual needs. Psychometrically validated psychosocial and gender measures can also be used to provide additional information.

The multidisciplinary assessment for youth seeking gender-affirming medical/surgical interventions includes the following domains that correspond to the relevant statements:

- **Gender Identity Development:** Statements 6.12.a and 6.12.b elaborate on the factors associated with gender identity development within the specific cultural context when assessing TGD adolescents.
- **Social Development and Support; Intersectionality:** Statements 6.4 and 6.11 elaborate on the importance of assessing gender minority stress, family dynamics, and other aspects contributing to social development and intersectionality.
- **Diagnostic Assessment of Possible Co-Occurring Mental Health and/or Developmental Concerns:** Statement 6.12.d elaborates on the importance of understanding the relationship that exists, if at all, between any co-occurring mental health or developmental concerns and the young person's gender identity/gender diverse expression.
- **Capacity for Decision-Making:** Statement 6.12.c elaborates on the assessment of a young person's emotional maturity and the relevance when an adolescent is considering gender affirming-medical/surgical treatments.

Statement 6.4
**We recommend health care professionals work with families, schools, and other relevant settings to promote acceptance of gender diverse expressions of behavior and identities of the adolescent.**

Multiple studies and related expert consensus support the implementation of approaches that promote acceptance and affirmation of gender diverse youth across all settings, including families, schools, health care facilities, and all other organizations and communities with which they

interact (e.g., Pariseau et al., 2019; Russell et al., 2018; Simons et al., 2013; Toomey et al., 2010; Travers et al., 2012). Acceptance and affirmation are accomplished through a range of approaches, actions, and policies we recommend be enacted across the various relationships and settings in which a young person exists and functions. It is important for the family members and community members involved in the adolescent's life to work collaboratively in these efforts unless their involvement is considered harmful to the adolescent. Examples proposed by Pariseau et al. (2019) and others of acceptance and affirmation of gender diversity and contemplation and expression of identity that can be implemented by family, staff, and organizations include:

1. Actions that are supportive of youth drawn to engaging in gender-expansive (e.g., non-conforming) activities and interests;
2. Communications that are supportive when youth express their experiences about their gender and gender exploration;
3. Use of the youth's asserted name/pronouns;
4. Support for youth wearing clothing/uniforms, hairstyles, and items (e.g., jewelry, makeup) they feel affirm their gender;
5. Positive and supportive communication with youth about their gender and gender concerns;
6. Education about gender diversity issues for people in the young person's life (e.g., family members, health care providers, social support networks), as needed, including information about how to advocate for gender diverse youth in community, school, health care, and other settings;
7. Support for gender diverse youth to connect with communities of support (e.g., LGBTQ groups, events, friends);
8. Provision of opportunities to discuss, consider, and explore medical treatment options when indicated;
9. Antibullying policies that are enforced;
10. Inclusion of nonbinary experiences in daily life, reading materials, and curricula (e.g., books, health, and sex education classes, assigned essay topics that move beyond the binary, LGBTQ, and ally groups);

11. Gender inclusive facilities that the youth can readily access without segregation from nongender diverse peers (e.g., bathrooms, locker rooms).

We recommend HCPs work with parents, schools, and other organizations/groups to promote acceptance and affirmation of TGD identities and expressions, whether social or medical interventions are implemented or not as acceptance and affirmation are associated with fewer negative mental health and behavioral symptoms and more positive mental health and behavioral functioning (Day et al., 2015; de Vries et al., 2016; Greytak et al., 2013; Pariseau et al., 2019; Peng et al., 2019; Russell et al., 2018; Simons et al., 2013; Taliaferro et al., 2019; Toomey et al., 2010; Travers et al., 2012). Russell et al. (2018) found mental health improvement increases with more acceptance and affirmation across more settings (e.g., home, school, work, and friends). Rejection by family, peers, and school staff (e.g., intentionally using the name and pronoun the youth does not identify with, not acknowledging affirmed gender identity, bullying, harassment, verbal and physical abuse, poor relationships, rejection for being TGD, eviction) was strongly linked to negative outcomes, such as anxiety, depression, suicidal ideation, suicide attempts, and substance use (Grossman et al., 2005; Klein & Golub; 2016; Pariseau et al., 2019; Peng et al., 2019; Reisner, Greytak et al., 2015; Roberts et al., 2013). It is important to be aware that negative symptoms increase with increased levels of rejection and continue into adulthood (Roberts et al., 2013).

Neutral or indifferent responses to a youth's gender diversity and exploration (e.g., letting a child tell others their chosen name but not using the name, not telling family or friends when the youth wants them to disclose, not advocating for the child about rejecting behavior from school staff or peers, not engaging or participating in other support mechanisms (e.g., with psychotherapists and support groups) have also been found to have negative consequences, such as increased depressive symptoms (Pariseau et al., 2019). For these reasons, it is important not to ignore a youth's gender questioning or delay consideration of the youth's gender-related

care needs. There is particular value in professionals recognizing youth need individualized approaches, support, and consideration of needs around gender expression, identity, and embodiment over time and across domains and relationships. Youth may need help coping with the tension of tolerating others' processing/adjusting to an adolescent's identity exploration and changes (e.g., Kuper, Lindley et al., 2019). It is important professionals collaborate with parents and others as they process their concerns and feelings and educate themselves about gender diversity because such processes may not necessarily reflect rejection or neutrality but may rather represent efforts to develop attitudes and gather information that foster acceptance (e.g., Katz-Wise et al., 2017).

Statement 6.5

**We recommend against offering reparative and conversion therapy aimed at trying to change a person's gender and lived gender expression to become more congruent with the sex assigned at birth.**

Some health care providers, secular or religious organizations, and rejecting families may undertake efforts to thwart an adolescent's expression of gender diversity or assertion of a gender identity other than the expression and behavior that conforms to the sex assigned at birth. Such efforts at blocking reversible social expression or transition may include choosing not to use the youth's identified name and pronouns or restricting self-expression in clothing and hairstyles (Craig et al., 2017; Green et al., 2020). These disaffirming behaviors typically aim to reinforce views that a young person's gender identity/expression must match the gender associated with the sex assigned at birth or expectations based on the sex assigned at birth. Activities and approaches (sometimes referred to as "treatments") aimed at trying to change a person's gender identity and expression to become more congruent with the sex assigned at birth have been attempted, but these approaches have not resulted in changes in gender identity (Craig et al., 2017; Green et al., 2020). We recommend against such efforts because they have been found to be ineffective

and are associated with increases in mental illness and poorer psychological functioning (Craig et al., 2017; Green et al., 2020; Turban, Beckwith et al., 2020).

Much of the research evaluating "conversion therapy" and "reparative therapy" has investigated the impact of efforts to change gender expression (masculinity or femininity) and has conflated sexual orientation with gender identity (APA, 2009; Burnes et al., 2016; Craig et al., 2017). Some of these efforts have targeted both gender identity and expression (AACAP, 2018). Conversion/reparative therapy has been linked to increased anxiety, depression, suicidal ideation, suicide attempts, and health care avoidance (Craig et al., 2017; Green et al., 2020; Turban, Beckwith et al., 2020). Although some of these studies have been criticized for their methodologies and conclusions (e.g., D'Angelo et al., 2020), this should not detract from the importance of emphasizing efforts undertaken a priori to change a person's identity are clinically and ethically unsound. We recommend against any type of conversion or attempts to change a person's gender identity because 1) both secular and religion-based efforts to change gender identity/expression have been associated with negative psychological functioning that endures into adulthood (Turban, Beckwith et al., 2020); and 2) larger ethical reasons exist that should underscore respect for gender diverse identities.

It is important to note potential factors driving a young person's gender-related experience and report of gender incongruence, when carried out in the context of supporting an adolescent with self-discovery, is not considered reparative therapy as long as there is no a priori goal to change or promote one particular gender identity or expression (AACAP, 2018; see Statement 6.2). To ensure these explorations are therapeutic, we recommend employing affirmative consideration and supportive tone in discussing what steps have been tried, considered, and planned for a youth's gender expression. These discussion topics may include what felt helpful or affirming, what felt unhelpful or distressing and why. We recommend employing affirmative responses to these steps and discussions, such as those identified in SOC-8 Statement 6.4.

Statement 6.6

**We suggest health care professionals provide transgender and gender diverse adolescents with health education on chest binding and genital tucking, including review of the benefits and risks.**

TGD youth may experience distress related to chest and genital anatomy. Practices such as chest binding, chest padding, genital tucking, and genital packing are reversible, nonmedical interventions that may help alleviate this distress (Callen-Lorde, 2020a, 2020b; Deutsch, 2016a; Olson-Kennedy, Rosenthal et al., 2018; Transcare BC, 2020). It is important to assess the degree of distress related to physical development or anatomy, educate youth about potential nonmedical interventions to address this distress, and discuss the safe use of these interventions.

Chest binding involves compression of the breast tissue to create a flatter appearance of the chest. Studies suggest that up to 87% of trans masculine patients report a history of binding (Jones, 2015; Peitzmeier, 2017). Binding methods may include the use of commercial binders, sports bras, layering of shirts, layering of sports bras, or the use of elastics or other bandages (Peitzmeier, 2017). Currently, most youth report learning about binding practices from online communities composed of peers (Julian, 2019). Providers can play an important role in ensuring youth receive accurate and reliable information about the potential benefits and risks of chest binding. Additionally, providers can counsel patients about safe binding practices and monitor for potential negative health effects. While there are potential negative physical impacts of binding, youth who bind report many benefits, including increased comfort, improved safety, and lower rates of misgendering (Julian, 2019). Common negative health impacts of chest binding in youth include back/chest pain, shortness of breath, and overheating (Julian, 2019). More serious negative health impacts such as skin infections, respiratory infections, and rib fractures are uncommon and have been associated with chest binding in adults (Peitzmeier, 2017). If binding is employed, youth should be advised to use only those methods considered safe for binding—such as binders specifically designed for the gender diverse population—to reduce the risk of serious negative health effects. Methods that are considered unsafe for binding include the use of duct tape, ace wraps, and plastic wrap as these can restrict blood flow, damage skin, and restrict breathing. If youth report negative health impacts from chest binding, these should ideally be addressed by a gender-affirming medical provider with experience working with TGD youth.

Genital tucking is the practice of positioning the penis and testes to reduce the outward appearance of a genital bulge. Methods of tucking include tucking the penis and testes between the legs or tucking the testes inside the inguinal canal and pulling the penis back between the legs. Typically, genitals are held in place by underwear or a gaff, a garment that can be made or purchased. Limited studies are available on the specific risks and benefits of tucking in adults, and none have been carried out in youth. Previous studies have reported tight undergarments are associated with decreased sperm concentration and motility. In addition, elevated scrotal temperatures can be associated with poor sperm characteristics, and genital tucking could theoretically affect spermatogenesis and fertility (Marsh, 2019) although there are no definitive studies evaluating these adverse outcomes. Further research is needed to determine the specific benefits and risks of tucking in youth.

Statement 6.7

**We recommend providers consider prescribing menstrual suppression agents for adolescents experiencing gender incongruence who may not desire testosterone therapy, who desire but have not yet begun testosterone therapy, or in conjunction with testosterone therapy for breakthrough bleeding.**

When discussing the available options of menstrual-suppressing medications with gender diverse youth, providers should engage in shared decision-making, use gender-inclusive language (e.g., asking patients which terms they utilize to refer to their menses, reproductive organs, and genitalia) and perform physical exams in a sensitive, gender-affirmative manner (Bonnington et al., 2020; Krempasky et al., 2020). There is no formal research evaluating how menstrual

suppression may impact gender incongruence and/or dysphoria. However, the use of menstrual suppression can be an initial intervention that allows for further exploration of gender-related goals of care, prioritization of other mental health care, or both, especially for those who experience a worsening of gender dysphoria from unwanted uterine bleeding (see Statement 6.12d; Mehringer & Dowshen, 2019). When testosterone is not used, menstrual suppression can be achieved via a progestin. To exclude any underlying menstrual disorders, it is important to obtain a detailed menstrual history and evaluation prior to implementing menstrual-suppressing therapy (Carswell & Roberts, 2017). As part of the discussion about menstrual-suppressing medications, the need for contraception and information regarding the effectiveness of menstrual-suppressing medications as methods of contraception also need to be addressed (Bonnington et al., 2020). A variety of menstrual suppression options, such as combined estrogen-progestin medications, oral progestins, depot and subdermal progestin, and intrauterine devices (IUDs), should be offered to allow for individualized treatment plans while properly considering availability, cost and insurance coverage, as well as contraindications and side effects (Kanj et al., 2019).

Progestin-only hormonal medication are options, especially in trans masculine or nonbinary youth who are not interested in estrogen-containing medical therapies as well as those at risk for thromboembolic events or who have other contraindications to estrogen therapy (Carswell & Roberts, 2017). Progestin-only hormonal medications include oral progestins, depo-medroxyprogesterone injection, etonogestrel implant, and levonorgestrel IUD (Schwartz et al., 2019). Progestin-only hormonal options vary in terms of efficacy in achieving menstrual suppression and have lower rates of achieving amenorrhea than combined oral contraception (Pradhan & Gomez-Lobo, 2019). A more detailed description of the relevant clinical studies is presented in Chapter 12—Hormone Therapy. HCPs should not make assumptions regarding the individual's preferred method of administration as some trans masculine youth may prefer vaginal rings or IUD implants (Akgul et al., 2019). Although hormonal medications require monitoring for potential mood lability, depressive effects, or both, the benefits and risks of untreated menstrual suppression in the setting of gender dysphoria should be evaluated on an individual basis. Some patients may opt for combined oral contraception that includes different combinations of ethinyl estradiol, with ranging doses, and different generations of progestins (Pradhan & Gomez-Lobo, 2019). Lower dose ethinyl estradiol components of combined oral contraceptive pills are associated with increased breakthrough uterine bleeding. Continuous combined oral contraceptives may be used to allow for continuous menstrual suppression and can be delivered as transdermal or vaginal rings.

The use of gonadotropin releasing hormone (GnRH) analogues may also result in menstrual suppression. However, it is recommended gender diverse youth meet the eligibility criteria (as outlined in Statement 6.12) before this medication is considered solely for this purpose (Carswell & Roberts, 2017; Pradhan & Gomez-Lobo, 2019). Finally, menstrual-suppression medications may be indicated as an adjunctive therapy for breakthrough uterine bleeding that may occur while on exogenous testosterone or as a bridging medication while awaiting menstrual suppression with testosterone therapy. When exogenous testosterone is employed as a gender-affirming hormone, menstrual suppression is typically achieved in the first six months of therapy (Ahmad & Leinung, 2017). However, it is vital adolescents be counseled ovulation and pregnancy can still occur in the setting of amenorrhea (Gomez et al., 2020; Kanj et al., 2019).

### Statement 6.8

**We recommend health care professionals maintain an ongoing relationship with the gender diverse and transgender adolescent and any relevant caregivers to support the adolescent in their decision-making throughout the duration of puberty suppression treatment, hormonal treatment, and gender-related surgery until the transition is made to adult care.**

HCPs with expertise in child and adolescent development, as described in Statement 6.1, play an important role in the continuity of care for

young people over the course of their gender-related treatment needs. Supporting adolescents and their families necessitates approaching care using a developmental lens through which understanding a young person's evolving emotional maturity and care needs can take place over time. As gender-affirming treatment pathways differ based on the needs and experiences of individual TGD adolescents, decision-making for these treatments (puberty suppression, estrogens/androgens, gender-affirmation surgeries) can occur at different points in time within a span of several years. Longitudinal research demonstrating the benefits of pubertal suppression and gender-affirming hormone treatment (GAHT) was carried out in a setting where an ongoing clinical relationship between the adolescents/families and the multidisciplinary team was maintained (de Vries et al., 2014).

Clinical settings that offer longer appointment times provide space for adolescents and caregivers to share important psychosocial aspects of emotional well-being (e.g., family dynamics, school, romantic, and sexual experiences) that contextualize individualized gender-affirming treatment needs and decisions as described elsewhere in the chapter. An ongoing clinical relationship can take place across settings, whether that be within a multidisciplinary team or with providers in different locations who collaborate with one another. Given the wide variability in the ability to obtain access to specialized gender care centers, particularly for marginalized groups who experience disparities with access, it is important for the HCP to appreciate the existence of any barriers to care while maintaining flexibility when defining how an ongoing clinical relationship can take place in that specific context.

An ongoing clinical relationship that increases resilience in the youth and provides support to parents/caregivers who may have their own treatment needs may ultimately lead to increased parental acceptance—when needed—which is associated with better mental health outcomes in youth (Ryan, Huebner et al., 2009).

### Statement 6.9

**We recommend health care professionals involve relevant disciplines, including mental health and medical professionals, to reach a decision about whether puberty suppression, hormone initiation, or gender-related surgery for gender diverse and transgender adolescents are appropriate and remain indicated throughout the course of treatment until the transition is made to adult care.**

TGD adolescents with gender dysphoria/gender incongruence who seek gender-affirming medical and surgical treatments benefit from the involvement of health care professionals (HCPs) from different disciplines. Providing care to TGD adolescents includes addressing 1) diagnostic considerations (see Statements 6.3, 6.12a, and 6.12b) conducted by a specialized gender HCP (as defined in Statement 6.1) whenever possible and necessary; and 2) treatment considerations when prescribing, managing, and monitoring medications for gender-affirming medical and surgical care, requiring the training of the relevant medical/surgical professional. The list of key disciplines includes but is not limited to adolescent medicine/primary care, endocrinology, psychology, psychiatry, speech/language pathology, social work, support staff, and the surgical team.

The evolving evidence has shown a clinical benefit for transgender youth who receive their gender-affirming treatments in multidisciplinary gender clinics (de Vries et al., 2014; Kuper et al., 2020; Tollit et al., 2019). Finally, adolescents seeking gender-affirming care in multidisciplinary clinics are presenting with significant complexity necessitating close collaboration between mental health, medical, and/or surgical professionals (McCallion et al., 2021; Sorbara et al., 2020; Tishelman et al., 2015).

As not all patients and families are in the position or in a location to access multidisciplinary care, the lack of available disciplines should not preclude a young person from accessing needed care in a timely manner. When disciplines are available, particularly in centers with existing multidisciplinary teams, disciplines, or both, it is recommended efforts be made to include the relevant providers when developing a gender care team. However, this does not mean all disciplines are necessary to provide care to a particular youth and family.

If written documentation or a letter is required to recommend gender-affirming medical and surgical treatment (GAMST) for an adolescent, only one letter of assessment from a member of the multidisciplinary team is needed. This letter needs to reflect the assessment and opinion from the team that involves both medical HCPs and MHPs (American Psychological Association, 2015; Hembree et al., 2017; Telfer et al., 2018). Further assessment results and written opinions may be requested when there is a specific clinical need or when team members are in different locations or choose to write their own summaries. For further information see Chapter 5—Assessment for Adults, Statement 5.5.

Statement 6.10

**We recommend health care professionals working with transgender and gender diverse adolescents requesting gender-affirming medical or surgical treatments inform them, prior to the initiation of treatment, of the reproductive effects, including the potential loss of fertility and available options to preserve fertility within the context of the youth's stage of pubertal development.**

While assessing adolescents seeking gender-affirming medical or surgical treatments, HCPs should discuss the specific ways in which the required treatment may affect reproductive capacity. Fertility issues and the specific preservation options are more thoroughly discussed in Chapter 12—Hormone Therapy and Chapter 16—Reproductive Health.

It is important HCPs understand what fertility preservation options exist so they can relay the information to adolescents. Parents are advised to be involved in this process and should also understand the pros and cons of the different options. HCPs should acknowledge adolescents and parents may have different views around reproductive capacity and may therefore come to different decisions (Quain et al., 2020), which is why HCPs can be helpful in guiding this process.

HCPs should specifically pay attention to the developmental and psychological aspects of fertility preservation and decision-making competency for the individual adolescent. While adolescents may think they have made up their minds concerning their reproductive capacity, the possibility their opinions about having

biologically related children in the future might change over time needs to be discussed with an HCP who has sufficient experience, is knowledgeable about adolescent development, and has experience working with parents.

Addressing the long-term consequences on fertility of gender-affirming medical treatments and ensuring transgender adolescents have realistic expectations concerning fertility preservation options or adoption cannot not be addressed with a one-time discussion but should be part of an ongoing discussion. This conversation should occur not only before initiating any medical intervention (puberty suppression, hormones, or surgeries), but also during further treatment and during transition.

Currently, there are only preliminary results from retrospective studies evaluating transgender adults and the decisions they made when they were young regarding the consequences of medical-affirming treatment on reproductive capacity. It is important not to make assumptions about what future adult goals an adolescent may have. Research in childhood cancer survivors found participants who acknowledged missed opportunities for fertility preservation reported distress and regret surrounding potential infertility (Armuand et al., 2014; Ellis et al., 2016; Lehmann et al., 2017). Furthermore, individuals with cancer who did not prioritize having biological children before treatment have reported "changing their minds" in survivorship (Armuand et al., 2014).

Given the complexities of the different fertility preservation options and the challenges HCPs may experience discussing fertility with the adolescent and the family (Tishelman et al., 2019), a fertility consultation is an important consideration for every transgender adolescent who pursues medical-affirming treatments unless the local situation is such that a fertility consultation is not covered by insurance or public health care plans, is not available locally, or the individual circumstances make this unpreferable.

Statement 6.11

**We recommend when gender-affirming medical or surgical treatments are indicated for adolescents, health care professionals working with transgender and gender diverse adolescents**

**involve parent(s)/guardian(s) in the assessment and treatment process, unless their involvement is determined to be harmful to the adolescent or not feasible.**

When there is an indication an adolescent might benefit from a gender-affirming medical or surgical treatment, involving the parent(s) or primary caregiver(s) in the assessment process is recommended in almost all situations (Edwards-Leeper & Spack, 2012; Rafferty et al., 2018). Exceptions to this might include situations in which an adolescent is in foster care, child protective services, or both, and custody and parent involvement would be impossible, inappropriate, or harmful. Parent and family support of TGD youth is a primary predictor of youth well-being and is protective of the mental health of TGD youth (Gower, Rider, Coleman et al., 2018; Grossman et al., 2019; Lefevor et al., 2019; McConnell et al., 2015; Pariseau et al., 2019; Ryan, 2009; Ryan et al., 2010; Simons et al., 2013; Wilson et al., 2016). Therefore, including parent(s)/caregiver(s) in the assessment process to encourage and facilitate increased parental understanding and support of the adolescent may be one of the most helpful practices available.

Parent(s)/caregiver(s) may provide key information for the clinical team, such as the young person's gender and overall developmental, medical, and mental health history as well as insights into the young person's level of current support, general functioning, and well-being. Concordance or divergence of reports given by the adolescent and their parent(s)/caregiver(s) may be important information for the assessment team and can aid in designing and shaping individualized youth and family supports (De Los Reyes et al., 2019; Katz-Wise et al., 2017). Knowledge of the family context, including resilience factors and challenges, can help providers know where special supports would be needed during the medical treatment process. Engagement of parent(s)/caregiver(s) is also important for educating families about various treatment approaches, ongoing follow-up and care needs, and potential treatment complications. Through psychoeducation regarding clinical gender care options and participation in the assessment process, which may unfold over time, parent(s)/caregiver(s) may better understand their adolescent

child's gender-related experience and needs (Andrzejewski et al., 2020; Katz-Wise et al., 2017).

Parent/caregiver concerns or questions regarding the stability of gender-related needs over time and implications of various gender-affirming interventions are common and should not be dismissed. It is appropriate for parent(s)/caregiver(s) to ask these questions, and there are cases in which the parent(s)/caregiver(s)' questions or concerns are particularly helpful in informing treatment decisions and plans. For example, a parent/caregiver report may provide critical context in situations in which a young person experiences very recent or sudden self-awareness of gender diversity and a corresponding gender treatment request, or when there is concern for possible excessive peer and social media influence on a young person's current self-gender concept. Contextualization of the parent/caregiver report is also critical, as the report of a young person's gender history as provided by parent(s)/caregiver(s) may or may not align with the young person's self-report. Importantly, gender histories may be unknown to parent(s)/caregiver(s) because gender may be internal experience for youth, not known by others unless it is discussed. For this reason, an adolescent's report of their gender history and experience is central to the assessment process.

Some parents may present with unsupportive or antagonistic beliefs about TGD identities, clinical gender care, or both (Clark et al., 2020). Such unsupportive perspectives are an important therapeutic target for families. Although challenging parent perspectives may in some cases seem rigid, providers should not assume this is the case. There are many examples of parent(s)/caregiver(s) who, over time with support and psychoeducation, have become increasingly accepting of their TGD child's gender diversity and care needs.

Helping youth and parent(s)/caregiver(s) work together on important gender care decisions is a primary goal. However, in some cases, parent(s)/caregiver(s) may be too rejecting of their adolescent child and their child's gender needs to be part of the clinical evaluation process. In these situations, youth may require the engagement of larger systems of advocacy and support to move

forward with the necessary support and care (Dubin et al., 2020).

### Statement 6.12

**We recommend health care professionals assessing transgender and gender diverse adolescents only recommend gender-affirming medical or surgical treatments requested by the patient when:**

### Statement 6.12.a

**The adolescent meets the diagnostic criteria of gender incongruence as per the ICD-11 in situations where a diagnosis is necessary to access health care. In countries that have not implemented the latest ICD, other taxonomies may be used although efforts should be undertaken to utilize the latest ICD as soon as practicable.**

When working with TGD adolescents, HCPs should realize while a classification may give access to care, pathologizing transgender identities may be experienced as stigmatizing (Beek et al., 2016). Assessments related to gender health and gender diversity have been criticized, and controversies exist around diagnostic systems (Drescher, 2016).

HCPs should assess the overall gender-related history and gender care-related needs of youth. Through this assessment process, HCPs may provide a diagnosis when it is required to get access to transgender-related care.

Gender incongruence and gender dysphoria are the two diagnostic terms used in the World Health Organization's International Classification of Diseases (ICD) and the American Psychiatric Association's Diagnostic and Statistical Manual of Mental Disorders (DSM), respectively. Of these two widely used classification systems, the DSM is for psychiatric classifications only and the ICD contains all diseases and conditions related to physical as well as mental health. The most recent versions of these two systems, the DSM-5 and the ICD-11, reflect a long history of reconceptualizing and de-psychopathologizing gender-related diagnoses (American Psychiatric Association, 2013; World Health Organization, 2019a). Compared with the earlier version, the DSM-5 replaced gender identity disorder with gender dysphoria, acknowledging the distress experienced by some people stemming from the

incongruence between experienced gender identity and the sex assigned at birth. In the most recent revision, the DSM-5-TR, no changes in the diagnostic criteria for gender dysphoria are made. However, terminology was adapted into the most appropriate current language (e.g., birth-assigned gender instead of natal-gender and gender-affirming treatment instead of gender reassignment (American Psychiatric Association, 2022). Compared with the ICD 10th edition, the gender incongruence classification was moved from the Mental Health chapter to the Conditions Related to Sexual Health chapter in the ICD-11. When compared with the DSM-5 classification of gender dysphoria, one important reconceptualization is distress is not a required indicator of the ICD-11 classification of gender incongruence (WHO, 2019a). After all, when growing up in a supporting and accepting environment, the distress and impairment criterion, an inherent part of every mental health condition, may not be applicable (Drescher, 2012). As such, the ICD-11 classification of gender incongruence may better capture the fullness of gender diversity experiences and related clinical gender needs.

Criteria for the ICD-11 classification gender incongruence of adolescence or adulthood require a marked and persistent incongruence between an individual's experienced gender and the assigned sex, which often leads to a need to "transition" to live and be accepted as a person of the experienced gender. For some, this includes hormonal treatment, surgery, or other health care services to enable the individual's body to align as much as required, and to the extent possible, with the person's experienced gender. Relevant for adolescents is the indicator that a classification cannot be assigned "prior to the onset of puberty." Finally, it is noted "that gender variant behaviour and preferences alone are not a basis for assigning the classification" (WHO, ICD-11, 2019a).

Criteria for the DSM-5 and DSM-5-TR classification of gender dysphoria in adolescence and adulthood denote "a marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration" (criterion A, fulfilled when 2 of 6 subcriteria are manifest; DSM-5, APA, 2013; DSM 5-TR, APA, 2022).

Of note, although a gender-related classification is one of the requirements for receiving medical gender-affirming care, such a classification alone does not indicate a person needs medical-affirming care. The range of youth experiences of gender incongruence necessitates professionals provide a range of treatments or interventions based on the individual's needs. Counseling, gender exploration, mental health assessment and, when needed, treatment with MHPs trained in gender development may all be indicated with or without the implementation of medical-affirming care.

## Statement 6.12.b

**The experience of gender diversity/incongruence is marked and sustained over time.**

Identity exploration and consolidation are experienced by many adolescents (Klimstra et al., 2010; Topolewska-Siedzik & Cieciuch, 2018). Identity exploration during adolescence may include a process of self-discovery around gender and gender identity (Steensma, Kreukels et al., 2013). Little is known about how processes that underlie consolidation of gender identity during adolescence (e.g., the process of commitment to specific identities) may impact a young person's experience(s) or needs over time.

Therefore, the level of reversibility of a gender-affirming medical intervention should be considered along with the sustained duration of a young person's experience of gender incongruence when initiating treatment. Given potential shifts in gender-related experiences and needs during adolescence, it is important to establish the young person has experienced several years of persistent gender diversity/incongruence prior to initiating less reversible treatments such as gender-affirming hormones or surgeries. Puberty suppression treatment, which provides more time for younger adolescents to engage their decision-making capacities, also raises important considerations (see Statement 6.12f and Chapter 12—Hormone Therapy) suggesting the importance of a sustained experience of gender incongruence/diversity prior to initiation. However, in this age group of younger adolescents, several years is not always practical nor necessary given the premise of the treatment as a means to buy time while avoiding distress from irreversible pubertal changes. For youth who have experienced a shorter duration of gender incongruence, social transition-related and/or other medical supports (e.g., menstrual suppression/androgen blocking) may also provide some relief as well as furnishing additional information to the clinical team regarding a young person's broad gender care needs (see Statements 6.4, 6.6, and 6.7).

Establishing evidence of persistent gender diversity/incongruence typically requires careful assessment with the young person over time (see Statement 6.3). Whenever possible and when appropriate, the assessment and discernment process should also include the parent(s)/caregiver(s) (see Statement 6.11). Evidence demonstrating gender diversity/incongruence sustained over time can be provided via history obtained directly from the adolescent and parents/caregivers when this information is not documented in the medical records.

The research literature on continuity versus discontinuity of gender-affirming medical care needs/requests is complex and somewhat difficult to interpret. A series of studies conducted over the last several decades, including some with methodological challenges (as noted by Temple Newhook et al., 2018; Winters et al., 2018) suggest the experience of gender incongruence is not consistent for all children as they progress into adolescence. For example, a subset of youth who experienced gender incongruence or who socially transitioned prior to puberty over time can show a reduction in or even full discontinuation of gender incongruence (de Vries et al., 2010; Olson et al., 2022; Ristori & Steensma, 2016; Singh et al., 2021; Wagner et al., 2021). However, there has been less research focused on rates of continuity and discontinuity of gender incongruence and gender-related needs in pubertal and adolescent populations. The data available regarding broad unselected gender-referred pubertal/adolescent cohorts (from the Amsterdam transgender clinic) suggest that, following extended assessments over time, a subset of adolescents with gender incongruence presenting for gender care elect not to pursue gender-affirming medical care

(Arnoldussen et al., 2019; de Vries, Steensma et al., 2011). Importantly, findings from studies of gender incongruent pubertal/adolescent cohorts, in which participants who have undergone comprehensive gender evaluation over time, have shown persistent gender incongruence and gender-related need and have received referrals for medical gender care, suggest low levels of regret regarding gender-related medical care decisions (de Vries et al., 2014; Wiepjes et al., 2018). Critically, these findings of low regret can only currently be applied to youth who have demonstrated sustained gender incongruence and gender-related needs over time as established through a comprehensive and iterative assessment (see Statement 6.3).

Statement 6.12.c
**The adolescent demonstrates the emotional and cognitive maturity required to provide informed consent/assent for the treatment.**

The process of informed consent includes communication between a patient and their provider regarding the patient's understanding of a potential intervention as well as, ultimately, the patient's decision whether to receive the intervention. In most settings, for minors, the legal guardian is integral to the informed consent process: if a treatment is to be given, the legal guardian (often the parent[s]/caregiver[s]) provides the informed consent to do so. In most settings, assent is a somewhat parallel process in which the minor and the provider communicate about the intervention and the provider assesses the level of understanding and intention.

A necessary step in the informed consent/assent process for considering gender-affirming medical care is a careful discussion with qualified HCPs trained to assess the emotional and cognitive maturity of adolescents. The reversible and irreversible effects of the treatment, as well as fertility preservation options (when applicable), and all potential risks and benefits of the intervention are important components of the discussion. These discussions are required when obtaining informed consent/assent. Assessment of cognitive and emotional maturity is important because it helps the care team understand the adolescent's capacity to be informed.

The skills necessary to assent/consent to any medical intervention or treatment include the ability to 1) comprehend the nature of the treatment; 2) reason about treatment options, including the risks and benefits; 3) appreciate the nature of the decision, including the long-term consequences; and 4) communicate choice (Grootens-Wiegers et al., 2017). In the case of gender-affirming medical treatments, a young person should be well-informed about what the treatment may and may not accomplish, typical timelines for changes to appear (e.g., with gender-affirming hormones), and any implications of stopping the treatment. Gender-diverse youth should fully understand the reversible, partially reversible, and irreversible aspects of a treatment, as well as the limits of what is known about certain treatments (e.g., the impact of pubertal suppression on brain development (Chen and Loshak, 2020)). Gender-diverse youth should also understand, although many gender-diverse youth begin gender-affirming medical care and experience that care as a good fit for them long-term, there is a subset of individuals who over time discover this care is not a fit for them (Wiepjes et al., 2018). Youth should know such shifts are sometimes connected to a change in gender needs over time, and in some cases, a shift in gender identity itself. Given this information, gender-diverse youth must be able to reason thoughtfully about treatment options, considering the implications of the choices at hand. Furthermore, as a foundation for providing assent, the gender-diverse young person needs to be able to communicate their choice.

The skills needed to accomplish the tasks required for assent/consent may not emerge at specific ages per se (Grootens-Wiegers et al., 2017). There may be variability in these capacities related to developmental differences and mental health presentations (Shumer & Tishelman, 2015) and dependent on the opportunities a young person has had to practice these skills (Alderson, 2007). Further, assessment of emotional and cognitive maturity must be conducted separately for each gender-related treatment decision (Vrouenraets et al., 2021).

The following questions may be useful to consider in assessing a young person's emotional and

cognitive readiness to assent or consent to a specific gender-affirming treatment:

- Can the young person think carefully into the future and consider the implications of a partially or fully irreversible intervention?
- Does the young person have sufficient self-reflective capacity to consider the possibility that gender-related needs and priorities can develop over time, and gender-related priorities at a certain point in time might change?
- Has the young person, to some extent, thought through the implications of what they might do if their priorities around gender do change in the future?
- Is the young person able to understand and manage the day-to-day short- and long-term aspects of a specific medical treatment (e.g., medication adherence, administration, and necessary medical follow-ups)?

Assessment of emotional and cognitive maturity may be accomplished over time as the care team continues to engage in conversations about the treatment options and affords the young person the opportunity to practice thinking into the future and flexibly consider options and implications. For youth with neurodevelopmental and/or some types of mental health differences, skills for future thinking, planning, big picture thinking, and self-reflection may be less-well developed (Dubbelink & Geurts, 2017). In these cases, a more careful approach to consent and assent may be required, and this may include additional time and structured opportunities for the young person to practice the skills necessary for medical decision-making (Strang, Powers et al., 2018).

For unique situations in which an adolescent minor is consenting for their own treatment without parental permission (see Statement 6.11), extra care must be taken to support the adolescent's informed decision-making. This will typically require greater levels of engagement of and collaboration between the HCPs working with the adolescent to provide the young person appropriate cognitive and emotional support to consider options, weigh benefits and potential challenges/costs, and develop a plan for any needed (and potentially ongoing) supports associated with the treatment.

### Statement 6.12.d
**The adolescent's mental health concerns (if any) that may interfere with diagnostic clarity, capacity to consent, and/or gender-affirming medical treatments have been addressed.**

Evidence indicates TGD adolescents are at increased risk of mental health challenges, often related to family/caregiver rejection, non-affirming community environments, and neurodiversity-related factors (e.g., de Vries et al., 2016; Pariseau et al., 2019; Ryan et al., 2010; Weinhardt et al., 2017). A young person's mental health challenges may impact their conceptualization of their gender development history and gender identity-related needs, the adolescent's capacity to consent, and the ability of the young person to engage in or receive medical treatment. Additionally, like cisgender youth, TGD youth may experience mental health concerns irrespective of the presence of gender dysphoria or gender incongruence. In particular, depression and self-harm may be of specific concern; many studies reveal depression scores and emotional and behavioral problems comparable to those reported in populations referred to mental health clinics (Leibowitz & de Vries, 2016). Higher rates of suicidal ideation, suicide attempts, and self-harm have also been reported (de Graaf et al., 2020). In addition, eating disorders occur more frequently than expected in non-referred populations (Khatchadourian et al., 2013; Ristori et al., 2019; Spack et al., 2012). Importantly, TGD adolescents show high rates of autism spectrum disorder/characteristics (Øien et al., 2018; van der Miesen et al., 2016; see also Statement 6.1d). Other neurodevelopmental presentations and/or mental health challenges may also be present, (e.g., ADHD, intellectual disability, and psychotic disorders (de Vries, Doreleijers et al., 2011; Meijer et al., 2018; Parkes & Hall, 2006).

Of note, many transgender adolescents are well-functioning and experience few if any mental health concerns. For example, socially transitioned pubertal adolescents who receive medical

gender-affirming treatment at specialized gender clinics may experience mental health outcomes equivalent to those of their cisgender peers (e.g., de Vries et al., 2014; van der Miesen et al., 2020). A provider's key task is to assess the direction of the relationships that exist between any mental health challenges and the young person's self-understanding of gender care needs and then prioritize accordingly.

Mental health difficulties may challenge the assessment and treatment of gender-related needs of TGD adolescents in various ways:

1. First, when a TGD adolescent is experiencing acute suicidality, self-harm, eating disorders, or other mental health crises that threaten physical health, safety must be prioritized. According to the local context and existing guidelines, appropriate care should seek to mitigate the threat or crisis so there is sufficient time and stabilization for thoughtful gender-related assessment and decision-making. For example, an actively suicidal adolescent may not be emotionally able to make an informed decision regarding gender-affirming medical/surgical treatment. If indicated, safety-related interventions should not preclude starting gender-affirming care.

2. Second, mental health can also complicate the assessment of gender development and gender identity-related needs. For example, it is critical to differentiate gender incongruence from specific mental health presentations, such as obsessions and compulsions, special interests in autism, rigid thinking, broader identity problems, parent/child interaction difficulties, severe developmental anxieties (e.g., fear of growing up and pubertal changes unrelated to gender identity), trauma, or psychotic thoughts. Mental health challenges that interfere with the clarity of identity development and gender-related decision-making should be prioritized and addressed.

3. Third, decision-making regarding gender-affirming medical treatments that have life-long consequences requires

thoughtful, future-oriented thinking by the adolescent, with support from the parents/caregivers, as indicated (see Statement 6.11). To be able to make such an informed decision, an adolescent should be able to understand the issues, express a choice, appreciate and give careful thought regarding the wish for medical-affirming treatment (see Statement 6.12c). Neurodevelopmental differences, such as autistic features or autism spectrum disorder (see Statement 6.1d, e.g., communication differences; a preference for concrete or rigid thinking; differences in self-awareness, future thinking and planning), may challenge the assessment and decision-making process; neurodivergent youth may require extra support, structure, psychoeducation, and time built into the assessment process (Strang, Powers et al., 2018). Other mental health presentations that involve reduced communication and self-advocacy, difficulty engaging in assessment, memory and concentration difficulties, hopelessness, and difficulty engaging in future-oriented thinking may complicate assessment and decision-making. In such cases, extended time is often necessary before any decisions regarding medical-affirming treatment can be made.

4. Finally, while addressing mental health concerns is important during the course of medical treatment, it does not mean all mental health challenges can or should be resolved completely. However, it is important any mental health concerns are addressed sufficiently so that gender-affirming medical treatment can be provided optimally (e.g., medication adherence, attending follow-up medical appointments, and self-care, particularly during a postoperative course).

Statement 6.12.e
**The adolescent has been informed of the reproductive effects, including the potential loss of fertility, and available options to preserve fertility, and these have been discussed in the context of the adolescent's stage of pubertal development.**

For guidelines regarding the clinical approach, the scientific background, and the rationale, see Chapter 12—Hormone Therapy and Chapter 16—Reproductive Health.

### Statement 6.12.f

**The adolescent has reached Tanner stage 2 of puberty for pubertal suppression to be initiated.**

The onset of puberty is a pivotal point for many gender diverse youth. For some, it creates an intensification of their gender incongruence, and for others, pubertal onset may lead to gender fluidity (e.g., a transition from binary to nonbinary gender identity) or even attenuation of a previously affirmed gender identity (Drummond et al., 2008; Steensma et al., 2011, Steensma, Kreukels et al., 2013; Wallien & Cohen-Kettenis, 2008). The use of puberty-blocking medications, such as GnRH analogues, is not recommended until children have achieved a minimum of Tanner stage 2 of puberty because the experience of physical puberty may be critical for further gender identity development for some TGD adolescents (Steensma et al., 2011). Therefore, puberty blockers should not be implemented in prepubertal gender diverse youth (Waal & Cohen-Kettenis, 2006). For some youth, GnRH agonists may be appropriate in late stages or in the post-pubertal period (e.g., Tanner stage 4 or 5), and this can be highly individualized. See Chapter 12—Hormone Therapy for a more comprehensive review of the use of GnRH agonists.

Variations in the timing of pubertal onset is due to multiple factors (e.g., sex assigned at birth, genetics, nutrition, etc.). Tanner staging refers to five stages of pubertal development ranging from prepubertal (Tanner stage 1) to post-pubertal, and adult sexual maturity (Tanner stage 5) (Marshall & Tanner, 1969, 1970). For assigned females at birth, pubertal onset (e.g., gonadarche) is defined by the occurrence of breast budding (Tanner stage 2), and for birth-assigned males, the achievement of a testicular volume of greater than or equal to 4 mL (Roberts & Kaiser, 2020). An experienced medical provider should be relied on to differentiate the onset of puberty from physical changes such as pubic hair and apocrine body odor due to sex steroids produced by the adrenal gland (e.g., adrenarche) as adrenarche does not warrant the use of puberty-blocking medications (Roberts & Kaiser, 2020). Educating parents and families about the difference between adrenarche and gonadarche helps families understand the timing during which shared decision-making about gender-affirming medical therapies should be undertaken with their multidisciplinary team.

The importance of addressing other risks and benefits of pubertal suppression, both hypothetical and actual, cannot be overstated. Evidence supports the existence of surgical implications for transgender girls who proceed with pubertal suppression (van de Grift et al., 2020). Longitudinal data exists to demonstrate improvement in romantic and sexual satisfaction for adolescents receiving puberty suppression, hormone treatment and surgery (Bungener et al., 2020). A study on surgical outcomes of laparoscopic intestinal vaginoplasty (performed because of limited genital tissue after the use of puberty blockers) in transgender women revealed that the majority experienced orgasm after surgery (84%), although a specific correlation between sexual pleasure outcomes and the timing of pubertal suppression initiation was not discussed in the study (Bouman, van der Sluis et al., 2016), nor does the study apply to those who would prefer a different surgical procedure. This underscores the importance of engaging in discussions with families about the future unknowns related to surgical and sexual health outcomes.

### Statement 6.12.g

**The adolescent had at least 12 months of gender-affirming hormone therapy or longer, if required, to achieve the desired surgical result for gender-affirming procedures, including breast augmentation, orchiectomy, vaginoplasty, hysterectomy, phalloplasty, metoidioplasty, and facial surgery as part of gender-affirming treatment unless hormone therapy is either not desired or is medically contraindicated.**

GAHT leads to anatomical, physiological, and psychological changes. The onset of the anatomic effects (e.g., clitoral growth, breast growth, vaginal mucosal atrophy) may begin early after the initiation of therapy, and the peak effect is expected at 1–2 years (T'Sjoen et al., 2019). To

ensure sufficient time for psychological adaptations to the physical change during an important developmental time for the adolescent, 12 months of hormone treatment is suggested. Depending upon the surgical result required, a period of hormone treatment may need to be longer (e.g., sufficient clitoral virilization prior to metoidioplasty/phalloplasty, breast growth and skin expansion prior to breast augmentation, softening of skin and changes in facial fat distribution prior to facial GAS) (de Blok et al., 2021).

For individuals who are not taking hormones prior to surgical interventions, it is important surgeons review the impact of hormone therapy on the proposed surgery. In addition, for individuals undergoing gonadectomy who are not taking hormones, a plan for hormone replacement can be developed with their prescribing professional prior to surgery.

## Consideration of ages for gender-affirming medical and surgical treatment for adolescents

Age has a strong, albeit imperfect, correlation with cognitive and psychosocial development and may be a useful objective marker for determining the potential timing of interventions (Ferguson et al., 2021). Higher (i.e., more advanced) ages may be required for treatments with greater irreversibility, complexity, or both. This approach allows for continued cognitive/emotional maturation that may be required for the adolescent to fully consider and consent to increasingly complex treatments (see Statement 6.12c).

A growing body of evidence indicates providing gender-affirming treatment for gender diverse youth who meet criteria leads to positive outcomes (Achille et al., 2020; de Vries et al., 2014; Kuper et al., 2020). There is, however, limited data on the optimal timing of gender-affirming interventions as well as the long-term physical, psychological, and neurodevelopmental outcomes in youth (Chen et al., 2020; Chew et al., 2018; Olson-Kennedy et al., 2016). Currently, the only existing longitudinal studies evaluating gender diverse youth and adult outcomes are based on a specific model (i.e., the Dutch approach) that involved a comprehensive initial assessment with follow-up. In this approach, pubertal suppression was considered at age 12, GAHT at age 16, and

surgical interventions after age 18 with exceptions in some cases. It is not clear if deviations from this approach would lead to the same or different outcomes. Longitudinal studies are currently underway to better define outcomes as well as the safety and efficacy of gender-affirming treatments in youth (Olson-Kennedy, Garofalo et al., 2019; Olson-Kennedy, Rosenthal et al., 2019). While the long-term effects of gender-affirming treatments initiated in adolescence are not fully known, the potential negative health consequences of delaying treatment should also be considered (de Vries et al., 2021). As the evidence base regarding outcomes of gender-affirming interventions in youth continues to grow, recommendations on the timing and readiness for these interventions may be updated.

Previous guidelines regarding gender-affirming treatment of adolescents recommended partially reversible GAHT could be initiated at approximately 16 years of age (Coleman et al., 2012; Hembree et al., 2009). More recent guidelines suggest there may be compelling reasons to initiate GAHT prior to the age of 16, although there are limited studies on youth who have initiated hormones prior to 14 years of age (Hembree et al., 2017). A compelling reason for earlier initiation of GAHT, for example, might be to avoid prolonged pubertal suppression, given potential bone health concerns and the psychosocial implications of delaying puberty as described in more detail in Chapter 12—Hormone Therapy (Klink, Caris et al., 2015; Schagen et al., 2020; Vlot et al., 2017; Zhu & Chan, 2017). Puberty is a time of significant brain and cognitive development. The potential neurodevelopmental impact of extended pubertal suppression in gender diverse youth has been specifically identified as an area in need of continued study (Chen et al., 2020). While GnRH analogs have been shown to be safe when used for the treatment of precocious puberty, there are concerns delaying exposure to sex hormones (endogenous or exogenous) at a time of peak bone mineralization may lead to decreased bone mineral density. The potential decrease in bone mineral density as well as the clinical significance of any decrease requires continued study (Klink, Caris et al., 2015; Lee, Finlayson et al.,

2020; Schagen et al., 2020). The potential neg- ative psychosocial implications of not initiating puberty with peers may place additional stress on gender diverse youth, although this has not been explicitly studied. When considering the timing of initiation of gender-affirming hor- mones, providers should compare the potential physical and psychological benefits and risks of starting treatment with the potential risks and benefits of delaying treatment. This process can also help identify compelling factors that may warrant an individualized approach.

Studies carried out with trans masculine youth have demonstrated chest dysphoria is associated with higher rates of anxiety, depression, and dis- tress and can lead to functional limitations, such as avoiding exercising or bathing (Mehringer et al., 2021; Olson-Kennedy, Warus et al., 2018; Sood et al., 2021). Testosterone unfortunately does little to alleviate this distress, although chest masculinization is an option for some individuals to address this distress long-term. Studies with youth who sought chest masculinization surgery to alleviate chest dysphoria demonstrated good surgical outcomes, satisfaction with results, and minimal regret during the study monitoring period (Marinkovic & Newfield, 2017; Olson-Kennedy, Warus et al., 2018). Chest mas- culinization surgery can be considered in minors when clinically and developmentally appropriate as determined by a multidisciplinary team expe- rienced in adolescent and gender development (see relevant statements in this chapter). The duration or current use of testosterone therapy should not preclude surgery if otherwise indi- cated. The needs of some TGD youth may be met by chest masculinization surgery alone. Breast augmentation may be needed by trans feminine youth, although there is less data about this procedure in youth, possibly due to fewer individuals requesting this procedure (Boskey et al., 2019; James, 2016). GAHT, specifically estrogen, can help with development of breast tissue, and it is recommended youth have a min- imum of 12 months of hormone therapy, or lon- ger as is surgically indicated, prior to breast augmentation unless hormone therapy is not clinically indicated or is medically contraindicated.

Data are limited on the optimal timing for ini- tiating other gender-affirming surgical treatments in adolescents. This is partly due to the limited access to these treatments, which varies in differ- ent geographical locations (Mahfouda et al., 2019). Data indicate rates of gender-affirming surgeries have increased since 2000, and there has been an increase in the number of TGD youth seeking vaginoplasty (Mahfouda et al., 2019; Milrod & Karasic, 2017). A 2017 study of 20 WPATH-affiliated surgeons in the US reported slightly more than half had performed vaginoplasty in minors (Milrod & Karasic, 2017). Limited data are available on the outcomes for youth undergoing vaginoplasty. Small studies have reported improved psychosocial functioning and decreased gender dysphoria in adolescents who have undergone vaginoplasty (Becker et al., 2018; Cohen-Kettenis & van Goozen, 1997; Smith et al.,2001). While the sample sizes are small, these studies suggest there may be a benefit for some adolescents to having these pro- cedures performed before the age of 18. Factors that may support pursuing these procedures for youth under 18 years of age include the increased availability of support from family members, greater ease of managing postoperative care prior to transitioning to tasks of early adulthood (e.g., entering university or the workforce), and safety concerns in public spaces (i.e., to reduce trans- phobic violence) (Boskey et al., 2018; Boskey et al., 2019; Mahfouda et al., 2019). Given the complexity and irreversibility of these procedures, an assess- ment of the adolescent's ability to adhere to post- surgical care recommendations and to comprehend the long-term impacts of these procedures on reproductive and sexual function is crucial (Boskey et al., 2019). Given the complexity of phalloplasty, and current high rates of complications in com- parison to other gender-affirming surgical treat- ments, it is not recommended this surgery be considered in youth under 18 at this time (see Chapter 13—Surgery and Postoperative Care).

Additional key factors that should be taken into consideration when discussing the timing of interventions with youth and families are addressed in detail in statements 6.12a-f. For a summary of the criteria/recommendations for medically necessary gender-affirming medical treatment in adolescents, see Appendix D.

# Chapter 8
# Gender Dysphoria and Autism Spectrum Disorders



Aron Janssen

## Introduction

Sitting across from me in my office was a 13-year-old, here for a consultation while home from his residential treatment center with a request from his family on how best to understand and support his continued insistence that he be allowed to wear dresses and be referred to as a girl. Over the years of previous treatments, he's been diagnosed with many things—intellectual disability (IQ of 55), autism, and bipolar disorder—but none of these labels do anything to accurately describe this ebullient youngster who deftly differentiates between internal experience and external expectations of gender. In answering my request to draw a self-portrait, his response was "Should I draw it as I see myself or how others see me?" As the evaluation proceeded, it raised several important questions: How do we understand gender identity development in someone with intellectual disability and an autism spectrum disorder? How do we differentiate between symptoms of autism (including intense, restricted interests) and symptoms of gender dysphoria? How do we assess an individual's ability to understand the irreversible effects of medical and surgical interventions? Utilizing this patient's experience, we will review the literature into the overlap between autism and gender dysphoria and discuss the unique considerations when working with kids that experience both. Please note, for the sake of the case discussion, this patient used both "he/him" and "she/her" pronouns at various points during our work together. The pronouns used will reflect the patient's preference at the time.

A. Janssen, MD
Department of Child and Adolescent Psychiatry, NYU Langone Health, NYU Child Study Center, New York, NY, USA.
e-mail: aron.janssen@nyumc.org

© Springer International Publishing AG, part of Springer Nature 2018
A. Janssen, S. Leibowitz (eds.), *Affirmative Mental Health Care for Transgender and Gender Diverse Youth*, https://doi.org/10.1007/978-3-319-78307-9_8

121



## Brief Literature Review

Autism spectrum disorders (ASDs) are a set of neurodevelopmental disorders that are defined by deficits in two major domains. The first domain encompasses persistent deficits in social communication and interaction across multiple contexts. This could include difficulties in social-emotional reciprocity (i.e., difficulty with back and forth conversation), difficulties in nonverbal communication used for the purpose of social interaction (i.e., maintaining eye contact, using gestures, etc.), or difficulties in understanding complex social relationships. The second domain encompasses restricted and repetitive patterns of behavior, interests, or activities. This could include repetitive motor movements or speech (i.e., echolalia, frequent lining up of toys or rocking back and forth), an inflexible adherence to routines, interests that are highly fixated and abnormal in intensity or focus, or hyper- or hyporeactivity to sensory input [1]. Symptoms from both domains must be present in the early developmental period and must lead to significant impairments in functioning. The American Academy of Pediatrics recommends that all children should be screened for ASD during well doctor visits at 1.5 and 2 years of age. There are a number of available screening and diagnostic instruments and interviews available that have evidence-based support for their use in children suspected to have autism [2]. For children suspected to have an ASD, a further evaluation consisting of a parent/caregiver interview and an observational assessment should be employed to ensure the accuracy of the diagnosis.

Gender dysphoria, which has been described in depth earlier in this book, is defined primarily by a persistent incongruence between one's assigned sex at birth and expressed/experienced gender [1]. Over the last decade, there has been increased evidence to suggest an association between gender dysphoria, gender variance, and ASDs [3–6]. Current literature suggests a bidirectional relationship; that is, individuals presenting with gender dysphoria are more likely to have a co-occurring diagnosis of ASD, and individuals presenting with a diagnosis of ASD are more likely to have a co-occurring diagnosis of gender dysphoria. Current prevalence rates for ASD in the general population range from 0.3 to 1.16% [7], and individuals with ASDs are approximately seven times more likely to be gender variant than same aged peers [3, 5].

Gender dysphoria, gender variance, and ASDs are complex phenomena that are present among all populations of varying degrees of expression. Given their frequent overlap, researchers have sought to understand possible common shared etiologic mechanisms. Some have theorized a role for genetics, prenatal exposure to hormones, or even environmental toxins [8, 9], but these theories are speculative at best. Given the lack of research into the known mechanisms for social and gender identity development, we are left to use clinical observation to reflect on similarities and dissimilarities between those with autism, those with gender variance, and those with both.

Case reports on individuals with gender dysphoria and autism have pointed to unique presentations and treatment implications. Individuals with both gender

dysphoria and an ASD will commonly present with preoccupations that shape their life experiences, and this preoccupation may overlap with thinking about gender identity [10]. Furthermore, others have found that children with more profound intellectual disability, which frequently is present in children with ASDs, have more difficulty in establishing and articulating a gender identity that is consistent over time [11]. Jacobs et al. [12] discussed the role of impaired theory of mind and intolerance of ambiguity in shaping therapeutic interventions for individuals with both gender dysphoria and ASDs. These authors make a point to note that while there are unique elements to the individuals with autism and gender dysphoria, these unique elements should not be barriers to seeking out gender affirmative care.

In fact, the opposite is often the case. It is common for individuals with ASDs to have more difficulty in accessing transition-related care. Many practitioners are uncomfortable in assessing and/or working with individuals with both gender dysphoria and ASDs, and there is very limited pool of providers that have expertise (or even experience) with both. As such, individuals often face fragmented care with multiple different providers providing multiple different components to a treatment plan. However, for those of us lucky enough to work with this population, the rewards are self-evident, and there is a tremendous amount to learn by partnering with our patients to better understand their needs and experience.

## Diagnosis and Assessment

JM was born to a biological mother with a history of schizophrenia and polysubstance abuse, and she was known to have used multiple substances during the pregnancy. JM was born on time, via vaginal delivery. He was born with typical male genitalia and had otherwise typical development. There was initial opiate withdrawal after birth; otherwise, the immediate postnatal period was unremarkable. JM was given up for adoption and placed with a foster family that later adopted him. His fine and gross motor skills were delayed, and he didn't say his first word until age 3 and didn't speak in full sentences until age 5. He would be noted to frequently flap his hands, rock back and forth, and would often do the same physical task over and over again. He was identified for early intervention and was diagnosed with autism and referred for intensive treatment.

Notably, by age 3, JM began demonstrating a clear preference for more typical feminine play. JM was preferentially drawn to dolls and his mother's clothes and shoes. While there was little demonstrated interest in socializing with other children, he was more attracted to the games played by the girls in his parents' social circles. As he got older, he began to play dress up, and his father recalled how JM's face would light up when he was allowed to wear a very specific pink tulle skirt. When the family asked about the significance of this preference, they were told that while some kids with autism are drawn to maps or trains or dinosaurs, JM was drawn to dresses.

By age 5, JM began to get aggressive. He would often appear to be internally preoccupied, and he would go days without more than an hour or 2 of sleep. He appeared in these periods to be even more drawn to dress up and to his mother's clothes and make up, and when these items were restricted from use, as was directed by his treatment providers, he would become increasingly agitated and would throw things around the house. And yet, when his mood was stabilized, and he was again sleeping through the night, he continued to have clear preference toward feminine attire and appearance. He would pee only from a sitting position and began to ask his parents when he would develop breasts. While he never made statements such as "I am a girl," he did discuss his belief that he would become a girl when he grew up.

Multiple evaluations and repeated neuropsychological testing was done, which consistently reinforced the intellectual disability, the autism, and the bipolar disorder. And at every step along the way, these were the reasons given for JM's longing for femininity. By the time he reached his teen years, JM has been living in a residential treatment facility for the past 2 years to manage his increasingly unsafe behaviors at home. While there, he began to assert requests to wear girls' clothing and go by a girls' name. His treatment center, working from the recommendations by his outpatient providers that this preference was a "restricted interest," disallowed him from accessing any feminine attire, and he was admonished when he requested to use a girls' name.

JM's parents, having seen a documentary about transgender children, wondered if they needed a different approach and brought him for an evaluation with a gender specialist. In this initial evaluation, it was clear that while JM certainly met criteria for ASD and for bipolar disorder, JM also had lifelong gender dysphoria and a female identity that had never been affirmed. During the initial meeting, JM was eager to tell his story and told me that he has always felt like a girl, that he hates "(his) twig," and wants to live full time as a girl. He told me in the initial meeting that he was sure of this, and his history was consistent. In every period of his life, in every mood state, JM was a child that consistently affirmed a female identity. However, his conception of gender was different than many of the kids I have seen. For example, JM reported that while he preferred a female name and attire, he did not mind he/him pronouns. He used he/him when referring to himself regardless of how he was presenting and which name he utilized. His experience of his gender was more about his own feeling and experience rather than how others saw him. He cared less about if he was perceived of as a girl than about whether he was allowed to wear what he wanted to wear and how he saw himself. So when I asked him to draw a picture of himself, of course I told him to draw it how he saw himself, which was as a princess in a ball gown with long, blonde hair.

## Management

Given JM's clear gender dysphoria, we worked on a treatment plan to help JM manage the distress felt. First, the treatment center was educated on gender dysphoria and the role they can play in supporting JM in exploring identity rather than

restricting such developmentally appropriate tasks. Next, we worked with JM and family on social transition. Over a period of several months, JM transitioned to going by a girls' name full time, wearing girls' clothes (as she saw them), and she began to use she/her pronouns throughout the various contexts in her life.

There were unique challenges posed because of her co-occurring ASD. For example, JM could not understand why she couldn't wear a ball gown in every context and had a hard time understanding why others in her life had a hard time in using her new name and affirmed pronouns. She didn't appear to be particularly bothered by this but more perplexed. She had made the transition—why was it that not everyone seemed to notice? She needed help in constructing her narrative of her experience—how could she help others to understand her process, thereby helping herself to understand how others may think and react in certain situations. She had to learn about safety, bathroom use, and personal boundaries in a way that was at times much more explicit than others require.

Given JM's intellectual disability and ASD, one of the challenges in our work was establishing how to assess her capacity to make decisions that lead to irreversible and partially irreversible challenges. Given her limitations, this required more concrete examples of the risks, benefits, and alternatives through use of photos and videos to aid in discussions. We involved JM's parents in these discussions, and thankfully JM had parents that were supportive and appreciated the improvements that JM made with social transition and were eager to support JM in her decisions in her care.

As treatment progressed, and puberty began in earnest, she was able to articulate very clearly the increase in distress as a result of her changing body and a wish for puberty suppression. At 16, she has been living her life as a girl for over 2½ years and is about to start estrogen.

## Clinical Pearls and Pitfalls

JM was lucky to have a supportive family that had the means and the resources to seek out a second opinion regarding gender identity development and was able to access care that was affirming. This process had a profound positive effect on her life. However, it is easy to imagine that if JM's parents were less supportive, or if they lived in an area without access to a gender specialist, JM would still be living in an environment in which she was punished for asserting her identity as a girl. Access to affirming and effective care is a chronic problem for children with gender variance and even more so for children with gender variance and an ASD. Working with JM was a privilege, and JM was excited to know that her experience would help others like her. In discussing the case, there were several main points to review: implications for assessment and diagnosis, assessing an individual's ability to give consent, unique treatment implications, and ensuring access to care.

Diagnostically, individuals with ASDs often have intense restricted interests. For example, one of my patients with autism is obsessed with laundry soap. She knows every possible type of laundry soap, wants only to talk about laundry soap, and at

any given time will have two to three different kinds of travel size laundry soap that she carries with her to smell and to show off. If given the opportunity, she will spend an entire conversation entirely dedicated to laundry soap. This obsessive interest though has developed over time. When she was younger, she was obsessed with hair and would play with her own hair so much that it would take an hour every night for her father to untangle it. Often this kind of restricted interests are used by those skeptical of gender dysphoria to dismiss a child's assertion of their own gender. For example, some might say: "My child wanted to be a horse when she was younger—we didn't allow her to identity as a horse then, so why when she says she now wants to be a boy would I allow that?" The reality is that there is a different developmental process for gender identity than for a child's normal imaginative process of trying on different personas and interests. And yet, for some children with ASDs, these interests are so intense they disallow for easy exploration of other more complex aspects of the self. This then begs the question—how do we understand if a transgender identity is authentic or a restricted interest? And does it matter?

One factor to look for is consistency of expression. For some individuals with ASD (particularly those who are nonverbal), it is difficult for them to easily communicate their needs and desires. As such, for some kids, these needs might be expressed like it was for JM with statements consistent with a transgender identity. For others, this may be frequent tantrums when forced to wear the clothes typical of their assigned sex at birth or a frequent repetitive play with more stereotypically masculine or feminine toys. For individuals with gender dysphoria, we would expect that as a child consolidates their gender identity, there would be a consistency across time and situations. For JM, this meant that she espoused a female identity when manic, when euthymic, and when depressed. She espoused it at home, at school, and in residential treatment. While the skeptics will use the horse example, I have yet to hear of a child that will consistently espouse an identity of that of a horse consistently over years with a worsening with puberty. As such, while identity development in more complex among children with ASDs, it does not mean that they cannot tell us what we need to know, if only we learn how to listen.

Another factor to help in the assessment is by examining the impact of various interventions on the individuals functioning and sense of self. For JM, many interventions were put into place over the years to attempt to in some way decondition the gender identity and expression. Most notably, JM had some behavioral difficulties at the residential treatment center, and their treatment plan included attempts to reduce more feminine expression. This was in context to time spent at home in which JM was allowed to dress as she wanted and was demonstrably more bright and cheerful during those times. Similarly, when the residential treatment center began to allow JM to assert her identity as a girl, use she/her pronouns, and dress in dresses, the behavioral difficulties diminished. She continued to struggle at times with her mood and her thought disorder persisted, but her overall functioning significantly improved with each step taken in her social transition.

Social transition represents a completely reversible intervention with very few risks. The risks involved are mostly situational and include potential exposure to

bias and violence, which is important for the clinician and the family to address however possible. When considering the reversible and potentially irreversible interventions such as puberty blockers, cross sex hormones, and surgery, it is important to assess an individual's capacity to consent to these treatments. For JM, she had significant intellectual impairments; however, she spent much of her time looking at information around transition and had a surprising degree of knowledge of the risks of the various interventions. This will not be the case for all individuals with ASDs. This places clinicians, families, and the patients themselves in a potential bind. How do we know how best to proceed when a patient lacks the means to communicate an understanding of the risks, benefits, and alternatives to a particular intervention?

In working with JM and her family, we are able to work collaboratively to discuss both in individual sessions and in family sessions all the various options, including hormones. We used verbal means and pictures online to review the various expected changes and the possible risks involved. For JM, despite her limitations, she was able to provide a clear assent, and her parents were able to provide consent for the various interventions. For most patients with psychiatric disorders, the capacity to consent is retained, even during active illness, and it is important to note that delayed access to transition-related care is correlated with worse outcomes for transgender individuals. While clearly the consent process is more complex with these individuals, it is possible nevertheless to engage patients in a shared decision-making process.

In treatment with individuals with both gender dysphoria and ASDs, it is important to take into account the unique considerations for each patient. For JM, the interventions around the gender dysphoria was one of the most straightforward pieces of the treatment plan. For others, it is much more complex. For example, some patients struggle with understanding the social cues that are associated with gender role. One patient I was working with could not understand why her transition went unnoticed, and we had to work for her to understand that since she had not changed anything about her appearance, pronoun, or name, it was difficult for others to know that she was not asserting herself as a woman. Another patient who struggled to communicate his needs spent several months in therapy having a difficult time engaging and only was able to engage in therapy after it was discovered that it was not the interpersonal aspect of the therapy that was uncomfortable (which had been the assumption) but instead the patient's discomfort about the sound of his voice. Discomfort in one's voice is a common occurrence in transgender individuals, but this individual patient had difficulties in social communication at baseline which made it difficult for him to express this in a way that felt safe.

Much of the treatment of gender dysphoria involves interacting with various systems—the healthcare system, the educational system, the family system, the legal system, and often individuals with ASDs need more assistance in advocating for their needs in these varied environments. Clinicians working with people with ASDs and gender dysphoria play an important role in this vital advocacy.

A. Janssen

## Conclusion

Individuals with ASDs are more likely to have gender dysphoria, and individuals with gender dysphoria are more likely to have an ASD. As more attention is given to this overlap, we will continue to discover the diverse ways in which gender is understood and expressed. Having a different view of gender development should not lead to disenfranchisement from treatment; however, having autism has historically been a barrier to accessing transition-related care. I would argue that individuals with autism can at times break down the artificiality of the rigidity of gender identity and expression more effectively than their non-autistic peers. When practitioners can learn to partner with their patients, we will recognize how much they can teach us about their experiences and, by extension, our own.

## References

1. American Psychiatric Association. Diagnostic and statistical manual of mental disorders. 5th ed. Arlington, VA: American Psychiatric Publishing; 2013.
2. Huerta M, Lord C. Diagnostic evaluation of autism spectrum disorders. Pediatr Clin N Am. 2012;59(1):103–11.
3. Janssen A, Huang H, Duncan C. Gender variance among youth with autism spectrum disorders: a retrospective chart review. Transgender Health. 2016;1(1):63–8.
4. Van Schalkwyk G, Klingensmith K, Volkman F. Gender identity and autism spectrum disorders. Yale J Biol Med. 2015;88:81–3.
5. Strang J, Kenworthy L, Dominska A, Sokoloff J, Kenealy LE, Berl M, et al. Increased gender variance in autism spectrum disorders and attention deficit hyperactivity disorder. Arch Sex Behav. 2014;43:1525–33.
6. de Vries A, Noens I, Cohen-Kettenis P, van Berckelaer-Onnes IA, Doreleijers TA. Autism spectrum disorders in gender dysphoric children and adolescents. J Autism Dev Disord. 2010;40:930–6.
7. Eisabbagh M, Divan G, Koh YS, Kim YS, Kauchali S, Marcín C, et al. Global prevalence of autism and other pervasive developmental disorders. Autism Res. 2012;5:160–79.
8. Bejerot S, Humble MB, Gardner A. Endocrine disruptors, the increase of autism spectrum disorder and its comorbidity with gender identity disorder—a hypothetical association. Int J Androl. 2011;34(5:Pt. 2):e350.
9. Swan SH, Liu F, Hines M, Kruse RL, Wang C, Redmon JB, et al. Prenatal phthalate exposure and reduced masculine play in boys. Int J Androl. 2010;33:259–69.
10. Williams PG, Allard AM, Sears L. Case study: cross-gender preoccupations with two male children with autism. J Autism Dev Disord. 1996;26:635–42.
11. Lee A, Hobson RP. On developing self-concepts: a controlled study of children and adolescents with autism. J Child Psychol Psychiatry. 1998;39:1131–44.
12. Jacobs L, Rachlin K, Erickson-Schroth L, Janssen A. Gender dysphoria and co-occurring autism spectrum disorders: review, case examples and treatment considerations. LGBT Health. 2014;1:277–82.

Archives of Sexual Behavior (2019) 48:2003–2009
https://doi.org/10.1007/s10508-018-1382-5

SPECIAL SECTION: CLINICAL APPROACHES TO ADOLESCENTS WITH GENDER DYSPHORIA



# The Complexities of Treatment Planning for Transgender Youth with Co-Occurring Severe Mental Illness: A Literature Review and Case Study

Aron Janssen[1] · Samantha Busa[1] · Jeremy Wernick[1]

Received: 15 May 2017 / Revised: 14 December 2018 / Accepted: 15 December 2018 / Published online: 3 January 2019
© Springer Science+Business Media, LLC, part of Springer Nature 2019

## Abstract

Gender variance and dysphoria are present across all classes, ethnicities, and experiences, including among those with severe and chronic mental illness. In these, our most vulnerable populations, adequate assessment and treatment of gender dysphoria often is overlooked despite evidence that appropriate treatment of gender dysphoria leads to improvement in psychological functioning (Smith, van Goozen, Kuiper, & Cohen-Kettenis, 2005). The World Professional Association for Transgender Health recommend in their Standards of Care that somatic and surgical treatments for gender dysphoria should be made available to those with medical or mental illness with the caveat that "[the illness] must be reasonably well-controlled (2011)." In this article, we will utilize case-based material to elucidate the challenges of treating gender dysphoria in the context of complex mental illness such as bipolar disorder, schizophrenia, and sexual trauma, and the pitfalls of defining "well-controlled" for the sake of treatment.

**Keywords** Transgender youth · Consent · Gender dysphoria · Mental health

## Case Study

JB, who was assigned male at birth, was evaluated initially at age 13 at the request of his long-term psychiatrist for an evaluation of his gender identity and recommendations for his treatment plan. At the time of the initial consultation, JB was residing at a residential treatment center, where he had transferred after a prolonged hospitalization in the context of psychotic symptoms and ongoing difficulties with functioning secondary to his autism spectrum disorder (ASD) and developmental disabilities.

JB was born to a biological mother with an unclear past psychiatric history who used alcohol, methamphetamines, and other drugs during pregnancy and attempted suicide by ingestion of bleach in the first trimester. JB's biological mother did not have any prenatal care until the third trimester. JB was born with hypotonia and low birth weight. His adoptive parents were present at the delivery, and his early infancy was marked by an easy temperament and notable developmental delays in all areas. He qualified for early intervention, but it was noted that in addition to his global delays, he had limited interactivity with adults and by age 2 had not yet spoken a single word. He was diagnosed with ASD and referred for appropriate intervention.

Beginning as early as age 3, and continuing throughout his childhood, JB began to demonstrate clear preferences for more stereotypical female interests and play. His parents reported a preference for girls' clothes and hair and with his earliest speech made identity statements that pointed to an early identification of a female gender identity. Per his parents, he always gravitated toward dolls and anything pink and was avoidant of rough-and-tumble play. When given the opportunity, he would choose female characters and dress up as a girl, and when he did so, he would light up. Every Halloween was marked by dressing as a different Disney princess. His parents described that they never saw him as happy as when in his favorite princess dress. Per his father, he was not aware of any statements made about distress about his current body; however, he did report that JB would frequently ask about when he would develop breasts and when his penis would fall off.

✉ Aron Janssen
aron.janssen@nyumc.org

[1] Child Study Center, Department of Child and Adolescent Psychiatry, NYU Langone Medical Center, One Park Ave., 7th Floor, New York, NY 10016, USA



EXHIBIT

Janssen

11

4-12-24

🕔 Springer

2004

Archives of Sexual Behavior (2019) 48:2003–2009

As JB progressed through his development, his psychiatric symptoms became more complex. He was initially assessed to have a mood disorder and ASD, and there was concern about the impact of fetal exposures on his development. He was quite impulsive, and he had frequent tantrums and dangerous behaviors that were difficult to safely manage at home. He would put things in the electrical sockets and could be quite emotionally labile, bursting into tears with the slightest provocation. He had periods of aggression and fixation on enacting violence toward his mother. He was described as having a degree of paranoia about his mother that was thought to be psychotic, and there was a blurred line between his fantasy play and overt auditory hallucinations. Importantly, throughout the various medication trials, and both when he had acute mood and psychotic symptoms and when these symptoms were in remission, his gender identity assertion remained consistent. He continued to express preference for the female gender and solidified his belief that he is a girl. Throughout his childhood, this was interpreted as a restricted or repetitive interest and conceptualized as a symptom of his ASD. As such, JB's parents were advised to discourage any stereotypically feminine behavior, and by the time of his initial gender evaluation, he had been "dressing in a masculine manner" as one of his components of his behavior plan at his residential treatment center. At home, however, beginning when JB was 11, despite the recommendations of his providers, his parents have allowed him to dress up however he wished when at home.

During the evaluation, JB was very articulate about his gender identity development. Despite having previously been tested as having a full scale IQ of 54, he was able to speak about his experience of gender with a surprising amount of nuance and demonstrable theory of mind. JB reported very clearly that he has always been a girl and has demonstrated improved mental health and cognitive progress when he has been able to dress in a way that aligned with his sense of self. He reported a clear desire to socially transition, has picked out a name, and read online about estrogen and about gender confirmation surgery, all of which he is hoping for. Notably, JB had frequent pronoun reversals, which is typical for youth with ASD, and while he identified clearly as a girl, he reported not having any preference for pronouns, and ultimately used male or female pronouns to mark periods of his life. At the time of his initial gender evaluation, he met full diagnostic criteria for ASD and intellectual disability with a rule-out for bipolar disorder with psychotic features. His gender dysphoria was clear and consistent across time and across varying periods of remission and recurrence of his mood and psychotic symptoms. As a part of his initial visit, JB requested assistance in being able to use his preferred name at his residential treatment center and dress like the other girls there. It is also important to note that despite being 13, JB had not yet entered puberty and had not reported any interest in or history of sexual encounters, fantasy, or masturbation.

After the initial evaluation, it was recommended that JB's treatment center be educated about gender dysphoria and the benefits of social transition. Subsequently, the treatment center successfully allowed JB to socially transition (and participate in shaping their new dress code policy), and JB began to use her female name and pronouns across all settings. Over the course of the next several years, she continued to be seen in our clinic for consultation, and while her psychiatric symptoms waxed and waned, her gender dysphoria did not. When she started puberty, she was referred for puberty suppression, and with the consent of her parents, she began estrogen at age 16. Her co-occurring psychiatric symptoms did not significantly change with the initiation of estrogen, though she described feeling much more comfortable in her body. She continues to require tremendous psychiatric support and residential treatment, but as a result of her treatment of her gender dysphoria, she was able to gain more confidence in her sense of self and was able to feel comfortable enough in her therapy to begin to explore her sexual identity and the complex interface with her past history of sexual abuse, which she had not told anyone until after her transition. She reported feeling newly confident in her sense of self and has described a desire for vaginoplasty when she turns 18. Of note, other elements of this case have been reported elsewhere (Janssen, 2018).

## Literature Review

As identified through the case study above, gender dysphoria can co-occur with severe mental health issues; however, studying mental health issues in transgender youth is difficult, as the current literature is varied depending on method of the research and where the research is conducted (Fuss, Auer, & Briken, 2015). Gender dysphoria is present across all classes, ethnicities, and experiences, including those with severe mental illness, yet the research is lacking. The adult literature is consistent in the assertion that rates of psychiatric diagnoses in transgender adults vary greatly among studies, including rates of schizophrenia, mood, and anxiety disorders (Gijs, van der Putten-Bierman, & De Cuypere, 2014). The authors stress the importance that not all individuals who have gender dysphoria also have a co-occurring mental health diagnosis; however, it is important to address comorbidities if they do exist.

Literature that exists on the overall prevalence of gender dysphoria and co-occurring mental health issues, particularly among children and adolescents, has not provided a clear picture. A major difficulty in this literature is that there is no routine screening for gender identity in most non-specialty clinics. In general, studies of transgender youth include a high proportion of transgender youth seen in the mental health setting. In a recent study conducted in Finland assessing case files in a clinic for children applying for gender affirmative surgery, the number of referrals for mental health difficulties in gender

Springer

Archives of Sexual Behavior (2019) 48:2003–2009

were high, indicating that 75% were seeking psychiatric services for reasons other than gender dysphoria (Kaltiala-Heino, Sumia, Tyolajarvi, & Lindberg, 2015). Despite this, many of these individuals did not meet criteria for a mental health disorder other than gender dysphoria. In contrast, we also know that having a diagnosis of gender dysphoria places children and adolescents at a higher risk for a variety of mental health concerns. In a study of gender dysphoric adolescents, 67.6% had no Axis I diagnosis, while 32.4% had at least one Axis I diagnosis and 15.2% had at least two diagnoses (de Vries, Doreleijers, Steensma, & Cohen-Kettenis, 2011). In one study, 56% of transgender boys and 47% of transgender girls met criteria for an additional diagnosis, compared to an 67% of the ADHD control group (Wallien, Swaab, & Cohen-Kettenis, 2007). While the majority of individuals in this study did not have an Axis I disorder, the proportion of individuals with a diagnosis was higher than the general adolescent population.

The literature varies in the range of percentages of individuals with co-occurring disorders. For example, the range for depressive symptoms ranges from 6 to 42% (Holt, Skagerberg, & Dunsford, 2016; Skagerberg, Parkinson, & Carmichael, 2013; Wallien et al., 2007), with suicide attempts ranging between 10 and 45% (Mustanski, Garofalo, & Emerson, 2010; Reisner et al., 2015). Self-injurious thoughts and behaviors are thought to range from 14 to 39% (Holt et al., 2016; Skagerberg et al., 2013). Anxiety disorders and disruptive behavior difficulties including ADHD are also prevalent (de Vries et al., 2011; Mustanski et al., 2010; Wallien et al., 2007). There are also high proportions of gender dysphoria and overlap with ASD (de Vries, Noens, Cohen-Kettenis, van Berckelaer-Onnes, & Doreleijers, 2010; Jacobs, Rachlin, Erickson-Schroth, & Janssen, 2014; Janssen, Huang, & Duncan, 2016; May, Pang, & Williams, 2016; Strang et al., 2014, 2016). Specifically, some studies have identified that restricted interests related to gender could be an indicator of the link between ASD and Gender Dysphoria (VanderLaan et al., 2015). Other studies have seen a higher representation of natal females presenting with both gender dysphoria, autism, and other developmental delays (Kaltiala-Heino et al., 2015).

When we compare transgender and cisgender youth, we see higher rates of mental health concerns for transgender youth across a variety of symptomology, including depression, anxiety, suicidal ideation and attempts, non-suicidal self-injurious behaviors, and higher rates of inpatient and outpatient psychological treatment (Reisner et al., 2015). There are a number of potential reasons that suggest the elevated rates of mental health concerns, including the social stress associated with a transgender or gender non-conforming identity. Transgender youth are exposed to high levels of discrimination and marginalization as well as poor access to care; however, not all gender nonconforming youth experience significant psychological distress. Most gender non-conforming youth report social exclusion, parental rejection, and high levels of discrimination, bullying,

and violence (Bauer, Scheim, Pyne, Travers, & Hammond, 2015). Moreover, some researches demonstrate that the rate of psychopathology among transgender youth is comparable to that of cisgender youth and parental rejection may be a better predictor of psychological function in adulthood (Coker, Austin, & Schuster, 2010; Espelage, Aragon, & Birkett, 2008; Russell, Ryan, Toomey, Diaz, & Sanchez, 2011; Simon, Zsolt, Fogd, & Czobor, 2011).

Emerging literature suggests that social transition can be a protective factor for transgender youth. A recent longitudinal study assessed transgender youth between the ages of 9–14 matched to control subjects or siblings to determine depression and anxiety symptom differences. When matched to control subjects or siblings, transgender youth who have socially transitioned report no differences in depression and slightly higher levels of anxiety (Durwood, McLaughlin, & Olson, 2017) which is in significant contrast to youth who have not socially transitioned. In addition to the literature addressing social transition, there is also evidence that medical interventions have positive impacts on both gender dysphoria symptoms and global psychological functioning (Costa et al., 2015; de Vries et al., 2014; Smith, van Goozen, Kuiper, & Cohen-Kettenis, 2005). Studies have shown that children followed prospectively after being treated with gonadotropin-releasing hormone analogues (GNRHa) for gender dysphoria have comparable psychological adjustment when compared to cisgender controls (de Vries et al., 2014). Cohen-Kettenis, Schagen, Steensma, de Vries, and Delemarre-van de Waal (2011) conducted a longitudinal case study of an adolescent who had puberty suppression treatment at 13 years of age, testosterone treatment at 18 years of age, and gender-affirming surgeries at 20 and 22 years of age. Psychologically, this individual reported no regrets about the treatment protocol and was functioning well psychologically, intellectually, and socially. In addition to this case study, adolescents who used puberty suppression had decreased behavioral and emotional difficulties, though still experienced body dissatisfaction in a study of individuals who received puberty suppression between 2000 and 2008. Despite this, adolescents in this study experienced fewer depressive symptoms and overall improvement in general functioning. Feelings of anger, anxiety, and gender dysphoria remained the same (de Vries et al., 2014).

In addition to social transition and access to gender-affirming medical interventions, numerous recent studies indicate that social and parental support are protective against a variety of risk factors for gender non-conforming youth (Bauer et al., 2015; Darby-Mullins & Murdock, 2007; Davey, Bouman, Arcelus, & Meyer, 2014; Espelage et al., 2008; Friedman, Koeske, Silvestre, Korr, & Sites, 2006; Ryan, Huebner, Diaz, & Sanchez, 2009; Stanton et al., 2004). Although developmental research continues to demonstrate the impact of both social support and parenting have on children and adolescents, less is known about the mechanisms by which youth experiencing gender dysphoria benefit from supportive environments.

 Springer

2006

Archives of Sexual Behavior (2019) 48:2003–2009

However, it is clear that there is a correlation between perceived support across settings and long-term psychological adjustment (Espelage et al., 2008).

In addition, a growing body of research suggests that these psychiatric problems may be the consequence of environmental factors related to poor psychological adjustment. (D'Augelli, Grossman, & Starks, 2006; de Vries et al., 2011; Simon et al., 2011). For example, research indicates that parental support is consistently protective against risk factors for psychological distress. While there are a variety of risk factors that are not feasible for targeted intervention, parental support is a modifiable factor associated with decreased anxiety, fewer post-traumatic stress symptoms, greater life satisfaction, reduced suicidal ideation, and fewer suicide attempts (Bauer et al., 2015; Bouris et al., 2010; Davey et al., 2014). Parental rejection during adolescence specifically is associated with substance use, increased sexual health risks, and poorer physical health outcomes (Ryan et al., 2009). However, the risks of enduring gender dysphoria without medical or psychosocial intervention are also significant. The development of unwanted sex characteristics and restricting of cross-gender role expression in youth experiencing gender dysphoria are associated with increased anxiety and depression (Byne et al., 2012; Drescher & Byne, 2012).

Gender dysphoria among children and adolescents necessitates gender affirmative services and interventions. As previously mentioned, The World Professional Association for Transgender Health (WPATH) recommends that medical interventions for gender dysphoria should be made available as long as any medical and mental illness is "reasonably well-controlled" (Coleman et al., 2011). Unfortunately, several ethical concerns restrict access to and complicate the provision of these services. Disparate legislation about children and adolescents' ability to consent and/or assent to medical interventions has contributed to long-standing difficulties among transgender youth accessing gender-affirming services (Giordano, 2014; Levin, 2017; Romero & Reingold, 2013). Although youth are entitled to sexual and reproductive healthcare in the USA, medical decision making is typically left to the parents or legal representatives due to a presumption of decisional incapacity (Romero & Reingold, 2013). Healthcare policies differ by state, and only some states designate that minors are capable of consenting to services related to sexually transmitted infections, pregnancy, and mental health disorders without parental consent or knowledge (Romero & Reingold, 2013). The capacity to provide informed consent in children and adolescents typically depends on subjective cognitive and developmental characteristics of the patient, rather than a particular age.

Patients are typically deemed capable of consenting to medical interventions when they can understand the information relevant to the treatment, consider choices in accordance with personal/family values, assess potential risks, and are able to communicate verbally or nonverbally with caregivers (Giordano, 2014). However, for youth seeking gender-affirming medical interventions, the number and type of interventions as well as the order in which these interventions take place vary from person to person. For some medical providers and parents, the complexity of gender-affirming medical services and informed consent variability complicates (transgender adolescents' entitlement to health services that facilitate self-determination of gender identity (Romero & Reingold, 2013). Informed consent in the treatment of youth with gender dysphoria necessitates a standard of allowing children and adolescents to assent to treatment given a developmentally appropriate understanding of potential consequences of medical intervention (Cavanaugh, Hopwood, & Lambert, 2016).

One of the primary tasks of health professionals providing services to youth experiencing gender dysphoria is to evaluate the extent to which the patient and their family understand the short- and long-term consequences of gender-affirming medical interventions (Levine, 2017). Mental health professionals specifically conduct comprehensive evaluations to assess for concurrent mental health vulnerabilities, treatment adherence concerns, familial attitudes and beliefs about gender identity, and a reasonable capacity for informed consent (Byne et al., 2012). Difficulties with minors providing informed consent to gender-affirming medical interventions often reflects professional discomfort with uncertainty and family-specific cultural perspectives on gender diversity (Cavanaugh et al., 2016). In considering their own lived experience, minors experiencing gender dysphoria are responsible for considering how the knowledge provided by healthcare professionals about medical interventions aligns with their cultural and social contexts (Cavanaugh et al., 2016; Drescher & Byne, 2012; Levine, 2017; Romero & Reingold, 2013). However, healthcare professionals must balance patients' rights to autonomy and self-determination with clear evaluation of a minor's capacity to consider the potential risks and benefits of gender-affirming medical services. The movement toward facilitating informed consent from youth experiencing gender dysphoria does not preclude mental health treatment and acknowledges the possibility that some minors may be incapable of providing informed consent. However, many experts in the field argue that healthcare professionals providing gender-affirming medical interventions must assume that youth experiencing gender dysphoria are just as capable of providing informed consent as other minors consenting to sexual and reproductive health services (Giordano, 2008, 2014).

## Conclusions

When thinking about the case of JB, it was clear that gender dysphoria was a primary concern along with a number of concerning psychiatric symptoms including ASD, intellectual disability, aggression, mood lability, and psychotic symptoms. The presentation was complex, yet nuanced assessment

Springer

Archives of Sexual Behavior (2019) 48:2003–2009

allowed the patient to have a voice within treatment planning. JB was involved in all decisions made regarding treatment planning in our clinic. Some might worry that JB was not able to consent or assent to medical interventions; however, she was able to express a real wish for treatment and understood to the best of her ability the risks and benefits of those choices. Through developmentally appropriate education and conversation, the team worked with JB and her family and valued their participation in the decision making process.

JB's persistent gender dysphoria symptoms were a significant factor in recommendations for medical interventions. The comprehensive evaluation over time with an expert in the field, paired with an extensive history provided by the parents, helped make the argument for the medical necessity of gender affirmative care. The primary clinician was able to elucidate a long-standing pattern of a gender identity that was different than JB's sex assigned at birth. The complex interaction between ASD and co-occurring gender dysphoria was important to consider in this case. Through the literature, we know there are high rates of comorbidity of ASD and Gender Dysphoria. Previous providers prematurely labeled the desire to be a girl as solely a restrictive and repetitive behavior, rather than considering the possibility that the child could have an ASD as well as question her gender identity. In addition, while her symptoms waxed and waned, JB continued to assert a female identity. We would expect JB's identity to waver with her symptoms and through the developmental process (as restrictive interests can change over time) if it was related to a repetitive and restricted interest, rather than a true female identity.

Parental and community support also played a significant role in working with JB. When JB's prior providers discouraged her parents from allowing her to dress up and play with dolls, her parents allowed her to. This support was protective toward her building a nuanced sense of self. Furthermore, her residential treatment facility successfully allowed JB to socially transition, which had clear benefits not only for JB, but also for the staff at the treatment center, who were able to see a much happier side of JB. Had these interventions and support not had been used, it is hard to know how JB's psychiatric symptoms might have been impacted. The literature suggests that parental support is a protective factor for these youth, and without support outcomes are worsened. We do not know whether JB would have been able to disclose her sexual trauma without this gender affirmative care.

In addition, it was clear that the psychiatric symptoms were independent of interventions related to transition. She understood to the best of her ability the risks and benefits of the medical services, and specifically asked for medical intervention as her gender dysphoria persisted. While it is unclear whether her psychiatric symptoms are "reasonably well controlled (WPATH, 2011)," the persistence of JB's gender dysphoria along with her strong desire and understanding of

the medical interventions helped the team working with her understand the necessity of gender affirmative interventions. The role of medical and mental health professionals is not to arbitrate identity, but to work collaboratively with the patient and family to optimize outcomes, whatever they may be. For JB, this approach made all the difference.

## References

Bauer, G. R., Scheim, A. I., Pyne, J., Travers, R., & Hammond, R. (2015). Intervenable factors associated with suicide risk in transgender persons: A respondent driven sampling study in Ontario, Canada. *BMC Public Health, 15*, 525. https://doi.org/10.1186/s12889-015-1867-2.

Bouris, A., Guilamo-Ramos, V., Pickard, A., Shiu, C., Loosier, P. S., Dittus, P., ... Waldmiller, J. M. (2010). A systematic review of parental influences on the health and well-being of lesbian, gay, and bisexual youth: Time for a new public health research and practice agenda. *Journal of Primary Prevention, 31*(5–6), 273–309. https://doi.org/10.1007/s10935-010-0229-1.

Byne, W., Bradley, S. J., Coleman, E., Eyler, A. E., Green, R., Menvielle, E. J., & Tompkins, D. A. (2012). Report of the American Psychiatric Association Task Force on Treatment of Gender Identity Disorder. *Archives of Sexual Behavior, 41*(4), 759–796. https://doi.org/10.1007/s10508-012-9975-x.

Cavanaugh, T., Hopwood, R., & Lambert, C. (2016). Informed consent in the medical care of transgender and gender-nonconforming patients. *AMA Journal of Ethics, 18*(11), 1147–1155.

Cohen-Kettenis, P. T., Schagen, S. E. E., Steensma, T. D., de Vries, A. L. C., & Delemarre-van de Waal, H. A. (2011). Puberty suppression in a gender-dysphoric adolescent: A 22-year follow-up. *Archives of Sexual Behavior, 40*, 843–847. https://doi.org/10.1007/s10508-011-9758-9.

Coker, T. R., Austin, S. B., & Schuster, M. A. (2010). The health and health care of lesbian, gay, and bisexual adolescents. *Annual Review of Public Health, 31*, 457–477. https://doi.org/10.1146/annurev.publhealth.012809.103636.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., ... Zucker, K. (2011). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, Version 7. *International Journal of Transgenderism, 13*(4), 165–232. https://doi.org/10.1080/15532739.2011.700873.

Costa, R., Dunsford, M., Skagerberg, E., Holt, V., Carmichael, P., & Colizzi, M. (2015). Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *Journal of Sexual Medicine, 12*(11), 2206–2214. https://doi.org/10.1111/jsm.13034.

D'Augelli, A. R., Grossman, A. H., & Starks, M. T. (2006). Childhood gender atypicality, victimization, and PTSD among lesbian, gay, and bisexual youth. *Journal of Interpersonal Violence, 21*(11), 1462–1482.

Darby-Mullins, P., & Murdock, T. B. (2007). The influence of family environment factors on self-acceptance and emotional adjustment among gay, lesbian, and bisexual adolescents. *Journal of GLBT Family Studies, 3*(1), 75–91. https://doi.org/10.1300/J461v03n01_04.

Davey, A., Bouman, W. P., Arcelus, J., & Meyer, C. (2014). Social support and psychological well-being in gender dysphoria: A comparison of patients with matched controls. *Journal of Sexual Medicine, 11*(12), 2976–2985. https://doi.org/10.1111/jsm.12681.

de Vries, A. L., Doreleijers, T. A., Steensma, T. D., & Cohen-Kettenis, P. T. (2011). Psychiatric comorbidity in gender dysphoric

⁑ Springer

adolescents. *Journal of Child Psychology and Psychiatry, 52*(11), 1195–1202. https://doi.org/10.1111/j.1469-7610.2011.02426.x.

de Vries, A. L., McGuire, J. K., Steensma, T. D., Wagenaar, E. C., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics, 134*(4), 696–704. https://doi.org/10.1542/peds.2013-2958.

de Vries, A. L., Noens, I. L., Cohen-Kettenis, P. T., van Berckelaer-Onnes, I. A., & Doreleijers, T. A. (2010). Autism spectrum disorders in gender dysphoric children and adolescents. *Journal of Autism and Developmental Disorders, 40*(8), 930–936. https://doi.org/10.1007/s10803-010-0935-9.

Drescher, J., & Byne, W. (2012). Gender dysphoric/gender variant (GD/GV) children and adolescents: summarizing what we know and what we have yet to learn. *Journal of Homosexuality, 59*(3), 501–510. https://doi.org/10.1080/00918369.2012.653317.

Durwood, L., McLaughlin, K. A., & Olson, K. R. (2017). Mental health and self-worth in socially transitioned transgender youth. *Journal of the American Academy of Child & Adolescent Psychiatry's, 56*(2), 116–123 e11. https://doi.org/10.1016/j.jaac.2016.10.016.

Espelage, D., Aragon, S., & Birkett, M. (2008). Homophobic teasing, psychological outcomes, and sexual orientation among high school students: What influence do parents and schools have? *School Psychology Review, 37*(2), 202–216.

Friedman, M. S., Koeske, G. F., Silvestre, A. J., Korr, W. S., & Sites, E. W. (2006). The impact of gender-role nonconforming behavior, bullying, and social support on suicidality among gay male youth. *Journal of Adolescent Health, 38*(5), 621–623. https://doi.org/10.1016/j.jadohealth.2005.04.014.

Fuss, J., Auer, M. K., & Briken, P. (2015). Gender dysphoria in children and adolescents: A review of recent research. *Current Opinion in Psychiatry, 28*(6), 430–434. https://doi.org/10.1097/YCO.0000000000000203.

Gijs, L., van der Putten-Bierman, E., & De Cuypere, G. (2014). Psychiatric comorbidity in adults with gender identity problems. In B. P. C. Kreukels, T. D. Steensma, & A. L. C. de Vries (Eds.), *Gender dysphoria and disorders of sex development: Progress in care and knowledge* (pp. 255–276). New York, NY: Springer.

Giordano, S. (2008). Lives in a chiaroscuro. Should we suspend the puberty of children with gender identity disorder? *Journal of Medical Ethics, 34*(8), 580–584. https://doi.org/10.1136/jme.2007.021097.

Giordano, S. (2014). Medical treatment for children with gender dysphoria: Conceptual and ethical issues. In B. P. C. Kreukels, T. D. Steensma, & A. L. C. de Vries (Eds.), *Gender dysphoria and disorders of sex development: Progress in care and knowledge* (pp. 205–230). New York, NY: Springer. https://doi.org/10.1007/978-1-4614-7441-8_11.

Holt, V., Skagerberg, E., & Dunsford, M. (2016). Young people with features of gender dysphoria: Demographics and associated difficulties. *Clinical Child Psychology and Psychiatry, 21*(1), 108–118. https://doi.org/10.1177/1359104514558431.

Jacobs, L. A., Rachlin, K., Erickson-Schroth, L., & Janssen, A. (2014). Gender dysphoria and co-occurring autism spectrum disorders: Review, case examples, and treatment considerations. *LGBT Health, 1*(4), 277–282. https://doi.org/10.1089/lgbt.2013.0045.

Janssen, A. (2018) Gender dysphoria and autism spectrum disorders. In A. Janssen & S. Leibowitz (Eds.), *Affirmative mental health care for transgender and gender diverse youth* (pp. 123–125). New York, NY: Springer. https://doi.org/10.1007/978-3-319-78307-9.

Janssen, A., Huang, H., & Duncan, C. (2016). Gender variance among youth with autism spectrum disorders: A retrospective chart review. *Transgender Health, 1*(1), 63–68. https://doi.org/10.1089/trgh.2015.0007.

Kaltiala-Heino, R., Sumia, M. Tyolajarvi, M., & Lindberg, N. (2015). Two years of gender identity service for minors: Overrepresentation of natal girls with severe problems in adolescent development. *Child and Adolescent Psychiatry and Mental Health, 9*, 9. https://doi.org/10.1186/s13034-015-0042-y.

Levine, S. B. (2017), Ethical concerns about emerging treatment paradigms for gender dysphoria. *Journal of Sex and Marital Therapy, 44*(1), 29–44. https://doi.org/10.1080/0092623X.2017.1309482.

May, T., Pang, K., & Williams, K. J. (2016). Gender variance in children and adolescents with autism spectrum disorder from the National Database for Autism Research. *International Journal of Transgenderism, 18*(1), 7–15. https://doi.org/10.1080/15532739.2016.1241976.

Mustanski, B. S., Garofalo, R., & Emerson, E. M. (2010). Mental health disorders, psychological distress, and suicidality in a diverse sample of lesbian, gay, bisexual, and transgender youths. *American Journal of Public Health, 100*(12), 2426–2432. https://doi.org/10.2105/AJPH.2009.178319.

Reisner, S. L., Vetters, R., Leclerc, M., Zaslow, S., Wolfrum, S., Shumer, D., & Mimiaga, M. J. (2015). Mental health of transgender youth in care at an adolescent urban community health center: A matched retrospective cohort study. *Journal of Adolescent Health, 56*(3), 274–279. https://doi.org/10.1016/j.jadohealth.2014.10.264.

Romero, K., & Reingold, R. (2013). Advancing adolescent capacity to consent to transgender-related health care in Columbia and the USA. *Reproductive Health Matters, 21*(41), 186–195. https://doi.org/10.1016/s0968-8080(13)41695-6.

Russell, S. T., Ryan, C., Toomey, R. B., Diaz, R. M., & Sanchez, J. (2011). Lesbian, gay, bisexual, and transgender school victimization: Implication for young adult health and adjustment. *Journal of School Health, 81,* 223–230.

Ryan, C., Huebner, D., Diaz, R. M., & Sanchez, J. (2009). Family rejection as a predictor of negative health outcomes in white and Latino lesbian, gay, and bisexual young adults. *Pediatrics, 123*(1), 346–352. https://doi.org/10.1542/peds.2007-3524.

Simon, L., Zsolt, U., Fogd, D., & Czobor, P. (2011). Dysfunctional core beliefs, perceived parenting behavior and psychopathology in gender identity disorder: A comparison of male-to-female, female-to-male transsexual and nontranssexual control subjects. *Journal of Behavior Therapy and Experimental Psychiatry, 42*(1), 38–45. https://doi.org/10.1016/j.jbtep.2010.08.004.

Skagerberg, E., Parkinson, R., & Carmichael, P. (2013). Self-harming thoughts and behaviors in a group of children and adolescents with gender dysphoria. *International Journal of Transgenderism, 14*(2), 86–92. https://doi.org/10.1080/15532739.2013.817321.

Smith, Y. L. S., van Goozen, S. H. M., Kuiper, A. J., & Cohen-Kettenis, P. T. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychological Medicine, 35*(1), 89–99. https://doi.org/10.1017/s0033291704002776.

Stanton, B., Cole, M., Galbraith, J., Xiaoming, L., Pendleton, S., Cottrel, L., ... Kaljee, L. (2004). Randomize trial of a parent intervention: Parents can make a difference in long-term adolescent risk behaviors, perceptions, and knowledge. *Archive of Pediatric and Adolescent Medicine, 158,* 947–955.

Strang, J. F., Kenworthy, L., Dominska, A., Sokoloff, J., Kenealy, L. E., Berl, M., ... Wallace, G. L. (2014). Increased gender variance in autism spectrum disorders and attention deficit hyperactivity disorder. *Archives of Sexual Behavior, 43*(8), 1525–1533. https://doi.org/10.1007/s10508-014-0285-3.

Strang, J. F., Meagher, H., Kenworthy, L., de Vries, A. L., Menvielle, E., Leibowitz, S., ... Anthony, L. G. (2016). Initial clinical guidelines for co-occurring autism spectrum disorder and gender dysphoria or incongruence in adolescents. *Journal of Clinical*

🖄 Springer

Archives of Sexual Behavior (2019) 48:2003–2009

2009

*Child and Adolescent Psychology, 47*(1), 105–115. https://doi.org/10.1080/15374416.2016.1228462.

VanderLaan, D. P., Postema, L., Wood, H., Singh, D., Fantus, S., Hyun, J., ... Zucker, K. J. (2015). Do children with gender dysphoria have intense/obsessional interests? *Journal of Sex Research, 52*(2), 213–219. https://doi.org/10.1080/00224499.2013.860073.

Wallien, M. S., Swaab, H., & Cohen-Kettenis, P. T. (2007). Psychiatric comorbidity among children with gender identity disorder.

*Journal of the American Academy of Child and Adolescent Psychiatry, 46*(10), 1307–1314. https://doi.org/10.1097/chi.0b013e3181373848.

**Publisher's Note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.



# Chapter 3
# Transgender Adolescents and the Gender-Affirming Interventions: Pubertal Suppression, Hormones, Surgery, and Other Pharmacological Interventions



**Samantha M. Busa, Scott Leibowitz, and Aron Janssen**

## Introduction

*I think I always just hoped that I would never get my period. I know I was in denial, but I still had this wish that perhaps it would skip me by.*

Prior to the beginning stages of puberty, apart from the genitalia, there is little that separates the phenotypic appearance of boys and girls. Prior to this stage of development, it truly is the clothes, hair, and demeanor that identify the boy or girl. For youth with gender dysphoria that intensifies or presents at the onset of puberty and adolescence, it is a time for identity consolidation as well as potential anxiety. It is at this time that the body begins to develop the secondary sex characteristics that differentiate men from women, and just like the teen quoted above, it is a time in which transgender youth must confront change in their bodies that may not be welcome. In this chapter, we will review the physiology of puberty and the medical and surgical interventions available for youth with gender dysphoria. Of note, the use of the term *medical* is in reference to those interventions that require prescriptions and are not provided by psychiatrists. It is important to clarify that psychiatric interventions, even if not exogenous in nature (e.g., psychological interventions),

S. M. Busa, PsyD (✉)
Department of Child and Adolescent Psychiatry, Hassenfeld Children's
Hospital at NYU Langone, New York, NY, USA
e-mail: Samantha.Busa@nyumc.org

S. Leibowitz, MD
Department of Psychiatry, THRIVE Gender and Sex Development Program
Nationwide Children's Hospital, Columbus, OH, USA

Department of Psychiatry, The Ohio State University College of Medicine,
Columbus, OH, USA

A. Janssen, MD
Department of Child and Adolescent Psychiatry, NYU Langone Health,
NYU Child Study Center, New York, NY, USA

© Springer International Publishing AG, part of Springer Nature 2018
A. Janssen, S. Leibowitz (eds.), *Affirmative Mental Health Care for Transgender and Gender Diverse Youth*, https://doi.org/10.1007/978-3-319-78307-9_3

49



can also be considered *medical*; however, for the purposes of clarity, in this chapter, *medical* interventions refer to those interventions distinct from psychological or social interventions described in the previous chapter.

## Pubertal Stages, Physical Changes, and Hormonal Changes

Puberty is a stage of life that can be both exciting and anxiety provoking for teens and parents alike and can be especially complicated for those who are gender non-conforming. It is referred to as the developmental stage in which secondary sexual characteristics appear, and children begin to confront changes in their body that differentiate men from women, physically and physiologically. For the youth experiencing gender dysphoria, this is compounded, as these changes may not be welcome and can introduce further confusion and frustration with their bodies. Changes in puberty are typically first noticed in birth-assigned females between 8 and 12 years of age and in birth-assigned males between 9 and 14 years of age, spanning a wide range of ages as well as maturity socially.

Physiologically, puberty begins when the hypothalamo-pituitary-gonadal axis is activated and there is pulsatile secretion of gonadotropin-releasing hormone (GnRH) by the hypothalamus. The secretion of GnRH stimulates the pituitary to release luteinizing hormone (LH) and follicle-stimulating hormone (FSH) by the pituitary, which in turn stimulates the ovaries and testicles to produce estrogens and androgens in both birth-assigned females and birth-assigned males, respectively. For birth-assigned females, FSH is responsible for developing follicles, which contain developing eggs, and also assists with the production of estrogen. For birth-assigned males, FSH stimulates the growth of seminiferous tubules ultimately leading to the production of sperm. LH is responsible for producing androgen male hormone in Leydig cells aiding growth of the seminiferous tubules. Birth-assigned females produce more estrogen and birth-assigned males produce more testosterone during this time. These hormones are increased within the bloodstream, triggering the physical and psychological changes that occur in puberty.

Physical changes are a consequence of the aforementioned physiological and hormonal changes occurring in the body. Adolescents of the two typical binary sexes experience *adrenarche*, the onset of androgen-dependent body changes, such as growth of axillary and pubic hair, body odor, and acne, and *pubarche*, the appearance of sexual hair. Birth-assigned females experience *thelarche*, the onset of breast development; *menarche*, the onset of menstruation; and weight changes. They also experience changes in their breasts. Both typical binary sexes also experience changes to their body shape, muscle content, and fat content. Birth-assigned males experience changes in their penis, scrotum, and an enlargement of testes. In addition, birth-assigned males will experience nocturnal emission, involuntary erection, and eventually will experience their first ejaculation. At this time, they are considered to be capable of procreation. Marshall and Tanner (1969, 1970) [1, 2] defined and mapped the stages of puberty as a means of a common language between

multidisciplinary health providers to describe the physiological, biological, and psychosocial changes that occur during puberty. Tables 3.1 and 3.2 delineate the Tanner stages defined and changes to the external genitalia, pubic hair, and height of individuals in each Tanner stage.

At the onset of Tanner stage II, youth with gender dysphoria begin to experience changes that begin to differentiate their bodies in to binary "categories" that may or may not be congruent with their own gender identity. By definition of those who meet criteria for gender dysphoria, these changes might cause significant distress, as the development of these secondary sex characteristics does not match their gender identity. The ramifications may be significant, as we know that transgender adolescents are at higher risk for a number of challenges at home, school, and socially. Puberty impacts *all* adolescents from the moment they wake up, to when they get dressed in the morning and go to school, until they go to bed at night, and so for these youth in particular it is important to understand the effect that puberty has on their emotional, social, and psychological development.

**Table 3.1**  Natal male tanner stages

| Stage | External genitalia | Pubic hair | Growth |
|---|---|---|---|
| I | Prepubertal | Prepubertal | 5–6 cm/year |
| II | Enlargement of the scrotum and testes; scrotum skin reddens and changes in texture | Sparse growth of slightly pigmented hair at the base of the penis | 5–6 cm/year |
| III | Enlargement of the penis, length and then width; further growth of testes | Darker coarser curlier hair spreading over the pubic area | 7–8 cm/year |
| IV | Increased penis size, growth and development of glans, scrotum and testes enlarge, scrotum skin darkens | Hair continues to look more adult-like, though has not spread to thighs | 10 cm/year |
| V | Adult genitalia | Adult hair in quantity and type | No further increase after 17 years |

**Table 3.2**  Natal female tanner stages

| Stage | Breast development | Pubic hair | Growth |
|---|---|---|---|
| I | Prepubertal | Prepubertal | 5–6 cm/year |
| II | Breast bud stage with elevation of breast and papilla; enlargement of areola | Sparse growth of slightly pigmented hair along the labia | 7–8 cm/year |
| III | Further enlargement of breast and areola; no separation of contour | Darker coarser curlier hair spreading over the pubic area | 8 cm/year |
| IV | Areola and papilla from a secondary mound above the level of the breast | Hair continues to look more adult-like, though has not spread to thighs | 7 cm/year |
| V | Mature stage: projection of papilla only, related to recession of areola | Adult hair in quantity and type | No further increase after 16 years |

**Clinical Vignette**

*A 13-year-old transgender male (born with female anatomical features) reported that puberty had greatly impacted his view of himself and increased his anxiety socially. He stated, "I get dressed… sometimes I don't wear a binder in the mornings, it's so uncomfortable, I have to wriggle into it because it's tighter. I then have to adjust my breasts because they're fairly large, and if I'm not careful they look weird. I also have to periodically duck into a bathroom and readjust my binder to make sure that my chest looks 'natural' like a cis guys chest would look. I go through my daily routine and then I get on the bus, to go to school, the bus I take takes me very close to my previous school where everyone knew me as female. When that happens I'm always very worried someone will see me and be like 'oh that's deadname, that's her, that is a girl.'" This individual was interested in beginning a medical intervention and sought out help from me to work closely with his family to explore these medical options.*

In the following section, we will review the types of interventions and the decision-making process that goes along with these interventions.

## Medical Interventions

There are a number of medical interventions that are recommended for adolescents with gender dysphoria, which depend on how far advanced in puberty the adolescent has progressed according to current standards of care and clinical guidelines [3, 4]. These interventions are used to delay or reverse the physiological and visible changes that occur in puberty. We classify these types of interventions on the physical body as reversible, partially reversible, and irreversible.

Reversible interventions include the use of puberty suppression medications, which delay the development of secondary sex characteristics in order to buy time for a younger adolescent to mature into older adolescents who can then assent for more irreversible interventions such as hormones. The puberty-suppressing medications include gonadotropin-releasing hormone analogues (GNRHa), which are more widely used for children with precocious puberty. Other reversible medications that can be used to inhibit the effects of puberty in a pubertal adolescent include spironolactone, which has androgen-blocking properties for birth-assigned males, and oral contraceptive pills (OCP), which is used as menstrual suppression in birth-assigned females. All of the reversible interventions, if discontinued, will then allow the adolescent's body to resume the functioning that had been blocked or inhibited as a result of their use. Partially reversible interventions include the use of sex hormones, specifically testosterone for birth-assigned females and estrogen for birth-assigned males. These hormones lead to the development of secondary sex characteristics of the sex associated with the adolescent's gender identity regardless of the sex at birth. Finally, irreversible interventions include a number of different types of surgery, which will be described later in the chapter. We will examine the history, evidence base, indications, and ethical dilemmas related to each of these interventions.

## Puberty Suppression

Medical treatment for gender dysphoria has a relatively short history of use within the medical community. The Amsterdam Gender Clinic in The Netherlands has been at the forefront of puberty suppression treatment in the context of gender dysphoria. This group of clinicians and researchers developed a protocol for the clinical management and treatment of gender dysphoria [5] in adolescents. This protocol recommended the use of GnRHa, a form of puberty suppression medication beginning at 12 years of age, as a means of (1) giving adolescents time to explore their gender, (2) determining whether or not more irreversible interventions would be appropriate for long-term gender transition needs, (3) temporarily ameliorating the distress of gender dysphoria by suppressing the development of irreversible secondary sex characteristics, and (4) preventing the need for more invasive procedures later on, should the adolescent ultimately decide to proceed with gender transition (e.g., without breast development, one need not go through top surgery, a mastectomy).

GnRHa mimic the action of the body's natural GnRH, shutting down the feedback loop in the hypothalamus and pituitary gland. GnRHa stop LH hormone secretion, ultimately preventing testosterone secretion for natal males and estrogen levels for natal females. GNRHa effectively shut down the HPG axis and decrease testosterone and estrogen levels. During treatment, pediatric endocrinologists should monitor adolescents. GNRHa come in the form of intramuscular injections or surgically placed implants. The use of GNRHa has some potential risks of use including impact on fertility and bone mass. There is also little data on the long-term impacts of prolonged use of these puberty-suppressing hormones.

The Amsterdam protocol recommended that pubertal suppression is initiated after the child enters Tanner stage II of development in order to understand how the young adolescent reacts to the changes brought on by puberty, considering the prospective literature at the time indicated that many children with gender dysphoria would ultimately not experience gender dysphoria in adolescence [6]. This protocol stressed the importance of a comprehensive assessment and noted that the potential and actual side effects to pubertal suppression do not outweigh the benefits of GNRHa treatment in appropriately screened youth. The protocol also recommended the use of gender-affirming sex hormones as early as 16 years of age, and finally surgery, if desired at 18 years of age.

Since this initial protocol was described, a number of studies have demonstrated that puberty suppression has a number of advantages when treating gender dysphoria of adolescence [7, 8]. The pause on pubertal progression that leads to the suffering associated with gender dysphoria allows for further gender identity exploration and evaluation in a multidisciplinary setting over time. Current research has continued to demonstrate the benefits of puberty suppression. Prospective data indicates that after being treated with GNRHa and subsequent sex hormone treatment for gender dysphoria, adolescents have comparable psychological adjustment when compared to cisgender adolescent controls [9]. Some adolescents feel that they are

able to be perceived as their true gender more effectively, ultimately leading to positive effects on psychosocial adjustment in young adulthood [10]. Cohen-Kettenis and colleagues [11] conducted a follow-up case study of an adolescent who had puberty suppression treatment at 13 years of age, testosterone treatment at 18 years of age, and finally sex reassignment surgery (also known as gender confirmation surgery) at 20 and 22 years of age. This follow-up evaluated psychological, medical, and physical side effects and long-term effects of puberty suppression. This individual reported no regrets about the treatment protocol and was functioning well psychologically, intellectually, and socially. The individual's metabolic and endocrine tests were all within normal limits, and there were no noted health difficulties. In addition to this case study, de Vries and colleagues [12] conducted a study of changes in adolescent behavioral and emotional health who received puberty suppression between 2000 and 2008. Results of this study indicated that adolescents treated with puberty suppression had decreased behavioral and emotional difficulties, though still experienced body dissatisfaction. Despite this, adolescents in this study experienced fewer depressive symptoms and overall improvement in general functioning. Feelings of anxiety and other mood symptoms (e.g., anger) remained the same however. Taken together, these studies indicate that the long-term psychological effects of puberty suppression may outweigh the negative potential side effects when treating gender dysphoria.

The criteria for use of hormone therapy have been defined by the WPATH [3] and the Endocrine Society Guidelines [4] and state that use of hormone-suppressing therapy is indicated when (1) there is a persistent and pervasive history of gender nonconformity or gender dysphoria; (2) the gender dysphoria emerged or worsened with the onset of puberty; (3) any co-occurring psychological, medical, or social difficulties that might interfere with treatment are addressed; and (4) the adolescent and family have given informed consent. These criteria can be assessed through a psychodiagnostic assessment with an expert in gender-affirming treatments. Expertise in gender development, as described by the 2017 Endocrine Society Guidelines [4], is defined thusly:

> "(1) training in child and adolescent developmental psychology and psychopathology, (2) competence in using the DSM and/or the ICD for diagnostic purposes, (3) the ability to make a distinction between GD/gender incongruence and conditions that have similar features (e.g., body dysmorphic disorder), (4) training in diagnosing psychiatric conditions, (5) the ability to undertake or refer for appropriate treatment, (6) the ability to psychosocially assess the person's understanding and social conditions that can impact gender-affirming hormone therapy, (7) a practice of regularly attending relevant professional meetings, and (8) knowledge of the criteria for puberty blocking and gender-affirming hormone treatment in adolescents."

Despite the fact that puberty blockers are generally considered reversible in nature, there are some concerns and potential risks that should be considered when considering GnRHa for an adolescent who meets criteria for gender dysphoria. The following risks have been described, but it is important to note that the long-term risks have not been fully demonstrated nor studied prospectively. Leibowitz and de Vries [13] summarize these hypothetical risks in a review article. They include the possibility of (1) disrupting the exploration of an individual's experience of the

gender of their birth-assigned sex; (2) impacting brain development and processes mediated by sex hormones that affect cognitive development and affect regulation, in particular for young people with co-occurring neurodevelopmental disorders; (3) impacting bone development and the effect on bone mineral density and fracture risk; (4) limiting genitalia growth, particularly relevant for birth-assigned males, which has implications in the future should the youth want to pursue genital surgery given the fact that sufficient penile tissue is necessary for the typical penile inversion procedure when creating a neovagina; and (5) affecting long-term metabolic processes that are still as of yet unknown.

It is important to note that current research is evaluating some of these potential risks. One fMRI study looked at executive functioning in adolescents with gender dysphoria treated with GnRHa and found no significant changes in a planning task [14]. Of note, none of the youth included in this study had any significant co-occurring neurodevelopmental disorders such as attention deficit hyperactivity disorder or autism spectrum disorder. Additionally, preliminary research on the effects of GnRHa on bone health indicates mild reduction in bone mineral density [15], but the implications on fracture risk were not studied. Anecdotally, it is described that when pubertal suppression is used to buy time to explore these issues, families may view the intervention as one step on a linear pathway for gender transition, without necessarily appreciating the exploration aspect that the premise of using pubertal suppression was originally based on. Therefore, parents may not feel the need to bring their adolescents in for continued exploration of gender in a mental health setting and then several years later may show up again with expectations to begin what they perceive to be the next step in treatment for their adolescents: cross-gender hormone therapy. Youth, parents, and families may have co-occurring psychiatric conditions that go untreated as a result, considering there may be a false attribution of these co-occurring symptoms as a *manifestation of* gender dysphoria instead of a *co-occurring condition* that may or may not exist regardless of the adolescent's gender dysphoria.

Ethical debates around pubertal suppression also exist in terms of timing of initiation of GnRHa, duration of treatment, and fertility implications. The original Amsterdam protocol recommended use of GnRHa begin at no less than age 12, but many youth will enter puberty at ages much younger than that. For those youth, waiting until age 12 (more relevant for the birth-assigned females on average) could mean that many of the benefits of pubertal suppression would be missed considering these youth may be well into the later stages of puberty by that time. However, given the unknowns of how long one can safely suppress puberty medically during a time when an adolescent *is physiologically supposed to be going through puberty*, suppressing puberty at 10 years of age could then introduce additional complex questions down the road regarding the timing of the initiation of hormone treatment considering one does not know how safe or unsafe it is to suppress hormones for an extended period of time, however that is defined. In addition to the medical unknowns, there is no data on psychological outcomes of waiting to initiate puberty at age 16 (whether it is the puberty of the patient's birth-assigned sex due to an unlikely reversal of feelings or whether it is due to the puberty of the patient's affirmed gender due to continued gender dysphoria). While fertility itself is not

S. M. Busa et al.

impacted by the administration of GnRHa in the event that the GnRHa is discontinued (as the individual will continue to go through their natural puberty), should the adolescent wind up moving directly onto cross-sex hormone therapy, then this could very possibly render an adolescent unable to reproduce biologically since they never would go through their birth-assigned sex puberty sufficient enough to develop mature eggs or sperm. One additional logistical factor that is important to consider is whether or not GnRHa can be covered by insurance, as gender dysphoria is currently an off-label indication and the medication can be extremely expensive to obtain, if not covered [16]. In many situations, even if indicated, lack of access to these medications can prohibit their usage for an adolescent.

Therefore, ultimately multidisciplinary care is optimal when making individual decisions for specific youth, and in the event that a multidisciplinary team is not readily available to the mental health provider, seeking expert consultation on these issues from multidisciplinary gender clinic center providers would be prudent. As with all interventions addressing a health-related concern, weighing the risks and benefits of moving forward with the intervention versus not remains a complex yet important component of the risk-benefit analysis. Discussing the fertility implications, surgical implications, and hypothetical unknown effects with families is important. The purpose of describing these complexities is not to suggest universal withholding of these treatments but to help the provider appreciate the full degree of factors that need to be considered when assisting families and youth.

### Reversible Androgen Blocking and Menstrual Suppression

In addition to GnRHa, there are other pharmacological interventions that can be used to suppress the effects of hormones released during puberty. These are discussed in more detail in Nahata, Chelvakumar, and Leibowitz [16]. They may be beneficial to use with adolescents who cannot access GnRHa for either lack of insurance coverage or parental consent reasons.

Spironolactone is an antiandrogen agent that can be used as an adjunctive therapy to GnRHa, cross-sex hormones, or as a stand-alone intervention. It is a potassium-sparing diuretic that also has antiandrogen properties, blocking the effects of testosterone on birth-assigned males. Hyperkalemia is a known side effect of these medications, so whoever is prescribing them would typically monitor potassium levels. When used in conjunction with estrogen in a transgender female adolescent, this medication may allow for lower doses of estrogen to be used in order to achieve similar degrees of feminization. Their effectiveness and safety have not been studied in adolescents with gender dysphoria; however anecdotally, they have been used clinically to help adolescents feel their gender dysphoria is being addressed medically [16].

Oral contraceptive pills can be used continuously in birth-assigned females to suppress menstruation, which can be a rather distressing monthly event for the birth-assigned female with gender dysphoria. There are many types of oral contraceptives that can be used to achieve menstrual suppression; however, they should be

prescribed by providers who are familiar with the differences and can monitor the effects safely. Data on the use of these medications for other indications (not gender dysphoria) with adolescents has demonstrated efficacy [17]; however, limited evidence is available on the psychological effectiveness of these medications in the transgender adolescent population [16]. The mental health professional may consider collaborating with a pediatrician or adolescent medicine specialist regarding the use of menstrual suppression to alleviate the distress that menses may have on the psychological well-being of the transgender male patient with gender dysphoria.

## Gender-Affirming Sex Hormone Therapy

Gender-affirming sex hormone therapy to treat gender dysphoria includes testosterone for birth-assigned females and estrogen for birth-assigned males. The use of these hormones allows the individual to develop secondary sex characteristics that aligns with their core gender identity. The interventions also reduce endogenous hormone levels. This further affirms the individual's gender identity and is shown to have positive benefits for those who have gender dysphoria. The use of both estrogen and testosterone will potentially impact an individual's emotions as they are essentially going through a second puberty if GnRha were not used or if they are going through puberty for the first time in the event that GnRHa were used. The use of estrogen in birth-assigned males will cause the adolescent to slowly develop breasts, soften their hair, redistribute fat to potentially widen hips, and potentially feminize the face. Feminizing hormone therapy also includes the use of androgen-reducing medications described in the section above, as these medications decrease testosterone activity and help to minimize the dosage of estrogen needed. Testosterone used in birth-assigned females will lead to muscle mass increases, a deepening of the voice, and development of facial hair over time. Tables 3.3 and 3.4

Table 3.3  Estrogen effects and time course [3]

| Effect | Onset | Maximum effect |
| --- | --- | --- |
| Body fat redistribution | 3–6 months | 2–5 years |
| Decreased muscle mass | 3–6 months | 1–2 years |
| Softening of skin/decreased oiliness | 3–6 months | Unknown |
| Decreased libido | 1–3 months | 1–2 years |
| Decreased spontaneous erections | 1–3 months | 3–6 months |
| Male sexual dysfunction | Variable | Variable |
| Breast growth | 3–6 months | 2–3 years |
| Decreased testicular volume | 3–6 months | 2–3 years |
| Decreased sperm production | Variable | Variable |
| Thinning and slowed growth of body and facial hair | 6–12 months | More than 3 years |
| Male pattern baldness | No regrowth, loss stops 1–3 months | 1–2 years |

**Table 3.4** Testosterone effects and time course [3]

| Effect | Onset | Maximum effect |
|---|---|---|
| Skin oiliness/acne | 1–6 months | 1–2 years |
| Facial/body hair growth | 3–6 months | 3–5 years |
| Scalp hair loss | >12 months | Variable |
| Increased muscle mass/strength | 6–12 months | 2–5 years |
| Body fat redistribution | 3–6 months | 2–5 years |
| Cessation of menses | 2–6 months | n/a |
| Clitoral enlargement | 3–6 months | 1–2 years |
| Vaginal atrophy | 3–6 months | 1–2 years |
| Deepened voice | 3–12 months | 1–2 years |

show the expected onset of these changes for both estrogen and testosterone as well as the time to expected maximum effect.

The WPATH Standards of Care describe criteria related to treatment initiation. The standards require that individuals must be able to demonstrate capacity to consent to the medication and that any co-occurring psychological/mental health challenges are well controlled. Adolescents also must demonstrate persistent gender dysphoria. These criteria can be assessed through a psychodiagnostic assessment with an expert in gender development, as defined earlier in the chapter. In terms of age of initiation of this intervention, some prior guidelines recommend the use of gender-affirming hormones at 16 [18], though others recommend starting earlier in mid-adolescence [19]. The age requirement can be flexible, though it is recommended that when able, families should work together to support the adolescent seeking this type of intervention. The most recent recommendations from the Endocrine Society state that adolescents younger than the age of 16 should be eligible for gender-affirming hormones and strongly recommend an expert multidisciplinary team of medical and mental health professionals be involved throughout this treatment [4].

The definition of "well-controlled" as it relates to psychiatric co-occurring conditions is also not extremely well defined in the WPATH Standards of Care. Acute psychiatric conditions such as the presence of acute suicidal ideations, a recent psychiatric hospitalization, psychosis, mania, and/or a notable change in the functioning of the individual might be considered "uncontrolled." Long-standing depression and/or anxiety may very well be a manifestation of the gender dysphoria classification itself, and so therefore these issues could be alleviated with hormone treatment. A key task of the mental health provider is to determine the *relationship* between the gender dysphoria and any co-occurring mental health conditions so that the sequence and timeliness of the treatment intervention are appropriate. The cases in the rest of this casebook will serve to illustrate these complexities and guide the mental health provider when developing a treatment plan that is collaborative and affirming in nature with parents and the youth. On one hand, co-occurring psychiatric conditions could very well complicate the diagnostic picture, and therefore treatment of those conditions would be indicated to achieve a degree of "well-controlledness." On the other hand, needless delay of hormone treatment could perpetuate some of the psy-

chiatric symptoms of the co-occurring conditions, and therefore it is prudent to determine the relationship between the gender-related concerns and other issues when considering the hormone therapy.

In addition to considering the criteria that are recommended to start gender-affirming hormones, individuals and families also need to consider the medical risks of gender-affirming hormones. These are outlined in the WPATH Standards of Care [3] and the most recent Endocrine Society Guidelines [4]. Estrogen may lead to increased risk for venous thromboembolic disease, cardiovascular disease, changes in lipid levels, liver enzyme elevations, gallstones, type 2 diabetes, hypertension, and prolactinoma. Testosterone can have an increased risk of polycythemia, weight gain, worsening of lipid profiles, and elevations in liver enzymes. In addition to these medical risks studied in adults, there are limited long-term research on these treatments for adolescents. In addition, for individuals who are nonbinary in their gender identity, this decision-making process may become especially difficult (see chapter on nonbinary gender identities in adolescents for further discussion of these complexities). As with all medical interventions, treatment providers and families need to have informed meetings about the risks and benefits of these medications. Since these interventions are partially reversible, families will be involved in a collaborative decision-making process with multiple parties who may have differing priorities.

## Surgery

Gender-confirming surgical procedures are often considered the last step in addressing symptoms of gender dysphoria; however, this is not always the case. For many, use of gender-affirming hormones may be sufficient to manage gender dysphoria; however, for many others, gender dysphoria will not resolve until one or more surgical interventions have been sought. In adolescents, the most common surgery that is becoming increasingly recommended worldwide before the age of 18 is top surgery, or a mastectomy, for transgender males or individuals who are transmasculine with gender dysphoria. Genital surgeries are typically reserved for when an individual is 18 years of age or older.

There are a number of studies identifying the benefits of these surgeries including sexual satisfaction (e.g., Klein and Gorzalka [20]), psychological outcomes (e.g., Gijs, van der Putten-Bierman, and De Cuypere [21]), etc. Despite this evidence, there are fewer studies that include adolescents, as recommendations in the past stated that individuals should to be at the age of majority in their respective country for surgeries with case-by-case exceptions [3]. Overall, methodological difficulties related to studying the impact of gender-confirming surgeries add additional complexity to decision-making as many of the studies are retrospective and some of the interventions (e.g., phalloplasty, the creation of a new penis) still have not yet been perfected to the point where a multitude of patients who would normally seek the intervention would do so considering its complication burden.

One difficulty in studying surgical interventions is directly related to the wide range of interventions available. Types of surgery include "top surgeries" and

"bottom surgeries." The reason why these surgeries are referred to as "top surgery" and "bottom surgery" is because referring to the specific anatomical feature for an individual who is transgender (e.g., breast, instead of chest) can itself be very challenging to hear. Table 3.5 explains the different types of top and bottom surgeries. Top surgeries include surgeries that are related to the chest and include reconstructive chest surgery and breast augmentation. Bottom surgeries are used to alter genitals or internal reproductive organs.

Other types of surgeries are used to change cosmetic appearance (i.e., face, head, and neck procedures). An individual may choose to have one, none, or multiple surgeries to address their gender dysphoria and live a life that they would like to live. These interventions are complicated and costly, ranging from $5000 to $50,000 and beyond. Besides monetary considerations, there are a number of potential medical and health risks, both short and long term, that are associated with these interventions. Some or all of these costs may be covered through health insurance, as many insurance companies are starting to classify these surgeries as "medically necessary." It is also important to consider the cost of not having surgery, which could be high, as many transgender individuals may continue to experience negative ramifications in public and private situations without the surgical interventions.

In regard to criteria necessary to be eligible for surgical interventions, the WPATH [3] recommends that consent can be given at the age of majority depending on the country the individual resides. While this is the recommendation, there are exceptions to this rule, and at times, there are younger individuals who seek out this intervention. Regardless, one letter for chest surgery and two letters for genital surgery are required for these interventions. Letter writers must be well versed in the diagnosis of gender dysphoria, and best practices dictate that surgeons discuss the different techniques available to the patient, the advantages and disadvantages of each technique, the limitations of the techniques, and risks/complications associated with the techniques for that individual. Individual anatomy and health factors are often taken into account. This is known as the informed consent process in order

Table 3.5  Surgery types

| Surgery type | Name of surgery | Use |
| --- | --- | --- |
| Top | Breast augmentation | Used to increase size of breast |
| Top | Reconstructive chest surgery | Removal of breast tissue in order to create a male-contorted chest |
| Bottom | Orchiectomy | Removal of the testicles, which can also eliminate the need for testosterone blockers |
| Bottom | Penectomy | Removal of the penis |
| Bottom | Vaginoplasty | Creation of a vagina using the tissue of the shaft of the penis |
| Bottom | Metoidioplasty | Increase of clitoris or phallus length without the use of tissue grafts |
| Bottom | Phalloplasty | Creation of a penis and scrotoplasty is the creation of a scrotum |

for the patient to have a realistic expectation of the outcomes of their surgery. Some recommendations state that individuals should live continuously in the gender role congruent with their gender identity and adolescent transgender male patients seeking chest surgery should wait until at least 1 year of testosterone treatment is completed according to the WPATH SOC [3]. Collaboration and communication with the surgeon, just as the mental health provider would do with the medical providers, ensure that the patients' unique needs are best addressed. This provides the surgeon with the opportunity to understand the adolescent's psychosocial factors when discussing potential interventions. This also provides the mental health provider with the opportunity to learn about the surgical procedures, pre-, peri-, and postoperative course, potential complications, and other necessary pieces of information about the procedure so that they can assist the patient and family through the process.

One evolving area of clinical practice and research is related to the adolescents with gender dysphoria whose core gender identity is gender nonbinary. Many of these adolescents are seeking chest surgery exclusively and do not want the masculinizing effects of testosterone. It is important to understand what the desires of the patient are and take these factors into account when making recommendations that involve anything that is irreversible. Overall, the guidelines are less clear and require more targeted research to evaluate risks and benefits.

## Conclusion

The role of puberty suppression, gender-affirming hormones, and surgical interventions is extremely important in the evaluation, management, and treatment of transgender adolescents. While there is some emerging research, there is still a lack of full understanding of the impact of these interventions medically, psychologically, and psychosocially. de Vries and colleagues [9] conducted a longitudinal cohort study of 55 adolescents who met criteria for gender dysphoria assessed before the start of puberty-suppressing drugs, at the initiation of gender-affirming hormones, and 1 year after gender reassignment surgery. This study indicated improved psychological functioning over time, fewer behavioral and emotional problems after puberty suppression, and finally, gender dysphoria persisted until gender reassignment surgery. While there are some limitations to this study, medical interventions are demonstrated to have an important impact on mental health considerations for adolescents and their families, and further research and advocacy is needed.

## References

1. Marshall WA, Tanner JM. Variations in pattern of pubertal changes in girls. Arch Dis Child. 1969;44(235):291.
2. Marshall WA, Tanner JM. Variations in the pattern of pubertal changes in boys. Arch Dis Child. 1970;45(239):13–23.

3. Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, DeCuypere G, Feldman J, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. Int J Transgenderism. 2012;13(4):165–232.

4. Hembree WC, Cohen-Kettenis PT, Gooren L, Hannema SE, Meyer WJ, Murad MH, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab. 2017;102(11):3869–903. https://doi.org/10.1210/jc.2017-01658.

5. Delemarre-van de Waal HA, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. Eur J Endocrinol. 2006;155(Suppl 1):S131–7.

6. Steensma TD, Kreukels BP, de Vries AL, Cohen-Kettenis PT. Gender identity development in adolescence. Horm Behav. 2013;64:288–97.

7. Cohen-Kettenis PT, Delemarre-van de Waal HA, Gooren LJ. The treatment of adolescent transsexuals: changing insights. J Sex Med. 2008;5(8):1892–7.

8. Wren B. Early physical intervention for young people with atypical gender identity development. Clin Child Psychol Psychiatry. 2000;5(2):220–31.

9. de Vries AL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics. 2014;134(4):696–704. https://doi.org/10.1542/peds.2013-2958.

10. Lawrence AA. Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. Arch Sex Behav. 2003;32(4):299–315.

11. Cohen-Kettenis PT, Schagen SEE, Steensma TD, de Vries AL, Delemarre-van de Waal HA. Puberty suppression in a gender-dysphoric adolescent: a 22-year follow-up. Arch Sex Behav. 2011;40:843–7. https://doi.org/10.1007/s10508-011-9758-9.

12. de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med. 2011;8(8):2276–83.

13. Leibowitz S, de Vries AL. Gender dysphoria in adolescence. Int Rev Psychiatry. 2016;28(1):21–35.

14. Staphorsius AS, Kreukels BP, Cohen-Kettenis PT, Veltman DJ, Burke SM, Schagen SE, et al. Puberty suppression and executive functioning: an fMRI-study in adolescents with gender dysphoria. Psychoneuroendocrinology. 2015;56:190–9.

15. Klink D, Caris M, Heijboer A, van Trotsenburg M, Rotteveel J. Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. J Clin Endocrinol Metab. 2015;100:E270–5.

16. Nahata L, Chelvakumar G, Leibowitz S. Gender-affirming pharmacological interventions for youth with gender dysphoria: when treatment guidelines are not enough. Ann Pharmacother. 2017;51(11):1023–32.

17. Altshuler AL, Hillard PJ. Menstrual suppression for adolescents. Curr Opin Obstet Gynecol. 2014;26:323–31.

18. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, Gooren LJ, Meyer WJIII, Spack NP, et al. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. J Clin Endocrinol Metab. 2009;94(9):3132–54.

19. Steever J. Cross-gender hormone therapy in adolescents. Pediatr Ann. 2004;43(6):e138–44.

20. Klein C, Gorzalka BB. Continuing medical education: sexual functioning in transsexuals following hormone therapy and genital surgery: a review (CME). J Sex Med. 2009;6(11):2922–39.

21. Gijs L, van der Putten-Bierman E, De Cuypere G. Psychiatric comorbidity in adults with gender identity problems. In: Kreukels BPC, Steensma TD, de Vries AL, editors. Gender dysphoria and disorders of sex development: progress in care and knowledge. New York: Springer; 2014. p. 255–76.

# Chapter 12
# Gender Dysphoria and Psychotic Spectrum Disorders



Aron Janssen and Brandon S. Ito

## Introduction

This chapter highlights the experience of Amy, a 20-year-old transgender female with diagnoses of schizoaffective disorder, gender dysphoria, marijuana use disorder, and a history of cocaine abuse who was initially referred to an outpatient gender and sexuality mental health clinic at age 17 for an evaluation of gender and sexual identity issues. This case hopes to illustrate the developmental pathway of an adolescent with gender dysphoria and psychosis, to examine unique challenges in treating patients with both psychotic spectrum disorders and gender dysphoria, and to highlight the frequent traumas transgender individuals' face as a part of their gender identity.

## Brief Literature Review

Gender affirmative care is effective in diminishing gender dysphoria (GD) for 80% of individuals, and 78% of individuals with GD that receive gender affirmative care had significant improvement in co-occurring psychiatric symptoms, including those of depression, anxiety, substance abuse, and suicidality [1]. And yet, the very

A. Janssen, MD (✉)
Department of Child and Adolescent Psychiatry, NYU Langone Health, NYU Child Study Center, New York, NY, USA
e-mail: aron.janssen@nyumc.org

B. S. Ito, MD, MPH
Department of Psychiatry, UCLA Semel Institute for Neuroscience and Human Behavior, Los Angeles, CA, USA
e-mail: bito@mednet.ucla.edu

© Springer International Publishing AG, part of Springer Nature 2018
A. Janssen, S. Leibowitz (eds.), *Affirmative Mental Health Care for Transgender and Gender Diverse Youth*, https://doi.org/10.1007/978-3-319-78307-9_12

181



EXHIBIT
Janssen
13
4-12-24

domains that can improve with appropriate treatment of GD are also those that represent barriers to accessing that care. According to the World Professional Association of Transgender Health Standards of Care, Version 7, co-occurring psychiatric symptoms must be "reasonably well-controlled" to access gender-affirming hormones and surgery. For episodic illnesses, the concept of assessing for reasonably well-controlled symptoms is easier to define; however, for chronic psychotic disorders, this becomes a much more complex task.

Historically, until the mid-twentieth century, transgender individuals were assumed to be severely mentally disturbed in order to want to access care. The prevailing opinion of that time was that GD could exist only within the context of severe personality disorders or psychosis [2, 3]. Over time, more research and clinical experience pointed toward complex psychiatric symptoms being result of untreated GD as opposed to the cause. Alternatively, others have suggested that the reason for the increased psychiatric symptoms seen in transgender individuals as compared to the general population is related to the minority stress and increased exposure to trauma, bullying, and rejection as a result of their identity. That is, daily exposure to stigma and bias (be it covert or overt) has significant long-term impact on the psychosocial outcomes of a minority community. For transgender youth who face increased risk of violence and rejection, we would expect to see increased rates of psychopathology in this population.

Despite these advances in understanding the relationship between psychiatric symptoms and GD, individuals with psychotic spectrum symptoms and GD are still often thought to have the GD stem from the psychosis as opposed to the psychosis and GD co-occurring independently of one another. Recent research demonstrates that rates of psychosis among individuals with GD are no higher than in the general population [4]. And yet, much of the contemporary literature about the overlap between psychosis and GD discusses the need for extreme caution in allowing patients to access care. In a study from 2001 [5], the author cautioned that schizophrenic patients commonly present behind a mask of GD for surgery. Other studies, while less overtly biased, have excluded patients from enrollment when psychotic symptoms were present, making it difficult to draw conclusions about the specific needs for this population. Specific concerns raised include the potential impact of hormone treatment on psychotic symptoms, the capacity to provide consent among those with psychosis, the possibility of impulsive decision-making and/or regret, and the availability of safe, stable housing for recovery. Unfortunately, data on most of these concerns is sparse and limited only to case studies in the literature.

Specifically related to masculinizing hormones, there is literature to suggest that unmonitored, high-dose anabolic steroid use can lead to psychotic symptoms [6]. However, most of the participants studied used metabolites of testosterone, rather than testosterone itself. Additionally, systematic review of the impact of hormones on the mental health of individuals with GD do not demonstrate any elevated levels of psychosis among participants [7]. That said, it is difficult to draw conclusions from this research—the data on high-dose testosterone derivatives is not analogous to the use of testosterone in GD, and many individuals with active psychosis have historically been unable to access hormonal care, so the number of individuals with

chronic psychotic disorders in the systematic review is negligible. As for feminizing hormones, there is some evidence to suggest that estrogen is actually protective against psychosis in vulnerable individuals [8] and may explain why women have a later onset of initial symptoms of schizophrenia and why symptoms are exacerbated during low estrogen states. Again, we must be careful not to glean too much from this data, as systematic study of the impact of estrogen on individuals with both GD and psychosis has not been done.

However, more recent literature [9] has begun to compile case examples of the successful treatment of GD among the chronically psychotic population. These case studies have been able to demonstrate successful treatment with appropriate support.

In addition to the concern about the impact of gender-affirming care on the experience of psychiatric symptoms, there have also been concerns raised about the impact of psychiatric symptoms on the ability to follow through with the necessary steps for successful treatment, particularly for surgery. Historically, individuals with chronic psychotic symptoms have had their ability to consent to procedures underestimated by their medical providers. Many individuals with chronic psychotic symptoms are able to successfully navigate complex procedures and treatments with appropriate supports. However, there are occasional more complex structural barriers for individuals with psychosis that are independent of their mental illness that may impact ability to recovery from surgery. For example, many individuals with chronic psychotic symptoms lack stable housing and may have difficulty maintaining aftercare in a safe manner without support. In assessing all individuals for preparedness for surgery, but in particular those with chronic psychotic conditions, these potential structural barriers should be assessed and addressed as a part of the presurgical process.

## Case Report

Amy began to identify as gay male at the age of 15 and struggled initially to come to terms with her sexuality. She found herself attracted emotionally and sexually exclusively to boys but found the label of gay didn't feel quite right. She had experienced some preferences for more stereotypically feminine interests and dress for a brief time in childhood but had never previously had thoughts about wishing she were or experiencing herself as a girl. Despite her discomfort with the label gay, and what it mean to her burgeoning gender identity, she nevertheless came out as gay to friends and family.

Her experience in coming out was met by conflict both at home and at school. At school in particular, she was constantly verbally assaulted by her classmates and was the victim of violence from peers. She became depressed at that time and began seeing both a psychologist and psychiatrist and treated with aripiprazole for a few months. Partly due to a rejection of her sexual orientation, she became estranged from her biological father whose parents had separated when she was a few months

old. Later that year, she also experienced her first sexual assault by a person she had met through a popular phone dating application. She initially told nobody about the assault and began to withdraw socially and began using drugs and alcohol during the weekends and occasionally while at school.

At the age of 16 years, Amy was psychiatrically hospitalized for the first time for depression and concurrent cocaine abuse for 2 weeks and discharged on escitalopram. Amy defined her gender identity as "androgynous" during this time, occasionally dressing publicly in woman's clothing, wearing makeup and long-haired wigs. She used both male and female gendered names among different social groups. As a result of ongoing bullying, Amy transferred to a specialized school for LGBTQ youth during her junior year of high school; however, that year there was a notable decline in her academics to the point where she was barely able to advance to her senior year. She was unable to maintain regular outpatient psychiatric follow-up but engaged in two outpatient substance abuse rehab programs at the insistence of her family.

As she began to come to terms with her gender identity as that of a woman, she also sought sex hormone treatment for the first time; however, she was told that she would not be eligible for hormone treatment through the clinic until she turned 18 years of age. She was then referred to the child and adolescent psychiatry gender and sexuality specialty clinic for further evaluation of gender identity issues.

Following her initial evaluation in the gender and sexuality clinic, Amy was instructed to go to the emergency room for a psychiatric evaluation due to her family's concerns about her recent odd behavior and safety. In the emergency room, it was noted that increasingly over the past few months, Amy began to voice that someone was "tapping" her phone, using her social security number, and she frequently worried about the safety of her family. This was accompanied by a dramatic change in dress, use of excessive makeup, and vague statements about needing to leave the family to join a secret society to obtain fame and fortune. Other symptoms included ideas of reference through the radio and television. Amy also endorsed feelings of depression, sleeping excessively, having little pleasure in activities, poor energy, poor concentration, and decreased appetite with a 20-pound weight loss over the past couple of months. While denying a decreased need for sleep or insomnia, the family had also noted that she had been spending money excessively and exchanging sex for money. Amy reported smoking two to three cigarettes daily, using marijuana daily, and drinking one to two days per week. She denied recent cocaine or stimulant use, and her urine toxicology was positive only for THC.

On exam, Amy was noted to be bizarrely dressed, wearing an unkempt blonde wig, dark sunglasses throughout the interview, "dramatic" eye makeup, excessive lipstick, and tight-fitting female clothing. She had a tangential thought process, with noted persecutory and grandiose delusions, and preoccupations about the secret society. Her mood was "scared," her affect was labile, and her insight and judgment were impaired. Her medical workup included routine psychiatric labs and a head CT, which were all within normal limits. Amy was admitted to the inpatient psychiatric unit and initially treated with risperidone, which was titrated up to 4 mg at bedtime with an improvement in paranoid ideation and psychotic symptoms. Amy

was discharged home with a diagnosis of schizophreniform disorder given the short duration of symptoms.

Amy was sent to the emergency room again a week later by her outpatient psychiatrist due to recurrent psychotic symptoms, mood lability, ideas of reference, and vocalizing a need to leave the family in order to join the secret society. When questioned about her plan to join the secret society, she stated that her plan was to begin walking aimlessly until she was "found" by them. Amy was again admitted to the inpatient psychiatric unit, and due to the ongoing mood lability and concern for bipolar illness, Amy was started on lithium and titrated up to 1200 mg. She remained in the hospital for 3 weeks, and risperidone was cross-taped to olanzapine, with significant improvement in both mood and psychotic symptoms. Amy was diagnosed with schizoaffective disorder and discharged home to family. She was seen in the emergency room once more the following week for ongoing delusions and plans to leave and join the secret society; however, she was evaluated and discharged back home.

Over the next couple of years, Amy was seen in outpatient treatment and treated with aripiprazole and escitalopram for her diagnosis of schizoaffective disorder and GD. She was seen in a combination of individual therapy in a dynamic, open-ended frame and medication management on a weekly basis. She continued to express her desire for estrogen, and given her history of GD, and the relative stability of her psychiatric symptoms, she was started on estrogen with careful monitoring from her entire treatment team. In many ways, she understood that her psychiatric treatment was a requirement for ongoing hormonal care and was motivated to attend her sessions to ensure she was able to access care.

Through her treatment, Amy maintained a strong and consistent gender identity. Amy maintained an intense desire and insistence to be a woman and consistently attended sessions with long hair, makeup, and female attire. She spoke frequently about her desire to have gender reassignment surgery and wanting to "have it off" in reference to her male genitalia. She was noticeably distressed during a session in which she did not have time to shave her face prior to arriving and endorsed high levels of discomfort and embarrassment about having male secondary sex characteristics. She also frequently made reference to her role as an older sister to her sibling and her role in the strong female lineage in the family. She spoke frequently about opening a "new chapter" following her gender reassignment surgery and talked with enthusiasm her ability to wear lower-cut shirts and skirts if she desired.

In the middle of the year with her current treatment provider, Amy began to report increasing depression, fatigue and hypersomnia, irritability, and anxiety. During this time, she was also noted to be consistently more distressed and tearful in session, along with an increase in the volume and veracity of delusional content. Her clinical picture at this time was complicated by concurrent marijuana use and suspected alprazolam abuse by the family. Due to concern for an episode of bipolar depression, along with ongoing side effects of sedation from aripiprazole, aripiprazole was cross-tapered to lurasidone with significant improvements in mood, sedation, and a decrease in delusional content to baseline levels.

Throughout the year, content of individual sessions frequently centered around feelings of being "stuck" in life, especially in terms of employment and romantic relationships. It was noted that since treatment at the beginning of the year, there had been little conversation about her gender reassignment surgery, which had been the initial stated goal at the beginning of the year. Following a discussion with both Amy and her family, a surgical consult was scheduled with improvements in her mood and future orientation.

During the latter part of the year, Amy endured a sexual assault resulting in a significant suicide attempt by overdose on her prescribed hormones and psychiatric medications. Following evaluation in the emergency room, she was admitted for a brief inpatient hospitalization and restarted on her medications.

Throughout treatment, Amy would frequently reminisce about her life as a gay male, commenting on how much she enjoyed her party lifestyle and popularity during those years. It was reflected back to Amy that this was also a time of greater acceptance of her gender identity, from her friends, her family, her romantic relationships, and to society in general. Amy's ongoing delusions were conceptualized as fantasy to escape the struggles of not only an individual with a mental illness but also being a transgender individual. By scheduling her surgical consult, Amy felt a needed sense of acceptance from her family of her gender identity as a female. Although she continued to endorse delusions throughout her treatment that varied in severity based upon mood symptoms and concurrent substance use, her stated gender identity remained constant throughout her treatment course. At this point, she is scheduled for her gender-affirming surgery under close watch from her family and her outpatient treatment team.

Notably, family members were involved throughout her treatment, with the primary family intervention being psychoeducation about GD and transgender issues along with the chronicity and stability of psychotic delusions. Amy's family was also very proactive in exploring community volunteer opportunities, supportive employment, and support groups through NAMI.

## Case Discussion

Many studies have shown that transgender individuals face significant amounts of discrimination, harassment, violence, and family rejection. Members of the LGBT community, and especially transgender individuals, face a high degree of what is termed "minority stress." These factors play a tremendous role in the development and maintenance of psychopathology. Independent of this, GD is present across all societies, ethnicities, and backgrounds, and individuals with GD are not spared affliction with co-occurring psychiatric illnesses, including chronic psychotic illnesses such as schizophrenia and schizoaffective disorder. Unfortunately, the literature is limited on best approaches for individuals with both GD and psychotic illness, and, as a result, these individuals are often denied access to care.

For Amy, since her initial evaluation in the specialized gender service, she had come to understand herself as a woman and met full diagnostic criteria for GD. Diagnostically, prior to referring for either hormones or surgery, it was important to track Amy's symptoms of GD during her multiple emotional states. Due to the chronic nature of her psychotic illness, and her frequent experience of relapse of symptoms, there were multiple opportunities to assess her experience of her gender both during times of stability and times of overt psychosis. It is the consistent presence of GD across illness states that ultimately allowed her treatment providers to feel confident in connecting her to medical and surgical care for her GD. For Amy, when she was able to articulate clear understanding and insight into her psychotic symptoms, she experienced GD. When she was in the throes of psychosis and believed to the core of her being that she could wander the streets and be picked up by a secret society, she experienced GD. In many ways, her GD became the most consistent part of her experience, and regardless of illness state, she had a clear and consistent desire to medically and surgically transition and even in her most psychotic states could still clearly articulate the risks and benefits of the choices in her care.

As such, the challenge for the outpatient treatment providers was not if hormones or surgery would be appropriate but how to manage it safely. As it turns out, the hormones made no significant impact on her psychotic symptoms, but it did make her feel more whole and more comfortable in her body and her identity. Surprisingly, one of the biggest challenges was about the structural barriers to accessing care. As a part of her relapsing illness, Amy would often disappear from treatment and have difficulties in remembering follow-up visits. Some clinicians might interpret these missed appointments as possible unconscious ambivalence to treatment, and that was discussed as a possibility; however, it was clear with ongoing treatment that it was better explained as a primary failure in executive functioning due to her psychotic illness. Thus, the treatment team had to take a primary role in helping Amy to structure her weeks and put into place home-based resources to help her access the care she so desired and needed.

## Conclusion

Amy has a chronic and severe mental illness that will persist throughout her life. She also happens to be a transgender woman with a tremendous number of strengths and a confidence in her sense of self and wishes for her future. Historically, her psychotic symptoms would have barred her from accessing gender-affirming care, and certainly they complicated her treatment course but often in ways that were unexpected. There was an appropriate balance of caution and advocacy for her care throughout, even though at times it was unclear if things were moving too quick or too slow. However, we found that if we used the basic ethical principles of autonomy, beneficence, non-malfeasance, and justice as a frame for treatment, it became much more straightforward on how to proceed.

Regarding autonomy, does an individual, even an individual who has a hard time differentiating reality from fantasy, have specific understanding about the risks, benefits, and alternatives of a medical intervention? Do they have capacity to consent to the specific interventions at hand? Is there wish for care consistent across disease states? If the answer is yes, regardless of psychotic symptoms, then they have a right to autonomy. Does gender-affirming care help the patient, fulfilling the ethical principle of beneficence? We know that accessing gender-affirming care improves quality of life and diminishes GD, and without evidence to the contrary, we can assume that it will also benefit those with psychotic symptoms. As for non-malfeasance, or the concept of doing no harm, we must build a more robust evidence base—there is no compelling evidence that estrogen or testosterone at usual treatment doses is any more dangerous to those with severe mental illness; however, there is also no compelling evidence that it is safe. There is simply no evidence either way. Which finally brings us to justice—the right to equal access of care. It is this ethical principle that has been most disregarded for individuals with severe psychotic illness. To be just in our care means to advocate for our patients who are unable to advocate for themselves and to get them access to care that is beneficial and necessary, even if it is at times controversial.

## References

1. Murad MH, Elmain MB, Garcia MZ, Mullan RJ, Murad A, Erwin PJ, et al. Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes. Clin Endocrinol (Oxf). 2010;72:214–31.
2. Randell JB. Transvestitism and transsexualism: a study of 50 cases. Br J Psychiatry. 1959;2:1448–52.
3. Lukianowicz N. Transvestite episodes in acute schizophrenia. Psychiatry Q. 1962;36:44–54.
4. Dhejne C, Van Vlerken R, Heylens G, Arcelus J. Mental health and gender dysphoria: a review of the literature. Int Rev Psychiatry. 2016;28(1):44–57.
5. Bower H. The gender identity disorder in the DSM-IV classification: a critical evaluation. Aust N Z J Psychiatry. 2001;35:1–8.
6. Pope H, Katz D. Affective and psychotic symptoms associated with anabolic steroid use. Am J Psychiatr. 1988;145:487–90.
7. Costa R, Colizzi M. The effect of cross-sex hormonal treatment on gender dysphoria individuals' mental health: a systematic review. Neuropsychiatr Dis Treat. 2016;12:1953–66.
8. Grigoriadis S, Seeman MV. The role of estrogen in schizophrenia: implications for schizophrenia practice guidelines for women. Can J Psychiatr. 2002;47(5):437–42.
9. Meijer J, Eeckhout GM, van Vlerken RH, de Vries AL. Gender dysphoria and co-existing psychosis: review and four case examples of successful gender affirmative treatment. LGBT Health. 2017;4:2.

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Main report; May 16, 2022

## Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence

Romina Brignardello-Petersen, DDS, MSc, PhD
Wojtek Wiercioch, MSc, PhD

### 1. Introduction

We prepared this report to fulfill a request from the Florida Agency for Health Care Administration. This report contains three documents: 1. Main document (this document) summarizing the methodology used and the findings, 2. Methods document, which provides a detailed description of the systematic methodology used to find, prioritize, appraise, and synthesize the evidence, and 3. Results document, which describes the evidence available, the estimates of the effects of gender affirming therapies, and the certainty (also known as quality) of the evidence.

This document is organized in four parts. First, we describe the credentials and expertise of the health research methodologists conducting this evidence evaluation. Second, we summarize the methodology used. Third, we summarize the main findings. Finally, we briefly discuss strengths and limitations of our process and of the evidence.

### 2. Credentials and expertise

Two experts in health research methodology, who specialize in evidence synthesis to support decision making, prepared this report. Their relevant credentials and expertise are described below.

**Dr. Romina Brignardello-Petersen**: Assistant Professor at the Department of Health Research Methods, Evidence, and Impact, at McMaster University. Dr. Brignardello-Petersen obtained a DDS degree (University of Chile) in 2007, an MSc degree in Clinical Epidemiology and Health Care Research (University of Toronto) in 2012, and MSc in Biostatistics (University of Chile) in 2015, and a PhD in Clinical Epidemiology and Health Care Research (University of Toronto) in 2016. Dr. Brignardello-Petersen has worked in evidence synthesis projects since 2010, and her research has focused on the methodology for the development of Systematic Reviews and Clinical Practice Guidelines since 2012. Through January 2022, she has published 122 peer reviewed scientific articles (24 as a first author and 9 as a senior author). Dr. Brignardello-Petersen has acted as a research methodologist for several groups and organizations, including the World Health Organization, the Pan-American Health Organization, the American Society of Hematologists, the American College of Rheumatology, and the Society for Evidence Based Gender Medicine, among others. Her research program has been awarded over $2M CAD from the Canadian Institutes for Health Research. Dr. Brignardello-Petersen has no lived experience as a person or family member of a person with gender dysphoria, and her research interests are not in this area.

**Dr. Wojtek Wiercioch**: Postdoctoral Research Fellow at the Department of Health Research Methods, Evidence, and Impact, at McMaster University. Dr. Wiercioch obtained an MSc degree (2014, McMaster University) and a PhD degree (2020, McMaster University) in Health Research Methodology. Dr. Wiercioch has worked in evidence syntheses projects since 2011, and his research focuses on evidence synthesis, guideline development methodology, and the guideline development process. Through April



1

149

2022, he has published 86 peer-reviewed scientific articles. Dr. Wiercioch has acted as a guideline methodologist for several groups and organizations, including the World Health Organization, the American Society of Hematologists, the Endocrine Society (of America), and the American Association for Thoracic Surgeons, among others. Dr. Wiercioch has no lived experience as a person or family member of a person with gender dysphoria, and his research interests are not in this area.

### 3. Methods

We conducted an overview of systematic reviews. We used a reproducible approach to search, select, prioritize, appraise, and synthesize the available evidence, following high methodological standards. We describe full details of the methodology in an accompanying document.

In brief, we searched for systematic reviews published in English language in Epistemonikos, OVID Medline, and grey literature sources, through April 30, 2022. We selected systematic reviews which included studies on young individuals with a diagnosis of gender dysphoria, who received puberty blockers, cross-sex hormones, or surgeries; and in which authors reported data regarding outcomes important to patients: gender dysphoria, depression, anxiety, quality of life, suicidal ideation, suicide, adverse effects, and complications. Systematic reviews could have included any type of primary study design.

The two reviewers screened all titles and abstracts, followed by full text of potentially relevant systematic reviews. We then prioritized the most useful systematic review providing evidence for each of the outcomes, using pre-established criteria that considered date of publication, applicability, availability of outcome data, methodological quality of the systematic review, and usefulness of the data synthesis conducted in the systematic review (see methods document for details).

After abstracting data from the systematic reviews, we synthesized the best available evidence for each of the outcomes, and assessed the certainty (also known as quality) of the evidence using the Grading of Recommendations Assessment, Development, and Evaluation (GRADE) approach. We conducted GRADE assessments using the information provided by the systematic review authors (risk of bias of primary studies, characteristics of included studies, results reported by the studies). We present the all the information about outcomes in GRADE summary of findings tables.

In addition, to evaluate the robustness of our conclusions, we systematically searched for and evaluated primary studies answering the questions of interest published after the authors of the included systematic reviews conducted their searches.

### 4. Results

We included 61 systematic reviews, from which 3 addressed the effects of puberty blockers, 22 addressed the effects of cross-sex hormones, 30 addressed the effects of surgeries, and 6 addressed the effects of more than one of these interventions. After our prioritization exercise, we included information from 2 systematic reviews on puberty blockers, 4 on cross-sex hormones, and 8 on surgeries.

### 4.1 Puberty blockers

2

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Main report; May 16, 2022

For most outcomes (except suicidality), there is no evidence about the effect of puberty blockers compared to not using puberty blockers. In other words, no studies compared the outcomes between a group of people with gender dysphoria using puberty blockers and another group of people with gender dysphoria not using them. Therefore, it is unknown whether people with gender dysphoria who use puberty blockers experience more improvement in gender dysphoria, depression, anxiety, and quality of life than those with gender dysphoria who do not use them. There is very low certainty about the effects of puberty blockers on suicidal ideation.

The studies included in the systematic review reported outcomes among a group of people with gender dysphoria after receiving puberty blockers. Low certainty evidence suggests that after treatment with puberty blockers, people with gender dysphoria experience a slight increase in gender dysphoria, and an improvement in depression, and anxiety. Low certainty evidence also suggests that a moderate percentage of patients experience adverse effects. The findings must be interpreted considering that these studies did not have a comparison group, and that it is unknown if people with gender dysphoria that do not use puberty blockers experience similar or different outcomes.

### 4.2 Cross sex hormones

For almost all outcomes (except breast cancer) there is no evidence about the effect of cross sex hormones compared to not using cross sex hormones. In other words, no studies compared the outcomes between a group of people with gender dysphoria using cross sex hormones and another group of people with gender dysphoria not using them. Therefore, it is unknown whether people with gender dysphoria who use cross-sex hormones experience more improvement in gender dysphoria, depression, anxiety, quality of life, and suicidality than those with gender dysphoria who do not use cross-sex hormones. There is low certainty evidence suggesting that cross-sex hormones may not increase the risk of breast cancer.

The studies included in the systematic reviews reported changes in the outcomes among a group of patients with gender dysphoria after the use of cross-sex hormones. Low certainty evidence suggests that after treatment with cross-sex hormones, people with gender dysphoria experience an improvement in gender dysphoria, depression, anxiety, and suicidality. There is very low certainty evidence about the changes in quality of life. There is moderate certainty evidence suggesting a low prevalence of venous thromboembolism after treatment with cross-sex hormones. The findings must be interpreted considering that these studies did not have a comparison group, and that it is unknown if people with gender dysphoria that do not use cross-sex hormones experience similar or different outcomes.

### 4.3 Surgeries

There were no systematic reviews and studies reporting on gender dysphoria, depression, anxiety, and suicidality. Therefore, the effects of surgeries on these outcomes (when compared to a group of patients with gender dysphoria who do not undergo surgery), or the changes in these outcomes (improvements or deterioration) among patients who undergo any gender-affirming surgery is unknown. Because of the lack of comparative studies, it is also unknown whether people with gender dysphoria who undergo surgeries experience more improvement in quality of life or less regret than those with gender dysphoria who do not undergo any surgeries. There is low certainty evidence suggesting that a low percentage of participants experience regret, and very low certainty evidence about changes in quality of life after surgery.

3

In assigned females at birth, low certainty evidence suggests that a high percentage of people are satisfied after chest surgery. There is very low certainty evidence, however, about satisfaction after bottom surgery, and about complications after both chest and bottom surgery. In assigned males at birth, low certainty evidence suggests a high percentage of people satisfied and a low percentage of people experiencing regret after vaginoplasty. There is very low certainty, however, about satisfaction with chest surgery and complications and reoperations after bottom surgery.

### 4.4 Evidence published after the systematic reviews selected
We found 10 relevant studies that were published after the systematic reviews were conducted. This evidence was not sufficient to importantly change the conclusions previously made.

## 5. Discussion

### 5.1 Summary of the evidence
In this report, we systematically summarized the best available evidence regarding the effects of puberty blockers, cross-sex hormones, and surgeries in young people with gender dysphoria. We did not find evidence about the effect of these interventions on outcomes important to patients when compared to not receiving the intervention. We found low and very low certainty evidence suggesting improvements in gender dysphoria, depression, anxiety, and quality of life, as well as low rates of adverse events, after treatment with puberty blockers and cross-sex hormones.

### 5.2 Completeness and applicability
There are several gaps in the evidence regarding the effects of puberty blockers, cross-sex hormones, and surgeries in patients with gender dysphoria. Although we found some evidence for all the outcomes of interest, the evidence is suboptimal; several limitations included the lack of studies with a comparison group, and the risk of bias and imprecision, resulting in low or very low certainty evidence for all outcomes.

The applicability of the evidence may also be limited. Although we only rated down for indirectness when it was considered a serious problem (i.e., in evidence about the effects of surgeries, which was collected from people who were importantly older than the target population in this report), there are also potential applicability issues to consider in the evidence regarding the effects of puberty blockers and cross-sex hormones. It is not clear to what extent the people included in the studies were similar enough to the people seeking these treatment options today. For example, some of the included studies were conducted in people who had a diagnosis of gender dysphoria confirmed with strict criteria, as well as a supportive environment. It is important to take into account to what extent this may compromise the applicability of the results to people who are not in the same situation.

### 5.3 Strengths and limitations of the process for developing this report
We followed a reproducible process for developing this report. We used the highest methodological standards and the approach to evidence synthesis we generally use when supporting organizations in the development of their guidelines. This approach is based on prioritizing the sources of evidence most likely to be informative (i.e., to identify and use the evidence with the highest certainty level).

To follow the principles for evidence-based decision making, which require using the best available evidence to inform decisions, we summarized the best available evidence. Because knowing the best

4

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Main report; May 16, 2022

available evidence necessitates being aware of all the available evidence, we based this report on systematic reviews of the literature. We chose the most trustworthy and relevant systematic reviews among many published reviews.

One potential limitation of the process is that, due to feasibility concerns, we relied on the information reported by the systematic reviewers. Most of the systematic reviews we used, unfortunately, were judged at moderate or low methodological quality, which may raise concerns about the trustworthiness of the evidence presented in this report. We believe, however, that the results and conclusions of this report would not be importantly different had the systematic reviews been conducted following higher methodological standards. Because there are no randomized controlled trials, well-conducted comparative observational studies, or very large case series (which include a large sample of consecutive patients who are representative of the whole population) addressing the effects of puberty blockers, cross-sex hormones, and surgeries; the certainty of the evidence about the effects of these interventions is likely to continue being low or very low, even if a few more studies are included (as observed after searching for primary studies published after the reviews were conducted) or some data points were reported inaccurately in the systematic reviews.

Also due to feasibility concerns, the scope of this report was limited to outcomes that are important to patients. Although some may question the decision of not including surrogate outcomes for which there is evidence available (e.g. bone density, blood pressure), decision makers should rarely consider these outcomes and should instead focus on outcomes that do matter to people and stakeholders (e.g., fractures, cardiovascular events).

**5.4 Implications**
The evidence evaluating the effects of puberty blockers, cross-sex hormones, and surgeries in people with gender dysphoria has important limitations. Therefore, decisions regarding their use should carefully consider other relevant factors. At a patient level, these factors include patients' values and preferences (how patients trade off the potential benefit and harms - what outcomes are more important to them), and resources needed to provide the interventions (and the availability of such resources). At a population level, in addition to these factors, it would be important to consider resources needed to implement the interventions, feasibility, acceptability by relevant stakeholders, and equity.

It is important to note that when there is low or very low certainty evidence, it is rarely appropriate to make decisions that will be applied to the majority of the patients (equivalent to strong recommendations). This implies, at the patient level, that shared decision making is a key part of the decision-making process. At a policy level, extensive debate may be needed.

## 6. Conclusions

Due to the important limitations in the body of evidence, there is great uncertainty about the effects of puberty blockers, cross-sex hormones, and surgeries in young people with gender dysphoria. This evidence alone is not sufficient to support whether using or not using these treatments. We encourage decision makers to be explicit and transparent about which factors play an important role in their decision, and how they are weighed and traded off.

5

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Methods; May 16, 2022

## Methods

To ensure completeness and feasibility of the evidence review, we used an approach in which we prioritized the types of studies according to the design that was more likely to provide the best available evidence. First, we searched for systematic reviews of the literature. Second, we appraised all existing systematic reviews to select the most trustworthy (highest methodological quality, most up-to-date, most applicable) from which to draw conclusions. Third, we used the information presented in the systematic reviews to abstract information regarding the effects of the interventions of interest. Fourth, we assessed the certainty of the evidence (also known as quality of the evidence) abstracted from the selected systematic reviews. We planned to search for primary studies if systematic reviews were not found.

**Information sources:** We searched for existing systematic reviews in:
1. Epistemonikos (https://www.epistemonikos.org), an electronic database that focuses on systematic reviews. We used a comprehensive search strategy based on the population, using the terms "gender dysphoria", "gender identity disorder" and "transgender". We conducted this search on April 23, 2022.
2. OVID Medline. We used a search strategy based on the population and the interventions of interest, as well as an adaptation of a filter for systematic reviews from the Health Information Research Unit at McMaster University.  We conducted this search on April 23, 2022.
3. Grey literature; we conducted a manual search in the websites of specific health agencies: National Institutes for Health and Care Excellence (NICE), Agency for Healthcare Research and Quality (AHRQ), Canada's Drug and Health Technology Agency (CADTH), and the website from the Society for Evidence-Based Gender Medicine (SEGM). We conducted these searches between April 27-30, 2022.

We used no date limits for the searches, but we did limit to systematic reviews published in English. Search strategies are available in Appendix 1.

**Eligibility criteria:** We included systematic reviews, which we defined as:
1. Reviews in which the authors searched for studies to include in at least one electronic database, and in which there were eligibility criteria for including studies and a methodology for assessing and synthesizing the evidence, or
2. Reviews in which the authors searched for studies to include in at least one electronic database, and although there was no description of eligibility criteria or methodology, the presentation of the results strongly suggested that the authors used systematic methods (e.g. flow chart depicting study selection, tables with the same information from all included studies, synthesis of data at the outcome level).

We screened systematic reviews using the following criteria for inclusion:

1

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Methods; May 16, 2022

- *Type of participants:* Young individuals (< 25 years old) with a diagnosis of gender dysphoria/gender identity disorder. We included reviews in which authors used any label and diagnostic criteria for this condition. We included reviews in which the participants in the reported studies were older if it was the only evidence available for a specific question. We excluded reviews with mixed populations (i.e. with and without gender dysphoria) in which people without gender dysphoria constituted more than 20% of the total sample.

- *Type of Interventions:* Puberty blockers, cross-sex hormones, gender affirming surgeries. We included any type of puberty blockers and cross-sex hormones, provided with any regimen. We included the following surgeries: phalloplasty, vaginoplasty, and chest surgery (mastectomy or breast implants/augmentation). We only included these when they were performed for the first time (i.e., not revision surgeries).

- *Type of comparison:* When the systematic reviews included comparative studies, the comparator of interest was no intervention. Participants could have received psychotherapy or counselling as a cointervention (in both groups).

- *Type of outcomes:* Gender dysphoria, mental health outcomes (depression and anxiety), quality of life, suicidal ideation, suicide, adverse effects (for puberty blockers and cross-sex hormones only), and satisfaction, complications, reoperation, and regret (for surgeries only). We included any length of follow-up. We excluded surrogate outcomes such as blood pressure, bone mineral density, kidney or liver function test values, etc.

- *Type of studies included in the systematic reviews:* Any clinical study (studies in which the researchers recruited and measured outcomes in humans) regardless of study design. This included randomized clinical trials, comparative observational studies, and case series. Because we could not quantify effect measures, incidence, or prevalence, we excluded case reports.

We excluded systematic reviews published only in abstract format, and those that we could not retrieve in full text (no access through the McMaster University library, or open access online).

**Selection process:** The two reviewers screened all titles and abstracts independently and in duplicate, followed by screening of full texts of potentially eligible systematic reviews independently and in duplicate, using the systematic review online application Covidence (https://www.covidence.org). We solved disagreements by consensus.

To select the most useful systematic reviews among all of those that met the eligibility criteria, we used the following prioritization criteria:

1. Date of publication: we prioritized systematic reviews published within the last 3 years (2020-2022)

2

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Methods; May 16, 2022

2. Match between eligibility criteria of the review and the question of interest: we prioritized reviews in which the authors specifically included the population, intervention, comparison, and outcomes of interest for this evidence review

3. Outcome data available: we prioritized systematic reviews in which the authors report outcome data

4. Methodological quality: we used a modified version of the items in AMSTAR 2.[1] We modified the items to ensure assessment of methodological rather than reporting quality (Table 1). We rated each systematic review as having high, moderate, low, or critically low methodological quality, according to the guidance from the developers of the tool.[1] We reached consensus on critical items that determined this rating (Table 1). We prioritized selection of systematic reviews with highest methodological quality.

For surgical interventions, in addition, we prioritized systematic reviews that covered all gender affirming surgeries (instead of focusing on a specific type of surgery).

We selected a systematic review specifically for each of the outcomes of interest. In other words, we chose the best systematic review to inform each outcome. Each systematic review, however, could inform more than one outcome.

**Table 1: Items used to rate the methodological quality of the eligible systematic reviews**

| AMSTAR Item | Modification to measure methodological quality |
|---|---|
| 1. Did the research questions and inclusion criteria for the review include the components of PICO? | Does the review have a clear question and are the eligibility criteria for studies consistent with the question? |
| 2. Did the report of the review contain an explicit statement that the review methods were established prior to the conduct of the review and did the report justify any significant deviations from the protocol? | No modification needed |
| 3. Did the review authors explain their selection of the study designs for inclusion in the review? | No modification needed |
| 4. Did the review authors use a comprehensive literature search strategy? | Did the authors search in at least 2 electronic databases, using a reproducible search strategy? |
| 5. Did the review authors perform study selection in duplicate? | No modification needed |
| 6. Did the review authors perform data extraction in duplicate? | No modification needed |
| 7. Did the review authors provide a list of excluded studies and justify the exclusions? | No modification needed |
| 8. Did the review authors describe the included studies in adequate detail? | No modification needed |
| 9. Did the review authors use a satisfactory technique for assessing the risk of bias (RoB) in individual studies that were included in the review? | No modification needed |

3

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Methods; May 16, 2022

| | |
|---|---|
| 10. Did the review authors report on the sources of funding for the studies included in the review? | Did the review authors consider conflicts of interest and how they may have affected the results of the primary studies? |
| 11. If meta-analysis was performed, did the review authors use appropriate methods for statistical combination of results? | Was the synthesis of evidence done appropriately? (outcome level, appropriate meta analysis or narrative synthesis) |
| 12. If meta-analysis was performed, did the review authors assess the potential impact of RoB in individual studies on the results of the meta-analysis or other evidence synthesis? | Did authors use subgroup or sensitivity analysis to assess the effect of risk of bias in meta-analytic results? Likely not applicable to most cases |
| 13. Did the review authors account for RoB in primary studies when interpreting/discussing the results of the review? | Did the review authors incorporate an assessment of risk of bias at the outcome level when drawing conclusions? |
| 14. Did the review authors provide a satisfactory explanation for, and discussion of, any heterogeneity observed in the results of the review? | Did the review authors incorporate an assessment of heterogeneity at the outcome level when drawing conclusions? |
| 15. If they performed quantitative synthesis did the review authors carry out an adequate investigation of publication bias (small study bias) and discuss its likely impact on the results of the review? | Did the authors address publication bias? (regardless of whether synthesis was using a meta-analysis or narrative) |
| 16. Did the review authors report any potential sources of conflict of interest, including any funding they received for conducting the review? | Did the authors report conflicts of interest and did they manage any existing conflict of interest appropriately? |

Shaded items were items considered critical.

**Data abstraction:** We abstracted outcome data from each of the systematic reviews. To ensure feasibility, we used the data as reported by the authors of the review and did not re-abstract data from the primary studies. One reviewer abstracted the data and a second reviewer checked the data for accuracy.

**Data synthesis:** Using the systematic reviews prioritized, we synthesized the evidence at the outcome level. Because of the higher likelihood of it resulting in higher certainty of evidence (details below) for each outcome, when there was comparative data (i.e. comparison of outcomes between an untreated and a treated group) and non-comparative data (i.e. changes from before to after treatment in one group, or only outcomes after treatment), we prioritized comparative data.

We prioritized numerical results (i.e. magnitudes of effect) and reported estimates and their 95% confidence intervals (CIs). When results were not reported in that way, we calculated the estimates and CIs when systematic review authors provided sufficient information. When necessary, we assumed moderate correlation coefficients for the changes between baseline and follow up (coefficient= 0.4). When this information was not available we reported narratively the effect estimates and ranges.

When a specific study reported the same outcome measured by more than one scale, we chose the scale presented first. We highlighted situations when the results obtained with other scales were importantly different.

4

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Methods; May 16, 2022

When the same outcome was reported by more than one study but we could not pool the results, we created narrative syntheses.

**Certainty of evidence:** For each outcome, we assessed the certainty of the evidence (also known as quality of the evidence) using the Grading of Recommendations Assessment, Development, and Evaluation (GRADE) approach.[2] The certainty of evidence can be rated as high, moderate, low, or very low (Table 2). For effects of interventions, the certainty of the evidence started as high and could be rated down due to serious concerns about risk of bias, inconsistency, indirectness, imprecision, and publication bias. For inferences about the effect of using a treatment versus no treatment, when there was no comparison group, we assessed risk of bias as very serious and rated down the certainty of the evidence 2 levels by default. We used the same principles when assessing the certainty of the evidence in estimates of prevalence or rates, but did not judge risk of bias as resulting in very serious concerns due to lack of a comparison group. For all assessments, we used the information presented by the authors of the systematic review (e.g. assessments of risk of bias of the included studies, effect estimates from studies).

**Table 2: GRADE levels of certainty of the evidence**

| Certainty level | Definition |
| --- | --- |
| High ⊕⊕⊕⊕ | We are very confident that the true result (effect estimate/ prevalence/ mean, etc.) lies close to that of the estimate of the result |
| Moderate ⊕⊕⊕◯ | We are moderately confident in the result: the true result is likely to be close to the estimate of the result, bur there is a possibility that it is substantially different |
| Low ⊕⊕◯◯ | Our confidence in the result is limited: the true result may be substantially different from the estimate of the result |
| Very low ⊕◯◯◯ | We have very little confidence in the result: the true result is likely to be substantially different from the estimate of the result |

**Presentation of results:** We created GRADE Summary of Findings tables in which we describe the evidence available for each of the outcomes, and the certainty of the evidence. These tables contain the following information:

- Outcomes: measurement method (including scales, if applicable) and follow-up
- Estimates of effect: absolute and relative estimates of effect, and their corresponding 95% CIs.
- Number of studies and participants providing evidence for the outcome
- GRADE certainty of the evidence, with a link to detailed explanations (provided at the bottom of the table) of why the certainty of the evidence was rated at a specific level
- A narrative statement about what happens with the outcome, based on the estimate of effect and certainty of evidence.

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Methods; May 16, 2022

**Searching for new evidence not included in the systematic reviews:** To assess if newer evidence not included in the included systematic reviews would change the conclusions importantly, we searched for and assessed primary studies answering the questions of interest that were published after the authors of such systematic reviews conducted their searches. We defined an important change in conclusions as a change in the certainty of the evidence (from low/ very low/ not available to high/ moderate).

We searched OVID Medline from January 1, 2019 through May 12, 2022, for studies published in English. We included studies if they enrolled young individuals (< 25 years old, with at least 20% of the people being this age) with a diagnosis of gender dysphoria/gender identity disorder, who received puberty blockers, cross-sex hormones, or surgeries; and measured any of the outcomes of interest.

For outcomes that should be evaluated in a comparative manner (e.g., depression, anxiety, etc.), because they are the only type of study design that would change the conclusions importantly, we selected comparative clinical studies (studies in which the researchers recruited and measured outcomes in humans, and compared a group of people who received the intervention with another one who did not receive the intervention). This included randomized clinical trials, and comparative observational studies. For outcomes that can only occur when the treatment is administered, we included non-comparative observational studies (case series). For these to change conclusions, they should have a sufficiently large sample size, and therefore we excluded case series in which the researchers reported information from <100 people.

Two reviewers screened the potentially relevant articles at title and abstract and full text screening stage. We abstracted relevant study characteristics and outcome data, and assessed risk of bias of comparative studies using the most relevant domains of the Risk of Bias for non-Randomized studies of Interventions (ROBINS-I) tool[3] (table 3). For non-comparative studies, we used a list of custom items that captured the most important potential risk of bias concerns of case series (table 4). We judged the risk of bias of each study as the highest risk of bias of any of the domains assessed (e.g., one domain judged at critical risk of bias resulted in the study judged at critical risk of bias). We summarized this information at the study and judged whether it would have changed the conclusions importantly if added to the body of evidence from the systematic reviews.

**Table 3: Domains used to assess risk of bias of comparative studies**

| Domain | Low | Critical |
|---|---|---|
| Confounding | Adjusted for all relevant confounding factors | No adjustment |
| Classification of intervention | Intervention recorded prospectively or from medical records | Asked patients to recall whether they received the intervention |
| Deviation from intended interventions | No cointerventions or cointerventions balanced between the groups | Cointerventions unbalanced between the groups |

6

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Methods; May 16, 2022

| | | |
|---|---|---|
| Missing data | More than 90% of patients who started the study provided outcome data | Less thank 50% of patients who started the study provided outcome data |
| Measurement of outcome | All outcomes measured in the same way in both groups | Outcomes measured differently in both groups |

Each domain could be judged at low, moderate, serious, or critical risk of bias. In addition, information could be insufficient to make a judgment. The table describes the criteria used to judge a domain in the extreme categories.

## Table 4: Domains used to assess risk of bias of non- comparative studies

| Domain | Low | High |
|---|---|---|
| Representativeness of the sample | Included all consecutive patients | Highly selected sample based on specific characteristics related with the prognosis after treatment |
| Classification of the intervention | Intervention recorded prospectively or from medical records | Asked patients to recall whether they received the intervention |
| Deviation from intended interventions | No cointerventions outside what would be observed in practice (or in a small proportion of patients) | Most patients received co interventions that could influence the outcomes |
| Missing data | More than 90% of patients who started the study provided outcome data | Less thank 50% of patients who started the study provided outcome data |
| Measurement of outcome | Outcomes measured prospectively or from medical records | Outcomes reported by the patients and/ or needed to recall what happened a long time ago |

Each domain could be judged at low, moderate, or high risk of bias. In addition, information could be insufficient to make a judgment. The table describes the criteria used to judge a domain in the extreme categories.

## References

1. Shea BJ, Reeves BC, Wells G, et al. AMSTAR 2: a critical appraisal tool for systematic reviews that include randomised or non-randomised studies of healthcare interventions, or both. *Bmj* 2017;358:j4008. doi: 10.1136/bmj.j4008 [published Online First: 2017/09/25]
2. Blashem H, Helfand M, Schunemann HJ, et al. GRADE guidelines: 3. Rating the quality of the evidence. *Journal of clinical epidemiology* 2011;64:401-06.
3. Sterne JA, Hernan MA, Reeves BC, et al. ROBINS-I: a tool for assessing risk of bias in non-randomised studies of interventions. *BMJ (Clinical research ed)* 2016;355:i4919. doi: 10.1136/bmj.i4919 [published Online First: 2016/10/14]

7

## Search Strategies

**Questions Covered:**

PICO questions:

1. For children, adolescents, and young adults (<21) with gender dysphoria, what are the effects of treatment with **puberty blockers (gonadotrophin releasing hormone (GnRH) analogues)** compared to no puberty blockers?

2. For children, adolescents, and young adults (<21) with gender dysphoria, what are the effects of treatment with **cross-sex hormones** compared to no cross-sex hormones?

3. For children, adolescents, and young adults (<21) with gender dysphoria, what are the effects of **gender-affirming surgeries** compared to no surgery?

**Search Strategies:**

Note: Population, puberty blocker, cross-sex hormones search blocks adapted from NICE (2020) evidence reviews. Gender-affirming search block adapted from Wernick *et al.* 2019. Systematic reviews filter adapted from McMaster University Health Information Research Unit (HIRU).

Databases: Medline, Epistemonikos
Grey Literature: CADTH, AHRQ, SEGM, NICE

*Medline*

| OVERVIEW | |
|---|---|
| Interface: | Ovid |
| Databases: | OVID Medline Epub Ahead of Print, In-Process & Other Non-Indexed Citations, Ovid MEDLINE(R) Daily and Ovid MEDLINE(R) 1946 to Present |
| Study Types: | Systematic Reviews |
| Search Run: | April 23, 2022 |

**Search Strategy: search terms [number of results]**

*Population*

1  exp "Sexual and Gender Minorities"/    12385
2  Gender Dysphoria/    774
3  Gender Identity/    20481
4  Gender Role/    197
5  "Sexual and Gender Disorders"/ 81
6  Transsexualism/    4236
7  Transgender Persons/    5303
8  Health Services for Transgender Persons/    186

9    exp Sex Reassignment Procedures/      1208
10   gender identity disorder.mp.    492
11   non-binary.mp. 566
12   transgender.mp.       9989
13   (gender* adj3 (dysphori* or disorder* or distress or nonconform* or non-conform* or atypical or incongru* or identi* or disorder* or confus* or minorit* or queer* or variant or diverse or creative or explor* or question* or expan* or fluid)).tw.   16428
14   ((sex or gender*) adj3 (reassign* or chang* or transform* or transition* or expression*)).tw.   13749
15   (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw.   19665
16   (genderfluid or genderqueer or agender).mp.    130
17   ((correct or chosen) adj3 name).mp.    591
18   (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw.   135313
19   ((sex or gender*) adj3 (reassign* or chang* or transform* or transition* or expression*)).tw.   13749
20   (male-to-female or m2f or female-to-male or f2m).tw.   148579
21   or/1-20 342948

*Cross-Sex Hormones*

22   Hormones/ad, tu, th    4676
23   exp Progesterone/ad, tu, th    11265
24   exp Estrogens/ad, tu, th 29635
25   exp Gonadal Steroid Hormones/ad, tu, th        35375
26   (progesteron* or oestrogen* or estrogen*).tw.   223307
27   ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).tw.   1488
28   exp Estradiol/ad, tu, th  11197
29   exp Testosterone/ad, tu, th    8710
30   (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan).tw.   86509
31   (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle).tw.    100252
32   or/22-31    345895

*Puberty Blockers*

33   Gonadotropin-Releasing Hormone/      28809
34   (pubert* adj3 block*).ti,ab.    141
35   ((gonadotrophin or gonadotropin) and releasing).ti,ab.   20121
36   (GnRH adj2 analog*).ti,ab.    2878
37   GnRH*.ti,ab.    24390
38   "GnRH agonist*".ti,ab.   4749
39   Triptorelin Pamoate/    1981
40   triptorelin.ti,ab. 821
41   arvekap.ti,ab.   1

2

```
42   ("AY 25650" or AY25650).ti,ab.   1
43   ("BIM 21003" or BIM21003).ti,ab.        0
44   ("BN 52014" or BN52014).ti,ab. 0
45   ("CL 118532" or CL118532).ti,ab.        0
46   Debio.ti,ab.       119
47   diphereline.ti,ab.        28
48   moapar.ti,ab.   0
49   pamorelin.ti,ab.1
50   trelstar.ti,ab.    3
51   triptodur.ti,ab. 1
52   ("WY 42422" or WY42422).ti,ab.          0
53   ("WY 42462" or WY42462).ti,ab.          0
54   gonapeptyl.ti,ab.         0
55   decapeptyl.ti,ab.        225
56   salvacyl.ti,ab.   0
57   Buserelin/        2137
58   buserelin.ti,ab. 1395
59   onist.ti,ab.       0
60   ("hoe 766" or hoe-766 or hoe766).ti,ab. 72
61   profact.ti,ab.    2
62   receptal.ti,ab.   31
63   suprecur.ti,ab.  5
64   suprefact.ti,ab. 25
65   tiloryth.ti,ab.   0
66   histrelin.ti,ab.  78
67   "LHRH-hydrogel implant".ti,ab. 1
68   ("RL 0903" or RL0903).ti,ab.        1
69   ("SPD 424" or SPD424).ti,ab.        1
70   goserelin.ti,ab.  1016
71   Goserelin/        1643
72   ("ici 118630" or ici118630).ti,ab.           51
73   ("ZD-9393" or ZD9393).ti,ab.        0
74   zoladex.ti,ab.    388
75   leuprorelin.ti,ab.        525
76   carcinil.ti,ab.    0
77   enanton*.ti,ab. 26
78   ginecrin.ti,ab.   0
79   leuplin.ti,ab.    15
80   Leuprolide/       3018
81   leuprolide.ti,ab. 2004
82   lucrin.ti,ab.      16
83   lupron.ti,ab.     183
84   provren.ti,ab.   0
85   procrin.ti,ab.    3
86   ("tap 144" or tap144).ti,ab.      41
87   (a-43818 or a43818).ti,ab.        3
88   Trenantone.ti,ab.         2
89   staladex.ti,ab.  0
```

3

163

```
90  prostap.ti,ab.    6
91  Nafarelin/        327
92  nafarelin.ti,ab.  263
93  ("76932-56-4" or "76932564").ti,ab.      0
94  ("76932-60-0" or "76932600").ti,ab.      0
95  ("86220-42-0" or "86220420").ti,ab.      0
96  ("rs 94991 298" or rs94991298).ti,ab.    0
97  synarel.ti,ab.    13
98  deslorelin.ti,ab. 306
99  gonadorelin.ti,ab.        237
100 ("33515-09-2" or "33515092").ti,ab.      0
101 ("51952-41-1" or "51952411").ti,ab.      0
102 ("52699-48-6" or "52699486").ti,ab.      0
103 cetrorelix.ti,ab. 520
104 cetrotide.ti,ab. 52
105 ("NS 75A" or NS75A).ti,ab.       0
106 ("NS 75B" or NS75B).ti,ab.       0
107 ("SB 075" or SB075).ti,ab.       1
108 ("SB 75" or SB75).ti,ab.  67
109 gonadoliberin.ti,ab.      151
110 kryptocur.ti,ab. 7
111 cetrorelix.ti,ab. 520
112 cetrotide.ti,ab. 52
113 antagon.ti,ab.   18
114 ganirelix.ti,ab.  160
115 ("ORG 37462" or ORG37462).ti,ab.        3
116 orgalutran.ti,ab.         26
117 ("RS 26306" or RS26306).ti,ab.  5
118 ("AY 24031" or AY24031).ti,ab.  0
119 factrel.ti,ab.    13
120 fertagyl.ti,ab.   12
121 lutrelef.ti,ab.   5
122 lutrepulse.ti,ab. 3
123 relefact.ti,ab.   10
124 fertiral.ti,ab.   0
125 (hoe471 or "hoe 471").ti,ab.     6
126 relisorm.ti,ab.   4
127 cystorelin.ti,ab. 19
128 dirigestran.ti,ab.        5
129 or/33-128         47108
```

*Gender-affirming Surgeries*

```
130 virilization/     2309
131 (virilism or virili?ation or masculini?ation).mp.    5657
132 feminization/     797
133 femini?ation.mp.          3420
134 (vaginoplasty or vaginoplasties).mp.     1022
```

4

```
135 exp Vagina/ or *Reconstructive Surgical Procedures/    78841
136 (vaginoplasty or vaginoplasties).mp.    1022
137 (phalloplasty or phalloplasties).mp.    561
138 exp Penile Prosthesis/   1636
139 "penile reconstruction".mp.    292
140 (vagina reconstruction or vaginal reconstruction).mp.    549
141 (genitoplasty or genitoplasties).mp.    263
142 transsexualism/su [Surgery]    1007
143 sex reassignment.mp.   1668
144 sex transformation.mp. 42
145 or/130-144    91560
```

*Systematic Review Filter*

```
147 meta-analysis/  158633
148 (meta anal* or meta-anal* or metaanal*).ti,ab.  231876
149 ((systematic or evidence) adj2 (review* or overview*)).ti,ab.    279806
150 ((pool* or combined) adj2 (data or trials or studies or results)).ab.    65411
151 (search strategy or search criteria or systematic search or study selection or data
extraction).ab.    70886
152 (search* adj4 literature).ab.    84593
153 or/146-152    521554
```

*Combine Interventions and Population*

```
154 32 or 129 or 145    459771
155 21 and 154    17838
```

*Limit to Systematic Reviews in English Language*

```
156 153 and 155    295
157 limit 156 to english language    288
```

5

*Epistemonikos*

| OVERVIEW | |
|---|---|
| Interface: | https://www.epistemonikos.org/ |
| Database: | Epistemonikos |
| Study Types: | Systematic Reviews |
| Search Run: | April 23, 2022 |

**Search Strategy: search terms [number of results]**

*Population*

(title:((title:(gender dysphoria) OR abstract:(gender dysphoria)) OR (title:(gender identity disorder) OR abstract:(gender identity disorder)) OR (title:(transgender) OR abstract:(transgender))) OR abstract:((title:(gender dysphoria) OR abstract:(gender dysphoria)) OR (title:(gender identity disorder) OR abstract:(gender identity disorder)) OR (title:(transgender) OR abstract:(transgender))))

*Limit to Systematic Reviews*

*Limited by publication type "systematic review" [425]

Canadian Agency for Drugs and Technologies in Health (CADTH)

| OVERVIEW | |
|---|---|
| Interface: | https://www.cadth.ca/ |
| Database: | CADTH |
| Study Types: | Systematic Reviews, Health Technology Reviews |
| Search Run: | April 27, 2022 |

**Search Strategy: search terms [number of results]**

"gender dysphoria" [10]
*Limit to Health Technology Review [2]*

"transgender" [9]
*Limit to Health Technology Review [5]*

"gender identity disorder" [1]

6

Agency for Healthcare Research and Quality (AHRQ)

| OVERVIEW | |
| --- | --- |
| Interface: | https://search.ahrq.gov/ |
| Database: | AHRQ |
| Study Types: | Evidence Based Practice (EPC) Centre Reports, Full Research Reports, Health Technology Assessments |
| Search Run: | April 29, 2022 |
| **Search Strategy: search terms [number of results]** | |

*Search titles only:* "gender identity disorder" "gender dysphoria" "transgender" [7]

Society for Evidence-based Gender Medicine (SEGM)

| OVERVIEW | |
| --- | --- |
| Interface: | https://segm.org/news |
| Database: | SEGM News |
| Study Types: | Systematic Reviews |
| Search Run: | April 30, 2022 |
| **Search Strategy: search terms [number of results]** | |

*Find in page:* "systematic" [5]

National Institute for Health and Care Excellence (NICE)

| OVERVIEW | |
| --- | --- |
| Interface: | https://www.nice.org.uk/ |
| Database: | NICE |
| Study Types: | Systematic Reviews, Guidelines with Systematic Reviews |
| Search Run: | April 30, 2022 |
| **Search Strategy: search terms [number of results]** | |

gender dysphoria [1]
*Limit to Guidance* [1]

transgender [10]
*Limit to Guidance* [7]

7

gender identity disorder [9]
*Limit to Guidance* [8]

8

Search Strategies – Individual Studies

**Questions Covered:**

PICO questions:

1. For children, adolescents, and young adults (<21) with gender dysphoria, what are the effects of treatment with **puberty blockers (gonadotrophin releasing hormone (GnRH) analogues)** compared to no puberty blockers?

2. For children, adolescents, and young adults (<21) with gender dysphoria, what are the effects of treatment with **cross-sex hormones** compared to no cross-sex hormones?

3. For children, adolescents, and young adults (<21) with gender dysphoria, what are the effects of **gender-affirming surgeries** compared to no surgery?

**Search Strategies:**

Note: Population, puberty blocker, cross-sex hormones search blocks adapted from NICE (2020) evidence reviews. Gender-affirming search block adapted from Wernick *et al.* 2019.

Databases: Medline

*Medline*

| **OVERVIEW** | |
|---|---|
| Interface: | Ovid |
| Databases: | OVID Medline Epub Ahead of Print, In-Process & Other Non-Indexed Citations, Ovid MEDLINE(R) Daily and Ovid MEDLINE(R) 1946 to Present |
| Study Types: | Any |
| Search Run: | May 12, 2022 |
| **Search Strategy: search terms [number of results]** | |

*Population*

| 1 | exp "Sexual and Gender Minorities"/ | 12631 |
| 2 | Gender Dysphoria/ | 781 |
| 3 | Gender Identity/ | 20586 |
| 4 | Gender Role/ | 204 |
| 5 | "Sexual and Gender Disorders"/ | 81 |
| 6 | Transsexualism/ | 4259 |
| 7 | Transgender Persons/ | 5371 |
| 8 | Health Services for Transgender Persons/ | 187 |
| 9 | exp Sex Reassignment Procedures/ | 1211 |
| 10 | gender identity disorder.mp. | 492 |

11  non-binary.mp. 574

12  transgender.mp.      10079

13  (gender* adj3 (dysphori* or disorder* or distress or nonconform* or non-conform* or atypical or incongru* or identi* or disorder* or confus* or minorit* or queer* or variant or diverse or creative or explor* or question* or expan* or fluid)).ti,ab. 16546

14  ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).ti,ab.  9375

15  (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).ti,ab.     19788

16  (genderfluid or genderqueer or agender).mp.     132

17  ((correct or chosen) adj3 name).mp.     591

18  (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).ti,ab.  135744

19  (male-to-female or m2f or female-to-male or f2m).ti,ab. 149067

20  or/1-19 341083


*Cross-sex Hormones*

21  Hormones/ad, tu, th     4690

22  exp Progesterone/ad, tu, th     11270

23  exp Estrogens/ad, tu, th 29646

24  exp Gonadal Steroid Hormones/ad, tu, th       35401

25  (progesteron* or oestrogen* or estrogen*).ti,ab.

26  ((cross-sex or crosssex or gender-affirm*) and (hormon* or steroid* or therap* or treatment* or prescri* or pharm* or medici* or drug* or intervention* or care)).ti,ab.  1507

27  exp Estradiol/ad, tu, th  11200

28  exp Testosterone/ad, tu, th     8722

29  (testosteron* or sustanon* or tostran or testogel or testim or restandol or andriol or testocaps* or nebido or testavan).ti,ab.     86670

30  (oestrad* or estrad* or evorel or ethinyloestrad* or ethinylestrad* or elleste or progynova or zumenon or bedol or femseven or nuvelle).ti,ab.  100411

31  or/21-30      346508


*Puberty Blockers*

32  Gonadotropin-Releasing Hormone/     28845

33  (pubert* adj3 block*).ti,ab.     142

34  ((gonadotrophin or gonadotropin) and releasing).ti,ab.   20158

35  (GnRH adj2 analog*).ti,ab.     2879

36  GnRH*.ti,ab.    24437

37  "GnRH agonist*".ti,ab.  4763

38  Triptorelin Pamoate/     1983

39  triptorelin.ti,ab. 822

40  arvekap.ti,ab.  1

41  ("AY 25650" or AY25650).ti,ab.  1

42  ("BIM 21003" or BIM21003).ti,ab.      0

43  ("BN 52014" or BN52014).ti,ab. 0

44  ("CL 118532" or CL118532).ti,ab.      0

2

```
45  Debio.ti,ab.        119
46  diphereline.ti,ab.        28
47  moapar.ti,ab.    0
48  pamorelin.ti,ab. 1
49  trelstar.ti,ab.    3
50  triptodur.ti,ab.  1
51  ("WY 42422" or WY42422).ti,ab.        0
52  ("WY 42462" or WY42462).ti,ab.        0
53  gonapeptyl.ti,ab.        0
54  decapeptyl.ti,ab.        225
55  salvacyl.ti,ab.    0
56  Buserelin/    2137
57  buserelin.ti,ab. 1396
58  onist.ti,ab.        0
59  ("hoe 766" or hoe-766 or hoe766).ti,ab. 72
60  profact.ti,ab.    2
61  receptal.ti,ab.  31
62  suprecur.ti,ab.  5
63  suprefact.ti,ab. 25
64  tiloryth.ti,ab.    0
65  histrelin.ti,ab.  78
66  "LHRH-hydrogel implant".ti,ab.  1
67  ("RL 0903" or RL0903).ti,ab.        1
68  ("SPD 424" or SPD424).ti,ab.        1
69  goserelin.ti,ab. 1017
70  Goserelin/    1644
71  ("ici 118630" or ici118630).ti,ab.        51
72  ("ZD-9393" or ZD9393).ti,ab.        0
73  zoladex.ti,ab.    388
74  leuprorelin.ti,ab.        529
75  carcinil.ti,ab.    0
76  enanton*.ti,ab. 26
77  ginecrin.ti,ab.  0
78  leuplin.ti,ab.    15
79  Leuprolide/    3018
80  leuprolide.ti,ab. 2003
81  lucrin.ti,ab.    16
82  lupron.ti,ab.    183
83  provren.ti,ab.  0
84  procrin.ti,ab.    3
85  ("tap 144" or tap144).ti,ab.        41
86  (a-43818 or a43818).ti,ab.        3
87  Trenantone.ti,ab.        2
88  staladex.ti,ab.  0
89  prostap.ti,ab.  6
90  Nafarelin/    327
91  nafarelin.ti,ab. 263
92  ("76932-56-4" or "76932564").ti,ab.        0
```

3

171

93  ("76932-60-0" or "76932600").ti,ab.      0
94  ("86220-42-0" or "86220420").ti,ab.      0
95  ("rs 94991 298" or rs94991298).ti,ab.    0
96  synarel.ti,ab.      13
97  deslorelin.ti,ab. 310
98  gonadorelin.ti,ab.        238
99  ("33515-09-2" or "33515092").ti,ab.      0
100 ("51952-41-1" or "51952411").ti,ab.      0
101 ("52699-48-6" or "52699486").ti,ab.      0
102 cetrorelix.ti,ab. 520
103 cetrotide.ti,ab.  52
104 ("NS 75A" or NS75A).ti,ab.        0
105 ("NS 75B" or NS75B).ti,ab.        0
106 ("SB 075" or SB075).ti,ab.        1
107 ("SB 75" or SB75).ti,ab.  67
108 gonadoliberin.ti,ab.      152
109 kryptocur.ti,ab. 7
110 cetrorelix.ti,ab. 520
111 cetrotide.ti,ab.  52
112 antagon.ti,ab.   18
113 ganirelix.ti,ab.  161
114 ("ORG 37462" or ORG37462).ti,ab.        3
115 orgalutran.ti,ab.        26
116 ("RS 26306" or RS26306).ti,ab.  5
117 ("AY 24031" or AY24031).ti,ab.  0
118 factrel.ti,ab.      13
119 fertagyl.ti,ab.    12
120 lutrelef.ti,ab.    5
121 lutrepulse.ti,ab. 3
122 relefact.ti,ab.    10
123 fertiral.ti,ab.    0
124 (hoe471 or "hoe 471").ti,ab.      6
125 relisorm.ti,ab.   4
126 cystorelin.ti,ab. 19
127 dirigestran.ti,ab.        5
128 or/32-127        47179

*Surgery*

129 virilization/      2309
130 (virilism or virili?ation or masculini?ation).mp.     5664
131 feminization/     798
132 femini?ation.mp.        3425
133 (vaginoplasty or vaginoplasties).mp.      1032
134 (vaginoplasty or vaginoplasties).mp.      1032
135 (phalloplasty or phalloplasties).mp.      561
136 exp Penile Prosthesis/   1642
137 "penile reconstruction".mp.       292

4

172

```
138 (vagina reconstruction or vaginal reconstruction).mp.    550
139 (genitoplasty or genitoplasties).mp.        263
140 transsexualism/su [Surgery]        1007
141 sex reassignment.mp.    1674
142 sex transformation.mp. 42
143 or/129-142       14290

Any intervention AND population

144 31 or 128 or 143        386835
145 20 and 144        16516

Limit to Humans

146 animals/ not humans/    4972586
147 145 not 146      9281
148 limit 147 to humans      7901

Limit to Publication Year 2019 to Current

149 limit 148 to yr="2019 -Current"  1859
```

5

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence.
Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

## Results

**Search results and eligible reviews:** After screening 647 records found through our searches, we found 61 eligible systematic reviews. From these, 27 were published between 2020 and 2022 (Figure 1). Overall, 4% (1/27) of the reviews were judged to be of high methodological quality, 15% (4/27) were moderate methodological quality, 37% (10/27) were low methodological quality, and 44% (12/27) were critically low methodological quality.

We  provide reasons for excluding systematic reviews in appendix 1.

1

Identification of studies via databases
Identification of studies via other methods
Identification
Screening
Included
Records identified from:
Medline (n = 288)
Epistemonikos (n = 425)
Records removed before screening:
Duplicate records removed (n = 95)
Records identified from:
CADTH (n = 8)
AHRQ (n = 7)
SEGM (n = 5)
NICE (n = 16)
Records removed before screening:
Duplicate records removed (n = 7)
Records screened (n = 618)
Records excluded (n = 515)
Records screened (n = 29)
Records excluded (n = 18)
Reports sought for retrieval (n = 103)
Reports not retrieved (n = 2)
Reports sought for retrieval (n = 11)
Reports not retrieved (n = 1)
Reports assessed for eligibility (n = 101)
Reports excluded: 43
Wrong outcomes (n = 16)
Other surgery (e.g. voice, rib, face, hair, hands, etc.) (n = 13)
Wrong study design (n = 5)
Wrong patient population (n = 5)
Published as abstract (n = 2)
Wrong intervention (n = 2)
Reports assessed for eligibility (n = 10)
Reports excluded: 7
Wrong population (n = 3)
Wrong outcomes (n = 1)
Wrong study design (n = 1)
Non-English language (n = 2)
Studies included in review (n = 61)
• Puberty blockers (n = 3)
• Cross-sex hormones (n = 22)
• Gender-affirming surgery (n = 30)
• Multiple interventions (n = 6)



Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Figure 1:** PRISMA flow diagram for the selection of systematic reviews. *From:* Page MJ, McKenzie JE, Bossuyt PM, Boutron I, Hoffmann TC, Mulrow CD, et al. The PRISMA 2020 statement: an updated guideline for reporting systematic reviews. BMJ 2021;372;n71. doi: 10.1136/bmj.n71. For more information, visit: http://www.prisma-statement.org/

3

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence.
Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Outcomes:**

1. **Puberty blockers:** We found 4 systematic reviews assessing the effects of puberty blockers published between 2020 and 2022.[1-4] From these, we judged 2 as having moderate methodological quality, and 2 as having critically low methodological quality. Details of the assessment are provided in Figure 2.

   Table 1 summarizes the evidence about the effects of puberty blockers on the outcomes of interest. We used information from 2 systematic reviews.[2 3] For most outcomes (except suicidality), there is no evidence about the effect of puberty blockers compared to not using puberty blockers. In other words, no studies compared the outcomes between a group of people with gender dysphoria using puberty blockers and another not using them. Therefore, it is unknown whether people with gender dysphoria who use puberty blockers experience more improvement in gender dysphoria, depression, anxiety, and quality of life than those with gender dysphoria who do not use them. There is very low certainty about the effects of puberty blockers on suicidal ideation (see details in Table 1).

   Studies, however, reported outcomes among a group of people with gender dysphoria after receiving puberty blockers. The findings are:
   - There is low certainty evidence suggesting that treatment with puberty hormones may slightly increase gender dysphoria severity (mean change score in the Utrecht Gender Dysphoria scale, 0.7 points [95% CI, -4.2 to 5.6], range 12-60, with higher scores reflecting more severe gender dysphoria)
   - There is low certainty evidence suggesting that treatment with puberty blockers may decrease depression (mean change score in the Beck Depression Inventory, -3.4 [95% CI, -5.7 to -1.0], range 0-63, with higher scores reflecting more severe depression)
   - There is low certainty evidence suggesting that treatment with puberty blockers may decrease anxiety (mean change score in the Trait Anxiety Scale, trait subscale, -1.5 [95% CI, -4.7 to -1.8], range 0-80, with higher scores reflecting more severe anxiety)
   - There is low certainty evidence suggesting a moderate percentage of patients reporting adverse events after treatment with puberty blockers (see Table 1 for details)
   - There is very low certainty evidence about how puberty blockers affect suicidality

4

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Figure 2:** AMSTAR assessment judgements for systematic reviews addressing puberty blockers

| Review ID | Item 1 | Item 2 | Item 3 | Item 4 | Item 5 | Item 6 | Item 7 | Item 8 | Item 9 | Item 10 | Item 11 | Item 12 | Item 13 | Item 14 | Item 15 | Item 16 | Methodological quality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AHRQ 2021 | | | | | | | | | | | | | | | | | MODERATE |
| NICE 2020a | | | | | | | | | | | | | | | | | MODERATE |
| Ramos 2020 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Rew 2020 | | | | | | | | | | | | | | | | | CRITICALLY LOW |

**Figure legend:**

Yes

Probably yes

Probably no

No

Not applicable

5

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 1: Puberty blockers (gonadotrophin releasing hormone analogues) compared to no puberty blockers in youth (<21 years old) with gender dysphoria**

**Patient or population**: youth (<21 years old) with gender dysphoria
**Intervention**: puberty blockers (gonadotrophin releasing hormone analogues)
**Comparison**: no puberty blockers

| Outcomes | Anticipated absolute effects[*] (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no puberty blockers | Risk / mean with puberty blockers | | | | |
| Gender dysphoria assessed with: difference (effect) in gender dysphoria proportion or severity | Not reported | | | | | The effects of puberty blockers on gender dysphoria are unknown |
| Gender dysphoria assessed with: mean change score in the Utrecht Gender Dysphoria Scale (12-60, higher scores reflect more gender dysphoria, 40 points or more indicate a diagnosis of gender dysphoria) (NICE, 2020a) Follow up: mean 1.9 years (range 0.4 to 5.1 years) | NA | 0.7 (-4.2 to 5.6) | NA | 41 (1 study) | ⊕⊕◯◯ LOW[1] | The mean gender dysphoria score may increase by 0.7 points after puberty blockers |
| Depression assessed with: difference (effect) in depression proportion or severity | Not reported | | | | | The effects of puberty blockers on depression are unknown |

6

179

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 1: Puberty blockers (gonadotrophin releasing hormone analogues) compared to no puberty blockers in youth (<21 years old) with gender dysphoria**

**Patient or population**: youth (<21 years old) with gender dysphoria
**Intervention**: puberty blockers (gonadotrophin releasing hormone analogues)
**Comparison**: no puberty blockers

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no puberty blockers | Risk / mean with puberty blockers | | | | |
| Depression assessed with: mean change score in Beck Depression Inventory-II scale (0-63, higher scores represent more severe depression) (NICE, 2020a) Follow up: mean 1.9 years (range 0.4 to 5.1 years) | NA | -3.4 (-5.7 to -1.0) | NA | 41 (1 study) | ⊕⊕○○ LOW[1] | The mean depression score may decrease by 3.4 points after puberty blockers |
| Anxiety assessed with: difference (effect) in anxiety proportion or severity | Not reported | | | | | The effects of puberty blockers on anxiety are unknown |
| Anxiety assessed with: mean change score in STAI-Trait scale (0-80, higher scores represent more severe anxiety) (NICE, 2020a) Follow up: mean 1.9 years (range 0.4 to 5.1 years) | NA | -1.5 (-4.7 to 1.8) | NA | 41 (1 study) | ⊕⊕○○ LOW[1] | The mean anxiety score may decrease by 1.5 points after puberty blockers |

7

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 1: Puberty blockers (gonadotrophin releasing hormone analogues) compared to no puberty blockers in youth (<21 years old) with gender dysphoria**

**Patient or population**: youth (<21 years old) with gender dysphoria
**Intervention**: puberty blockers (gonadotrophin releasing hormone analogues)
**Comparison**: no puberty blockers

| Outcomes | Anticipated absolute effects[*] (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no puberty blockers | Risk / mean with puberty blockers | | | | |
| **Quality of life** assessed with: any measure | Not reported | | | | | The effects of puberty blockers on quality of life are unknown |
| **Suicidal ideation** difference (effect) in suicidal ideation (Rew, 2020) Follow-up: cross-sectional survey | The authors report that "compared to youth who did not receive pubertal suppression, those who did showed lower lifetime rates of suicidal ideation". | | | 89 (1 study) | ⊕◯◯◯ VERY LOW[2] | We are very uncertain about the effect of puberty blockers on suicidal ideation |
| **Adverse effects** assessed with: proportion of patients reporting adverse effects (NICE, 2020a) Follow up: mean 2.3 years (range 0.0 to 11.3 years) | NA | 11%[3] (2% to 29%) | NA | 27 (1 study) | ⊕⊕◯◯ LOW[4] | The proportion of patients reporting adverse effects after treatment with puberty blockers may be 11% |

**STAI-Trait:** Trait Anxiety Scale. Range: 0-80
**CI:** Confidence interval
**NA:** Not applicable

8

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 1: Puberty blockers (gonadotrophin releasing hormone analogues) compared to no puberty blockers in youth (<21 years old) with gender dysphoria**

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** puberty blockers (gonadotrophin releasing hormone analogues)
**Comparison:** no puberty blockers

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no puberty blockers | Risk / mean with puberty blockers | | | | |

GRADE Working Group grades of evidence
**High certainty:** We are very confident that the true effect lies close to that of the estimate of the effect
**Moderate certainty:** We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different
**Low certainty:** Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect
**Very low certainty:** We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect

*Explanations*

1. Mean change rated down due to risk of bias and imprecision. According to the systematic review authors, the study had poor methodological quality. In addition, there are too few participants included, which is not sufficient to make trustworthy inferences (does not meet the optimal information size).
2. The authors of Rew 2020 narratively summarized the outcome of Turban *et al.* 2020; a cross-sectional online survey study. According to the systematic review authors, Turban et al. did not describe the study participants and the setting in detail and it was unclear whether outcomes were measured in a valid and reliable way. We therefore, downgraded the certainty of evidence by one level from low to very low due to high risk of bias.
3. The authors reported 3/27 (11%) participants treated with GnRHa developed side effects: 1 participant developed sterile abscesses; they were switched from leuprolide acetate to triptorelin, 1 participant developed leg pains and headaches, which eventually resolved without treatment, 1 participant gained 19 kg within 9 months of initiating GnRH analogues.
4. Proportion of adverse effects rated down due to risk of bias and imprecision. According to the systematic review authors, the cohort study Khatchadourian *et al.* 2014 was assessed at high risk of bias due to incomplete reporting of its cohort. In addition, there are too few participants included, which is not sufficient to make trustworthy inferences (does not meet the optimal information size).

9

2. **Cross-sex hormones:** We found 9 systematic reviews assessing the effects of cross-sex hormones published between 2020 and 2022.[4-13] One of these, however, included both puberty blockers and cross-sex hormones combined in their evidence synthesis as was not prioritized.[5] From the 8 remaining reviews, we judged 1 as having high methodological quality, 2 as having moderate methodological quality, 2 as having low methodological quality, and 3 as having critically low methodological quality. Details of the assessment are provided in Figure 3. Because of its eligibility criteria related to study design, the systematic review judged at high methodological quality[7] did not include any studies and therefore we could not use it to inform any outcome.

Table 2 summarizes the evidence about the effects of cross-sex hormones on the outcomes of interest. We used information from 4 systematic reviews.[6 9 11 12] For most outcomes (all except risk of breast cancer), there is no evidence about the effect of cross-sex hormones compared to not using cross-sex hormones. In other words, no studies compared the outcomes between a group of people with gender dysphoria using cross-sex hormones and another not using it. Therefore, it is unknown whether people with gender dysphoria who use cross-sex hormones experience more improvement in gender dysphoria, depression, anxiety, quality of life, and suicidality than those with gender dysphoria who do not use them. There is low certainty evidence suggesting that cross-sex hormones may not increase or decrease the risk of breast cancer (see details in Table 2).

Studies, however, reported outcomes among a group of people with gender dysphoria after receiving cross-sex hormones. The findings are:
- There is low certainty evidence suggesting that treatment with cross-sex hormones may decrease gender dysphoria severity (mean change score in the Utrecht Gender Dysphoria scale, -42.4 points [95% CI, -44.1 to -40.1], range 12-60, with higher scores reflecting more severe gender dysphoria)
- There is low certainty evidence suggesting that treatment with cross-sex hormones may decrease depression (measured with different scales, see Table 4 for details) and the need for treatment for depression (change in percentage, -39%)
- There is low certainty evidence suggesting that treatment with cross-sex hormones may decrease anxiety (measured with different scales, see Table 4 for details) and the need for treatment for anxiety (change in percentage, -32%)
- There is very low certainty about the change in quality of life after treatment with cross-sex hormones.
- There is low certainty evidence suggesting that treatment with cross-sex hormones may decrease suicidality degree (mean change score in the Ask Suicide-Screening questions scale, -0.84 points [95% CI, -1.30 to -0.44], range 0-4, with higher scores reflecting more severe suicidality) and the percentage of patients with need for treatment due to suicidality/self-harm (change in percentage, -31%). There is very low certainty evidence about the percentage of people with suicidal ideation and suicide attempts after treatment with cross-sex hormones.

10

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence.
Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

- There is low certainty evidence suggesting a low prevalence of venous thromboembolism after treatment with cross-sex hormones (see Table 2 for details)

11

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Figure 3:** AMSTAR assessment judgements for systematic reviews addressing cross-sex hormones

| Review ID | Item 1 | Item 2 | Item 3 | Item 4 | Item 5 | Item 6 | Item 7 | Item 8 | Item 9 | Item 10 | Item 11 | Item 12 | Item 13 | Item 14 | Item 15 | Item 16 | Methodological quality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AHRQ 2021 | | | | | | | | | | | | | | | | | MODERATE |
| Baker 2021 | | | | | | | | | | | | | | | | | MODERATE |
| Fledderus 2020 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Haupt 2020 | | | | | | | | | | | | | | | | | HIGH |
| Karalexi 2020 | | | | | | | | | | | | | | | | | LOW |
| Kotamarti 2021 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Mattawanon 2021 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| NICE 2021b | | | | | | | | | | | | | | | | | MODERATE |
| Totaro 2021 | | | | | | | | | | | | | | | | | LOW |

**Figure legend:**



Yes
Probably yes
Probably no
No
Not applicable

12

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

**Patient or population**: youth (<21 years old) with gender dysphoria
**Intervention**: cross-sex hormones
**Comparison**: no cross-sex hormones

| Outcomes | Anticipated absolute effects[*] (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
| --- | --- | --- | --- | --- | --- | --- |
| | Risk / mean with no cross-sex hormones | Risk/ mean with cross-sex hormones | | | | |
| Gender dysphoria assessed with: difference (effect) in gender dysphoria percentage or severity | Not reported | | | | | The effects of cross-sex hormones on gender dysphoria are unknown |
| Gender dysphoria assessed with: mean change score in the Utrecht Gender Dysphoria Scale (12-60, higher scores reflect more gender dysphoria, 40 points or more indicate a diagnosis of gender dysphoria) (NICE, 2020b) Follow up: 1 year | NA | -42.4 (-44.1 to -40.1) | NA | 23 (1 study) | ⊕⊕○○ LOW[1] | The mean gender dysphoria score may decrease by 42 points after cross-sex hormones |
| Depression assessed with: difference (effect) in depression percentage or severity | Not reported | | | | | The effects of cross-sex hormones on depression are unknown |

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

**Patient or population**: youth (<21 years old) with gender dysphoria
**Intervention**: cross-sex hormones
**Comparison**: no cross-sex hormones

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk/ mean with cross-sex hormones | | | | |
| Depression assessed with: mean change score in depression scales (higher scores represent more severe depression) (NICE, 2020b) Follow up: 1 year | NA | The mean depression score reduction was 9.6 points when using the BDI-II scale (n=23) and 7.5 when using the CESD-R scale (n=50). The authors report that both reductions were statistically significant[2] | NA | 73 (2 studies) | ⊕⊕○○ LOW[1] | The mean depression score may decrease after cross-sex hormones |
| Depression assessed with: change in percentage of patients with need for treatment (NICE, 2020b) Follow-up: 1 year | NA | The percentage of participants requiring treatment was reduced by 39% (from 54% at baseline), which was statistically significant | NA | 52 (1 study) | ⊕⊕○○ LOW[1] | The percentage of participants requiring treatment may be reduced by 39% after cross-sex hormones |
| Anxiety assessed with: difference (effect) in anxiety percentage or severity | Not reported | | | | | The effects of cross-sex hormones on anxiety are unknown |

14

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

**Patient or population**: youth (<21 years old) with gender dysphoria
**Intervention**: cross-sex hormones
**Comparison**: no cross-sex hormones

| Outcomes | Anticipated absolute effects[*] (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
| --- | --- | --- | --- | --- | --- | --- |
| | Risk / mean with no cross-sex hormones | Risk/ mean with cross-sex hormones | | | | |
| **Anxiety** assessed with: mean change score in anxiety scales (higher scores represent more severe anxiety) (NICE, 2020b) Follow up: 1 year | NA | The mean anxiety score reduction was 16.5 points when using the STAI-State scale and 14.5 when using the STAI-Trait scale. The authors report that both reductions were statistically significant | NA | 23 (1 study) | ⊕⊕◯◯ LOW[1] | The mean anxiety score may decrease after cross-sex hormones |
| **Anxiety** assessed with: change in percentage of patients with need for treatment (NICE, 2020b) Follow-up: 1 year | NA | The percentage of participants requiring treatment was reduced by 32% (from 48% at baseline), which was statistically significant | NA | 52 (1 study) | ⊕⊕◯◯ LOW[1] | The percentage of participants requiring treatment may be reduced by 32% after cross-sex hormones |
| **Quality of life** assessed with: difference (effect) in quality of life improvement | Not reported | | | | | The effects of cross-sex hormones on quality of life are unknown |

15

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

### Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria

**Patient or population:** youth (<21 years old) with gender dysphoria
**Intervention:** cross-sex hormones
**Comparison:** no cross-sex hormones

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk/ mean with cross-sex hormones | | | | |
| **Quality of life** assessed with: mean change score in QLES-Q-SF score (higher scores represent better quality of life) (NICE, 2020b) Follow up: 1 year | NA | The mean quality of life score improved, but the differences were not statistically significant. The magnitudes were not reported | NA | 50 (1 study) | ⊕◯◯◯ VERY LOW[3] | We are very uncertain about the quality of life change after cross-sex hormones |
| **Suicide/ suicidal ideation** assessed with: difference (effect) in suicide or suicidal ideation | Not reported | | | | | The effects of cross-sex hormones on suicide/ suicidal ideation are unknown |
| **Suicidality** assessed with: change in score from ASQ instrument (higher scores represent greater degree of suicidality) (NICE, 2020b) Mean follow up: 1 year | NA | -0.84 (-1.30 to -0.44) | NA | 39 (1 study) | ⊕⊕◯◯ LOW[1] | Suicidality scores may decrease by 0.84 points after cross-sex hormones |

16

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

**Patient or population**: youth (<21 years old) with gender dysphoria
**Intervention**: cross-sex hormones
**Comparison**: no cross-sex hormones

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk/ mean with cross-sex hormones | | | | |
| **Suicidal ideation** assessed with: percentage of participants with suicidal ideation measured with PHQ-9 (NICE, 2020b) Follow-up: 1 year | NA | The percentage of participants with suicidal ideation decreased by 6% (from 10% at baseline). The authors did not conduct a statistical analysis | NA | 50 (1 study) | ⊕○○○ VERY LOW[3] | We are very uncertain about the change in percentage of patients in suicidal ideation after cross-sex hormones |
| **Suicide attempts** assessed with: not reported (NICE, 2020b) Follow up: not reported | NA | The percentage of people with lifetime suicide attempts was 15%, those with attempts 3 months before treatment was 2%, and those with attempts at follow up was 5% | NA | 130 (1 study) | ⊕○○○ VERY LOW[3] | We are very uncertain about the percentage of people with suicide attempts after cross-sex hormones |
| **Suicidality/ self-harm** assessed with: change in percentage of patients with need for treatment (NICE, 2020b) Follow-up: 1 year | NA | The percentage of participants requiring treatment was reduced by 31% (from 35% at baseline), which was statistically significant | NA | 52 (1 study) | ⊕⊕○○ LOW[1] | The percentage of participants requiring treatment may be reduced by 31% after cross-sex hormones |
| **Venous thromboembolism** assessed with: Risk of VTE | Not reported | | | | | The effects of cross-sex hormones on the risk of VTE are unknown |

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

**Patient or population**: youth (<21 years old) with gender dysphoria
**Intervention**: cross-sex hormones
**Comparison**: no cross-sex hormones

| Outcomes | Anticipated absolute effects[*] (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk/ mean with cross-sex hormones | | | | |
| Venous thromboembolism assessed with: Prevalence among assigned males at birth (Totaro, 2021) Mean follow up: 4.1 years | NA | 20 per 1,000 (10 to 30) | NA | 11,542 (18 studies) | ⊕⊕⊕◯ MODERATE[4] | The prevalence of VTE among assigned males at birth is probably 2% after cross-sex hormones |
| Venous thromboembolism assessed with: Prevalence among assigned females at birth (Kotamarti, 2021) Mean follow up: 5.7 years | NA | 6 per 1,000 (CI not reported)[5] | NA | 4,218 (8 studies) | ⊕⊕⊕◯ MODERATE[6] | The prevalence of VTE among assigned females at birth is probably 0.6% after cross-sex hormones |
| Breast cancer assessed with: Risk of breast cancer (Fledderus, 2020) Follow up: not reported | Two studies compare the risk of breast cancer between assigned females at birth using versus not using testosterone, and found no differences (0 vs 1 case [total n= 130], and 1 vs 6 [total n=1579]). A third study compared assigned females at birth with non transgender women and found a lower risk in the former (magnitude not reported) | | NA | 2,938 (3 studies) | ⊕⊕◯◯ LOW[7] | The risk of breast cancer may not increase or decrease due to the use of cross-sex hormones |

18

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

---

**Table 2: Cross-sex hormones compared to no cross-sex hormones in youth (<21 years old) with gender dysphoria**

---

**Patient or population**: youth (<21 years old) with gender dysphoria
**Intervention**: cross-sex hormones
**Comparison**: no cross-sex hormones

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no cross-sex hormones | Risk/ mean with cross-sex hormones | | | | |

ASQ: Ask Suicide-Screening Questions. Range 0-4
BDI-II: Beck Depression Inventory. Range: 0-63
CESD-R: Center for Epidemiological Studies Depression Scale. Range: 0-60
CI: Confidence interval
NA: Not applicable
PHQ-9: Patient Health Questionnaire (PHQ) Modified for Teens. For suicidal ideation, it is a single question (yes/no)
QLES-Q-SF: Quality of Life Enjoyment and Satisfaction Questionnaire. Range: 15-75
STAI: State-Trait Anxiety Inventory. Range: 0-80

---

**GRADE Working Group grades of evidence**
**High certainty:** We are very confident that the true effect lies close to that of the estimate of the effect
**Moderate certainty:** We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different
**Low certainty:** Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect
**Very low certainty:** We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect

---

*Explanations*

1. Mean change rated down due to risk of bias and imprecision. According to the systematic review authors, the studies had poor methodological quality. In addition, there are too few participants included, which is not sufficient to make trustworthy inferences (does not meet the optimal information size)
2. Similar results when this outcome was measured using the Patient Health Questionnaire (PHQ) Modified for Teens in one of the same studies
3. Rated down due to risk of bias, imprecision, and indirectness. According to the systematic review authors, the studies had poor methodological quality. In addition, there are too few participants included, which is not sufficient to make trustworthy inferences (does not meet the optimal information size). Finally, 30% of the participants did not have a diagnosis of gender dysphoria.
4. Prevalence rated down due to risk of bias. According to the systematic review authors, only 6 out of the 18 studies (representing 16.5% of the weight of the studies) were at low risk of bias.

19

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

5. A meta-analysis of independent studies reported in this systematic review suggested that the prevalence of VTE in non-transgender females at birth was 1.7% (based on 7 studies and 18,748 persons)
6. Prevalence rated down doe to risk of bias. According to the systematic review authors, all studies had at least one domain judged as problematic.
7. Risk rated down 2 levels because of risk of bias. The researchers did not account for confounding in any of the studies.

20

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence.
Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

3. **Surgeries:** We found 15 systematic reviews assessing the effects of gender-affirming surgeries published between 2020 and 2022. We judged 8 as having low methodological quality and 7 as having critically low methodological quality. Details of the assessment are provided in Figure 4. We present the results regarding the effects of surgeries in three parts. First, we describe the effects of all surgeries on mental health outcomes in all patients. Second, we describe the effects of all surgeries on surgical outcomes in assigned females at birth (transgender males). Finally, we describe the effects of all surgeries on surgical outcomes in assigned males at birth (transgender females).

3.1 **Effects of surgeries on mental health outcomes:** Table 3 summarizes the evidence about the effects of all surgeries on mental health outcomes in all patients. We used information from 2 systematic reviews.[13][14] There were no systematic reviews and studies reporting on gender dysphoria, depression, anxiety, and suicidality. Therefore, the effects of surgeries on these outcomes (when compared to a group of patients with gender dysphoria who do not undergo surgery), or the changes in these outcomes (improvements or deterioration) among patients who undergo surgeries is unknown.

The systematic reviews addressed quality of life and depression, but none of the included studies included a comparison group. Thus, it is unknown whether people with gender dysphoria who undergo surgeries experience more improvement in quality of life or less regret than those with gender dysphoria who do not undergo surgeries.

Studies, however, reported the following outcomes among a group of people with gender dysphoria after undergoing surgeries. The findings are:
- There is low certainty evidence suggesting that the percentage of people who experience regret after surgery is low (1%)
- There is very low certainty evidence about how surgeries affect quality of life (see Table 3 for details)

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Figure 4:** AMSTAR assessment judgements for systematic reviews addressing gender-affirming surgery

| Review ID | Item 1 | Item 2 | Item 3 | Item 4 | Item 5 | Item 6 | Item 7 | Item 8 | Item 9 | Item 10 | Item 11 | Item 12 | Item 13 | Item 14 | Item 15 | Item 16 | Methodological quality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bustos SS 2021 | | | | | | | | | | | | | | | | | LOW |
| Bustos VP 2021 | | | | | | | | | | | | | | | | | LOW |
| Bustos VP 2021b | | | | | | | | | | | | | | | | | LOW |
| Dunford 2021 | | | | | | | | | | | | | | | | | LOW |
| Eftekhar, 2020 | | | | | | | | | | | | | | | | | LOW |
| Falcone 2021 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Hu, 2022 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Huayllani 2021 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Jolly 2021 | | | | | | | | | | | | | | | | | LOW |
| Nassiri 2020 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Oles 2022 | | | | | | | | | | | | | | | | | LOW |
| Oles 2022b | | | | | | | | | | | | | | | | | LOW |
| Salibian 2021 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Sijben 2021 | | | | | | | | | | | | | | | | | CRITICALLY LOW |
| Tay 2021 | | | | | | | | | | | | | | | | | CRITICALLY LOW |

Figure legend:



Yes

Probably yes

Probably no

No

Not applicable

22

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 3: All surgeries compared to no surgeries in young people (<21 years old) with gender dysphoria**

**Patient or population**: young people (<21 years old) with gender dysphoria
**Intervention**: surgeries
**Comparison**: no surgeries
**Outcomes**: Mental health and regret

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| Gender dysphoria assessed with: any measure | Not reported | | | | | The effects of surgery on gender dysphoria, the changes in gender dysphoria severity after surgery, and the prevalence of gender dysphoria after surgery are unknown |
| Depression assessed with: any measure | Not reported | | | | | The effects of surgery on depression, the changes in depression severity after surgery, and the prevalence of depression after surgery are unknown |
| Anxiety assessed with: any measure | Not reported | | | | | The effects of surgery on anxiety, the changes in anxiety severity after surgery, and the prevalence of anxiety after surgery are unknown |
| Suicidality assessed with: any measure | Not reported | | | | | The effects of surgery on suicidality, the changes in anxiety severity after surgery, and the prevalence of anxiety after surgery are unknown |
| Quality of life assessed with: difference (effect) in quality of life | Not reported | | | | | The effects of surgery on quality of life are unknown |
| Quality of life assessed with: change in quality of life | Not reported | | | | | The change in quality of life after surgery is unknown |

23

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

| | | | | | |
|---|---|---|---|---|---|
| **Quality of life** assessed with: mean score in the Short Form-36 Scale (0-100, higher scores reflect better quality of life) (Eftekhar Ardebili, 2020) Follow up: cross-sectional | NA | 59.17 (48.59 to 69.74)[1] | NA | 633 (5 studies) | ⊕◯◯◯ VERY LOW[2] | We are very uncertain about the quality of life after surgeries |
| **Regret** assessed with: difference (effect) in percentage of people with regret | | | Not reported | | | The effects of surgery on regret are unknown |
| **Regret** assessed with: percentage of people with regret (Bustos, 2021) Mean follow up: 4 years | NA | 1% (0 to 2%)[3] | NA | 7928 (27 studies) | ⊕⊕◯◯ LOW[4] | The percentage of people who experience regret is low |

**CI:** Confidence interval
**NA:** Not applicable

**GRADE Working Group grades of evidence**
**High certainty:** We are very confident that the true effect lies close to that of the estimate of the effect
**Moderate certainty:** We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different
**Low certainty:** Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect
**Very low certainty:** We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect

*Explanations*

1. Similar scores for assigned males at birth and assigned females at birth.
2. Mean score rated down for risk of bias and inconsistency. According to the systematic review authors, all studies had concerns related to risk of bias. In addition, the smaller studies showed better quality of life than the larger study.
3. Similar percentage for assigned males at birth and assigned females at birth, and for different types of surgeries (all pooled percentages below 2%).
4. Percentage rated down due to risk of bias and indirectness. According to the authors, many of the studies had moderate or high risk of bias. The mean age of the participants at the time of surgery was higher than the target population. Because it was considered to not have an important effect on the pooled estimate, we did not rate down for statistical heterogeneity

24

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence.
Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

3.2 **Effects of surgeries on assigned females at birth:** Table 4 summarizes the evidence about the effects of all surgeries on surgical outcomes among assigned at birth females. We used information from 3 systematic reviews.[13-17] Due to the nature of the outcomes (i.e. they can only be experienced by people who undergo surgeries), there cannot be studies comparing the outcomes between a group of people with gender dysphoria who undergo surgeries and another who does not.

Studies, therefore, assessed the outcomes among a group of people with gender dysphoria after surgery. The findings are:

- There is low certainty evidence suggesting that the percentage of people who are satisfied after chest surgery is high (92%)
- There is very low certainty evidence about the rate of surgical complications after chest surgery
- There is very low certainty evidence about the percentage of people who are satisfied, and the rate of surgical complications after bottom surgeries (see Table 4 for details)

25

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 4: All surgeries compared to no surgeries in assigned females at birth (<21 years old) with gender dysphoria**

**Patient or population**: assigned females at birth (<21 years old) with gender dysphoria
**Intervention**: surgeries
**Comparison**: no surgeries

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| **Chest surgery** | | | | | | |
| Satisfaction assessed with: percentage of people who reported being satisfied (Bustos VP, 2020b) Range of follow up: 6 weeks to 46 months[1] | NA | 92% (88% to 96%)[2] | NA | 733 (14 studies) | ⊕⊕◯◯ LOW[3] | The percentage of people who reports being satisfied may be 92% |
| Surgical complications assessed with: rate of complications across patients (Oles, 2022) Range of follow up: 8 weeks to 1 year | NA | 16.8% Range (5.5% to 80.0%) | NA | 1255 (7 studies) | ⊕◯◯◯ VERY LOW[4] | We are very uncertain about the rate of surgical complications |
| Reoperation assessed with: rate of reoperation across patients (Oles, 2022) Range of follow up: 8 weeks to 1 year | NA | 6.2% Range (0.7% to 11.2%) | NA | 1214 (6 studies) | ⊕◯◯◯ VERY LOW[4] | We are very uncertain about the rate of reoperation |
| **Bottom surgery** | | | | | | |

26

199

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 4: All surgeries compared to no surgeries in assigned females at birth (<21 years old) with gender dysphoria**

**Patient or population:** assigned females at birth (<21 years old) with gender dysphoria
**Intervention:** surgeries
**Comparison:** no surgeries

| Outcomes | Anticipated absolute effects[*] (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| Satisfaction assessed with: percentage of people who reported being satisfied (Oles, 2022b) Range of follow up: 6 weeks to 46 months | NA | 89.6% (45% to 100%)[5] | NA | 1458 (27 studies) | ⊕○○○ VERY LOW[4] | We are very uncertain about the percentage of people who reports being satisfied |
| Surgical complications-Major assessed with: percentage of people experiencing major complications (Oles, 2022b) follow up: not reported | NA | The percentage was - 2.3% (range 0 to 20%) experiencing total flap loss - 19.5% (range 0 to 72%) experiencing prosthesis issues - 24.5% (range 0 to 86%) experiencing urethral issues | NA | 3177 (42 studies)[6] | ⊕○○○ VERY LOW[4] | We are very uncertain about the percentage of people who experience major surgical complications |
| Surgical complications-Minor assessed with: percentage of people experiencing major complications (Oles, 2022b) follow up: not reported | NA | The percentage varied from 9.3% (range 0% to 45.5%) experiencing donor site issues, to 24% (range 10 to 93%) experiencing urethral issues[7] | NA | 4466 (52 studies)[8] | ⊕○○○ VERY LOW[4] | We are very uncertain about the percentage of people who experience minor surgical complications |

27

200

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

---

**Table 4: All surgeries compared to no surgeries in assigned females at birth (<21 years old) with gender dysphoria**

**Patient or population**: assigned females at birth (<21 years old) with gender dysphoria
**Intervention**: surgeries
**Comparison**: no surgeries

| Outcomes | Anticipated absolute effects[*] (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| Reoperation assessed with: rate of reoperation across patients (Oles, 2022b) follow up: not reported | NA | 27.6% Range (2.5% to 40%) | NA | 1624 (15 studies) | ⊕◯◯◯ VERY LOW[4] | We are very uncertain about the percentage of people who undergo reoperations |

**CI:** Confidence interval
**NA:** Not applicable

**GRADE Working Group grades of evidence**
**High certainty:** We are very confident that the true effect lies close to that of the estimate of the effect
**Moderate certainty:** We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different
**Low certainty:** Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect
**Very low certainty:** We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect

*Explanations*

1. Studies used different scales to assess satisfaction
2. The percentage was similar when the analysis was done by type of surgery and by follow up time (< 1 year vs 1 year or more). Another systematic review (Oles, 2022) also investigated this outcome, and reported a very similar percentage of satisfaction (91.8%, range 73% to 100%)
3. Percentage of patients satisfied rated down due to risk of bias and indirectness. According to the systematic review authors, several studies were judged at moderate and high risk of bias. In addition, the median of the mean age of patients included in the studies was 28 years
4. Rated down due to risk of bias, inconsistency/ imprecision, and indirectness. Even though the review authors did not assess risk of bias, these studies were included in other systematic reviews in which the authors judged several of them at high risk of bias. The studies report inconsistent results (some high and other low rates). The patients are older than the target population.
5. Results for phalloplasty. Similar results for metoidioplasty (91.3%).

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

6. People and studies for urethral complications. 2671 people (37 studies) for prosthesis issues, and 1548 people (22 studies) for total flap loss.
7. Percentage of wound dehiscence 9.8% (range, 2.9% to 75%), percentage of infection/ partial necrosis 10.3% (range, 0 to 45.8%), percentage of prosthesis issues 14.2% (range, 1.6 to 41.9%), percentage of incontinence 15.3% (range, 5.4% to 59.1%)
8. People and studies for infection/ partial necrosis. 2389 people (31 studies) for urethral issues, 1736 people (17 studies) for wound dehiscence, 1080 (10 studies) for prosthesis issues, 1053 people (8 studies) for donor site issues, 131 people (3 studies) for incontinence

3.3 **Effects of surgeries on assigned males at birth**: Table 5 summarizes the evidence about the effects of all surgeries on surgical outcomes among assigned at birth males. We used information from 3 systematic reviews.[16][18][19] Due to the nature of the outcomes (i.e. they can only be experienced by people who undergo surgeries), there cannot be studies comparing the outcomes between a group of people with gender dysphoria who undergo surgeries and another who does not.

Studies, therefore, assessed the outcomes among a group of people with gender dysphoria after surgery. The findings are:

- There is low certainty evidence suggesting that the percentage of people who are satisfied after vaginoplasty is high (91%)
- There is very low certainty evidence about the percentage of people who are satisfied, the rate of complications, and the rate of reoperations after chest surgery (see Table 5 for details)
- There is low certainty evidence suggesting that the percentage of people who have regret after vaginoplasty is low (2%)
- There is very low certainty evidence about the rate of complications and the rate of reoperations after vaginoplasty (see Table 5 for details)

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

### Table 5: All surgeries compared to no surgeries in assigned males at birth (<21 years old) with gender dysphoria

**Patient or population**: assigned males at birth (<21 years old) with gender dysphoria
**Intervention**: surgeries
**Comparison**: no surgeries

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
|---|---|---|---|---|---|---|
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| **Chest surgery** | | | | | | |
| Satisfaction assessed with: percentage of people who reported being satisfied (Oles 2022) Range of follow up: 12 months to 17 years | NA | Range 75% (80/107) to 95% (33/35)[1] | NA | 142 (2 studies) | ⊕◯◯◯ VERY LOW[2] | We are very uncertain about the percentage of people who report being satisfied |
| **Surgical complications** assessed with: rate of complications across patients (Oles 2022) Range of follow up: 2 weeks to 16 years | NA | The complication rates were: - 3.8% (range 0% to 5.5%) of capsular contracture - 2.2% of major hematoma - 2.2% of implant extrusion[3] | NA | 432 (5 studies) | ⊕◯◯◯ VERY LOW[2] | We are very uncertain about the rate of surgical complications |
| Reoperation assessed with: rate of reoperation across patients (Oles 2022) Range of follow up: Not reported | NA | 8.6% Range (4.4% to 10.4%) | NA | 291 (2 studies) | ⊕◯◯◯ VERY LOW[2] | We are very uncertain about the rate of reoperation |
| **Bottom surgery** | | | | | | |

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 5: All surgeries compared to no surgeries in assigned males at birth (<21 years old) with gender dysphoria**

**Patient or population**: assigned males at birth (<21 years old) with gender dysphoria
**Intervention**: surgeries
**Comparison**: no surgeries

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
| --- | --- | --- | --- | --- | --- | --- |
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| **Satisfaction** assessed with: percentage of people who reported being satisfied for overall outcomes (Bustos SS, 2021) Range of follow up: 1 week to 11.3 years | NA | 91% (81% to 98%)[4] | NA | 1230 (12 studies) | ⊕⊕◯◯ LOW[5] | The percentage of people who report being satisfied with overall outcomes may be 91% |
| **Regret** assessed with: percentage of people who reported regret (Bustos SS, 2021) Range of follow up: 2 months to 24.1 years | NA | 2% (1% to 3%) | NA | 1137 (15 studies) | ⊕⊕◯◯ LOW[6] | The percentage of people who report regret may be 2% |
| **Surgical complications** assessed with: rate of complications across patients (Bustos SS, 2021) Range of follow up: 3 weeks to 24.1 years | NA | The complication rates were: - 1% (95% CI, <0.1% to 2%) of fistula - 11% (95% CI, 8% to 14%) of stenosis and/or strictures - 4% (95% CI, 1% to 9%) of tissue necrosis - 3% (95% CI, 1% to 4%) of prolapse[7] | NA | 4196 (42 studies)[3] | ⊕◯◯◯ VERY LOW[8] | We are very uncertain about the rate of surgical complications |

32

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 5: All surgeries compared to no surgeries in assigned males at birth (<21 years old) with gender dysphoria**

**Patient or population**: assigned males at birth (<21 years old) with gender dysphoria
**Intervention**: surgeries
**Comparison**: no surgeries

| Outcomes | Anticipated absolute effects† (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | What happens |
| --- | --- | --- | --- | --- | --- | --- |
| | Risk / mean with no surgery | Risk/ mean with surgery | | | | |
| Reoperation assessed with: rate of reoperation across patients (Tay, 2021) Range of follow up: 6 weeks to 14.8 months | NA | One study reported a surgical revision rate of 9% (1/11 patients), and a second study reported that 13% (19/145) patients required repeat surgery due to complications. | NA | 156 (2 studies) | ⊕○○○ VERY LOW[a] | We are very uncertain about the percentage of people who undergo reoperations |

**CI**: Confidence interval
**NA**: Not applicable

**GRADE Working Group grades of evidence**
**High certainty:** We are very confident that the true effect lies close to that of the estimate of the effect
**Moderate certainty:** We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different
**Low certainty:** Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect
**Very low certainty:** We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect

*Explanations*

1. Another systematic review, Sijben 2021, reported satisfaction from 3 additional studies: 82% (113/138) were satisfied or very satisfied, 93% (32/34) were happier and more satisfied with their chest, and 79% (28/36) were very satisfied with the overall cosmetic result (very low certainty of evidence due to risk of bias, imprecision, and indirectness).
2. Rated down due to risk of bias, indirectness (the included studies were not restricted to youth or young adults), and imprecision (too few participants included, not meeting optimal information size).

33

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

3. Another systematic review, Sijben 2021, reported similar ranges for rates of complication requiring reoperation from 7 studies (835 patients): capsular contraction (range 0.0-5.6%), asymmetry (3.6%), hematoma (range 0.0-2.9%), infection (range 0.0-0.9%), striae distensae (0.7%), implant rupture (0.7%), abscess (0.4%), scarring (0.0%), hypersensitivity (0.0%), and numbness (0.0%) (very low certainty of evidence due to risk of bias, imprecision, and indirectness)

4. Bustos SS *et al.* 2021 additionally reported on satisfaction for functional (87%, 95% CI 77% to 94%) and aesthetic (90%, 95% CI 84% to 94%) outcomes. Another systematic review and meta-analysis, Oles 2022b, similarly reported that 92.3% (range 23.1% to 100%) of patients (2410/2601) were satisfied after vaginoplasty (very low certainty of evidence due to risk of bias, imprecision, and indirectness).

5. Rated down due to risk of bias (the systematic review authors reported the quality of the included studies to be low to moderate using the New Castle Ottawa scale), and indirectness as the included studies were not restricted to youth or young adults. We did not rate down for imprecision or inconsistency despite high $I^2$ values as a satisfaction rate of 80% or above was deemed as a minimum threshold for clinical importance.

6. Rated down due to risk of bias (the systematic review authors reported the quality of the included studies to be low to moderate using the New Castle Ottawa scale), and indirectness as the included studies were not restricted to youth or young adults.

7. Another systematic review, Oles 2022b, similarly reported the percentage of patients experiencing complications from 51 studies, ranging from 2.4% to 12.0% (range 0% to 88%) for minor complications (intraoperative injury, wound dehiscence, superficial necrosis, infection, urinary issues, vaginal prolapse, stenosis, and bleeding) and 1.6% to 2.1% (range 0% to 31%) for major complications (flap/graft necrosis and infection) after genitoplasty (very low certainty of evidence due to risk of bias, imprecision, and indirectness).

8. Rated down due to risk of bias (the systematic review authors reported the quality of the included studies to be low to moderate using the New Castle Ottawa scale), imprecision and inconsistency, with wide confidence intervals and $I^2$ values ranging from 65.8% to 94.3%, and indirectness as the included studies were not restricted to youth or young adults.

9. Rated down due to risk of bias, indirectness (the age range of patients in the included studies was 24 to 39 years; the studies included were restricted to those that investigated the use of peritoneum in neovagina construction), and imprecision (too few participants included, not meeting optimal information size).

34

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Results from search for studies not included in the systematic reviews:** After screening 1854 records found through our searches, we found 10 eligible studies (figure 5). From these, 8 were comparative observational studies[20-27] and 2 were non- comparative[28 29]. We provide reasons for excluding studies in appendix 2.



**Figure 5:** PRISMA flow diagram for the selection of primary studies. *From:* Page MJ, McKenzie JE, Bossuyt PM, Boutron I, Hoffmann TC, Mulrow CD, et al. The PRISMA 2020 statement: an updated guideline for reporting systematic reviews. BMJ 2021;372:n71. doi: 10.1136/bmj.n71. For more information, visit: http://www.prisma-statement.org/

35

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

None of the studies were judged as likely to importantly change the conclusions obtained from the systematic reviews (Tables 6 and 7). The main limitations of the comparative studies were risk of bias concerns (Figures 6 and 7) due to confounding, classification of intervention, and missing data; as well as small sample sizes. Although non-comparative studies were at lower risk of bias, because their results were consistent with those of the included evidence, they were also judged as unlikely to change the conclusions importantly.

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Table 6: Characteristics of eligible comparative observational studies**

| Study ID | Sample size* | Study design | Intervention | Comparator | Outcomes measured | Likely to change conclusions | Reasons |
|---|---|---|---|---|---|---|---|
| VanDerMiesen, 2020 | 450 | Retrospective cohort study | Puberty blockers | Waiting for puberty blockers | Self-harm/ suicidality, internalizing behaviors | No | Reports a small benefit on suicidality and moderate on internalizing behaviours, but high risk of bias |
| Becker-Hebly, 2021 | 75 | Prospective cohort study | 1. Puberty blockers 2. Cross-sex hormones 3. Surgery | No medical intervention yet; psychosocial intervention only | Health-related quality of life | No | Critical risk of bias (missing data due to low response rate, and confounding). Reports small benefit in mean change score for mental and physical dimension QoL as compared to no medical treatment. Imprecision; the 95% CIs for mean change scores are wide. |
| Green, 2021 | 3235 | Cross-sectional study | Cross-sex hormones | Would like to take cross-sex hormones | Depression, suicidality | No | Critical risk of bias, no follow up of patients (measurement of current outcomes and not adjusting for baseline) |
| Tordoff, 2022 | 84 | Prospective cohort study | 1. Puberty blockers 2. Cross-sex hormones | No intervention | Depression, anxiety, suicidal thoughts | No | Moderate risk of bias, small sample size |
| Turban, 2022 | 9341 | Cross-sectional study | Cross-sex hormones | Desired but never accessed gender affirming hormones | Suicidal ideation, suicidal attempt | No | Critical risk of bias, no follow up of patients (measurement of current outcomes and not adjusting for baseline) |
| Grannis, 2021 | 47 | Cross-sectional study | Cross-sex hormones | No intervention yet | Anxiety, depression | No | Critical risk of bias, no follow up of patients, small sample size |
| Fontanari, 2020 | 350 | Cross-sectional study | 1. Cross-sex hormones 2. Cross-sex hormones or surgery | 1. Waiting for cross-sex hormones 2. No intervention | Anxiety, depression, gender distress | No | Critical risk of bias (confounding, self-reported classification of interventions). Online cross-sectional survery reported small benefit in anxiety and depression mean scores, and little to no effect on gender distress with cross-sex hormones and/or surgery. Non-randomized comparative study provides very low certainty evidence due to |

37

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | very serious risk of bias and serious imprecision (95% CIs include little to no effect) |
| Castelo-Branco, 2021 | 205 | Cross-sectional study | Cross-sex hormones | No intervention | Anxiety, depression | No | Critical risk of bias due to confounding (non-adjusted analysis). Reported no difference observed in anxiety and depression mean scores (Symptom Checklist-90-Revised scale) between groups. Non-randomized comparative study provides low certainty evidence. |

*Considered the number of participants relevant to the questions of this report, not all people included in the studies

### Table 7: Characteristics of eligible non- comparative observational studies

| Study ID | Sample size | Intervention | Outcomes measured | Likely to change conclusions | Reasons |
|---|---|---|---|---|---|
| Bordas, 2021 | 813 | FtM bottom surgery | Surgical complications, satisfaction | No | Reports rate of complications (10.5%) and satisfaction (79% totally satisfied, 20% mainly satisfied) within range of effects reported by studies already included in systematic reviews. Unlikely to reduce imprecision and inconsistency within body of evidence (3177 and 1458 people, respectively) of non-comparative studies (42 and 27, respectively) to increase certainty of evidence |
| Elias, 2022 | 110 | FtM top surgery | Complications | No | Reports rate of complications (16%) and revision surgery (5%), which is consistent with the rates reported in the studies included. Unlikely to increase the certainty of evidence |

38

211

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Figure 6:** Risk of bias judgements for comparative studies

| Study ID | Intervention | Confounding | Classification of the intervention | Deviations from intended interventions | Missing data | Measurement of outcome | Overall |
|---|---|---|---|---|---|---|---|
| Becker-Hebly, 2021 | Puberty blockers, cross-sex hormones, or surgery | | | | | | CRITICAL |
| Castelo-Branco, 2021 | Cross-sex hormones | | | | | | CRITICAL |
| Fontanari, 2020 | Cross-sex hormones, cross-sex hormones or surgery | | | | | | CRITICAL |
| Grannis, 2021 | Cross-sex hormones | | | | | | CRITICAL |
| Green, 2021 | Cross-sex hormones | | | | | | CRITICAL |
| Tordoff, 2022 | Puberty blockers, cross-sex hormones | | | | | | MODERATE |
| Turban, 2022 | Cross-sex hormones | | | | | | CRITICAL |
| Van Der Miesen, 2020 | Puberty blockers | | | | | | SERIOUS |

**Figure legend:**

Low

Moderate

Serious

Critical

Unclear

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

**Figure 7:** Risk of bias judgements for non-comparative studies

| Study ID | Intervention | Representativeness of sample | Classification of intervention | Deviation from intended interventions | Missing data | Measurement of outcome | Overall |
|---|---|---|---|---|---|---|---|
| **Bordas, 2021** | FtM bottom surgery | | | | | | LOW |
| **Elias, 2022** | FtM top surgery | | | | | | MODERATE |

**Figure legend:**

Low

Moderate

High



40

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

## References

1. Ramos GGF, Mengai ACS, Daltro CAT, et al. Systematic Review: Puberty suppression with GnRH analogues in adolescents with gender incongruity. *Journal of endocrinological investigation* 2021;44(6):1151-58. doi: https://dx.doi.org/10.1007/s40618-020-01449-5

2. Rew L, Young CC, Monge M, et al. Review: Puberty blockers for transgender and gender diverse youth-a critical review of the literature. *Child and adolescent mental health* 2021;26(1):3-14. doi: https://dx.doi.org/10.1111/camh.12437

3. Excellence NIfHaC. Evidence review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria, 2020.

4. Quality AfHRa. Topic Brief: Treatments for Gender Dysphoria in Transgender Youth, 2021.

5. Baker KE, Wilson LM, Sharma R, et al. Hormone Therapy, Mental Health, and Quality of Life Among Transgender People: A Systematic Review. *Journal of the Endocrine Society* 2021;5(4):bvab011. doi: 10.1210/jendso/bvab011

6. Fledderus AC, Gout HA, Ogilvie AC, et al. Breast malignancy in female-to-male transsexuals: systematic review, case report, and recommendations for screening. *Breast (Edinburgh, Scotland)* 2020;53(9213011):92-100. doi: https://dx.doi.org/10.1016/j.breast.2020.06.008

7. Haupt C, Henke M, Kutschmar A, et al. Antiandrogen or estradiol treatment or both during hormone therapy in transitioning transgender women. *The Cochrane database of systematic reviews* 2020;11:CD013138. doi: 10.1002/14651858.CD013138.pub2

8. Karalexi MA, Georgakis MK, Dimitriou NG, et al. Gender-affirming hormone treatment and cognitive function in transgender young adults: a systematic review and meta-analysis. *Psychoneuroendocrinology* 2020;119:104721. doi: 10.1016/j.psyneuen.2020.104721

9. Kotamarti VS, Greige N, Heiman AJ, et al. Risk for Venous Thromboembolism in Transgender Patients Undergoing Cross-Sex Hormone Treatment: A Systematic Review. *The journal of sexual medicine* 2021 doi: 10.1016/j.jsxm.2021.04.006

10. Mattawanon N, Charoenkwan K, Tangpricha V. Sexual Dysfunction in Transgender People: A Systematic Review. *The Urologic clinics of North America* 2021;48(4):437-60. doi: 10.1016/j.ucl.2021.06.004

11. Totaro M, Palazzi S, Castellini C, et al. Risk of Venous Thromboembolism in Transgender People Undergoing Hormone Feminizing Therapy: A Prevalence Meta-Analysis and Meta-Regression Study. *Frontiers in endocrinology* 2021;12:741866. doi: 10.3389/fendo.2021.741866

12. Excellence NIfHaC. Evidence review: Gender-affirming hormones for children and adolescents with gender dysphoria., 2020.

13. Eftekhar Ardebili M, Janani L, Khazaei Z, et al. Quality of life in people with transsexuality after surgery: a systematic review and meta-analysis. *Health and quality of life outcomes* 2020;18(1):264. doi: 10.1186/s12955-020-01510-0

14. Bustos VP, Bustos SS, Mascaro A, et al. Regret after Gender-affirmation Surgery: A Systematic Review and Meta-analysis of Prevalence. *Plastic and reconstructive surgery Global open* 2021;9(3):e3477. doi: 10.1097/GOX.0000000000003477

15. Oles N, Darrach H, Landford W, et al. Gender Affirming Surgery: A Comprehensive, Systematic Review of All Peer-reviewed Literature and Methods of Assessing Patient-centered Outcomes (Part 2: Genital Reconstruction). *Annals of surgery* 2022;275(1):e67-e74. doi: 10.1097/SLA.0000000000004717

16. Oles N, Darrach H, Landford W, et al. Gender Affirming Surgery: A Comprehensive, Systematic Review of All Peer-Reviewed Literature and Methods of Assessing Patient-Centered Outcomes (Part 1: Breast/Chest, Face, and Voice). *Annals of surgery* 2022 doi: 10.1097/SLA.0000000000004728

17. Bustos VP, Bustos SS, Mascaro A, et al. Transgender and Gender-nonbinary Patient Satisfaction after Transmasculine Chest Surgery. *Plastic and reconstructive surgery Global open* 2021;9(3):e3479. doi: 10.1097/GOX.0000000000003479

18. Bustos SS, Bustos VP, Mascaro A, et al. Complications and Patient-reported Outcomes in Transfemale Vaginoplasty: An Updated Systematic Review and Meta-analysis. *Plastic and reconstructive surgery Global open* 2021;9(3):e3510. doi: 10.1097/GOX.0000000000003510

19. Tay YT, Lo CH. Use of peritoneum in neovagina construction in gender-affirming surgery: A systematic review. *ANZ journal of surgery* 2021 doi: 10.1111/ans.17147

41

Effects of gender affirming therapies in people with gender dysphoria: evaluation of the best available evidence. Dr. Romina Brignardello-Petersen and Dr. Wojtek Wiercioch; Results; May 16, 2022

20. Becker-Hebly I, Fahrenkrug S, Campion F, et al. Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: a descriptive study from the Hamburg Gender Identity Service. *European child & adolescent psychiatry* 2021;30(11):1755-67. doi: https://dx.doi.org/10.1007/s00787-020-01640-2
21. Castelo-Branco C, RiberaTorres L, Gomez-Gil E, et al. Psychopathological symptoms in Spanish subjects with gender dysphoria. A cross-sectional study. *Gynecological endocrinology : the official journal of the International Society of Gynecological Endocrinology* 2021;37(6):534-40. doi: https://dx.doi.org/10.1080/09513590.2021.1913113
22. Fontanari AMV, Vilanova F, Schneider MA, et al. Gender Affirmation Is Associated with Transgender and Gender Nonbinary Youth Mental Health Improvement. *LGBT health* 2020;7(5):237-47. doi: https://dx.doi.org/10.1089/lgbt.2019.0046
23. Grannis C, Leibowitz SF, Gahn S, et al. Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. *Psychoneuroendocrinology* 2021;132(7612148, qgc):105358. doi: https://dx.doi.org/10.1016/j.psyneuen.2021.105358
24. Green AE, DeChants JP, Price MN, et al. Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. *The Journal of adolescent health : official publication of the Society for Adolescent Medicine* 2022;70(4):643-49. doi: https://dx.doi.org/10.1016/j.jadohealth.2021.10.036
25. Tordoff DM, Wanta JW, Collin A, et al. Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. *JAMA network open* 2022;5(2):e220978. doi: https://dx.doi.org/10.1001/jamanetworkopen.2022.0978
26. Turban JL, King D, Kobe J, et al. Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. *PloS one* 2022;17(1):e0261039. doi: https://dx.doi.org/10.1371/journal.pone.0261039
27. van der Miesen AIR, Steensma TD, de Vries ALC, et al. Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers. *The Journal of adolescent health : official publication of the Society for Adolescent Medicine* 2020;66(6):699-704. doi: https://dx.doi.org/10.1016/j.jadohealth.2019.12.018
28. Bordas N, Stojanovic B, Bizic M, et al. Metoidioplasty: Surgical Options and Outcomes in 813 Cases. *Frontiers in endocrinology* 2021;12(101555782):760284. doi: https://dx.doi.org/10.3389/fendo.2021.760284
29. Elias N, Rysin R, Kwartin S, et al. Breaking the Binary: The Approach to Chest Masculinizing Gender-Affirming Surgery in Trangender Men. *The Israel Medical Association journal : IMAJ* 2022;24(1):20-24.

| ID | Study | Reason |
|---|---|---|
| #534 | Abu-Ghname 2020 | Wrong population: non transgender men |
| #434 | Aires 2022 | Wrong interventions: Other type of surgery: glottoplasty |
| #514 | Angus 2021 | Wrong outcomes: It does not include any outcome of interest. Includes: serum total testosterone concentration, body fat redistribution, breast development, and facial/body hair reduction |
| #318 | Baddredine 2022 | Wrong intervention. Continuing vs stopping estrogen during perioperative period of vaginoplasty |
| #40 | Baram 2019 | Wrong outcomes: only clinical outcomes are sperm count, testicular histology, hormone levels, etc. |
| #145 | Barcelos 2022 | Wrong outcomes: sexual satisfaction, desire, and function outcomes only |
| #60 | Boczar 2021 | No outcome data |
| #386 | Bouman 2014 | Wrong population: unclear that more than 80% are transgender |
| #208 | Bustos 2021 | Wrong intervention: niple areola reconstruction |
| #54 | Connelly 2021 | Wrong outcomes: Blood pressure |
| #43 | Coon 2022 | Wrong intervention: facial gender surgery |
| #34 | D'Angelo 2018 | Wrong design: narrative review |
| #165 | Delgado-Ruiz 2019 | Wrong outcomes: bone density |
| #355 | Escandon 2022 | Other type of surgery: facial surgery |
| #129 | Fighera 2019 | Wrong outcomes: bone mass |
| #597 | Hembree 2017 | Practice guideline, does not report the methods/ results of the systematic review in details |
| #120 | Kakadekar 2021 | Wrong outcomes: histological findings |
| #451 | Kennedy 2021 | Wrong intervention: self administered hormones |
| #375 | Kloer 2021 | Wrong outcomes: sexual health and satisfaction outcomes only |
| #439 | Kovar 2019 | More than 20% participants did not have gender dysphoria |
| #297 | Kristensen 2021 | Wrong outcomes: agression and hostility |
| #637 | Leclere 2015 | Wrong design: commentary of a systematic review |
| #293 | Miranda 2021 | Published in abstract format only |
| #624 | Morrison 2016 | Wrong intervention: facial feminization surgery |
| #270 | Narayan 2021 | Wrong design: narrative review |
| #119 | Nolan 2019 | Wrong intervention: phonosurgery |
| #167 | Patel 2021 | Wrong intervention: facial hair transplantation |
| #287 | Ray 2020 | Wrong population: cisgender is the population of interest, transgender included as indirect evidence and not in a systematic manner |
| #518 | Rozga 2020 | Published in abstract format only |
| #265 | Sariyaka 2017 | Wrong population: More than 20% participants did not have gender dysphoria |
| #35 | Sayegh 2019 | Wrong intervention: facial masculinization surgery |
| #124 | Schwarz 2017 | Wrong intervention: laryngeal surgery |

| #97 | Siringo 2021 | Wrong intervention: facial feminization surgery |
| #253 | Song 2016 | Wrong intervention: phonosurgery |
| #250 | Song 2017 | Wrong intervention: phonosurgery |
| #104 | Spanos 2020 | Wrong outcomes: lean mass, fat mass or insulin resistance |
| #257 | Therattil 2017 | Wrong intervention: thyroid chartilage reduction surgery |
| #328 | Tirrell 2022 | Wrong intervention: facial feminization surgery |
| #676 | Traish 2010 | Wrong design: narrative review |
| #279 | VanDamme 2017 | Wrong intervention: voice pitch raising surgery |
| #171 | Vellho 2017 | Wrong outcomes: BMI, blood pressure, hematocrit, hemoglobin, lipid profile, and liver enzymes |
| #112 | Wilson 2020 | Wrong outcomes: prolactine related outcomes (levels, hyperprolactinemia, prolactinoma) |
| #245 | Worth 2018 | Unable to access full text |
| #122 | Ziegler 2018 | Wrong outcomes: voice parameters and satisfaction with voice |
| #499 | Zucker 2021 | Unable to access full text |

| ID | Study | Reason |
|---|---|---|
| #1458 | Al-Tamimi 2019 | Wrong patient population |
| #287 | Al-Tamimi 2020 | Wrong study design: non comparative |
| #403 | Alcon 2021 | Wrong study design: non comparative |
| #214 | Aldridge 2021 | Wrong study design: non comparative |
| #54 | Almazan 2021 | Wrong patient population |
| #1387 | Boas 2019 | Wrong patient population |
| #1323 | Branstrom 2020 | Wrong patient population |
| #1447 | Breidenstein 2019 | Wrong study design: non comparative |
| #114 | Briles 2022 | Insufficient Sample Size <100 |
| #1804 | Butler 2019 | Wrong patient population |
| #716 | Carmichael 2021 | Wrong study design: non comparative |
| #622 | Cocchetti 2021 | Wrong outcomes |
| #1067 | Coon 2020 | Wrong patient population |
| #1835 | Cristofari 2019 | Wrong patient population |
| #1486 | Cuccolo 2019 | Wrong patient population |
| #1276 | deBlok 2020 | Wrong patient population |
| #577 | deRooij 2021 | Wrong patient population |
| #1625 | DeWolf 2019 | Wrong patient population |
| #1759 | Djordjevic 2019 | Wrong patient population |
| #244 | Falcone 2020 | Insufficient Sample Size <100 |
| #258 | FosterSkewis 2021 | Wrong comparator |
| #1583 | Gallagher 2019 | Wrong patient population |
| #139 | Gumussoy 2022 | Wrong study design: non comparative |
| #515 | Hisle-Gorman 2021 | Wrong study design: non comparative |
| #350 | Hougen 2021 | Insufficient Sample Size <100 |
| #1007 | Meyer 2020 | Wrong study design: non comparative |
| #499 | Miller 2021 | Wrong patient population |
| #621 | Mullins 2021 | Wrong study design: non comparative |
| #1653 | Naeimi 2019 | Insufficient Sample Size <100 |
| #1691 | Namba 2019 | Insufficient Sample Size <100 |
| #1770 | Neuville 2019 | Insufficient Sample Size <100 |
| #623 | Neuville 2021 | Insufficient Sample Size <100 |
| #644 | Nieder 2021 | Insufficient Sample Size <100 |
| #1624 | Nikkels 2019 | Wrong patient population |
| #353 | Opsomer 2021 | Wrong patient population |
| #1306 | Papadopulos 2020 | Wrong comparator |
| #640 | Papadopulos 2021 | Insufficient Sample Size <100 |
| #1472 | Pigot 2019 | Wrong patient population |
| #899 | Pigot 2020 | Insufficient Sample Size <100 |
| #1212 | Segev-Becker 2020 | Insufficient Sample Size <100 |
| #1351 | Staples 2020 | Wrong outcomes |
| #645 | Staud 2021 | Insufficient Sample Size <100 |
| #864 | Terrier 2020 | Insufficient Sample Size <100 |
| #1083 | vanderSluis 2020 | Insufficient Sample Size <100 |