# EXHIBIT 69

## SUBMITTED UNDER SEAL