# EXHIBIT 70

SUBMITTED UNDER SEAL