# EXHIBIT 71

SUBMITTED UNDER SEAL