# EXHIBIT 72

SUBMITTED UNDER SEAL