# EXHIBIT 73

## SUBMITTED UNDER SEAL