# EXHIBIT 74

## SUBMITTED UNDER SEAL