# EXHIBIT 75

## SUBMITTED UNDER SEAL