# EXHIBIT 76

# SUBMITTED UNDER SEAL