# EXHIBIT 77

SUBMITTED UNDER SEAL