# EXHIBIT 78
## SUBMITTED UNDER SEAL