# EXHIBIT 85

EDITOR'S CHOICE

Check for updates

The BMJ
kabbasi@bmj.com
Follow Kamran on Twitter
@KamranAbbasi
Cite this as: *BMJ* 2024;385:q837
http://dx.doi.org/10.1136/bmj.q837
Published: 11 April 2024

# The Cass review: an opportunity to unite behind evidence informed care in gender medicine

Kamran Abbasi *editor in chief*

At the heart of Hilary Cass's review of gender identity services in the NHS is a concern for the welfare of "children and young people" (doi:10.1136/bmj.q820).[1] Her stated ambition is to ensure that those experiencing gender dysphoria receive a high standard of care. This will be disputed, of course, by people and lobbying groups angered by her recommendations, but it is a theme running through the review. Cass, a past president of the UK's Royal College of Paediatrics and Child Health, seeks to provide better care for children and adolescents on one of the defining issues of our age. Her conclusion is alarming for anybody who genuinely cares for child welfare: gender medicine is "built on shaky foundations" (doi:10.1136/bmj.q814).[2]

That verdict is supported by a series of review papers published in *Archives of Disease in Childhood*, a journal published by BMJ and the Royal College of Paediatrics and Child Health (doi:10.1136/archdischild-2023-326669 doi:10.1136/archdischild-2023-326670 doi:10.1136/archdischild-2023-326499 doi:10.1136/archdischild-2023-326500).[3-6] The evidence base for interventions in gender medicine is threadbare, whichever research question you wish to consider—from social transition to hormone treatment.

For example, of more than 100 studies examining the role of puberty blockers and hormone treatment for gender transition only two were of passable quality. To be clear, intervention studies—particularly of drug and surgical interventions—should include an appropriate control group, ideally be randomised, ensure concealment of treatment allocation (although open label studies are sometimes acceptable), and be designed to evaluate relevant outcomes with adequate follow-up.

One emerging criticism of the Cass review is that it set the methodological bar too high for research to be included in its analysis and discarded too many studies on the basis of quality. In fact, the reality is different: studies in gender medicine fall woefully short in terms of methodological rigour; the methodological bar for gender medicine studies was set too low, generating research findings that are therefore hard to interpret. The methodological quality of research matters because a drug efficacy study in humans with an inappropriate or no control group is a potential breach of research ethics. Offering treatments without an adequate understanding of benefits and harms is unethical. All of this matters even more when the treatments are not trivial; puberty blockers and hormone therapies are major, life altering interventions. Yet this inconclusive and unacceptable evidence base was used to inform influential clinical guidelines, such as those of the World Professional Association for Transgender Health (WPATH), which themselves were cascaded into the development of subsequent guidelines internationally (doi:10.1136/bmj.q794).[7]

The Cass review attempted to work with the Gender Identity Development Service (GIDS) and the NHS adult gender services to "fill some of the gaps in follow-up data for the approximately 9000 young people who have been through GIDS to develop a stronger evidence base." However, despite encouragement from NHS England, "the necessary cooperation was not forthcoming." Professionals withholding data from a national inquiry seems hard to imagine, but it is what happened.

A spiralling interventionist approach, in the context of an evidence void, amounted to overmedicalising care for vulnerable young people. A too narrow focus on gender dysphoria, says Cass, neglected other presenting features and failed to provide a holistic model of care. Gender care became superspecialised when a more general, multidisciplinary approach was required. In a broader sense, this failure is indicative of a societal failure in child and adolescent health (doi:10.1136/bmj.q802 doi:10.1136/bmj-2022-073448).[8 9] The review's recommendations, which include confining prescription of puberty blockers and hormonal treatments to a research setting (doi:10.1136/bmj.q660), now place the NHS firmly in line with emerging practice internationally, such as in Scandinavia (doi:10.1136/bmj.p553).[10 11]

Cass proposes a future model of regional multidisciplinary centres that provide better access and, importantly, standardised care for gender dysphoria, including a smoother transition between adolescent and adult services. Staff will need training. All children and young people embarking on a care pathway will be included in research to begin to rectify the problems with the evidence base, with long term outcomes being an important area of focus. An already stretched workforce will need to extend itself further (doi:10.1136/bmj.q795 doi:10.1136/bmj-2024-079474).[12 13] In the meantime, some children and young people will turn to the private sector or online providers to meet their needs. The dangers in this moment of service transition are apparent.

But it's also a moment of opportunity. Families, carers, advocates, and clinicians—acting in the best interests of children and adolescents—face a clear choice whether to allow the Cass review to deepen division or use it as a driver of better care. The message from the evidence reviews in *Archives of Disease in Childhood* is as unequivocal as it could be. Cass's review is independent and listened to people with lived experience. Without doubt, the advocacy and clinical practice for medical treatment of gender

BMJ: first published as 10.1136/bmj.q837 on 11 April 2024. Downloaded from http://www.bmj.com/ on 15 April 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

dysphoria had moved ahead of the evidence—a recipe for harm.

People who are gender non-conforming experience stigmatisation, marginalisation, and harassment in every society. They are vulnerable, particularly during childhood and adolescence. The best way to support them, however, is not with advocacy and activism based on substandard evidence. The Cass review is an opportunity to pause, recalibrate, and place evidence informed care at the heart of gender medicine. It is an opportunity not to be missed for the sake of the health of children and young people. It is an opportunity for unity.

1   Dyer C. Guidelines on gender related treatment flouted standards and overlooked poor evidence, finds Cass review. *BMJ* 2024;385:. doi: 10.1136/bmj.q820 pmid: 38594040
2   Cass H. Gender medicine for children and young people is built on shaky foundations. Here is how we strengthen services. *BMJ* 2024;385:.pmid: 38594031
3   Taylor J, Mitchell A, Hall R, etal. Interventions to suppress puberty in adolescents experiencing gender dysphoria or incongruence: a systematic review. *Arch Dis Child* 2024;archdischild-2023-326669. doi: 10.1136/archdischild-2023-326669 pmid: 38594047
4   Taylor J, Mitchell A, Hall R, Langton T, Fraser L, Hewitt CE. Masculinising and feminising hormone interventions for adolescents experiencing gender dysphoria or incongruence: a systematic review. *Arch Dis Child* 2024;archdischild-2023-326670.
    doi: 10.1136/archdischild-2023-326670 pmid: 38594053
5   Taylor J, Hall R, Heathcote C, Hewitt CE, Langton T, Fraser L. Clinical guidelines for children and adolescents experiencing gender dysphoria or incongruence: a systematic review of guideline quality (part 1). *Arch Dis Child* 2024;archdischild-2023-326499.
    doi: 10.1136/archdischild-2023-326499 pmid: 38594049
6   Taylor J, Hall R, Heathcote C, Hewitt CE, Langton T, Fraser L. Clinical guidelines for children and adolescents experiencing gender dysphoria or incongruence: a systematic review of recommendations (part 2). *Arch Dis Child* 2024;archdischild-2023-326500.
    doi: 10.1136/archdischild-2023-326500 pmid: 38594048
7   Abbasi K. "Medication is binary, but gender expressions are often not"—the Hilary Cass interview. *BMJ* 2024;385:. doi: 10.1136/bmj.q794 pmid: 38594039
8   Lang K. Autism and ADHD place "unprecedented" demand on NHS. *BMJ* 2024;385:.
    doi: 10.1136/bmj.q802 pmid: 38575176
9   Kazda L, Bell K, Thomas R, Hardiman L, Heath I, Barratt A. Attention deficit/hyperactivity disorder (ADHD) in children: more focus on care and support, less on diagnosis. *BMJ* 2024;384:e073448.
    doi: 10.1136/bmj-2022-073448 pmid: 38325889
10  O'Dowd A. NHS services in England are told to stop routine prescribing of puberty blockers. *BMJ* 2024;384:. doi: 10.1136/bmj.q660 pmid: 38485137
11  Abbasi K. Caring for young people with gender dysphoria. *BMJ* 2023;380:. doi: 10.1136/bmj.p553.
12  Wilkinson E. GPs on the brink of industrial action: why they're taking a stand. *BMJ* 2024;385:.
    doi: 10.1136/bmj.q795 pmid: 38569720
13  Dixon-Woods M, Summers C, Morgan M, Patel K. The future of the NHS depends on its workforce. *BMJ* 2024;384:e079474. doi: 10.1136/bmj-2024-079474 pmid: 38538029

BMJ: first published as 10.1136/bmj.q837 on 11 April 2024. Downloaded from http://www.bmj.com/ on 15 April 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

FEATURE

Check for updates

The BMJ
kabassi@bmj.com
Cite this as: *BMJ* 2024;385:q794
http://dx.doi.org/10.1136/bmj.q794
Published: 10 April 2024

## GENDER IDENTITY

# "Medication is binary, but gender expressions are often not"—the Hilary Cass interview

The chair of the Independent Review of Gender Identity Services for Children and Young People tells *The BMJ*'s editor in chief **Kamran Abbasi** what her latest report says[1]

Kamran Abbasi *editor in chief*

**Your report describes a very complex situation. But at its heart is a concern for the wellbeing of young people?**

Children and young people with gender related distress have been poorly served because we've exceptionalised them. Health professionals are nervous to see them in local services and so they have often been bypassed straight through to the Gender Identity Development Service at the Tavistock and Portman, whose waiting list has grown exponentially. Many have neurodiversity or other mental health problems that you would expect somebody to address locally. But if health professionals feel they can't see them, then they sit on this long waiting list. And by the time they are seen, all of this has got much worse.

**You describe how the case mix has entirely changed over this period. What is driving that?**

There's a greater incidence of mental health problems, particularly in adolescent girls. Also, there's a big sociocultural change. This generation, Gen Z, who've grown up in the 2000s, have a more flexible view of gender, potentially breaking down barriers. The problem arises when the right thing is too medicalised. Medication is binary, but gender expressions are often not.

**Everybody needs to be considered as an individual. But equally, people need to be looked at in a holistic way. How do you balance these?**

First of all by moving the services from a centre with a very specialist perspective on this group to a much broader paediatric setting where the services evolve within children's hospitals. We're looking to a broader professional group: paediatricians, child psychiatrists, allied health professionals in the new team. Having that breadth means you can develop a proper plan and have the right people on hand.

**What are your recommendations for psychological support?**

Psychological therapy is not about changing people's minds about their gender. It has been made synonymous with conversion therapy. It's about getting young people into the most robust state of mental health to go through medical transition, if that is what they want. It's important that you don't make those decisions in a state of mental distress.

**What did your review find on puberty blockers?**

Still very poor evidence. One of the problems is that health professionals are really unclear about why they're giving them. Most people who go on a puberty blocker pathway go on to a full medical transition. So it doesn't seem to be buying time to think [as originally intended].

**How do you explain that, not only to patients but to their families and to other professionals?**

We need to somehow take down the absolute belief that if you don't get onto puberty blockers all is lost and that they're not falling off a cliff edge. We need to take the urgency out of it.

**There are guidelines that recommend puberty blockers. Why is that?**

The guidelines that recommend puberty blockers (from the World Professional Association for Transgender Health) are not based on the systematic review of the evidence. The guidelines based on the evidence, the Swedish and the Finnish guidelines, suggest a more conservative approach, similar to our recommendations. I can't think of another area of paediatric care where we give young people a potentially irreversible treatment and have no idea what happens to them in adulthood.

**Care today is to be delivered through two centres, one in London and one in the north west. What will the service look like in a few years time?**

There will be more regional centres. Bristol will be the next one. It is absolutely critical that these centres work as a provider collaboration, working to the same clinical protocols. We have to be collecting data from the get go. That's already baked into the new services.

Local services are going to need to manage the immediate priorities of the young people who are at greater risk. But there is a worry that some young people are going to go off into the private sector. They are already.

**What is care like in the private sector?**

With private services you may get just as good a service as in the NHS. But in many of the existing

BMJ: first published as 10.1136/bmj.q794 on 9 April 2024. Downloaded from http://www.bmj.com/ on 10 April 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

Case 2:22-cv-00184-LCB-CWB   Document 558-35   Filed 05/27/24   Page 5 of 9

BMJ: first published as 10.1136/bmj.q794 on 9 April 2024. Downloaded from http://www.bmj.com/ on 10 April 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

private settings young people are getting treatments that are not evidence based.

## What would you say to those young people?

What some of the young adults tell us is there are many different ways to be trans. That things feel really urgent when you're in your teens, but actually when you get older you realise they weren't as urgent. We need to explain the weaknesses of the evidence. But most importantly, we need to find ways to help them feel better about themselves so that they're not going to be so distressed about their bodies.

Competing interests: None.

Commissioning and peer review: Commissioned; not externally peer reviewed.

Edited for length and clarity by Jane Feinmann.

1   Cass H. Independent review of gender identity services for children and young people: final report. April. Apr 2024. https://cass.independent-review.uk/?page_id=936

OPINION

 Check for updates

Independent Review into Gender Identity Services for Children and Young People

Cite this as: *BMJ* 2024;385:q814
http://dx.doi.org/10.1136/bmj.q814
Published: 10 April 2024

# Gender medicine for children and young people is built on shaky foundations. Here is how we strengthen services

Improving the evidence base for young people is an essential next step, writes Hilary Cass, as her independent review into gender identity services for children and young people is published

Hilary Cass *chair*

Medicine is a science of uncertainty and an art of probability

–William Osler

William Osler's much quoted aphorism is well known to every medical student. Living with medicine's many uncertainties would be intolerable for doctors and for patients without some coping mechanisms. In Osler's time, doctors relied on a mix of knowledge, custom, and paternalism to hide uncertainties from patients, and provide treatments they had learnt from their mentors. Nowadays we have the three pillars of evidence based medicine to lean on: the integration of best available research evidence with clinical expertise, and patient values and preferences.

My independent review into gender identity services for children and young people is published today.[1] When conducting the review, I found that in gender medicine those pillars are built on shaky foundations.

I took on this review in full knowledge of the controversial nature of the subject, the polarisation and toxicity of the debate, and the weakness of the evidence base. Gender care for children and young people had moved from a "watchful waiting" approach to treatment with puberty blockers from Tanner stage 2 for those with early onset gender incongruence, followed by masculinising or feminising hormones from age 16. My review launched while the Divisional Court was considering the case of Bell v Tavistock, which focused on whether young people under 18 have the competence or capacity to give consent to endocrine treatments.[2] Competence or capacity is only one part of the process of informed consent. My review also had to consider the other components: the evidence underpinning the treatments, and the clinical judgements which might lead to recommending an endocrine pathway.

Since my interim report was published in March 2022, the review has commissioned the University of York to conduct a series of systematic reviews appraising the evidence on the characteristics of the population of children and young people presenting to gender services, and the outcomes of social transition, psychosocial interventions, and endocrine treatments.[3 -5] The review also commissioned an appraisal of international guidelines and a survey of international practice.

The findings of the series of systematic reviews are disappointing. They suggest that the majority of clinical guidelines have not followed the international standards for guideline development.[6] The World Professional Association of Transgender Healthcare (WPATH) has been highly influential in directing international practice, although its guidelines were found by the University of York's appraisal to lack developmental rigour and transparency.[6] Early versions of two international guidelines—the Endocrine Society 2009 and WPATH 7—influenced nearly all other guidelines, with the exception of recent Finnish and Swedish guidelines; the latter were the only guidelines to publish details of how developers reviewed and utilised the evidence base, and the decision making process behind their recommendations.[6 -8]

The rationale for early puberty suppression remains unclear, with weak evidence regarding the impact on gender dysphoria and mental or psychosocial health.[9] The effect on cognitive and psychosexual development remains unknown.[9] The clearest indication is in helping a small number of birth registered males, whose gender incongruence started in early childhood, to pass in adult life by preventing the irreversible changes of male puberty.

The use of masculinising/feminising hormones in those under the age of 18 also presents many unknowns, despite their longstanding use in the adult transgender population. However, the lack of long term follow-up data on those commencing treatment at an earlier age means we have inadequate information about the range of outcomes for this group.[10 11] In particular, we lack follow up data on the more recent cohort of predominantly birth-registered females who frequently have a range of co-occurring conditions including adverse childhood experiences, autism, and a range of mental health challenges. Filling this knowledge gap would be of great help to the young people wanting to make informed choices about their treatment.

A key message from my review is that gender questioning children and young people seeking help from the NHS must be able to access a broad-based holistic assessment delivered by a multi-professional team. Notwithstanding the pressures on CAMHS and paediatric services, these young people should not receive a lower standard of care than other similarly distressed adolescents. This means access to a wide range of services, including autism diagnostic services, psychosocial support, and evidence based interventions for commonly co-occurring conditions such as depression, anxiety, and eating disorders. Regardless of whether or not they chose a social or medical transition in the longer term, they need support to help them thrive and fulfil their life goals.

BMJ: first published as 10.1136/bmj.q814 on 9 April 2024. Downloaded from http://www.bmj.com/ on 10 April 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

BMJ: first published as 10.1136/bmj.q814 on 9 April 2024. Downloaded from http://www.bmj.com/ on 10 April 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

OPINION

The challenge of the assessment process is that while it may direct a broader care plan, it does not give certainty about which young people will ultimately develop a long term trans identity and which will resolve their gender-related distress in other ways. Young people are in a state of neurocognitive and psychosexual development into their mid-20s. Some mature faster than others, and we have no way of knowing when the majority will be in a settled identity. The review has spoken to young adults who are happy and empowered by their decision to medically transition and to others who have regrets.

The ethical challenges are great. Some young adults have told us that they wish they had known when they were younger that there are many more ways of being trans than following a binary medical transgender pathway. The fastest growing identity under the trans umbrella is non-binary. There is almost no research on this group, many of whom want a spectrum of treatments falling short of full medical transition. This raises questions about what medicine can do, what medicine should do, and more specifically what the NHS should do.

Improving the evidence base for this population of young people is an essential next step. Fortunately, because this review has been an iterative process with interim recommendations, the new regional services which are being established to expand provision for the population will have a research structure embedded from the outset, data collection will be integral to the service model, and a prospective puberty blocker study is already in development.

I very much hope that this strong multi disciplinary team model, with networked service delivery and embedded research, will encourage more clinicians with experience in child and adolescent health to work in this evolving area of clinical practice.

Competing interests: none declared.

Provenance and peer review: not commissioned, not peer reviewed.

1   The Cass Review. Independent review of gender identity services for children and young people. April 2024 https://cass.independent-review.uk/?page_id=936
2   v Tavistock B. (Divisional Court) [2020] EWHC 3274 (Admin) https://www.judiciary.uk/wp-content/uploads/2020/12/Bell-v-Tavistock-Judgment.pdf
3   Archives of Disease in Childhood. Gender identity service series. https://adc.bmj.com/pages/gender-identity-service-series
4   Cass H. Review of gender identity services for children and young people. *BMJ* 2022;376:. doi: 10.1136/bmj.o629 .
5   Dyer C. Services for children with gender dysphoria need fundamental reform, says interim review. *BMJ* 2022;376:. doi: 10.1136/bmj.o589 pmid: 35273016
6   Taylor J., Hall R., Heathcote, et al (2024). Clinical guidelines for children and adolescents experiencing gender dysphoria or incongruence: a systematic review of guideline quality (part 1). Archives of Disease in Childhood. *Published Online First* 2024;(April). doi: 10.1136/archdischild-2023-326499.
7   Council for Choices in Healthcare in Finland 2020. Medical treatment methods for dysphoria associated with variations in gender identity in minors – recommendation. https://palveluvalikoima.fi/en/recommendations#genderidentity: Council for Choices in Healthcare in Finland 2020
8   The Swedish National Board of Health and Welfare 2022. https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2023-1-8330.pdf
9   Taylor, J., Mitchell, A., Hall, R., et al (2024). Interventions to suppress puberty in adolescents experiencing gender dysphoria or incongruence: a systematic review. Archives of Disease in Childhood, Published Online First: April 2024. doi: https://doi.org/10.1136/archdischild-2023-326669
10  Taylor, J., Mitchell, A., Hall, R., et al (2024). Masculinising and feminising hormone interventions for adolescents with gender dysphoria or incongruence: a systematic review. Archives of Disease in Childhood, Published Online First: April 2024. doi: https://doi.org/10.1136/archdischild-2023-326670
11  Taylor, J., Hall, R., Langton, T., et al (2024). Care pathways of children and adolescents referred to specialist gender services: a systematic review. Archives of Disease in Childhood, Published Online First: April 2024. doi: https://doi.org/10.1136/archdischild-2023-326760

Case 2:22-cv-00184-LCB-CWB   Document 558-35   Filed 05/27/24   Page 8 of 9



The BMJ

Cite this as: *BMJ* 2024;385:q820
http://dx.doi.org/10.1136/bmj.q820
Published: 10 April 2024

## CASS REVIEW

# Guidelines on gender related treatment flouted standards and overlooked poor evidence, finds Cass review

Developing a new NHS service for young people with gender dysphoria or incongruence has been a "phenomenal challenge," says the paediatrician charged with the task, not least because of poor data on long term outcomes of treatment. **Clare Dyer** reports

Clare Dyer

Clinical guidelines used widely around the world to treat children and adolescents who raise issues about their gender were developed in breach of international standards on guideline development, a review set up by NHS England has concluded.[1]

The review, chaired by Hilary Cass, past president of the Royal College of Paediatrics and Child Health, calls for far reaching changes to the way children and adolescents with gender dysphoria and gender incongruence are treated. In an interim report in 2022 it recommended that these young people be brought within the mainstream NHS and treated by multidisciplinary teams that would look at them holistically, providing psychosocial interventions where needed.[2]

The review commissioned the University of York to research international practice and guidelines in the field. Cass noted, "The World Professional Association of Transgender Health (WPATH) has been highly influential in directing international practice, although its guidelines were found by the University of York's appraisal to lack developmental rigour and transparency."[3]

In its final report, published this week, Cass's review pointed out that although most of the guidelines described insufficient evidence about the risks and benefits of medical treatment "many then went on to cite this same evidence to recommend medical treatment."

The research carried out by York University, published in the *Archives of Disease in Childhood*, found that the evidence on the use of puberty blockers and hormones in young people with gender related distress was wholly inadequate, making it impossible to gauge their effectiveness or their effects on mental and physical health.[4-7] "No conclusions can be drawn about the impact on gender dysphoria, mental and psychosocial health, or cognitive development," the research concluded.

Similarly, evidence on key outcomes, such as body satisfaction, psychosocial and cognitive outcomes, fertility, bone health, and cardiometabolic effects, was lacking or inconsistent. The research also found that there was no consensus on who should be involved in providing psychosocial support or on whether provision for young children should be different from that for teenagers. And there was virtually no guidance on how best to support young people who have not yet reached puberty or those whose identity is non-binary.

Creating a new NHS service to transform the treatment of young people with gender issues has proved a "phenomenal challenge," Cass's report said. The previous sole provider of such services in the NHS, the gender identity development service (GIDS) at the Tavistock and Portman NHS Foundation Trust in London, was closed down after the Cass review's interim finding that it was "not a safe or viable long term option."[8]

The first two regional centres, one in London and one in the North West, got under way this month after a year's delay, the first step in commissioning a network of regional services around England. Great Ormond Street Hospital for Children will lead the London service, in partnership with Evelina London Children's Hospital and South London and Maudsley NHS Foundation Trust, while Alder Hey Children's Hospital in Liverpool will host the northern service, along with the Royal Manchester Children's Hospital.

But the development of the new service has been bedevilled by recruitment and training difficulties. Not only has the transgender issue become what the review describes as a "highly emotive and politicised arena" for clinicians who would work in it; the review has also uncovered a weak evidence base for the treatments previously used and a lack of data on long term outcomes among patients, making it difficult to provide the information needed to secure properly informed consent.

The politicisation of the debate "coupled with concerns about the weakness of the evidence base and a lack of professional guidance has impacted the ability of the new services to recruit the appropriate multidisciplinary workforce," notes the final report. It found a "general lack of confidence among the wider workforce to engage with gender questioning children and adolescents."

### Limited workforce must be shared

The review recommends that services should not be located solely in tertiary centres such as Great Ormond Street and Alder Hey but that "a much broader based service model is needed with a flexible workforce working across a regional footprint in partnership with designated local specialist services." It adds, "There is a finite workforce available to serve

the needs of this population and the wider population of young people with complex needs, therefore partnerships with local services must be developed so that workforce can be shared across the network without destabilising local services."

The review proposes that a small number of secondary services within existing child and adolescent mental health services (CAMHS) and paediatric services would be designated local specialist services in each area, which would increase the available workforce.

In the early 2000s most patients referred to GIDS were a small number of young people who were questioning the male gender assigned to them at birth. But by 2014 the caseload had expanded and changed dramatically, and most were birth registered girls whose gender dysphoria had begun in their early teens. Many had other problems, such as autism, ADHD, or other mental health diagnoses or adverse childhood experiences.

GIDS ran an early intervention study from 2011 to 2014 in which young people were given puberty blockers—drugs to pause sexual development and supposedly "give them time to think" about what should happen next. From 2014 the provision of puberty blockers was no longer a research project but became routine clinical practice, the rationale for which was "unclear," the review found. The research, which was not published in preprint until December 2020, found no statistically significant changes in gender dysphoria or mental health outcomes.[9] Cass's review notes that blocking the release of sex hormones "could have a range of unintended and as yet unidentified consequences."

Almost all the young people given puberty blockers went on to take masculinising or feminising hormones. But the review concludes that "the evidence for the indicated uses of puberty blockers and masculinising/feminising hormones in adolescents [is] unproven and benefits/harms are unknown." There was also "a failure to systematically consider how psychosocial interventions should be used and to research their efficacy."

**Follow-up vital**

The review recommends a "full programme of research that looks at the characteristics, interventions, and outcomes of every young person presenting to the NHS gender services." Puberty blockers should be available only under a research protocol, and the review suggests caution in prescribing masculinising or feminising hormones from age 16 and recommends that there should be a "clear rationale" for not waiting till 18.

Swedish and Finnish guidelines, which are evidence based, suggest a more cautious approach to the use of puberty blockers, said Cass.[10] "I can't think of another area of paediatric care where we give young people a potentially irreversible treatment and have no idea what happens to them in adulthood," she said in an interview with *The BMJ*'s editor in chief, Kamran Abbasi.[11]

The University of York was commissioned to carry out a research study interviewing young adults, many of whom had had access to a medical pathway, involving hormone treatment, which they said "enabled them to lead the lives they wanted," the study found. "Others explored equally empowering options, such as social transitioning and more fluid and non-binary expressions of gender."

Cass's review recommends an assessment process and individualised care plan, with the aim of helping young people thrive and achieve their life goals. "For the majority of young people, a medical pathway may not be the best way to achieve this," says the review. "For those young people for whom a medical pathway is clinically indicated, it is not enough to provide this in the absence of addressing any wider mental health and/or psychosocially challenging problems such as family breakdown, barriers to participation in school life or social activities, bullying, and minority stress."

1   Cass H. Independent review of gender identity services for children and young people: final report. April. Apr 2024. https://cass.independent-review.uk/?page_id=936
2   Dyer C. Services for children with gender dysphoria need fundamental reform, says interim review. *BMJ* 2022;376:. doi: 10.1136/bmj.o589 pmid: 35273016
3   Cass H. Gender medicine for children and young people is built on shaky foundations. Here is how we strengthen services. *BMJ* 2024;385:.
4   Taylor J, Mitchell A, Hall R, etal. Interventions to suppress puberty in adolescents experiencing gender dysphoria or incongruence: a systematic review. *Arch Dis Child* 2024. doi: 10.1136/archdischild-2023-326669.
5   Taylor J, Mitchell A, Hall R, etal. Masculinising and feminising hormone interventions for adolescents experiencing gender dysphoria or incongruence: a systematic review. *Arch Dis Child* 2024. doi: 10.1136/archdischild-2023-326670.
6   Taylor J, Hall R, Heathcote C, etal. Clinical guidelines for children and adolescents experiencing gender dysphoria or incongruence: a systematic review of guideline quality (part 1). *Arch Dis Child* 2024. doi: 10.1136/archdischild-2023-326499.
7   Taylor J, Hall R, Heathcote C, etal. Clinical guidelines for children and adolescents experiencing gender dysphoria or incongruence: a systematic review of recommendations (part 2). *Arch Dis Child* 2024. doi: 10.1136/archdischild-2023-326500.
8   Dyer C. NHS gender identity service to close and be replaced by regional centres. *BMJ* 2022;378:. doi: 10.1136/bmj.o1916 pmid: 35914784
9   Carmichael P, Butler G, Masic U, etal. Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. *PLoS One* 2021;16:e0243894. doi: 10.1371/journal.pone.0243894 pmid: 33529227
10  Block J. Gender dysphoria in young people is rising-and so is professional disagreement. *BMJ* 2023;380:. doi: 10.1136/bmj.p382 pmid: 36822640
11  Abbasi K. Hilary Cass: "Medication is binary, but gender expressions are often not." *BMJ* 2024;385:.

BMJ: first published as 10.1136/bmj.q820 on 9 April 2024. Downloaded from http://www.bmj.com/ on 10 April 2024 at NPHCO / Public Health Digital Library. Protected by copyright.