# EXHIBIT 88

Original research



OPEN ACCESS

# Interventions to suppress puberty in adolescents experiencing gender dysphoria or incongruence: a systematic review

Jo Taylor ⬤ , Alex Mitchell, Ruth Hall, Claire Heathcote, Trilby Langton, Lorna Fraser, Catherine Elizabeth Hewitt ⬤

► Additional supplemental material is published online only. To view, please visit the journal online (https://doi.org/10.1136/archdischild-2023-326669).

Department of Health Sciences, University of York, York, UK

**Correspondence to**
Dr Jo Taylor, Health Sciences, University of York, York, North Yorkshire, UK; dohs-gender-research@york.ac.uk

Received 25 November 2023
Accepted 10 February 2024


Linked

► https://doi.org/10.1136/archdischild-2023-326112
► https://doi.org/10.1136/archdischild-2023-326347
► https://doi.org/10.1136/archdischild-2023-326348
► https://doi.org/10.1136/archdischild-2023-326500
► https://doi.org/10.1136/archdischild-2023-326499
► https://doi.org/10.1136/archdischild-2023-326760
► https://doi.org/10.1136/archdischild-2023-326670
► https://doi.org/10.1136/archdischild-2023-326681


Check for updates

© Author(s) (or their employer(s)) 2024. Re-use permitted under CC BY-NC. No commercial re-use. See rights and permissions. Published by BMJ.

**To cite:** Taylor J, Mitchell A, Hall R, et al. Arch Dis Child Epub ahead of print: [please include Day Month Year]. doi:10.1136/archdischild-2023-326669

## ABSTRACT

**Background** Treatment to suppress or lessen effects of puberty are outlined in clinical guidelines for adolescents experiencing gender dysphoria/incongruence. Robust evidence concerning risks and benefits is lacking and there is a need to aggregate evidence as new studies are published.

**Aim** To identify and synthesise studies assessing the outcomes of puberty suppression in adolescents experiencing gender dysphoria/incongruence.

**Methods** A systematic review and narrative synthesis. Database searches (Medline, Embase, CINAHL, PsycINFO, Web of Science) were performed in April 2022, with results assessed independently by two reviewers. An adapted version of the Newcastle-Ottawa Scale for cohort studies was used to appraise study quality. Only moderate-quality and high-quality studies were synthesised. The Preferred Reporting Items for Systematic Reviews and Meta-Analyses reporting guidelines were used.

**Results** 11 cohort, 8 cross-sectional and 31 pre-post studies were included (n=50). One cross-sectional study was high quality, 25 studies were moderate quality (including 5 cohort studies) and 24 were low quality. Synthesis of moderate-quality and high-quality studies showed consistent evidence demonstrating efficacy for suppressing puberty. Height increased in multiple studies, although not in line with expected growth. Multiple studies reported reductions in bone density during treatment. Limited and/or inconsistent evidence was found in relation to gender dysphoria, psychological and psychosocial health, body satisfaction, cardiometabolic risk, cognitive development and fertility.

**Conclusions** There is a lack of high-quality research assessing puberty suppression in adolescents experiencing gender dysphoria/incongruence. No conclusions can be drawn about the impact on gender dysphoria, mental and psychosocial health or cognitive development. Bone health and height may be compromised during treatment. More recent studies published since April 2022 until January 2024 also support the conclusions of this review.

**PROSPERO registration number** CRD42021289659.

## WHAT IS ALREADY KNOWN ON THIS TOPIC

⇒ Increasing numbers of children and adolescents experiencing gender dysphoria/incongruence are being referred to specialist gender services.
⇒ National and international guidelines have changed over time and outline that medications to suppress puberty can be considered for adolescents experiencing gender dysphoria/incongruence.
⇒ Several systematic reviews report a limited evidence base for these treatments, and uncertainty about the benefits, risks and long-term effects.

## WHAT THIS STUDY ADDS

⇒ No high-quality studies were identified that used an appropriate study design to assess the outcomes of puberty suppression in adolescents experiencing gender dysphoria/incongruence.
⇒ There is insufficient and/or inconsistent evidence about the effects of puberty suppression on gender-related outcomes, mental and psychosocial health, cognitive development, cardiometabolic risk, and fertility.
⇒ There is consistent moderate-quality evidence, although from mainly pre-post studies, that bone density and height may be compromised during treatment.

## HOW THIS STUDY MIGHT AFFECT RESEARCH, POLICY OR PRACTICE

⇒ There is a lack of high-quality evidence to support the use of puberty suppression in adolescents experiencing gender dysphoria/incongruence, and large well-designed research is needed.

## INTRODUCTION

Over the last 10-15 years, increasing numbers of children and adolescents experiencing gender dysphoria/incongruence are being referred to specialist paediatric gender services.[1 2]

Gender dysphoria/incongruence in childhood is associated with high rates of co-occurring mental health and psychosocial difficulties, which can affect health and well-being.[3] Clinical guidelines recommend psychosocial care to alleviate gender-related distress and any co-occurring difficulties. For pubertal adolescents, medications to suppress or lessen effects of puberty are also outlined. Gonadotropin-releasing hormone analogues (GnRH-a) are used as first-line treatment, although other drugs with anti-androgenic properties including progestins and spironolactone are used in this population.[4 5] The effects differ depending on

Arch Dis Child: first published as 10.1136/archdischild-2023-326669 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.



Arch Dis Child: first published as 10.1136/archdischild-2023-326669 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

**Original research**

whether they are initiated in early puberty or mid-puberty, as well as the type of intervention used, with GnRH-a suppressing puberty when started early or suspending further progression when initiated in mid-puberty, and anti-androgens instead blocking specific downstream effects of sex hormones.[4]

Rationales for puberty suppression in the Dutch treatment protocol, which has informed practice internationally, were to alleviate worsening gender dysphoria, allow time for gender exploration, and pause development of secondary sex characteristics to make passing in the desired gender role easier.[6] Practice guidelines propose other indications for puberty suppression, including allowing time and/or capacity for decision-making about masculinising or feminising hormone interventions, and improving quality of life.[4 7 8]

Criteria in early treatment protocols for puberty suppression specified adolescents be at least age 12 years, at Tanner stage 2 in puberty, experienced gender dysphoria in childhood which persisted and intensified during puberty and met criteria for diagnosis of gender dysphoria.[6] It was also expected that any psychosocial difficulties that could interfere with treatment were managed.[6] The World Professional Association for Transgender Health standards of care[4] and other practice guidelines[5 8 9] have broadened these criteria, for example, removing minimum age. However, other recent guidelines have taken a more cautious approach and restricted inclusion criteria in response to uncertainties in the evidence base.[7 10]

Systematic reviews have consistently found mainly low-quality evidence, limited data on key outcomes or long-term follow-up.[11–16] These reviews report that while puberty suppression may offer some benefit, there are concerns about the impact on bone health, and uncertainty regarding cognitive development, psychosocial outcomes and cardiometabolic health. They conclude there is insufficient evidence to support clinical recommendations.

The proliferation of research in this area and lack of evidence to support practice means there is an ongoing need to aggregate evidence. This systematic review aims to synthesise evidence published to April 2022 that reports outcomes of puberty suppression in adolescents experiencing gender dysphoria/incongruence.

## METHODS
The review forms part of a linked series examining the epidemiology, care pathways, outcomes and experiences for children and adolescents experiencing gender dysphoria/incongruence and is reported according to the Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) guidelines.[17] The protocol was registered on PROSPERO (CRD42021289659).[18]

### Search strategy
A single search strategy was used to identify studies comprising two combined concepts: 'children', which included all terms for children and adolescents and 'gender dysphoria', which included associated terms such as gender-related distress and gender incongruence, and gender identity terms including transgender, gender diverse and non-binary.

MEDLINE (online supplemental table S1), EMBASE and PsycINFO through OVID, CINAHL Complete through EBSCO, and Web of Science (Social Science Citation Index) were searched (13–23 May 2021 and updated on 27 April 2022).

Reference lists of included studies and relevant systematic reviews were assessed for inclusion.[11–16 19 20]

### Table 1 Inclusion and exclusion criteria

| | |
|---|---|
| Population | Children and/or adolescents aged 0–18 years experiencing gender dysphoria, gender incongruence or referral to a gender identity service.<br>Studies of adults or a mixed population of adolescents and adults where treatment was initiated in childhood (<18 years). |
| Intervention | GnRH-a, progestins and other anti-androgens used to suppress puberty or part of puberty (eg, menstrual suppression). |
| Comparator | Any or none. |
| Outcomes | Expected or desired physiological effects, side effects, gender dysphoria or other gender-related outcomes, mental/psychological health, physical health, psychosocial outcomes, cognitive outcomes, fertility. |
| Study design | Clinical trials, cohort studies, case-control studies, cross-sectional studies, pre-post single-group design studies or service evaluations that provided treatment outcome data.<br>Case studies and case series were excluded. |
| Publication | Studies published in the English language in a peer-reviewed journal.<br>Conference abstracts were excluded. |

GnRH-a, gonadotropin-releasing hormone analogues.

### Inclusion criteria
The review included published research that reported outcomes of interventions used to suppress puberty for children and/or adolescents experiencing gender dysphoria/incongruence (table 1).

### Selection process
The results of database and other searches were uploaded to Covidence[21] and screened independently by two reviewers. Full texts of potentially relevant articles were retrieved and reviewed against inclusion criteria by two reviewers independently. Disagreements were resolved through discussion and inclusion of a third reviewer.

### Data extraction
Data on study characteristics, methods and reported outcomes were extracted into prepiloted data extraction templates by one reviewer and second-checked by another.

### Study quality
Critical appraisal was undertaken by two reviewers independently, with consensus reached through discussion and involvement of a third reviewer where necessary.

Quality was assessed using a modified version (online supplemental file 1) of the Newcastle-Ottawa Scale for cohort studies, a validated scale of eight items covering three domains: selection, comparability and outcome.[22] Scale modification included not scoring certain question(s) for cross-sectional and single-group designs, or particular outcomes; specification of key confounders to assess comparability of cohorts; guidance regarding sufficiency of follow-up and use of numerical scores for items and overall (maximum score 9 for cohorts, 8 for pre-post and cross-sectional studies with comparator). Total scores were calculated as percentages to account for different total scores (≤50% low quality, >50%–75% moderate quality, >75% high quality).

### Synthesis
Narrative synthesis methods were used because of heterogeneity in study design, intervention, comparator, outcome and measurement. Due to high risk of bias in low-quality studies, these were excluded from the synthesis.

Arch Dis Child: first published as 10.1136/archdischild-2023-326669 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

**Original research**



**Figure 1** Study flow diagram.

When synthesising results by outcome domains, care was taken to differentiate between different study designs, comparators and interventions. Where possible, potential differences in effects by birth-registered sex, treatment duration or treatment in early puberty versus late puberty were examined.

## RESULTS
The database search yielded 28 147 records, 3181 of which were identified as potentially relevant for the linked systematic reviews and full texts review. From these, 50 studies met inclusion criteria for this review (figure 1).

### Study characteristics
Studies were published from 2006 to 2022 with the majority published in 2020–2022 (n=29). Studies were conducted in the Netherlands (n=17),[23–39] the US (n=15),[40–54] the UK (n=6),[55–60] Canada (n=4),[61–64] three in Belgium[65–67] and Israel[68–70] and one in Brazil[71] and Germany[72] (online supplemental table S2).

The 50 studies included 11 cohorts comparing adolescents experiencing gender dysphoria/incongruence receiving puberty suppression with a comparator,[35 39–42 45 49 50 56 72] 8 cross-sectional with a comparator[23 33 37 47 51 53 60 71] and 31 pre-post single group studies.[24–32 34 36 38 43 44 46 48 54 55 57–59 61–70] More than half of studies (n=29) used retrospective chart review.

All but 4 studies selected adolescents experiencing gender dysphoria/incongruence from specialist gender or endocrinology services: 43 from single services (in Belgium, Israel, the Netherlands and the UK these were large regional or national services) and 3 from multiple US services.[48–50] The other four included three US studies (national survey recruiting via community settings,[53] clinical and community settings,[51] US Military Healthcare Data Repository[54]) and a study from Brazil recruiting via Facebook.[71]

Overall, studies included 10 673 participants: 9404 were adolescents experiencing gender dysphoria/incongruence (4702 received puberty suppression, 4702 did not) and 1269

other comparators. Comparator groups included adolescents or adults experiencing gender dysphoria/incongruence who had not received puberty suppression,[35 39 40 42 51–53 60 71 72] untreated adolescents not experiencing gender dysphoria/incongruence,[36 41 47 50] both of these comparators[23 33 37 56] or adolescents receiving treatment for a different medical reason.[41 45 49]

Most studies (n=39) assessed GnRH-a. In one, some participants received GnRH-a and some (birth-registered males) spironolactone.[62] In another, GnRH-a or progestins/anti-androgens were used but numbers taking each were not reported.[40] Among the other 11 studies, 5 assessed effects of progestins (cyproterone acetate,[66 67] lynestrenol,[65 66] medroxy-progesterone[44] and levonorgestrel-releasing intrauterine system[41]) as alternatives to GnRH-a,[41 44 65–67] 1 assessed bicalutamide[46] and 5 did not specify.[43 52–54 71]

Of the 50 studies, 29 reported outcomes for feminising or masculinising hormones as well as for puberty suppression, either by including a mixed sample of those receiving the two different interventions or by assessing those who progressed to hormones following puberty suppression.

The most frequently measured outcomes were puberty suppression (n=30) and physical health outcomes (n=27) (figure 2, online supplemental table S3). Gender-related outcomes and body image were measured in five and four studies, respectively. Psychological health was measured in 13 studies, psychosocial in 9 studies and cognitive/neurodevelopmental outcomes in 3 studies. Side effects were reported in six, bone health in nine, and one study measured fertility.

### Study quality
One cross-sectional study was rated high quality,[37] 25 moderate quality[23 24 29–32 34–36 39 48–51 54–59 64 65 67–69] and 24 low quality.[25–28 33 38 40–47 52 53 60–63 66 70–72] Of the 11 cohort studies, which were the only studies to include a comparator and assess outcomes over time, only 5 were rated moderate quality (figure 2, online supplemental table S4).[35 39 49 50 56]



**Figure 2**   Outcome categories by study quality and design.

Arch Dis Child: first published as 10.1136/archdischild-2023-326669 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

In most studies, there were concerns about sample representativeness due to single site recruitment, inclusion of a selected group and/or poor reporting of the eligible population. In studies including a comparator, most did not report or control for key differences between groups and only four used matched controls.[23 33 41 47] Most studies presented results for birth-registered males and females separately or controlled for this. Few studies controlled for age or Tanner stage or co-interventions that could influence outcomes.

Overall, studies used appropriate methods to ascertain exposure and assess outcomes. Adequacy of follow-up was evident in 18 studies, with multiple studies not reporting treatment duration, including participants receiving treatment at baseline, and not aligning follow-up with treatment initiation. Missing data at follow-up/analysis or poor reporting of this affected many studies.

Four studies did not report separate outcome data for adolescents receiving puberty suppression or masculinising/feminising hormones.[39 54 60 71] Two of these were of moderate quality and not included in the synthesis,[39 54] one of which was the only study to assess fertility outcomes.[39] One moderate-quality study assessed amplitude of click-evoked otoacoustic emissions.[23] This was excluded from the synthesis on the basis of not being clinically relevant.

### Synthesis of outcomes
#### Gender dysphoria and body satisfaction
Two pre-post studies measured gender dysphoria and body satisfaction (with primary and secondary sex or neutral body characteristics) and reported no change before and after receiving treatment[24 55] (table 2).

### Psychological health
One cross-sectional[37] and two pre-post studies[24 55] measured symptoms of depression (n=1), anxiety (n=1), anger (n=1), internalising and externalising symptoms (n=3), suicide and/or self-harm (n=2) and psychological functioning (n=2).

Three studies assessed internalising and externalising symptoms with one reporting improvements in both (pre-post[24]), one improvement in internalising but not externalising symptoms when compared with adolescents under assessment by a gender service (cross-sectional[37]) and one observed no change in either (pre-post).[55]

For other psychological outcomes, there was either a single study, or two studies showing inconsistent results, with studies reporting either a small to moderate significant improvement or no change (table 2).

### Psychosocial outcomes
One cohort[56] and two pre-post[24 55] studies measured psychosocial functioning, one pre-post study assessed quality of life[55] and one cross-sectional study measured peer-relations (table 2).[37]

For psychosocial functioning, both pre-post studies reported no clinically significant change at follow-up.[24 55] The cohort study compared adolescents who were not immediately eligible for puberty suppression and received psychological support only, and adolescents who additionally received GnRH-a after 6 months.[56] Improvements were seen in both groups after 6 months of psychological support. This improvement was maintained over time for those receiving psychological support only. For those receiving GnRH-a, further improvements were observed at 12 and 18 months. At 18 months, psychosocial functioning in this group was considerably higher than in those still waiting for puberty suppression, and similar to adolescents not

**Original research**

**Table 2**  Gender-related, body image, psychological, psychosocial, and cognitive/neurodevelopmental outcomes

| Study | Country | Study design | Study quality | Treated sample | Comparator | Intervention | Outcome (measure) | Follow-up specific to outcome | Summary of study results |
|---|---|---|---|---|---|---|---|---|---|
| **Gender-related outcomes** | | | | | | | | | |
| Carmichael et al[55] | UK | Pre-post | Moderate | 44 (19 brf, 25 brm) | N/A | GnRH-a | Gender dysphoria (UGDS) | 12 m, 24 m | No change over time. |
| de Vries et al[24] | The Netherlands | Pre-post | Moderate | 70 (37 brf, 33 brm) | N/A | GnRH-a | Gender dysphoria (UGDS) | Before CSH start (range 0.4–5.1 y) | No change. |
| **Body image** | | | | | | | | | |
| Carmichael et al[55] | UK | Pre-post | Moderate | 44 (19 brf, 25 brm) | N/A | GnRH-a | Satisfaction with primary or secondary sex, or neutral body characteristics (BIS) | 12 m, 24 m, 36 m | No change over time. |
| de Vries et al[24] | The Netherlands | Pre-post | Moderate | 70 (37 brf, 33 brm) | N/A | GnRH-a | Satisfaction with primary or secondary sex, or neutral body characteristics (BIS) | Before CSH start (range 0.4–5.1 y) | No change. |
| **Psychological health** | | | | | | | | | |
| Depression | | | | | | | | | |
| de Vries et al[24] | The Netherlands | Pre-post | Moderate | 70 (37 brf, 33 brm) | N/A | GnRH-a | Depressive symptoms (BDI) | Before CSH start (range 0.4–5.1 y) | Reduction in depressive symptoms. |
| Anxiety | | | | | | | | | |
| de Vries et al[24] | The Netherlands | Pre-post | Moderate | 70 (37 brf, 33 brm) | N/A | GnRH-a | Anxiety symptoms (STAI) | Before CSH start (range 0.4–5.1 y) | No change in anxiety symptoms. |
| Internalising problems | | | | | | | | | |
| van der Miesen et al[77] | The Netherlands | Cross-sectional | High | 178 (110 brf, 68 brm) | 272–651 no GD | GnRH-a | Internalising problems (YSR) | N/A | Fewer problems in those treated compared with not treated. Scores in treated brm similar to cisgender brm, and scores in treated brf lower than cisgender brf. |
| Carmichael et al[55] | UK | Pre-post | Moderate | 44 (19 brf, 25 brm) | N/A | GnRH-a | Internalising problems (CBCL/YSR) | 12 m, 24 m, 36 m | No change over time. |
| de Vries et al[24] | The Netherlands | Pre-post | Moderate | 70 (37 brf, 33 brm) | N/A | GnRH-a | Internalising problems (CBCL/YSR) | Before CSH start (range 0.4–5.1 y) | Small decrease (improvement). |
| Externalising problems | | | | | | | | | |
| van der Miesen et al[77] | The Netherlands | Cross-sectional | High | 178 (110 brf, 68 brm) | 272–651 no GD | GnRH-a | Externalising problems (YSR) | N/A | No difference between groups. |
| Carmichael et al[55] | UK | Pre-post | Moderate | 44 (19 brf, 25 brm) | N/A | GnRH-a | Externalising problems (CB CL/ YSR) | 12 m, 24 m, 36 m | No change over time. |
| de Vries et al[24] | The Netherlands | Pre-post | Moderate | 70 (37 brf, 33 brm) | N/A | GnRH-a | Externalising problems (CBCL/ YSR) | Before CSH start (range 0.4–5.1 y) | Small decrease (improvement). |
| **Psychological functioning/psychopathology** | | | | | | | | | |
| Carmichael et al[55] | UK | Pre-post | Moderate | 44 (19 brf, 25 brm) | N/A | GnRH-a | Psychological functioning (total CBCL/YSR) | 12 m, 24 m, 36 m | No change over time. |
| de Vries et al[24] | The Netherlands | Pre-post | Moderate | 70 (37 brf, 33 brm) | N/A | GnRH-a | Psychological functioning (total CBCL/YSR) | Before CSH start (range 0.4–5.1 y) | Small decrease (improvement). |
| **Suicidality/Self-harm** | | | | | | | | | |
| van der Miesen et al[77] | The Netherlands | Cross-sectional | High | 178 (110 brf, 68 brm) | 272–651 no GD | GnRH-a | Self-harm/suicidality (YSR item 18 and 91) | N/A | Less self-harm/suicidality in those treated, although similar to group with no GD. |

Continued

5

Arch Dis Child: first published as 10.1136/archdischild-2023-326669 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

Arch Dis Child: first published as 10.1136/archdischild-2023-326669 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

**Original research**

**Table 2** Continued

| Study | Country | Study design | Study quality | Treated sample | Comparator | Intervention | Outcome (measure) | Follow-up specific to outcome | Summary of study results |
|---|---|---|---|---|---|---|---|---|---|
| Carmichael et al[55] | UK | Pre-post | Moderate | 44 (19 brf, 25 brm) | N/A | GnRH-a | Self-harm/suicidality (YSR item 18 and 91) | 12m, 24m, 36m | No change over time. |
| **Other** | | | | | | | | | |
| de Vries et al[34] | The Netherlands | Pre-post | Moderate | 70 (37 brf, 33 brm) | N/A | GnRH-a | Anger (STAXI) | Before CSH start (range 0.4–5.1 y) | No change. |
| **Psychosocial outcomes** | | | | | | | | | |
| **Psychosocial functioning** | | | | | | | | | |
| Costa et al[66] | UK | Cohort | Moderate | 60 (brm:brf ratio 1:1.7) | 61 + 169 no GD | GnRH-a | Psychosocial functioning (CGAS) | 6m, 12m, 18m (GnRH-a initiated at 6m) | Both groups improved after 6m and 12m of psychological care. At 18m, treated group improved further, untreated remained the same. |
| Carmichael et al[55] | UK | Pre-post | Moderate | 44 (19 brf, 25 brm) | N/A | GnRH-a | Psychosocial functioning (CGAS) | 12m, 24m, 36m | No change over time. |
| de Vries et al[34] | The Netherlands | Pre-post | Moderate | 70 (37 brf, 33 brm) | N/A | GnRH-a | Psychosocial functioning (CGAS) | Before CSH start (range 0.4–5.1 y) | No clinically significant change. |
| **Quality of life** | | | | | | | | | |
| Carmichael et al[55] | UK | Pre-post | Moderate | 44 (19 brf, 25 brm) | N/A | GnRH-a | Quality of life (Kidscreen-52) | 12m, 24m | No change over time. |
| **Peer-relations** | | | | | | | | | |
| van der Miesen et al[57] | The Netherlands | Cross-sectional | High | 178 (110 brf, 68 brm) | 272 + 651 no GD | GnRH-a | Poor peer-relations (YSR items 25, 38 and 48) | N/A | Fewer problems in those treated, but more compared with adolescents with no GD. |
| **Cognitive/neurodevelopmental outcomes** | | | | | | | | | |
| Strang et al[51] | UK | Cross-sectional | Moderate | 14 (brs not reported) | 58 + 52 CSH | GnRH-a | Executive functioning (BRIEF Global Executive Composite) | N/A | No change in those treated with puberty suppression for <1 year. Worse functioning in those treated for longer (although some may have been taking CSH). |
| Russell et al[59] | UK | Pre-post | Moderate | 95 (57 brf, 38 brm) | N/A | GnRH-a | Features of autism spectrum condition (SRS) | 12m | No change. |

BDI, Beck's Depression Inventory; BIS, Body Image Scale; brf, birth-registered females; BRIEF, Behaviour Rating Inventory of Executive Function; brm, birth-registered males; CBCL, Child Behaviour Checklist; CGAS, Children's Global Assessment Scale; CSH, cross-sex hormones; GD, gender dysphoria; GnRH-a, gonadotropin-Releasing Hormone analogues; m, months; N/A, not applicable; SRS, Social Responsiveness Scale; STAI, State-Trait Anxiety Inventory; STAXI, State-Trait Anger Expression Inventory; UGDS, Utrecht Gender Dysphoria Scale; y, years; YSR, youth self-report.

Taylor J, et al. Arch Dis Child 2024;0:1–15. doi:10.1136/archdischild-2023-326669

experiencing gender dysphoria/incongruence. However, there were considerably fewer participants included at final follow-up.

There was no change in quality of life pre-post,[55] and treated adolescents had better peer-relations compared with adolescents under assessment at a gender service but poorer peer-relations than adolescents not experiencing gender dysphoria/incongruence.[37]

### Cognitive/neurodevelopmental outcomes
One cross-sectional study measured executive functioning and found no difference between adolescents who were treated for <1 year compared with those not treated, but worse executive functioning in those treated for >1 year compared with those not treated.[51] A pre-post study found no differences in features typically associated with autism spectrum condition after treatment (table 2).[59]

### Physical health outcomes
#### Bone health
Five studies found decreases in bone mineral apparent density and z-scores pre-post treatment; however, absolute measures generally remained stable or increased/decreased slightly.[29 32 34 55 58] Results were similar across birth-registered males and females.[29 32 55 58] One study considered timing of treatment, and found similar decreases among those starting GnRH-a in early or late puberty (table 3).[32]

#### Cardiometabolic health
Twelve pre-post studies measured body mass index (BMI), and in 10 studies there was no evidence of a clinically significant change in BMI and/or BMI SD score.[29 30 32 34 55 57 65 67–69] In one study, BMI increased for birth-registered males but not females.[58] Another study found BMI increased for birth-registered females who started GnRH-a in early puberty or mid-puberty, and birth-registered males in early puberty.[36]

Three studies assessed cholesterol markers, one after GnRH-a (no changes),[34] one after cyproterone acetate (decrease in high-density lipoprotein (HDL) and triglycerides)[67] and one after lynestrenol (decrease in HDL, increase in low-density lipoprotein).[65] Three studies assessing GnRH-a reported blood pressure: two found similar systolic and diastolic blood pressure before and after treatment,[34 68] and one found a non-clinically significant increase in diastolic but not systolic blood pressure.[69] Two studies measured markers of diabetes (fasting glucose, HbA1c and/or insulin) and noted no changes.[65 67]

#### Other physiological parameters
Five pre-post studies assessed other parameters from blood tests undertaken at baseline and follow-up,[30 31 34 65 67] three in those treated with GnRH-a,[30 31 34] one lynestrenol[65] and one cyproterone acetate.[67] Measurements included haemoglobin count (n=3), haematocrit percentage (n=3), creatinine (n=4), aspartate aminotransferase (n=3), alanine aminotransferase (n=3), γ-glutamyl transferase (n=1), alkaline phosphatase (n=2), prolactin (n=2), free thyroxin (n=3), thyroid-stimulating hormone (n=3), sex hormone binding globulin (n=3), vitamin D levels (n=1), dehydroepiandrosterone sulfate (n=3) and androstenedione (n=2). For most outcomes, no changes were reported. Where there were changes, these were not consistent in direction across studies.

One pre-post study assessing GnRH-a reported QTc prolongation,[64] and found no change in mean QTc, with no participants outside normal range.

### Side effects
A cohort study of GnRH-a reported side effects including mild headaches or hot flushes (~20%) and moderate/severe headaches or hot flushes, mild fatigue, mood swings, weight gain and sleep problems (<10%) (table 3).[55]

Two studies assessed other medications and reported headaches and hot flushes as common and an increase in acne in a sample of birth-registered females receiving lynestrenol,[65] and complaints of fatigue in birth-registered males receiving cyproterone acetate.[67]

### Puberty suppression
#### Hormone levels
Hormone levels were reported in nine studies of GnRH-a (two cohort,[49 50] seven pre-post[30 34 36 48 55 68 69]), two in birth-registered females,[34 69] one in birth-registered males[68] and six including both (table 4).[30 36 48–50 55]

Five studies reported decreases in luteinising hormone, follicle-stimulating hormone, oestradiol and testosterone after receiving GnRH-a.[30 34 48 68 69] Another study, which reported luteinising and follicle-stimulating hormones, also found decreases in both pre-post.[55] One study reported that where baseline levels were high due to puberty starting, decreases were reported in testosterone and oestradiol.[36] One cohort study reporting pre-post data found smaller decreases in luteinising hormone, follicle-stimulating hormone, oestradiol and testosterone compared with other studies; however, it included a younger population, some of who were likely prepubertal.[50] The other cohort study included a comparator of adolescents with precocious puberty and found similar decreases in luteinising hormone and oestradiol.[49]

One pre-post study of lynestrenol (birth-registered females) found a decrease in luteinising hormones but not follicle-stimulating hormone, oestradiol or testosterone.[65] One study of cyproterone acetate (birth-registered males) found no changes in luteinising hormone, follicle-stimulating hormone or oestradiol, but a decrease in total testosterone.[67]

#### Pubertal progression
Puberty development was reported in four studies (two cohort, two pre-post).[30 35 49 67] One only included birth-registered males,[67] and three included both birth-registered males and females.[30 35 49]

A cohort study assessing GnRH-a reported clinical pubertal escape in 2/21 adolescents treated for gender dysphoria/incongruence, in the form of breast enlargement or testicular enlargement together with deepening of voice, compared with no children treated for precocious puberty.[49] A pre-post study reported a decrease in testicular volume in birth-registered males, but unclear results with regard to breast development in birth-registered females (most started treatment at Tanner stage 4–5).[30] A pre-post study of birth-registered males using cyproterone acetate reported decreases in facial shaving and spontaneous erections.[67]

A cohort study assessed whether secondary sex characteristics differed depending on receipt or timing of GnRH-a, and whether this affected which surgical interventions/techniques were later used.[35] The study found breast size was smallest in birth-registered females who received GnRH-a in Tanner stage 2/3 and largest in untreated participants. Those treated early in puberty were less likely to require a mastectomy and when surgery was required it was less burdensome. In birth-registered males, penile length was greater in those who received GnRH-a

Arch Dis Child: first published as 10.1136/archdischild-2023-326669 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

Arch Dis Child: first published as 10.1136/archdischild-2023-326669 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

**Original research**

**Table 3**  Physical health outcomes and side effects

| Study | Country | Study design | Study quality | Treated sample | Intervention | Outcome (measure) | Follow-up specific to outcome | Summary of study results |
|---|---|---|---|---|---|---|---|---|
| **Physical health outcomes** | | | | | | | | |
| **Bone health** | | | | | | | | |
| Carmichael et al[65] | UK | Pre-post | Moderate | 44 (19 brf, 25 brm) | GnRH-a | BMD and BMC (hip, lumbar, spine). Absolute values and z-scores | 12m, 24m, 36m | Between baseline and 12 months, there was an increase in absolute measures of bone health, but z-scores decreased. |
| Joseph et al[58] | UK | Pre-post | Moderate | 70 (39 brf, 31 brm) | GnRH-a | BMD, BMAD, Absolute values and z-scores | 12m, 24m, 36m | Absolute measures of bone health remained constant, but z-scores decreased. |
| Klink et al[29] | The Netherlands | Pre-post | Moderate | 34 (19 brf, 15 brm) | GnRH-a | aBMD and BMAD (absolute, z-scores using natal sex) | Before CSH start (mean 1.3 y for brm, 1.5 y for brf, range 0.25–5.2 y) | Absolute measures of bone health remained constant, but z-scores decreased. |
| Schagen et al[22] | The Netherlands | Pre-post | Moderate | 121 (70 brf, 51 brm) | GnRH-a | aBMD and BMAD (absolute, z-scores using natal sex), serum bone markers | 24m | Absolute measures of bone health increased, but z-scores decreased (decreases similar in groups who started GnRH-a in early puberty and mid-puberty). |
| Stoffers et al[34] | The Netherlands | Pre-post | Moderate | 62 brf | GnRH-a | BMD, BMAD (absolute, z-scores using natal sex) | Before CSH start (median 8 m, range 3–39) | Absolute measures of bone health and z-scores decreased. |
| **BMI** | | | | | | | | |
| Carmichael et al[65] | UK | Pre-post | Moderate | 44 (19 brf, 25 brm) | GnRH-a | BMI z-score (reference population for age and natal sex) | 12m, 24m, 36m | No evidence for change in BMI z-score. |
| Ghelani et al[57] | UK | Pre-post | Moderate | 36 (25 brf, 11 brm) | GnRH-a | BMI SD score (reference sex unspecified) | 6m, 12m | No evidence for change in BMI SD score. |
| Joseph et al[58] | UK | Pre-post | Moderate | 70 (39 brf, 31 brm) | GnRH-a | BMI | 12m, 24m, 36m | BMI increased over time in birth-registered males. |
| Klink et al[29] | The Netherlands | Pre-post | Moderate | 34 (19 brf, 15 brm) | GnRH-a | BMI and BMI SD score (in reference to natal sex) | Before CSH start (mean 1.3 y for brm, 1.5 y for brf, range 0.25–5.2 y) | BMI and BMI SD score remained the same. |
| Perl et al[69] | Israel | Pre-post | Moderate | 15 brf | GnRH-a | BMI and BMI SD score (reference sex unspecified) | Single (end of GnRH-a, mean 3 m SD 1) | No evidence for clinically significant change in BMI or BMI SD score. |
| Perl et al[68] | Israel | Pre-post | Moderate | 19 brm | GnRH-a | BMI and BMI SD score (reference sex unspecified) | Single (end of GnRH-a, mean 9m SD 6) | No evidence for change in BMI or BMI SD score. |
| Schagen et al[20] | The Netherlands | Pre-post | Moderate | 116 (67 brf, 49 brm) | GnRH-a | BMI and BMI SD score (reference sex used unspecified) | 12m, 24m, 36m | No evidence for clinically significant change in BMI or BMI SD score. |
| Schagen et al[22] | The Netherlands | Pre-post | Moderate | 121 (70 brf, 51 brm) | GnRH-a | BMI | 24m | No evidence for change in BMI. |
| Stoffers et al[34] | The Netherlands | Pre-post | Moderate | 62 brf | GnRH-a | BMI and BMI SD score (reference population unspecified) | Before CSH start (median 8 m, range 3–39) | No evidence for change in BMI or SD score. |
| Tack et al[64] | Belgium | Pre-post | Moderate | 38 brf | Lynestrenol | BMI and BMI SD score (reference population for natal sex) | 6m, 12m | No evidence for change in BMI or BMI SD score. |
| Tack et al[34] | Belgium | Pre-post | Moderate | 27 brm | Cyproterone acetate | BMI and BMI SD score (in reference to natal sex) | 6m, 12m | No evidence for change in BMI or BMI SD score. |
| van der Loos et al[36] | The Netherlands | Pre-post | Moderate | 322 (106 brm, 216 brf) | GnRH-a | BMI | Before CSH start (mean follow-up between 0.9 and 3.9 y) | BMI increased for brf who started in early puberty and mid-puberty, for brm, BMI there was an increase in the early puberty group. No change in the late-puberty group. |
| **Blood pressure** | | | | | | | | |
| Perl et al[69] | Israel | Pre-post | Moderate | 15 brf | GnRH-a | Systolic and diastolic blood pressure | Single (end of GnRH-a, mean 3 m SD 1) | Systolic blood pressure remained the same, whereas diastolic blood pressure increased, although not clinically significant. |

Continued

Taylor J, et al. Arch Dis Child 2024;0:1–15. doi:10.1136/archdischild-2023-326669

Original research

Arch Dis Child: first published as 10.1136/archdischild-2023-326669 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

**Table 3**  Continued

| Study | Country | Study design | Study quality | Treated sample | Intervention | Outcome (measure) | Follow-up specific to outcome | Summary of study results |
|---|---|---|---|---|---|---|---|---|
| Perl et al[68] | Israel | Pre-post | Moderate | 19 brm | GnRH-a | Systolic and diastolic blood pressure | Single (end of GnRH-a, mean 9 m SD 6) | Systolic and diastolic blood pressure remained the same. |
| Stoffers et al[34] | The Netherlands | Pre-post | Moderate | 62 brf | GnRH-a | Systolic and diastolic blood pressure | Before CSH start (median 8 m, range 3–39) | Systolic and diastolic blood pressure remained the same. |
| **Metabolic measures** | | | | | | | | |
| Stoffers et al[34] | The Netherlands | Pre-post | Moderate | 62 brf | GnRH-a | Total cholesterol, HDL, LDL, triglycerides | Before CSH start (median 8 m, range 3–39) | No evidence for a change in any measure. |
| Tack et al[65] | Belgium | Pre-post | Moderate | 38 brf | Lynestrenol | Total cholesterol, triglycerides, HDL, LDL, fasting insulin, HbA1c | 6m, 12m | No evidence for a change in any measure, except for a decrease in HDL and increase in LDL. |
| Tack et al[67] | Belgium | Pre-post | Moderate | 27 brm | Cyproterone acetate | Triglycerides, total cholesterol, HDL, LDL, HbA1c, glucose, insulin | 6m, 12m | There was a decrease in HDL and triglycerides. |
| **Other physical parameters** | | | | | | | | |
| Schagen et al[30] | The Netherlands | Pre-post | Moderate | 116 (67 brf, 49 brm) | GnRH-a | ALT, AST, ALP, γ-glutamyl transferase, creatinine | 3m, 6m, 12m | There was a decrease in alkaline phosphate (both sexes) and creatinine (brf only). No changes were reported in AST, γ-glutamyl and ALT (narrative—no data). |
| Stoffers et al[34] | The Netherlands | Pre-post | Moderate | 62 brf | GnRH-a | SHBG, TSH, prolactin, free thyroxine, DHEAS, A4, haemoglobin, haematocrit, creatinine, ALP, vitamin D, ureum | Before CSH start (median 8 m, range 3–39) | There was an increase in vitamin D levels and a decrease in prolactin levels—no change for other measures. |
| Tack et al[65] | Belgium | Pre-post | Moderate | 38 brf | Lynestrenol | Haemoglobin, haematocrit, creatinine, ALT, AST, TSH, free thyroxine, anti-Müllerian hormone, SHBG | 6m, 12m | There were increases in haemoglobin and haematocrit and a decrease in SHBG. Increases in free thyroxine levels, creatinine and ALT were reported. |
| Tack et al[67] | Belgium | Pre-post | Moderate | 27 brm | Cyproterone acetate | DHEAS, haemoglobin, haematocrit, creatinine, AST, ALT, prolactin, TSH, free thyroxine, SHBG | 6m, 12m | There was an increase in prolactin and free thyroxine levels, and a decrease in haemoglobin and haematocrit. No change in other measures. |
| Schagen et al[31] | The Netherlands | Pre-post | Moderate | 127 (73 brf, 54 brm) | GnRH-a | DHEAS and A4 | 12m, 24m | DHEAS increased in brf and increased slightly in brm. A4 decreased in brf and remained constant in brm. |
| Waldner et al[64] | Canada | Pre-post | Moderate | 33 (23 brf, 10 brm) | GnRH-a | Proportion with clinically significant QTc prolongation (defined as QTc >460 ms) | Single (>6 weeks after initiation of treatment) | There was no change in the mean QTc over time. At follow-up, no participants were in the clinical range >(460 ms). Just under 25% had a QTc between 440 and 460 ms. |
| **Side effects** | | | | | | | | |
| Carmichael et al[65] | UK | Pre-post | Moderate | 44 (19 brf, 25 brm) | GnRH-a | Patient-reported side effects | 12m, 24m, 36m | Mild headaches or hot flushes common (~20%). Moderate/Severe headaches or hot flushes, mild fatigue, mood swings, weight gain, sleep problems less common (<10%). |
| Tack et al[65] | Belgium | Pre-post | Moderate | 38 brf | Lynestrenol | Patient-reported side effects | 6m, 12m | Headaches and hot flushes were common, reported increase in acne and metrorrhagia was also reported—no numbers given. |
| Tack et al[67] | Belgium | Pre-post | Moderate | 27 brm | Cyproterone acetate | Patient-reported side effects | 6m, 12m | Complaints of fatigue in 37% and emotionality in ~10%. |

A4, androstenedione; aBMD, areal bone mineral density; ALT, alanine aminotransferase; AST, aspartate aminotransferase; BMAD, bone mineral apparent density; BMC, bone mineral content; BMD, bone mineral density; BMI, body mass index; brf, birth-registered females; brm, birth-registered males; CSH, cross-sex hormones; DHEAS, dehydroepiandrosterone sulfate; GnRH-a, gonadotropin-releasing hormone analogues; HbA1c, glycated haemoglobin; HDL, high-density lipoprotein; LDL, low-density lipoprotein; m, months; QTc, heart-rate corrected QT interval; SHBG, sex hormone binding globulin; TSH, thyroid-stimulating hormone; y, years.

**Original research**

**Table 4** Puberty suppression outcomes

| Study | Country | Study design | Study quality | Treated sample | Comparator | Intervention | Outcome (measure) | Follow-up specific to outcome | Summary of study results |
|---|---|---|---|---|---|---|---|---|---|
| **Hormone levels** | | | | | | | | | |
| Pine-Twaddell et al[49] | USA | Cohort | Moderate | 42 (22 brf, 20 brm) | 7 with central precocious puberty | GnRH-a | Testosterone, oestradiol, LH | Single (range 17–65 m) | LH decreased to similar levels at follow-up in both groups. Oestradiol decreased in brf in both groups. |
| Schulmeister et al[60] | USA | Cohort | Moderate | 55 (29 brf, 26 brm) | 226 no GD | GnRH-a | Testosterone, oestradiol, LH, FSH | 6m, 12m | For brf, all decreased at follow-up. Decreases were smaller in brm, but with larger decreases in upper limit of the IQR. |
| Carmichael et al[55] | UK | Pre-post | Moderate | 44 (19 brf, 25 brm) | N/A | GnRH-a | Testosterone, oestradiol, LH, FSH | 12m, 24m, 36m | Decreases in LH and FSH observed over time. Oestradiol and testosterone not reported (full suppression reported). |
| Olson-Kennedy et al[48] | USA | Pre-post | Moderate | 66 (34 brf, 32 brm) | N/A | GnRH-a | Testosterone, oestradiol, LH, FSH | Single (range 2–12 m) | Decreases reported in all outcomes. |
| Perl et al[69] | Israel | Pre-post | Moderate | 15 brf | N/A | GnRH-a | Testosterone, oestradiol, LH, FSH | Single (end of GnRH-a, mean 3 m SD 1) | Decreases reported in all outcomes. |
| Perl et al[68] | Israel | Pre-post | Moderate | 19 brm | N/A | GnRH-a | Testosterone, oestradiol, LH, FSH | Single (end of GnRH-a, mean 9 m SD 6) | Decreases reported in all outcomes. |
| Schagen et al[20] | The Netherlands | Pre-post | Moderate | 116 (67 brf, 49 brm) | N/A | GnRH-a | Testosterone, oestradiol, LH, FSH | 3m, 6m, 12m | Decreases reported in all outcomes. |
| Stoffers et al[34] | The Netherlands | Pre-post | Moderate | 62 brf | N/A | GnRH-a | Testosterone, oestradiol, LH, FSH | Before CSH start (median 8 m, range 3–39) | Decreases reported in all outcomes. |
| Tack et al[65] | Belgium | Pre-post | Moderate | 38 brf | N/A | Lynestrenol | Testosterone (total, free), oestradiol, Lf, FSH | 6m, 12m | A decrease was reported in LH, but no change was observed in FSH, oestradiol or testosterone. |
| Tack et al[67] | Belgium | Pre-post | Moderate | 27 brm | N/A | Cyproterone acetate | Testosterone (total, free), oestradiol, Lf, FSH | 6m, 12m | No changes were reported in hormone levels, except for a decrease in total testosterone. |
| van der Loos et al[36] | The Netherlands | Pre-post | Moderate | 322 (106 brm, 216 brf) | N/A | GnRH-a | Testosterone, oestradiol | Before CSH start (mean follow-up 0.9, 3.1 and 3.9 y)* | Where baseline levels were high due to puberty starting, decreases reported in all outcomes. |
| **Pubertal progression** | | | | | | | | | |
| Pine-Twaddell et al[49] | USA | Cohort | Moderate | 42 (22 brf, 20 brm) | 7 CPP | GnRH-a | Tanner stage progression (physical examination) | Single (range 17–65 m) | Clinical pubertal escape was reported in 2/21 participants (breast enlargement in one case and in smaller testicular enlargement and voice change). |
| van de Grift et al[35] | The Netherlands | Cohort | Moderate | 200 (134 brf, 66 brm) | 100 | GnRH-a | Breast and genital characteristics (clinical examination) | At initiation of surgery (after CSH) | Tanner stage 2/3 treatment resulted in smaller breast size in brf and lower average penile length and fewer testes descended in brm, compared with Tanner stage 4/5 or no GnRH-a. |
| van de Grift et al[35] | The Netherlands | Cohort | Moderate | 200 (134 brf, 66 brm) | 100 | GnRH-a | Needs for future surgery (clinical examination, surgery performed) | At initiation of surgery (after CSH) | Tanner stage 2/3 treatment resulted in need for fewer and less burdensome mastectomies in brf, but more genital surgery in brm, compared with Tanner stage 4/5 or no treatment. |
| Schagen et al[20] | The Netherlands | Pre-post | Moderate | 116 (67 brf, 49 brm) | N/A | GnRH-a | Tanner stage by physical examination | 3m, 6m, 12m, 24m | In brm, testicular volume decreased for 43/49 participants during GnRH-a treatment. Results unclear for brf; most of who started treatment in Tanner stage 4/5. |
| Tack et al[67] | Belgium | Pre-post | Moderate | 27 brm | N/A | Cyproterone acetate | Puberty development (physical changes) | 6m, 12m | >50% brm reported decreased facial shaving. Some reported decreased spontaneous erections (numbers not reported). Breast development noted in ~30% of brf. |
| **Menstrual suppression** | | | | | | | | | |
| Pine-Twaddell et al[49] | USA | Cohort | Moderate | 42 (22 brf, 20 brm) | 7 CPP | GnRH-a | Suppression of menstruation | Single (range 17–65 m) | No participants in the intervention group reported pubertal escape in the form of menstruation or spotting. |
| Carmichael et al[55] | UK | Pre-post | Moderate | 44 (19 brf, 25 brm) | N/A | GnRH-a | Suppression of menstruation | 12m, 24m, 36m | All birth-registered females reported amenorrhoea in the 3 months after starting GnRH-a treatment. |
| Schagen et al[20] | The Netherlands | Pre-post | Moderate | 116 (67 brf, 49 brm) | N/A | GnRH-a | Suppression of menstruation | 12m | All birth-registered females who had started menses experienced full suppression. |

Continued

Arch Dis Child: first published as 10.1136/archdischild-2023-326669 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

Arch Dis Child: first published as 10.1136/archdischild-2023-326669 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

**Original research**

**Table 4** Continued

| Study | Country | Study design | Study quality | Treated sample | Comparator | Intervention | Outcome (measure) | Follow-up specific to outcome | Summary of study results |
|---|---|---|---|---|---|---|---|---|---|
| **Height/Growth** | | | | | | | | | |
| Schulmeister et al[60] | USA | Cohort | Moderate | 55 (29 brf, 26 brm) | 226 no GD | GnRH-a | Height velocity | 6m, 12m | After controlling for mid-age, height velocity in participants using GnRH-a was similar to the cisgender comparison. |
| Carmichael et al[65] | UK | Pre-post | Moderate | 44 (19 brf, 25 brm) | N/A | GnRH-a | Height z-score | 12m, 24m, 36m | No change in height z-score over time. |
| Ghelani et al[67] | UK | Pre-post | Moderate | 36 (25 brf, 11 brm) | N/A | GnRH-a | Height SD score (reference sex unspecified) | 6m, 12m | Decrease over time observed in height SD score for brm. No change observed in brf. |
| Joseph et al[68] | UK | Pre-post | Moderate | 70 (39 brf, 31 brm) | N/A | GnRH-a | Height | 12m, 24m, 36m | Height increased over time for both brm and brf. |
| Klink et al[29] | The Netherlands | Pre-post | Moderate | 34 (19 brf, 15 brm) | N/A | GnRH-a | Height and height SD score (reference to natal sex) | Before CSH start (mean 1.3 y for brm, 1.5 y for brf, range 0.25–5.2 y) | Height increased for both brm and brf. Height SD score decreased for brm but not for brf. |
| Schagen et al[30] | The Netherlands | Pre-post | Moderate | 116 (67 brf, 49 brm) | N/A | GnRH-a | Height and height SD score (reference sex unspecified) | 12m | Height increased for both brm and brf. Height SD score decreased for both brm and brf. |
| Schagen et al[32] | The Netherlands | Pre-post | Moderate | 121 (70 brf, 51 brm) | N/A | GnRH-a | Height | 24m | Height increased. |
| Stoffers et al[34] | The Netherlands | Pre-post | Moderate | 62 brf | N/A | GnRH-a | Height, height SD score (reference to natal sex and affirmed gender) | Before CSH start (median 8 m, range 3–39) | No substantial change in average height. Height SD score decreased against male reference population, and no change against female reference population. |
| Tack et al[65] | Belgium | Pre-post | Moderate | 38 brf | N/A | Lynestrenol | Height | 6m, 12m | Height increased over time. |
| Tack et al[67] | Belgium | Pre-post | Moderate | 27 brm | N/A | Cyproterone acetate | Height SD score (reference using natal sex) | 6m, 12m | Height SD score decreased over time. |
| van der Loos et al[36] | The Netherlands | Pre-post | Moderate | 322 (106 brm, 216 brf) | N/A | GnRH-a | Height | Before CSH start (mean follow-up 0.9, 3.1 and 3.9 y)* | Height increased in the early puberty and mid-puberty groups. |
| **Body composition** | | | | | | | | | |
| Ghelani et al[67] | UK | Pre-post | Moderate | 36 (11 brm, 25 brf) | N/A | GnRH-a | Body composition (lean mass SD score). Reference sex unspecified | 6m, 12m | In both sexes, the lean mass SD score decreased over time. |
| Schagen et al[30] | The Netherlands | Pre-post | Moderate | 116 (67 brf, 49 brm) | N/A | GnRH-a | Body composition (lean body mass percentage) | 12m | In both sexes, lean body mass percentage decreased. |
| Schagen et al[30] | The Netherlands | Pre-post | Moderate | 116 (67 brf, 49 brm) | N/A | GnRH-a | Body composition (fat percentage) | 12m | In both sexes, fat percentage increased. |
| **Bone geometry** | | | | | | | | | |
| van der Loos et al[36] | The Netherlands | Pre-post | Moderate | 322 (106 brm, 216 brf) | N/A | GnRH-a | Subperiosteal width and endocortical diameter of hip bone | Before CSH start (mean follow-up 0.9, 3.1 and 3.9 y)* | In brm, both measures increased in early puberty and mid-puberty groups. In brf increased in the early puberty group only. No change in late-puberty group for either. |

*Sample divided into three groups; those starting GnRH-a in early puberty, mid-puberty and late puberty. Mean follow-up presented for each group, respectively.
brf, birth-registered females; brm, birth-registered males; CSH, cross-sex hormones; FSH, follicle-stimulating hormone; GD, gender dysphoria; GnRH-a, gonadotropin-releasing hormone analogues; LH, luteinising hormone; m, months; N/A, not applicable; y, years.

at Tanner stage 4/5 compared with Tanner stage 2/3, and greatest in untreated participants.[35] Those who received GnRH-a early required more invasive vaginoplasty techniques than those who received it later or not at all.

### Menstrual suppression
Three studies (one cohort, two pre-post) measured menstrual suppression in birth-registered females, and found full suppression at follow-up,[30 49 55] which was similar to the effect seen in those with precocious puberty in the cohort study.[49]

### Height/Growth
Eleven studies (1 cohort,[50] 10 pre-post[29 30 32 34 36 55 57 58 65 67]) reported height, nine after GnRH-a,[29 30 32 34 36 50 55 57 58] one lynestrenol[65] and one cyproterone acetate.[67] The cohort study found a similar height velocity between the GnRH-a group and adolescent controls.[50] Six studies reported height Z or SD score[29 30 34 55 57 67] with two studies finding no change,[34 55] two a decrease for birth-registered males but not females,[29 57] one a decrease across birth-registered males and females[30] and one a decrease in birth-registered males with cyproterone acetate.[67] Absolute measures of height generally increased slightly or remained the same.[29 30 32 34 36 58 65 67]

### Body composition
Two studies reported changes in body composition pre-post,[30 57] reporting a significant decrease in lean mass SD score[57] and percentage[30] in males and females. One also measured body fat percentage and reported significant increases in both groups.[30]

### Bone geometry
One pre-post study measured the subperiosteal width and endocortical diameter of the hip bone and found that in birth-registered males these increased in those starting GnRH-a in early puberty and mid-puberty, but only in the early puberty group for birth-registered females.[36]

### DISCUSSION
This systematic review identified 50 studies reporting outcomes relating to puberty suppression in adolescents experiencing gender dysphoria/incongruence. No high-quality studies using an appropriate design were identified, and only four measured gender dysphoria as an outcome. Only 5 of the 11 cohort studies, which were the only studies to compare groups over time, were rated as moderate quality.[35 40 49 50 56]

There was evidence from multiple mainly pre-post studies that puberty suppression exerts its expected physiological effect, as previously demonstrated in children with precocious puberty.[73] In adolescents experiencing gender dysphoria/incongruence, puberty suppression is initiated at different stages of puberty,[74] and two studies found that the effects on secondary sex characteristics may vary depending on whether treatment is initiated in early puberty versus mid-puberty, with potentially different outcomes for birth-registered males and females.[30 35] Multiple studies also found that bone density is compromised during puberty suppression, and gains in height may lag behind that seen in other adolescents. High-quality research is needed to confirm these findings; however, these potential risks should be explained to adolescents considering puberty suppression.

These findings add to other systematic reviews in concluding there is insufficient and/or inconsistent evidence about the effects of puberty suppression on gender dysphoria, body satisfaction, psychological and psychosocial health, cognitive development, cardiometabolic risk and fertility.[11–16] Regarding psychological health, one recent systematic review[14] reported some evidence of benefit while others have not. The results in this review found no consistent evidence of benefit. Inclusion of only moderate-quality to high-quality studies may explain this difference, as 8 of the 12 studies reporting psychological outcomes were rated as low-quality.

The lack of representativeness of samples and comparability of selected control groups were key concerns across studies. Only one study attempted to compare puberty suppression with psychosocial care, which is the only other treatment offered for gender dysphoria/incongruence in childhood, and this included a small sample, limited analyses, and little detail about the intervention.[56] Other studies lacked information about any psychological care provided to participants, and in studies that included a comparator there was limited information about any differences between groups. Large, well-designed studies with appropriate comparators that enable long-term outcomes of puberty suppression to be measured are needed.

Many studies reported effects of both puberty suppressants and hormones used in later adolescence for feminisation/masculinisation. In adolescents, GnRH-a often continues during hormone treatment,[74] or for adolescents who do not receive puberty suppression, GnRH-a or other anti-androgens may be offered at initiation of hormones.[66] This makes long-term follow-up of puberty suppression difficult to assess, including any differences between the types of interventions that are offered and when these are initiated, and the few studies reporting long-term outcomes either did not account for this or reported overall effects for both interventions. Although recent studies suggest nearly all adolescents who receive puberty suppression go on to feminising/masculinising hormones,[74–76] research is still needed to assess whether suppression will have any lasting effects for those who do not. Aggregation of studies reporting proportions of adolescents who progress to hormones and reasons for discontinuation would also offer useful insights.

Included studies assessed different outcomes across various outcome domains and employed multiple different measures. Agreement about the primary aim and related core outcomes of puberty suppression in this population would help to ensure studies measure key outcomes and facilitate future aggregation of evidence. Expert consensus recommendations to guide the methods and domains for assessing the neurodevelopmental effects of puberty suppression have been developed[77]; however, there is currently no agreement across other outcome domains.

### Strengths and limitations
Strengths include a published protocol with robust search strategies, use of PRISMA guidelines and comprehensive synthesis of moderate and high quality studies. Poor reporting across studies may have resulted in moderate-quality studies being rated low-quality and excluded from synthesis. As searches were conducted up to April 2022, this review does not include more recently published studies. However, the findings are in line with previous reviews despite the inclusion of numerous additional studies. In an update of the National Institute for Health and Care Excellence evidence review of GnRH-a performed in April 2023,[78] nine additional studies were identified, two of which they felt might materially affect their conclusions.[72 74] One was already included in this review,[72] and the other examined treatment trajectories which was not an outcome of interest.[74]

Arch Dis Child: first published as 10.1136/archdischild-2023-326669 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

Arch Dis Child: first published as 10.1136/archdischild-2023-326669 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

Of other studies that we are aware have been published since April 2022 until January 2024, very few used a cohort design or an appropriate comparator and were of a similar low quality to moderate quality as the studies summarised in this review. Of those likely to contribute new data for synthesis, five examined physical growth and development,[79–83] one cardiometabolic health[84] and one psychological health.[85] The latter, a study from the US, found that adolescents who received puberty suppression before assessment for masculinising or feminising hormones had fewer symptoms of depression, anxiety, stress and suicidal thoughts compared with those who had not received puberty suppression. A sensitivity analysis found similar results, although no difference in suicidal thoughts.[85] Adding this study would provide no further clarity about whether puberty suppression improves psychological health due to the inconsistency of results between studies, and the limited high-quality research measuring these outcomes.

Two studies from the Netherlands found that height growth and bone maturation both decelerated during GnRH-a treatment.[80 81] and a third assessing only bone health found the same.[83] A Belgian study found stable height growth in birth-registered females but deceleration in birth-registered males.[82] These studies add strength to the conclusion that bone health and adult height may be compromised during GnRH-a, although like in previous studies the participants went on to receive masculinising or feminising hormones, and therefore the long-term outcomes of puberty suppression alone were not possible to determine.

Another new study, also from the Netherlands, assessed changes in body composition.[79] This found that in both birth-registered males and females lean mass z-scores decreased during puberty suppression and fat mass z-scores increased, although the rate and duration of change differed by birth-registered sex. These changes were also found in the two studies synthesised,[30 57] but as all three included no comparator uncertainty continues about the effect of puberty suppression on body composition.

A large study of adults in the US examined whether receipt of hormone interventions during adolescence was associated with cardiometabolic-related diagnoses, and for GnRH-a found no statistically significant differences for any diagnosis.[84] However, the study uses a retrospective cross-sectional design and is the only study to have examined cardiometabolic diagnoses, so no conclusions can be drawn about these outcomes.

To our knowledge, there are no additional moderate-quality or high-quality studies that have measured psychosocial or fertility outcomes, and only a single study assessing cognitive effects which measured a different outcome (white matter microstructure) to those included in this review.[86]

## Conclusions

There are no high-quality studies using an appropriate study design that assess outcomes of puberty suppression in adolescents experiencing gender dysphoria/incongruence. No conclusions can be drawn about the effect on gender-related outcomes, psychological and psychosocial health, cognitive development or fertility. Bone health and height may be compromised during treatment. High-quality research and agreement on the core outcomes of puberty suppression are needed.

**Contributors** LF, CEH, RH, TL and JT contributed to the conception of this review. RH, CEH, CH, AM and JT contributed to screening and selection. AM and JT completed data extraction. CEH, RH, AM and JT contributed to critical appraisal. CEH, AM and JT completed the synthesis and drafted the manuscript. All authors contributed to interpretation and reviewed and approved the manuscript prior to submission. CEH accepts full responsibility for the finished work and/or the conduct of the study, had access to the data, and controlled the decision to publish.

**Funding** This work was funded by NHS England to inform the Cass Review (independent review of gender identity services for children and young people). The funder and Cass Review team had a role in commissioning the research programme but no role in the study conduct, interpretation or conclusion.

**Competing interests** None declared.

**Patient consent for publication** Not applicable.

**Provenance and peer review** Commissioned; externally peer reviewed.

**Data availability statement** Data sharing not applicable as no datasets generated and/or analysed for this study.

**Supplemental material** This content has been supplied by the author(s). It has not been vetted by BMJ Publishing Group Limited (BMJ) and may not have been peer-reviewed. Any opinions or recommendations discussed are solely those of the author(s) and are not endorsed by BMJ. BMJ disclaims all liability and responsibility arising from any reliance placed on the content. Where the content includes any translated material, BMJ does not warrant the accuracy and reliability of the translations (including but not limited to local regulations, clinical guidelines, terminology, drug names and drug dosages), and is not responsible for any error and/or omissions arising from translation and adaptation or otherwise.

**Open access** This is an open access article distributed in accordance with the Creative Commons Attribution Non Commercial (CC BY-NC 4.0) license, which permits others to distribute, remix, adapt, build upon this work non-commercially, and license their derivative works on different terms, provided the original work is properly cited, appropriate credit is given, any changes made indicated, and the use is non-commercial. See: http://creativecommons.org/licenses/by-nc/4.0/.

**ORCID iDs**
Jo Taylor http://orcid.org/0000-0001-5898-0900
Catherine Elizabeth Hewitt http://orcid.org/0000-0002-0415-3536

## REFERENCES

1 Thompson L, Sarovic D, Wilson P, et al. A PRISMA systematic review of adolescent gender Dysphoria literature: 1) epidemiology. PLOS Glob Public Health 2022;2:e0000245.
2 Kaltiala R, Bergman H, Carmichael P, et al. Time trends in referrals to child and adolescent gender identity services: a study in four Nordic countries and in the UK. Nord J Psychiatry 2020;74:40–4.
3 Thompson L, Sarovic D, Wilson P, et al. A PRISMA systematic review of adolescent gender Dysphoria literature: 2) mental health. PLOS Glob Public Health 2022;2:e0000426.
4 Coleman E, Radix AE, Bouman WP, et al. Standards of care for the health of transgender and gender diverse people, version 8. Int J Transgend Health 2022;23:S1–259.
5 Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-Dysphoric/gender-Incongruent persons: an endocrine society clinical practice guideline. J Clin Endocrinol Metab 2017;102:3869–903.
6 de Vries ALC, Cohen-Kettenis PT. Clinical management of gender Dysphoria in children and adolescents: the Dutch approach. J Homosex 2012;59:301–20.
7 The Swedish National Board of Health and Welfare. Care of children and young people with gender Dysphoria - national knowledge support with recommendations for the profession and decision makers. 2022. Available: https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2022-12-8302.pdf
8 Telfer MM, Tollit MA, Pace CC, et al. Australian standards of care and treatment guidelines for transgender and gender diverse children and adolescents. Med J Aust 2018;209:132–6.
9 University of California San Francisco Gender Affirming Health Program. Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People. University of California San Francisco, 2016. Available: https://transcare.ucsf.edu/guidelines
10 Medical treatment methods for Dysphoria associated with variations in gender identity in minors – recommendation. 2020. Available: https://palveluvalikoima.fi/en/recommendations#genderidentity
11 National Institute for Health and Care Excellence (NICE). Evidence review: gonadotrophin releasing hormone analogues for children and adolescents with gender Dysphoria. 2020. Available: https://cass.independent-review.uk/wp-content/uploads/2022/09/20220726_Evidence-review_GnRH-analogues_For-upload_Final.pdf
12 Pasternack J, Söderström I, Saijonkari M, et al. Medical approaches to treatment of Dysphoria related to gender variations. A systematic review. 2019. Available: https://app.box.com/s/y9u791np8v9gsunwgpr2kqn8swd9vdtx
13 Ludvigsson JF, Adolfsson J, Höistad M, et al. A systematic review of hormone treatment for children with gender Dysphoria and recommendations for research.

**Original research**

Arch Dis Child: first published as 10.1136/archdischild-2023-326669 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

*Acta Paediatrica* 2023;112:2279–92. 10.1111/apa.16791 Available: https://onlinelibrary.wiley.com/toc/16512227/112/11

14 Baker KE, Wilson LM, Sharma R, *et al*. Hormone therapy, mental health, and quality of life among transgender people: a systematic review. *J Endocr Soc* 2021;5:bvab011.

15 Chew D, Anderson J, Williams K, *et al*. Hormonal treatment in young people with gender Dysphoria: a systematic review. *Pediatrics* 2018;141:e20173742.

16 Thompson L, Sarovic D, Wilson P, *et al*. A PRISMA systematic review of adolescent gender Dysphoria literature: 3) treatment. *PLOS Glob Public Health* 2023;3:e0001478.

17 Page MJ, McKenzie JE, Bossuyt PM, *et al*. The PRISMA 2020 statement: an updated guideline for reporting systematic reviews. *BMJ* 2021;372:n71.

18 Fraser L, Hall R, Taylor J, *et al*. The epidemiology, management and outcomes of children with gender-related distress/gender Dysphoria: a systematic review. PROSPERO 2021 Crd42021289659. 2021. Available: https://www.crd.york.ac.uk/prospero/display_record.php?ID=CRD42021289659

19 Wilson LM, Baker KE, Sharma R, *et al*. Effects of Antiandrogens on prolactin levels among transgender women on estrogen therapy: a systematic review. *Int J Transgend Health* 2020;21:391–402.

20 Ramos GGF, Mengai ACS, Daltro CAT, *et al*. Systematic review: puberty suppression with GnrH analogues in adolescents with gender incongruity. *J Endocrinol Invest* 2021;44:1151–8.

21 Veritas Health Innovation. *Covidence systematic review software*. Melbourne, Australia: Veritas Health Innovation, 2023.

22 Wells G, Shea B, O'Connell D, *et al*. The Newcastle-Ottawa scale (NOS) for assessing the quality of nonrandomised studies in meta-analyses. 2021. Available: https://www.ohri.ca/programs/clinical_epidemiology/oxford.asp

23 Burke SM, van Heeswijk JO, Menks WM, *et al*. Postnatal effects of sex hormones on click-evoked Otoacoustic emissions: a study of adolescents with gender Dysphoria. *Arch Sex Behav* 2020;49:455–65.

24 de Vries ALC, Steensma TD, Doreleijers TAH, *et al*. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *J Sex Med* 2011;8:2276–83.

25 de Vries ALC, McGuire JK, Steensma TD, *et al*. Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics* 2014;134:696–704.

26 Delemarre-van de Waal HA, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. *Eur J Endocrinol* 2006;155:S131–7.

27 Klaver M, de Mutsert R, Wiepjes CM, *et al*. Early hormonal treatment affects body composition and body shape in young transgender adolescents. *J Sex Med* 2018;15:251–60.

28 Klaver M, de Mutsert R, van der Loos MATC, *et al*. Hormonal treatment and cardiovascular risk profile in transgender adolescents. *Pediatrics* 2020;145:e20190741.

29 Klink D, Caris M, Heijboer A, *et al*. Bone mass in young adulthood following Gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender Dysphoria. *J Clin Endocrinol Metab* 2015;100:E270–5.

30 Schagen SEE, Cohen-Kettenis PT, Delemarre-van de Waal HA, *et al*. Efficacy and safety of Gonadotropin-releasing hormone agonist treatment to suppress puberty in gender Dysphoric adolescents. *J Sex Med* 2016;13:1125–32.

31 Schagen SEE, Lustenhouwer P, Cohen-Kettenis PT, *et al*. Changes in adrenal androgens during puberty suppression and gender-affirming hormone treatment in adolescents with gender Dysphoria. *J Sex Med* 2018;15:1357–63.

32 Schagen SEE, Wouters FM, Cohen-Kettenis PT, *et al*. Bone development in transgender adolescents treated with GnrH analogues and subsequent gender-affirming hormones. *J Clin Endocrinol Metab* 2020;105:e4252–63.

33 Staphorsius AS, Kreukels BPC, Cohen-Kettenis PT, *et al*. Puberty suppression and executive functioning: an fMRI-study in adolescents with gender Dysphoria. *Psychoneuroendocrinology* 2015;56:190–9.

34 Stoffers IE, de Vries MC, Hannema SE. Physical changes, laboratory parameters, and bone mineral density during testosterone treatment in adolescents with gender Dysphoria. *J Sex Med* 2019;16:1459–68.

35 van de Grift TC, van Gelder ZJ, Mullender MG, *et al*. Timing of puberty suppression and surgical options for transgender youth. *Pediatrics* 2020;146:e20193653.

36 van der Loos MA, Hellinga I, Vlot MC, *et al*. Development of hip bone geometry during gender-affirming hormone therapy in transgender adolescents resembles that of the experienced gender when pubertal suspension is started in early puberty. *J Bone Miner Res* 2021;36:931–41.

37 van der Miesen AIR, Steensma TD, de Vries ALC, *et al*. Psychological functioning in transgender adolescents before and after gender-affirmative care compared with Cisgender general population peers. *J Adolesc Health* 2020;66:699–704.

38 Vlot MC, Klink DT, den Heijer M, *et al*. Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. *Bone* 2017;95:11–9.

39 de Nie I, Mulder CL, Meißner A, *et al*. Histological study on the influence of puberty suppression and hormonal treatment on developing germ cells in Transgender women. *Hum Reprod* 2022;37:297–308.

40 Achille C, Taggart T, Eaton NR, *et al*. Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of Transgender youths: preliminary results. *Int J Pediatr Endocrinol* 2020;2020:8.

41 Akgul S, Bonny AE, Ford N, *et al*. Experiences of gender minority youth with the Intrauterine system. *J Adolesc Health* 2019;65:32–8.

42 Grimstad FW, Knoll MM, Jacobson JD. Oxandrolone use in Trans-masculine youth appears to increase adult height: preliminary evidence. *LGBT Health* 2021;8:300–6.

43 Kuper LE, Stewart S, Preston S, *et al*. Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. *Pediatrics* 2020;145:e20193006.

44 Lynch MM, Khandheria MM, Meyer WJ. Retrospective study of the management of childhood and adolescent gender identity disorder using Medroxyprogesterone acetate. *Int J Transgenderism* 2015;16:201–8.

45 Mejia-Otero JD, White P, Lopez X. Effectiveness of puberty suppression with Gonadotropin-releasing hormone agonists in Transgender youth. *Transgend Health* 2021;6:31–5.

46 Neyman A, Fuqua JS, Eugster EA. Bicalutamide as an androgen blocker with secondary effect of promoting Feminization in male-to-female Transgender adolescents. *J Adolesc Health* 2019;64:544–6.

47 Nokoff NJ, Scarbro SL, Moreau KL, *et al*. Body composition and markers of Cardiometabolic health in Transgender youth on Gonadotropin-releasing hormone agonists. *Transgend Health* 2020;5:111–9.

48 Olson-Kennedy J, Streeter LH, Garofalo R, *et al*. Histrelin implants for suppression of puberty in youth with gender Dysphoria: A comparison of 50 Mcg/day (Vantas) and 65 Mcg/day (Supprelinla). *Transgend Health* 2021;6:36–42.

49 Pine-Twaddell E, Newfield RS, Marinkovic M. Extended use of Histrelin implant in pediatric patients. *Transgend Health* 2023;8:264–72.

50 Schulmeister C, Millington K, Kaufman M, *et al*. Growth in Transgender/gender-diverse youth in the first year of treatment with Gonadotropin-releasing hormone agonists. *J Adolesc Health* 2022;70:108–13.

51 Strang JF, Chen D, Nelson E, *et al*. Transgender youth executive functioning: relationships with anxiety symptoms, autism spectrum disorder, and gender-affirming medical treatment status. *Child Psychiatry Hum Dev* 2022;53:1252–65.

52 Tordoff DM, Wanta JW, Collin A, *et al*. Mental health outcomes in Transgender and Nonbinary youths receiving gender-affirming care. *JAMA Netw Open* 2022;5:e220978.

53 Turban JL, King D, Carswell JM, *et al*. Pubertal suppression for Transgender youth and risk of suicidal Ideation. *Pediatrics* 2020;145:e20191725.

54 Hisle-Gorman E, Schvey NA, Adirim TA, *et al*. Mental Healthcare utilization of Transgender youth before and after affirming treatment. *J Sex Med* 2021;18:1444–54.

55 Carmichael P, Butler G, Masic U, *et al*. Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender Dysphoria in the UK. *PLoS One* 2021;16:e0243894.

56 Costa R, Dunsford M, Skagerberg E, *et al*. Psychological support, puberty suppression, and Psychosocial functioning in adolescents with gender Dysphoria. *J Sex Med* 2015;12:2206–14.

57 Ghelani R, Lim C, Brain C, *et al*. Sudden sex hormone withdrawal and the effects on body composition in late pubertal adolescents with gender Dysphoria. *J Pediatr Endocrinol Metab* 2020;33:107–12.

58 Joseph T, Ting J, Butler G. The effect of Gnrh analogue treatment on bone mineral density in young adolescents with gender Dysphoria: findings from a large national cohort. *J Pediatr Endocrinol Metab* 2019;32:1077–81.

59 Russell I, Pearson B, Masic U. A longitudinal study of features associated with autism spectrum in clinic referred, gender diverse adolescents Accessing puberty suppression treatment. *J Autism Dev Disord* 2021;51:2068–76.

60 Arcelus J, Claes L, Witcomb GL, *et al*. Risk factors for non-suicidal self-injury among Trans youth. *J Sex Med* 2016;13:402–12.

61 Chiniara LN, Bonifacio HJ, Palmert MR. Characteristics of adolescents referred to a gender clinic: are youth seen now different from those in initial reports? *Horm Res Paediatr* 2018;89:434–41.

62 Khatchadourian K, Amed S, Metzger DL. Clinical management of youth with gender Dysphoria in Vancouver. *J Pediatr* 2014;164:906–11.

63 Navabi B, Tang K, Khatchadourian K, *et al*. Pubertal suppression, bone mass, and body composition in youth with gender Dysphoria. *Pediatrics* 2021;148:e2020039339.

64 Waldner RC, Doulla M, Atallah J, *et al*. Leuprolide acetate and QTc interval in gender-diverse youth. *Transgend Health* 2023;8:84–8.

65 Tack LJW, Craen M, Dhondt K, *et al*. Consecutive Lynestrenol and cross-sex hormone treatment in biological female adolescents with gender Dysphoria: a retrospective analysis. *Biol Sex Differ* 2016;7:14.

66 Tack LJW, Craen M, Lapauw B, *et al*. Proandrogenic and Antiandrogenic Progestins in Transgender youth: differential effects on body composition and bone metabolism. *J Clin Endocrinol Metab* 2018;103:2147–56.

67 Tack LJW, Heyse R, Craen M, *et al*. Consecutive cyproterone acetate and estradiol treatment in late-pubertal Transgender female adolescents. *J Sex Med* 2017;14:747–57.

68 Perl L, Elkon-Tamir E, Segev-Becker A, *et al*. Blood pressure Dynamics after pubertal suppression with Gonadotropin-releasing hormone analogs followed by estradiol treatment in Transgender female adolescents: a pilot study. *J Pediatr Endocrinol Metab* 2021;34:741–5.

69  Perl L, Segev-Becker A, Israeli G, *et al*. Blood pressure Dynamics after pubertal suppression with Gonadotropin-releasing hormone analogs followed by testosterone treatment in Transgender male adolescents: A pilot study. *LGBT Health* 2020;7:340–4.

70  Segev-Becker A, Israeli G, Elkon-Tamir E, *et al*. Children and adolescents with gender Dysphoria in Israel: increasing referral and fertility preservation rates. *Endocr Pract* 2020;26:423–8.

71  Fontanari AMV, Vilanova F, Schneider MA, *et al*. Gender affirmation is associated with Transgender and gender Nonbinary youth mental health improvement. *LGBT Health* 2020;7:237–47.

72  Becker-Hebly I, Fahrenkrug S, Campion F, *et al*. Psychosocial health in adolescents and young adults with gender Dysphoria before and after gender-affirming medical interventions: a descriptive study from the Hamburg gender identity service. *Eur Child Adolesc Psychiatry* 2021;30:1755–67.

73  Luo X, Liang Y, Hou L, *et al*. Long-term efficacy and safety of Gonadotropin-releasing hormone analog treatment in children with idiopathic central precocious puberty: A systematic review and meta-analysis. *Clin Endocrinol (Oxf)* 2021;94:786–96.

74  van der Loos MATC, Klink DT, Hannema SE, *et al*. Children and adolescents in the Amsterdam cohort of gender Dysphoria: trends in Diagnostic- and treatment Trajectories during the first 20 years of the Dutch protocol. *J Sex Med* 2023;20:398–409.

75  Masic U, Butler G, Carruthers P, *et al*. Trajectories of Transgender adolescents referred for endocrine intervention in England. *Arch Dis Child* 2022;107:1012–7.

76  van der Loos MATC, Hannema SE, Klink DT, *et al*. Continuation of gender-affirming hormones in Transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands. *Lancet Child Adolesc Health* 2022;6:869–75.

77  Chen D, Strang JF, Kolbuck VD, *et al*. Consensus parameter: research Methodologies to evaluate neurodevelopmental effects of pubertal suppression in Transgender youth. *Transgend Health* 2020;5:246–57.

78  NHS England. URN 1927 literature surveillance report. 2023. Available: https://www.engage.england.nhs.uk/consultation/puberty-suppressing-hormones/user_uploads/literature-surveillace-report-on-gnrh-analogues-for-children-and-adolescents-with-gender-dysphoria-may-2023.pdf

79  Boogers LS, Reijtenbagh SJP, Wiepjes CM, *et al*. Time course of body composition changes in Transgender adolescents during puberty suppression and sex hormone treatment. *J Clin Endocrinol Metab* 2023;21:21.

80  Boogers LS, Wiepjes CM, Klink DT, *et al*. Transgender girls grow tall: adult height is unaffected by Gnrh analogue and estradiol treatment. *J Clin Endocrinol Metab* 2022;107:e3805–15.

81  Willemsen LA, Boogers LS, Wiepjes CM, *et al*. Just as tall on testosterone; a neutral to positive effect on adult height of Gnrha and testosterone in Trans boys. *J Clin Endocrinol Metab* 2023;108:414–21.

82  Ciancia S, Klink D, Craen M, *et al*. Early puberty suppression and gender-affirming hormones do not alter final height in Transgender adolescents. *Eur J Endocrinol* 2023;189:396–401.

83  van der Loos MATC, Vlot MC, Klink DT, *et al*. Bone mineral density in Transgender adolescents treated with puberty suppression and subsequent gender-affirming hormones. *JAMA Pediatr* 2023;177:1332.

84  Valentine A, Davis S, Furniss A, *et al*. Multicenter analysis of Cardiometabolic-related diagnoses in Transgender and gender-diverse youth: A Pedsnet study. *J Clin Endocrinol Metab* 2022;107:e4004–14.

85  McGregor K, McKenna JL, Williams CR, *et al*. Association of pubertal blockade at Tanner 2/3 with Psychosocial benefits in Transgender and gender diverse youth at hormone readiness assessment. *J Adolesc Health* 2023;12:S1054-139X(23)00560-8.

86  van Heesewijk J, Steenwijk MD, Kreukels BPC, *et al*. Alterations in the inferior Fronto-occipital Fasciculus - a specific neural correlate of gender Incongruence? *Psychol Med* 2023;53:3461–70.

Arch Dis Child: first published as 10.1136/archdischild-2023-326669 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

## NEWCASTLE - OTTAWA QUALITY ASSESSMENT SCALE
## (Adapted cohort study scale)

*Adapted from Wells G, Shea B, O'Connell D, et al. (2021) The Newcastle-Ottawa Scale (NOS) for assessing the quality of nonrandomised studies in meta-analyses. Available at https://www.ohri.ca/programs/clinical_epidemiology/oxford.asp*

### Selection

**1) Representativeness of the paediatric gender dysphoric group**
Score 1 if:
a) truly representative of the average child or adolescent with gender dysphoria / incongruence, e.g., nationally representative community sample, population-based medical database, national gender service, multiple gender services covering different localities

Score 0.5 if:
b) somewhat representative of the average child or adolescent with gender dysphoria / incongruence, e.g., single gender service (in a country where there are several), locality representative community sample

Score 0 if:
c) a selected group of users e.g., convenience sample, self-selection, sub-sample due to data availability
or
d) no description of the derivation of the cohort

*Q1. TIP: If paper does not include information on sample size / representativeness / response rate in relation to eligible clinic population, score 0 as we must assume it is a selected group of users.*

*Q1. NOTE: When scoring take into consideration that puberty blockers are not available to pre-pubertal children and cross-sex hormones not until mid-adolescence, therefore an adolescent sample would be representative of those seeking medical treatment for gender dysphoria.*

**2) Selection of the non-exposed group**
Score 1 if:
a) drawn from the same community as the exposed group

Score 0.5 if:
b) drawn from a different source that is comparable e.g., population norms for all adolescents or matched cisgender controls where outcome is expected to be the same for both groups such as BMI or adult height

Score 0 if:
c) drawn from a different source that is not comparable e.g., cisgender population for studies measuring psychosocial outcomes
or
d) no description of the derivation of the non-exposed cohort

Score N/A if:
e) single group study (e.g., pre-post treatment design)

*Q2. TIP: Some studies include two plus comparator groups – score 1 if all appropriate, score 0.5 if mix of comparable and non-comparable, and score 0 if none are comparable.*

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

**3) Ascertainment of exposure (medical treatment for gender dysphoria)**

Score 1 if:
a) secure record, e.g., clinic or medical records
or
b) structured interview

Score 0 if:
c) written self-report
or
d) no description

*Q3. TIP: Use of medical records can be inferred from methods reporting overall, e.g., if sample eligibility was based on medical records and this includes treatment, or if detailed treatment information provided from medical records.*

**4) Demonstration that outcome of interest was not present at start of study**

Score 1 if:
a) yes

Score 0 if:
b) no

Score N/A if:
c) study is measuring an outcome such as quality of life or severity of anxiety for which there would be an intrinsic value for each participant at any time during the study

**Comparability**

**5) Comparability of cohorts based on the design (e.g., matched controls, inclusion criteria) or analysis (e.g., propensity score matching, regression analysis)**

PART A
Score 1 if:
a) study controls for [age OR puberty stage] AND [natal sex OR gender]

Score 0.5 if:
b) one (but not both) of the above confounders is controlled for
or
c) other important sociodemographic confounders are controlled for, e.g., family support for studies measuring mental health / psychosocial outcomes

Score 0 if:
d) study does not control for important sociodemographic confounders

PART B
Score 1 if:
a) study controls for co-interventions expected to affect the outcome(s), e.g., psychosocial support, psychiatric medication, use of other medication likely to alter outcome (e.g., contraceptive pill),

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

other aid or intervention designed to address gender dysphoria or to modify body (e.g., social transition, binders, voice therapy)
or
b) there are no co-interventions that are expected to affect the outcome(s)

Score 0.5 if:
c) at least one (but not all) of the important co-intervention confounders are controlled for

Score 0 if:
d) study does not control for important co-intervention confounders


*Q5. TIP (from manual): Statements of no differences between groups or that differences were not statistically significant are not sufficient for establishing comparability.*
*This question needs to be answered for single group studies (i.e., how do these studies control for potential demographic and treatment confounders that occur between baseline and follow-up).*


**Outcome**

**6) Assessment of outcome**
Score 1 if:
a) validated scale or standardised assessment tool/method
or
b) record linkage, e.g., medical/clinic/administrative records

Score 0.5 if:
c) combination of validated / standardised and non-validated / unstandardised assessment methods

Score 0 if:
d) self-report
or
e) no description


**7) Was follow-up long enough for outcomes to occur?**
Score 1 if:
a) follow-up is sufficient for all reported outcomes

Guidance on follow-up:
For puberty suppressants follow-up should be at least 3 months to assess desired / expected effect, gender dysphoria / incongruence or psychosocial outcomes.

For cross-sex hormones follow-up should be at least 6 months to assess desired / expected effect, gender dysphoria / incongruence, or psychosocial outcomes.

For both treatments, follow-up should be at least 3 months to assess safety, side-effects or cardiometabolic risk; and at least 12 months for cognitive development, bone health or fertility.

Score 0.5 if:
b) follow-up is sufficient for some outcomes but not others, e.g., studies that examine multiple outcomes requiring different follow-up
or

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

c) follow-up is sufficient for some participants but not others, e.g., where follow-up or treatment duration varies between participants

Score 0 if:
d) follow-up is not sufficient
or
e) no clear description, e.g., follow-up duration unclear

Score N/A if:
f) cross-sectional design (i.e., no follow-up)


**8) Adequacy of follow up of cohorts**
Score 1 if:
a) complete follow up or all subjects accounted for in analysis of outcomes
or
b) subjects lost to follow up or outcome analyses unlikely to introduce bias - small number lost (≤10%) or description provided of those lost justifies that there is no potential bias due to loss to follow-up

Score 0.5 if:
c) there are multiple sufficient follow-up timepoints (based on Q7) and follow-up is adequate for some but not others, e.g., all retained at 12 months but considerable attrition at 24 months

Score 0 if:
c) follow up / analysis rate < 90% and no description of those lost
or
d) no statement


**TOTAL SCORING**
Cohort studies – total score = 8
Pre-post single group studies – total score = 7 (Q2 not relevant)
Cross-sectional studies with comparators – total score = 7 (Q7 not relevant)

**Any study for which Q4 is relevant, total score would be as above plus 1**

Low: ≤ 50%
Moderate: >50 to 75%
High – > 75%

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance
Supplemental material placed on this supplemental material which has been supplied by the author(s)
Case 2:22-cv-00184-LCB-CWB   Document 558-38   Filed 05/27/24   Page 21 of 28   *Arch Dis Child*

**Supplementary Table S1: Final search strategy for Ovid MEDLINE**

---

1    exp Child/ or Child Behavior/ or Child Health/ or Child Welfare/ or Psychology, Child/ or Child Psychiatry/ or Child Health Services/ or Child Development/ (1984459)

2    Minors/ (2638)

3    (child$ or minor or minors or boy or boys or boyhood$ or girl or girls or girlhood$ or kid or kids or youngster$ or emerging adult$).ti,ab,kf,jn. (1862660)

4    (young$ adj (people$ or person$1 or adult$ or man$1 or men$1 or woman$ or women$ or male$1 or female$1)).ti,ab,kf,jn. (224878)

5    pediatrics/ (55388)

6    (pediatric$ or paediatric$ or peediatric$).ti,ab,kf,jn. (543516)

7    Adolescent/ or Adolescent Behavior/ or Adolescent Health/ or Psychology, Adolescent/ or Adolescent Psychiatry/ or Adolescent Health Services/ or Adolescent Medicine/ or Adolescent Development/ (2088552)

8    Puberty/ (13562)

9    (adolescen$ or pubescen$ or prepubescen$ or postpubescen$ or pubert$ or prepubert$ or postpubert$ or teen or teens or teenag$ or tween$ or preteen$ or preadolescen$ or juvenil$ or youth$ or underage$ or under-age$).ti,ab,kf,jn. (522801)

10   Schools/ or Schools, Nursery/ (42221)

11   exp Child Day Care Centers/ or Child Care/ (11287)

12   (school$ or highschool$ or preschool$ or kindergar$ or nursery or nurseries or pupil$1).ti,ab,kf,jn. (356157)

13   or/1-12 (4333601)

14   Gender Dysphoria/ (581)

15   "Sexual and Gender Disorders"/ (79)

16   Transsexualism/ (3895)

17   Transgender Persons/ (3835)

18   Health Services for Transgender Persons/ (152)

19   exp Sex Reassignment Procedures/ (969)

20   "Sexual and Gender Minorities"/ (4924)

21   ((gender$ and dysphori$) or (gender$ adj5 incongru$) or sexual dysphori$).ti,ab,kf. (1784)

22   (gender$ adj (disorder$ or identi$)).ti,ab,kf. or (gender identity/ and dysphori$.ti,ab,kf.) (4568)

23   (GID or GIDS or GIDC or GIDCS).ti,ab,kf. (456)

24   (gender$ adj5 (confusion or confused or questioning or distress$ or discomfort)).ti,ab,kf. (980)

25   (gender$ adj5 (minority or minorities)).ti,ab,kf. (1593)

26   (gender$ adj5 (variant$ or variance$ or nonconform$ or non-conform$ or diverse or diversity or atypical$)).ti,ab,kf. (3409)

27   (non-binary or nonbinary or enby or genderqueer or gender-queer or neutrois).ti,ab,kf. (796)

28   (agender$ or genderless$ or gender-less$ or genderfree or gender-free or ungender$ or un-gender$ or non-gender$ or nongender$ or bigender$ or bi-gender$ or dual gender$ or dualgender$ or demi-gender$ or demigender$ or genderfluid$ or gender-fluid$ or trigender$ or tri-gender$).ti,ab,kf. (315)

29   two spirit$.ti,ab,kf. (84)

30   (trans adj3 (female$ or feminin$ or woman$ or womens$ or male$1 or man or mans or men or mens or masculin$ or person$1 or peopl$ or population$ or individual$)).ti,ab,kf. (1362)

31   (transgend$ or trans-gend$ or transex$ or transsex$ or trans-sex$ or transfemale$ or transfeminin$ or transwom$ or transmale$ or transman$ or transmasculin$ or transmen$ or transperson$ or transpeopl$ or transpopulation$ or transindividual$).ti,ab,kf. (10832)

32      (trans adj3 identi$).ti,ab,kf. or (gender identity/ and trans.ti,ab,kf.) or (trans and dysphori$).ti,ab,kf. (1447)

33      (crossgender$ or cross-gender$ or crosssex$ or crosssex$ or cross-sex$).ti,ab,kf. (836)

34      ((sex or gender$) adj3 (reassign$ or re-assign$ or affirm$ or confirm$ or transition$)).ti,ab,kf. (3963)

35      ((gender$ or sex) adj (change or changes or changing or changed)).ti,ab,kf. (825)

36      (detransition$ or de-transition$ or desister$ or de-sister$).ti,ab,kf. (134)

37      ((desist$ or persist$) adj5 (transition$ or trans or dysphori$)).ti,ab,kf. (823)

38      or/14-37 (28731)

39      (trans and (child$ or minor or minors or boy or boys or boyhood$ or girl or girls or girlhood$ or kid or kids or youngster$ or young$ people$ or young$ person$ or young$ adult$ or young$ man$1 or young$ men$1 or young$ woman$ or young$ women$ or young$ male$ or young$ female$ or adolescen$ or pubescen$ or prepubescen$ or postpubescen$ or pubert$ or prepubert$ or postpubert$ or teen or teens or teenag$ or tween$ or preteen$ or preadolescen$ or juvenil$ or youth$ or emerging adult$ or underage$ or under-age$ or school$ or highschool$ or preschool$ or kindergar$ or nursery or nurseries or pupil$1 or pediatric$ or paediatric$ or peadiatric$)).ti. (339)

40      (trans adj5 (child$ or minor or minors or boy or boys or boyhood$ or girl or girls or girlhood$ or kid or kids or youngster$ or young$ people$ or young$ person$ or young$ adult$ or young$ man$1 or young$ men$1 or young$ woman$ or young$ women$ or young$ male$1 or young$ female$ or adolescen$ or pubescen$ or prepubescen$ or postpubescen$ or pubert$ or prepubert$ or postpubert$ or teen or teens or teenag$ or tween$ or preteen$ or preadolescen$ or juvenil$ or youth$ or emerging adult$ or underage$ or under-age$ or school$ or highschool$ or preschool$ or kindergar$ or nursery or nurseries or pupil$1 or pediatric$ or paediatric$ or peadiatric$)).ab,kf. (397)

41      (transchild$ or transminor$ or transboy$ or transgirl$ or transkid or transkids or transyoung$ or transyouth$ or transteen$ or transtween$ or transadoles$ or transjuvenil$).ti,ab,kf. (15)

42      13 and 38 (9819)

43      39 or 40 or 41 or 42 (10343)

44      exp animals/ not humans/ (4823832)

45      (editorial or news or comment or case reports).pt. or case report.ti. (3692318)

46      43 not (44 or 45) (9429)

47      limit 46 to english language (9029)


Key to Ovid symbols and commands:

$         Unlimited right-hand truncation symbol

$N        Limited right-hand truncation - restricts the number of characters following the word to N

ti,ab,kf, Searches are restricted to the Title (ti), Abstract (ab), Keyword Heading Word (kf) fields

.jn       Searches are restricted to the Journal name field

adj       Retrieves records that contain terms next to each other (in the shown order)

adjN      Retrieves records that contain terms (in any order) within a specified number (N) of words of each other

/         Searches are restricted to the Subject Heading field

exp       The subject heading is exploded

pt.       Search is restricted to the publication type field

or/1-12   Combines sets 1 to 12 using OR

Case 2:22-cv-00184-LCB-CWB Document 558-38 Filed 05/27/24 Page 23 of 28

**Supplementary table S2 - Study characteristics**

| Study ID | Country | Relevant study aim* | Setting | Population* | Primary sample (size (age; birth-registered sex**)) | Puberty suppressant hormones | Cross-sex hormones | Intervention | GnRHa | Progestins | Others | Comparator | Comparator category | Other control group (size (age; gender)) | Study design | Study follow-up | Data collection period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cohort** | | | | | | | | | | | | | | | | | |
| Achille 2020 | US | To examine the associations of endocrine intervention with depression and quality of life scores over time in transgender youths | Paediatric endocrine department for gender dysphoria | Children and adolescents age 9-25 years referred to the department for gender dysphoria | 50 (mean age 16.2 (SD 2.2); 33 birth-registered females, 17 birth-registered males) | Yes | Yes | Puberty suppressants and/or cross-sex hormones | Yes | Yes | Yes | Participants who had received nothing at all or only cross sex-hormones. | Non-exposed individuals from primary sample | N/A | Prospective cohort study | Baseline and two follow-ups at ~6-monthly intervals (time-points not linked to treatment initiation) | Questionnaires completed between Dec 2013 to Dec 2018 |
| Akgul 2019 | US | To evaluate the experience of menstruating gender minority youth with the levonorgestrel-releasing intrauterine system (LNG-IUS) as a method of menstrual suppression | Adolescent division at a children's hospital | Gender minority youth age 12-22 who self-selected LNG-IUS for menstrual suppression | 30 (20 matched with controls: mean age 16.6 range 13-19; 19 transgender, 1 agender; 10 unmatched mean age 14.9 range 13-17; 1 transgender, 8 agender, 1 gender fluid) | Yes | No | Levonorgestrel-releasing intrauterine system (LNG-IUS) | No | Yes | No | Adolescents receiving the same intervention for non-contraceptive reasons matched for age and time of insertion. | Other control group | 20 girls (mean age 16.9 (SD 1.5)) | Retrospective cohort study | Baseline, and all follow-up contacts during study period (period not specified - treatment duration range 1-32 months) | Selected intervention between Jun 2014 to Jan 2018 |
| Becker-Hebly 2020 | Germany | To describe how dimensions of psychosocial health are distributed among different intervention groups of adolescents with a gender dysphoria diagnosis before and after treatment | Gender identity service for children and adolescents | Young people age 11 and over who were seeking and eligible for medication interventions | 75 (mean age at baseline 15.56 range 11-18; 64 birth-registered female, 11 birth-registered male) | Yes | Yes | GnRHa; cross-sex hormones and GnRHa; cross-sex hormones and surgery | Yes | No | No | No hormone treatment | Non-exposed individuals from primary sample | N/A | Retrospective cohort study | Baseline (at intake) and single follow-up (follow-up ranged 13 to 38 months after baseline, mean 21.4 months - not linked to treatment start) | Clinical entry Sep 2013 to Jun 2017 (follow-up to Mar 2018) |
| Costa 2015 | UK | To assess the global functioning of adolescents with gender dysphoria after psychological support and puberty suppression | Paediatric gender identity service | Adolescents referred to the service who completed the diagnostic procedure | 201 (mean age 15.52 range 12-17; birth-registered male / female ratio = 1:1.6) | Yes | No | Psychological support and puberty suppressants (GnRHa) | Yes | No | No | Sample of adolescents without observed psychological/ psychiatric symptoms (recruited via paediatric mental health services) | Non-exposed individuals from primary sample; Other control group | n=169 | Prospective cohort study | Baseline and 6, 12 and 18 month follow-up | Referred between 2010 and 2014 |
| de Nie 2022 | Netherlands | To evaluate the influence of puberty suppression and/or gender affirming hormonal treatment on exocrine testicular function in transgender women | Center for Gender Dysphoria for all ages | Transgender women who underwent bilateral orchiectomy combined with vaginoplasty | 214 (mean age at time of surgery 29.6 years SD 12.4) | Yes | Yes | Puberty suppressants and/or cross-sex hormones intiated in adolescence | Yes | Yes | No | Hormones initiated in adulthood | Individuals from primary sample receiving hormones in adulthood | N/A | Retrospective cohort study | Single time-point | Underwent surgery from 2006 to 2019 |
| Grimstad 2021b | US | To identify the impact of oxandrolone in the presence or absence of GnRHa on adult height in trans-masculine youth | Multi-disciplinary gender clinic at paediatric medical centre | Sex assigned female at birth and diagnosis of gender dysphoria and whose final adult heights were available | 154 (mean age of referral 15.7 SD 1.9) | Yes | Yes | Oxandrolone with or without GnRHa; Testosterone with or without GnRHa; GnRHa only; Progesterone only | Yes | No | No | No hormone therapy | Non-exposed individuals from primary sample | N/A | Retrospective cohort study | All heights available in the medical record were collected up to adult height | Seen between 2013 and 2018 (data collected to 2020) |
| Mejia-Otero 2021 | US | To analyse the effectiveness of GnRHa in suppressing the hypothalamic-pituitary gonadal axis in transgender adolescents | Gender clinic for youth at children's hospital | Transgender youth treated with GnRHa for puberty suppression who had undergone blood tests at baseline and 2-12 months after treatment | 30 (mean age 13.0 SD 2.1; 17 birth-registered male, 13 birth-registered female) | Yes | No | GnRHa | Yes | No | No | Children with central precocious puberty treated with GnRHa | Other control group | (21 girls, mean age 6.3 (SD 2.3); 9 boys, mean age 9.6 (SD 1.0)) | Retrospective cohort study | Baseline and single follow-up (mean 5.2 months SD 1.9 in transgender group, 5.9 months SD 2.9 in controls) | Seen between Jan 2014 and Jun 2018 |
| Pine-Twaddell 2022 | US | To present retrospective data on clinical and biochemical outcomes of extended Histrelin implant use in adolescents with gender dysphoria | Two paediatric centres | Patients with gender dysphoria with Histrelin implant in place for 17 months or longer | 42 (mean age at presentation 11.6 SD 2.4; 22 birth-registered female, 20 birth-registered male) | Yes | No | Histrelin implant (GnRHa) | Yes | No | No | Children with central precocious puberty with Histrelin implant | Other control group | n=7 | Retrospective cohort study | Baseline and single follow-up (17 to 65 months post-insertion) | Seen between Jan 2010 and Dec 2020 |
| Schulmeister 2022 | US | To quantify the growth of transgender and gender diverse youth starting GnRHa therapy | Four children's hospital-based gender specialty clinics | Transgender and gender diverse youth initiating GnRHa treatment for puberty suppression (included if treatment duration 10-14 months) | 55 (mean age at GnRHa start 11.5 range 9.0-14.5; 26 birth-registered male, 29 birth-registered female) | Yes | No | GnRHa | Yes | No | No | Prepubertal adolescents presumed not to have gender dysphoria not receiving hormone treatment | Other control group | 226 (mean 11.0 (SD 2.8); 118 males, 108 females) | Prospective cohort study | Baseline, 6 and 12 month follow-up | Recruited between Jul 2016 and Sep 2018 |
| Tordoff 2022 | US | To investigate whether initiation of puberty blockers and gender-affirming hormones is associated with changes in depression, anxiety, and suicidality in transgender and nonbinary youths | Urban multidisciplinary children's gender clinic | Transgender and nonbinary adolescents and young adults who completed the initial clinic appointment | 104 (mean age 15.8 range 13-20; 63 trans males, 27 trans females, 10 nonbinary / fluid, 4 don't know) | Yes | Yes | Puberty suppressants and cross-sex hormones | Not stated | Not stated | Not stated | No hormone treatment | Non-exposed individuals from primary sample | N/A | Prospective cohort study | Baseline (initial appointment), 3, 6 and 12 month follow-up (follow-up timepoints not linked to initiation of medical intervention) | Initial appointment from Aug 2017 to Jun 2018 |
| van de Grift 2020 | Netherlands | To describe the development of sex characteristics in a transgender adolescent cohort of early and later-initiated puberty suppressant treatement compared with young adults without treatment | Patients were identified using local registries (single centre) | Adolescents with gender dysphoria who initiated and continued puberty supppression treatment, and were less than age 18 at initiation | 300 (mean age at start of puberty suppressants 15 SD 2.0; 184 birth-registered female, 116 birth-registered male) | Yes | Yes | Puberty suppressants and cross-sex hormones | Yes | No | No | No puberty suppressants | Non-exposed individuals from primary sample | N/A | Retrospective cohort study | Baseline, and follow-ups at initiation of cross-sex hormones | Sought treatment from 2006 to 2013 (data collected until 2018) |
| **Pre-post** | | | | | | | | | | | | | | | | | |
| Carmichael 2021 | UK | To evaluate the benefits and risks for physical and mental health and wellbeing of mid-pubertal suppression in adolescents with gender dysphoria | Paediatric gender identity service | 12-15 year olds with persistent and severe gender dysphoria who requested and were eligible for puberty suppressants | 44 (median age at consent 13.6 years; 25 birth-registered male, 19 birth-registered female) | Yes | No | GnRHa (monotherapy) together with psychosocial support and therapy | Yes | No | No | No comparator | No comparator | N/A | Prospective pre-post single group study | Baseline and 12, 24 and 36 month follow-up | Recruited Apr 2011 to Apr 2014 (commenced GnRHa between Jun 2011 and Apr 2015) |
| Chiniara 2018 | Canada | To examine characteristics, including mental health comorbidities, among adolescents presenting to a transgender clinic and to compare these data to previous reports. | Specialist gender service based in children's hospital | 12-18 year olds with gender dysphoria who desired pubertal suppression or cross-gender hormones | 115 (no information on characteristics provided) | Yes | Yes | GnRHa and cross-sex hormones | Yes | No | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline and single-follow-up (average 3.8 months (SD 1.9) after treatment) | Initial visit between January 2014 and June 2016 |
| de Vries 2011 | Netherlands | To compare psychological functioning and gender dysphoria before and after puberty suppression in gender dysphoric adolescents | Center for Gender Dysphoria for all ages | Adolescents with gender identity disorder who were prescribed GnRHa to suppress puberty | 70 (mean age at assessment 13.7 years SD 1.9; 33 birth-registered male, 37 birth-registered female) | Yes | No | Puberty suppressants (GnRHa) | Yes | No | No | No comparator | No comparator | N/A | Prospective pre-post single group study | Baseline and single follow-up before initiation of cross-sex hormones | Received treatment between 2000 and 2008 |
| de Vries 2014 | Netherlands | To investigate whether gender dysphoric youth improve over time with medical intervention consisting of puberty suppressants followed by cross-sex hormones and gender reassingment surgery | Center for Gender Dysphoria for all ages | Young adults who had received puberty suppressants followed by cross-sex hormones and gender reassignment surgery | 55 (mean age at GnRHa intiation 14.8 range 11.5–18.5; 22 birth-registered male, 33 birth-registered female) | Yes | Yes | Puberty suppression followed cross-sex hormones and surgery | Yes | No | No | No comparator | No comparator | N/A | Prospective pre-post single group study | Baseline and follow-ups at intiation of cross-sex hormones | Referred between 2000 and 2008 (follow-up between 2008 and 2012 ) |
| Delemarre-van de Waal 2006 | Netherlands | To investigate the efficacy and safety of GnRHa treatment in adolescents with gender dysphoria | Center for Gender Dysphoria for all ages | Adolescents receiving GnRHa under the Dutch protocol for 2 years or longer | 21 (age not reported; 11 birth-registered female, 10 birth-registered male) | Yes | Yes | GnRHa and cross-sex hormones | Yes | No | No | No comparator | No comparator | N/A | Prospective pre-post single group study | Baseline, 12 months and 24 months for some outcomes, and 24 months for others | Not reported |
| Ghelani 2020 | UK | To observe the effect of suddenly withdrawing sex hormones on the body composition in late-pubertal adolescents with gender dysphoria using GnRH analogues | Paediatric gender identity service | Late and post-pubertal individuals aged 15–17 with gender dysphoria receiving GnRHa for at least 12 months | 36 (11 birth-registered male mean age 16.4, 25 birth-registered female mean age 16.6) | Yes | No | Puberty suppressants (GnRHa - Triptorelin) | Yes | No | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline, 6 and 12 month follow-up | Treated between 2013 and 2015 |
| Hisle-Gorman 2021 | US | To examine mental health and psychotropic medication use among transgender adolescents following gender-affirming pharmaceutical care (secondary aim of sub-group of primary sample) | Military Healthcare Data Repository | Transgender military dependent youth who received care for gender dysphoria before age 18 | 963 (median age study start 12 IQR 10-14; 300 birth-registered male, 663 birth-registered female) | Yes | Yes | Puberty suppressants or cross-sex hormones | Not stated | Not stated | Not stated | No comparator | No comparator | N/A | Retrospective pre-post single group study | All available data before and after initiation of treatment (followed for mean 1.5 years [IQR 0.8-2.8] after start of treatment) | Received care between Oct 2010 and Sep 2018 |
| Joseph 2019 | UK | To investigate whether there are any clinically significant changes in bone mineral density and bone mineral apparent density in adolescents with gender dysphoria who are taking GnRHa | Gender identity service for children and adolescents / national endocrine clinic | Adolescents age 12-14 years referred to Early Intervention programme and offered GnRHa treatment | 70 (31 birth-registered male mean age at scan 1 13.0 SD 1.1 and 39 birth-registered female average age at scan 1 12.9 SD 3.0) | Yes | No | GnRHa | Yes | No | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline, and ~12 months, ~24 months, and ~36 months follow-up | Referred from 2011 to 2016 |
| Khatchadourian 2014 | Canada | To describe patient characteristics at presentation, treatment, and response to treatment in youth with gender dysphoria | Children's gender programme | Youth with a diagnosis of gender dysphoria and achieved at least Tanner stage 2 | 84 (median age at first visit 16.8 range 11.4-22.5; 45 birth-registered female, 37 birth-registered male) | Yes | Yes | GnRHa, spironolactone, cross-sex hormones, surgery | Yes | No | Yes | No comparator | No comparator | N/A | Retrospective pre-post single group study | All relevant clinic notes (follow-up ranged from 0.0 to 11.3 years) | Seen from Jan 1998 to Dec 2011 |
| Klaver 2018 | Netherlands | To examine the change in body shape and composition in transgender adolescents receiving hormone treatments | Center for Gender Dysphoria for all ages | All persons who started hormone treatment before 18 years old and had undergone x-rays and medical checkups to adulthood | 192 (71 birth-registered male mean age at start of GnRHa 14.5 SD 1.8, 121 birth-registered female mean age 15.3 SD 2.0) | Yes | Yes | GnRHa followed by cross-sex hormones | Yes | No | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline and follow-ups at addition of cross-sex hormones | Started treatment between 1998 and 2014 |
| Klaver 2020 | Netherlands | To investigate cardiovascular risk factors, and assess obesity and dyslipidemia prevalence in transgender adolescents receiving hormone treatments | Center for Gender Dysphoria for all ages | All persons who started hormone treatment before 18 years old and had undergone x-rays and medical checkups to adulthood | 192 (71 birth-registered male mean age at start of GnRHa 14.6 SD 1.8, 121 birth-registered female mean age 15.2 SD 2.0) | Yes | Yes | GnRHa followed by cross-sex hormones | Yes | No | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline and follow-ups at addition of cross-sex hormones | Diagnosed with gender dysphoria from 1998 to Dec 2015 |
| Klink 2015 | Netherlands | To assess peak bone mass in young adults with gender dysphoria who had been treated with GnRHa and cross-sex hormones during their pubertal years | Tertiary referral center | At least 21 years, gonadectomy had taken place, and data on bone development at start of GnRHa treatment, at start of cross-sex hormone therapy, and at the age of 22 years were available | 34 (15 birth-registered male mean age at start of GnRHa 14.9 SD 1.9, 19 birth-registered female mean age at start of GnRHa 15.0 SD 2.0) | Yes | Yes | GnRHa followed by cross-sex hormones followed by gonadectomy | Yes | No | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Follow-ups at addition of cross-sex hormones. | Received gonadectomy from Jun 1998 to Aug 2012 |
| Kuper 2020 | US | To examine how transgender youth body dissatisfaction, depression, and anxiety symptoms change over the first year of receiving gender-affirming hormone therapy | Multi-disciplinary programme | Youth who received gender-affirming hormone therapy | n = 148 (mean age 14.9 range 9-18; 55 birth-registered male, 94 birth-registered female) | Yes | Yes | GnRHa and cross-sex hormones | Not stated | Not stated | Not stated | No comparator | No comparator | N/A | Prospective pre-post single group study | Baseline (initial assessment) and 12 month follow-up (mean 14.9 months, range 11-18 months) | Initial assessments between Aug 2014 and Mar 2018 |
| Lynch 2015 | US | To determine the efficacy and safety of medroxyprogesterone to suppress puberty sex steroids in adolescents with gender dysphoria | Gender identity clinic | Adolescents with gender identity disorder less than age 19 who were treated with medroxyprogesterone | 14 (age range at evaluation 9 to 18; 7 birth-registered male, 7 birth-registered female) | Yes | No | Medroxyprogesterone | No | Yes | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline and relevant data from clinic follow-up at 1 and 6-monthly intervals (duration of follow-up not reported) | Seen from Oct 1995 to Mar 2013 |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Navabi 2021 | Canada | To examine the effects of GnRHa on bone health and body composition among youth with gender dysphoria, including the role of Vitamin D | Endocrine diversity clinic children's hospital | Adolescents with gender dysphoria age <18, with at least 1 baseline dual-energy radiograph absorptiometry assessment | 172 (119 birth-registered female mean age 15.2 SD 1.8, 51 birth-registered male mean age 15.4 SD 2.0, 2 nonbinary) | Yes | No | GnRHa | Yes | No | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline and single follow-up (median 352.5 median days after GnRHa initiation, range 188-676 days) | Seen from Jan 2006 to Apr 2017 (data collection to Jan 2019) |
| Neyman 2019 | US | To describe the novel use of androgen receptor blocker bicalutamide in transgender youth as an alternative to GnRHa | Paediatric endocrine clinic at children's hospital | Male to female adolescents with gender dysphoria treated with bicalutamide | 23 (median age 16 at start of treatment range 12.0-18.2) | Yes | No | Puberty suppressants (Bicalutamide) | No | No | Yes | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline and two follow-ups (first follow-up ranged 2.17 to 8.0 months, second 10.9 to 13.3 months) | Treated between 2013 and 2018 |
| Olson-Kennedy 2021 | US | To determine if Vantas and SupprelinLA are effective in suppressing the hypothalamic-pituitary-gonadal axis in early-to-mid pubertal youth with gender dysphoria | Four specialist gender services based in children's hospitals | Youth with gender dysphoria who were prescribed and adminstered GnRHa implant at Tanner stage 2-3 | 66 (mean age of insertion 11.3 range 9-15 years; 34 birth-registered female, 32 birth-registered male) | Yes | No | Vantas and SupprelinLA (GnRHa histrelin implants) | Yes | No | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline and single follow-up (2-12 months after treatment) | Not reported |
| Perl 2020 | Israel | To examine blood pressure changes in transgender male adolescents treated with GnRHa alone and after the addition of testosterone | Gender dysphoria clinic at children's hospital | Transgender male adolescents who were treated solely with GnRHa for at least 2 months | 15 (mean age at intiation of GnRHa 14.4 SD 1.0) | Yes | Yes | GnRHa followed by addition of testosterone | Yes | No | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline, and follow-ups at end of GnRHa treatment (average 3 months SD 1), initiation of testosterone mean 4 months (SD 2) | Sought care between 2013 and 2018 |
| Perl 2021 | Israel | To examine blood pressure changes in transgender female adolescents treated with GnRHa alone and after the addition of estradiol | Gender dysphoria clinic at children's hospital | Transgender female adolescents who were treated solely with GnRHa for at least 2 months | 19 (mean age at initiation of GnRHa 15.7 SD 1.6) | Yes | Yes | GnRHa and estradiol | Yes | No | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline, and follow-ups at end of GnRHa treatment (mean 9 months SD 6), initiation of estradiol | Sought care between 2013 and 2020 |
| Russell 2021 | UK | To investigate whether features of autism change over time for gender diverse adolescents after accessing GnRHa alongside psychosocial support | Paediatric Gender Identity Development Service | Gender diverse young people who were offered GnRHa | 95 (mean age at consent for treatment 13.6 range 9.9-15.9; 38 birth-registered male, 57 birth-registered female) | Yes | No | Puberty suppressants (GnRHa) | Yes | No | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline and 12 month follow-up (plus / minus 3 months) | Data included for participants meeting inclusion criteria up to March 2020 |
| Schagen 2016 | Netherlands | To evaluate the efficacy and safety of GnRHa treatment to suppress puberty in gender dysphoric adolescents | Center for Gender Dysphoria for all ages | Gender dysphoric adolescents treated with triptorelin (GnRHa) for at least 3 months | 116 (49 birth-registered male median age 13.6 range 11.6-17.9, 67 birth-registered female median age 14.2 range 11.1 to 18.6) | Yes | No | GnRHa (triptorelin) | Yes | No | No | No comparator | No comparator | N/A | Prospective pre-post single group study | 12 months | Seen from 1998 to 2009 |
| Schagen 2018 | Netherlands | To assess the effects of GnRHa treatment and gender-affirming hormone treatment on adrenal androgen levels in adolescents with gender dysphoria | Center for Gender Dysphoria for all ages | Adolescents with gender identity disorder who fulfilled criteria for treatment according to Endocrine Society guideline | 127 (73 birth-registered female mean age at GnRHa start 14.3 range 11.5-18.6, 54 birth-registered male age 14.0 range 11.6 to 17.9) | Yes | Yes | GnRHa treatment followed by GnRHa combined with estradiol or testosterone | Yes | No | No | No comparator | No comparator | N/A | Prospective pre-post single group study | Baseline and 6 monthly follow-up to 4 years | Treated between 1998 and 2009 |
| Schagen 2020 | Netherlands | To describe bone mass development in adolescents with gender dysphoria treated with GnRHa, subsequently combined with gender-affirming hormones | Center for Gender Dysphoria for all ages | Adolescents with gender identity disorder who fulfilled criteria for treatment according to existing guidelines | 121 (51 birth-registered male mean age 14.1 SD 1.7, 70 birth-registered female mean age 14.5 SD 2.0) | Yes | Yes | GnRHa treatment followed by GnRHa combined with estradiol or testosterone | Yes | No | No | No comparator | No comparator | N/A | Prospective pre-post single group study | Baseline and 12-monthly follow-up to 5 years | Treated between 1998 and 2009 |
| Segev-Becker 2020 | Israel | To describe patient characteristics at presentation, management, and fertility preservation among a cohort of children with gender dysphoria | Multidisciplinary paediatric gender dysphoria clinic | All patients younger than 18 years who began GnRHa treatment | 106 (median age at referral 15.5 range 4.6-18 years) | Yes | Yes | GnRHa followed by cross-sex hormones | Yes | No | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | All relevant data following initiation of treatment (follow-up period not reported) | Referred from Mar 2013 to Dec 2018 |
| Stoffers 2019 | Netherlands | To investigate the efficacy and safety of testosterone treatment in transgender adolescents | Clinic (no other information provided) | Adolescents diagnosed with gender dysphoria who hard started GnRHa and had subsequently received testosterone for more than 6 months | 62 (median age at GnRHa initiation 16.5 range 11.8-18.0) | Yes | Yes | GnRHa followed by testosterone | Yes | No | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | The median duration of follow-up was 12 months (range 5-33 months). | Received treatment between Nov 2010 and Aug 2018 |
| Tack 2016 | Belgium | To analyse the impact of consecutive treatment with Lynestrenol monotherapy and in combination with testosterone on physical characteristics, safety, metabolic parameters, and hormone levels in gender dysphoric adolescent transboys | Multi-disciplinary child gender team | Gender dysphoric transmale adolescents who received Lynestrenol for at least 6 months | 38 (mean age at start of treatment 15 years 10 months) | Yes | Yes | Lynestrenol - androgonic progestin (puberty suppressant) only, and in combination with testosterone | No | Yes | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline, 6 and 12 months follow-up with Lynestrenol | Treated from 2010 until Sep 2015 |
| Tack 2017 | Belgium | To assess the side effects and biochemical changes of Cyproterone acetate alone and in combination with estrogen in adolescent trans-girls | Multi-disciplinary child gender team | Transgirls with gender dysphoria who received Cyproterone acetate for at least 6 months | 27 (mean age at start of treatment 16 years 6 months) | Yes | Yes | Cyproterone acetate (puberty suppressant) only, and in combination with estrogen | No | Yes | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline, 6 and 12 month follow-up with Cyproterone | Treated from 2008 to Oct 2016 |
| Tack 2018 | Belgium | To study prospectively the evolution of body composition and bone mass in late-pubertal trans adolescents using the proandrogenic or antiandrogenic progestins Lynestrenol and Cyproterone acetate, respectively | Multi-disciplinary child gender team | Gender dysphoric late-pubertal (Tanner stage 4) adolescents treated with Lynestrenol or Cyproterone acetate | 65 (44 birth-registered female mean age at treatment initiation 16.2 SD 1.05, 21 birth-registered male mean age 16.3 SD 1.21) | Yes | No | Proandrogenic or antiandrogenic progestins Lynestrenol and Cyproterone acetate (puberty suppressants) | No | Yes | No | No comparator | No comparator | N/A | Prospective pre-post single group study | Baseline and single follow-up prior to addition of cross-sex hormones | Treated between Mar 2011 and Jan 2017 |
| van der Loos 2021 | Netherlands | To investigate changes in bone geometry among transgender adolescents using GnRHa and gender-affirming hormones | Center for Gender Dysphoria for all ages | Transgender adolescents treated with GnRHa and subsequent gender-affirming hormones before the age of 18 years, min. duration 6 months GnRHa, and for whom DXA scans were available | 322 (106 birth-registered male median age 13.1 to 15.5 for sub-groups at GnRHa start, 216 birth-registered female median age 11.9 to 15.7 for subgroups at GnRHa) | Yes | Yes | GnRHa and cross-sex hormones | Yes | No | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline, and follow-up at addition of cross-sex hormones | Visited clinic between 1972 and Dec 2018 |
| Vlot 2017 | Netherlands | To investigate the effect of GnRHa and cross-sex hormone treatment on bone turnover markers and bone mineral apparent density in transgender adolescents | Center for Gender Dysphoria for all ages | Adolescents diagnosed with gender dysphoria who were treated with GnRHa and cross-sex hormone treatment, with available outcome data | 70 (28 birth-registered male median age at GnRHa start 13.5 range 11.5-18.3, 42 birth-registered female median age 15.1 range 11.7-18.6) | Yes | Yes | GnRHa and cross-sex hormones | Yes | No | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline, and follow-ups at addition of cross-sex hormones | Started treatment between 2001 and 2011 |
| Waldner 2022 | Canada | To determine the proportion of gender diverse youth who had QTc prolongation while on leuprolide acetate therapy | Children's hospital paediatric endocrinology gender clinic | Youth age 9-18 years receiving leuprolide acetate therapy with completed ECG after initiation | 33 (mean age 13.7 SD 2.1; 23 birth-registered female, 10 birth-registered male) | Yes | No | GnRHa (leuprolide acetate) | Yes | No | No | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline and single follow-up (at least 6 weeks after initation of treatment) | Treatment started between Jul 2018 and Dec 2019 |
| **Cross-sectional** | | | | | | | | | | | | | | | | | |
| Arcelus 2016 | UK | To explore prevalence of non-suicidal self-injury (NSSI) in young trans people and to identify what factors can predict this | National gender clinic for adults (age 17+) | All individuals below the age of 25 years old who were referred for and offered an assessment | 268 (mean age 19.9 SD 2.17; 121 birth-registered female, 136 birth-registered male, 11 no answer) | Yes | Yes | GnRNa or cross-sex hormones | Yes | No | No | No hormone treatment | Non-exposed individuals from primary sample | N/A | Cross-sectional study | Single time-point (initial assessment after referral to service) | Referred between Nov 2012 to June 2015 |
| Burke 2020 | Netherlands | To investigate whether hormonal interventions in adolescents diagnosed with gender dysphoria affect their click-evoked otoacoustic emissions compared to age- and sex-matched controls | Center for Gender Dysphoria for all ages | Children and adolescents diagnosed with gender dysphoria | 105 (62 birth-registered female mean age 15.6 range 10.3-20.3, 43 birth-registered male mean age 15.9 range 11-20) | Yes | Yes | GnRHa; cross-sex hormones and GnRHa | Yes | No | No | No hormone treatment; Age- and sex-matched controls divided into early, mid- and late-adolescent groups. | Non-exposed individuals from primary sample; Other control group | Early (13 boys, mean 12.8 (SD 1.9); 15 girls, 12.2 (1.7)); mid- (18 boys, 13.9 (1.9); 10 girls, 15.1 (1.8)); late-adolescent (20 boys, 17.1 (0.8); 21 girls, 17.9 (0.4)) | Cross-sectional study with controls | Single time-point | Not reported |
| Fontanari 2020 | Brazil | To evaluate the impact of each domain of gender affirmation (social, legal, and medical/surgical) on the mental health of transgender and gender nonbinary youth. | Facebook | Transgender boys, transgender girls, and gender nonbinary Brazilian youth, age 16 to 24 years | 350 (mean age 18.61 (CI 95% 18.34–18.88; 149 transgender boys, 85 transgender girls, 116 gender nonbinary) | Yes | Yes | Hormone therapy'; 'any hormone or surgical treatment' | Not stated | Not stated | Not stated | No hormone therapy; no hormone or surgical treatment | Non-exposed individuals from primary sample | N/A | Cross-sectional study | Single time-point | Recruitment Feb to Apr 2018 |
| Nokoff 2021 | US | To evaluate insulin sensitivity and body composition among transgender adolescents receiving GnRHa compared with adolescents not experiencing gender dysphoria | Centre for gender diversity at children's hospital | Transgender youth treated with GnRHa for at least 3 months | 17 (9 birth-registered male mean age 13.8 SD 1.7, 8 birth-registered female mean age 13.7 SD 1.2) | Yes | No | GnRHa | Yes | No | No | Adolescents assumed not to have gender dysphoria matched on age, BMI and sex assigned at birth | Other control group | (14 girls, mean age 13.9 (SD 1.7); 17 boys, mean age 13.9 (SD 0.9)) | Cross-sectional study with controls | Single time-point (GnRHa treatment duration birth-regstered females mean 20.9 months range 17.5 to 70.4, males mean 11.3 months range 4.7 to 24.2) | Recruited from 2016 to 2019 |
| Staphorsius 2015 | Netherlands | To determine whether the performance on the Tower of London task, a commonly used Executive Function task, was altered in adolescents with gender dysphoria when treated with GnRHa | Center for Gender Dysphoria for all ages | Adolescents who were diagnosed with gender identity disorder (at least 12 years old) | 40 (22 birth-registered female mean age 15.8 SD 1.9, 18 birth-registered male mean age 15.1 SD 2.4) | Yes | No | GnRHa treated | Yes | No | No | Untreated adolescents with gender dysphoria; age-matched controls (siblings or friends) | Non-exposed individuals from primary sample; Other control group | (24 girls, mean age 14.4 (SD 1.8); 21 boys, mean age 14.9 (SD 1.5)) | Cross-sectional study with controls | Single time-point | Not reported |
| Strang 2022 | US | To explore the relationship between gender-affirming medical intervention status (i.e., pubertal suppression, gender-affirming hormones) and executive functioning in adolescents with gender dypshoria / incongruence | Community, gender services, gender and neurodiversity programme | Transgender youth age 11-21 enrolled in a study of cognition, mental health and neurodevelopment (all met criteria for gender dysphoria) | 124 (mean age 16.67 range 11.65-21.56, 82 birth-registered female, 42 birth-registered male) | Yes | Yes | Puberty suppressants and cross-sex hormones | Yes | No | No | No hormone treatment | Non-exposed individuals from primary sample | N/A | Cross-sectional study | Single time-point | Enrolled in study between 2018 and 2020 |
| Turban 2020 | US | To examine associations between access to pubertal suppression during adolescence and mental health outcomes in transgender adults | Community | Transgender adults age 18 to 36 who reside in the US who reported ever desiring pubertal suppression | 3,494 (mean age 23.4 SD 5.0; 1913 birth-registered female, 1,581 birth-registered male) | Yes | No | Puberty suppressants | Not stated | Not stated | Not stated | No puberty suppressants | Non-exposed individuals from primary sample | N/A | Cross-sectional study | Single time-point | Data collected Aug to Sep 2015 |
| van der Miesen 2020 | Netherlands | To compare transgender adolescents before and after gender-affirmative care with a sample of non-clinical age-equivalent adolescents (with no gender dysphoria) on psychological well-being | Center for Gender Dysphoria for all ages | Adolescents who were referred to the clinic and who completed the assessment process | 450 (272 in assessment: mean age 14.47 SD 2.18 years, 116 birth-registered male, 156 birth-registered female; 178 taking GnRHa: mean age 16.75 SD 1.24, 68 birth-registered male, 110 birth-registered female) | Yes | No | Puberty suppressants | Yes | No | No | No puberty suppressants; Dutch high school adolescents. | Non-exposed individuals from primary sample; Other control group | 651 (mean 15.39 (SD 1.36); 346 males, 305 females) | Cross-sectional study with controls | Single time-point (no treatment group assessed at referral, puberty suppressant group assessed before intiation of cross-sex hormones) | Referred between 2012 and 2015 |

* For study aim and population, terminology from primary study is retained
** Where birth-registered sex is not reported in the study, gender identity is provided

Supplemental material

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

**Supplementary table S3 - Reported study outcomes and measures**

| Study ID | Puberty suppression | Side effects | Gender-related | Body image | Psychological | Psychosocial | Physical health | Bone health | Fertility | Cognition/ neuro-developmental | Other | Outcomes (measures) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cohort** | | | | | | | | | | | | |
| Achille 2020 | No | No | No | No | Yes | Yes | No | No | No | No | No | Depression (Patient Health Questionnaire-9 modified for teens (PHQ-9), Center for Epidemiologic Studies Depression Scale - Revised (CESD-R)); quality of life (Quality of Life Enjoyment and Satisfaction Questionnaire - Short Form (QLES-Q-SF)) |
| Akgul 2019 | Yes | Yes | No | No | No | Yes | Yes | No | No | No | No | Menstrual distress (presence); need for hormonal medication; presence of dysmenorrhea; removal; complications / side effects; menstrual bleeding |
| Becker-Hebly 2020 | No | No | No | No | Yes | Yes | No | No | No | No | No | Psychological (Youth Self Report (YSR) for age 11-18 and Adult Self Report (ASR) for 18+); Global functioning (Children's Global Assessment Scale (CGAS); Health-related quality of life (Kidscreen-27 for age 11-18 and SF (short form)-8 for 18+) |
| Costa 2015 | No | No | No | No | Yes | No | No | No | No | No | No | Gender dysphoria (UGDS); psychosocial functioning (CGAS) |
| de Nie 2022 | No | No | No | No | No | No | No | No | Yes | No | No | Exocrine testicular function (Spermatogenesis (Johnsen score), germ cell type (ratio of most advanced germ cell types)); Fertility preservation |
| Grimstad 2021b | Yes | No | No | No | No | No | Yes | No | No | No | No | Anthropometrics (adult height); skeletal maturation (Delta bone age) |
| Mejia-Otero 2021 | Yes | No | No | No | No | No | No | No | No | No | No | Hormone levels (LH,FSH, testosterone, estradiol) |
| Pine-Twaddell 2022 | Yes | No | No | No | No | No | No | No | No | No | No | Pubertal suppression or progression (hormone levels (testosterone, estradiol, LH), lack of Tanner stage progression on physical exam), menstruation; Safety (presence of complications related to removal or replacement) |
| Schulmeister 2022 | Yes | No | No | No | No | No | No | No | No | No | No | Anthropometric (height velocity); hormone levels (LH, FSH, estradiol, testosterone) |
| Tordoff 2022 | No | No | No | No | Yes | No | No | No | No | No | No | Depression (PHQ-9); Anxiety (GAD-7); Self-harm or suicidal thoughts over previous 2 weeks (PHQ-9 question 9) |
| van de Grift 2020 | Yes | No | No | No | No | No | No | No | No | No | No | Anthropometrics (height, weight, BMI); puberty development (Tanner staging, breast and genital characteristics - clinical exam); surgical requirements for sex re-assignment |
| **Pre-post** | | | | | | | | | | | | |
| Carmichael 2021 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | No | No | Bone health (bone mineral density (BMD) and content (BMC) - hip, lumbar, spine); hormone levels (LH, FSH, testosterone, estrogen); menstruation; anthropometrics (height, weight, BMI); adverse events / side effects (patient reported); psychological functioning (Child Behavior Checklist (CBCL), YSR); suicidality / self-harm (item 18, 91 from CBCL/YSR); quality of life (Kidscreen-52); body image (Body Image Scale (BIS)); gender dysphoria (Utrecht Gender Dysphoria Scale (UGDS)); psychosocial functioning (CGAS) |
| Chiniara 2018 | Yes | No | No | Yes | Yes | No | No | No | No | No | No | Depression (BDI II)); anxiety (MASC2); gender dysphoria (UGDS); hormone levels (LH, FSH, oestradiol, testosterone); menstruation; pubertal progression |
| de Vries 2011 | No | No | No | Yes | Yes | Yes | No | No | No | No | No | Behavioral and emotional problems (CBCL and YSR); depressive symptoms (Beck Depression Inventory (BDI)); anxiety and anger (State-Trait Anxiety Inventory STAI and State-Trait Anger Expression Inventory (STAXI)); general functioning (CGAS); gender dysphoria (UGDS); body image (BIS) |
| de Vries 2014 | No | No | Yes | Yes | Yes | Yes | No | No | No | No | No | Behavioral and emotional problems (CBCL and YSR); depressive symptoms (BDI); anxiety and anger (STAI); global functioning (CGAS); gender dysphoria (UGDS); body image (BIS); well-being (own questionnaire; Satisfaction with Life Scale (SWLS); Subjective Happiness Scale (SHS)); quality of life (World Health Organization Quality of Life Brief Version (WHOQOL-BREF)) |
| Delemarre-van de Waal 2006 | Yes | No | No | No | No | No | Yes | Yes | No | No | No | Puberty development (Tanner stage, skeletal age - left hand); anthropometrics (height, weight, sitting height, hip / waist circumference); bone density (whole body, hip, lumbar spine); body composition (fat mass percentage, lean body mass); carbohydrate and lipid metabolism (fasting glucose, insulin, cholesterol, HDL, LDL);  hormone levels (gonadotrophins and sex hormones) |
| Ghelani 2020 | Yes | No | No | No | No | No | Yes | No | No | No | No | Body composition (lean mass Sd score - Tanita body composition analysis); anthropometrics (height, weight, BMI) |
| Hisle-Gorman 2021 | No | No | No | No | Yes | No | No | No | No | No | No | Mental health care visits (number of visits, diagnosis sub-category); psychotropic medications (type) |
| Joseph 2019 | Yes | No | No | No | No | No | Yes | Yes | No | No | No | bone health (BMD, bone mineral apparent density (BMAD)); height, weight BMI |
| Khatchadourian 2014 | No | Yes | No | No | No | No | Yes | No | No | No | No | Side effects (patient reported); Safety for antiandrogens (electrolyte and urea/creatinine levels) |
| Klaver 2018 | Yes | No | No | No | No | No | Yes | No | No | No | No | Body shape (anthropometrics) (waist-hip ratio, body weight, waist/hip circumference, body height, BMI); body composition (whole-body and regional-body fat, total lean body mass, total body mass) |
| Klaver 2020 | Yes | No | No | No | No | No | Yes | No | No | No | No | Anthropometrics (body height, body weight, BMI, waist/hip circumference); cardiovascular risk (blood pressure, glucose, insulin, homeostatic model assessment for insulin resistance (HOMA-IR), lipid values (total cholesterol, HDL, LDL, triglycerides), prevalence of obesity and dyslipidemia) |
| Klink 2015 | Yes | No | No | No | No | No | Yes | No | No | No | No | bone health (BMD, BMAD); height, weight, BMI |
| Kuper 2020 | No | No | No | Yes | Yes | No | No | No | No | No | No | Body dissatisfaction (BIS); depression (Quick Inventory of Depressive Symptoms (QIDS) - self- and clinician report); Anxiety (SCARED); suicidality (suicidal ideation, suicide attempt); suidality and self-harm (passive ideation, suicide attempt, NSSI); mental health treatment (psychiatric medication, therapy, support group) |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Case 2:22-cv-00184-LCB-CWB   Document 558-38   Filed 05/27/24   Page 26 of 28

| Study | | | | | | | | | | | | Outcomes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lynch 2015 | Yes | No | No | No | No | No | Yes | No | No | No | No | Hormone levels (testosterone); Side effects |
| Navabi 2021 | Yes | No | No | No | No | No | Yes | Yes | No | No | No | Bone health (areal bone mineral density (aBMD) (lumbar spine, left total hip, total body less head), BMC); anthropometrics (height, weight, BMI); body composition (lean body mass, total body fat, regional fat mass ratios, fat distribution); Vitamin D status (to assess efficacy of vitamin D supplementation) |
| Neyman 2019 | Yes | Yes | No | No | No | No | Yes | No | No | No | No | Breast development; liver function tests; estradiol and testosterone levels (no outcomes reported in methods) |
| Olson-Kennedy 2021 | Yes | No | No | No | No | No | No | No | No | No | No | Hormone levels (total testosterone, estradiol, LH, FSH) |
| Perl 2020 | Yes | No | No | No | No | No | Yes | No | No | No | No | Changes in weight status (BMI); Changes in blood pressure (systolic and diastolic); puberty development (hypothalamic–pituitary–gonadal axis suppression); hormone levels (tesosterone; estradiol, LH, FSH) |
| Perl 2021 | Yes | No | No | No | No | No | Yes | No | No | No | No | Changes in weight status (BMI); Changes in blood pressure (systolic and diastolic); puberty development (hypothalamic–pituitary–gonadal axis suppression); hormone levels (tesosterone; estradiol, LH, FSH) |
| Russell 2021 | No | No | No | No | No | No | No | No | No | Yes | No | Features of autism spectrum disorder (ASD) using the Social Responsiveness Scale 2 (SRS-2) School Age Form |
| Schagen 2016 | Yes | No | No | No | No | No | Yes | No | No | No | No | Puberty development (Tanner stage by physical exam); body composition (fat percentage and lean body mass percentage); hormone levels (LH, FSH, testosterone, estradiol); safety (ALT, AST, alkaline phosphate, γ-glutamyl transferase, creatinine); Height, weight, BMI |
| Schagen 2018 | No | No | No | No | No | No | Yes | No | No | No | No | adrenal androgen levels (dehydroepiandrosterone (DHEAS), androstenedione); testosterone levels |
| Schagen 2020 | Yes | No | No | No | No | No | Yes | Yes | No | No | No | bone health (BMAD (whole body, hip, lumbar spine), serum bone markers); BMI, height, weight |
| Segev-Becker 2020 | No | No | No | No | No | No | Yes | No | No | No | No | Side effects related to medical treatment (from medical record) |
| Stoffers 2019 | Yes | No | No | No | No | No | Yes | Yes | No | No | No | Anthropometrics (height, weight, BMI); blood pressure; hormone levels (FSH, LH, testosterone, estradiol, SHBG); safety (creatinine, ALP, total cholesterol, HDL, LDL, triglycerides, thyroid stimulating hormone, prolactin, free thyroxine, DHEAS, hemoglobin, hematocrit, androstenedione and vitamin D); bone health (BMD at lumbar spine, left neck, right hip, BMAD for spine and left neck) |
| Tack 2016 | Yes | Yes | No | No | No | No | Yes | No | No | No | No | Anthropometry (height, weight, BMI); Blood pressure; Side effects (acne, hirsutism, patient-reported); Safety (complete complete blood count, electrolytes, liver and renal function, fasting glucose, HbA1c, insulin, lipid metabolism); hormone levels (thyroid stimulating hormone, anti-Müllerian hormone, free thyroxin, LH, FSH, estradiol, total and free testosterone, SHBG) |
| Tack 2017 | Yes | Yes | No | No | No | No | Yes | No | No | No | No | Puberty development (physical changes); Side effects (patient-reported); Anthropometry (height, weight, BMI); Safety (hemoglobin, hematocrit, creatinine, AST, ALT, triglycerides, total cholesterol, HDL, LDL, DHEAS, prolactin); Hormone levels (thyroid stimulating hormone, free thyroxine, LH, FSH, estradiol, total and free testosterone, SHBG) |
| Tack 2018 | Yes | No | No | No | No | No | Yes | Yes | No | No | No | Antropometrics (weight, height, waist/hip circumference and ratio, BMI); body composition (total body minus head (total, lean, fast mass, body fat percentage, muscle area; Grip strength); bone health (BMC, aBMD, BMD, bone geometry, polar strength strain index); hormone levels (total testosterone, estradiol, testosterone:estradiol ratio, SHBG, LH, FSH); Safety (calcium/creatinine levels, serum 25-OH Vitamin D, parathyroid hormone, serum C-terminal telopeptide, procollagen type 1 N-terminal propeptide) |
| van der Loos 2021 | Yes | No | No | No | No | No | Yes | No | No | No | No | Bone geometry (subperiosteal width (SPW) and endocortical diameter (ED)); hormone levels (testosterone, estradiol); anthropometrics (height, BMI) |
| Vlot 2017 | Yes | No | No | No | No | No | Yes | Yes | No | No | No | Anthropometrics (height, weight); Tanner stage (clinician assessed, bone age); bone turnover markers (P1NP (Procollagen type 1 N propeptide), osteocalcin, ICTP (Cross-linked carboxyterminal telopeptide of type I collagen)); bone health (BMD, BMAD for lumbar spine and femoral neck) |
| Waldner 2022 | No | No | No | No | No | No | No | No | Yes | No | No | Proportion of adolescents with clinically significant QTc prolongation (defined as QTc >460 milliseconds) |
| **Cross-sectional** | | | | | | | | | | | | |
| Arcelus 2016 | No | No | No | No | Yes | No | No | No | No | No | No | Psychopathology (Symptom Checklist 90 Revised) |
| Burke 2020 | Yes | No | No | No | No | No | No | No | No | No | No | Click-Evoked Otoacoustic Emissions |
| Fontanari 2020 | No | No | Yes | No | Yes | No | No | No | No | No | No | Anxiety (Overall Anxiety Severity and Impairment Scale (OASIS)); depressive symptoms (Modified Depression Scale (MDS)); gender distress (Gender Distress Scale (GDS)); gender positivity (Gender Positivity Scale (GPS)) |
| Nokoff 2021 | Yes | No | No | No | No | No | Yes | No | No | No | No | Insulin sensitivity (fasted serum/plasma blood samples - glucose, insulin, HbA1c; leptin); Lipids (total cholesterol, triglycerides, HDL, LDL); Safety (AST, ALT, hematrocit; blood pressure); hormone levels (LH, FSH, SHBG, testosterone, estradiol, free androgen index); body composition (total body fat, fat mass, lean tissue, lean mass); anthropometrics (BMI) |
| Staphorsius 2015 | No | No | No | No | No | No | No | No | No | Yes | No | Executive functioning (Tower of London experiment via fMRI - performance, task load, typical / atypical sex differentiation) |
| Strang 2022 | No | No | No | No | No | No | No | No | No | Yes | No | Executive functioning problems (Behavior Rating Inventory of Executive Function (BRIEF- 2; Adult BRIEF) - primary outcome BRIEF Global Executive Composite (GEC), subscales - inhibition, cognitive flexibility, updating/working memory) |
| Turban 2020 | No | No | No | No | Yes | Yes | No | No | No | No | No | Severe psychological distress in month before survey (defined as score of 13+ on Kessler-6 Psychological Distress Scale (K6+)); Binge drinking in month before survey (defined as 5+ standard alcoholic drinks on single occasion); Life-time illicit drug use; Suicidality (ideation, ideation with plan during year prior; attempt requiring hospitalisation in year prior, lifetime ideation and attempts) |
| van der Miesen 2020 | No | No | No | No | Yes | Yes | No | No | No | No | No | Emotional and behavioral problem (YSR); Self-harm/suicidality (YSR items 18 and 91); Poor peer relations (YSR items 25, 38 and 48) |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

**Supplementary table S4 - Critical appraisal summary by question**

| Study ID | Study design | NOS total score | NOS Q1 representative of population | NOS Q1 score | NOS Q8 adequacy of follow-up | NOS Q8 score | NOS Q3 Ascertainment of treatment exposure | NOS Q3 score | NOS Q2 Selection of non-exposed group | NOS Q2 score | NOS Q5 comparability of cohorts (part 1 - controls for key demographics; part 2 - controls for co-interventions) | NOS Q5 part 1 score | NOS Q5b part 2 score | NOS Q7 follow-up duration | NOS Q7 score | NOS Q6 assessment of outcome | NOS Q6 score | NOS Q4 Demonstration that outcome of interest not present at study start | NOS Q4 score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cohort** | | | | | | | | | | | | | | | | | | | |
| Achille 2020 | Prospective cohort study | 4 | States that vast majority of eligible population entered study, but no values or percentages provided. Recruited from single clinic. | 0 | 116 participants entered study - 50 who completed questionnaires reported on. No information on those lost to follow-up. | 0 | Information in paper provides confidence that clinic data used. | 1 | Participants who had received puberty blockers were compared to participants who've received nothing at all or only cross sex-hormones. | 1 | Controlled for outcome at baseline, psychiatric medication and psychotherapy. Separate analysis by gender. Did not control for age or report differences between groups. Did not control for other hormone treatment. | 0.5 | 0.5 | Follow-up not linked to treatment duration. Exposure to treatment at any time used as variable - not duration. | 0 | Validated scales designed for self-completion. | 1 | N/A | |
| Akgul 2019 | Retrospective cohort study | 3 | Ten out of thirty participants excluded due to not being able to be matched with controls. | 0 | For most outcomes, no information given on follow-up rates. For the satisfaction outcome, the follow-up rate was less than 90%. | 0 | Procedure codes for LNG-IUS insertion used in medical records. | 1 | Matched with adolescents who received the 52 mg LNG-IUS primarily for noncontraceptive purposes (seen at the same subspecialty clinic by many of the same providers). | 0.5 | Participants were matched on age. Only participants assigned female at birth were included. Unadjusted analyses were used. | 1 | 0 | Insufficient information given to assess follow-up duration. | 0 | Mixture of clinical record data and Likert scales to measure satisfaction. | 0.5 | N/A | |
| Becker-Hebly 2020 | Retrospective cohort study | 3 | 434 children seen by clinic, 204 with baseline data and eligible, and invited to take part. Large proportion not included. Single clinic. | 0 | Response rate for follow-up 37% (n=75). | 0 | Self-reported treatment path then controlled via clinicians' reports. | 1 | Those not treated with hormones from same clinic sample. | 1 | Did not control for gender / sex, other treatments or outcome at baseline. Used age-adjusted population norms to compare outcomes. Did not control for distribution in intervention group. | 0 | 0 | Treatment started after baseline but duration and start of treatment not reported or included in analysis. | 0 | Validated scales - combination of self-report and clinician-report. | 1 | N/A | |
| Costa 2015 | Prospective cohort study | 5.5 | National clinic. Included all eligible adolescents. | 1 | None lost at 12 months, around half lost at 18 months - reasons not reported | 0.5 | Information in paper provides confidence that clinic data used. | 1 | Drawn from same source; plus comparison to adolescents without observed psychological / psychiatric symptoms. | 1 | Split analysis by delayed eligible and immediately eligible, presented some analysis re: natal sex differences but main analysis didn't control for this. | 0 | 0 | Sufficient follow-up period - 12 month follow-up was reported as 6 months of puberty suppression. | 1 | Validated measures used. | 1 | N/A | |
| de Nie 2022 | Retrospective cohort study | 5 | Single clinic population - only those who underwent bilateral orchiectomy combined with vaginoplasty were eligible - random sample taken for study. | 0 | Of the 263 sampled, 49 were then excluded due to no tissue being stored or no testicular parenchyma on slides. | 1 | Authors state data was collected from medical records. | 1 | Adults presenting to the same clinic who underwent bilateral orchiectomy combined with vaginoplasty. | 0.5 | Study participants are birth-registered males only, groups are split by puberty stage (Tanner stage 2-3; Tanner stage 4-5; Adult). Study does not control for use of medications such as contraceptive pill. | 1 | 0 | Information on follow-up period not explicitly given. Indications some participants would have had a duration of medical treatment longer than 12 months. | 0.5 | Detailed information on sample testing given. | 1 | N/A | |
| Grimstad 2021b | Retrospective cohort study | 3.5 | Single-clinic population, very small number excluded due to incomplete height data (6/195 eligible patients). | 0.5 | Only those with complete height data were included, those had not reached adult height by the end of the study were excluded. | 0.5 | Data obtained from medical records. | 1 | Drawn from same source. | 1 | Only participants who were assigned a female sex at birth were included. Unadjusted analyses were carried out. | 0.5 | 0 | No information provided on time between start of treatment and measurement of final height. | 0 | Height measured in triplicate at each clinic visit. Participants were defined as growing if they demonstrated a growth velocity of 0.5cm per year. | 0 | N/A | |
| Mejia-Otero 2021 | Retrospective cohort study | 4 | Single-clinic - only included patients who had undergone blood tests at baseline and 2-12 months. No information on number excluded. | 0 | Only those with blood test data were included. | 1 | Retrospective review of medical records. | 1 | Adolescents with central precocious puberty. Substantial differences between groups in age and sex. | 0 | Separate analyses for males and females were carried out. Unadjusted analyses were used. | 0.5 | 0 | Mean time between onset of therapy and follow-up was 5.9 months (SD2.9). Patients were eligible if they'd had a blood test 2-12 months after starting treatment. | 0.5 | Retrospective review of medical records. | 1 | N/A | |
| Pine-Twaddell 2022 | Retrospective cohort study | 5 | Two clinics. Participants without follow-up data were excluded. | 0 | Only participants with follow-up data were included. | 1 | Data was extracted from medical records. | 1 | Patients with central precocious puberty were selected from the same study clinics as the exposed group. | 0.5 | Separate analyses were carried out for males and females. No other covariates were adjusted for. | 0.5 | 0 | Baseline and single follow-up (17 to 65 months post-insertion). | 1 | All relevant study data were retrieved retrospectively from medical records. | 1 | N/A | |
| Schulmeister 2022 | Prospective cohort study | 5 | Four large clinics in the US (different localities). Aimed to recruit all treated. No information given on consent rates, exclusions. | 0.5 | 12 participants excluded from analysis due to not having a documented height at between 10-12 months of GnRHa treatment. | 0 | Information given on whether participant received implant or injection - medical records used. | 1 | Prepubertal adolescents (presumed not to have GD) not receiving hormonal intervention was drawn from the Bone Mineral Density in Childhood Study. | 0.5 | Analyses comparing exposed group to non-exposed group, stratified by sex and controlled for age. Other important covariates such as BMI, ethnicity and baseline hormones were used as covariates. | 1 | 0 | Follow-up carried out between 10-14 months post-treatment. | 1 | Anthropometric and laboratory data collected during clinical care were abstracted from the medical record. | 1 | N/A | |
| Tordoff 2022 | Prospective cohort study | 3.5 | Single-clinic study. 30% of eligible patients did not take part. | 0 | Follow-up rates less than 90% at each follow-up timepoint. | 0 | Data on puberty suppression collected via self-report. | 0 | Drawn from same source as exposed population. | 1 | Gender, but not sex was controlled for as a confounder. Ethnicity was also controlled for. The analysis controlled for receipt of mental health therapy. | 0.5 | 0.5 | 3, 6, 9, 12 month - follow-up not linked to treatment initiation but some participants with sufficient follow-up | 0.5 | Collected via validated scales. | 1 | N/A | |
| van de Grift 2020 | Retrospective cohort study | 5 | Single-clinic study. Patients lost to follow-up (n=68) were excluded. | 0 | Only participants with complete follow-up data were included. | 1 | Registry and patient record data collection used. | 1 | Drawn from same source as exposed group. | 1 | Males and females were analysed separately. Unadjusted analyses were used. | 0.5 | 0 | Initiation of different therapies in treatment protocol indicate most participants followed up for considerable duration. | 0.5 | Data collected as part of routine clinical practice. | 1 | N/A | |
| **Pre-post** | | | | | | | | | | | | | | | | | | | |
| Carmichael 2021 | Prospective pre-post single group study | 4.5 | Included sequentially eligible from single clinic. 44 out of 48 who discussed the study took part. | 0.5 | Very few lost to 12 month follow-up. However, around half lost at 24 months. | 0.5 | Recruitment to study was for treatment in clinic - medical records data. | 1 | N/A | | Sex / gender, puberty status at baseline controlled for in some analyses of continuous variable outcomes but not others. Co-interventions not controlled for. | 0.5 | 0 | Sufficient follow-up period. | 1 | Validated measures for psychosocial / mental health; validated approaches for physiologic measures. | 1 | N/A | |
| Chiniara 2018 | Retrospective pre-post single group study | 3.5 | Single-clinic study, 15/218 excluded due to missing data. | 0.5 | Low follow-up rates reported. | 0 | Retrospective review of medical records. | 1 | N/A | | Separate analyses were conducted by sex. | 0.5 | 0 | Repeat hormonal levels measured after 3.8 ± 1.9 months of initiation of GnRH-a therapy | 0.5 | Validated scales and clinical record data used. | 1 | N/A | |
| de Vries 2011 | Prospective pre-post single group study | 4 | National clinic. 111 prescribed GnRHa. Participants first 70 adolescents who subsequently started hormones. Unclear who excluded were. | 0.5 | Not all 70 provided data. Response across questionnaires: CBCL, YSR: 54; BDI, TPI, STAI, CGAS, and UGS: 41; BIS: 57. | 0 | Information presented on start of treatment - medical records data. | 1 | N/A | | Sex was controlled for. Study does not control for age/puberty stage or co-interventions. | 0.5 | 0 | Time between start of GnRHa and follow-up ranged between 0.42 and 5.06 years. | 1 | Validated measures used. | 1 | N/A | |
| de Vries 2014 | Prospective pre-post single group study | 3.5 | National clinic. 111 prescribed GnRHa. 70 participants approached one-year post-surgery - 55 took part. Large proportion of eligible population missing. | 0 | Only participants with data at all waves were included. Numbers: CGAS 32, BDI 32, TPI 32, STAI 32, CBCL-ABCL 40, YSR ASR 43. UGDS 33, BIS 45. | 0 | Information presented on start of treatment - medical records data. | 1 | N/A | | Separate analyses were conducted by sex, and age was adjusted for. | 1 | 0 | Final follow-up took place one year after surgery. | 1 | All validated scales except 'self-constructed' objective measure of wellbeing. | 0.5 | N/A | |
| Delemarre-van de Waal 2006 | Prospective pre-post single group study | 2.5 | Single clinic, inadequate information on response rates given. | 0 | Inadequate information on follow-up given. | 0 | Follow-up protocol integrated into clinical practice - medical records data. | 1 | N/A | | No adjustment made for age, sex, co-interventions or sociodemographic confounders. | 0 | 0 | Participants were treated for two years or longer. | 1 | Clinical measurements presented, but no information given on how this information was obtained. | 0.5 | N/A | |
| Ghelani 2020 | Retrospective pre-post single group study | 4.5 | National clinic. Only those with complete data included and excluded some based on confounding lifestyle factors such as anorexia or bodybuilding. | 0 | Only those with complete data were included. | 1 | Data was collected as part of routine clinical practice - medical records data. | 1 | N/A | | Seprate analyses carried out by sex. No adjustment made for age or co-interventions or sociodemographic confounders. | 0.5 | 0 | Follow-up was from treatment and up until 12 months. | 1 | Whole-body impedance measured using Tanita Body Composition Analyzer. SDS for lean mass - UK reference data. Height, weight and BMI SDS - UK90 data. | 1 | N/A | |
| Hisle-Gorman 2021 | Retrospective pre-post single group study | 4 | All eligible participants were included from the Military Health System. | 0.5 | No information given on missing data. | 0 | Obtained from pharmacy records. | 1 | N/A | | Analyses adjusted for age and sex. Some important covariates such as parental rank adjusted for. | 1 | 0 | Median follow-up post-treatment was 1.5 years (IQR 0.7 to 2.7). | 0.5 | Outcome data collected from Military Healthcare Data Repository. | 1 | N/A | |
| Joseph 2019 | Retrospective pre-post single group study | 5 | National clinic, participants without complete data were excluded, with no information given on how many were excluded. | 0.5 | Only those with complete data were included in the study. | 1 | Data was collected as part of routine clinical practice. | 1 | N/A | | Separate analyses were carried out for sex. No other covariates were adjusted for. | 0.5 | 0 | All participants were followed up for at least one year post starting GnRHA treatment. | 1 | Assessed as part of clinical practice. | 1 | N/A | |
| Khatchadourian 2014 | Retrospective pre-post single group study | 3 | Single-clinic study, included all patients. | 0.5 | No information given on missing data. | 0 | Data obtained from clinical records. | 1 | N/A | | Descriptive summaries were presented separately for males and females. | 0.5 | 0 | No information given on time between start of treatment and assessment of outcomes. | 0 | Clinical outcomes assessed as part of routine medical care. | 1 | N/A | |
| Klaver 2018 | Retrospective pre-post single group study | 3 | Single-clinic study, participants without whole-body DXA excluded (n=5). 66 participants excluded on different treatment protocol - reason unclear. | 0 | No information given on follow-up rates. | 0 | Data collected from medical records. | 1 | N/A | | Analyses were carried out separately for sex. No other covariates were adjusted for. | 0.5 | 0 | Duration of GnRHA monotherapy median 2.1 years (IQR 1.0-2.8) for birth-registered males and median 1.0 (0.5-2.9) for birth registered females. | 0.5 | Collected from medical records. | 1 | N/A | |
| Klaver 2020 | Retrospective pre-post single group study | 3.5 | Single-clinic study. Excluded those without whole-body DXA and with no consultation in early adulthood. No numbers reported. | 0 | No information given on follow-up timepoint. | 0 | Data collected from medical records. | 1 | N/A | | Separate analyses were carried out for males and females. No other covariates were adjusted for. | 0.5 | 0 | At addition of cross sex hormones - sufficient follow-up indicated by age at starting this. | 1 | Collected from medical records. | 1 | N/A | |
| Klink 2015 | Retrospective pre-post single group study | 4 | Single-clinic study. Only included participants with data available at each timepoint. Number of patients excluded not reported. | 0 | High follow-up rates at final timepoint. | 1 | Detailed information on timing of treatment given. | 1 | N/A | | Separate analyses were carried out for males and females. No other covariates were adjusted for. | 0.5 | 0 | At addition of cross sex hormones - sufficient follow-up for most participants but not all. | 0.5 | Collected from medical records. | 1 | N/A | |
| Kuper 2020 | Prospective pre-post single group study | 2.5 | Single-clinic study that excluded 22/209 patients due to missing follow-up. | 0.5 | Despite those with follow-up data being excluded, less than 90% of participants included in analysis of each outcome. | 0 | Clinician data were entered into a research database. | 1 | N/A | | Hypothesis testing (not separately by age or sex). Regression controlling for demographic and treatment variables planned, but no correlations found between change scores and demographic/treatment variables. | 0 | 0 | No information given on time between start of puberty suppresion and follow-up. | 0 | Validated scales used. | 1 | N/A | |
| Lynch 2015 | Retrospective pre-post single group study | 2.5 | Single-clinic study, not enough information given to ascertain proportion of eligible patients included in study. | 0 | Study makes reference to participants being lost to follow-up, but does not present information on follow-up rates. | 0 | Clinical data extracted from medical records. | 1 | N/A | | Narrative summary presented. | 0 | 0 | Baseline and relevant data from clinic follow-up at 1 and 6-monthly intervals (duration of follow-up not reported) | 0.5 | Extracted from medical records. | 1 | N/A | |
| Navabi 2021 | Retrospective pre-post single group study | 3 | Single-clinic study. Only participants with at least one DXA measurement were included. | 0 | Considerable number not included in analysis. | 0 | Retrospective review of medical records. | 1 | N/A | | Separate analyses carried out for males and females. Unadjusted analyses used. | 0.5 | 0 | Baseline and single follow-up (median 352.5 median days after GnRHa initiation, range 188-676 days) | 0.5 | Outcomes collected via DXA. | 1 | N/A | |
| Neyman 2019 | Retrospective pre-post single group study | 3 | Single-clinic study. No information given on eligibility. | 0 | Less than 90% follow-up for some outcomes. | 0 | Collected from medical records. | 1 | N/A | | Narrative summary presented. Only birth-registered males were included. | 0.5 | 0 | Time between baseline and first follow-up ranged from 2.18 to 8 months. | 0.5 | Extracted from medical records. | 1 | N/A | |
| Olson-Kennedy 2021 | Retrospective pre-post single group study | 4 | Small number of clinics. Participants excluded if they did not have data before and after histrelin implant placement. No information provided. | 0 | Only one participants excluded from one analysis. | 1 | Charts of existing patients who had a histrelin implant in place were reviewed. | 1 | N/A | | Stratified analyses by sex were carried out. No other covariates were adjusted for. | 0.5 | 0 | Baseline and single follow-up (2-12 months after treatment) | 0.5 | Abstracted from the medical record and from the larger study data pool. | 1 | N/A | |
| Perl 2020 | Retrospective pre-post single group study | 5 | Participants ecruited from a national clinic, only 3 participants were excluded due to missing BP data. | 1 | Those with missing data were excluded from the study. | 1 | Medical records data used to identify those on treatment. | 1 | N/A | | Only birth-registered females were included in the study. No information is given on adjustment for baseline variables. | 0.5 | 0 | Baseline, and follow-ups at end of GnRHa treatment (average 3 months SD 1). | 0.5 | Most measures extracted from medical records. BP measured during clinic visit using Welch Allyn Vital Signs Monitor VSM 300 (Welch Allyn, Inc., Beaverton, OR) | 1 | N/A | |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Perl 2021 | Retrospective pre-post single group study | 5 | Participants were recruited from national clinic, only 1 participant was excluded due to missing BP data. | 1 | Those with missing data were excluded from the study. | 1 | Data extracted from medical records. | 1 | N/A | | Only birth-registered males were included in the study. Unadjusted analyses were used. | 0.5 | 0 | Baseline, and follow-ups at end of GnRHa treatment (mean 9 months SD 6). | 0.5 | Most measures extracted from medical records. BP measured during clinic visit using Welch Allyn Vital Signs Monitor VSM 300 (Welch Allyn, Inc., Beaverton, OR) | 1 | N/A | |
| Russell 2021 | Retrospective pre-post single group study | 5 | Two national clinics. Participants with incomplete outcome data were excluded (27/122). | 0.5 | Only participants with complete outcome data were included. | 1 | Details on GnRHa consent given. | 1 | N/A | | The analysis adjusted for sex. No other covariates were adjusted for. | 0.5 | 0 | Baseline and 12 month follow-up (plus / minus 3 months) | 1 | Validated scale used. | 1 | N/A | |
| Schagen 2016 | Prospective pre-post single group study | 4.5 | National clinic. All eligible. | 1 | Low follow-up rates reported. | 0 | Participants excluded based on treatment duration and receipt of medication, which implies access to medical records. | 1 | N/A | | Separate analyses carried out for males and females. Unadjusted analyses used. | 0.5 | 0 | Baseline, and 3, 6, 12, 24 and 36 months | 1 | Detailed information given on laboratory investigations and use DXA provided. | 1 | N/A | |
| Schagen 2018 | Prospective pre-post single group study | 4 | National clinic. No information on consent rates but selected from all eligible. | 0.5 | No information given on follow-up rates. | 0 | Details on duration of treatment provided. | 1 | N/A | | Separate analyses carried out for males and females. No other covariates were adjusted for. | 0.5 | 0 | Analyses used data up to two years post-treatment. | 1 | Detailed information given on laboratory investigations. | 1 | N/A | |
| Schagen 2020 | Prospective pre-post single group study | 5 | National clinic. Small number excluded due to DXA scans not being available at the start of GnRHa. | 1 | No information given on missing data rates at follow-up. | 0 | Detailed treatment protocol provided. | 1 | N/A | | Analyses adjusted for pubertal stage and sex. No other covariates were adjusted for. | 1 | 0 | Analyses presented up to 36 months of treatment. | 1 | Dual-energy x-ray absorptiometry (DXA) using Hologic QDR 4500. Markers of bone formation and resorption used fasting blood samples, drawn on day of DXA. | 1 | N/A | |
| Segev-Becker 2020 | Retrospective pre-post single group study | 3 | National clinic. Consecutive participants recruited. | 1 | No information given on follow-up rates. | 0 | Information on treatment delivery presented. | 1 | N/A | | Some but not all descriptive summaries stratified by gender/sex. Participants were split into pre-pubertal and pubertal groups. | 0 | 0 | No information given on follow-up period. | 0 | Data collected retrospectively from clinical records. | 1 | N/A | |
| Stoffers 2019 | Retrospective pre-post single group study | 4 | Single-clinic study. Only 2/64 participants declined to participate. | 0.5 | High rates of follow-up at 6 months post-treatment, but low rates at 12 and 24 months post-treatment. | 0.5 | Information provides confidence that medical data were used. | 1 | N/A | | Only birth-registered females were included. Unadjusted analyses were used. | 0.5 | 0 | The median duration of follow-up was 12 months (range 5-33 months). | 0.5 | Data collected via chart review. | 1 | N/A | |
| Tack 2016 | Retrospective pre-post single group study | 4 | Single-centre study in country with three clinics. Small number (5 out of 43) excluded due to missing laboratory data. | 0.5 | No information given on follow-up rates at each timepoint. | 0 | Information provides confidence that medical data were used. | 1 | N/A | | Only birth-registered female adolescents were included. Unadjusted analyses were used. | 0.5 | 0 | Data collected 6 and 12 months after start of lynestrenol, | 1 | Data collected as part of clinical follow-up. | 1 | N/A | |
| Tack 2017 | Retrospective pre-post single group study | 4.5 | Single-centre study in country with three clinics. All those who received CA for at least 6 months during study period were included. | 1 | No information given on follow-up rates at each timepoint. | 0 | Information provided on age at start of treatment - medical records data. | 1 | N/A | | Only birth-registered males were included in the study. Unadjusted analyses were used. | 0.5 | 0 | Baseline, 6 and 12 month follow-up with Cyproterone acetate. | 1 | Data collected as part of clinical follow-up. | 1 | N/A | |
| Tack 2018 | Prospective pre-post single group study | 3 | Single-centre study in a country with three clinics. No information on eligibility or consent rates. | 0 | No information given on follow-up rates at each timepoint. | 0 | Mean age at start of treatment given - medical records data. | 1 | N/A | | Separate analyses were carried out for males and females. Unadjusted analyses were used. | 0.5 | 0 | The mean time interval between both examinations was 11.64 (4 to 40) months in birth-registered females and 10.57 (5 to 31) months in birth-registered males. | 0.5 | Detailed information on assessment of outcomes provided. | 1 | N/A | |
| van der Loos 2021 | Retrospective pre-post single group study | 4.5 | Single-clinic study. 123 excluded due to DXA not being available. | 0 | Only participants who had a DXA were included. | 1 | Information presented on start of treatment - medical records data. | 1 | | | Separate analyses were carried out for males and females. Analyses were stratified by puberty stage. | 1 | 0 | Some participants received GnRHA alone for less than one year. | 0.5 | Detailed information on DXA testing given. | 1 | N/A | |
| Vlot 2017 | Retrospective pre-post single group study | 3.5 | Single-clinic study. A large number of eligible participants were excluded due to incomplete data. | 0 | Data indicates that more than 10% were missing data for outcomes. | 0 | Data collection took place at point of treatment. | 1 | N/A | | Analysis stratified on sex and bone age. Unadjusted analsyses were used. | 1 | 0 | Age ranges given at each timepoint indicate follow-up sufficient for some patients. | 0.5 | Detailed information on DXA testing provided. | 1 | N/A | |
| Waldner 2022 | Retrospective pre-post single group study | 4.5 | 15 out of 48 patients excluded due to incomplete data. | 0 | Only participants with complete data were included. | 1 | Retrospective chart review of medical records. | 1 | N/A | | The mean post-Lupron QTc was presented separately for patients assigned male and assigned female at birth. | 0.5 | 0 | Stated that time between baseline and follow-up was at least 6 weeks, but no further information given. | 0 | Assessed as part of clinical practice. | 1 | Table 3 shows QTC range was 384-454ms. | 1 |
| **Cross-sectional** | | | | | | | | | | | | | | | | | | | |
| Arcelus 2016 | Cross-sectional study with controls | 3.5 | 299 eligible patients - 31 did not answer questions regarding NSSI and were excluded. National clinic. | 1 | More than 10% excluded from analysis - no information provided on those or explanation. | 0 | Self-reported data on treatments received prior to assessment at adult clinic. | 0 | Those not treated with hormones from same clinic sample. | 1 | Controlled for gender, self-esteem, transphobia, interpersonal problems, social support. | 0.5 | 0 | N/A | | Validated assessment tools used. | 1 | N/A | |
| Burke 2020 | Cross-sectional study with controls | 5 | Single clinic population - no information provided about recruitment and response, or number of eligible individuals. | 0 | All participants included in analysis. | 1 | Clinic data used to select / categorise treatment groups. | 1 | Two control groups - treatment naïve adolescents from same source and adolescent controls, which were appropriate for examining this outcome. | 1 | Controlled for puberty stage / age, sex assigned at birth but no other treatments. Cross-sectional so no baseline control. | 1 | 0 | N/A | | Standard assessment - equipment and procedure explained in full - same applied to all participants (treatments and controls). | 1 | N/A | |
| Fontanari 2020 | Cross-sectional study with controls | 3 | Self-selecting survey. | 0 | All participants who completed survey were included in the analysis. | 1 | Self-report. | 0 | Non-exposed group from same survey sample. | 1 | No adjustment made for age, sex, co-interventions or sociodemographic confounders. | 0 | 0 | N/A | | Validated scales used. | 1 | N/A | |
| Nokoff 2021 | Cross-sectional study with controls | 3.5 | Single-clinic study. No information provided on consent rate. | 0 | All participants included in analysis according to table data. | 1 | No information provided on ascertainment of treatment exposure. | 0 | Adolescents from Colorado RESistance to InSulin in Type 1 ANd Type 2 diabetes (RESISTANT) study and the Health Influences in Puberty (HIP) study. | 0.5 | Separate analyses were carried out for sex, and analyses matched on age. Analyses also matched on BMI. | 1 | 0 | N/A | | Body composition measured using DXA and detailed information on laboratory assays provided. | 1 | N/A | |
| Staphorsius 2015 | Cross-sectional study with controls | 2.5 | Single-clinic study. No information given on consent rates. | 0 | Considerable number removed from analysis. | 0 | Information on treatment delivery presented. | 1 | Self-selective sample from friends and siblings of participants with GD. | 0 | ANOVA was used to examine differences in accuracy and reaction time. An analysis using ANCOVA examined the effect of IQ on group differences. | 0.5 | 0 | N/A | | The Tower of London Test was used. Detailed information is provided fMRI analysis. | 1 | N/A | |
| Strang 2022 | Cross-sectional study with controls | 4 | Shared study protocol in two locations. No information given on consent rates. | 0 | Only those with complete report forms were included. | 1 | Collected through parent and self-report, and only verified when dates not fully recalled by families. | 0 | Drawn from same population as exposed group. | 1 | Analyses adjusted for assigned sex and age. Membership in the puberty suppression group included those who had ever taken it, including those in current receipt and those who were now taking cross-sex hormones. | 1 | 0 | N/A | | Validated scales and evaluations used. | 1 | N/A | |
| Turban 2020 | Cross-sectional study with controls | 3 | National survey covering all 50 states in collaboration with 400+ lesbian, gay, bisexual and transgender organisations. | 1 | No information given on number of participants excluded from analyses due to missing data. | 0 | Self-reported by participants. | 0 | Drawn from same population as exposed group. | 1 | Age and sex were not adjusted for. Education level, employment status, and total household income were adjusted for. | 0.5 | 0 | N/A | | One validated scale used, the rest appear to be bespoke for the study. | 0.5 | N/A | |
| van der Miesen 2020 | Cross-sectional study with controls | 5.5 | Nearly all patients included from a national service. | 1 | Only participants who completed the questionnaire were included. | 1 | Questionnaires were completed during clinical assessments. | 1 | Group with GD who had not received puberty suppresants drawn from same source as exposed group. | 1 | An analysis controling for gender and age confirmed the group effects. | 1 | 0 | N/A | | A validated scale was used (YSR). An ad hoc peer relations scale was created using 3 items of the YSR. | 0.5 | N/A | |