# EXHIBIT 89



**OPEN ACCESS**

Original research

# Masculinising and feminising hormone interventions for adolescents experiencing gender dysphoria or incongruence: a systematic review

Jo Taylor ⓘ , Alex Mitchell, Ruth Hall, Trilby Langton, Lorna Fraser, Catherine Elizabeth Hewitt ⓘ

► Additional supplemental material is published online only. To view, please visit the journal online (https://doi.org/10.1136/archdischild-2023-326670).

Department of Health Sciences, University of York, York, YO10 5DD, UK

**Correspondence to**
Dr Jo Taylor, Department of Health Sciences, University of York, York, YO10 5DD, UK; dohs-gender-research@york.ac.uk

Received 30 November 2023
Accepted 16 February 2024



► https://doi.org/10.1136/archdischild-2023-326112
► https://doi.org/10.1136/archdischild-2023-326347
► https://doi.org/10.1136/archdischild-2023-326348
► https://doi.org/10.1136/archdischild-2023-326500
► https://doi.org/10.1136/archdischild-2023-326499
► https://doi.org/10.1136/archdischild-2023-326760
► https://doi.org/10.1136/archdischild-2023-326681
► https://doi.org/10.1136/archdischild-2023-326669



© Author(s) (or their employer(s)) 2024. Re-use permitted under CC BY-NC. No commercial re-use. See rights and permissions. Published by BMJ.

**To cite:** Taylor J, Mitchell A, Hall R, et al. Arch Dis Child Epub ahead of print: [please include Day Month Year]. doi:10.1136/archdischild-2023-326670

## ABSTRACT

**Background** Clinical guidelines outline the use of hormones for masculinisation/feminisation in adolescents experiencing gender dysphoria or incongruence. Robust evidence concerning risks and benefits is lacking. There is a need to aggregate evidence as research becomes available.

**Aim** Identify and synthesise studies assessing the outcomes of hormones for masculinisation/feminisation in adolescents experiencing gender dysphoria/incongruence.

**Methods** Systematic review and narrative synthesis. Database searches (MEDLINE, Embase, CINAHL, PsycINFO, Web of Science) were performed in April 2022, with results assessed independently by two reviewers. An adapted version of the Newcastle-Ottawa Scale for Cohort Studies was used to assess study quality. Moderate- and high-quality studies were synthesised.

**Results** 12 cohort, 9 cross-sectional and 32 pre-post studies were included (n=53). One cohort study was high-quality. Other studies were moderate (n=33) and low-quality (n=19). Synthesis of high and moderate-quality studies showed consistent evidence demonstrating induction of puberty, although with varying feminising/masculinising effects. There was limited evidence regarding gender dysphoria, body satisfaction, psychosocial and cognitive outcomes, and fertility. Evidence from mainly pre-post studies with 12-month follow-up showed improvements in psychological outcomes. Inconsistent results were observed for height/growth, bone health and cardiometabolic effects. Most studies included adolescents who received puberty suppression, making it difficult to determine the effects of hormones alone.

**Conclusions** There is a lack of high-quality research assessing the use of hormones in adolescents experiencing gender dysphoria/incongruence. Moderate-quality evidence suggests mental health may be improved during treatment, but robust study is still required. For other outcomes, no conclusions can be drawn. More recent studies published since April 2022 until January 2024 also support the conclusions of this review.

**PROSPERO registration number:** CRD42021289659.

## INTRODUCTION

Over the last 10-15 years, there has been a rise in the number of children and adolescents being referred to specialist paediatric gender services.[1][2] Clinical guidelines for managing

**WHAT IS ALREADY KNOWN ON THIS TOPIC**

⇒ Increasing numbers of children and adolescents experiencing gender dysphoria/incongruence are being referred to specialist gender services.
⇒ National and international guidelines outline the use of hormones for masculinisation or feminisation in adolescents experiencing gender dysphoria/incongruence.
⇒ Several systematic reviews report a limited evidence base for initiating these treatments during adolescence, and uncertainty about benefits, risks and long-term effects.

**WHAT THIS STUDY ADDS**

⇒ There is a lack of high-quality research assessing the outcomes of hormones for masculinisation or feminisation in adolescents experiencing gender dysphoria/incongruence.
⇒ There is limited or inconsistent evidence regarding gender dysphoria, body satisfaction, psychosocial and cognitive outcomes, fertility, height/growth, bone health and cardiometabolic effects.
⇒ There is moderate-quality evidence from mainly pre-post studies that hormone treatment may in the short-term improve psychological health.

**HOW THIS STUDY MIGHT AFFECT RESEARCH, POLICY OR PRACTICE**

⇒ There is a lack of high-quality evidence to support the initiation of hormones for masculinisation or feminisation in adolescents experiencing gender dysphoria/incongruence. Agreement on core outcomes and high-quality research are needed.

gender dysphoria/incongruence recommend assessment and psychosocial care to alleviate gender-related distress and any co-occurring difficulties. For pubertal adolescents, medications to suppress puberty in early to mid-adolescence followed by hormones that induce feminisation/masculinisation are outlined in what is described as a staged model of care. These interventions, often referred to as cross-sex hormones or gender-affirming hormones, comprise testosterone for birth-registered females and oestrogen for birth-registered males, which is sometimes given in combination with gonadotropin-releasing



Arch Dis Child: first published as 10.1136/archdischild-2023-326670 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

**Original research**

hormone analogues (GnRH-a), progestins, or other medications with anti-androgenic properties.[3][4]

In early treatment protocols and clinical guidelines, treatments for feminisation/masculinisation were offered from age 16, and mainly in adulthood.[5][6] Over the last decade, guidelines have broadened these criteria, for example, removing minimum age[4][7][8] and making changes to the requirement of a diagnosis of gender dysphoria (Diagnostic and Statistical Manual of Mental Disorders 5th edition, DSM-5), being replaced by gender incongruence (International Classification of Diseases 11th revision, ICD-11).[3] In a study of 1766 children and adolescents receiving care at a national gender service in the Netherlands (1997–2018), 202 birth-registered males and 454 birth-registered females received hormones at a median age of 16.0 (IQR 15.5–17.1) and 16.7 (16.0–17.5), respectively.[9] In the UK, the mean age of consent for treatment was 17.3 (SD 0.1).[10]

Robust evidence concerning the risks and benefits of initiating hormones during adolescence is lacking. Several systematic reviews have found mainly low-quality or limited evidence.[11–20] Due to the proliferation of research in this area, there is a need to update systematic reviews as evidence becomes available. This systematic review aims to synthesise evidence published up to April 2022 that reports outcomes of feminising/masculinising hormones in adolescents experiencing gender dysphoria/incongruence.

## METHODS

The review forms part of a linked series examining the epidemiology, care pathways, outcomes and experiences of children and adolescents experiencing gender dysphoria/incongruence and is reported according to Preferred Reporting Items for Systematic review and Meta-Analysis guidelines.[21] The protocol was registered on PROSPERO (CRD42021289659).[22]

### Search strategy

A single search strategy was used to identify studies comprising two combined concepts: 'children', which included all terms for children and adolescents; and 'gender dysphoria', which included associated terms such as gender-related distress and gender incongruence, and gender identity terms including transgender, gender diverse and non-binary.

MEDLINE (online supplemental table S1), Embase and PsycINFO through OVID, CINAHL Complete through EBSCO and Web of Science (Social Science Citation Index) were searched (13–23 May 2021; updated 27 April 2022).

Reference lists of included studies and relevant systematic reviews were assessed.[11–20]

### Inclusion criteria

The review included published research that reported outcomes of hormones used for masculinisation/feminisation in adolescents experiencing gender dysphoria/incongruence (table 1).

### Selection process

Results of all searches were uploaded to Covidence[23] and screened independently by two reviewers. Full texts of potentially relevant articles were reviewed against inclusion criteria by two reviewers independently. Disagreements were resolved through discussion or by a third reviewer.

| Table 1 | Inclusion and exclusion criteria |
| --- | --- |
| Population | Children and/or adolescents aged 0–18 experiencing gender dysphoria, gender incongruence or referral to a gender identity service. Studies of adults or a mixed population of adolescents and adults where treatment was initiated in adolescence (<18). |
| Intervention | Masculinising or feminising hormone treatments. |
| Comparator | Any or none. |
| Outcomes | Pubertal development, side effects, gender dysphoria or other gender-related outcomes, psychological health, physical health, psychosocial outcomes, cognitive outcomes, fertility. |
| Study design | Clinical trials, cohort studies, case–control studies, cross-sectional studies, pre–post single-group design studies or service evaluations that provided treatment outcome data. Case studies and case series were excluded. |
| Publication | Studies published in the English language in a peer-reviewed journal. Conference abstracts were excluded. |

### Data extraction

Data on study characteristics, methods and outcomes were extracted into pre-piloted data extraction templates by one reviewer and second-checked by another.

### Study quality

Critical appraisal was undertaken by two reviewers independently, with consensus reached through discussion or involvement of a third reviewer.

Quality was assessed using a modified version (online supplemental file 1) of the Newcastle-Ottawa Scale for cohort studies, a validated scale of eight items covering three domains: selection, comparability and outcome.[24] Scale modification included not scoring certain question(s) for cross-sectional or single-group designs, or particular outcomes; specification of key confounders to assess comparability of cohorts; guidance regarding sufficiency of follow-up; and use of numerical scores for items and overall (maximum score 9 for cohorts, 8 for pre–post and cross-sectional studies with a comparator). Total scores are presented as percentages to account for different total scores (≤50% low, >50–75% moderate, >75% high quality).

### Synthesis

Narrative synthesis methods were used because of heterogeneity in study design, intervention, comparator, outcome and measurement. Low-quality studies were excluded from the synthesis due to the high risk of bias. For studies that reported outcomes for both puberty suppression and hormones, only the findings relating to hormones were synthesised.

Outcomes were grouped into distinct and clinically meaningful categories for synthesis, based on what had been measured across the studies in addition to the a priori categories informing the review. Care was taken to differentiate between different study designs, comparators and interventions. Where possible, potential differences by birth-registered sex, and treatment duration/initiation were examined.

## RESULTS

Database searches yielded 28 147 records, 3181 of which were identified as potentially relevant for the linked systematic reviews, and full texts reviewed. From these, 53 studies met the inclusion criteria for this review (figure 1).

Taylor J, et al. Arch Dis Child 2024;0:1–9. doi:10.1136/archdischild-2023-326670

Arch Dis Child: first published as 10.1136/archdischild-2023-326670 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.



**Figure 1**   Study flow diagram.

Arch Dis Child: first published as 10.1136/archdischild-2023-326670 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

## Study characteristics

Studies were published from 2006 to 2022 (with 60% from 2020 to 2022 (n=32)), and conducted in the Netherlands (n=17),[25–41] US (n=24),[42–65] Israel (n=3),[66–68] Belgium (n=2),[69 70] Canada (n=2)[71 72] and one in Brazil,[73] Finland,[74] Germany,[75] Spain[76] and the UK[77] (online supplemental table S2).

Of the 53 studies, 12 were cohorts comparing adolescents experiencing gender dysphoria/incongruence receiving hormones with a comparator,[34 37–39 42 43 46 49 54 64 75 76] 9 cross-sectional with comparator[25 45 50 51 57 60 65 73 77] and 32 pre–post designs.[26–33 35 36 40 41 44 47 48 52 53 55 56 58 59 61–63 66–72 74] Over half of the studies (n=30) used retrospective chart review.

All but five studies recruited adolescents experiencing gender dysphoria/incongruence from specialist gender or endocrinology services: 46 from single clinics (in Belgium, Israel, Netherlands and the UK these were large regional/national services), and 2 from multiple US clinics. Of the remaining five, four were US studies (national survey recruiting via community settings,[65] clinical and community settings,[45] social media platforms,[50] US Military Healthcare Data Repository[47]). The final study from Brazil recruited via Facebook.[73]

Overall, the studies included 40 906 participants, of which 22 192 were adolescents experiencing gender dysphoria/incongruence (8164 received hormone treatments and 14 028 did not), and 18 714 comparators. Comparator groups included adolescents who had either not received hormones or received it in adulthood[34 39 42 43 45 46 49–51 65 73 75 78]; adolescents not experiencing gender dysphoria/incongruence[37 38 57 60 64 76]; both comparators[25]; or studies comparing those receiving hormones alone with those receiving it in combination with GnRH-a/progestins/anti-androgens.[54]

The most frequently reported outcomes were physical health outcomes (n=29) and puberty development (n=25) (figure 2, online supplemental table S3). Side effects, bone health and fertility were measured in six, five and one study, respectively. Psychological health was measured in 15 studies, psychosocial in 7 and cognitive/neurodevelopmental outcomes in 4. Gender-related outcomes and body image were each measured in three studies.

## Study quality

One cohort study measuring side effects only was rated as high-quality,[54] 33 were moderate[25 30–41 45 47 48 50–53 55 56 59–63 66 67 69 70 74 76] and 19 low.[26–29 42–44 46 49 57 58 64 65 68 71–73 75 77] Of the 12 cohort studies, (the only studies to include a comparator group and assess outcomes over time), 6 were rated as high or moderate quality (figure 2, online supplemental table S4).[34 37–39 54 76]

In most studies, there were concerns about the representativeness of the population due to single-site recruitment, selective inclusion and/or poor reporting of the eligible population. In the 21 studies including a comparator, most did not report or control for key differences between groups, and only 6 used matched controls.[25 37 38 60 64 76] Most studies presented results separately by birth-registered sex or controlled for this, but few controlled for age, Tanner stage or co-interventions.

Overall, studies used appropriate methods to ascertain exposure and assess outcomes. Follow-up was adequate in 22 studies, with others not reporting clear information, or follow-up varying between participants or not linked to treatment initiation. Missing data at follow-up/analysis or poor reporting of this affected many studies.

Three studies did not report separate outcomes for adolescents receiving puberty suppression or hormones (one was moderate quality and excluded from synthesis).[47 73 77] One moderate-quality study assessing the amplitude of click-evoked otoacoustic emissions was excluded from the synthesis due to not being clinically relevant.[25]

Arch Dis Child: first published as 10.1136/archdischild-2023-326670 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

**Original research**



**Figure 2** Outcome categories by study quality and design.

## Synthesis of outcomes

### Gender dysphoria and body satisfaction
One cohort study measured gender dysphoria pre–post, and reported a reduction in dysphoria with no participants in clinical range at follow-up.[76] One cross-sectional study measured body satisfaction in birth-registered females and reported lower dissatisfaction in those receiving hormone treatment compared with those who had not[51] (online supplemental table S5).

### Psychological health
Five studies (one cohort,[76] two pre–post[48 74] and two cross-sectional[50 51]) measured psychological health. In four studies, participants had received hormones for ~12 months at follow-up. One cross-sectional study did not report treatment duration.[50] Reported outcomes were depression (n=4), anxiety (n=3), suicide and/or self-harm (n=4), need for specialist-level psychiatric treatment for different mental health difficulties (n=1) and internalising and externalising symptoms (n=1) (online supplemental table S5).

Studies found a reduction in depression and anxiety at follow-up (cohort[76]) and for birth-registered females receiving hormones compared with females not receiving hormones (cross-sectional[51]), but levels were higher when compared with adolescents not experiencing gender dysphoria/incongruence (cohort[76]). Lower treatment needs for depression and anxiety were reported after treatment in a pre–post study.[74] A cross-sectional study reported lower levels of depression in adolescents who had received hormones compared with those who had wanted hormones but had not received them.[50]

A pre–post study found no changes in treatment need for conduct problems, psychotic symptoms/psychosis, substance abuse, autism spectrum condition, attention-deficit hyperactivity disorder or eating disorders,[74] but two pre–post studies found

a reduction in treatment needs for (or lower levels of) suicidality/self-harm.[48 74] Two cross-sectional studies found conflicting results: those receiving hormones were less likely to have seriously considered/attempted suicide compared with adolescents not receiving hormones,[50] and in birth-registered females there was no difference between groups.[51]

One cohort study reported a significant decrease in total psychological difficulties and scores for hyperactivity, emotional and conduct problems, with fewer participants in borderline and abnormal ranges at follow-up.[76] Compared with adolescents not experiencing gender dysphoria/incongruence, psychological difficulties were higher at baseline but similar at follow-up.

### Psychosocial functioning
A cohort study reported no change in family functioning or peer problems but more peer problems when compared with adolescents not experiencing gender dysphoria/incongruence.[76] A small improvement was reported in prosocial skills.[76] A pre–post study measured peer relations, living arrangements, school/work participation, romantic involvement and competence in managing everyday matters, with the only changes being a decrease in participants living with parents/guardians at follow-up and a small decrease in normative peer relationships.[74] A pre–post study reported an increase in well-being after receipt of hormones[48] (online supplemental table S5).

### Cognitive outcomes
Two cohort studies of birth-registered females assessed whether exogenous testosterone-induced changes reflect sex-based differences in brain activity. One study measured visuospatial working memory, and found no difference in performance between those treated and female and male controls not experiencing gender

Taylor J, et al. Arch Dis Child 2024;0:1–9. doi:10.1136/archdischild-2023-326670

dysphoria/incongruence, but did observe stronger frontal and parietal activation at follow-up in male controls and those treated.[38] The second study measured amygdala activation, observing slightly more rightward lateralisation following treatment, and similar lateralisation in those treated compared with female and male controls who did not change.[37]

Amygdala activation was also assessed in a cross-sectional study of birth-registered females, finding greater activation and increased connectivity between the amygdala and prefrontal cortex in those receiving hormones compared with those who had not.[51]

A cross-sectional study found those receiving hormones had better executive functioning, cognitive flexibility and working memory compared with a group not receiving hormones[45] (online supplemental table S5).

### Physical health outcomes
#### Bone health
Four pre–post studies[30 32 33 36] measured bone health. Two reported an increase at follow-up in absolute measures of bone density and SD scores[32 33] (one included birth-registered females only[33]), and two reported no change in these and/or bone biomarkers, although these included small samples[30 36] (online supplemental table S6).

#### Cardiometabolic health
Body mass index (BMI) and/or a standardised measure (BMI SD/z score or percentile) was reported in 16 studies (1 cohort,[34] 14 pre–post[30 33 35 40 53 55 56 61 63 66 67 69 70] and 1 cross-sectional[60]), showing no change overall but some inconsistencies (online supplemental table S6).

For birth-registered males, one study reported an increase in SD score,[30] one a decrease[40] and two no change.[66 70] All reported no clinically significant change in BMI.[30 40 66 70] Four studies only reported BMI: three found no change[53 56 62] and one reported an increase for participants starting GnRH-a in early puberty prior to initiating hormones.[35]

For birth-registered females, two studies reported an increase in SD score[30 69] and four no change.[33 55 63 67] All but one of these, which found an increase in BMI as well as SD score,[69] reported no change in BMI.[33 55 63 67] Five studies only reported BMI: four found no change,[53 56 61 62] and one an increase in the early puberty group.[35]

A cross-sectional study of both sexes found no difference in BMI percentile between those receiving hormones compared with controls,[60] and a single cohort study found those who started hormones earlier had a lower BMI (although not clinically significant) than those who started treatment later.[34]

Seven pre–post studies assessed cholesterol markers: three reported a decrease in high-density lipoprotein (HDL),[33 53 55] one an increase[62 70] and three no change.[61 69 70] A cross-sectional study found that birth-registered females receiving hormones had lower HDL than controls, whereas birth-registered males had higher HDL than controls.[60]

Eight pre–post studies measured blood pressure[33 40 53 61 62 66 67] and one hypertension,[55] all reported no clinically significant change. One cross-sectional study found similar blood pressure in adolescents receiving hormones compared with adolescents not experiencing gender dysphoria/incongruence.[60]

Six studies measured HbA1c (glycated haemoglobin),[33 40 53 60 69 70] four glucose levels,[60 62 69 70] three fasting insulin[60 69 70] and two homeostatic model assessment (HOMA) index.[60 69] One cross-sectional study reported differences between birth-registered males and controls in the inverse of fasting insulin (lower) and HOMA insulin resistance (higher) compared with controls.[60] No changes were reported by other studies.

#### Other parameters
Twelve studies assessed other physiological parameters obtained from blood tests (11 pre–post[31 33 40 41 53 55 56 61 62 69 70] and one cross-sectional[60]; (online supplemental table S6)): dehydroepiandrosterone sulfate (n=3), androstenedione (n=2), creatinine (n=6), estimated glomerular filtration rate (n=1), prolactin (n=5), alanine transaminase (n=8), aspartate transaminase (n=8), g-glutamyl transferase (n=1), haematocrit (n=7), serum urea nitrogen (n=1), haemoglobin (n=7), potassium (n=1), vitamin D (n=1), thyroid stimulating hormone (n=3), free thyroxin (n=3), anti-Müllerian hormone (n=1), alkaline phosphatase (n=2), sex hormone binding globulin (n=4), free androgen index (n=1) and urea (n=1). For most outcomes there were no changes pre–post or differences between groups; where there were changes results were inconsistent.

One pre–post study found no occurrence of thrombosis after masculinising/feminising hormones.[59]

### Pubertal development
#### Hormone levels
Fifteen studies measured hormone levels (2 cohort,[37 38] 12 pre–post[33 35 40 53 55 59 61 62 66 67 69 70] and 1 cross-sectional[60]), 7 studies in birth-registered females,[33 37 38 55 61 67 69] 3 in birth-registered males[40 66 70] and 5 both (online supplemental table 7).[35 53 59 60 62]

All pre–post studies and a cohort reporting pre–post data found increased/heightened testosterone and oestradiol in birth-registered females and males.[33 35 40 53 55 59 61 62 66 67 69 70] Three studies (two cohort and one cross-sectional) found testosterone levels in birth-registered females receiving hormones were higher than female controls but lower than male controls.[37 38 60] The cross-sectional study reported similar oestradiol levels in birth-registered males receiving hormones and female controls, and higher levels compared with male controls.[60] Luteinising and follicle-stimulating hormones remained constant or decreased slightly.[33 40 60 66 67 69 70]

In birth-registered females, three studies reported increases in oestradiol,[33 35 67] two no change[53 69] and three reported decreases[55 61 62] (with varying follow-up across studies). In birth-registered males, one study reported no change in testosterone,[66] four a decrease[35 53 62 70] and one observed higher testosterone levels compared with female but lower compared with male controls.[60]

#### Induced pubertal progression
Four pre–post studies with at least 12 months follow-up measured pubertal development,[33 36 40 70] and three Tanner breast stage (online supplemental table 7).[36 40 70] Two observed an increase in breast volume in birth-registered males after hormones,[40 70] although objectively breast volume was small,[70] and another reported no change in breast volume in birth-registered females.[36] One study of birth-registered females reported an increase in facial, abdominal, chest and extremities hair, and voice deepening in all participants at follow-up.[33] Another reported no change in Tanner genital stage in birth-registered males,[36] and no change in Tanner pubic hair stage for both.[36]

Arch Dis Child: first published as 10.1136/archdischild-2023-326670 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

### Menstrual suppression

Three pre–post studies reported suppression in most participants (online supplemental table 7): 85% cessation after 6 months,[61] 80% no breakthrough bleeding at 12 months[52] and nearly all reported suppression on 200 mg of subcutaneous testosterone, although just over half reported suppression on 140 mg (median follow-up 1.9 years).[55]

### Height/growth

One cohort[34] and six pre–post studies[30 33 35 36 40 70] reported height and/or height SD score, showing mixed results (online supplementary material S7).

For birth-registered males, two studies reported an increase in height SD score[30 70] and one no change.[40] Three studies reported an increase in absolute height.[30 36 40] An increase was observed in height SD when using affirmed-gender references.[40]

For birth-registered females, two studies reported no change in height SD score,[30 33] and three reported an increase in absolute height.[30 33 36]

One study reported that birth-registered females who received hormones earlier and for longer, were taller than those who started treatment later. There was no difference for birth-registered males.[34] All participants in the study had first received puberty suppression. A second study found that for both sexes, the average height at follow-up was higher in those who started hormone treatment earlier.[35]

### Body composition/shape

Birth-registered females receiving testosterone had lower body fat percentage and fat mass, and higher lean tissue percentage and lean mass than female controls not experiencing gender dysphoria/incongruence, and the converse compared with males controls.[60] Higher body fat percentage and fat mass and lower lean tissue percentage were seen for birth-registered males compared with male controls, and the converse compared with females controls (online supplemental table 7).

A pre–post study in birth-registered males reported no change in fat mass after 2 years of treatment, but at 3 years it was higher compared with baseline (online supplemental table 7). Both fat percentage and lean body mass percentage remained the same.[40] The same study reported a decrease in absolute and SD score for waist–hip ratio (compared with reference data for males and females), a decrease in SD score but no absolute change in waist circumference, and no change in SD score but an absolute increase in hip circumference.[40]

### Bone age and geometry

Two pre–post studies measured bone age and reported an increase after treatment (online supplementary material S7).[36 40] In birth-registered males who started GnRH-a in mid-puberty or late-puberty prior to initiating hormones, there was an increase in subperiosteal width and endocortical diameter, but not in those who started this treatment in early puberty.[35] For birth-registered females, there was no evidence of change.

### Fertility

One cohort study measured fertility in birth-registered males by comparing orchiectomy specimens of those who started hormone treatment at Tanner stage 2/3, 4/5 or in adulthood, with all adolescents first receiving puberty suppression (online supplementary table S6).[39] Mature spermatozoa were only encountered in those who started this treatment at Tanner stage 4 or higher. Immature germ cells were present in all those

treated in early puberty. Duration of hormone treatment did not influence study outcomes.

### Side effects

Four studies reported side effects (one cohort[54] and three pre–post[55 69 70]). Three studies of birth-registered females reported an increase in acne at follow-up.[54 55 69] One study also reported mood changes, elevated red blood markers and increased appetite as common, with headaches, hot flashes, fatigue and hair loss less commonly reported.[54] One study reported a slight increase in metrorrhagia after adding testosterone following <6 months of lynestrenol.[69]

Breast tenderness was commonly reported in two studies of birth-registered males,[54 70] with less common reports of increased liver enzymes and oestradiol levels above the normal limit,[54 70] and mood swings and increased appetite frequently reported.[70] The cohort study reported similar side effect profiles in those receiving GnRH-a concurrently with hormones and those receiving hormones alone.[54]

## DISCUSSION

This systematic review identified 53 studies reporting outcomes for feminising/masculinising hormones for adolescents experiencing gender dysphoria/incongruence. Only 6 of the 12 cohort studies were rated as high or moderate quality.[34 37–39 54 76]

There was evidence from multiple studies that exogenous hormones increase hormone levels and to varying degrees induce pubertal development, with potential differences depending on birth-registered sex and timing of treatment. Inconsistent results were found for height/growth, bone health and cardiometabolic health. There was insufficient evidence regarding changes to gender dysphoria, body satisfaction, psychosocial and cognitive outcomes, or fertility (no study assessed fertility in birth-registered females). These findings add to other systematic reviews in concluding there is insufficient and/or inconsistent evidence about the risks and benefits of hormone interventions in this population.[11–20]

Regarding psychological health, evidence from mainly pre–post studies suggests hormones are associated with improvements in depression, anxiety and other mental health difficulties after 12 months of treatment, although there were inconsistencies regarding suicidality and/or self-harm, with three of four studies reporting an improvement and one no change. Concerns about study representativeness and comparability of control groups (where used) mean these findings must be interpreted with caution. Well-designed robust studies that control for key confounding factors with longer-term follow-up are needed.

Over half of the studies reported the effects of both puberty suppression and hormones. In adolescents, GnRH-a often continues during hormone treatment.[9] For adolescents who do not first receive puberty suppression, GnRH-a or another anti-androgenic treatment may be offered at the initiation of hormones although the reasons for this are unclear.[9] Although recent studies suggest most adolescents who proceed with hormones will receive puberty suppression before this,[9 10 80] research that robustly compares outcomes for adolescents on this treatment pathway versus receiving hormones alone is needed, especially given recent studies suggesting the effect on secondary sex characteristics and fertility may be different.[34 39]

Agreement about core aims and outcomes for hormone interventions for adolescents would facilitate future aggregation of evidence. Included studies assessed multiple different outcomes across various domains. The rationale for cognitive outcomes

Arch Dis Child: first published as 10.1136/archdischild-2023-326670 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

varied, with some studies primarily focusing on sex-based differences presumed from wider research.[81] Few studies examined whether hormones influence cognitive development in adolescence, which is identified as a key area of uncertainty.

Clinicians should ensure that adolescents considering hormone interventions are fully informed about the potential risks and benefits including side-effects, and the lack of high-quality evidence regarding these. In response to their own evidence review, the Swedish National Board of Health and Welfare now recommends that hormone treatments should only be provided under a research framework, a key aim for which is to develop a stronger evidence base.[82] As they point out, this approach is common practice in other clinical specialties, where to receive treatments for which the benefits and risks are uncertain, patients must take part in research.

### Strengths and limitations

Strengths include a published protocol with robust search strategies, and comprehensive synthesis of high-quality and moderate-quality studies. Poor study reporting may have resulted in moderate-quality studies being rated as low-quality and excluded from the synthesis. As searches were conducted to April 2022 this review does not include more recently published studies. However, this review draws similar conclusions to other reviews despite including numerous additional studies. Of other studies published since April 2022 until January 2024, very few used a cohort design or an appropriate comparator and were of similar low-quality to moderate-quality. Of those likely to contribute new data to the synthesis, five focused on bone health and growth,[83–87] one on cardiometabolic risk[88] and two assessed psychological health,[89 90] one of which also assessed life satisfaction and congruence with gender identity and appearance,[89] and the other additionally assessed body image and sex-typed brain activity.[90]

All three studies assessing bone health examined changes over time for participants treated with GnRH-a followed by hormones and found, overall, that after hormone treatment, bone mineral density scores were in line with expected maturation, despite a deceleration during GnRH-a treatment.[83 86 87] Two of these studies also found that height growth was not affected following hormone treatment,[84 87] and this was found in a third study as well.[85] The increasing number of studies assessing bone health and height growth potentially indicate that following hormone treatment, bone health is in line with expected maturation and height growth is not affected. However, there remains uncertainty about these outcomes due to the lack of high-quality studies that use a longitudinal design and appropriate comparator with longer-term follow-up.

A single new study assessed changes in body composition.[83] It found an increase in lean body mass z-scores and a decrease in fat mass z-scores during the first year of treatment in birth-registered females, which remained stable over 3 years of treatment. For birth-registered males, there was a slight decrease in lean mass z-scores in the first year which remained stable over time, but little change in fat mass z-scores. This study adds to the limited evidence base for body composition, but no conclusions can be drawn due to the inconsistency in results across studies.

One study examined whether receipt of hormone interventions was associated with cardiometabolic-related diagnoses and found that certain diagnoses were more likely in birth-registered females receiving testosterone, suggesting that cardiometabolic health may be compromised in this group.[88] However, it is the only study that has examined diagnoses rather than

cardiometabolic markers, and it used a cross-sectional design, therefore no conclusions can be drawn about these outcomes.

Two studies measured psychological health.[89 90] They both found lower levels of anxiety and depression for birth-registered females, in one study during 2 years after hormone initiation,[89] and in the other when compared with those not receiving hormones,[90] which also found lower levels of suicidality in those receiving hormones but no difference for internalising symptoms.[90] Overall, no differences for birth-registered males were observed for the same outcomes in both studies, although one study found that for both sexes, taking hormones for longer durations was associated with fewer depression and suicidality symptoms, with a stronger association between longer duration and lower suicidality in birth-registered males.[90] These studies add to the moderate-quality evidence that hormone treatment may improve psychological health, although robust research with long-term follow-up is still needed.

A single study assessing outcomes during the 2 years after hormone initiation found that scores for gender congruence and life satisfaction increased, but there were differences by birth-registered sex and timing of hormone initiation.[89] Lastly, a single cross-sectional study explored body image and sex-typed brain activity.[90] It found body image satisfaction was higher in those receiving hormones compared with those not receiving hormones and those taking hormones for longer durations. In terms of sex-typed brain activity, analysis of amygdala-vmPFC (ventromedial prefrontal cortex) coupling found greater coupling in those receiving hormones. However, as there is still limited evidence about the effect of hormones on gender-related, psychosocial and cognitive outcomes, no further conclusions can be drawn.

### CONCLUSIONS

There is a lack of high-quality research assessing the outcomes of hormone interventions in adolescents experiencing gender dysphoria/incongruence, and few studies that undertake long-term follow-up. No conclusions can be drawn about the effect on gender-related outcomes, body satisfaction, psychosocial health, cognitive development or fertility. Uncertainty remains about the outcomes for height/growth, cardiometabolic and bone health. There is suggestive evidence from mainly pre–post studies that hormone treatment may improve psychological health although robust research with long-term follow-up is needed.

**Contributors** LF, RH, TL and JT contributed to the conception of this review. RH, CEH, AM and JT contributed to screening and selection. AM and JT completed data extraction. CEH, RH, AM and JT contributed to critical appraisal. CEH, AM and JT completed the synthesis and drafted the manuscript. All authors contributed to the interpretation, and reviewed and approved the manuscript. CEH accepts full responsibility for the finished work and/or the conduct of the study, had access to the data, and controlled the decision to publish.

**Funding** This work was funded by NHS England to inform the Cass Review (Independent review of gender identity services for children and young people). The funder and Cass Review team had a role in commissioning the research programme but no role in the study conduct, interpretation or conclusion.

**Competing interests** None declared.

**Patient consent for publication** Not applicable.

**Ethics approval** Not applicable.

**Provenance and peer review** Commissioned; externally peer reviewed.

**Data availability statement** Data sharing is not applicable as no datasets were generated and/or analysed for this study.

**Supplemental material** This content has been supplied by the author(s). It has not been vetted by BMJ Publishing Group Limited (BMJ) and may not have been peer-reviewed. Any opinions or recommendations discussed are solely those of the author(s) and are not endorsed by BMJ. BMJ disclaims all liability and

Arch Dis Child: first published as 10.1136/archdischild-2023-326670 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

Original research

responsibility arising from any reliance placed on the content. Where the content includes any translated material, BMJ does not warrant the accuracy and reliability of the translations (including but not limited to local regulations, clinical guidelines, terminology, drug names and drug dosages), and is not responsible for any error and/or omissions arising from translation and adaptation or otherwise.

**Open access** This is an open access article distributed in accordance with the Creative Commons Attribution Non Commercial (CC BY-NC 4.0) license, which permits others to distribute, remix, adapt, build upon this work non-commercially, and license their derivative works on different terms, provided the original work is properly cited, appropriate credit is given, any changes made indicated, and the use is non-commercial. See: http://creativecommons.org/licenses/by-nc/4.0/.

**ORCID iDs**
Jo Taylor http://orcid.org/0000-0001-5898-0900
Catherine Elizabeth Hewitt http://orcid.org/0000-0002-0415-3536

## REFERENCES

1 Thompson L, Sarovic D, Wilson P, *et al*. A PRISMA systematic review of adolescent gender dysphoria literature: 1) epidemiology. *PLOS Glob Public Health* 2022;2:e0000245.
2 Kaltiala R, Bergman H, Carmichael P, *et al*. Time trends in referrals to child and adolescent gender identity services: a study in four Nordic countries and in the UK. *Nord J Psychiatry* 2020;74:40–4.
3 Coleman E, Radix AE, Bouman WP, *et al*. Standards of care for the health of transgender and gender diverse people, version 8. *Int J Transgend Health* 2022;23:S1–259.
4 Hembree WC, Cohen-Kettenis PT, Gooren L, *et al*. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an endocrine society clinical practice guideline. *J Clin Endocrinol Metab* 2017;102:3869–903.
5 Biggs M. The Dutch protocol for juvenile transsexuals: origins and evidence. *J Sex Marital Ther* 2023;49:348–68.
6 de Vries ALC, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: the Dutch approach. *J Homosex* 2012;59:301–20.
7 Telfer MM, Tollit MA, Pace CC, *et al*. Australian standards of care and treatment guidelines for transgender and gender diverse children and adolescents. *Med J Aust* 2018;209:132–6.
8 University of California San Francisco Gender Affirming Health Program. Guidelines for the primary and gender-affirming care of transgender and gender nonbinary people. University of California San Francisco; 2016. Available: https://transcare.ucsf.edu/guidelines
9 van der Loos MATC, Klink DT, Hannema SE, *et al*. Children and adolescents in the Amsterdam cohort of gender dysphoria: trends in diagnostic- and treatment trajectories during the first 20 years of the Dutch protocol. *J Sex Med* 2023;20:398–409.
10 Masic U, Butler G, Carruthers P, *et al*. Trajectories of transgender adolescents referred for endocrine intervention in England. *Arch Dis Child* 2022;107:1012–7.
11 Pasternack I, Söderström I, Saijonkari M, *et al*. Medical approaches to treatment of dysphoria related to gender variations. A systematic review. 2019. Available: https://app.box.com/s/y9u791np8v9gsunwgpr2kqn8swd9vdtx
12 Ludvigsson JF, Adolfsson J, Höistad M, *et al*. A systematic review of hormone treatment for children with gender dysphoria and recommendations for research. *Acta Paediatr* 2023;112:2279–92.
13 Baker KE, Wilson LM, Sharma R, *et al*. Hormone therapy, mental health, and quality of life among transgender people: a systematic review. *J Endocr Soc* 2021;5:bvab011.
14 Chew D, Anderson J, Williams K, *et al*. Hormonal treatment in young people with gender dysphoria: a systematic review. *Pediatrics* 2018;141:e20173742.
15 National Institute for Health and Care Excellence (NICE). Evidence review: gender-affirming hormones for children and adolescents with gender dysphoria [NICE]. 2020. Available: https://cass.independent-review.uk/wp-content/uploads/2022/09/20220726_Evidence-review_Gender-affirming-hormones_For-upload_Final.pdf
16 Thompson L, Sarovic D, Wilson P, *et al*. A PRISMA systematic review of adolescent gender dysphoria literature: 3) treatment. *PLOS Glob Public Health* 2023;3:e0001478.
17 Wilson LM, Baker KE, Sharma R, *et al*. Effects of antiandrogens on prolactin levels among transgender women on estrogen therapy: a systematic review. *Int J Transgend Health* 2020;21:391–402.
18 Singh-Ospina N, Maraka S, Rodriguez-Gutierrez R, *et al*. Effect of sex steroids on the bone health of transgender individuals: a systematic review and meta-analysis. *J Clin Endocrinol Metab* 2017;102:3904–13.
19 Maraka S, Singh Ospina N, Rodriguez-Gutierrez R, *et al*. Sex steroids and cardiovascular outcomes in transgender individuals: a systematic review and meta-analysis. *J Clin Endocrinol Metab* 2017;102:3914–23.
20 Karalexi MA, Georgakis MK, Dimitriou NG, *et al*. Gender-affirming hormone treatment and cognitive function in transgender young adults: a systematic review and meta-analysis. *Psychoneuroendocrinology* 2020;119.
21 Page MJ, McKenzie JE, Bossuyt PM, *et al*. The PRISMA 2020 statement: an updated guideline for reporting systematic reviews. *BMJ* 2021;372:n71.
22 Fraser L, Hall R, Taylor J, *et al*. The epidemiology, management and outcomes of children with gender-related distress / gender dysphoria: a systematic review. PROSPERO 2021 CRD42021289659. 2021. Available: https://www.crd.york.ac.uk/prospero/display_record.php?ID=CRD42021289659
23 Veritas Health Innovation. Covidence systematic review software. Melbourne, Australia Veritas Health Innovation; 2023.
24 Wells G, Shea B, O'Connell D, *et al*. The Newcastle-Ottawa scale (NOS) for assessing the quality of nonrandomised studies in meta-analyses. 2021. Available: https://www.ohri.ca/programs/clinical_epidemiology/oxford.asp
25 Burke SM, van Heesewijk JO, Menks WM, *et al*. Postnatal effects of sex hormones on click-evoked otoacoustic emissions: a study of adolescents with gender dysphoria. *Arch Sex Behav* 2020;49:455–65.
26 de Vries ALC, McGuire JK, Steensma TD, *et al*. Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics* 2014;134:696–704.
27 Delemarre-van de Waal HA, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. *Eur J Endocrinol* 2006;155:S131–7.
28 Klaver M, de Mutsert R, Wiepjes CM, *et al*. Early hormonal treatment affects body composition and body shape in young transgender adolescents. *J Sex Med* 2018;15:251–60.
29 Klaver M, de Mutsert R, van der Loos MATC, *et al*. Hormonal treatment and cardiovascular risk profile in transgender adolescents. *Pediatrics* 2020;145:e20190741.
30 Klink D, Caris M, Heijboer A, *et al*. Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. *J Clin Endocrinol Metab* 2015;100:E270–5.
31 Schagen SEE, Lustenhouwer P, Cohen-Kettenis PT, *et al*. Changes in adrenal androgens during puberty suppression and gender-affirming hormone treatment in adolescents with gender dysphoria. *J Sex Med* 2018;15:1357–63.
32 Schagen SEE, Wouters FM, Cohen-Kettenis PT, *et al*. Bone development in transgender adolescents treated with GnRH analogues and subsequent gender-affirming hormones. *J Clin Endocrinol Metab* 2020;105:e4252–63.
33 Stoffers IE, de Vries MC, Hannema SE. Physical changes, laboratory parameters, and bone mineral density during testosterone treatment in adolescents with gender dysphoria. *J Sex Med* 2019;16:1459–68.
34 van de Grift TC, van Gelder ZJ, Mullender MG, *et al*. Timing of puberty suppression and surgical options for transgender youth. *Pediatrics* 2020;146:e20193653.
35 van der Loos MA, Hellinga I, Vlot MC, *et al*. Development of hip bone geometry during gender-affirming hormone therapy in transgender adolescents resembles that of the experienced gender when pubertal suspension is started in early puberty. *J Bone Miner Res* 2021;36:931–41.
36 Vlot MC, Klink DT, den Heijer M, *et al*. Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. *Bone* 2017;95:11–9.
37 Beking T, Burke SM, Geuze RH, *et al*. Testosterone effects on functional amygdala lateralization: a study in adolescent transgender boys and cisgender boys and girls. *Psychoneuroendocrinology* 2020;111.
38 Burke SM, Kreukels BPC, Cohen-Kettenis PT, *et al*. Male-typical visuospatial functioning in gynephilic girls with gender dysphoria - organizational and activational effects of testosterone. *J Psychiatry Neurosci* 2016;41:395–404.
39 de Nie I, Mulder CL, Meißner A, *et al*. Histological study on the influence of puberty suppression and hormonal treatment on developing germ cells in transgender women. *Hum Reprod* 2022;37:297–308.
40 Hannema SE, Schagen SEE, Cohen-Kettenis PT, *et al*. Efficacy and safety of pubertal induction using 17Beta-estradiol in transgirls. *J Clin Endocrinol Metab* 2017;102:2356–63.
41 Madsen MC, van Dijk D, Wiepjes CM, *et al*. Erythrocytosis in a large cohort of trans men using testosterone: a long-term follow-up study on prevalence. *J Clin Endocrinol Metab* 2021;106:1710–7.
42 Achille C, Taggart T, Eaton NR, *et al*. Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. *Int J Pediatr Endocrinol* 2020;2020:8.
43 Grimstad FW, Knoll MM, Jacobson JD. Oxandrolone use in trans-masculine youth appears to increase adult height: preliminary evidence. *LGBT Health* 2021;8:300–6.
44 Kuper LE, Stewart S, Preston S, *et al*. Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. *Pediatrics* 2020;145:e20193006.
45 Strang JF, Chen D, Nelson E, *et al*. Transgender youth executive functioning: relationships with anxiety symptoms, autism spectrum disorder, and gender-affirming medical treatment status. *Child Psychiatry Hum Dev* 2022;53:1252–65.
46 Tordoff DM, Wanta JW, Collin A, *et al*. Mental health outcomes in transgender and Nonbinary youths receiving gender-affirming care. *JAMA Netw Open* 2022;5:e220978.
47 Hisle-Gorman E, Schvey NA, Adirim TA, *et al*. Mental healthcare utilization of transgender youth before and after affirming treatment. *J Sex Med* 2021;18:1444–54.
48 Allen LR, Watson LB, Egan AM, *et al*. Well-being and suicidality among transgender youth after gender-affirming hormones. *Clin Pract Pediatr Psychol* 2019;7:302–11.

Arch Dis Child: first published as 10.1136/archdischild-2023-326670 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

49 Cantu AL, Moyer DN, Connelly KJ, *et al*. Changes in anxiety and depression from intake to first follow-up among transgender youth in a pediatric endocrinology clinic. *Transgend Health* 2020;5:196–200.

50 Green AE, DeChants JP, Price MN, *et al*. Association of gender-affirming hormone therapy with depression, thoughts of suicide, and attempted suicide among transgender and nonbinary youth. *J Adolesc Health* 2022;70:643–9.

51 Grannis C, Leibowitz SF, Gahn S, *et al*. Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. *Psychoneuroendocrinology* 2021;132.

52 Grimstad F, Kremen J, Shim J, *et al*. Breakthrough bleeding in transgender and gender diverse adolescents and young adults on long-term testosterone. *J Pediatr Adolesc Gynecol* 2021;34:706–16.

53 Jarin J, Pine-Twaddell E, Trotman G, *et al*. Cross-sex hormones and metabolic parameters in adolescents with gender dysphoria. *Pediatrics* 2017;139:e20163173.

54 Jensen RK, Jensen JK, Simons LK, *et al*. Effect of concurrent gonadotropin-releasing hormone agonist treatment on dose and side effects of gender-affirming hormone therapy in adolescent transgender patients. *Transgend Health* 2019;4:300–3.

55 Laurenzano SE, Newfield RS, Lee E, *et al*. Subcutaneous testosterone is effective and safe as gender-affirming hormone therapy in transmasculine and gender-diverse adolescents and young adults: a single center's 8-year experience. *Transgend Health* 2021;6:343–52.

56 Millington K, Barrera E, Daga A, *et al*. The effect of gender-affirming hormone treatment on serum creatinine in transgender and gender-diverse youth: implications for estimating GFR. *Pediatr Nephrol* 2022;37:2141–50.

57 Millington K, Chan YM. Lipoprotein subtypes after testosterone therapy in transmasculine adolescents. *J Clin Lipidol* 2021;15:840–4.

58 Millington K, Liu E, Chan YM. The utility of potassium monitoring in gender-diverse adolescents taking spironolactone. *J Endocr Soc* 2019;3:1031–8.

59 Mullins ES, Geer R, Metcalf M, *et al*. Thrombosis risk in transgender adolescents receiving gender-affirming hormone therapy. *Pediatrics* 2021;147:e2020023549.

60 Nokoff NJ, Scarbro SL, Moreau KL, *et al*. Body composition and markers of cardiometabolic health in transgender youth compared with cisgender youth. *J Clin Endocrinol Metab* 2020;105:e704–14.

61 Olson J, Schrager SM, Clark LF, *et al*. Subcutaneous testosterone: an effective delivery mechanism for masculinizing young transgender men. *LGBT Health* 2014;1:165–7.

62 Olson-Kennedy J, Okonta V, Clark LF, *et al*. Physiologic response to gender-affirming hormones among transgender youth. *J Adolesc Health* 2018;62:397–401.

63 Sequeira GM, Kidd K, El Nokali NE, *et al*. Early effects of testosterone initiation on body mass index in transmasculine adolescents. *J Adolesc Health* 2019;65:818–20.

64 Valentine A, Nokoff N, Bonny A, *et al*. Cardiometabolic parameters among transgender adolescent males on testosterone therapy and body mass index-matched cisgender females. *Transgend Health* 2021;6:369–73.

65 Turban JL, King D, Kobe J, *et al*. Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. *PLoS One* 2022;17:e0261039.

66 Perl L, Elkon-Tamir E, Segev-Becker A, *et al*. Blood pressure dynamics after pubertal suppression with gonadotropin-releasing hormone analogs followed by estradiol treatment in transgender female adolescents: a pilot study. *J Pediatr Endocrinol Metab* 2021;34:741–5.

67 Perl L, Segev-Becker A, Israeli G, *et al*. Blood pressure dynamics after pubertal suppression with gonadotropin-releasing hormone analogs followed by testosterone treatment in transgender male adolescents: a pilot study. *LGBT Health* 2020;7:340–4.

68 Segev-Becker A, Israeli G, Elkon-Tamir E, *et al*. Children and adolescents with gender dysphoria in Israel: increasing referral and fertility preservation rates. *Endocrine Practice* 2020;26:423–8.

69 Tack LJW, Craen M, Dhondt K, *et al*. Consecutive lynestrenol and cross-sex hormone treatment in biological female adolescents with gender dysphoria: a retrospective analysis. *Biol Sex Differ* 2016;7:14.

70 Tack LJW, Heyse R, Craen M, *et al*. Consecutive cyproterone acetate and estradiol treatment in late-pubertal transgender female adolescents. *J Sex Med* 2017;14:747–57.

71 Khatchadourian K, Amed S, Metzger DL. Clinical management of youth with gender dysphoria in Vancouver. *J Pediatr* 2014;164:906–11.

72 Chiniara LN, Bonifacio HJ, Palmert MR. Characteristics of adolescents referred to a gender clinic: are youth seen now different from those in initial reports *Horm Res Paediatr* 2018;89:434–41.

73 Fontanari AMV, Vilanova F, Schneider MA, *et al*. Gender affirmation is associated with transgender and gender nonbinary youth mental health improvement. *LGBT Health* 2020;7:237–47.

74 Kaltiala R, Heino E, Työläjärvi M, *et al*. Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. *Nordic Journal of Psychiatry* 2020;74:213–9.

75 Becker-Hebly I, Fahrenkrug S, Campion F, *et al*. Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: a descriptive study from the Hamburg gender identity service. *Eur Child Adolesc Psychiatry* 2021;30:1755–67.

76 López de Lara D, Pérez Rodríguez O, Cuellar Flores I, *et al*. Psychosocial assessment in transgender adolescents [Psychosocial assessment in transgender adolescents]. *Anales de Pediatría (English Edition)* 2020;93:41–8.

77 Arcelus J, Claes L, Witcomb GL, *et al*. Risk factors for non-suicidal self-injury among trans youth. *J Sex Med* 2016;13:402–12.

78 Arcelus J, Bouman WP, Van Den Noortgate W, *et al*. Systematic review and meta-analysis of prevalence studies in transsexualism. *Eur Psychiatr* 2015;30:807–15.

79 Tack LJW, Craen M, Lapauw B, *et al*. Proandrogenic and antiandrogenic progestins in transgender youth: differential effects on body composition and bone metabolism. *J Clin Endocrinol Metab* 2018;103:2147–56.

80 van der Loos M, Hannema SE, Klink DT, *et al*. Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands. *Lancet Child Adolesc Health* 2022;6:869–75.

81 Eliot L, Ahmed A, Khan H, *et al*. Dump the "Dimorphism": comprehensive synthesis of human brain studies reveals few male-female differences beyond size. *Neurosci Biobehav Rev* 2021;125:667–97.

82 The Swedish National Board of Health and Welfare. Care of children and young people with gender dysphoria - national knowledge support with recommendations for the profession and decision makers [The Swedish National Board of Health and Welfare]. 2022. Available: https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2022-12-8302.pdf

83 Boogers LS, Reijtenbagh SJP, Wiepjes CM, *et al*. Time course of body composition changes in transgender adolescents during puberty suppression and sex hormone treatment. *J Clin Endocrinol Metab* 2023;21:21.

84 Boogers LS, Wiepjes CM, Klink DT, *et al*. Transgender girls grow tall: adult height is unaffected by GnRH analogue and estradiol treatment. *J Clin Endocrinol Metab* 2022;107:e3805–15.

85 Ciancia S, Klink D, Craen M, *et al*. Early puberty suppression and gender-affirming hormones do not alter final height in transgender adolescents. *Eur J Endocrinol* 2023;189:396–401.

86 van der Loos MATC, Vlot MC, Klink DT, *et al*. Bone mineral density in transgender adolescents treated with puberty suppression and subsequent gender-affirming hormones. *JAMA Pediatr* 2023;177:1332–41.

87 Willemsen LA, Boogers LS, Wiepjes CM, *et al*. Just as tall on testosterone; a neutral to positive effect on adult height of GnRHa and testosterone in trans boys. *J Clin Endocrinol Metab* 2023;108:414–21.

88 Valentine A, Davis S, Furniss A, *et al*. Multicenter analysis of cardiometabolic-related diagnoses in transgender and gender-diverse youth: a PEDSnet study. *J Clin Endocrinol Metab* 2022;107:e4004–14.

89 Chen D, Berona J, Chan Y-M, *et al*. Psychosocial functioning in transgender youth after 2 years of hormones. *N Engl J Med* 2023;388:240–50.

90 Grannis C, Mattson WI, Leibowitz SF, *et al*. Expanding upon the relationship between gender-affirming hormone therapy, neural connectivity, mental health, and body image dissatisfaction. *Psychoneuroendocrinology* 2023;156.

Arch Dis Child: first published as 10.1136/archdischild-2023-326670 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance

## NEWCASTLE - OTTAWA QUALITY ASSESSMENT SCALE
## (Adapted cohort study scale)

*Adapted from Wells G, Shea B, O'Connell D, et al. (2021) The Newcastle-Ottawa Scale (NOS) for assessing the quality of nonrandomised studies in meta-analyses. Available at https://www.ohri.ca/programs/clinical_epidemiology/oxford.asp*

### Selection

**1) Representativeness of the paediatric gender dysphoric group**
Score 1 if:
a) truly representative of the average child or adolescent with gender dysphoria / incongruence, e.g., nationally representative community sample, population-based medical database, national gender service, multiple gender services covering different localities

Score 0.5 if:
b) somewhat representative of the average child or adolescent with gender dysphoria / incongruence, e.g., single gender service (in a country where there are several), locality representative community sample

Score 0 if:
c) a selected group of users e.g., convenience sample, self-selection, sub-sample due to data availability
or
d) no description of the derivation of the cohort

*Q1. TIP: If paper does not include information on sample size / representativeness / response rate in relation to eligible clinic population, score 0 as we must assume it is a selected group of users.*

*Q1. NOTE: When scoring take into consideration that puberty blockers are not available to pre-pubertal children and cross-sex hormones not until mid-adolescence, therefore an adolescent sample would be representative of those seeking medical treatment for gender dysphoria.*

**2) Selection of the non-exposed group**
Score 1 if:
a) drawn from the same community as the exposed group

Score 0.5 if:
b) drawn from a different source that is comparable e.g., population norms for all adolescents or matched cisgender controls where outcome is expected to be the same for both groups such as BMI or adult height

Score 0 if:
c) drawn from a different source that is not comparable e.g., cisgender population for studies measuring psychosocial outcomes
or
d) no description of the derivation of the non-exposed cohort

Score N/A if:
e) single group study (e.g., pre-post treatment design)

*Q2. TIP: Some studies include two plus comparator groups – score 1 if all appropriate, score 0.5 if mix of comparable and non-comparable, and score 0 if none are comparable.*

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

**3) Ascertainment of exposure (medical treatment for gender dysphoria)**

Score 1 if:
a) secure record, e.g., clinic or medical records
or
b) structured interview

Score 0 if:
c) written self-report
or
d) no description

*Q3. TIP: Use of medical records can be inferred from methods reporting overall, e.g., if sample eligibility was based on medical records and this includes treatment, or if detailed treatment information provided from medical records.*

**4) Demonstration that outcome of interest was not present at start of study**

Score 1 if:
a) yes

Score 0 if:
b) no

Score N/A if:
c) study is measuring an outcome such as quality of life or severity of anxiety for which there would be an intrinsic value for each participant at any time during the study

**<u>Comparability</u>**

**5) Comparability of cohorts based on the design (e.g., matched controls, inclusion criteria) or analysis (e.g., propensity score matching, regression analysis)**

<u>PART A</u>
Score 1 if:
a) study controls for [age OR puberty stage] AND [natal sex OR gender]

Score 0.5 if:
b) one (but not both) of the above confounders is controlled for
or
c) other important sociodemographic confounders are controlled for, e.g., family support for studies measuring mental health / psychosocial outcomes

Score 0 if:
d) study does not control for important sociodemographic confounders

<u>PART B</u>
Score 1 if:
a) study controls for co-interventions expected to affect the outcome(s), e.g., psychosocial support, psychiatric medication, use of other medication likely to alter outcome (e.g., contraceptive pill),

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance
Supplemental material placed on this supplemental material which has been supplied by the author(s)       Arch Dis Child
Case 2:22-cv-00184-LCB-CWB   Document 558-39   Filed 05/27/24   Page 13 of 35

other aid or intervention designed to address gender dysphoria or to modify body (e.g., social transition, binders, voice therapy)
or
b) there are no co-interventions that are expected to affect the outcome(s)

Score 0.5 if:
c) at least one (but not all) of the important co-intervention confounders are controlled for

Score 0 if:
d) study does not control for important co-intervention confounders


*Q5. TIP (from manual): Statements of no differences between groups or that differences were not statistically significant are not sufficient for establishing comparability.*
*This question needs to be answered for single group studies (i.e., how do these studies control for potential demographic and treatment confounders that occur between baseline and follow-up).*


## Outcome

**6) Assessment of outcome**
Score 1 if:
a) validated scale or standardised assessment tool/method
or
b) record linkage, e.g., medical/clinic/administrative records

Score 0.5 if:
c) combination of validated / standardised and non-validated / unstandardised assessment methods

Score 0 if:
d) self-report
or
e) no description


**7) Was follow-up long enough for outcomes to occur?**
Score 1 if:
a) follow-up is sufficient for all reported outcomes

Guidance on follow-up:
For puberty suppressants follow-up should be at least 3 months to assess desired / expected effect, gender dysphoria / incongruence or psychosocial outcomes.

For cross-sex hormones follow-up should be at least 6 months to assess desired / expected effect, gender dysphoria / incongruence, or psychosocial outcomes.

For both treatments, follow-up should be at least 3 months to assess safety, side-effects or cardiometabolic risk; and at least 12 months for cognitive development, bone health or fertility.

Score 0.5 if:
b) follow-up is sufficient for some outcomes but not others, e.g., studies that examine multiple outcomes requiring different follow-up
or

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

c) follow-up is sufficient for some participants but not others, e.g., where follow-up or treatment duration varies between participants

Score 0 if:
d) follow-up is not sufficient
or
e) no clear description, e.g., follow-up duration unclear

Score N/A if:
f) cross-sectional design (i.e., no follow-up)


**8) Adequacy of follow up of cohorts**
Score 1 if:
a) complete follow up or all subjects accounted for in analysis of outcomes
or
b) subjects lost to follow up or outcome analyses unlikely to introduce bias - small number lost (≤10%) or description provided of those lost justifies that there is no potential bias due to loss to follow-up

Score 0.5 if:
c) there are multiple sufficient follow-up timepoints (based on Q7) and follow-up is adequate for some but not others, e.g., all retained at 12 months but considerable attrition at 24 months

Score 0 if:
c) follow up / analysis rate < 90% and no description of those lost
or
d) no statement


**TOTAL SCORING**
Cohort studies – total score = 8
Pre-post single group studies – total score = 7 (Q2 not relevant)
Cross-sectional studies with comparators – total score = 7 (Q7 not relevant)

**<u>Any study for which Q4 is relevant, total score would be as above plus 1</u>**

Low: ≤ 50%
Moderate: >50 to 75%
High – >75%

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

**Supplementary Table S1: Final search strategy for Ovid MEDLINE**

| | |
|---|---|
| 1 | exp Child/ or Child Behavior/ or Child Health/ or Child Welfare/ or Psychology, Child/ or Child Psychiatry/ or Child Health Services/ or Child Development/ (1984459) |
| 2 | Minors/ (2638) |
| 3 | (child$ or minor or minors or boy or boys or boyhood$ or girl or girls or girlhood$ or kid or kids or youngster$ or emerging adult$).ti,ab,kf,jn. (1862660) |
| 4 | (young$ adj (people$ or person$1 or adult$ or man$1 or men$1 or woman$ or women$ or male$1 or female$1)).ti,ab,kf,jn. (224878) |
| 5 | pediatrics/ (55388) |
| 6 | (pediatric$ or paediatric$ or peadiatric$).ti,ab,kf,jn. (543516) |
| 7 | Adolescent/ or Adolescent Behavior/ or Adolescent Health/ or Psychology, Adolescent/ or Adolescent Psychiatry/ or Adolescent Health Services/ or Adolescent Medicine/ or Adolescent Development/ (2088552) |
| 8 | Puberty/ (13562) |
| 9 | (adolescen$ or pubescen$ or prepubescen$ or postpubescen$ or pubert$ or prepubert$ or postpubert$ or teen or teens or teenag$ or tween$ or preteen$ or preadolescen$ or juvenil$ or youth$ or underage$ or under-age$).ti,ab,kf,jn. (522801) |
| 10 | Schools/ or Schools, Nursery/ (42221) |
| 11 | exp Child Day Care Centers/ or Child Care/ (11287) |
| 12 | (school$ or highschool$ or preschool$ or kindergar$ or nursery or nurseries or pupil$1).ti,ab,kf,jn. (356157) |
| 13 | or/1-12 (4333601) |
| 14 | Gender Dysphoria/ (581) |
| 15 | "Sexual and Gender Disorders"/ (79) |
| 16 | Transsexualism/ (3895) |
| 17 | Transgender Persons/ (3835) |
| 18 | Health Services for Transgender Persons/ (152) |
| 19 | exp Sex Reassignment Procedures/ (969) |
| 20 | "Sexual and Gender Minorities"/ (4924) |
| 21 | ((gender$ and dysphori$) or (gender$ adj5 incongru$) or sexual dysphori$).ti,ab,kf. (1784) |
| 22 | (gender$ adj (disorder$ or identi$)).ti,ab,kf. or (gender identity/ and dysphori$.ti,ab,kf.) (4568) |
| 23 | (GID or GIDS or GIDC or GIDCS).ti,ab,kf. (456) |
| 24 | (gender$ adj5 (confusion or confused or questioning or distress$ or discomfort)).ti,ab,kf. (980) |
| 25 | (gender$ adj5 (minority or minorities)).ti,ab,kf. (1593) |
| 26 | (gender$ adj5 (variant$ or variance$ or nonconform$ or non-conform$ or diverse or diversity or atypical$)).ti,ab,kf. (3409) |
| 27 | (non-binary or nonbinary or enby or genderqueer or gender-queer or neutrois).ti,ab,kf. (796) |
| 28 | (agender$ or genderless$ or gender-less$ or genderfree or gender-free or ungender$ or un-gender$ or non-gender$ or nongender$ or bigender$ or bi-gender$ or dual gender$ or dualgender$ or demi-gender$ or demigender$ or genderfluid$ or gender-fluid$ or trigender$ or tri-gender$).ti,ab,kf. (315) |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

29    two spirit$.ti,ab,kf. (84)

30    (trans adj3 (female$ or feminin$ or woman$ or women$ or male$1 or man or mans or men or mens or masculin$ or person$1 or peopl$ or population$ or individual$)).ti,ab,kf. (1362)

31    (transgend$ or trans-gend$ or transex$ or transsex$ or trans-sex$ or transfemale$ or transfeminin$ or transwom$ or transmale$ or transman$ or transmasculin$ or transmen$ or transperson$ or transpeopl$ or transpopulation$ or transindividual$).ti,ab,kf. (10832)

32    (trans adj3 identi$).ti,ab,kf. or (gender identity/ and trans.ti,ab,kf.) or (trans and dysphori$).ti,ab,kf. (1447)

33    (crossgender$ or cross-gender$ or crossex$ or crosssex$ or cross-sex$).ti,ab,kf. (836)

34    ((sex or gender$) adj3 (reassign$ or re-assign$ or affirm$ or confirm$ or transition$)).ti,ab,kf. (3963)

35    ((gender$ or sex) adj (change or changes or changing or changed)).ti,ab,kf. (825)

36    (detransition$ or de-transition$ or desister$ or de-sister$).ti,ab,kf. (134)

37    ((desist$ or persist$) adj5 (transition$ or trans or dysphori$)).ti,ab,kf. (823)

38    or/14-37 (28731)

39    (trans and (child$ or minor or minors or boy or boys or boyhood$ or girl or girls or girlhood$ or kid or kids or youngster$ or young$ people$ or young$ person$ or young$ adult$ or young$ man$1 or young$ men$1 or young$ woman$ or young$ women$ or young$ male$1 or young$ female$ or adolescen$ or pubescen$ or prepubescen$ or postpubescen$ or pubert$ or prepubert$ or postpubert$ or teen or teens or teenag$ or tween$ or preteen$ or preadolescen$ or juvenil$ or youth$ or emerging adult$ or underage$ or under-age$ or school$ or highschool$ or preschool$ or kindergar$ or nursery or nurseries or pupil$1 or pediatric$ or paediatric$ or peadiatric$)).ti. (339)

40    (trans adj5 (child$ or minor or minors or boy or boys or boyhood$ or girl or girls or girlhood$ or kid or kids or youngster$ or young$ people$ or young$ person$ or young$ adult$ or young$ man$1 or young$ men$1 or young$ woman$ or young$ women$ or young$ male$1 or young$ female$ or adolescen$ or pubescen$ or prepubescen$ or postpubescen$ or pubert$ or prepubert$ or postpubert$ or teen or teens or teenag$ or tween$ or preteen$ or preadolescen$ or juvenil$ or youth$ or emerging adult$ or underage$ or under-age$ or school$ or highschool$ or preschool$ or kindergar$ or nursery or nurseries or pupil$1 or pediatric$ or paediatric$ or peadiatric$)).ab,kf. (397)

41    (transchild$ or transminor$ or transboy$ or transgirl$ or transkid or transkids or transyoung$ or transyouth$ or transteen$ or transtween$ or transadoles$ or transjuvenil$).ti,ab,kf. (15)

42    13 and 38 (9819)

43    39 or 40 or 41 or 42 (10343)

44    exp animals/ not humans/ (4823832)

45    (editorial or news or comment or case reports).pt. or case report.ti. (3692318)

46    43 not (44 or 45) (9429)

47    limit 46 to english language (9029)


Key to Ovid symbols and commands:

$        Unlimited right-hand truncation symbol

$N       Limited right-hand truncation - restricts the number of characters following the word to N

Supplemental material, which has been supplied by the author(s)

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance

| ti,ab,kf, | Searches are restricted to the Title (ti), Abstract (ab), Keyword Heading Word (kf) fields |
|---|---|
| .jn | Searches are restricted to the Journal name field |
| adj | Retrieves records that contain terms next to each other (in the shown order) |
| adjN | Retrieves records that contain terms (in any order) within a specified number (N) of words of each other |
| / | Searches are restricted to the Subject Heading field |
| exp | The subject heading is exploded |
| pt. | Search is restricted to the publication type field |
| or/1-12 | Combines sets 1 to 12 using OR |

Supplemental material, which has been supplied by the author(s)

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

**Supplementary Table 2 - Study characteristics**

| Study ID | Country | Relevant study aim* | Setting | Population* | Primary sample (size (age; gender)) | Hormones | Reports data on puberty suppression | Intervention | Comparator | Comparator category | Other control group (size (age; gender)) | Study design | Study follow-up | Data collection period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cohort** | | | | | | | | | | | | | | |
| Achille 2020 | US | To examine the associations of endocrine intervention with depression and quality of life scores over time in transgender youths | Paediatric endocrine department for gender dysphoria | Children and adolescents age 9-25 years referred to the department for gender dysphoria | 50 (mean age 16.2 (SD 2.2); 33 brf, 17 brm) | Yes | Yes | Puberty suppressants and/or cross-sex hormones | Participants who had received nothing at all or only puberty suppressants | Non-exposed individuals from primary sample | N/A | Prospective cohort study | Baseline and last follow-up at ~6-monthly intervals (time-points not linked to treatment initiation) | Questionnaires completed between Dec 2013 to Dec 2018 |
| Becker-Hebly 2020 | Germany | To describe how dimensions of psychosocial health are distributed among different intervention groups of adolescents with a gender dysphoria diagnosis before and after treatment | Gender identity service for children and adolescents | Young people age 11 and over who were seeking and eligible for medication interventions | 75 (mean age at baseline 15.56 range 11-18; 64 brf, 11 brm) | Yes | Yes | GnRHa; cross-sex hormones; and GnRHa, cross-sex hormones and surgery | No hormone treatment | Non-exposed individuals from primary sample | N/A | Retrospective cohort study | Baseline (at intake) and single follow-up (follow-up ranged 13 to 38 months after baseline, mean 21.4 months - not linked to treatment start) | Clinical entry Sep 2013 to Jun 2017 (follow-up to Mar 2018) |
| Beking 2020 | Netherlands | To investigate the effect of testosterone treatment in trans boys on functional lateralization of the amygdala and compare this with cisgender male and female control groups | Center for Gender Dysphoria for all ages | Birth-registered females with gender dysphoria who had received puberty suppressants and were starting testosterone treatment | 21 (mean age 16.1 SD 0.7) | Yes | No | Testosterone | Two age-matched control groups presumed no GD recruited from schools and friends of treated participants | Other control group | (20 boys, mean 15.9 (SD 0.6); 21 girls, mean 16.4 (SD 1.0)) | Prospective cohort study | Baseline and single follow-up (on average 10 months after baseline, treatment duration range 5.6-14.8 months, mean average 9.8) | Not reported |
| Burke 2016 | Netherlands | To investigate whether adolescent girls with gender dysphoria, before and after testosterone treatment, would show male- or female-typical brain activity during a mental rotation task | Center for Gender Dysphoria for all ages | Adolescent birth-registered females with gender dysphoria who had been gender dysphoric since childhood and had received puberty suppressants | 21 (mean age 16.1 years SD 0.8) | Yes | Yes | Testosterone | Two age-matched control groups presumed no GD | Other control group | (21 girls, mean age 16.3 (SD 1.0); 20 boys, mean age 15.9 (SD 0.6)) | Prospective cohort study | Baseline and single follow-up (on average 10 months after baseline, treatment duration range 6-15 months, average 10) | Not reported |
| Cantu 2020 | US | To examine changes in anxiety, depression and suicidality in young people receiving gender-affirming care | Paediatric gender clinic | Transgender and gender-nonconforming youth seeking gender affirming care ages 11-18 who attended an initial visit and one follow-up and completed distress measures at both visits | 80 (mean age 15.1 SD 1.8; 15 affirmed gender female, 58 affirmed gender male, 7 non-binary) | Yes | Yes | Puberty suppressants; cross-sex hormones (with or without puberty suppressants) | No hormone treatment | Non-exposed individuals from primary sample | N/A | Retrospective cohort study | Baseline (initial appointment) and single follow-up (average 4 months after baseline, range < 1 to 11 months) | Initial appointment Sep 2017 to Jun 2019 |
| de Nie 2022 | Netherlands | To evaluate the influence of puberty suppression and/or gender affirming hormonal treatment on exocrine testicular function in transgender women | Center for Gender Dysphoria for all ages | Transgender women who underwent bilateral orchiectomy combined with vaginoplasty | 214 (mean age at time of surgery 26.4 years SD 12.4) | Yes | Yes | Puberty suppressants; and/or cross-sex hormones initiated in adolescence | Hormones initiated in adulthood | Individuals from primary sample receiving hormones in adulthood | N/A | Retrospective cohort study | Single time-point | Underwent surgery from 2000 to 2019 |
| Grimstad 2021b | US | To identify the impact of oxandrolone in the presence or absence of GnRHa on adult height in trans-masculine youth | Multi-disciplinary gender identity clinic at paediatric medical centre | Sex assigned female at birth and diagnosis of gender dysphoria and whose final adult heights were available | 154 (mean age of referral 15.7 SD 1.9) | Yes | Yes | Oxandrolone with or without GnRHa; Testosterone with or without GnRHa; GnRHa only; Progesterone only | No hormone therapy | Non-exposed individuals from primary sample | N/A | Retrospective cohort study | All heights available in the medical record were collected up to adult height | Seen between 2013 and 2018 (data collected up to adult height) |
| Jensen 2019 | US | To determine whether dosages of gender-affirming hormones in transgender adolescents taking GnRHa differ from those not taking GnRHa, and identify the frequency of associated side effects | Paediatric gender clinic | Patients who started or were currently receiving gender-affirming hormone therapy | 85 (62 brf; median age at CSH+GnRHa 15.0 range 13.7-16.5, at CSH only 16.9 range 13.4-22.1; 23 brm: median age at CSH+GnRHa 14.9 range 14.1-15.7, CSH only 16.7 range 14.4-18.2) | Yes | Yes | Cross-sex hormones with GnRHa | Cross-sex hormones without GnRHa | Individuals from primary sample receiving hormones in combination with another medication | N/A | Retrospective cohort study | Relevant data from medical record (follow-up ranged from 6.4 to 53.0 months) | Treatment started before Mar 2016 (data extracted to Jan 2018) |
| Lopez de Lara 2020 | Spain | To evaluate the psychosocial status of paediatric patients with gender incongruity and to establish the impact on this after one year of cross hormonal therapy | Paediatric endocrinology clinic | Adolescents age 14-18 with gender incongruity, at Tanner stage 2 or higher | 23 (mean age 16; 16 brf, 7 brm) | Yes | No | Cross-sex hormones | Age, ethnicity and socio-economically matched controls presumed no GD | Other control group | 30 (mean age 16 (range 14-18); 12 females, males) | Prospective cohort study | Baseline and 12 month follow-up | Attended clinic during 2018 and 2019 |
| Tordoff 2022 | US | To investigate whether initiation of puberty blockers and gender affirming hormones is associated with changes in depression, anxiety, and suicidality in transgender and nonbinary youths | Urban multidisciplinary children's gender clinic | Transgender and nonbinary adolescents and young adults who completed the initial clinic appointment | 104 (mean age 15.8 range 13-20; 63 trans males, 27 trans females, 10 nonbinary / fluid, 4 don't know) | Yes | Yes | Puberty suppressants and cross-sex hormones | No hormone treatment | Non-exposed individuals from primary sample | N/A | Prospective cohort study | Baseline (initial appointment), 3, 6 and 12 month follow-up (follow-up timepoints not linked to initiation of medical intervention) | Initial appointment from Aug 2017 to Jun 2018 |
| Valentine 2021 | US | To examine changes in BMI and lipids in transgender youth on testosterone therapy compared to cisgender females | Multidisciplinary gender identity programme at a large pediatric centre | Transgender males age 14-21 on testosterone therapy with available follow-up data | 42 (mean age 16.6 SD 1.3) | Yes | No | Testosterone | BMI-matched female adolescents presumed no GD | Other control group | 82 (mean age 15.5 (SD 1.8)) | Retrospective cohort study | Baseline and available short- and long-term follow-up data (average short-term 4.9 months range 0.5-17.7, long-term 10.8 months range 2.6-25.7) | Treated from 2014 to 2018 |
| van de Grift 2020 | Netherlands | To describe the development of sex characteristics in a transgender adolescent cohort of early and later-initiated puberty suppressant treatment compared with young adults without treatment | Patients were identified using local registries (single centre) | Adolescents with gender dysphoria who initiated and continued puberty suppression treatment, and were less than age 18 at initiation | 300 (mean age at start of puberty suppressants 15 SD 2.0; 184 brf, 116 brm) | Yes | Yes | Puberty suppressants and cross-sex hormones | No puberty suppressants prior to hormones | Individuals from primary sample | N/A | Retrospective cohort study | Baseline, and follow-ups at initiation of cross-sex hormones, and initiation of surgery | Sought treatment from 2006 (data collected until 2018) |
| **Pre-post** | | | | | | | | | | | | | | |
| Allen 2019 | US | To evaluate the effectiveness of gender-affirming hormones for improving psychological well-being and decreasing suicidality among transgender youth | Gender identity clinic at a large children's hospital | Young people age 13-20 years who were treated with gender-affirming hormones for at least 3 months | 47 (mean age at treatment initiation 16.50; 33 brf, 14 brm) | Yes | No | Cross-sex hormones (with and without previous GnRHa) | No comparator | No comparator | N/A | Retrospective cohort study | Baseline and single follow-up (at least 3 months after start of treatment - treatment duration ranged 113-1016 days, mean 349) | Presented to clinic between 2015 and 2018 |
| Chiniara 2018 | Canada | To examine characteristics, including mental health comorbidities, among adolescents presenting to a transgender clinic and to compare these data to previous reports. | Specialist gender service based in children's hospital | 12-18 year olds with gender dysphoria who desired pubertal suppression or cross-gender hormones | 55 (no information on characteristics provided) | Yes | Yes | GnRHa and cross-sex hormones | No comparator | No comparator | N/A | Retrospective pre-post group study | Follow-up at 4.7 ± 3.7 months after starting gender-affirming hormones | Recruited Apr 2011 to Apr 2014 (commenced GnRHa between Jun 2011 and Apr 2015) |
| de Vries 2014 | Netherlands | To investigate whether gender-affirming medical care after young people with gender dysphoria start hormonal treatment improves over time with medical intervention consisting of puberty suppressants followed by cross-sex hormones and gender reassignment surgery | Center for Gender Dysphoria for all ages | Young adults who had received puberty suppressants followed by cross-sex hormones and gender reassignment surgery | 55 (mean age at GnRHa initiation 14.8 range 11.5-18.5; 22 brm, 33 brf) | Yes | Yes | Puberty suppression followed by cross-sex hormones and surgery | No comparator | No comparator | N/A | Prospective pre-post group study | Baseline and follow-ups at initiation of cross-sex hormones, and 1 year after surgery | Referred between 2000 and 2008 (follow-up between 2008 and 2012) |
| Delemarre-van de Waal 2006 | Netherlands | To investigate the efficacy and safety of GnRHa treatment in adolescents with gender dysphoria | Center for Gender Dysphoria for all ages | Adolescents receiving GnRHa under the Dutch protocol for 2 years or longer | 21 (age not reported; 11 brf, 10 brm) | Yes | Yes | GnRHa and cross-sex hormones | No comparator | No comparator | N/A | Prospective pre-post group study | Baseline, 12 months and 24 months for some outcomes, and 24 months for others | Not reported |
| Grimstad 2021a | US | To evaluate breakthrough bleeding in transgender adolescents receiving testosterone treatment | Gender service at children's hospital | Sex assigned female at birth with functional uterus and ovaries present at start of testosterone treatment, had received treatment for 12 months plus | 232 (age 13-28 years, mean age 16.3) | Yes | No | Testosterone | No comparator | No comparator | N/A | Retrospective pre-post group study | All outcome data available in the medical record after 12 months of testosterone treatment (duration of follow-up varied) | Seen between 2010 and 2020 |
| Hannema 2017 | Netherlands | To evaluate the efficacy and safety of estrogen treatment for pubertal induction in transgirls | Center for Gender Dysphoria for all ages | Birth-registered males diagnosed with gender dysphoria and treated with estrogen for 12 months or longer | 28 (median age 16.0 range 13.9-18.9) | Yes | No | Estrogen | No comparator | No comparator | N/A | Prospective pre-post group study | Baseline, and 12, 24 and 36 month follow-up | Seen between 1998 and 2009 |
| Hisle-Gorman 2021 | US | To examine mental health and psychotropic medication use among transgender adolescents following gender-affirming pharmaceutical care (secondary aim of sub-group of primary sample) | Military Healthcare Data Repository | Transgender military dependent youth who received care for gender dysphoria before age 18 | 963 (median age study start 12 IQR 10-14; 300 brm, 663 brf) | Yes | Yes | Puberty suppressants or cross-sex hormones | No comparator | No comparator | N/A | Retrospective pre-post group study | All available data before and after initiation of treatment (followed for mean 1.5 years (IQR 0.8-2.8) after start of treatment) | Received care between Oct 2010 and Sep 2018 |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Study | Country | Objective | Setting | Participants | Age/N | Q1 | Q2 | Intervention | Comparator 1 | Comparator 2 | N/A | Study design | Follow-up | Recruitment period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jarin 2017 | US | To identify patterns in metabolic and cardiovascular parameters in transgender adolescents receiving cross-sex hormones | Four medical centers / hospitals (two paediatric) | Adolescents age 14-25 diagnosed with gender dysphoria and receiving cross-sex hormones | 116 (72 trf mean age 16 range 13-22, 44 brm mean age 18 range 14-25) | Yes | No | Cross-sex hormones | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline, and 1-3 months, 4-6 months, and 6 plus months follow-up | Seen in clinics between 2008 and 2014 |
| Kaltiala 2020 | Finland | To assess how adolescent development progresses and psychosocial functioning changes among transsexual adolescents after starting cross-sex hormone treatment | Gender identity unit for minors | Adolescents diagnosed with transsexualism who were offered cross-sex hormones (referred before age 18) | 52 (mean age 18.1 at diagnosis, range 15.2 - 19.9 years; 11 brm, 41 trf) | Yes | No | Cross-sex hormones | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline (during initial assessment) and 12 months follow-up (during real-life phase) | Offered treatment between 2011 and 2017 |
| Khatchadourian 2014 | Canada | To describe patient characteristics at presentation, treatment, and response to treatment in youth with gender dysphoria | Children's gender identity programme | Youth with a diagnosis of gender dysphoria and achieved at least Tanner stage 2 | 84 (median age at first visit 16.8 range 11.4-22.5; 45 brf, 37 trm) | Yes | Yes | GnRHa, spironolactone, cross-sex hormones, surgery | No comparator | No comparator | N/A | Retrospective pre-post single group study | All relevant clinic notes (follow-up ranged from 0.0 to 11.3 years) | Seen from 1998 to Dec 2011 |
| Klaver 2018 | Netherlands | To examine the change in body shape and composition in transgender adolescents receiving hormone treatments | Center for Gender Dysphoria for all ages | All persons who started hormone treatment before 18 years old and had undergone x-rays and medical checkups to adulthood | 192 (71 brm mean age at start of GnRHa 14.5 SD 1.8, 121 brf mean age 15.3 SD 2.0) | Yes | No | GnRHa followed by cross-sex hormones | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline and follow-ups at addition of cross-sex hormones, and 22 years of age | Started treatment between 1998 and 2014 |
| Klaver 2020 | Netherlands | To investigate cardiovascular risk factors, and assess obesity and dyslipidemia prevalence in transgender adolescents receiving hormone treatments | Center for Gender Dysphoria for all ages | All persons who started hormone treatment before 18 years old and had undergone x-rays and medical checkups to adulthood | 192 (71 brm mean age at start of GnRHa 14.6 SD 1.8, 121 brf mean age 15.2 SD 2.0) | Yes | No | GnRHa followed by cross-sex hormones | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline and follow-ups at addition of cross-sex hormones, and 22 years of age | Diagnosed with gender dysphoria from 1998 to Dec 2014 |
| Klink 2015 | Netherlands | To assess peak bone mass in young adults with gender dysphoria who had been treated with GnRHa and cross-sex hormones during their pubertal years | Tertiary referral center | At least 21 years, gonadectomy had taken place, and data on bone development at start of GnRHa treatment, at start of cross-sex hormone therapy, and at the age of 22 years were available | 34 (15 brm mean age at start of GnRHa 14.9 SD 1.9, 19 brf mean age at start of GnRHa 15.0 SD 2.0) | Yes | No | GnRHa followed by cross-sex hormones followed by gonadectomy | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline and follow-ups at addition of cross-sex hormones, and 22 years of age | Received gonadectomy from Jan 1998 to Aug 2012 |
| Kuper 2020 | US | To examine how transgender youth body dissatisfaction, depression, and anxiety symptoms change over the first year of receiving gender-affirming hormone therapy | Multi-disciplinary programme | Youth who received gender-affirming hormone therapy | n = 148 (mean age 14.9 range 9-18; 55 brm, 94 brf) | Yes | No | GnRHa and cross-sex hormones | No comparator | No comparator | N/A | Prospective pre-post single group study | Baseline (initial assessment) and 12 month follow-up (mean 14.9 months, range 11-18 months) | Initial assessments between Aug 2014 and Mar 2018 |
| Laurensonn 2021 | US | To assess the effectiveness and safety of subcutaneous testosterone in achieving recommended testosterone levels and cessation of menses in transmasculine and gender-diverse adolescents | Gender Management for children and adolescents (not explicitly stated) | Transmasculine and gender diverse youth who started subcutaneous testosterone at age 13-19 and received it for > 6 months | 119 (mean age at presentation 16.0; transmale 110, nonbinary 3, other 6) | Yes | No | Subcutaneous testosterone | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline and follow-up to most recent data available (median follow-up 1.9 years range 6 months to 5.5 years) | Received treatment between Aug 2012 and Feb 2020 |
| Madsen 2021 | Netherlands | To study the prevalence and determinants in the development of erythrocytosis in trans men who started testosterone | Center for Gender Dysphoria for all ages | Trans men who started testosterone and had at least one follow-up visit and laboratory results | 1073 (mean age at initiation of treatment 22.5, IQR 18.4-31.8) | Yes | No | Testosterone | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline and regular follow-up data up to 20 years (follow-up varied in terms of frequency and length) | Seen between 1972 and 2015 (data collection Jan 2004 to Dec 2018) |
| Millington 2019 | US | To assess prevalence of hyperkalemia in gender-diverse adolescents taking spironolactone for gender transition | Gender Management Service Programme at children's hospital | Adolescents prescribed spironolactone for gender transition | 85 (mean age 16.6 SD 1.7; 82 female gender identity, 3 nonbinary gender identity) | Yes | No | Spironolactone | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline and follow-up of all measures recorded during treatment (up to 7 years, variation in follow-up period not reported, median no. of measures 3 (range 1-10)) | Seen from 2007 to 2017 |
| Millington 2022 | US | To examine changes in serum creatinine during gender affirming hormone treatment in transgender and gender diverse youth | Gender diverse gender services based in children's hospitals | Transgender and gender diverse adolescents prior to initiation of gender-affirming treatment with no prior GnRHa treatment | 286 (92 brm median age 17.3 IQR 16.2-18.6, 194 brf median age 16.2 IQR 15.1-17.5) | Yes | No | Testosterone, estradiol (with or without spironolactone) | No comparator | No comparator | N/A | Prospective pre-post single group study | Baseline, and 6, 12, 18 and 24 month follow-up | Recruitment Jul 2016 to Sep 2018 |
| Mullins 2021 | US | To examine thrombosis and thrombosis risk factors among an exclusively adolescent and young adult transgender population receiving gender-affirming hormone therapy | Pediatric hospital-associated gender identity clinic | Age 13 to 24 at initiation of gender-affirming hormone treatment | 611 (median age at presentation to clinic 17.0 IQR 16.0-19.0; 428 brf, 183 brm) | Yes | No | Testosterone, estrogen | No comparator | No comparator | N/A | Retrospective pre-post single group study | All relevant data before and during treatment (estrogen median treatment duration 554 days IQR 283-1037, testosterone 577 days IQR 283-923) | Seen from Jul 2013 to Mar 2019 |
| Olson 2014 | US | To determine if subcutaneous delivery of testosterone resulted in menstrual cessation and the normal male ranges of serum testosterone in female-to-male transgender youth | Large, gender identity youth-specialized multidisciplinary clinic | Transgender males age 12 to 24 receiving testosterone cypionate via subcutaneous injections for masculinization | 36 (mean age 18.7 SD 2.6) | Yes | No | Subcutaneous testosterone | No comparator | No comparator | N/A | Prospective pre-post single group study | Baseline and 6 month follow-up | Recruited from 2011 to 2012 |
| Olson-Kennedy 2018 | US | To examine the physiologic impact of gender-affirming hormones in a cohort of adolescents with gender dysphoria | Large, gender identity youth-specialized multidisciplinary clinic | Transgender youth age 12-24 with gender dysphoria who wished to undergo phenotypic gender transition | 59 (mean age 18 range 12-23; 34 brf, 25 brm) | Yes | No | Cross-sex hormones | No comparator | No comparator | N/A | Prospective pre-post single group study | Baseline and 24 month follow-up (range 21-31 months) | Presented for care between Feb 2011 and Jun 2013 |
| Perl 2020 | Israel | To examine blood pressure changes in transgender male adolescents treated with GnRHa alone and after the addition of testosterone | Gender dysphoria clinic at children's hospital | Transgender male adolescents who were treated solely with GnRHa for at least 2 months | 15 (mean age at initiation of GnRHa 14.4 SD 1.0) | Yes | No | GnRHa followed by addition of testosterone | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline, and follow-up at end of GnRHa treatment (average 3 months SD 1), initiation of testosterone, and mean 4 months (SD 2) after starting testosterone | Sought care between 2013 and 2018 |
| Perl 2021 | Israel | To examine blood pressure changes in transgender female adolescents treated with GnRHa alone and after the addition of estradiol | Gender dysphoria clinic at children's hospital | Transgender female adolescents who were treated solely with GnRHa for at least 2 months | 19 (mean age at initiation of GnRHa 15.7 SD 1.6) | Yes | Yes | GnRHa and estradiol | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline, and follow-ups at end of GnRHa treatment (mean 9 months SD 6), initiation of estradiol, and 18.5 months (mean) after estradiol (range 3-43 months) | Sought care between 2013 and 2020 |
| Schagen 2018 | Netherlands | To assess the effects of GnRHa treatment and gender-affirming hormone treatment on adrenal androgen levels in adolescents with gender dysphoria | Center for Gender Dysphoria for all ages | Adolescents with gender identity disorder who fulfilled criteria for treatment according to Endocrine Society guideline | 127 (73 brf mean age at GnRHa start 14.3 range 11.5-18.6, 54 brm age 14.0 range 11.6 to 17.9) | Yes | No | GnRHa treatment followed by GnRHa combined with estradiol or testosterone | No comparator | No comparator | N/A | Prospective pre-post single group study | Baseline and 6 monthly follow-up to 6 years | Treated between 1998 and 2009 |
| Schagen 2020 | Netherlands | To describe bone mass development in adolescents with gender dysphoria treated with GnRHa, subsequently combined with gender-affirming hormones | Center for Gender Dysphoria for all ages | Adolescents with gender identity disorder who fulfilled criteria for treatment according to existing guidelines | 121 (51 brm mean age 14.3 SD 1.7, 70 brf mean age 14.5 SD 2.0) | Yes | No | GnRHa treatment followed by GnRHa combined with estradiol or testosterone | No comparator | No comparator | N/A | Prospective pre-post single group study | Baseline and 12 monthly follow-up to 5 years | Treated between 1998 and 2009 |
| Segev-Becker 2020 | Israel | To describe patient characteristics at presentation, management, and fertility preservation among a cohort of children with gender dysphoria | Multidisciplinary paediatric gender dysphoria clinic | All patients younger than 18 years who began GnRHa | 106 (median age at referral 15.5 range 4.6-18 years) | Yes | No | GnRHa followed by cross-sex hormones | No comparator | No comparator | N/A | Retrospective pre-post single group study | All relevant data following initiation of treatment (follow-up period not reported) | Referred from Mar 2013 to Dec 2018 |
| Sequeira 2019 | US | To determine the effect of testosterone on body mass index (BMI) z-score in transmasculine adolescents at 6 and 12 months after initiation | Adolescent medicine clinic at large children's hospital | Transmasculine adolescents age 13 to 19 who received testosterone | 46 (mean age not reported - criteria range 13-19) | Yes | No | Testosterone | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline, 6 and 12 month follow-up | Seen between Sep 2014 and May 2017 |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Study | Country | Aim | Setting | Population* | Sample | | | Intervention | Comparison | Comparator | Control details | Study design | Follow-up | Treatment period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stoffers 2019 | Netherlands | To investigate the efficacy and safety of testosterone treatment in transgender adolescents | Clinic (no other information provided) | Adolescents diagnosed with gender dysphoria who hard started GnRHa and had subsequently received testosterone for more than 6 months | 62 (median age at GnRHa initiation 16.5 range 11.8-18.0) | Yes | Yes | GnRHa followed by testosterone | No comparator | No comparator | N/A | Retrospective pre-post single group study | Median duration of follow-up 12 months (range 5-31 months). | Received treatment between Nov 2010 and Aug 2018 |
| Tack 2016 | Belgium | To analyse impact of consecutive treatment with Lynestrenol in combination with testosterone on physical characteristics, safety, metabolic parameters, and hormone levels in gender dysphoric adolescent transboys | Multi-disciplinary child gender team | Gender dysphoric transmale adolescents who received Lynestrenol for at least 6 months | 38 (mean age at start of treatment 15 years 10 months) | Yes | Yes | Lynestrenol - androgenic progestin (puberty suppressant) only, and in combination with testosterone | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline, 6 and 12 months follow-up with Lynestrenol plus testosterone | Treated from 2010 until Sep 2014 |
| Tack 2017 | Belgium | To assess the side effects and biochemical changes of Cyproterone acetate alone and in combination with estrogen in adolescent trans-girls | Multi-disciplinary child gender team | Transgirls with gender dysphoria who received Cyproterone acetate for at least 6 months | 27 (mean age at start of treatment 16 years 6 months) | Yes | Yes | Cyproterone acetate (puberty suppressant) only, and in combination with estrogen | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline, 6 and 12 months follow-up with Cyproterone acetate plus estrogen | Treated from 2008 to Oct 2016 |
| van der Loos 2021 | Netherlands | To investigate changes in bone geometry among transgender adolescents using GnRHa and gender-affirming hormones | Center for Gender Dysphoria for all ages | Transgender adolescents treated with GnRHa and subsequent gender-affirming hormones before the age of 18 years, min. duration 6 months GnRHa, and for whom DXA scans were available | 322 (106 brm median age 13.1 to 15.5 for sub-groups at GnRHa start, 216 brf median age 11.9 to 15.7 for subgroups at GnRHa) | Yes | Yes | GnRHa and cross-sex hormones | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline (start of GnRHa), and follow-up at addition of cross-sex hormones, and ≥2 years after cross-sex hormones (median 3.1 4.3 years across six sub-groups) | Visited clinic between 1972 and Dec 2018 |
| Vlot 2017 | Netherlands | To investigate the effect of GnRHa and cross-sex hormone treatment on bone turnover markers and bone mineral apparent density in transgender adolescents | Center for Gender Dysphoria for all ages | Adolescents diagnosed with gender dysphoria who were treated with GnRHa and cross-sex hormone treatment, with available outcome data | 70 (28 brm median age at GnRHa start 13.5 range 11.5-18.3, 42 brf median age 15.1 range 11.7-18.6) | Yes | Yes | GnRHa and cross-sex hormones | No comparator | No comparator | N/A | Retrospective pre-post single group study | Baseline (start of GnRHa), and follow-up at addition of cross-sex hormones, and 24 months after cross-sex hormones | Started treatment between 2001 and 2011 |
| **Cross-sectional** | | | | | | | | | | | | | | |
| Arcelus 2016 | UK | To explore prevalence of non-suicidal self-injury (NSSI) in young trans people and to identify what factors can predict this | National gender clinic for adults (age 17+) | All individuals below the age of 25 years old who were referred for and offered an assessment | 268 (mean age 19.9 SD 2.17; 121 brf, 136 brm, 11 no answer) | Yes | Yes | GnRHa or cross-sex hormones | No hormone treatment | Non-exposed individuals from primary sample | N/A | Cross-sectional study with controls | Single time-point (initial assessment after referral to service) | Referred between Nov 2012 to June 2015 |
| Burke 2020 | Netherlands | To investigate whether hormonal interventions in adolescents diagnosed with gender dysphoria affect their click-evoked otoacoustic emissions compared to age- and sex-matched controls | Center for Gender Dysphoria for all ages | Children and adolescents diagnosed with gender dysphoria | 105 (62 brf mean age 15.6 range 10.3-20.3, 43 brm mean age 15.9 range 11-20) | Yes | Yes | GnRHa; cross-sex hormones and GnRHa | No hormone treatment; Age- and sex-matched controls divided into early, mid- and late-adolescent groups. | Non-exposed individuals from primary sample; Other control group | Early (13 boys, mean age 12.8 (SD 1.9); 15 girls, 12.2 (1.7)), mid- (18 boys, 13.9 (1.9); 10 girls, 15.1 (1.8)); late- adolescent (20 boys, 17.1 (0.8); 21 girls, 17.9 (0.4)) | Cross-sectional study with controls | Single time-point | Not reported |
| Fontanari 2020 | Brazil | To evaluate the impact of each domain of gender affirmation (social, legal, and medical/surgical) on the mental health of transgender and gender nonbinary youth | Facebook | Transgender boys, transgender girls, and gender nonbinary Brazilian youth, age 16 to 24 years | 350 (mean age 18.61 (CI 95% 18.34-18.88; 149 transgender boys, 85 transgender girls, 116 gender nonbinary) | Yes | Yes | Hormone therapy'; 'any hormone or surgical treatment' | No hormone therapy; no hormone or surgical treatment | Non-exposed individuals from primary sample | N/A | Cross-sectional study with controls | Single time-point | Recruitment Feb to Apr 2018 |
| Grannis 2021 | US | To assess the effect of testosterone treatment on internalizing symptoms, body image dissatisfaction, and activation patterns within the amygdala-prefrontal cortex circuit in transgender adolescent boys | Gender development clinic at a large children's hospital | Adolescent transgender boys age 9-21 with a diagnosis of gender dysphoria receiving gender affirming medical care | 47 (22 treated: mean age 17.03 SD 1.24; 25 untreated mean age 15.75 SD 1.47) | Yes | No | Testosterone | No testosterone | Non-exposed individuals from primary sample | N/A | Cross-sectional study with controls | Single time-point (around 1 year after treatment) | Recruited Dec 2018 to Mar 2020 |
| Green 2022 | US | To examine associations among access to gender-affirming hormone therapy with depression, thoughts of suicide, and attempted suicide among transgender and nonbinary youth | Community | Transgender or non-binary youth age 13-24 who have not received GAHT | 11,914 (average age received GAHT 17.62, average age not received GAHT 17.30, transgender male 29%, transgender female 8%, nonbinary 63%) | Yes | No | Gender affirming hormones | No hormones but wants to take them; no hormones and does not want to take them | Non-exposed individuals from primary sample | N/A | Cross-sectional study with controls | Single time-point | Data collected from Oct to Dec 2020 |
| Millington 2021c | US | To examine lipoprotein subtype profiles in transmasculine adolescents treated with testosterone | Children's hospital (biobank) | Transmasculine adolescents age 12 to 23 treated with testosterone | 17 (median age 18.4 IQR 17.6-19.5) | Yes | Yes | Testosterone | Two adolescent control groups (male and female) presumed no GD | Other control group | 32 girls, mean age 17.6 (IQR 17.1-18.5); 33 boys, mean age 17.8 (IQR 17.0-19.4) | Cross-sectional study with controls | Single time-point (duration of treatment mean 1.2 months range 0.33 to 3.3 years) | Samples collected between Jan 2017 and Aug 2020 |
| Nakoff 2020 | US | To evaluate insulin sensitivity and body composition among transgender adolescents receiving cross-sex hormones compared with cisgender adolescents | Centre for gender diversity at children's hospital | Transgender adolescents (up to age 21) on either testosterone or estradiol for at least 3 months | 35 (21 brf mean age 17.0 SD 1.4, 14 brm mean age 16.3 SD 1.4) | Yes | Yes | Testosterone, estradiol | Adolescents presumed no GD (matched on pubertal stage and BMI for brf, and age and BMI for brm | Other control group | Controls for brf: 42 girls, mean age 15.2 (SD 1.9); 39 boys, 15.3 (SD 1.6) Controls for brm: 23 girls, 15.9 (SD 1.4); 24 boys, 15.7 (SD 1.4) | Cross-sectional study with controls | Single time-point (testosterone mean duration 11.2 SD 5.9 months, estradiol mean duration 12.3 SD 9.9 months) | Recruited from 2016 to 2018 |
| Strang 2022 | US | To explore the relationship between gender-affirming medical intervention status (i.e., pubertal suppression, gender-affirming hormones) and executive functioning in transgender youth | Community, gender services, gender and neurodiversity programme | Transgender youth age 11-21 enrolled in a study of cognition, mental health and neurodevelopment (all met criteria for gender dysphoria) | 124 (mean age 16.67 range 11.65-21.56, female 41, male 81, non-binary 2) | Yes | Yes | Testosterone or estrogen (with or without puberty suppression) | No hormone treatment | Non-exposed individuals from primary sample | N/A | Cross-sectional study with controls | Single time-point | Enrolled in study between 2018 and 2020 |
| Turban 2022 | US | To examine associations between recalled access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults | Community | Transgender adults age 18 plus who reside in the US who reported ever desiring gender-affirming hormones | 21,598 (accessed CSH: age 14-15 median age 21 IQR 18-35, age 16-17 median 19 IQR 18-22), age 18+ median 31 IQR 25-45, no access age not reported; 11,346 brf, 10,252 brm) | Yes | No | Cross sex hormones | No cross-sex hormones, cross-sex hormones in adulthood | Non-exposed individuals from primary sample; individuals from primary sample receiving hormones in adulthood | N/A | Cross-sectional study with controls | Single time-point | Data collected Aug to Sep 2015 |

Abbreviations: BMI -body mass index; brf - birth-registered female; brm - birth-registered male; CSH - cross-sex hormones; GD - gender dysphoria; GnRHa - Gonadotropin-releasing hormone analogue; NSSI - non-suicidal self-injury;
* Terminology used in original paper retained for these columns to accurately reflect study aim and population selected

Taylor J, *et al. Arch Dis Child* 2024;0:1–9. doi: 10.1136/archdischild-2023-326670

Supplemental material

*Arch Dis Child*

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Case 2:22-cv-00184-LCB-CWB   Document 558-39   Filed 05/27/24   Page 22 of 35

**Supplementary Table 3 - Outcomes reported by included studies**

| Study ID | Pubertal development | Side effects | Gender-related outcomes | Body image | Psychological health | Psychosocial outcomes | Physical health | Bone health | Fertility | Cognitive/neuro-developmental | Other | Outcomes (measures) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cohort** | | | | | | | | | | | | |
| Achille 2020 | No | No | No | No | Yes | Yes | No | No | No | No | No | Depression (Patient Health Questionnaire-9 modified for teens (PHQ-9), Center for Epidemiologic Studies Depression Scale - Revised (CESD-R)); quality of life (Quality of Life Enjoyment and Satisfaction Questionnaire - Short Form (QLES-Q-SF)) |
| Becker-Hebly 2020 | No | No | No | No | Yes | Yes | No | No | No | No | No | Psychological functioning (Youth Self Report (YSR) for age 11-18 and Adult Self Report (ASR) for 18+); Global functioning (Children's Global Assessment Scale (CGAS); Health-related quality of life (Kidscreen-27 for age 11-18 and SF (short form)-8 for 18+) |
| Beking 2020 | Yes | No | No | No | No | No | No | No | No | Yes | No | Lateralization index of the amygdala (during an emotional face matching task with angry and fearful faces - fMRI); hormone levels (testosterone - not explicitly identified as an outcome); |
| Burke 2016 | Yes | No | No | No | No | No | No | No | No | Yes | No | Visuospatial working memory (brain activation pattern by sex, performance - mental rotation task - fMRI); hormone levels (testosterone - not explicitly identified as an outcome) |
| Cantu 2020 | No | No | No | No | Yes | No | No | No | No | No | No | Depression (PHQ-9); Suicidality (item 9 on PHQ-9); Anxiety (Generalised Anxiety Disorder Assessment (GAD-7)) |
| de Nie 2022 | No | No | No | No | No | No | No | No | Yes | No | No | Exocrine testicular function (Spermatogenesis (Johnsen score), germ cell type (ratio of most advanced germ cell types)); Fertility preservation |
| Grimstad 2021b | Yes | No | No | No | No | Yes | No | No | No | No | No | Anthropometrics (adult height); skeletal maturation (Delta bone age) |
| Jensen 2019 | No | Yes | No | No | No | No | No | No | No | No | No | Reported side effects (identified based on those recorded by care team physicians in narrative portions of electronic patient notes); required dose (ending dose of treatment) |
| Lopez de Lara 2020 | No | No | Yes | No | Yes | Yes | No | No | No | No | No | Severity of gender dysphoria (UGDS); Patient strengths and difficulties (Strengths and Difficulties Questionnaire (SDQ)); Level of anxiety (STAI); Mood (BDI); family functioning (Family appar test) |
| Tordoff 2022 | No | No | No | No | Yes | No | No | No | No | No | No | Depression (PHQ-9); Anxiety (GAD-7); Self-harm or suicidal thoughts over previous 2 weeks (PHQ-9 question 9) |
| Valentine 2021 | No | No | No | No | No | No | Yes | No | No | No | No | Anthropometrics (BMI); Metabolic parameters (lipid profile - total cholesterol, LDL-C, HDL, triglycerides) |
| van de Grift 2020 | Yes | No | No | No | No | No | Yes | No | No | No | No | Anthropometrics (height, weight, BMI, waist/hip circumference); puberty development (Tanner staging, breast and genital characteristics - clinical exam); surgical requirements for sex re-assignment |
| **Pre-post** | | | | | | | | | | | | |
| Allen 2019 | No | No | No | No | Yes | Yes | No | No | No | No | No | Suicidality (Ask Suicide-Screening Questions (ASQ) instrument); Well-being (General Well-Being Scale (GWBS of the Pediatric Quality of Life Inventory) |
| Chiniara 2018 | No | No | No | No | No | No | Yes | No | No | No | No | Safety (AST, ALT, total cholesterol, HDL, LDL, triglycerides, glucose, HbA1c, hemoglobin, red blood cell count, hematocrit, insulin) |
| de Vries 2014 | No | No | Yes | Yes | Yes | Yes | No | No | No | No | No | Behavioral and emotional problems (CBCL and YSR); depressive symptoms (BDI); anxiety and anger (STAI); global functioning (CGAS); gender dysphoria (UGDS); body image (BIS); well-being (own questionnaire); Satisfaction with Life Scale (SWLS); Subjective Happiness Scale (SHS); quality of life (World Health Organization Quality of Life Brief Version (WHOQOL-BREF)) |
| Delemarre-van de Waal 2006 | Yes | No | No | No | No | No | Yes | Yes | No | No | No | Puberty development (Tanner stage, skeletal age - left hand); anthropometrics (height, weight, sitting height, hip / waist circumference); bone density (whole body, hip, lumbar spine); body composition (fat mass percentage, lean body mass); cardio-metabolic measures (fasting glucose, insulin, cholesterol, HDL, LDL); hormone levels (gonadotrophins, sex hormones) |
| Grimstad 2021a | Yes | No | No | No | No | No | No | No | No | No | No | Menstruation (presence of, and risk factors for, breakthrough bleeding) |
| Hannema 2017 | Yes | No | No | No | No | No | Yes | No | No | No | No | Puberty development (Tanner stage, bone age); anthropometrics (weight, height, sitting height, waist/hip circumference/ratio, BMI); hormone levels (LH, FSH, testosterone, estradiol); safety (blood pressure, prolactin, ALT, AST, alkaline phosphatase, y-glutamyl tranferase, creatinine, HbA1c, hematocrit); body composition (fat mass, fat percentage, lean body mass percentage) |
| Hisle-Gorman 2021 | No | No | No | No | No | No | No | No | No | No | Yes | Mental health care visits (number of visits, diagnosis sub-category); psychotropic medications (type) |
| Jarin 2017 | Yes | No | No | No | No | No | Yes | No | No | No | No | Anthropometrics (height, weight, BMI); Safety (blood pressure, lipids (total cholesterol, LDL, HDL, triglycerides, triglyceride:HDL ratio), AST, ALT, hemoglobin, hematocrit, HbA1c, prolactin, serum urea nitrogen, creatinine); hormone levels (testosterone, estradiol) |
| Kaltiala 2020 | No | No | No | No | Yes | Yes | No | No | No | No | No | Adolescent development (living arrangements, school / work participation, romantic involvement, competence in managing everyday matters); need for specialist level psychiatric treatment (depression, anxiety, suicidality/self-harm, conduct problems, psychotic symptoms, substance abuse, autism, attention deficit hyperactivity disorder, eating disorder) |
| Khatchadourian 2014 | No | Yes | No | No | No | No | Yes | No | No | No | No | Side effects (patient reported); Safety for antiandrogens (electrolyte and urea/creatinine levels) |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Study | | | | | | | | | | | | Outcomes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Klaver 2018 | Yes | No | No | No | No | No | Yes | No | No | No | No | Body shape (anthropometrics) (waist-hip ratio, body weight, waist/hip circumference, body height, BMI); body composition (whole-body and regional-body fat, total lean body mass, total body mass) |
| Klaver 2020 | Yes | No | No | No | No | No | Yes | No | No | No | No | Anthropometrics (body height, body weight, BMI, waist/hip circumference); cardiovascular risk (blood pressure, glucose, insulin, homeostatic model assessment for insulin resistance (HOMA-IR), lipid values (total cholesterol, HDL, LDL, triglycerides), prevalence of obesity and dyslipidemia) |
| Klink 2015 | Yes | No | No | No | No | No | Yes | Yes | No | No | No | bone health (BMD, BMAD); height, weight, BMI |
| Kuper 2020 | Yes | No | No | Yes | Yes | No | No | No | No | No | No | Body dissatisfaction (BIS); depression (Quick Inventory of Depressive Symptoms (QIDS) - self- and clinician report); Anxiety (SCARED); suicidality (suicidal ideation, suicide attempt); suicidality and self-harm (passive ideation, suicide attempt, NSSI); mental health treatment (psychiatric medication, therapy, support group) |
| Laurenzano 2021 | Yes | Yes | No | No | No | No | Yes | No | No | No | No | side effects (injection site reaction, acne); hormone levels (total and free testosterone, estradiol); menstruation (time to cessation); safety (hematocrit, AST, ALT, blood pressure (hypertension), lipids (total cholesterol, LDL, HDL, triglycerides)); anthropometrics (BMI) |
| Madsen 2021 | No | No | No | No | No | No | Yes | No | No | No | No | Erythrocytosis (hematocrit levels); hormone levels |
| Millington 2019 | No | No | No | No | No | No | Yes | No | No | No | No | Incidence of hyperkalemia (serum potassium concentration >5.0 mmol/L; relationship between potassium levels and treatment dose and duration |
| Millington 2022 | No | No | No | No | No | No | Yes | No | No | No | No | Kidney function (serum creatinine, estimated glomerular filtration rate (eGFR)); BMI |
| Mullins 2021 | Yes | No | No | No | No | No | Yes | No | No | No | No | Incidence of arterial or venous thrombosis during treatment. Testosterone and estradiol levels. |
| Olson 2014 | Yes | No | No | No | No | No | Yes | No | No | No | No | Menstrual cessation; hormone levels (testosterone (free and total levels), estradiol); anthropometrics (BMI); safety (blood pressure; hemoglobin, ALT, AST, non-fasting total cholesterol) |
| Olson-Kennedy 2018 | Yes | No | No | No | No | No | Yes | No | No | No | No | Safety (total cholesterol, HDL, triglycerides, AST, ALT, potassium, prolactin, hemoglobin, glucose, blood pressure); anthropometrics (BMI); hormone levels (estradiol, testosterone free and total) |
| Perl 2020 | Yes | No | No | No | No | No | Yes | No | No | No | No | Changes in weight status (BMI); Changes in blood pressure (systolic and diastolic); puberty development (hypothalamic-pituitary-gonadal axis suppression); hormone levels (tesosterone; estradiol, LH, FSH) |
| Perl 2021 | Yes | No | No | No | No | No | Yes | No | No | No | No | Changes in weight status (BMI); changes in blood pressure (systolic and diastolic); puberty development (hypothalamic-pituitary-gonadal axis suppression); hormone levels (testosterone; estradiol, LH, FSH) |
| Schagen 2018 | Yes | No | No | No | No | No | Yes | No | No | No | No | adrenal androgen levels (dehydroepiandrosterone (DHEAS), androstenedione) |
| Schagen 2020 | No | No | No | No | No | No | No | Yes | No | No | No | bone health (BMAD (whole body, hip, lumbar spine), serum bone markers) |
| Segev-Becker 2020 | No | Yes | No | No | No | No | No | No | No | No | No | Side effects related to medical treatment (from medical record) |
| Sequeira 2019 | No | No | No | No | No | No | Yes | No | No | No | No | BMI |
| Stoffers 2019 | Yes | No | No | No | No | No | Yes | Yes | No | No | No | Puberty development (acne, hair growth / shaving, voice lowering, menses); anthropometrics (height, weight, BMI); blood pressure; hormone levels (FSH, LH, testosterone, estradiol, SHBG); safety (Creatinine, ALP, total cholesterol, HDL, LDL, triglycerides, hemoglobin, hematocrit, vitamin D, DHEAS, androstenedion); bone health (BMD at lumbar spine, left neck, right hip, BMAD for spine and left neck) |
| Tack 2016 | Yes | Yes | No | No | No | No | Yes | No | No | No | No | Anthropometry (height, weight, BMI); Side effects (acne, hirsutism, patient-reported); Safety (Hemoglobin, hematocrit, electrolytes, creatinine, AST, ALT, total cholesterol, triglycerides, HDL, LDL, hemoglobin andfasting insulin); hormone levels (thyroid stimulating hormone, anti-Müllerian hormone, free thyroxin, LH, FSH, estradiol, total and free testosterone, SHBG) |
| Tack 2017 | Yes | No | No | No | No | No | Yes | No | No | No | No | Puberty development (physical changes); Side effects (patient-reported); Anthropometry (height, weight, BMI);  Safety (hemoglobin, hematocrit, creatinine, AST, ALT, triglycerides, total cholesterol, HDL, LDL, DHEAS, prolactin); Hormone levels (thyroid stimulating hormone, free thyroxin, LH, FSH, estradiol, total and free testosterone, SHBG, free androgen index) |
| van der Loos 2021 | Yes | No | No | No | No | No | Yes | No | No | No | No | Bone geometry (subperiosteal width (SPW) and endocortical diameter (ED)); hormone levels (testosterone, estradiol); anthropometrics (height, BMI) |
| Vlot 2017 | Yes | No | No | No | No | No | Yes | Yes | No | No | No | Anthropometrics (height, weight); Tanner stage (clinician assessed, bone age); bone turnover markers (P1NP (Procollagen type 1 N propeptide), osteocalcin, ICTP (Cross-linked carboxyterminal telopeptide of type I collagen)); bone health (BMD, BMAD for lumbar spine and femoral neck) |
| **Cross-sectional** | | | | | | | | | | | | |
| Arcelus 2016 | No | No | No | No | Yes | No | No | No | No | No | No | Psychopathology (Symptom Checklist 90 Revised) |
| Burke 2020 | Yes | No | No | No | No | No | No | No | No | No | No | Click-Evoked Otoacoustic Emissions |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Case 2:22-cv-00184-LCB-CWB   Document 558-39   Filed 05/27/24   Page 24 of 35

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fontanari 2020 | No | No | Yes | No | Yes | No | No | No | No | No | No | Anxiety (Overall Anxiety Severity and Impairment Scale (OASIS)); depressive symptoms (Modified Depression Scale (MDS)); gender distress (Gender Distress Scale (GDS)); gender positivity (Gender Positivity Scale (GPS)) |
| Grannis 2021 | No | No | No | Yes | Yes | No | No | No | No | Yes | No | Generalized anxiety symptoms (Screen for Child Anxiety Related Emotional Disorders (SCARED)); social anxiety (Liebowitz Social Anxiety Scale (LSAS)); depression (Children's Depression Inventory (CDI)); suicidality/non-suicidal self-injury (Suicidal Behaviors Questionnaire - Revised (SBQ-R)); body image dissatisfaction (BIS); amygdala activation (face processing task with functional MRI) |
| Green 2022 | No | No | No | No | Yes | No | No | No | No | No | No | Depression (PHQ-2, score 3+ coded as depression); Suicidality (considered suicide in last year, if yes how many attempts in last year (dichotomised as 0 or 1+)) |
| Millington 2021b | Yes | No | No | No | No | No | Yes | No | No | No | No | Cardiovascular risk (HDL, HDL-C, LDL, LDL-C, triglyceride-rich lipoprotein (TRL)); testosterone levels |
| Nokoff 2020 | Yes | No | No | No | No | No | Yes | No | No | No | No | Insulin sensitivity (glucose, insulin, HbA1c; leptin); Lipids (total cholesterol, triglycerides, HDL, LDL); Safety (AST, ALT); hormone levels (LH, FSH, SHBG, testosterone, estradiol, free androgen index); body composition (total body fat, fat mass, lean tissue, lean mass); anthropometrics (BMI); blood pressure |
| Strang 2022 | No | No | No | No | No | No | No | No | No | Yes | No | Executive functioning problems (Behavior Rating Inventory of Executive Function (BRIEF- 2; Adult BRIEF) - primary outcome BRIEF Global Executive Composite (GEC), subscales - inhibition, cognitive flexibility, updating/working memory) |
| Turban 2022 | No | No | No | No | Yes | Yes | No | No | No | No | No | Severe psychological distress in month before survey (defined as score of 13+ on K6+); Binge drinking in month before survey (defined as 5+ standard alcoholic drinks on single occasion; Life-time illicit drug use; Suicidality (ideation during year prior; attempt requiring hospitalisation in year prior) |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

**Supplementary Table 4 - Critical appraisal scores for included studies**

| Study ID | Study design | NOS Q1 score | NOS Q1 representative of population | NOS Q2 score | NOS Q2 adequacy of follow-up | NOS Q3 score | NOS Q3 ascertainment of treatment exposure | NOS Q2 score | NOS Q5 Selection of non-exposed group | NOS Q2 score | NOS Q5 comparability of cohorts | NOS Q6 part 1 | NOS Q6 part 2 | NOS Q7 score | NOS Q7 follow-up duration | NOS Q7 score | NOS Q7 assessment of outcome | NOS Q8 score | NOS Q8 Demonstration outcome of interest not present at start | NOS Q4 score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cohort** | | | | | | | | | | | | | | | | | | | | |
| Achille 2020 | Prospective cohort study | 4 | States that vast majority of eligible population entered the study, but no values or indication of what this means given. Recruited from single clinic. | 0 | 116 participants entered study - 50 who completed questionnaires reported on. No information on those lost to follow-up. | 1 | Information in paper provides confidence that clinic data used. | 1 | Participants who had received either nothing at all or only puberty blockers. | | Controlled for outcome at baseline, psychiatric medication and psychotherapy. Separate analysis by gender. Did not control for age. Did not control for prior receipt of pubertal suppression. | 0.5 | 0.5 | 0 | Follow-up not linked to treatment duration. Exposure to treatment at any time used as variable - not duration. | 1 | Validated scales designed for self completion. | 0 | N/A | |
| Becker-Hebly 2020 | Prospective cohort study | 4 | 204 eligible and invited to take part. Large proportion not included. Single clinic. | 0 | Response rate for follow-up 37% (n=75). | 1 | Self-reported treatment path then controlled via clinicians' reports. | 1 | Those not treated with hormones from same clinic sample. | | Did not control for gender / sex, other treatments or outcome at baseline. Used age-adjusted population norms to compare outcomes. Did not control for distribution in intervention group. | 0.5 | 0 | 0 | Treatment started after baseline but duration and start of treatment not reported or included in analysis | 0 | Validated scales - combination of self-report and clinician-report. | 0 | N/A | |
| Boleng 2020 | Prospective cohort study | 5 | Single clinic population but recruitment / response not described so no way of knowing what proportion of clinic population were included. | 0 | All treated participated at follow-up (4 of 41 controls dropped out between visits). | 1 | Clinic data on treatment reported. | 1 | Male and female controls presumed to not experience gender incongruence. | | Controlled for testosterone levels and handedness (identified as confounders). Controlled for session effect in analysis (baseline). Matched for age and birth-registered sex. | 0.5 | 0 | 0 | Mean duration treatment / follow-up 9.8 months (sufficient for some) | 1 | Independent assessment using validated method. | 0 | N/A | |
| Burke 2016 | Prospective cohort study | 5 | Single clinic population and recruitment / response not described. No way of knowing what proportion of clinic population were included. | 0 | All 21 girls with gender dysphoria followed-up (1 of 41 controls dropped out between sessions). | 1 | Clinic data on treatment reported. | 1 | Male and female controls presumed to not experience gender incongruence. | | Controlled for testosterone levels and IQ (identified as confounder). Controlled for session effect in analysis (baseline). Matched for age and birth-registered sex. | 0.5 | 0 | 0 | Mean duration treatment / follow-up 10 months (sufficient for some) | 1 | Independent assessment using validated method. | 0 | N/A | |
| Cantu 2020 | Retrospective cohort study | 4 | Single clinic population - likely to be a selected sample because participation depends on data availability. No information provided on numbers. | 0 | Participation depended on outcome data being available for analysis so all followed up. Two did not provide GAD-7 data. | 1 | Clinic data used to categorise treatment groups. | 1 | Drawn from same source as exposed participants. | | Nothing reported about potential confounders being controlled for in the analysis. | 0 | 0 | 0 | Follow-up not linked to treatment - followed-up beyond initial baseline and follow-up | 1 | Validated measures for depression and anxiety used. Suicidality outcome not included in analysis on treatment exposure differences. | 0 | N/A | |
| de Vre 2022 | Retrospective cohort study | 3.5 | Single clinic population - only those who underwent bilateral orchiectomy combined with vaginoplasty were eligible - random sample taken. | 0 | Of the 263 sampled, 49 were then excluded due to no tissue being stored or no testicular parenchyma on slides. Not likely to influence results. | 0.5 | Authors state data was collected from medical records. | 1 | Adults presenting to the same clinic who underwent bilateral orchiectomy combined with vaginoplasty. | | Study participants are birth-registered males only, groups are split by puberty stage (Tanner stage 2-3, Tanner stage 4-5, Adult). Study does not control for use of medications such as contraceptive pill. | 0.5 | 0 | 0 | Information on follow-up not explicit - indications follow-up sufficient for some participants (12 months plus) | 1 | Detailed information on sample testing given. | 0 | N/A | |
| Grimstad 2021b | Retrospective cohort study | 3.5 | Single clinic population, very small number excluded due to incomplete height data (n/5% eligible patients). | 0.5 | Only those with complete height data were included, those had not reached adult height by the end of the study were excluded. | 0.5 | Data obtained from medical records. | 1 | Drawn from same source as exposed participants. | | Only participants who were assigned female sex at birth were included. Unadjusted analyses were carried out. | 0.5 | 0 | 0 | No information provided on time between start of treatment and measurement of final height | 1 | Height measured in triplicate at clinic visits. Participants defined as growing if demonstrated growth velocity of 0.5cm per year. Parental height used - unclear how outcome data were calculated. | 0 | N/A | |
| Jensen 2019 | Retrospective cohort study | 0 | Single-clinic study, one participant excluded due to non-binary gender identification and two participants excluded from analysis. | 0 | No loss to follow-up. | 0.5 | Data extracted from medical records. | 1 | Drawn from same source as exposed participants. | | Separate analyses were carried out for sex. No other covariates were adjusted for. | 0 | 0 | 0 | Median duration and range of duration of hormone treatment and follow-up indicates sufficiency | 1 | Extracted from medical records. | 0 | N/A | |
| Lopez de Lara 2020 | Prospective cohort study | 4.5 | No information given on the number eligible or the response rate. | 0 | Table 2 indicates all participants were successfully followed-up. | 0 | Treatment data from clinic records used. | 1 | Controls presumed to not experience gender incongruence matched on age, ethnicity and socio-economic status. Outcomes are psychosocial. | | The non-exposed group was matched on age, however men and women were analysed together. No other covariates were controlled for. | 0.5 | 0 | 0 | Follow-up was carried a year after initiation of treatment | 1 | Validates scales were used. | 0 | N/A | |
| Turdoff 2022 | Retrospective cohort study | 3.5 | Single clinic study, 30% of eligible patients did not take part. | 0 | Follow-up rates less than 90% at each follow-up timepoint. | 0 | Data on hormone use was collected via self-report. | 1 | Drawn from same source as exposed population. | | Gender but not sex was controlled for as confounder. Ethnicity was also controlled for. The analysis controlled for receipt of mental health therapy. | 0.5 | 0 | 0 | 3, 6, 9, 12 month - follow-up not linked to treatment initiation but some participants with sufficient follow-up | 1 | Collected via validated scales. | 0 | N/A | |
| Valentine 2021 | Retrospective cohort study | 3.5 | Single clinic study. Nearly 20% excluded due to only being seen twice. | 0 | Only patients who had been seen twice were included, although only 18 had lipid panels and 18 pre- and post-testosterone. | 0 | Information obtained from primary care database. | 1 | Females presumed to not experience gender incongruence drawn from a primary care database. | | Only birth-registered females were included. Unadjusted analyses were used. | 0.5 | 0 | 0 | Average initial follow-up was 10.8 months (range 2.6 - 25.7), therefore sufficient for some but not all. | 1 | Data collected at clinical visits. | 0 | N/A | |
| van de Grift 2020 | Prospective cohort study | 5 | Single clinic study. Patients lost to follow-up (n=68) were included. | 0 | Participants with complete follow-up data were included. | 1 | Registry and patient record data collection used. | 1 | Drawn from same source as exposed group. | | NOS comparability carried out for males and females. | 1 | 0 | 0 | Initiation of different therapies in treatment protocol indicate follow-up sufficient for most but not all | 1 | Data collected as part of routine clinical practice. | 0 | N/A | |
| **Pre-post** | | | | | | | | | | | | | | | | | | | | |
| Allen 2019 | Retrospective pre-post single group study | 4 | Required pre- and post-treatment data to be available. States that around half of eligible youth did not have pre-test data so were not included. Single clinic. | 0 | Only those with data available at both time-points were included. | 1 | Data on treatment reported. | | N/A | | Controlled for treatment duration and outcome at baseline (ANCOVA). Separate analysis by birth-registered sex. | 0.5 | 0 | 0.5 | At least 3 months and treatment duration mean 349 days. Potentially not all participants sufficient. | 0.5 | Questionnaires administered by mental health professional as part of clinical care assessment. Validated scales used. | 1 | N/A | |
| Chiniara 2018 | Retrospective pre-post single group study | 4 | Single clinic study, 11/218 excluded due to missing data. | 0.5 | Low follow-up rates reported. | 0 | Retrospective review of medical records. | | N/A | | Separate analyses by sex. | 0.5 | 0 | 0 | Repeat hormonal levels measured after 4.7 (SD 3.7) months of hormone therapy - sufficient for some not all | 1 | Validated scales and clinical record data used. | 1 | N/A | |
| de Vries 2014 | Prospective pre-post single group study | 3.5 | National clinic. 111 prescribed GnRHa. 70 participants approached one-year post-surgery, 55 took part. Large proportion of eligible population too include. | 0 | Not all 70 provided data (some questionnaires added partway through). Response rate: CBCL, YSR 54; BDI, TPI, STAI, CGAS, and UGS: 43; BIS: 57. | 0 | Retrospective assessment on start of treatment - medical records data. | | N/A | | Separate analyses was conducted by sex, and age was adjusted for. | 1 | 0 | 1 | Final follow-up takes place one year after surgery. | 1 | All validated scales except 'self-constructed' objective measure of wellbeing. | 0.5 | N/A | |
| Delemarre-van de Waal 2006 | Prospective pre-post single group study | 1.5 | Single clinic, inadequate information on response rates given. | 0 | Inadequate information on follow-up given. | 0 | Follow-up protocol integrated into clinical practice. | | N/A | | No adjustment made for age, sex, co-interventions or socio-demographic confounders. | 0 | 0 | 0 | Insufficient information provided on duration of follow-up | 1 | Clinical measurements presented, but no information given on how this information was obtained. | 0 | N/A | |
| Grimstad 2021a | Retrospective pre-post single group study | 4.5 | Single-site clinic. Inclusion based on medical charts explicitly documenting occurrence or absence of breakthrough bleeding, for which 5 were excluded. | 0.5 | Only those with complete outcome data were included. | 1 | Data collected from medical records. | | N/A | | Unadjusted analyses used. | 0 | 0 | 0 | Breakthrough bleeding measured up to 12 months following start of treatment | 1 | Breakthrough bleeding recorded on medical records. | 0 | N/A | |
| Hannema 2017 | Prospective pre-post single group study | 4 | Single clinic population. Participants were invited to participate but no information is given on response rates. | 0 | Complete data available at earlier timepoints but attrition at later timepoints. | 0.5 | Data obtained from medical records. | | N/A | | The study only included birth-registered males. Unadjusted analyses were used. | 0.5 | 0 | 0 | Participants had been treated for at least 12 months | 1 | Detailed information given on physical, laboratory and radiological investigations. | 1 | N/A | |
| Hisle-Gorman 2021 | Retrospective pre-post single group study | 4 | All eligible participants were included from the Military Health System. | 0.5 | No information given on missing data. | 0 | Obtained from pharmacy records. | | N/A | | Analyses adjusted for age and sex. Some important covariates such as parental role adjusted for. | 0 | 0 | 0 | Median follow-up post-treatment was 1.5 years (IQR 0.7 to 2.7) - potentially not sufficient for all participants | 1 | Outcome data collected from Military Healthcare Data Repository. | 1 | N/A | |
| Jarin 2017 | Retrospective pre-post single group study | 4.5 | Four large local clinics. Data extracted from pre-existing databases. | 1 | Low follow-up rates at each timepoint. | 0 | Data extracted from pre-existing databases. | | N/A | | Separate analyses were conducted for gender groups. No other covariates were adjusted for. | 0.5 | 0 | 0 | Outcomes were assessed beyond 6 months | 1 | Assessed as part of clinical practice. | 1 | N/A | |
| Kaltiala 2020 | Retrospective pre-post single group study | 4.5 | Recruited from one of two gender services in Finland. Of 57 diagnosed, 5 were excluded. | 1 | All followed up. | 0 | Information in paper provides confidence that clinic data used. | | N/A | | Logistic regression examined whether age and sex were predictive of outcomes, but these variables were not taken into account when examining change pre-post. | 0 | 0 | 0 | Time between start of treatment and follow-up given as approximately one year | 1 | Collected by the clinical team via structured and free format assessments, through evaluation of existing files. | 0.5 | N/A | |
| Khatchadourian 2014 | Retrospective pre-post single group study | 3 | Single clinic study, included all patients. | 0.5 | No information given on missing data. | 0 | Data obtained from clinical records. | | N/A | | Descriptive summaries were presented separately for males and females. | 0.5 | 0 | 0 | No information given on time between start of treatment and assessment of outcome | 1 | Clinical outcomes assessed as part of routine medical care. | 0 | N/A | |
| Klaver 2018 | Retrospective pre-post study | 3.5 | Single clinic study, participants who had not undergone wholebody DXA were excluded (n=5). 66 participants excluded on different treatment protocol - reason unclear. | 0 | No information given on follow-up rates. | 0 | Data obtained from clinical records. | | N/A | | Analyses were carried out separately for sex. No other covariates were adjusted for. | 0.5 | 0 | 0 | Mean age of birth-registered males under 18 years and age at start of DXA was under 17, with an SD of approximately 1 | 1 | Collected from medical records. | 0 | N/A | |
| Klaver 2020 | Retrospective pre-post study | 3.5 | Single clinic study, participants who had not undergone wholebody DXA were excluded. No consultation in early adulthood. No numbers reported. | 0 | No information given on follow-up timepoint. | 0 | Data obtained from clinical records. | | N/A | | Analyses were carried out for males and females. No other covariates were adjusted for. | 0.5 | 0 | 0 | At 22 years olds - sufficient follow-up indicated by age at starting hormones | 1 | Collected from medical records. | 0 | N/A | |
| Klink 2015 | Retrospective pre-post study | 4.5 | Single clinic study. Study only included participants for whom data available at each timepoint. Number of patients excluded not reported. | 0 | High follow-up rates at final timepoint. | 1 | Detailed information on timing of treatment given. | | N/A | | No information on follow-up duration. No other covariates were adjusted for. | 0 | 0 | 0 | Mean age at start was <17 SD 1.4-2.3, with final follow-up at 22 years old | 1 | Collected from medical records. | 0 | N/A | |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Study | Study design | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kuyper 2020 | Prospective pre-post single group study | 3 | Single clinic study that excluded 22/209 patients due to missing follow-up. | 0.5 | Despite those with follow-up data being excluded, less than 90% of participants included in analysis of each outcome. | 0 | Clinician data were entered into a research database. | 1 | N/A | Hypothesis testing carried out (not separately by age or sex). Regression controlling for confounders planned, but no correlations between change scores and demographic/treatment variables. | 0 | Mean treatment duration 10.3 months, range 1-18 - not all participants sufficient follow-up. | 0.5 | Validated scales used. | 1 | N/A |
| Laurenzano 2021 | Retrospective pre-post single group study | 4 | Single-center study. Included all eligible. | 0.5 | No information given on follow-up rates. | 0 | De-identified clinical data entered institutional review board approved endocrine database. | 1 | N/A | Only birth-registered females were included in the study. Unadjusted analyses were used. | 0.5 | Minimum follow-up was 6 months, with the median being 1.9 years. | 0 | Collected as part of clinical practice. | 1 | N/A |
| Mesbah 2021 | Retrospective pre-post single group study | 4.5 | Large database from single clinic. 431 were excluded due to missing data, 894 were excluded due to lack of available laboratory results. | 0 | All included in analysis. | 1 | Clinic data on treatment reported. | 1 | N/A | The study only included birth-registered females. Prevalences were summarized descriptively. | 0.5 | Every 3 to 6 months in first year, then yearly / 2-yearly after - follow-up varied although sufficient | 0 | Outcomes collected via routine clinical measurements. | 0 | Data not presented on participants with erythrocytosis at baseline. | 0 |
| Millington 2019 | Prospective pre-post single group study | 3 | Single clinic study - excluded 5/90 subjects (42%) had at least one outcome measurement. 48 subjects (56%) had a measurement within the first 6 months. | 0.5 | Data collected from medical records. | 1 | Unadjusted analyses were used. | 0 | 42% within first 3 months of therapy, 56% within first 6 months. Up to 7 years follow-up for some. | 1 | Routine clinical testing. | 0 | Hyperkalemia was present in one baseline measurement. | 0 |
| Millington 2022 | Retrospective pre-post single group study | 4.5 | Small number of clinics in USA. No information given on consent rates. | 0.5 | Low follow-up rates at each timepoint. | 0 | Data collected from medical records. | 1 | Age and sex matched z scores were calculated and summarized descriptively. | 0 | Follow-up to 24 months post treatment | 1 | Laboratory, medication, and anthropometric data abstracted from the medical record. Creatinine measurements performed in clinical laboratories of study sites and at outside facilities. | 1 | N/A |
| Mullins 2021 | Prospective pre-post single group study | 4 | Single clinic that included those initiating treatment and age 13 to 24 years at initiation of GAHT. | 0 | All included in analysis. | 1 | Data collected from medical records. | 1 | Unadjusted analyses were used, most descriptive summaries combined the data from gender groups. | 0 | Median duration of treatment 574 days (IQR: 283-962) - minimum duration unclear | 0 | Data collected as part of routine clinical practice. | 0 | No indication patients were tested for thrombosis before inclusion. | 0 |
| Olson 2014 | Prospective pre-post single group study | 4.5 | Single clinic study. No information provided on consent rates. | 0 | One participant was missing information on testosterone levels and excluded from the analysis. | 1 | Information on average dose provided - confident that clinic data used. | 1 | Only birth-registered females were included in the study. All other covariates were adjusted for. | 0.5 | 6 months after starting treatment | 0 | Hormone levels, lab values, anthropometric measurements and menstrual history were obtained via chart review. |
| Olson-Kennedy 2018 | Retrospective pre-post single group study | 4.5 | Single clinic study. No information provided on consent rate. Authors state that 101 participants were evaluated at baseline, but only 59 presented in study. | 0 | High follow-up. | 1 | Detailed information on treatment provided. | 1 | Gender groups analysed separately. Unadjusted analyses were used. | 0.5 | Follow-up carried out 21-31 months after initiation of hormones. | 0 | Baseline and follow-up physiologic data were abstracted from the medical charts of the participants. |
| Perl 2020 | Retrospective pre-post single group study | 5 | Participants recruited from a national clinic, only 3 participants were excluded due to missing data. | 0 | Those with missing data were excluded from the study. | 1 | Medical records data used to identify those on treatment. | 1 | Only birth-registered females were included in study. No information is given on adjustment for baseline variables. | 0.5 | Follow-up average 6 months (SD 2) - some but not all participants sufficient follow-up | 0 | Data extracted from medical records. BP measured during a clinic visit within 2-4 weeks of GAHT initiation and testosterone injections using a Welch Allyn Vital Signs Monitor VSM 300 (Welch Allyn, Inc., Beaverton, OR). |
| Perl 2021 | Retrospective pre-post single group study | 5 | Participants were recruited from a national clinic, only 1 participant was excluded due to missing data. | 0 | Those with missing data were excluded from the study. | 1 | Data extracted from medical records. | 1 | Only birth-registered females were included in the study. Unadjusted analyses were used. | 0.5 | Follow-up on average 18.5 months, range 3-63 months - some not all participants sufficient follow-up. | 0 | Data extracted from medical records. BP measured using a Welch Allyn Vital Signs Monitor VSM 300 (Welch Allyn, Inc., Beaverton, OR). | 1 | N/A |
| Schagen 2016 | Prospective pre-post single group study | 4 | National clinic. No information on consent rates but selected from all eligible. | 0 | No information given on follow-up. | 0 | Details on duration of treatment provided. | 1 | Separate analyses carried out for males and females. No other covariates were adjusted for. | 0.5 | Analyses used data up to 2 years post-treatment | 1 | Detailed information given on laboratory investigations. |
| Schagen 2020 | Prospective pre-post single group study | 5 | National clinic. Small number of all treated excluded due to DXA scans not being available at the start of GnRHa. | 1 | No information given on missing data rates at follow-up. | 0 | Detailed treatment protocol provided. | 1 | Analyses adjusted for pubertal stage and sex. No other covariates were adjusted for. | 0.5 | Analyses presented up to 36 months of treatment | 0 | Dual-energy x-ray absorptiometry (DXA) performed using Hologic QDR 4500. Markers of bone formation and resorption determined in fasting blood samples, drawn on day of scans. |
| Segev-Becker 2020 | Retrospective pre-post single group study | 5 | National clinic. Consecutive participants recruited. | 1 | No information given on follow-up rates. | 0 | Information on treatment delivery presented. | 1 | Some but not all descriptive summaries stratified by gender/sex. Participants were split into pre-pubertal and pubertal groups. | 0 | No information given on follow-up period | 0 | Data collected retrospectively from clinical records. |
| Sequeira 2019 | Retrospective pre-post single group study | 5 | Single clinic study. No information given on number excluded. | 0 | All included in model. | 1 | Information in paper provides confidence that clinic data used. | 1 | Only birth-registered females were included. The analysis controlled for age, hormone dose rate and baseline BMI z-score. | 1 | Follow-up carried out to 13 months post-initiation of treatment | 0 | Height and weight documented in each clinical encounter were used to calculate BMI in kg/m2. |
| Stoffers 2019 | Retrospective pre-post single group study | 3 | Single-clinic study. Only 2/64 participants declined to participate. | 0.5 | High rates of follow-up at 6 months post-treatment, but low rates at 12 and 24 months post-treatment. | 0.5 | Information in paper provides confidence that clinic data used. | 1 | Only birth-registered females included. Unadjusted analyses were used. | 0.5 | The median duration of follow-up was 12 months (range 6-33 months) | 0 | Data collected via chart review. |
| Tack 2016 | Prospective pre-post single group study | 4 | Single-centre study in country with three clinics. Small number (5 out of 43) excluded due to missing data. | 0 | No information given on follow-up rates at each timepoint. | 0 | Information in paper provides confidence that clinic data used. | 1 | Only birth-registered female adolescents were included. Unadjusted analyses were used. | 0.5 | Baseline, 6 and 12 month follow-up | 1 | Data collected as part of clinical follow-up. |
| Tack 2017 | Prospective pre-post single group study | 4 | Single-centre study in country with three clinics. All those who received CA for at least 6 months included. | 0 | No information given on follow-up rates at each timepoint. | 0 | Information in paper provides confidence that clinic data used. | 1 | Only birth-registered females were included in the study. | 0.5 | Baseline, 6 and 12 month follow-up | 1 | Data collected as part of clinical follow-up. |
| van der Loos 2021 | Retrospective pre-post single group study | 4.5 | Single clinic study. 123 excluded due to DXA not being available. | 0 | Only participants who had a DXA were included. | 1 | Information in paper provides confidence that clinic data used. | 1 | Separate analyses were carried out for males and females. | 0.5 | Follow-up ±2 years after treatment initiation | 1 | Detailed information on DXA testing given. |
| Vlot 2017 | Prospective pre-post single group study | 4 | Single clinic study. A large number of eligible participants were excluded due to incomplete data. | 0 | Data indicates that more than 10% were missing data for outcomes. | 0 | Data collection took place at point of treatment. | 1 | Analysis stratified on sex and bone age. Unadjusted analyses were used. | 0.5 | Follow-up 24 months after start of hormone treatment | 1 | Detailed information on DXA testing provided. |
| **Cross-sectional** | | | | | | | | | | | | | | |
| Arcelus 2016 | Cross-sectional study with controls | 3.5 | 299 eligible patients - 31 did not answer questions regarding NSSI and were excluded. National clinic. | 1 | More than 10% excluded from analysis - no information provided in those in explanation. | 0 | Self-reported data on treatments received prior to assessment at adult clinic. | 1 | Those not treated with hormones form same clinic sample. | 1 | Controlled for gender, self-esteem, transphobia, interpersonal problems, social support. | 0.5 | N/A | 1 | Validated assessment tools used. |
| Burke 2020 | Cross-sectional study with controls | 4 | Single clinic population - no information provided about recruitment and response, or number eligible. | 0 | All participants included in analysis. | 1 | Clinic data used to select / categorise treatment groups. | 1 | Treatment naive from same source plus controls with no gender incongruence which was appropriate for outcome. Cross-sectional so no baseline control. | 1 | Controlled for puberty stage / age, sex assigned at birth but no other treatments. Cross-sectional so no baseline control. | 1 | N/A | 1 | Standard assessment - equipment and procedure explained in full - same applied to all participants (treatments and controls). |
| Fontanari 2020 | Cross-sectional study with controls | 3 | Self-selecting survey. | 0 | All participants who completed the survey were included in the analysis. | 1 | Self report. | 0 | Non-exposed group from same survey sample. | 1 | No adjustment made for age, sex, co-interventions or socio-demographic confounders. | 0 | N/A | 1 | Validated scales used. |
| Grannis 2021 | Cross-sectional study with controls | 4 | Single-clinic population. Participants excluded on ability to participate in MRI based research, but no numbers are given on this. | 0 | Information on those included in analysis not provided. | 0 | Clinic data collected from medical records. | 1 | Drawn from same source. | 1 | Age was adjusted for. Only birth-registered females were included. | 1 | N/A | 1 | Validated scales and detailed brain imaging protocol. |
| Green 2022 | Cross-sectional study with controls | 4 | Self-selecting survey | 0 | 2895 participants missing data on treatment and excluded from analyses. Missingness could be related to the underlying value. | 0 | Self report. | 0 | Drawn from same source as exposed group. | 1 | Analysis controlled for age, sex, socio-demographic characteristics, also controlled for parental support, victimisation, receipt of puberty blockers, receipt of gender identity conversion therapy. | 1 | N/A | 1 | Validated scale used to measure depression, item on suicidal thoughts and behaviours taken from Youth Risk Behaviour Survey. |
| Millington 2021b | Cross-sectional study with controls | 2.5 | Single clinic study with no information given on numbers included. | 0 | No information given on data collection rates. | 0 | Detailed information on treatment provided. | 1 | No information given on selection of non-exposed group. | 0 | Only birth-registered females included. Mostly unadjusted analyses were carried out. | 0.5 | N/A | 1 | Results collected as part of clinical practice. |
| Nokoff 2020 | Cross-sectional study with controls | 4 | Single clinic study. No information provided on consent rate. | 0 | All participants included in analysis according to table data. | 1 | Information in paper provides confidence that clinic data used. | 1 | Controls from Colorado REStoractive to insulin in Type 1 ANd Type 2 diabetes, and Health Influences in Puberty studies. Different ages in both and slowed clinical characteristics in one. | 1 | Separate analyses were carried out for sex, and analyses either matched on Tanner stage or adjusted for age. Analyses also matched on BMI. | 1 | N/A | 1 | Body composition measured using DXA and detailed information on laboratory process provided. |
| Strang 2022 | Cross-sectional study with controls | 4 | Shared study protocol in two locations. No information given on consent rates. | 0 | Only those with complete report forms were included. | 1 | Collected through parent and self-report, and only verified through medical records when dates not received. | 0 | Drawn from same population as exposed group. | 1 | Analysis adjusted for assigned sex and age. | 1 | N/A | 1 | Validated scales and evaluations used. |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Turban 2022 | Cross-sectional study with controls | 1 | National survey covering 50 states in collaboration with 400+ lesbian, gay, bisexual and transgender organisations. Population covers 18-36 year olds. | 1 | No information given on number of participants excluded from analyses due to missing data. | 0 | Self-reported by participants. | 0 | Drawn from same population as exposed group. | 1 | Separate analyses were carried out for participants receiving hormones in early adolescence, late adolescence and adulthood. Some but not all analyses adjusted for sex assigned at birth. | 0.5 | 0 | N/A | | One validated scale used, the rest appear to be bespoke for this study. | 0.5 | N/A | |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Supplementary Table S5 - Gender-related, body image, psychological, psychosocial and cognitive outcomes

| Study ID | Country | Study design | Study quality | Treated sample | Average age CSH treatment started | Comparator | Intervention | Outcome (measure) | Follow-up specific to outcome | Study results |
|---|---|---|---|---|---|---|---|---|---|---|
| **Gender dysphoria** | | | | | | | | | | |
| Lopez de Lara 2020 | Spain | Cohort | Moderate | 23 (16 brf, 7 brm) | Mean age 16 y (range 14-18 y) | 30 (no GD) | Hormones (with GnRHa) | Gender dysphoria (UGDS) | 12m | Decrease (imrpovement) in gender dysphoria score. Using clinical cut-off, no gender dysphoria at follow-up compared to all at baseline. |
| **Body image** | | | | | | | | | | |
| Grannis 2021 | US | Cross-sectional | Moderate | 19 brf | Mean age at data collection 17 y (SD 1.2 y) Mean treatment duration 13.1 m (SD 10.3m) | 23 | Testosterone | Body image dissatisfaction (BIS) | N/A | Lower levels of dissatisfaction with body image in those treated compared to those not treated. |
| **Psychological / mental health** | | | | | | | | | | |
| **Depression** | | | | | | | | | | |
| Lopez de Lara 2020 | Spain | Cohort | Moderate | 23 (16 brf, 7 brm) | Mean age 16 y (range 14-18 y) | 30 (no GD) | Hormones (with GnRHa) | Depressive symptoms (BDI II) | 12m | Decrease in depression (~70% in normal range at follow-up) - symptoms higher compared to controls. |
| Kaltiala 2020 | Finland | Pre-post | Moderate | 52 (11 brm, 41 brf) | Mean age at diagnosis 18.1 y (SD 1.1y) | N/A | Hormones | Need for treatment due to depression | 12m | Need for treatment decreased at follow-up. |
| Grannis 2021 | US | Cross-sectional | Moderate | 19 brf | Mean age at data collection 17 y (SD 1.2 y) Mean treatment duration 13.1 m (SD 10.3m) | 23 | Testosterone | Depressive symptoms (CDI) | N/A | Depressive symptoms were lower in the treated group compared to those not treated. |
| Green 2022 | US | Cross-sectional | Moderate | 274 (205 brf, 27 brm, 42 not reported) | Not reported | 2961 | Hormones | Frequency of depressed mood and anhedonia (PHQ-2) | N/A | Prevalence of recent depression lower in those treated (~61%) compared to those not treated (75%). |
| **Anxiety** | | | | | | | | | | |
| Lopez de Lara 2020 | Spain | Cohort | Moderate | 23 (16 brf, 7 brm) | Mean age 16 y (range 14-18 y) | 30 (no GD) | Hormones (with GnRHa) | Anxiety (STAI (state and trait subscales)) | 12m | Anxiety decreased over time for both subscales, but continued to be higher compared to controls at follow-up. |
| Kaltiala 2020 | Finland | Pre-post | Moderate | 52 (11 brm, 41 brf) | Mean age at diagnosis 18.1 y (SD 1.1y) | N/A | Hormones | Need for treatment due to anxiety | 12m | Need for treatment decreased. |
| Grannis 2021 | US | Cross-sectional | Moderate | 19 brf | Mean age at data collection 17 y (SD 1.2 y) Mean treatment duration 13.1 m (SD 10.3m) | 23 | Testosterone | Anxiety disorders (CARED); social anxiety (LSAS) | N/A | Decreased levels of anxiety compared to those not treated. |
| **Self-harm and suicidality** | | | | | | | | | | |
| Allen 2019 | US | Pre-post | Moderate | 47 (33 brf, 14 brm) | Mean age 16.5 y | N/A | Hormones (plus/minus GnRHa) | Suicidality (Ask Suicide-Screening Questions) | Single (mean 349d, range 113-1016d) | Suicidality scores decreased. |
| Kaltiala 2020 | Finland | Pre-post | Moderate | 52 (11 brm, 41 brf) | Mean age at diagnosis 18.1 y (SD 1.1y) | N/A | Hormones | Need for treatment due to suicidality/self-harm | 12m | Need for treatment decreased. |
| Grannis 2021 | US | Cross-sectional | Moderate | 19 brf | Mean age at data collection 17 y (SD 1.2 y) Mean treatment duration 13.1 m (SD 10.3m) | 23 | Testosterone | Suicidality (SBQ-R), Lifetime suicidality | N/A | No evidence for difference between groups in suicidality. |
| Green 2022 | US | Cross-sectional | Moderate | 274 (205 brf, 27 brm, 42 not reported) | Not reported | 2961 | Hormones | Suicidality/non-suicidal self-injury (SBQ-R) | N/A | Treated participants less likely to have seriously considered suicide or attempted suicide compared to untreated. |
| **Need for treatment** | | | | | | | | | | |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Study | Country | Design | Quality | Sample | Age | Comparison | Treatment | Outcome | Follow-up | Findings |
|---|---|---|---|---|---|---|---|---|---|---|
| Kaltiala 2020 | Finland | Pre-post | Moderate | 52 (11 brm, 41 brf) | Mean age at diagnosis 18.1 y (SD 1.1y) | N/A | Hormones | Need for treatment (conduct problems, psychosis, substance abuse, autism, ADHD, eating disorders) | 12m | No change in need for treatment for all outcomes, although baseline need for treatment was low. |
| **Internalising problems** | | | | | | | | | | |
| Lopez de Lara 2020 | Spain | Cohort | Moderate | 23 (16 brf, 7 brm) | Mean age 16 y (range 14-18 y) | 30 (no GD) | Hormones (with GnRHa) | Emotional symptoms (subscale of SDQ) | 12m | Emotional symptoms decreased at follow-up and were similar at follow up to adolescents not experiencing GD. |
| **Externalising problems** | | | | | | | | | | |
| Lopez de Lara 2020 | Spain | Cohort | Moderate | 23 (16 brf, 7 brm) | Mean age 16 y (range 14-18 y) | 30 (no GD) | Hormones (with GnRHa) | Conduct problems and hyperactivity (SDQ subscales) | 12m | Conduct problems and hyperactivity decreased and were lower at follow-up compared to adolescents not experiencing GD. |
| **Strengths and Difficulties** | | | | | | | | | | |
| Lopez de Lara 2020 | Spain | Cohort | Moderate | 23 (16 brf, 7 brm) | Mean age 16 y (range 14-18 y) | 30 (no GD) | Hormones (with GnRHa) | Mental health (SDQ) | 12m | Difficulties decreased with fewer in borderline/abnormal range at follow-up, and were similar at follow up to adolescents not experiencing GD. |
| **Psychosocial** | | | | | | | | | | |
| **Family functioning and peer relationships** | | | | | | | | | | |
| Lopez de Lara 2020 | Spain | Cohort | Moderate | 23 (16 brf, 7 brm) | Mean age 16 y (range 14-18 y) | 30 (no GD) | Hormones (with GnRHa) | Family functioning (FAT), peer problems (SDQ), prosocial (SDQ) | 12m | No change in family functioning or peer problems but a small improvement in prosocial skills. At follow-up, family functioning similar to adolescents not experiencing GD, but fewer peer problems and more prosocial skills (small significant difference). |
| Kaltiala 2020 | Finland | Pre-post | Moderate | 52 (11 brm, 41brf) | Mean age at diagnosis 18.1 y (SD 1.1y) | N/A | Hormones | Peer relationships (normative vs restricted) | 12m | Small decrease in proportion with normative peer relationships. |
| **Wellbeing** | | | | | | | | | | |
| Allen 2019 | US | Pre-post | Moderate | 47 (33 brf, 14 brm) | Mean age 16.5 y | N/A | Hormones (plus/minus GnRHa) | Wellbeing (PQLI General Wellbeing Scale) | Single  (mean 349d, range 113-1016d) | Increase in wellbeing. |
| **Other** | | | | | | | | | | |
| Kaltiala 2020 | Finland | Pre-post | Moderate | 52 (11 brm, 41brf) | Mean age at diagnosis 18.1 y (SD 1.1y) | N/A | Hormones | Living arrangements, school / work participation, romantic involvement, competence in managing everyday matters | 12m | Decrease in participants living with parents/guardians. No change in other outcomes. |
| **Cognitive** | | | | | | | | | | |
| Beking 2020 | Netherlands | Cohort | Moderate | 21 brf | Mean age 16.1 y (SD 0.7) | 41 (no GD) | Testosterone (with GnRHa) | Lateralisation index of the amygdala (during emotional face matching task with angry and fearful faces) | Single (mean 9.8m, range 5.6-14.8) | Mean lateralisation index decreased (more rightward), and at follow up was similar to controls. |
| Burke 2016 | Netherlands | Cohort | Moderate | 21 brf | Mean age at data collection 16.1 y (SD 0.8) Mean treatment duration 10 m (range 6-15) | 41 (no GD) | Testosterone (with GnRHa) | Visuospatial working memory (brain activation pattern, performance on a mental rotation task) | Single (mean 10m, range 6-15) | No difference between groups in performance. The treated group and male controls showed stronger activations at follow-up. |
| Grannis 2021 | US | Cross-sectional | Moderate | 19 brf | Mean age at data collection 17 y (SD 1.2 y) Mean treatment duration 13.1 m (SD 10.3m) | 23 | Testosterone | Amygdala activation (face processing task) | N/A | Higher activation in left amygdala and cluster of stronger connectivity in right amygdala in treated compared to the controls. |
| Strang 2022 | US | Cross-sectional | Moderate | 52 (brs not reported) | Received GAH <1y: mean age 16.7 (SD 1.7) Received GAH >1y: mean age 16.1 (SD 1.4) | 72 | Hormones (plus/minus GnRHa) | Executive functioning (BRIEF Global Executive Composite) | N/A | Treated groups (<1y and >1y treated) had better executive functioning, cognitive flexibility and working memory compared to untreated. |

Supplemental material

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Abbreviations: ADHD - Attention Deficit Hyperactivity Disorder; BDI - Beck's Depression Inventory; BIS - Body Image Scale; brf - birth-registered females; brm - birth-registered males; BRIEF - Behaviour Rating Inventory of Executive Function; CARED - Child Anxiety Related Emotional Disorders; CDI - Children's Depression Inventory; FAT - Family Apgar Test; GD - gender dysphoria; GnRHa - gonadotrophin releasing-hormone analogues; LSAS - Liebowitz Social Anxiety Scale; m = months; PHQ - Patient Health Questionnaire; PQLI - Paediatric Quality of Life Inventory; SBQ-R - Suicidal Behaviours Questionnaire - Revised; SD - standard deviation; SDQ - Strengths and Difficulties Questionnaire; STAI - State-Trait Anxiety Inventory; UGDS - Utrecht Gender Dysphoria Scale; y = years

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Supplementary Table S6 - Physical health outcomes, fertility and side effects

| Study ID | Country | Study design | Study quality | Treated sample | Average age CSH treatment started | Comparator | Intervention | Outcome (measure) | Follow-up specific to outcome | Study results |
|---|---|---|---|---|---|---|---|---|---|---|
| **Physical health outcomes** | | | | | | | | | | |
| **Bone health** | | | | | | | | | | |
| Klink 2015 | Netherlands | Pre-post | Moderate | 34 (15 brm, 19 brf) | Mean age for brm: 16.6 y (SD 1.4 y) Mean age for brf: 16.4 y (SD 2.3 y) | N/A | Hormones | aBMD, BMAD (absolute, z-scores using natal sex) | Single (22 years of age) | No evidence for change in measures (small sample size). |
| Schagen 2020 | Netherlands | Pre-post | Moderate | 78 (36 brm, 42 brf) | Mean age for brm: 16.2 y (SD 1.2 y) Mean age for brf: 16.9 y (1.1 y) | N/A | Hormones (with GnRHa) | aBMD, BMAD (absolute, z-scores using natal sex), serum bone markers. | 36m | Increase in bone density (both absolute and in comparison to natal sex references) in males and females. |
| Stoffers 2019 | Netherlands | Pre-post | Moderate | 62 brf | Median age 17.2 y (range 14.9-18.4 y) | N/A | Testosterone | BMD, BMAD (absolute, z-scores using natal sex) | 6m, 12m, 24m | Increase in bone density (both absolute and in comparison to natal sex reference). |
| Vlot 2017 | Netherlands | Pre-post | Moderate | 70 (28 brm, 42 brf) | Mean age for brm: 16.0 y (range 14.0-18.9 y) Median age for brf: 16.3 y (15.9-19.5) | N/A | Hormones (with GnRHa) | BMAD (absolute, z-scores using natal sex), bone-turnover markers (P1NP, OC and ICTP) | 24m | No evidence of change in measures (small sample size). |
| **Body mass index (BMI)/body weight** | | | | | | | | | | |
| van de Grift 2020 | Netherlands | Cohort | Moderate | 43 ( 17 brf, 26 brm) | Mean age Tanner 2/3 group: 15 y (SD 0.5 y) Mean age Tanner 4/5 group: 17 y (SD 1.0 y) | 157 | Hormones | BMI | At initiation of surgery | Adolescents who started hormones earlier had a lower BMI (although not clinically significant) before initiation of surgery than those who started later. |
| Hannema 2017 | Netherlands | Pre-post | Moderate | 28 brm | Mean age 16.0 y (range 13.9-18.9) | N/A | Oestrogen (with GnRHa) | BMI and BMI SD score (reference to natal sex and affirmed gender) | 12m, 24m, 36m | BMI remained constant and BMI SD score decreased over time (for both male and female references). |
| Jarin 2017 | US | Pre-post | Moderate | 116 (72 brf, 44 brm) | Mean age for brm: 18 y (range 14-25 y) Mean age for brf: 16 y (range 13-22 y) | N/A | Hormones (brm plus/minus anti-androgens) | BMI | 1-3m, 4-6m, 6m+ | No change in BMI. |
| Klink 2015 | US | Pre-post | Moderate | 34 (15 brm , 19 brf) | Mean age for brm: 16.6 y (SD 1.4 y) Mean age for brf: 16.4 y (SD 2.3 y) | N/A | Hormones | BMI and BMI SD score (reference to natal sex) | Single (22 years of age) | No clinically significant increase in BMI but an increase in BMI SD score. |
| Laurenzano 2021 | US | Pre-post | Moderate | 119 brf | Mean age 16.5 (range 13.0-19.9) | N/A | Testosterone | BMI and BMI SD score (reference unspecified) | Single (median 1.9y, range 6m to 5.5y) | Increase in BMI and BMI z-score. |
| Millington 2022 | US | Pre-post | Moderate | 286 (92 brm, 194 brf) | Median age for brm: 17.3 y (IQR 16.2-18.6 y) Median age for brf: 16.2 y (IQR 15.1-17.5 y) | N/A | Hormones (brm plus/minus anti-androgens) | BMI | 6m, 12m | No change in BMI. |
| Olson 2014 | US | Pre-post | Moderate | 36 brf | Mean age 18.7 y (SD 2.6 y) | N/A | Testosterone | BMI | 6m | No change in BMI. |
| Olson-Kennedy 2018 | US | Pre-post | Moderate | 59 (34 brf, 25 brm) | Mean age 18 y (range 12-23 y) | N/A | Hormones (brm plus/minus progestins) | BMI | 24m (range 21-31 months) | No change in BMI. |
| Perl 2020 | Israel | Pre-post | Moderate | 9 brf | Mean age 15.1 y (SD 0.9 y) | N/A | Testosterone | BMI and BMI SD score (reference unspecified) | Single (mean 4m, SD 2m) | No change in BMI and BMI SD score. |
| Perl 2021 | Israel | Pre-post | Moderate | 15 brm | Mean age 16.1 y (SD 1.5 y) | N/A | Oestrogen (with GnRHa) | BMI and BMI SD score (reference unspecified) | Single (median 18.5m, range 3-63m) | No change in BMI and BMI SD score. |
| Sequeira 2019 | US | Pre-post | Moderate | 46 brf | Not reported | N/A | Testosterone | BMI and BMI SD score (reference to natal sex) | 6m, 12m | No change in BMI and BMI z-score. |
| Stoffers 2019 | Netherlands | Pre-post | Moderate | 62 brf | Median age 17.2 y (range 14.9-18.4 y) | N/A | Testosterone | BMI and BMI SD score (reference unspecified) | 6m, 12m, 24m | No change in BMI and BMI SD score |
| Tack 2016 | Belgium | Pre-post | Moderate | 38 brf | Mean age 17 y 5 m | N/A | Testosterone (with Lynestrenol) | BMI and BMI SD score (reference to natal sex) | 6m, 12m | Increase in BMI and BMI SD score. |
| Tack 2017 | Belgium | Pre-post | Moderate | 27 brm | Mean age 17 y 7 m | N/A | Oestrogen (with Cyproterone acetate) | BMI and BMI SD score (reference unspecified) | 6m, 12m | No change in BMI and BMI SD score. |
| van der Loos 2021 | Netherlands | Pre-post | Moderate | 322 (106 brm, 216 brf) | Early-puberty group median age 15.7 y (IQR 15.3-16.0 y) Mid-puberty group 16.0 y (IQR 15.8-16.6 y) Late-puberty group 16.4 y (IQR 16.0-17.4) | N/A | Hormones (with GnRHa) | BMI | Single (> 2y, median 3-4y across groups) | Increase in BMI in early puberty group. |
| Nokoff 2020 | US | Cross-sectional | Moderate | 35 (21 brf, 14 brm) | Mean age at data collection for brm 16.3 y (SD 1.4 y, mean treatment duration 12.3 m (9.9m) Mean age at data collection for brf 17.0 y (SD 1.4 y, mean treatment duration T 11.2 m (5.9m) | 108 (no GD) | Hormones (plus/minus GnRHa) | BMI percentile | N/A | No evidence of differences in BMI percentile. |
| **Blood pressure** | | | | | | | | | | |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hannema 2017 | Netherlands | Pre-post | Moderate | 28 brm | Median age 16.0 y (range 13.9-18.9) | N/A | Oestrogen (with GnRHa) | Systolic and diastolic blood pressure | 12m, 24m, 36m | No change. |
| Jarin 2017 | US | Pre-post | Moderate | 116 (72 brf, 44 brm) | Mean age brm: 18 y (range 14-25 y)  Mean age brf: 16 y (range 13-22 y) | N/A | Hormones (brm plus/minus anti-androgens) | Systolic and diastolic blood pressure | 1-3m, 4-6m, 6m+ | No change. |
| Laurenzano 2021 | US | Pre-post | Moderate | 119 brf | Mean age 16.5 (range 13.0-19.9) | N/A | Testosterone | Hypertension | Single (median 1.9y, range 6m to 5.5y) | No participants developed hypertension. |
| Olson 2014 | US | Pre-post | Moderate | 36 brf | Mean age 18.7 y (SD 2.6 y) | N/A | Testosterone | Systolic and diastolic blood pressure | 6m | No change. |
| Olson-Kennedy 2018 | US | Pre-post | Moderate | 59 (34 brf, 25 brm) | Mean age 18 y (range 12-23 y) | N/A | Hormones (brm plus/minus progestins) | Systolic and diastolic blood pressure | 24m (range 21-31 months) | No change. |
| Perl 2020 | Israel | Pre-post | Moderate | 9 brf | Mean age 15.1 y (SD 0.9 y) | N/A | Testosterone | Systolic and diastolic blood pressure | Single (mean 4m, SD 2m) | No change. |
| Perl 2021 | Israel | Pre-post | Moderate | 15 brm | Mean age 16.1 y (SD 1.5 y) | N/A | Oestrogen (with GnRHa) | Systolic and diastolic blood pressure | Single (median 18.5m, range 3-63m) | No change. |
| Stoffers 2019 | Netherlands | Pre-post | Moderate | 62 brf | Median age 17.2 y (range 14.9-18.4 y) | N/A | Testosterone | Systolic and diastolic blood pressure | 6m, 12m, 24m | No clinically significant change. |
| Nokoff 2020 | US | Cross-sectional | Moderate | 35 (21 brf, 14 brm) | Mean age at data collection for brm 16.3 y (SD 1.4 y, mean treatment duration 12.3 m (9.9m)  Mean age at data collection for brf 17.0 y (SD 1.4 y, mean treatment duration T 11.2 m (5.9m) | 108 (no GD) | Hormones (plus/minus GnRHa) | Systolic and diastolic blood pressure | N/A | Similar blood pressure (no clinically significant differences) in adolescents receiving hormones compared to untreated adolescents not experiencing gender incongruence. |

**Metabolic measures**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hannema 2017 | Netherlands | Pre-post | Moderate | 28 brm | Median age 16.0 y (range 13.9-18.9) | N/A | Oestrogen (with GnRHa) | HbA1c | 12m, 24m, 36m | No change. |
| Jarin 2017 | US | Pre-post | Moderate | 116 (72brf, 44 brm) | Mean age brm: 18 y (range 14-25 y)  Mean age brf: 16 y (range 13-22 y) | N/A | Hormones (brm plus/minus anti-androgens) | Total cholesterol, LDL, HDL, triglycerides, triglyceride:HDL ratio, HbA1c | 1-3m, 4-6m, 6m+ | No evidence for change, except for a decrease in HDL in birth-registered females. |
| Laurenzano 2021 | US | Pre-post | Moderate | 119 brf | Mean age 16.5 (range 13.0-19.9) | N/A | Testosterone | Total cholesterol, LDL, HDL, triglycerides. | Single (median 1.9y, range 6m to 5.5y) | No evidence for change, except for a decrease in HDL. |
| Olson 2014 | US | Pre-post | Moderate | 36 brf | Mean age 18.7 y (SD 2.6 y) | N/A | Testosterone | Non-fasting total cholesterol. | 6m | No evidence for change. |
| Olson-Kennedy 2018 | US | Pre-post | Moderate | 59 (34 brf, 25 brm) | Mean age 18 y (range 12-23 y) | N/A | Hormones (brm plus/minus progestins) | Total cholesterol, HDL, triglycerides, glucose | 24m (range 21-31 months) | No evidence for change, except for an increase in HDL. |
| Stoffers 2019 | Netherlands | Pre-post | Moderate | 62 brf | Median age 17.2 y (range 14.9-18.4 y) | N/A | Testosterone | Total cholesterol, HDL, LDL, triglycerides, HbA1c | 6m, 12m, 24m | Evidence for decrease in HDL. Some evidence for a small, early decrease in total cholesterol, no change for other outcomes. |
| Tack 2016 | Belgium | Pre-post | Moderate | 38 brf | Mean age 17 y 5 m | N/A | Testosterone (with Lynestrenol) | Total cholesterol, triglycerides, HDL, LDL, fasting insulin, HbA1c, glucose, HOMA-IR | 6m, 12m | No evidence for change. |
| Tack 2017 | Belgium | Pre-post | Moderate | 27 brm | Mean age 17 y 7 m | N/A | Oestrogen (with Cyproterone acetate) | Triglycerides, total cholesterol, HDL, LDL, HbA1c, glucose, insulin | 6m, 12m | No evidence for change. |
| Nokoff 2020 | US | Cross-sectional | Moderate | 35 (21 brf, 14 brm) | Mean age at data collection for brm 16.3 y (SD 1.4 y, mean treatment duration 12.3 m (9.9m)  Mean age at data collection for brf 17.0 y (SD 1.4 y, mean treatment duration T 11.2 m (5.9m) | 108 (no GD) | Hormones (plus/minus GnRHa) | Fasting insulin, HOMA-IR, fasting glucose, total cholesterol, triglycerides, HDL, LDL, HbA1c | N/A | Brf receiving hormones had lower HDL than controls, whereas brm had higher HDL than controls. Brm had a lower inverse of fasting insulin and higher HOMA-IR than controls. |

**Other physical parameters**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hannema 2017 | Netherlands | Pre-post | Moderate | 28 brm | Median age 16.0 y (range 13.9-18.9) | N/A | Oestrogen (with GnRHa) | Prolactin, ALT, AST, ALP, γ-glutamyl transferase, creatinine, haematocrit, haemoglobin | 12m, 24m, 36m | Alkaline phosphatase decreased, no other changes were observed. |
| Jarin 2017 | US | Pre-post | Moderate | 116 (72brf, 44 brm) | Mean age brm: 18 y (range 14-25 y)  Mean age brf: 16 y (range 13-22 y) | N/A | Hormones (brm plus/minus anti-androgens) | AST, ALT, haemoglobin, haematocrit, prolactin, serum urea nitrogen, creatinine | 1-3m, 4-6m, 6m+ | No evidence for change. |
| Laurenzano 2021 | US | Pre-post | Moderate | 119 brf | Mean age 16.5 (range 13.0-19.9) | N/A | Testosterone | Haematocrit, AST, ALT | Single (median 1.9y, range 6m to 5.5y) | Evidence for an increase in haematocrit. |
| Madsen 2021 | Netherlands | Pre-post | Moderate | 1073 brf | Median age 22.5 (IQR 18.4-31.8) | N/A | Testosterone | Erythrocytosis (haematocrit levels) | Annually up to 20 years (>12m) | Haematocrit levels of >0.50L/L occurred in 24% of brf. Levels of >0.52L/L and >0.54L/L occurred 7.6% and 2.2% respectively. |
| Millington 2022 | US | Pre-post | Moderate | 286 (92 brm, 194 brf) | Median age for brm: 17.3 y (IQR 16.2-18.6 y)  Median age for brf: 16.2 y (IQR 15.1-17.5 y) | N/A | Hormones (brm plus/minus anti-androgens) | Kidney function (serum creatinine, estimated glomerular filtration rate (eGFR) | 6m, 12m, 18m, 24m | Serum creatinine increased in brf and decreased in brm. eGFR increased initially in brm and decreased in brf, and then returned to baseline levels. |

Supplemental material

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

*Arch Dis Child*

Case 2:22-cv-00184-LCB-CWB   Document 558-39   Filed 05/27/24   Page 33 of 35

| Mullins 2021 | US | Pre-post | Moderate | 611 (428 brf, 183 brm) | Not reported | N/A | Hormones | Occurrence of thrombosis | Single (median 554/7d brm/f, range 283-1037) | No thrombosis occurred whilst receiving hormones. |
| Olson 2014 | US | Pre-post | Moderate | 36 brf | Mean age 18.7 y (SD 2.6 y) | N/A | Testosterone | Haemoglobin, ALT, AST | 6m | There was an increase in haemoglobin levels. |
| Olson-Kennedy 2018 | US | Pre-post | Moderate | 59 (34 brf, 25 brm) | Mean age 18 y (range 12-23 y) | N/A | Hormones (brm plus/minus progestins) | AST, ALT, potassium, prolactin, haemoglobin | 24m (range 21-31m) | No change except for a decrease in AST. |
| Schagen 2018 | Netherlands | Pre-post | Moderate | 127 (73 brf, 54 brm) | Mean age for brm: 16.3 y (SD 1.2y) Mea age for brf: 16.8 (SD 1.1) | N/A | Hormones (with GnRHa) | DHEAS and A4 | 12m, 24m | DHEAS remained constant. A4 remained constant in brm and increased in brf. |
| Stoffers 2019 | Netherlands | Pre-post | Moderate | 62 brf | Median age 17.2 y (range 14.9-18.4 y) | N/A | Testosterone | SHBG, TSH, prolactin, free thyroxine, DHEAS, A4, haemoglobin, haematocrit, creatinine, ALP, vitamin D, ureum | 6m, 12m, 24m | Decrease in SHBG and increase in both haemoglobin and haematocrit. No change in others. |
| Tack 2016 | Belgium | Pre-post | Moderate | 38 brf | Mean age 17 y 5 m | N/A | Testosterone (with Lynestrenol) | Haemoglobin, haematocrit, creatinine, AST, ALT, TSH, free thyroxine, anti-Müllerian hormone, SHBG | 6m, 12m | Increases in haemoglobin, haematocrit and creatinine. Decrease in free thyroxin. |
| Tack 2017 | Belgium | Pre-post | Moderate | 27 brm | Mean age 17 y 7 m | N/A | Oestrogen (with Cyproterone acetate) | DHEAS, haemoglobin, haematocrit, creatinine, AST, ALT, prolactin, TSH, free thyroxin, SHBG | 6m, 12m | Evidence for an increase in SHBG and prolactin. No change in others. |
| Nokoff 2020 | US | Cross-sectional | Moderate | 35 (21 brf, 14 brm) | Mean age at data collection for brm 16.3 y (SD 1.4 y, mean treatment duration 12.3 m (9.9m) Mean age at data collection for brf 17.0 y (SD 1.4 y, mean treatment duration T 11.2 m (5.9m) | 108 (no GD) | Hormones (plus/minus GnRHa) | AST, ALT, SHBG, free androgen index | N/A | No evidence of differences, except for higher AST, lower SHBG and higher free androgen index compared to controls (brf only). |
| **Fertility** | | | | | | | | | | |
| de Nie 2022 | Netherlands | Cohort | Moderate | 78 brm | Not reported | 136 | Hormones | Germ cell type, Johnsen's score, hyalinisation and lumen status | Single (at time of surgery when mean age 29.6 y (SD 12.4)) | Mature spermatozoa only observed in those starting treatment at Tanner stage 4 or higher. Immature germ cells present in all treated in early puberty. |
| **Side effects** | | | | | | | | | | |
| Jensen 2019 | US | Cohort | High | 17 (11 brf, 6 brm) | Median age of GnRHa group: 14.9 y (range 14.1-15.7 y) Median age of no GnRHa group: 16.7 y (14.4-18.2 y) | 66* | Hormones (with or without GnRHa) | Side-effects recorded by clinicians and in electronic medical record notes | Single (range 6.4-53.0m) | In brm, breast tenderness common; increased liver enzymes, oestradiol levels above limit less common. In brf, acne, mood changes, elevated red blood markers, increased appetite common. Headaches, hot flashes, fatigue, hair loss less common. Similar in GnRHa / no GnRHa. |
| Laurenzano 2021 | US | Pre-post | Moderate | 119 brf | Mean age 16.5 y (range 13.0-19.9) | N/A | Testosterone | Acne | Single (median 1.9y, range 6m to 5.5y) | Acne severity progressed in ~65% of participants, advanced acne management documented in ~20%. |
| Tack 2016 | Belgium | Pre-post | Moderate | 38 brf | Mean age 17 y 5 m | N/A | Testosterone (with Lynestrenol) | Patient-reported side-effects | 6m, 12m | Acne increased during testosterone treatment, and metrorrhagia increased slightly. |
| Tack 2017 | Belgium | Pre-post | Moderate | 27 brm | Mean age 17 y 7 m | N/A | Oestrogen (with Cyproterone acetate) | Patient-reported side-effects | 6m, 12m | Breast tenderness, mood swings and hunger were frequently reported during oestradiol (no figures given). |

Abbreviations: A4 – androstenedione; ALP – alkaline phosphatase; ALT - alanine aminotransferase; AST – aspartate aminotransferase; aBMD – areal bone mineral density; BMAD – bone mineral apparent density; BMD – bone mineral density; BMI – body mass index; brf – birth-registered females; brm – birth-registered males; CSH – cross-sex hormones; d – days; DHEAS – dehydroepiandrosterone sulfate; GnRHa – Gonadotropin-Releasing Hormone analogues; m – months; HbA1c – glycated haemoglobin; HDL – high-density lipoprotein; HOMA-IR – Homeostatic Model Assessment for Insulin Resistance; ICTP – Type I collagen degradation product; IQR – inter-quartile range; LDL – low-density lipoprotein; OC – osteocalcin; P1NP – procollagen type I N-terminal propeptide; QTc – heart-rate corrected QT interval; SD – standard deviation; SHBG - sex hormone binding globulin; TSH – thyroid stimulating hormone; y – years.

* This study compared the effect of hormones taken concurrently with or without GnRHa. Comparator group received no GnRHa.

Supplemental material

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Case 2:22-cv-00184-LCB-CWB   Document 558-39   Filed 05/27/24   Page 34 of 35

Arch Dis Child

**Supplementary Table S7 - Pubertal development**

| Study ID | Country | Study design | Study quality | Treated sample | Average age CSH treatment started | Comparator | Intervention | Outcome (measure) | Follow-up specific to outcome | Study results |
|---|---|---|---|---|---|---|---|---|---|---|
| **Hormone levels** | | | | | | | | | | |
| Beking 2020 | Netherlands | Cohort | Moderate | 21 brf | Mean age 16.1 y (SD 0.7) Mean treatment duration 9.8 m (SD 2.9 m) | 41 (no GD) | Testosterone (with GnRHa) | Testosterone | Single (range 5.6-14.8m) | Increase in testosterone in brf at follow-up - lower than in male controls and higher than female controls. |
| Burke 2016 | Netherlands | Cohort | Moderate | 21 brf | Mean age 16.1 y (SD 0.8) Mean treatment duration 10 m (range 6-15) | 41 (no GD) | Testosterone (with GnRHa) | Testosterone | Single (range 6-15m) | At follow-up, testosterone levels much higher than female controls and slightly lower than male controls. |
| Hannema 2017 | Netherlands | Pre-post | Moderate | 28 brm | Median age 16.0 y (range 13.9-18.9) | N/A | Oestrogen | Oestradiol, LH, FSH | 12m, 24m, 36m | LH and FSH remained the same over time, oestradiol increased over time. |
| Jarin 2017 | US | Pre-post | Moderate | 116 (72 brf, 44 brm) | Mean age brm: 18 y (range 14-25 y) Mean age brf: 16 y (range 13-22 y) | N/A | Hormones (brm plus/minus anti-androgens) | Testosterone, oestradiol | 1-3m, 4-6m, 6m+ | In brf, testosterone levels increased and oestradiol levels remained the same. In brm, testosterone levels decreased and oestradiol levels increased. |
| Laurenzano 2021 | US | Pre-post | Moderate | 119 brf | Mean age 16.5 (range 13.0-19.9) | N/A | Testosterone | Testosterone (total and free), oestradiol | Single (median 1.9y, range 6m to 5.5y) | Total and free testosterone levels increased. Oestradiol levels decreased. |
| Mullins 2021 | US | Pre-post | Moderate | 611 (428 brf, 183 brm) | Not reported | N/A | Hormones | Testosterone, oestradiol | Single (median 554/7d brm/f, range 283-1037) | In oestradiol users, level at follow-up was 47.2 pg/mL (IQR: 27.2–99.5), and testosterone was 189.5 ng/dL (IQR: 15.2–367). In testosterone users, level at follow-up was 413.0 ng/dL, and oestradiol was 33.2 pg/mL (IQR: 24.0–47.9). |
| Olson 2014 | US | Pre-post | Moderate | 36 brf | Mean age 18.7 y (SD 2.6 y) | N/A | Testosterone | Testosterone (total and free), oestradiol | 6m | Total testosterone and free testosterone increased. Oestradiol levels decreased. |
| Olson-Kennedy 2018 | US | Pre-post | Moderate | 59 (34 brf, 25 brm) | Mean age 18 y (range 12-23 y) | N/A | Hormones (brm plus/minus progestins) | Testosterone (total and free), oestradiol | 24m (range 21-31m) | Total and free testosterone levels decreased in brm and increased in brf. Oestradiol increased in brm and decreased in brf. |
| Perl 2020 | Israel | Pre-post | Moderate | 9 brf | Mean age 15.1 y (SD 0.9 y) | N/A | Testosterone | Testosterone, oestradiol, LH, FSH | Single (mean 4m, SD 2m) | Testosterone and oestradiol levels increased. LH and FSH levels remained constant. |
| Perl 2021 | Israel | Pre-post | Moderate | 15 brm | Mean age 16.1 y (SD 1.5 y) | N/A | Oestrogen (with GnRHa) | Testosterone, oestradiol, LH, FSH | Single (median 18.5m, range 3-63m) | Oestradiol levels increased, testosterone remained constant. LH remained constant, FSH levels decreased slightly. |
| Stoffers 2019 | Netherlands | Pre-post | Moderate | 62 brf | Median age 17.2 y (range 14.9-18.4 y) | N/A | Testosterone | Testosterone, oestradiol, LH, FSH | 6m, 12m, 24m | Testosterone and oestradiol levels increased. LH and FSH levels remained constant. |
| Tack 2016 | Belgium | Pre-post | Moderate | 38 brf | Mean age 17 y 5 m | N/A | Testosterone (with Lynestrenol) | Testosterone (total and free), oestradiol, LH, FSH | 6m, 12m | Total and free testosterone levels increased. Oestradiol remained same. LH and FSH remained constant. |
| Tack 2017 | Belgium | Pre-post | Moderate | 27 brm | Mean age 17 y 7 m | N/A | Oestrogen (with Cyproterone acetate) | Testosterone (total and free), oestradiol, LH, FSH | 6m, 12m | Oestradiol increased. Total and free testosterone levels decreased. LH and FSH decreased. |
| van der Loos 2021 | Netherlands | Pre-post | Moderate | 322 (106 brm, 216 brf) | Early-puberty group median age 15.7 y (IQR 15.3-16.0 y) Mid-puberty 16.0 y (IQR 15.8-16.6 y) Late-puberty 16.9 y (IQR 16.0-17.4) | N/A | Hormones (with GnRHa) | Testosterone, oestradiol | Single (> 2y, median 3-4y across groups) | Testosterone levels increased in brf and oestradiol levels increased in brm. Oestradiol levels increased in brf and testosterone levels decreased slightly in brm. |
| Nokoff 2020 | US | Cross-sectional | Moderate | 35 (21 brf, 14 brm) | Mean age at data collection for brm 16.3 y (SD 1.4 y, mean treatment duration 12.3 m (9.9m) Mean age at data collection for brf 17.0 y (SD 1.4 y, mean treatment duration T 11.2 m (5.9m) | 108 (no GD) | Hormones (plus/minus GnRHa) | Testosterone, oestradiol, LH, FSH | N/A | Brf higher testosterone than female controls, slightly lower than males. Oestradiol lower than females, higher than males. Brm higher testosterone than female controls, lower than males. Oestradiol levels similar to females, higher than males. |
| **Induced pubertal progression** | | | | | | | | | | |
| Hannema 2017 | Netherlands | Pre-post | Moderate | 28 brm | Median age 16.0 y (range 13.9-18.9) | N/A | Oestrogen (with GnRHa) | Tanner breast stage | 12m, 24m, 36m | Tanner breast stage increased over time. |
| Stoffers 2019 | Netherlands | Pre-post | Moderate | 62 brf | Median age 17.2 y (range 14.9-18.4 y) | N/A | Testosterone | Hair growth (facial, abdominal, chest and extremities) and deepening of voice | 3m, 6m, 12m | Presence of hair (facial, abdominal, chest and extremities) increased over time. Voice deepened in all followed up. |
| Tack 2017 | Belgium | Pre-post | Moderate | 27 brm | Mean age 17 y 7 m | N/A | Oestrogen (with Cyproterone acetate) | Tanner breast stage | 6m, 12m | Majority reached Tanner breast stage 3, with a small percentage reaching stage 4, but objectively small breast volume in most cases. |
| Vlot 2017 | Netherlands | Pre-post | Moderate | 70 (28 brm, 42 brf) | Median age for brm: 16.0 y (range 14.0-18.9 y) Median age for brf: 16.3 y (15.9-19.5) | N/A | Hormones (with GnRHa) | Tanner breast stage (brf only), genital stage (brm only) and pubic hair stages (brf and brm). | 24m | Tanner breast stage remained same in brf. Tanner genital stage remained same in brm. Tanner pubic hair stage remained same for both. |
| **Height/growth** | | | | | | | | | | |
| van de Grift 2020 | Netherlands | Cohort | Moderate | 43 (17 brf, 26 brm) | Mean age Tanner 2/3 group: 15 y (SD 0.5 y) Mean age Tanner 4/5 group: 17 y (SD 1.0 y) | 157 | Hormones | Height | At initiation of surgery | Brf who had hormones for longer (started puberty suppression earlier) were taller at follow-up than those who started later. For brm no difference. |
| Hannema 2017 | Netherlands | Pre-post | Moderate | 28 brm | Median age 16.0 y (range 13.9-18.9) | N/A | Oestrogen (with GnRHa) | Height and height SD score (reference to natal sex and affirmed gender) | 12m, 24m, 36m | Height increased over time. Height SD score with reference to natal sex and female sex remained the same over time. |

Supplemental material | BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s) | Arch Dis Child

Case 2:22-cv-00184-LCB-CWB   Document 558-39   Filed 05/27/24   Page 35 of 35

| Study | Country | Design | Quality | Sample | Age | Comparison | Outcome category | Outcome measure | Follow-up | Results |
|---|---|---|---|---|---|---|---|---|---|---|
| Klink 2015 | Netherlands | Pre-post | Moderate | 34 (15 brm , 19 brf) | Mean age for brm: 16.6 y (SD 1.4 y) Mean age for brf: 16.4 y (SD 2.3 y) | N/A | Hormones | Height and height SD score (reference to natal sex) | Single (22 years of age) | Absolute height increased for both groups. Height SD score increased for brm and remained the same for brf. |
| Stoffers 2019 | Netherlands | Pre-post | Moderate | 62 brf | Median age 17.2 y (range 14.9-18.4 y) | N/A | Testosterone | Height and height SD score (reference to natal sex and affirmed gender) | 6m, 12m, 24m | Height increased over time. Height SD score with reference to natal sex and female sex remained the same. |
| Tack 2017 | Belgium | Pre-post | Moderate | 27 brm | Mean age 17 y 7 m | N/A | Oestrogen (with Cyproterone acetate) | Height SD score (reference to natal sex) | 6m, 12m | Height SD score increased over time. |
| van der Loos 2021 | Netherlands | Pre-post | Moderate | 322 (106 brm, 216 brf) | Early-puberty group median age 15.7 y (IQR 15.3-16.0 y) Mid-puberty 16.0 y (IQR 15.8-16.6 y) Late-puberty 16.4 y (IQR 16.0-17.4) | N/A | Hormones (with GnRHa) | Height | Single (> 2y, median 3-4y across groups) | For both males and females, average height at follow-up was higher for those who started hormones at an earlier age compared to those who started later. |
| Vlot 2017 | Netherlands | Pre-post | Moderate | 70 (28 brm, 42 brf) | Median age for brm: 16.0 y (range 14.0-18.9 y) Median age for brf: 16.3 y (15.9-19.5) | N/A | Hormones (with GnRHa) | Height | 24m | Height increased in both males and females. |
| **Waist and hip measurements** | | | | | | | | | | |
| Hannema 2017 | Netherlands | Pre-post | Moderate | 28 brm | Median age 16.0 y (range 13.9-18.9) | N/A | Oestrogen (with GnRHa) | Waist and hip circumference and SD scores, waist-hip ratio and SD score (references for males and females) | 12m, 24m, 36m | Waist circumference remained the same and waist-hip ratio decreased. SD score with reference to males and females decreased. Hip circumference increased, no increase in SD score. |
| **Body composition** | | | | | | | | | | |
| Hannema 2017 | Netherlands | Pre-post | Moderate | 28 brm | Median age 16.0 y (range 13.9-18.9) | N/A | Oestrogen (with GnRHa) | Fat percentage and lean body mass percentage | 12m, 24m, 36m | Fat percentage and lean body mass percentage remained the same over time. |
| Nokoff 2020 | US | Cross-sectional | Moderate | 35 (21 brf, 14 brm) | Mean age at data collection for brm 16.3 y (SD 1.4 y, mean treatment duration 12.3 m (9.9m) Mean age at data collection for brf 17.0 y (SD 1.4 y, mean treatment duration T 11.2 m (5.9m) | 108 (no GD) | Hormones (plus/minus GnRHa) | Total body fat percentage, fat mass percentage, lean tissue percentage and lean mass percentage | N/A | Brf had lower body fat and higher lean tissue than female controls but the converse to males. Brm higher body fat and lower lean tissue than male controls, but the converse than females. |
| **Menstrual suppression** | | | | | | | | | | |
| Grimstad 2021a | US | Pre-post | Moderate | 232 brf | Mean age 16.3 y | N/A | Testosterone | Breakthrough bleeding - defined as bleeding after more than 1 year of treatment | Single (>12 months) | Approximately 20% experienced breakthrough bleeding during the duration of the study. |
| Laurenzano 2021 | US | Pre-post | Moderate | 119 brf | Mean age 16.5 (range 13.0-19.9) | N/A | Testosterone | Cessation of menses and time to cessation | Single (median 1.9y, range 6m to 5.5y) | Cessation in nearly all participants on 200mg dose, just over half on 140mg dose. Average time between start of hormones and cessation was 4.7 months (SD 3.0). |
| Olson 2014 | US | Pre-post | Moderate | 36 brf | Mean age 18.7 y (SD 2.6 y) | N/A | Testosterone | Cessation of menses and time to cessation | Single (6m) | Cessation of menses obtained in 85% of participants by 6 months. Average number of months to cessation was 2.9 months (SD 1.5 months). |
| **Bone age and geometry** | | | | | | | | | | |
| Hannema 2017 | Netherlands | Pre-post | Moderate | 28 brm | Median age 16.0 y (range 13.9-18.9) | N/A | Oestrogen (with GnRHa) | Bone age | 12m, 24m, 36m | Bone age increased over time. |
| van der Loos 2021 | Netherlands | Pre-post | Moderate | 322 (106 brm and 216 brf) | Early-puberty group median age 15.7 y (IQR 15.3-16.0 y) Mid-puberty 16.0 y (IQR 15.8-16.6 y) Late-puberty 16.4 y (IQR 16.0-17.4) | N/A | Hormones (with GnRHa) | Subperiosteal width and endocortical diameter of the hip bone | Single (> 2y, median 3-4y across groups) | In brm, subperiosteal width and endocortical diameter increased in those who started GnRHa in mid or late puberty, but not early. In brf there was no change. |
| Vlot 2017 | Netherlands | Pre-post | Moderate | 70 (28 brm, 42 brf) | Median age for brm: 16.0 y (range 14.0-18.9 y) Median age for brf: 16.3 y (15.9-19.5) | N/A | Hormones (with GnRHa) | Bone age | 24m | Bone age increased. |

Abbreviations: Abbreviations: brf – birth-registered females; brm – birth-registered males; CSH – cross-sex hormones; d – days; FSH – follicle-stimulating hormone; GD – gender dysphoria; GnRHa - Gonadotropin-Releasing Hormone analogues; IQR – inter-quartile range; LH – luteinising hormone; m – months; SD – standard deviation; y – years.