# EXHIBIT 92

OPEN ACCESS

# Care pathways of children and adolescents referred to specialist gender services: a systematic review

Jo Taylor, Ruth Hall, Trilby Langton, Lorna Fraser, Catherine Elizabeth Hewitt

► Additional supplemental material is published online only. To view, please visit the journal online (https://doi.org/10.1136/archdischild-2023-326760).

Department of Health Sciences, University of York, York, UK

**Correspondence to**
Professor Catherine Elizabeth Hewitt, Department of Health Sciences, University of York, York, UK; dohs-gender-research@york.ac.uk

Received 16 December 2023
Accepted 17 January 2024

► http://dx.doi.org/10.1136/archdischild-2023-326112
► http://dx.doi.org/10.1136/archdischild-2023-326347
► http://dx.doi.org/10.1136/archdischild-2023-326348
► http://dx.doi.org/10.1136/archdischild-2023-326670
► http://dx.doi.org/10.1136/archdischild-2023-326500
► http://dx.doi.org/10.1136/archdischild-2023-326499
► http://dx.doi.org/10.1136/archdischild-2023-326669
► http://dx.doi.org/10.1136/archdischild-2023-326681

© Author(s) (or their employer(s)) 2024. Re-use permitted under CC BY-NC. No commercial re-use. See rights and permissions. Published by BMJ.

**To cite:** Taylor J, Hall R, Langton T, *et al*. *Arch Dis Child* Epub ahead of print: [*please include* Day Month Year]. doi:10.1136/archdischild-2023-326760

## ABSTRACT

**Background** Increasing numbers of children and adolescents experiencing gender dysphoria/incongruence are being referred to specialist gender services. However, little is currently known about the proportions accessing different types of care and treatment following referral.

**Aim** This systematic review examines the range of care pathways of children/adolescents (under 18) referred to specialist gender or endocrinology services.

**Methods** Database searches were performed (April 2022), with results assessed independently by two reviewers. Peer-reviewed articles providing data for numbers of children and/or adolescents at referral/assessment and their treatment pathways were included. A narrative approach to synthesis was used and where appropriate proportions were combined in a random-effects meta-analysis.

**Results** 23 studies across nine countries were included, representing 6133 children and/or adolescents with a median age at assessment of 14–16 and overall a higher percentage of birth-registered females. Of those assessed, 36% (95% CI 27% to 45%) received puberty suppression, 51% (95% CI 40% to 62%) received masculinising or feminising hormones, 68% (95% CI 57% to 77%) received puberty suppression and/or hormones and 16% (95% CI 10% to 24%) received surgery. No study systematically reported information about the full pathway or psychological care received by children/adolescents. Follow-up in many studies was insufficient or unclear. Reasons for discontinuation were rarely provided.

**Conclusions** Prospective studies with long-term follow-up reporting information about the full range of pathways are needed to understand what happens to children and adolescents referred to specialist gender services. Information about provision of psychological care is needed considering high rates of psychosocial difficulties in this population.

**PROSPERO registration number** CRD42021289659.

### WHAT IS ALREADY KNOWN?

⇒ Increasing numbers of children and adolescents experiencing gender dysphoria/incongruence are being referred for care at specialist paediatric gender services.

⇒ Several countries have or are modifying referral and care pathways and provision in response to increasing numbers of referrals, changing demographics and ongoing uncertainty about the benefits, risks and long-term effects of medical interventions for these children and adolescents.

⇒ Little is currently known about the trajectories and outcomes of children and adolescents referred to specialist gender services.

### WHAT THIS STUDY ADDS?

⇒ Approximately two-thirds of adolescents referred to specialist gender services receive puberty suppression or hormones, although the rates vary considerably across services.

⇒ There is very little information about children/adolescents who do not receive medical intervention, or about the psychological care received by those under the care of a specialist gender service.

⇒ Studies consistently report small proportions of adolescents who discontinue medical treatment; however, systematic reporting and reasons for discontinuation are rarely provided and follow-up periods are limited.

### HOW THIS STUDY MIGHT AFFECT RESEARCH, PRACTICE OR POLICY

⇒ Prospective studies that follow up children into adulthood and report information about the range of pathways followed are needed to understand longer-term outcomes for those referred to specialist paediatric gender services.

## INTRODUCTION

Over the last 10-15 years, increasing numbers of children and adolescents experiencing gender incongruence are being referred to specialist paediatric gender services.[1 2] Literature also highlights changes in the demographics of referrals, with a much higher proportion of birth-registered female adolescents now being referred.[1 3] Many of those referred will experience gender dysphoria, which can cause significant distress.[4] Mental health difficulties, neurodevelopmental conditions and psychosocial complexity are higher in referred children and adolescents compared with their peers who do not experience gender incongruence; the relationship between gender dysphoria and these co-occurring conditions is poorly understood.[4–9]

Specialist gender services are evolving to the changing demand for gender-related care by establishing new triage processes,[10] developing multiple care pathways for those presenting with different needs,[11] provision of psychological care by local mental health services[11 12] and expanding provision.[13 14] Uncertainties in the evidence base about the benefits, risks and long-term effects of care pathways and medical interventions for this population are also driving these changes.[15–23]

Arch Dis Child: first published as 10.1136/archdischild-2023-326760 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.



National and international guidelines have recently been developed or updated in response to these uncertainties and/or the changing demand for specialist care.[11 12 24 25] Historically, a staged pathway was outlined first involving a comprehensive gender-related and psychosocial assessment and psychoeducational support, along with provision of psychological interventions to address any co-occurring or contributory psychosocial difficulties identified.[26] For adolescents experiencing gender dysphoria/incongruence that intensified during early puberty and who met the criteria for a diagnosis of gender dysphoria, puberty suppression could be considered. In later adolescence, masculinising or feminising hormones were considered for those continuing to medically transition, with surgical interventions delayed until adulthood. While this approach still broadly underpins current guidelines,[11 12 24 25 27] there is a lack of consensus regarding access to medical interventions, with the latest World Professional Association for Transgender Health guideline containing no minimum age criteria or requirement for diagnosis of gender dysphoria,[24] while in contrast the latest Swedish guideline outlines much stricter eligibility criteria and recommends that medical interventions are provided under a research framework due to uncertainties in the evidence base.[12]

Although a common care pathway is described by guidelines, little is known about the trajectories and outcomes for children or adolescents referred to specialist gender services. It is not known how many of those referred complete an assessment and access interventions, or how many leave services or discontinue treatment or subsequently 'desist' (no longer continue to experience gender dysphoria or incongruence), or how many who have started to medically transition will 'de/re-transition' (revert to living as their birth-registered sex or develop a new gender identity). This review aims to synthesise research reporting the care pathways for children and/or adolescents referred to specialist paediatric gender or endocrinology services, reporting the following:

- Number referred, assessed, diagnosed with gender dysphoria/incongruence, considered eligible for medical intervention and subsequently receiving medical intervention.
- Number who later desist or detransition/retransition.
- Reasons why they leave the service pathway or cease the assessment and/or medical intervention.
- Provision of psychological care while under the care of a specialist gender service.

## METHODS

The review forms part of a linked series of systematic reviews examining the epidemiology, care pathways, outcomes and experiences of children and adolescents experiencing gender dysphoria/incongruence and is reported according to the Preferred Reporting Items for Systematic Reviews and Meta-Analyses guidelines.[28] The protocol was registered on PROSPERO (CRD42021289659).[29]

### Search strategy

A single search strategy was used comprising two combined concepts: 'children', which included all terms for children and adolescents; and 'gender dysphoria', which included associated terms such as gender incongruence and gender-related distress, and gender identity terms including transgender, gender diverse and non-binary. MEDLINE (online supplemental table S1), EMBASE and PsycINFO through OVID, CINAHL Complete through EBSCO, and Web of Science (Social Science Citation Index) were searched (13-23 May 2021, updated 27 April 2022).

### Inclusion criteria

Peer-reviewed articles that reported, at a minimum, the number of children and/or adolescents at referral/assessment and the number progressing to treatment in paediatric or adolescent gender/endocrinology services were included (table 1).

### Selection process

Search results were uploaded to Covidence[30] and screened independently by two reviewers. Full texts for potentially relevant articles were retrieved and reviewed against the inclusion criteria by two reviewers independently. Disagreements were resolved through discussion.

### Data extraction

Data were extracted into a prepiloted template by one reviewer and checked by another. Data were extracted from graphs using the PlotDigitizer tool (https://plotdigitizer.com/). Study quality was not formally assessed.

### Synthesis

A narrative approach to synthesis was used and where appropriate proportions were combined in a random-effects meta-analysis using metaprop (Stata V.18), with variances stabilised using the Freeman-Tukey double arcsine transformation.[31] The synthesis was performed by one reviewer and double-checked by another.

## RESULTS

Our searches yielded 28 147 records, 3181 of which were identified as potentially relevant for the linked series of systematic

**Table 1** Inclusion and exclusion criteria

| | |
|---|---|
| Population | ► Children and adolescents (ages 0–18) referred to paediatric or adolescent gender service or paediatric or adolescent endocrinology service that provides specialist gender-related healthcare.<br>► Articles reporting on child or adolescent populations or the combined population of children and adolescents were included.<br>► Mixed populations of adolescents and adults included if referred to child or adolescent gender service, eg, some services provide healthcare to age 24; or where data reported separately for all-age services.<br>► Studies of other selected subsamples were excluded, eg, those eligible for or receiving treatment, one gender group, or studies recruiting a specific or convenience sample. |
| Comparator | ► Any or none. |
| Variables | ► Article reports as a minimum the number of referred or assessed children and/or adolescents AND the progression of these children/adolescents to treatment. |
| Study design | ► Studies of any design or articles reporting data from gender services.<br>► Systematic or other literature reviews were excluded. |
| Publication | ► Published in the English language in a peer-reviewed journal.<br>► Conference abstracts and letters were excluded. |

Arch Dis Child: first published as 10.1136/archdischild-2023-326760 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

**Figure 1** Study flow diagram.

reviews and for which full texts were reviewed. From these, there were 24 papers including 23 studies that met the inclusion criteria for this review (figure 1, online supplemental table S2).

## Study characteristics

Studies included specialist gender services (n=14)[32–46] or endocrinology services (n=9)[47–55] in Australia (n=2),[32 33] Canada (n=3),[34 47 48] the Netherlands (n=4),[36–39 50] Spain (n=2)[40 41] and the US (n=8),[43–46 52–55] and single studies from Finland,[49] Israel,[35] Scotland[51] and the UK.[42] Eight studies commented on the length of follow-up, but not at standardised points and so this varied for each person.[34–39 41 42 51] The longest time from assessment to follow-up was 10 years, but this study also included some patients who had only recently been assessed and so they had limited follow-up within the same study.[34] Most studies reporting follow-up times had a median of 1–2 years of follow-up.[35 41 42 51] Studies included referrals/assessments from 1972 to 2019, although most were from 2000 onwards.

Overall, 6133 children/adolescents were included across studies, with samples ranging from 38 to 1360. Nine studies included referred adolescents only,[34 37 38 42 47–51 53] whereas others included all referrals. Two US[45 46] and three Dutch[37–39 50] studies likely included overlapping samples. The median age at referral was 14–15 and at assessment was 14–16. Most studies reported a higher percentage of birth-registered females compared with males (online supplemental table S2).

## Referral, assessment, diagnostic and treatment pathways

Ten studies reported the numbers referred, whereas all reported the numbers assessed within services (table 2). The numbers being assessed ranged from 46% to 100% of those referred.

Seven studies reported both the numbers assessed and receiving a diagnosis of gender dysphoria/incongruence.[32 33 36 41 42 50 53] The numbers receiving a diagnosis ranged from 44% to 100% of those assessed. Less than half of the studies (n=11) reported the reasons why individuals either discontinued during the assessment process or did not receive a diagnosis, with studies that reported these often not distinguishing between these two outcomes. Reasons included the following: being referred for other reasons than gender dysphoria/incongruence, experiencing resolution of gender dysphoria or acceptance of gender incongruence with ongoing counselling, no longer seeking medical treatment, not attending clinic after the first visit, coexisting problems interfering with the diagnostic process and/or might interfere with successful treatment, confusion about their gender identity and sexual orientation, being referred to mental health professionals, and being prepubertal and continuing with psychological counselling.

Five studies reported the numbers considered eligible or referred for further treatment out of the children/adolescents receiving a diagnosis of gender dysphoria/incongruence.[32 33 36 42 50] This varied between studies, ranging from 60% to 100% of those diagnosed and considered eligible for further treatment. Eighteen studies reported the total number of adolescents who started either puberty suppression and/or masculinising or feminising hormone interventions (referred to hereon as hormones). Of the 4797 assessed in these 18 studies, 68% (95% CI 57% to 77%) received either puberty suppression and/or hormones; however, the proportions varied considerably between services (from 21%[32] to 100%[49]) and there were differences between gender (60%; 95% CI 50% to 69%) and endocrine (83%; 95% CI 68% to 94%) services. Receipt of psychological treatment was unclear in most studies, and where it was reported the details of what this included and who received it were absent (online supplemental table S2).

Arch Dis Child: first published as 10.1136/archdischild-2023-326760 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

**Table 2** Summary of care pathways of included studies

| Authors | Country | Service | Data collection period | Referred | Assessed | Diagnosed | Eligible/referred for medical treatment | Received | PS | MFH | Surgery |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hewitt *et al*[32] | Australia | Gender clinic | 2003–2011 | 39 | 39 | 17 | 17 | 8 | 6 | 6 | |
| Tollit *et al*[33] | Australia | Gender clinic | 2007–2016 | 359 | 359 | 291 | 234 | 118 | 54 | 48 | |
| Chiniara *et al*[47] | Canada | Endocrinology | 2014–2016 | 218 | 203 | | | | 115 | 75 | |
| Khatchadourian *et al*[48] | Canada | Endocrinology | 1998–2011 | | 84 | | | | 52 | 63 | 13 |
| Zucker *et al*[34] | Canada | Gender clinic | 2000–2009 | 165 | 109 | | 71 | 45 | 43 | | |
| Vehmas *et al*[49] | Finland | Endocrinology | 2011–2018 | | 124 | | 124 | 124 | 56 | 124 | |
| Segev-Becker *et al*[35] | Israel | Gender clinic | 2013–2018 | 106 | 106 | | 96 | 77 | 77 | 61 | 19 |
| Arnoldussen *et al*[50] | The Netherlands | Endocrinology | 2000–2016 | 1072 | 965 | 908 | 908 | 846 | | | |
| Brik *et al*[36] | The Netherlands | Gender clinic | 2010–2018 | | 269 | 147 | 147 | 143 | 143 | 125 | |
| de Vries *et al*[37 38] | The Netherlands | Gender clinic | 2000–2008 | 196 | 196 | | 140 | 140 | 111 | 99 | 62 |
| Wiepjes *et al*[39] | The Netherlands | Gender clinic | 1972–2015 | | 1360 | | | 816 | 554 | 589 | |
| McCallion *et al*[51] | Scotland | Endocrinology | 2011–2019 | | 91 | | 79 | 79 | 79 | 41 | |
| DeCastro *et al*2022[41] | Spain | Gender clinic | 1999–2016 | | 140 | 124 | | | 13 | 35 | |
| Esteva de Antonio *et al*[40] | Spain | Gender clinic | 2000–2012 | | 141 | | | 89 | 7 | 82 | 36 |
| Costa *et al*[42] | UK | Gender clinic | 2010–2014 | 436 | 201 | 201 | 121 | 121 | 121 | | |
| Chen *et al*[43] | USA | Endocrinology | 2002–2015 | | 38 | | | 15 | 15 | 8 | |
| Chen *et al*[52] | USA | Gender clinic | 2013–2016 | | 220 | | | 116 | 34 | 82 | 7 |
| Handler *et al*[44] | USA | Gender clinic | 2015–2018 | 417 | 417 | | | | | | 89 |
| Kuper *et al*[53] | USA | Endocrinology | 2014–2017 | 158 | 158 | 158 | | 146 | 49 | 139 | |
| Leon *et al*[45] | USA | Gender clinic | 2017–2019 | | 185 | | | 159 | 49 | 119 | 17 |
| Nahata *et al*[54] | USA | Endocrinology | 2014–2016 | | 79 | | | | 9 | 40 | |
| O'Bryan *et al*[46] | USA | Gender clinic | Unclear | | 139 | | | 123 | 41 | 106 | 20 |
| Spack *et al*[55] | USA | Endocrinology | 1998–2009 | | 97 | | | 56 | 11 | 39 | |

MFH, masculinising or feminising hormone interventions; PS, puberty suppression.

Arch Dis Child: first published as 10.1136/archdischild-2023-326760 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

### Interventions to suppress puberty

Twenty-one studies reported the numbers receiving puberty suppression from 13 specialist paediatric and 8 endocrinology services.[32–43 45–49 51–55] Of the referred population, the pooled estimate was 36% (95% CI 23% to 51%, n=1677, 8 studies), with similar figures reported when focusing on those completing an assessment (36%; 95% CI 27% to 45%, n=4338, 21 studies) or diagnosed with gender dysphoria/incongruence (43%; 95% CI 15% to 74%, n=938, 6 studies). Higher percentages were reported from those considered eligible for medical intervention (75%; 95% CI 49% to 94%, n=1029, 9 studies).

The age at which children/adolescents received puberty suppression was between 9 and 18 years, with an average of 15. Three studies reported age by birth-registered sex, but inconsistent results were found.[33 36 51] Most studies did not report the reasons why individuals did not receive puberty suppression. Where the reasons were stated, they included needing more time, co-occurring psychiatric problems and/or psychological difficulties, lost to follow-up, and financial considerations, including not receiving coverage from insurance.

Seven studies reported the number of discontinuations and three reported the reasons why.[32 33 36 39 46 48 51] Discontinuation with puberty suppression ranged from no patients[32] to 8%.[51] Reasons for discontinuation included emotional distress, undecided on gender, reidentifying or happy being birth-registered gender, side effects, not complying with treatment protocol and difficulties attending clinic/pharmacy for injection/medication. One study reported that six (8%) young people discontinued gonadotropin-releasing hormone analogues (GnRH-a) for puberty suppression following a median duration of 6 months (range 6-18 months). Compared with those who continued with treatment, young people who discontinued had initiated treatment at an older age and included a higher proportion of those with mental health conditions and autism spectrum condition.[51]

### Masculinising and feminising hormone interventions

Nineteen studies reported the numbers receiving hormones from 11 specialist paediatric and 8 endocrinology services.[32 33 35–41 43 45–49 51–55] Of the referred population, the pooled estimate was 43% (95% CI 19% to 69%, n=1076, 6 studies), with slightly higher figures reported when focusing on those completing an assessment (51%; 95% CI 40% to 62%, n=4028, 19 studies) or diagnosed with gender dysphoria/incongruence (52%; 95% CI 17% to 86%, n=737, 5 studies). Higher percentages were reported from those considered eligible for medical intervention (65%; 95% CI 36% to 89%, n=837, 7 studies). Few studies provided a breakdown of those who progressed to hormones following puberty suppression and those who started hormones as their first medical intervention.

The age at which adolescents received hormones was between 13 and 19 years, with an average age of 17. Three studies reported age by birth-registered sex, but inconsistent results were found.[33 36 51] Most studies did not report the reasons why eligible individuals did not receive hormones. Where reasons were stated, they included being close to 18 when court approval is not required within the specific country, family not supporting treatment, financial considerations including not receiving coverage from insurance, delaying interventions for fertility preservation or other reasons, not wishing to receive hormone treatment, and needle phobia.

Six studies reported whether hormones were continued or discontinued, all reporting either no discontinuations or one or two individuals discontinuing.[32 33 35 46 48 51] Four of these reported the reasons or context.[35 46 48 51] In one study, a single person stopped treatment after 4 months as their gender dysphoria had resolved.[51] In another, two discontinued, with one reverting to living as their birth-registered sex and the second continuing to take GnRH-a while exploring an emerging gender identity.[46] In the third study, two birth-registered males who had been taking GnRH-a and low-dose oestrogen for 3 months decided not to transition. In the final study, three birth-registered females stopped treatment temporarily (two due to psychiatric difficulties and one due to distress over androgenic alopecia) but reported later resuming.[48]

### Surgical interventions

Nine studies reported the numbers receiving surgical interventions from the referred/assessed populations of eight specialist paediatric and one endocrinology service.[35 37 39 40 43–46 48] A Dutch study reported that of those treated with hormones for at least 1.5 years and were at least 18 years old, 78.2% received surgery (actual numbers were not reported).[39] For the remaining eight studies, the pooled estimates for those adolescents receiving surgical interventions varied from 16% to 34% across the different stages; referred 24% (95% CI 17% to 31%, n=719, 3 studies), assessed 16% (95% CI 10% to 24%, n=1488, 8 studies) and eligible for medical intervention 34% (95% CI 28% to 40%, n=236, 2 studies). Six studies reported the types of surgery received and included chest, facial feminisation and genital surgery.[35 39 40 43 44 48]

Three studies commented on the age at the time of surgery.[35 44 48] A US study reported that 57 (of 89) had surgery before they were age 18.[44] An Israeli study reported that the median age of 15 birth-registered females who had mastectomy was 17.6 (range 15–19).[35] In the same study, two birth-registered males had breast augmentation and two had vaginoplasty at age over 18. Finally, in a Canadian study, nine people had mastectomy at a median age of 18.1 (range 15–22), six had hysterectomy and salpingo-oophorectomy at a median age of 18.9 (range 17–22), and two had penectomy, orchidectomy and vaginoplasty at 18 and 21 years of age.[48]

## DISCUSSION

This review of 23 studies from nine countries found that children and adolescents referred to or assessed in specialist paediatric gender and endocrinology services leave the care pathway at all stages following referral for multiple reasons. However, the numbers leaving at each possible stage of care were rarely reported, and follow-up in many studies was insufficient or unclear and in others varied considerably, with some participants followed up for several years while others had only just completed assessment, meaning their subsequent care trajectories were not reported. Few studies provided information about adolescents who completed assessment but did not subsequently receive medical intervention, estimated to be around a third of those entering assessment with differences between gender and endocrine services. No study provided clear information about psychological care received by children/adolescents under the care of gender services.

There is mixed and partial evidence about the numbers of children completing an assessment or receiving a diagnosis of gender dysphoria or incongruence. Most studies did not report the numbers referred, instead starting with the numbers assessed. Given increasing referral numbers and waiting times, a better understanding of the needs of all children/adolescents referred would provide needed insights into service provision.[56]

Arch Dis Child: first published as 10.1136/archdischild-2023-326760 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

Studies published more recently have systematically examined data on assessment and treatment pathways for national services in the Netherlands[56 57] and the UK.[58 59] However, only one reported data on those not completing assessment, which was presented for different time periods and age at first visit (range 6%–38%).[56] Of 1401 adolescents who were eligible for puberty suppression, 882 (63%) received this, with higher rates in birth-registered females compared with males (73% vs 47%). Of 707 adolescents who received GnRH-a and were eligible for hormones during follow-up, 93% progressed. Only three adolescents received hormones without first receiving GnRH-a. A second Dutch study reported a similarly high progression from GnRH-a to hormones (98%).[57]

The recent UK studies report data for a subset of adolescents who had been under the care of a national paediatric gender service and were subsequently referred onto the endocrine pathway within the service.[58 59] Of 439 adolescents referred with a view to start medical intervention, 431 (98%) commenced GnRH-a and 8 (2%) commenced hormones only. At follow-up of 2–3 years, 183 (42%) had progressed to hormones after receiving GnRH-a.[59] In this review, an average of 36% and 51% of those assessed received puberty suppression and hormones, respectively, which differ from the more recent UK and Dutch studies. Having said that, the pooled estimate presented here for those receiving either treatment was 69%, which was similar to the proportion starting GnRH-a in the Netherlands, with study authors concluding that GnRH-a may be used as the start of transition rather than being seen as an extension of the diagnostic phase. Overall, there was considerable variation between services, which likely reflects country differences in intervention criteria, regulations, insurance coverage and clinical practice, as well as whether services focus on medical interventions or provide care to children and adolescents across the care pathway.

In both the UK and the Netherlands, a similar approach is followed, with most adolescents first receiving puberty suppression before progressing to masculinising/feminising hormones.[56 57 59] However, a recent study of 434 adolescents who had at least two encounters for gender-related care in the US Military Healthcare System found no association between GnRH-a use and subsequent hormone initiation, with 16.1% prescribed GnRH-a and 46.4% prescribed hormones within 1 year of the initial encounter and 88.3% within 4 years.[60] Few of the reviewed studies provided clarity about which adolescents who received hormones had first received puberty suppression, although many reported a higher proportion of adolescents receiving hormones than those receiving puberty suppression. In wider research, little is known about any difference in outcomes for adolescents who start hormones with or without first receiving puberty suppression.[15]

Discontinuation of medical treatments was similar across reviewed studies. In the seven studies reporting data for puberty suppression, discontinuation ranged from no patients to 8%. In the recent Dutch study, five (0.8%) birth-registered females and nine (3.4%) birth-registered males discontinued treatment during follow-up, and in the UK 30 (7%) adolescents consenting to GnRH-a did not start or discontinued treatment.[56] For masculinising/feminising hormones, six studies reported discontinuation, with very low rates (0–2 individuals) reported.[57] High rates of continuation were also reported in the recent Dutch study, with 98% still prescribed them at follow-up (average 3.2 years for birth-registered females, 6.1 years for birth-registered males), and the UK study which found no discontinuation at 2–3 years of follow-up.[59] A second UK study which reported discharge outcomes (length of follow-up unclear) found that of 1089 adolescents referred to the endocrine pathway, 90 (8.3%) stopped identifying as gender incongruent, 58 (5.3%) of whom had started puberty suppression or hormones and subsequently stopped these and reverted to their birth-registered sex.[58] The lack of reporting on reasons for discontinuation makes drawing conclusions problematic. Longer-term follow-up into adulthood is necessary to understand trajectories more comprehensively. Detransitioning has been reported to occur on average around 3.9 years later,[61] with expressions of regret reported as ranging between 3.8 and 22 years after transition.[39 62]

There was variation in the percentages of referred, assessed and eligible for medical intervention populations receiving surgical interventions (16%–34%). However, the numbers receiving surgery were only at the observation point, which was often unclear and/or relatively short, and therefore unlikely to include surgery received later in adulthood, which is often when it occurs. A Spanish study reported the numbers receiving and waiting for surgery (36 received surgery and 46 were awaiting surgery), which combined would lead to a much higher proportion of adolescents going on to receive surgery.[40] Numbers receiving surgery are also likely to differ by country due to different regulations, insurance coverage, service provision and the clinical guideline informing practice. A key difference is whether adolescents under the age of 18 are considered for surgery. However, only three of the nine studies reporting information on surgery provide this detail.[35 44 48] These studies suggest surgery is relatively common among adolescents under the age of 18. However, in the recently published Dutch study, surgery is only provided to young people aged 18 or over.[56] Longer-term follow-up is therefore required to gain a fuller picture about the proportion of children/adolescents who go on to request and receive surgery to modify their bodies.

Like the studies reviewed here, these more recent studies do not report systematic information about any psychological care provision. In some countries, there is now an expectation that psychological care is provided by local mental health services, in part due to increasing demand for specialist gender services.[11] At the same time, clinical guidelines recommend that psychological care for this population is provided by professionals with expertise in gender development and gender dysphoria/incongruence.[24 63] Currently, there is limited understanding about the provision of psychological care for children and adolescents experiencing gender dysphoria/incongruence by specialist gender or local mental health services, or about professional competence in this area of practice. There is also little evidence about the effectiveness of psychosocial interventions for this population.[23 40]

## Strengths and limitations

Strengths include a published protocol with robust search strategies and comprehensive synthesis. As searches were conducted to April 2022 this review does not include more recently published studies; as this is a rapidly evolving area this is a limitation. Pooled estimates for each stage of the care pathway must be interpreted with caution due to inadequate and/or unclear reporting of follow-up and studies not reporting data on the full care pathway, in particular not reporting the numbers referred. This review did not extract information about fertility care for adolescents, which was reported by few of the identified studies and has been examined in separate studies.[64–67]

Arch Dis Child: first published as 10.1136/archdischild-2023-326760 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

## CONCLUSION

This review aids our understanding of the assessment and treatment trajectories of children and adolescents who are referred to specialist gender and endocrinology services, showing children/adolescents leave at different stages, suggesting there is not just one care pathway. However, prospective studies that follow up children into adulthood and report information about all possible trajectories and outcomes are needed. A better understanding is also needed about what care is provided to around a third of adolescents who undergo assessment within a gender service but do not go on to receive medical intervention. Information about provision of psychological care is needed, particularly considering the high prevalence of mental health and psychosocial difficulties in this population.

**Contributors** JT and CEH conducted the selection, extraction and synthesis, and drafted the manuscript. All authors contributed to the design of the review, assisted with interpretation of synthesis, and contributed to and reviewed the manuscript before submission. CEH accepts full responsibility for the finished work and/or the conduct of the study, had access to the data, and controlled the decision to publish.

**Funding** This work was funded by NHS England to inform the Cass Review (Independent review of gender identity services for children and young people). The funder and Cass Review team had a role in commissioning the research programme but no role in the study conduct, interpretation or conclusion.

**Competing interests** None declared.

**Patient consent for publication** Not required.

**Provenance and peer review** Commissioned; externally peer reviewed.

**Supplemental material** This content has been supplied by the author(s). It has not been vetted by BMJ Publishing Group Limited (BMJ) and may not have been peer-reviewed. Any opinions or recommendations discussed are solely those of the author(s) and are not endorsed by BMJ. BMJ disclaims all liability and responsibility arising from any reliance placed on the content. Where the content includes any translated material, BMJ does not warrant the accuracy and reliability of the translations (including but not limited to local regulations, clinical guidelines, terminology, drug names and drug dosages), and is not responsible for any error and/or omissions arising from translation and adaptation or otherwise.

**Open access** This is an open access article distributed in accordance with the Creative Commons Attribution Non Commercial (CC BY-NC 4.0) license, which permits others to distribute, remix, adapt, build upon this work non-commercially, and license their derivative works on different terms, provided the original work is properly cited, appropriate credit is given, any changes made indicated, and the use is non-commercial. See: http://creativecommons.org/licenses/by-nc/4.0/.

**ORCID iDs**
Jo Taylor http://orcid.org/0000-0001-5898-0900
Catherine Elizabeth Hewitt http://orcid.org/0000-0002-0415-3536

## REFERENCES

1 Thompson L, Sarovic D, Wilson P, *et al*. A PRISMA systematic review of adolescent gender dysphoria literature: 1) epidemiology. *PLOS Glob Public Health* 2022;2:e0000245.
2 Kaltiala R, Bergman H, Carmichael P, *et al*. Time trends in referrals to child and adolescent gender identity services: a study in four nordic countries and in the UK. *Nord J Psychiatry* 2020;74:40–4.
3 Masala B, Love A, Carmichael P, *et al*. Demographics of referrals to a specialist gender identity service in the UK between 2017 and 2020. *Clin Child Psychol Psychiatry* 2023.
4 Thompson L, Sarovic D, Wilson P, *et al*. A PRISMA systematic review of adolescent gender dysphoria literature: 2) mental health. *PLOS Glob Public Health* 2022;2:e0000426.
5 Kallitsounaki A, Williams DM. Autism spectrum disorder and gender dysphoria/Incongruence. A systematic literature review and meta-analysis. *J Autism Dev Disord* 2023;53:3103–17.
6 Thoma BC, Rezeppa TL, Choukas-Bradley S, *et al*. Disparities in childhood abuse between transgender and cisgender adolescents. *Pediatrics* 2021;148:e2020016907.
7 Feil K, Riedl D, Böttcher B, *et al*. Higher prevalence of adverse childhood experiences in transgender than in cisgender individuals: results from a single-center observational study. *J Clin Med* 2023;12:4501.
8 Surace T, Fusar-Poli L, Vozza L, *et al*. Lifetime prevalence of suicidal Ideation and suicidal behaviors in gender non-conforming youths: a meta-analysis. *Eur Child Adolesc Psychiatry* 2021;30:1147–61.
9 Frew T, Watsford C, Walker I. Gender dysphoria and psychiatric comorbidities in childhood: a systematic review. Aust J Psychol 2021;73:255–71.
10 Dahlgren Allen S, Tollit MA, McDougall R, *et al*. A waitlist intervention for transgender young people and psychosocial outcomes. *Pediatrics* 2021;148.
11 Council for Choices in Healthcare in Finland. Medical treatment methods for Dysphoria associated with variations in gender identity in minors – recommendation. Council for Choices in Healthcare in Finland; 2020. Available: https://palveluvalikoima.fi/en/recommendations#genderidentity
12 The Swedish National Board of Health and Welfare. Care of children and young people with gender Dysphoria - national knowledge support with recommendations for the profession and decision makers. The Swedish National Board of Health and Welfare; 2022. Available: https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2022-12-8302.pdf
13 The Cass Review. Independent review of gender identity services for children and young people: interim report; 2022. Available: https://cass.independent-review.uk/publications/interim-report/
14 Kozlowska K, McClure G, Chudleigh C, *et al*. Australian children and adolescents with gender dysphoria: clinical presentations and challenges experienced by a multidisciplinary team and gender service. *Human Systems* 2021;1:70–95.
15 Thompson L, Sarovic D, Wilson P, *et al*. A PRISMA systematic review of adolescent gender dysphoria literature: 3) treatment. *PLOS Glob Public Health* 2023;3:e0001478.
16 National Institute for Health and Care Excellence (NICE). Evidence review: Gonadotrophin releasing hormone analogues for children and adolescents with gender Dysphoria. NICE; 2020. Available: https://cass.independent-review.uk/wp-content/uploads/2022/09/20220726_Evidence-review_GnRH-analogues_For-upload_Final.pdf
17 Pasternack I, Söderström I, Saijonkari M, *et al*. Medical approaches to treatment of dysphoria related to gender variations. A systematic review. 2019. Available: https://app.box.com/s/y9u791np8v9gsunwgpr2kqn8swd9vdtx
18 Ludvigsson JF, Adolfsson J, Höistad M, *et al*. A systematic review of hormone treatment for children with gender dysphoria and recommendations for research. *Acta Paediatr* 2023;112:2279–92.
19 Baker KE, Wilson LM, Sharma R, *et al*. Hormone therapy, mental health, and quality of life among transgender people: a systematic review. *J Endocr Soc* 2021;5.
20 Chew D, Anderson J, Williams K, *et al*. Hormonal treatment in young people with gender dysphoria: a systematic review. *Pediatrics* 2018;141:e20173742.
21 National Institute for Health and Care Excellence (NICE). Evidence review: gender-affirming hormones for children and adolescents with gender Dysphoria. NICE; 2020. Available: https://cass.independent-review.uk/wp-content/uploads/2022/09/20220726_Evidence-review_Gender-affirming-hormones_For-upload_Final.pdf
22 Expósito-Campos P, Pérez-Fernández JI, Salaberria K. Empirically supported affirmative psychological interventions for transgender and non-binary youth and adults: a systematic review. *Clin Psychol Rev* 2023;100:102229.
23 Catelan RF, Costa AB, Lisboa C de M. Psychological interventions for transgender persons: a scoping review. Int J Sex Health 2017;29:325–37.
24 Coleman E, Radix AE, Bouman WP, *et al*. Standards of care for the health of transgender and gender diverse people, version 8. *Int J Transgend Health* 2022;23:S1–259.
25 Telfer MM, Tollit MA, Pace CC, *et al*. Australian standards of care and treatment guidelines for transgender and gender diverse children and adolescents. *Med J Aust* 2018;209:132–6.
26 de Vries ALC, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: the Dutch approach. *J Homosex* 2012;59:301–20.
27 Hembree WC, Cohen-Kettenis PT, Gooren L, *et al*. Endocrine treatment of gender-dysphoric/gender-Incongruent persons: an endocrine society clinical practice guideline. *J Clin Endocrinol Metab* 2017;102:3869–903.
28 Page MJ, McKenzie JE, Bossuyt PM, *et al*. The PRISMA 2020 statement: an updated guideline for reporting systematic reviews. *BMJ* 2021;372:n71.
29 Fraser L, Hall R, Taylor J, *et al*. The epidemiology, management and outcomes of children with gender-related distress / gender dysphoria: a systematic review. *PROSPERO* 2021.
30 Veritas Health Innovation. *Covidence systematic review software*. Melbourne, Australia: Veritas Health Innovation, 2023.
31 Nyaga VN, Arbyn M, Aerts M. Metaprop: a STATA command to perform meta-analysis of binomial data. *Arch Public Health* 2014;72:39.
32 Hewitt JK, Paul C, Kasiannan P, *et al*. Hormone treatment of gender identity disorder in a cohort of children and adolescents. *Med J Aust* 2012;196:578–81.
33 Tollit MA, May T, Maloof T, *et al*. The clinical profile of patients attending a large, Australian pediatric gender service: a 10-year review. *Int J Transgend Health* 2023;24:59–69.
34 Zucker KJ, Bradley SJ, Owen-Anderson A, *et al*. Puberty-blocking hormonal therapy for adolescents with gender identity disorder: a descriptive clinical study. J Gay Lesbian Ment Health 2010;15:58–82.
35 Segev-Becker A, Israeli G, Elkon-Tamir E, *et al*. Children and adolescents with gender dysphoria in Israel: increasing referral and fertility preservation rates. *Endocr Pract* 2020;26:423–8.

Arch Dis Child: first published as 10.1136/archdischild-2023-326760 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

Case 2:22-cv-00184-LCB-CWB Document 558-42 Filed 05/27/24 Page 9 of 15

36 Brik T, Vrouenraets LJJJ, de Vries MC, *et al*. Trajectories of adolescents treated with gonadotropin-releasing hormone analogues for gender dysphoria. *Arch Sex Behav* 2020;49:2611–8.
37 de Vries ALC, McGuire JK, Steensma TD, *et al*. Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics* 2014;134:696–704.
38 de Vries ALC, Steensma TD, Doreleijers TAH, *et al*. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *J Sex Med* 2011;8:2276–83.
39 Wiepjes CM, Nota NM, de Blok CJM, *et al*. The Amsterdam cohort of gender dysphoria study (1972-2015): trends in prevalence, treatment, and regrets. *J Sex Med* 2018;15:582–90.
40 Esteva de Antonio I, Gómez-Gil E, GIDSEEN Group. Coordination of healthcare for transsexual persons: a multidisciplinary approach. *Curr Opin Endocrinol Diabetes Obes* 2013;20:585–91.
41 De Castro C, Solerdelcoll M, Plana MT, *et al*. High persistence in Spanish Transgender minors: 18 years of experience of the gender identity unit of Catalonia. *Spanish Journal of Psychiatry and Mental Health* 2022. 10.1016/j.rpsm.2022.02.001 [Epub ahead of print]
42 Costa R, Dunsford M, Skagerberg E, *et al*. Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *J Sex Med* 2015;12:2206–14.
43 Chen D, Hidalgo MA, Leibowitz S, *et al*. Multidisciplinary care for gender-diverse youth: a narrative review and unique model of gender-affirming care. *Transgend Health* 2016;1:117–23.
44 Handler T, Hojilla JC, Varghese R, *et al*. Trends in referrals to a pediatric transgender clinic. *Pediatrics* 2019;144:e20191368.
45 Leon K, O'Bryan J, Wolf-Gould C, *et al*. Prevalence and risk factors for nonsuicidal self-injury in transgender and gender-expansive youth at a rural gender wellness clinic. *Transgend Health* 2021;6:43–50.
46 O'Bryan J, Leon K, Wolf-Gould C, *et al*. Building a pediatric patient registry to study health outcomes among transgender and gender expansive youth at a rural gender clinic. *Transgend Health* 2018;3:179–89.
47 Chiniara LN, Bonifacio HJ, Palmert MR. Characteristics of adolescents referred to a gender clinic: are youth seen now different from those in initial reports? *Horm Res Paediatr* 2018;89:434–41.
48 Khatchadourian K, Amed S, Metzger DL. Clinical management of youth with gender dysphoria in vancouver. *J Pediatr* 2014;164:906–11.
49 Vehmas N, Holopainen E, Suomalainen L, *et al*. Somatic health and psychosocial background among finnish adolescents with gender dysphoria seeking hormonal interventions. *Transgend Health* 2022;7:505–13.
50 Arnoldussen M, Steensma TD, Popma A, *et al*. Re-evaluation of the Dutch approach: are recently referred transgender youth different compared to earlier referrals *Eur Child Adolesc Psychiatry* 2020;29:803–11.
51 McCallion S, Smith S, Kyle H, *et al*. An appraisal of current service delivery and future models of care for young people with gender dysphoria. *Eur J Pediatr* 2021;180:2969–76.
52 Chen M, Fuqua J, Eugster EA. Characteristics of referrals for gender dysphoria over a 13-year period. *J Adolesc Health* 2016;58:369–71.
53 Kuper LE, Mathews S, Lau M. Baseline mental health and psychosocial functioning of transgender adolescents seeking gender-affirming hormone therapy. *J Dev Behav Pediatr* 2019;40:589–96.
54 Nahata L, Quinn GP, Caltabellotta NM, *et al*. Mental health concerns and insurance denials among transgender adolescents. *LGBT Health* 2017;4:188–93.
55 Spack NP, Edwards-Leeper L, Feldman HA, *et al*. Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics* 2012;129:418–25.
56 van der Loos MATC, Klink DT, Hannema SE, *et al*. Children and adolescents in the Amsterdam cohort of gender dysphoria: trends in diagnostic- and treatment trajectories during the first 20 years of the Dutch protocol. *J Sex Med* 2023;20:398–409.
57 van der Loos M, Hannema SE, Klink DT, *et al*. Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands. *Lancet Child Adolesc Health* 2022;6:869–75.
58 Butler G, Adu-Gyamfi K, Clarkson K, *et al*. Discharge outcome analysis of 1089 transgender young people referred to paediatric endocrine clinics in England 2008-2021. *Arch Dis Child* 2022.
59 Masic U, Butler G, Carruthers P, *et al*. Trajectories of transgender adolescents referred for endocrine intervention in England. *Arch Dis Child* 2022;107:1012–7.
60 Nos AL, Klein DA, Adirim TA, *et al*. Association of gonadotropin-releasing hormone analogue use with subsequent use of gender-affirming hormones among transgender adolescents. *JAMA Netw Open* 2022;5:e2239758.
61 Littman L. Individuals treated for gender dysphoria with medical and/or surgical transition who subsequently detransitioned: a survey of 100 detransitioners. *Arch Sex Behav* 2021;50:3353–69.
62 Dhejne C, Lichtenstein P, Boman M, *et al*. Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. *PLOS One* 2011;6:e16885.
63 American Psychological Association. Guidelines for psychological practice with Transgender and gender Nonconforming people. The American psychologist; 2015. Available: doi:10.1037/a0039906
64 Cooper HC, Long J, Aye T. Fertility preservation in transgender and non-binary adolescents and young adults. *PLOS ONE* 2022;17:e0265043.
65 Ker A, Shaw RM, Byrne J, *et al*. Access to fertility preservation for trans and non-binary people in aotearoa New Zealand. *Cult Health Sex* 2022;24:1273–88.
66 Komorowski AS, Fisher AR, Jungheim ES, *et al*. Fertility preservation discussions, referral and follow-up in male-to-female and female-to-male adolescent transgender patients. *Hum Fertil (Camb)* 2023;26:903–7.
67 Mattelin E, Strandell A, Bryman I. Fertility preservation and fertility treatment in transgender adolescents and adults in a Swedish region, 2013–2018. *Hum Reprod Open* 2022.

Arch Dis Child: first published as 10.1136/archdischild-2023-326760 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)
Supplemental material Case 2:22-cv-00184-LCB-CWB Document 558-42 Filed 05/27/24 Page 10 of 15 Arch Dis Child

**Supplementary Table S1: Final search strategy for Ovid MEDLINE**

1 exp Child/ or Child Behavior/ or Child Health/ or Child Welfare/ or Psychology, Child/ or Child Psychiatry/ or Child Health Services/ or Child Development/ (1984459)
2 Minors/ (2638)
3 (child$ or minor or minors or boy or boys or boyhood$ or girl or girls or girlhood$ or kid or kids or youngster$ or emerging adult$).ti,ab,kf,jn. (1862660)
4 (young$ adj (people$ or person$1 or adult$ or man$1 or men$1 or woman$ or women$ or male$1 or female$1)).ti,ab,kf,jn. (224878)
5 pediatrics/ (55388)
6 (pediatric$ or paediatric$ or peadiatric$).ti,ab,kf,jn. (543516)
7 Adolescent/ or Adolescent Behavior/ or Adolescent Health/ or Psychology, Adolescent/ or Adolescent Psychiatry/ or Adolescent Health Services/ or Adolescent Medicine/ or Adolescent Development/ (2088552)
8 Puberty/ (13562)
9 (adolescen$ or pubescen$ or prepubescen$ or postpubescen$ or pubert$ or prepubert$ or postpubert$ or teen or teens or teenag$ or tween$ or preteen$ or preadolescen$ or juvenil$ or youth$ or underage$ or under-age$).ti,ab,kf,jn. (522801)
10 Schools/ or Schools, Nursery/ (42221)
11 exp Child Day Care Centers/ or Child Care/ (11287)
12 (school$ or highschool$ or preschool$ or kindergar$ or nursery or nurseries or pupil$1).ti,ab,kf,jn. (356157)
13 or/1-12 (4333601)
14 Gender Dysphoria/ (581)
15 "Sexual and Gender Disorders"/ (79)
16 Transsexualism/ (3895)
17 Transgender Persons/ (3835)
18 Health Services for Transgender Persons/ (152)
19 exp Sex Reassignment Procedures/ (969)
20 "Sexual and Gender Minorities"/ (4924)
21 ((gender$ and dysphori$) or (gender$ adj5 incongru$) or sexual dysphori$).ti,ab,kf. (1784)
22 (gender$ adj (disorder$ or identi$)).ti,ab,kf. or (gender identity/ and dysphori$.ti,ab,kf.) (4568)
23 (GID or GIDS or GIDC or GIDCS).ti,ab,kf. (456)
24 (gender$ adj5 (confusion or confused or questioning or distress$ or discomfort)).ti,ab,kf. (980)
25 (gender$ adj5 (minority or minorities)).ti,ab,kf. (1593)
26 (gender$ adj5 (variant$ or variance$ or nonconform$ or non-conform$ or diverse or diversity or atypical$)).ti,ab,kf. (3409)
27 (non-binary or nonbinary or enby or genderqueer or gender-queer or neutrois).ti,ab,kf. (796)
28 (agender$ or genderless$ or gender-less$ or genderfree or gender-free or ungender$ or un-gender$ or non-gender$ or nongender$ or bigender$ or bi-gender$ or dual gender$ or dualgender$ or demi-gender$ or demigender$ or genderfluid$ or gender-fluid$ or trigender$ or tri-gender$).ti,ab,kf. (315)

Taylor J, *et al. Arch Dis Child* 2024;0:1–8. doi: 10.1136/archdischild-2023-326760

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)
Supplemental material Case 2:22-cv-00184-LCB-CWB Document 558-42 Filed 05/27/24 Page 11 of 15 Arch Dis Child

29 two spirit$.ti,ab,kf. (84)
30 (trans adj3 (female$ or feminin$ or woman$ or women$ or male$1 or man or mans or men or mens or masculin$ or person$1 or peopl$ or population$ or individual$)).ti,ab,kf. (1362)
31 (transgend$ or trans-gend$ or transex$ or transsex$ or trans-sex$ or transfemale$ or transfeminin$ or transwom$ or transmale$ or transman$ or transmasculin$ or transmen$ or transperson$ or transpeopl$ or transpopulation$ or transindividual$).ti,ab,kf. (10832)
32 (trans adj3 identi$).ti,ab,kf. or (gender identity/ and trans.ti,ab,kf.) or (trans and dysphori$).ti,ab,kf. (1447)
33 (crossgender$ or cross-gender$ or crossex$ or crosssex$ or cross-sex$).ti,ab,kf. (836)
34 ((sex or gender$) adj3 (reassign$ or re-assign$ or affirm$ or confirm$ or transition$)).ti,ab,kf. (3963)
35 ((gender$ or sex) adj (change or changes or changing or changed)).ti,ab,kf. (825)
36 (detransition$ or de-transition$ or desister$ or de-sister$).ti,ab,kf. (134)
37 ((desist$ or persist$) adj5 (transition$ or trans or dysphori$)).ti,ab,kf. (823)
38 or/14-37 (28731)
39 (trans and (child$ or minor or minors or boy or boys or boyhood$ or girl or girls or girlhood$ or kid or kids or youngster$ or young$ people$ or young$ person$ or young$ adult$ or young$ man$1 or young$ men$1 or young$ woman$ or young$ women$ or young$ male$1 or young$ female$ or adolescen$ or pubescen$ or prepubescen$ or postpubescen$ or pubert$ or prepubert$ or postpubert$ or teen or teens or teenag$ or tween$ or preteen$ or preadolescen$ or juvenil$ or youth$ or emerging adult$ or underage$ or under-age$ or school$ or highschool$ or preschool$ or kindergar$ or nursery or nurseries or pupil$1 or pediatric$ or paediatric$ or peadiatric$)).ti. (339)
40 (trans adj5 (child$ or minor or minors or boy or boys or boyhood$ or girl or girls or girlhood$ or kid or kids or youngster$ or young$ people$ or young$ person$ or young$ adult$ or young$ man$1 or young$ men$1 or young$ woman$ or young$ women$ or young$ male$1 or young$ female$ or adolescen$ or pubescen$ or prepubescen$ or postpubescen$ or pubert$ or prepubert$ or postpubert$ or teen or teens or teenag$ or tween$ or preteen$ or preadolescen$ or juvenil$ or youth$ or emerging adult$ or underage$ or under-age$ or school$ or highschool$ or preschool$ or kindergar$ or nursery or nurseries or pupil$1 or pediatric$ or paediatric$ or peadiatric$)).ab,kf. (397)
41 (transchild$ or transminor$ or transboy$ or transgirl$ or transkid or transkids or transyoung$ or transyouth$ or transteen$ or transtween$ or transadoles$ or transjuvenil$).ti,ab,kf. (15)
42 13 and 38 (9819)
43 39 or 40 or 41 or 42 (10343)
44 exp animals/ not humans/ (4823832)
45 (editorial or news or comment or case reports).pt. or case report.ti. (3692318)
46 43 not (44 or 45) (9429)
47 limit 46 to english language (9029)

Key to Ovid symbols and commands:
$ Unlimited right-hand truncation symbol
$N Limited right-hand truncation - restricts the number of characters following the word to N

Taylor J, *et al. Arch Dis Child* 2024;0:1–8. doi: 10.1136/archdischild-2023-326760

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)
Supplemental material Arch Dis Child

| | |
|---|---|
| ti,ab,kf, | Searches are restricted to the Title (ti), Abstract (ab), Keyword Heading Word (kf) fields |
| .jn | Searches are restricted to the Journal name field |
| adj | Retrieves records that contain terms next to each other (in the shown order) |
| adjN | Retrieves records that contain terms (in any order) within a specified number (N) of words of each other |
| / | Searches are restricted to the Subject Heading field |
| exp | The subject heading is exploded |
| pt. | Search is restricted to the publication type field |
| or/1-12 | Combines sets 1 to 12 using OR |

Taylor J, *et al. Arch Dis Child* 2024;0:1–8. doi: 10.1136/archdischild-2023-326760

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Supplemental material
BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)
Arch Dis Child

**Supplementary Table 2 - Included study characteristics and data**

| Author | Setting | Population | Data collection period | Follow-up period | Referred | Assessed | Age at referral / assessment | BR-sex at referral / assessment | Diagnosis / outcome of assessment | Reasons for discontinuing assessment | Receipt of psychological treatment | Eligible / referred for hormone treatment | Reasons for not seeking or receiving treatment | Started hormone treatment | Receipt of puberty / menstrual suppression | Reciept of masculinising/feminising hormones | Continuation / discontinuation of hormone treatment | Reasons for discontinuing treatment | Receipt of surgery |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Australia** | | | | | | | | | | | | | | | | | | | |
| Hewitt 2012 | Gender identity clinic in tertiary paediatric referral centre at the Royal Children's Hospital, Melbourne, Victoria | Children and adolescents age 0-17 referred to clinic for gender dysphoria. | Referred between 2003 and 2011 | Follow-up ranged from 0 to 8.2 years | 39 | 39 | NR | NR | 18 were pre-adolescent and continued with psychological counselling.<br><br>21 (13 brm, 8 brf, age 10.0 (4.13)) were approaching puberty or pubertal, and were referred for diagnosis of GD. Of these, 4 experienced resolution of GD or acceptance of gender variance with ongoing counselling and 17 experienced persistent GD with increased distress at puberty. | N/A | 18 of the 39 were pre-adolescents who continued to have developmental psychological counselling | 17<br><br>11 made or planned to make application to Family Court for treatment | Reasons for not seeking court-approved hormone treatment included: n=2 age close to 18 (court approval not required); n=2 court financial cost; n=1 family not supporting treatment; n=1 purchased oestrogen independently. | 8 in total<br>7 received court approved treatment (3 brm, 4 brf)<br>1 brm purchased oestrogen independently<br><br>5 initiated before completion of puberty. | 6 (4 received GnRH-a and CSH; 2 received GnRH-a only). Initiated age 10–16.<br><br>1 received oestrogen and progesterone then medroxyprogesterone acetate for menstrual suppression before phase 1 treatment with GnRH-a. | 6 (4 received both GnRH-a and CSH; 2 received CSH only). Initiated age 15.6–16. | All patients who had GnRH-a went on to have CSH.<br><br>Follow-up (ranging from 0–8.2 years) showed that no patient has ceased hormone treatment. | N/A | NR |
| Tollit 2021 | Gender identity clinic in tertiary paediatric referral centre at the Royal Children's Hospital, Melbourne, Victoria | Children and adolescents age 0-17 referred to clinic with self-reported gender incongruence or seeking clinical guidance regarding their gender, and attended their first appointment within the study period. | First seen between January 2007 and December 2016 | NR | 359 | 359 | Referral: All *14.3 [3.6 to 18.1] brf *14.8 [3.6 to 18.1] brm *12.4 [3.8 to 17.9] | Referral: 166 (46.4%) males and 193 (53.8%) females | 291 (81.1%) diagnosed with gender dysphoria (DSM-5).<br><br>41/356 (11.5%) changed gender identity over time; brm 21/165 (12.7%) and brf 20/191 (10.5%). Of those who were transgender at presentation 3.5% and 2.6% later identified as cisgender and non-binary respectively. Of the 26 patients who identified as non-binary at presentation, 31% later identified as transgender and 11.5% as cisgender. | NR | NR | 234 (112 brf, 122 brm) | | 23 patients (9.8%) received both GnRH-a and CSH<br>31 (13.2%) received GnRH-a alone<br>25 (10.7%) received CSH alone<br>79 patients (33.8%) received either GnRH-a and/or CSH<br>57 brf (50.9%) received menses suppression, and 7 brm (n= 7, 5.7%) were treated with anti-androgens<br>Overall, 73/112 (65.2%) brf had at least one form of medical treatment and 45/122 of brm (36.9%); 39 received menses suppression or anti-androgens only.<br><br>No children received any medical treatment<br>GnRH-a treatment: brm in the young adolescent group (10-16) (45.5%) and adolescent group (16+) (43.6%), brf 10-16 (17.2%) and 16+ (14.7%)<br>55.2% brf in 10-16 and 60.3% in 16+ received medication to suppress their menses<br>CSH treatment: 34.6% brm treated with oestrogen and 41.2% brf treated with testosterone; 1 assigned female <16 years accessed CSH | 54/234 (23%) GnRH-a; brm 39/122 (32%) and brf 15/112 (13.4%) and 39/234 menses suppression or anti-androgens only.<br><br>Average age at initiation of GnRH-a was *14.7 [3.5, 10.3-17.8]. For brm *15.0 [3.5, 10.3-17.2] and for brf *14.1 (4, 10.8-17.8).<br><br>Average age at initiation of menses suppression in brf was *15.6 [2.3, 10.0-18.1].<br><br>Average age at initiation of anti-androgens in brm was *16.8 [3, 11.2-19.0]. | 48/234 (20.5%) CSH; brf 29/112 (25.9%) more likely to receive hormones than brm 19/122 (15.6%).<br><br>Average age at initiation was *17.4 [1.3, 14.8-18.8]. For brm *18.0 [1, 14.8-18.3] and for brf *17.0 [1.6, 15.1-18.8]. | Single patient stopped GnRH-a without progressing to hormones<br><br>Single patient stopped CSH unexpectedly | NR | NR |
| **Canada** | | | | | | | | | | | | | | | | | | | |
| Chiniara 2018 | Large paediatric gender clinic at Hospital for Sick Children, Toronto. Medical clinic developed towards meeting medical needs of transgender adolescents. | Adolescents (age 12-18) presenting to clinic. Eligibility presence of gender dysphoria and desire for medical treatment. | Initial appointments from January 2014 to June 2016 | Treatment initiation during study period | 218 | 203 | Assessment: brf 16.3 (1.63), brm 16.1 (1.7). | 156 (76.8%) brf, 47 (23.2%) brm | 12 adolescents did not follow up at the clinic after the first visit.<br><br>3 adolescents who were assessed were not included in the analysis because their initial visit had occurred at another clinic. | NR | NR | NR | NR | NR | 115 treated with GnRH-a during study period. | 75 received hormones during the study period. | NR | NR | NR |
| Khatchadourian 2014 | British Columbia Children's Hospital Transgender Programme - multidisciplinary team approach providing medical care and psychosocial support where adolescents referred from broader gender clinic. | Adolescents referred to programme for medical therapy. Eligibility criteria at least Tanner stage 2 and confirmed diagnosis of gender dysphoria. | Seen from January 1998 to December 2011 | NR | NR | 84 | Assessment: 16.6 (2.2) | 45 (53.6%) brf, 39 (45.4%) brm | NR | NR | Most were receiving psychotherapy | NR | NR | NR | 27 (32%) started GnRH-a (15 (33.3%) brf and 11 (29.7%) brm). Mean age at initiation 14.7 (1.9). 10 (37%) at Tanner stage 2-3 and 16 (59%) 4-5 (1 not reported).<br><br>12 received GnRH-a at first visit. Median time from first visit to treatment 0.2 month (range 0-3.2).<br><br>25 (67.6%) brm took spironolactone as alternative to GnRH-a (mean age 17.6 (1.9), all at Tanner stage 4-5). | 63 (75%) adolescents treated during study period. 39 (87%) brf and 24 (65%) brm. Mean age 17.4 (1.9). 7 (11%) at Tanner stage 2-3 and 53 (84%) at 4-5 (3 not reported).<br><br>19 transitioned from GnRH-a (14 brf, 5 brm). Median time from GnRH-a initation to CSH start 11.3 months (range 2.2-42).<br><br>15 received treatment at first visit. Median time from first visit to treatment 4.6 months (range 0-42). | GnRH-a: Of the 14 brf who progressed to CSH, 7 continued GnRH-a and 7 stopped after median 3 years (0.2-9.2). Of the 5 brm, 1 discontinued GnRH-a.<br><br>Of other 6 brm, 3 discontinued GnRH-a. Data for remaining brf not reported.<br><br>Cross-sex hormones: no patient discontinued permanently. 3 brf stopped temporarily (2 due to psychiatric difficulties, 1 due to distress over androgenic alopecia) but later resumed. | GnRH-a: Of those who progressed to CSH, GnRH-a was stopped at time of surgery (n=5), at start of CSH (n=2), due to side effects of GnRH-a after 2 months of treatment (n=1).<br><br>Of 3 who discontinued GnRH-a monotherapy, 1 stopped after a few months due to emotional lability, 1 stopped but still wanted CSH (reason for stopping GnRH-a not reported), 1 was undecided on gender at initiation of treatment and discontinued after 13 months and chose not to pursue transition. | 9 (21.4%) brf had mastectomy (median age 18.1, range 14.9-22.1) during observation period. Of these 9, 6 proceeded to hysterectomy and salpingo-oophorectomy (median age 18.9, range 16.5-22.3). 1 other had hysterectomy and salpingo-oophorectomy (no mastectomy).<br><br>1 brm underwent elective breast-augmentation surgery and tracheal shaving. Two had penectomy, orchidectomy, and vaginoplasty (at 18 and 21 years of age) during observation period. |
| Zucker 2010 | The Gender Identity Service, which is housed within the Child, Youth, and Family Program at the Centre for Addiction and Mental Health, Toronto | Adolescents referred consecutively to and then assessed by the service. | Referred and assessed from 2000 to 2009 | Longest time from assessment to follow-up was 10 years. Some patients had only recently been assessed. | 165 | 109 | Assessment: 16.8 (1.7) | 55 (50.5%) brf, 54 (49.5%) brm | 109 were assessed for gender dysphoria - outcome not reported.<br><br>56 of 165 adolescents were referred and assessed for other reasons: tranvestic fetishism without co-occuring gender dysphoria (n=35), cross-gender behaviour with no explicit desire to be opposite sex and no differentiated sexual orientation (n=6), sexual minority adolescents referred due to parental concern and/or psychosocial or sexual problems (n=15). | N/A | NR | 66/109 (60.6%) were recommended for puberty suppression (41 (74.5%) brf, 25 (46.3%) brm). Mean age 17.01 (1.74).<br><br>Of the 43 not recommended (14 brf, 29 brm, mean age 16.59 (1.74)), 5 brm were later recommended for puberty suppression. | 8 adolescents (6 brf and 2 brm) decided against treatment.<br><br>2 adolescents (brm) did not receive recommendation for treatment as did not attend feedback session.<br><br>Unknown for 11 (8 brf, 3 brm) due to no follow-up. | Of the remaining 45, 5 patients were already receiving treatment at baseline (3 brf receiving csh, 2 brm receiving either puberty suppressing treatment or started csh).<br><br>The other 40 started treatment following recommendation (23 brf, 16 brm).<br><br>1 brm who was not recommended for treatment received puberty suppresing treatment via a therapist. | 40 of those recommended, started puberty suppressing treatment (23 brf, 16 brm) and 2 had received this at baseline.<br><br>Status of 5 later recommended unknown. 1 additional brm not recommended for treatment received puberty suppressing treatment via a therapist. | NR | NR | NR | NR |
| **Finland** | | | | | | | | | | | | | | | | | | | |
| Vehmas 2021 | Adolescent gynecology clinic at Helsinki University Hospital | Referred to gender identity service due to symptoms of gender dysphoria before the age of 18 years, subsequently diagnosed with gender dysphoria (ICD 10) and further referred to the adolescent gynecology clinic at Helsinki University Hospital for CSH. | Referred between January 2011 and December 2016 | NR | NR | 124 | Assessment: *17.7 [14 to 19.8] | 104 (83.9%) brf and 20 (16.1%) brm | NR | NR | NR | 124 | N/A | 124 | 44 brf prescribed lynestrenol (a progestin regimen) to suppress menstruation.<br><br>At assessment, 12 brf had already used a progestin / contraceptive to suppress or prevent menstruation. | 124 started hormone treatment (no data provided)<br><br>At assessment, 3 brm reported use of under-the-counter hormonal treatment (included estradiol, cyproterone acetate and spironolactone) | NR | NR | NR |
| **Israel** | | | | | | | | | | | | | | | | | | | |
| Segev-Becker 2020 | Israeli Paediatric Gender Dysphoria Clinic at Dana-Dwek Children's Hospital in Tel Aviv Medical Centre | Consecutive children and adolescents with gender dysphoria (DSM 5) less than 18. | Referred between March 2013 and December 2018 | Median follow up duration was 1.2 years (range 0 to 5.1 years) | 106 | 106 | Referral: *15.5 [4.6 to 18.5]<br><br>Prepubertal group (n=10): *7.9 [4.3 to 10]<br><br>Pubertal group (n=96): brf 15.9 (1.7) and brm 15.2 (1.7) | 47 (44.3%) brm and 59 (55.7%) brf<br><br>Prepubertal group: 9 brm and 1 brf<br><br>Pubertal group: 38 brm and 58 brf | The majority of patients had been evaluated prior to referral and diagnosed with gender dysphoria according to the DSM-5 criteria prior to their first visit to the gender clinic. Those without a diagnosis were referred to mental health professionals experienced in child and adolescent gender development. Pre-pubertal children (n=10; brm=9 and brf=1) were also offered psychological support. | NR | NR | 96 | NR | 77 | 77 (80%) GnRH-a at 15.6 (1.6, range 11 to 18.5) | 61 either concurrently or later (age 16.5 (1.3), range 13 to 18.9). | 2 brm receiving GnRH-a and low dose oestrogen for 3 months discontinued.<br><br>19 patients chose not to pursue masculinising/feminising hormones at the time of analysis. | Discontinuation reasons: both chose not to continue to transition (1 autism spectrum condition, 1 homosexual male who was lost to follow up).<br><br>Reasons for not starting masculinising / feminising hormones: Lack of complete GD diagnosis (n=12), lack of parental consent (n=3), delaying for fertility preservation (n=3) and others (n=3). | 15 brf underwent breast reduction at *17.6 [15.3 to 19.3], 2 brm underwent breast augmentation and 2 brf underwent a vaginoplasty at >18. |
| **Netherlands** | | | | | | | | | | | | | | | | | | | |
| Arnoldussen 2020 | Specialised gender identity clinic Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | All consecutively referred adolescents registered at clinic who could be potentially eligible for medical interventions. | Referred and registered between 2000 and 2016 | NR | 1072 | 965 completed assessment | Assessment: 14.6 (2.2), range 10.1–18.1 years | 668 (62.3%) brf, 404 (37.7%) brm | 908 (84.7%) were diagnosed with a form of gender dysphoria (using DSM-IV-TR between 2000 and 2014, and DSM-5 from 2015). 57 (5.3%) were not diagnosed. % of referred with diagnosis per year ranged from 75% to 97.4%.<br><br>For 107 (10%) the diagnostic process ended early so diagnosis remained unknown. | For the majority, adolescents ended process due to discontinued wish for medical treatment. For a minority, psychologist ended process because psychological/social problems interfered with diagnostic assessment. | NR | 908 (diagnosed) | NR | Mean % of adolescents diagnosed with gender dysphoria who started either treatment was 77.7% (range per year 53.8-94.9%). 846 extracted from graph. | NR | NR | NR | NR | NR |
| Brik 2020 | Curium-Leiden University Medical Centre gender clinic in Leiden. | Children and adolescents registered at the clinic. | Started GnRH-a between Nov 2010 and 1 Jan 2018. | Follow-up to July 2019. | NR | 269 (registered) | NR | NR | 214 of those registered were pubertal and within appropriate age range for treatment. Of these, 39 were not diagnosed with gender dysphoria, 9 had co-existing problems that interfered with diagnostic process and/or might interfere with successful treatment, 10 diagnostic evaluation ongoing, 9 had stopped attending assessment appointments. | NR | 11 adolescents who received prolonged GnRH-a treatment because of mental health and/or psychosocial problems had regular (approximately monthly) appointments with a psychologist at the gender clinic (n = 5) and/or received support from a local MHP (n = 9) during this period. | 147 | 4 did not wish to receive hormone treatment | 143 | 143 received GnRH-a (38 brm median age 15.0 (range 11.1-18.6), 105 brf age 16.1 (10.1-17.9)).<br><br>Median duration was 0.8 years (range 0.3–3.8). Prolonged use in 20 adolescents (3 brm, 17 brf) - reasons reported in paper. | 125 progressed to hormones at the service: 36 brm (median age 16.2 (range 14.5-18.6)) after 1.0 (0.5-3.8) year of GnRH-a; and 89 brf (median age 17.1 (14.9-18.8)) after 0.8 (0.3-3.7) years.<br><br>6 not yet eligible, 6 referred to another gender clinic (1 needed more time to decide, 5 not yet eligible), 1 later started as adult, 5 did not want treatment. | 9 (1 brm, 8 brf) discontinued GnRH-a after a median duration of 0.8 years (0.1-3.0).<br><br>Discontinuation of masculinising/feminising hormones not reported. | 5 (4 brf, 1 brm) no longer wanted medical treatment. 1 brf decided she did not want to live as a boy but dreaded breast development and menstruation; 1 brf still felt like a man but was happy to be "just me instead of a he or a she"; 1 brf felt in between genders; 1 brf expressed an inner feeling that she was a woman during treatment; 1 brm indicated he was happy living as a man.<br><br>2 later started masculinising/feminising hormones (1 as adolescent, 1 as adult), 1 re-started GnRH-a after 5 months and progressed to hormones, and 1 still wanted hormones but was not yet eligible. Of these 2 experienced side-effects from GnRH-a, 1 stopped treatment due to severe nausea and rapid weight loss 2.2 years into treatment - no cause determined, and 1 stopped due to difficulties attending clinic/pharmacy for injection/medication. | NR |
| de Vries 2011 and de Vries 2014 | Center of Expertise on Gender Dysphoria, VU University Medical Center, Amsterdam | Consecutively referred adolescents. | Considered eligible for medical intervention between 2000 and 2008 | To 2009 for masculinising or feminising hormones (de Vries 2011). To 2012 for surgery (de Vries 2014). | 196 | 196 | NR | NR | NR | NR | Treated adolescents were all regularly seen by one of the clinic's psychologists or psychiatrists. No other details provided. | 140 | NR | 140 (111 prescribed GnRH-a and followed-up in the study plus 29 who were age 16 and over so started masculinising/feminising hormones) | 111 prescribed GnRH-a (mean age at initiation for 70 who progressed to CSH during study 14.8 (1.9)). | Of 111 who started GnRH-a, 70 subsequently started hormones up to 2009 (33 brm, 37 brf, mean age at initiation 16.6 (1.9)).<br><br>Another 29 who were age 16 and over at diagnosis were prescribed hormones without first receiving puberty suppression. | NR | NR | Of 70 who started hormones, 62 had undergone surgery (1 brm died from postsurgical problems); 3 were not eligible for surgery; 5 surgical status not known.<br><br>Of 55 who had surgery and took part in study, mean age at surgery was 19.2 (0.9). There were 22 brm and 33 brf. |

Taylor J, *et al. Arch Dis Child* 2024;0:1–8. doi: 10.1136/archdischild-2023-326760

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wiepjes 2018 | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | All people who attended a gender identity clinic. Information on first visit presented.<br><br>Registered but not visited were excluded. | Seen from 1972 to Dec 2015 | % starting hormone treatment 5 years after initial visit; gonadectomy 5 years after starting hormone treatment. | NR | 1360<br><br>(812 adolescents age 12-18, 548 children age <12) | Assessment: adolescent *16 [15, 17]; child *9 [7, 10] | 737 (54.2%) brf, 623 (45.8%) brm | NR | NR | NR | NR | NR | 816 (595 adolescents and 221 children) | 333 (41.0%) adolescents (28.7% brm, 50.8% brf)<br><br>221 (40.3%) children (33.6% brm, 49.1% brf) | 327 (98.1%) of 333 adolescents (95.9% of brm, 99.3% of brf) who started puberty suppression continued to hormone treatment.<br><br>A further 262 (32.2%) adolescents (33.9% brm, 30.8% brf) started hormones without puberty suppression because they were too old to start puberty suppression at diagnosis. | 6 (1.9%) adolescents (4 (4.1%) brm, 2 (0.7%) brf) who started puberty suppression stopped and did not start hormone treatment.<br><br>Discontinuation of masculinising/feminising hormones not reported. | NR | Of adolescents who were treated with hormones for at least 1.5 years and were at least 18 years old, 78.2% underwent gonadectomy (79.5% of brm - orchiectomy, 77.2% of brf - oophorectomy). Numbers not reported. |
| **Scotland** | | | | | | | | | | | | | | | | | | | |
| McCallion 2021 | Paediatric Endocrinology, Royal Hospital for Children, Glasgow | Young people diagnosed with gender dysphoria referred for puberty suppression with GnRH-a following assessment by mental health care professionals. | Referred between 2011 and 2019 | Median follow up 1.9 years (range 0.1 to 5.9 years) | NR | 91 | Assessment: *14.6 [8.8 to 17.6]; brf *14.1 [8.7 to 17.6] and brm *15.1 [9.8 to 17.5] | 59 (65%) brf and 32 (35%) brm | NR | 4 did not wish to proceed<br>2 pre-pubertal<br>3 medical comorbidities<br>3 unable to have appropriate assessments prior to starting treatment | NR | 79 | | 79 | 79 at age *14.8 [9.7 to 18] (51 brf at age *14.2 [9.7 to 17.6] and 28 brm at age *15.3 [11 to 18]).<br><br>In 15 of the young people who received puberty suppression (11 brf and 4 brm), treatment started at an early pubertal stage (Tanner stage 2 or 3). | 41 at *16.4 [16 to 18.8] (28 brf at age *16.4 [16 to 17.5] and 13 brm at age *16.5 [16 to 18.8]) | Six (8%) young people discontinued GnRH-a following a duration of *6 months [6 to 18]. Age at start of treatment was *15.2 [15.0 to 15.6]. 73 young people who continued treatment were age *14.6 [9.7 to 18.0].<br><br>One person discontinued masculinising/feminising hormones after 4 months. | Of the 6 who discontinued GnRH-a, for 3 gender dysphoria had desisted and for 3 treatment was stopped because they were not compliant with the treatment protocol. Of the 6, 4 (67%) had a mental health disorder and 3 (50%) had autism spectrum condition; the corresponding figures in those who continued treatment were 29 (40%) and 13 (18%); brm 4/28 (14%) and brf 2/51 1 (4%).<br><br>For the single person who stopped hormones, their gender dysphoria had desisted. | NR |
| **Spain** | | | | | | | | | | | | | | | | | | | |
| DeCastro 2022 | Catalonian Gender Identity Unit; Referrals made by pediatricians, general practitioners, mental health specialists or endocrinologists from Catalonia | All children and adolescents under 18 who attended the clinic. | Attended between January 1999 and December 2016 | Follow-up was an average of *2.6 years (4.7). | NR | 140 | Of 124 who were confirmed transgender minors, 103 were adolescents (age 12 to 17.9) and 21 were children (<12). | Of 140 assessed, brm:brf ratio was 2:1 in children and 1:1.2 in adolescents.<br><br>Of 124 who were confirmed transgender minors, brm:brf ratio was 1:1.2 with no difference in age categories. | 124 were confirmed transgender minors, 7 were under evaluation at the end of the study (6 of whom were children), 7 were not transgender, and 2 abandoned the follow-up before the assessment was completed.<br><br>At the end of the study, 97.6% persisted in their identity, follow-up of *2.6 years (4.7). 56.4% followed-up for at least 2 years and 29.8% for at least 5 years. In the children all of them persisted in their affirmed gender, with follow-up of at least 2 years in 38.1% (n = 8) and at least 5 years in 23.8% (n = 5). Three of the transgender children became adolescents and one reached adulthood during the follow-up period. | NR | NR | NR | 1 of 3 adolescents (brm) who was identified as desisters at follow-up expressed doubts about being transgender during the third year of follow-up without having initiated hormonal treatment. Confusion regarding gender identity and sexual orientation was observed. | NR | 13 (10 brm and 3 brf) were prescribed GnRH-a, average age 13.3 [8.5 to 17.4] | 35 (13 brm and 21 brf) were prescribed hormones, average age 17.3 [15.3 to 26.2] | 2 of 3 desisters (brms) identified at follow-up experienced doubts about being transgender after initiating hormones. For one, this occurred in adolescence in the second year of follow-up (confusion regarding both their gender identity and sexual orientation was observed). It is unclear whether they discontinued treatment. The other experienced doubts during adulthood, after >5 years of follow-up and a completed transition (socially, hormonally and surgically). At the end of follow-up, the subject was ambivalent about their gender identity, which resulted in low adherence to hormone treatment. | NR | NR |
| Esteva de Antonio 2013 | Andalusian Gender Team which was formed in 1999 at Carlos Haya University Hospital, in Malaga, Spain | Children and adolescents with gender dysphoria. | Seen between 2000 to 2012 | NR | NR | 141 | 15 age <12 years (12 brm and 3 brf) and 126 age 12-17 (94 brm and 32 brf) | 107 (75.9%) brm and 34 (24.1%) brf | Of the 15 children, gender dysphoria desisted in 2 brm and 11 were still under psychological evaluation.<br><br>Of the 126 adolescents, 7 dropped out (all brm) and in 1 brm gender dysphoria desisted. Three were excluded (meaning unclear) and 28 were still under psychological evaluation. | NR | NR | NR | NR | n= 89 (2 children and 5 adolescents (all brm) received luteinizing hormone-releasing hormone analogues and 82 adolescents received masculinising or feminising hormones) | 7 brm (2 children and 5 adolescents) | 82 | NR | NR | 14 brf had re-assignment surgery and 22 brm genioplastic surgeries; 46 were awaiting surgery |
| **UK** | | | | | | | | | | | | | | | | | | | |
| Costa 2015 | Gender Identity Development Service (GIDS) in London | Consecutive series of adolescents referred to service. | Referred between 2010 and 2014 | Time 0: baseline assessment<br>Time 1: 6 months from baseline and eligibility for puberty supression<br>Time 2: 12 months from baseline<br>Time 3: 18 months from baseline | 436 | 201 | Referral: 15.74 (1.38)<br>Assessment: 15.52 (1.41) | Referral: brm/brf ratio 1:1.7<br>Assessment: 1:1.6 | All 201 adolescents who completed the diagnostic procedure fulfilled DSM-IV-TR criteria for Gender Identity Disorder.<br><br>235 adolescents did not complete the diagnostic procedure. | NR | 201 received psychological support. | 121 | 60 were classified as immediately eligible. 61 were classifed as delayed eligible as clinicians needed more time to make the decision of startng GnRH-a because of comorbid psychiatric problems and/or psychological difficulties. | 121 | 60 immediately eligible started GnRH-a 0.75 ± 0.59 years from baseline (after assessment)<br><br>61 delayed eligible started 1.5 ± 0.63 years from baseline | NR | NR | NR | NR |
| **US** | | | | | | | | | | | | | | | | | | | |
| Chen 2016a | Paediatric Endocrinology clinic, Indianapolis | All patients seen in clinic for gender dysphoria, gender identity disorder or gender identity. | Seen in the clinic between January 2002 and April 2015 | NR | NR | 38 | Assessment: 14.4 (3.2) | 16 (42.1%) brm and 22 (57.9%) brf | At presentation, 29% had received a GD-specific psychological evaluation and recommendation for treatment. 57.9% had pursued an RLE (real life experience - living full-time as identified gender) which is a criteria for masculinising / feminising hormone treatment. | NR | NR | NR | NR | 15 (5 brm and 10 brf) | 15 received puberty suppression at average age of 15.5 (2.1):<br>9 GnRH-a (2 brm and 7 brf)<br>3 brf progestins<br>3 brm androgen receptor blocker | 8 of the 15 who received puberty suppression progressed to hormones (4 brm and 4 brf) at average age of 16.2 (1.4) | NR | NR | NR |
| Chen 2016b | Gender and Sex Development Program at the Ann & Robert H. Lurie Children's Hospital of Chicago (formerly known as Children's Memorial Hospital), Illinois | Eligible patients are youth under 25 years of age, and parental participation is required for youth under the age of 18. | July 2013 to February 2016 | NR | NR | 220 | Assessment: 54 were age <=11 (37 brm), 154 were 12-18 (59 brm) and 12 were >=19 (4 brm) | 100 (45.5%) brm and 120 (54.5%) brf | NR | NR | 103 patients had initial clinical appointments with a behavioral health clinician (reason / provision unclear) | NR | NR | 116 | 34 started on GnRH-a | 20 started on oestrogen and 62 started on testosterone | NR | NR | To date, 24 patients have been seen for consultation and 7 have completed gender-affirming chest surgery. |
| Handler 2019 | Specialty clinic in Oakland, California which was established for Kaiser Permanente Northern California members and serves as a referral hub for transition-related services for transgender and gender-non conforming members. | Transgender and gender-non conforming under 18 year olds throughout Northern California. Patients could be referred by any health care provider or by self-referral. | Referred between February 2015 and June 2018 | NR | 417 | 417 | Referred: *15 [3 to 17] | 114 (27%) brm and 303 (73%) brf | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | Total N=104 surgeries involving 89 unique patients with 57 having at least one surgery before the age of 18<br><br>80 Mastectomy, 9 Hysterectomy, 7 Vaginoplasty, 4 Facial feminisation surgery and/or chondrolaryngoplasty, 2 Phalloplasty and/or metoidioplasty, 2 Mammoplasty |
| Kuper 2019 | Gender Education and Care Interdisciplinary Support program in Dallas, TX | Adolescents (12-18) presenting for an initial assessment before initiation of gender-affirming medical care | Initial assessments occurred between 2014 and 2017 | NR | 158 | 158 (data reported for 149) | Assessment: n=149, 15.3 (1.52, 12–18) | 53 (35.6%) brm and 96 (64.4%) brf | All but 1 participant met full criteria for gender dysphoria at the time of assessment. This participant had not consistently identified with his gender identity for greater than the required 6 months but subsequently met criteria at a follow-up visit. | NR | NR | NR | 2 lost to follow up | 146 (96 received CSH, 7 puberty supersssion only, 42 puberty suppression and CSH, 1 spironolactone only) | 7 received puberty suppression only at a mean of 4.3 months (4.1, range 0–11) occuring between the initial assessment and start of treatment.<br><br>42 received puberty suppression and hormones at a mean of 2.6 months (2.5, range 0–13) for puberty suppression and 7.9 months (5.9, range 0–22) for hormones. | 96 received hormones with a mean 1.8 months (3.4, range 0–26) occurring between the initial assessment and start of treatment.<br><br>42 received puberty suppression and hormones with a mean of 2.6 months (2.5, range 0–13) for puberty suppression and 7.9 months (5.9, range 0–22) for hormones. | NR | NR | NR |
| Leon 2021 | Gender Wellness Center (GWC), a rural clinic providing primary and gender-affirming medical care to transgender and gender-expansive youth and adults in Upstate New York | Pediatric and young adult patients (ages 7–25) receiving care at the clinic agreeing to be included in the registry (98% of those referred) | Registered between April 2017 and December 2019 | NR | NR | 185 | Assessment: *16.3 [4.1, 6.9 to 21.8] | 151 (82.1%) brf and 53 (28.8%) brm | NR | NR | NR | NR | NR | 159 (86%) medically transitioning: 49 (30.8%) had lifetime or current use of GnRH-a, 119 (74.6%) had lifetime or current use of masculinising/feminising hormones, and 17 (10.8%) had a gender-affirming surgical procedure. | 49 (30.8%) had lifetime or current use of GnRH-a. | 119 (74.6%) had lifetime or current use of hormones. | NR | NR | 17 (10.8%) had a gender-affirming surgical procedure. |
| Nahata 2017 | Large multidisciplinary gender program for hormone therapy at a Midwestern pediatric academic center, established in 2014 | All patients with ICD 9/10 codes for gender dysphoria, referred to endocrinology for hormone therapy (puberty suppression and/or hormones) | 2014 to 2016 | NR | NR | 79 | Assessment: *15 [9 to 18] | 51 (64.6%) brf and 28 (35.4%) brm | NR | NR | NR | NR | 18 of those prescribed GnRH-a did not start this (2 had no documented information about coverage and 16 were denied coverage (*15.3 years, range: 10.8–18.8, Tanner stages: 2–5) and could not start treatment) | NR | 9 began GnRH-a (n=8 average age *15.3 [12.8-17.3], Tanner stage 2-5) | 40 initiated hormones | NR | NR | NR |
| O'Bryan 2018 | Gender Wellness Center (GWC), a rural clinic providing primary and gender-affirming medical care to transgender and gender-expansive youth and adults in Upstate New York | Pediatric patients (age <22) receiving care at the clinic agreeing to be included in the regstry (98% of those referred) | Unclear | NR | NR | 139 | Enrollment: 17.5 (3.1, range 8 to 21)<br>Assessment: 16.7 (3.0) | 42 (30%) brm and 97 (70%) brf | NR | NR | NR | NR | NR | 123 (89.1%) were medically transitioning, defined in terms of use of GnRH-a, hormones and/or surgery. | 41 (29.5%) had received puberty suppression (past or present use) | 106 (76.3%) had received hormones (past or present use) | 2 discontinued treatment (1 after taking GnRH-a, 1 while taking GnRH-a and hormones).<br><br>1 stopped GnRH-a for a number of years but subsequently resumed treatment.<br><br>1 stopped hormone therapy but continued on GnRH-a. | One patient desisted after GnRH-a and one reverted to a gender identity concordant with their registered sex at birth after GnRH-a and hormones.<br><br>The patient who stopped hormone therapy but continued on GnRH-a was still exploring an emerging gender identity. | 20 (14.4%) had undergone gender-affirming surgery |
| Spack 2012 | The Gender Management Service (GeMS), a multi-disciplinary gender identity clinic established in Jan 2007 and providing medical treatment, formerly the Endocrine Division at Children's Hospital, Boston. | Consecutive initial visits of patients with gender identity disorder seen at clinic. Prior to 2007, only adolescents referred by mental health professionals were accepted by the service. Following this, pre-pubertal children were also accepted. | Presented for an initial visit between Jan 1998 and Feb 2010 | NR | NR | 97 | Assessment: 14.8 (3.4)<br>*16 [4 to 20] | 54 (55.7%) brf and 43 (44.3%) brm | NR | NR | NR | NR | 14 patients needed to wait for pubertal signs (3 <8, 2 age 9, 8 at age 10 and 1 age 12; 7 brm and 7 brf) | 56 (57.7%)<br><br>50 started treatment within 1 week of initial visit. Others started later (average 9 (6.7) months after initial visit) although type of treatment for these not reported - reasons reported either not yet Tanner stage 2 or too pubertally advanced for suppression but too young for hormones.<br><br>Medical intervention initiated at average age of 15.6 (2.8). | Of 50 who started treatment within 1 week of initial visit, 11 treated with GnRH-a at Tanner stage 2/3 | Of 50 who started treatment within 1 week of initial visit, 39 started on hormones at Tanner stage 4/5 | NR | NR | NR |

BR-sex = Birth-registered sex; brm = birth-registered male; brf = birth-registered female; GnRH-a = Gonadotropin releasing hormone analogues; CSH = Cross sex hormones; NR = Not reported; N/A = Not applicable; * [] = Median [range]; * () = Median (interquartile range); Values are mean (standard deviation) unless otherwise stated;