# EXHIBIT 93

Arch Dis Child: first published as 10.1136/archdischild-2023-326681 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

Original research



**OPEN ACCESS**

# Characteristics of children and adolescents referred to specialist gender services: a systematic review

Jo Taylor, Ruth Hall, Trilby Langton, Lorna Fraser, Catherine Elizabeth Hewitt

► Additional supplemental material is published online only. To view, please visit the journal online (https://doi.org/10.1136/archdischild-2023-326681).

Department of Health Sciences, University of York, York, UK

**Correspondence to**
Professor Catherine Elizabeth Hewitt, Department of Health Sciences, University of York, York, UK; dohs-gender-research@york.ac.uk

Received 9 December 2023
Accepted 4 February 2024



► http://dx.doi.org/10.1136/archdischild-2023-326112
► http://dx.doi.org/10.1136/archdischild-2023-326347
► http://dx.doi.org/10.1136/archdischild-2023-326348
► http://dx.doi.org/10.1136/archdischild-2023-326500
► http://dx.doi.org/10.1136/archdischild-2023-326499
► http://dx.doi.org/10.1136/archdischild-2023-326760
► http://dx.doi.org/10.1136/archdischild-2023-326670
► http://dx.doi.org/10.1136/archdischild-2023-326669



© Author(s) (or their employer(s)) 2024. Re-use permitted under CC BY-NC. No commercial re-use. See rights and permissions. Published by BMJ.

**To cite:** Taylor J, Hall R, Langton T, et al. Arch Dis Child Epub ahead of print: [please include Day Month Year]. doi:10.1136/archdischild-2023-326681

## ABSTRACT

**Background**  Increasing numbers of children/adolescents experiencing gender dysphoria/incongruence are being referred to specialist gender services. Services and practice guidelines are responding to these changes.
**Aim**  This systematic review examines the numbers and characteristics of children/adolescents (under 18) referred to specialist gender or endocrinology services.
**Methods**  Database searches were performed (April 2022), with results assessed independently by two reviewers. Peer-reviewed articles providing at least birth-registered sex or age at referral were included. Demographic, gender-related, mental health, neurodevelopmental conditions and adverse childhood experience data were extracted. A narrative approach to synthesis was used and where appropriate proportions were combined in a meta-analysis.
**Results**  143 studies from 131 articles across 17 countries were included. There was a twofold to threefold increase in the number of referrals and a steady increase in birth-registered females being referred. There is inconsistent collection and reporting of key data across many of the studies. Approximately 60% of children/adolescents referred to services had made steps to present themselves in their preferred gender. Just under 50% of studies reported data on depression and/or anxiety and under 20% reported data on other mental health issues and neurodevelopmental conditions. Changes in the characteristics of referrals over time were generally not reported.
**Conclusions**  Services need to capture, assess and respond to the potentially co-occurring complexities of children/adolescents being referred to specialist gender and endocrine services. Agreement on the core characteristics for collection at referral/assessment would help to ensure services are capturing data as well as developing pathways to meet the needs of these children.
**PROSPERO registration number** CRD42021289659.

## WHAT IS ALREADY KNOWN ON THIS TOPIC

⇒ Increasing numbers of children and adolescents experiencing gender dysphoria/incongruence are being referred for care at specialist paediatric gender services.
⇒ Several countries have or are modifying referral and care pathways and provision, in response to both the reported increase in referral numbers and complexity of those referred.

## WHAT THIS STUDY ADDS

⇒ There has been a twofold to threefold increase in the number of referrals and an increase in the ratio of birth-registered females to males referred to specialist paediatric gender services over time across countries.
⇒ Very few studies report data on gender status (self-reported gender identity, gender dysphoria/incongruence, age at onset and social transition) but from the limited data reported, approximately 60% of those referred were described as making steps to present themselves in their preferred gender.
⇒ Data published to date suggest that the presence of depression, anxiety, suicidality, self-harm, autism spectrum condition, attention deficit hyperactivity disorder and eating disorders may be higher in those referred to gender services than population estimates.

## HOW THIS STUDY MIGHT AFFECT RESEARCH, POLICY OR PRACTICE

⇒ Specialist paediatric gender services need to respond to the potentially co-occurring complexities of children/adolescents being referred and agreement is needed on core characteristics for collection during assessment.

## INTRODUCTION

Several countries have reported increasing numbers of children and adolescents experiencing gender dysphoria/incongruence being referred for care at specialist paediatric gender services over the last 10-15 years.[1 2] The research literature has also highlighted changes in the demographics of children being referred including reported mental health needs, neurodevelopmental conditions and psychosocial complexity.[3 4]

Specialist paediatric and adolescent gender services in several countries have modified or are currently modifying pathways and provision, partly in response to these reported trends.[5 6] This includes modifying referral criteria, processes and pathways as well as establishing new services.[7 8] In several countries, national guidelines and service specifications have been or are being reviewed and updated in response to concerns regarding the lack of high-quality evidence underpinning care for these children,[5 6 9 10] and the benefits, risks and long-term effects of medical intervention pathways.[11–16]

A better understanding of the numbers, characteristics and holistic needs of children and adolescents being referred to specialist gender services and how these may have changed over time would help to inform development in service provision



Arch Dis Child: first published as 10.1136/archdischild-2023-326681 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

and referral and care pathways. This systematic review aims to answer the following questions:
1. What is the number of referrals to specialist gender identity/endocrinology services that provide healthcare for children/adolescents (age 0–18) experiencing gender dysphoria/incongruence and have these changed over time?
2. What are the characteristics of children/adolescents (age 0–18) referred to specialist gender/endocrinology services and have these changed over time?

## METHODS
The review forms part of a linked series of systematic reviews examining the epidemiology, care pathways, outcomes and experiences of children and adolescents experiencing gender dysphoria/incongruence and is reported according to Preferred Reporting Items for Systematic Reviews and Meta-Analyses guidelines.[17] The systematic review protocol was registered on PROSPERO (CRD42021289659).[18]

### Search strategy
A single search strategy was used to identify studies comprising two combined concepts: 'children', which included all terms for children and adolescents; and 'gender dysphoria', which included associated terms such as gender incongruence and gender-related distress, and gender identity terms including transgender, gender diverse and non-binary. MEDLINE, EMBASE and PsycINFO through OVID, CINAHL Complete through EBSCO and Web of Science (Social Science Citation Index) were searched (13-23 May 2021 and updated 27 April 2022).

### Inclusion criteria
The review included peer-reviewed articles that reported at least birth-registered sex or age of children and/or adolescents at referral/assessment to paediatric or adolescent gender/endocrinology services (table 1).

### Selection process
The results of the database and other searches were uploaded to Covidence[19] and screened independently by two reviewers. Full texts for potentially relevant articles were retrieved and reviewed against the inclusion criteria by two reviewers independently.

| Table 1 | Inclusion and exclusion criteria |
|---|---|
| Population | Children and adolescents (age 0–18) referred to paediatric or adolescent gender service or paediatric or adolescent endocrinology service that provides specialist gender-related healthcare. Articles reporting on child or adolescent populations or the combined population of children and adolescents were included. Mixed populations of adolescents and adults were included if referred to child or adolescent gender service, for example, some services provide healthcare to age 24; or where data are reported separately for all-age services. Studies of other selected subsamples were excluded, for example, those eligible for or receiving treatment, one gender group, studies recruiting a specific or convenience sample. |
| Comparator | Any or none. |
| Variables | Article reports as a minimum the birth-registered sex and/or age of the referred population. Studies reporting data from the time of referral or initial assessment were included. |
| Study design | Studies of any design or articles reporting data from gender services. Systematic or other literature reviews were excluded. |
| Publication | Published in the English language in a peer-reviewed journal. Conference abstracts and letters were excluded. |

Disagreements were resolved through discussion and the inclusion of a third reviewer.

### Data extraction
Data on study and population characteristics were extracted into a prepiloted template by one reviewer and checked by another. Data were extracted from graphs using the plot digitizer tool (https://plotdigitizer.com/). With reference to the literature and input from expert advisors, key demographics, gender, mental health, neurodevelopmental conditions and psychosocial characteristics were extracted. Study quality was not formally assessed.

### Synthesis
A narrative approach to synthesis was used and where feasible proportions were combined in a random effects meta-analysis using metaprop (Stata V.18) with variances stabilised using the Freeman-Tukey double arcsine transformation.[20] A line graph was used to plot referrals and a scatter plot for birth-registered sex ratios over time by country. Where multiple studies reported data over time, a single study was selected with the largest study period and/or which represented the largest or most representative service within that country. For countries where there were no studies reporting changes over time in birth-registered sex ratios, the mid-point from studies reporting figures across years was used. The synthesis was performed by one reviewer and second-checked by another.

## RESULTS
Our searches yielded 28 147 records, 3181 of which were identified as potentially relevant for the linked series of systematic reviews, and for which full texts were reviewed. From these, there were 143 studies from 131 papers that met the inclusion criteria for this review (figure 1; online supplemental table S2).

Studies reported data from Canada (n=35), US (n=34), Netherlands (n=26), UK (n=16), Australia (n=8), Germany (n=6), Finland (n=4), Italy (n=3), Belgium (n=2), Spain (n=2) and single studies from Brazil, Denmark, Israel, Norway, Sweden, Scotland and Switzerland (online supplemental table S3). There were 4 linked articles and 10 multiple country studies which are included in the individual country summaries. Data were reported from 1972 to 2021 with many samples overlapping from the same service within each country, although more data were reported from 2000 onwards (online supplemental table S4).

### Demographics
The number of referrals over time was reported for 11 countries (figure 2).[2 21–26] Around 5–6 years into the data presented by year in the individual studies there is a sharp increase (twofold to threefold) in referral numbers across all countries except the Netherlands which started to increase in 2011[25] and Denmark which only had 2 years of data.[2]

There was a mixture of child and/or adolescent data presented across countries with the average age of children being 7/8 and adolescents 14–17 (online supplemental table S3). The combined child and adolescent data showed mixed findings, with a group of studies conducted relatively early having ages around 10/11,[27–30] and later studies of around 13–16, which is more closely aligned to studies with adolescent samples. This indicates a potential increase in the number of adolescents within the combined samples.

Over time, there is generally an increase in the ratio of birth-registered females to males being referred to child and adolescent gender services across countries

 Taylor J, et al. Arch Dis Child 2024;0:1–9. doi:10.1136/archdischild-2023-326681

Original research

Arch Dis Child: first published as 10.1136/archdischild-2023-326681 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.



**Figure 1** Study flow diagram.



**Figure 2** The number of referrals over time by country.

Arch Dis Child: first published as 10.1136/archdischild-2023-326681 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.



**Figure 3**  The ratio of birth-registered females to males being referred to child and adolescent gender services by country.

(figure 3).[2 3 7 8 21 22 24 26 31–70] There is no clear sudden increase but more of a steady increase over time; however, Finland reported a higher ratio throughout. Given the number of referrals is relatively low in some services/countries, there are fluctuations in the data with the ratios increasing one year and decreasing the next. Three studies in the Netherlands reported data by child/adolescent groupings and found that the ratio of birth-registered females to males was below 1 in children (indicating more birth-registered males compared with females) and at or above 1 in adolescents (indicating more birth-registered females compared with males) and approximately twice as high as the child ratios (online supplemental table S3).[25 28 71] Similar results were found in the only Canadian study that disaggregated data in 4-yearly blocks.[72]

### Gender characteristics

There were country differences in reporting how the children/adolescents had defined their gender identity (online supplemental table S3). Across most studies, self-reported gender identity was either not reported or inconsistently reported. Of those studies reporting the proportion of children/adolescents identifying as non-binary, estimates ranged from 0% to 19%.[33 34 40 46 53 54 56 58–61 64 67 73–80]

Data on diagnosis of gender dysphoria (DSM-5) or gender identity disorder (DSM-4) were reported in 65 studies with reported proportions ranging from 29% to 100%, with 52 studies including over 70% (and 64 including over 50%) experiencing gender dysphoria/incongruence (online supplemental table S3). Gender dysphoria/incongruence was assessed usually by diagnostic interview but occasionally using a gender identity/dysphoria scale. Some studies had an explicit inclusion criterion of meeting diagnostic criteria for gender dysphoria or gender

identity disorder (or subthreshold) whereas others included the full referred population.

Eleven studies reported the onset of the experience of gender incongruence (n=6)[32 38 67 70 81 82] or gender dysphoria (n=5).[34 44 45 82–84] For gender dysphoria, two studies reported mean/median ages which were approximately 7/8 (ranges 1–17)[34 83] and three studies reported the percentages in each age group, but they found different results.[45 82 84] For gender incongruence, three studies reported mean/median ages which were approximately 8–10 (ranges 5–15)[38 67 81] and three studies reported the percentages in each age group with two finding larger percentages in the under 8 group[32 70] but one finding a higher percentage in the 12+ category.[82]

Nineteen studies reported social transition data from seven countries.[3 7 38 42 44 48 55 56 67 74 76 81 84–90] The US reported higher proportions of social transition (combined 77%, 95% CI 70% to 90%) compared with most other countries (combined 59%, 95% CI 52% to 66%). There is no consensus on the definition of social transition and the studies included a wide range of changes. Estimates of changing name (n=6) ranged from 48% to 96%, pronouns (n=1) at 61% and changing appearance (n=2) between 75% and 99%. A single study reported details of where transitions took place and reported 61% home, 59% school and 7% online.[7] There were five studies reporting the data split by birth-registered sex.[84 85 88 89] All but one study found higher estimates of full social transition and all studies for name change in birth-registered females compared with males. The average age of social transition was approximately 14 (range 4–28, n=4) and two studies reported age bands (28% in the 6–11 and 81% in the >15 categories).

Original research

## Mental health

### Eating disorders

There were 16 (11%) studies from eight countries reporting eating disorder data for the referred population, with data reported from 1998 to 2019.[3 8 24 26 34 38 58 75 84 87 88 91–95] The combined estimate was 5% (95% CI 2% to 8%) with the lowest estimate of 0% (children) and highest of 23.4% (objective binge eating from a self-report scale). One study reported the data split by age groups and found all cases of eating disorders were identified in the age group of 12–18 years (16%) and 0 in the age group of 5–11 years.[84] Seven studies split data by birth-registered sex with inconsistent findings.[24 34 58 84 87 92 95] There was no consistency in the way in which eating disorders were recorded with some reporting any eating disorder and others a single type of eating disorder, a mixture of eating disorder symptoms, clinical diagnoses, those receiving psychiatric help for eating disorders, or it was unclear. Those reporting eating disorders using clinical diagnoses generally found lower estimates compared with those including symptomology alone or in addition (5.2% diagnosed and 15.5% when also including symptoms) (online supplemental figure S1).[87]

### Suicide and/or self-harm

There were 39 (27%) studies from 11 countries reporting data on suicide attempts and/or self-harm of the referred population, with data recorded from 1976 to 2021. The combined estimate for suicide attempts was 14% (95% CI 11% to 17%, range 9%–30%, n=16), self-harm was 29% (95% CI 23% to 35%, range 8%–56%, n=14) and suicide/self-harm together reported by parents/carers was 23% (95% CI 8% to 41%, range 7%–45%, n=5) and children/adolescents was 34% (95% CI 24% to 44%, range 21%–45%, n=5); highlighting differences between parent/carer and child/adolescent reported measures. Sixteen studies explored differences in attempts of suicide (n=11), self-harm (n=6) or combined (n=3) by birth registered sex.[24 34 38 45 51 58 75 84 85 89 92 96 97] Of those studies, the majority found higher estimates of suicide attempts and/or self-harm in birth-registered females compared with males. Six studies explored differences in suicide attempts and/or self-harm by age groups, with estimates generally higher in older age categories.[41 75 81 84 97 98] Two studies explored differences in suicide attempts and/or self-harm over time in the referred populations.[35 89] One found no trend over time[35] and the other found a reduction in suicide attempts in 2015 (8.6%) compared with 2012 (13.3%).[89]

There were 30 (21%) studies from 10 countries reporting data on suicide and/or self-harm ideation, with data recorded from 2002 to 2021. The combined estimate for suicide ideation was 39% (95% CI 30% to 48%, range 10%–87%, n=17) and suicide/self-harm ideation together for parents/carers was 26% (95% CI 19% to 33%, range 19%–36%, n=5) and children/adolescents was 41% (95% CI 32% to 51%, range 10%–78%, n=11); again, highlighting differences between parent/carer and child/adolescent reports. Two studies reported self-harm ideation and estimates were 4.1% and 14.4%.[84 97] There were differences in the recording of suicide ideation as some studies reported any history and others reported current ideation only; one study reported both figures and found a marked difference (history 47.3% and current ideation 12%).[81] Of the seven studies reporting suicide ideation separately, four found higher estimates in birth-registered females compared with males,[24 34 44 85] two found the opposite[58 84] and one found similar figures.[51] Both studies reporting self-harm ideation

found higher estimates in birth-registered males compared with females.[84 97] There were mixed findings in the four studies combining suicide and self-harm ideation and differences between parent/carer and child/adolescent reports.[50 96] Five studies explored differences in suicide and/or self-harm ideation by age groups and generally estimates were higher in older age categories.[41 81 84 97 98]

### Depression and/or anxiety

There were 63 (44%) studies from 13 countries reporting data for depression and/or anxiety in the referred population, with data recorded from 1980 to 2021. There were eight studies only reporting data in continuous form (mean and SD) and there were different measures used, so it was not possible to synthesise.[30 42 43 47 99–102] The combined estimate for depression was 38% (95% CI 31% to 45%, range 3%–78%, n=32), for anxiety was 38% (95% CI 31% to 46%, range 8%–100%, n=28) and depression/anxiety together reported by parents/carers was 48% (95% CI 39% to 56%, range 26%–75%, n=15) and children/adolescents was 44% (95% CI 36% to 52%, range 28%–66%, n=13).

Twenty-eight studies explored differences in depression (n=16),[24 34 38 50 51 58 82 84 85 89 90 92 94 95 103 104] anxiety (n=11)[51 58 82 84 85 89 92 94 95 103] or combined (n=12)[23 28 36 40 105–108] by birth-registered sex, the majority reporting higher estimates of depression and anxiety in birth-registered females compared with males. There were six studies exploring differences by age groups.[28 81 84 97 105] Four focused on both depression and anxiety and three found higher estimates in older ages[28 105] with the other finding no significant difference.[97] There were two studies each looking at depression and anxiety separately and much higher estimates for depression were seen in adolescents (over 12) compared with children, whereas the estimates for anxiety were similar across age groups or slightly higher in adolescents.[81 84]

### Neurodevelopmental conditions

The combined estimate of autism spectrum condition (ASC) was 9% (95% CI 6% to 11%, range 0%–26%, n=26, nine countries, data range 1998–2019). One study reported data separately for 2012 and 2015 and demonstrated an increase from 1.8% to 15.1%[89]; no other study reported data broken down over time. It was generally unclear how ASC was defined in each study, where it was reported it included signs or traits, clinical diagnosis or current intervention due to ASC. Two studies reported the data split by age groups,[81 109] one found similar estimates of ASC in under 15s and 15+ (6%)[81] and the other a higher percentage of adolescents with ASC compared with children (9% vs 6%).[109] Seventeen studies split data by birth-registered sex, but the results were inconsistent. One of these studies reported data separately for 2 years and found changes over time (birth-registered females vs males: 2012: 10.4% vs 20.0% and 2015: 15.4% vs 14.6%) (online supplemental figure S1).[89]

The combined estimate of attention deficit hyperactivity disorder (ADHD) was 10% (95% CI 7% to 13%, range 2.5%–27%, n=20, nine countries, data range 1998–2021). Fourteen studies split the data by birth-registered sex, 12 of them found a higher percentage of birth-registered males with ADHD compared with females[3 8 26 31 34 40 51 55 66 68 75 82 84 85 88 91 92] and 2 finding the opposite relationship.[24 103] Across studies, the estimate of ADHD was 14% (95% CI 8% to 20%) for birth-registered males and 6% (95% CI 3% to 9%) for birth-registered females.

Arch Dis Child: first published as 10.1136/archdischild-2023-326681 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

### Adverse childhood experiences

There were relatively few studies reporting data on the different categories referred to as adverse childhood experiences (ACES) (n=15, 10%).[3 8 32 45 46 48 56 62 82–84 86 89 91 95] Eight studies reported data on physical (n=3),[8 32 91] emotional (n=1)[8] or sexual (n=4) abuse,[8 32 82 91] and neglect or abuse or neglect alone (n=6). Combined neglect or abuse figures were reported in four studies (range 11.1%–67.4%)[45 45 84 89] and neglect alone in two studies (10.5% and 11.4%).[8 32] Physical abuse estimates ranged from 15.2% to 20%, sexual abuse from 5.2% to 19% and emotional abuse was assessed in a single study (13.9%). Parental mental illness or substance misuse was reported in two studies and maternal estimates were higher (52.6% and 49.4%) than paternal (38% in both studies).[8 32] Two studies reported data on exposure to domestic violence (22.8% and 24.6%).[8 32] Loss of a parent through abandonment was reported in 10 studies with 5 reporting adoption (range 0.9%–8.2%),[3 45 48 62 83] 6 foster care (range 1.1%–12.3%)[8 32 46 48 83 84] and 2 children's homes (5.3% and 0.5%).[84 86] Two studies reported data for those experiencing death or permanent hospitalisation of a parent (8.4% and 19%).[8 95]

### DISCUSSION

This systematic review found that there has been a twofold to threefold increase in the number of referrals to specialist paediatric gender/endocrinology services over time across countries. An increase in the ratio of birth-registered females to males was also observed. Although coexisting complexity was reported in fewer studies, the presence of ASC, ADHD, anxiety, depression, suicidality, self-harm, eating disorders and ACES appears higher than seen in the general population of children and adolescents.[110–113]

There was limited data reported to allow patterns to be explored in birth-registered sex ratios by child/adolescent groupings; however, data from the Netherlands (1972–2016) suggest the increase in the ratio of females to males was only in adolescents. More recent UK data (2017–2020) reported more females than males for children and adolescents but considerably higher ratios in adolescents.[114] Very few studies reported data on gender characteristics but from the limited social transition data reported, approximately 60% of those referred to gender services had made steps to present themselves in their preferred gender.

For mental health, the largest number of studies reported data on depression and/or anxiety (<50% of the studies), with most other mental health outcomes reported in <20%. Frequency of mental health issues has been found to be similar to other systematic/scoping reviews of this population.[4 115–119] Co-occurrence of depression and anxiety, and of suicidality and/or self-harm appear to be considerably higher in children and adolescents experiencing gender dysphoria/incongruence compared with population estimates,[110–112] and children/adolescents were consistently reporting higher frequencies of self-harm/suicide than their parents. Eating disorders may be slightly higher than population estimates, although no clear conclusion can be drawn due to heterogeneity in measurement.[113] Less research focus has been given to those with eating issues among children and adolescents experiencing gender dysphoria or incongruence, which is reported to affect around 22% of children/adolescents in the wider population.[120]

Frequency of ASC was found to be similar to other systematic reviews and may also be higher than population estimates, supporting current guidance to screen for ASC in specialist

gender services.[5 10] However, robust research is needed to confirm this and to assess levels of ADHD in this population which has not been adequately explored to date. This review indicates that rates of ADHD may be equal to those of ASC; however, issues with diagnosis must be considered.

This review indicates that the majority of studies have not routinely measured or recorded the presence of ACES in the histories and experiences of children and adolescents being referred to paediatric gender services so there is limited data despite the wider research indicating that gender-diverse youth and adults have experienced high rates of childhood adversity.[121–125] It is not possible for this review to speculate as to the relationship between ACES and the experience of gender-related distress in children and adolescents, but the results indicate that this is another important area in which systematic collection of data, at referral and across pathways of care can support care.

### Strengths and limitations

Strengths include a published protocol with robust search strategies and comprehensive synthesis. As searches were conducted to April 2022 this review does not include more recently published studies; as this is a rapidly involving area this is a limitation.

Caution should be taken when interpreting any of the pooled estimates as they represent data for a wide period of time, reported data averaged over a large number of years, included often overlapping samples from the same service, and often discrepancies in the individual studies between the referred numbers and those included in the summaries of characteristics. Additionally, different measures were used to assess mental health outcomes, for example, any diagnosis of an eating disorder versus a single symptom such as binge eating, and inclusion of historical difficulties, for example, self-harm ever versus current self-harm.

As there were multiple studies in some countries reporting referrals by year, a single study was selected with the largest study period and/or which represented the largest or most representative service. This could have influenced the findings of referral patterns. It was not possible to make inferences about changes over time for most characteristics explored due to overlapping samples and data being reported over large time periods in individual studies. There were some studies that did not report changes over time in the ratio of birth-registered females to males hence the mid-point from studies reporting figures across years was used. This may have artificially created trends in the data as there were often overlapping samples from the same service that are likely to include the same individuals multiple times. Despite these caveats, the results do show similar trends in the ratios to those studies reporting data split by year.

### Conclusions

There has been a twofold to threefold increase in referrals to specialist gender services for children/adolescents across many countries. These children/adolescents show higher than expected levels of ASC, ADHD, anxiety, depression, eating disorders, suicidality, self-harm and adverse childhood experiences. Agreement of core characteristics for collection at referral/assessment would help to ensure services measure key outcomes and enable them to develop to meet the needs of these children and adolescents. Services need to assess and respond to any co-occurring needs and complexities.

**Contributors** LF, CEH, TL and JT contributed to the conception of this review. LF, RH, CEH and JT contributed to screening and selection. CEH and JT completed data extraction and synthesis and drafted the manuscript. LF, RH, CEH, TL and JT contributed to data and synthesis interpretation. All authors reviewed and approved

Arch Dis Child: first published as 10.1136/archdischild-2023-326681 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

the manuscript prior to submission. CEH accepts full responsibility for the finished work and/or the conduct of the study, had access to the data, and controlled the decision to publish.

**Funding** This work was funded by NHS England to inform the Cass Review (Independent review of gender identity services for children and young people). The funder and Cass Review team had a role in commissioning the research programme but no role in the study conduct, interpretation or conclusion.

**Competing interests** None declared.

**Patient consent for publication** Not applicable.

**Provenance and peer review** Commissioned; externally peer reviewed.

**Data availability statement** Data sharing is not applicable as no datasets were generated and/or analysed for this study.

**Supplemental material** This content has been supplied by the author(s). It has not been vetted by BMJ Publishing Group Limited (BMJ) and may not have been peer-reviewed. Any opinions or recommendations discussed are solely those of the author(s) and are not endorsed by BMJ. BMJ disclaims all liability and responsibility arising from any reliance placed on the content. Where the content includes any translated material, BMJ does not warrant the accuracy and reliability of the translations (including but not limited to local regulations, clinical guidelines, terminology, drug names and drug dosages), and is not responsible for any error and/or omissions arising from translation and adaptation or otherwise.

**Open access** This is an open access article distributed in accordance with the Creative Commons Attribution Non Commercial (CC BY-NC 4.0) license, which permits others to distribute, remix, adapt, build upon this work non-commercially, and license their derivative works on different terms, provided the original work is properly cited, appropriate credit is given, any changes made indicated, and the use is non-commercial. See: http://creativecommons.org/licenses/by-nc/4.0/.

**ORCID iDs**
Jo Taylor http://orcid.org/0000-0001-5898-0900
Catherine Elizabeth Hewitt http://orcid.org/0000-0002-0415-3536

## REFERENCES

1 Thompson L, Sarovic D, Wilson P, *et al*. A PRISMA systematic review of adolescent gender Dysphoria literature: 1) epidemiology. *PLOS Glob Public Health* 2022;2:e0000245.
2 Kaltiala R, Bergman H, Carmichael P, *et al*. Time trends in referrals to child and adolescent gender identity services: a study in four Nordic countries and in the UK. *Nord J Psychiatry* 2020;74:40–4.
3 Spack NP, Edwards-Leeper L, Feldman HA, *et al*. Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics* 2012;129:418–25.
4 Thompson L, Sarovic D, Wilson P, *et al*. A PRISMA systematic review of adolescent gender Dysphoria literature: 2) mental health. *PLOS Glob Public Health* 2022;2:e0000426.
5 The Swedish National Board of Health and Welfare. Care of children and young people with gender Dysphoria - national knowledge support with recommendations for the profession and decision makers. 2022. Available: https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2022-12-8302.pdf
6 Council for Choices in Healthcare in Finland. Medical treatment methods for Dysphoria associated with variations in gender identity in minors – recommendation. 2020. Available: https://palveluvalikoima.fi/en/recommendations#genderidentity
7 Dahlgren Allen S, Tollit MA, McDougall R, *et al*. A Waitlist intervention for Transgender young people and Psychosocial outcomes. *Pediatrics* 2021;148.
8 Kozlowska K, McClure G, Chudleigh C, *et al*. Australian children and adolescents with gender Dysphoria: clinical presentations and challenges experienced by a Multidisciplinary team and gender service. *Human Systems* 2021;1:70–95.
9 The Cass Review. Independent review of gender identity services for children and young people: interim report; 2022. Available: https://cass.independent-review.uk/publications/interim-report/
10 Coleman E, Radix AE, Bouman WP, *et al*. Standards of care for the health of Transgender and gender diverse people, version 8. *Int J Transgend Health* 2022;23:S1–259.
11 Thompson L, Sarovic D, Wilson P, *et al*. A PRISMA systematic review of adolescent gender Dysphoria literature: 3) treatment. *PLOS Glob Public Health* 2023;3:e0001478.
12 National Institute for Health and Care Excellence (NICE). Evidence review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria, . 2020Available: https://cass.independent-review.uk/wp-content/uploads/2022/09/20220726_Evidence-review_GnRH-analogues_For-upload_Final.pdf
13 Pasternack I, Söderström I, Saijonkari M, *et al*. Medical approaches to treatment of dysphoria related to gender variations. A systematic review, Available: https://app.box.com/s/y9u791np8v9gsunwgpr2kqn8swd9vdtx
14 Ludvigsson JF, Adolfsson J, Höistad M, *et al*. A systematic review of hormone treatment for children with gender Dysphoria and recommendations for research. *Acta Paediatrica* 2023;112:2279–92. 10.1111/apa.16791 Available: https://onlinelibrary.wiley.com/toc/16512227/112/11
15 Baker KE, Wilson LM, Sharma R, *et al*. Hormone therapy, mental health, and quality of life among Transgender people: A systematic review. *J Endocr Soc* 2021;5:bvab011.
16 Chew D, Anderson J, Williams K, *et al*. Hormonal treatment in young people with gender Dysphoria: A systematic review. *Pediatrics* 2018;141:e20173742.
17 Page MJ, McKenzie JE, Bossuyt PM, *et al*. The PRISMA 2020 statement: an updated guideline for reporting systematic reviews. *BMJ* 2021;372:n71.
18 Fraser L, Hall R, Taylor J, *et al*. The epidemiology, management and outcomes of children with gender-related distress / gender Dysphoria: a systematic review. *PROSPERO* 2021:CRD42021289659.
19 Veritas Health Innovation. *Covidence systematic review software*. Melbourne, Australia: Veritas Health Innovation, 2023.
20 Nyaga VN, Arbyn M, Aerts M. Metaprop: a STATA command to perform meta-analysis of binomial data. *Arch Public Health* 2014;72:39.
21 Pang KC, de Graaf NM, Chew D, *et al*. Association of media coverage of Transgender and gender diverse issues with rates of referral of Transgender children and adolescents to specialist gender clinics in the UK and Australia. *JAMA Netw Open* 2020;3:e2011161.
22 Van Cauwenberg G, Dhondt K, Motmans J. Ten years of experience in counseling gender diverse youth in Flanders, Belgium. A clinical overview. *Int J Impot Res* 2021;33:671–8.
23 Heard J, Morris A, Kirouac N, *et al*. Gender Dysphoria assessment and action for youth: review of health care services and experiences of Trans youth in Manitoba. *Paediatr Child Health* 2018;23:179–84.
24 Segev-Becker A, Israeli G, Elkon-Tamir E, *et al*. Children and adolescents with gender Dysphoria in Israel: increasing referral and fertility preservation rates. *Endocrine Practice* 2020;26:423–8.
25 Wiepjes CM, Nota NM, de Blok CJM, *et al*. The Amsterdam cohort of gender Dysphoria study (1972-2015): trends in prevalence, treatment, and regrets. *J Sex Med* 2018;15:582–90.
26 McCallion S, Smith S, Kyle H, *et al*. An appraisal of current service delivery and future models of care for young people with gender Dysphoria. *Eur J Pediatr* 2021;180:2969–76.
27 Hughes SK, VanderLaan DP, Blanchard R, *et al*. The prevalence of only-child status among children and adolescents referred to a gender identity service versus a clinical comparison group. *Journal of Sex & Marital Therapy* 2017;43:586–93.
28 Steensma TD, Zucker KJ, Kreukels BPC, *et al*. Behavioral and emotional problems on the teacher's report form: a cross-national, cross-clinic comparative analysis of gender Dysphoric children and adolescents. *J Abnorm Child Psychol* 2014;42:635–47.
29 van der Miesen AIR, de Vries ALC, Steensma TD, *et al*. Autistic symptoms in children and adolescents with gender Dysphoria. *J Autism Dev Disord* 2018;48:1537–48.
30 Zucker KJ, Owen A, Bradley SJ, *et al*. Gender-Dysphoric children and adolescents: A comparative analysis of demographic characteristics and behavioral problems. *Clin Child Psychol Psychiatry* 2002;7:398–411.
31 Hilton MN, Boulton KA, Kozlowska K, *et al*. The Co-occurrence of neurodevelopmental disorders in gender Dysphoria: characteristics within a Paediatric treatment-seeking cohort and factors that predict distress pertaining to gender. *J Psychiatr Res* 2022;149:281–6.
32 Kozlowska K, Chudleigh C, McClure G, *et al*. Attachment patterns in children and adolescents with gender Dysphoria. *Front Psychol* 2020;11:582668.
33 Mahfouda S, Panos C, Whitehouse AJO, *et al*. Mental health correlates of autism spectrum disorder in gender diverse young people: evidence from a specialised child and adolescent gender clinic in Australia. *J Clin Med* 2019;8:1503.
34 Tollit MA, May T, Maloof T, *et al*. The clinical profile of patients attending a large, Australian pediatric gender service: A 10-year review. *Int J Transgend Health* 2023;24:59–69.
35 Arnoldussen M, Steensma TD, Popma A, *et al*. Re-evaluation of the Dutch approach: are recently referred Transgender youth different compared to earlier referrals. *Eur Child Adolesc Psychiatry* 2020;29:803–11.
36 de Graaf NM, Cohen-Kettenis PT, Carmichael P, *et al*. Psychological functioning in adolescents referred to specialist gender identity clinics across Europe: a clinical comparison study between four clinics. *Eur Child Adolesc Psychiatry* 2018;27:909–19.
37 Aitken M, Steensma TD, Blanchard R, *et al*. Evidence for an altered sex ratio in clinic-referred adolescents with gender Dysphoria. *J Sex Med* 2015;12:756–63.
38 Soll BMB, Brandelli Costa A, Vaitses Fontanari AM, *et al*. Use of the house-tree-person projective drawings and parental styles inventory in the global psychological evaluation of Transgender youth who seek Healthcare at the gender identity program. *Front Psychol* 2019;10:2488.

Arch Dis Child: first published as 10.1136/archdischild-2023-326681 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

Arch Dis Child: first published as 10.1136/archdischild-2023-326681 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

**Original research**

39 Becker-Hebly I, Fahrenkrug S, Campion F, *et al*. Psychosocial health in adolescents and young adults with gender Dysphoria before and after gender-affirming medical interventions: a descriptive study from the Hamburg gender identity service. *Eur Child Adolesc Psychiatry* 2021;30:1755–67.

40 Brecht A, Bos S, Ries L, *et al*. Assessment of psychological distress and peer relations among Trans adolescents-an examination of the use of gender norms and parent-child congruence of the YSR-R/CBCL-R among a treatment-seeking sample. *Children (Basel)* 2021;8:864.

41 Hartig A, Voss C, Herrmann L, *et al*. Suicidal and Nonsuicidal self-harming thoughts and behaviors in clinically referred children and adolescents with gender Dysphoria. *Clin Child Psychol Psychiatry* 2022;27:716–29.

42 Levitan N, Barkmann C, Richter-Appelt H, *et al*. Risk factors for psychological functioning in German adolescents with gender Dysphoria: poor peer relations and general family functioning. *Eur Child Adolesc Psychiatry* 2019;28:1487–98.

43 Röder M, Barkmann C, Richter-Appelt H, *et al*. Health-related quality of life in Transgender adolescents: associations with body image and emotional and behavioral problems. *Int J Transgend* 2018;19:78–91.

44 Sievert ED, Schweizer K, Barkmann C, *et al*. Not social transition, but peer relations and family functioning predict psychological functioning in a German clinical sample of children with gender Dysphoria. *Clin Child Psychol Psychiatry* 2021;26:79–95.

45 Fisher AD, Ristori J, Castellini G, *et al*. Psychological characteristics of Italian gender Dysphoric adolescents: a case-control study. *J Endocrinol Invest* 2017;40:953–65.

46 Mirabella M, Piras I, Fortunato A, *et al*. Gender identity and non-binary presentations in adolescents attending two specialized services in Italy. *J Sex Med* 2022;19:1035–48.

47 Ristori J, Rossi E, Cocchetti C, *et al*. Sexual habits among Italian Transgender adolescents: a cross-sectional study. *Int J Impot Res* 2020;33:687–93.

48 De Castro C, Solerdelcoll M, Plana MT. High persistence in Spanish Transgender minors: 18 years of experience of the gender identity unit of Catalonia. *Spanish J Psychiatry Mental Health* 2022.

49 Esteva de Antonio I, Gómez-Gil E, GIDSEEN Group. Coordination of Healthcare for Transsexual persons: a Multidisciplinary approach. *Curr Opin Endocrinol Diabetes Obes* 2013;20:585–91.

50 Achille C, Taggart T, Eaton NR, *et al*. Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of Transgender youths: preliminary results. *Int J Pediatr Endocrinol* 2020;2020:8.

51 Brocksmith VM, Alradadi RS, Chen M, *et al*. Baseline characteristics of gender Dysphoric youth. *J Pediatr Endocrinol Metab* 2018;31:1367–9.

52 Edwards-Leeper L, Feldman HA, Lash BR, *et al*. Psychological profile of the first sample of Transgender youth presenting for medical intervention in a U.S. pediatric gender center. *Psychology of Sexual Orientation and Gender Diversity* 2017;4:374–82.

53 Fornander MJ, Roberts T, Egan AM, *et al*. Weight status, medication use, and recreational activities of treatment-naive Transgender youth. *Child Obes* 2022;18:228–36.

54 Handler T, Hojilla JC, Varghese R, *et al*. Trends in referrals to a pediatric Transgender clinic. *Pediatrics* 2019;144:e20191368.

55 Kolbuck VD, Muldoon AL, Rychlik K, *et al*. Parenting stress, and parental support among clinic-referred Prepubertal gender expansive children. *Clin Pract Pediatr Psychol* 2019;7:254–66.

56 Leon K, O'Bryan J, Wolf-Gould C, *et al*. Prevalence and risk factors for Nonsuicidal self-injury in Transgender and gender-expansive youth at a rural gender wellness clinic. *Transgend Health* 2021;6:43–50.

57 McGuire FH, Carl A, Woodcock L, *et al*. Differences in patient and parent informant reports of depression and anxiety symptoms in a clinical sample of Transgender and gender diverse youth. *LGBT Health* 2021;8:404–11.

58 Nahata L, Quinn GP, Caltabellotta NM, *et al*. Mental health concerns and insurance denials among Transgender adolescents. *LGBT Health* 2017;4:188–93.

59 O'Bryan J, Scribani M, Leon K, *et al*. Health-related quality of life among Transgender and gender expansive youth at a rural gender wellness clinic. *Qual Life Res* 2020;29:1597–607.

60 Pariseau EM, Chevalier L, Long KA, *et al*. The relationship between family acceptance-rejection and Transgender youth Psychosocial functioning. *Clinical Practice in Pediatric Psychology* 2019;7:267–77.

61 Reguitti V, Poquiz JL, Jackson K, *et al*. Preliminary factor structure of the parental attitudes of gender expansiveness scale for parents (PAGES-P). *Clin Pract Pediatr Psychol* 2022;10:1–8.

62 Shumer DE, Abrha A, Feldman HA, *et al*. Overrepresentation of adopted adolescents at a hospital-based gender Dysphoria clinic. *Transgend Health* 2017;2:76–9.

63 Shumer DE, Reisner SL, Edwards-Leeper L, *et al*. Evaluation of Asperger syndrome in youth presenting to a gender Dysphoria clinic. *LGBT Health* 2016;3:387–90.

64 Tordoff DM, Wanta JW, Collin A, *et al*. Mental health outcomes in Transgender and Nonbinary youths receiving gender-affirming care. *JAMA Netw Open* 2022;5:e220978.

65 Chen D, Hidalgo MA, Leibowitz S, *et al*. Multidisciplinary care for gender-diverse youth: A narrative review and unique model of gender-affirming care. *Transgender Health* 2016;1:117–23.

66 Chen M, Fuqua J, Eugster EA. Characteristics of referrals for gender Dysphoria over a 13-year period. *J Adolesc Health* 2016;58:369–71.

67 Kuper LE, Lindley L, Lopez X. Exploring the gender development histories of children and adolescents presenting for gender affirming medical care. *Clin Pract Pediatric Psychol* 2019;7:217–28.

68 Kuper LE, Mathews S, Lau M. Baseline mental health and Psychosocial functioning of Transgender adolescents seeking gender-affirming hormone therapy. *J Dev Behav Pediatr* 2019;40:589–96.

69 Poquiz J, Moser CN, Grimstad F, *et al*. Gender-affirming care in the Midwest: reaching rural populations. *J Rural Mental Health* 2021;45:121–8.

70 Lynch MM, Khandheria MM, Meyer WJ. Retrospective study of the management of childhood and adolescent gender identity disorder using Medroxyprogesterone acetate. *Int J Transgen* 2015;16:201–8.

71 Alberse A-ME, de Vries AL, Elzinga WS, *et al*. Self-perception of Transgender clinic referred gender diverse children and adolescents. *Clin Child Psychol Psychiatry* 2019;24:388–401.

72 Wood H, Sasaki S, Bradley SJ, *et al*. Patterns of referral to a gender identity service for children and adolescents (1976-2011): age, sex ratio, and sexual orientation. *J Sex Marital Ther* 2013;39:1–6.

73 Moyer DN, Connelly KJ, Holley AL. Using the PHQ-9 and GAD-7 to screen for acute distress in Transgender youth: findings from a pediatric Endocrinology clinic. *J Pediatr Endocrinol Metab* 2019;32:71–4.

74 O'Bryan J, Leon K, Wolf-Gould C, *et al*. Building a pediatric patient Registry to study health outcomes among Transgender and gender expansive youth at a rural gender clinic. *Transgend Health* 2018;3:179–89.

75 Peterson CM, Matthews A, Copps-Smith E, *et al*. Self-harm, and body dissatisfaction in Transgender adolescents and emerging adults with gender Dysphoria. *Suicide & Life Threat Behav* 2017;47:475–82. 10.1111/sltb.12289 Available: https://onlinelibrary.wiley.com/toc/1943278x/47/4

76 Poquiz JL, Coyne CA, Garofalo R, *et al*. Comparison of gender minority stress and resilience among Transmasculine, Transfeminine, and Nonbinary adolescents and young adults. *J Adolesc Health* 2021;68:615–8.

77 Hedrick HR, Glover NT, Guerriero JT, *et al*. A new virtual reality: benefits and barriers to providing pediatric gender-affirming health care through Telehealth. *Transgend Health* 2022;7:144–9.

78 Cantu AL, Moyer DN, Connelly KJ, *et al*. Changes in anxiety and depression from intake to first follow-up among Transgender youth in a pediatric Endocrinology clinic. *Transgend Health* 2020;5:196–200.

79 Chodzen G, Hidalgo MA, Chen D, *et al*. Minority stress factors associated with depression and anxiety among Transgender and gender-Nonconforming youth. *J Adolesc Health* 2019;64:467–71.

80 Twist J, de Graaf NM. Gender diversity and non-binary presentations in young people attending the United Kingdom's National gender identity development service. *Clin Child Psychol Psychiatry* 2019;24:277–90.

81 Sorbara JC, Chiniara LN, Thompson S, *et al*. Mental health and timing of gender-affirming care. *Pediatrics* 2020;146:e20193600.

82 Kaltiala-Heino R, Työläjärvi M, Lindberg N. Sexual experiences of clinically referred adolescents with features of gender Dysphoria. *Clin Child Psychol Psychiatry* 2019;24:365–78.

83 Matthews T, Holt V, Sahin S, *et al*. Gender Dysphoria in looked-after and adopted young people in a gender identity development service. *Clin Child Psychol Psychiatry* 2019;24:112–28.

84 Holt V, Skagerberg E, Dunsford M. Young people with features of gender Dysphoria: demographics and associated difficulties. *Clin Child Psychol Psychiatry* 2016;21:108–18.

85 Chiniara LN, Bonifacio HJ, Palmert MR. Characteristics of adolescents referred to a gender clinic: are youth seen now different from those in initial reports? *Horm Res Paediatr* 2018;89:434–41.

86 Costa R, Dunsford M, Skagerberg E, *et al*. Psychological support, puberty suppression, and Psychosocial functioning in adolescents with gender Dysphoria. *J Sex Med* 2015;12:2206–14.

87 Feder S, Isserlin L, Seale E, *et al*. Exploring the association between eating disorders and gender Dysphoria in youth. *Eating Disorders* 2017;25:310–7.

88 Kaltiala-Heino R, Sumia M, Työläjärvi M, *et al*. Two years of gender identity service for minors: Overrepresentation of natal girls with severe problems in adolescent development. *Child Adolesc Psychiatry Ment Health* 2015;9:9.

89 Morandini JS, Kelly A, de Graaf NM, *et al*. Shifts in demographics and mental health Co-morbidities among gender Dysphoric youth referred to a specialist gender Dysphoria service. *Clin Child Psychol Psychiatry* 2022;27:480–91.

90 Soll BMB, Fontanari AM, Brandelli Costa A, *et al*. Descriptive study of Transgender youth receiving health care in the gender identity program in Southern Brazil. *Front Psychiatry* 2021;12:627661.

91 Bechard M, VanderLaan DP, Wood H, *et al*. "Psychosocial and psychological vulnerability in adolescents with gender Dysphoria: A "proof of principle" study". *J Sex Marital Ther* 2017;43:678–88.

92 Khatchadourian K, Amed S, Metzger DL. Clinical management of youth with gender Dysphoria in Vancouver. *J Pediatr* 2014;164:906–11.

Taylor J, *et al*. *Arch Dis Child* 2024;0:1–9. doi:10.1136/archdischild-2023-326681

Arch Dis Child: first published as 10.1136/archdischild-2023-326681 on 9 April 2024. Downloaded from http://adc.bmj.com/ on April 10, 2024 at NPHCO / Public Health Digital Library. Protected by copyright.

93 Peterson CM, Toland MD, Matthews A, *et al*. Exploring the eating disorder examination questionnaire in treatment seeking Transgender youth. *Psychol Sexual Orientation Gender Diversity* 2020;7:304–15.

94 Wallien MSC, Swaab H, Cohen-Kettenis PT. Psychiatric Comorbidity among children with gender identity disorder. *J Am Acad Child Adolesc Psychiatry* 2007;46:1307–14.

95 Vehmas N, Holopainen E, Suomalainen L, *et al*. Somatic health and Psychosocial background among Finnish adolescents with gender Dysphoria seeking hormonal interventions [Transgender health. 2021;7:505-13 Online]. *Transgend Health* 2022;7:505–13.

96 de Graaf NM, Steensma TD, Carmichael P, *et al*. Suicidality in clinic-referred Transgender adolescents. *Eur Child Adolesc Psychiatry* 2022;31:67–83.

97 Skagerberg E, Parkinson R, Carmichael P. Self-harming thoughts and behaviors in a group of children and adolescents with gender Dysphoria. *Int J Transgen* 2013;14:86–92.

98 Aitken M, VanderLaan DP, Wasserman L, *et al*. Self-harm and Suicidality in children referred for gender Dysphoria. *J Am Acad Child Adolesc Psychiatry* 2016;55:513–20.

99 Zucker KJ, Bradley SJ, Owen-Anderson A, *et al*. Demographics, behavior problems, and Psychosexual characteristics of adolescents with gender identity disorder or Transvestic Fetishism. *J Sex Marital Ther* 2012;38:151–89.

100 Zucker KJ, Bradley SJ, Sanikhani M. Sex differences in referral rates of children with gender identity disorder: some hypotheses. *J Abnorm Child Psychol* 1997;25:217–27.

101 Zucker KJ, Finegan JA, Doering RW, *et al*. Human figure drawings of gender-problem children: a comparison to Sibling, psychiatric, and normal controls. *J Abnorm Child Psychol* 1983;11:287–98.

102 Zucker KJ, Nabbijohn AN, Santarossa A, *et al*. Intense/Obsessional interests in children with gender Dysphoria: a cross-validation study using the teacher's report form. *Child Adolesc Psychiatry Ment Health* 2017;11:51.

103 de Vries ALC, Doreleijers TAH, Steensma TD, *et al*. Psychiatric Comorbidity in gender Dysphoric adolescents. *J Child Psychol Psychiatry* 2011;52:1195–202. 10.1111/j.1469-7610.2011.02426.x Available: http://doi.wiley.com/10.1111/jcpp.2011.52.issue-11

104 de Vries ALC, Kreukels BPC, Steensma TD, *et al*. Comparing adult and adolescent Transsexuals: an MMPI-2 and MMPI-A study. *Psychiatry Res* 2011;186:414–8.

105 de Graaf NM, Giovanardi G, Zitz C, *et al*. Sex ratio in children and adolescents referred to the gender identity development service in the UK (2009-2016). *Arch Sex Behav* 2018;47:1301–4.

106 de Vries ALC, Steensma TD, Cohen-Kettenis PT, *et al*. Poor peer relations predict Parent- and self-reported behavioral and emotional problems of adolescents with gender Dysphoria: a cross-national, cross-clinic comparative analysis. *Eur Child Adolesc Psychiatry* 2016;25:579–88.

107 Skagerberg E, Davidson S, Carmichael P. Internalizing and Externalizing behaviors in a group of young people with gender Dysphoria. *Int J Transgen* 2013;14:105–12.

108 van der Miesen AIR, Steensma TD, de Vries ALC, *et al*. Psychological functioning in Transgender adolescents before and after gender-affirmative care compared with Cisgender general population peers. *J Adolesc Health* 2020;66:699–704.

109 de Vries ALC, Noens ILJ, Cohen-Kettenis PT, *et al*. Autism spectrum disorders in gender Dysphoric children and adolescents. *J Autism Dev Disord* 2010;40:930–6.

110 Lim K-S, Wong CH, McIntyre RS, *et al*. Global lifetime and 12-month prevalence of suicidal behavior, deliberate self-harm and non-suicidal self-injury in children and adolescents between 1989 and 2018: A meta-analysis. *Int J Environ Res Public Health* 2019;16:4581.

111 Racine N, McArthur BA, Cooke JE, *et al*. Global prevalence of depressive and anxiety symptoms in children and adolescents during COVID-19: A meta-analysis. *JAMA Pediatr* 2021;175:1142–50.

112 Salari N, Ghasemi H, Abdoli N, *et al*. The global prevalence of ADHD in children and adolescents: a systematic review and meta-analysis. *Ital J Pediatr* 2023;49:48.

113 Coelho JS, Suen J, Clark BA, *et al*. Eating disorder diagnoses and symptom presentation in Transgender youth: a Scoping review. *Curr Psychiatry Rep* 2019;21:107.

114 Masala B, Love A, Carmichael P, *et al*. Demographics of referrals to a specialist gender identity service in the UK between 2017 and 2020. *Clin Child Psychol Psychiatry* 2023;2023:13591045231202372.

115 Surace T, Fusar-Poli L, Vozza L, *et al*. Lifetime prevalence of suicidal Ideation and suicidal behaviors in gender non-conforming youths: a meta-analysis. *Eur Child Adolesc Psychiatry* 2021;30:1147–61.

116 Herrmann L, Bindt C, Schweizer K, *et al*. Autism spectrum disorders and gender Dysphoria among children and adolescents: systematic review on the Co-occurrence. *Psychiatr Prax* 2020;47:300–7.

117 Kallitsounaki A, Williams DM. Autism spectrum disorder and gender Dysphoria/Incongruence: A systematic literature review and meta-analysis. *J Autism Dev Disord* 2023;53:3103–17.

118 Frew T, Watsford C, Walker I. Gender Dysphoria and psychiatric Comorbidities in childhood: a systematic review. *Austr J Psychol* 2021;73:255–71.

119 Thrower E, Bretherton I, Pang KC, *et al*. Prevalence of autism spectrum disorder and attention-deficit hyperactivity disorder amongst individuals with gender Dysphoria: A systematic review. *J Autism Dev Disord* 2020;50:695–706.

120 López-Gil JF, García-Hermoso A, Smith L, *et al*. Global proportion of disordered eating in children and adolescents: A systematic review and meta-analysis. *JAMA Pediatr* 2023;177:363–72.

121 Thoma BC, Rezeppa TL, Choukas-Bradley S, *et al*. Disparities in childhood abuse between Transgender and Cisgender adolescents. *Pediatrics* 2021;148:e2020016907.

122 Barth J, Bermetz L, Heim E, *et al*. The current prevalence of child sexual abuse worldwide: a systematic review and meta-analysis. *Int J Public Health* 2013;58:469–83.

123 Broekhof R, Nordahl HM, Bjørnelv S, *et al*. Prevalence of adverse childhood experiences and their Co-occurrence in a large population of adolescents: a young HUNT 3 study. *Soc Psychiatry Psychiatr Epidemiol* 2022;57:2359–66.

124 Carlson JS, Yohannan J, Darr CL, *et al*. Prevalence of adverse childhood experiences in school-aged youth: a systematic review (1990–2015). *Int J School Educat Psychol* 2020;8:2–23.

125 Feil K, Riedl D, Böttcher B, *et al*. Higher prevalence of adverse childhood experiences in Transgender than in Cisgender individuals: results from a single-center observational study. *J Clin Med* 2023;12:4501.

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Proportion of children/adolescents at referral to gender service who report socially transitioning



BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Proportion of children/adolescents with eating disorder at referral to gender service



BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Proportion of children/adolescents at referral to gender service reporting suicidal attempt(s)



Proportion of children/adolescents at referral to gender service reporting self-harm



BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Proportion of children/adolescents at referral to gender service reporting suicide attempt and/or self-harm, as reported by parent/carer



Proportion of children/adolescents at referral to gender service reporting suicide attempt and/or self-harm, as reported by child/adolescent



BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance

Proportion of children/adolescents at referral to gender service reporting suicide ideation



BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance
placed on this supplemental material which has been supplied by the author(s)

Proportion of children/adolescents at referral to gender service reporting suicide and/or self-harm ideation, as reported by parent/carer



Proportion of children/adolescents at referral to gender service reporting suicide and/or self-harm ideation, as reported by child/adolescent



Proportion of children/adolescents with depression at referral to gender service



Proportion with depression

Proportion of children/adolescents with anxiety at referral to gender service



Supplemental material · BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s) · *Arch Dis Child*

Proportion of children/adolescents with anxiety and/or depression at referral to gender service, as reported by parent/carer



Proportion with anxiety/depression: parent/carer

Proportion of children/adolescents with anxiety and/or depression at referral to gender service, as reported by child/adolescent



Supplemental material which has been supplied by the author(s)

Proportion of children/adolescents with autism spectrum condition at referral to gender service



BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance
Supplemental material placed on this supplemental material which has been supplied by the author(s)    Arch Dis Child

Case 2:22-cv-00184-LCB-CWB   Document 558-43   Filed 05/27/24   Page 23 of 48

Proportion of children/adolescents with attention deficit hyperactivity disorder (ADHD) at referral to gender service



BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance
Supplemental material placed on this supplemental material which has been supplied by the author(s)          Arch Dis Child

Proportion of birth-registered male children/adolescents with ADHD at referral to gender service



BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance
Supplemental material placed on this supplemental material which has been supplied by the author(s) Arch Dis Child

Case 2:22-cv-00184-LCB-CWB Document 558-43 Filed 05/27/24 Page 25 of 48

Proportion of birth-registered female children/adolescents with ADHD at referral to gender service



Proportion with ADHD: birth-registered females

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance

**Supplementary Table S1: Final search strategy for Ovid MEDLINE**

1      exp Child/ or Child Behavior/ or Child Health/ or Child Welfare/ or Psychology, Child/ or Child Psychiatry/ or Child Health Services/ or Child Development/ (1984459)

2      Minors/ (2638)

3      (child$ or minor or minors or boy or boys or boyhood$ or girl or girls or girlhood$ or kid or kids or youngster$ or emerging adult$).ti,ab,kf,jn. (1862660)

4      (young$ adj (people$ or person$1 or adult$ or man$1 or men$1 or woman$ or women$ or male$1 or female$1)).ti,ab,kf,jn. (224878)

5      pediatrics/ (55388)

6      (pediatric$ or paediatric$ or peadiatric$).ti,ab,kf,jn. (543516)

7      Adolescent/ or Adolescent Behavior/ or Adolescent Health/ or Psychology, Adolescent/ or Adolescent Psychiatry/ or Adolescent Health Services/ or Adolescent Medicine/ or Adolescent Development/ (2088552)

8      Puberty/ (13562)

9      (adolescen$ or pubescen$ or prepubescen$ or postpubescen$ or pubert$ or prepubert$ or postpubert$ or teen or teens or teenag$ or tween$ or preteen$ or preadolescen$ or juvenil$ or youth$ or underage$ or under-age$).ti,ab,kf,jn. (522801)

10     Schools/ or Schools, Nursery/ (42221)

11     exp Child Day Care Centers/ or Child Care/ (11287)

12     (school$ or highschool$ or preschool$ or kindergar$ or nursery or nurseries or pupil$1).ti,ab,kf,jn. (356157)

13     or/1-12 (4333601)

14     Gender Dysphoria/ (581)

15     "Sexual and Gender Disorders"/ (79)

16     Transsexualism/ (3895)

17     Transgender Persons/ (3835)

18     Health Services for Transgender Persons/ (152)

19     exp Sex Reassignment Procedures/ (969)

20     "Sexual and Gender Minorities"/ (4924)

21     ((gender$ and dysphori$) or (gender$ adj5 incongru$) or sexual dysphori$).ti,ab,kf. (1784)

22     (gender$ adj (disorder$ or identi$)).ti,ab,kf. or (gender identity/ and dysphori$.ti,ab,kf.) (4568)

23     (GID or GIDS or GIDC or GIDCS).ti,ab,kf. (456)

24     (gender$ adj5 (confusion or confused or questioning or distress$ or discomfort)).ti,ab,kf. (980)

25     (gender$ adj5 (minority or minorities)).ti,ab,kf. (1593)

26     (gender$ adj5 (variant$ or variance$ or nonconform$ or non-conform$ or diverse or diversity or atypical$)).ti,ab,kf. (3409)

27     (non-binary or nonbinary or enby or genderqueer or gender-queer or neutrois).ti,ab,kf. (796)

28     (agender$ or genderless$ or gender-less$ or genderfree or gender-free or ungender$ or un-gender$ or non-gender$ or nongender$ or bigender$ or bi-gender$ or dual gender$ or dualgender$ or demi-gender$ or demigender$ or genderfluid$ or gender-fluid$ or trigender$ or tri-gender$).ti,ab,kf. (315)

29     two spirit$.ti,ab,kf. (84)

30     (trans adj3 (female$ or feminin$ or woman$ or women$ or male$1 or man or mans or men or mens or masculin$ or person$1 or peopl$ or population$ or individual$)).ti,ab,kf. (1362)

31     (transgend$ or trans-gend$ or transex$ or transsex$ or trans-sex$ or transfemale$ or transfeminin$ or transwom$ or transmale$ or transman$ or transmasculin$ or transmen$ or transperson$ or transpeopl$ or transpopulation$ or transindividual$).ti,ab,kf. (10832)

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

32    (trans adj3 identi$).ti,ab,kf. or (gender identity/ and trans.ti,ab,kf.) or (trans and dysphori$).ti,ab,kf. (1447)

33    (crossgender$ or cross-gender$ or crossex or crosssex$ or cross-sex$).ti,ab,kf. (836)

34    ((sex or gender$) adj3 (reassign$ or re-assign$ or affirm$ or confirm$ or transition$)).ti,ab,kf. (3963)

35    ((gender$ or sex) adj (change or changes or changing or changed)).ti,ab,kf. (825)

36    (detransition$ or de-transition$ or desister$ or de-sister$).ti,ab,kf. (134)

37    ((desist$ or persist$) adj5 (transition$ or trans or dysphori$)).ti,ab,kf. (823)

38    or/14-37 (28731)

39    (trans and (child$ or minor or minors or boy or boys or boyhood$ or girl or girls or girlhood$ or kid or kids or youngster$ or young$ people$ or young$ person$ or young$ adult$ or young$ man$1 or young$ men$1 or young$ woman$ or young$ women$ or young$ male$1 or young$ female$ or adolescen$ or pubescen$ or prepubescen$ or postpubescen$ or pubert$ or prepubert$ or postpubert$ or teen or teens or teenag$ or tween$ or preteen$ or preadolescen$ or juvenil$ or youth$ or emerging adult$ or underage$ or under-age$ or school$ or highschool$ or preschool$ or kindergar$ or nursery or nurseries or pupil$1 or pediatric$ or paediatric$ or peadiatric$)).ti. (339)

40    (trans adj5 (child$ or minor or minors or boy or boys or boyhood$ or girl or girls or girlhood$ or kid or kids or youngster$ or young$ people$ or young$ person$ or young$ adult$ or young$ man$1 or young$ men$1 or young$ woman$ or young$ women$ or young$ male$1 or young$ female$ or adolescen$ or pubescen$ or prepubescen$ or postpubescen$ or pubert$ or prepubert$ or postpubert$ or teen or teens or teenag$ or tween$ or preteen$ or preadolescen$ or juvenil$ or youth$ or emerging adult$ or underage$ or under-age$ or school$ or highschool$ or preschool$ or kindergar$ or nursery or nurseries or pupil$1 or pediatric$ or paediatric$ or peadiatric$)).ab,kf. (397)

41    (transchild$ or transminor$ or transboy$ or transgirl$ or transkid or transkids or transyoung$ or transyouth$ or transteen$ or transtween$ or transadoles$ or transjuvenil$).ti,ab,kf. (15)

42    13 and 38 (9819)

43    39 or 40 or 41 or 42 (10343)

44    exp animals/ not humans/ (4823832)

45    (editorial or news or comment or case reports).pt. or case report.ti. (3692318)

46    43 not (44 or 45) (9429)

47    limit 46 to english language (9029)


Key to Ovid symbols and commands:

$          Unlimited right-hand truncation symbol

$N        Limited right-hand truncation - restricts the number of characters following the word to N

ti,ab,kf,  Searches are restricted to the Title (ti), Abstract (ab), Keyword Heading Word (kf) fields

.jn        Searches are restricted to the Journal name field

adj        Retrieves records that contain terms next to each other (in the shown order)

adjN     Retrieves records that contain terms (in any order) within a specified number (N) of words of each other

/           Searches are restricted to the Subject Heading field

exp        The subject heading is exploded

pt.        Search is restricted to the publication type field

or/1-12  Combines sets 1 to 12 using OR

Supplemental material

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Arch Dis Child

Case 2:22-cv-00184-LCB-CWB   Document 558-43   Filed 05/27/24   Page 28 of 48

**Supplementary Table S2 - Summary of included studies**

| Study ID | Country | Multiple country studies | Study title | Doi / weblink |
|---|---|---|---|---|
| Allen 2021 | Australia | | A Waitlist Intervention for Transgender Young People and Psychosocial Outcomes | https://doi.org/10.1542/peds.2020-042762 |
| Hilton 2022 | Australia | | The co-occurrence of neurodevelopmental disorders in gender dysphoria: Characteristics within a paediatric treatment-seeking cohort and factors that predict distress pertaining to gender | https://doi.org/10.1016/j.jpsychires.2022.02.018 |
| Kozlowska 2020 | Australia | | Attachment Patterns in Children and Adolescents With Gender Dysphoria | https://doi.org/10.3389/fpsyg.2020.582688 |
| Kozlowska 2021 | Australia | | Australian children and adolescents with gender dysphoria: Clinical presentations and challenges experienced by a multidisciplinary team and gender service | https://doi.org/10.1177/2634404121101077 |
| Mahfouda 2019 | Australia | | Mental Health Correlates of Autism Spectrum Disorder in Gender Diverse Young People: Evidence from a Specialised Child and Adolescent Gender Clinic in Australia | https://doi.org/10.3390/jcm8101503 |
| Tollit 2019 | Australia | | What are the health outcomes of trans and gender diverse young people in Australia? Study protocol for the Trans20 longitudinal cohort study | https://dx.doi.org/10.1136/bmjopen-2019-032151 |
| Tollit 2021 | Australia | | The clinical profile of patients attending a large Australian pediatric gender service: a 10-year review | https://doi.org/10.1080/26895269.2021.1939221 |
| Van Cauwenberg 2021 | Belgium | | Ten years of experience in counseling gender diverse youth in Flanders, Belgium. A clinical overview | https://doi.org/10.1038/s41443-021-00441-8 |
| Soll 2019 | Brazil | | Use of the House-Tree-Person Projective Drawings and Parental Styles Inventory in the Global Psychological Evaluation of Transgender Youth Who Seek Healthcare at the Gender Identity Program | https://doi.org/10.3389/fpsyg.2019.02488 |
| Soll 2021 | Brazil | | Descriptive Study of Transgender Youth Receiving Health Care in the Gender Identity Program in Southern Brazil | https://doi.org/10.3389/fpsyt.2021.627661 |
| Aitken 2016 | Canada | | Self-Harm and Suicidality in Children Referred for Gender Dysphoria | https://doi.org/10.1016/j.jaac.2016.04.001 |
| Bechard 2017 | Canada | | Psychosocial and Psychological Vulnerability in Adolescents with Gender Dysphoria: A "Proof of Principle" Study | https://doi.org/10.1080/0092623X.2016.1232325 |
| Bradley 1978 | Canada | | Gender Identity Problems of Children and Adolescents the Establishment of a Special Clinic | https://doi.org/10.1177/070674377802300309 |
| Chinara 2018 | Canada | | Characteristics of Adolescents Referred to a Gender Clinic: Are Youth Seen Now Different from Those in Initial Reports? | https://doi.org/10.1159/000489608 |
| Chiu 2006 | Canada | | Sex-Dimorphic Color Preference in Children with Gender Identity Disorder: A Comparison to Clinical and Community Controls | https://doi.org/10.1007/s11199-006-9089-9 |
| Feder 2017 | Canada | | Exploring the association between eating disorders and gender dysphoria in youth | https://doi.org/10.1080/10640266.2017.1297112 |
| Fridell 2006 | Canada | | The Playmate and Play Style Preferences Structured Interview: A Comparison of Children with Gender Identity Disorder and Controls | https://doi.org/10.1007/s10508-006-9085-8 |
| Heard 2018 | Canada | | Gender dysphoria assessment and action for youth: Review of health care services and experiences of trans youth in Manitoba | https://doi.org/10.3093/pch/pxx156 |
| Hughes 2017 | Canada | | The Prevalence of Only-Child Status Among Children and Adolescents Referred to a Gender Identity Service Versus a Clinical Comparison Group | https://doi.org/10.1080/0092623X.2016.1208702 |
| Johnson 2004 | Canada | | A Parent-Report Gender Identity Questionnaire for Children | https://doi.org/10.1023/B:ASEB.0000014325.68094.f3 |
| Khatchadourian 2014 | Canada | | Clinical Management of Youth with Gender Dysphoria in Vancouver | https://doi.org/10.1016/j.jpeds.2013.10.068 |
| Singh 2010 | Canada | | The Gender Identity/Gender Dysphoria Questionnaire for Adolescents and Adults: Further Validity Evidence | https://doi.org/10.1080/00224490902898728 |
| Sorbara 2020 | Canada | | Mental Health and Timing of Gender-Affirming Care | https://doi.org/10.1542/peds.2019-3600 |
| Wood 2013 | Canada | | Patterns of Referral to a Gender Identity Service for Children and Adolescents (1976–2011): Age, Sex Ratio, and Sexual Orientation | https://doi.org/10.1080/0092623X.2012.675022 |
| Zucker 1982 | Canada | | Sex-Typed Play in Gender-Disturbed Children: A Comparison to Sibling and Psychiatric Controls | https://doi.org/10.1007/BF01541592 |
| Zucker 1983 | Canada | | Human Figure Drawings of Gender-Problem Children: A Comparison to Sibling, Psychiatric, and Normal Controls | https://doi.org/10.1007/BF00912092 |
| Zucker 1984 | Canada | | Two Subgroups of Gender-Problem Children | https://doi.org/10.1007/BF01542075 |
| Zucker 1985 | Canada | | Sex-typed Behavior in Cross-Gender-Identified Children: Stability and Change at a One-Year Follow-up | https://doi.org/10.1016/S0002-7138(10)60114-8 |
| Zucker 1992 | Canada | | Sex-Typed Responses in the Rorschach Protocols of Children With Gender Identity Disorder | https://doi.org/10.1207/s15327752jpa5802_9 |
| Zucker 1993 | Canada | | A Gender Identity Interview for Children | https://doi.org/10.1207/s15327752jpa6103_2 |
| Zucker 1997 | Canada | | Sex Differences in Referral Rates of Children with Gender Identity Disorder: Some Hypotheses | https://doi.org/10.1023/A:1025748032640 |
| Zucker 1999 | Canada | | Gender Constancy Judgments in Children with Gender Identity Disorder: Evidence for a Developmental Lag | https://doi.org/10.1023/A:1018713115866 |
| Zucker 2002 | Canada | | Gender-Dysphoric Children and Adolescents: A Comparative Analysis of Demographic Characteristics and Behavioral Problems | https://doi.org/10.1177/1359104502007003007 |
| Zucker 2010 | Canada | | Puberty-Blocking Hormonal Therapy for Adolescents with Gender Identity Disorder: A Descriptive Clinical Study | https://doi.org/10.1080/19359705.2011.530574 |
| Zucker 2012a | Canada | | Demographics, Behavior Problems, and Psychosexual Characteristics of Adolescents with Gender Identity Disorder or Transvestic Fetishism | https://doi.org/10.1080/0092623X.2011.611219 |
| Zucker 2012b | Canada | | A Developmental, Biopsychosocial Model for the Treatment of Children with Gender Identity Disorder | https://doi.org/10.1080/00918369.2012.653309 |
| Zucker 2017 | Canada | | Intense/obsessional interests in children with gender dysphoria: a cross-validation study using the Teacher's Report Form | https://doi.org/10.1186/s13034-017-0189-9 |
| VanderLaan 2015a | Canada | | Birth Weight and Two Possible Types of Maternal Effects on Male Sexual Orientation: A Clinical Study of Children and Adolescents Referred to a Gender Identity Service | https://doi.org/10.1002/dev.21254 |
| VanderLaan 2015c | Canada | | Do children with gender dysphoria have intense/obsessional interests? | https://doi.org/10.1080/00224499.2013.860073 |
| Kaltiala-Heino 2015 | Finland | | Two years of gender identity service for minors: overrepresentation of natal girls with severe problems in adolescent development | https://doi.org/10.1186/s13034-015-0042-x |
| Kaltiala-Heino 2019 | Finland | | Sexual experiences of clinically referred adolescents with features of gender dysphoria | https://doi.org/10.1177/1359104519827069 |
| Sumia 2017 | Finland | | Current and recalled childhood gender identity in community youth in comparison to referred adolescents seeking sex reassignment | https://doi.org/10.1016/j.adolescence.2017.01.006 |
| Vehmas 2021 | Finland | | Somatic Health and Psychosocial Background Among Finnish Adolescents with Gender Dysphoria Seeking Hormonal Interventions | https://doi.org/10.1080/rqth.2021.0084 |
| Becker-Hebly 2020 | Germany | | Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: a descriptive study from the Hamburg Gender Identity Service | https://doi.org/10.1007/s00787-020-01640-2 |
| Brecht 2021 | Germany | | Assessment of Psychological Distress and Peer Relations among Trans Adolescents—An Examination of the Use of Gender Norms and Parent–Child Congruence of the YSR-R/CBCL-R among a Treatment-Seeking Sample | https://doi.org/10.3390/children8100864 |
| Hartig 2022 | Germany | | Suicidal and nonsuicidal self-harming thoughts and behaviors in clinically referred children and adolescents with gender dysphoria | https://doi.org/10.1177/1359104521073941 |
| Levitan 2019 | Germany | | Risk factors for psychological functioning in German adolescents with gender dysphoria: poor peer relations and general family functioning | https://doi.org/10.1007/s00787-019-01308-6 |
| Nieder 2021 | Germany | | Individual Treatment Progress Predicts Satisfaction With Transition-Related Care for Minors: A Prospective Clinical Cohort Study | https://doi.org/10.1016/j.jsxm.2020.12.010 |
| Roder 2018 | Germany | | Health-related quality of life in transgender adolescents: Associations with body image and emotional and behavioral problems | https://doi.org/10.1080/15532739.2018.1425649 |
| Sievert 2021 | Germany | | Not social transition status, but peer relations and family functioning predict psychological functioning in a German clinical sample of children with Gender Dysphoria | https://doi.org/10.1177/1359104520964630 |
| Segev-Becker 2020 | Israel | | Children and Adolescents with Gender Dysphoria in Israel: Increasing Referral and Fertility Preservation Rates | https://doi.org/10.4158/EP-2019-0418 |
| Fisher 2017 | Italy | | Psychological characteristics of Italian gender dysphoric adolescents: a case-control study | https://doi.org/10.1007/s40618-017-0647-5 |
| Mirabella 2022 | Italy | | Gender Identity and Non-Binary Presentations in Adolescents Attending Two Specialized Services in Italy | https://doi.org/10.1016/j.jsxm.2022.03.215 |
| Ristori 2021 | Italy | | Sexual habits among Italian transgender adolescents: a cross-sectional study | https://doi.org/10.1038/s41443-021-00427-6 |
| Aitken 2015 | Multiple | Canada, Netherlands | Evidence for an Altered Sex Ratio in Clinic-Referred Adolescents with Gender Dysphoria | https://doi.org/10.1111/jsm.12817 |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Case 2:22-cv-00184-LCB-CWB   Document 558-43   Filed 05/27/24   Page 29 of 48

| Cohen-Kettenis 2003 | Multiple | Canada, Netherlands | Demographic Characteristics, Social Competence, and Behavior Problems in Children With Gender Identity Disorder: A Cross-National, Cross-Clinic Comparative Analysis | https://doi.org/10.1023/A:1021769215342 |
| Cohen-Kettenis 2006 | Multiple | Canada, Netherlands | A Parent-report Gender Identity Questionnaire for Children: A Cross-national, Cross-clinic Comparative Analysis | https://doi.org/10.1177/1359104506059135 |
| deGraaf 2018b | Multiple | Belgium, Netherlands, Switzerland, UK | Psychological functioning in adolescents referred to specialist gender identity clinics across Europe: a clinical comparison study between four clinics | https://doi.org/10.1007/s00787-017-1098-4 |
| deGraaf 2020 | Multiple | Canada, Netherlands, UK | Suicidality in clinic-referred transgender adolescents | https://link.springer.com/article/10.1007/s00787-020-01663-9 |
| deVries 2016 | Multiple | Canada, Netherlands | Poor peer relations predict parent- and self-reported behavioral and emotional problems of adolescents with gender dysphoria: a cross-national, cross-clinic comparative analysis | https://doi.org/10.1007/s00787-015-0764-7 |
| Kaltiala 2020 | Multiple | Denmark, Finland, Norway, Sweden, UK | Time trends in referrals to child and adolescent gender identity services: a study in four Nordic countries and in the UK | https://doi.org/10.1080/08039488.2019.1667429 |
| Pang 2020 | Multiple | Australia, UK | Association of Media Coverage of Transgender and Gender Diverse Issues With Rates of Referral of Transgender Children and Adolescents to Specialist Gender Clinics in the UK and Australia | https://doi.org/10.1001/jamanetworkopen.2020.11161 |
| Steensma 2014 | Multiple | Canada, Netherlands | Behavioral and Emotional Problems on the Teacher's Report Form: A Cross-National, Cross-Clinic Comparative Analysis of Gender Dysphoric Children and Adolescents | https://doi.org/10.1007/s10802-013-9804-2 |
| Wallien 2009 | Multiple | Canada, Netherlands | Cross-National Replication of the Gender Identity Interview for Children | https://doi.org/10.1080/00223890903228463 |
| Alberse 2019 | Netherlands | | Self-perception of transgender clinic referred gender diverse children and adolescents | https://doi.org/10.1177/1359104518825279 |
| Arnoldussen 2020 | Netherlands | | Re-evaluation of the Dutch approach: are recently referred transgender youth different compared to earlier referrals? | https://doi.org/10.1007/s00787-019-01394-6 |
| Bungener 2017 | Netherlands | | Sexual and Romantic Experiences of Transgender Youth Before Gender-Affirmative Treatment | https://doi.org/10.1542/peds.2016-2283 |
| Cohen 1997 | Netherlands | | Psychological Functioning of Adolescent Transsexuals: Personality and Psychopathology | https://doi.org/10.1002/(SICI)1097-4679(199702)53:2%3C187::AID-JCLP12%3E3.0.CO;2-G |
| deVries 2010 | Netherlands | | Autism Spectrum Disorders in Gender Dysphoric Children and Adolescents | https://doi.org/10.1007/s10803-010-0935-9 |
| deVries 2011a | Netherlands | | Psychiatric comorbidity in gender dysphoric adolescents | https://doi.org/10.1111/j.1469-7610.2011.02426.x |
| deVries 2011a | Netherlands | | Comparing adult and adolescent transsexuals: An MMPI-2 and MMPI-A study | https://doi.org/10.1016/j.psychres.2010.07.033 |
| deVries 2012 | Netherlands | | Clinical Management of Gender Dysphoria in Children and Adolescents: The Dutch Approach | https://doi.org/10.1080/00918369.2012.653300 |
| Rijn 2013 | Netherlands | | Self-perception in a clinical sample of gender variant children | https://doi.org/10.1177/1359104512460621 |
| Schagen 2012 | Netherlands | | Sibling Sex Ratio and Birth Order in Early-Onset Gender Dysphoric Adolescents | https://doi.org/10.1007/s10508-011-9777-6 |
| Steensma 2013 | Netherlands | | Factors Associated With Desistence and Persistence of Childhood Gender Dysphoria: A Quantitative Follow-Up Study | https://doi.org/10.1016/j.jaac.2013.03.016 |
| van der Miesen 2018 | Netherlands | | Autistic Symptoms in Children and Adolescents with Gender Dysphoria | https://doi.org/10.1007/s10803-017-3417-5 |
| van der Miesen 2020 | Netherlands | | Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers | https://doi.org/10.1016/j.jadohealth.2019.12.018 |
| Verveen 2021 | Netherlands | | Body image in children with gender incongruence | https://doi.org/10.1177/13591045211000797 |
| Wallien 2007 | Netherlands | | Psychiatric Comorbidity Among Children With Gender Identity Disorder | https://doi.org/10.1097/chi.0b013e3181373848 |
| Wallien 2008 | Netherlands | | Psychosexual Outcome of Gender=Dysphoric Children | https://doi.org/10.1097/CHI.0b013e31818956b9 |
| Wallien 2010 | Netherlands | | Peer Group Status of Gender Dysphoric Children: A Sociometric Study | https://doi.org/10.1007/s10508-009-9517-3 |
| Wiepjes 2018 | Netherlands | | The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in Prevalence, Treatment, and Regrets | https://doi.org/10.1016/j.jsxm.2018.01.016 |
| McCallion 2021 | Scotland | | An appraisal of current service delivery and future models of care for young people with gender dysphoria | https://doi.org/10.1007/s00431-021-04075-2 |
| DeCastro 2022 | Spain | | High persistence in Spanish transgender minors: 18 years of experience of the Gender Identity Unit of Catalonia | https://doi.org/10.1016/j.rpsm.2022.02.001 |
| EstevadeAntonio 2013 | Spain | | Coordination of healthcare for transsexual persons: a multidisciplinary approach | https://doi.org/10.1097/01.med.0000436182.42966.31 |
| Butler 2018 | UK | | Assessment and support of children and adolescents with gender dysphoria | http://dx.doi.org/10.1136/archdischild-2018-314992 |
| Costa 2015 | UK | | Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria | https://doi.org/10.1111/jsm.13034 |
| deGraaf 2018a | UK | | Evidence for a Change in the Sex Ratio of Children Referred for Gender Dysphoria: Data From the Gender Identity Development Service in London (2000-2017) | https://doi.org/10.1016/j.jsxm.2018.08.002 |
| deGraaf 2018c | UK | | Sex Ratio in Children and Adolescents Referred to the Gender Identity Development Service in the UK (2009–2016) | https://doi.org/10.1007/s10508-018-1204-9 |
| deGraaf 2019 | UK | | Thinking about ethnicity and gender diversity in children and young people | https://doi.org/10.1177/1359104518805801 |
| Holt 2016 | UK | | Young people with features of gender dysphoria: Demographics and associated difficulties | https://doi.org/10.1177/1359104514558431 |
| Matthews 2019 | UK | | Gender Dysphoria in lookedafter and adopted young people in a gender identity development service | https://doi.org/10.1177/1359104518791657 |
| Morandini 2021 | UK | | Shifts in demographics and mental health co-morbidities among gender dysphoric youth referred to a specialist gender dysphoria service | https://doi.org/10.1177/13591045211046813 |
| Skagerberg 2013a | UK | | Internalizing and Externalizing Behaviors in a Group of Young People with Gender Dysphoria | https://doi.org/10.1080/15532739.2013.822340 |
| Skagerberg 2013b | UK | | Self-Harming Thoughts and Behaviors in a Group of Children and Adolescents with Gender Dysphoria | https://doi.org/10.1080/15532739.2013.817321 |
| Skagerberg 2015 | UK | | Brief Report: Autistic Features in Children and Adolescents with Gender Dysphoria | https://doi.org/10.1007/s10803-015-2413-x |
| Twist 2019 | UK | | Gender diversity and non-binary presentations in young people attending the United Kingdom's National Gender Identity Development Service | https://doi.org/10.1177/1359104518804631 |
| Achille 2020 | US | | Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results | https://doi.org/10.1186/s13633-020-00078-2 |
| Brocksmith 2018 | US | | Baseline characteristics of gender dysphoric youth | https://doi.org/10.1515/jpem-2018-0250 |
| Cantu 2020 | US | | Changes in Anxiety and Depression from Intake to First Follow-Up Among Transgender Youth in a Pediatric Endocrinology Clinic | https://doi.org/10.1089/trgh.2019.0077 |
| Chen 2016a | US | | Characteristics of Referrals for Gender Dysphoria Over a 13-Year Period | https://doi.org/10.1016%2Fj.jadohealth.2015.11.010 |
| Chen 2016b | US | | Multidisciplinary Care for Gender-Diverse Youth: A Narrative Review and Unique Model of Gender-Affirming Care | https://doi.org/10.1089/trgh.2016.0009 |
| Chodzen 2019 | US | | Minority Stress Factors Associated With Depression and Anxiety Among Transgender and Gender-Nonconforming Youth | https://doi.org/10.1016/j.jadohealth.2018.07.006 |
| Cousino 2014 | US | | An Emerging Opportunity for Pediatric Psychologists: Our Role in a Multidisciplinary Clinic for Youth With Gender Dysphoria | https://psycnet.apa.org/doi/10.1037/cpp0000077 |
| Edwards-Leeper 2017 | US | | Psychological Profile of the First Sample of Transgender Youth Presenting for Medical Intervention in a U.S. Pediatric Gender Center | https://psycnet.apa.org/doi/10.1037/sgd0000239 |
| Fornander 2021 | US | | Weight Status, Medication Use, and Recreational Activities of Treatment-Naïve Transgender Youth | https://doi.org/10.1089/trgh.2021.0021 |
| Handler 2019 | US | | Trends in Referrals to a Pediatric Transgender Clinic | https://doi.org/10.1542/peds.2019-1368 |
| Hedrick 2022 | US | | A New Virtual Reality: Benefits and Barriers to Providing Pediatric Gender-Affirming Health Care Through Telehealth | https://doi.org/10.1089/trgh.2020.0159 |
| Hidalgo 2017 | US | | Perceived Parental Attitudes of Gender Expansiveness: Development and Preliminary Factor Structure of a Self-Report Youth Questionnaire | https://doi.org/10.1089/trgh.2017.0036 |
| Hidalgo 2019 | US | | The Gender Minority Stress and Resilience Measure: Psychometric Validity of an Adolescent Extension | https://doi.org/10.1037/cpp0000297 |
| Kolbuck 2019 | US | | Psychological Functioning, Parenting Stress, and Parental Support Among Clinic-Referred Prepubertal Gender Expansive Children | https://psycnet.apa.org/doi/10.1037/cpp0000293 |
| Kuper 2019a | US | | Exploring the Gender Development Histories of Children and Adolescents Presenting for Gender Affirming Medical Care | http://dx.doi.org/10.1037/cpp0000290 |

Supplemental material

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Case 2:22-cv-00184-LCB-CWB   Document 558-43   Filed 05/27/24   Page 30 of 48

*Arch Dis Child*

| Kuper 2019b | US | | Baseline Mental Health and Psychosocial Functioning of Transgender Adolescents Seeking Gender-Affirming Hormone Therapy | https://doi.org/10.1097/DBP.0000000000000697 |
| Leon 2021 | US | | Prevalence and Risk Factors for Nonsuicidal Self-Injury in Transgender and Gender-Expansive Youth at a Rural Gender Wellness Clinic | https://doi.org/10.1089/lrgh.2020.0031 |
| Lynch 2015 | US | | Retrospective Study of the Management of Childhood and Adolescent Gender Identity Disorder Using Medroxyprogesterone Acetate | https://doi.org/10.1080/15532739.2015.1080649 |
| McGuire 2021 | US | | Differences in Patient and Parent Informant Reports of Depression and Anxiety Symptoms in a Clinical Sample of Transgender and Gender Diverse Youth | https://doi.org/10.1089/lgbt.2020.0478 |
| Moyer 2019 | US | | Using the PHQ-9 and GAD-7 to screen for acute distress in transgender youth: findings from a pediatric endocrinology clinic | https://doi.org/10.1515/jpem-2018-0408 |
| Nahata 2017 | US | | Mental Health Concerns and Insurance Denials Among Transgender Adolescents | https://doi.org/10.1089/lgbt.2016.0151 |
| O'Bryan 2018 | US | | Building a Pediatric Patient Registry to Study Health Outcomes Among Transgender and Gender Expansive Youth at a Rural Gender Clinic | https://doi.org/10.1089/lrgh.2018.0023 |
| O'Bryan 2020 | US | | Health-related quality of life among transgender and gender expansive youth at a rural gender wellness clinic | https://doi.org/10.1007/s11136-020-02430-8 |
| Pariseau 2019 | US | | The relationship between family acceptance-rejection and transgender youth psychosocial functioning | https://psycnet.apa.org/doi/10.1037/cpp0000291 |
| Peterson 2017 | US | | Suicidality, Self-Harm, and Body Dissatisfaction in Transgender Adolescents and Emerging Adults with Gender Dysphoria | https://doi.org/10.1111/sltb.12289 |
| Peterson 2020b | US | | Exploring the Eating Disorder Examination Questionnaire in treatment seeking transgender youth | https://psycnet.apa.org/doi/10.1037/gpt0000386 |
| Poquiz 2021a | US | | Comparison of Gender Minority Stress and Resilience Among Transmasculine, Transfeminine, and Nonbinary Adolescents and Young Adults | https://doi.org/10.1016/j.jadohealth.2020.06.014 |
| Poquiz 2021b | US | | Gender-affirming care in the midwest: Reaching rural populations | https://psycnet.apa.org/doi/10.1037/rmh0000174 |
| Reguitti 2022 | US | | Preliminary Factor Structure of the Parental Attitudes of Gender Expansiveness Scale for Parents (PAGES-P) | https://psycnet.apa.org/doi/10.1037/cpp0000384 |
| Shumer 2016 | US | | Evaluation of Asperger Syndrome in Youth Presenting to a Gender Dysphoria Clinic | https://doi.org/10.1089/lgbt.2015.0070 |
| Shumer 2017 | US | | Overrepresentation of Adopted Adolescents at a Hospital-Based Gender Dysphoria Clinic | https://doi.org/10.1089/lrgh.2016.0042 |
| Spack 2012 | US | | Children and Adolescents With Gender Identity Disorder Referred to a Pediatric Medical Center | https://doi.org/10.1542/peds.2011-0907 |
| Tordoff 2022 | US | | Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care | https://doi.org/10.1001/jamanetworkopen.2022.0978 |
| Zou 2018 | US | | Documenting an epidemic of suffering: low health-related quality of life among transgender youth | https://doi.org/10.1007/s11136-018-1839-y |

Supplemental material
BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)
Arch Dis Child

Case 2:22-cv-00184-LCB-CWB   Document 558-43   Filed 05/27/24   Page 31 of 48

**Supplementary Table S3 - Study details by country**

| Study ID | Sample description | Service summary | Data collection years | Inclusion/Exclusions | Demographics | Gender status | Mental health problems | Neurodevelopmental conditions (ASC: autism spectrum condition, ADHD: attention deficit hyperactivity disorder) | Adverse childhood experiences |
|---|---|---|---|---|---|---|---|---|---|
| **Australia** | | | | | | | | | |
| Allen 2021 | Young people 8-17 who are transgender and gender diverse located in Victoria | Royal Children's Hospital Gender Service (RCHGS) in Melbourne, Australia which is a statewide, publicly funded, tertiary referral service that provides gender-affirming clinical care. Introduced a First Assessment Single-Session Triage (FASST) clinic in 2016 | January 2017 to January 2019 | 145 attended FASST and MOC; pre-post FASST study 143 | **Age at referral:** Not reported<br>**Age at assessment:** median 15.0 IQR 13.7 to 16.2<br>**Birth-registered sex:** 105 (73.9%) female and 37 (26.1%) male | **Gender identity:** Transgender male 80 (56.3%), Transgender female 29 (20.4%), Nonbinary 16 (11.3%), Unsure 16 (11.3%), Prefer not to answer 1 (0.7%)<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Full transition - 69/135 (51.9%), Name 83/125 (66.4%), Pronouns 81/133 (60.9%), Look 89/132 (75.0%), At home 83/133 (62.4%), At school 76/128 (59.4%), Online 92/125 (73.6%) | **Depression:** CWS (carer) mean 68.24 SD 11.79, YSR (child) mean 69.20 SD 11.08<br>**Anxiety:** CWCL mean 65.97 SD 12.53, YSR mean 64.21 SD 8.36<br>**Suicide:** Columbia Suicide Severity Rating Scale - High risk 13.4% (16)<br>**Self-harm:** Not reported<br>**Eating disorder:** Not reported | **ASC:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Hilton 2022 | Children and adolescents recruited through a gender service located at Westmead with a diagnosis of gender dysphoria based on DSM-5 | Single hospital-based multidisciplinary service that provides assessment and treatment for children (<16 years at referral) with gender dysphoria and their families | October 2014 to February 2020 | 127 initial assessment with adolescent medicine and triaged to appropriate team; 90 referred to gender service for GD assessment; 74 research consent (34 no consent); 10 excluded due to missing data; 64 included in study | **Age at referral:** Not reported<br>**Age at assessment:** mean 12.91 SD 1.90, range 8 to 16<br>**Birth-registered sex:** 24 (37.5%) male and 40 (62.5%) female | **Gender identity:** Not reported<br>**Gender dysphoria:** The Utrecht Gender Dysphoria Scale (UGDS) - mean 52.89 SD 7.43 range 29 to 60; 64 (94%) scored above 40, all had a diagnosis of gender dysphoria based on DSM-5<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression and anxiety:** DASS-21 - mean 15.57 SD 27.25 range 2 to 112<br>**Suicide:** Not reported<br>**Self-harm:** Not reported<br>**Eating disorder:** Not reported | **ASC:** 4 (6.25%), Autism Spectrum Quotient (AQ) - mean 60.62 SD 18.64 range 19 to 100<br>**ADHD:** 6 (9.38%)<br>**Combined ASC and ADHD:** 3 (4.69%) | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Kozlowska 2020 | Children experiencing dysphoria in relation to their birth-assigned sex were referred by their family doctors to a newly established – but not yet funded—Gender Service | Tertiary care pediatric hospital | December 2013 to June 2017 | 70 referred to gender service; 65 comprehensive medical assessment with endocrinology or adolescent team; 61 assessed by family and individual assessment with psychological team; 60 consented to research study; 57 total study cohort | **Age at referral:** Not reported<br>**Age at assessment:** mean 12.96 SD 1.91 median 13.67 range 8.42 to 15.92<br>**Birth-registered sex:** 24 (42.1%) male and 33 (57.9%) female | **Gender identity:** 21/24 birth-experienced their gender as female, 1 neutral gender, 1 unsure; 31/33 birth-experienced their gender as male, 1 liked to wear boy clothes but did not express desire to be a boy in words, 1 gender distressed<br>**Gender dysphoria:** 47 (82.5%), Other Specified Gender Dysphoria 3 (5.3%), Unspecified Gender Dysphoria 4 (7.0%), Does not meet criteria for the above 3 (5.3%), Gender dysphoria (4 point scale)- no 0 (0.5%), some 14 (24.6%) very 28 (49.1%) and extreme distress 15 (26.3%)<br>**Onset:** (1) children who had expressed their gender preferences in words, behavior (e.g., refusal to wear dresses), and play from the preschool years onward (n = 32); 56.1%); (2) children who dated their feelings of gender dysphoria from the school-age years (n = 14; 24.6%); (3) children who dated these feelings from the prepubertal time period, when awareness that their own puberty was approaching had triggered their distress (n = 8; 14.0%); and (4) children who dated these feelings from the post-pubertal period (n = 3; 5.3%). Age of disclosure in the four subsets, respectively, was 2.5–14 years (mean = 9.12 years), 8–13.8 years (mean = 11.49), 11.5–14.5 years (mean = 13.04), and 12.0–14.8 years (mean = 13.61).<br>**Social transition:** Not reported | **Depression:** 36 (63.2%)<br>**Anxiety:** 38 (66.7%)<br>**Suicide:** suicidal ideation 28 (49.1%), and suicide attempt 6 (10.5%)<br>**Self-harm:** occurring in the present 7 (12.3%) and self-harm history 30 (52.6%)<br>**Eating disorder:** Not reported | **ASC:** 9 (15.8%)<br>**ADHD:** Not reported | **Neglect or abuse:** Physical abuse 11 (19.3%), Sexual abuse 6 (17.5%), Neglect 6 (10.5%)<br>**Parental mental illness or substance misuse:** Maternal mental illness (most commonly depression) 30 (52.6%), Paternal mental illness 23 (40.4%)<br>**Exposure to domestic violence:** Domestic violence 14 (24.6%)<br>**Household member in prison:** Not reported<br>**Loss of parent:** Placement changes (foster care or between parents) 7 (12.3%) |
| Mahfouda 2019 | Young people under 18 with gender diversity who were invited to take part in the GENTLE cohort | Single gender service located at Perth Children's Hospital in Perth, Western Australia. It is a dedicated tertiary service working with gender diverse children and adolescents and their families. Provides information, consultation, assessment, support, and access to puberty suppression and gender-affirming oestrogen or testosterone hormonal interventions | November 2017 to June 2019 | 122 contacted; 17 declined to participate, and 1 decided to withdraw from the Cohort; 104 included | **Age at referral:** mean 14.62 SD = 1.72<br>**Age at assessment:** mean 15.49 SD = 1.67<br>**Birth-registered sex:** 79 (76%) female and 25 (24%) male | **Gender identity:** male (71), female (23), non-binary/agender (6) and not specified (4)<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression and anxiety:** Internalising mean 67.00 SD 12.83, Externalising mean 54.45 SD 10.19, Total 64.08 10.94<br>**Suicide and self-harm:** 81/93 (77.9%) reported a history of any mental health problems, deliberate self harming behaviours and/or suicidal intent or attempts<br>**Eating disorder:** Not reported | **ASC:** 10 (9.62%), Social Responsiveness Scale - Social Awareness ≥ 104 mean 57.88 SD 12.17 normal range 63 (60.6%) mild 15 (14.4%) moderate 18 (17.3%) severe 9 (7.7%), Cognition ≥ 104 mean 55.95 SD 13.59 normal range 70 (67.3%) mild 14 (13.5%) moderate 14 (13.5%) severe 10 (9.6%), Communication ≥ 104 mean 58.38 SD 13.50 normal range 59 (56.7%) mild 18 (17.3%) moderate 14 (13.5%) severe 13 (12.5%), Motor ≥ 104 mean 63.39 SD 14.53 normal range 41 (39.4%) mild 18 (17.3%) moderate 23 (22.1%) severe 22 (21.2%), Restricted and Repetitive Behaviours ≥ 102 mean 62.24 SD 13.76 normal range 46 (44.2%) mild 25 (24.0%) moderate 13 (12.5%) severe 20 (19.2%), Social Communication ≥ 104 mean 59.83 SD 13.54 normal range 56 (53.8%) mild 14 (13.5%) moderate 17 (16.3%) severe 17 (16.3%), Total ≥ 100 mean 61.77 SD 14.03 normal range 41 (39.4%) mild 16 (15.4%) moderate 20 (19.2%) severe 27 (26.0%) raw score ≥ 104 mean 60.48 SD 14.06 normal range 53 (51.0%) mild 17 (16.3%) moderate 15 (14.4%) severe 19 (18.3%), Severe indicates ASD.<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Pang 2020* | Young people up to the age of 18 years who are transgender and gender diverse in Victoria | The Royal Children's Hospital Gender Service (RCHGS) in Melbourne, Australia who accept referrals of transgender and gender diverse young people up to the age of 18 years. Serves the state of Victoria (population 6 million) and only specialist service in this area. | January 2009 to December 2016 | 558 referrals<br>2009=0<br>2009=0<br>2011=14<br>2012=20<br>2013=54<br>2014=100<br>2015=243<br>2016=151 | **Age at referral:** term median 11.9 IQR 7 to 15.5, n=1 median 14.4 IQR 12.7 to 15.8<br>**Age at assessment:** Not reported<br>**Birth-registered sex:** 250 (44.8%) male and 308 (55.2%) female | **Gender identity:** Not reported<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** Not reported<br>**Anxiety:** Not reported<br>**Suicide:** Not reported<br>**Self-harm:** Not reported<br>**Eating disorder:** Not reported | **ASC:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Tollit 2021 | Patients needed to have attended their first appointment with RCHGS during this time, and either had a self-reported gender identity which differed from what was presumed for them at birth (as reported during any stage of their clinical assessment) or sought clinical guidance regarding their gender. | Largest multidisciplinary pediatric gender service in Australia providing transgender and gender diverse children and adolescents throughout Victoria with support, assessment and a range of gender-affirming treatments to help manage GD. | January 2007 to December 2016 | 359 patients met inclusion criteria | **Age at referral:** Not reported<br>**Age at assessment:** median 14.3 IQR 5.8 range 3.6 to 18.1; brm age: median 14.8 IQR 3.1 range 3.6 to 18.1; brf age: median 12.4 IQR 6.6 range 3.8 to 17.8 (age at first presentation)<br>**Birth-registered sex:** 193 (53.8%) females and 166 (46.2%) males | **Gender identity:** transgender 313 (87.2%), non-binary 26 (7.2%), cisgender 6 (1.7%), not sure 14 (3.9%)<br>**Gender dysphoria:** 81.3% met DSM-5 criteria for GD.<br>**Onset:** Age at which gender diversity expressed overall median 3 IQR 8 range 1.5 to 17, brm median 4 IQR 9 range 1.5 to 17 brf median 3 IQR 9 range 1.5 to 17, age at which experiencing GD symptoms: overall median 8 IQR 9 range 1.5 to 17, brm median 11 IQR 10 range 2 to 16.8 and brf median 7 IQR 9 range 1.5 to 17.0, GD symptoms commence at age at typical age of pubertal onset: brm (n = 47, 29.6%) and brf (n=104, 54.5%) but 43.6% brm and 40.8% brf had previously expressed GD prior to this.<br>**Social transition:** Not reported | **Depression:** Major depressive disorder/history of low mood: 182 (50.7) - males 74 (44.6%) and females 108 (56.0%)<br>**Anxiety:** Not reported<br>**Suicide:** history of suicidal ideation 106 (29.5) - males 36 (21.7%) and females 70 (36.3%)<br>**Self-harm:** history of self-harm 89 (24.8%) - males 25 (15.1%) and females 64 (33.2%)<br>**Eating disorder:** overall 5 (1.4%), males 1 (0.6%) and females 4 (2.1%) | **ASC:** 58 (16.2%), brm 37 (22.3%) and brf 31 (10.9%)<br>**ADHD:** 9 (2.5%), brm 6 (3.6%) and brf 3 (1.6%) | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Kozlowska 2021 | Presenting with feelings of dysphoria pertaining to gender that had been assigned to them at birth | The Gender Service is a multidisciplinary service located in a tertiary care children's hospital in New South Wales. Clinic was established in December 2013 in the wake of increased referrals to our hospital Endocrinology Department for children experiencing gender dysphoria. Along with their distressed families, these children (sometimes with court orders in hand) came to Endocrinology typically seeking treatment with puberty-suppressing medications. | December 2013 to November 2018 | 454 total referrals to gender service, 128 comprehensive medical assessment, 108 assessment: 8.42 to 15.92 mean 12.84 SD 1.20 median 13.33<br>Birth-registered sex: 33 (41.8%) males and 46 (58.2%) females included | **Age at referral:** Not reported<br>**Age at assessment:** 8.42 to 15.92 mean 12.84 SD 1.20 median 13.33<br>**Birth-registered sex:** 33 (41.8%) males and 46 (58.2%) females | **Gender identity:** Male to female 26 (32.9%), female to male 42 (53.2%), neutral 1 (1.3%), confused 7 (8.9%)<br>**Gender dysphoria:** 41 (51.9%) experienced dysphoria about gender from toddlerhood or preschool, 22 (27.8%) from early primary school, 13 (16.5%) prepubertal, 4 (5.1%) postpubertal; No GD diagnosis given at assessment 4 (5.1%), DSM-5 GD 67 (79.3%), Other specified GD (insufficient information) 10 (12.7%), DSM unspecified GD (clear reason why GD criteria were not met) 4 (5.1%), Child gender distress: No distress 1 (1.3%), Some distress 21 (26.9%), Very distressed 31 (44.3%), Extreme distress 22 (27.8%)<br>**Onset:** Age of first disclosure: Preschool years (2.5–5 years) 13 (16.5%), School-age years (7–12.5 years) 30 (38.0%), Adolescent years (13–14.8 years) 28 (35.4%), No verbal disclosure 8 (10.1%)<br>**Social transition:** Not reported | **Depression:** 49 (62.0%) Depression DASS subscale: child (n=54) mean 20.36 clinical cutoff: 41/54 (75.9%), mother (n=46) mean 10.29 clinical cutoff: 21/48 (43.81%), father (n=25) mean 6.24 clinical cutoff: 7/25 (28.0%)<br>**Anxiety:** 50 (63.3%) Anxiety DASS subscale: child (n=54) mean 18.15 clinical cutoff: 46/54 (85.2%), mother (n=48) mean 6.7 clinical cutoff: 17/48 (35.4%), father (n=25) mean 3.84 clinical cutoff: 3/25 (12.0%)<br>**Suicide:** suicidal ideation (past or current) 33 (41.8%), Suicide attempt 8 (10.1%)<br>**Self-harm:** history 39 (49.4%), current self-harm 13 (16.3%)<br>**Eating disorder:** 2 (2.5%) | **ASC:** (diagnosis by paediatrician or formal testing) 11 (13.9%)<br>**ADHD:** 13 (16.5%) | **Neglect or abuse:** Sexual abuse 15 (19.0%), Physical abuse 12 (15.3%), Emotional abuse 11 (13.9%), Neglect 9 (11.4%)<br>**Parental mental illness or substance misuse:** Maternal mental health 39 (49.4%), Paternal mental health 30 (38.0%)<br>**Exposure to domestic violence:** Domestic violence 18 (22.8%)<br>**Household member in prison:** Not reported<br>**Loss of parent:** Loss death 15 (19.0%), Out-of-home placement (foster care)/change of placements (where the child lived with) 8 (10.1%) |
| Tollit 2019 | Trans20 is a prospective, longitudinal cohort study, with a sample comprising patients aged 3–17 years when first attending the RCHGS between February 2017 and February 2020. Young people up to age 17 years who reside in Victoria and have concerns regarding their gender identity can be referred to RCHGS by their general practitioner. Patients are seen within the service via one of two pathways: the Under 8 clinic for those aged 7 years and below, or the First Assessment Single Session Triage (FASST) clinic for those aged 8 years and older | The RCHGS provides publicly funded assessment and gender affirming care to TGD young people throughout the state of Victoria. With approximately 250 new referrals each year, RCHGS is the largest multidisciplinary gender service for children and adolescents in Australia. | February 2017 to February 2020 | 397 young people were considered eligible for involvement in Trans20 | **Age at referral:** Not reported<br>**Age at assessment:** the large majority of patients (75.3%) were aged 12 years or older, 18.6% were aged 6–11 years and 6.1% were aged 5 years or younger<br>**Birth-registered sex:** Not reported | **Gender identity:** Not reported<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** Not reported<br>**Anxiety:** Not reported<br>**Suicide:** Not reported<br>**Self-harm:** Not reported<br>**Eating disorder:** Not reported | **ASC:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| **Belgium** | | | | | | | | | |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Case 2:22-cv-00184-LCB-CWB   Document 558-43   Filed 05/27/24   Page 32 of 48

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| de Graaf, 2018* | Adolescents aged 12–18 who were referred to one of five European specialist gender clinics who completed either the CBCL or the YSR at baseline | Specialist gender service | January 2009 to December 2013 | For Belgium, 136 adolescents were referred and data for 71 young people were included in this study (52.2%). | **Age at referral:** Not reported<br>**Age at assessment:** 14.34 (1.65); b/f 14.37 (1.83) and b/m 14.32 (1.57)<br>**Birth-registered sex:** 47 (66.2%) female and 24 (33.8%) males | **Gender identity:** Not reported<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression and anxiety:** CBCL internalising N=35, mean 14.63 SD 10.05; Youth Self-report internalising N=37, mean 21.14 SD 10.03; Clinical range internalising CBCL N=35, 15 (42.9%); clinical range internalising YSR N=37, 20 (54.1%).<br>**Suicide:** Not reported<br>**Self-harm:** Not reported<br>**Eating disorder:** Not reported | **ASC:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Van Cauwenberg, 2021 | Adolescents between 12 and 18 years, who were referred to pediatric clinic who consented to retrospective chart review and who were eligible for a first session during study period | Pediatric Gender Clinic at Ghent University Hospital for gender variant children and adolescents and their families. | January 2007 to December 2016 | 235 referrals, 35 excluded whose first session came after 2016, leaving 200 who were eligible for a first session between dates, 12 were referred to adult clinic, 12 did not attend their first session, 177 analysed | **Age at referral:** Not reported<br>**Age at assessment:** 15.01 (1.42)<br>**Birth-registered sex:** overall 1.77 (F:M ratio). Females, Males numbers (ratio) - 2007=0,3; 2008=3,6 (0.5); 2009=4, 5 (0.8); 2010=5,1 (5.00); 2011=4,3 (2.00); 2012=13, 8 (2.25); 2013=20, 8 (2.50); 2014=17, 12 (1.42); 2015=29, 11 (2.64); 2016=21, 7 (3.00) These were extracted from Figure 2 | **Gender identity:** Not reported<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression and anxiety:** CBCL internalising N=42, mean 15.98, SD 9.66; T-score 62.24 (10.45) clinical range 32.4%; YSR internalising N=52, mean 19.35, SD 9.26; T-score 59.13 (9.32); clinical range 28.8%<br>**Suicide:** 5 (2.8%); thoughts 21 (40.4%)<br>**Self-harm:** self harm and/or at least one suicide attempt in last 6 months 17 (32.1%)<br>**Eating disorder:** Not reported | **ASC:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| **Brazil** | | | | | | | | | |
| Soll 2019; Soll 2021 | Families seeking healthcare at service for gender incongruence using ICD-11 and had response from both parents to questionnaire and consented | Gender Identity Program (PROTIG) at the Hospital de Clínicas de Porto Alegre (HCPA), located in southern Brazil for children aged 8 to 16 | May 2014 to December 2018 | 24 | **Age at referral:** Not reported<br>**Age at assessment:** mean 13.88 SD 2.45; range 8 to 16<br>**Birth-registered sex:** 12 (50%) female and 12 (50%) males | **Gender identity:** Not reported<br>**Gender dysphoria:** All had diagnosis of gender dysphoria (DSM-5)<br>**Onset:** mean 9.25 (min 1 max 15); Male GI 9.5 (5 to 13); Female GI 9.0 (5 to 13)<br>**Social transition:** 79.2% started social transition; age of social transition 14.0 (7 to 16); male GI 13.26 (10 to 15); female GI 12.83 (7 to 16) | **Depression:** major depression 4 (16.6%)<br>**Anxiety:** All said they felt significant sadness and anxiety<br>**Suicide:** attempt 3 (12.5%)<br>**Self-harm:** Not reported<br>**Eating disorder:** anorexia 1 (4.16%) bulimia 1 (4.16%) | **ASC:** 0 (0.0%)<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| **Canada** | | | | | | | | | |
| Aitken 2015* | Adolescents (aged 13 years or older) referred for gender dysphoria to specialist gender clinic. | Gender Identity Service housed within the Child, Youth, and Family Services (CYFS) at the Centre for Addiction and Mental Health (CAMH), Toronto | 1976 to 2013 | n=328 whole period<br>Numbers assessed per year reported<br>Sub-sample of 255 covering 1999-2013 used for some results | **Age at referral:** Not reported<br>**Age at assessment:** Mean age 16.7 (SD 1.7). No significant difference in age between b/f and b/m.<br>**Birth-registered sex:** 176 (53.7%) female and 152(46.3%) male. From 1999-2005, 17 (52.1%) female and 36 (67.9%) male. M:F ratio 2.11:1. From 2006-2013, 129 (63.9%) female and 73 (36.1%) male. M:F ratio 1:1.76. Study reported significant difference in sex distribution between two time periods. | **Gender identity:** Not reported<br>**Gender dysphoria:** All met criteria for either Gender Identity Disorder (GID) or GID Not Otherwise Specified (GID-NOS).<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** Not reported<br>**Anxiety:** Not reported<br>**Suicide:** Not reported<br>**Self-harm:** Not reported<br>**Eating disorder:** Not reported | **ASC:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Aitken 2016 | Consecutive series of children (age 3-12 years) referred to a specialised gender identity clinic. | Specialised gender identity service housed within a child and mental health programme at an academic health science centre.<br>Information in paper suggests it is the Gender Identity Service, Child, Youth, and Family Programme, Centre for Addiction and Mental Health, Toronto. | 1976 to 2015 | 615 referred<br>Excluded 43 as relevant data not available<br>n=572 | **Age at referral:** Not reported<br>**Age at assessment:** Age breakdown reported; 3–4= 110, 5= 95, 6= 86, 7= 59, 8= 71, 9= 50, 10= 39, 11= 29, 12= 33.<br>**Birth-registered sex:** 109 (19.1%) female and 463 (80.9%) male | **Gender identity:** Not reported<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** Not reported<br>**Anxiety:** Not reported<br>**Suicide or self-harm:** Summed score (range 0-6) for CBCL items 18 (self-harm or suicide attempt) and 91 (ideation) 0.3 (SD 0.7) - same for birth-registered females and males. Percentage rating 1 or 2 for item 18 = 6.6% and for item 91 = 19.1%. Suicide/self-harm data only reported for 6-12 year old participants (n=367).<br>Percentage endorsing (scoring 1-2) item 91 in each age group: 3-4= 0.9%, 5= 7.4%, 6= 9.6%, 7= 10.2%, 8= 16.3%, 9= 26.0%, 10= 33.3%, 11= 27.6%, 12= 27.3%. Percentage endorsing item 18 in each age group: 3-4= 0.0%, 5= 5.3%, 6= 2.3%, 7= 1.7%, 8= 9.9%, 9= 4.0%, 10=12.8%, 11= 17.2%, 12= 6.1%<br>**Eating disorder:** Not reported | **ASC:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Bechard 2017 | Adolescents consecutively referred to a specialised gender identity service who had a diagnosis of gender identity disorder (GID) | Specialised gender identity service housed within a child and youth mental health program at an academic health science centre.<br>Information in paper suggests it is the Gender Identity Service, Child, Youth, and Family Programme, Centre for Addiction and Mental Health, Toronto. | February 2011 to June 2012 | n=50 | **Age at referral:** Not reported<br>**Age at assessment:** Median age 16.9, range 13-20<br>**Birth-registered sex:** 33 (66%) female and 17 (34%) male | **Gender identity:** Not reported<br>**Gender dysphoria:** All had GID diagnosis (eligibility criteria)<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** 18 (36%) had DSM diagnosis of Major Depressive Disorder prior to initial assessment (plus 1 with queried MDD diagnosis) and 1 (2%) had DSM diagnosis of Dysthymic Disorder.<br>**Anxiety:** 8 (16%) had DSM diagnosis of Generalised Anxiety Disorder (plus 1 with queried GAD diagnosis), 1 (2%) had Anxiety Disorder Not Otherwise Specified, 2(4%) had Social Phobia (Social Anxiety Disorder), 1 (2%) had Panic Disorder without Agoraphobia.<br>**Suicide:** Ideation 31 (62%). Suicide attempt(s) 13 (26%).<br>**Self-harm:** 18 (36%).<br>**Eating disorder:** 1 had DSM diagnosis of Anorexia Nervosa and 2 of Eating Disorder Not Otherwise Specified. 3/50 (6%) | **ASC:** 1 (4%) had DSM diagnosis of Asperger's Disorder prior to initial assessment.<br>**ADHD:** 9 (19%) had DSM diagnosis of ADHD prior to initial assessment. | **Neglect or abuse:** History of physical abuse coded as present at initial intake interview/from referral information for 10 (20%) and history of sexual abuse for 5 (10%).<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Bradley 1978 | Children and adolescents referred to and assessed in a new child and adolescent gender identity service | A child and adolescent section was established within the Clarke Gender Identity Clinic in Toronto in 1975. This consisted of a multi-disciplinary assessment team which started seeing children in Autumn 1975. | Autumn 1975 to October 1977 | n=16 | **Age at referral:** Not reported<br>**Age at assessment:** Age range 6-17, 4 children and 12 adolescents.<br>**Birth-registered sex:** 3 (18.8%) female and 13 (81.3%) male. Children: 4 male. Adolescents: 3 female and 9 male. | **Gender identity:** Not reported<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** Not reported<br>**Anxiety:** Not reported<br>**Suicide:** Not reported<br>**Self-harm:** Not reported<br>**Eating disorder:** Not reported | **ASC:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Case 2:22-cv-00184-LCB-CWB   Document 558-43   Filed 05/27/24   Page 33 of 48

| Study | Population | Setting | Dates | Sample | Age at referral / Birth-registered sex | Gender | Mental health | ASC / ADHD | Adverse childhood factors |
|---|---|---|---|---|---|---|---|---|---|
| Chiniara 2018 | Adolescents (age 12-18) presenting to a transgender clinic. Eligibility included presence of a gender dysphoria and desire for medical treatment (those with learning disability or extreme anxiety were excluded). Data from initial visits were used | A large paediatric gender clinic based at the Hospital for Sick Children, Toronto. Described as a medical clinic developed towards meeting the medical needs of transgender adolescents. Opened in October 2013 - rapidly grown to become one of largest in North America. | January 2014 to June 2016 | n=203. 12 meeting criteria were excluded - did not return to clinic, 3 because initial visit to another clinic. Overall referral / assessed number not reported | **Age at referral:** Not reported. **Age at referral:** Mean age brf 16.3 (SD 1.6), brm 16.1 (1.7), Mean age for first 100 over time period 16.7 (1.6) and for later 100 15.7 (1.6). Significant difference between two time periods reported. **Birth-registered sex:** 156 (76.8%) female, 47 (23.2%) male. M:F ratio 1:5. Percentage of females among first 100 over time period was 74.7% and 78.8% in later period. | **Gender identity:** Not reported. **Gender dysphoria:** Utrecht scale scores (range 12 to 60) indicate presence of gender dysphoria in all participants (mean score brf 56.1 (SD 4.2), brm 50.4 (7.4) - significant difference between groups reported). **Onset:** Not reported. **Social transition:** 117 (75.5%) brf and 30 (63.8%) brm had socially transitioned prior to initial visit. | **Depression:** 37.4%, 20.5% brf and 12.6% brm (13.9% brf and 4.3% brm both anxiety and depression). No significant difference between 100 adolescents referred early or later in the time period. 33.9% prescribed medication for a mood disorder (at present or in the past). Mean BDI II scores 23.5 (14.8) brf and 19.8 (14.6) brm. Scores indicate severe depression in 41.6% of females and 34.4% of males. **Anxiety:** 28.1%, 12.8% brf and 6.3% brm. No significant difference between 100 adolescents referred early or later in the time period. Mean MASC2 scores 63.3 (SD 12.3) brf and 57.4 (12.7) brm - significant anxiety 44.4% brf and 30% brm (significant difference between groups reported). **Suicide:** 67 (33.5%) suicidal thoughts (54, 34.6% brf and 13, 27.7% brm). No significant difference between 100 adolescents referred early or later in the time period. 9.6% brf and 9.7% brm scored positive on the BDI II for suicide risk. **Self harm:** 62 (30.5%) (52, 33.3% brf and 10, 21.3% brm). No significant difference between 100 adolescents referred early or later in the time period. **Eating disorder:** Not reported | **ASC:** 5.1% brf and 6.4% brm. No significant difference between 100 adolescents referred early or later in the time period. **ADHD:** 14.9% brm, 0% brf | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |
| Chiu 2006 | Children referred consecutively to, and then assessed in a gender identity service. | Gender Identity Service, which is housed within the Child, Youth, and Family Program (CYFP) at the Centre for Addiction and Mental Health, Toronto | Not reported | n=65 | **Age at referral:** Not reported. **Age at referral:** Mean age 8.5 yrs (SD 2.5), range 3-12. **Birth-registered sex:** 18 (27.7%) female and 47 (72.3%) male | **Gender identity:** Not reported. **Gender dysphoria:** 54 (83.1%) met complete DSM criteria for Gender Identity Disorder (GID), and 11 (16.9%) were subthreshold meeting some criteria. **Onset:** Not reported. **Social transition:** Not reported | **Depression:** Not reported. **Anxiety:** Not reported. **Suicide:** Not reported. **Self harm:** Not reported. **Eating disorder:** Not reported | **ASC:** Not reported. **ADHD:** Not reported | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |
| Cohen-Kettenis 2003* | Children (age 3-12 years) consecutively referred to, and then assessed in a gender identity clinic. | The Child and Adolescent Gender Identity Clinic, which is housed within the Child Psychiatry Program at the Centre for Addiction and Mental Health - Clarke Division (Toronto, Ontario, Canada). | 1975 to 2000. Largest number assessed in 1997 (n=28) | n=358 | **Age at referral:** N cases: age 3/4=5.9, 4/5=16.8, 5/6=17.9, 6/7=14.7, 7/8=9.7, 8/9=10.9, 9/10=9.2, 10/11=4.4, 11/12=4.4, 12/13=5.9. **Age at assessment:** Mean age 7.3 (SD 2.5), range 3.2-13.0. **Birth-registered sex:** 53 (14.8%) female, 305 (85.2%) male, M:F ratio 5.75:1 | **Gender identity:** Reported sum-scores (range 0-4) for CBCL item 5 (behaves like opposite sex) and 110 (wishes to be of opposite sex). Mean score 2.8 (SD 1.3) brf and 2.4 (1.3) brm. **Gender dysphoria:** 225 (62.8%) met complete DSM criteria for gender identity disorder. **Onset:** Not reported. **Social transition:** Not reported | **Depression and anxiety:** Mean internalising T-score 60.8 (SD 11.0). **Self harm:** Not reported. **Eating disorder:** Not reported | **ASC:** Not reported. **ADHD:** Not reported | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |
| Cohen-Kettenis 2006* | Children (age 2-13) consecutively referred to, and then assessed in a gender identity clinic. | The Child and Adolescent Gender Identity Clinic, which is housed within the Child, Youth and Family Programme at the Centre for Addiction and Mental Health (Toronto, Ontario, Canada). | May 1985 to December 2003 | n=338 (GIQC data not available for assessment). 46 children seen for assessment | **Age at referral:** Not reported. **Age at referral:** Mean age 7.2 (SD 2.5), range 2-12. **Birth-registered sex:** 52 (15.4%) female and 286 (84.6%) males. M:F ratio 5.5:1 | **Gender identity:** Gender Identity Questionnaire for Children (GIQC) mean score brf 2.6 (SD 0.6), brm 1.9 (0.6). **Gender dysphoria:** 227 (67.2%) met complete diagnostic criteria for Gender Identity Disorder. GIQC mean score 2.6 (SD 0.5) for those meeting complete criteria, 3.3 (0.5) for those subthreshold (meeting some criteria). **Onset:** Not reported. **Social transition:** Not reported | **Depression:** Not reported. **Anxiety:** Not reported. **Suicide:** Not reported. **Self harm:** Not reported. **Eating disorder:** Not reported | **ASC:** Not reported. **ADHD:** Not reported | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |
| de Graaf 2020* | Adolescents aged 13 or older who were referred and assessed at a specialist gender identity clinic. (data collected during initial assessment) | Gender Identity Development Service at the Centre for Addiction and Mental Health (CAMH) in Toronto, Ontario | 1976 to 2012 | n=260 | **Age at referral:** Not reported. **Age at referral:** Mean age 16.7 (SD 1.8). **Birth-registered sex:** 131 (50.4%) female and 129 (49.6%) male | **Gender identity:** For CBCL item 110 (wishes to be of the opposite sex), 211 (94.1%) scored 1 or 2 and 13 (5.8%) scored 0. For the YSR, 228 (95.7%) scored 1-2 and 10 (4.2%) scored 0. **Gender dysphoria:** All met DSM criteria for Gender Identity Disorder or Gender Dysphoria. **Onset:** Not reported. **Social transition:** Not reported | **Depression:** Not reported. **Anxiety:** Not reported. **Suicide and self harm:** Sum scores for CBCL and YSR item 18 (deliberate self harm or attempted suicide) and 91 (suicidal ideation) calculated (score range 0-2). Mean scores were 0.8 (SD 1.1) on CBCL and YSR. Percentages scoring 1-2 on CBCL and YSR item 91: 32.5% and 40.0% brf and 39.2% and 41.2% brm. **Eating disorder:** Not reported | **ASC:** Not reported. **ADHD:** Not reported | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |
| de Vries 2014* | Adolescents (age 13-18 years) referred and assessed at specialist gender clinic (baseline assessment data used) | Gender Identity Service at the Centre for Addiction and Mental Health (CAMH) in Toronto, Ontario (established in 1975 at the Clarke Institute of Psychiatry, now the Centre for Addiction and Mental Health). Covers large proportion of population in Ontario. | 1980 to 2010 | n=177. CBCL / YSR data available for 142 / 138 of sample | **Age at referral:** Not reported. **Age at referral:** Mean age 15.2 (SD 1.5). **Birth-registered sex:** 83 (46.9%) female and 94 (53.1%), M:F ratio = 1.13:1 | **Gender identity:** Not reported. **Gender dysphoria:** 100% met DSM criteria either for Gender Identity Disorder or Gender Identity Disorder Not Otherwise Specified. **Onset:** Not reported. **Social transition:** Not reported | **Depression and anxiety:** For CBCL and YSR internalising scale, mean score was 68.8 (SD 9.8) and 62.4 (12.0) for all, 67.5 (10.6) and 60.1 (10.3) for brf and 70.0 (9.0) and 64.4 (13.0) brm. On the CBCL, 74.5% were in the clinical range for internalising symptoms (69.7% of brf and 78.7% brm). On the YSR, 46.4% were in the clinical range (37.3% brf and 54.9% brm). **Suicide:** Not reported. **Self harm:** Not reported. **Eating disorder:** Not reported | **ASC:** Not reported. **ADHD:** Not reported | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |
| Feder 2007 | All adolescents (age 12-18) who were assessed. Those with diagnosis of gender dysphoria given at assessment were included. | The Gender Diversity Clinic at a Canadian tertiary pediatric care hospital in Ottawa, Ontario. Access is through self-referral or by a primary care provider. Catchment is a moderate size urban centre and surrounding area (population 1.3 million). MDT collaboration between Adolescent Medicine and Endocrinology for those up to age 18. | October 2007 to July 2015 | 150 assessed. Excluded 23 (outside specified age range), and 30 (no GD so discharged). n=97 | **Age at referral:** Not reported. **Age at referral:** Mean age 15.7 (SD 1.4). **Birth-registered sex:** 60 (61.9%) female and 37 (38.1%) male | **Gender identity:** brf 58 identified as male and 2 as gender fluid. All 37 brm identified as female. **Gender dysphoria:** Of 150 assessed age 12-18, 120 received diagnosis of gender dysphoria and 30 did not and were discharged from the service. All included sample diagnosed (eligibility criteria). **Onset:** Not reported. **Social transition:** At time of assessment, 46 (47%) had completed social transition, 18 (19%) were in the process, and 33 (34%) had not initiated social transition. | **Depression:** Not reported. **Anxiety:** Not reported. **Suicide:** Not reported. **Self harm:** Not reported. **Eating disorder:** 5 (5.2%) (3 anorexia nervosa-restrictive subtype, 1 anorexia nervosa-binge/purge subtype, 1 avoidant restrictive food intake disorder). 10 (10.3%) were noted to have eating disorder-related symptoms but no diagnosis. Of the 15 diagnosed / with symptoms 13 (15.5%), 3 (20%) brf and 12 (80%) brm. | **ASC:** Not reported. **ADHD:** Not reported | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |
| Fridell 2006 | Children referred consecutively to, and then assessed in a gender identity service. | The Gender Identity Service, which is housed within the Child, Youth, and Family Program (CYFP) at the Centre for Addiction and Mental Health, Toronto | June 1993 to May 2005 | 252 started assessment. 10 excluded as data not available. n=242 | **Age at referral:** Not reported. **Age at referral:** Mean age brf 8.0 (SD 2.6) and brm 7.1 (2.4). **Birth-registered sex:** 43 female (17.8%) and 199 male (82.2%) | **Gender identity:** Not reported. **Gender dysphoria:** 176 (72.7%) met complete DSM criteria for Gender Identity Disorder (GID) and 66 (27.3%) were subthreshold for diagnosis. **Onset:** Not reported. **Social transition:** Not reported | **Depression:** Not reported. **Anxiety:** Not reported. **Suicide:** Not reported. **Self harm:** Not reported. **Eating disorder:** Not reported | **ASC:** Not reported. **ADHD:** Not reported | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |
| Heard 2018 | All youth who have received care from a gender service (initial assessment data used for specified characteristics). Referrals that were redirected and not followed by the service were only included in the number and demographics of referrals. | Manitoba Gender Dysphoria Assessment and Action for Youth (GDAAY) programme - established in 2011 to provide Manitoba's trans youth with access to trans-specific healthcare. MDT set up. Prior to establishment there was no comprehensive paediatric gender service for those under 18. | 2007 to July 2016 | 174 referred. 13 re-directed to adult service as above age limit. Survey data not extracted as selected subsample (n=25). Numbers referred and assessed per year not reported | **Age at referral:** Not reported. **Age at referral:** Mean age 13.9, range 4.7-17.8. **Birth-registered sex:** 122 (70.1%) female and 52 (29.9%) male | **Gender identity:** Not reported. **Gender dysphoria:** Not reported. **Onset:** Not reported. **Social transition:** Not reported | **Depression or depression:** 49 of 161 (30.4%) with pre-existing or current anxiety/depression diagnosis (41 (24%) brf and 8 (5%) brm). **Suicide:** Not reported. **Self harm:** behaviours 36 (21%). **Eating disorder:** Not reported | **ASC:** 4 with an ASD diagnosis, 2 with ASD traits not formally meeting diagnostic criteria (total n not reported). **ADHD:** Not reported | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |

Supplemental material

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Arch Dis Child

Case 2:22-cv-00184-LCB-CWB   Document 558-43   Filed 05/27/24   Page 34 of 48

| Study | Population / Setting | Dates | N | Age and birth-registered sex | Gender identity / dysphoria / onset / social transition | Depression / Anxiety / Suicide / Self harm / Eating disorder / Social transition | ASC / ADHD | Adverse experiences |
|---|---|---|---|---|---|---|---|---|
| Hughes 2017 | Children (age 12) and adolescents (age 12 and over) referred to a gender identity service. Not specified. From information in paper, it is likely to be the Child and Adolescent Gender Identity Service, Toronto | 1976 to 2013 | n=1023 | **Age at referral:** Not reported. **Age at assessment:** Mean age brf 12.8 (SD 4.1) and brm 10.4 (4.7). **Birth-registered sex:** 245 (23.9%) female, 778 (76.1%) male | **Gender identity:** Basis of referral: gender dysphoria for 92 brf and 422 brm children; 135 brf and 143 brm adolescents; transvestic fetishism for 24 and 128 brm; homosexuality for 10 brf and 61 brm adolescents. **Gender dysphoria:** Not reported. **Onset:** Not reported. **Self harm:** Not reported | **Depression:** Not reported. **Anxiety:** Not reported. **Suicide:** Not reported. **Self harm:** Not reported. **Eating disorder:** Not reported | **ASC:** Not reported. **ADHD:** Not reported | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |
| Johnson 2004 | Children (age 3-12) referred consecutively, and then assessed in a gender identity clinic. Child and Adolescent Gender Identity Clinic, which is housed within the Child Psychiatry Program at the Centre for Addiction and Mental Health—Clarke Division, Toronto | May 1985 to April 2001 | n=625 | **Age at referral:** Not reported. **Age at assessment:** Mean age 7.1 (SD 2.5), range 3.3-13.0. **Birth-registered sex:** 50 (15.4%) female and 275 (84.6%) male | **Gender identity:** Gender Identity Questionnaire (GIQ) total mean score (range 1-5 with 1 exhibiting most cross-sex behaviour) was 2.8 (SD 0.6), 2.6 (0.6) brf and 2.9 (0.6) brm. Scores for age groups: 3-4 years = 2.7 (0.7), 4.5 = 2.7 (0.6), 5-6 = 2.8 (0.6), 6-7 = 2.8 (0.6), 7-8 = 2.8 (0.6), 8-9 = 2.8 (0.6), 9-10 = 3.0 (0.7), 10-11 = 2.8 (0.6), 11-12 = 2.9 (0.8), 12-13 = 3.2 (0.6). **Gender dysphoria:** 216 (66.5%) [34 (15.7%) brf and 182 (84.3%) brm] met DSM criteria for Gender Identity Disorder. 109 (33.5%) [16 (14.7%) brf and 93 (85.3%) brm] were subthreshold, all meeting some criteria. Mean GIQ scores were 2.6 (0.5) for those meeting complete DSM criteria and 3.3 (0.5) for those meeting some. Scores for each group by different age brackets are also reported in the paper. **Onset:** Not reported. **Social transition:** Not reported | **Depression:** Not reported. **Suicide:** Not reported. **Self harm:** Not reported. **Eating disorder:** Not reported. **Social transition:** Not reported | **ASC:** Not reported. **ADHD:** Not reported | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |
| Khatchadourian 2014 | Adolescents referred to a transgender programme for medical therapy. Eligibility criteria are at least Tanner stage 2, assessment by mental health professional from transgender clinical care group, and confirmed diagnosis of gender dysphoria. British Columbia (BC) Children's Hospital Transgender Programme - MDT approach providing medical care and psychosocial support. Team was integrated into BC Transgender Clinical Care Group (BCTCCG) in 2003. Youth are assessed by a professional in the BCTCCG and those diagnosed with gender dysphoria are referred to the Transgender Programme (medical team) for medical therapy. | January 1998 to December 2011 | n=84 / No. of new patients seen per year not reported | **Age at referral:** Not reported. **Age at assessment:** Mean age at first visit 16.6 (SD 2.2, CI 16.1-17.0), brf 16.4 (2.1, 15.8-17.0) and brm 16.8 (2.4, 16.0-17.5). **Birth-registered sex:** 45 (53.6%) female and 39 (45.4%) male. Numbers of males and female per each year 1998-2011 = 1, 1, 0, 1, 0, 1, 1, 1, 1, 9, 6, 6, 19. **Gender identity:** 45 identified as female-to-male, 37 as male-to-female, and 2 birth-registered males were undecided. **Gender dysphoria:** Not reported. **Onset:** Not reported | **Depression:** 29 (35%) diagnosed with mood disorder; 20 (44%) brf and 8 (19%) brm. **Anxiety:** 20 (24%) diagnosed with anxiety disorder; 15 (33%) brf and 4 (11%) brm. **Suicide:** Suicide attempt / EU visit - before initial assessment 10 (12%); 6 (13%) brf and 2 (5%) brm. **Eating disorder:** 4 (5%); 2 (4%) brf and 2 (5%) brm | **ASC:** 6 (7%) pervasive developmental disorder / ASD; 2 (4%) brf, 4 (11%) brm. **ADHD:** 8 (10%); brf 2 (4%) brm 6 (16%) | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |
| Singh 2010 | Adolescents referred consecutively to a Gender Identity Service. Gender Identity Service in the Child, Youth, and Family Programme (CYFP) at the Centre for Addiction and Mental Health (CAMH) in Toronto | February 2005 to February 2008 | n=44 | **Age at referral:** Not reported. **Age at assessment:** Mean age brf 16.8 (SD 1.9), range 13-21 and brm 16.1 (SD 1.4), range 13-18. **Birth-registered sex:** 25 (56.8%) female and 19 (43.2%) male | **Gender identity:** Not reported. **Gender dysphoria:** 100% diagnosed with Gender Identity Disorder (GID). Gender Identity/Dysphoria Questionnaire for Adolescents and Adults (GIDYQ-AA) mean score was 2.3 (SD 0.4) brf and 2.4 (0.6) brm. **Onset:** Recalled Childhood Gender Identity/Gender Role Questionnaire (RCIS) Factor 1 mean score 2.3 (0.9) brf, 2.6 (0.9) brm. **Social transition:** Not reported | **Depression:** Not reported. **Anxiety:** Not reported. **Suicide:** Not reported. **Self harm:** Not reported. **Eating disorder:** Not reported | **ASC:** Not reported. **ADHD:** Not reported | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |
| Sorbara 2020 | Patients at a Transgender Youth Clinic, with initial visits occurring between Oct 2013-June 2016 or Aug 2017-June 2018. Those seeking gender-affirming medical care were included. Those previously seen at medical treatments were excluded. Data from initial clinic and referral documentation used. Transgender Youth Clinic (TYC) at The Hospital for Sick Children in Toronto, Canada, an interdisciplinary clinic that provides GAMC to youth with gender dysphoria who are in puberty but under 18 years of age. As part of a universal health care system, payment is not required to access the TYC, referrals from health care providers are required. Service established in October 2013. Service separated from Aug 2017 to accommodate increasing referrals. | Cohort 1: October 2013 to June 2016 / Cohort 2: August 2017 to June 2018 | 319 referred / 8 excluded as not seeking medical care, 11 excluded due to previous treatment / n=300 / Cohort 1 = 191 / Cohort 2 = 109 | **Age at referral:** Not reported. **Age at assessment:** Median age at first visit: 15.4 (IQR 14.2-16.4). For n=116 under age 15 (YPF), median age 13.9 (12.9-14.5), range 10.5-14.9. For n=184 age 15 years or older (OPF), median 16.3 (15.6-16.8), range 15.0-17.9. In cohort 1, 65 (34.0%) were under 15 and 126 (66.0%) age 15 or over. In cohort 2, 51 (46.8%) were under 15 and 58 (53.2%) age 15 or over. **Birth-registered sex:** 229 (76.3%) female (n=87 under 15, n=142 age 15 or over) and 71 (23.7%) male (n=29 under 15, n=42 age 15 or over) | **Gender identity:** Not reported. **Gender dysphoria:** Median age of recognition of gender incongruence was 5.8 years (IQR 3.0-11.0) for YPF (under 15) and 9.0 years (5.0-13.0) for OPF (15+). Reported significant difference between groups. Time from recognition of gender to first TYC visit was similar between groups. **Social transition:** 76 (65.5%) of those age under 15 socially transitioned before initial visit, 149 (81.0%) of those age 15 or over. Median age of social transition was 13.0 (12.0-13.4) for YPF and 15.0 (14.0-16.0) for OPF. Reported significant difference between groups | **Depression:** 40.0%, OPF (age 15+) vs YPF (<15) 46% vs 30%. **Anxiety:** 44.3%, 44.0% YPF and 44.4% OPF. **Suicide:** 12.3% ideation, 47.3% had a history of suicidal ideation, and 14.0% had attempted suicide. OPF vs YPF history (52% vs 40%), attempts (17% vs 9%) and current ideation (13.9% vs. 9.3%). **Self harm:** 34.7% history; OPF vs YPF (40% vs 28%) | **ASC:** 18 (6.0%) - 7 (6.0%) of those under age 15 and 11 (6.0%) of those age 15 or over. **ADHD:** Not reported | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |
| Steensma 2014* | Children (age <12) and adolescents (12 and older) referred consecutively and assessed at a gender identity clinic. All met DSM criteria for Gender Identity Disorder (GID) or GID Not Otherwise Specified (NOS). Data at time of assessment. Gender Identity Service at the Centre for Addiction and Mental Health in Toronto, Ontario, Canada. The Toronto clinic was established in 1975 at the Clarke Institute of Psychiatry (now the Centre for Addiction and Mental Health). | 1986 to 2007 | 572 referred / 176 excluded as data not available / n=396 | **Age at referral:** Not reported. **Age at assessment:** Mean age 9.0 (SD 3.7). Mean age of children 7.4 (2.3) and adolescents 14.8 (1.7). Mean age of 176 excluded: children 5.7 (2.0), adolescents 16.2 (1.6). **Birth-registered sex:** 96 (24.2%) female and 300 (75.8%) male. Of children, 53 (17.3%) female and 259 (83.0%) male. Of adolescents, 43 (51.2%) female and 41 (48.8%) male. In total referred sample, 141 (24.7%) female and 431 (75.3%) male | **Gender identity:** Not reported. **Gender dysphoria:** 100% diagnosed with GID or GID-NOS. **Onset:** Not reported. **Social transition:** Not reported | **Depression and anxiety:** Internalising mean T-score 58.8 (SD 11.72) - 60.0 (13.5) brf and 58.4 (11.1) brm. For children mean score was 57.6 (11.1) - 58.3 (13.6) brf and 57.5 (10.6) brm. For adolescents mean score was 63.4 (12.0) - 62.2 (13.1) brf and 64.6 (12.7) brm. Percentage in clinical range 35.9% (44.8% brf, 33.0% brm). For children, 30.4% (37.7% brf, 29.0% brm). For adolescents, 54.0% (53.5% brf, 58.5% brm) | **ASC:** Not reported. **ADHD:** Not reported | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |
| VanderLaan 2015a | Patients referred consecutively to a gender identity service who had data available for birth weight and ages and sexes of any siblings at time of initial assessment. Specialty Gender Identity Service within a Child and Adolescent Mental Health Service. Information in paper suggests it is the Gender Identity Service at the Centre for Addiction and Mental Health in Toronto, Ontario, Canada. | Not reported | n=430 / 497 children, 133 adolescents | **Age at referral:** Not reported. **Age at assessment:** Not reported. **Birth-registered sex:** 143 (22.7%) female and 487 (77.3%) male | **Gender identity:** Not reported. **Gender dysphoria:** Not reported. **Onset:** Not reported. **Social transition:** Not reported | **Depression:** Not reported. **Anxiety:** Not reported. **Suicide:** Not reported. **Self harm:** Not reported. **Eating disorder:** Not reported | **ASC:** Not reported. **ADHD:** Not reported | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |
| VanderLaan 2015c | Children clinically referred for gender dysphoria to a gender identity service. Specialised service housed within a child psychiatry programme at an academic health science centre. Information in paper suggests it is the Gender Identity Service at the Centre for Addiction and Mental Health in Toronto, Ontario, Canada | 1976 to 2010 | n=534 | **Age at referral:** Not reported. **Age at assessment:** Age range 3-12. **Birth-registered sex:** 95 (17.8%) female and 439 (82.2%) male | **Gender identity:** Not reported. **Gender dysphoria:** Not reported. **Onset:** Not reported. **Social transition:** Not reported | **Depression:** Not reported. **Anxiety:** Not reported. **Suicide:** Not reported. **Self harm:** Not reported. **Eating disorder:** Not reported | **ASC:** Used Child CBCL to measure gender or non-gender related Obsessions (item 9: "Can't get his/her mind over certain thoughts.") Compulsions (item 66: "Repeats certain acts over and over." Each item scored 0-2. Number (%) of brm scoring 1-2 for item 9 and 66 was 265 (61.5%) and 114 (26.2%). Of 44 females and 256 males scoring 1-2 on item 9, the nature of obsessions was gender-related in 18 (40.9%) and 118 (54.0%). Of 12 females and 84 males scoring 1-2 on item 66, the nature of compulsions was gender-related in 2 (16.7%) and 14 (16.7%). **ADHD:** Not reported | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |
| Wallien 2009* | Children consecutively referred to, and then assessed in a gender identity clinic (assessment data used). The Gender Identity Service, which is housed within the Child, Youth, and Family Program (CYFP) at the Centre for Addiction and Mental Health (Toronto, Ontario, Canada). | March 1992 to July 2008 | n=529 | **Age at referral:** Not reported. **Age at assessment:** Mean age 7.4 (SD 2.5), range 2.9-13.0. **Birth-registered sex:** 63 (19.1%) female and 266 (80.9%) male | **Gender identity:** Not reported. **Gender dysphoria:** Not all complete diagnosis criteria for Gender Identity Disorder. Gender Identity Interview for Children (GIIC) mean sum score (absolute range 0-24) was 6.9 (SD 5.8), 8.0 (5.3) brf and 6.7 (5.9) brm. **Onset:** Not reported. **Social transition:** Not reported | **Depression:** Not reported. **Anxiety:** Not reported. **Suicide:** Not reported. **Self harm:** Not reported. **Eating disorder:** Not reported | **ASC:** Not reported. **ADHD:** Not reported | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Study | Aim | Setting | Dates | Sample | Age at referral / assessment and Birth-registered sex | Gender identity / Gender dysphoria / Onset / Social transition | Depression / Anxiety / Suicide / Self-harm / Eating disorder | ASC / ADHD | Neglect or abuse / Parental mental illness or substance misuse / Exposure to domestic violence / Household member in prison / Loss of parent |
|---|---|---|---|---|---|---|---|---|---|
| Wood 2013 | Children and adolescents referred for gender dysphoria to identity service. | The Gender Identity Service, which is housed within the Child, Youth, and Family Program (CYFP) at the Centre for Addiction and Mental Health (Toronto, Ontario, Canada). | 1976 to 2011 reported in 4 year blocks | 830 referred. 577 children (age 3-12). 253 adolescents (age 13-20). Numbers per 4-yearly blocks reported | Age at referral: Not reported. Age at assessment: Not reported. Birth-registered sex: 229 (27.6%) female (105 children, 124 adolescents) and 601 (72.4%) male (472 children, 129 adolescents). Overall M:F sex ratio 2.62:1 (4.49:1 for children and 1.04:1 for adolescents). M:F ratio for year blocks: 76-79 = 4.57:1, 80-83 = 4.84:1, 84-87 = 4.76:1, 88-91 = 3.20:1, 92-95 = 6.38:1, 96-99 = 4.94:1, 00-03 = 2.5:1, 04-07 = 1.82:1, 08-11 = 1.27:1 (ratios for children and adolescents together reported). Percentage male by age grouping: age 3 = 97.1%, age 4 = 84.8%, age 5 = 83.6%, age 6 = 87.4%, age 7 = 75.8%, age 8 = 82.2%, age 9 = 88.7%, age 10 = 70.1%, age 11 = 76.1%, age 12 = 55.9%, age 13-14 = 54.6%, age 15-16 = 53%, age 17-18 = 39.7%, age 19-20 = 71.4% | Gender identity: Not reported. Gender dysphoria: Not reported. Onset: Not reported. Social transition: Not reported. | Depression: Not reported. Anxiety: Not reported. Suicide: Not reported. Self-harm: Not reported. Eating disorder: Not reported. | ASC: Not reported. ADHD: Not reported. | Neglect or abuse: Not reported. Parental mental illness or substance misuse: Not reported. Exposure to domestic violence: Not reported. Household member in prison: Not reported. Loss of parent: Not reported. |
| Zucker 1982 | All children referred to gender identity clinic for assessment with problems in gender identity development as one of the stated issues of concern | Child and Adolescent Gender Identity Clinic, Child and Family Studies Centre, Clarke Institute of Psychiatry, Toronto | Period of 12 months; pre-1980 as results first presented in 1979 | 15 referred. 1 excluded (dropped out). n=14 | Age at referral: Not reported. Age at assessment: Mean age 7.4, range 5.1-14.5. Birth-registered sex: 4 (28.6%) female and 10 (71.4%) male. Of referred number, 4 were female, 11 male. | Gender identity: Not reported. Gender dysphoria: 7 (50%) b=m met full criteria for diagnosis of gender dysphoria in childhood and 3 (30%) showed some of the characteristics. The 4 (100%) b=f met criteria associated with Point A, which formed the basis of assessment for diagnosis because of disagreement regarding Point B for b=f. Onset: Not reported. Social transition: Not reported. | Depression: Not reported. Anxiety: Not reported. Suicide: Not reported. Self-harm: Not reported. Eating disorder: Not reported. | ASC: Not reported. ADHD: Not reported. | Neglect or abuse: Not reported. Parental mental illness or substance misuse: Not reported. Exposure to domestic violence: Not reported. Household member in prison: Not reported. Loss of parent: Not reported. |
| Zucker 1983 (listed paper Zucker 1984) | Pre-adolescent children referred to gender identity clinic for potential problems in their gender identity development as one, or the only, issue of concern | Child and Adolescent Gender Identity Clinic, Child and Family Studies Centre, Clarke Institute of Psychiatry, Toronto | 3-year period | 39 referred. 3 excluded (dropped out). n=36 | Age at referral: Not reported. Age at assessment: Mean age 7.9 (SD 2.9). Mean age 6.6 (SD 2.2) for children diagnosed with gender identity disorder (GID) (n=21) and 9.7 (2.8) for those not diagnosed (n=15). Birth-registered sex: 5 (13.9%) female and 31 (86.1%) male. | Gender identity: Not reported. Gender dysphoria: 21 (58.3%) [5 (100%) b=f, 16 (51.6%) b=m] met criteria for diagnosis of gender identity disorder in childhood. For females, only point A of the criteria was used. The other 15 b=m had some characteristics not associated with a diagnosis. Onset: Not reported. Social transition: Not reported. | Depression and anxiety: CBCL internalising problems mean T score 62.8 (SD 11.3). Score was 60.7 (10.9) for those with GID diagnosis (n=21) and 65.7 (11.6) for those without diagnosis) - difference was not significant. Anxiety: Not reported. Suicide: Not reported. Self-harm: Not reported. Eating disorder: Not reported. | ASC: Not reported. ADHD: Not reported. | Neglect or abuse: Not reported. Parental mental illness or substance misuse: Not reported. Exposure to domestic violence: Not reported. Household member in prison: Not reported. Loss of parent: Not reported. |
| Zucker 1985 | Consecutive series of children referred to a gender identity service because of concerns about their gender identity development (as one, or the only concern). Initial evaluation data used. | Child and Adolescent Gender Identity Clinic, Child and Family Studies Centre, Clarke Institute of Psychiatry, Toronto | 5.5-year period | 57 referred. 2 excluded (dropped out). n=55 | Age at referral: Not reported. Age at assessment: Mean age 7.6 (SD 2.8). Birth-registered sex: 7 (12.7%) female and 48 (87.3%) male. Of referred, 7 female and 50 male. | Gender identity: Not reported. Gender dysphoria: 31 (56.4%) met criteria for gender identity disorder of childhood. 24 (50%) b=m met full criteria and 7 (100%) b=f met criteria for Point A, which was used for diagnosis due to disagreements about Point B for b=f. The other 24 b=m manifested at least some characteristics of cross-gender identification. Onset: Not reported. Social transition: Not reported. | Depression: Not reported. Anxiety: Not reported. Suicide: Not reported. Self-harm: Not reported. Eating disorder: Not reported. | ASC: Not reported. ADHD: Not reported. | Neglect or abuse: Not reported. Parental mental illness or substance misuse: Not reported. Exposure to domestic violence: Not reported. Household member in prison: Not reported. Loss of parent: Not reported. |
| Zucker 1992 | Children referred consecutively to a gender identity service | Clinic specialising in gender identity problems in children and adolescents, which is housed within the child psychiatry service of a psychiatric research institute. From information in paper, it is likely to be the Child and Adolescent Gender Identity Clinic, Child and Family Studies Centre, Clarke Institute of Psychiatry, Toronto. | Not reported | 92 referred. 8 excluded (age 3-4) as too young for assessment task; 3 excluded as data lost; 7 excluded as dropped out. n=79 | Age at referral: Not reported. Age at assessment: Mean age 7.8 (SD 2.7) [6.5 (2.1) for those diagnosed with gender identity disorder and 9.4 (2.5) for those not diagnosed]. Birth-registered sex: 9 (11.4%) female and 70 (88.6%) male. | Gender identity: Not reported. Gender dysphoria: 44 (55.7%) [8 (88.9%) b=f and 36 (51.4%) b=m] met criteria for diagnosis of gender identity disorder in childhood [only Point A criteria used for b=f due to disagreement on Point B]. 35 (44.3%) manifested some characteristics of cross-gender identification (met some diagnostic criteria). Onset: Not reported. Social transition: Not reported. | Depression: Not reported. Anxiety: Not reported. Suicide: Not reported. Self-harm: Not reported. Eating disorder: Not reported. | ASC: Not reported. ADHD: Not reported. | Neglect or abuse: Not reported. Parental mental illness or substance misuse: Not reported. Exposure to domestic violence: Not reported. Household member in prison: Not reported. Loss of parent: Not reported. |
| Zucker 1993 | Children referred consecutively to a gender identity service. Two other children for whom there was concern about their gender identity development but who were not formally referred. | Clinic specialising in gender identity problems in children and adolescents, which is housed in a children's department within a university's psychiatric research institute. From information in paper, it is likely to be the Child and Adolescent Gender Identity Clinic, Child and Family Studies Centre, Clarke Institute of Psychiatry, Toronto. | 5-year period | 98 referred plus 2 others assessed. 15 excluded as dropped out. n=85 | Age at referral: Not reported. Age at assessment: Mean age 6.8 (SD 2.3) [mean age of those diagnosed with GID was 5.9 (1.7) and those not diagnosed was 8.2 (2.4). Birth-registered sex: 14 (16.5%) female and 71 (83.5%) male. Of referred, 16 female and 82 male. | Gender identity: Not reported. Gender dysphoria: 52 met complete criteria for diagnosis of gender identity disorder and 33 did not, although they all manifested some characteristics of cross-gender identification. Group meeting criteria were significantly younger than those who did not. Onset: Not reported. Social transition: Not reported. | Depression: Not reported. Anxiety: Not reported. Suicide: Not reported. Self-harm: Not reported. Eating disorder: Not reported. | ASC: Not reported. ADHD: Not reported. | Neglect or abuse: Not reported. Parental mental illness or substance misuse: Not reported. Exposure to domestic violence: Not reported. Household member in prison: Not reported. Loss of parent: Not reported. |
| Zucker 1997 | Children age 3-12 referred to and then assessed in a gender identity service. | Child and Adolescent Gender Identity Clinic, Child and Family Studies Centre, Clarke Institute of Psychiatry, Toronto. Established 1978. Housed in a children's department within a psychiatric research institute. | 1978 to 1995 | 275 referred. Excluded 29 (dropped out of assessment). n=246 | Age at referral: Not reported. Age at assessment: Of referred, mean age 7.8 (SD 2.9) b=f and 7.1 (2.5) b=m. Birth-registered sex: 32 (13.0%) females and 214 (87.0%) males. Of referred, 36 (13.1%) female and 239 (86.9%) male. M:F sex ratio 6.6:1 | Gender identity: Reported sum scores for CBCL item 5 (behaves like opposite sex) and 110 (wishes to be of opposite sex) (range 0-4). Mean score 2.8 (SD 1.1) b=f and 2.3 (1.3) b=m. Gender Identity Questionnaire mean scores (range 1-5) were 3.4 (0.5) b=f and 3.1 (0.5) b=m. Gender dysphoria: 123 (57.5%) b=m and 20 b=f (64.5% of 31 assessed) met complete diagnostic criteria for gender identity disorder. Onset: Not reported. Social transition: Not reported. | Depression: Not reported. Anxiety: Not reported. Suicide: Not reported. Self-harm: Not reported. Eating disorder: Not reported. | ASC: Not reported. ADHD: Not reported. | Neglect or abuse: Not reported. Parental mental illness or substance misuse: Not reported. Exposure to domestic violence: Not reported. Household member in prison: Not reported. Loss of parent: Not reported. |
| Zucker 1999 | Children referred to, and then assessed in a gender identity service for problems in their gender identity development | Clinic specialising in gender identity problems in children and adolescents, which is housed in a children's department within a psychiatric research institute in Toronto. | 1978 to 1995 | 236 referred. 30 excluded (9 data not collected, 20 age 11-12 removed to ensure comparability to controls, 1 no cross gender identification). n=206 | Age at referral: Not reported. Age at assessment: Mean age 6.6 (SD 2.1). Birth-registered sex: 22 (10.7%) female and 184 (89.3%) male. Of referred, 29 female and 207 male. | Gender identity: Not reported. Gender dysphoria: 132 (64.1%) met the complete diagnostic criteria for gender identity disorder (GID) of childhood and 74 (35.9%) did not. Of these, all manifested some characteristics of cross-gender identification and were considered subthreshold for the diagnosis of GID. On the Gender constancy gender identity question 9 (Are you a girl or a boy? Are you a (opposite sex of subject's first response?)), 192 (93.2%) responded according to their birth-registered sex (paper reports this as passed) and 14 (6.8%) gave the opposite (paper reports this as failed). Onset: Not reported. Social transition: Not reported. | Depression: Not reported. Anxiety: Not reported. Suicide: Not reported. Self-harm: Not reported. Eating disorder: Not reported. | ASC: Not reported. ADHD: Not reported. | Neglect or abuse: Not reported. Parental mental illness or substance misuse: Not reported. Exposure to domestic violence: Not reported. Household member in prison: Not reported. Loss of parent: Not reported. |
| Zucker 2002 | Children (< 16 years) and adolescents (13 years or older) referred consecutively to, and then assessed in a child and adolescent gender identity service. Excluded boys referred for fetishistic cross-dressing who showed no signs of gender identity development problems, and adolescents with co-occurring transvestic fetishism or autogynephilia. | The Child and Adolescent Gender Identity Clinic, which is housed within the Child Psychiatry Program at the Centre for Addiction and Mental Health – Clarke Division (Toronto) | 1975 to 2000 | n=430. 358 children, 72 adolescents. Excluded 15 boys referred for fetishistic cross-dressing. Adolescents excluded based on criteria not reported. | Age at referral: Not reported. Age at assessment: Child mean age 7.2 (SD 2.5), range 3.2-12.95. Adolescent mean age 15.8 (1.3), range 13.2-19.9. Birth-registered sex: 84 (19.5%) female and 346 (80.5%) male. Among children, 53 female and 305 male (M:F ratio 5.75:1). For adolescents, 31 female and 41 male (M:F ratio 1.32:1) | Gender identity: Not reported. Gender dysphoria: Not reported. Onset: Not reported. Social transition: Not reported. | Depression and anxiety: CBCL internalising problems mean T score for children 60.8 (SD 11.0) (n=343), for adolescents 69.2 (66.2) (n=46). Anxiety: Not reported. Suicide: Not reported. Self-harm: Not reported. Eating disorder: Not reported. | ASC: Not reported. ADHD: Not reported. | Neglect or abuse: Not reported. Parental mental illness or substance misuse: Not reported. Exposure to domestic violence: Not reported. Household member in prison: Not reported. Loss of parent: Not reported. |

Supplemental material

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Case 2:22-cv-00184-LCB-CWB   Document 558-43   Filed 05/27/24   Page 36 of 48

*Arch Dis Child*

| | | | | | Gender Identity / Gender dysphoria | Depression and anxiety | ASC / ADHD | Neglect / abuse etc. |
|---|---|---|---|---|---|---|---|---|
| Zucker 2010 | Adolescents referred consecutively to, and then assessed in, a Gender Identity Service. Adolescents referred for other reasons were excluded: 1) those with transvestic fetishism without co-occurring gender dysphoria, 2) with cross-gender behavior but without explicit desire to be the other sex and no clear sexual orientation, 3) adolescents with a gay/lesbian or bisexual sexual orientation. Baseline assessment data used. | The Gender Identity Service, which is housed within the Child, Youth, and Family Program at the Centre for Addiction and Mental Health, Toronto | 2000 to 2009 | 345 referred. Excluded 56 adolescents, referred for other reasons as specified (1. n=35, 2. n=6, 3. n=15) n=109 | **Age at referral:** Not reported **Age at assessment:** Mean age 16.8 (SD 1.7) **Birth-registered sex:** 55 (50.5%) female and 54 (49.5%) male | **Gender Identity:** Not reported **Anxiety:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Zucker 2012a | Adolescents referred consecutively to, and then assessed in, a Gender Identity Service. Adolescents referred for gender identity disorder or transvestic fetishism (TF) were included. Excluded 1) adolescents with a homosexual sexual orientation and 2) undifferentiated adolescents. | The Gender Identity Service, which is housed within the Child, Youth, and Family Program at the Centre for Addiction and Mental Health, Toronto | 1976 to 2009 | 417 referred. 88 adolescents excluded based on inclusion criteria (1. n=54, 2. 34). n=329 (192 with GID, 137 with TF) n=192 with GID | **Age at referral:** Not reported **Age at assessment:** Mean age bf 16.4 (SD 1.7), range 13.2-21.8. Mean age fsm 16.3 (1.7), range 13.4-20.8. **Birth-registered sex:** 87 (45.3%) female and 105 (54.7%) male | **Gender Identity:** CBCL and YSR sum mean scores for Item 5 (behaves like opposite sex) and 110 (wishes to be of opposite sex) (range 0-4) were 3.3 (SD 1.0) and 3.7 (0.6) bf (n=69, 71), and 2.8 (1.2) and 3.3 (1.0) fsm (n=79, 78). Gender Identity/Gender Role Questionnaire for Adolescents (GIGRQ-Ad) total mean scores were 2.2 (0.7) bf (n=64) and 2.6 (0.9) fsm (n=79). Gender Identity/Gender Dysphoria Questionnaire for Adolescents and Adults (GIGAA) total mean scores were 2.2 (0.4) bf (n=54) and 2.5 (0.5) fsm (n=48). **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression and anxiety:** CBCL internalising problems mean T score 67.6 (SD 9.2) bf (n=71) and 69.8 (9.3) fsm (n=83). YSR scores 60.3 (10.9) bf? (n=73) and 64.8 (12.6) fsm (n=81). **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Zucker 2012b | Children (age 2-12) referred to, and then assessed in a gender identity service for problems with gender identity development. | Gender Identity Service, Child, Youth, and Family Program at the Centre for Addiction and Mental Health in Toronto. Since the clinic was established in the mid-1970s, a total of 590 children have been evaluated. | 2008 | n=26 | **Age at referral:** Not reported **Age at assessment:** Mean age 6.5 (SD 2.3, range 3-12 (individual ages reported 10, 7, 5, 6, 9, 5, 3, 7, 6, 10, 8, 12, 8, 7, 6, 4, 10, 6, 4, 10, 6, 4, 5, 6, 5) **Birth-registered sex:** 8 (30.8%) female and 18 (69.2%) male | **Gender Identity:** Not reported **Gender dysphoria:** 24 (92.3%) met diagnostic criteria for gender identity disorder, 1 was subthreshold, and 1 showed no signs of gender identity disorder **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Zucker 2017 | Children referred for gender dysphoria to and then assessed in a gender identity service for children. | A specialty gender identity service for children, housed within a child psychiatry program at an academic health science center. Information in paper suggests this is Toronto clinic. | 1986 to 2013 | 531 referred or assessed. 145 excluded as data not available. n=386 | **Age at referral:** Not reported **Age at assessment:** Mean age 7.8 (SD 2.6) **Birth-registered sex:** 82 (21.2%) female and 304 (78.8%) male | **Gender Identity:** Not reported **Gender dysphoria:** 100% met DSM-III, DSM-IV or DSM-5 criteria for Gender Identity Disorder / Gender Dysphoria or were subthreshold for the diagnosis. **Onset:** Not reported **Social transition:** Not reported | **Depression and anxiety:** CBCL internalising problems mean score for included children (n=386) was 63.1 (SD not reported). For excluded children (n=145), mean score was 56.8. **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Items 9 (obsessions) and 66 (compulsions) on the Teacher's Report Form (TRF) were used to measure intense / obsessional interests. 30 (38.0%) brf scored 1 or 2 for item 9, and 115 (41.7%) brm. For item 66, 8 (10.0%) brf and 55 (18.2%) brm scored 1 or 2. **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| **Denmark** | | | | | | | | |
| Kaltiala 2020 | Children and adolescents referred to gender service | Publicly funded, nationally centralised GIDs for minors under 18. A GIDS for minors was established in Copenhagen in 2016. | 2016 to 2017 | Absolute referral numbers | **Age at referral:** Not reported **Age at assessment:** Not reported **Birth-registered sex:** F:M ratio 2016=2.96., 2017=3.87 | **Gender Identity:** Not reported **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| **Finland** | | | | | | | | |
| Kaltiala-Heino 2015 (linked paper Sumia 2019) | All adolescents who entered the assessment process for sex reassignment | Specialised multi-disciplinary adolescent gender identity teams at Tampere and Helsinki University Hospitals (these are the only two specialised services for adolescents in Finland) | First two years (2011 to December 2013) | 49 referred 2 dropped out n=47 | **Age at referral:** Not reported **Age at assessment:** Mean age (SD) 16.04 (0.57) brm and 16.66 (1.07) brf **Birth-registered sex:** 41 (87.2%) female and 6 (12.8%) male | **Gender identity:** Not reported **Gender dysphoria:** All were reported to have gender dysphoria. Gender Identity / Gender Dysphoria Questionnaire for adolescent median score (IQR) = 2.2 (2.0-2.6) brm and 2.1 (1.9-2.3) brf (<3.0 suggest clinically significant GID). **Onset:** 14 (25.8%) reported questioning their gender before age 12, 30 (63.8%) at 12 or later, and 3 (6.4%) applicants could not define this. 5 (10.6%) persistently expressed GD and/or identified with opposite sex during childhood, 3 (6.4%) transient, 9 (19.1%) tomboyish girls but no gender questioning or dysphoria. 30 (63.8%) no recalled GD or cross-gender behaviours during childhood. Recalled Childhood Gender Identity scale was more important (female-typical sub-scale mean (sd) brm 31.0 (6.0), brf 13.3 (6.4); male-typical sub-scale brm 9.2 (4.3), brf 11.3 (3.0); gender conformity sub-scale brm 16.9 (6.1), brf 31.6 (4.8)); gender-nonconformity sub-scale brm 15.7 (4.5), brf 10.8 (3.2). **Social transition:** During assessment, 34 (72.3%) were sure about feeling opposite sex to their natal sex (5 (14.7%) reached conclusion before age 12, 27 (79.4%) at 12 or later, 2 (5.9%) unsure) and 13 (27.7%) were not sure about feelings regarding gender identity. No difference between brf and brm. Social transition: 18 (36.3%) were living in desired role when assessment was completed (3 (50%) brm and 15 (36.6%) brf). Mean (SD) / median time of living in desired role was 28.3 (17.9) / 24.0 months brm, and 29.8 (39.2) / 12 months brf. | **Depression:** 30 (64%) Previous or current psychiatric treatment for depression **Anxiety:** 26 (55%) treatment for anxiety disorder **Suicide and self-harm:** 25 (53%) treatment for suicidal and self-harming behaviours **Eating disorder:** 1 severe case of anorexia nervosa was noted (no other data provided) | **ASC:** 12 (26%) previous or current psychiatric treatment for ASD **ADHD:** 5 (11%) treatment for ADHD | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Kaltiala-Heino 2019 | Adolescents desiring gender re-assignment who attended for an assessment | One of the two adolescent gender identity services in Finland - Tampere University Hospital | 2011 to 2015 | 107 8 excluded (did not complete assessment) n=99 | **Age at referral:** Not reported **Age at assessment:** Mean (SD) age brf 16.86 (0.94) years, and brm 16.91 (0.91) years. Range 14-18 years. **Birth-registered sex:** 84 (84.8%) female and 15 (15.2%) male | **Gender identity:** Not reported **Gender dysphoria:** All reported as having gender dysphoria (no data provided) **Onset:** Age of onset of gender dysphoria - 1 (6.7%) brm and 1 (6.0%) brf <12 years, 12 (80.0%) brm and 79 (94.0%) brf 12 or later. **Social transition:** Not reported | **Depression:** 8 (53.3%) brm and 57 (67.9%) brf with previous or current psychiatric treatment contact due to depression **Anxiety:** 7 (46.7%) brm and 50 (59.5%) brf with previous or current psychiatric treatment contact due to anxiety **Suicide and self-harm:** 6 (40.0%) brm and 47 (56.0%) brf with previous or current psychiatric treatment contact due to suicidality / self-harm **Eating disorder:** Not reported | **ASC:** 2 (13.3%) brm and 15 (17.9%) brf with previous or current psychiatric treatment contact due to ASD **ADHD:** 3 (20.0%) brm and 5 (6.0%) brf with previous or current psychiatric treatment contact due to ADHD | **Neglect or abuse:** 5.2% reported experiences of sexual abuse (no other details provided) **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Kaltiala 2020* | Children and adolescents referred to gender service | Specialised multi-disciplinary adolescent gender identity teams at Tampere and Helsinki University Hospitals (opened in 2011) | 2010 to 2017 | n=600 Numbers per year reported | **Age:** Not reported **Birth-registered sex:** Female:male ratio 3.7 in 2011, 5.0 in 2012, 6.7 in 2013, 7.4 in 2014, 6.8 in 2015, 7.9 in 2016, 8.3 in 2017. Overall ratio was 0.5 in children (0-12 years), and 7.1 in adolescents (13-17). | None reported | None reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Study | Population | Setting | Dates | Sample | Age & birth-registered sex | Gender identity / dysphoria / onset / social transition | Depression / anxiety / suicide / self-harm / eating disorder | ASC / ADHD | Adverse childhood experiences |
|---|---|---|---|---|---|---|---|---|---|
| Vahmos | Adolescents with gender dysphoria seeking hormone interventions who were assessed at a gender service and then referred to an adolescent gynecology clinic (n=124) | Adolescent gynecology clinic at Helsinki University Hospital | January 2011 to December 2018 | n=124 | **Age at referral:** Not reported. **Age at assessment:** Median age (range) at first contact with gender identity service 16.7 years (12.3–18.0). Age at time of assessment at gynecology clinic 17.7 (14.6–19.8). Median age did not differ between gender groups or change significantly by time during study period. **Birth-registered sex:** 104 (83.9%) female and 20 (16.1%) male. Female: male ratio 1.2 in 2011, 2.3 in 2012, 3.4 in 2013, 4.3 in 2014, 4.9 in 2015, 5.3 in 2016 and 5.6 in 2017 | **Gender identity:** Not reported. **Gender dysphoria:** All were diagnosed with GD (median (range) age at diagnosis 18.1 (14.6–19.8)). **Onset:** Not reported. **Social transition:** Not reported. | **Depression:** 36 (29.0%); 31 (29.6%) brf, 5 (25.0%) brm. 31 (25.6%) using anti-depressants (27 (26.2%) brf, 4 (22.2%) brm). Percentage of adolescents with depression did not change with time. **Anxiety:** 24 (19.4%); 20 (19.2%) brf, 4 (20.0%) brm. Percentage of adolescents with anxiety did not change with time. **Suicide:** Not reported. **Self-harm:** Not reported. **Eating disorder:** 2 (1.6%); brf 2 (1.9%) brm 0 (0.0%). | **ASC:** 2 (1.6%) brf 1 (1.0%) brm 1 (5.0%) **ADHD:** 5 (4.0%) brf 3 (2.9%) brm 2 (10.0%) | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Loss of parent:** 10 (8.4%) had experienced death or permanent hospitalisation of a parent. |

**Germany**

| Study | Population | Setting | Dates | Sample | Age & birth-registered sex | Gender identity / dysphoria / onset / social transition | Depression / anxiety / suicide / self-harm / eating disorder | ASC / ADHD | Adverse childhood experiences |
|---|---|---|---|---|---|---|---|---|---|
| Becker-Hebly 2020, Nieder 2021 | Children and adolescents with gender-variant behaviours and/or experiences who presented at a gender identity service | Hamburg Gender Identity Service, University Medical Center Hamburg Eppendorf. Established in 2006 and is one of five specialised clinics in Germany for the treatment of children and adolescents with gender dysphoria (GD). Since its establishment, the clinic has provided specialised GD-related diagnostics and treatment for more than 900 referred families. | September 2013 to June 2017 | 434 children and adolescents referred. 270 completed baseline assessment. Further sub-sample of 75 were focus of study - data not reported for this selected sub-sample of treated adolescents. | **Age at referral:** Not reported. **Age at assessment:** Not reported. **Birth-registered sex:** Of referred (n=434), 72% female and 28% male. | **Gender identity:** Not reported. **Gender dysphoria:** Not reported. **Onset:** Not reported. **Social transition:** Not reported. | **Depression:** Not reported. **Anxiety:** Not reported. **Suicide:** Not reported. **Self-harm:** Not reported. **Eating disorder:** Not reported. | **ASC:** Not reported. **ADHD:** Not reported. | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported. |
| Brecht 2021 | Treatment-seeking adolescents (age 11 or over) with gender incongruence according to ICD-11, based on clinical documentation at time of first presentation to a gender identity service. | Gender Identity Special Consultation (GISC) at the Charité Universitätsmedizin Berlin, Germany. Affiliated with Department of Child and Adolescent Psychiatry, specialises in care of children and adolescents with gender incongruence within an inter-disciplinary team. Offers education and treatment ranging from psychological counselling to endocrinological and phoniatric treatment. | December 2018 to November 2020 | 66 referred. 16 excluded as CBCL/YSR data not available. n=50 | **Age at referral:** Not reported. **Age at assessment:** Mean age 15.5 (SD 1.6), range 12-18. **Birth-registered sex:** 39 (78.0%) female and 11 (22.0%) male. | **Gender identity:** 38 (76.0%) transboys, 11 (22.0%) transgirls, 1 (2.0%) non-binary. **Gender dysphoria:** Not reported. **Onset:** Not reported. **Social transition:** Not reported. | **Depression and anxiety:** YSR and CBCL internalising problems mean T-score and percentage in clinical range compared to male norms were 66.82 (SD 12.73), 61.5% and 66.58 (11.66), 56.4% brf and 62.55 (10.85), 54.5% and 64.55 (10.83), 49.1% brm, for YSR and CBCL respectively. On anxious/depressed sub-scale means were 63.35 (11.78), 48.7% and 64.13 (11.46), 56.4% brf, and 58.27 (9.78), 54.5% and 64.36 (12.04), 45.5% brm, for YSR and CBCL. **Suicide:** At initial assessment, 54.0% reported suicidality (suicidal thoughts, intentions, or attempted suicide). **Self-harm:** At initial assessment, 48.0% stated that they had already harmed themselves at least once. **Eating disorder:** Not reported. | **ASC:** Not reported. **ADHD:** YSR and CBCL attention problems mean T-score and percentage in clinical range compared to male norms were 61.33 (11.58), 15.4% and 58.30 (8.26), 10.3% brf, and 59.36 (6.90), 9.1% and 65.55 (11.30), 36.4% brm, for YSR and CBCL respectively. On attention problems sub-scale means were 61.10 (11.36), 28.2% and 59.94 (8.31), 10.3% for brf, and 60.18 (6.79), 18.2% and 67.82 (11.14), 36.4% for brm. | |
| Hartig 2022 | Children (age 5-10) and adolescents (age 11-18) who received a gender dysphoria diagnosis at a specialist service (data collected at initial visit following referral). | Hamburg Gender Identity Service, University Medical Center Hamburg Eppendorf. MDT providing specialised care to provides specialised care to children and youths. | September 2013 to December 2019 | 858 referred. 278 chose not to participate. 103 non-response due to missing data; excluded due to having prior treatment; 35 no GD diagnosis. n=392. 49 children, 343 adolescents | **Age at referral:** Not reported. **Age at assessment:** Mean age 14.6 (SD 2.9) brf 15.0 (2.2), brm 12.9 (4.3), for children age 5-10, mean age 8.2 (1.9) brf 8.0 (1.7), brm 7.7 (1.9); for adolescents age 11-18, mean age 15.5 (1.5) brf 15.4 (1.5), brm 15.7 (1.4). **Birth-registered sex:** 306 (78.1%) female and 86 (21.9%) male. Of those age 5-10, 19 (38.9%) female and 30 (61.2%) male. Of those age 11-18, 287 (83.7%) female and 56 (16.3%) male. In total referred (n=858), 74% were birth-registered female. | **Gender identity:** Not reported. **Gender dysphoria:** 316 (80.6%) met complete diagnostic criteria for dysphoria; 30 (7.6%) partially fulfilled criteria (subthreshold), 46 (11.7%) missing diagnostic criteria / still ongoing. **Onset:** Not reported. **Social transition:** Not reported. | **Depression:** Not reported. **Anxiety:** Not reported. **Suicide and self-harm:** Children's CBCL for item 18 (deliberate self-harm or attempted suicide) - 3 (6.1%, 95% CI 0.0-9.3) reported any (2 (4.5%, 0.0-9.3) sometimes, 1 (2.0%, 0.0-5.1) often). Adolescent CBCL for item 18 - 100 (29.2%, 6.9-23.9) reported any (67 (19.5%, 15.1-23.9) sometimes, 33 (9.5%, 6.9-12.9) often). Adolescent YSR for item 18 - 155 (45.1%, 15.5-30.9) reported any (89 (25.9%, 21.2-30.9) sometimes, 66 (19.2%, 15.3-23.4) often). Children's CBCL for item 91 (suicidal ideation) - 8 (16.3%, 0.0-27.9) reported any (all of these indicated sometimes, CI 5.9-27.9). Adolescent CBCL for item 91 - 68 (19.8%, 15.8-23.9) sometimes, 11 (3.2%, 1.1-5.1) often; 79 (23.0%, 16.8-25.6) reported any (84.5% of these sometimes). Adolescent YSR for item 91 - 124 (36.2%, 31.0-41.3) sometimes, 19 (5.5%, 3.0-8.0) often; 143 (41.6%, 36.3-46.9) reported any. Sum Suicidality Index (sum score of item 18 and 91, range 0-6) mean CBCL score for children 0.25 (SD 0.65), 0.21 (0.54) brf, 0.27 (0.69) brm. Mean CBCL and YSR score for adolescents 0.61 (0.97) and 1.15 (1.35) [YSR brf 1.24 (1.38) brm 0.71 (1.13)]. **Eating disorder:** Not reported. | **ASC:** Not reported. **ADHD:** Not reported. | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Loss of parent:** Not reported. |
| Leviton 2019 | All families of adolescents (age 11 or older) who attended a first appointment at a gender identity service were invited to take part. Eligibility for study was a diagnosis of gender dysphoria (GD). | Hamburg Gender Identity Service, University Medical Center Hamburg Eppendorf. Provides specialised services for children and adolescents with gender identity issues with a possibility of a referral to an endocrinology specialist for further medical treatment. | September 13 to June 2017 | 434 children and adolescents referred, 124 dropped out, 40 missing data. Excluded 38 children, 8 adolescents with psychosis, 2 with prior medical treatment, 42 GD criteria not fully met or not determined yet. n=180 | **Age at referral:** Not reported. **Age at assessment:** Mean age 15.53 (SD 1.35), brf 15.54 (1.33) and brm 15.51 (1.47). **Birth-registered sex:** 146 (81.1%) female and 34 (18.9%) male. Of adolescents completing assessment, 78% female and 21% male. Of all referred (n=434), 72% female and 28% male. | **Gender identity:** Mean sum score (range 0-6) for CBCL item 5 (behaves like opposite sex) and 110 (wishes to be of opposite sex) 3.84 (SD 0.41) (3.88 (0.36) for brf, 3.68 (0.54) brm). **Gender dysphoria:** Of 222 adolescents providing data, 180 (81.1%) met full criteria (included complete), 24 (10.8%) partially met criteria (subthreshold), 6 (2.7%) did not meet criteria. 12 (5.4%) diagnostic procedure ongoing. **Onset:** Not reported. **Social transition:** Social transition data at initial appointment. Mean score 2.93 (SD 1.07) (2.99 (1.05) brf and 2.50 (1.08) brm). This was measured on a scale of 1 (no social transition and living in birth-assigned gender role), 2 (partial social transition in at least 1 out of 3 life areas [home, peers, school or in between gender roles]), 3 (almost complete social transition, living in new gender role in at least 2 of 3 life areas); 4 (complete social transition in all life areas). | **Depression and anxiety:** YSR internalising problems raw mean score 20.7 (SD 10.38, CI 19.17-22.22), brf 21.1 (10.67, 19.32-22.81) and brm 19.1 (9.01, 16.97-21.26). T-scores were 65.2 (10.64, 63.67-66.80) brf 64.8 (10.69, 63.07-66.60) brm 66.9 (9.85, 63.51-70.38). **Onset:** Not reported. **Suicide:** Not reported. **Self-harm:** Not reported. **Eating disorder:** Not reported. | **ASC:** Not reported. **ADHD:** Not reported. | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported. |
| Roder 2018 | Adolescents referred to gender identity service and diagnosed with gender dysphoria who provided consent and data for study. | Hamburg Gender Identity Service, University Medical Center Hamburg Eppendorf. MDT providing specialised care to provides specialised care to children and youths (age 5-18). | 2013 to 2016 | 203 children and adolescents assessed. Excluded 77 on basis of inclusion criteria / missing data. n=126 | **Age at referral:** Not reported. **Age at assessment:** Mean age 15.6 (SD 1.4), range 11.6 and 18.2. Mean age brf 15.6 (1.3), range 11.6 - 18.2. brm 15.7 (1.8), range 11.8 - 18.0. **Birth-registered sex:** 103 (81.7%) female and 23 (18.3%) male. | **Gender identity:** 23 (18.3%) trans females and 103 (81.7%) trans males. **Gender dysphoria:** Not reported. **Onset:** Not reported. **Social transition:** Not reported. | **Depression and anxiety:** YSR internalising problems mean score brf 21.4 (10.2) and brm 20.6 (7.1). **Suicide:** Not reported. **Self-harm:** Not reported. **Eating disorder:** Not reported. | **ASC:** Not reported. **ADHD:** Not reported. | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported. |
| Sievert 2021 | All families of children (under age 12) who attended a first appointment at a gender identity service and received a diagnosis of gender dysphoria (GD). | Hamburg Gender Identity Service for Children and Adolescents (Hamburg GIS), University Medical Center Hamburg Eppendorf. Founded in 2006. | September 2013 to December 2018 | 680 (age 5-18) referred (89 children, 591 adolescents). 367 dropped out, 65 missing data. Excluded 381 adolescents, 13 children not meeting GD criteria. n=54 | **Age at referral:** Not reported. **Age at assessment:** Mean age 9.05 (SD 2.08) brf 9.98 (1.53), brm 8.25 (2.17). **Birth-registered sex:** 25 (46.3%) female and 29 (53.7%) male. Of children (<age 12), 69% female and 52% male. Of all referred (680), 74% female and 26% male. | **Gender dysphoria:** Of 67 children providing data, 54 (80.6%) met criteria and 13 (19.4%) did not. All included sample (n=54) met criteria (inclusion criteria for analysis sample). **Onset:** Not reported. **Social transition:** Social transition data at initial appointment. Mean score 2.60 (SD 1.27) (2.58 (1.32) brf and 2.61 (1.24) brm). This was measured on a scale of 1 (no social transition and living in birth-assigned gender role), 2 (partial social transition in at least 1 out of 3 life areas [home, peers, school or in between gender roles]), 3 (almost complete social transition, living in new gender role in at least 2 of 3 life areas); 4 (complete social transition in all life areas). | **Depression and anxiety:** CBCL mean T-scores 59.87 (SD 11.59, CI 56.71-63.03), brf 60.68 (10.20, 56.47-64.89), brm 59.17 (12.80, 54.30-64.04). **Onset:** Not reported. **Suicide:** Not reported. **Self-harm:** Not reported. | **ASC:** Not reported. **ADHD:** Not reported. | **Neglect or abuse:** Not reported. **Parental mental illness or substance misuse:** Not reported. **Exposure to domestic violence:** Not reported. **Household member in prison:** Not reported. **Loss of parent:** Not reported. |

**Israel**

Supplemental material

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Case 2:22-cv-00184-LCB-CWB   Document 558-43   Filed 05/27/24   Page 38 of 48

Arch Dis Child

| Study | Population | Setting | Dates | Sample | Demographics | Gender identity / dysphoria / onset / social transition | Mental health | ASC / ADHD | Adverse experiences |
|---|---|---|---|---|---|---|---|---|---|
| Segre-Becker 2020 | Children and young people <18 referred to specialist clinic with GD diagnosis (DSM5). | Gender dysphoria clinic and Dana-Dwek Children's Hospital, Tel Aviv Medical Centre (established March 2013). | March 2013 to December 2018 | 106 referred | Age at referral: mean 15.1 (range 4.6 to 18.5)<br>Age at assessment: Not reported<br>Birth-registered sex: (F:M) 2013=1:2, 2014: 0:3, 2015=1:6, 2016=9:11, 2017=23:7, 2018=23:10 | Gender identity: 59 (56%) identified as transgender males<br>Gender dysphoria: All DSM5 GD diagnosis<br>Onset: Not stated for full sample<br>Social transition: Not stated for full sample | Depression: 24 (27%)<br>Anxiety: Not reported<br>Suicide: thoughts - 11 (11%), attempts - 13 (14%)<br>Self harm: Not reported<br>Eating disorder: 3 (5%), brf 2 (3.5%) brm 3 (8%)<br>These are only reported for pubertal group (n=86) | ASC: 4 (4%)<br>ADHD: 26 (27%)<br>These are only reported for pubertal group (n=86) | Neglect or abuse: Not reported<br>Parental mental illness or substance misuse: Not reported<br>Exposure to domestic violence: Not reported<br>Household member in prison: Not reported<br>Loss of parent: Not reported |

**Italy**

| Study | Population | Setting | Dates | Sample | Demographics | Gender identity / dysphoria / onset / social transition | Mental health | ASC / ADHD | Adverse experiences |
|---|---|---|---|---|---|---|---|---|---|
| Fisher 2017 | Gender-referred adolescents attending several Italian Gender Clinics <18 with diagnosed GD | Sexual Medicine and Andrology Unit of the University of Florence and Gender Clinics of Rome, Milan, and Naples University Hospitals. | September 2014 to February 2016 | 47 met the participation criteria, 46 included in the analysis | Age at referral: Not reported<br>Age at assessment: mean 16.35 SD 1.32<br>Birth-registered sex: F:M ratio 1.3:1 | Gender identity: Transgender female (n=20) and Transgender male (n=26)<br>Gender dysphoria: gender dysphoria levels (GIDYQ-AA) mean 2.27 SD 0.40<br>Onset: GD onset <6 years old - 22 (47.8%)<br>Social transition: Not reported | Depression and anxiety: YSR internalising - mean 62.43 SD 11.18, clinical range (47.8%)<br>Suicide: ideation - 40 (87.0%), attempts - 6 (13.0%)<br>ADHD: Not reported | ASC: Not reported<br>ADHD: Not reported | Neglect or abuse: Lifetime maltreatment 31 (67.4%)<br>Parental mental illness or substance misuse: Not reported<br>Exposure to domestic violence: Not reported<br>Household member in prison: Not reported<br>Loss of parent: Adopted 4 (8.7%) |
| Mirabella 2022 | All adolescents (11 to 18) who had consecutively referred to the specialist gender clinic | Specialist gender identity service in Rome and Gender Incongruence Unit of the Careggi Hospital in Florence | April 2019 to June 2021 | 125 adolescents, 94 referred to the SAIFIP, 31 referred to GI unit | Age at referral: Not reported<br>Age at assessment: mean 15.37 SD 1.41; 11-14: 32 (26%), 15-18: 93 (74%)<br>Birth-registered sex: 85 (68%) female and 40 (32%) | Gender identity: 93 (74.4%) trans binary identity, 23 (18.4%) non-binary, 5 (4%) agender, 3 (2.4%) did not identify with any category, and 7 (5.6%) described themselves as undefined.<br>Gender dysphoria: Gender Identity/gender dysphoria questionnaire (GIDYQ-AA) brm mean 2.47 SD 0.39 brf mean 2.56 SD 0.88<br>Onset: Not reported<br>Social transition: Not reported | Depression: Not reported<br>Anxiety: Not reported<br>Suicide: Not reported<br>Self harm: Not reported<br>Eating disorder: Not reported | ASC: Not reported<br>ADHD: Not reported | Neglect or abuse: Not reported<br>Parental mental illness or substance misuse: Not reported<br>Exposure to domestic violence: Not reported<br>Household member in prison: Not reported<br>Loss of parent: Living in a foster household 5 (4%) |
| Ristori 2021 | Consecutive series of gender-referred adolescents (11 to 18) on their first day of admission | Gender Clinic of the University of Florence | September 2015 to April 2020 | 55 referred, 2 not GD/GI, 1 had previous used gender-affirming hormone treatment and 3 refused to participate, 40 included in final sample | Age at referral: Not reported<br>Age at assessment: Not reported<br>Birth-registered sex: 18 males and 21 females, ratio 1:1.8 | Gender identity: 18 brm and 32 brf<br>Gender dysphoria: All DSM5<br>Onset: Not reported<br>Social transition: Not reported | Depression and anxiety: YSR Anxiety and depression brm mean 12.30 SD 6.39 brf mean 10.71 SD 5.79<br>Suicide: Not reported<br>Self harm: Not reported<br>Eating disorder: Not reported | ASC: Not reported<br>ADHD: Not reported | Neglect or abuse: Not reported<br>Parental mental illness or substance misuse: Not reported<br>Exposure to domestic violence: Not reported<br>Household member in prison: Not reported<br>Loss of parent: Not reported |

**Netherlands**

| Study | Population | Setting | Dates | Sample | Demographics | Gender identity / dysphoria / onset / social transition | Mental health | ASC / ADHD | Adverse experiences |
|---|---|---|---|---|---|---|---|---|---|
| Aitken 2015* | Adolescents (aged 13 years or older) referred for gender dysphoria to specialist gender clinic. | Specialised gender clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | 1989 to 2013 | 186 from years 1989-2005<br>234 from years 2006-2013<br>n=420 | Age at referral: Not reported<br>Age at assessment: Mean age 16.1 (SD 1.6). No significant difference in age between brm and brf.<br>Birth-registered sex: From 1989-2005, 77 (41.4%) female and 109 (58.6%) male. M:F ratio 1.41:1. From 2006-2013, 148 (63.3%) female and 96 (36.7%) male. M:F ratio 1:1.72. Study reported significant difference in sex distribution between two time periods. | Gender identity: Not reported<br>Gender dysphoria: Not reported<br>Onset: Not reported<br>Social transition: Not reported | Depression: Not reported<br>Anxiety: Not reported<br>Suicide: Not reported<br>Self harm: Not reported<br>Eating disorder: Not reported | ASC: Not reported<br>ADHD: Not reported | Neglect or abuse: Not reported<br>Parental mental illness or substance misuse: Not reported<br>Exposure to domestic violence: Not reported<br>Household member in prison: Not reported<br>Loss of parent: Not reported |
| Alberga 2019 | Children and adolescents (aged 8 years or older) referred for gender dysphoria to specialist gender clinic - data collected during assessment. New referrals only. | Specialised gender clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | January 1996 to January 2016 (children, January 2004 to January 2016 adolescents) | 644 children referred, 193 under 8 excluded, 146 missing data excluded, n=305<br>997 adolescents referred, 190 returning to service excluded, 155 assessed pre 2004 excluded, 285 missing data excluded, n=369<br>Total n=674 | Age at referral: Not reported<br>Age at assessment: Children: mean age 9.1 (SD 1.5), range 5.9-13.0. Adolescents: mean age 15.3 (SD 1.8), range 10.7-18.0. Significant difference between age of children and adolescents indicated<br>Birth-registered sex: Children: 143 (46.9%) female, 162 (53.1) male. Adolescents 251 (68%) female, 118 (32%) male. Significant difference in sex distribution between children and adolescents indicated. | Gender identity: Not reported<br>Gender dysphoria: All struggled with gender identity which was reason for referral, but not all may meet DSM criteria for gender dysphoria. Severity of gender dysphoria measured but results not reported.<br>Onset: Not reported<br>Social transition: Not reported | Depression: Not reported<br>Anxiety: Not reported<br>Suicide: Not reported<br>Self harm: Not reported<br>Eating disorder: Not reported | ASC: Not reported<br>ADHD: Not reported | Neglect or abuse: Not reported<br>Parental mental illness or substance misuse: Not reported<br>Exposure to domestic violence: Not reported<br>Household member in prison: Not reported<br>Loss of parent: Not reported |
| Arnebout 2020 | All consecutively referred adolescents registered at specialist gender clinic (pubertal because all would be eligible for medical interventions - no minimum age required). | Specialised gender clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | 2000 to 2016 | n=1072<br>Numbers per year not reported | Age at referral: Not reported<br>Age at assessment: Mean 14.6 (2.2), range 10.1-18.1.<br>Birth-registered sex: 668 (62.3%) female and 404 (37.7%) male. No. of males per year from 2000-2016: 11, 10, 9, 15, 18, 39, 7, 17, 12, 20, 17, 17, 19, 52, 53, 48, 60. Female: 1, 10, 4, 9, 6, 13, 16, 21, 36, 27, 21, 24, 30, 60, 88, 137, 173. Year of assessment was significant predictor for birth-registered sex, with females over-represented in later compared to earlier years. | Gender identity: Not reported<br>Gender dysphoria: 908 (84.7%) diagnosed, 57 (5.3%) not diagnosed, 107 (10%) unknown. Percentage per year from 2000-2016: 76.6, 84.8, 92.0, 79.1, 74.7, 81.3, 78.2, 81.5, 89.8, 88.8, 97.2, 87.5, 85.1, 81.9, 91.9, 82.7, 81.3. Regression found that proportion diagnosed did not significantly change over time. Analysis found that the intensity of the feeling of gender dysphoria did not significantly change over time (as measured by the Utrecht Gender Dysphoria Scale).<br>Onset: Not reported<br>Social transition: Not reported | Depression and anxiety: Analysis showed no trend over time in the mean internalising total T-scores or the clinical range total T-scores on the CBCL and the YSR. Data not reported.<br>Suicide and self-harm: Analysis showed no trend in time in the Suicidality Scale score for the CBCL and YSR (items 18 and 91). Data not reported.<br>Eating disorder: Not reported | | Neglect or abuse: Not reported<br>Parental mental illness or substance misuse: Not reported<br>Exposure to domestic violence: Not reported<br>Household member in prison: Not reported<br>Loss of parent: Not reported |
| Balleur-van Rijn 2013 | Children (age 8-12 years) consecutively referred to a gender identity clinic (initial assessment data used). | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | 1996 to 2009 | n=147 | Age at referral: Not reported<br>Age at assessment: Mean age brf 9.9 (SD 1.2) and brm 9.4 (1.1)<br>Birth-registered sex: 57 (38.8%) female and 90 (61.2%) male | Gender identity: Not reported<br>Gender dysphoria: 90 (61.2%) were diagnosed with Gender Identity Disorder 144 (77.2%) brf, 46 (51.1%) brm). Others were sub-threshold for the diagnosis.<br>Onset: Not reported<br>Social transition: Not reported | Depression: Not reported<br>Anxiety: Not reported<br>Suicide: Not reported<br>Self harm: Not reported<br>Eating disorder: Not reported | ASC: Not reported<br>ADHD: Not reported | Neglect or abuse: Not reported<br>Parental mental illness or substance misuse: Not reported<br>Exposure to domestic violence: Not reported<br>Household member in prison: Not reported<br>Loss of parent: Not reported |
| Bungener 2017 | Adolescents consecutively referred to specialist gender clinic who provided data for the study (data collected at initial assessment) | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | June 2011 to December 2013 | 283 referred<br>46 excluded (10 dropped out of care, 36 did not complete/return questionnaires)<br>n=137 | Age at referral: Not reported<br>Age at assessment: Mean age 14.7 (SD 2.2), range 10.9-17.7. Mean age brm 14.11 (2.2) range 11.3-17.6, brf 15.14 (2.1) range 10.9-17.7<br>Birth-registered sex: 60 (43.8%) birth-registered males, 77 (56.2%) female | Gender identity: Not reported<br>Gender dysphoria: Not reported<br>Onset: Not reported<br>Social transition: Not reported | Depression: Not reported<br>Anxiety: Not reported<br>Suicide: Not reported<br>Self harm: Not reported<br>Eating disorder: Not reported | ASC: Not reported<br>ADHD: Not reported | Neglect or abuse: Not reported<br>Parental mental illness or substance misuse: Not reported<br>Exposure to domestic violence: Not reported<br>Household member in prison: Not reported<br>Loss of parent: Not reported |
| Cohen 1997 | All adolescent patients who attended a gender clinic. All were early age sex-reassignment surgery applicants. All were diagnosed as transsexuals. | Gender clinic of the Department of Child and Adolescent Psychiatry at the University of Utrecht Hospital, Utrecht - reported as the only gender clinic for adolescents in the Netherlands at the time of the study | Not reported | 32 referred<br>3 excluded due to invalid data<br>n=29 | Age at referral: Not reported<br>Age at assessment: Mean age 17.2 (SD 1.8).<br>Birth-registered sex: 20 (69.0%) female, 9 (31.0%) male | Gender identity: Not reported<br>Gender dysphoria: Not reported<br>Onset: Not reported<br>Social transition: Not reported | Depression: Not reported<br>Anxiety: Not reported<br>Suicide: Not reported<br>Self harm: Not reported<br>Eating disorder: Not reported | ASC: Not reported<br>ADHD: Not reported | Neglect or abuse: Not reported<br>Parental mental illness or substance misuse: Not reported<br>Exposure to domestic violence: Not reported<br>Household member in prison: Not reported<br>Loss of parent: Not reported |

Supplemental material

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Arch Dis Child

Case 2:22-cv-00184-LCB-CWB   Document 558-43   Filed 05/27/24   Page 39 of 48

| Study | Participants | Setting | Years | Sample | Age / sex | Gender measures | Mental health | ASC / ADHD | Adversity |
|---|---|---|---|---|---|---|---|---|---|
| Cohen-Kettenis 2003* | Children consecutively referred to a gender clinic. | Gender clinic of the Department of Child and Adolescent Psychiatry of the University of Utrecht Hospital, Utrecht - reported as the only gender clinic serving children and adolescents in the Netherlands at the time of the study. | 1988 to 2000. Largest number treated in 1997 and 2000 (n=20). | n=130 | **Age at referral:** % cases: age 3/4=0, 4/5=2.1, 5/6=9.4, 6/7=18.9, 7/8=18.9, 8/9=16.7, 9/10=11.4, 10/11=9.1, 11/12=9.8, 12/13=3.0. **Age at assessment:** Mean age 8.1 (SD 2.0), range 4.5-12.5. **Birth-registered sex:** 33 (25.4%) female, 97 (74.6%) male, M-F ratio 2.93:1 | **Gender identity:** Reported sum scores for CBCL item 5 (behaves like opposite sex) and 110 (wishes to be of opposite sex). Mean score 3.6 (SD 0.9) brf and 2.8 (1.2) brm. **Gender dysphoria:** 102 (78.5%) met complete DSM criteria for gender identity disorder. **Onset:** Not reported **Social transition:** Not reported | **Depression and anxiety:** Mean internalising T score 64.08 (SD 10.48). **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | ASC: Not reported ADHD: Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Cohen-Kettenis 2006* | Children and adolescents consecutively referred to a gender clinic and then assessed in the clinic. | Gender clinic of the Department of Child and Adolescent Psychiatry of the University of Utrecht Hospital, Utrecht - established in 1988 and reported as the only gender clinic serving children and adolescents in the Netherlands until 2002 when clinic was transferred to Amsterdam. | 1989 to 2002 | n=175 (GIQC not used for first 6 patients in service) | **Age at referral:** Mean age 8.1 (SD 1.9), range 4-12. **Age at assessment:** Not reported **Birth-registered sex:** 43 (24.6%) females and 132 (75.4%) males. M-F ratio 3:1. | **Gender identity:** Gender Identity Questionnaire for Children (GIQC) mean score brf 2.5 (SD 0.5), brm 2.3 (0.6). **Gender dysphoria:** 122 (69.7%) met complete diagnostic criteria for Gender Identity Disorder. GIQC mean score 2.3 (SD 0.5) for those meeting complete criteria, 2.7 (0.6) for those subthreshold (meeting some criteria). **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | ASC: Not reported ADHD: Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| de Graaf 2018b* | All adolescents aged 12-18 who were referred to specialist gender identity clinic (data collected during initial assessment). | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. Moved from Utrecht to Amsterdam in 2002 - one of longest standing gender services internationally. Only service for children and adolescents in the Netherlands. | January 2006 to December 2013 | 275 referred. 23 excluded as data not available. n=252 | **Age at referral:** Not reported **Age at assessment:** Mean age 14.3 (SD 2.1), brf 14.8 (2.1) and brm 13.7 (2.2). **Birth-registered sex:** 136 (54.0%) female and 116 (46.0%) male | **Gender identity:** For CBCL and YSR item 110 (wishes to be of the opposite sex), mean sum score (range 0-2) brf was 1.9 (SD 0.3) and 2.0 (0.2), brm 1.7 (0.6) and 1.8 (0.5). **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression and anxiety:** For CBCL and YSR internalising scale, mean score was 13.8 (SD 10.0) and 15.8 (9.3) for all, 14.9 (10.4) and 15.5 (9.4) brf, and 12.4 (9.3) and 16.1 (9.3) brm. On the CBCL, 99 (44.2%) were in the clinical range for internalising symptoms (59 (48.4%) brf, 40 (39.2%) brm). On the YSR, 64 (29.1%) were in the clinical range (35 (20.8%) brf, 39 (39.0%) brm). **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | ASC: Not reported ADHD: Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| de Graaf 2020* | Adolescents aged 13 or older who were referred and assessed at a specialist gender identity clinic (data collected during initial assessment). | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | 1990 to 2012 | n=266 | **Age at referral:** Not reported **Age at assessment:** Mean age 15.9 (SD 1.4). **Birth-registered sex:** 143 (53.8%) female and 123 (46.2%) male | **Gender identity:** For CBCL item 110 (wishes to be of the opposite sex), 233 (93.5%) scored 1 or 2 and 16 (6.4%) scored 0. For the YSR, 233 (96.6%) scored 1-2 and 8 (3.3%) scored 0. **Gender dysphoria:** All met DSM criteria for Gender Identity Disorder or Gender Dysphoria **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide and self-harm:** Sum scores for CBCL and YSR item 18 (deliberate self-harm or attempted suicide) and 91 (suicidal ideation) calculated (score range 0-2). Mean scores were 0.8 (SD 1.1) on CBCL and YSR. Percentages scoring 1-2 on CBCL and YSR item 18: 17.2% and 25.8% brf and 8.6% and 14.5% brm. Percentages scoring 1-2 on CBCL and YSR item 91: 26.9% and 27.3% brf and 22.4% and 27.3% brm. **Eating disorder:** Not reported | ASC: Not reported ADHD: Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| de Vries 2010 | Children (age under 12) and adolescents (age 12-18) referred to a gender identity clinic and consecutively assessed (data collected during initial assessment). | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. Only multidisciplinary team based clinic in the Netherlands examining children and adolescents experiencing gender dysphoria. | April 2004 to October 2007 | 231 referred. 27 excluded due to not completing assessment procedure. n=204 (108 children, 96 adolescents) | **Age at referral:** Not reported **Age at assessment:** Mean age 10.8 (SD 3.6). Mean age of children was 8.1 (1.8) and for adolescents 13.9 (2.3). **Birth-registered sex:** 89 (43.6%) female and 115 (56.4%) male | **Gender identity:** Not reported **Gender dysphoria:** Children: 52 (48.1%) Gender Identity Disorder (GID), 45 (41.7%) sub-threshold GID not otherwise specified (GID-NOS), 11 (10.2%) no GID diagnosis. Adolescents: 77 (80.2%) Gender Identity Disorder (GID), 8 (8.3%) sub-threshold GID not otherwise specified (GID-NOS), 11 (11.5%) no GID diagnosis. **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | ASC: 16 (7.8%), mean age 10.8 (SD 3.6). Incidence in those with GID diagnosis was 4.7% (n=6) and 17.0% (n=9) in those with GID-NOS diagnosis. 7 (6.5%) registered male and 3 female of 11 children with suspected ASD on referral. Incidence 7.4% of all 108 children. 1 (1.9%) of those with GID diagnosis, 6 (13%) GID-NOS diagnosis, and 0 no GID diagnosis. Mean age of children with ASD 9.1 (not significantly different to those without (8.0)). 9 (6 male, 3 female) of 15 suspected ASD adolescents. Incidence 9.4% of all 96. 3 (4%) of those with GID diagnosis, 3 (37.5%) GID-NOS diagnosis, and 1 (11.0%) no GID diagnosis. Mean age of adolescents with ASD 15.4 (significantly higher than those without (13.8)). ADHD: Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| de Vries 2011a | Adolescents consecutively referred to specialist gender clinic and assessed (assessment data used). | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | April 2004 to December 2009 | 201 referred, 17 left service, 184 assessed. 18 excluded due to previous study participation. 166 invited, 66 declined / unable to attend. n=105 Characteristics of 79 excluded similar except age at assessment which was older for sample (mean 14.4 vs. 13.9). | **Age at referral:** Not reported **Age at assessment:** Mean age 14.6 (SD 2.2) range 10.5-18.0 brf mean age 14.4 (2.2) range 11.1-18.0, brm 14.9 (2.2) range 10.5-18.0. **Birth-registered sex:** 52 (49.5%) female and 53 (50.5%) male | **Gender identity:** Not reported **Gender dysphoria:** 69 (84.8%) diagnosed with Gender Identity Disorder (GID), 16 (15.2%) were considered subthreshold for GID (met some but not all GID criteria). **Onset:** Not reported **Social transition:** Not reported | **Depression:** 13 (12.4%) any mood disorder; 2 (1.8%) brf and 11 (20.8%) brm. 9 (8.6%) major depression, 2 (3.8%) brf, 7 (13.2%) brm. 4 (3.8%) dysthymia (all brm 7.5% brm). Similar % for those in GID and sub-threshold groups. **Anxiety:** 22 (21.0%) any anxiety disorder; 9 (17.3%) brf and 13 (24.5%) brm. Specific phobia 8 (7.6%), 4 (4.5%) brf, 4 (4.5%) brm. Social phobia 10 (9.5%); 2 (3.8%) brf, 8 (15.1%) brm. Agoraphobia 1 (1.0%) (1 (1.9%) brm). Separation anxiety 4 (3.8%); 3 (5.8%) brf 1 (1.9%) brm. Generalised anxiety 1 (1.0%) (1 (1.9%) brf). Similar % for those in GID and subthreshold groups except for specific phobia (lower in those with GID: 4.5% vs. 25%). **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | ASC: Not reported ADHD: 3 (2.9%) (2 (3.8%) brf, 1 (1.9%) brm, 2 (1.9%) diagnosed with ADHD inattentive (1 brf, 1 brm), 1 diagnosed with ADHD hyperactive (1 brm). | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| de Vries 2011b | Adolescents (age 12-18) consecutively referred to specialist gender clinic. Only those fulfilling DSM-IV-TR criteria for Gender Identity Disorder and who were considered eligible for further medical interventions were included. | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | 2000 to 2007 | 90 referred. 7 excluded as no gender dysphoria diagnosis. n=83 | **Age at referral:** Not reported **Age at assessment:** Mean age brf 15.6 (SD 1.6), range 13.1-18.6. Mean age brm 15.7 (1.7), range 13.2-18.7. **Birth-registered sex:** 40 (48.2%) female and 43 (51.8%) male. For referred number, 41 (45.6%) female and 49 (54.4%) male. | **Gender identity:** Not reported **Gender dysphoria:** Of 90 referred, 83 (92.2%) were diagnosed with Gender Identity Disorder and 7 (7.8%) were not diagnosed. **Onset:** Not reported **Social transition:** Not reported | **Depression:** MMPI Depression mean T-score was 54.8 (SD 13.6) brf and 57.8 (11.2) brm. 22.5% brf and 20.9% brm scored in the clinical range. **Anxiety:** MMPI Psychasthenia mean T-score was 52.1 (SD 13.9) brf and 50.1 (9.3) brm. 20.0% brf and 7.0% brm scored in the clinical range. **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | ASC: Not reported ADHD: Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| de Vries 2011c | Children (age <12 years) and adolescents (age 12 and over) referred to a gender identity clinic. | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | 1987 to 2011 | 465 children referred, 467 adolescents. Referral numbers per year reported for children and adolescents. | **Age at referral:** Not reported **Age at assessment:** Mean age from 1987 to 2011: 16.5, 17.6, 17.9, 17.7, 16.4, 16.6, 17.6, 15.8, 17.2, 15.1, 14.9, 14.2, 15.4, 14.7, 14.1, 14.8, 14.1, 14.2, 13.4, 15.1, 13.6, 13.7, 14.2. **Birth-registered sex:** Not reported | **Gender identity:** Not reported **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | ASC: Not reported ADHD: Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| de Vries 2016* | Adolescents (age 13-18 years) referred and assessed at specialist gender clinic (baseline assessment data used). | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | 1996 to 2008 | n=139. CBCL / YSR data available for 112 / 106 | **Age at referral:** Not reported **Age at assessment:** Mean age 15.7 (SD 1.5). **Birth-registered sex:** 60 (43.2%) female and 79 (56.8%), M-F ratio = 1.31:1 | **Gender identity:** Not reported **Gender dysphoria:** 100% met DSM criteria either for Gender Identity Disorder or Gender Identity Disorder Not Otherwise Specified. **Onset:** Not reported **Social transition:** Not reported | **Depression and anxiety:** For CBCL and YSR internalising scale, mean score was 64.1 (SD 10.9) and 61.5 (12.5) for all, 62.0 (11.2) and 59.7 (11.3) brf, and 61.1 (10.7) and 62.9 (13.3) brm. On the CBCL, 53.6% were in the clinical range for internalising symptoms (38.8%brf and 65.1% brm). On the YSR, 45.3% were in the clinical range (31.3% brf and 56.9% brm). **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | ASC: Not reported ADHD: Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Study | Sample | Setting | Dates | n | Age | Gender | Mental health | Neurodevelopment | Adverse childhood experiences |
|---|---|---|---|---|---|---|---|---|---|
| Schagen 2013 | Peripubertal children and adolescents experiencing gender dysphoria who attended a gender identity clinic. | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | 1997 to 2008 | n=189 | **Age at referral:** Not reported **Age at assessment:** Mean age of 159 diagnosed with Gender Identity Disorder was 13.6 (range 9.1-17.9) b/f and 13.4 (range 9.0-17.7) b/m. For threshold individuals, mean age was 12.8 (range 9.0-17.0) b/f and 12.6 (range 9.2-17.8) b/m. **Birth-registered sex:** 95 (50.3%) female and 94 (49.7%) male | **Gender identity:** Not reported **Gender dysphoria:** 159 (84.1%) met complete DSM-IV-TR criteria for Gender Identity Disorder (GID). 30 (15.9%) were subthreshold and showed number of indicators of GID (10 (10.5%) b/f and 20 (21.3%) b/m). **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Steensma 2013 | Children (< 12 years of age) consecutively referred to a gender identity clinic. This study includes a sub-sample of these children followed up as returning adolescents (age 15 and over). Data on this selected sample is not reported. | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | 2000 to 2008 | 225 referred / n=124 in study (selected sub-sample so data not used) | **Age at referral:** Not reported **Age at assessment:** Not reported **Birth-registered sex:** 81 (36.0%) female and 144 (64.0%) male | **Gender identity:** Not reported **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Steensma 2014* | Children (age <12) and adolescents (12 and older) consecutively referred and assessed at a gender identity clinic. All met DSM criteria for Gender Identity Disorder (GID) or GID Not Otherwise Specified (NOS). Data at time of assessment. | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | 1991 to 2007 | 479 referred / 147 excluded as data not available / n=332 | **Age at assessment:** Mean age 10.0 (SD 3.4). Mean age of children 8.3 (1.9) and adolescents 14.5 (1.9). Mean age of 147 excluded: children 8.2 (2.0), adolescents 16.3 (2.1). **Birth-registered sex:** 123 (37.0%) female and 209 (63.0%) male. Of children, 78 (32.2%) female and 164 (67.8%) male. Of adolescents, 45 (50.0%) female and 45 (50.0%) male. In total referred sample, 180 (37.6%) female and 299 (62.4%) male. | **Gender identity:** Not reported **Gender dysphoria:** 100% diagnosed with GID or GID-NOS **Onset:** Not reported **Social transition:** Not reported | **Depression and anxiety:** Internalising mean T-score 54.6 (SD 10.2) - 56.4 (10.1) b/f and 56.7 (10.3) b/m. For children mean score was 55.9 (10.0) - 55.1 (9.4) b/f and 56.2 (10.2) b/m. For adolescents mean score was 58.5 (10.7) - 58.5 (9.3) b/f and 58.6 (11.6) b/m. Percentage in clinical range 26.1% (27.4% b/f, 25.8% b/m). For children, 21.9% (21.8% b/f, 22.0% b/m). For adolescents, 38.9% (37.8% b/f, 40.0% b/m). **Suicide:** Not reported **Self harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| van der Miesen 2018 | Children and adolescents with gender dysphoria consecutively referred to a gender identity clinic. | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | March 2005 to December 2012 | 542 referred / 52 unable to complete assessment / n=490 | **Age at assessment:** Mean age 11.1 (SD 3.7) (b/f mean age 12.1 (3.4) and b/m 10.1 (3.8)). **Birth-registered sex:** 242 (49.4%) females and 248 (50.6%) males. | **Gender identity:** Not reported **Gender dysphoria:** All diagnosed with Gender Identity Disorder (GID) **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self harm:** Not reported **Eating disorder:** Not reported | **ASC:** 14.5% at threshold score - no differences b/f and b/m above threshold. CBCL used to investigate ASD symptoms. Total mean score 20.6 (SD 15.7). Mean subscales scores for Tuned 7.3 (5.5), Social 4.0 (4.5), Orientation 3.0 (3.0), Understanding 3.3 (3.1), Stereotyped 1.6 (2.5), Change 1.3 (1.7). For b/f, total mean score 19.6 (14.6) (Tuned 6.9 (5.4), Social 4.4 (4.5), Orientation 2.7 (3.2), Understanding 3.3 (3.1), Stereotyped 0.9 (1.6), Change 1.4 (1.7)). For b/m, total mean score 21.5 (16.7) (Tuned 7.7 (5.6), Social 3.7 (4.4), Orientation 3.3 (3.0), Understanding 3.3 (3.1), Stereotyped 2.3 (2.3), Change 1.2 (1.8)). **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| van der Miesen 2020 | Adolescents consecutively referred to a specialist gender identity clinic. (Initial assessment data used) | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | 2012 to 2015 | 504 adolescents seen over period (not just newly referred) / 33 excluded as not completed assessment / 179 receiving treatment / n=272 starting assessment process | **Age at assessment:** Mean age 14.5 (SD 2.2). **Birth-registered sex:** 156 (57.4%) female and 116 (42.6%) male | **Gender identity:** Not reported **Gender dysphoria:** Not reported **Social transition:** Not reported | **Depression and anxiety:** YSR internalising problems (score range 0-64) mean score 11.7 (SD 8.4). Mean score b/f 11.6 (8.8) and b/m 11.7 (7.5). 31.3% had clinical range scores (28.2% b/f, 35.3% b/m). **Suicide and self-harm:** YSR (item 18 and 91 - score range 0-4) mean score 0.4 (0.8), b/f 0.4 (0.8) and b/m 0.4 (0.7). 27.2% endorsed the metric of suicidality. **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Verveen 2021 | Children (5-12 years) who were referred to specialist gender identity clinic. | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | 2010 to 2016 | 289 children referred / 82 excluded (incomplete data or assessment ongoing) / n=207 | **Age at assessment:** Mean age 8.7 (SD 1.6), b/f mean age 8.9 (1.5) and b/m 8.3 (1.7). Mean age of those excluded was 8.0 (2.3) (reported as significant difference). **Birth-registered sex:** 124 (60.0%) female and 83 (40.1%) male. Of all referred children, 160 (55.4%) female and 129 (44.6%) male. Reported significant difference in sex ratio between included and excluded children. | **Gender identity:** Not reported **Gender dysphoria:** Gender Identity Questionnaire mean score 1.9 (SD 0.5) (1.9 (0.4) b/f and 1.9 (0.5) b/m). Gender identity interview mean score 14.8 (5.6) (15.6 (4.9) b/f and 13.8 (6.4) b/m. **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Wallien 2007 | Children (under age 12) who were referred to a gender identity clinic and received a diagnosis of Gender Identity Disorder (GID) or were subthreshold. | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | March 1998 to December 2004 | 142 referred / 20 excluded - no GID diagnosis / n=120 | **Age at referral:** Not reported **Age at assessment:** Not reported, age range 4-11 **Birth-registered sex:** 34 (28.3%) female and 86 (71.7%) male. Of referred, 42 (29.6%) female and 100 (70.4%) male. | **Gender identity:** Not reported **Gender dysphoria:** Of referred, 103 (72.5%) met complete diagnostic criteria of Gender Identity Disorder (32 (76.2%) b/f and 71 (71.0%) b/m). 17 (12.0%) were subthreshold for diagnosis (2 (4.8%) b/f and 15 (15.0%) b/m). 22 (15.5%) had no GID diagnosis. **Social transition:** Not reported | **Depression:** Mood disorders 7 (5.8%): 3 (8.9%) b/f and 4 (4.7%) b/m. 44 (37%) children had internalising psychopathology. **Anxiety:** Anxiety disorders 37 (30.8%): 11 (32.4%) b/f and 26 (30.2%) b/m. 44 (37%) children had internalising psychopathology. **Suicide:** Not reported **Self harm:** Not reported **Eating disorder:** 0 (0.0%) | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Wallien 2008 | Total number of children (under age 12) referred to a gender identity clinic. This study includes a sub-sample of adolescents (age 16 and over). Data on this selected sample is not reported. | Gender Identity Clinic of the Department of Child and Adolescent Psychiatry at the University Medical Center Utrecht (which moved to the Department of Medical Psychology of the VU University Medical Center in Amsterdam in 2002). | 1989 to 2005 | 200 referred / n=77 in study (selected sub-sample so data not used) | **Age at referral:** Not reported **Age at assessment:** Not reported **Birth-registered sex:** 56 (28%) female and 144 (72%) male | **Gender identity:** Not reported **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Wallien 2009* | Children consecutively referred to, and then assessed in a gender identity clinic (assessment data used) | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | December 1988 to January 2006 | n=228 | **Age at assessment:** Mean age 8.3 (SD 1.9), range 4.5-13.0 **Birth-registered sex:** 58 (25.4%) female and 170 (74.6%) male | **Gender identity:** Not reported **Gender dysphoria:** 162 (71.5%) met complete diagnostic criteria for Gender Identity Disorder. Gender Identity Interview for Children (GIIC) mean sum score (absolute range 0-24) was 10.0 (SD 5.1) for everyone, 11.1 (4.8) b/f and 9.6 (5.2) b/m. **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Wallien 2010 | Cohort of children (age 7 years or older) referred to a gender identity clinic. | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | 2004 to 2006 | 44 referred / 16 excluded due to lack of parent or school consent / n=28 | **Age at assessment:** Mean age 10.5 (SD 1.5), range 8.1-12.8 **Birth-registered sex:** Of referred number, 23 (52.3%) female and 21 (47.8%) male. | **Gender identity:** All referred children had clear cross-gender preferences and identified with the other sex. **Gender dysphoria:** Of referred, 25 (56.8%) had a Gender Identity Disorder (GID) diagnosis (14 (60.9%) b/f and 11 (52.4%) b/m). 19 (43.2%) were subthreshold for GID (9 (39.1%) b/f and 10 (47.6%) b/m). **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Wiepjes 2018 | All people who attended a gender identity clinic. Information on first visit presented. | Specialised gender identity clinic - Center of Expertise on Gender Dysphoria at VU University Medical Center in Amsterdam. | 1972 to 2015 | n=1360. 912 adolescents (12-18 years) and 548 children (<12 years). Referral numbers per year provided for children and adolescents. | **Age at assessment:** Adolescent median age 16.0 (IQR 15-17). Same for both birth-registered sex groups. Children median age 9 (7-10) - for birth-registered females age 9 (8-11) and for males age 8 (7-10). Age distribution per year provided - fluctuates over the years for children and adolescents. **Birth-registered sex:** 737 (54.2%) female and 623 (45.8%) male. For adolescents, 482 (59.4%) female and 330 (40.6%) male. For children, 255 (46.5%) female and 293 (53.5%) male. | **Gender identity:** Not reported **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Case 2:22-cv-00184-LCB-CWB   Document 558-43   Filed 05/27/24   Page 41 of 48

| Study / Country | Population | Service description | Years | Referral numbers | Age / Birth-registered sex | Gender identity / dysphoria / onset / transition | Mental health | ASC / ADHD | Adverse experiences |
|---|---|---|---|---|---|---|---|---|---|
| **Norway** | | | | | | | | | |
| Kaltiala 2020 - Norway | Children and adolescents referred to gender service | Publicly funded, nationally centralised GIDs for minors under 18. A national GIDS in Oslo was always open to minors but before the 2000s rarely received referrals concerning children and adolescents. | 2010 to 2017 | Absolute referral numbers | Age at referral: Not reported; Age at assessment: Not reported; Birth-registered sex? M ratio 2012=0.67, 2013=2.02, 2014=0.97, 2015=1.24, 2016=1.84, 2017=1.99 | Gender identity: Not reported; Gender dysphoria: Not reported; Onset: Not reported; Social transition: Not reported | Depression: Not reported; Anxiety: Not reported; Suicide: Not reported; Self harm: Not reported; Eating disorder: Not reported | ASC: Not reported; ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Not reported |
| **Scotland** | | | | | | | | | |
| McCallum 2021 | Young people referred to endocrinology clinic for puberty suppression with GnRH analogue (new referrals) | Paediatric Endocrinology, Royal Hospital for Children, Glasgow | 2011 to 2019 | 91 assessed. New referrals: 2011=1, 2012=2, 2013=7, 2014=0, 2015=7, 2016=11, 2017=24, 2018=20, 2019=19. Total number: 2011=1, 2012=2, 2013=7, 2014=6, 2015=14, 2016=20, 2017=20, 2018=30, 2019=27. *These were extracted from figure* | Age at referral: Not reported; Age at assessment: mean 14.6 (range 8.8 to 17.4), 14.1 (range 8.7 to 17.6) brf and 15.1 (range 9.8 to 17.5) brm; Age at initial assessment each year: median (range): 2011= 11.55, 2012=14.28 (13.79, 14.28), 2013=14.91 (12.64, 15.64), 2014=10, 2015=14.45 (10.26, 17.42), 2016=14.73 (11.62, 16.64), 2017=14.94 (10.41, 17.64) *These were extracted from figure* | Gender identity: All; Gender dysphoria: All; Onset: Not reported; Social transition: Not reported; Birth-registered sex: 59 (65%) females and 32 (35%) males; F:M 2011=1:0, ratio 2012=2:1, 2013=1:32, 2014=1.52, 2015=1.50, 2016=4:14, 2017=2.16, 2018=2.13, 2019=2.03 | Depression: 13 (14.3%); Anxiety: 19 (20.9%); Suicide: Not reported; Self harm: Not reported; Eating disorder: 1 (1.1%) | ASC: 21 (23%), brf 14 (24%) and brm 7 (22%); ADHD: 4 (4%) | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Not reported |
| **Spain** | | | | | | | | | |
| De Castro 2022 | Children and adolescents under the age of 18 who attended the specialist Gender service | Referrals made by pediatricians, general practitioners, mental health specialists or endocrinologists from Catalonia to the Catalonian Gender Identity Unit | January 1999 to December 2016 | 140 included; 1999-2004=6; 2005-2010=32; 2011-13/06=102 | Age at assessment: median (IQR) 15.7 (4.2); transgender n=124 16.0 (2.6); 1999-2004=6 adolescents, 2005-2010=25 adolescents and 7 children, 2011-2016=78 adolescents and 14 children; Age at assessment: Not reported; Birth-registered sex: 70 (50%) female and 70 (50%) male; F:M numbers 1999-2004 3:3, 2005-2010 22:10, 2011-2016 57:45 | Gender identity: Not reported; Gender dysphoria: Not reported; Onset: Not reported; Social transition: Not reported | Depression: Not reported; Anxiety: Not reported; Suicide: Not reported; Self harm: Not reported; Eating disorder: Not reported | ASC: Not reported; ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Adopted children 3 (3.3%), living in a child welfare foster placement 1 (1.1%) |
| Esteva de Antonio 2013 | Children and adolescents under the age of 18 who attended the specialist Gender service | Andalusian Gender Team was formed in 1999 and is based at Carlos Haya University Hospital, in Malaga, Spain. 141 children and adolescents with gender dysphoria referred to us in this period. | 2000 to 2012 | 141 referred | Age at referral: <12 years 15 and 12-17 126 years, range 5 to 17; Age at assessment: Not reported; Birth-registered sex: F:M 34 107 (ratio 0.32); children 2 13 (ratio 0.15); adolescents 32 94 (ratio 0.34) | Gender identity: Not reported; Gender dysphoria: Not reported; Onset: Not reported; Social transition: Not reported | Depression: Not reported; Anxiety: Not reported; Suicide: Not reported; Self harm: Not reported; Eating disorder: Not reported | ASC: Not reported; ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Not reported |
| **Sweden** | | | | | | | | | |
| Kaltiala 2020 - Sweden | Children and adolescents referred to gender service | Publicly funded, nationally centralised GIDs for minors under 18. First established in Sweden in Stockholm in the 1990s. This became a part of public child and adolescent healthcare in 2014. Due to increased demand, several other GIDs in the country also accept referrals of minors. | 2010 to 2017 | Absolute referral numbers | Age at referral: Not reported; Age at assessment: Not reported; Birth-registered sex: F:M ratio 2010=1.91, 2011=1.35, 2012=4.02, 2013=8.62, 2014=3.61, 2015=1.50, 2016=3.10, 2017=2.43 | Gender identity: Not reported; Gender dysphoria: Not reported; Onset: Not reported; Social transition: Not reported | Depression: Not reported; Anxiety: Not reported; Suicide: Not reported; Self harm: Not reported; Eating disorder: Not reported | ASC: Not reported; ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Not reported |
| **Switzerland** | | | | | | | | | |
| de Graaf 2018b | Adolescents aged 12–18 who were referred to one of the four European specialist gender clinics who completed either the CBCL or the YSR at baseline | Specialist gender clinic (The Department of Child and Adolescent Psychiatry, University Hospital of Psychiatry Zurich, Switzerland). It was founded in 2009 and during the time of the study covered as catchment area the German speaking part of Switzerland | January 2009 to December 2013 | 32 referred; 26 were included. | Age at referral: mean 15.38 SD 1.20, brf 15.09 1.43, brm 15.60 0.99; Age at assessment: Not reported; Birth-registered sex: 15 (57.7%) female and 11 (42.3%) male. | Gender identity: Not reported; Gender dysphoria: Not reported; Onset: Not reported; Social transition: Not reported | Depression and anxiety: CBCL Internalising n=23 mean 20.39 SD 10.45, clinical range 16/24 (66.7%); YSR Internalising n=25 mean 22.88 SD 7.92, clinical range 15/26 (57.7%); Suicide: Not reported; Self harm: Not reported; Eating disorder: Not reported | ASC: Not reported; ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Not reported |
| **UK** | | | | | | | | | |
| Butler 2018 | Children and adolescents up to the age of 18 years | Tavistock and Portman NHS Trust in London nationally commissioned by NHS England in 2009 and extended to Leeds in 2012, providing regular outreach clinics in other areas of the UK. | 2010 to 2017 | Referrals: 2011/12=198, 2012/13=305, 2013/14=465, 2014/15=693, 2015/16=1415, 2016/17=2023 | Age at referral: 2010 to 2013 data: <5=12, 5=19, 6=24, 7=34, 8=24, 9=56, 10=59, 11=30, 12=45, 13=61, 14=130, 15=229, 16=245, 17=156; Age at assessment: Not reported; Birth-registered sex: F:M (ratio): 2011/12=113 85 (1.33), 2012/13=183 117 (1.56), 2013/14=279 186 (1.50), 2014/15=437 270 (1.56), 2015/16=920 495 (1.86), 2016/17=1396 627 (2.23). | Gender identity: Not reported; Gender dysphoria: Not reported; Onset: Not reported; Social transition: Not reported | Depression: Not reported; Anxiety: Not reported; Suicide: Not reported; Self harm: Not reported; Eating disorder: Not reported | ASC: Not reported; ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Not reported |
| Costa 2015 | A consecutive series of adolescents referred to specialist gender clinic who completed diagnostic procedure and consented to take part in the follow-up evaluation. | Gender Identity Development Service (GIDS) in London. | 2010 to 2014 | 436 adolescents referred, 201 completed diagnostic procedure and consented. | Age at referral: Not reported; Age at assessment: Mean 15.52 SD 1.41 years; Birth-registered sex: male/female ratio = 1:1.6 | Gender identity: DSM-IV TR all met criteria; Gender dysphoria: Utrecht Gender Dysphoria Scale mean 54.7 SD 6.8; Onset: Not reported; Social transition: Living in role completely 117 (62.6%), partly 27 (14.4%), no 43 (23.0%), changed name 107 (57.5%) did not change name 79 (42.5%) | Depression: Not reported; Anxiety: Not reported; Suicide: Not reported; Self harm: Not reported; Eating disorder: Not reported | ASC: Not reported; ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Living in children's home or living with other family members 10 (5.3%) |
| de Graaf 2018a | Data extracted for children 12 years of age or younger | Gender Identity Development Service (GIDS) at the Tavistock & Portman National Health Service (NHS) Foundation Trust in London, United Kingdom. The GIDS is the sole specialist service for children and adolescents with gender dysphoria in the United Kingdom that is funded by the NHS. | 2000 to 2017 | 1,215 children were referred to the GIDS | Age at referral: brf mean 9.78 SD2 15, brm mean 8.72 SD 2.30; Age at assessment: Not reported; Birth-registered sex: 534 (44%) females and 681 (56%) males; % males 2000-2006=75.6% and 2007-2017=55.0% | Gender identity: Not reported; Gender dysphoria: Not reported; Onset: Not reported; Social transition: Not reported | Depression: Not reported; Anxiety: Not reported; Suicide: Not reported; Self harm: Not reported; Eating disorder: Not reported | ASC: Not reported; ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Not reported |
| de Graaf 2018b | All adolescents aged 12-18 who were referred to one of the four European specialist gender clinics who completed either the CBCL or the YSR at baseline | Gender Identity Development Service, Tavistock and Portman NHS Foundation Trust, London, United Kingdom, was established in 1989. The GIDS is a national clinic, with a satellite clinic in the north, based on Leeds and a number of other established outreach clinics in the Exeter, Dublin, and Wales. | January 2009 to December 2013 | 860 adolescents were referred and data were available for 610 (70.9%) | Age at referral: mean 15.54 SD 1.28, brf mean 15.51 SD 1.26 and brm 15.58 SD 1.32; Age at assessment: Not reported; Birth-registered sex: 392 (64.3%) females and 218 (35.7%) males | Gender identity: Not reported; Gender dysphoria: Not reported; Onset: Not reported; Social transition: Not reported | Depression and anxiety: CBCL Internalising n=479 mean 18.79 SD 11.31, clinical range 285/464 (59.7%); YSR n=489 mean 25.36 SD 11.15, clinical range 291/496 (58.7%); Suicide: Not reported; Self harm: Not reported; Eating disorder: Not reported | ASC: Not reported; ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Not reported |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Study | Population | Service/setting | Dates | Referral/sample | Age, onset, birth-registered sex | Gender identity / dysphoria, onset, social transition | Depression, anxiety, suicide, self-harm, eating disorder | ASC / ADHD | Neglect/abuse and family factors |
|---|---|---|---|---|---|---|---|---|---|
| de Graaf 2018c | Children and adolescents up to the age of 18 years | The national Gender Identity Development Service (GIDS) in the UK | January 2009 to December 2016 | 4506 referred; 39% children and 60% adolescents had completed CBCL; Referrals (M:F): 2009=34:17=51; 2010=65:55=118; 2011=70:90=160; 2012=107:158=265; 2013=151:243=394; 2014=140:350=490; 2015=296:766=1162; 2016=557:1209=1766 | Age at referral: range 1 to 18; children <12 b=m m=409 mean 8.27 SD 2.27, b=f n=311 mean 8.97 SD 2.34; adolescents 12-18 b=m n=1210 mean 15.59 SD 1.40, b=f n=2577 mean 15.45 SD 1.32. Age at assessment: Not reported. Birth-registered sex: 2888 (64.1%) females and 1618 (35.9%) males (ratio 1.78) | Gender identity: Not reported; Onset: Not reported; Social transition: Not reported | Depression and anxiety: CBCL clinical range internalising 1050 (61.9%); Suicide: Not reported; Self-harm: Not reported; Eating disorder: Not reported | ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Not reported |
| de Graaf 2019 | Children and adolescents up to the age of 18 years | The national Gender Identity Development Service (GIDS) in the UK | April 2012 to April 2015 | 1444 referrals; 995 (68.2%) included within analysis - 266 ethnicity data not available, 176 data left blank, 7 were referrals for children of trans adults and children not gender diverse | Age at referral: b=m mean 13.63 and b=f mean 14.77. Age at assessment: Not reported. Birth-registered sex: 609 (61.2%) females and 386 (38.8%) males | Gender identity: Not reported; Gender dysphoria: Not reported; Onset: Not reported; Social transition: Not reported | Depression: Not reported; Anxiety: Not reported; Suicide: Not reported; Self-harm: Not reported; Eating disorder: Not reported | ASC: Not reported; ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Not reported |
| de Graaf 2020 | Referred and assessed for GD at one of three clinic sites | Gender Identity Development Service at the Tavistock and Portman National Health Service Trust in London, UK | 2009 to 2017 | 2245 adolescents | Age at referral: mean 15.93 SD 1.07. Age at assessment: Not reported. Birth-registered sex: 1560 (69.5%) female and 685 (30.5%) male | Gender identity and gender dysphoria: all adolescents met DSM-III, DSM-IV-R, DSM-IV or DSM-5 criteria either for Gender Identity Disorder/Gender Dysphoria or Gender Identity Disorder Not Otherwise Specified; Onset: Not reported; Social transition: Not reported | Depression: Not reported; Anxiety: Not reported; Suicide: CBCL count of suicide items n=1562 mean 0.98 SD 1.57; YSR sum of suicide items n=1515 mean 1.29 SD 1.33; CBCL (suicide behaviour), CBCL b=m 479 (30.3%) b=f 1100 (50.8%), CBCL ideation b=m 479 (31.7%) and b=f 1092 (33.4%); YSR behaviour b=m 281 (41.3%) and b=f 620 (45.2%); YSR ideation b=m 283 (49.1%) and b=f 619 (55.3%); Self-harm: Not reported; Eating disorder: Not reported | ASC: Not reported; ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Not reported |
| Holt 2016 | Referred children and adolescents 0 to 18 years at the London clinic | Gender Identity Development Service at the Tavistock and Portman National Health Service Trust in London, UK | January 2012 to December 2012 | 303 referred, 85 excluded as being children who received counselling in relation to having a transsexual parent or were referred to GIDS Leeds base. 218 children and adolescents included. | Age at referral: mean 14 SD 3.08 range 5 to 17. Age at assessment: Not reported. Birth-registered sex: 137 (62.8%) females and 81 (37.2%) males | Gender identity: Not reported; Gender dysphoria: Not reported; Onset: Not reported; Social transition: 47.8% preferred being referred to by a different name from birth name (67.2% b=f and 20.8% b=m); n=205 54.6% were living in their chosen gender, 9.8% partly and 35.6% were not | Depression: 91 (41.7%) b=m 37 (45.7%) and b=f 54 (39.4%); Anxiety: 49 (22.5%) b=m 17 (21.0%) and b=f 32 (23.4%); Suicide: ideation 76 (34.9%) b=m 31 (38.3%) and b=f 45 (32.8%); attempts 29 (13.3%) b=m 10 (12.3%) and b=f 19 (13.9%); Self-harm: 84 (38.5%) b=m 21 (25.9%) and b=f 63 (46%); Eating disorder: 29 (13.3%) b=m 10 (12.3%) and b=f 19 (13.9%) | ASC: 29 (13.3%) b=m 15 (18.5%) and b=f 14 (10.2%); ADHD: 18 (8.3%) b=m 10 (12.3%) and b=f 8 (5.8%) | Neglect or abuse: 38 (17.4%) total males 9 (11.1%) and total females 29 (21.2%); Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Living in foster care 9 (4.1%), living with adoptive parents 2 (0.9%), living in childrens home 1 (0.5%) |
| Kaltiala 2020 | Children and adolescents up to the age of 18 years | Child and adolescent gender identity development service at the Tavistock Clinic, London and satellite clinics across the UK, in Leeds (North) and Exeter (South), and provides consultation across the country (including Wales, Midlands and Ireland). | 2010 to 2017 | Referrals 2010=109, 2011=163, 2012=240, 2013=353, 2014=512, 2015=965, 2016=1313, 2017=2197 | Age at referral: Not reported. Age at assessment: Not reported. Birth-registered sex: F:M ratio 2010=0.81, 2011=1.00, 2012=1.51, 2013=1.83, 2014=2.35, 2015=1.85, 2016=2.35, 2017=2.58 | Gender identity: Not reported; Gender dysphoria: Not reported; Onset: Not reported; Social transition: Not reported | Depression: Not reported; Anxiety: Not reported; Suicide: Not reported; Self-harm: Not reported; Eating disorder: Not reported | ASC: Not reported; ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Not reported |
| Matthews 2019 | Children and adolescents up to the age of 18 years who were referred for an assessment of gender dysphoria | Tavistock and Portman GIDS in London, UK | April 2009 to April 2011 | 232 referrals; 2 counselling of transgender parents and 45 not first appointment or lost to follow up; 185 included | Age at referral: 13.70 SD 3.35 range 3 to 17; b=m mean 13.03 SD 3.88; b=f mean 14.44 SD 2.45. Age at assessment: Not reported. Birth-registered sex: n=148 mean 6.80 SD 3.96 range 1 to 15 | Gender identity: Not reported; Gender dysphoria: 156 (84.3%) met diagnosis of gender dysphoria; Onset: Not reported; Social transition: Not reported | Depression: Not reported; Anxiety: Not reported; Suicide: Not reported; Self-harm: Not reported; Eating disorder: Not reported | ASC: Not reported; ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: 9 (4.9%) looked after children (7 BR males and 2 BR females), 7 (3.8%) adopted (5 BR males and 2 BR females) |
| Morandini 2021 | Referred and assessed with completed associated Difficulties form post assessment | Tavistock and Portman GIDS in London, UK | 2012 and 2015 | 782 included, 218/263 referrals in 2012 and 564/1162 referrals in 2015 | Age at referral: mean 13.94 SD 2.94 range 4 to 17. Age at assessment: Not reported. Birth-registered sex: Not reported | Gender identity: Not reported; Gender dysphoria: Not reported; Onset: Not reported; Social transition: full time overall 2012=112 (54.6%) and 2015=238 (53.3%), b=f 2012=38 (38.2%) and 2015=150 (57.9%) 2012=74 (69.2%) and 2015=150 (52.2%) b=m 2012=16 (25.9%) and 2015=114 (27.3%), b=f 2012=22 (24.6%) and 2015=66 (25.3%) b=m 2012=41 (54.7%) and 2015=43 (67.5%); Overall 2012=20 (9.7%) and 2015=36 (8.1%), b=m 2012=16 (19.8%) and 2015=46 (17.3%) b=f 2012=12 (16.2%) and 2015=17 (5.7%) b=m 2012=22 (34.9%) and 2015=24 (6.5%), full time overall 2012=110 (54.6%) | Depression: Anxiety: 2012=49 (22.5%) and 2015=201 (38.6); Suicide: attempts 2012=29 (13.3%) and 2015=65 (8.6%); Eating disorder: Not reported | ASC: 2012=1.8% and 2015=(15.1%); ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: 2012=38 (17.4%) and 2015=62 (11.8%); Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Not reported |
| Pang 2020 | Children and adolescents up to the age of 18 years | Gender Identity Development Service (GIDS) in London, UK | 2009 to 2016 | 4684 referrals; 2009=81; 2010=134; 2011=194; 2012=303; 2013=437; 2014=642; 2015=1175; 2016=1799 | Age at referral: b=m median 15.3 IQR 12.5 to 16.5; b=f median 15.4 IQR 14.0 to 16.4. Age at assessment: Not reported. Birth-registered sex: 2837 (60.6%) females and 1847 (39.4%) male | Gender identity: Not reported; Gender dysphoria: Not reported; Onset: Not reported; Social transition: Not reported | Depression: Not reported; Anxiety: Not reported; Suicide: Not reported; Self-harm: Not reported; Eating disorder: Not reported | ASC: Not reported; ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Not reported |
| Skagerberg 2013a | Adolescents 12-18 who completed Youth Self Report form at the end of the assessment period | Gender Identity Development Service (GIDS) in London, UK | Unclear | 141 | Age at referral: Not reported. Age at assessment: mean 15.13 SD 1.70 range 12 to 18. Birth-registered sex: 84 (59.6) females and 57 (40.4%) males | Gender identity: DSM-IV criteria for Gender Identity Disorder; Gender dysphoria: Not reported; Onset: Not reported; Social transition: Not reported | Depression and anxiety: YSR internalising mean 63.23 SD 12.35, b=m (n=57) normal range 30% borderline 11% clinical 60%, b=f (n=84) normal range 35% borderline 21% clinical 44%; Suicide: Not reported; Self-harm: Not reported; Eating disorder: Not reported | ASC: Not reported; ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Not reported |
| Skagerberg 2013b | Children and adolescents up to the age of 18 years | Gender Identity Development Service (GIDS) in London, UK | Unclear | 135 referrals; 125 included | Age at referral: mean 13.56 SD 3.24. Age at assessment: Not reported. Birth-registered sex: 54.8% males and 45.2% females | Gender identity: Not reported; Gender dysphoria: Not reported; Onset: Not reported; Social transition: Not reported | Depression: Not reported; Anxiety: Not reported; Suicide: 11 (9.6%); Self-harm: 30 (24%) and 18 (14%) thoughts; Eating disorder: Not reported | ASC: Not reported; ADHD: Not reported | Neglect or abuse: Not reported; Parental mental illness or substance misuse: Not reported; Exposure to domestic violence: Not reported; Household member in prison: Not reported; Loss of parent: Not reported |

Supplemental material

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Arch Dis Child

Case 2:22-cv-00184-LCB-CWB   Document 558-43   Filed 05/27/24   Page 43 of 48

| Study | Population | Setting | Dates | Sample | Age | Gender | Mental health | ASC/ADHD | Other |
|---|---|---|---|---|---|---|---|---|---|
| Skagerberg 2015 | Children and adolescents up to the age of 18 years presenting with GD | Gender Identity Development Service (GIDS) in London, UK | Unclear | 166 included | **Age at referral:** mean 14.26 SD 2.68, range 5 to 18 **Age at assessment:** Not reported **Birth-registered sex:** 104 (62.7%) females and 62 (37.3%) | **Gender identity:** Not reported **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | ASC: SAS scale b/m n=62 mean 60.29 SD 41.41, b/f n=104 mean 57.45 SD 35.26;  76 (45.8%) normal - 2.8% had diagnosis of ASD; 45 (27.1%) mild/moderate - 15.6 % had diagnosis of ASD and 45 (27.1%) severe - 24.4% had diagnosis of ASD **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Twist 2019 | All clients aged at least 12 years old presenting to GIDS for first assessment completing assessment pack | Gender Identity Development Service (GIDS) in London, UK | June 2016 to February 2017 | 251 completed questions with some questions | **Age at referral:** aged 12 (n=10), aged 13 (n=17), aged 14 (n=27), aged 15 (n=57), aged 16 (n=70) and aged 17 (n=68). Mean 15.44 SD 1.62 **Age at assessment:** Not reported **Birth-registered sex:** 180 (71%) females and 71 (29%) males | **Gender identity:** Gender Diversity Questionnaire; 140 (56.9%) trans identity, 72 (29.3%) binary identity, 27 (11%) non-binary identity, undefined 4 (1.6%) **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| US | | | | | | | | | |
| Achille 2020 | Children, adolescents and young adults aged 9-25 years referred for gender dysphoria | Single centre paediatric endocrine department, Stony Brook Children's Hospital, New York | December 2013 to December 2018 | Although we do not have exact numbers, the vast majority of eligible subjects agreed to take part in the study. 116 entered the study and 50 are included in the analysis as completed all 3 waves of questionnaires. | **Age at referral:** Not reported **Age at assessment:** mean 16.2 SD 22, b/f mean 16.6 SD 2.3; b/m mean 15.5 SD 1.6 **Birth-registered sex:** 33 females and 17 males | **Gender identity:** Not reported **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** in past year 32 (64%); b/f 20 (60.6%); b/m 12 (70.6%) **Anxiety:** Not reported **Suicide:** 5 (10%); b/f 3 (9.1%); b/m 2 (11.8%) **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Brockmeith 2018 | Patients with gender dysphoria | Pediatric endocrine clinic at Riley Hospital for Children, Indianapolis | 2002 to 2017 | 79 patients | **Age at referral:** mean 14.9 SD 2.37 **Age at assessment:** Not reported **Birth-registered sex:** 49 (63%) female and 29 (37%) male | **Gender identity:** 49 (63%) male and 29 (27%) female **Gender dysphoria:** 100% **Onset:** Not reported **Social transition:** Not reported | **Depression:** 32 (41%) **Anxiety:** 23 (29.5%) **Suicide:** 8 (10.3%) **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** 12 (15.4%) | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Cantu 2020 | Transgender and gender-nonconforming youth seeking gender-affirming care 11-18 attending both initial and followup appointment and completed questionnaires at both visits | Academic medical centre in the Northwestern United States | September 2017 to June 2019 | 80 youth | **Age at referral:** Not reported **Age at assessment:** mean 15.1 SD 1.8 **Birth-registered sex:** Not reported | **Gender identity:** female 15 (18.8%), male 58 (72.5%) and nonbinary 7 (8.8%) **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** PHQ-9 mean 10.5 SD 6.5, PHQ-9<=11 37 (46%) **Anxiety:** GAD-7 mean 9.1 SD 6.1, GAD-7>=8 49 (61%) **Suicide:** 27 (34%) **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Chen 2016a | Not stated | Pediatric endocrine clinic at Riley Hospital for Children, Indianapolis | January 2002 to April 2015 | 38 patients identified | **Age at referral:** Not reported **Age at assessment:** mean 14.4 SD 3.2 **Birth-registered sex:** 22 females and 16 males | **Gender identity:** 16 female transgender; 22 male transgender; 1 gender fluid **Gender dysphoria:** 29% **Onset:** Not reported **Social transition:** Not reported | **Depression:** 12 (31.6%) **Anxiety:** Not reported **Suicide/Self harm:** 5 (13.1%) **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** 5 (13.1%) **ADHD:** 6 (15.8%) | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Chen 2016b | Youth under 25 years of age | Gender and Sex Development Program (GSDP) at the Ann & Robert H. Lurie Children's Hospital, Chicago | July 2013 to February 2016 | 220 patients in GDC with 10-12 new patients seen each month | **Age at referral:** Not reported **Age at assessment:** 54 <=11; 154 12 to 18; 12 19+ **Birth-registered sex:** 120 (54.5%) females and 100 (45.5%) males | **Gender identity:** Not reported **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Chodzen 2019 | Adolescent patients presenting for the initiation of care at a multidisciplinary gender clinic aged between 12 and 18 years old, self-identified as transgender and gender-nonconforming and who completed behavior health screening questionnaires as standard of care at their first clinical visit | Pediatric academic medical centre in a metropolitan Midwestern city | Unclear | 109 | **Age at referral:** Not reported **Age at assessment:** mean 15.46 SD 1.55 **Birth-registered sex:** 78 (71.6%) females and 31 (28.4%) males | **Gender identity:** Transgender 94 (86.2%), Gender nonconforming 2 (1.8%), Agender 4 (3.7%), Unsure/questioning 5 (4.6%), Non-binary 3 (2.8%), Gender queer 1 (0.9%) **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Cousino 2014 | Children and adolescents | Kids PRIDE Clinic at MetroHealth Medical Centre is dedicated to the care and support of gender-variant and transgender children, adolescents, and their families (established 2008) | Unclear | 20 youth and their families | **Age at referral:** Not reported **Age at assessment:** 7 to 19, mean 14.5 SD 3.0 **Birth-registered sex:** 10 (50%) females and 10 (50%) males | **Gender identity:** Not reported **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Edwards-Leeper 2017 | Gender dysphoric adolescents under 18 years of age with a single affirmed gender | Boston GeMS endocrinology clinic | 2007 to 2011 | 79 charts reviewed and 56 included | **Age at referral:** Not reported **Age at assessment:** 8.9 to 17.9 **Birth-registered sex:** 26 (46.4%) females and 30 (53.6%) males | **Gender identity:** All transgender **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression and anxiety:** YSR n=44 internalizing problems mean 58.48 SD 13.29; CBCL n=52 mean 60.21 SD 12.44; clinical range YSR (58.6%) and CBCL (48.1%); Depression CDI-child n=50 mean 51.56 SD 11.51; CDI-parent n=52 mean 56.46 SD 11.73; Anxiety RCMAS n=52 mean 9.8 SD 3.5. **Suicide:** YSR 11/46 (23.9%); CBCL 6/51 (11.8%) **Self-harm:** YSR 4/43 (9.3%); CBCL 4/52 (7.7%) **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Forrander 2021 | Transgender/gender diverse 9-18 years olds who attended at least one clinic appointment, and completed the patient and caregiver electronic surveys | Academic medical center in a large metropolitan area in the Midwest | 2017 to 2020 | 227 people | **Age at referral:** Not reported **Age at assessment:** mean 14.78 SD 2.06, range: 9 to 18 years **Birth-registered sex:** 219 (79.1%) females and 58 (20.9%) males | **Gender identity:** Masculine 119 (77.8%), Feminine 24 (15.7%), Nonbinary 8 (5.2%), Gender fluid 1 (0.7%), Not sure 1 (0.7%) **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Study | Age criterion | Setting | Recruitment period | Sample | Age | Gender identity / dysphoria | Mental health | ADHD / ASC | Other |
|---|---|---|---|---|---|---|---|---|---|
| Handler 2019 | <18 years of age at the time of referral | Kaiser Permanente Northern California (KPNC) is a large, integrated health care system that serves >4.2 million members. In 2013, KPNC opened a specialty clinic in Oakland, California, as a referral hub for transition-related services for TGNC members throughout Northern California | February 2015 to June 2018 | 417 referred to clinic; 2015=55 2016=101 2017=194 2018=154 (6 months data) | **Age at referral:** median 15 range 3 to 17 **Age at assessment:** Not reported **Birth registered sex:** 303 (73%) females and 114 (27%) males | **Gender identity:** Transmasculine 257 (62%), Transfeminine 102 (24%), Gender nonbinary 56 (13%) **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Hedrick 2022 | TGD youth | Doernbacher Gender Clinic (DGC) | 3 periods (1) the first 20 weeks of interdisciplinary care provided in person before the pandemic, (2) the first 20 weeks following the initiation of modified operations, and (3) the second 20 weeks of modified operations. | November 2019 to March 2020 = 63 March 2020 to July 2020 = 57 August 2020 to December 2020 = 77 | **Age at referral:** Not reported **Age at assessment:** Nov 19 to Mar 20 mean 14.4 range 8 to 18, Mar 20 to Jul 20 mean 14.2 range 7 to 18, Aug 20 to Dec 20 mean 14.4 range 8 to 18 **Birth-registered sex:** Not reported | **Gender identity:** Nov 19 to Mar 20 13 (21%), male 38 (60%), non-binary 12 (19%); Mar 20 to Jul 20 12 (21%), male 39 (68%), non-binary 6 (11%); Aug 20 to Dec 20 20 (26%), male 44 (57%), non-binary 13 (17%) **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Hidalgo 2017 | Gender-expansive youth | Outpatients of an interdisciplinary gender-health clinic located within a pediatric academic medical center in a large city within the Midwestern United States | Unclear | 341 | **Age at referral:** Not reported **Age at assessment:** mean 15.6 SD 1.99, range 12 to 24 **Birth-registered sex:** 228 (66.9%) females and 113 (33.1%) males | **Gender identity:** Not reported **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Hidalgo 2019 | Gender-expansive youth | Outpatients of an interdisciplinary gender-health clinic located within a pediatric academic medical center in a large city within the Midwestern United States. | Unclear | 258 | **Age at referral:** Not reported **Age at assessment:** mean 15.1 SD 1.4, range 12 to 17.99 **Birth-registered sex:** 185 (71.7%) females and 73 (28.3%) males | **Gender identity:** Not reported **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Kolbuch 2019 | Prepubertal youth presenting to clinic | Multidisciplinary pediatric gender clinic in the Midwestern US, Ann & Robert H. Lurie Children's Hospital of Chicago | August 2013 to April 2018 | 71 children | **Age at referral:** Not reported **Age at assessment:** mean 7.79 SD 2.08, range 3 to 11 **Birth-registered sex:** 21 (29.6%) females and 50 (70.4%) males | **Gender identity:** Not reported **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** 42 (59%), partially transitioned 3.5: 1 (5%) 6-11: 16 (23%), 57 all settings 3.5: 5 (7%) 6-11 20 (28%). | **Depression:** MDD 2 (2.9%) **Anxiety:** GAD 10/68 (14.7%) **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** 12/68 (17.6%) | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Kuper 2019a | Children and youth attending in person assessment and consenting for using data for research | Multidisciplinary gender affirming program in Dallas, Texas | 2014 to 2018 | 214 | **Age at referral:** Not reported **Age at assessment:** <=5 0 (0%), 6-9 14 (6.2%), 10-13 41 (18.1%), 14+ 171 (75.7%) **Birth-registered sex:** 137 (60.6%) females and 89 (39.4%) males | **Gender identity:** Male/boy/guy 121 (54.0%), Male spectrum 12 (5.3%), Female/girl/woman 82 (36.6%), Female spectrum 4 (1.8%), Nonbinary 5 (2.2%) **Gender dysphoria:** 96.2% DSM-5 for gender dysphoria **Onset:** Not reported **Social transition:** change in name (52% mean 6.9 SD 4.6) change in clothing (bct 100% age 8.2 (4.8), bm 85.9% age 12.0 (4.0), change in appearance (bct 100% age 11.9 (2.7), bm 95.3% age 12.1 (3.4)), change in name/pronoun (bct 99.2% age 13.4 (2.1), bm 87.1% age 12.8 (3.4)) | **Depression:** Mean QIDS (Quick Inventory of Depressive Symptoms) 9.5 SD 5.2, 26.7% not elevated range, 31.9% mild range, 24.6% moderate range, and 16.8% severe range. **Anxiety:** Mean Screen for Childhood Anxiety Related Emotional Disorders (SCARED) 30.8 SD 15.8, 60.9% scoring in clinically elevated range **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Kuper 2019b | Adolescents age 12–18 presented for an initial assessment before initiation of gender-affirming medical care (i.e., pubertal suppression and/or cross-sex hormone therapy). | Gender Education and Care Interdisciplinary Support program in Dallas, TX | 2014 to 2017 | 149 | **Age at referral:** Not reported **Age at assessment:** mean 15.3 SD 1.52, range 12 to 18 **Birth-registered sex:** (64.4%) females and (35.6%) males | **Gender identity:** 57% male, boy, or guy, 6.0% male spectrum (e.g., "transmasculine"), 34% female, girl, or woman, 1.3% female spectrum (e.g., "mostly female"), and 1.3% different gender identity (e.g., agender) **Gender dysphoria:** All but 1 participant met full criteria for gender dysphoria at the time of assessment. **Onset:** Not reported **Social transition:** Not reported | **Depression:** TDI internalising mean 63.1, clinically elevated 55.2%; DSM orientated mean 66.2, clinically elevated 37.8%; **Anxiety:** DSM orientated mean 64, clinically elevated 32.9% **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** DSM orientated mean 58.9, clinically elevated 10.5% | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Leon 2021 | Youth <18 years of age gave verbal assent to participate, and informed consent was also obtained from a parent or legal guardian. Youth ages 18–25 provided informed consent as legal adults; All pediatric and young adult patients (ages 7–25) receiving gender-affirming care, are eligible for inclusion in the GWC pediatric patient registry | Gender Wellness Center (GWC), a rural clinic providing primary and gender-affirming medical care to TGE youth and adults in Upstate New York | April 2017 to December 2019 | 185 enrolled in the registry and included in the study | **Age at referral:** Not reported **Age at assessment:** median 16.3 IQR 4.0 range 6.9 to 21.8 **Birth-registered sex:** 131 (71%) females and 53 (29%)males | **Gender identity:** 127 (68.7%) identified on transmale spectrum, 49 (26.1%) identified on transfeminine spectrum and 9 (4.9%) non-binary or gender non-conforming **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** 160 (89.4%) | **Depression:** mood disorder 113 (61.1%) **Anxiety:** 78 (41.2%) **Suicide:** 87 (47.0%) **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** 66 (35.7%) **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| Lynch 2015 | Patients with gender dysphoria less than 19 years of age | Initially seen at the Gender Identity Clinic at the University of Texas Medical Branch who were treated with MPA | October 1995 to March 2013 | 38 patients identified | **Age at referral:** Not reported **Age at assessment:** Not reported **Birth-registered sex:** 12:7 (M:F) | **Gender identity:** Not reported **Gender dysphoria:** Not reported **Onset:** Most knew from an early age (1.5–7 years) that they want to be the opposite sex (n=24), while others (n=10) do not make the decision until late childhood or adolescence (8–14 years). Four were not sure when they became aware that they were trans. gender. **Social transition:** Not reported | **Depression:** Not reported **Anxiety:** Not reported **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |
| McGuire 2021 | Transgender and gender diverse children and young people (8 to 22) at their first visit | Pediatric gender clinic in the southeast United States | 2015 to 2020 | 259 | **Age at referral:** Not reported **Age at assessment:** mean 14.9 SD 2.4 **Birth-registered sex:** 149 (69.6%) females and 65 (30.4%) males | **Gender identity:** Boy or man 136 (63.6%), Girl or woman 63 (29.4%), Genderqueer or gender fluid 7 (3.3%), Questioning 6 (2.8%), Agender 2 (0.9%) **Gender dysphoria:** Not reported **Onset:** Not reported **Social transition:** Not reported | **Depression:** PROMIS emotional distress depression scale n=135 mean 60.5 SD 10.3, clinical severity: none to slight 37 (27.4%), mild 29 (21.5%), moderate 43 (31.9%), severe 26 (19.3%) **Anxiety:** PROMIS emotional distress anxiety scale n=94 mean 58.5 SD 11.9, clinical severity: none to slight 35 (37.2%), mild 14 (14.9%), moderate 30 (31.9%), severe 15 (16.0%) **Suicide:** Not reported **Self-harm:** Not reported **Eating disorder:** Not reported | **ASC:** Not reported **ADHD:** Not reported | **Neglect or abuse:** Not reported **Parental mental illness or substance misuse:** Not reported **Exposure to domestic violence:** Not reported **Household member in prison:** Not reported **Loss of parent:** Not reported |

Taylor J, et al. Arch Dis Child 2024;0:1–9. doi: 10.1136/archdischild-2023-326681

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

| Meyer 2019 | Transgender and gender nonconforming youth aged 11–18 who presented for an initial appointment with depression and anxiety measures | Pediatric endocrinology clinic | Not reported | 79 initial consultation; screening results not documented n=10, under 11s excluded as tools not validated in this group n=39, unsure TGNC n=3 so excluded. | **Age at referral:** Not reported<br>**Age at assessment:** mean 15.5 SD 1.8<br>**Birth-registered sex:** Not reported | **Gender Identity:** Female 18 (22.8%), Male 55 (69.6%), Non-binary 6 (7.6%)<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** PHQ-9 >=11, 38 (48.1%)<br>**Anxiety:** GAD-7>=5, 56 (73.7%)<br>**Suicide/self harm:** thoughts of death or self-harm - 28 (48.1%)<br>**Eating disorder:** Not reported | **ASD:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Nahata 2017 | All referred patients with ICD 9/10 codes for gender dysphoria | Large Mid-western pediatric academic centre, pediatric endocrinology within a multidisciplinary gender program for hormone therapy (gender programme established in 2014) | 2014 to 2016 | 79 | **Age at referral:** Not reported<br>**Age at assessment:** mean 15 range 9 to 18<br>**Birth-registered sex:** 51 (64.6%) females and 28 (35.4%) males | **Gender Identity:** Transgender females 28 (35.4%), transgender males 51 (64.6%), nonbinary or genderqueer 0 (0.0%)<br>**Gender dysphoria:** 100%<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** 62 (78.5%); b/f 42 (82.4%), b/m 20 (71.4%)<br>**Anxiety:** 50 (63.3%); b/f 34 (66.6%), b/m 16 (57.1%)<br>**Suicide:** 24 (30.4); b/f 15 (29.4%), b/m 9 (32.1%)<br>**Self harm:** 44 (55.7%); b/f 31 (60.7%), b/m 13 (46.4%)<br>**Eating disorder:** 10 (12.7%); b/f 5 (9.8%), b/m 5 (17.9%) | **ASD:** 3 (6.3%); b/f 3 (5.9%), b/m 2 (7.1%)<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| O'Bryan 2018 | Transgender and gender expansive children, youth and adults (<22 for registry) | The Gender Wellness Center (GWC) is a rural based, multidisciplinary centre that offers gender affirming medical, mental health, and surgical care. In Upstate New York (established 2007 for adults and 2012 for youth, registry in 2017) | Not reported | 239 have been enrolled in the registry to date (98% recruitment rate). One patient declined to participate, and two patients were interested in participating but unable to obtain informed consent. | **Age at referral:** Not reported<br>**Age at assessment:** mean 16.7 SD 3<br>**Birth-registered sex:** 97 (69.8%) females and 42 (30.2%) males | **Gender Identity:** Trans masculine spectrum 90 (64.7%), Trans feminine spectrum 40 (28.8%), Nonbinary/gender nonconforming 9 (6.5%)<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Self harm:** Not reported<br>**Social transition:** 121 (87.8%) | **Depression:** Not reported<br>**Anxiety:** Not reported<br>**Suicide:** Not reported<br>**Self harm:** Not reported<br>**Eating disorder:** Not reported | **ASD:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| O'Bryan 2020 | Transgender and gender expansive children, youth and adults (<22 for registry) | The Gender Wellness Center (GWC) is a rural based, multidisciplinary centre that offers gender affirming medical, mental health, and surgical care. In Upstate New York (established 2007 for adults and 2012 for youth, registry in 2017) | 2017 to January 2019 | Of TG/GE youth receiving care at the GWC, 158 were enrolled in the Registry (97%). The HRQOL survey completion rate at baseline for all patients enrolled in the registry was 89% (N=141). 141 included in summaries | **Age at referral:** Not reported<br>**Age at assessment:** mean 16.3 SD 3.2<br>**Birth-registered sex:** 100 (71.4%) females and 40 (28.6%) males | **Gender Identity:** Transmasculine spectrum 95 (67.4%), Transfeminine spectrum 37 (26.2%), Non binary/gender nonconforming 9 (6.4%)<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** Not reported<br>**Anxiety:** Not reported<br>**Suicide:** Not reported<br>**Self harm:** Not reported<br>**Eating disorder:** Not reported | **ASD:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Parseau 2019 | Youth attending clinic for psychological assessment prior to receiving possible puberty blocker or gender affirming hormonal intervention | Gender Management Service (GeMS) program at Boston Children's Hospital, a pediatric gender clinic housed in an academic medical center, for psychological assessment | 2007 to 2011 | 54 | **Age at referral:** Not reported<br>**Age at assessment:** mean 14.6 SD 2.4 range 8.9 to 17.9<br>**Birth-registered sex:** 24 (44.4%) females and 30 (55.6%) males | **Gender Identity:** transgender female 30 (55.6%), transgender male 24 (44.4%), non binary 0 (0.0%)<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** Not reported<br>**Anxiety:** Not reported<br>**Suicide:** Not reported<br>**Self harm:** Not reported<br>**Eating disorder:** Not reported | **ASD:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Peterson 2017 | Transgender adolescents and emerging adults (aged 12–22) presenting with gender dysphoria | Cincinnati Children's Hospital Medical Center Transgender Clinic (opened in 2013 and served more than 475 patients between ages of 5 and 24) | July 2013 to June 2015 | 96 | **Age at referral:** Not reported<br>**Age at assessment:** mean 17.1 SD 2.3<br>**Birth-registered sex:** not reported | **Gender Identity:** 54 transmale, 31 transfemale, 10 non-binary/gender fluid<br>**Gender dysphoria:** 100%<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** 36 (38%)<br>**Anxiety:** 26 (27%)<br>**Suicide:** 27 (30.3%)<br>**Self harm:** (41.8%)<br>**Eating disorder:** 5 (5%) | **ASD:** 3 (3%)<br>**ADHD:** 12 (13%) | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Peterson 2020b | TG youth and young adults meeting diagnostic criteria for gender dysphoria who received medical care | TG clinic within an urban children's hospital in the Midwestern region of the United States | Unclear | 240 | **Age at referral:** Not reported<br>**Age at assessment:** mean 17.04 SD 2.88, range 11 to 24<br>**Birth-registered sex:** 180 (72.3%) females and 69 (27.7%) males | **Gender Identity:** Not reported<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** Not reported<br>**Anxiety:** Not reported<br>**Suicide:** Not reported<br>**Self harm:** Not reported<br>**Eating disorder:** Eating Disorder Examination Questionnaire - b/m mean 1.63 SD 1.40; b/f mean 1.61 SD 1.33, 23.4% objective binge eating episodes in the last month and 3.9% reported self induced vomiting episodes in the last month. | **ASD:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Poquiz 2021a | All patients initiating care within a multidisciplinary gender clinic completing psychosocial forms as standard of care | Ann & Robert H. Lurie Children's Hospital of Chicago | July 2013 to July 2019 | 669 completed forms 31 who reported "questioning" their gender (n = 28) or an "unknown" gender (n = 3) were removed from analyses; 638 included in the analysis | **Age at referral:** Not reported<br>**Age at assessment:** mean 16.1 years, range 12.03 to 24.11<br>**Birth-registered sex:** not reported | **Gender Identity:** 418 transmasculine (65.5%), 157 transfeminine (24.6%), and 63 nonbinary (9.9%)<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Living as affirmed gender 441 (69.1%) | **Depression:** Not reported<br>**Anxiety:** Not reported<br>**Suicide:** Not reported<br>**Self harm:** Not reported<br>**Eating disorder:** Not reported | **ASD:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Poquiz 2021b | Children and young people referred to the clinic | Children's Mercy Kansas City (CMKC) is a large pediatric medical center serving the Kansas City metro area and the surrounding region, including large rural areas of the Midwest. CMKC offers services at 4 main and 12 satellite clinics and satellite clinics within rural Kansas and Missouri. The Gender Pathway Services (GPS) clinic was developed in 2014. | 2014 to 2018 | 395 patients; 2014=14, 2015=56, 2016=95, 2017=107, 2018=133 | **Age at referral:** Not reported<br>**Age at assessment:** mean 15.3, range 3 to 23<br>**Birth-registered sex:** 269 (68%) females and (%) males | **Gender Identity:** Not reported<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** Not reported<br>**Anxiety:** Not reported<br>**Suicide:** Not reported<br>**Self harm:** Not reported<br>**Eating disorder:** Not reported | **ASD:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Reguitti 2022 | Children and young people at initial appointment 12-17 | Gender health clinic housed in a pediatric academic medical center in the Midwestern United States; Ann & Robert H. Lurie Children's Hospital of Chicago | August 2013 to July 2019 | 739 parents who completed standard of care psychosocial measures during their child's initial appointment | **Age at referral:** Not reported<br>**Age at assessment:** mean 15.4 SD 1.51 range 12.0 to 17.9<br>**Birth-registered sex:** 542 (73.3%) females and 197 (26.7%) males | **Gender Identity:** Boy/man/masculine spectrum 467 (63.2%), Girl/woman/feminine spectrum 169 (22.9%), Nonbinary 66 (8.9%), Questioning 35 (4.7%), Unknown 2 (0.3%)<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** Not reported<br>**Anxiety:** Not reported<br>**Suicide:** Not reported<br>**Self harm:** Not reported<br>**Eating disorder:** Not reported | **ASD:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Shumer 2016 | Children and young people presenting for evaluation in the clinic | Multidisciplinary gender clinic in a large U.S. pediatric hospital, Boston Children's Hospital | 2007 to 2011 | 39 | **Age at referral:** Not reported<br>**Age at assessment:** mean 15.8 range 8 to 20<br>**Birth-registered sex:** 17 (43.6%) females and 22 (56.4%) males | **Gender Identity:** Not reported<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Self harm:** Not reported<br>**Social transition:** Not reported | **Depression:** Not reported<br>**Anxiety:** Not reported<br>**Suicide:** Not reported<br>**Self harm:** Not reported<br>**Eating disorder:** Not reported | **ASD:** 1 (2.6%), Aspergers 3 (7.7%); ASQ (>80): Probability of aspergers 9 (23.1%) - 5 (22.7%) BRM and 4 (23.5%) BRF; , possibly 1 (2.6%), likely 6 (15.4%), very likely 3 (7.7%)<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |

Supplemental material

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)

Case 2:22-cv-00184-LCB-CWB   Document 558-43   Filed 05/27/24   Page 46 of 48

Arch Dis Child

| Shumer 2017 | Children and young people entering the gender programme | Pediatric hospital-based multidisciplinary gender program in Boston, Massachusetts; Boston Children's Hospital | 2007 to 2015 | 184 | **Age at referral:** Not reported<br>**Age at assessment:** mean 15.1, range 7.5 to 20.6<br>**Birth-registered sex:** 105 (57.1%) females and 79 (42.9%) males | **Gender Identity:** Not reported<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** Not reported<br>**Anxiety:** Not reported<br>**Suicide:** Not reported<br>**Self harm:** Not reported<br>**Eating disorder:** Not reported | **ASC:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Adopted 15 (8.2%) |
|---|---|---|---|---|---|---|---|---|---|
| Spack 2012 | Patients with gender dysphoria | Endocrine division at Children's Hospital Boston and then GeMS clinic | 1998 to 2009 | 1998=1<br>1999=2<br>2000=4<br>2001=0<br>2002=1<br>2003=5<br>2004=10<br>2005=9<br>2006=8<br>2007=22<br>2008=24<br>2009=11<br>97 included | **Age at referral:** Not reported<br>**Age at assessment:** mean 14.8 SD 3.4 median 16 range 4 to 20<br>**Birth-registered sex:** 54 (55.7%) females and 43 (44.3%) males | **Gender Identity:** Not reported<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** living full time gender role 89 (91.8%), age mean 13.6 SD 3.8 | **Depression:** 25 (58.1%)<br>**Anxiety:** 7 (16.3%)<br>**Suicide:** 9 (9.3%)<br>**Self harm:** 20 (20.6%)<br>**Eating disorder:** 3 (7.0%) | **ASC:** 1 (2.3%)<br>**ADHD:** 2 (4.7%) | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Adopted 97 (8.2%) |
| Tordoff 2022 | Transgender and nonbinary youths seeking care having a phone intake and in-person appointment | Seattle Children's Gender Clinic, an urban multidisciplinary gender clinic | August 2017 to June 2018 | 169 youths approached; 161 eligible; 9 declined; 39 did not consent or baseline survey; 9 <13 excluded; 104 in the analysis | **Age at referral:** Not reported<br>**Age at assessment:** mean 15.8 SD 1.6 I range 13 to 20<br>**Birth-registered sex:** 71 (68.3%) females and 33 (31.7%) males | **Gender Identity:** transmasculine 63 (60.6%), transfemmine 27 (26.0), nonbinary/gender fluid 10 (2.6%), did not know or did not respond 4 (3.8%)<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** PHQ-9 59 (56.7%), minimal 14 (13.5%), mild 27 (26.0%), moderate 22 (21.2%), moderately severe 13 (0.6%), severe 26 (25.0%)<br>**Anxiety:** GAD-7 52 (50.0%), minimal 20 (19.2%), mild 28 (26.9%), moderate 20 (19.2%), severe 32 (30.8%)<br>**Suicide thoughts or self-harm:** 45 (43.2)<br>**Eating disorder:** Not reported | **ASC:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |
| Zou 2018 | Eligible participants were aged 4–25 years old TGN, and followed by this clinic | Transgender Clinic of the Division of Adolescent and Transition Medicine in a 629-bed academic pediatric medical center | Unclear | 142 enrolled in the study, 134 completed the PedsQL 4.0 generic care scales; one participant did not report age | **Age at referral:** Not reported<br>**Age at assessment:** mean 15.9 SD 3.7<br>**Birth-registered sex:** 96 (68.3%) females and 45 (31.7%) males | **Gender identity:** Not reported<br>**Gender dysphoria:** Not reported<br>**Onset:** Not reported<br>**Social transition:** Not reported | **Depression:** Not reported<br>**Anxiety:** Not reported<br>**Suicide:** Not reported<br>**Self harm:** Not reported<br>**Eating disorder:** Not reported | **ASC:** Not reported<br>**ADHD:** Not reported | **Neglect or abuse:** Not reported<br>**Parental mental illness or substance misuse:** Not reported<br>**Exposure to domestic violence:** Not reported<br>**Household member in prison:** Not reported<br>**Loss of parent:** Not reported |

\* Multiple country study

Abbreviations: brf=birth-registered female, brm=birth-registered male

BMJ Publishing Group Limited (BMJ) disclaims all liability and responsibility arising from any reliance placed on this supplemental material which has been supplied by the author(s)



Case 2:22-cv-00184-LCB-CWB Document 558-43 Filed 05/27/24 Page 48 of 48

Coloured bars within a country indicate if the same clinic data is reported across studies
* Multiple countries studies
** Timeline unclear / not reported
*** Provides data from 1972 but specialist clinic established in 1987 so data reported from then
**** US clinics are not differentiated by colour due to limited data reporting

