# EXHIBIT 109



**Lingua Franca Translations**

3390 Mary Street, Suite 116
Coconut Grove, FL 33133
Phone: 786.762.3049

E-mail: info@lftranslations.com

October 12, 2023

<u>CERTIFICATE OF TRANSLATION</u>

Norwegian > English > Translation and proofreading of the document titled:

**- Patient safety for children and young people with gender incongruence**

I, Diana M. Arbeláez, with the ATA nr. 251348 at Lingua Franca Translations do hereby certify that the translation herein was completed in accordance with the American Translators Association Code of Professional Conduct and Business Practices and that to the best of my knowledge the translation and proofreading into English herein provided is, in fact, a literal and true interpretation of the statements in the original language Norwegian. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____

Diana M. Arbeláez
State of Florida
County of Miami-Dade



# Patient safety for children and young people with gender incongruence

ukom.no

Ukom



# Patient safety for children and young people with gender incongruence

**Published on March 9, 2023** Last updated on March 9, 2023

People with gender incongruence and gender dysphoria have different wishes and needs for healthcare. Many people live well with their gender incongruence and manage it without health care, while others want and need health care. (See glossary in Chapter 13 for explanations of terms)

When Ukom addresses the topic of gender incongruence, we look at how patient safety is ensured in care and treatment services for gender incongruence and gender dysphoria. Our aim is to ensure safe care and treatment for children and adolescents with gender incongruence.

There is an ongoing public debate about treatment options for gender incongruence. This is demanding, and many people are reluctant to participate in the debate. It can be challenging and difficult to participate because there are major disagreements both between groups and within groups. We see that the choice of words and understanding of the complexity is important. The situation of insecurity and disagreement affects the development of health services.

In our report, we have tried to highlight different perspectives. At the same time, it is important for us to be clear about our findings. That is, what challenges patient safety. Many people have worked and are working to establish and build good health services for people with gender incongruence and gender dysphoria, both nationally and internationally. Ukom's report builds on this work. We point out that this field now needs a boost to improve patient safety, especially for the health care to be provided to children and young people in Norway.

## Executive summary

Ukom has conducted an investigation into the treatment offered to children and young people with gender incongruence. The background was notifications directly to Ukom from relatives who questioned several issues related to patient safety. Several stakeholders, including the authorities, healthcare professionals and patient and family organizations, are questioning the quality and the organization of the treatment services.

In general, children and young people are the focus of the report. In recent years, the number of enquiries from persons with gender incongruence to the health care has significantly increased. Particularly, there has been a considerable rise in the number of teenage children and young people requesting or being referred to specialized health services for evaluation and treatment. The largest increase is among adolescents and young adults who are registered as female at birth but identify as male. Our attention has therefore been particularly focused on teenagers and young people with gender incongruence and gender dysphoria seeking health care. Children and adolescents are not fully developed physically, mentally, sexually or socially. This requires particular vigilance in terms of patient safety. Our findings and recommendations will also be relevant to the provision of care for adults.

In this report, we have divided our findings into six main areas:

## Insufficient knowledge

The evidence base, especially research-based knowledge for gender-affirming treatment (hormonal and surgical), is insufficient and the long-term effects are not well known. This is particularly true for the adolescent population where the stability of their gender incongruence is also not known. There is a lack of research-based knowledge on the treatment of patients with non-binary gender incongruence. In order to ensure patient safety, Ukom considers it necessary that the knowledge base on gender incongruence and gender dysphoria is strengthened, and that health services are organized in line with the knowledge base.

## Overall management - a guideline with a different background

The Directorate of Health's national professional guideline for gender incongruence sets guidelines for the provision of health services. It concentrates on organization, equality and rights. This may have been important at the time the guideline was drawn up, because it was necessary to establish the health service provision for people who experience gender incongruence. At the same time, we consider that deviating from the requirement to develop evidence-based guidelines has created room for uncertainty and conflicting expectations. Health professionals have been given wide scope for interpretation within a relatively narrow field that lacks systematic knowledge synthesis in Norway. The guideline provides rights without clarifying issues related to prioritization and justfiability. This is demanding for the health personnel who administer the services on a daily basis.

## Due Diligence Requirements  - particularly in relation to children and young people

The national guideline for gender incongruence is not very prescriptive. It does not set specific requirements for assessment or requirements for medical indications for the initiation of treatment. The reference to children's capacity to consent and parents' right to information leaves room for interpretation. The guideline does not establish an adequate standard for the provision of health services, and we believe that for some patients it may pose a patient safety risk. This can go beyond the duty of care, which is widely anchored in health legislation, and can also be demanding for the supervisory authorities.

## Right to health care - a gap in expectations

Our survey suggests that there is a gap between what the guideline outlines and what is possible, given the current available services and knowledge base. The national guideline creates expectations among patients that the health service can hardly meet. This includes the right to specialized health services. It is difficult for the service to meet these expectations without a well-documented knowledge base and without a good overview of any negative and harmful aspects of the various treatments. Requiring the use of principles for experimental treatment will provide a framework that ensures information, thorough follow-up and contributes to more knowledge.

## Assistance and treatment services - variation in practice and competence

There is great variation in the services and expertise offered in different parts of the country. There is a risk of under-, over- and incorrect treatment of children and young people with gender incongruence and gender dysphoria. In addition, we see that there are challenges in establishing a decentralized service in a narrow and complex field. In order to strengthen the service, Ukom believes that it is important to strengthen the health service provision in the primary health service, build increased interdisciplinary expertise in the specialized health service at regional level and ensure that the national treatment service has sufficient capacity for the current demand.

## Climate of expression and interaction

We see that in the field of gender incongruence, a challenging climate of expression has developed. The climate of expression in the public sphere affects the information available to children and young people with gender incongruence and gender dysphoria and their families. There is a significant impact on children and young people, also related to treatment and health services. We hear about fears and fears

of getting it wrong from all sides. Different opinions about what is the right treatment can create difficult cross-pressures. Different emphasis and discussion of what is necessary at the group level can confuse and undermine patient-provider relationships and a personalized approach for the person concerned. There is a need to establish a constructive community for all those involved in good health care for people with gender incongruence.

## Ukom recommends

We are committed to ensuring that children and young people with gender incongruence have access to safe and appropriate health services. We therefore make recommendations that can help to ensure that this group receives better and safer health services in the long term. Our recommendations relate to the revision of the guideline, a safe framework for treatment offered to children and adolescents and measures to strengthen the knowledge base. The recommendations will also contribute to systematic data collection and promote follow-up research. It is important that children and young people with gender incongruence and gender dysphoria, including non-binary people, are properly cared for while the development of health services is ongoing.

Ukom recommends:

1. That the Ministry of Health and Care Services commissions the Directorate of Health to revise the National Professional Guideline, Gender Incongruence. The review must be based, inter alia, on a systematic review of the evidence. We point out several elements that should be included in the review.
2. that puberty-delaying treatment (puberty blockers) and hormonal and surgical gender-affirming treatment for children and adolescents be defined as experimental treatment. This is particularly important for teenagers with gender dysphoria,
3. This is particularly important for teenagers with gender dysphoria, that the Ministry of Health and Care Services is considering whether a national medical quality registry should be established for the treatment of children and adolescents with gender incongruence and gender dysphoria. In order to offer an overview, boost quality, and lessen unjustified variance in patient care, necessary steps must be made to build, run, and finance such a national quality registry.

**PATIENT SAFETY FOR CHILDREN AND YOUNG PEOPLE WITH GENDER INCONGRUENCE**

# 2 Background

**Published on March 9, 2023**Last updated on March 9, 2023

## Why has Ukom started an investigation

In 2022, Ukom received two reports of concern from relatives of people who have undergone assessment and treatment for gender incongruence in the age range 16-21 years. In the reports of concern, the relatives refer to several different aspects of the current treatment services that may have an impact on patient safety.

- The relatives question the appropriateness of the process.
- The assessment was demanding and the follow-up was not sufficient in relation to the vulnerable and exposed situation the family members perceived the young people to be in.
- The young people's other medical conditions or issues received little attention, and several parents questioned if gender affirming therapy was the best course of action for their child.
- Parents felt that the assessment and treatment process created a fear among young people that they would not receive treatment or would receive the wrong treatment.
- Information on treatment, efficacy and side effects was incomplete.
- Parents and family were not very involved. This put extra strain on both the young people and their families.
- Parents feel that there are cross-pressures from different quarters and communities that affect their children.

The provision of health services for persons with gender incongruence has received a lot of attention recently, both domestically and abroad. There has been a significant increase in the number of persons who have been referred for treatment of gender incongruence during the past ten years. Established treatment facilities have faced difficulties as a result of this. People with gender incongruence are calling for better health care in Norway. National standards have been developed by the Norwegian Directorate of Health to broaden and increase the group's access to treatment services. At the same time, several stakeholders, including the authorities, healthcare professionals and patient and family organizations, are questioning the rationale behind and the organization of treatment provision.

It is also controversial whether the guideline from the Norwegian Directorate of Health, and other guidelines from the authorities in this area, enable Norway to organize in a suitable manner its treatment services for the group. The care and aid provided to persons with gender incongruence is a topic of constant discussion in the media, on social media, and in work with the health sector.

Different methods of treating gender incongruence are what distinguish the public discourse. The discussion demonstrates that gender incongruence is a problem that goes beyond simple medical care. The issue of gender incongruence relates to one's own identity as well as to the inclusion, acceptance, and rights of a minority group. This is basic and pertains to a variety of patient groups, ailments, and problems. Another political concern is how gender incongruence is addressed. Reconciling medical and non-medical considerations has proven to be very challenging. This is reflected in the public debate.

In many areas, trans people have poorer living conditions and quality of life than the general population. The Government's new action plan for gender and sexuality diversity (2023-2026) states that health services for people with gender incongruence have been inadequate over time.

Uncertainty about what constitutes appropriate treatment has led the authorities in some countries, such as the UK and Sweden, to tighten the treatment offered to people with gender incongruence. In Norway, on the other hand, guidelines have been established to expand and decentralize treatment services.

We started the study by conducting a survey of the treatment services for people with gender incongruence. The mapping revealed a number of unresolved issues with implications for patient safety that are particularly relevant for the treatment of children and adolescents who are developing psychologically, cognitively, physically and socially. Treatment options for gender incongruence can involve irreversible treatment with hormones and surgery that cause invasive changes. As a consequence, we concluded that it was particularly important to look more closely at the patient safety of children and young people receiving treatment for gender incongruence.

In England, in 2022, the Healthcare Safety Investigation Branch (HSIB) published a report on the topic of gender incongruence. The starting point for their investigation was a report of concern about a young person who took his own life while awaiting assessment for gender incongruence. He was then under the care of local mental health services and there was a 24-month waiting time at the gender incongruence clinic. The survey looked specifically at the health service for young people (children and adolescents) with gender incongruence and found that there was a large increase in young people being referred to specialized units for gender incongruence. HSIB has shared experiences from its work with Ukom. The survey showed that the centralized health services lacked the capacity to accommodate the increased referrals and had long waiting times. There was a lack of competence and capacity in non-specialized care services to care for and assess young people with gender incongruence while they were waiting for assessment. HSIB also announced other findings from England (the Care Quality Commission) that healthcare professionals at a specialized treatment unit for gender incongruence did not always feel respected, supported and valued and reported an absence of a culture of openness. Some of the healthcare professionals experienced pressure due to conflicts and lack of consensus on the treatment of children and young people with gender incongruence and told of fear of voicing their opinions.

With this as a starting point, we have conducted an investigation of the health care and treatment services for children and adolescents with gender incongruence. We have looked at how health care and practice work today, and how the framework and guidelines for health care affect patient safety. Ukom does not go into detail about all help and treatment measures for gender incongruence and gender dysphoria, but we point out challenges in the current services to ensure that children and young people with gender incongruence and gender dysphoria receive help in a safe environment.

The report is based on services for children and young people, but several of our findings and recommendations will be relevant to services for all people with gender incongruence and gender dysphoria.

# Our findings

Our survey shows several weaknesses in the provision of care for children and young people with gender incongruence and gender dysphoria. The findings show difficult dilemmas related to medical, legal and ethical issues. We have chosen to divide our findings into the following main themes:

- Overall governance - a guideline with a different background Care
- and treatment services - variation in practices and competences
- Insufficient knowledge

- Duty of Care - especially in relation to children and young people
- Right to health care - a gap in expectations
  Climate of communication and interaction

The next chapters deal with gender incongruence and patient and caregiver perspectives, before describing the findings in the following chapters.

PATIENT SAFETY FOR CHILDREN AND YOUNG PEOPLE WITH GENDER INCONGRUENCE

# 3 Briefly about gender incongruence

**Published on March 9, 2023**Last updated on March 9, 2023

## Table of contents

Increased influx - new patients

Classification

Gender diversity and different gender

expressions Treatments for gender incongruence

Gender incongruence can be defined as a mismatch between a person's gender identity and their registered sex at birth. Gender identity can be understood as a person's self-perceived gender, the internal sense of being a boy/man, girl/woman, not belonging to a gender (non-binary) or being a different type of gender. People with gender incongruence may also experience gender dysphoria in that the mismatch between gender identity and birth sex leads to discomfort and a strong desire to remove or change some or all primary or secondary sex characteristics.

In Norway, medical treatment for gender incongruence has been available since the late 1950s. The National Treatment Service at Oslo University Hospital has for more than 40 years had a national function for the treatment of patients with gender incongruence.

## Increased influx - new patients

The health service has seen a marked increase in recent years in the number of patients seeking gender-affirming treatment. The number of people seeking or being referred to health care for gender incongruence and gender dysphoria is also increasing in several other Western countries. In particular, the number of children and adolescents seeking or being referred for such treatment during their teenage years has increased significantly. From 1975 to 1990, there were about four referrals per year for such treatment in Norway. In the last ten years, the National Treatment Service has reported an increase in referrals from approx. 50-70 per year in 2007-2010 to 400-600 referrals per year in 2018-2021. It is unknown why there is a large increase in the number of children and young people seeking or being referred for medical treatment. The largest increase is among adolescents and young adults who are registered as female at birth but identify as male.

## Classification

Gender incongruence was previously classified under mental and behavioral disorders in the World Health Organization (WHO) diagnostic manual International Classification of Diseases (ICD). In the latest version of ICD-11, gender incongruence has been moved from the section of diagnoses for mental disorders to a new chapter for sexual health, "conditions related to sexual health". This indicates that gender incongruence should no longer be considered a mental disorder.

At the same time, it was decided that it is important to retain a diagnosis, partly because this triggers

rights, such as healthcare and social security benefits.

The Directorate of eHealth has the main responsibility for the implementation of ICD-11 in Norway. The implementation work is in the preparation phase and has not yet started. The implementation may take several years because it will involve extensive changes to various systems and work processes. In 2020, temporary changes were made to the codes for gender incongruence in Norway pending the implementation of ICD-11. All codes under the chapter F64 Gender identity disorders were then taken out of use. The codes were replaced by new ones under the chapter Z76.8 Contact with health services under other specified circumstances. There are now three codes for gender incongruence; Z76.80 Gender incongruence in adolescence and adulthood, Z76.81 Gender incongruence in childhood and Z76.89 Unspecified gender incongruence. These are directly translated from the corresponding codes in ICD-11. This was done as a temporary solution in the Norwegian version of ICD-10 in anticipation of ICD-11. These codes are now used for medical coding of gender incongruence and are reported to the Norwegian Patient Registry. In addition, procedure codes are used for mapping and surgical procedures. There are no separate procedure codes for the initiation of hormone therapy. Diagnosis codes are used in combination with procedure codes.

## Gender diversity and different gender expressions

For many people, exploring their own gender identity is a natural part of the development from child to adult. Today, there is greater acceptance in society of different gender expressions. This acceptance is partly the result of increased knowledge, information and many years of advocacy efforts by various groups and individuals. It has also been argued that social media has made it easier to share, acknowledge and be open about feeling different. Despite the greater acceptance of gender diversity in society, many people with gender incongruence still experience stigma and discrimination. This is relevant knowledge for the health services and an important backdrop for the development of support and treatment services.

## Treatments for gender incongruence

For people with gender incongruence and gender dysphoria, various support and treatment measures may be relevant. Interventions and treatment for gender incongruence and gender dysphoria may vary from less invasive help to more invasive treatment, such as various hormonal treatments and surgical treatment. These may include counseling, psychosocial support sessions, coping skills training and speech therapy sessions with voice training. Assistive devices such as wigs, breast prostheses and penile prostheses may also be used. These aids are used in the assessment as "real-life experience". That is, the person lives as the desired gender to assess whether it feels right. These are less invasive measures. Puberty blockers and gender affirmative treatment involve hormonal treatment, and gender affirmative treatment may also involve surgical procedures. Gender affirmative treatment is known to be invasive and irreversible with different consequences and greater risk and potential for harm than less invasive treatment.

### Puberty blockers

Children and adolescents who have reached puberty may receive hormonal treatment with puberty blockers (puberty inhibitors) to stop or delay puberty. Puberty blockers have traditionally been given to children who reach puberty too early, but can also be used to treat gender incongruence and gender dysphoria in children and adolescents. The reason for delaying puberty is that children and adolescents may experience increased discomfort, gender dysphoria, when puberty starts, and they experience physical development that is not in line with their own gender identity. The treatment prevents puberty from developing further and thus prevents a possible unwanted development.

Treatment with puberty blockers appears to be most effective in the early stages of puberty, both in terms of the development of sexual characteristics such as breasts, penis, facial and body hair and height growth. Treatment has no age limit, but can start at the beginning of puberty at the earliest.

Treatment can only be given for a few years. After that, a decision must be made whether to stop all hormone therapy or to switch to feminizing or masculinizing hormones. The treatment has known side effects such as weight gain, reduced height growth, hot flushes, lack of energy, depression and reduced bone mineralization. Little is known about the long-term effects.

### Gender affirmative treatment

Gender-affirming treatments aim to affirm a person's gender identity. Unlike puberty blockers, which stop or delay unwanted physical development, gender-affirming treatment involves giving the body a development or physical characteristics that are in line with one's gender identity. There are two types of gender-affirming treatment: gender-affirming hormone therapy and surgical treatment.

According to the guidelines, gender-affirming hormone therapy can be offered from the age of 16. Testosterone is given to people whose registered sex is female and oestrogen and antiandrogen to people whose registered sex is male. If the person has had puberty delayed with hormones, sex hormones are given in escalating treatment to simulate the development of puberty. Gender-affirming hormone therapy must be given for life to maintain the desired effect.

In people with registered female gender, physical changes can be expected in the form of deepening of the voice, enlargement of the clitoris to varying degrees, increased growth of facial and body hair, cessation of menstruation, shrinkage of breast tissue, increased sex drive and reduced body fat to muscle mass ratio. In people with registered male gender, one can expect varying degrees of breast growth, decreased sex drive and erections, reduced testicular size and increased body fat in relation to muscle mass.

Surgical treatment can be given to people over 18 years of age. Current treatments include breast removal, ovary and uterus removal and surgery of the external genitalia.

Many of the changes brought about by sex reassignment surgery are irreversible. The treatment has consequences for fertility that are permanently impaired. Possible side effects of the treatment may include liver disease and negative psychological reactions. For male-to-female treatment, there is an increased risk of blood clots, high blood pressure and liver disease. For female-to-male treatment, side effects may include excessive red blood cells, scarring acne and swelling of the body. We do not provide here an exhaustive list of all possible known effects.

PATIENT SAFETY FOR CHILDREN AND YOUNG PEOPLE WITH GENDER INCONGRUENCE

# 4 Input from patients and families

**Published on March 9, 2023** Last updated on March 9, 2023

When discussing gender incongruence and the patient perspective, it is important to clarify that people with gender incongruence have different wishes and needs for healthcare. Many people live well with their gender incongruence and manage it without health care, while others want and need health care.

Listening to the voice of patients, users and relatives is crucial for identifying areas of risk and improvement in health services. In the work on this study, it has been important to bring out several patient voices and perspectives. We have met several patients who are either receiving treatment or have been in a treatment situation, and we have heard about a diversity of needs, preferences, opinions and experiences with the health service.

## Messages for health services

Here are some key messages that emerged from the conversations we had:

- Being in the process of exploring gender incongruence and gender dysphoria is demanding, and many people want support in their individual process.
- Gender-affirming treatment should be personalized. It is important that the treatment system sees the individual with the resources and challenges they have.
- Many people with gender incongruence feel that there is a lack of expertise and comprehensive services.
- Many are concerned that respect and tolerance for gender diversity is being lost in the debate on binary gender affirmative action.
- All have highlighted the importance of thinking about the whole person and life course, including for transgender people.
- There is a fear of not being seen, not being heard and not getting the right
- help at the right time. Living with gender dysphoria over time and without help is very painful.
- Health services must provide assistance to both people with binary gender incongruence and non-binary gender incongruence.

*"For many, the most important thing is to be seen and heard.  And when you have to  stand and wait for nine months .... It is heavy. We have to get rid of unnecessary waiting time"*

PATIENT ORGANIZATION REPRESENTATIVE/FORMER PATIENT
GENDER INCONGRUENCE

In addition, the people we have spoken to describe experiences of powerlessness, frustration and exhaustion in their encounter with the health service. This is due to processes that are perceived as long and convoluted both in the encounter with the health service, to get access to help, and then in the assessment and treatment process. In addition, there is the burden of the time it takes to put in place a comprehensive health service for people with gender incongruence.

## Need for help

Health and social situations are impacted by gender inequality to varying degrees. Numerous variables are at play, such as the fact that the degree of dysphoria is influenced by both social and biological variables. For the individual who experiences severe gender dysphoria, it is extremely unpleasant. Suffering then has a significant impact on daily functioning and life quality. The importance of receiving medical attention for persons who suffer with dysphoria cannot be overstated.

A group that has experienced stigma, prejudice, and marginalization is the transgender community, including when utilizing medical services. The difficulties and issues brought on by gender dysphoria and gender incongruence have not been acknowledged or appreciated in the attitudes that have been shown toward them. It is therefore important for the patient group to work to have a dignified encounter with the health services at all stages of life, and to ensure that those who need treatment for gender dysphoria receive it.

One of the topics on which there are different opinions, including among patients and relatives, is who in the health service can start gender-affirming treatment and when. For example, several people tell us how important it is that a decision on gender-affirming treatment is given time and maturation. It is difficult to fully understand the consequences of the choice, and as many mention, there is "no quick fix".

*"There are many people who get a shock after treatment. You have to work on a lot of things. Work on acceptance. For example, I always have to live with the fact that I was born in a girl's body."*

PATIENT ORGANIZATION REPRESENTATIVE

At the same time, many also talk about how important it is to start treatment early, because the changes caused by puberty are also permanent.

*"Gender-affirming treatment is vital treatment. Not providing treatment is also irreversible."*

PATIENT ORGANIZATION REPRESENTATIVE

Everyone we spoke to emphasizes the importance of knowledge about gender incongruence at all levels of the health service, and that those who carry out assessment and treatment need specialized

13

expertise.

*"And then, of course, there's the trauma of going through a puberty you don't want to go through, we shouldn't take it lightly. And that balancing act, about when to start treatment and when it is not right, requires knowledge"*

FORMER PATIENT ABOUT ASSESSMENT/TREATMENT FOR GENDER INCONGRUENCE

What recurs in all our meetings with people who have gender incongruence is a desire to put in place better health services. There is also a unanimous wish that everyone who experiences gender incongruence and gender dysphoria should be taken seriously and receive support and help.

## Safe care

Relatives tell how important it is that health service staff meet young people with gender incongruence with openness and knowledge, and that relatives are involved as supporters throughout the process. Relatives have information that can be important both in the assessment and in the further process. The need for family members as supporters does not stop at the age of 16 or 18.

*"Throughout the process, she has lacked follow-up. She speaks of great loneliness. We are left out all the way. Nowhere have they worked to include us as parents. But everyone, especially young people, need supporters"*

MOTHER

Several people tell us that assessment for gender-affirming treatment is a demanding process. On the one hand, it is perceived as very demanding if the process takes a long time. On the other hand, it is also demanding for many to experience time pressure, where the decision to start hormonal treatment must be made early before pubertal development gets too far along.

14

*"We need to be able to talk honestly together. About what is difficult, about what you are unsure about, and about what might feel wrong. Now she's being cheered on, getting lots of support from everyone around her. I'm not sure if she can be honest about everything she feels with her friends, if there is room for doubt."*

MOTHER

Parents point out that it is important for services to take the time to see the whole young person, to take the time to involve those closest to them and to explore what is troubling the individual. They believe this is necessary in order to find out what the right help is. There is no time limit for this exploration because there will be individual differences and it requires close follow-up.

*"We see in retrospect that it was important that the process takes time, she also understands that now. While in the investigation, it was tough. She had a feeling of having to convince that she deserved to get help, to be approved. This blocked communication."*

MOTHER

Several have mentioned that it is difficult to find places they can go to safely explore their own gender expression and identity along with any other challenges they are facing. This is especially true for children and adolescents, but it is also challenging for young adults who are not affiliated with a health center.

*"It would be healthy if it was part of the program to talk with someone. So that you could talk about everything, dare to put into words everything that comes with this, what you feel. Both the good and the difficult. Then it is easier to make choices that are right for you along the way. You are more stable if the follow-up takes in the whole package. You're 16 and think that fixing your body will solve all your problems, but it doesn't."*

MOTHER

PATIENT SAFETY FOR CHILDREN AND YOUNG PEOPLE WITH GENDER INCONGRUENCE

# 5 Our findings: Overall governance - a guideline with a different background

**Published on March 9, 2023** Last updated on March 9, 2023

In recent years, there has been increased attention to the health care of people with gender incongruence. In 2015, the report Right to the right gender was published. Health services for people with gender incongruence and gender dysphoria were then for the first time the subject of work under the auspices of a publicly appointed working group in Norway. The Government's action plan against discrimination on the basis of sexual orientation, gender identity, gender expression and gender characteristics (2021-2024) strengthened efforts to promote the rights, living conditions and quality of life of queer people.

In 2020, the Directorate of Health's national professional guideline on gender incongruence was published.

In 2023, the Government published an action plan for gender and sexuality diversity (2023-2026). It points out that we are still not at the finish line in the fight for a free, inclusive and safe society for all. Too many queer people live without a good quality of life and good living conditions. The Action Plan aims to improve the quality of life of queer people, ensure their rights and contribute to greater acceptance of gender and sexual diversity. The action plan includes measures related to treatment services for people with gender incongruence.

## The national professional guideline, gender incongruence

The Ministry of Health and Care Services commissioned the Norwegian Directorate of Health to: "Prepare a normative document/professional recommendations on the treatment of gender dysphoria and gender incongruence". The assignment was also a result of an expressed desire in the professional, user and interest groups for a confirmation of the health services offered to people who experience gender incongruence. A separate chapter in the guideline on background describes this:

> "The commission for this national guideline has a rare and special background, unlike other normative publications from the Directorate of Health. It is not common for assignments to prepare professional guidelines to be linked to established grounds for discrimination and a global and national concern for the provision of health services to a patient group. The guideline must be read and understood against this background."

It is described by many as an important document that represents a turning point in how we think about gender identity, gender incongruence and gender dysphoria, for example in the consultation response from the Norwegian Association of General Practice's LGBT professional group.

At the same time, in the consultation round for the guideline, several people called for clearer clarifications and concretizations, including the Norwegian Institute of Public Health (FHI) and the Norwegian Board of Health Supervision. They pointed to demanding issues related to the soundness and the organization of the service.

The national professional guideline for gender incongruence does not follow the Guidelines for the

development of evidence-based guidelines published by the Directorate of Health, which states:

> *"The advice and recommendations given should be specific, they should help health professionals and patients to make good decisions, and they should help to reduce unwanted variation and promote good quality in health and care services".*

The national guideline on gender incongruence differs in terms of content, knowledge base and standardization. The guideline is overarching, with attention to organization, equality and rights. The aim of the guideline is to provide differentiated, decentralized and comprehensive health services for people with gender incongruence.

The guideline refers to the need to strengthen the knowledge base and research on gender incongruence. It indicated a need to:

- update the evidence base for assessment and treatment of gender incongruence
- strengthen research activity
- develop professional guidelines for health care
- establish a national medical quality register with quality indicators

There was no systematic review on which the national guideline could be based, and the national guideline does not present a systematic and structured overview of the evidence base in line with the Guidelines for the development of evidence-based guidelines.
The Directorate of Health writes that the recommendations are mainly based on experience-based consensus and user participation/user knowledge, but what is included in the guideline's mentioned experience-based evidence base is not documented, transparent or verifiable.

Creating a treatment service is a procedure that is always changing, according to the guidelines. Establishing a particular service, gaining the required knowledge, creating research projects, developing national clinical issue guidelines, and other related tasks will need money and time.

In terms of who can do what, how, where, and when, our study reveals that the standards offer too much opportunity for interpretation. We see that there is ongoing debate in the professional communities and patient organizations, and that this disagreement adds to undesired diversity in the treatment provided for often irreversible and extensive treatments. The guideline performs poorly as a tool for professional standards, according to the comments we have gotten from representatives of the services, and this poses a risk to patient safety.

## In summary

According to the results of our survey, the recommendation does not offer the service enough assistance in creating a service offer. With its emphasis on organization, equality, and rights, this guideline is too ambiguous and is not a tool for the service, despite the justification that it is a distinct guideline with a different foundation. We think that for an area of practice to develop, it is critical to have good, unambiguous guidelines. There are various ramifications for the growth of healthcare services as well as for patients when guidelines don't offer enough direction.

PATIENT SAFETY FOR CHILDREN AND YOUNG PEOPLE WITH GENDER INCONGRUENCE

# 6 Our findings: Care and treatment services variation in practice and skills

**Published on March 9, 2023**Last updated on March 9, 2023

## Table of contents

Description of practices for assessment and initiation of treatment

Variation in service provision

 Lack of capacity and long waiting periods

Need for increased competence and access to expertise A highly specialized field in need of multidisciplinary expertise Risky self-medication and private surgery

 In summary 

The national guideline is intended to contribute to "decentralized, differentiated and comprehensive health services". This means that services should be both close to and at all service levels, consist of different services, and the services should be coherent and coordinated. The guideline for gender incongruence states that most patients should receive help either from the municipal health and care services or at regional level in a specialized health service. This is consistent with other health services, but since there is no clear specification of which tasks are to be performed by whom, it is difficult for the service to establish this.

The Directorate of Health writes in the guideline that it will take time to put in place an adequate range of services for the group, and that the guideline is only a step along the way. As of today, three years after the guideline was issued, an adequate range of services and the desired concrete changes are not in place.

## Description of practices for assessment and initiation of treatment

Health centers and GPs are often the first point of contact. GPs will often request that the patient be assessed by local mental health services before referral to the National Treatment Service for Gender Incongruence at Oslo University Hospital HF. The assessment in mental health care may then consist of a survey and assessment of the patient's psychosocial situation, level of functioning and gender identity. Patients are also referred directly to the National Treatment Service by doctors in the primary health service for assessment of the indication for puberty-inhibiting or gender-affirming treatment. On the website of the National Treatment Service treatment of children and adolescents as of February 24, 2023, a waiting time of 3-9 months was stated, although it may vary depending on how many people are being

treated.

The national treatment service for gender incongruence has the national function for the treatment of patients with a diagnosis of gender incongruence in Norway. This means that the national treatment service has the main responsibility for gender-affirming hormonal and surgical treatment.

The assessment of gender incongruence and gender dysphoria at the national treatment service is a comprehensive interdisciplinary process, including mapping of physical and mental health and social challenges. Thorough assessment and the need to spend time is emphasized in order to assess whether gender-affirming treatments are the right thing for the individual. It is a requirement that all persons referred or undergoing assessment have a local treatment contact. Gender identity disorder must be present over time and not be a symptom of mental illness.

Some GPs and health centers offer hormonal gender-affirming treatment directly to patients and puberty blockers to children under 16 years of age. The City of Oslo has a health centre, Helsestasjon for gender and sexuality (HKS), which specializes in topics related to the body, sexuality and gender identity. The health center provides gender-affirming support and treatment at a low-threshold level and can, if desired, make referrals to other services. The health center also provides treatment with puberty blockers and gender-affirming hormones, and refers to mental health care and the National Treatment Service if the need is assessed. Several municipalities are considering establishing their own services for this group.

There is currently variation in what is done and emphasized in assessment, treatment and follow-up, and the professionals involved in the assessments in the primary health service vary. There is a different understanding of diagnostic coding, guidelines and knowledge base. Management is based on individual assessments of the patient and different interpretations of the national guideline.

*"Different assessments are made, including in BUP, where one practitioner reads the guideline in one way, and another practitioner reads it in another way."*

REPRESENTATIVE OF A REGIONAL HEALTH AUTHORITY

## Variation in service provision

Several people we have spoken to point out that the only possibility for many people in Norway to get help with their gender incongruence is to get a referral from their GP to the highly specialized services at the national treatment service. This service is located in Oslo, and requires several consultations over a longer period of time in connection with assessment and treatment. We have heard that many patients living in other parts of the country find it difficult to travel so far to get the treatment they need, especially if they do not have local follow-up. Others may live in areas where local primary care services are available. There are also variations in GP practice for children and young people with gender incongruence, with some GPs going to great lengths to meet the treatment needs of this patient group. Many children and young people who need support to explore their own identity and gender expression do not receive it locally. This can increase the risk of both under- and overtreatment. For example, many may be left without the health care they need over time. It can also lead to them starting treatment on their own. Overtreatment can occur when hormonal treatment is started on the wrong basis and without sufficient opportunity to explore different options within their own gender identity.

19

*"Not everything is about gender. It's about identity and being allowed to be yourself, to be accepted. Both as masculine and feminine regardless of gender."*

INFORMANT H

It therefore appears that the assistance offered to children and young people with gender incongruence varies greatly, and can lead to different outcomes for the patient group based on where they live.

The regional health authorities (RHF) are now participating in a collaboration to assess which tasks can be solved regionally and to what extent they need to establish multi-regional services. The work aims to identify needs and challenges in current assistance services across municipal health services and specialized health services.

In 2020, the regional health authorities were tasked with establishing regional treatment services for people with gender incongruence. The Government gave the health authorities until October 1, 2022 to clarify the content of the regional treatment services. In the summer of 2022, Ukom contacted the regional health authorities to obtain updated information about the services for people with gender incongruence. The responses from the regional health authorities showed that there were differences in existing and planned assessment and treatment services. An interregional collaboration is now underway to clarify clinical issues and establish treatment services in the regional health authorities. In connection with this work, various concepts and principles, for example related to prioritization, must be clarified. The guidelines stipulate that the assessment and some of the treatment can take place at regional centers in the specialized health service. In the South-Eastern Norway Regional Health Authority, regional treatment centers are under development, and the other health regions are working to put services in place. In the spring of 2023, a pilot will be launched for a patient pathway for gender incongruence that extends from the primary health service, via a regional service in the specialist health service and to the national highly specialized service at Oslo University Hospital HF.

*"We need to be aligned. This is important for patients. The regions must do the same."*

REPRESENTATIVE OF A REGIONAL HEALTH AUTHORITY

However, we have heard that some patient and user representatives fear that the regional services under development will in reality become a "new waiting room" and that the treatment services they want will continue to be offered only by the national treatment service.

## Lack of capacity and long waiting times

The national treatment service for gender incongruence has capacity problems due to the increased number of applicants, resulting in long waiting times for assessment, examination, initiation of treatment and follow-up. The capacity challenges are exacerbated by the fact that the differentiated service is not in place in the regions.

*"It took a very long time from when I went to the GP the first time until I was at Rikshospitalet.  That waiting period was very difficult. First of all, the GP didn't know where to refer me and at the DPS I was refused. A new doctor who had worked in a larger city and knew about this beforehand had to come before we could send a referral to the right place. And then there was the wait to get to Rikshospitalet. When I finally got there, I was greeted in a nice way, and was given a review of what gender-affirming treatment entails. Then I was referred back to a sexologist in the region. There I found out that it wasn't gender-affirming treatment I needed, and I got the counseling I needed to find out where I stand in relation to my identity, sexuality and gender expression."*

INFORMANT H

We have heard that the long waiting time is one of the reasons why some people choose to start different parts of treatment on their own. Long waiting times pose a risk of sequelae and self-medication, which is a challenge in terms of patient safety.

## Need for increased competence and access to cutting-edge expertise

We have been told by both patient organizations and the service that there is a lack of health personnel with expertise in gender incongruence and in the follow-up of people with gender incongruence in both the primary health service and the specialized health service.

*"... Many act on the basis of their professional background ... act based on the resources they have. But they don't have expertise in trans health."*

PATIENT ORGANIZATION REPRESENTATIVE

Several people we have spoken to have emphasized that children and young people with gender incongruence and gender dysphoria need access to competent health professionals, regardless of whether they need treatment, support measures or whether they want to explore gender expression and gender identity. Since in practice they will meet different professionals depending on where they are in the service, this means that there are several professional groups that

21

need this competence. The competence needs of the different professional groups must be assessed based on the type of help offered, but knowledge of gender incongruence and how to deal with it must be at the core.

Municipal health and care services are often the first encounter with health services for people exploring their gender identity and their relatives. We have heard that there is generally little expertise and experience with gender incongruence and gender dysphoria in the municipalities. We have identified three factors that are of importance for building up help and support in the municipal health service.

- There is a need for accessible guidance for all those working in primary care settings for children and young people, such as kindergartens, schools and health centers.
- There is a need for family support and parenting guidance services for families with children and young people with gender incongruence, both binary and non-binary.
- There is a need to strengthen the role of the General Practitioner (GP).

The role of the general practitioner is important in assessment and follow-up over time. It is essential for GPs to have access to appropriate support from the specialized health service when needed, as is the case for other conditions and courses of treatment.

*The health professionals involved must be well trained in cooperation with the National Treatment Service. Those who will work on this must feel competent."*

REPRESENTATIVE FROM A REGIONAL HEALTH AUTHORITY

The general practitioners we spoke with felt it was important that people with gender incongruence have the opportunity to openly and curiously explore gender expression in a safe environment with their general practitioner.

*"It's first and foremost about taking care of the person, as long as we approach gender in an open and exploratory way, and don't reject or close doors, then it works well. It is important to clarify that it is not about excluding treatment, but about taking care of the person first."*

TREATMENT

In recent years, requirements have been introduced whereby knowledge about gender identity and gender expression must be included in key health professional education programs. In the long term, this may lead to more competence about gender incongruence in the services. However, we have heard from several people that more needs to be done to ensure that there is competence about gender incongruence in the various parts of the services that the group encounters.

## A highly specialized field in need of multidisciplinary expertise

Gender incongruence and gender dysphoria is a narrow and highly specialized area within specialist health service. It is therefore essential to build expertise in this field in order to assess, guide and treat in a responsible and safe manner. Ukom has noted that the services want to offer as wide a range of services as possible to the patient group, but that they must also offer good quality services. It is a prerequisite for establishing a sufficiently good service that patients are met by professionals with the right expertise.

An interdisciplinary approach is necessary in the assessment and treatment of gender incongruence and gender dysphoria, and this places clear demands on the structure of the service. Given the complexity of the subject area, the service also needs to have a certain volume of patients in order to gain the necessary experience and knowledge. In the ongoing restructuring of services for children and young people with gender incongruence and gender dysphoria in England, the authorities have calculated that a minimum population of five million is needed to develop a separate service for this patient group. Abroad, we see examples of gender incongruence centers being located in major cities to pool expertise and build a treatment and research environment. This shows some of the challenges of building a decentralized service in Norway.

The service currently faces challenges in recruiting and retaining professionals in the field. One of the reasons given is attrition of professionals.

Stakeholders Ukom has spoken to believe that sufficient expertise on gender incongruence in the municipal health and care services can help ensure that many people's need for health care is met. For children, young people and adults, it is also appropriate for health care to be locally based.

Several stakeholders have also pointed out to Ukom the importance of children and young people with gender incongruence being met by professionals with sexological expertise. Sexologists that Ukom has talked to say that they have special expertise in this field. The Directorate of Health's guidelines also state that sexological competence and knowledge is an important prerequisite for professionals in this field. One argument is that after the latest change in ICD-11, gender incongruence is no longer to be considered a mental diagnosis.

At the same time, sexologist is not a regulated profession with a protected title or regulated education. This means that anyone, regardless of educational and experience background, can basically call themselves a sexologist. This means that the sexologists who see patients in the services may have different competences. It may also vary whether the sexologists have a health professional education and sufficient knowledge about other diseases and mental disorders that may affect the situation of people with gender incongruence. This may contribute to variation in service provision.

## Risky self-medication and private surgery

Many people with gender incongruence choose to initiate treatment for gender incongruence outside the public services. They can do this by starting hormone therapy on their own, for example by ordering drugs online or buying them abroad. They can also undergo gender confirmation surgery privately in Norway or abroad.

*"I didn't want to wait for an operation at Rikshospitalet, because "I didn't want to wait for an operation at Rikshospitalet, because*

*Because the hormones will change the structure. I didn't want to hear with that ear, I wanted to fix my chest. Because that was what was visible. Everything else could be hidden, nobody saw the ovary on a daily basis. So I went to a private surgeon in Oslo. He destroyed me."*

PREVIOUS PATIENT ASSESSMENT/TREATMENT OF GENDER INCONGRUENCE

Starting hormonal treatment on one's own outside of public services involves risky self-medication. This is a significant patient safety risk, partly because patients are often not assessed before starting treatment. The person is also left alone to administer the treatment. People who have started self-medication will often turn to public health services for help or to obtain prescription medication.

Gender reassignment surgery performed privately in Norway or abroad also involves patient risk. The role of private treatment providers is unclear in the national guideline.

One of the reasons for starting treatment on their own is refusal of hormonal gender-affirming treatment. Several patient and user representatives have pointed out that the current service provision is not designed and organized in a way that allows for a right to a second opinion, even though this right follows from the Patients' and Users' Rights Act. A possibility for a second opinion has long been requested by the patient group. Other reasons for self-medication include lack of local services and support, lack of trust in the health service and long waiting times.

*"In terms of patient safety, when capacity is limited  there is a vacuum in waiting time and follow-up - where there is no local, regional or national provision. This vacuum is a risk."*

PRACTITIONER AND RESEARCHER

## In summary

We see that there is great variation in the services and expertise offered in different parts of the country. There is a risk of under-, over- and incorrect treatment of children and young people with gender incongruence and gender dysphoria. In addition, we see that there are challenges in establishing a decentralized offer in a narrow complex field.

In order to strengthen the service, Ukom believes that it is important to strengthen the health service provision in the primary health service, build increased interdisciplinary expertise in the specialized health service at regional level and ensure that the national treatment service has sufficient capacity for the current demand.

24

PATIENT SAFETY FOR CHILDREN AND YOUNG PEOPLE WITH GENDER INCONGRUENCE

# 7 Our findings: Insufficient knowledge

**Published on March 9, 2023** Last updated on March 9, 2023

## Table of contents

Systematic review Safety and efficacy of
treatment

Suicide incidence

Lack of knowledge about the situation of patients

About ongoing research

 In summary

The evidence base, especially research-based evidence, for gender affirmative treatment (hormonal and surgical) is insufficient. Little is known about the long-term effects. This is particularly true for the teenage population, which accounts for a large part of the increase in referrals to the specialized health service over the past decade. This represents a new population for health services where evidence on treatment efficacy, side effects and prognosis is lacking or weak. Most often, the studies are about patients with binary gender incongruence, but now there is also increased referral of people with non-binary gender incongruence for which there is little research evidence. Research-based knowledge is incomplete and does not provide clear answers. This is recognized nationally and internationally. A committee set up by the health authorities in England recently described the evidence base as follows:

> *"Evidence on the appropriate management of children and young people with gender incongruence and dysphoria is inconclusive both nationally and internationally."*

## Systematic review of evidence

The lack of an evidence base makes it difficult for health professionals, patients, relatives, authorities and others to get an overview of the current evidence base in the field. Systematic reviews collect and compile available evidence in a systematic, scientific and transparent manner based on explicit and predefined methods according to international standards for how such reviews should be prepared. It should be possible for others to verify results and conclusions. This contrasts with non-systematic reviews ('traditional' reviews), which lack systematic and transparent procedures. It can be difficult to know why some research results are emphasized and others not. Differences in emphasis and coverage can give a misleading picture of the evidence base and consensus. It is important to use available knowledge and experience nationally and internationally in a systematic way.

Different groups and countries have produced different types of summaries and guidelines, for example:

- An Endocrine Society Clinical Practice Guideline was an updated 2017 clinical practice guideline from the American and European Medical Endocrinology Associations (American Association of Clinical Endocrinologists, American Society of Andrology, European Society for Pediatric Endocrinology, European Society of Endocrinology, Pediatric Endocrine Society)
- The World Professional Association for Transgender Care (WPATH) has published an update of the Standards of Care, SOC8.
- In 2022, the Swedish National Board of Health and Welfare published an update of the evidence base for "Support, assessment and hormone treatment for gender incongruence in children and adolescents".

SOC8 was published in 2022 and is a guideline developed by the professional and advocacy organization WPATH to guide healthcare professionals to ensure safe and effective care for transgender and gender diverse people. The guideline is based on published literature and expert consensus-based opinions. The guideline and recommendations aim to promote evidence-based care, education, research, public policy and respect for transgender people's health globally.

Swedish health authorities have several times updated the evidence base with summaries (non-systematic and systematic) and revised recommendations for children and adolescents with gender dysphoria and gender incongruence. Swedish health authorities at the National Board of Health and Welfare considered at the last update in 2022 that the risks of puberty blockers and gender-affirming hormone therapy for the group of young people with gender incongruence as a whole outweighed the possible benefit of the treatments. This was based on their updated assessment of the evidence base where they considered it was not possible to conclude on the efficacy and safety of the treatments, and the National Board of Health and Welfare recommended that the treatments be provided within the framework of research. The report emphasized new knowledge on the prevalence of treatment regret among young adults. The National Board of Health and Welfare also highlighted the unexplained increase in the number of people seeking assistance from the health services, particularly a marked increase among adolescents and especially adolescents with registered sex female (girl) at birth.

In Norway, systematic reviews and health technology assessments are used to determine which treatments can be given to different patient groups. There are different types of HTAs. A so-called full HTA is a comprehensive systematic assessment of new or established methods in which efficacy, safety and/or cost-effectiveness are reviewed and assessed. The assessment often also includes questions concerning ethical, legal, organizational and societal consequences. In Norway, no systematic reviews have been conducted on puberty delaying and gender affirming treatments with hormones and surgery. Nor have any health technology assessments of treatments for children and adolescents with gender dysphoria been used. The health authorities in Norway have not provided updates of the evidence base and accompanying benefit and risk assessments of various treatments as, for example, the Swedish authorities have done.

## Safety and efficacy of the treatment

There are unresolved questions related to puberty blockers in adolescents. One published study shows that puberty delaying hormones cause slower growth in height and slower increase in bone density. It is also noted that the effects on cognitive development have not been established. There are increasing questions about the unresolved side effects and long-term effects of both puberty blockers (hormone therapy) and gender-affirming hormone therapies. However, experience with other patient groups shows that long-term use of cross-sex hormones can affect disease risk. When people with gender incongruence are treated, it is with significantly longer duration and intensity of hormone treatment than hormone treatments for other conditions. When treatment is started at a young age, it will need to last a lifetime.

Long-term satisfaction with surgical gender confirmation procedures at the group level and the need for surgical reoperations are not known.

Since some of the treatment is established in practice, it is problematic to conduct good randomized trials. It is also ethically difficult to conduct randomized, controlled trials to assess the efficacy of several of these treatments for people with gender incongruence, especially on children and adolescents. There is little and uncertain data on the rates of regret, and this is particularly relevant for the most invasive treatments such as puberty delaying and hormonal and/or surgical gender confirmation treatments. It is not a given that everyone who has received this type of treatment and regrets it will contact the treatment institution. In Sweden, for example, there is not enough scientific evidence to assess how many people discontinue or regret treatment.

There are many studies showing improvement in gender dysphoria, quality of life, psychosocial functioning and psychological tests in the short term after drug and surgical treatment of gender incongruence and gender dysphoria. However, there are few studies of the long-term effects of the treatments, and the quality of the studies is variable. There is a lack of studies comparing outcome measures after different treatment methods and there is usually no control group in the studies. The lack of control groups means that effects are often measured against population data. Effects are often assessed at the group level, rather than the individual level, so that adverse effects for some patients may be masked by improvements in the rest of the group. Sample sizes are often small, and patient dropout can greatly affect the results. There are few long-term studies, and those that exist started before the described increase in teenagers with gender incongruence seeking treatment. It may therefore be difficult to transfer the results from these earlier studies to those who are now being referred, since a large proportion have mental illness, developmental disorders or other conditions not described in the earlier studies.

# Suicide incidence

There are varying figures given on the incidence of suicide in people with gender incongruence and gender dysphoria depending on the time period and the type of population studied.

The 2020 report from the National Board of Health and Welfare showed that 0.6 percent of those registered with a diagnosis of gender incongruence in Sweden (39 out of 6334 people) had committed suicide. Professionals and researchers at the Norwegian Institute of Public Health wrote in 2020 about the figures from Sweden:

> *"The suicide risk was significantly higher than in the general population, but at the same level as the suicide risk in common mental disorders such as depression, bipolar disorder and autism. Since these mental disorders are so common among people with gender incongruence, it is not possible to determine whether the increased suicide risk is due to gender incongruence per se or is a consequence of mental disorders. Nor are there studies that provide evidence that suicide risk is reduced as a result of gender-affirming treatment, or that suicide risk increases if gender-affirming treatment is not provided".*

Follow-up data from a cohort of people referred to specialized centers in the Netherlands (1972-2017), also published in 2020, showed for the period 2013-2017 an almost four times increased risk of suicide among transgender people compared to the general risk. Suicides occurred at all stages of transition, with two-thirds occurring in people still in active treatment. Trans women had a higher suicide risk than trans men. There was no change in suicide risk over time in trans men, however, there was a slight decrease in suicide risk for trans women throughout the time period. In Norway, we do not have published overview figures on suicide in persons with gender incongruence and/or gender dysphoria.

# Lack of knowledge about the situation of the patients

There is currently no Norwegian overview or systematic mapping of the patients' history, how many are rejected, withdraw during the treatment process, complete the treatment or how patients with gender

incongruence and gender dysphoria fare after treatment. This requires both a national registry and systematic review, neither of which is in place. Researchers at the National Treatment Service for Gender Incongruence have established a local quality register with information on children and adolescents who have been referred to the team for gender identity investigations over the past 20 years. This is data from a selected part of the health service and does not provide a complete overview, since there are several who treat children and adolescents with puberty blockers and gender affirmation treatment.

The 2022 annual report from the national treatment service summarizes these figures: 915 people (268 children and 647 adults) were referred to Oslo University Hospital HF for assessment. Of the children under investigation, 70 (26.1 percent) were registered male and 198 (73.9 percent) were registered female at birth. A total of 2449 adult patients were undergoing assessment, treatment (hormonal and surgical) and follow-up after surgical treatment. This was an increase of 16% from the previous year. 83 patient relationships were terminated during the assessment process by the practitioner, and 40 people terminated the patient relationship themselves. A total of 244 plastic surgeries were performed:

- 78 had their breasts
- removed 24 had breast
  implants
- 28 had major genital conversions (procedures)
- 96 other gender corrective surgeries (breast/genital)
- 51 gynecological operations, such as removal of the uterus and ovaries

The National Treatment Service has previously reported that 75% of those referred have a mental illness, with depression and anxiety being the most common diagnosis. A significant clustering of different conditions was also found. Approximately one in five of those referred with gender incongruence had autism spectrum conditions, ADHD/ADD or Tourette's. This is consistent with Swedish figures. The National Board of Health and Welfare has also mapped the prevalence of gender incongruence over time and looked at co-occurring mental disorders and other disorders.

*"Nobody knows what happens to those who are rejected - nobody knows anything about groups of patients who are not followed up."*

PATIENT ORGANIZATION REPRESENTATIVE

There is no national overview of gender confirmation treatment provided by private providers, neither nationally nor internationally. Furthermore, there is no overview of the extent of self-medication with the purchase of hormonal treatment via the internet.

An overview is needed to promote development, and medical quality registries and research studies can contribute to this. Medical quality registries collect structured information from patient care pathways. Information on assessment, treatment, follow-up and outcome of treatment provides knowledge about unwarranted variation in health care provision and quality of care. The main purpose of medical quality registers is to contribute to better quality of patient care.

User participation and patient-reported outcome and satisfaction measures (PROMs and PREMs) are particularly important in the field where there is a need to develop treatment provision and health services. PROMs can help to provide a comprehensive data base in the field of gender incongruence with the

possibility of capturing health aspects that are important for people with gender incongruence and often not captured by more traditional measurement methods. In the process of establishing a national medical quality registry, it is important to involve patient and family representatives to ensure relevance, language and user-friendliness. It is also important to prepare good information about the purpose and use of registry data in quality assurance and research for people with gender incongruence and gender dysphoria so that there is a clear basis for consent to data collection.

## About ongoing research

In general, there is a lack of research-based knowledge about the short- and long-term effects, course and prognosis of different treatments. There is a need for medical clinical and epidemiological studies with longitudinal studies, including on people with gender incongruence who are not offered, do not start or stop the different treatments.

*"We need to think from a life-course perspective. What about those who received treatment and those who did not? (...) We should have gone to those who were treated and asked if they would do it again. I would do it again (30 years ago), but for others... not sure."*

PATIENT ORGANIZATION REPRESENTATIVE

There are various opportunities for research. All health enterprises are knowledge institutions and should have patient-oriented research as an integral part of their activities. Clinical studies contribute to updated knowledge about the safety and efficacy of treatment and contribute to knowledge about treatment results in clinical practice. Clinical research in the health enterprises has long been a priority area with the aim of strengthening quality and patient safety. This is also in line with the National Action Plan for Clinical Studies for 2021-2025.

Internationally and nationally, there is a lot of research on gender incongruence in several disciplines, including medicine, psychology and sociology. Prospective and retrospective long-term studies with longer observation periods will gradually emerge. Research on rare outcomes and outcomes that can occur long after treatment (such as heart attacks, cancer and osteoporosis) will take a long time to answer.

Efforts are being made in different areas to develop comprehensive national overviews of the field. In Norway, the Norwegian Institute of Public Health launched the Gender Incongruence project in 2020 to study gender incongruence in people under the age of 25. The project will provide more knowledge about gender incongruence in Norway and support proper health care. Approval has been given to link data from national health registers, the National Treatment Service for Gender Incongruence and Statistics Norway. No such epidemiologic studies of gender incongruence have previously been conducted in Norway.

## In summary

The teenage population, which accounts for a large proportion of the increase in referrals to specialized health services over the past ten years, is a new population of patients for whom the knowledge base is insufficient both nationally and internationally. The stability of gender dysphoria occurring or expressed in adolescence is not known as there is a lack of follow-up studies. It is uncertain to what extent gender

incongruence and gender dysphoria persist in this patient group compared to previous patient populations. A large proportion have mental illness, developmental disorders or other conditions that were not described in previous studies. The evidence from previous studies is therefore not necessarily transferable to the group of teenagers with gender incongruence and gender dysphoria who increasingly seek puberty delaying and gender affirming treatment. There is a particular lack of research-based knowledge about the treatment of patients with non-binary gender incongruence.

Ukom considers it necessary for patient safety that the knowledge base on gender incongruence and gender dysphoria is strengthened, and that health services are organized in line with the knowledge base. In Norway, no systematic review has been conducted in the field, no updated assessments of recent foreign reviews have been made, and no full health technology assessment of puberty blockers and gender-affirming treatment with hormones and surgery for children and adolescents has been conducted. No medical quality registry with national status has been established to provide an overview and assess the quality of the treatments given to children and adolescents with gender incongruence and gender dysphoria in Norway. Such measures are essential to improve the knowledge base for clinical decision-making and to promote clinical research and development in the field.

PATIENT SAFETY FOR CHILDREN AND YOUNG PEOPLE WITH GENDER INCONGRUENCE

# 8 Our findings: Due Diligence Requirements - especially related to children and young people

**Published on March 9, 2023**Last updated on March 9, 2023

## Table of contents

 Requirements for investigation

Unclarity and variation in assessment practices

Consent for health care - parental involvement

Summarized

In conversations with us and in the consultation process for the national guideline, several stakeholders have questioned the justifiability of the health care offered to children and adolescents with gender incongruence and gender dysphoria.

When we now assess the requirement for justifiability, we are primarily focusing on interventions of an invasive nature with a potentially high risk of harm, such as puberty blockers, gender-affirming hormones and surgery. Less invasive measures such as counseling, prostheses and hair removal are measures that can help people cope with gender incongruence, but do not have the same risk of harm as more invasive measures. This is therefore excluded from our assessments.

The requirement for justifiability has a broad basis in health legislation. The requirement for justifiability is linked to assessment, treatment and follow-up. National professional guidelines will often help in this work by describing measures and solutions based on up-to-date, recognized professional knowledge and often specify how practice should be. At the same time, professional guidelines will provide guidance on how much deviation from good practice is acceptable before the deviation leads to the treatment being unsafe.

The Norwegian Board of Health Supervision and the State Governor are responsible for ensuring that the service operates responsibly. It is challenging for the Norwegian Board of Health Supervision to exercise control of treatment soundness when the professional guideline, which is intended to be normative, is unclear and vague.

The requirement for justifiability related to children and young people presupposes that all assessment, treatment and follow-up must be in line with the "best interests of the child". For all decisions made in relation to children and young people, an overall assessment must be made of what is in the child's best interests based on the situation and needs. The requirement for soundness also includes the requirement for compassionate assistance.

## Requirements for investigation

For children and young people, it is particularly important to clarify whether the desire for treatment for gender incongruence is stable and not due to other causes. When the consequences of a treatment are major and sometimes irreversible, there are stricter requirements for proper assessment. As we have pointed out, the evidence base for the use of puberty delaying treatment, gender affirming treatment with hormones and surgery is insufficient. This means that in order to meet the requirement for soundness, stricter requirements must be set for a thorough investigation when assessing the need for health care. The national guideline does not describe sufficiently clear requirements for assessment and requirements for medical indications for the initiation of treatment. Gender incongruence is not a mental disorder, but a condition that may require both medical and psychological health care. This is particularly true if the gender incongruence has developed into gender dysphoria.

The national guideline states that psychological assessment is not a prerequisite for offering gender-affirming treatment. It is important to avoid pathologizing people with gender incongruence. When the guideline does not set specific requirements for assessment, this can lead to poorer help and care for children and young people. This is a risk, and the study shows that the lack of specific requirements contributes to uncertainty in the services. Health professionals are faced with difficult assessments that require them to consider the potential for harm against what is in the best interests of the child.

## Lack of clarity and variation in assessment practices

People with gender dysphoria are a heterogeneous group. This makes treatment particularly demanding, both clinically and in terms of research. Several patients, relatives, therapists and administrators have expressed concern about different practices related to the assessment of patients' mental health. Not all people who experience gender incongruence need mental health care, but a significant proportion of the patients referred to the National Treatment Service have current or previous mental illness, developmental disorders or other conditions. People with gender incongruence may also be at increased risk of developing psychological distress, minority stress and sequelae.

> *"In general, the Norwegian Board of Health Supervision believes that invasive and irreversible measures require a broad differential diagnostic investigation and assessment in order to provide a sound basis for treatment. The requirements for decision-making competence should increase the more extensive the intervention in question. It is therefore supported that the least invasive gender-affirming treatments should always be considered as first choice.*
>
> *Furthermore, it is supported that it is important to clarify the need/indication for gender-affirming treatment, risk factors and contraindications, both somatic and mental disorders, through interdisciplinary cooperation."*
> *(The Norwegian Board of Health's consultation response to the draft national professional guideline for health care for persons with gender incongruence)*

Everyone we have talked to emphasizes the importance of understanding gender incongruence with a biopsychosocial model, i.e. an approach where the whole person is seen and which takes into account physical, psychological and social conditions. However, there is disagreement about the content and scope of the basic assessment for gender incongruence and gender dysphoria.

In our dialog with stakeholders, we have identified various concerns:

- Concerns have been expressed that the requirement for mental health assessments will prevent or delay help with gender incongruence and lead to unnecessary burdens of extensive assessments of children and young people who do not have mental health problems.
- Several express concerns about patient safety because mental health assessments are no longer required. The emphasis now is on avoiding morbidity. This can mean that different mental stresses

and diagnoses are not captured, which means that children and young people do not receive the holistic help they need.

- In addition, concerns have been expressed that a lack of clarity about what constitutes good practice and the discussion around mental health assessment itself means that we are not seeing and acknowledging the whole individual with physical, mental and social needs.

> *"Today, medical practice requires knowledge of biological, psychological and social aspects of gender. Since we only have one word for gender in Norwegian, we have a unique opportunity to think holistically about gender in line with the biopsychosocial medical model."*
> *(Slagstad et al. in Tidsskrift for den norske legeforening, February 2023)*

In one of the reports of concern received by Ukom, the relative's child is in his or her early 20s. The young adult is being assessed for gender dysphoria and wishes to change her gender from boy to girl. She is following the scheduled plan for assessment for gender-affirming treatment, but apart from this she is not offered or assisted with interviews with a psychologist or follow-up at the district psychiatric center (DPS). Follow-up at the DPS has been rejected due to lack of resources, and that it is not considered necessary health care. The daughter is experiencing an identity crisis, but according to relatives she is left to herself and her thoughts. It takes three to four months between each consultation. Relatives also believe that both the consultations and the assessment at the DPS were only schematic, which means that the daughter's problems are not picked up. The mother mentions that eating disorders are part of the picture, but that this has neither been treated nor taken seriously.

In practice, we see that there are variations in the mental health assessments carried out by GPs and the specialized health service at child and adolescent psychiatry (BUP) and DPS, before referral to the National Treatment Service. If children and young people with mental illness are on a waiting list without their mental health being adequately assessed or followed up, this may pose a risk to patient safety.

Several people we spoke to told us that referrals to BUP were refused. Gender incongruence is not described in the prioritization guide, Mental health care for children and adolescents. Several from BUP describe that it is demanding to make assessments about prioritizing the group with gender incongruence against other patient groups defined in the guide. In practice, this means that necessary clarifications and assessments regarding mental health can take time and be difficult to coordinate with simultaneous assessments for gender incongruence.

In addition, we see that the time the services currently spend on assessing children and young people with gender incongruence varies. It is also important how close the follow-up is. That is, how frequently/often the person concerned comes in for a consultation. Patients and relatives we have spoken to are clear that good and sufficiently close follow-up is essential for a safe and good patient pathway. Follow-up during and after the course of treatment is also highlighted as a key need. Gender-affirming treatment can be very demanding to go through.

# Consent to health care - involvement of parents

Our findings show variation in how the competence to consent is interpreted and practiced. There are also challenges in how the child's decision-making competence and parental involvement should be assessed in individual cases. The assessment of competence to consent must be made on an individual basis, and must be based on the child's age and maturity. In addition, the assessment must take into account the nature/type of healthcare. The requirements for consent must be seen in relation to the rules for parents' right to information, cf. the Patients' and
- and User Rights Act § 3-4.

The general rule is that the age of majority under health law is 16 years in Norway. For persons under the age of 16, it is generally the parents who must consent to health care. In health legislation, there are exceptions in both directions, cf. section 4-3, first paragraph, letters a-c of the Patients' and Users' Rights

Act.

For some procedures, parental consent is also required for those over the age of 16. As examples of this, the Directorate of Health has referred in its circular to the Patients' and Users' Rights Act to participation in research projects or experimental treatment, painful or risky treatment and treatment that is irreversible, including plastic surgery. Parts of the treatment provided for gender dysphoria are characterized as irreversible. The guideline on gender incongruence also refers to the need for parental consent for irreversible treatment for persons under 18 years of age. However, the guideline is open to interpretation: *"As a starting point, young people between 16 and 18 years of age cannot therefore decide for themselves on invasive and irreversible procedures".* This does not correspond with what is stated in the circular to the Patients' and Users' Rights Act or with the requirements in the Health Research Act for participation in research projects. Here, there are explicit requirements for parental consent for medical interventions and drug trials on children under the age of 18. We note that there are different requirements for consent in research versus trial/experimental treatment. Gender affirmative treatment is an invasive measure that may affect fertility. The guideline refers to the possibility of storing sperm and unfertilized eggs if one is to undergo treatment that will affect fertility. Reference is made in this context to the Biotechnology Act. This shows the complexity of what children and young people are expected to consider before agreeing to treatment. By way of comparison, we would point out that the age limit for consent to sterilization is 25 years in Norway.

The issue of children's competence to consent to gender affirmative treatment has become topical in connection with a controversial court case in England (Bell vs Tavistock). This has led to increased awareness of the issue.

The Patients' and Users' Rights Act allows children under 16 years of age (between 12 and 16) to consent to health care without parental involvement. This is linked to the rule on exempting information to parents, cf. § 3-4 of the Patients' and Users' Rights Act. The requirement is that the child/young person has "reasons that must be accepted". In this context, reference is made to conflicts between parents and children, fear of reprisals and that weighty considerations for the patient speak against involving the parents. The national guideline for gender incongruence refers to the same thing, but the guideline is not clear whether this is also possible even if it involves invasive treatment.

The guideline also allows for information to be withheld from parents even if the child is under 12 years of age, but the guideline specifies that children under 12 years of age cannot consent to health care. § 4-3, sixth paragraph, of the Patients' and Users' Rights Act states that in cases where information can be withheld from the parents, the person providing health care *"may decide on health care that is strictly necessary and that is not invasive in terms of scope and duration" Such a decision can only be made for a limited period until consent can be obtained."*

The regulations relating to children's capacity to consent and relatives' right to information leave room for interpretation, but the guide to the Patients' and Users' Rights Act provides some clear guidelines on the scope for interpretation. At the same time, the national guidelines for gender incongruence are not as clear. Assessing children's competence to give consent is difficult. Competence may vary according to age and maturity and depending on how invasive the measures being considered are. At the same time, there are unresolved questions related to when information from parents can be excluded. The guidelines do not provide clear guidance on these questions.

Several have called for clearer clarification of whether it is justifiable for children under the age of 16 to consent to treatment for gender incongruence and gender dysphoria. In connection with a specific case, the State Administrator in Oslo has asked the Directorate of Health for further clarification of the issue.

One of the reports of concern we have received highlights the issue of consent and involvement of relatives. The young person in question is receiving treatment from the primary health service and has

informed her parents that she is considering starting gender-affirming hormone therapy. They are in contact with others in the same situation via the treatment center.

Relatives state that their adolescent is in an exploratory phase with a lot of doubt and ambiguity in addition to having psychological challenges. Parents have not been informed or contacted by the therapist. The parents feel that in a few months their adolescent is in the middle of a new field with many impressions and influences, including new contacts from the treatment center and through social media. They are afraid that they are about to embark on a fast-track treatment that could make them a patient for life. He wants symptom relief in a complex situation, and his parents fear that he is too immature and has too much to cope with to make such a choice in a short time. The parents are concerned that the patient may regret the choice later in life and that it will cause harm rather than help.

Parents are the closest caregivers and anchors in a situation that is very demanding for the child, siblings and parents. They want to be a resource and maintain a good relationship with their child, but the family experiences a lack of involvement from the treatment center in the process of their child exploring gender identity.

### *"To involve us parents is to facilitate good relationships for the rest of our lives."*

MOTHER

Assessing capacity to consent can be challenging. It is therefore all the more important to involve relatives. There are clear expectations in the current regulations that relatives should be involved unless there are compelling reasons to the contrary.

Assessment and treatment of children and adolescents with gender incongruence and gender dysphoria is complicated. The fact that they are undergoing intense development, both physically and mentally, must be taken into account in the assessments. If children and adolescents are to be able to consent to gender-affirming treatment on their own, it is unclear what it takes to say that the child is mature enough to make such a decision. What requirements should we set in order to assume that the child has sufficient understanding and insight to understand the consequences of the choices made? In addition, there is the question of what information must be available to make the choice. The law sets clear requirements for information to all patients receiving health care. This includes information about their state of health, the content of the healthcare and any risks and side effects. This knowledge is important in order to make informed choices. As we have discussed in the evidence base, we know little about the long-term effects of puberty blockers and side effects of hormone treatment.
Patients must be informed about this, and they must be able to understand the consequences of their choices. Meeting and talking with the healthcare provider will be crucial for the choices to be made by children and adolescents.

> *"It is important that this patient group is met in an open and non-judgmental way so that they feel safe and cared for. In our experience, it is very difficult to balance helping patients to reach a definite position that gender confirmation is what they want, which will often involve probing questions, against making them feel cared for and understood. When the topic is one's own identity, it is easy to fall into the trap of offending."*
> *(Consultation statement from the Norwegian Association of General Practice, Norwegian Medical Association)*

## In summary

Our findings show that it is questionable whether all children and adolescents with gender incongruence and dysphoria receive appropriate health care. Children's right to consent to health care and parents' right to information are challenging issues for health personnel to consider. Children and adolescents may have different degrees of physical and mental maturity and may be at different levels of development despite being the same age. If children and young people should be able to consent to gender-affirming treatment on their own, it is unclear what is required to say that the child is mature enough to make such a decision.

The guideline does not require an assessment or a medical indication for starting treatment. The guideline does not function well as a professional standard and constitutes a patient safety risk in its current form.

PATIENT SAFETY FOR CHILDREN AND YOUNG PEOPLE WITH GENDER INCONGRUENCE

# 9 Our findings: Right to health care - a gap in expectations

**Published on March 9, 2023**Last updated on March 9, 2023

## Table of contents

Different expectations

Summarized

The guideline on gender incongruence pays great attention to the patients' right to health care. The right to necessary health care from the municipal health and care services and the specialized health service is laid down in the Patients' and Users' Rights Act. The term "necessary health care" is interpreted as giving a right to (necessary) health care of an acceptable standard based on an individual assessment of need. The scope and level must therefore be assessed specifically on the basis of a health professional assessment of the patient's needs.

The requirement of justifiability shall always be decisive in assessing the patient's right to health care. The right can be linked to the municipal health and care services and to the specialized health service.

The national guideline is not clear on where the level of care should be when a medical assessment of need has been made. It is left to the service to define who is entitled, what they are entitled to, and when they are entitled to different health services. What is considered a specialized health service and what services can be provided by the municipal health service is also not clearly defined. This is more or less left to the services to define based on an assessment of justifiability.

In order to be entitled to healthcare services from the specialized health service, some specific requirements must be met. Firstly, the right is linked to a medical assessment of the patient's need for specialized health care. The guidelines do not say anything about what should be included in a medical assessment of the need, but that it must be based on a proper evaluation of the patient. The guideline states that gender incongruence in itself does not provide grounds for referral to the specialized health service, but there may be a risk of developing a mental disorder. People with gender incongruence may have gender dysphoria, a condition that causes psychological pain, discomfort or other problems that require health care. It is the individual need that determines whether a person is entitled to health care and at what level the care should be provided.

The prioritization regulations elaborate on the assessments that are relevant for determining who is entitled to necessary health care from the specialized health service. In the individual assessment of the patient's entitlement, the expected benefit of the health care must be assessed. The expected benefit of the healthcare is assessed on the basis of whether evidence-based practice indicates that the healthcare can increase the patient's life expectancy and/or quality of life. It must be assessed whether the health care product can increase the probability of: survival or reduced

loss of function, physical or mental improvement of function, reduction of pain, physical or mental discomfort, cf. the Priority Regulation.

As described above, little is known about the long-term effects of puberty-delaying treatment and gender-affirming treatment with hormones. There is a need for more research to be able to say something about short- and long-term effects. It is therefore also difficult to say anything about the expected benefit of the treatment as long as we do not have a sufficient knowledge base.

The right to necessary health care does not include experimental or test treatment, cf. circular I-4/2019. Experimental treatment means all treatment where efficacy and safety have not been sufficiently documented for the treatment to be included in the ordinary treatment offer.
Investigational treatment covers both treatment that is tested in clinical trials and treatment that is given outside clinical trials, but the main rule is that investigational treatment must be offered through clinical research studies. The national principles allow for treatment that is not based on sufficient documentation to be provided to individuals outside clinical trials in exceptional cases when this is professionally justifiable. This is stated in the Directorate of Health's guidelines for investigational treatment. It also points out that although the principles for investigational treatment were developed for the specialized health service, they can also be used as a basis for the use of investigational treatment in the municipal health and care services.

This means that there is room to maneuver to offer experimental treatment, but it is a fundamental prerequisite that the provision of experimental treatment is considered justifiable. The justifiability requirement is a legal standard that changes in line with medical and technical developments, but the core is linked to what is defined as established treatment at any given time. When there is no established treatment option, it is particularly important to have a safe framework for the treatment. Treatment must then take place within a predictable framework and contribute to increasing knowledge. This is particularly important for the group of teenagers with gender dysphoria, who are increasingly seeking the health service for puberty-deferring and gender-affirming treatment where the research-based evidence base is inadequate.

It is the health enterprises that decide what should be available in the service. This is based on a thorough assessment of the available knowledge about the service. Knowledge is obtained, among other things, through HTAs. A full HTA involves a comprehensive systematic assessment of new or established methods in which efficacy, safety and/or cost-effectiveness are reviewed and assessed. The assessment often also includes questions concerning ethical, legal, organizational and societal consequences.

The national guideline for gender incongruence does not use the term experimental treatment and bases the right to necessary specialized health services on experience-based knowledge. This is not consistent with other help provided by the specialized health service. The prioritization regulations stipulate that the patient should benefit from the health care and that the assessment of benefit requires evidence-based practice. The national guideline also points out that evidence-based practice is inadequate and highlights a prerequisite when describing the main elements of evidence-based practice:

> *"It is possible to develop evidence-based recommendations with more emphasis on clinical experience and user knowledge in anticipation of research-based evidence as is done in this guideline. This assumes that health care will be followed by systematic collection of data for research. The basis for making clinical decisions will thus be better in the time to come."*

This lack of connection between the right to health care and ambiguities in the knowledge base means that the health authorities must carry out a thorough assessment of the justifiability in relation to the available knowledge base. They must make this assessment before deciding which services to provide. It will therefore be demanding for the regions to put in place an assistance and treatment service.

Gender-affirming treatment is provided by various actors in Norway. No national register has been established, nor have there been specific requirements or resources allocated for follow-up research with systematic data collection. The knowledge base is thus not strengthened to make better clinical decisions locally at the individual practitioner, regionally or nationally. By defining treatment with puberty blocks, gender-affirming hormone therapy and surgery for children and adolescents as experimental treatment, there will be stricter requirements for a predictable framework for the help. This will contribute to safer and more predictable services. The framework will also contribute to increased knowledge.

# Different expectations

Our survey indicates that there is a gap between what the guideline outlines and what is possible given the current available services and knowledge base. When the national guideline states that people with gender incongruence are entitled to health care, without the evidence base being well documented and without a good overview of any negative aspects of the treatment, an expectation is created among patients that the services can hardly meet.

This relates both to expectations of the health service and its organization. Parts of the patient population have an expectation that the right to treatment should be fulfilled on the basis of a subjective need. Thus, it becomes a source of frustration when the Norwegian health system is organized in such a way that requirements for expected benefit, effect and safety are what trigger the type of help and treatment.

For many people with gender incongruence, it can be difficult to know what is the right type of help and treatment. Here, as elsewhere in the service, the GP will first have an important function in helping the person to find the right health care and then as support during the treatment and after the treatment is completed. The GP has a gatekeeper function in the Norwegian health service, and this is important for patient safety in order to avoid overtreatment, among other things. In our study, we see that some actors in this field use the gatekeeper model as an argument for discrimination. The role of the GP in accessing specialized healthcare services applies across patient groups.

The role can be challenging to manage, particularly when unclear frameworks or criteria for treatment meet clear patient expectations. There is a need to clarify the framework for care and treatment and to align expectations.

Health professionals have also reported that it is difficult to relate to the expectations of rights in a field where they are faced with difficult ethical trade-offs between "doing good" versus "doing no harm". Ukom has been told by health personnel that gender incongruence is a field that many are reluctant to enter because of the fear of doing more harm than good.

# In summary

We see that when the evidence base is inadequate, the right to health care creates conflicting expectations and demands. One consequence of this is that some patients feel that they are not seen and heard. There is a great need to harmonize expectations and opportunities in patient care for children and adolescents with gender incongruence and gender dysphoria. It must then be considered whether the interventions require a framework that meets the requirements for experimental treatment.

It is important to make the necessary clarifications at system level to reduce the gap between expectations and practice. Unmet expectations are burdensome for patients and their families and create ethical dilemmas for service providers.

PATIENT SAFETY FOR CHILDREN AND YOUNG PEOPLE WITH GENDER INCONGRUENCE

# 10 Our findings: Climate of expression and interaction

**Published on March 9, 2023** Last updated on March 9, 2023

## Table of contents

Climate of speech and health service

development Effects of a harsh climate of speech

Fear

Summarized

Discrimination and the fight for rights has been an ongoing issue within the trans community. Patient and family organizations and professionals have been active in advocacy work, demanding better patient services and various measures to prevent discrimination against trans people in health services. This has gone hand in hand with important work aimed at promoting the rights of trans people in all sectors of society.

## Advocacy and health service development

Diversity and inclusion are also key issues in the ongoing debate around the provision of treatment for people with gender incongruence and gender dysphoria. The debate, the discussion about whether the health service is inclusive and what constitutes good practice, is ongoing in the media, social media and within the health service. In our review of the debate, we see that it is sometimes unbalanced and highly polarizing.

This results in several simplistic messages that are very unfortunate for the field of gender incongruence in terms of establishing a comprehensive and equal health service for those who need help and treatment.

A climate of expression has developed that is characterized by polarization and harsh, judgmental words. The Freedom of Expression Commission, which delivered its report in 2022, specifically highlighted the debates on gender diversity and gender expression as an area where social condemnation can be high for those who choose to express themselves.

*"Those who enter the debates risk being labeled as phobic, prejudiced, hostile or reactionary"*

*THE FREEDOM OF EXPRESSION COMMISSION*

Furthermore, the Freedom of Expression Commission writes that this will limit the real freedom of expression for others, including those who wish to contribute new or different perspectives, facts and opinions. Empathy, the ability to put oneself in the shoes of others, requires a shared space of conversation where everyone has the opportunity to participate.

Our report points out that there is still work to be done to put in place a differentiated health service that addresses the different needs of gender incongruence. A health service must embrace the gender diversity that exists in society. To succeed in this, it will be important to establish a climate of cooperation in order to further develop the health services. Our survey shows that parts of the current dialogue from some actors are characterized by ideology and an us-versus-them rhetoric. Ukom is concerned that the current debate and level of conflict inhibits rather than promotes the development of sound health services and treatment options.

In recent decades, there has been a major focus on and further development of patient, user and family participation in the health service. We believe that in the future it is important to use the established systems and methods that have been developed nationally and internationally as a framework for cooperation. User participation at system level can contribute to increased accuracy and quality, both in service development and research. The Norwegian Directorate of Health is working on developing national professional advice for user participation in the field of substance abuse and mental health, with the aim of eventually being able to further develop these for the entire health and care service. The project highlights these system-level benefits:

- User and family knowledge is understood and used as an equal area of knowledge in service development, implementation and evaluation at system and service level.
- User and carer organizations, user-run centres, experience consultants and other patient and user voices have a common understanding of each other's roles and responsibilities.
- Staff and managers in the services facilitate increased user and family involvement.

These points are also good for highlighting some of the conditions for a genuine and respectful climate of cooperation:

- Stakeholders have a responsibility to see each other as equal partners with important knowledge to develop services.
- Stakeholders are responsible for establishing a common understanding of each other's
- roles and responsibilities. The service is responsible for facilitating greater user and family involvement.

## Effects of a harsh climate of expression

We have found that the debate taking place in the media and on various social networks affects those with gender incongruence and gender dysphoria, their families and those working in the field. The debate is characterized by sometimes major and fundamental differences of opinion. Particularly prominent is the discussion about what treatment should be offered to young people with gender incongruence and gender dysphoria.

41

We have found that the debate and disagreements affect four areas in particular, which may compromise patient safety. Impact:

- the relationship between patient and
- carer/treatment provider access to information
- participation in the debate
- recruitment/engagement in the field

Relationship and alliance building between the therapist/helper and the person seeking help/treatment can be affected by disagreements and differing expectations. Conversations and assessments that help to find the right help for the individual require a safe and open climate for expression. It is demanding to build security, trust and alliances in a landscape of uncertainty, distance and fear. We find that within gender incongruence, both trust in therapists and in treatment institutions is affected by a debate about what is good practice in the treatment of gender dysphoria.

In general, it can be difficult for children and young people to find relevant health information. In particular, it can be difficult for children and young people to deal with conflicting messages from professionals and from discussions on the topic in social media. At times, we see that messages about help and treatment for gender incongruence are not very nuanced, and it is difficult to get an overview of the risks and benefits of the treatments.

*"Side effects are not talked about very much. There is talk about "as long as I get hormones, my body will go in the direction I want". I think it's important that we have a balance here. The fact that you have side effects, or that you are struggling, does not mean that this is wrong."*

PATIENT ORGANIZATION REPRESENTATIVE

*"We also need to look at hormones. It can create pleasure and serious side effects. Blood clots and so on. There are also many people I meet who don't understand the seriousness of side effects. This is something that not only affects you on the outside, but also inside your body"*

PATIENT ORGANIZATION REPRESENTATIVE

The harsh and judgmental use of language carries the risk that some people may be reluctant to participate in public debate. For some, it may be too challenging to participate and express themselves because they have opinions that they know will not be tolerated by everyone. In this climate of expression, the cost of participating in public discourse with opinions or expertise may be too high.

*"So polarized a debate that even as a patient, I risk being verbally trampled on - caught in having to choose sides. Like a divorce debate."*

PREVIOUS PATIENT ASSESSMENT/TREATMENT OF GENDER INCONGRUENCE

Recruitment of clinicians and researchers to the field is affected by the debate. The fierce debate may also make practitioners reluctant to work in the field for long periods of time. Professional disagreement and lack of consensus can also increase the burden on practitioners, and a pressurized work environment can compromise patient safety.

*"This is a very demanding field to work in. Polarization means that we just keep bumping into each other instead of lifting the field. I have a friend who works in the BUP system, in relation to this topic she says; I go to work, and almost no matter what I do, I make mistakes."*

TREATMENT

*"Polarization is blocking research."*

PRACTITIONER AND RESEARCHER

## Fear

The word fear has been repeated by several stakeholders in our survey. Children and young people are afraid of not being believed and understood, and many are afraid of not getting the help and treatment they need. We have been told by several young people who are being examined for gender incongruence that they answer what they think is expected. Young people also share their experiences on social media, and they can get information on how best to respond in order to access gender-affirming treatment.

Relatives are afraid that their child will not receive the right health care and they point out many influences, complexity and climate of expression that make it particularly difficult. Relatives also report that they are afraid to express their concerns and uncertainties about the invasive treatments for fear of being labeled as transphobic. They express that they want to be supportive and caring. Relatives also mention that friends and close family members may avoid asking critical questions to their adolescent for fear of hurting their feelings.

Practitioners say that they are afraid of offending, afraid of ignoring other illnesses or giving treatment that they do not fully know the effects or consequences of, especially they are afraid of harming or not giving proper health care. They express concern about overtreatment, for example, starting hormone treatment unnecessarily or too quickly, or the period of treatment with puberty blockers being too long. They also express concern about malpractice, for example when they have to take over the assessment, treatment and follow-up of children and young people who have started treatment on their own or with other practitioners on varying grounds. One practitioner in the field has recently lost his license for various reasons, and media coverage has conveyed much fear in this regard.

Professionals with different perspectives at different levels of the health service report that they receive harassment and threats, but in conversations with Ukom, these different actors have been primarily concerned with patients, patient safety and soundness. Although the conditions can be demanding, practitioners in the health service also report a lot of support and good patient relations. A number of patient organizations and professionals also express concern about undertreatment and the consequences of this if the decentralized service is not put in place. Many are afraid that the outcome of the ongoing debate on the issue of justifiability will result in a reduced range of treatments.

## In summary

The climate of expression in this field in the public domain affects the available information for children and young people with gender incongruence and gender dysphoria and their families. There is a massive impact on children and young people in different communities, also related to treatment and health services. There is a lot of fear and anxiety about getting it wrong from all sides. Different opinions about what is the right treatment can create difficult cross-pressures. Different emphasis and discussion of what is necessary at group level can confuse and undermine the patient-treatment relationship and a personalized approach for the person concerned.

We would like to emphasize that all actors have a shared responsibility for good cooperation. The field needs to establish a constructive community for all those committed to good health care for people with gender incongruence and gender dysphoria. This would make it easier for clinicians and researchers to seek out the field and, not least, for children and young people and their families to seek the help they need.

In addition, interested and affected parties need quality-assured information about the treatment provision in the field of gender incongruence and current knowledge about efficacy and safety. This information needs to be accessible and adapted to different target groups, including children and young people.

PATIENT SAFETY FOR CHILDREN AND YOUNG PEOPLE WITH GENDER INCONGRUENCE

# 11 Our recommendations

**Published on March 9, 2023** Last updated on March 9, 2023

Our survey shows that there are major differences in the health services for children and adolescents with gender incongruence and gender dysphoria. Stakeholders in the health services have different understandings of the knowledge base and different assessments of what constitutes acceptable health care. This has led to a situation with variation in the treatment offered, where patients may encounter different expertise and different approaches to assessment and treatment depending on which provider they seek help to manage their gender incongruence and gender dysphoria. It is now important to strengthen the assistance provided in the municipalities, the specialized health services throughout the country and the national treatment service.

We see that the national guidelines leave too much room for different interpretations, which has resulted in variations in the treatment offered to children and young people. When the authorities decide to grant a group the right to health care, this must be based on a thorough assessment of need, justifiability, cost and benefit. The guidelines must provide the services with the necessary guidance and be a tool for professional standardization that the service can rely on to ensure that patients receive appropriate and equal health care throughout the country. The evidence base for the treatment of gender incongruence and gender dysphoria is inadequate. This is particularly true for the teenage population, which accounts for a large part of the increase in referrals to the specialized health service over the past ten years. The stability of gender dysphoria that occurs or is expressed in the teenage years is not known. It is also true for patients with non-binary gender incongruence and gender dysphoria.

Against this background, Ukom's recommendations relate to the revision of the guideline, a safe framework for the treatment offered and measures to strengthen the knowledge base. The recommendations will also ensure systematic data collection and promote follow-up research. It is important that children and young people with gender incongruence and gender dysphoria, including non-binary people, are properly cared for while the development of health services is ongoing.

## 1. Revising the national guideline for gender incongruence

Ukom recommends that the Ministry of Health and Care Services commission the Norwegian Directorate of Health to revise the national guideline on gender incongruence. The revision must be based on a systematic review of the evidence.

The following should be included in a revision:

- clarify which treatments can/should be done by primary care, what can/should be done at regional level and what should be done by the national treatment service clearer professional
- guidelines and recommendations for the content of the assessment
-  clearer professional criteria for the initiation and completion of treatment
- concrete guidelines on clinical issues that may arise during the course of assessment and treatment, including specifications on indications and contraindications clearer
- requirements for the follow-up of patients before, during and after the end of treatment

- clearer guidance on when and how relatives should be involved in the assessment and treatment process
- clearer guidance on how services should address issues of competence to consent in children and young people seeking treatment for gender incongruence and gender dysphoria
- clearer guidance on the skills required by services to assess and treat children and young people with gender incongruence and gender dysphoria
- clearer guidelines for the care of all people with gender incongruence and gender dysphoria, regardless of whether or not highly specialized treatment is appropriate

A systematic review will also contribute to a common platform, language and terminology for the different actors involved in the field. A systematic review can build on recent reviews from abroad.

## 2. Ensuring a safer framework for the treatment offered to children and young people

In order to improve the basis for making clinical decisions, it is a prerequisite that health care and treatments are followed up with systematic collection of data for quality assurance and research. Clinical research aimed at improving quality and patient safety is in line with the National Action Plan for Clinical Trials and is necessary in this field. This will help to ensure a safe framework for the treatment and follow-up of children and adolescents until the knowledge base on efficacy and safety is sufficiently documented.

Ukom recommends that puberty blockers and hormonal and surgical gender confirmation treatment for children and adolescents be defined as investigational treatment. This is particularly important for teenagers with gender dysphoria,

## 3. Strengthening the knowledge base - National Medical Quality Registry

Our findings show that the knowledge base is inadequate, and we therefore make several recommendations that together will help to strengthen the knowledge base.

We believe that there is a need to establish a medical quality register with national status. We consider that the treatment of children and adolescents with gender incongruence and gender dysphoria meets the criteria for establishing a national medical quality register. According to the Norwegian Directorate of Health's national guidelines for approval of medical quality registers for national status, a lack of professional consensus on diagnostics and treatment may be grounds for prioritizing the establishment of a medical quality register with national status.

Ukom recommends that the Ministry of Health and Care Services consider whether a national medical quality register should be established for the treatment of children and adolescents with gender incongruence. In order to offer an overview, boost quality, and lessen unjustified variance in patient care, necessary steps must be made to build, run, and finance such a national quality registry.

**PATIENT SAFETY FOR CHILDREN AND YOUNG PEOPLE WITH GENDER INCONGRUENCE**

# 12 Procedure for the survey

**Published on March 9, 2023** Last updated on March 9, 2023

In the spring and summer of 2022, Ukom received two reports of concern from relatives of adolescents and young adults with gender incongruence. The reports of concern provided a basis for going into the topic of gender incongruence in more detail. We have not investigated a specific patient history, but we have gathered information from various people with gender incongruence and gender dysphoria. In line with the guidelines in the Act on the National Commission of Inquiry for the Health and Care Services, we have omitted all personal names in the report.

## Information basis

Our assessments are based on information from interviews, dialog meetings and public documentation. We have obtained the status of treatment of gender incongruence from the four regional health authorities. We have reviewed statistics, professional literature, research and followed available public debate and media coverage. We have shared our experiences with the Healthcare Safety Investigation Branch (HSIB) and their report on the same topic.

We have also engaged in dialog with various experts and resource persons during different phases of the process.

## Collection of data

We initially started a mapping exercise related to the topic. The review and systematization of the collected written documentation was the starting point for some main themes and questions we wanted to elucidate further in interviews and dialogue with various stakeholders.

Conversations and semi-structured individual interviews were conducted with four patients and two relatives. These were people who had personal and family experience with gender incongruence and gender dysphoria.

Our interviews are based on the K.R.E.A.T.I.V. method which aims to obtain as reliable information as possible from the informants.

During the information gathering phase, we had dialogue meetings with the following patient, user, relatives and interest organizations: FRI - The Association for Gender and Sexuality Diversity, Genid, Harry Benjamin Resource Center (HBRS) and the Patient Organization for Gender Incongruence (PKI).

We also had dialog meetings with different treatment environments and levels: The National Treatment Service for Gender Incongruence (NBTK) at Oslo University Hospital HF, the Health Center for Gender and Sexuality (HKS) in Oslo Municipality and the four regional health authorities (RHF) through their technical directors and staff. In addition, we had meetings with the Directorate of Health (Hdir), the Norwegian Board of Health Supervision (Htil) and the Norwegian Institute of Public Health (FHI). In total, we had 11 meetings during this phase, where we presented the topic and presented concerns reported to Ukom.

The various stakeholders decided who and how many people they wanted to bring to the meeting. Some of the meetings were fully digital, some of the meetings were physical, and some of the meetings were hybrid meetings with a large variation in the number of participants. In one hybrid meeting, not everyone who was connected digitally attended the entire meeting.

The interviews were in principle semi-structured with an emphasis on open, exploratory questions. All meetings began with a presentation by Ukom and ended with an open discussion afterwards. Meeting participants chose what they wanted to comment on or raise first. Ukom had a list of topics we wanted to highlight. At meetings with many participants, it was necessary to actively manage the meeting to ensure that more people were allowed to speak and that the desired questions were answered. At other meetings, where only one or a few people attended, they were allowed to speak more freely as long as the requested topic was covered. No audio recordings were made, but notes were taken. The meetings were always attended by several people from Ukom with different professional backgrounds.

We also had five exploratory conversations along the way with professionals with legal, medical, sexological and administrative expertise. In addition, we conferred with people with experience and relevant professional expertise when necessary.

## Analysis work

We have sorted and analyzed the collected data to find possible connections, influences and causes of what may constitute a patient risk in the health services for children and adolescents with gender incongruence and gender dysphoria. When we enter a topic to shed light on patient safety, the picture will be complex and the causes of possible risks will be interdependent.

Ukom uses safety methodology to identify underlying causes at the system level. As a basis for those parts of the analysis, we have used the Sociotechnical approach, with MTO (human-technology-organization) keywords and methodology, AcciMap methodology, causal maps, actor maps and influence diagrams. This methodology highlights how relationships at different organizational levels influence each other. This approach provides a holistic understanding of possible causal relationships at different levels. We looked at how different services and systems relate to each other, and we have formulated and tested hypotheses along the way.

## Validity requirements

In order to come up with recommendations that could be useful for this field and this patient group, we have conducted dialog meetings and anchored our findings with all stakeholders who have given us valuable feedback and input.

During the work on the survey, we have also received useful input from Ukom's reflection panel. All

informants have been given the opportunity to review any quotes we have used.

All have been anonymized. Those quoted have been involved in shaping how they are

referred to. Stakeholders involved have also been presented with the findings and

topics for recommendations.

Furthermore, the findings and draft recommendations have been discussed with informants, user organizations, other interest groups, professional organizations, enterprises and professional communities in both the clinical and research fields, the administration, authorities and individuals with special knowledge of the topic.

During this phase, we conducted 11 dialog meetings with the following

- bodies: Norwegian Nurses' Association (NSF)
- Norwegian Psychological Association (NPF)
- The Norwegian Medical Association (DNLF) Patient
- Organization for Gender Incongruence, PKI
- Association for Gender and Sexuality Diversity Free, with Queer Youth
- Genid Norway
- Patient organization and user organization Harry Benjamin Resource Center
- National Association for Relatives in Mental Health
- Mental health
- Patient and user representatives
- National Treatment Service for Gender Incongruence (NBTK)
- Health Center for Gender and Sexuality (HKS), Oslo Municipality
- The regional health authorities
- National Treatment
- Service for Gender
- Incongruence (NBTK)
  Health Center for Gender
  and Sexuality (HKS), Oslo
  Municipality The regional
  health authorities

In total, we held 27 meetings with various stakeholders during the survey. In these meetings, we have openly discussed the issues and findings and asked for input. In addition, we have allowed for written input afterwards, which several stakeholders have taken advantage of.

49

PATIENT SAFETY FOR CHILDREN AND YOUNG PEOPLE WITH GENDER INCONGRUENCE

# 13 Glossary of terms

**Published on March 9, 2023** Last updated on March 9, 2023

This list is taken from Bufdir's Lhbt+ glossary. The terms can be defined in several different ways, and the terminology in the field is constantly evolving. Therefore, some terms may be inclusive to some, but alienating to others.

## Non-binary

A person who does not feel that they fit into the categories 'male' or 'female'. Being non-binary is about gender identity and not about what the body looks like. Some non-binary people identify as something in between female and male, others do not identify by gender. In society, gender is often divided into two categories, girl and boy. This division does not apply to everyone

## Gender

Gender is often a fundamental aspect of a person's identity. Societal norms play a large part in defining what is typically female and male. What is seen as male and female varies throughout history and between cultures.

Gender can be understood as three different aspects: biological gender (the body you are born with), psychological gender (the gender you feel you are) and social gender (the gender others perceive you as and into which you are socialized).

It is commonly thought that there are two genders, male or female. However, there are people who do not feel at home under these two categories. Therefore, in some countries there is a possibility to register as a gender other than male or female.

- **Biological gender:** Biological gender is made up of biological factors such as external and internal genitalia, genes, chromosomes and sex hormones.
- **Legal gender:** Society's official registration of gender. Legal sex is the sex with which you are registered in the National Population Register. Legal gender does not necessarily correspond to social gender. The Act on Change of Legal Gender came into force in 2016. Under this law, you decide for yourself whether you are registered as a woman or a man in the National Population Register. If you are 6 years old or older, you do not need a medical certificate to change your legal gender. The law applies to people who have reached the age of 16, but people aged between 6 and 16 can apply to change their legal sex with parental permission. Children under the age of 6 can have their legal sex changed if they have a congenital, uncertain somatic gender development. The condition must be documented by a health professional. It is the tax office that decides on the change of legal gender status and assigns a new national identity number.
- **Social gender:** The gender that others perceive you as and that you are socialized into.

# Gender identity

Gender identity refers to a person's internal experience of being female, male, both female and male, or neither. Most people identify with the gender they were assigned at birth, but not all. Perceived gender can be used as a synonym for gender identity.

# Gender expression

A gender expression is the way we identify ourselves as either female, male, feminine, masculine or outside of society's two-gender norm. Although most people present themselves in a gender expression that is perceived as clearly male or clearly female, some people have a gender expression that breaks the dichotomy between male and female.

# Gender affirmative treatment

Health care that helps confirm a person's gender identity. For people who experience discomfort with the mismatch between biological sex and gender identity, this healthcare can be important to improve their quality of life. It may include psychosocial support/care, assistive devices (such as wigs or voice training), sex hormone supplementation or surgical procedures (such as breast removal or vaginal reconstruction). Gender-affirming treatment helps to alleviate gender dysphoria and to enable a person to function in accordance with their gender identity.

# Gender dysphoria

Gender dysphoria is a medical term for discomfort caused by a mismatch between a person's gender identity and the sex assigned at birth and the gender role associated with this. Gender dysphoria is a term within the gender incongruence spectrum. People who experience gender dysphoria may wish to undergo gender-affirming treatment to align their body with their gender identity. Not all trans people experience gender dysphoria

# Gender incongruence (transgender people)

Gender incongruence is a persistent experience that the gender one was assigned at birth does not match the gender one perceives oneself to be. People with gender incongruence are often referred to as transgender. Not all people who experience gender incongruence define themselves as transgender. Gender incongruence is also a diagnosis that replaces all diagnoses that previously began with "trans"- and is explained as a mismatch between perceived gender and the gender assigned at birth.

# Gender characteristics

Gender characteristics refer to the biological or bodily aspect of gender, i.e. physical features, sex chromosomes, sex hormones and genitalia. People with variation in bodily sex development are born with a combination of sex characteristics that vary to a greater extent than we traditionally associate with male and female bodies. Gender characteristics can be divided into primary and secondary gender characteristics:

- **Primary sex characteristics** include sex chromosomes (e.g. XX, XY, X, XXY), external genitalia (e.g. head of penis, foreskin, clitoris, labia, vulva), gonads/sex glands (testes and ovaries), hormones (estrogen and testosterone) and internal reproductive organs (e.g. uterus, fallopian tubes, prostate).
- **Secondary sex characteristics** are characteristics that develop later in life, often in connection with puberty and may be linked to hormonal development. These include body and facial hair, menstrual cycle, breast development, height, muscle distribution and body fat

51

# Gender diversity

Gender diversity refers to the fact that there are many ways of being a woman/man or boy/girl, including gay, straight, lesbian, bisexual and transgender people. The term also opens up the possibility that there are more gender identities than woman and man. The term can help to create space for different gender expressions,
-preferences and identities without categorizing.

# Lhbtiq

Lhbtiq is an abbreviation for lesbian, gay, bisexual, transgender, gender variant/intersex and queer. The term Lhbtiq encompasses terms related to sexual orientation (lhbq), gender identity (t) and gender characteristics (i).
The term 'people who transgress gender and sexuality norms' is the most precise and least exclusionary term for this group.

# Minority stress

Minority stress is the additional burden that individuals from stigmatized groups face because of their minority position.

# Gender and sexuality norms

Norms are unwritten rules, thoughts and ideas that a society, and we who live in it, take for granted. Norms create expectations of how we should behave and how we should be and imply ideas about what is positive and what is negative. Norms vary between societies and cultures and can change over time. Gender norms are widespread beliefs that assume that everyone identifies with the gender they were assigned at birth and that our behavior and how we express ourselves corresponds to this gender. Norms of sexuality revolve around expectations about who we are attracted to, fall in love with, have sex with, how we have sex and what turns us on. In a heteronormative society, it is assumed that everyone is heterosexual

# Queer

Skeiv is a Norwegian translation of the English term 'queer'. Many people use "queer" as an umbrella term for anyone who breaks gender and sexuality norms, or as a synonym for lhbtiq. For others, 'queer' is an identity that challenges and transcends the categories of heterosexual, lesbian, gay and bisexual and involves a critique of society's heteronormativity. Queer is also used by people who feel that they do not fit into society's division of people into two genders. Not everyone is comfortable with the word 'queer' being used about them.

**PATIENT SAFETY FOR CHILDREN AND YOUNG PEOPLE WITH GENDER INCONGRUENCE**

# 14 Ukom's mission

**Published on March 9, 2023** Last updated on March 9, 2023

The National Commission of Inquiry for the Health and Care Services (Ukom) is an independent, governmental body that has been commissioned to investigate serious incidents and other serious matters in the health and care services in Norway.

Ukom will investigate the course of events, causal factors and causal relationships. The purpose of the investigations is to improve patient and user safety through learning and prevention of serious incidents.

Ukom does not take a position on civil or criminal guilt and liability.
Ukom decides which serious incidents or serious conditions are to be investigated, the timing and scope of the investigation and how it is to be conducted.

The investigations are carried out in consultation with the parties involved, i.e. health and care service employees, patients, users and relatives.

The reports from Ukom are public, and they do not contain references to the names and addresses of individuals. It is assessed in each individual investigation whether reference is made to the location of the incident.

Ukom's activities are authorized by [Act on the State Commission of Inquiry for Health and care services of 16.06.2017 no. 56.](#)

PATIENT SAFETY FOR CHILDREN AND YOUNG PEOPLE WITH GENDER INCONGRUENCE

# 15 List of references

**Published on March 9, 2023**      Last updated on March 9, 2023

We have reviewed a large body of literature and we refer here to a selection of references. This is not a systematically complete list of available literature and references. We have included references highlighted by resource persons with expertise and through dialog meetings.

## A

- Aftenposten. Is Oda getting better like Ola? 1200 patient stories will now be mapped. 07.02.20122. Date read: March 2, 2023. Available from:
  https://www.aftenposten.no/norge/i/Kzk5gG/faar-oda-det-bedre-som-ola-naa-skal-1200-pasienthistorier-kartlegg

- Aftenposten. In her head and heart she was always a girl. November 22, 2022. Date read: February 11, 2023. Available from:
  https://www.aftenposten.no/historie/i/VP6VAl/i-hodet-og-hjertet-var-hun-alltid-en-jente Aftenposten.
- The government will open more treatment centers for transgender people. 2023. Date read: March 2, 2023. Available from:
  https://www.aftenposten.no/kultur/i/P4nmj7/regjeringen-vil-aapne-flere-behandlingssentre-for-transpersoner

- Aftenposten. The government will open more treatment centers for transgender people. February 17, 2023. Date read:
  February 17, 2023. Available from:
  https://www.aftenposten.no/kultur/i/P4nmj7/regjeringen-vil-aapne-flere-behandlingssentre-for-transpersoner

- Almås. The two-gender model is being challenged - report from a personal and professional journey. Journal of the Norwegian Psychological Association 2022: 59(09): 780-791. Date read: March 1, 2023. Available from:
  https://psykologtidsskriftet.no/fagessay/2022/08/tokjonnsmodellen-blir-utfordret-rapport-fra-en-personlig-og-fagli

- Anonym. Transgendered Paradise? Aftenposten: February 27, 2017. Date read: March 2, 2023. Available from: https://www.aftenposten.no/meninger/debatt/i/QvgQ8/transkjoennet-paradis-bekymret-mor

## B

- BBC News. Transgender people lose NHS waiting times High Court case. January 16, 2023. Date read: March 2, 2023. Available from: https://www.bbc.com/news/uk-64288386
- Benestad et al. Health services are failing trans people. Journal of the Norwegian Medical Association 2017: 137(21). Date read: February 10, 2023. Available from: https://tidsskriftet.no/2017/11/kronikk/helsevesenet-svikter-transpersoner
- Bewley et al. Gender incongruence in children, adolescents, and adults. British Journal of General Practice 2019; 69 (681): 170-171. Date read: March 1, 2023. Available from: https://doi.org/10.3399/bjgp19X701909
- Flash. -A sham process with no scientific basis. February 2, 2023. Date read: 2. March 2023. Available from: https://blikk.no/foreningen-fri-inge-alexander-gjestvang-pki/en-skinnprosess-uten-faglig-forankring/229301

- Flash. Crown scrolling for trans processing. - Many have large financial debts. January 3, 2023. Date read: March 2, 2023. Available from: https://blikk.no/helse-helsepolitikk-ingvild-kjerkol/kronerulling-for-transbehandling-mange-har-stor-okonomisk-gje

- Bruset et al. Interdisciplinary concerns about the use of 'gender identity'. Agenda Magazine: 08.02.22. Date read: March 2, 2023. Available from: https://agendamagasin.no/debatt/tverrfaglege-bekymringar-om-bruk-av-kjonnsidentitet/
- Bruset. Misleading information on gender reassignment therapy. Fedrelandsvennen: December 5, 2022. Available from: https://www.fvn.no/mening/debattinnlegg/i/9zk9Qp/misvisande-informasjon-om-kjoennskorrigerande-behandling

## C

- Cass. Independent Review of Gender Identity Services for Children and Young People – Further Advice [brev]. 2022. Date read: March 2, 2023. Available from: https://cass.independent-review.uk/publications/
- Chen et al. Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. The New England Journal of Medicine 2023; 388:240-250. Date read: March 1, 2023. Available from: https://www.nejm.org/doi/full/10.1056/NEJMoa2206297
- Collington-Hanna. A Growing Transgender Population. An Analysis of Medical and Cultural Drivers [masteroppgave]. University of Oslo. 2022. Date read: March 2, 2023. Available from: https://www.duo.uio.no/handle/10852/95325
- Courts and Tribunals Judiciary. Bell and another -v- The Tavistock and Portman NHS Foundation Trust and others. 2021. Date read: March 2, 2023. Available from: https://www.judiciary.uk/judgments/bell-and-another-v-the-tavistock-and-portman-nhs-foundation-trust-and-other

- Courts and Tribunals Judiciary. R (on the application of) Quincy Bell and A -v- Tavistock and Portman NHS Trust and others. 2020. Date read: March 2, 2023. Available from: https://www.judiciary.uk/judgments/r-on-the-application-of-quincy-bell-and-a-v-tavistock-and-portman-nhs-trust-a

## D

- The daily newspaper. That is why they are so important. January 15, 2023. Date read: March 2, 2023. Available from: https://www.dagbladet.no/meninger/derfor-er-hen-sa-viktig/78454884
- de Vries et al. Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. Journal of Sexual Medicine 2011: 8(8): 2276-2283. Date read: March 1, 2023. Available from: https://academic.oup.com/jsm/article-abstract/8/8/2276/6843977 de Vries et al.
- Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014: 134(4): 696-704. Date read: March 1, 2023. Available from: https://doi.org/10.1542/peds.2013-2958
- Delamarre-van de Waal and Cohen-Kettenis. Clinical Management of Gender Identity Disorder in Adolescents: a Protocol on Psychological and Paediatric Endocrinology Aspects. European Journal of endocrinology 2006: 155. Date read: March 1, 2023. Available from: http://dx.doi.org/10.1530/eje.1.02231
- The Norwegian Medical Association. Professional guideline on health care for persons with gender incongruence [consultation paper]. 2019. Date read: March 2, 2023. Available from: https://www.legeforeningen.no/hoeringer/interne/2019/faglig-retningslinje-til-helsehjelp-til-personer-med-kjonnsin

- Drummond et al. A follow-up study of girls with gender identity disorder. Developmental Psychology 2008: 44(1): 34-45. Date read: March 1, 2023. Available from:

http://dx.doi.org/10.1037/0012-1649.44.1.3

**F**

- National Institute of Public Health. Public Health Report - The state of health in Norway. Continuously updated. Date read: February 12, 2023. Available from: https://www.fhi.no/nettpub/hin/
- National Institute of Public Health. Consultation response to the draft national guideline for health care for persons with gender incongruence. 2020. Date read: March 02, 2023. Available from: https://www.helsetilsynet.no/publikasjoner/brev-og-horingsuttalelser-fra-statens-helsetilsyn/2020/nasjonal-faglig-

- The FRI Association. This is Pink competence in schools. December 2, 2019. Date read: March 2, 2023. Available from: https://www.foreningenfri.no/dette-er-rosa-kompetanse-i-skolen/
- The FRI Association. We now offer Pink competence in kindergarten. January 30, 2018. Date read: March 2, 2023. Available from: https://www.foreningenfri.no/nyhet-vi-tilbyr-na-rosa-kompetanse-
- barnehage/ Regulations on prioritization of health services, the right to necessary health care from the specialized health service, the right to treatment abroad and the Complaints Board (Prioritization Regulations). FOR-2000-12-01-1208. Date read: March 2, 2023. Available from: https://lovdata.no/dokument/SF/forskrift/2000-12-01-1208

**G**

- Gerhardsen. Wondering if you are transgender? Do not read the newspapers. Aftenposten: May 10, 2017. Date read: March 2, 2023. Available from: https://www.aftenposten.no/meninger/debatt/i/AKWWn/lurer-du-paa-om-du-er-transkjoennet-ikke-les-aviser-anki
- Grande Ruiz. Gender incongruence - When the psychological gender identity and the biological gender mismatch [master thesis]. University of Oslo. 2016. Date read: February 6, 2023. Available from: https://www.duo.uio.no/bitstream/handle/10852/52656/1/MASTEROPPGAVE-Stine-G-Ruiz.pdf
- Guldvog et al. The Directorate of Health responds on the new guideline on gender incongruence: We have listened to professionals. Aftenposten: August 17, 2020. Date read: March 2, 2023. Available from: https://www.aftenposten.no/meninger/debatt/i/pLJAzR/helsedirektoratet-svarer-om-ny-retningslinje-om-kjoennsin

- Guldvog et al. New guideline ensures better healthcare for people with gender incongruence. Aftenposten: July 24, 2020. Date read: March 2, 2023. Available from: https://www.aftenposten.no/meninger/debatt/i/zGdMBw/ny-retningslinje-sikrer-bedre-helsetjenester-for-personer

**H**

- Halvorsen. Raising the flag for free gender flow. Journal of the Norwegian Psychological Association 2022: 59(09): 776-778. Date read: March 1, 2023. Available from: https://psykologtidsskriftet.no/forskningsintervju/2022/08/hever-fanen-fri-kjonnsflyt
- Healthcare Safety Investigation Branch. Provision of care for children and young people when accessing specialized services for gender dysphoria. 2022. Date read: February 12, 2023. Available from: https://www.hsib.org.uk/investigations-and-reports/provision-of-care-for-children-and-young-people-when-acces
- Ministry of Health and Care Services. National Action Plan for Clinical Trials 2021-2025. 2021. Date read: March 2, 2023. Available from: https://www.regjeringen.no/no/dokumenter/nasjonal-handlingsplan-for-kliniske-studier/id2880741/

- Ministry of Health and Care Services. Circular I-4/2019 - The right to necessary health care from the specialist health service and the relationship to the requirement of soundness, etc. 2019. Date read: March 3, 2023. Available from:
  https://www.regjeringen.no/contentassets/83b3c6ec738444fdbc2be5262cbae65a/rundskriv-i_4_2019-_rett-til-no

- Directorate-General for Health. Approval of medical quality registers for national status. 2022-
  Date read: March 2, 2023. Available from:
  https://www.kvalitetsregistre.no/sites/default/files/2022-09/Nasjonal%20veileder%20fra%20Helsedirektoratet_Go

- Directorate-General for Health. Gender incongruence - national professional guideline. 2020. Date read: February 12, 2023. Available from:
  https://www.helsedirektoratet.no/retningslinjer/kjonnsinkongruens Directorate-General for Health.
- New professional councils for user participation in the field of substance abuse and mental health - information about the project. 2023. Date read: March 03, 2023. Available from:
  https://www.helsedirektoratet.no/om-oss/forsoksordninger-og-prosjekter/nye-faglige-rad-for-brukermedvirkning-i
- Directorate-General for Health. Right to the right gender - health for all genders. Examination of conditions for changing the
  legal gender and the organization of health services for people experiencing gender incongruence
  and gender dysphoria. 2015. Date read: March 3, 2023. Available from:
  https://www.regjeringen.no/contentassets/d3a092a312624f8e88e63120bf886e1a/rapport_juridisk_kjonn_10041

- Directorate-General for Health. Circular, Patients' and Users' Rights Act with comments. 2015.
  Date read: March 2, 2023. Available from:
  https://www.helsedirektoratet.no/rundskriv/pasient-og-brukerrettighetsloven-med-kommentarer
- Directorate-General for Health. Investigational treatment - national principles. 2019. Date read:
  February 12, 2023. Available from: https://www.helsedirektoratet.no/veiledere/utprovende-
  behandlin Directorate-General for Health. Guidance for the development of evidence-based
  guidelines. 2012. Date read: March 2, 2023. Available from:
  https://www.helsedirektoratet.no/veiledere/utvikling-av-kunnskapsbaserte-retningslinjer/ Health
- Inspectorate. Consultation response to the draft national guideline for health care for persons
  with gender incongruence. 2020. Date read: March 2, 2023. Available from:
  https://www.helsetilsynet.no/publikasjoner/brev-og-horingsuttalelser-fra-statens-helsetilsyn/2020/nasjonal-faglig-
- Hembree et al. (2017); Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent
  Persons: An Endocrine Society Clinical Practice Guideline. The Journal of Clinical Endocrinology &
  Metabolism, Volume 102, Issue 11, 1 November 2017, Pages 3869–3903. Read
  date: March 1, 2023.
  Available from: https://doi.org/10.1210/jc.2017-01658
- Hofmann. The disease of identity and the identity of the disease [comment]. Journal of the Norwegian
  Medical Association: June 15, 2018. Date read: February 10, 2023. Available from:
  https://tidsskriftet.no/2018/06/kommentar/identitetens-sykdom-og-sykdommens-identitet#comment-1654

- Hofmann. Gender, identity and disease [comment]. Journal of the Norwegian Medical
  Association: July 11, 2018. Date read: February 10, 2023. Available from:
  https://tidsskriftet.no/2018/07/kommentar/kjonn-identitet-og-sykdom#comment-1671

## J

- Jensen. Being a trans woman means a daily battle against facial and body hair growth. Flash:
  January 16, 2023. Date read: March 2, 2023. Available from:
  https://blikk.no/meninger-trans/a-vaere-transkvinne-innebaerer-en-daglig-kamp-mot-harveksten-i-ansiktet-og-pa

## K

- Kalvig and Brattgjerd. Gender identity ideology has replaced biological understanding of gender. Subject: September 20, 2021. Date read: March 2, 2023. Available from: https://subjekt.no/2021/09/20/kjonnsidentitetsideologien-har-erstatta-biologisk-forstaing-av-kjonn/

- Kalvig. Women and mermaids. Class struggle: August 12, 2021. Date read: March 2, 2023. Available from: https://klassekampen.no/utgave/2021-08-12/kvinner-og-havfruer/iSX9
- The Constitution of the Kingdom of Norway. LOV-1814-05-17. Date read: March 2, 2023. Available from: https://lovdata.no/dokument/NL/lov/1814-05-17
- Ministry of Culture and Equality. Government Action Plan on Gender and Sexuality Diversity (2023-2026). 2023. Date read: March 2, 2023. Available from: https://www.regjeringen.no/no/dokumenter/regjeringens-handlingsplan-for-kjonns-og-seksualitetsmangfold-2023
- Ministry of Culture and Equality et al. Safety, diversity and openness The Government's action plan against discrimination on the grounds of sexual orientation, gender identity, gender expression and gender characteristics 2021-2024. 2021. Date read: March 3, 2023. Available from: https://www.regjeringen.no/contentassets/023227879f06471793113a7f116e71b9/210624-handlingsplan-lhbtiq_-
- Kuyper et al. Gender Identities and Gender Dysphoria in the Netherlands. Archives of Sexual Behaviour 2013: 43: 377-385. Date read: March 1, 2023. Available from: http://dx.doi.org/10.1007/s10508-013-0140-y
- Kvarstein. Power and counter-power in medical knowledge about trans* - A qualitative study of power relations in gender-confirming treatment for trans people in Norway [master thesis]. NTNU. 2019. Date read: February 6, 2023. Available from: http://hdl.handle.net/11250/2613037

## L

- Lie and Slagstad. The power of diagnosis. Journal of the Norwegian Medical Association 2018: 138 (11). Date read: February 10, 2023. Available from: https://tidsskriftet.no/2018/06/leder/diagnosens-makt Act on Health Care Professionals, etc. (Health Personnel Act). LOV-1999-07-02-64. Date read: March 2, 2023. Available from: https://lovdata.no/dokument/NL/lov/1999-07-02-64
- Act on municipal health and care services etc. (Health and Care Services Act). LOV-2011-06-24-30. Date read: March 2, 2023. Available from: https://lovdata.no/dokument/NL/lov/2011-06-24-30
- Act on Medical and Health Research (Health Research Act). LOV-2008-06-20-44. Date read: March 2, 2023. Available from: https://lovdata.no/dokument/NL/lov/2008-06-20-44
- Act on Patients' and Users' Rights (Patients' and Users' Rights Act). LOV-1999-07-02-63. Date read: March 02, 2023. Available from: https://lovdata.no/dokument/NL/lov/1999-07-02-62  Act on
- Specialized Health Services etc. (the Specialized Health Care Act). LOV-1999-07-02-61. Date read: March 2, 2023. Available from: https://lovdata.no/dokument/NL/lov/1999-07-02-61
- Law on sterilization (Sterilization Law). LOV-1977-06-03-57. Date read: March 2, 2023. Available from: https://lovdata.no/dokument/NL/lov/1977-06-03-57
- Act on strengthening the position of human rights in Norwegian law (the Human Rights Act). LOV-2014-05-09-14. Date read: March 2, 2023. Available from: https://lovdata.no/dokument/NL/lov/1999-05-21-30

## M

- Minerva. This is the story of radical gender theory and medical knowledge, of activism - and bureaucrats with power. September 8, 2020. Date read: March 2, 2023. Available from: https://www.minerva.no/fhi-harry-benjamin-helsedirektoratet/dette-er-fortellingen-om-radikal-kjonnsteori-og-medi

## N

- NHS England. Implementing advice from the Cass review. 2023. Date read: March 2, 2023. Available from:

https://www.england.nhs.uk/commissioning/spec-services/npc-crg/gender-dysphoria-clinical-programme/implem

- Nilsen. General practitioners' experiences as gatekeepers. Challenges, management and consequences [PhD thesis]. University of Bergen. Date read: March 2, 2023. Available from: https://bora.uib.no/bora-xmlui/handle/1956/17622
- Norwegian Association for General Practice. Consultation response - Professional guideline for health care for persons with gender incongruence 20.1.20 [consultation statement]. 2020. Date read: March 2, 2023. Available from: https://www.legeforeningen.no/foreningsledd/fagmed/norsk-forening-for-allmennmedisin/politikk/hoeringsuttalels
- Norwegian Psychological Association. National professional guideline for health care for people with gender incongruence. 2020. Date read: March 2, 2023. Available from: https://www.psykologforeningen.no/content/download/56235/884766/version/1/file/Nasjonal+faglig+retningslinje
- Norwegian Psychological Association. Policy note on gender incongruence. Unknown date. Date read: March 3, 2023. Available from: https://www.psykologforeningen.no/politikk/hoeringer-og-policyer/psykologforeningens-policyer
- NOU 2014:12 (2014). Open and fair - priorities in health services. Ministry of Health and Care Services. 2014. Date read: March 2, 2023. Available from: https://www.regjeringen.no/no/dokumenter/NOU-2014-12/id2076730/?ch=4Helse-%20og%20omsorgsdepartem

- NRK Radio. Esben Esther Pirelli Benestad loses her medical license. Weekend morning: February 4, 2023. Date accessed: March 2, 2023. Available from: https://radio.nrk.no/serie/helgemorgen/DNRR62100923?utm_sourcenrkradio&utm_mediumdelelenke-ios&utm_c
- NRK. Benestad will lose his medical license: – Our voices are not being heard. February 9, 2023. Date read: March 2 2023. Available from: https://www.nrk.no/sorlandet/esben-esther-benestad-mister-legelisensen--foreldre-frykter-for-barna-sine-1.1628

- NRK. Public information. Trans. 2022. Date seen: March 2, 2023. Available from: https://tv.nrk.no/serie/folkeopplysningen/2022/KMTE31009321/avspiller
- NRK. Helene checks in. Trans women. Date read: March 2, 2022. Available from: https://tv.nrk.no/serie/helene-sjekker-ut/2022/MDFP12700122/avspiller
- NRK. Health center did not break the law in the treatment of transgender people under 16 years of age. 2022. Date read: March 2, 2023. Available from: https://www.nrk.no/trondelag/helsestasjon-for-kjonn-og-seksualitet-_hks_-i-oslo-med-tilbud-til-transpersoner-brot
- NRK. Trans people in Bergen get their own doctor. 2023. Date read: March 2, 2023. Available from: https://www.nrk.no/vestland/oppretter-tilbud-til-transpersoner-i-bergen-og-stavanger.-i-bergen-far-transpersoner-
- NRK. We fire each other up in the comments sections: "You'd be hard pressed to find anything more brainless". June 19, 2021. Date read: March 2, 2023. Available from: https://www.nrk.no/trondelag/esben-esther-pirelli-benestad-er-utsatt-for-netthets-1.15519299

## O

- Oslo municipality. Gender and Sexuality Health Center. 2023. Date read: March 2, 2023. Available from: https://www.oslo.kommune.no/helse-og-omsorg/helsetjenester/helsestasjon-og-vaksine/helsestasjon-for-ungdo Oslo
- University Hospital. National treatment service for gender incongruence. 2022. Date read: March 2, 2023. Available from: https://oslo-universitetssykehus.no/fag-og-forskning/nasjonale-og-regionale-tjenester/nasjonal-behandlingstjene

- Oslo University Hospital. National treatment service for gender incongruence. Annual report 2020. Date read: March 2, 2023. Available from: https://forskningsprosjekter.ihelse.net/senter/rapport/L-OUS-21/2020
- Oslo University Hospital. National treatment service for gender incongruence. Annual report

2022. Date read: March 2, 2023. Available from:
https://forskningsprosjekter.ihelse.net/senter/rapport/L-OUS-21/2022
- Oslo University Hospital. Report of the working group. Treatment services for people with
  gender incongruence/gender dysphoria. Date read: March 3, 2023. Available from:
  https://helse-sorost.no/seksjon/nyheter/Documents/Kj%C3%B8nnsdysfori%20Rapport%20utkast%20til%20h%C

# P

- The Patient and User Ombudsman in Oslo and Viken. Annual Report 2021. Date read:
  March 2, 2023. Available from:
  https://www.pasientogbrukerombudet.no/arsmeldinger-arkiv/Arsmelding%202021_Oslo.pdf
- Prop.75 L (2016-2017). Amendments to the Patients' and Users' Rights Act, Health Personnel
  Act, etc. (strengthening the legal position of children in the provision of health and social care
  services, etc.) Ministry of Health and Care Services. 2017. Date read: March 2, 2023. Available
  from:
  https://www.regjeringen.no/contentassets/a287f905cb214229830382a6bab9dae0/nn-no/pdfs/prp201620170075

# R

- Rana. Should interest groups be allowed to define gender? Our country: February 7, 2020. Date
  read: March 2, 2023. Available from:
  https://www.vl.no/nyheter/2020/02/07/skal-interesseorganisasjoner-fa-definere-kjonn/
- Government.no. RETHOS: Background and organization. Ministry of Education. 2022. Date
  read: March 2, 2023. Available from:
  https://www.regjeringen.no/no/tema/utdanning/hoyere-utdanning/utvikling-av-nasjonale-retningslinjer-for-helse--
- Government.no. Sets deadline to clarify treatment options for transgender people. 2022. Date read
  February 12, 2023. Available from:
  https://www.regjeringen.no/no/aktuelt/setter-tidsfrist-for-a-avklare-behandlingstilbudet-til-transpersoner/id292069

- Ringard et al. The Norwegian health system. Health Systems in Transition: (15:8). Date read: March
  02, 2023. Available from:
  https://www.fhi.no/globalassets/dokumenterfiler/rapporter/2014/hit-det-norske-helsesystemet-2013
- Rosmo Hansen et al. From exclusion to community. Journal of the Norwegian Psychological
  Association 2022: 59(09): 792-797. Date read: March 1, 2023. Available from:
  https://psykologtidsskriftet.no/fra-praksis/2022/08/fra-utenforskap-til-fellesskap

# S

- Schei Jessen. Confusing about gender incongruence. Journal of the Norwegian Psychological Association:
  December 29, 2022. Date read: February 12, 2023. Available from:
  https://psykologtidsskriftet.no/debatt/2022/12/forvirrende-om-kjonnsinkongruens Scandinavian
- parent network for persons with rapidly emerging gender dysphoria. Should populism trump
  biology and science in healthcare? Aftenposten: April 22, 2018. Date read: March 2, 2023.
  Available from:
  https://www.aftenposten.no/meninger/debatt/i/21lk9G/skal-populisme-trumfe-biologi-og-vitenskap-i-helseomsorg
- Slagstad et al. The biopsychosocial gender concept of medicine. Journal of the Norwegian
  Medical Association 2023: 143(3). Date read: March 2, 2023. Available
  from: http://dx.doi.org/10.4045/tidsskr.23.0001
- Slagstad and Lie. Gender, categories and health care needs [comment]. Journal of the
  Norwegian Medical Association: July 26, 2018. Date read: February 10, 2023. Available from:
  https://tidsskriftet.no/2018/07/kommentar/kjonn-kategorier-og-nodvendig-helsehjelp#comment-1679

- Slagstad and Lie. Gender, medicine and the limits of normality [comment]. Journal of the Norwegian
  Medical Association: June 29, 2018. Date read: February 10, 2023. Available from:

https://tidsskriftet.no/2018/06/kommentar/kjonn-medisin-og-normalitetens-grenser#comment-1663

- The National Board of Health and Welfare. Updated recommendations for hormone therapy for gender dysphoria in adolescents. 2022. Date read: March 2, 2023. Available from: https://www.socialstyrelsen.se/om-socialstyrelsen/pressrum/press/uppdaterade-rekommendationer-for-hormonb

- The National Board of Health and Welfare. The development of the diagnosis of gender dysphoria. 2020. Date read: February 12, 2023. Available from: https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/ovrigt/2020-2-6600.pdf

- The National Board of Health and Welfare. Care of children and adolescents with gender dysphoria. National knowledge support with recommendations for professionals and decision-makers. 2022. Date read: March 2, 2023. Available from: https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2022-12-8302.pd

- National Board for Medical and Social Evaluation. Hormone therapy for gender dysphoria - children and adolescents. A systematic review and evaluation of medical aspects. 2022. Date read: February 12, 2023. Available from: https://www.sbu.se/sv/publikationer/SBU-utvarderar/hormonbehandling-vid-konsdysfori/ Steensma
- et al. Factors Associated with Desistence and Persistence of Childhood Gender Dysphoria: A Quantitative Follow-up Study. Journal of the American Academy of Child & Adolescent Psychiatry 2013: 52 (6): 582-590. Date read: March 1, 2023. Available from: https://doi.org/10.1016/j.jaac.2013.03.016
- Subject. Launches shooter game where you kill trans critics. November 4, 2022. Date read: March 2, 2023. Available from: https://subjekt.no/2022/11/04/lanserer-skytespill-hvor-man-dreper-terfer/ Surén et al. The Norwegian Directorate of Health publishes indefensible guidelines on gender incongruence. Aftenposten: July 21, 2020. Date read: March 2, 2023. Available from: https://www.aftenposten.no/meninger/kronikk/i/MRzMWB/helsedirektoratet-kommer-med-uforsvarlige-retningslin

- Surén et al. Unjustifiable new guideline for the treatment of gender incongruence. Aftenposten: 31.07.20. Date read: March 2, 2023. Available from: https://www.aftenposten.no/meninger/debatt/i/OpGqaw/uforsvarlig-ny-retningslinje-for-behandling-av-kjoennsink
- Surén and Sand. Gender reassignment in children and adolescents: Is informed consent possible? Aftenposten: December 17, 2020. Date read: March 2, 2023. Available from: https://www.aftenposten.no/meninger/kronikk/i/7KPvxV/kjoennsskifte-hos-barn-og-ungdom-er-informert-samtykk

- Nursing. You get some really uncomfortable questions. November 29, 2021. Date seen: March 2, 2023. Available from: https://sykepleien.no/2021/06/transpersoner-i-mote-med-rikshospitalet-du-far-sykt-ubehagelige-sporsmal-17

- Nursing. Research on transgender people: Ethically questionable practices at Rikshospitalet. November 29, 2021. Date read: November 29, 2021. Available from: https://sykepleien.no/meninger/2021/11/forskning-pa-transpersoner-etisk-tvilsom-praksis-pa-rikshospitalet

- Nursing. Transgender people and the difficult choices. November 30, 2021. Date read: March 2, 2023. Available from: https://sykepleien.no/meninger/2021/11/transpersoner-og-de-vanskelige-valgene

**T**

- The Cass Review. Independent Review of Gender Identity Services for Children and Young People: Interim Report. 2022. Date read: March 2, 2023. Available from: https://cass.independent-review.uk/publications/interim-report/

- The New York Times. They Paused Puberty, but Is There a Cost? November 14, 2022. Date read: March 2, 2023. Available from: https://www.nytimes.com/2022/11/14/health/puberty-blockers-transgender.html
- The New York Times. When students change Gender Identity and Parents Don't Know. January 22, 2023. Date read: 2. March 2023. Available from: https://www.nytimes.com/2023/01/22/us/gender-identity-students-parents.html

## U

- Ung.no. Everyone has a gender identity. June 9, 2021. Date read: March 2, 2023. Available from: https://www.ung.no/Kj%C3%B8nnsidentitet/4666_Alle_har_en_kj%C3%B8nnsidentitet.html
- Ung.no. Treatment of gender incongruence. January 4, 2023. Date read: March 2, 2023. Available from: https://www.ung.no/Kj%C3%B8nnsidentitet/4665_Behandling_ved_kj%C3%B8nnsinkongruens.html US
- Food & Drug Administration. Healthcare Challenges and Unmet Medical Needs of Transgender Adults - FDA-Requested Listening Session (Session #1). 2021. Date read: 2. March 2023. Available from: https://www.fda.gov/media/153932/download
- US Food & Drug Administration. Healthcare Challenges and Unmet Medical Needs of Transgender Adults - FDA-Requested Listening Session (Session #2). 2021. Date read: 2. March 2023. Available from: https://www.fda.gov/media/153933/download

## V

- Our country. Third gender is being investigated - here are the options on the table. February 21, 2023. Date read: March 2, 2023. Available from: https://www.vl.no/nyheter/2023/02/21/tredje-kjonn-utredes-her-er-alternativene-som-legges-pa-bordet/ VG.
- "Harry Potter" game sparks debate. - It's difficult. January 2, 2023. Date read: March 2, 2023. Available from: https://www.vg.no/rampelys/spill/i/onkzBB/harry-potter-spill-skaper-debatt-vanskelig
- VG. Health Inspectorate: Therefore, Benestad was dismissed as a doctor. February 3, 2023. Date read: March 2, 2023. Available from: https://www.vg.no/nyheter/innenriks/i/69X77e/helsetilsynet-derfor-ble-benestad-avskiltet-som-lege

## W

- Waehre and Tønseth. We have seen an explosive increase in the number of teenage girls who want to change their gender. Do you take responsibility, Bent Høie? Aftenposten: March 21, 2018. Available from: https://www.aftenposten.no/meninger/kronikk/i/BJvg49/vi-har-faatt-en-eksplosiv-oekning-i-antall-tenaaringsjente

- Wallien et al. Psychosexual Outcome of Gender-Dysphoric Children. Journal of the American Academy of Child & Adolescent Psychiatry 2008: 47 (12): 1413-1423. Date read: March 1, 2023. Available from: https://doi.org/10.1097/CHI.0b013e31818956b9
- Wiepjes et al. The Amsterdam Cohort of Gender Dysphoria Study (1972-2015): Trends in Prevalence, Treatment, and Regrets. Journal of Sexual Medicine 2018; 15(4): 582-590. Date read: March 1, 2023. Available from: https://doi.org/10.1016/j.jsxm.2018.01.016
- Wiepjes et al. Trends in suicide death risk in transgender people: results from the Amsterdam Cohort of Gender Dysphoria study (1972–2017). Acta Psychiatrica Scandinavia: 141(6): 486-491. Date read: March 1, 2023. Available from: https://doi.org/10.1111/acps.13164 World professional
- association for Transgendee Health; Standards of care version 8, 2022. Date read: March 2, 2023. Available from: https://www.wpath.org/soc8

## Z

- Zucker et al. Gender dysphoria in adults. Annual Review of Clinical Psychology 2016: 12: 217-247. Date read: March 1, 2023. Available from: https://doi.org/10.1146/annurev-clinpsy-021815-093034

**National Commission of Inquiry into
the Health and Care Services**

PO Box 225 Skøyen
0213 Oslo
E-mail:  post@ukom.no
Org no: 921018924

ISBN 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-028-9

ukom.no

Ukom