# EXHIBIT 111

# Gender Service for Young People at Sandyford

The Young People Gender Service at Sandyford is a multi-disciplinary team who specialise in working with those under the age of 18 experiencing uncertainty or distress about their gender.

Important service update – Young Person's Gender Service

Referrals from the Sandyford Sexual Health Services to Paediatric Endocrinology for the prescription of Puberty Suppressing Hormones have been paused for any new patients assessed by our Young Person's Gender Service.

Patients aged 16 to 17 years old who have not been treated by Paediatric Endocrinology, but who are still seeking treatment for their gender incongruence, will no longer be prescribed gender affirming hormone treatment until they are 18 years old.

If you are already being treated by Paediatric Endocrinology and being prescribed either of these medications, you will have been contacted and advised that there will be no change to your course of treatment. You will also have been informed that you can contact your clinician if you have any concerns.

1

This service update follows research from NHS England and the publication of the Cass Review while we work with the Scottish Government to engage in research with NHS England that will generate evidence of safety and long-term impact for therapies.

We are committed to providing the best possible clinical care for young people accessing and understand the distress that gender incongruence can cause. While this pause is in place, we will continue to give anyone who is referred into the Young People Gender Service the psychological support that they require while we review the pathways in line with the findings. A number of support networks are also available via
 Mental Health Support (sandyford.scot). (/sexual-health-services/gender-service-at-sandyford/mental-health-support-for-gender-service-at-sandyford/)

If you're waiting for an appointment with our service, please be assured that this service update won't impact your position on the list.



## Mental Health Support

If you are on the waiting list and feel
mental health support would be beneficial, please see how to
 access mental health support (/sexual-health-services/gender-service-at-sandyford/mental-health-support-for-gender-service-at-sandyford/)
.

## Oestrogel Product Recall

The manufacturer of Oestrogel™ (Besins Ltd) have advised of a defect of the pump system in 2 of their batches. As such these products with the following batch number and expiry date are being recalled:

   74800, expiry date: 31/07/2026

   74830, expiry date: 31/08/2026.

There is no concern regarding the gel within the device itself, and the manufacturer estimates only around 11% of products were affected. Therefore, if you have not

2

> Mental Health Support for Gender Service at Sandyford (/sexual-health-services/gender-service-at-sandyford/mental-health-support-for-gender-service-at-sandyford/)

had any issues with administering your gel, there is no reason to return the product.

If your oestrogel pump is affected, you should return this to a pharmacy to be disposed of, and your GP should provide you with a new prescription to receive a replacement.

If you have any questions, please contact your GP/community pharmacy in the first instance.

20th March 2024

# Referral Information

We accept self-referrals and referrals from other service providers e.g. your GP or a key support worker.

Information required

Your full birth name (e.g. Nicky Smith)
The name you wish to use on our system, if you have changed or do not use your birth name (e.g. Jane Smith)
Your date of birth
Your CHI number. You can get this number from your GP practice
Your current address (we will not send correspondence to your home address if you do not want us to)
Your mobile phone number, home phone number, or both

# Waiting list update

For the Young Person Gender Service, we are currently allocating appointments to those referred during the following period:

3

**June 2019**

- The name of your current GP and the GP practice you are registered with (we will not contact them if you don't want us to)
- If it is ok for us to contact you on your phone number - please say yes or no
- If it is ok for us to contact you on your email address - please say yes or no
- If it is ok for us to send letters to your home address - please say yes or no
- If it is ok for us to copy letters to your GP or send correspondence to your GP about your treatment - please say yes or no
- If it would be ok for us to contact you for research purposes - please say yes or no
- What kind of help would you/young person like to get from attending the Young Person's Gender Service?
- Are there any other services currently involved with you/young person (for example CAMHS, Social Work etc.)?



## Contacting the Gender Service

If your query is regarding a patient currently being seen by our service, it will be passed to the relevant clinician. However, our service is currently experiencing significant pressures, so a response may take up to 2 weeks.

If your query is regarding a person who is not currently being seen in the service, then sorry we will not be able to respond.

If your query is regarding a new referral or a patient on the waiting list, please note that due to the pressures within the service, patients are currently experiencing significant waits. We are working hard to address the challenges within our service, and we are moving as quickly as we can to recruit

## Patient Information

If you are expecting a letter regarding commencing hormone treatment or changes to your hormone schedule, please expect a wait of roughly six weeks (subject to change).

Please allow ample time when requesting a Gender Recognition Certificate.

Note that we are unable to offer any advice or support on hormones sought out from private companies.

Please remember to update your details with your GP so that your CHI number is up to date, as this can cause delays when applying for surgery

new staff, however we acknowledge and apologise for the stress and anxiety this might cause for any person or family/friend of a person waiting to access our service.

If you are concerned about mental health, please see how to access mental health support (/sexual-health-services/gender-service-at-sandyford/mental-health-support-for-gender-service-at-sandyford/)
.

If you do not inform us that you are not able to attend, you risk being removed from the list as there are many patients waiting for appointments.

### Information on Travel Expenses for Surgery

Once you have received your appointment letter from the surgical team (for either pre-surgery assessments or surgical procedure), you can contact Sandyford on our generic email: **sandyford@ggc.scot.nhs.uk**
 for further details on how to claim back travel expenses.

# Already on our waiting list and need to update your details?

Please get in touch if your details have changed, especially your address. Due to the high demand for appointments within the service, we are asking patients to email any updates to the appropriate teams below:

**Young People address:**

5

[YoungPeopleGender.Sandyford@ggc.scot.nhs.uk (mailto:YoungPeopleGender.Sandyford@ggc.scot.nhs.uk)](mailto:YoungPeopleGender.Sandyford@ggc.scot.nhs.uk)

**Adult service address:**

[Adultgender.Sandyford@ggc.scot.nhs.uk (mailto:Adultgender.Sandyford@ggc.scot.nhs.uk)](mailto:Adultgender.Sandyford@ggc.scot.nhs.uk)

If you have changed your name by deed poll, updated your CHI or email addresses please contact our mailboxes above.

**Please remember that we are not provided these details by your GP and rely on our patients to update us.**

If you are unable to access emails, please call our main switchboard number on 0141 211 8130 and the switchboard team can update your details over the phone. If you would prefer you can also write to us at the following address for the attention of the Gender Service:

Sandyford Sexual Health Service, 6 Sandyford Place, Glasgow, G3 7NB.

**Please note that the service is unable to reply to enquiries on your waiting list position, however, please be assured if you have requested to join one of our waiting list's, we will contact you when you reach the top. This also is the case for the switchboard team, and they will be unable to confirm your position.**

*As a paper-light service, we aim to contact patients via email first before we write to your address on file. If we have been unable to reach you within 4 weeks, we will remove you from the waiting list.*