# EXHIBIT 117

 

# Joint Letter from USPATH and WPATH

The United States Professional Association for Transgender Health (USPATH) and the World Professional Association for Transgender Health (WPATH) stand behind the appropriate care of transgender and gender diverse youth, which includes, when indicated, the use of "puberty blockers" such as gonadotropin releasing hormone analogs and other medications to delay puberty, and, when indicated, the use of gender- affirming hormones such as estrogen or testosterone. Guidelines for the assessment of transgender and gender diverse youth, as well as for the use of pubertal delay and gender affirming hormone medications have been published by reputable professional bodies, including the Endocrine Society, the World Professional Association for Transgender Health, and the American Psychiatric Association.

USPATH and WPATH support scientific discussions on the use of pubertal delay and hormone therapy for transgender and gender diverse youth. We believe that such discussions should occur among experts and stakeholders in this area, based on scientific evidence, and in fora such as peer-reviewed journals or scientific conferences, and among colleagues and experts in the assessment and care of transgender and gender diverse youth. USPATH and WPATH oppose the use of the lay press, either impartial or of any political slant or viewpoint, as a forum for the scientific debate of these issues, or the politicization of these issues in any way. Furthermore, individual decisions about gender- affirming interventions and treatments for transgender and gender diverse youth should be made only among the patient, their parent(s) or guardian(s), their medical and mental health provider(s), and any other identified stakeholders on a case-by-case basis, and opposes any attempts to dictate or restrict, by statute, judiciary, or otherwise, access to such treatment when recommended according to accepted standards and guidelines.

**www.wpath.org**
wpath@wpath.org

**www.wpath.org/uspath**
uspath@wpath.org

phone: 1+(847) 752-5328
fax: 1+(224) 633-2166
1061 E Main Street Ste 300
East Dundee, IL 60118

**STAFF**
**Executive Director**
Blaine Vella
blaine@wpath.org
**Associate Executive Director**
Jamie Hicks
jamie@wpath.org
**Managing Director**
Sue O'Sullivan
sue@wpath.org

**WPATH EXECUTIVE COMMITTEE**

**President**
Walter Pierre Bouman, MD, PhD
**President-Elect**
Marci Bowers, MD
**Secretary**
Asa Radix, MD, PhD, MPH
**Treasurer**
Loren Schechter, MD
**Past-President**
Vin Tangpricha, MD, PhD

**BOARD OF DIRECTORS**
Tamara Adrian, JD
Javier Belinky, MD
Michael Marshall, MBBS, MRCPsych, CCT, PgDip(Law)
Christina Richards, PsyD
Stephen Rosenthal, MD
Sanjay Sharma, MBBS, MMS
Jaimie Veale, PhD

**AsiaPATH Representative**
Greg Mak, MD, FRCP, MBBS
**EPATH Representative**
Christina Richards, PsyD
**USPATH Representative**
Erica Anderson, PhD
**Student Representative (Ex-Officio)**
Jared Boot, MA

**USPATH EXECUTIVE COMMITTEE**

**President**
Erica Anderson, PhD
**Immediate Past-President**
Joshua Safer, MD, FACP
**President-Elect**
Madeline Deutsch, MD, MPH
**Secretary**
Emilia Lombardi, PhD

**BOARD OF DIRECTORS**
Caroline Davidge-Pitts, MBBCh
Zil Goldstein, MSN, FNP-BC
Lisa Griffin, PhD
Johanna Olson-Kennedy, MD, MS
Courtney Ridley, MD
Carl Streed, Jr., MD,MPH

**Student Representative**
Nova Bradford, MSW