# EXHIBIT 134

https://www.sfexaminer.com/archives/opinion-the-health-establishment-is-failing-young-adults-who-question-their-gender/article_52832479-1ddd-596b-b64b-6c7b60addbdf.html

# Opinion: The health establishment is failing young adults who question their gender

By Wire Service
Mar 21, 2022



Due to the informed consent model of medical treatment, a person age 18 or older can obtain gender affirming hormones...

**By Erica Anderson**

**Special to The Examiner**

In a recent consultation, divorced parents recounted that their 18-year-old son questioned his gender during senior year in high school, moved on to a university and, during the fall term as a freshman, presented as female at the student health center and was started on gender affirming hormones.

The student lacked health insurance through the university or from his parents, and so his care was transferred to the local Planned Parenthood clinic. At neither place did this 18 year old receive an evaluation by a mental health provider. In both places and during the first visits, the prescription for hormones was based upon the

1

"informed consent" model.

The advance in acceptance for sexual and gender minorities is something for which I have advocated and applauded for years. But I have been witnessing worrisome developments in gender care. Issues with young adults are among my concerns. And I am not alone; a March 2022 journal article by Case Western Reserve University Professor Stephen B. Levine questions the limits and dangers of the informed consent model for trans-identified young adults.

For some time, pediatric specialty clinics at major university medical centers have recognized the needs of the 18- to 25-year-old population. These centers have often continued to care for young adult patients in pediatric clinics or built pathways to adult specialty clinics. The fact that specialty clinics care for patients into their twenties confirms what most understand: Turning 18 does not mean one attains adult competency — particularly for life-altering medical decisions like gender transition.

Yet across hundreds of college campuses and Planned Parenthood clinics, an 18 year old can present for hormones and, at the first visit, obtain a prescription and begin a full medical gender transition. Sometimes this happens with no mental health screening or evaluation beyond the opinion that they are competent to consent by a medical provider.

Every week, I hear from the parents of such young people who report their child has announced a change in gender identity and intends to go on hormones or already has done so. In too many of these cases, there has been no dialogue between parent and child and no input from mental health professionals and gender specialists who can help guide the young adult.

In most cases, the staff at university health or counseling centers are conscientious and well meaning. But because of the Family Educational Rights and Privacy Act, employees of colleges and universities are prohibited from releasing information about students to their parents and communication with them is illegal unless the student requests it. Many counselors do not want to interfere in these family dynamics, because their peers have coached them that a student's identity is their identity, their body is their body and their choices are their choices.

Yet the costs of such practices can be considerable and potentially disastrous, as in cases — and there are many — when parents learn about their child's medical gender transition following a psychiatric hospitalization. In such cases, the young person decides to transition but is ill-equipped to handle both the transition and the adjustment to college, which can be challenging for young adults with preexisting or co-occurring mental health issues.

A gender transition represents among the most difficult psychological changes a person can experience. Planning and the support is critical. In my case, I planned to have two gender affirming surgeries within six months of each other. Fortunately, my advisors helped me understand that this was overly ambitious and I

changed it. Unchecked by these trusted advisors, I could have subjected myself to additional stress and potential problems from other aspects of my transition. Pacing and planning aspects of a gender transition are critical to its success.

The consequences of such miscalculation are harsh. If a young person crashes and burns, as I have seen in some cases, it can take years to recover and relaunch. In past decades, parents of college-bound young adults worried if their child was prepared to deal with drug or alcohol experimentation. Now, an increasing number of parents are being confronted with their children's decision to transition genders and take hormones. Experimentation in this area can be every bit as destabilizing as recreational drugs or alcohol abuse.

It is widely known that the executive function of the brain — specifically in terms of planning and anticipation of consequences — is not fully mature until approximately age 25. That is why so many parents, and often progressive parents who strongly support LGBTQIA+ rights, express concern when their child announces they are trans and have started hormones without undergoing gender exploratory psychotherapy.

As mentioned, the student health centers and Planned Parenthoods operate under the informed consent model, which casts aside mental health screening requirements. Yet parents frequently tell me aghast that their young adult withheld from the medical provider a history of mental health challenges, including in some cases self harm or suicidal thoughts. Other college-age students gloss over details of their mental health history, dismissing further inquiry or accusing providers of "gatekeeping," which in gender affirming circles is akin to being called out for racism by a person of color.

What to do? Previously in the Examiner and Washington Post, I cautioned that absent an individualized comprehensive evaluation prior to initiating gender affirming medicine, a gender transition may be premature or, worse, inappropriate. The exception are youth whose persistent gender variance at a young age compels a full transition prior to puberty.

Gender dysphoria presenting abruptly in late adolescence/young adulthood may not be a simple or straightforward recognition of gender identity. It is also sometimes complicated by other factors, such as depression, anxiety, autism spectrum disorder, social inadequacy, competency fears, delayed impact of trauma and/or misplaced adolescent rebellion against parents and family. I also believe that the pandemic, social isolation and, in too many cases, excess consumption of social media with its bizarre and prescriptive dynamics are unhealthy for gender questioning young adults.

The more strident and ideological voices in the trans community argue that no one should be subjected to gatekeeping or any requirements for psychological evaluation or treatment. But many older transgender persons, and professors of psychiatry and medicine such as Stephen Levine, extol the benefits of such exploration. I put myself in the care of a skilled gender psychologist prior to transition, though I myself am a psychologist with decades of experience. Few of us can be objective about ourselves. The stakes are high.

4

*Erica E. Anderson, Ph.D. is the former president of the United States Professional Association for Transgender Health, former board member of WPATH and is writing a book on the evolution of the science, practice and culture of transgender healthcare; she is based in Berkeley.*

4