# EXHIBIT 160

Archives of Sexual Behavior (2023) 52:1031–1043
https://doi.org/10.1007/s10508-023-02576-9

**ORIGINAL PAPER**



# Rapid Onset Gender Dysphoria: Parent Reports on 1655 Possible Cases

Suzanna Diaz[1] · J. Michael Bailey[2]

Received: 28 January 2022 / Revised: 25 February 2023 / Accepted: 27 February 2023 / Published online: 29 March 2023
© The Author(s) 2023

**Abstract**
During the past decade there has been a dramatic increase in adolescents and young adults (AYA) complaining of gender dysphoria. One influential if controversial explanation is that the increase reflects a socially contagious syndrome: Rapid Onset Gender Dysphoria (ROGD). We report results from a survey of parents who contacted the website ParentsofROGDKids.com because they believed their AYA children had ROGD. Results focused on 1655 AYA children whose gender dysphoria reportedly began between ages 11 and 21 years, inclusive. These youths were disproportionately (75%) natal female. Natal males had later onset (by 1.9 years) than females, and they were much less likely to have taken steps toward social gender transition (65.7% for females versus 28.6% for males). Pre-existing mental health issues were common, and youths with these issues were more likely than those without them to have socially and medically transitioned. Parents reported that they had often felt pressured by clinicians to affirm their AYA child's new gender and support their transition. According to the parents, AYA children's mental health deteriorated considerably after social transition. We discuss potential biases of survey responses from this sample and conclude that there is presently no reason to believe that reports of parents who support gender transition are more accurate than those who oppose transition. To resolve controversies regarding ROGD, it is desirable that future research includes data provided by both pro- and anti-transition parents, as well as their gender dysphoric AYA children.

**Keywords**  Rapid Onset Gender Dysphoria · Adolescent gender dysphoria · Gender dysphoria · Transgender

## Introduction

The demographics of gender dysphoria have changed dramatically during the past two decades. Specifically, the proportion of cases among adolescent natal females has sharply increased, both absolutely and relatively (Aitken et al., 2015; Steensma et al., 2018; Zucker, 2019). This change has been noted in clinic-referred samples across North America and Western Europe (Zucker, 2019; Zucker & Aitken, 2019). The causes of these changes are difficult to know. Two main hypotheses have been proposed:

**Hypothesis 1**  There has not been an increase in the actual number of gender dysphoric adolescents, but more of them are being recognized and referred to gender clinics.

Those who believe this hypothesis view the increase in referrals to gender clinics favorably, because gender dysphoric youth are getting treatment they need rather than suffering in silence (e.g., Turban & Ehrensaft, 2018). People who hold this view also tend to support gender transition for gender dysphoric youth.

**Hypothesis 2**  There has been an increase in gender dysphoria among adolescents, especially adolescent females.

This hypothesis is associated with Rapid Onset Gender Dysphoria (ROGD) (Littman, 2018; Marchiano, 2017; Shrier, 2020), a recent and controversial theory. ROGD theory proposes that common cultural beliefs, values, and preoccupations cause some adolescents (especially female adolescents) to attribute their social problems, feelings, and mental health issues to gender dysphoria. That is, youth with ROGD falsely believe that they are transgender, and that they

Suzanna Diaz is a pseudonym.

✉ J. Michael Bailey
jm-bailey@northwestern.edu

[1] Parents of ROGD Kids, New York, NY, USA

[2] Department of Psychology, Northwestern University, 2029 Sheridan Rd., Evanston, IL 60208, USA



must undergo social and medical gender transition to resolve their issues. A sharp increase in such false beliefs among adolescents and young adults has led to the recent "epidemic" in ROGD.

ROGD is believed to be a culture-bound syndrome, which did not exist until recently, when transgender issues began to attract considerable cultural attention (Allen, 2015). Furthermore, ROGD has been hypothesized to be socially contagious (Littman, 2018). Adolescents who know others with ROGD are more likely to acquire ROGD themselves.

Advocates of the ROGD theory view the dramatic increase in referrals to gender clinics with alarm. They are concerned that adolescents with ROGD are at risk of unnecessary, harmful, and irreversible psychological and medical interventions (e.g., Marchiano, 2017; Shrier, 2020).

The surge in referrals for adolescent-onset gender dysphoria is so recent that neither hypothesis has much support in the mainstream academic literature. This is understandable in the early stages of research on any human clinical phenomenon, especially one as controversial as gender dysphoria.

**Parents of Gender Dysphoric Youth as Influential Stakeholders**

A new development in the history of gender dysphoria has been the formation of Internet communities of concerned parents. These communities appear to be centered around the two opposing viewpoints we have described. Some of these communities comprise parents concerned that their AYA children have ROGD and are pursuing gender transition unnecessarily. Examples include the Gender Critical Support Board, ParentsofROGDKids.com, and Genspect.org. Other communities are more supportive of gender transition for gender dysphoric youth. These include the Facebook group, Parents of Transgender Children, among others. Some of these groups are quite large, with Gender Critical Support Board exceeding 3500 registered members, and Parents of Transgender Children exceeding 8000 members (both numbers taken from their respective websites on April 12, 2022).

Parents of gender dysphoric youth have had an especially important role in the controversies regarding adolescent-onset gender dysphoria. For example, the blogger who writes as 4thwavenow became interested in the issue when her daughter "suddenly announced she was a trans man after a few weeks of total immersion in YouTube transition vlogs and other trans-oriented social media" (4thwavenow.com, n.d.). (Her daughter's gender dysphoria has subsequently subsided.) Littman (2018), who originated the theory of ROGD, was strongly influenced by accounts of parents like this (Kay, 2019). ROGD is a controversial idea and has been challenged by both activists (e.g., Ashley, 2020) and

scientific studies (Bauer et al., 2022; but see Littman, 2022). Careful empirical study is sorely needed.

Parents who disagree with the concept of ROGD and who believe that their children are gender dysphoric in the conventional sense (i.e., having a strong feeling of incongruence between their physical body and the gender they identify with) have also played an important role in the controversy. Until recently it was rare for parents to acquiesce to their children's wish to transition, but this has been changing. Parents have become much more likely to allow their gender dysphoric children to socially and/or medically transition (see, e.g., de Graaf & Carmichael, 2019; Olson et al., 2016). For example, minor children may be given puberty-delaying hormones with parents' permission. In some cases, youth years away from legal adulthood may even receive gender-confirming surgery, such as mastectomy in natal females (Olson-Kennedy et al., 2018). Thus, parents supporting gender transition have dramatically altered acceptable social, psychological, and medical practice.

One relevant issue concerns the potentially differing motivations of parents who believe, and those who disbelieve, the idea that their gender dysphoric adolescent children have ROGD. The former have been accused of being prejudiced against transgender persons and other sexual minorities (Restar, 2020; "Why are so," 2018). However, Littman's (2018) study found that most such parents held tolerant views regarding the rights of sexual minorities. An alternative explanation of these parents' endorsement of ROGD is that it describes the trajectory of their children's gender dysphoria better than conventional explanations of gender dysphoria do.

ROGD has been studied primarily in adolescents and young adults (Littman, 2018). By definition, these youth were not gender dysphoric prior to puberty. In contrast, early-onset gender dysphoria begins prior to puberty, often during early childhood (Bailey & Blanchard, 2018; Zucker & Bradley, 1995). It is possible that parents of children with early-onset gender dysphoria and parents of youth with ROGD have different preferences for their children. The current study focuses on AYA children believed by their parents to have ROGD.

**Parents of Gender Dysphoric Children as Sources of Information**

Research on children's development in many domains has long depended on parent reports. Google Scholar reports 78,800 citations for the search term "parent reports," as of April 12, 2022. Research on gender dysphoria has also often included parent reports (e.g., Arnoldussen et al., 2020; Olson, 2016; Wallien & Cohen-Kettenis, 2008; Zucker & Bradley, 1995). Researchers have also long acknowledged the imperfections—including both incomplete information and biases—associated with parent reports (Achenbach et al.,



1987). Parent reports are especially controversial when parent and child reports differ dramatically, as they often do in cases considered to be ROGD (Littman, 2018).

We expect that parents' and children's reports are more similar for families in which parents support their children's transition, although this has not been studied directly. However, this does not mean that parents who support transition are correct. These parents and their gender dysphoric children could both be mistaken, especially if there is social pressure to accept children's claims of transgender status. The increasing number of people who have reidentified with their natal gender (detransitioners) raises questions about the desirability of transition (Littman, 2021; Marchiano, 2020).

Given the recent surge of cases of gender dysphoria in adolescents and young adults whose demographic profile is unlike those from previous generations, it is important to seek data from all sources and premature to reject any of them. As we learn more, we may come to prefer some sources of information over others, but there is not yet any guide to this preference. In the meantime, it is desirable—even urgent—to collect data from all available sources.

## The Current Study

We analyzed data from a survey of parents who contacted a website for parents concerned that their AYA children have ROGD. Parents provided data regarding their AYA children's adjustment before gender dysphoria onset, children's gender dysphoria, and children's social and medical transition steps. We discuss potential biases in the data due to subject self-selection and survey framing.

## Method

### Participants

Participants were parents or other caretakers of gender dysphoric children who contacted the website ParentsofROGDKids.com. This website provides information and support to parents who believe their children may have ROGD and who are skeptical about "affirmative" therapeutic approaches (i.e., those encouraging gender transition). ParentsofROGDKids.com did not actively recruit parents. Rather, parents discovered the website via Internet searches or mentions on Internet forums. After contacting the website, parents were asked to provide more information about their gender dysphoric children, via email. This was done to ensure that those engaging with the website were not attempting mischievous deception. Those whose information was sufficiently detailed and credible received the following survey solicitation:

> Rapid Onset Gender Dysphoria (ROGD) is a new phenomenon that is only now beginning to be recognized.
> The so-called gender clinics are not forthcoming with information about demographics or mental health issues of clients who seek out their services. Nor do they publish information on patient outcomes.
> The task is left up to us, the parents, to seek out this information on our own.
> Please help us gain a better understanding of this emotionally devastating and physically traumatizing, yet increasingly common phenomenon.
> *Who Should Complete this Survey*
> If your child:
> 
> - Had a relatively normal childhood without showing any signs of discomfort with their gender, and
> - Suddenly, seemingly out of the blue, decided they identified as the opposite gender, or some other "gender"
> 
> Please take the time to fill out this survey. It takes about 10–15 min to complete, a bit longer if you write comments (which are very helpful!).
> *Don't worry if the survey skips over some questions. It is designed to skip over questions that do not apply to you.
> All responses will be kept strictly confidential.

The authors acknowledge that the framing of the survey is biased toward belief in, and concern about, ROGD. This may have influenced responses, although it is likely that a more important bias was self-selection due to the website's name and purpose. The initial purpose of the survey was not for scientific publication, but information gathering for a community of parents with shared concerns. In the Discussion, we consider which results are more or less likely to be biased.

### Measures

Parent informants provided information about their gender dysphoric children. The data analyzed herein include parents' reports on the following variables: timing and early signs of children's gender dysphoria; children's mental health (including formal diagnoses) and social adjustment prior to the onset of gender dysphoria; and children's steps taken toward both social and medical transition. The survey can be viewed in the supplementary materials.

 Springer



# Results

## Survey Respondents

Participants of the current study completed surveys from December 1, 2017 (the beginning of the survey), through October 22, 2021, a total of 46 months. In total 1774 responses were received. (The number of potential participants who contacted the website was not recorded.)

The large majority of survey respondents ($N = 1496$; 84.3%) were mothers reporting on their own children. Fathers ($N = 223$) comprised 12.6% of the respondents, and persons with some other relationship to the gender dysphoric youth, such as stepparent, grandparent, or adoptive parent ($N = 55$; 3.1%), were the remaining respondents. For ease of presentation, we refer to respondents as "parents."

To illuminate the general political/ideological orientation among the parents who responded, the first author examined a subset of email correspondence in which some parents provided details about their gender dysphoric children and family situation. Emails were chosen systematically, by taking the first ten of every consecutive fifty. (Parents were not queried to provide this information until after the project had commenced, and so not all parents provided emails.) A total of 280 emails were examined for statements indicating either supportive/progressive attitudes or unsupportive/conservative attitudes. Statements were coded as supportive/progressive if they indicated that parents were politically progressive, including supportive of LGBT rights and people. This included evidence that they were at least partially supportive of their child's gender-related choices. Emails were coded as unsupportive/conservative if they indicated that parents were conservative or religious in ways that may not be supportive of LGBT rights or people. (Statements indicating either conservative or religious beliefs were not, by themselves, coded as the latter.) The number of coded statements indicating supportive/progressive sentiments was 70, and the number indicating unsupportive/conservative sentiments was 5. Table 1 contains 7 examples of the supportive/progressive statements (every tenth statement starting at the first) and all 5 unsupportive/conservative statements. All deidentified coded statements are included as a supplement.

## Characteristics of Gender Dysphoric Youths

### Current Age, Age of Onset, and Duration of Gender Dysphoria

The survey included the following description of gender dysphoria: "feeling unhappy or uncomfortable with your gender. It can include wishing to be the opposite gender, or to be a different 'gender' altogether. It can also include simply rejection of your own gender." It then listed several "signs of gender dysphoria," focusing on displaying cross-sex behavior (e.g., "changing your posture or way of moving"). Respondents were asked to estimate when their child "began to exhibit signs of gender dysphoria." On average, the youths were reported to be 14.8 years ($SD = 3.1$) when they became gender dysphoric. Onset ages ranged from 3 to "greater than 25 years," with a median of 14 years.

Because ROGD is hypothesized to begin during puberty through early adulthood (Littman, 2018), we limited subsequent analyses to parent reports on youths whose gender dysphoria was reported to begin between ages 11 and 21, inclusive. This left 93.3% ($N = 1,655$) of the original sample, of whom 75% ($N = 1249$) were natal females and 25% ($N = 406$) natal males. Mean current age of gender dysphoric youths was 15.7 (SD = 2.7) years for females and 17.2 (SD = 2.7) for males, $t(1653) = 9.9$, $p < 0.001$, $d = 0.56$.

Figure 1 shows the distribution of age of gender dysphoria onset, separately for natal females and males. Reported onset was significantly later for natal males ($M = 16.0$, SD = 2.2) than for natal females ($M = 14.1$, SD = 2.2), $t(1653) = 15.5$, $p < 0.001$, $d = 0.84$. Duration of gender dysphoria, from onset to the present, was briefer for the natal males ($M = 1.2$ years, SD = 1.6) than for the natal females ($M = 1.6$ years, $SD = 1.6$), $t(1772) = 5.3$, $p < 0.001$, $d = 0.25$.

## Demographics

Ethnic backgrounds of the youths were European ($N = 1276$; 78.9% of those who answered this question), ethnically mixed ($N = 262$; 16.2%), Asian ($N = 45$; 2.8%), Indigenous ($N = 13$; 0.8%), African–American ($N = 10$; 0.6%), Middle Eastern ($N = 6$; 0.4%), and East Indian ($N = 6$; 0.4%). Although the survey did not ask where respondents lived, it did include one question regarding where the gender clinic the youth attended (if any) was located. The most common location was in the USA ($N = 357$; 74.2% of those who provided any location), followed by Canada ($N = 49$; 10.2%), Europe ($N = 46$; 9.6%), and Australia ($N = 25$; 5.2%). Thus, it is likely that most respondents were from North America.

## Prior Social Adjustment

Table 2 provides several ratings of gender dysphoric youths' social adjustment prior to the onset of gender dysphoria. Ratings were similar for natal females and males, with only two showing statistically significant sex differences. Parents reported that natal males were more likely to have been bullied and less likely to have had many good friends.

Informants rated the relationships between the youths and their mothers and fathers both prior to gender dysphoria onset, and after social transition (if any), on a 6-point scale from 1



**Table 1** Example statements by participants indicating either supportive/progressive attitudes or unsupportive/conservative attitudes

*Supportive/progressive statements*

| | |
|---|---|
| 1 | Mother & partner are a same-sex couple |
| 2 | We knew nothing about this (ROGD) up until my son told us he was transgender. We were initially of course entirely loving and supportive of him |
| 3 | Any discussion of her sex, sexuality or any 'gender issues' resulted in verbal and physical abuse. She has accused us all of homophobia, transphobia and assorted other bigotry. To be honest I would love her to declare she is a lesbian and move on |
| 4 | The LBGQT community's influence is very strong and their support seems to have no end. I myself am a supporter and have friends in the community, but this has nothing to do with them and is none of their business. It's about me doing what is best for my child |
| 5 | At [age deleted] she told us she was gay. I didn't freak out, I really don't care if she's gay. Then last year she asked me to take her to the Pride festival. I wanted to be supportive so I took her |
| 6 | One of my husband's good friends is transgender…My husband having a personal experience with a transgender friend, helped her to realize that we weren't bigots when we said we were not going to affirm her friend's choice of pronouns |
| 7 | My brother came out as gay…. My mom, who worked in [deleted occupation], knows a lot about sexuality. She thinks it is a harmless sexual kink for many men to be treated like a woman, but it does not really mean he is uncomfortable being a man; he just wants to be desired and loved for a specific time like he thinks a woman is desired and loved |

*Unsupportive/conservative statements*

| | |
|---|---|
| 8 | Children who "think" that they can just turn themselves into something that is impossible and wrong. God created male and female and no matter what a so-called medical person thinks they can modify they cannot change the DNA it is still male and female not the opposite. We need someone who is conservative, maybe faith-based, someone who can help my son figure out why he is depressed and what is going on inside his head someone who can help us |
| 9 | I am not against the LGBTQ but don't believe it's God's best for people. My husband is more adamantly opposed. So far I haven't done much other than tell her I love her no matter what & absolutely nothing will change that |
| 10 | Are there professionals who can work with our daughter to guide her back to an authentic biblical faith instead of her brand of "Christianity" which includes [details deleted], trans support, and a love of alternative lifestyles…She sees a weekly Christian therapist that uses standard therapy CBT techniques but never challenges her disordered gender/sexuality thinking |
| 11 | We raised our kids in the faith to have love and respect for the dignity of all people, not just those whose decisions and ideas we agree with…. We are being called homophobic, transphobic, violent, abusive and bigoted by our daughter, her friends, our former friends, and …family. We were given no chance to defend ourselves from any of these accusations |
| 12 | I struggle constantly with how to show love to someone who shows complete disdain for everything that has been dear to my heart from my faith to my country and my traditions |



**Fig. 1** Distribution of parent reports of children's age of onset of gender dysphoria (in years), separately for natal females and males

(estranged) to 6 (extremely close). Pre-dysphoria relationships with mothers had a mean rating of 5.2 (with 5 representing "fairly close" and 6 representing "very close"), and relationships with fathers a mean of 4.6 (with 4 representing "neutral"). For a subsequent analysis of change after social transition, we computed a composite score of parental relationship quality by averaging mothers' and fathers' ratings at each time period.

**Mental Health History**

Asked whether the gender dysphoric youth have a history of "mental health issues," 57% ($N = 944$) of informants responded affirmatively, 42.5% ($N = 703$) negatively, and 0.4% ($N = 8$) did not respond. The percentage of affirmative responses was slightly higher for natal females (59.4%) than for natal males (51%), $\chi^2(1, N = 1647) = 8.7, p = 0.003$. Figure 2 presents the distribution of the onset of children's mental health issues relative to the onset of their gender dysphoria. On average, mental health problems began at 10.5 years ($SD = 3.6$; $Mdn = 11$) and preceded gender dysphoria by 3.8 years, paired $t(940) = 32.0, p < 0.0001, d = 1.31$.



**Table 2** Parent reports of children's social adjustment prior to gender dysphoria

|  | Natal female (%) | Natal male (%) |
|---|---|---|
| Youth had a few good friends | 56.7 | 57.6 |
| Youth got along with other kids | 33.9 | 33.7 |
| Youth was bullied[a] | 26.3 | 33.3 |
| Youth was well liked | 27.3 | 22.7 |
| Youth had one good friend | 17.4 | 15.8 |
| Youth was not well liked by peers | 14.3 | 16.8 |
| Youth had many good friends[a] | 9.9 | 3.9 |
| Others instigated fights/arguments with youth | 4.7 | 5.4 |
| Youth instigated fights | 2.3 | 3.2 |
| Youth bullied others | 2.2 | 0.7 |

Descriptors were not mutually exclusive. Numbers represent the percentages of parents endorsing each descriptor

[a] Significant sex difference, $p < 0.01$



**Fig. 2** Parent reports of relative timing of gender dysphoria and mental health issues, in units of years. Negative numbers indicate that mental health issues preceded gender dysphoria, and positive numbers indicate that gender dysphoria preceded mental health issues

Informants were asked about several possible "first symptoms" of mental health issues. Table 3 provides the frequency of each initial symptom, separately by natal sex. More frequent responses, averaged across natal sex, are higher in the table. The most common problem mentioned was "anxiety," and this was significantly more common among natal females than among natal males. Other problems producing relatively large and significant sex differences included self-injury (more common in natal females) and addiction to video games (more common in natal males). In contrast, addiction to the Internet did not produce a significant sex difference.

Asked whether the youth had ever received "a formal psychological diagnosis," 42.5% ($N = 703$) of informants said "yes." Responses to this question were highly correlated with responses to the previously mentioned question whether the gender dysphoric youth had a history of mental illness, $r(1653) = 0.74$. (For some later analyses, a variable was constructed by summing the dichotomous responses to both items. The summed composite should have greater reliability than either of its component items. We refer to the composite as "mental health issues," and higher scores indicated more problems with mental health.) The percentage of youths with formal diagnoses was similar for natal females, 43.4% ($N = 542$) and natal males, 39.7% ($N = 161$), $\chi^2(1, N = 1665) = 1.75$, $p = 0.19$. Furthermore, older youths were slightly more likely to have diagnoses, with the correlation between current age and diagnostic status $r(1653) = 0.07$, $p = 0.006$. Diagnoses had been provided mainly by psychiatrists (41.6%; $N = 294$) and psychologists (30.0%; $N = 212$). Table 4 provides the frequencies of specific diagnoses that were queried, separately by natal sex. Youths with formal diagnoses averaged 2.2 diagnoses ($SD = 1.1$). This variable did not differ significantly by sex.

Asked whether any stressful events in their AYA child's life may have contributed to the onset of gender dysphoria, 72.6% ($N = 1,161$) of parents said "yes." Inspection of specific responses suggested that these stressful events varied considerably in both their nature and severity. For example, a number of parents noted that the family had moved recently. Others mentioned the youth's romantic difficulties. But a few said that the youth had suffered severe physical or sexual abuse, and several mentioned that a friend or relative had committed suicide. Respondents rated youths with these experiences higher on the composite variable mental health issues, compared with other youths, $t(1597) = 3.9$, $p < 0.001$, $d = 0.22$.

### Intelligence

Informants rated the youths' intelligence using a 5-point scale from 1 (exceptionally low–mentally handicapped) to 5 (exceptionally high intelligence). In general, ratings were high, with only 15.5% ($N = 255$) of youths rated as average or below average, and 35.6% ($N = 587$) rated as having exceptionally high intelligence. Natal males ($M = 4.38$) were rated slightly higher than natal females ($M = 4.13$), $t(1645) = 6.1$, $p < 0.0001$, $d = 0.36$.

### Social and Medical Transition

Asked whether their gender dysphoric AYA child had "come out" as the "opposite gender or some other gender," 89.3%



**Table 3** Parent reports of gender dysphoric children's earliest mental health symptoms

| Symptom | Natal female (%) | Natal male (%) | Test of sex difference ($\chi^2$) | Probability for test of sex difference |
|---|---|---|---|---|
| Depression | 33.2 | 25.1 | 9.4 | 0.002 |
| Anxiety | 47.3 | 35.2 | 18.2 | <0.0001 |
| Self-harm | 19.9 | 6.9 | 37.4 | <0.0001 |
| Defiant behavior (acting out) | 10.3 | 8.1 | 1.7 | 0.20 |
| Suicidal ideation | 13.1 | 9.9 | 3.0 | 0.08 |
| Attempted suicide | 4.1 | 3.2 | 0.6 | 0.42 |
| Difficulty socializing with peers | 26.5 | 28.1 | 0.4 | 0.53 |
| Difficulty concentrating and completing tasks | 17.1 | 18.7 | 0.53 | 0.47 |
| Obsessive behavior | 11.8 | 14.3 | 1.8 | 0.18 |
| Socially withdrawn | 18.7 | 18.0 | 0.1 | 0.76 |
| Difficulty dealing with a specific stressful event (e.g., divorce, sexual assault) | 10.3 | 5.2 | 9.9 | 0.002 |
| Difficulty coping with stressful situations in general | 23.2 | 19.2 | 2.8 | 0.09 |
| Addiction to video Games | 4.2 | 15.8 | 63.3 | <0.0001 |
| Addiction to the Internet | 17.1 | 13.8 | 2.5 | 0.11 |
| Substance abuse | 0.4 | 1.7 | 7.5 | 0.006 |
| In an abusive relationship | 1.2 | 0.5 | 1.5 | 0.22 |
| Difficulty with dealing with homosexual feelings | 4.8 | 1.5 | 8.9 | 0.003 |

**Table 4** Parent reports of gender dysphoric children's formal diagnoses

| Diagnosis | Natal females (%) | Natal males (%) | Test of sex difference ($\chi^2$) | Probability for test of sex difference |
|---|---|---|---|---|
| Anxiety | 32.5 | 27.3 | 3.8 | 0.051 |
| Depression | 29.1 | 22.7 | 6.3 | 0.012 |
| ADHD | 13.0 | 19.5 | 10.4 | 0.001 |
| Autism | 6.5 | 13.3 | 19.0 | <0.0001 |
| Obsessive compulsive disorder | 3.0 | 4.9 | 3.2 | 0.073 |
| Borderline personality disorder | 3.0 | 0.7 | 6.4 | 0.011 |
| Bipolar disorder | 1.9 | 0.5 | 4.0 | 0.044 |
| PTSD | 2.8 | 0.5 | 7.5 | 0.006 |
| Body dysmorphia, anorexia, bulimia | 2.1 | 1.0 | 2.1 | 0.150 |
| Antisocial personality disorder | 0.2 | 0.3 | 0.0 | 0.983 |
| Schizophrenia | 0.2 | 0.3 | 0.1 | 0.722 |

($N$ = 1,458) of those who answered responded affirmatively. Of these cases, 81.6% of the youths came out as the opposite gender, but in 18.4% another gender was specified, such as "gender fluid," "non-binary," and "trans" or "transgender." Coming out as a different, rather than opposite, gender was more common among natal females ($N$ = 235; 20.9%) than among natal males ($N$ = 31; 9.8%), $\chi^2(1, N = 1442) = 20.3$, $p < 0.0001$. Of youths who had "come out," 22% ($N$ = 321) were out "everywhere." Being out everywhere was more common for natal females ($N$ = 273, 21.9%) than for natal males ($N$ = 48, 11.8%), $\chi^2(1, N = 1655) = 19.7$, $p < 0.0001$.

The survey included questions about social transition, which was explained as follows:

*Social transition* means taking formal steps to live as the opposite gender (or some other gender) officially. This *can* include:

legally changing their name, gender, and pronouns on government ID, expecting everyone to refer to them



with their new name and pronouns, constantly trying to "pass" as the opposite gender in manner of dress, posture, tone of voice, mannerisms, and interests

Social transition formalizes "coming out" as transgender, and the two often occur together.

Of 1436 youths for whom informants provided relevant information, 65.3% ($N=937$) had socially transitioned, 33.8% ($N=485$) had not socially transitioned, and 1% ($N=14$) no longer wished to transition (i.e., had desisted). Mean age at social transition was reported as 15.4 years (SD = 2.6). Current social transition was much more common among natal females, 65.7% ($N=821$) of whom were rated as socially transitioned, compared with 28.6% ($N=116$) of the natal males, $\chi^2(1, N=1655)=172.3$, $p<0.0001$. Furthermore, natal females tended to socially transition earlier (15.1 years) than natal males (17.4 years), $t(932)=9.1$, $p<0.0001$. Of those who had desisted, 13 of 14 were natal females, out of 1120 females and 316 males for whom parents provided this information.

Table 5 presents rates of several aspects of social transition, separately for natal males and females. Natal females were substantially more likely than natal males to have taken most of the social transition steps. Table 6 presents rates of several aspects of medical transition, separately by natal sex. In general, steps toward medical transition were unusual. For example, hormone blockers were reported for only 0.8% of natal females and 2.0% of natal males (test of the sex difference, $\chi^2(1, N=1655)=3.9$, $p=0.048$). The most frequently reported medical intervention was cross-sex hormones, received by 6.5% of females and 8.4% of males (the test of the sex difference was not significant, $p=0.193$). Surgical intervention was assessed using the question "Has your child surgically transitioned?" Surgical transition was especially rare, reported for 1% of males and 0.7% of females (the test of the sex difference was not significant, $p=0.604$).

Parents were also asked to rate the separate effects of social transition on their AYA child's gender dysphoria, anxiety, and depression. These ratings were substantially correlated and were averaged to provide an overall rating from 1 = much worse to 5 = much better, with 3 indicating no change. Coefficient alpha for this 3-item scale was 0.73. Figure 3 shows the distribution of this variable for the 556 parents who answered all three questions. Parents were much more likely to say that the youth had worsened than improved. The one-sample $t$-test comparing the sample mean 2.1 with 3, the score signifying no change, was highly significant, $t(566)=-24.6$, $p<0.0001$, $d=-1.0$.

The change in the quality of parental relationships (from prior to gender dysphoria to after social transition) was also strongly negative, declining from an average of 4.8 (indicating "fairly close") to 3.6 (between "neutral" and "don't get along very well"), paired $t(891)=-32.0$, $p<0.0001$, $d=-1.2$. This decline was especially severe for mothers, a

Table 6  Parent reports of their children's medical transition steps

| Medical transition steps | Natal females (%) | Natal males (%) |
|---|---|---|
| Hormone blockers | 0.8 | 2.0 |
| Any testosterone treatment | 6.5 | N/A |
| Current testosterone treatment | 5.0 | N/A |
| Any female hormone treatment | N/A | 8.4 |
| Current female hormone treatment | N/A | 7.6 |
| Any Surgical transition | 0.7 | 1.0 |

Table 5  Parent reports of their children's social transition steps

| Social transition steps | Natal females (%) | Natal males (%) | Test of sex difference ($\chi^2$) | Probability for test of sex difference |
|---|---|---|---|---|
| Began wearing clothing of opposite sex | 60.6 | 16.8 | 235.8 | <0.0001 |
| Changed hairstyle | 58.5 | 20.2 | 180.1 | <0.0001 |
| Changed pronouns, opposite sex | 49.2 | 22.7 | 88.5 | <0.0001 |
| Changed posture | 30.7 | 12.8 | 50.4 | <0.0001 |
| Changed voice tone | 25.7 | 13.6 | 25.8 | <0.0001 |
| Transgender friends of same natal sex | 22.4 | 4.7 | 65.1 | <0.0001 |
| Changed pronouns, non-binary | 18.0 | 5.9 | 35.1 | <0.0001 |
| Changed sex-typed activities | 7.9 | 5.7 | 2.3 | 0.143 |
| Opposite sex friends | 6.7 | 5.4 | 0.9 | 0.350 |
| Legal name change | 3.2 | 4.9 | 2.6 | 0.107 |
| Use of makeup | 0.9 | 12.6 | 115.9 | <0.0001 |
| Breast binding | 76.8 | N/A | N/A | N/A |
| Penis tucking | N/A | 17.1 | N/A | N/A |
| Bra stuffing | N/A | 8.9 | N/A | N/A |





**Fig. 3** Parent reports of change in functioning after social transition. 1 = much worse; 2 = somewhat worse; 3 = no change; 4 = somewhat better; 5 = much better

1.5-point decrease compared with fathers' 0.9-point decrease, paired $t(891) = 10.4$, $p < 0.0001$, $d = 0.4$.

Parents were asked whether they had felt pressure from a "gender clinic or specialist" to transition their child socially or medically. Of the 390 parents who answered this question, 51.8% ($N = 202$) answered "yes," 23.6% ($N = 92$) were unsure, and 24.6% ($N = 96$) said "no." Treating this item as a 3-point scale (from 1 = "no" to 2 = "unsure" to 3 = "yes"), parents who felt pressured were more likely to believe their children had deteriorated after transition, $r(197) = 0.22$, $p = 0.002$.

**Correlates of Social and Medical Transition**

We examined correlates of current social transition (i.e., contrasting youths who are currently socially transitioned with those who have not socially transitioned; these analyses ignored those who have desisted). Table 7 contains the results of univariate and multivariate tests for the correlates we explored. Univariate tests are for the associations between each single correlate and current social transition. (These were tested either via logistic regression, for numeric correlates or via contingency analyses for dichotomous correlates.) Socially transitioned youths were significantly more likely to be natal female (see above). They tended to be older: 72.7% of females 16 or older had transitioned, compared with 60.1% of those younger than 16; for males the respective figures were 31.2% and 21.3%. They tended to have had gender dysphoria longer: females who had been gender dysphoric for longer than one year had a 75.5% rate of social transition, compared with 58.6% for those gender dysphoric for one year or less; for males the respective figures were 45.7% and 22.6%. They tended to have a history of mental health issues: 74.1% of females with both a history of mental health issues and a formal diagnosis had socially transitioned, compared with 57.2% of those with neither; for males the respective figures were 31.5% and 24.2%. Finally, we examined associations between social transition and contact with gender specialists. Of the 1,396 parents who answered the relevant question, 37.8% (527) had received a referral to a gender specialist and 52.3% (737) had not. (The remaining 9.5% [132] did not know.) These referrals were associated with a greater chance of social transition: 82.3% of females with a referral had socially transitioned compared with 58% of other females; the respective figures for males were 44.3% and 21.1%. The table also contains multivariate tests for the association between each correlate and current social transition, controlling for the other correlates. (These were tested via multiple logistic regression.) In every case, the direction of associations was identical for univariate and multivariate analyses, and the predictors remained statistically significant.

Table 8 contains analogous results for having received any hormonal treatment. The pattern of results was similar to that for social transition, with the aforementioned exception of natal sex: males were more likely than females to have received hormonal treatment. Males 16 and older had a 11.4% rate of hormonal treatment, compared with 0% for those 16 or younger; respective figures for females were 14.3% and 0.3%. Males whose gender dysphoria had persisted longer than one

**Table 7** Several potential correlates of social transition

| Correlates of social transition | Univariate test ($\chi^2$) | Probability, univariate test | Multivariate test ($\chi^2$) | Probability, multivariate test | Direction (more likely to transition) |
|---|---|---|---|---|---|
| Natal sex | 172.8 | < 0.0001 | 179.2 | < 0.0001 | Natal females |
| Current age | 17.0 | < 0.0001 | 16.3 | < 0.0001 | Older youths |
| Years with gender dysphoria | 81.2 | < 0.0001 | 10.6 | < 0.0001 | Longer duration of gender dysphoria |
| Mental health issues | 38.8 | < 0.0001 | 22.9 | < 0.0001 | History of mental health issues |
| Referral to gender specialist | 85.8 | < 0.0001 | 83.7 | < 0.0001 | Referral to gender specialist |

Each row presents the $\chi^2$ and associated probability values for two tests: the univariate test in which social transition (yes or no) is predicted by the correlate in the leftmost column, and the multivariate test in which social transition is predicted by the same correlate, statistically adjusting for the other correlates in the table. Reported $\chi^2$ values are for likelihood ratio tests ($N = 1655$)



year had a 23.8% rate of hormonal treatment, compared with a 3.0% rate for those with a shorter duration; for females these figures were 13.6% and 1.3%, respectively. Males with both indicators of mental health issues (see above) had a hormonal treatment rate of 8.8%, compared with 7.6% for those with neither indicator; for females these figures were 8.7% and 3.7%. Finally, males who had contact with gender specialists had a hormonal treatment rate of 12.2%, compared with 6.6% for those without such contact; for females these rates were 10.1% and 4.8%.

**Possible Social Influences on Gender Dysphoria and Transition**

Asked whether the youths were friends with others who "came out as transgender around the same time," 55.4% of parents ($N = 917$) said "yes." That response was significantly higher regarding natal females (60.9%, $N = 760$) than natal males (38.7%, $N = 157$), $\chi^2(1, N = 1655) = 61.0$, $p < 0.0001$. Among those who answered "yes," the mean number of transgender friends was 2.4 ($Mdn = 2$). Having friends come out as transgender contemporaneously was significantly related to the likelihood of social transition, statistically adjusting for natal sex, $\chi^2(1, N = 1655) = 63.5$, $p < 0.0001$. Among females, 73.3% with contemporaneous transgender friends had taken steps toward social transition, compared with 54% without such friends; for males, respective figures were 39.5% and 21.7%.

Informants estimated that before developing gender dysphoria, their children spent an average of 4.5 h per day "on the Internet and social media" ($Mdn = 5$). The estimate for natal males ($M = 5.6$) was significantly higher than for natal females ($M = 4.1$), $t(1455) = 8.6$, $p < 0.0001$, $d = 0.6$. This variable (hours per day using the Internet and social media) was not significantly related to the likelihood of social transition, statistically adjusting for natal sex, $\chi^2(1, N = 1457) = 1.0$, $p = 0.30$.

**Changes in Characteristics of Gender Dysphoric Youths**

We examined whether any of the following variables have changed in a consistent manner across the 3 years and 10 months of data collection for this article: natal sex, age of gender dysphoric youths, years with gender dysphoria, mental health issues, and social or medical transition status. This was done by regressing each variable on the continuous measure of survey completion date. Table 9 shows that most of these variables have shown statistically significant changes. To clarify these changes, we provide separate numbers for youths reported on prior to 2020 (first cohort) with those reported on in 2020 and 2021 (second cohort). The former was 20.2% male, and the latter 28.3% male. Ages of gender dysphoric youths at the time of the survey decreased from 16.3 to 15.9 years. Estimated age of gender dysphoria onset decreased from 14.7 to 14.5 years. Years with gender dysphoria at the time of survey decreased from 1.6 to 1.4 years. The likelihood of referral to a gender specialist decreased from 35.3 to 28.9%.

**Discussion**

Results of our study are generally consistent with other recent research about the current surge of gender dysphoria among youth with onset during adolescence or young adulthood. Natal females were affected more often than natal males. Preexisting mental health issues were common, but so was high intelligence. Most youths had changed their pronouns, and most of these changes were cross-sex rather than gender-neutral. Social transition was far more prevalent than medical transition. There was evidence of immersion both in social media and in peer groups with other transgender-identifying youths.

Two sex differences are potentially important. These included the findings that natal males' gender dysphoria was reported to be 1.9 years later than females' and that natal males were much less likely than females to have taken steps toward social transition. This difference contrasts with

**Table 8** Several potential correlates of hormonal treatment

| Correlates of hormonal treatment | Univariate test ($\chi^2$) | Probability, univariate test | Multivariate test ($\chi^2$) | Probability, multivariate test | Direction (more likely to receive treatment) |
|---|---|---|---|---|---|
| Natal sex | 1.6 | 0.202 | 1.3 | 0.250 | Natal males |
| Current age | 252.4 | <.0001 | 139.2 | <0.0001 | Older youths |
| Years with gender dysphoria | 120.3 | <.0001 | 2.9 | 0.090 | Longer duration of gender dysphoria |
| Mental health issues | 8.4 | 0.004 | 6.0 | 0.014 | History of mental health issues |
| Referral to gender specialist | 15.2 | <.0001 | 13.5 | 0.0002 | Referral to gender specialist |

Each row presents the $\chi^2$ and associated probability values for two tests: the univariate test in which social transition (yes or no) is predicted by the correlate in the leftmost column, and the multivariate test in which social transition is predicted by the same correlate, statistically adjusting for the other correlates in the table



Springer

**Table 9** Changes in reported characteristics of gender dysphoric youth: December 2017–October 2021

| Characteristic | Univariate probability | Direction (more characteristic of recent youth) |
| --- | --- | --- |
| Natal sex | < 0.0001 | Increased likelihood of being male |
| Current age | 0.0007 | Younger |
| Age of onset of gender dysphoria | 0.025 | Younger onset |
| Years with gender dysphoria | 0.011 | Fewer years |
| Mental health issues | 0.988 | No significant change |
| Referral to gender professional | 0.005 | Decreased likelihood of referral |

findings from a study of clinic-referred gender dysphoric adolescents in Toronto and Amsterdam, which did not show a sex difference in referral age (Aitken et al., 2015). That study included adolescents regardless of when their gender dysphoria began, whereas youths reported on in the present study were believed to have adolescent or young adult onset. The current study's results are consistent with the existence of different causes for gender dysphoria in natal females and males, at least in some cases. Specifically, one kind of gender dysphoria, stemming from autogynephilia—a natal male's sexual arousal at the idea of being female—occurs only in adolescent and post-adolescent natal males and does not appear to have an analogue among natal females (Bailey & Blanchard, 2017). Unfortunately, the survey did not assess youths' sexuality. An alternative potential explanation is that females begin puberty earlier than males. To the extent that pubertal changes contribute to the onset of gender dysphoria, earlier onset would be predicted for females (Aitken et al., 2015).

One statistically robust finding was both disturbing and seemingly important. Youths with a history of mental health issues were especially likely to have taken steps to socially and medically transition. This relationship held even after statistically adjusting for likely confounders (e.g., age). The finding is concerning because youth with mental health issues may be especially likely to lack judgment necessary to make these important, and in the case of medical transition permanent, decisions. The finding supports the worries of parents whose preferences differ from their gender dysphoric children. It is consistent with another finding of this study that parents believed gender clinicians and clinics pressured the families toward transition. The finding is particularly concerning given that parents tended to rate their children as worse off after transition.

### Limitations

At least two related issues potentially limit this research. First, parents were recruited via a website for parents who believe their children have ROGD, rather than a more conventional and less problematic form of gender dysphoria. Such parents are unlikely to be representative of all parents with gender dysphoric adolescents. However, it is unclear how one might recruit a representative sample of parents reporting on their gender dysphoric adolescents. National gender clinics such as those found in Canada, the Netherlands, the UK, Sweden, and Finland may have especially large caseloads. But without large community epidemiological studies, we cannot know whether the patients seen at the clinics are representative of the population of gender dysphoric youth. More than twice as many parents in our sample reported that they had not received a referral for a gender specialist for their children as parents who had received a referral. Thus, it is uncertain what proportion of gender dysphoric adolescents like those reported on in our study are seen at national clinics. The ROGD phenomenon (or more cautiously, the ROGD concept) is so new that nothing is known with much confidence regarding this population.

Second, because parents in our sample were self-selected for concern that their children have ROGD, parent reports could be biased and inaccurate. Why would parents be biased to believe in ROGD, and to oppose their children's gender transition? One hypothesis is that parents with these attitudes are socially conservative and thus "transphobic." However, the limited research on such parents has shown the opposite that such parents tend to be politically progressive and to hold tolerant attitudes toward sexual and gender minorities (Littman, 2018; Shrier, 2020). Our results also support the view that parents concerned that their AYA children have ROGD are not motivated by intolerance or conservative ideology (Table 1). The possibility remains that it is parents who reject the ROGD explanation who are incorrect and thus, biased. At present, it is uncertain why some parents believe their children have ROGD and oppose their gender transition, while other parents reject the ROGD concept and facilitate their children's gender transition. It is possible, of course, that the ROGD hypothesis and the alternative hypothesis are both correct in certain cases, leading their parents to form different beliefs and attitudes.

Assuming for now that parents in our study were apt to provide responses biased in favor of ROGD explanations and opposed to transition, which findings are most suspect, and which are least so? Simple ratings averaged over all parents are especially likely to be due to bias. For example, the

 Springer

finding that parents tended to view their children's mental health and parental relationships as worsening after transition could reflect a biased tendency to associate negative outcomes with transition. In contrast, findings that depend on comparisons between parents in this study are less likely to be due to bias. For example, it is unclear how bias could cause parents of natal males to report a later age of onset for their children's gender dysphoria compared with parents of natal females. Nor is it clear how bias could cause parents to report a higher rate of transition steps among youth with mental health issues compared with other youth.

### Future Directions

Our study relies on information provided by parents who believe their children have ROGD and are thus unlikely to be supportive about their children's transgender status and intentions to transition. Obviously, it would be highly desirable for future studies also to include parents with differing beliefs and attitudes. Furthermore, responses from gender dysphoric adolescents and young adults, themselves, would be extremely important. None of these informants is guaranteed to provide accurate information. But examining the extent and domains of their agreement versus disagreement will be crucial to addressing the ongoing controversies concerning ROGD and the "epidemic" of adolescent gender dysphoria. Longitudinal data will be especially valuable, because all stakeholders in this controversy ultimately have the same goal: the long-term happiness of gender dysphoric youth.

**Supplementary Information** The online version contains supplementary material available at https://doi.org/10.1007/s10508-023-02576-9.

**Funding** Open Access of this paper was funded by the Society for Evidence-Based Gender Medicine (SEGM). SEGM did not play any role in the study itself, including the method of participant recruitment, the analysis of the data, and our interpretation/discussion of the results.

**Availability of Data and Materials** These data are available upon reasonable request. A copy of the survey instrument is available to those who contact the corresponding author.

**Code Availability** Not applicable.

### Declarations

**Conflict of Interest** None to declare.

**Ethical Approval** The first author and creator of the survey is not affiliated with any university or hospital. Thus, she did not seek approval from an IRB. After seeing a presentation of preliminary survey results by the first author, the second author suggested the data to be analyzed and submitted as an academic article (he was not involved in collecting the data). The second author consulted with his university's IRB, who declined to certify the study because data were already collected. However, they advised that publishing the results was likely ethical provided data were deidentified. Editor's note: After I reviewed the manuscript, I concluded that its publication is ethically appropriate, consistent with Springer policy.

**Open Access** This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by/4.0/.

## References

4thwavenow. (n.d.). https://4thwavenow.com/about/ Retrieved September 9, 2021.

Achenbach, T. M., McConaughy, S. H., & Howell, C. T. (1987). Child/adolescent behavioral and emotional problems: Implications of cross-informant correlations for situational specificity. *Psychological Bulletin, 101*(2), 213–232.

Aitken, M., Steensma, T. D., Blanchard, R., VanderLaan, D. P., Wood, H., Fuentes, A., ... Zucker, K. J. (2015). Evidence for an altered sex ratio in clinic-referred adolescents with gender dysphoria. *Journal of Sexual Medicine, 12*(3), 756–763.

Allen, C. (2015). The transgender triumph. *Weekly Standard*. Retrieved from https://www.weeklystandard.com/charlotte-allen/the-transgender-triumph/.

Arnoldussen, M., Steensma, T. D., Popma, A., van der Miesen, A. I., Twisk, J. W., & de Vries, A. L. (2020). Re-evaluation of the Dutch approach: Are recently referred transgender youth different compared to earlier referrals? *European Child and Adolescent Psychiatry, 29*, 803–811.

Ashley, F. (2020). A critical commentary on 'rapid-onset gender dysphoria.' *Sociological Review, 68*(4), 779–799.

Bailey, J. M., & Blanchard, R. (2017). Gender dysphoria is not one thing. *4thWaveNow*. https://4thwavenow.com/2017/12/07/gender-dysphoria-is-not-one-thing/ Retrieved September 9, 2021.

Bauer, G. R., Lawson, M. L., Metzger, D. L., Trans Youth CAN! Research Team. (2022). Do clinical data from transgender adolescents support the phenomenon of "rapid onset gender dysphoria? *Journal of Pediatrics, 243*, 224–227.

de Graaf, N. M., & Carmichael, P. (2019). Reflections on emerging trends in clinical work with gender diverse children and adolescents. *Clinical Child Psychology and Psychiatry, 24*(2), 353–364.

Kay, J. (2019). An interview with Lisa Littman, who coined the term 'Rapid Onset Gender Dysphoria.' *Quillette*. https://quillette.com/2019/03/19/an-interview-with-lisa-littman-who-coined-the-term-rapid-onset-gender-dysphoria/ Retrieved September 9, 2021.

Littman, L. (2018). Rapid-onset gender dysphoria in adolescents and young adults: A study of parental reports. *PLoS ONE, 13*(8), e0202330. https://doi.org/10.1371/journal.pone.0202330

Littman, L. (2021). Individuals treated for gender dysphoria with medical and/or surgical transition who subsequently detransitioned: A survey of 100 detransitioners. *Archives of Sexual Behavior, 50*(8), 3353–3369.

Littman, L. (2022). Saying that Bauer et al studied rapid onset gender dysphoria is inaccurate and misleading. *Journal of Pediatrics, 245*, 250.



Marchiano, L. (2017). Outbreak: On transgender teens and psychic epidemics. *Psychological Perspectives: A Quarterly Journal of Jungian Thought, 60*(3), 345–366.

Marchiano, L. (2020). The ranks of detransitioners are growing. We need to understand why. *Quillette*. https://quillette.com/2020/01/02/the-ranks-of-gender-detransitioners-are-growing-we-need-to-understand-why/.

Olson, K. R., Durwood, L., DeMeules, M., & McLaughlin, K. A. (2016). Mental health of transgender children who are supported in their identities. *Pediatrics, 137*(3), e20153223.

Olson-Kennedy, J., Warus, J., Okonta, V., Belzer, M., & Clark, L. F. (2018). Chest reconstruction and chest dysphoria in transmasculine minors and young adults: Comparisons of nonsurgical and postsurgical cohorts. *JAMA Pediatrics, 172*(5), 431–436.

Pless, C. E., & Pless, I. B. (1995). How well they remember: The accuracy of parent reports. *Archives of Pediatrics and Adolescent Medicine, 149*(5), 553–558.

Restar, A. J. (2020). Methodological critique of Littman's (2018) parental-respondents accounts of "rapid-onset gender dysphoria" [Letter to the Editor]. *Archives of Sexual Behavior, 49*, 61–66.

Shrier, A. (2020). *Irreversible damage: The transgender craze seducing our daughters*. Regnery Publishing.

Steensma, T. D., Cohen-Kettenis, P. T., & Zucker, K. J. (2018). Evidence for a change in the sex ratio of children referred for gender dysphoria: Data from the Center of Expertise on Gender Dysphoria in Amsterdam (1988–2016) [Letter to the Editor]. *Journal of Sex & Marital Therapy, 44*(7), 713–715.

Turban, J. L., & Ehrensaft, D. (2018). Gender identity in youth: Treatment paradigms and controversies. *Journal of Child Psychology and Psychiatry, 59*(12), 1228–1243.

Wallien, M. S., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child and Adolescent Psychiatry, 47*, 1413–1423.

Why are so many teenage girls appearing in gender clinics. (2018). *Economist*. https://www.economist.com/united-states/2018/09/01/why-are-so-many-teenage-girls-appearing-in-gender-clinics.

Xu, G., Strathearn, L., Liu, B., & Bao, W. (2018). Prevalence of autism spectrum disorder among US children and adolescents, 2014–2016. *JAMA, 319*(1), 81–82.

Zucker, K. J. (2019). Adolescents with gender dysphoria: Reflections on some contemporary clinical and research issues. *Archives of Sexual Behavior, 48*(7), 1983–1992.

Zucker, K. J., & Aitken, M. (2019). Sex ratio of transgender adolescents: A meta-analysis. In *3rd biennal EPATH Conference Inside Matters. On Law, Ethics and Religion* (p. 48).

Zucker, K. J., & Bradley, S. J. (1995). *Gender identity disorder and psychosexual problems in children and adolescents*. Guilford Press.

**Publisher's Note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

