# EXHIBIT 170

SUBMITTED UNDER SEAL