# EXHIBIT 172

SUBMITTED UNDER SEAL