# EXHIBIT 173

## SUBMITTED UNDER SEAL