# EXHIBIT 174

## SUBMITTED UNDER SEAL