# EXHIBIT 175

## SUBMITTED UNDER SEAL