# EXHIBIT 176

## SUBMITTED UNDER SEAL