# EXHIBIT 177

## SUBMITTED UNDER SEAL