# EXHIBIT 178

## SUBMITTED UNDER SEAL