# EXHIBIT 179

# SUBMITTED UNDER SEAL