# EXHIBIT 180

SUBMITTED UNDER SEAL