# EXHIBIT 181

SUBMITTED UNDER SEAL