# EXHIBIT 182
## SUBMITTED UNDER SEAL