# EXHIBIT 183
## SUBMITTED UNDER SEAL