# EXHIBIT 184

## SUBMITTED UNDER SEAL