# EXHIBIT 185

## SUBMITTED UNDER SEAL