# EXHIBIT 186

SUBMITTED UNDER SEAL