# EXHIBIT 187

SUBMITTED UNDER SEAL