# EXHIBIT 188

## SUBMITTED UNDER SEAL