# EXHIBIT 189

# SUBMITTED UNDER SEAL