# EXHIBIT 190

## SUBMITTED UNDER SEAL