# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| | ) |
|    *Plaintiffs*, | ) |
| | ) |
| and | ) |
| | ) |
| United States of America, | ) |
| | ) |
|    *Plaintiff-Intervenor*, | ) |
| | ) |
| v. | )   No. 2:22-cv-00184-LCB-CWB |
| | ) |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| | ) |
|    *Defendants*. | ) |

## UNOPPOSED JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe; Heather Austin, Ph.D.; and Robert Moe, individually and on behalf of her his minor daughter, April Moe; and the United States of America, as Plaintiff-Intervenor, respectfully request that the deadline to respond to Defendants' Motion for Summary Judgment (ECF No. 561) be extended by 14 days and due to the Court by July 1, 2024. Private Plaintiffs and the United States conferred with Defendants' counsel, who take no position on this request.

In support of this request, Private Plaintiffs and the United States provide as follows:

1. On May 27, 2024, Defendants filed a Motion for Summary Judgment under seal. In support of their motion, Defendants submitted 190 exhibits.

2. This Court requires that an opponent's responsive brief to any motion for summary judgment shall be filed no later than 21 days from the filing of the motion. *See* Initial Order Governing All Further Proceedings, at 15.[1] Under this requirement, any responsive briefs to Defendants' Motion for Summary Judgment are due June 17, 2024.

---

[1] https://www.alnd.uscourts.gov/sites/alnd/files/LCB%20Sample%20Initial%20Order.pdf.

3. Additional time is needed so that Private Plaintiffs and the United States can review the evidence and adequately respond to Defendants' motion, which seeks to resolve the constitutional questions central to this case.

4. Private Plaintiffs and the United States believe that a 14-day extension of the current deadline to respond to Defendants' motion will be sufficient. A 14-day extension would make any responsive briefs due to the Court by July 1, 2024.

5. Defendants will not be prejudiced by this extension. Private Plaintiffs and the United States have offered and anticipate consenting to any motion to extend time for any reply brief from Defendants that is proportional to the relief sought here.

Accordingly, Private Plaintiffs and the United States respectfully jointly request a 14-day extension of the applicable deadline to respond to Defendants' Motion for Summary Judgment. Private Plaintiffs and the United States jointly request permission to file any responsive briefs by July 1, 2024. A proposed order is attached as Exhibit A.

Dated: May 29, 2024                                      Respectfully submitted,

JONATHAN S. ROSS                                         KRISTEN CLARKE
Acting United States Attorney                            Assistant Attorney General
Middle District of Alabama                               Civil Rights Division

PRIM F. ESCALONA                                         CHRISTINE STONEMAN
United States Attorney                                   Chief, Federal Coordination and Compliance
Northern District of Alabama                             Section

| | |
|---|---|
| JASON R. CHEEK<br>Chief, Civil Division | COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and Compliance Section |
| MARGARET L. MARSHALL<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 244-2104<br>Margaret.Marshall@usdoj.gov | /s/ Kaitlin Toyama<br>RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 305-2222<br>Renee.Williams3@usdoj.gov<br>Kaitlin.Toyama@usdoj.gov |
| STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, AL 36101-0197<br>Tel.: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | JAMES V. FLETCHER (MD Bar No. 1412160273)<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Disability Rights Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 598-0083<br>James.Fletcher@usdoj.gov |
| | *Attorneys for Plaintiff-Intervenor United States of America* |

| | |
|---|---|
| /s/ Adam Reinke<br>J. Andrew Pratt<br>Adam Reinke<br>Misty L. Peterson<br>KING & SPALDING LLP<br>1180 Peachtree Street NE, Suite 1600<br>Atlanta, GA 30309<br>apratt@kslaw.com<br>areinke@kslaw.com | Sarah Warbelow<br>Cynthia Weaver<br>HUMAN RIGHTS CAMPAIGN FOUNDATION<br>1640 Rhode Island Ave., NW<br>Washington, DC 20036<br>sarah.warbelow@hrc.org |

mpeterson@kslaw.com

Melody H. Eagan
Jeffrey P. Doss
Amie A. Vague
LIGHTFOOT, FRANKLIN &
WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

Brent P. Ray
Abigail Hoverman Terry
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
bray@kslaw.com
aterry@kslaw.com

Abby Parsons
KING & SPALDING LLP
1100 Louisiana Street
Houston, TX 77002
aparsons@kslaw.com

Scott D. McCoy
SOUTHERN POVERTY LAW
CENTER
P.O. Box 12463
Miami, FL 33101
scott.mccoy@splcenter.org

cynthia.weaver@hrc.org

Diego A. Soto
SOUTHERN POVERTY LAW
CENTER
400 Washington Avenue
Montgomery, AL 36104
diego.soto@splcenter.org

Jennifer L. Levi
GLBTQ LEGAL ADVOCATES &
DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
jlevi@glad.org

Jessica L. Stone
SOUTHERN POVERTY LAW
CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
jessica.stone@splcenter.org

Christopher F. Stoll
Amy E. Whelan
Rachel H. Berg
NATIONAL CENTER FOR LESBIAN
RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
cstoll@nclrights.org
awhelan@nclrights.org
rberg@nclrights.org

*Attorneys for Private Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

*/s/ Kaitlin Toyama*
Trial Attorney, Federal Coordination
and Compliance Section
Civil Rights Division
U.S. Department of Justice

# Exhibit A

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| United States of America, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' and Plaintiff-Intervenor United States' Unopposed Joint Motion to Extend Deadline to Respond to Defendants' Motion for Summary Judgment, it is hereby ORDERED that the Motion is GRANTED. Any party opposing Defendants' Motion for Summary Judgment shall file any responsive briefs by July 1, 2024.

**DONE** and **ORDERED** _____, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

1