UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-184-LCB |
| | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendants have moved for leave to file under seal their motion for summary judgment, brief in support, and evidentiary exhibits, and to file unredacted versions of each of these on the public docket. (Doc. 556). For good cause shown, Defendants' Motion for Leave to File Under Seal Unredacted Motion for Summary Judgment and Brief and Evidentiary Submissions in Support (Doc. 556) is **GRANTED**.

**DONE** and **ORDERED** this May 31, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE