# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al., <br><br> Plaintiffs, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al., <br><br> Defendants. | NO. 2:22-CV-00184-LCB-CWB <br> HON. LILES C. BURKE |

## MOTION FOR PERMISSION TO APPEAR PRO HAC VICE

Pursuant to Rule 83.1(b) of the Local Rules of the United States District Courts for the Middle District of Alabama, the undersigned moves for an order permitting Katharine R. McLaughlin of the law firm Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654-3456, to appear pro hac vice as co-counsel in this action in association with the undersigned on behalf of Jennifer Levi and Shannon Minter.

Attorney McLaughlin is a member in good standing of the United States District Court for the Northern District of Illinois, and a certificate of good standing is attached to this motion.

Respectfully submitted this 3rd day of June, 2024.

*s/Robert D. Segall*
Robert D. Segall
Shannon L. Holliday
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
Phone: (334) 834-1180
Fax: (334) 834-3172
Email: segall@copelandfranco.com
Email: holliday@copelandfranco.com

*Counsel for Jennifer Levi and*
*Shannon Minter*

CERTIFICATE OF SERVICE

    I certify that on June 3, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

*s/ Robert D. Segall*
Of Counsel