# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Katharine Rachel McLaughlin

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Katharine Rachel McLaughlin was duly admitted to practice in said Court on (12/04/2012) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/28/2024 )

                        Thomas G. Bruton , Clerk,

                        By:  Amanda Keil
                            Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ AMANDA KEIL
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
May 28, 2024