UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff-Intervenor*, | ) |
| | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| | ) Hon. Liles C. Burke |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE SUMMARY JUDGMENT MOTION AND EVIDENTIARY SUBMISSIONS ON THE PUBLIC DOCKET**

On May 27, 2024, Defendants asked the Court to "grant them provisional leave to file under seal their motion for summary judgment, brief in support, and evidentiary exhibits, and to file on the public docket redacted versions of the same." Doc. 556 at 1. These filings contained or discussed documents that were designated as "confidential" pursuant to the Court's protective order and thus needed to be filed, "if at all, under seal." *Id.* (quoting Doc. 137 at 3). The Court granted the motion.

Doc. 569. As a result, significant portions of Defendants' summary judgment motion and evidentiary submissions are redacted or entirely sealed on the public docket.

"Defendants do not think that all these documents should remain under seal," however. Doc. 556 at 1-2. They have thus worked with counsel for the World Professional Association for Transgender Health (WPATH) and the United States to unseal portions of Defendants' briefing and evidentiary submissions that were sealed because they discuss or contain materials designated as "confidential" by WPATH or the Department of Health and Human Services (HHS) during discovery. WPATH and the United States do not oppose the unsealing of the documents listed below to the extent noted, so Defendants request leave to substitute the following documents on the public docket:

| Document | Changes To Be Made In Substitute Public Filing |
|---|---|
| Doc. 561: Defendants' Motion for Summary Judgment and Brief in Support | Replace with copy of motion that removes all redactions on pp. 1-22 (except certain redactions in footnotes 12, 16, 33, 34, 37, 71, 74, 92, 96 and 113) and in footnote 160 on p. 28 |
| Doc. 557-4 (DX4): Appendix A to Supplemental Report of James Cantor, Ph.D. | Replace with copy of fully unredacted exhibit |
| Doc. 557-16 (DX16): Supplemental Report of Kristopher Kaliebe, M.D. | Replace with copy of fully unredacted exhibit |
| Doc. 560-23 (DX173): HHS Ex. 5 | Replace with copy of exhibit that removes redactions on pp. 22-25, except redactions for PII |

2

| | |
|---|---|
| Doc. 560-24 (DX174): WPATH Ex. 1 | Replace with copy of exhibit that removes redactions on pp. 1-2 and 5-7, except for redactions for PII |
| Doc. 560-26 (DX176): WPATH Ex. 3 | Replace with copy of exhibit that removes redactions on pp. 107, 113-14, and 152-55, except for redactions for PII |
| Doc. 560-28 (DX178): WPATH Ex. 5 | Replace with copy of exhibit that removes redactions on pp. 4-23 and 81-85, except for redactions for PII |
| Doc. 560-29 (DX179): WPATH Ex. 6 | Replace with copy of exhibit that removes redactions on pp. 12-27 and 39-43, except for redactions for PII |
| Doc. 560-30 (DX180): WPATH Ex. 7 | Replace with copy of exhibit that removes redactions on pp. 11-17 and 59-123, except for redactions for PII |
| Doc. 560-31 (DX181): WPATH Ex. 8 | Replace with copy of exhibit that removes redactions on pp. 21-41, except for redactions for PII |
| Doc. 560-32 (DX182): WPATH Ex. 9 | Replace with copy of exhibit that removes redactions on pp. 62-66, 91-97, and 150-59, except for redactions for PII |
| Doc. 560-33 (DX183): WPATH Ex. 10 | Replace with copy of exhibit that removes redactions on pp. 1-64 and 93, except for redactions for PII |
| Doc. 560-34 (DX184): WPATH Ex. 11 | Replace with copy of exhibit that removes redactions on pp. 14, 21-39, 49-58, except for redactions for PII |
| Doc. 560-35 (DX185): WPATH Ex. 12 | Replace with copy of exhibit that removes redactions on pp. 1-6, except for redactions for PII |
| Doc. 560-36 (DX186): WPATH Ex. 13 | Replace with copy of exhibit that removes redactions on pp. 11-12, 17-18, 25-33, 57-60, 73-76, and 87-91, except for redactions for PII |
| Doc. 560-37 (DX187): WPATH Ex. 14 | Replace with copy of exhibit that removes redactions on pp. 13-14, 100-15, 188-92, and 338-40, except for redactions for PII |
| Doc. 560-38 (DX188): WPATH Ex. 15 | Replace with copy of exhibit that removes redactions on pp. 112-21 and 152-55, except for redactions for PII |

| Doc. 560-39 (DX189): WPATH Ex. 16 | Replace with copy of exhibit that removes redactions on pp. 1-23 and 39, except for redactions for PII |
|---|---|
| Doc. 560-40 (DX190): WPATH Ex. 17 | Replace with copy of exhibit that removes redactions on pp. 3-10, except for redactions for PII |

Defendants thus request leave to send to the Clerk of Court copies of these documents, as indicated above, to substitute for the filings on the public docket.[1] After continued consultation with other parties, Defendants reserve the right to seek further unsealing of summary judgment materials, but the prompt unsealing of the above materials would promote the "access to judicial proceedings [that] is crucial to our tradition and history." *Callahan v. United Network for Organ Sharing*, 17 F.4th 1356, 1358-59 (11th Cir. 2021).

| | |
|---|---|
| Dated: June 18, 2024 | Respectfully submitted, |
| | Steve Marshall<br>  *Attorney General* |
| Christopher Mills (*pro hac vice*)<br>SPERO LAW LLC<br>557 East Bay Street, #22251<br>Charleston, SC 29413<br>(843) 606-0640<br>CMills@Spero.law | s/ Edmund G. LaCour Jr.<br>Edmund G. LaCour Jr. (ASB-9182-U81L)<br>  *Solicitor General*<br><br>A. Barrett Bowdre (ASB-2087-K29V)<br>  *Principal Deputy Solicitor General* |
| David H. Thompson (*pro hac vice*)<br>Peter A. Patterson (*pro hac vice*) | James W. Davis (ASB-4063-I58J) |

---

[1] Alternatively, if the Court prefers, Defendants request leave to submit on the public docket a notice of filing with the substitute documents attached. Defendants' thinking is that having the Clerk's Office substitute the documents on the public docket would reduce any confusion about which "version" of Defendants' public submissions to cite, but obviously defer to the Court's preference for how to proceed.

4

Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Roger G. Brooks (*pro hac vice*)
Henry W. Frampton, IV (*pro hac vice*)
Philip A. Sechler (*pro hac vice*)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0200
rbrooks@adflegal.org
hframpton@adflegal.org
psechler@adflegal.org

   *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
   *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov


*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on June 18, 2024, which will serve all counsel of record.

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Counsel for Defendants*
