# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 2:22-cv-184-LCB |
| | ) |
| **STEVE MARSHALL,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

Before the Court are three motions to "alter or amend" its order of March 18, 2024, which denied requests from several of the Respondents for leave to submit additional evidence in the form of expert testimony. (*See* Doc. 449). First, Melody Eagan and Jeffrey Doss move the Court to alter or amend its order denying their request to submit the expert testimony of Gregory P. Joseph (Doc. 496), a motion joined and adopted by Jennifer Levi and Shannon Minter (Doc. 507) and by Michael Shortnacy (Doc. 509). Second, James Esseks, Carl Charles, and LaTisha Faulks move the Court to alter or amend its order denying their motion to submit a declaration from Professor Bruce A. Green, "a recognized expert on legal ethics and norms in the legal profession," about the matters raised in the Court's show-cause orders. (Doc. 498). Finally, Kathleen Hartnett moves the Court to alter or amend its

order denying her request to submit the expert testimony of Clark Cunningham. (Doc. 504). Asaf Orr has joined in all three motions. (Doc. 503).

For the same reasons the Court first denied the Respondents' leave to submit expert testimony, the Court **DENIES** the Respondents' Motion to Alter or Amend Order (Doc. 496), the Motion to Alter or Amend Order on Submission of Expert Evidence (Doc. 498), and Respondent Kathleen Hartnett's Motion to Alter or Amend Order (Doc. 504).

**DONE** and **ORDERED** this June 20, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE