# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 2:22-cv-184-LCB |
| | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The Court **ORDERS** Respondents Melody Eagan, Jeffrey Doss, Scott McCoy, Asaf Orr, Michael Shortnacy, Jennifer Levi, Shannon Minter, James Esseks, LaTisha Faulks, Carl Charles, and Kathleen Hartnett to provide the Court with copies of any public statements they or their organizations have made about these attorney-disciplinary proceedings, including press releases, website content, social media posts, interviews, public speeches, newsletters, and public emails. The statements must be emailed to the Court's chambers' address, burke_chambers@alnd.uscourts.gov, by **June 22, 2024 at 5:00 p.m.**

**DONE** and **ORDERED** this June 20, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE