# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| and ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | Case No. 2:22-cv-184-LCB |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| **STEVE MARSHALL,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## RESPONDENT SHORTNACY NOTICE OF COMPLIANCE

COMES NOW Respondent Michael Shortnacy ("Shortnacy"), and hereby gives notice of his compliance with the Court's June 20, 2024 Order instructing Respondents to provide the Court with copies of any public statements they or their organizations have made about the attorney disciplinary proceedings (Doc. 578). Shortnacy has not made any public statements, including the statements listed in the Order, regarding these proceedings. Shortnacy has also confirmed that neither his former firm King & Spalding nor his current firm Shook, Hardy & Bacon have made any public statements regarding these proceedings.

                                                           Respectfully submitted,

                                                           */s/ Bruce F. Rogers*

Bruce F. Rogers
Elizabeth N. Terenzi

BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
600 Luckie Drive, Suite 415
Birmingham, Alabama 35223
Telephone:  (205) 879-1100
Facsimile:  (205) 879-4300
Email:   brogers@bainbridgemims.com
         bterenzi@bainbridgemims.com

*Counsel for Michael Shortnacy*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

                                    */s/ Bruce F. Rogers*
                                    OF COUNSEL