N THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BRIANNA BOE, et al., | } |
| *Plaintiffs*, | } |
| and | } |
| UNITED STATES OF AMERICA, | }  Case No. 2:22-CV-184-LCB |
| *Plaintiff-Intervenor*, | } |
| v. | } |
| STEVE MARSHALL, et al., | } |
| *Defendants*. | } |

**OBJECTION OF RESPONDENT SCOTT D. MCCOY
TO ORDER REQUIRING PRODUCTION OF PUBLIC
COMMUNICATIONS (DOC. 578), AND
NOTICE OF COMPLIANCE UNDER PROTEST WITH SAID ORDER**

COMES NOW Respondent Scott D. McCoy and objects to producing public statements or other public communications as ordered by this Honorable Court on June 20, 2024 (Doc. 578), and as grounds for said objection, asserts that the Order seeks documents and information protected by the First Amendment; creates a chilling effect with respect to the future exercise of First Amendment rights; violates the Due Process Clause of the Fourteenth Amendment to the United States

Constitution; and orders the production of documents that are not, and should not be, relevant to any matter pending before the Court. Respondent McCoy adopts all objections made by other Respondents to the said Order.

Without waiving said objections, and for the purpose of avoiding delay in these proceedings, Respondent McCoy, under protest, submits as Exhibit "A" to this Objection and in compliance with said Order, the response made by the Southern Poverty Law Center to press inquiries. Also included in Exhibit "A" is a copy of an email transmitted by the Southern Poverty Law Center to Law360 and another email transmitted to Bloomberg Law. Respondent McCoy, himself, has never made any statement to the media about these proceedings.

Respectfully submitted this 22nd day of June, 2024.

*s/ Robert D. Segall*
Robert D. Segall  (ASB-7354-E68R)
Shannon L. Holliday (ASB-5440-Y77S)
Copeland Franco Screws & Gill, P.A.
P. O. Box 347
Montgomery, AL  36101-0347
Phone:  (334) 834-1180
Fax:  (334) 834-3172
Email: segall@copelandfranco.com
Email: holliday@copelandfranco.com
**Counsel for Respondent Scott D. McCoy**

## CERTIFICATE OF SERVICE

    I certify that on June 22, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

                                              /s/ *Robert D. Segall*
                                              Of Counsel