IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BRIANNA BOE, et al., | } |
| *Plaintiffs*, | } |
| and | } |
| UNITED STATES OF AMERICA, | }   Case No. 2:22-CV-184-LCB |
| *Plaintiff-Intervenor*, | } |
| v. | } |
| STEVE MARSHALL, et al., | } |
| *Defendants*. | } |

EXHIBIT "A"

To Respondent McCoy's knowledge, based on inquiry to the Southern Poverty Law Center communications staff, the following is the only response made by the Southern Poverty Law Center to any press inquiry related to sanction proceedings conducted by the Panel or this Court in the above styled case:

> *The SPLC respectfully disagrees with the panel's final report and stands behind the professional and ethical conduct of our attorneys. We remain committed to challenging the unconstitutional bans on gender affirming care in Alabama and across the Deep South.*

Attached hereto is an Email from the Southern Poverty Law Center Communications staff to Law360 dated March 20, 2024 and an email from the

Southern Poverty Law Center Communications staff to Bloomberg Law dated March 21, 2024. To the knowledge of Respondent McCoy, after inquiry, there are no other responsive documents.

Respectfully submitted this 22nd day of June, 2024.

                                *s/ Robert D. Segall*
                                Robert D. Segall (ASB-7354-E68R)
                                Shannon L. Holliday (ASB-5440-Y77S)
                                Copeland Franco Screws & Gill, P.A.
                                P. O. Box 347
                                Montgomery, AL  36101-0347
                                Phone: (334) 834-1180
                                Fax: (334) 834-3172
                                Email: segall@copelandfranco.com
                                Email: holliday@copelandfranco.com
                                **Counsel for Respondent Scott D. McCoy**

## CERTIFICATE OF SERVICE

I certify that on June 22, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

                                /s/ *Robert D. Segall*
                                Of Counsel

**From:** Evan Nowell <evan.nowell@splcenter.org>
**Date:** Wednesday, March 20, 2024 at 4:57 PM
**To:** Ed Beeson <ed.beeson@law360.com>
**Subject:** Re: Law360 seeking comment on unsealed report/order to show cause

Hi Ed,

Thanks for reaching out to the SPLC.

Here is a comment on the unsealed report:

*The SPLC respectfully disagrees with the panel's final report and stands behind the professional and ethical conduct of our attorneys. We remain committed to challenging the unconstitutional bans on gender affirming care in Alabama and across the Deep South.*

Best,
-Evan

**Evan Nowell**  per/they
Director of Public & Media Relations | Communications
Southern Poverty Law Center & SPLC Action Fund
T  470.656.9395
evan.nowell@splcenter.org   |   splcenter.org   |   splcactionfund.org

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify the Southern Poverty Law Center immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.

**From:** Evan Nowell <evan.nowell@splcenter.org>
**Sent:** Thursday, March 21, 2024 2:25 PM
**To:** Thomsen, Jacqueline <jthomsen@bloombergindustry.com>
**Subject:** FW: From Bloomberg Law -- comment on Alabama judge shopping report?

**CAUTION:** **This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Please report suspicious emails to: phishing@bloombergindustry.com**

Hi Jacqueline,

Scott forwarded me your request. Thanks for reaching out.

Here is a comment on the unsealed report:

*The SPLC respectfully disagrees with the panel's final report and stands behind the professional and ethical conduct of our attorneys. We remain committed to challenging the unconstitutional bans on gender affirming care in Alabama and across the Deep South.*

Best,
-Evan

**Evan Nowell**  per/they
Director of Public & Media Relations | Communications
Southern Poverty Law Center & SPLC Action Fund
T  470.656.9395
evan.nowell@splcenter.org   |   splcenter.org   |   splcactionfund.org

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify the Southern Poverty Law Center immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.