# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BRIANNA BOE, et al.,** ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **and** ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff-Intervenor,** ) <br> ) <br> **v.** ) <br> ) <br> **STEVE MARSHALL, in his official** ) <br> **capacity as Attorney General of the** ) <br> **State of Alabama, et al.,** ) <br> ) <br> **Defendants.** | **Case No.: 2:22-cv-184-LCB** |

## RESPONDENT ASAF ORR'S NOTICE OF COMPLIANCE
## WITH JUNE 20, 2024 ORDER

The Court's June 20, 2024 Order orders Respondent Asaf Orr ("Mr. Orr") to provide the Court with copies of "any public statements" that he or his organization has "made about these attorney-disciplinary proceedings, including press releases, website content, social media posts, interviews, public speeches, newsletters, and public emails." ECF No. 578 ("Order").

Mr. Orr has not made any public statements about these attorney-disciplinary proceedings, and he is not aware of any public statements made by the National Center for Lesbian Rights ("NCLR") before Mr. Orr left NCLR in February 2023. However, Mr. Orr understands that NCLR responded to an inquiry addressed to his NCLR email address, to which Mr. Orr no longer has access. A true and correct copy of NCLR's response is attached hereto as Exhibit A. Mr. Orr's current employer, the California Civil Rights Department, for whom Mr. Orr has worked since leaving NCLR, has sent two emails in response to reporter inquiries. True and correct copies of those two emails are attached hereto as Exhibits B and C.

By submitting this response, Mr. Orr does not waive any objections to the Order or to the use of the records produced by Mr. Orr and the other Respondents, including on grounds of relevance. Mr. Orr hereby adopts all objections raised by the other Respondents to the extent they apply to him.

Respectfully submitted this 22nd day of June, 2024,

        */s/ John M. Ugai*
John M. Ugai (CA Bar No. 318565)
(*admitted pro hac vice*)
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Phone:  (415) 954-4400
Fax:  (415) 954-4480
Email:  jugai@fbm.com

>Anthony Schoenberg (CA Bar No. 203714)
>(*admitted pro hac vice*)
>Katherine Balkoski (CA Bar. No. 353366)
>(*admitted pro hac vice*)
>FARELLA BRAUN + MARTEL LLP
>One Bush Street, Suite 900
>San Francisco, California 94104
>Phone:  (415) 954-4400
>Fax:  (415) 954-4480
>Email:  tschoenberg@fbm.com
>Email:  jugai@fbm.com
>Email:  kbalkoski@fbm.com
>
>Robert D. Segall (ASB-7354-E68R)
>Shannon L. Holliday (ASB-5440-Y77S)
>COPELAND FRANCO SCREWS &
>GILL, P.A.
>Post Office Box 347
>Montgomery, AL  36101-0347
>Phone:  (334) 834-1180
>Fax:  (334) 834-3172
>Email:  segall@copelandfranco.com
>Email:  holliday@copelandfranco.com
>
>*Counsel for Respondent Asaf Orr*

## CERTIFICATE OF SERVICE

I certify that, on June 22, 2024, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

*/s/ John M. Ugai*