# Exhibit A

**From:** Jennifer Bing
**Sent:** Tuesday, March 19, 2024 1:48 PM
**To:** Howard Koplowitz <HKoplowitz@al.com>
**Subject:** RE: media inquiry -- judge shopping in Alabama trans medical care case

Howard –

Our statement is below and all media inquiries should come directly to me.

------------------------------------------------------------------------

In response to this highly unusual proceeding, NCLR wants to make clear that it holds itself to the highest ethical standards and has since its founding in 1977. Many of our attorneys have led on these issues for decades and are committed to representing families across the country who are being unjustly denied access to medically necessary healthcare. Because this is an ongoing proceeding, we cannot comment further. Our hearts go out to the families of Alabama who are suffering under this cruel law, and we urge people in Alabama and across the country to find ways in their local communities to support transgender youth and their families.

------------------------------------------------------------------------

Thanks so much
Jennifer



**Jennifer Bing | Director of Advancement**

*(Pronouns: She, her, hers)*

jbing@nclrights.org

(415) 845-9406 mobile

 **National Center for Lesbian Rights**

*Feminist Founded, Advocates for All*

nclrights.org  |  Facebook  |  Twitter  |  Instagram

---

**From:** Howard Koplowitz <HKoplowitz@al.com>
**Sent:** Tuesday, March 19, 2024 1:06 PM

**To:** Asaf Orr <AOrr@nclrights.org>
**Subject:** media inquiry -- judge shopping in Alabama trans medical care case

Hi Asaf,

I'm a reporter with AL.com in Alabama and I'm following up on the three-judge panel's report finding that you and 10 other attorneys engaged in judge shopping in this case. Do you have a response? Thanks.

Best,

**Howard Koplowitz**
Reporter



+1 205.641.5212
HKoplowitz@al.com
www.al.com
About us