# Exhibit B

## Orr, Asaf@CalCivilRights

| | |
|---|---|
| **From:** | CRD, Public Affairs@CalCivilRights |
| **Sent:** | Friday, June 21, 2024 4:12 PM |
| **To:** | Orr, Asaf@CalCivilRights |
| **Subject:** | FW: Law360 seeking comment on unsealed Alabama report/order to show cause |

FYI

**From:** CRD, Public Affairs@CalCivilRights <PublicAffairs@calcivilrights.ca.gov>
**Date:** Wednesday, March 20, 2024 at 3:20 PM
**To:** Ed Beeson <ed.beeson@law360.com>
**Subject:** Re: Law360 seeking comment on unsealed Alabama report/order to show cause

Hi Ed,

Thanks for reaching out. Nothing to share on our end on this matter. If you haven't already done so, you may also want to reach out to the National Center for Lesbian Rights on your inquiry.

Best,

Public Affairs

**From:** Ed Beeson <ed.beeson@law360.com>
**Date:** Wednesday, March 20, 2024 at 1:41 PM
**To:** CRD, Public Affairs@CalCivilRights <PublicAffairs@calcivilrights.ca.gov>
**Subject:** Fwd: Law360 seeking comment on unsealed Alabama report/order to show cause

[EXTERNAL] This email originated from outside CRD. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

This is Ed Beeson with Law360. I was trying to reach Asar Orr for comment on a story we're working on, details below.

I understand he is now with the Civil Rights Department. Please let me know if he has any comment.

Best regards,

Ed

---------- Forwarded message ---------
From: **Ed Beeson** <ed.beeson@law360.com>
Date: Wed, Mar 20, 2024 at 1:34 PM
Subject: Law360 seeking comment on unsealed Alabama report/order to show cause
To: <aorr@nclrights.org>

Asaf,

This is Ed Beeson with Law360. We're reporting today on the newly unsealed report in In re: Amie Adelia Vague, and related order to show cause filed in the Middle District of Alabama.

Do you or does the Center have any comment on the report and the related order to show cause?

I'm on deadline now, but would appreciate anything you wish to add.

Best regards,

Ed

--
Ed Beeson
Assistant Managing Editor



Legal News & Data
law360.com

--
Ed Beeson
Assistant Managing Editor



Legal News & Data
law360.com

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. If the disclaimer can't be applied, attach the message to a new disclaimer message.