# Exhibit C

# Orr, Asaf@CalCivilRights

| | |
|---|---|
| **From:** | CRD, Public Affairs@CalCivilRights |
| **Sent:** | Friday, June 21, 2024 4:13 PM |
| **To:** | Orr, Asaf@CalCivilRights |
| **Subject:** | FW: From Bloomberg Law -- comment on Alabama judge shopping report |

FYI

---

**From:** CRD, Public Affairs@CalCivilRights <PublicAffairs@calcivilrights.ca.gov>
**Date:** Thursday, March 21, 2024 at 1:30 PM
**To:** jthomsen@bloombergindustry.com <jthomsen@bloombergindustry.com>
**Subject:** Re: From Bloomberg Law -- comment on Alabama judge shopping report

Hi Jacqueline,

Thanks for reaching out. Nothing to share on our end on this matter. If you haven't already done so, you may also want to reach out to the National Center for Lesbian Rights on your inquiry.

Best,

Public Affairs

---

**From:** Thomsen, Jacqueline <jthomsen@bloombergindustry.com>
**Sent:** Thursday, March 21, 2024 11:00 AM
**To:** Orr, Asaf@CalCivilRights <asaf.orr@calcivilrights.ca.gov>
**Subject:** From Bloomberg Law -- comment on Alabama judge shopping report

**[EXTERNAL]** This email originated from outside CRD. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Hi Asaf – my name is Jacqueline Thomsen and I'm a reporter with Bloomberg Law.

I'm writing on the recently unsealed report in Alabama about judge shopping that named you among the attorneys who are now facing potential sanctions, and wanted to see if you have any comment? Thanks.

Jacqueline Thomsen
cell/Signal: (781) 405-2801
Twitter/X: @jacq_thomsen
Bluesky: @jacqthomsen.bsky.social


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the

1

intended recipient, please contact the sender and destroy all copies of the communication. If the disclaimer can't be applied, attach the message to a new disclaimer message.