IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al., | } |
| *Plaintiffs*, | } |
| and | } |
| UNITED STATES OF AMERICA, | }   Case No. 2:22-CV-184-LCB |
| *Plaintiff-Intervenor*, | } |
| v. | } |
| STEVE MARSHALL, et al., | } |
| *Defendants*. | } |

**NOTICE BY JENNIFER LEVI AND SHANNON MINTER
OF COMPLIANCE WITH THE COURT'S JUNE 20, 2024 ORDER**

Respondents Jennifer Levi and Shannon Minter respectfully submit this Notice of Compliance with the Court's June 20, 2024 order, requiring them to submit to the Court "any public statements they or their organizations have made about these attorney-disciplinary proceedings, including press releases, website content, social media posts, interviews, public speeches, newsletters, and public emails." (Doc. 578.) Levi and Minter are attaching to this Notice the public statements that the non-profit organizations for which they work have issued in relation to this disciplinary matter, and such statements will be emailed separately to Chambers at the email address specified in the June 20 order. Levi and Minter themselves have not issued

public statements, outside of their filings and statements in Court, about this disciplinary proceeding.

In complying with the June 20 order, Levi and Minter do not intend to waive any objection to the Court's reliance on these statements, in whole or in part, as a basis for imposing or enhancing any sanction that might be imposed, which would raise due process and other concerns. Levi and Minter respectfully submit that these statements are both protected by the First Amendment and not relevant to this proceeding. Levi and Minter also do not waive any objection to the June 20 order to the extent it seeks to chill future protected speech by them or by the non-party non-profit organizations for which they work.

Respectfully submitted this 22nd day of June, 2024.

/s/ *April A. Otterberg*
April A. Otterberg, *pro hac vice*
aotterberg@jenner.com
Adam G. Unikowsky, *pro hac vice*
aunikowsky@jenner.com
Katharine R. McLaughlin, *pro hac vice*
kmclaughlin@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350

Robert D. Segall
segall@copelandfranco.com
Shannon Holliday
holliday@copelandfranco.com
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
(334) 834-1180 (Phone)
(334) 834-3172 (Facsimile)

*Counsel for Jennifer Levi and Shannon Minter*

## CERTIFICATE OF SERVICE

    I certify that on June 22, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

    */s/  April A. Otterberg*