# EXHIBIT 1

**From:** ████████████████ @glad.org>
**Date:** Tuesday, March 19, 2024 at 4:59 PM
**To:** Raymond, Nate (Reuters) <Nate.Raymond@thomsonreuters.com>
**Subject:** Re: Reuters question -- Sanctions-related order in Alabama case

Thanks for reaching out Nate.

GLAD is committed to protecting the families of transgender adolescents who are suffering severe harm under cruel and unjust laws banning access to essential health care. We are extremely proud of our attorneys and the critical work that they do. Our attorneys take very seriously their ethical and professional obligations as well as their responsibilities to our clients. We stand behind the actions of our legal team and our partners as they continue to seek legal protection for parents and their transgender children and safeguard their right to make private family decisions. Because the proceedings are ongoing, we cannot speak more specifically about the report at this time.

--

████████████

Director of Public Affairs & Education

GLBTQ Legal Advocates & Defenders (GLAD)

**From:** Raymond, Nate (Reuters) <Nate.Raymond@thomsonreuters.com>
**Date:** Tuesday, March 19, 2024 at 4:04 PM
**To:** ████████████████ @glad.org>
**Subject:** Reuters question -- Sanctions-related order in Alabama case

Hi ██████, I'm following up on orders that were just unsealed by U.S. District Judge Liles Burke directing that plaintiffs and lawyers in Boe v. Marshall, which challenged Alabama's ban on gender-affirming care, to show

cause why they should not be sanctioned after an investigative report found that 11 lawyers had engaged in judge-shopping. I was wondering if GLAD would have any comment on this matter?

Nate Raymond

Reuters

Legal Affairs Correspondent

Cell: 347-243-6917

X: @nateraymond

Bluesky: @nateraymond.bsky.social

**From:** ████████████████ @glad.org>
**Date:** Tuesday, March 19, 2024 at 5:02 PM
**To:** HKoplowitz@al.com <HKoplowitz@al.com>
**Subject:** FW: media inquiry -- judge shopping in Alabama trans medical care case

Hi Howard,


GLAD is committed to protecting the families of transgender adolescents who are suffering severe harm under cruel and unjust laws banning access to essential health care. We are extremely proud of our attorneys and the critical work that they do. Our attorneys take very seriously their ethical and professional obligations as well as their responsibilities to our clients. We stand behind the actions of our legal team and our partners as they continue to seek legal protection for parents and their transgender children and safeguard their right to make private family decisions. Because the proceedings are ongoing, we cannot speak more specifically about the report at this time.


--

████████████

Director of Public Affairs & Education

GLBTQ Legal Advocates & Defenders (GLAD)

1

**From:** ████████████████████ @glad.org>
**Date:** Wednesday, March 20, 2024 at 4:36 PM
**To:** Ed Beeson <ed.beeson@law360.com>
**Subject:** Re: Law360 seeking comment on unsealed Alabama report/order to show cause

Hi Ed,

GLAD is committed to protecting the families of transgender adolescents who are suffering severe harm under cruel and unjust laws banning access to essential health care. We are extremely proud of our attorneys and the critical work that they do. Our attorneys take very seriously their ethical and professional obligations as well as their responsibilities to our clients. We stand behind the actions of our legal team and our partners as they continue to seek legal protection for parents and their transgender children and safeguard their right to make private family decisions. Because the proceedings are ongoing, we cannot speak more specifically about the report at this time.

--
████████████
Director of Public Affairs & Education
GLBTQ Legal Advocates & Defenders (GLAD)

---

**From:** Ed Beeson <ed.beeson@law360.com>
**Date:** Wednesday, March 20, 2024 at 4:30 PM
**To:** ████████████ @glad.org>, ████████████████ @glad.org>
**Subject:** Law360 seeking comment on unsealed Alabama report/order to show cause

Jennifer:

This is Ed Beeson with Law360. We're reporting today on the newly unsealed report in In re: Amie Adelia Vague, and related order to show cause filed in the Middle District of Alabama.

Do you or does GLAD have any comment on the report and the related order to show cause?

I'm on deadline now, but would appreciate anything you wish to add.

Best regards,

Ed

--
Ed Beeson
Assistant Managing Editor

Legal News & Data
law360.com

**From:**  @glad.org>
**Date:** Thursday, March 21, 2024 at 2:57 PM
**To:** jthomsen@bloombergindustry.com <jthomsen@bloombergindustry.com>
**Subject:** FW: From Bloomberg Law -- comment on Alabama judge shopping

Hi Jacqueline,


Here is a comment from GLAD:


GLAD is committed to protecting the families of transgender adolescents who are suffering severe harm under cruel and unjust laws banning access to essential health care. We are extremely proud of our attorneys and the critical work that they do. Our attorneys take very seriously their ethical and professional obligations as well as their responsibilities to our clients. We stand behind the actions of our legal team and our partners as they continue to seek legal protection for parents and their transgender children and safeguard their right to make private family decisions. Because the proceedings are ongoing, we cannot speak more specifically about the report at this time.


███████████, Director of Public Affairs and Education



Best,

███████


From: Thomsen, Jacqueline <jthomsen@bloombergindustry.com>
Sent: Thursday, March 21, 2024 1:50 PM
Subject: From Bloomberg Law -- comment on Alabama judge shopping

Hi Jennifer – my name is Jacqueline Thomsen and I'm a reporter with Bloomberg Law.

I'm writing on the recently unsealed report in Alabama about judge shopping that named you among the attorneys who are now facing potential sanctions, and wanted to see if you have any comment? Thanks.

Jacqueline Thomsen

cell/Signal: (781) 405-2801

Twitter/X: @jacq_thomsen

Bluesky: @jacqthomsen.bsky.social

**From:** ████████████████ @glad.org>
**Date:** Tuesday, May 14, 2024 at 12:33 PM
**To:** Jack Karp <jack.karp@law360.com>
**Subject:** Re: Comment on response to order to show cause in Boe et al. v. Marshall et al.?

Hi Jack,

Here is GLAD's comment, which you can attribute to me:

GLAD is committed to protecting the families of transgender adolescents who are suffering severe harm under cruel and unjust laws banning access to essential health care. We are extremely proud of our attorneys and the critical work that they do. Our attorneys take very seriously their ethical and professional obligations as well as their responsibilities to our clients. We stand behind the actions of our legal team and our partners as they continue to seek legal protection for parents and their transgender children and safeguard their right to make private family decisions. Because the proceedings are ongoing, we cannot speak more specifically at this time.
--
████████████
Director of Public Affairs & Education
GLBTQ Legal Advocates & Defenders (GLAD)


Best,
██████


--
████████████
Director of Public Affairs & Education
GLBTQ Legal Advocates & Defenders (GLAD)
████████████
@GLADLaw