IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al., | }<br>}<br>} |
| *Plaintiffs*, | }<br>}<br>} |
| and | }<br>}<br>} |
| UNITED STATES OF AMERICA, | } Case No. 2:22-CV-184-LCB<br>} |
| *Plaintiff-Intervenor*, | }<br>}<br>} |
| v. | }<br>}<br>} |
| STEVE MARSHALL, et al., | }<br>}<br>} |
| *Defendants.* | } |

## RESPONDENTS MELODY H. EAGAN AND JEFFREY P. DOSS'S NOTICE OF COMPLIANCE AND OBJECTION TO COURT ORDER

Respondents Melody H. Eagan and Jeffrey P. Doss ("Respondents") object to the Court's Order (Doc. 578) as follows: (i) the Order seeks information that is not relevant to issues raised in the Show Cause Orders directed to the Respondents; (ii) the Respondents object on due process grounds, as production was ordered without notice or an opportunity to respond; and (iii) the Respondents object on First Amendment grounds, as their compliance will have a chilling effect on the Respondents' free speech rights.

Without waiving their objections, the Respondents have made no "public statements" regarding "these attorney-disciplinary proceedings." (Doc. 578 at 1). Their law firm, Lightfoot, Franklin & White, LLC, made one public statement to three news organizations. On the day and day after the Court unsealed the panel materials

1

by Text Order on March 19, 2024, three reporters reached out for comment, and the attached three emails were sent in response to those inquiries.

At the Court's direction, a copy of this filing with the attachments is being emailed to the Court's chambers. Accordingly, the Respondents are in compliance with the Court's Order.

Respectfully Submitted,

*/s/ M. Christian King*
One of the Attorneys for
Melody H. Eagan and Jeffrey P. Doss

Dated: June 22, 2024

OF COUNSEL:
Samuel H. Franklin
*sfranklin@lightfootlaw.com*
M. Christian King
*cking@lightfootlaw.com*
Harlan I. Prater, IV
*hprater@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700

## CERTIFICATE OF SERVICE

I certify that, on June 22, 2024, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which provide notice of the filing to all counsel of record.

*/s/ M. Christian King*
OF COUNSEL
