IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE, et al.,** | } |
| *Plaintiffs,* | } |
| and | } |
| **UNITED STATES OF AMERICA,** | } Case No. 2:22-CV-184-LCB |
| *Plaintiff-Intervenor,* | } |
| v. | } |
| **STEVE MARSHALL, et al.,** | } |
| *Defendants.* | } |

## EXHIBIT A

The following is the only response made by Lightfoot, Franklin & White LLC to any press inquiry related to the sanctions proceedings conducted by the panel or this Court:

Thanks for your interest.

We are confident that our attorneys acted in good faith and with no intent to violate any law, rule, or established case law. Our Firm's position is fully laid out in our robust filing from November 10, 2023. The Firm fully supports our lawyers and thanks them for their advocacy in the related pro bono case. As this process is not complete and additional hearings are to come, we will not be making any further comment at this time.

While you're reviewing the preliminary report, I encourage you to also review our response (Case 2:22-cv-00184-LCB-CWB, Document 356, Filed 11/10/23) as it outlines the situation completely and represents our understanding of the law and our actions.

Attached are copies of emails from Lightfoot, Franklin & White LLC to Law360, Al.com, and Reuters. To Ms. Eagan's and Mr. Doss's knowledge, there are no other responsive documents.

Respectfully Submitted,

*/s/ M. Christian King*
One of the Attorneys for
Melody H. Eagan and Jeffrey P. Doss

Dated: June 22, 2024

OF COUNSEL:
Samuel H. Franklin
*sfranklin@lightfootlaw.com*
M. Christian King
*cking@lightfootlaw.com*
Harlan I. Prater, IV
*hprater@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700

## **CERTIFICATE OF SERVICE**

I certify that, on June 22, 2024, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which provide notice of the filing to all counsel of record.

*/s/ M. Christian King*
OF COUNSEL

# EMAIL ONE

**From:** Paula McCauley <pmccauley@lightfootlaw.com>
**Sent:** Thursday, June 20, 2024 2:53:09 PM
**To:** Raymond, Nate (Reuters) <Nate.Raymond@thomsonreuters.com>
**Subject:** Re: Reuters reporter question -- Judge Burke's order

Thanks Nate, but not at this time. I appreciate you checking in.


**Paula McCauley**
Director of Marketing & Business Development



205-581-0700 main
205-581-5807 direct
850-572-2630 mobile
205-581-0799 fax
pmccauley@lightfootlaw.com

The Clark Building
400 20th Street North
Birmingham, AL 35203

Confidentiality Notice

**lightfootlaw.com**



---

**From:** Raymond, Nate (Reuters) <Nate.Raymond@thomsonreuters.com>
**Sent:** Thursday, June 20, 2024 2:16:53 PM
**To:** Paula McCauley <pmccauley@lightfootlaw.com>
**Subject:** Re: Reuters reporter question -- Judge Burke's order

CAUTION: External Sender.

Hey Paula, I'm working on an item previewing Monday's hearing, likely to either go out end of tomorrow or first thing Monday. Could I check if Lightfoot would have any new comment on this matter?

Nate Raymond
Reuters
Legal Affairs Correspondent
Cell: 347-243-6917
X: @nateraymond
Bluesky: @nateraymond.bsky.social

**From:** Paula McCauley <pmccauley@lightfootlaw.com>
**Sent:** Tuesday, March 19, 2024 4:35 PM
**To:** Raymond, Nate (Reuters) <Nate.Raymond@thomsonreuters.com>
**Subject:** [EXT] FW: Reuters reporter question -- Judge Burke's order

**External Email:** Use caution with links and attachments.

Hi Nate,

Thanks for your interest.

We are confident that our attorneys acted in good faith and with no intent to violate any law, rule, or established case law. Our Firm's position is fully laid out in our robust filing from November 10, 2023. The Firm fully supports our lawyers and thanks them for their advocacy in the related pro bono case. As this process is not complete and additional hearings are to come, we will not be making any further comment at this time.

While you're reviewing the preliminary report, I encourage you to also review our response (Case 2:22-cv-00184-LCB-CWB, Document 356, Filed 11/10/23) as it outlines the situation completely and represents our understanding of the law and our actions.

Thanks again.


**Paula McCauley**
Director of Marketing & Business Development



| | |
|---|---|
| 205-581-0700 main | The Clark Building |
| 205-581-5807 direct | 400 20th Street North |
| 850-572-2630 mobile | Birmingham, AL 35203 |
| 205-581-0799 fax | |
| pmccauley@lightfootlaw.com | |

Confidentiality Notice

**lightfootlaw.com**



**From:** Melody H. Eagan <meagan@lightfootlaw.com>
**Date:** Tuesday, March 19, 2024 at 3:25 PM
**To:** Paula McCauley <pmccauley@lightfootlaw.com>
**Cc:** Jeffrey P. Doss <jdoss@lightfootlaw.com>
**Subject:** Fwd: Reuters reporter question -- Judge Burke's order

Get Outlook for iOS



**Melody H. Eagan**
Partner



205-581-0700 main
205-581-0777 direct
205-581-0799 fax
meagan@lightfootlaw.com

The Clark Building
400 20th Street North
Birmingham, AL 35203

 Confidentiality Notice

**lightfootlaw.com**



**From:** Raymond, Nate (Reuters) <Nate.Raymond@thomsonreuters.com>
**Sent:** Tuesday, March 19, 2024 4:14:29 PM
**To:** Melody H. Eagan <meagan@lightfootlaw.com>
**Subject:** Reuters reporter question -- Judge Burke's order

> You don't often get email from nate.raymond@thomsonreuters.com. Learn why this is important
> **CAUTION:** External Sender.

Hi, I'm a reporter with Reuters and am following up on the show cause order Judge Burke issued as well as the investigative report on judge shopping allegations. I wanted to check if you might have any comment on this matter?

Nate Raymond
Reuters
Legal Affairs Correspondent
Cell: 347-243-6917

X: @nateraymond
Bluesky: @nateraymond.bsky.social

## EMAIL TWO

**From:** Paula McCauley <pmccauley@lightfootlaw.com>
**Sent:** Tuesday, March 19, 2024 3:16:05 PM
**To:** HKoplowitz@al.com <HKoplowitz@al.com>
**Subject:** Fwd: media inquiry -- judge shopping in trans medical care case

Hi Howard,

Thank you for interest.

We are confident that our attorneys acted in good faith and with no intent to violate any law, rule, or established case law. Our Firm's position is fully laid out in our robust filing from November 10, 2023. The Firm fully supports our lawyers and thanks them for their advocacy in the related pro bono case. As this process is not complete and additional hearings are to come, we will not be making any further comment at this time.

While you are reviewing the preliminary report, please also review our post-hearing brief (Case 2:22-cv-00184-LCB-CWB, Document 356, Filed 11/10/23), as it outlines the situation completely and represents our understanding of the law and our actions.

Thanks again.


**Paula McCauley**
Director of Marketing & Business Development



205-581-0700 main
205-581-5807 direct          The Clark Building
850-572-2630 mobile          400 20th Street North
205-581-0799 fax             Birmingham, AL 35203
pmccauley@lightfootlaw.com

Confidentiality Notice

**lightfootlaw.com**



**From:** Melody H. Eagan <meagan@lightfootlaw.com>
**Sent:** Tuesday, March 19, 2024 3:07 PM
**To:** Paula McCauley <pmccauley@lightfootlaw.com>
**Cc:** Jeffrey P. Doss <jdoss@lightfootlaw.com>; Amie A. Vague <avague@lightfootlaw.com>; Samuel H. Franklin <sfranklin@lightfootlaw.com>; Harlan I. Prater, IV <hprater@lightfootlaw.com>
**Subject:** Fwd: media inquiry -- judge shopping in trans medical care case

Get Outlook for iOS

**Melody H. Eagan**
Partner



205-581-0700 main
205-581-0777 direct
205-581-0799 fax
meagan@lightfootlaw.com

The Clark Building
400 20th Street North
Birmingham, AL 35203

 Confidentiality Notice

**lightfootlaw.com**



**From:** Howard Koplowitz <HKoplowitz@al.com>
**Sent:** Tuesday, March 19, 2024 4:05:11 PM
**To:** Melody H. Eagan <meagan@lightfootlaw.com>
**Subject:** media inquiry -- judge shopping in trans medical care case

> You don't often get email from hkoplowitz@al.com. Learn why this is important
> CAUTION: External Sender.

Hi Melody,

I'm a reporter with AL.com and I'm following up on the three-judge panel's report finding that you and 10 other attorneys engaged in judge shopping in this case. Do you have a response? Thanks.

8

Best,

**Howard Koplowitz**
Reporter



+1 205.641.5212
HKoplowitz@al.com
www.al.com
About us

# EMAIL THREE

**From:** Paula McCauley <pmccauley@lightfootlaw.com>
**Sent:** Wednesday, March 20, 2024 3:40:09 PM
**To:** ed.beeson@law360.com <ed.beeson@law360.com>
**Subject:** FW: Law360 seeking comment on unsealed report/order to show cause

Hi Ed,

Thank you for your interest.

We are confident that our attorneys acted in good faith and with no intent to violate any law, rule, or established case law. Our Firm's position is fully laid out in our robust filing from November 10, 2023. The Firm fully supports our lawyers and thanks them for their advocacy in the related pro bono case. As this process is not complete and additional hearings are to come, we will not be making any further comment at this time.

While you're reviewing the preliminary report, please also review our response (Case 2:22-cv-00184-LCB-CWB, Document 356, Filed 11/10/23), attached, as it outlines the situation completely and represents our understanding of the law and our actions.

Thanks again.

**From:** Jeffrey P. Doss <jdoss@lightfootlaw.com>
**Date:** Wednesday, March 20, 2024 at 3:31 PM
**To:** Paula McCauley <pmccauley@lightfootlaw.com>
**Subject:** Fwd: Law360 seeking comment on unsealed report/order to show cause

**Jeffrey P. Doss**
Partner



205-581-0700 main
205-581-0773 direct
205-581-0799 fax
jdoss@lightfootlaw.com

The Clark Building
400 20th Street North
Birmingham, AL 35203

 Confidentiality Notice

**lightfootlaw.com**



Begin forwarded message:

**From:** Ed Beeson <ed.beeson@law360.com>
**Date:** March 20, 2024 at 3:26:42 PM CDT
**To:** "Melody H. Eagan" <meagan@lightfootlaw.com>, "Jeffrey P. Doss" <jdoss@lightfootlaw.com>
**Subject: Law360 seeking comment on unsealed report/order to show cause**

You don't often get email from ed.beeson@law360.com. Learn why this is important
CAUTION: External Sender.

Melody and Jeffrey:

This is Ed Beeson with Law360. We're reporting today on the newly unsealed report in In re: Amie Adelia Vague, and related order to show cause filed in the Middle District of Alabama.

Do you or does the firm have any comment on the report and the related order to show cause?

I'm on deadline now, but would appreciate anything you wish to add.

Best regards,

Ed

--
Ed Beeson
Assistant Managing Editor

Legal News & Data
law360.com