UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BRIANNA BOE,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-0184-LCB |
| ) | |
| **STEVE MARSHALL,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF COMPLIANCE

Respondent Kathleen Hartnett ("Respondent") files this Notice of Compliance with the Court's June 20, 2024 Order requiring "Respondents Melody Eagan, Jeffrey Doss, Scott McCoy, Asaf Orr, Michael Shortnacy, Jennifer Levi, Shannon Minter, James Esseks, LaTisha Faulks, Carl Charles, and Kathleen Hartnett to provide the Court with copies of any public statements they or their organizations have made about these attorney-disciplinary proceedings, including press releases, website content, social media posts, interviews, public speeches, newsletters, and public emails." Doc. 578. In response to this Order, Respondent states:

1. Respondent's counsel will send this Notice and the two communications attached as Exhibits 1, 2, and 3 to the Court's chambers' email address immediately after filing to comply with the Court's Order.

1

2. Respondent has not made any public statements about these proceedings. Exhibits 1, 2, and 3 are the only public statements made by Respondent's law firm, Cooley LLP, about these proceedings. Exhibits 1, 2, and 3 are emails containing the same statement provided by Cooley LLP to three news organizations, Law360, Reuters, and Bloomberg, in response to those news organizations' request for comment. *See* Exhibits 1, 2, and 3.

3. The statement contained in Exhibits 1, 2, and 3 reads: "Our attorneys carried out their responsibilities appropriately and acted with integrity in this matter. We remain steadfast in our advocacy against unjust anti-transgender laws and look forward to presenting our response to the Court's order in two weeks."

4. The Court's Order does not explain why Respondents are being ordered to produce to the Court public statements made by them or their organizations about these proceedings, and Respondent does not understand the relevance of any such statements to these proceedings. Cooley LLP's statement in Exhibits 1, 2, and 3 was consistent with Respondent's testimony and submissions to this Court.

5. While fully complying with the Court's Order, Respondent objects to the Order, including relevance, the First Amendment, due process, and any applicable objections filed by other Respondents.

Respectfully submitted, June 22, 2024.

    */s/ Brannon J. Buck*
Brannon J. Buck (ASB-5848-K56B)
bbuck@badhambuck.com
Christopher B. Driver (ASB-9178-G39B)
cdriver@badhambuck.com
BADHAM & BUCK, LLC
2001 Park Place North, Ste. 500
Birmingham, Alabama 35203
(205) 521-0036 (Phone)
(205) 521-0037 (Facsimile)

*Counsel for Kathleen Hartnett*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the CM/ECF electronic filing system, electronic mail, and/or U.S. Mail on this the 22nd day of June, 2024.

    */s/ Brannon J. Buck*
OF COUNSEL