# EXHIBIT 1

**Christopher Driver**

**From:** Kahn, Daniel <dkahn@cooley.com>
**Sent:** Wednesday, March 20, 2024 3:50 PM
**To:** ed.beeson@law360.com
**Subject:** RE: Law360 seeking comment on unsealed Alabama report/order to show cause

Hi Ed – I hope you are well. Kathleen passed along your note. Please see a comment from us below which can be attributed to a "spokesperson from the firm" or similar.

Please let me know if you have any questions.

Thanks!

Dan

**"Our attorneys carried out their responsibilities appropriately and acted with integrity in this matter. We remain steadfast in our advocacy against unjust anti-transgender laws and look forward to presenting our response to the Court's order in two weeks."**


Daniel Kahn
Director of Communications
+1 212 479 6090 office


> **From:** Ed Beeson <ed.beeson@law360.com>
> **Date:** March 20, 2024 at 1:36:56 PM PDT
> **To:** "Hartnett, Kathleen" <khartnett@cooley.com>
> **Subject: Law360 seeking comment on unsealed Alabama report/order to show cause**
>
> **[External]**
>
> Kathleen,
>
> This is Ed Beeson with Law360. We're reporting today on the newly unsealed report in In re: Amie Adelia Vague, and related order to show cause filed in the Middle District of Alabama.
>
> Do you or does the firm have any comment on the report and the related order to show cause?
>
> I'm on deadline now, but would appreciate anything you wish to add.
>
> Best regards,
>
> Ed
>
> --
> Ed Beeson
> Assistant Managing Editor

1

Legal News & Data
law360.com

2