# EXHIBIT 2

**Christopher Driver**

| | |
|---|---|
| **From:** | Kahn, Daniel <dkahn@cooley.com> |
| **Sent:** | Wednesday, March 20, 2024 11:24 AM |
| **To:** | Nate.Raymond@thomsonreuters.com |
| **Subject:** | FW: Reuters question -- Alabama case |

Hi Nate – I hope you are well. I see your article has published, but thought you may want to update with a comment from us below. Please attribute to a "spokesperson from the firm" or similar.

Please let me know if you have any questions.

Thanks!

Dan

> **"Our attorneys carried out their responsibilities appropriately and acted with integrity in this matter. We remain steadfast in our advocacy against unjust anti-transgender laws and look forward to presenting our response to the Court's order in two weeks."**

Daniel Kahn
Director of Communications
+1 212 479 6090 office

---

**From:** Raymond, Nate (Reuters) <Nate.Raymond@thomsonreuters.com>
**Sent:** Wednesday, March 20, 2024 6:38 AM
**To:** Hartnett, Kathleen <khartnett@cooley.com>
**Subject:** Reuters question -- Alabama case

**[External]**

Hi Ms. Hartnett, I'm writing an item about Judge Liles Burke's show cause order yesterday in Boe v. Marshall. Since it appears to expose you to potential sanctions for your work on the case, I wanted to check if you'd have any comment on the matter.

Nate Raymond
Reuters
Legal Affairs Correspondent
Cell: 347-243-6917
X: @nateraymond
Bluesky: @nateraymond.bsky.social