# EXHIBIT 3

**Christopher Driver**

**From:** Kahn, Daniel <dkahn@cooley.com>
**Sent:** Thursday, March 21, 2024 1:29 PM
**To:** jthomsen@bloombergindustry.com
**Subject:** FW: From Bloomberg Law -- comment on Alabama judge shopping

Hi Jacqueline - I hope you are well. Kathleen passed along your note. Please see a comment from us below which can be attributed to a "spokesperson from the firm" or similar.

Please let me know if you have any questions.

Thanks!

Dan

> **"Our attorneys carried out their responsibilities appropriately and acted with integrity in this matter. We remain steadfast in our advocacy against unjust anti-transgender laws and look forward to presenting our response to the Court's order in two weeks."**

Daniel Kahn
Director of Communications
+1 212 479 6090 office

---

**From:** Thomsen, Jacqueline <jthomsen@bloombergindustry.com>
**Sent:** Thursday, March 21, 2024 10:55 AM
**To:** Hartnett, Kathleen <khartnett@cooley.com>
**Subject:** From Bloomberg Law -- comment on Alabama judge shopping

**[External]**

Hi Kathleen – my name is Jacqueline Thomsen and I'm a reporter with Bloomberg Law.

I'm writing on the recently unsealed report in Alabama about judge shopping that named you among the attorneys who are now facing potential sanctions, and wanted to see if you have any comment? Thanks.

Jacqueline Thomsen
cell/Signal: (781) 405-2801
Twitter/X: @jacq_thomsen
Bluesky: @jacqthomsen.bsky.social