UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| United States of America, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

### PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR EXCESS PAGES

Plaintiff-Intervenor the United States of America ("United States") respectfully requests that the Court grant the United States leave to exceed its page limitation with respect to its Brief in Support of its Motion to Exclude Certain Testimony by Doctors James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson. The United States seeks leave to file a single brief regarding the exclusion of testimony by eight experts that exceeds the typical twenty-page limit. Counsel for the United States has conferred with counsel in the Alabama Attorney General's Office, who

state that Defendants do not oppose the relief requested in this motion. In support of the instant motion, the United States provides as follows:

1. The United States intends to file a Motion to Exclude Certain Testimony by Doctors James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson.

2. This Court requires that initial briefs be limited to 20 pages. *See* Initial Order Governing All Further Proceedings, at 10 (Aug. 25, 2022).[1]

3. The United States' Motion includes arguments for the exclusion of the testimony of Defendants' eight experts with supporting legal and factual citations.

4. The additional pages are needed so that the United States can adequately explain the bases for excluding the experts' opinions.

5. The United States drafted a single motion regarding the eight experts instead of eight individual motions because of the common factual background and legal support relevant to arguments regarding the eight experts.

6. Defendants will not be prejudiced by this extension. The United States anticipates consenting to any motion for leave to file excess pages for any response brief from Defendants that is proportional to the relief sought here.

---

[1] https://www.alnd.uscourts.gov/sites/alnd/files/LCB%20Sample%20Initial%20Order.pdf.

Accordingly, the United States respectfully requests an extension of the applicable page limitation for its Brief in Support of its Motion to Exclude Certain Testimony by Doctors James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson. The United States requests permission to file a memorandum not to exceed thirty-five pages.

Dated: June 24, 2024

JONATHAN S. ROSS
Acting United States Attorney
Middle District of Alabama

PRIM F. ESCALONA
United States Attorney
Northern District of Alabama

JASON R. CHEEK
Chief, Civil Division

MARGARET L. MARSHALL
Assistant U.S. Attorney
U.S. Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203
Tel.: (205) 244-2104
Margaret.Marshall@usdoj.gov

STEPHEN D. WADSWORTH
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, AL 36101-0197
Tel.: (334) 223-7280
Stephen.Wadsworth@usdoj.gov

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

CHRISTINE STONEMAN
Chief, Federal Coordination and Compliance Section

COTY MONTAG (DC Bar No. 498357)
Deputy Chief, Federal Coordination and Compliance Section

RENEE WILLIAMS (CA Bar No. 284855)
KAITLIN TOYAMA (CA Bar No. 318993)
Trial Attorneys
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 305-2222
Renee.Williams3@usdoj.gov
Kaitlin.Toyama@usdoj.gov

*/s/ James Fletcher*
JAMES V. FLETCHER (MD Bar No. 1412160273)
Trial Attorney
United States Department of Justice
Civil Rights Division
Disability Rights Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel. (202) 598-0083
James.Fletcher@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

5

CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                        Respectfully submitted,

                                        */s/ James Fletcher*
                                        Trial Attorney, Disability Rights Section
                                        Civil Rights Division
                                        U.S. Department of Justice