# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| | ) |
|    *Plaintiffs*, | ) |
| | ) |
| and | ) |
| | ) |
| United States of America, | ) |
| | ) |
|    *Plaintiff-Intervenor*, | ) |
| | ) |
| v. | )   No. 2:22-cv-00184-LCB-CWB |
| | ) |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| | ) |
|    *Defendants*. | ) |

### PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED MOTION TO EXCLUDE AND BRIEF AND EVIDENTIARY SUBMISSIONS IN SUPPORT

Plaintiff-Intervenor the United States of America ("United States") respectfully requests that the Court grant the United States leave to file under seal its motion to exclude certain expert testimony, brief in support, and exhibits in support, and to file on the public docket redacted versions of the same. These filings contain or discuss documents that were designated as "Confidential" pursuant to the Stipulated Protective Order entered by the Court in this matter. ECF No. 137. Pursuant to the Stipulated Protective Order, documents so

1

designated as Confidential "shall be filed, if at all, under seal." ECF No. 137(4).[1] Counsel for the United States has conferred with counsel in the Alabama Attorney General's Office, who state that Defendants do not oppose the relief requested in this motion. Accordingly, the United States requests leave to file the following documents under seal:

| Document | Reason for Sealing |
| --- | --- |
| Cantor Deposition Transcript (Under Seal) | Discusses documents designated by WPATH as "Confidential" |
| Hruz Supplemental Report (Under Seal) | Discusses Private Plaintiffs' medical care and records |
| Kaliebe Deposition Transcript (Under Seal) | Discusses documents designated by WPATH and HHS as "Confidential" |
| Laidlaw Deposition Transcript (Under Seal) | Discusses documents designated by WPATH and HHS as "Confidential" |
| Laidlaw First Supplemental Report (Under Seal) | Discusses Private Plaintiffs' medical care and records |
| Laidlaw Second Supplemental Report (Under Seal) | Discusses documents designated by WPATH and HHS as "Confidential" |
| Nangia Deposition Transcript (Under Seal) | Discusses individual patients' medical care |
| Nangia First Supplemental Report (Under Seal) | Discusses Private Plaintiffs' medical care and records |
| Nangia Second Supplemental Report (Under Seal) | Discusses Private Plaintiffs' medical care and records |

---

[1] Defendants recently filed many of these same materials under seal. *See* Motion for Leave to File Under Seal Unredacted Motion for Summary Judgment and Brief and Evidentiary Submissions in Support, ECF No. 556 (asking leave to file under seal: Cantor Supplemental Appendix A; Hruz Supplemental Report; Laidlaw First Supplemental Report; Laidlaw Second Supplemental Report; and Kaliebe Supplemental Report); Order, ECF No. 569 (granting leave). While Defendants moved to substitute some of these materials with unsealed versions after reaching agreement with counsel for WPATH and the United States, ECF No. 575, the documents that are the subject of this motion are currently Confidential pursuant to the Stipulated Protective Order.

Dated: June 24, 2024

JONATHAN S. ROSS
Acting United States Attorney
Middle District of Alabama

PRIM F. ESCALONA
United States Attorney
Northern District of Alabama

JASON R. CHEEK
Chief, Civil Division

MARGARET L. MARSHALL
Assistant U.S. Attorney
U.S. Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203
Tel.: (205) 244-2104
Margaret.Marshall@usdoj.gov

STEPHEN D. WADSWORTH
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, AL 36101-0197
Tel.: (334) 223-7280
Stephen.Wadsworth@usdoj.gov

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

CHRISTINE STONEMAN
Chief, Federal Coordination and Compliance Section

COTY MONTAG (DC Bar No. 498357)
Deputy Chief, Federal Coordination and Compliance Section

RENEE WILLIAMS (CA Bar No. 284855)
KAITLIN TOYAMA (CA Bar No. 318993)
Trial Attorneys
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 305-2222
Renee.Williams3@usdoj.gov
Kaitlin.Toyama@usdoj.gov

*/s/ James Fletcher*
JAMES V. FLETCHER (MD Bar No. 1412160273)
Trial Attorney
United States Department of Justice
Civil Rights Division
Disability Rights Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel. (202) 598-0083
James.Fletcher@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

*/s/ James Fletcher*
Trial Attorney, Disability Rights Section
Civil Rights Division
U.S. Department of Justice
