UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> and ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff-Intervenor*, ) <br> ) <br> v. ) <br> ) <br> STEVE MARSHALL, in his official ) <br> capacity as Attorney General of the ) <br> State of Alabama, *et al.*, ) <br> ) <br> *Defendants*. ) | No. 2:22-cv-00184-LCB-CWB <br> Hon. Liles C. Burke |

### DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED MOTIONS TO EXCLUDE EXPERT TESTIMONY AND EVIDENTIARY SUBMISSIONS IN SUPPORT

Defendants respectfully request that the Court grant them provisional leave to file under seal certain of their forthcoming motions to exclude expert testimony and evidentiary exhibits in support and to file on the public docket redacted versions of the same. As further described below, these filings will contain or discuss material that was designated as "confidential" pursuant to the Court's protective order and thus "shall be filed, if at all, under seal." Doc. 137 at 3. Defendants expect that some of these documents can and should be unsealed at a later time, and Defendants will

work with counsel for Plaintiffs, the United States, and the World Professional Association for Transgender Health (WPATH), to make that happen expeditiously. Defendants also reserve the right to seek further unsealing of these materials. But for now, in accordance with the Court's protective order, Defendants request leave to file the following documents under seal with the Court at this time:

| Document | Reason for Provisional Sealing |
|---|---|
| Defendants' Motion to Exclude Selected Testimony of Dr. Morissa Ladinsky | Discusses documents designated as "confidential" by WPATH |
| Defendants' Motion to Exclude Selected Testimony of Dr. Meredithe McNamara | Discusses documents designated as "confidential" by WPATH |
| Defendants' Motion to Exclude Selected Testimony of Dr. Jenifer Lightdale | Discusses documents designated as "confidential" by WPATH |
| Defendants' Motion to Exclude Selected Testimony of Dr. Kenneth Goodman | Discusses documents designated as "confidential" by WPATH |
| Defendants' Motion to Exclude Selected Testimony of Dr. Dan Karasic | Discusses documents designated as "confidential" by WPATH |
| Defendants' Motion to Exclude Selected Testimony of Dr. Aron Janssen | Discusses documents designated as "confidential" by WPATH |
| *Daubert*.DX15: Rebuttal Expert Report of Dr. Daniel Shumer | Contains one paragraph designated as "confidential" by the United States because it broadly discusses Private Plaintiffs' medical care |

| | |
|---|---|
| *Daubert*.DX39: Deposition Transcript of Dr. Dan Karasic[1] | Discusses documents produced in discovery by the U.S. Department of Health and Human Services (HHS) and designated as "confidential" by the United States |
| *Daubert*.DX40: Exhibits to Dr. Karasic's deposition[2] | Contains documents produced in discovery by HHS and designated as "confidential" by the United States |

---

[1] Defendants submitted this exhibit to the Court under seal as part of their evidentiary submissions in support summary judgment. *See* SJ.DX24 (Doc. 557-24). WPATH and Dr. Karasic have since lifted their confidentiality designations. Sealing and limited redactions are still necessary due to confidentiality designations by the United States.

[2] Defendants submitted this exhibit to the Court under seal as part of their evidentiary submissions in support summary judgment. *See* SJ.DX25 (Doc. 557-25). WPATH and Dr. Karasic have since lifted their confidentiality designations. Sealing and limited redactions are still necessary due to confidentiality designations by the United States.

Dated: June 24, 2024

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, SC 29413
(843) 606-0640
CMills@Spero.law

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Roger G. Brooks (*pro hac vice*)
Henry W. Frampton, IV (*pro hac vice*)
Philip A. Sechler (*pro hac vice*)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0200
rbrooks@adflegal.org
hframpton@adflegal.org
psechler@adflegal.org

Respectfully submitted,

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

s/ A. Barrett Bowdre
A. Barrett Bowdre (ASB-2087-K29V)
  *Principal Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on June 24, 2024, which will serve all counsel of record.

s/ A. Barrett Bowdre
A. Barrett Bowdre
*Counsel for Defendants*
