UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| and | ) |
| | ) |
| United States of America, | ) |
| | ) |
| *Plaintiff-Intervenor*, | ) |
| | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| | ) |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

**PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA'S MOTION TO EXCLUDE CERTAIN TESTIMONY BY DOCTORS JAMES CANTOR, FARR CURLIN, PAUL HRUZ, KRISTOPHER KALIEBE, MICHAEL LAIDLAW, PATRICK LAPPERT, GEETA NANGIA, AND ANGELA THOMPSON**

Plaintiff-Intervenor the United States of America ("United States"), pursuant to Federal Rule of Evidence 702, moves to exclude certain testimony and opinions offered by Defendants' experts James Cantor, Ph.D., Farr Curlin, M.D., Paul Hruz, M.D., Ph.D., Kristopher Kaliebe, M.D., Michael Laidlaw, M.D., Patrick Lappert, M.D., Geeta Nangia, M.D., and Angela Thompson, M.D., MPH, FACOG. Counsel for the United States has conferred with counsel in the Alabama Attorney

General's Office, who state that Defendants oppose the relief requested in this motion. It is the position of the United States that any of Defendants' expert opinions regarding surgery are irrelevant, that all of Defendants' experts seek to opine on issues beyond their expertise, and that some of Defendants' experts offer unreliable opinions that are not the product of a reliable methodology or lack an adequate factual basis. The factual and legal bases for the United States' motion are fully set forth in the accompanying Plaintiff-Intervenor United States of America's Brief in Support of its Motion to Exclude Certain Testimony by Doctors James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson.

## **CONCLUSION**

For these reasons, the United States requests that the Court exclude certain opinions by Defendants' experts.

Dated: June 24, 2024                                    Respectfully submitted,

| | |
|---|---|
| JONATHAN S. ROSS<br>Acting United States Attorney<br>Middle District of Alabama | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| PRIM F. ESCALONA<br>United States Attorney<br>Northern District of Alabama | CHRISTINE STONEMAN<br>Chief, Federal Coordination and Compliance Section |
| JASON R. CHEEK<br>Chief, Civil Division | COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and Compliance Section |
| MARGARET L. MARSHALL<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 244-2104<br>Margaret.Marshall@usdoj.gov | RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 305-2222<br>Renee.Williams3@usdoj.gov<br>Kaitlin.Toyama@usdoj.gov |
| STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, AL 36101-0197<br>Tel.: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | */s/ James Fletcher*<br>JAMES V. FLETCHER (MD Bar No. 1412160273)<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Disability Rights Section<br>950 Pennsylvania Avenue NW – 4CON |

                Washington, DC 20530
                Tel. (202) 598-0083
                James.Fletcher@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                              Respectfully submitted,

                                              */s/ James Fletcher*
                                              Trial Attorney
                                              Disability Rights Section
                                              Civil Rights Division
                                              U.S. Department of Justice