# EXHIBIT 10
# SUBMITTED UNDER SEAL