# EXHIBIT 14
# SUBMITTED UNDER SEAL