# EXHIBIT 15
# SUBMITTED UNDER SEAL