# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*, | ) |
| *Plaintiffs*, | ) )  ) ) |
| and | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| *Plaintiff-Intervenor*, | ) ) ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| | ) Hon. Liles C. Burke |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) ) ) ) ) |
| *Defendants*. | ) |

## DEFENDANTS' NOTICE OF EVIDENTIARY SUBMISSION IN SUPPORT OF MOTIONS TO EXCLUDE EXPERT TESTIMONY

Defendants submit the following exhibits in support of their motions to exclude expert testimony. As explained in Defendants' Motion for Leave to File Under Seal Unredacted Motions to Exclude Expert Testimony and Evidentiary Submissions in Support (Doc. 588), some of these exhibits—designated in the below list—are being submitted to the Court under seal, at least provisionally.

|  | *Daubert* Exhibit |
|---|---|
| Expert Report of Morissa J. Ladinsky, M.D. | 1 |
| Maria ATC van der Loos et al., *Development of Hip Bone Geometry During Gender-Affirming Hormone Therapy in Transgender Adolescents*, 36 J. OF BONE & MINERAL RESEARCH No. 931-41 (2021) | 2 |
| Expert Report of Meredithe McNamara, M.D. | 3 |
| Meredithe McNamara et al., *Protecting Transgender Health and Challenging Science Denialism in Policy*, NEW ENGLAND J. OF MEDICINE 1919-21 (Nov. 24, 2022) | 4 |
| PBS News Weekend, *Debunking Common Myths About Gender-Affirming Care for Youth*, Transcript (Nov. 27, 2022) | 5 |
| Meredithe McNamara et al., *Combating Scientific Disinformation on Gender-Affirming Care*, 152 PEDIATRICS No. 3 (Sept. 2023) | 6 |
| Meredithe McNamara et al., *Scientific Misinformation & Gender Affirming Care*, 71 J. OF ADOLESCENT HEALTH 251-53 (2022) | 7 |
| Sara Dahlen et al, *International Clinical Practice Guidelines for Gender Minority/Trans People: Systematic Review & Quality Assessment*, BMJ OPEN (2021). | 8 |
| Expert Rebuttal Report of Jenifer R. Lightdale, M.D. | 9 |
| Expert Rebuttal Report of Kenneth W. Goodman, Ph.D. | 10 |

| | |
|---|---|
| Expert Rebuttal Report of Dan H. Karasic, M.D. | 11 |
| Expert Report of Aron Janssen, M.D. | 12 |
| Supplemental Expert Report of Aron Janssen, M.D. | 13 |
| Expert Report of Daniel Shumer, M.D. | 14 |
| Expert Rebuttal Report of Daniel Shumer, M.D. (Submitted Under Seal) | 15 |
| Amy E. Green et al., *Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, & Attempted Suicide Among Transgender and Nonbinary Youth*, 70 J. OF ADOLESCENT HEALTH 643-49 (2022) | 16 |
| Eileen Luders et al., *Regional Gray Matter Variation in Male-to-Female Transsexualism*, NIH Public Access (2009) | 17 |
| Stephen M. Rosenthal, *Approach to the Patient: Transgender Youth: Endocrine Considerations*, 99 J. CLIN. ENDOCRINOL. METAB. 4379-89 (2014) | 18 |
| Ivanka Savic & Stefan Arver, *Sex Dimorphism of the Brain in Male-to-Female Transsexuals*, 21 CEREBRAL CORTEX 2525-2533 (Nov. 2011) | 19 |
| Wilson C. J. Chung et al., *Sexual Differentiation of the Bed Nucleus of the Stria Terminalis in Human May Extend into Adulthood*, 22 J. OF NEUROSCIENCE 1027-33 (Feb. 2022) | 20 |
| Susanne Henningsson et al., *Sex Steroid-Related Genes & Male-to-Female Transsexualism*, 30 PSYCHONEUROENDOCRINOLOGY 657-64 (2005) | 21 |

| | |
|---|---|
| United States' Rebuttal Expert Witness Disclosure | 22 |
| Expert Rebuttal Report of I. Glenn Cohen, J.D. | 23 |
| I. Glenn Cohen, J.D., Deposition Transcript | 24 |
| I. Glenn Cohen, J.D., Deposition Exhibits 1-2 | 25 |
| I. Glenn Cohen, J.D., Deposition Exhibit 3 | 26 |
| I. Glenn Cohen, J.D., Deposition Exhibits 4-13 | 27 |
| I. Glenn Cohen, J.D., Deposition Exhibit 14 | 28 |
| I. Glenn Cohen, J.D., Deposition Exhibits 15-36 | 29 |
| I. Glenn Cohen, J.D., Deposition Exhibits 37-40 | 30 |
| I. Glenn Cohen, J.D., Deposition Exhibit 41-1 | 31 |
| I. Glenn Cohen, J.D., Deposition Exhibit 41-2 | 32 |
| I. Glenn Cohen, J.D., Deposition Exhibit 41-3 | 33 |
| I. Glenn Cohen, J.D., Deposition Exhibit 42 | 34 |
| Expert Rebuttal Report of Devin Caughey, Ph.D. | 35 |
| Devin Caughey, Ph.D., Deposition Exhibit 40 (video file – submitted to Court on flash drive) | 36 |
| Devin Caughey, Ph.D., Deposition Exhibit 41 (video file – submitted to Court on flash drive) | 37 |

| | |
|---|---|
| Devin Caughey, Ph.D., Deposition Exhibit 48 (video file – submitted to Court on flash drive) | 38 |
| Dan H. Karasic, M.D., Deposition Transcript (Submitted Under Seal) | 39 |
| Dan H. Karasic, M.D., Deposition Exhibits 1-23 (Submitted Under Seal) | 40 |

Dated: June 24, 2024

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, SC 29413
(843) 606-0640
CMills@Spero.law

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Roger G. Brooks (*pro hac vice*)
Henry W. Frampton, IV (*pro hac vice*)
Philip A. Sechler (*pro hac vice*)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0200
rbrooks@adflegal.org
hframpton@adflegal.org
psechler@adflegal.org

Respectfully submitted,

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

s/ A. Barrett Bowdre
A. Barrett Bowdre (ASB-2087-K29V)
  *Principal Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on June 24, 2024, which will serve all counsel of record.

s/ A. Barrett Bowdre  
A. Barrett Bowdre  
*Counsel for Defendants*