EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

|  |  |
|---|---|
| BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; *et al.*, | |
| Plaintiffs, | Case No. 2:22-cv-00184-LCB-CWB |
| and | Honorable Liles C. Burke |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | |
| v. | |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; *et al.*, | |
| Defendants. | |

## PLAINTIFFS' DISCLOSURE OF EXPERT REPORT OF MEREDITHE MCNAMARA, MD MSc

I am a board-certified pediatrician and adolescent medicine physician. I received an MD and Master of Science in Clinical Research from Emory University. I completed pediatrics residency training at the University of Chicago and fellowship training in adolescent medicine at the University of Illinois-Chicago. I am an Assistant Professor of Pediatrics at the Yale School of Medicine. I provide full spectrum clinical care to youths aged 12-25 years, which includes youth experiencing gender dysphoria.  A copy of my curriculum vitae is provided with this report. In addition to the materials cited herein and attached, I reviewed declarations made by Drs. James Cantor, Michael Laidlaw, Quentin Van Meter, Paul Hruz, Patrick Hunter, and Dianna Kenny filed by the Defendants in earlier proceedings.

## I.  Transitioning medications are safe and effective treatment for gender dysphoria in adolescents and are administered in accordance with evidence-based clinical practice guidelines.

Gender dysphoria is a recognized condition[1] for which medical treatment can be essential. The evidence shows that standard medical treatments for gender dysphoria improve mental health outcomes, including reducing rates of suicidal ideation and suicide attempts. Standard treatments for transgender adolescents with gender dysphoria may include, if determined to be medically necessary for a given individual, gonadotropin-releasing hormone agonists – also known as puberty blockers, and hormone therapies such as estrogen or testosterone. Collectively, these medications are known as "transitioning medications".

### A.  International and national medical consensus supports the treatment of gender dysphoria and recommends use of standards of care from WPATH and clinical practice guidelines from the Endocrine Society.

Individuals with gender dysphoria seek medical care at a wide variety of ages. In the earliest phase of treatment, the treatment plan is typically non-medical, and care consists of using the individual's gender-appropriate pronouns, psychosocial evaluation and support, and education about the next stages of transition if medically necessary. After these initial visits, adolescents in the second, third or fourth stages of puberty may have a medical need for temporary use of puberty blockers to stall distressing physical change. Use of hormone therapies such as estrogen or testosterone is an established practice in older transgender adolescents experiencing gender dysphoria.

Leading guidelines for the medical treatment of transgender children and adolescents are those published by World Professional Association for Transgender Health (WPATH) and by the Endocrine Society. WPATH is a leading international organization of scientists and other professionals, which has issued standards of care for transgender adults and children since 1979.[2] Several revisions have been made as scientific evidence drives changes in standards. The current version, WPATH Standards of Care Version 8, is viewed as authoritative in the medical

---

[1] American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders (DSM-5), Fifth edition*. 2013.

[2] The current version is WPATH (2022). According to WPATH, the first seven versions were published in 1979, 1980, 1981, 1990, 1998, 2001, and 2012.

community and is widely consulted by physicians and other clinicians. The Endocrine Society is the leading international organization of endocrinologists, i.e., physicians specializing in the study and treatment of the human endocrine system, including hormonal treatment. In 2009, with updates in 2017, the Endocrine Society issued clinical practice guidelines for the treatment of gender dysphoria.[3]

The National Academy of Medicine, formerly the Institute of Medicine, and one of the three parts of the National Academy of Science, is the premier American organization for establishing objective, authoritative and scientific answers to important questions of our time pertaining to human health.[4] Members of this non-governmental, non-profit organization are internationally recognized scholars with distinguished careers in all fields of medicine. The National Academy of Medicine has established standards for how clinical guidelines should be developed. Consistent with these standards, guidelines from WPATH and the Endocrine Society are based on rigorous, structured, and iterative processes that include a committee of scientific experts and external peer review by additional experts. All relevant research is collated and discussed in committee meetings by experts. The guidelines are based on careful reviews of the scientific literature and are revised periodically to reflect scientific developments. These longstanding clinical practice guidelines have been used by clinicians for decades.  WPATH issued its initial guidelines in 1979 and updated them in 1980, 1981, 1990, 1998, 2001, 2012, and 2022.  The eighth version, entitled "Standards of Care 8" was released in September 2022, and it incorporates systematic literature reviews and ample opportunities for peer review and revision.[5] Over one hundred experts in gender dysphoria and essential medical treatment for gender dysphoria are credited in its authorship.

Reflecting this scientific and medical consensus, medical care for gender dysphoria has been confirmed as standard of care by relevant medical organization in the United States, including the American Academy of Pediatrics, the American Psychological Association, and the American Academy of Child and Adolescent Psychiatry among others.[6]  The World Health Organization in the 11th edition of the International Classification of Disease recognizes the importance of transgender health care as essential medical care in appropriate cases.

As set forth above, I have reviewed the declarations made by Drs. James Cantor, Michael K. Laidlaw, Quentin L. Van Meter, Paul W. Hruz, Patrick Hunter and Dianna Kenny, submitted by Defendants in Opposition to Plaintiffs' Motion for Preliminary Injunction in May of 2022

---

[3] Endocrine Society (2017).

[4] Institute of Medicine 2011. *Clinical Practice Guidelines We Can Trust*. Washington, DC: The National Academies Press. https://doi.org/10.17226/13058.

[5] See World Professional Association for Transgender Health (WPATH), Methodology for the Development of Standards of Care 8 (Soc 8), at https://www.wpath.org/soc8/Methodology.

[6] Jason Rafferty, Committee on Psychosocial Aspects of Child and Family Health; Committee on Adolescence; Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness, Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents, 142(4) Pediatrics E20182162 (2018); American Psychological Association, Guidelines for Psychological Practice with Transgender and Gender Nonconforming People, 70(9) American Psychologist 832-64 (2015); Stewart L. Adelson, Practice Parameter on Gay, Lesbian, or Bisexual Sexual Orientation, Gender Nonconformity, and Gender Discordance in Children and Adolescents, 51(9) J. Am. Acad. Child & Adolescent Psychiatry, 957-974 (2012).

(collectively "Defendants' Expert PI Declarations").[7]   I also am generally familiar with arguments that are made by opponents of the use of transitioning medications to treat transgender youth with gender dysphoria.  Based upon my review of the Defendants' PI Expert Declarations, I understand that Defendants may rely on Dahlen et al[8] and incorrectly claim that the WPATH and Endocrine Society guidelines have "not been recommended for use." The cited systematic review, however, does not conclude that the WPATH and Endocrine Society guidelines should not be used, nor does the Dahlen study assess the scientific evidence base of the WPATH guidelines. Rather, the Dahlen study uses the AGREE (Appraisal of Guidelines for Research and Evaluation) method[9] to evaluate the clarity, presentation, and user-friendliness of the clinical practice guidelines (along with several other clinical practice guidelines), not the underlying science.  The foundational paper for the AGREE method states expressly that AGREE "does not assess the clinical content of the guideline nor the quality of evidence that underpins the recommendations."[10]

        I also anticipate that Defendants may criticize the Endocrine Society Guidelines for using "low quality" or "very low quality" evidence, without regard for how these technical terms are specifically defined by the GRADE (Grading of Recommendation Assessment, Development and Evaluation) method, which is an evidence-based assessment method that the Endocrine Society uses for its guidelines.[11] The Endocrine Society has produced recommendations based on "low quality" or "very low quality" evidence in a number of areas: in various aspects of the care of primary adrenal insufficiency, central hypopituitarism, pheochromocytoma and paragangliomia, and several others.[12]

---

[7] I do not know who Defendants may designate as expert witnesses for trial, nor do I know the complete list of reference materials upon which they may rely. When I quote a statement by one of Defendants' Expert PI Declarations, my criticisms are not limited to that expert, but instead would apply to any individual making such claims.  I have not reviewed Defendants' expert reports at this time, and I reserve the right to amend my report to rebut assertions made by Defendants' experts in their reports.

[8] Dahlen S, Connolly D, Arif I, et al International clinical practice guidelines for gender minority/trans people: systematic review and quality assessment BMJ Open 2021;11:e048943. doi: 10.1136/bmjopen-2021-048943.

[9] https://www.agreetrust.org/wp-content/uploads/2013/10/AGREE-II-Users-Manual-and-23-item-Instrument_2009_UPDATE_2013.pdf.

[10] Brouwers M, Kho ME, Browman GP, Cluzeau F, feder G, Fervers B, Hanna S, Makarski J on behalf of the AGREE Next Steps Consortium. AGREE II: Advancing guideline development, reporting and evaluation in healthcare. Can Med Assoc J. Dec 2010, 182:E839-842; doi: 10.1503/cmaj.090449.

[11] Schünemann H, Brożek J, Guyatt G, Oxman A, editors. GRADE handbook for grading quality of evidence and strength of recommendations. Updated October 2013. The GRADE Working Group, 2013. Available from guidelinedevelopment.org/handbook.

[12] Stefan R. Bornstein, Bruno Allolio, Wiebke Arlt, Andreas Barthel, Andrew Don-Wauchope, Gary D. Hammer, Eystein S. Husebye, Deborah P. Merke, M. Hassan Murad, Constantine A. Stratakis, David J. Torpy, Diagnosis and Treatment of Primary Adrenal Insufficiency: An Endocrine Society Clinical Practice Guideline, The Journal of Clinical Endocrinology & Metabolism, Volume 101, Issue 2, 1 February 2016, Pages 364–389, https://doi.org/10.1210/jc.2015-1710; Maria Fleseriu, Ibrahim A. Hashim, Niki Karavitaki, Shlomo Melmed, M. Hassan Murad, Roberto Salvatori, Mary H. Samuels, Hormonal Replacement in Hypopituitarism in Adults: An Endocrine Society Clinical Practice Guideline, The Journal of Clinical Endocrinology & Metabolism, Volume 101, Issue 11, 1 November 2016, Pages 3888–3921, https://doi.org/10.1210/jc.2016-2118; Jacques W. M. Lenders, Quan-Yang Duh, Graeme Eisenhofer, Anne-Paule Gimenez-Roqueplo, Stefan K. G. Grebe, Mohammad Hassan Murad, Mitsuhide Naruse, Karel Pacak, William F. Young, Jr, Pheochromocytoma and Paraganglioma: An Endocrine Society Clinical Practice Guideline, The Journal of Clinical Endocrinology & Metabolism, Volume 99, Issue 6, 1

The WPATH Standards of Care and Endocrine Society are based on the best available science and expert professional consensus. Other medical organizations such as the American Academy of Pediatrics, the American Psychological Association, and the American Academy of Child and Adolescent Psychiatry have endorsed these standards of care.

Defendants may attempt to distort these standards of care by falsely claiming that they support or permit treatment "on demand." As explained further below, that is patently false. In fact, these standards require careful assessment at all stages of treatment, from diagnosis to the prescription of transitioning medications if appropriate for an individual youth.

B. **Clinical practice guidelines endorse transitioning medications when medically necessary and after a consultative, informative process with an interdisciplinary team that includes mental health providers, physicians, and parents or guardians.**

A key feature of both the WPATH Standards of Care and the Endocrine Society Clinical Practice Guidelines is the central role of mental health professionals in assessing gender dysphoria and appropriateness of certain modes of medical treatment from a developmentally and psychologically-informed standpoint. The Endocrine Society notes, for example, that, "because of the psychological vulnerability of many individuals with [gender dysphoria], it is important that mental health care is available before, during, and sometimes also after transitioning."[13] WPATH provides extensive guidance on how to provide psychosocial support to youth experiencing gender dysphoria, as well as a definition of what constitutes a properly trained mental health professional.

WPATH and Endocrine Society standards recommend an individualized and staged process for interventions that considers the unique presentation of gender dysphoria in the individual and takes their medical history and psychological functioning into account. Social transition, puberty blockers, and hormonal treatment may be used in stages, and not all transgender adolescents with gender dysphoria undergo each treatment.[14] Decisions regarding treatment are centered upon patient needs and assent, and made with authorization by legal guardians, with expert guidance from an interdisciplinary team of physicians, psychologists, and others. WPATH, for example, expressly states that, "[b]efore any physical interventions are considered for adolescents, extensive exploration of psychological, family, and social issues should be undertaken …. The duration of this exploration may vary considerably depending on the complexity of the situation."[15]

WPATH and Endocrine Society standards recommend puberty-suppressing medications (GnRH agonist treatment) only for adolescents who have begun puberty and with guardrails to ensure that medication is medically necessary.  Moreover, adolescents must give informed assent, and their parents or guardians must give informed consent to treatment.

---

June 2014, Pages 1915–1942, https://doi.org/10.1210/jc.2014-1498. See generally, https://www.endocrine.org/clinical-practice-guidelines.

[13] Endocrine Society (2017).

[14] WPATH (2012), p. 18; Endocrine Society (2017) (Guidelines 2.1 and 2.2).

[15] WPATH (2012), p. 16.

For puberty-suppressing medications, both WPATH and the Endocrine Society standards require the participation of a qualified mental health practitioner, who confirms that the adolescent has demonstrated a long-lasting and intense pattern of gender dysphoria, and that any coexisting psychological, medical, or social problems that could interfere with treatment have been addressed, so that the adolescent's situation and functioning are stable enough to start treatment. The guidelines also require informed assent by adolescents and (if under the age of majority) informed consent by their parents or guardians, and they require the involvement of a physician medically trained in gender-affirming treatment to ensure that puberty-blocking medication is warranted, that puberty has begun in the adolescent patient, and that there are no medical contraindications to puberty-blocking medication.

For those adolescents with gender dysphoria for whom progression to hormone therapy is medically indicated, WPATH and the Endocrine Society require additional counseling regarding the possible fertility effects of hormone therapy. In addition to parental consent, the guidelines require that a mental health practitioner confirm that the adolescent has sufficient mental capacity to evaluate the benefits and risks of treatment.

Informed consent (by parents) and assent (by adolescents) is a foundational practice of adolescent medicine.  Virtually any medical treatment confers benefits and potential risks, and the goal of the process prescribed by WPATH and the Endocrine Society is to ensure that treatment for gender dysphoria is medically necessary and likely to be beneficial, and that parents and youth have expert psychological and medical assistance in weighing benefits and risks.

### C.  A robust body of scientific literature demonstrates that transitioning medications provide effective treatment for gender dysphoria and improve mental health.

Adolescents undergo a critical period of cognitive and social development between the ages of 11-18. Positive experiences and general wellness during this time carry benefits that impact adolescents well into adulthood. Conversely, untreated and sub-optimally treated mental health issues and traumatic experiences inflict multidimensional harms on adolescents that persist into adulthood. For transgender youth, a careful and factual consideration of the mental health benefits of gender transition care is critical.

A solid body of research has shown that transitioning medications have profound mental-health benefits for adolescents experiencing gender dysphoria.[16] Mental health benefits in this sense refer to a broad range of outcomes, including: (1) improved body satisfaction, (2) psychological functioning, (3) reduced depression, (4) reduced anxiety, (5) reduced eating disorders such as anorexia nervosa and bulimia nervosa, (6) reduced suicidal ideation, (7)

---

[16]Allen et al. 2019; Green et al. (2022); Connolly MD, Zervos MJ, Barone II CJ, Johnson CC, Joseph CL. The Mental Health of Transgender Youth: Advances in Understanding. Journal of Adolescent Health 2016 Nov;59(5):489-95; Turban et al. 2022; Costa et al. (2015); See also Witcomb GL, Bouman WP, Claes L, Brewin N, Crawford JR, Arcelus J. Levels of depression in transgender people and its predictors: Results of a large matched control study with transgender people accessing clinical services. Journal of Affective Disorders 2018 Aug 1; 235:308-15.

reduced non-suicidal self-injury, and (8) reduced suicide itself. Mental health benefits are studied in a variety of ways, including clinician assessments, youth and parent reporting using validated psychometric tools, and objective data.

Puberty blockers have been shown to have beneficial impacts on mental health for transgender youth experiencing gender dysphoria. Studies have shown that puberty blockers are associated with a decrease in suicidality in adulthood and improved psychosocial functioning.[17] Studies of youth on puberty blockers generally report two types of findings: that quantifiable mental health scores either increase or are stable. Stability in mental health outcomes of interest over the course of a study should be interpreted within a patient-centered perspective – meaning we must consider the impact of the intervention on the individual patient. Stability in mental health, rather than a decline, is profoundly beneficial for the young person who, prior to treatment, experienced distress in part due to distressing physical change, halted by puberty blockers.

Transitioning medications have been shown to reduce suicidality in transgender adolescents when compared to peers with gender dysphoria who did not receive such treatments.[18] Empiric changes in measures of mental health changes are the most positive in studies that assess the effect of exogenous sex hormones such as estrogen and testosterone,[19] likely because these patients are acquiring physical characteristics that align with their gender identity for the first time. The scientific evidence demonstrating the benefits of transitioning medications is substantial.[20]

---

[17] Rew L, Young CC, Monge M, Bogucka R. Review: Puberty blockers for transgender and gender diverse youth – a critical review of the literature. Child and Adolescent Mental Health 2021 Feb;26(1):3-14; de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med. 2011 Aug;8(8):2276-83.

[18] Tordoff et al., *Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Essential medical treatment for gender dysphoria*, 5(2) JAMA Network Open e220978, at 7 (2022); Sorbara JC, Chiniara LN, Thompson S, Palmert MR. Mental health and timing of gender-affirming care. Pediatrics 2020 Oct 1;146(4):e20193600.

[19] Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. N Engl J Med. 2023 Jan 19;388(3):240-250. doi: 10.1056/NEJMoa2206297. PMID: 36652355.

[20] De Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. The Journal of Sexual Medicine 2011 Aug;8(8):2276-83; De VriesAL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014 Oct;134(4):696-704; Costa R, Dunsford M, Skagerberg E, Holt V, Carmichael P, Colizzi M. Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. The Journal of Sexual Medicine 2015 Nov;12(11):2206-14; Allen LR, Watson LB, Egan AM, Moser CN. Well-being and suicidality among transgender youth after gender-affirming hormones. Clinical Practice in Pediatric Psychology 2019 Sept;7(3):302-11; Kaltiala R, Heino E, Tyolajarvi M, Suomalainen L. Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. Nordic Journal of Psychiatry 2020 Apr;74(3):213-19; de Lara DL, Rodriguez OP, Flores IC, Masa JLP, Campos- Munoz L, Hernandez MC, Amador JTR. Psychosocial assessment in transgender adolescents. Anales de Pediatria (English Edition) 2020 Jul;93(1):41-48; van der Miesen AI, Steensma TD, de Vries AL, Bos H, Popma A. Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared with Cisgender General Population Peers. Journal of Adolescent Health 2020 Jun;66(6):699-704; Achille C, Taggart T, Eaton NR, Osipoff J, Tafuri K, Lane A, Wilson TA. Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. International

Recent research further establishes that transitioning medications produce major benefits to physical and mental health. In a study population of 11,914 transgender and nonbinary youth, Green et al demonstrated the significant mental health benefits of transitioning medications, particularly their impact on reduced depression and suicidal ideation.[21] A 2021 meta-analysis of nine studies found positive outcomes from puberty blockers including "decreased suicidality in adulthood, improved affect and psychological functioning, and improved social life."[22]  A 2022 study found that transitioning medications were "associated with 60% lower odds of moderate to severe depressive symptoms and 73% lower odds of self-harm or suicidal thoughts over a 12-month follow-up."[23] A 2020 study found that transitioning medications were associated with "important improvements in body dissatisfaction over the first year of treatment."[24]   The 2015 U.S. Transgender Survey of 27,715 adults showed that those who received hormone therapy  in adolescence had lower suicidality and severe psychological distress in the month prior to study participation when compared to those who did not did not receive such care in their teenage years.[25]  Among children and adolescents, patients who present for gender transition care at later pubertal stages are more likely to require psychoactive medications and are more likely to have

Journal of Pediatric Endocrinology 2020;2020:8; Kuper LE, Stewart S, Preston S, Lau M, Lopez X. Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. Pediatrics 2020 Apr;145(4):e20193006; Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. Pediatrics 2020 Feb;145(2):e20191725; Carmichael P, Butler G, Masic U, Cole TJ, De Stavola BL, Davidson S, Skageberg EM, Khadr S, Viner RM. Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. PLoS One 2021 Feb 2;16(2):e0243894; Grannis C, Leibowitz SF, Gahn S, Nahata L, Morningstar M, Mattson WI, Chen D, Strang JF, Nelson EE. Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. Psychoneuroendocrinology 2021 Oct;132:105358; Hisle-Gorman E, Schvey NA, Adirim TA, Rayne AK, Susi A, Roberts TA, Klein DA. Mental Healthcare Utilization of Transgender Youth Before and After Affirming Treatment. The Journal of Sexual Medicine 2021 Aug;18(8):1444-54; Green AE, DeChants JP, Price MN, Davis CK. Association of Gender-Affirming Hormone Therapy with Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. Journal of Adolescent Health 2022 Apr;70(4):643-49; Turban JL, King D, Kobe J, Reisner SL, Keuroghlian AS. Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS One 2022 Jan 12;17(1):e0261039 (hereinafter, "Turban et al. 2022"); Tordoff DM, Wanta JW, Collin A, Stephney C, Inwards-Breland DJ, Ahrens K. Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. JAMA Network Open 2022 Feb 1. Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. N Engl J Med. 2023 Jan 19;388(3):240-250. doi: 10.1056/NEJMoa2206297.

[21] Green AE, DeChants JP, Price MN, Davis CK. Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. J Adolesc Health. 2022 Apr;70(4):643-649. doi: 10.1016/j.jadohealth.2021.10.036. Epub 2021 Dec 14. PMID: 34920935.

[22] Lynn Rew et al., *Review: Puberty Blockers for Transgender and Gender Diverse Youth-A Critical Review of the Literature*, 26 Child. Adolesc. Ment. Health 3, 3 (2021).

[23] Tordoff D et al., *Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Essential medical treatment for gender dysphoria*, 5(2) JAMA Network Open e220978, at 7 (2022).

[24] Kuper L et al., *Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy*, 145(4) Pediatrics e20193006, at 7 (2020).

[25] Turban JL, King D, Kobe J, Reisner SL, Keuroghlian AS. (2022) Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLOS ONE 17(1): e0261039. https://doi.org/10.1371/journal.pone.0261039.

considered or attempted suicide than patients who received gender transition care at earlier stages of pubertal development.[26]

Defendants' experts misuse of the term "confounding"

Confounding is a term used in epidemiology, biostatistics, and clinical research to describe the phenomenon by which unmeasured factors may affect the impact of an intervention on the outcome of interest. To control for the effects of a possible confounder, data must be gathered on that confounder and added to statistical analyses designed to address the research question at hand. Defendants' experts have claimed that the mental health improvements observed in studies on transitioning medications are due to confounding, supposing that an undefined type of psychotherapy is the confounder, where the intervention is essential medical treatment for gender dysphoria and the outcomes of interest are various aspects of mental health. Yet, Defendants' experts do not note the purpose for which a study was designed, or the fact that many studies gathered data on participants' engagement in psychotherapy and performed statistical analyses that controlled for confounding.

A critical example of this pertains to how Defendants' experts represent de Vries et al's 2011 and 2014 studies. These studies were designed to investigate the utility of puberty blockers (2011, 2014) and hormone therapy (2014) in transgender youth experiencing gender dysphoria. These investigators had previously been caring for gender dysphoric youth at earlier stages of puberty without use of puberty blockers and noted the high burden of distress. Thus, they hypothesized that puberty blockers, a well-known tool for forestalling distressing physical change that already had established safety and effectiveness in children with central precocious puberty, would help stabilize the mental health of gender dysphoric youth. These studies are recognized for their value in detecting an association between puberty blockers and mental health stability in gender dysphoric youth, and they are followed by several other studies that clarify the dynamics of this association.[27]

The Defendants' experts have claimed that the de Vries studies cannot show benefits because investigators do not control for unmeasured factors such as psychotherapy and other types of support. Yet, the studies were not designed to address a research question pertaining to *causation*, but rather were designed to detect an *association*. Defendants' experts claim that this equals confounding, but no investigator in the de Vries study made the claim that a direct, causal relationship was established by these 2011 or 2014 studies.

Other studies toward which the Defendant's experts have leveled the confounding claim, however, did gather data on participants' engagement in psychotherapy and performed statistical analyses that controlled for this effect – thus, controlling for confounding. For example, in Costa et al (2015) investigators reported several significant differences in the mental health benefits of psychotherapy and puberty blockers vs psychotherapy alone.  In reviewing Figure 2 from the

---

[26] Sorbara JC, Chiniara LN, Thompson S, Palmert MR. Mental health and timing of gender-affirming care. Pediatrics 2020 Oct 1;146(4):e20193600.

[27] Studies with control groups include Costa 2015, Turban 2020, van der Misen 2020; studies that gathered data on mental health and controlled for it in the analysis include Kuper 2020 and Tordoff 2022.

Costa study (shown below), the investigators note a change in psychosocial functioning between study groups around Time 2 (i.e. 12 months after study onset):

> "[Those] who received only psychological support for the entire duration of the study, had a significantly better psychosocial functioning [compared to their measures at Time 0] after six months of psychological support (Time 0 vs. Time 1, $P = 0.05$). However, despite scoring better at the following evaluations they did not show any further significant improvement in their psychosocial functioning. Also, the delayed eligible group [only received psychological support] continued to score lower than a sample of children/adolescents without observed psychological/psychiatric symptoms, even after 18 months of psychological support (Time 3, $t = 2.0$, $P = 0.04$). On the contrary, the immediately eligible group, who at baseline had a higher, but not significantly different psychosocial functioning than the delayed eligible group, did not show any significant improvement after 6 months of psychological support. However, immediately eligible adolescents [those who received medication] had a significantly higher psychosocial functioning after 12 months of puberty suppression compared with when they had received only psychological support (Time 1 vs. Time 3 $P = 0.001$; Table 2). Also, their CGAS scores after 12 months of puberty suppression (Time 3) coincided almost perfectly with those found in a sample of children/adolescents without observed psychological/psychiatric symptoms ($t = 0.01$, $P = 0.99$)"

This passage from the paper is of critical note. The investigators clearly state that there is indeed a difference in psychosocial functioning between youth with gender dysphoria who did not receive puberty blockers and those who did. This study shows that psychosocial support is associated with improved psychosocial functioning for youth with gender dysphoria, but the impact is limited and that puberty blockers confer additional benefit. While the study did not have a large enough sample size to detect a statistically significant difference between delayed and immediately eligible groups, a clinically different and meaningful improvement was noted in the group who received puberty blockers. Additional studies have established the beneficial impacts of puberty blockers on psychological functioning.[28]

---

[28] Control groups (Costa 2015, Turban 2020, van der Misen 2020); gathered data on mental health and controlled for it in the analysis (Kuper 2020, Tordoff 2022).



Figure 2. Gender dysphoria adolescents' psychosocial functioning (CGAS) at baseline, after psychological support, and after puberty suppression

Defendants Experts' statements about suicide

Defendants' experts have previously asserted that essential medical treatment for gender dysphoria causes suicide; however, no study has found a worsening of various mental health measures among recipients of essential medical treatment for gender dysphoria.  While Defendants' experts have referenced Dhejne et al. in support of their assertion, that study showed that transgender adults were more likely to attempt and complete suicide when compared to the general population in Sweden between 1973 and 2003 – not that the provision of puberty blockers and hormone therapy in transgender youth with gender dysphoria increases suicide risk. The Dhejne study has no applicability to adolescents. Further, Dhejne et al explicitly acknowledge that their results are not intended to describe the effects of medical aspects of essential medical treatment for gender dysphoria, stating that "*it is impossible to conclude from this data* that gender-affirming procedures were a causative factor in suicidality among transgender individuals."[29]

Defendants' Experts' Misreliance on CMS

In the Expert PI Declarations, Defendants' experts – in particular Dr. Laidlaw -- incorrectly claimed that the Centers for Medicare and Medicaid Services ("CMS") found that essential medical treatment for gender dysphoria has no benefits. Laidlaw claims that this decision implies there is no scientific consensus that essential medical treatment for gender

---

[29] "It is therefore important to note that the current study is only informative with respect to [transgender] persons' health after sex reassignment; *no inferences can be drawn as to the effectiveness of sex reassignment as a treatment for transsexualism*. In other words, the results should not be interpreted such as sex reassignment per se increases morbidity and mortality. Things might have been even worse without sex reassignment." Dhejne (2011) at 7 (emphasis added).

11

dysphoria can serve youth with gender dysphoria.[30] Although the CMS did issue a 2016
Decision Memo denying blanket, automatic coverage for surgical treatments for transgender
adults, the decision specifically authorizes Medicare and Medicaid providers to cover such
surgery on a case-by-case basis.[31] In fact, the 2016 CMS decision marks an expansion of
coverage for transgender health care: the Decision Memo followed the 2014 revocation of the
CMS's 1989 decision to deny nationwide coverage.[32] Further, the CMS did not reach any
negative conclusion on the benefits of essential medical treatment for gender dysphoria for
children and adolescents. The CMS reviewed only studies on the outcomes of surgery (not
puberty blockers or hormone treatment) for an adult population that is overwhelmingly elderly
(over age 65) and has a high prevalence of preexisting medical conditions that can make surgery
risky, regardless of its purpose.[33]

### D.   Transitioning medications have been safely used for decades. Side effects are well known and comparable to side effects of many commonly used medications.

Medications offered for the treatment of gender dysphoria include puberty blockers for
those in the second through fourth stages of puberty and cross-sex hormones such as estrogen
and testosterone, as well as medications that block testosterone. The dosing and timing of these
medications are clearly stated in WPATH and Endocrine Society clinical practice guidelines.
Studies in young adults on medications show that the long-term health profiles of transgender
individuals are similar to those of the general population.

Puberty blockers

Puberty blockers can be part of a staged approach to essential medical treatment for
gender dysphoria in adolescents. By stalling pubertal maturation, adolescents experience a pause
in distressing physical change and relief of otherwise intensifying gender dysphoria. During this
pause, the adolescent and their family are given time. The adolescent works with a mental health
provider to confirm their gender identity. This gives time for medical and mental health
evaluation for hormone therapy. Those who continue to identify as transgender will have the

---

[30] Jensen TS, Chin J, Rollins J, Koller E, Gousis L. Decision Memo for Gender Dysphoria and Gender
Reassignment Surgery (CAG-00446N). Baltimore (MD): Centers for Medicare and Medicaid Services; 2016 Aug 30
[cited 2022 Feb 18]. Available from: https://www.cms.gov/medicare-coverage-database/view/ncacal-decision-
memo.aspx?proposed=N&NCAId=282.

[31] Id. ("We acknowledge that [gender reassignment surgery] may be a reasonable and necessary service for certain
beneficiaries with gender dysphoria. The current scientific information is not complete for CMS to make a [national
coverage decision] that identifies the precise patient population for whom the service would be reasonable and
necessary.")

[32] Id.

[33] The CMS Decision Memo notes that "the Medicare population is different from the general population in age (65
years and older) and/or disability as defined by the Social Security Administration. Due to the biology of aging,
older adults may respond to health care treatments differently than younger adults. These differences can be due to,
for example, multiple health conditions or co-morbidities, longer duration needed for healing, metabolic variances,
and impact of reduced mobility. All of these factors can impact health outcomes. The disabled Medicare population,
who are younger than age 65, is different from the general population and typical study populations due to the
presence of the causes of disability such as psychiatric disorders, musculoskeletal health issues, and cardiovascular
issues." Id.

option to proceed with hormone therapy when their medical and mental health providers determine that treatment is medically appropriate, parents consent to the care, and youth assent. Puberty blockers not only alleviate gender dysphoria in adolescence but can minimize the need for subsequent treatments, including surgery in adulthood. In the event that a teen's cross-gender identification does not persist, they can discontinue the blocker, and natal pubertal maturation will resume. The scientific evidence shows that the hypothalamic-pituitary inhibition caused by puberty blockers is reversible.

Puberty blockers have been prescribed for decades in children with precocious puberty and in adolescents with cancer who need menstrual suppression as they undergo marrow-ablative chemotherapy.  A solid body of evidence documents that pubertal progression resumes after discontinuation of the medication.[34] Adolescents receiving puberty blockers for menstrual suppression due to chemotherapy experience resumption of ovulation after the puberty blocker is stopped. In fact, puberty blockers are used in these patients to protect their gonads from toxicity induced by chemotherapy as a means of fertility preservation.[35]

In gender dysphoric youth, as in other populations, puberty blockers can cause reversible slowing of bone density accrual and do reduce one's reproductive potential while in use. It is critical to note that standard protocols do not recommend the use of blockers alone without time limit; patients ultimately either discontinue blockers or add cross-sex hormones.  At that point, bone density generally recovers to pre-treatment levels and then progresses at a pace normal for that individual's pubertal stage.[24] Patients and families receive detailed counseling regarding the potential effects of puberty blockers as part of the informed consent process. Furthermore, important safeguards are in place to defend bone density and monitor for change. Calcium supplementation has been shown to protect puberty blocker-treated patients from bone loss,[36]

---

[34] Manasco PK, Pescovitz OH, Feuillan PP, Hench KD, Barnes KM, Jones J, Hill SC, Loriaux DL, Cutler Jr GB. Resumption of puberty after long term luteinizing hormone-releasing hormone agonist treatment of central precocious puberty. *J Clin Endocrinol Metab*. 1988 Aug 1;67(2):368-72; Heger S, Muller M, Ranke M, Schwarz H, Waldhauser F, Partsch C, Sippell WG. Long-term GnRH agonist treatment for female central precocious puberty does not impair reproductive function. *Mol Cell Endocrinol*. 2006 Jul 25;254-255:217-220; Feuillan PP, Jones JV, Barnes K, Oerter-Klein K, Cutler Jr GB. Reproductive Axis after Discontinuation of Gonadotropin-Releasing Hormone Analog Treatment of Girls with Precocious Puberty: Long Term Follow-Up Comparing Girls with Hypothalamic Hamartoma to Those with Idiopathic Precocious Puberty. *J Clin Endocrinol Metab*. 1999 Jan;84(1):44-49; Bertelloni S, Baroncelli GI, Ferdeghini M, Menchini-Fabris F, Saggese G. Final height, gonadal function and bone mineral density of adolescent males with central precocious puberty after therapy with gonadotropin-releasing hormone analogues. *Eur J Pediatr*. 2000 May;159(5):369-74; Bertelloni S, Mul D. Treatment of central precocious puberty by GnRH analogs: long-term outcome in men. *Asian J Androl*. 2008 Jul;10(4):525-34; Luo X, Liang Y, Hou L, Wu W, Ying Y, Ye F. Long-term efficacy and safety of gonadotropin-releasing hormone analog treatment in children with idiopathic central precocious puberty: A systematic review and meta-analysis. *Clin Endocrinol*. 2021 May; 94(5):786-96.

[35] B.Pereyra Pacheco, J.M. Méndez Ribas, G. Milone, I. Fernández, R. Kvicala, T. Mila, A. Di Noto, O.Contreras Ortiz, S. Pavlovsky, Use of GnRH Analogs for Functional Protection of the Ovary and Preservation of Fertility during Cancer Treatment in Adolescents: A Preliminary Report, Gynecologic Oncology, Volume 81, Issue 3,2001, https://doi.org/10.1006/gyno.2001.6181.

[36] Fogelman I. Gonadototropin-releasing hormone agonist and the skeleton. Fertil Steril 1992; 57: 714–724.Antoniazzi F, Bertoldo F, Lauriola S, Sirpresi S, Gasperi E, Zamboni G, Tato L. Prevention of bone demineralization by calcium supplementation in precocious puberty during gonadotropin-releasing hormone agonist treatment. *J Clin Endocrinol Metab*. 1999;84(6):1992-1996). Delemarre-van de Waal HA, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric

and increased physical activity has been shown to correlate with higher bone mineral density in transgender youth as well.[37] Patients on puberty blockers receive serial bone density measurements via DEXA scans. Similarly, the impact of puberty blockers on fertility is reversible. Individuals may not be able to conceive while puberty blockers are in use, but ovulation and spermatogenesis spontaneously resume when puberty blockers are stopped. Furthermore, individuals are counseled to use contraception to prevent unplanned pregnancy because of its risk, even while on puberty blockers.

Cross-sex hormones

Youth may receive cross-sex hormones such as estrogen and testosterone once they have worked with a mental health provider to confirm the medical need and to ensure that parents are fully informed and that the youth has the psychological maturity to understand the impacts of these treatments.

The effects of cross-sex hormones can be reversible. For transgender men (persons assigned female sex at birth), testosterone treatment can affect ovarian function while on hormone therapy, inhibiting menses in the majority of those on therapy. The evidence also shows that the majority of transgender men who had regular menses before starting testosterone therapy are reported to resume menses if testosterone is discontinued.[38]

The effects of estrogen treatment on testicular histology vary among individuals. Reduced spermatogenesis is common while patients remain on estrogen, but this occurs in varying degrees with some maintaining fertility even while on hormone therapy.[39] Importantly,

---

endocrinology aspects. Eur J Endocrinol. 2006;155:S131-S137. Studies of children treated for precocious puberty found that BMD was normal at final height attainment. Alessandri SB, Pereira F de A, Villela RA, Antonini SRR, Elias PCL, Martinelli Jr CE, de Castro M, Moreira AC, de Paula FJA. Bone mineral density and body composition in girls with idiopathic central precocious puberty before and after treatment with a gonadotropin-releasing hormone agonist. Clinics (Sao Paulo). 2012;67(6):591-96; Antoniazzi F, Zamboni G, Bertoldo F, Lauriola S, Mengarda F, Pietrobelli A, Tato L. Bone mass at final height in precocious puberty after gonadotropin-releasing hormone agonist with and without calcium supplementation. J Clin Endocrinol Metab. 2003 Mar;88(3):1096-1101 (hereinafter, "Antoniazzi et al. (2003)"); Heger S, Partsch CJ, Sippell WG. Long-term outcome after depot gonadotropin-releasing hormone agonist treatment of central precocious puberty: final height, body proportions, body composition, bone mineral density, and reproductive function. J Clin Endocrinol Metab. 1999 Dec;84(12):4583-90; Neely EK, Bachrach LK, Hintz RL, Habiby RL, Slemenda CW, Feezle L, Pescovitz OH. Bone mineral density during treatment of central precocious puberty. J Pediatr. 1995 Nov;127(5):819-22.

[37] Lee, JY, Finlayson, C, Olson-Kennedy J, Garofolo R, Chan YM, Glidden DV, Rosenthal SM, Low Bone Mineral Density in Early Pubertal Transgender/Gender Diverse Youth: Findings from the Trans Youth Care Study, *Journal of the Endocrine Society*, Volume 4, Issue 9, September 2020.

[38] Endocrine Society (2017). Light AD, Obedin-Maliver J, Sevelius JM, Kerns JL. Transgender men who experienced pregnancy after female-to-male gender transitioning. *Obstet Gynecol.* 2014;124(6):1120–1127; Smith KP, Madison CM, Milne NM. Gonadal suppressive and cross-sex hormone therapy for gender dysphoria in adolescents and adults. *Pharmacotherapy.* 2014;34(12):1282–1297.

[39] Schneider F, Kliesch S, Schlatt S, Neuhaus N. Andrology of male -to-female transsexuals: influence of cross-sex hormone therapy on testicular function. Andrology. 2017 Sept;5(5):873-80.

return of spermatogenesis typically occurs in patients who discontinue hormone treatment.[40] In a cohort of patients treated with puberty blockers starting at the onset of pubertal development (Tanner stages 2 and 3) and adding estrogen treatment starting at 16 years of age, histological examination of testicles showed normal-appearing, immature sperm-producing cells in the testes, suggesting those individuals had retained fertility potential.[41] Physicians carefully counsel patients and their parents on the possibility of impairments in fertility should the patient continue on cross-sex hormones.  Strategies available to some patients include sperm and oocyte cryopreservation to preserve future fertility.

### E.  Gender dysphoria is a serious medical condition, and withholding transitioning medications from adolescents with gender dysphoria is harmful.

The American Psychiatric Association explains that

> [T]he term "transgender" refers to a person whose sex assigned at birth (i.e., the sex assigned by a physician at birth, usually based on external genitalia) does not match their gender identity (i.e., one's psychological sense of their gender). Some people who are transgender will experience **"gender dysphoria,"** which refers to psychological distress that results from an incongruence between one's sex assigned at birth and one's gender identity. Though gender dysphoria often begins in childhood, some people may not experience it until after puberty or much later.[42]

In 2013, the American Psychiatric Association released the fifth edition of the DSM-5, the standard reference for the diagnosis of mental health conditions. The DSM-5 recognizes gender dysphoria and sets forth criteria for diagnosis. These criteria include "a marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics" and "a strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender)." To meet diagnostic criteria, an individual must exhibit "clinically significant distress or impairment in social, occupational, or other important areas of functioning."[43]

In other words, transgender individuals who live in a manner that is physically and socially incongruent to their gender identity will predictably experience gender dysphoria – a

---

[40] Schneider F, Neuhaus N, Wistuba J, Zitzmann M, Heß J, Mahler D, van Ahlen H, Schlatt S, Kliesch S. Testicular functions and clinical characterization of patients with gender dysphoria (GD) undergoing sex reassignment surgery (SRS). J Sex Med. 2015 Nov;12(11):2190-2200.

[41] de Nie I, Mulder CL, Meißner A, Schut Y, Holleman EM, van der Sluis WB, Hannema SE, den Heijer M, Huirne J, van Pelt AMM, van Mello NM. Histological study on the influence of puberty suppression and hormonal treatment on developing germ cells in transgender women. Hum Reprod. 2022 Jan 28;37(1):297-308.

[42] What is Gender Dysphoria? [Internet]. Washington, D.C.: American Psychiatric Association; 2020 Nov [cited 2022 Apr 15]. Available from: https://www.psychiatry.org/patients-families/gender-dysphoria/what-is-gender-dysphoria.

[43] American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders. 5th ed. Washington, D.C.: American Psychiatric Association; 2013.

clinically significant psychological distress that can lead to depressed mood and suicidality.[44] Suicidal ideation and attempts have been found to be significantly higher among transgender adolescents who cannot obtain or do not receive essential medical treatment for gender dysphoria than among their non-transgender peers. The harm of not providing essential medical treatment for gender dysphoria is well documented.[45] Untreated gender dysphoria can also lead to disordered eating. Patients may engage in unsafe eating behaviors (e.g., food restriction or purging) as a body-affirming tool and an effort to align their bodies with their gender identity. These behaviors can impair physical health and development.[46] Further, there is data that shows that waiting until adulthood to offer hormone therapy to transgender adolescents is associated with past-year suicidal ideation, past-month severe psychological distress, past-month binge drinking and illicit drug use.[47] The scientific consensus shows that denying essential medical treatment for gender dysphoria harms transgender people and puts their lives at risk.

I have cared for many patients who have disclosed gender dysphoria to me in later adolescence or early adulthood and report, during the time in which they were suffering from gender dysphoria but not receiving treatment, they reported poor psychosocial functioning, social isolation, worsening mental health, restrictive eating patterns and suicidal ideation.

**F. There is no evidence-based alternative to standard treatments for gender dysphoria. Furthermore, no research demonstrates psychotherapy alone is an effective treatment for gender dysphoria in adolescents.**

I understand the Defendants' position to be that transgender youth with gender dysphoria should not be offered medical treatment but instead should only receive psychotherapy. Yet, abundant evidence establishes a clear *causal link* between transitioning medications and well-being *independent* of psychotherapy and other measures of support. Costa et al. in 2015 found that puberty blockers improve psychosocial functioning in teens with gender dysphoria, compared to teens who receive psychotherapy but not blockers.[48] Costa's study was designed to include a control group of transgender teens with gender dysphoria who did not receive puberty blockers.

---

[44] Sorbara JC, Chiniara LN, Thompson S, Palmert MR. Mental health and timing of gender-affirming care. Pediatrics 2020 Oct 1;146(4):e20193600.

[45] Herman JL, Brown TNT, Haas AP. Suicide Thoughts and Attempts Among Transgender Adults [Internet]. Los Angeles (CA): The Williams Institute, UCLA School of Law; 2019 Sept [cited 2022 Apr 1]. Available from: https://williamsinstitute.law.ucla.edu/publications/suicidality-transgender-adults/; Turban JL, Beckwith N, Reisner SL, Keuroghlian AS. Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults. JAMA Psychiatry 2019 Sept 11;77(1):68-76.

[46] Coelho JS, Suen J, Clark BA, Marshall SK, Geller J, Lam PY. Eating Disorder Diagnoses and Symptom Presentation in Transgender Youth: a Scoping Review. Curr Psychiatry Rep. 2019 Oct 15;21(11):107; Kamody RC, Yonkers K, Pluhar EI, Olezeski CL. Disordered Eating Among Trans-Masculine Youth: Considerations Through a Developmental Lens. LGBT Health. 2020 May/Jun;7(4):170-73; Legroux I, Cortet B. Factors influencing bone loss in anorexia nervosa: assessment and therapeutic options. RMD Open. 2019 Nov 13;5(2):e001009.

[47] Turban, J. L., King, D., Kobe, J., *et al*. (2022). Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. *PLoS One*, 17(1), e0261039.

[48] Costa et al.

In a 2022 study, Tordoff et al found that transitioning medications are associated with improvements in depression and suicidality in a population of transgender and nonbinary youths aged 13 to 20.[49] The authors showed the independent effects of transitioning medications on depression, anxiety, and gender dysphoria. They controlled for temporal trends and other confounding factors, expressly including whether the teen received "ongoing mental health therapy other than for the purpose of a mental health assessment to receive a gender dysphoria diagnosis."[50] Put simply, Tordoff et al. clearly found that youth with gender dysphoria reported better outcomes if they received transitioning medications, even after controlling for the effects of psychotherapy. Similarly, in a 2020 study, Kuper et al. found that hormone therapy made improvements in adolescents' body-related distress and led to improvement in symptoms of depression and anxiety.[51] Kuper et al. specifically collected data on psychotherapy and the use of psychiatric medications and expressly controlled for both. Thus, Kuper et al.'s study shows that hormone treatment for gender dysphoria is effective above and beyond the benefits of psychotherapy and psychiatric medications. In a 2023 study by Chen et al, the investigators found that appearance congruence achieved by transitioning medications was strongly associated with improvements in various measures of mental health and psychosocial functioning.

While Defendants' experts have previously testified that youth with gender dysphoria should be given only psychotherapy and no medical treatment, Defendants' experts base this contention not on any studies demonstrating the efficacy of the Defendants' preferred approach, but instead claiming a purported lack of evidence on the benefits of transitioning medications in the treatment of gender dysphoria. In their PI Declarations, Defendants' experts cited several studies and leveled baseless criticisms that are ignorant to harms of clinical research. I have compiled some of these claims in a table below:

| Table: Defendants' experts claims regarding the mental health evidence | | |
| --- | --- | --- |
| Study | Defendants' Expert's Claim | Facts |
| Kuper 2020 | Cantor states that there were no statistically significant differences in the nine psychosocial/mental health outcomes studied, specifically regarding youth on puberty blockers. | The investigators did not conduct a sub-analysis specifically among those on puberty blockers. Rather, they conducted their analysis among youth who used any type of transitioning medications. Many participants were at an advanced stage of puberty during the study and may have been ineligible for blockers. |

---

[49] Diana M. Tordoff et al., Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care, 5(2) JAMA Network Open e220978 (2022).

[50] Id.

[51] Laura E. Kuper, et al., Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy, 145(4) Pediatrics e20193006 (2020).

| | Cantor comments that the minimum age for puberty blockers is 12 per the Dutch protocol, and implies this study is flawed or unethical because the earliest age they were started in Kuper et al's cohort was 9.8 years. | Puberty blockers are started based on pubertal stage, which cannot be described by a single chronological age. Puberty can begin at ages earlier than 12. |
|---|---|---|
| Achille 2020 | Cantor concludes that puberty blockers did not improve mental health over psychotherapy alone in this study. | This study was not capable of establishing a causal relationship between puberty blockers and mental health. Investigators in this study did not have enough participants to run an analysis to establish causation, so they pivoted to a correlation analysis. There is no direct causation inferred from this, and furthermore, this is a preliminary study with further results pending. |
| Costa 2015 | Cantor claims that there were no statistically significant differences between the mental health outcomes in the three study groups. | Individuals who received psychotherapy and puberty blockers had improved psychological functioning compared to those who only received supportive psychotherapy. While the investigators had a small sample size and were unable to achieve statistical significance, the difference in psychological functioning was clinically meaningful. |
| | Cantor also claims that this study included a cherry-picked control group. | This is a real-world population of transgender youth. They followed clinical practice guidelines to decide who was and was not eligible for puberty blockers. This is the opposite of a cherry-picked control group. It is a real-world control group which is a strength of this study, because its results are generalizable to other populations. |
| Olson 2016 | Dr. Cantor states the statistical analysis of this study was subject to error and actually demonstrated worse mental health outcomes of transgender youth. | The Olson study shows that socially transitioned transgender children have "remarkably good mental health outcomes." Investigators assessed mental health of socially transitioned children in both parents and children themselves, which expands upon previous data that only utilized parental reporting. They did not compare their study subjects to those who had not socially transitioned. This study can only speak to whether socially transitioned children have similar outcomes to nontransgender peers. This |

| | | |
|---|---|---|
| | | study's primary research question pertains to the mental health experiences of socially transitioned children compared to a diverse population of children of similar ages. The findings of this study demonstrate that these transgender children have similar mental health outcomes to nontransgender children. Further, the Olson study was not subject to any expert re-analysis |
| Van der Miesen | Dr. Cantor criticizes this study because he claims it cannot establish the long-term benefits of puberty blockers on mental health. | This is a cross sectional study. By definition, it cannot assess the long-term impact on an intervention because it assesses data at a single point in time. This critique is unscientific because it attacks a study for not answering a research question it was never designed to answer. |
| de Vries 2011, 2014 | Dr. Cantor claims that because these studies did not include a control group, it cannot establish the independent effects of puberty blockers on mental health. He calls this a "confound". | These were the first studies evaluating the impact of puberty blockers on mental health outcomes and psychological functioning. A unilateral quarrel with these studies' methodology is flawed because there are other studies that either had a control group (Costa 2015, Turban 2020, van der Misen et al. 2020) or gathered data on mental health and controlled for it in the analysis (Kuper 2020, Tordoff 2022) or established independent associations between appearance congruence and mental health (Chen 2023).

In clinical research, it is methodologically sound to either control for a potential confounder by gathering data on it and including that data in the statistical analysis or using a control group. In other cases, it may not be feasible to control for a confounder because that confounder isn't measurable. In either case, this critique does not engage with the findings of the studies or the research questions they were designed to answer. |
| Carmichael | Cantor states that this study shows "deteriorating or lack of improvement in mental health" | This is a study on the mental health impacts of puberty blockers. No deterioration in any mental health outcome was observed in this study.

As discussed previously, stability in mental health does not denote a "lack of |

| | | improvement" when considered from the patient's perspective. Stability is a clinically meaningful and positive outcome. |
|---|---|---|
| | Cantor cites a re-analyzed dataset by Dr. Biggs. | Dr. Biggs is not a medical or mental health expert. He offered his own interpretation of partial, uncleaned data from the Carmichael study to conclude participants reported greater self-harm, without disclosing statistical methodology used. The actual Carmichael study made no such finding.

The study itself notes, "These data correct reports from a recent letter by Biggs, which used preliminary data from our study, which were uncleaned and incomplete data used for internal reporting." |

There are additional, more systematic issues with the Defendants' experts claims about supposed confounding in studies of the mental health benefits of essential medical treatment for gender dysphoria and psychotherapy. Psychotherapy is a highly general term to describe a wide variety of therapeutic interventions. To date, Defendants' experts have offered no definition of what they consider psychotherapy to be. WPATH and the American Psychiatric Association are quite clear that mental health supports are in place to allow youth to talk about their experiences, screen for safety issues such as suicide, non-suicide self-injury and eating disorders, assess for trauma, understand one's home life and identify, then treat additional mental health issues. Studies of so-called "conversion" or "reparative" therapy finds that transgender identity is highly resistant to change even in the face of concerted efforts by medical authorities versed in psychological methods, and is psychologically damaging.[52]

### A. Randomized-controlled trials in standard treatment of gender dysphoria are not feasible, ethical, or necessary

Based upon their PI Declarations, I anticipate that Defendants' experts may claim that the benefits of essential medical treatment for gender dysphoria cannot be known without randomized control trials comparing outcomes of youth with gender dysphoria who receive transitioning medications versus those who do not. Randomized control trials in standard treatments of gender dysphoria, however, are not feasible, ethical, or necessary. Institutional

---

[52] A survey of the scientific literature by the U.S. Department of Health and Human Services finds that "none of the existing research supports the premise that mental or behavioral health interventions can alter gender identity or sexual orientation." Substance Abuse and Mental Health Services Administration, Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth, U.S. Department of Health and Human Services, HHS Publication No. (SMA) 15-4928 (2015), p. 1.

review boards appraise and approve all research protocol before they can proceed, whether these trials emerge from industry, academia, or government. These groups have stringent criteria for assessing the safety, ethical strength, feasibility, and necessity of a proposed study. Such criteria are exceptionally stringent in pediatrics. As I outline below, no institutional review board would approve a research protocol on a randomized control trial in essential medical treatment for gender dysphoria because of the established science which demonstrates the efficacy of treatment with transitioning medications.

Each study design has strengths and weaknesses and selecting among them depends on a variety of factors including the study question, ethical considerations, feasibility, and cost. The major benefit of a randomized trial is that it decreases the likelihood that any differences in the outcomes between the groups is the result of baseline differences between the groups rather than the result of the intervention. Observational studies offer a widely accepted way to inform strong clinical practice guidelines and, in many cases, are superior to randomized controlled trials. Notable examples of standard clinical care that derives its evidence-base from observational data includes penicillin for many types of infections (including streptococcal infections and syphilis), insulin for diabetes, mammography for breast cancer screening, certain types of minimally invasive surgery (such as laparoscopic gallbladder surgery), and statin drugs for lowering cholesterol. Observational studies offer the additional benefit of recording evidence about patients in a real-world setting. The results of observational studies are, thus, reliably generalizable. Any claim that randomized controlled trials are both necessary and superior reflects a lack of knowledge of the norms of clinical research.

Randomized control trials rely on a key feature known as "blinding" to minimize confounding from the placebo effect. That is, study participants in the control group, may experience different outcomes due to unmeasured factors associated with knowing they are not receiving the intervention. In the case of medical treatment for gender dysphoria, it would be impossible to blind participants to receipt of the intervention, because physical changes either would or would not occur during the study period.  That is, youth and their parents would know whether puberty was paused (in the case of blockers) or whether secondary sex characteristics began to develop (in the case of cross-sex hormones).

In many cases, it can be unethical to conduct randomized controlled trials. For a randomized trials to be ethical, clinical equipoise must exist. This means that there must be more uncertainty that the intervention is beneficial than no treatment. In the case of medical treatments for gender dysphoria, as we have shown, the benefits of transitioning medications are well understood and thus it would be unethical to expose participants to an intervention that is known to be harmful. Furthermore, such calls for randomized controlled trials in pediatrics are particularly flawed because they ignore the fact that recommendations for pediatric care made by professional associations in guidelines are seldom based on randomized controlled trials due to their rarity and are, instead, frequently based on observational studies.

## II. Adolescents with gender dysphoria persist in their cross-gender identification.

The scientific evidence on the course of gender dysphoria emphasizes the importance of distinguishing between prepubertal children and adolescents. The evidence suggests that the

course of dysphoria is more diverse for prepubertal children, and so it is critical to recognize them as a distinct population from adolescents. The evidence shows that the vast majority of adolescents who are diagnosed with gender dysphoria will persist in their gender identity and will benefit from gender transition.[53] In a Dutch study, among 70 adolescents diagnosed with gender dysphoria and treated with puberty blockers, 100% opted to continue with transitioning medications.[54] A recent U.S. study found a consistent pattern. Following a large cohort of U.S. young people who reported some evidence of gender dysphoria but had not yet been formally diagnosed, the study found that adolescents were far more likely than prepubertal children to go on to a formal diagnosis of gender dysphoria and to receive medical treatment.[55]

Even with respect to prepubertal children, the studies relied on by Defendants' experts overstate the percentage of children who cease to have gender dysphoria because their data was based on overly broad diagnostic criteria.[56] That is, the studies likely included prepubertal children with gender variant behavior (e.g., boys with feminine interests or "tomboy" girls) alongside children who would meet today's diagnostic criteria for gender dysphoria – a deeply felt and lasting transgender identity with clinically significant distress and impaired functioning.[57] This is further borne out by the recent finding that "the intensity of early dysphoria appears to be an important predictor" of the persistence of dysphoria into adolescence.[58]

In addition, in contrast to prepubertal children, adolescents with gender dysphoria rarely find that their dysphoria resolves without treatment. As a result, because medical treatment for gender dysphoria begins only in adolescence, and only if medically necessary for gender dysphoria, medical treatment is thus provided only to a group known to be quite stable in their gender identity. For example, a recent study, Olson et al. (2022), found that after an average of 5

---

[53] American Psychological Association (2015), p. 843; WPATH (2012), p. 11; Endocrine Society (2017). See also Turban JL, DeVries ALC, Zucker K. Gender Incongruence & Gender Dysphoria. In Martin A, Bloch MH, Volkmar FR (editors): Lewis's Child and Adolescent Psychiatry: A Comprehensive Textbook, Fifth Edition. Philadelphia: Wolters Kluwer 2018, pp. 20-21 ("we must recognize that [the existing studies of persistence] have been quite limited in power and generalizability and should not be misused to create barriers for TGD youth seeking gender-affirming care. The most relevant conclusions from these studies are that insistent cross-gender identification in adolescence most often correlates with persistent TGD identities in adulthood").

[54] de Vries et al. 2011, cited in note 43 ("None of the gender dysphoric adolescents in this study renounced their wish for [gender reassignment] during puberty suppression. This finding supports earlier studies showing that young adolescents who had been carefully diagnosed show persisting gender dysphoria into late adolescence or young adulthood").

[55] Wagner S, Panagiotakopoulos L, Nash R, Bradlyn A, Getahun D, Lash TL, Roblin D, Silverberg MJ, Tangpricha V, Vupputuri S, Goodman M. Progression of Gender Dysphoria in Children and Adolescents: A Longitudinal Study. Pediatrics. 2021 Jul;148(1):e2020027722. doi: 10.1542/peds.2020-027722. Epub 2021 Jun 7. PMID: 34099504; PMCID: PMC8276590..

[56] See Temple Newhook J, Pyne J, Winters K, Feder S, Holmes C, Tosh J, Sinnott ML, Jamieson A, and Pickett S, A critical commentary on follow-up studies and "desistance" theories about transgender and gender-nonconforming children, International Journal of Transgenderism, vol. 19(2), pp. 212-224 (2018) doi: 10.1080/15532739.2018.1456390.

[57] Endocrine Society (2017).

[58] Steensma TD, McGuire JK, Kreukels BP, Beekman AJ, Cohen-Kettenis PT. Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. J Am Acad Child Adolesc Psychiatry. 2013 Jun;52(6):582-90 (finding that "children with persistent GID are characterized by more extreme gender dysphoria in childhood than children with desisting gender dysphoria").

years of social transition, only 2.5% of youth identified as nontransgender.[59] Another recent study of 720 individuals demonstrated that the vast majority of transgender adolescents go on to continue receiving transition care as adults.[60]

**III. So-called "watchful waiting" is not a recognized protocol for youth once they have reached puberty.**

In their PI Declarations, Defendants' experts argued, without scientific evidence or without proposing an evidence-based alternative, that youth with gender dysphoria should not be offered medical treatment but instead should only receive psychotherapy, an approach that they mistakenly term "watchful waiting."

"Watchful waiting" is a concept invoked in deciding whether or not a *pre-pubertal* child should engage in a social transition (e.g., adopting a name, pronouns, and gender expression, such as clothing and haircuts, that match their gender identity).  Watchful waiting is thus irrelevant to the use of transitioning medications, which are offered only after puberty has begun. Moreover, social transition is irrelevant to the Vulnerable Child Compassion Act, which prohibits the use of medications used after puberty has started and is thus, not discussed further in this report.

**IV. The overwhelming majority of adolescents who receive transitioning medications continue to do so as adults**

Evidence shows that young people who receive essential treatments for gender dysphoria during adolescence overwhelmingly continue them into early adulthood. Indeed, recent studies demonstrate that the vast majority of youth who start  medical treatments in adolescence continue these treatments in early adulthood. One study examined 720 people who had started GnRHa (median ages 14-16) and found that 98% continued use of these medications at follow up.[61]

The supposed concept of a wave of transgender individuals who initially received and consented to essential medical treatment for gender dysphoria and then regretted it is unfounded.

**V. No valid research supports any evidence that peer influence increases rates of gender dysphoria or even have any effect on it. Research shows gender identity has a strong, innate biological basis.**

---

[59] Olson KR, Durwood L, Horton R, Gallagher NM, Devor A. Gender Identity 5 Years After Social Transition. Pediatrics. 2022 Aug 1;150(2):e2021056082. doi: 10.1542/peds.2021-056082. PMID: 35505568.

[60] Van der Loos MATC, Hannema SE, Klink DT, den Heijer M, Wiepjes CM. Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands. Lancet Child Adolesc Health. 2022 Dec;6(12):869-875. doi: 10.1016/S2352-4642(22)00254-1. Epub 2022 Oct 21. PMID: 36273487.

[61] Maria A.T.C. van der Loos, et al., Continuation of Gender-Affirming Hormones in Transgender People Starting Puberty Suppression in Adolescence: A Cohort Study in the Netherlands, The Lancet Child and Adolescent Health, Oct. 21, 2022, at https://www.sciencedirect.com/science/article/abs/pii/S2352464222002541.

Defendants' experts may claim that social contagion is the cause of gender dysphoria, citing as evidence a discredited study by Lisa Littman.[62] Littman's 2018 article contended that a novel pathology, "rapid-onset gender dysphoria" was leading teenagers to claim a transgender identity because of peer influence. As a number of experts and researchers have noted, however, Littman's study suffers from serious methodological errors, including the use of parent reports instead of clinical data and the recruitment of its sample of parents from anti-transgender websites.[63] The journal of publication required an extensive correction of the original Littman article because of its misstatements.[64]

Littman's hypothesis that rapid-onset gender dysphoria exists as a distinct condition has not been supported by studies of clinical data.[65] Neither the American Psychiatric Association nor any other reputable professional organization has recognized rapid-onset gender dysphoria as a distinct clinical condition or diagnosis.[66] Although Littman's hypothesis has been widely covered in the press, no clinical studies have found that rapid-onset gender dysphoria exists. For example, an April 2022 study of 173 youth presenting at Canadian gender clinics found no evidence of rapid-onset dysphoria or social contagion.[67] Further, no professional organization has recognized "rapid-onset gender dysphoria" as a distinct clinical condition or diagnosis

## VI. Conclusion

In conclusion, my expert opinion is that the Alabama ban on transitioning medications for transgender minors is harmful. If allowed to go into effect, it will cause serious injury to transgender adolescents. Gender dysphoria is a serious but highly treatable medical condition.

---

[62] Littman L. Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PLoS One. 2018 Aug 16;13(8):1-44; Littman L. Correction: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PLoS One. 2019 Mar 19;14(3):1-7.

[63] Restar AJ. Methodological Critique of Littman's (2018) Parental-Respondents Accounts of "Rapid-Onset Gender Dysphoria". Arch Sex Behav. 2020 Jan;49(1):61-66. doi: 10.1007/s10508-019-1453-2; Temple Newhook, J, Pyne, J, Winters, K, Feder, S, Holmes, C, Tosh, J, and Pickett, S. A critical commentary on follow-up studies and "desistance" theories about transgender and gender-nonconforming children. *International Journal of Transgenderism*, *19*(2), 212-224. (2018); see also WPATH Global Board of Directors. WPATH Position on "Rapid-Onset Gender Dysphoria" [Internet]. 2018 Sep 4 [cited 2022 Apr 1]. Available from: https://www.wpath.org/media/cms/Documents/Public% 20Policies/2018/9_Sept/WPATH%20Position%20on%20Rapid-Onset%20Gender%20Dysphoria_9-4-2018.pdf.

[64] Littman L. Correction: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PLoS One. 2019 Mar 19;14(3):1-7 (altering the original article to clarify that the article collected no data from adolescents or clinicians and generates only a hypothesis for further exploration).

[65] Bauer GR, Lawson ML, Metzger DL; Trans Youth CAN! Research Team. Do Clinical Data from Transgender Adolescents Support the Phenomenon of "Rapid Onset Gender Dysphoria"? J Pediatr. 2022 Apr; 243:224-227. See also Arnoldussen M, Steensma TD, Popma A, van der Miesen AIR, Twisk JWR, de Vries ALC. Re-evaluation of the Dutch approach: are recently referred transgender youth different compared to earlier referrals? Eur Child Adolesc Psychiatry. 2020 Jun;29(6):803-811. Erratum in: Eur Child Adolesc Psychiatry. 2020 Dec 16 (concluding that there has been no marked change in the characteristics of the population of adolescents referred for gender dysphoria from 2000 to 2016; the authors hypothesize that the increase in number of referrals reflects the increasing social acceptability of seeking treatment).

[66] Restar (2018), cited in note 70.

[67] Bauer, Greta R. et al., Do Clinical Data from Transgender Adolescents Support the Phenomenon of "Rapid Onset Gender Dysphoria"? The Journal of Pediatrics, Volume 243, 224 - 227.e2.

The standard of care for treatment of transgender adolescents who have begun puberty includes, as determined by individual need, the prescription of transitioning medications, including puberty blockers and hormone therapy, after rigorous medical assessment and evaluation followed by parental consent and patient assent. The medications used for treatment of transgender adolescents are safe and effective. Adolescent patients with gender dysphoria who are treated consistent with the standard of care can thrive. My experience treating patients demonstrates that, as does a solid body of scientific evidence.

I hold each of the opinions expressed in this report with a reasonable degree of scientific certainty based on the materials I have reviewed and based on my education, experience, and knowledge. I reserve the right to supplement, amend, or modify my opinions upon review of further information, including, but not limited to, testimony, documents, and reports I receive after the date of this report.

Executed this __8__ th day of February, 2023.

_____

Meredithe McNamara, MD, MS, FAAP

# Exhibit A

# CURRICULUM VITAE

**Version Date:** 1/2/23

**Name:**                      Meredithe McNamara, MD MSc

**Contact Information:**       789 Howard Avenue
                              Dana Clinic Building, DC-014
                              New Haven, CT 06519

**Term:**                      Primary Appointment: Assistant Professor, 9/1/21-9/1/24

**School:**                    Yale School of Medicine

**Education:**
08/2007-05/2007    BA, English Literature, Rutgers University, New Brunswick, NJ
07/2011-05/2013    MSc, Clinical Research, Emory University, Atlanta, GA
07/2008-05/2013    MD, Emory University School of Medicine, Atlanta, GA

**Career/Academic Appointments:**
07/2013-06/2016 Residency, Pediatrics, the University of Chicago, Chicago, IL
07/2016-06/2017    Fellow, Leadership for Urban Primary Care Education and Transformation
                   (LUCENT), Department of Internal Medicine, the University of Chicago,
                   Chicago, IL
07/2017-06/2018    Clinical Associate, Department of Pediatrics, the University of Chicago,
                   Chicago, IL
07/2018-06/2021    Fellow, Adolescent Medicine, University of Illinois-Chicago, Chicago, IL
9/2021-present     Assistant Professor, Department of Pediatrics, Yale University, New
                   Haven, CT

**Administrative Positions**
2021-present    Director, Adolescent Medicine Rotation, Pediatrics Residency, Yale School of
                Medicine, New Haven, CT
2022-present    Board Member, Yale New Haven Health Committee for Juvenile Justice, New
Haven, CT

**Board Certification:**
2016          American Board of Pediatrics, General Pediatrics
2022          American Board of Pediatrics, Adolescent Medicine

**Professional Honors & Recognition:**

***International/National/Regional***

| | |
|---|---|
| 2011 | NIH/Atlanta Clinical and Translational Science Institute TL1 Predoctoral Research Training Award |
| 2016 | LUCENT Primary Care Fellowship, the University of Chicago |
| 2020 | Semi-Finalist, U.S. State Department, Fulbright Scholar Award (Uganda) |

**Grant/Clinical Trials History:**

Past

| | |
|---|---|
| 6/2016-6/2017 | Leadership for Urban Primary Care Education and Transformation Fellowship Grant – Full salary funding (50:50 research and clinical duties) |
| |     Mentor: Bradley Stolbach, PhD |
| |     $5000 from the Health Resources & Services Administration (HRSA) |
| |     Taught trauma informed care workshops in Chicago healthcare settings |

| | |
|---|---|
| 6/2015-6/2017 | "Improving Trauma-Informed Care Practices for Pediatric Victims of Violence" |
| |     Co-PI: Bradley Stolbach, Ph.D.; Meredithe McNamara, M.D. |
| |     $80,000 for two years from the Bright Promises Foundation |
| |     Developed and taught a curriculum of hospital-based trauma informed care at Comer Children's and John H. Stroger Hospitals |

**Invited Speaking Engagements, Presentations, Symposia & Workshops:**

International and National
1. "How Adolescent Providers Can Support Youth-Led Advocacy," University of Washington. Seattle. 2022, 2021
2. "Grand Rounds: The Recovery of Adolescents and Young Adults from Firearm Violence," St. Joseph's Hospital, Paterson. 2022
3. "Hearing on Proposed Rule to Ban Gender Affirming Care for Youth," Florida Board of Medicine and Board of Osteopathic Medicine. Orlando. 2022
4. "Curriculum in Adolescent Health and Medicine," Busitema University. Mbale, Uganda. 2020

Regional
1. "Cross-Sector Collaboration for Police-Free Schools," Illinois Adverse Childhood Experiences Collaborative. Chicago. 2020
2. "Lessons in Trauma-Informed Care: A Panel Discussion with Youth Survivors of Violence," Windy City Emergency Medicine Conference. Chicago. 2017
3. "Being a Champion of Trauma-Informed Care," Student National Medical Association Midwest Meeting. Springfield. 2016

Local
1. "Heavy Menstrual Bleeding: High Yield Tips for the General Pediatrician." Connecticut AAP Conference. 2022
2. "Boosting Readiness for Eating Disorder Treatment in the Primary Care Setting." Pediatric Community Education Series, Bridgeport Hospital. 2022
3. "Preserving Adolescent Autonomy and Agency: Avoiding Reproductive Coercion," The University of Chicago. Chicago. 2021
4. "Innovation in Medical Education for Topics in Adolescent Health." University of Illinois-Chicago. Chicago. 2021
5. "Grand Rounds: Lessons from Police-Free Schools Advocacy in Chicago," Rush University. Chicago. 2021
6. "*Mycoplasma genitalium*: An Emerging STI." University of Illinois-Chicago. Chicago. 2020
7. "Adolescent Sports Medicine: Athlete Wellness and Risk of Injury," University of Illinois-Chicago. Chicago. 2020
8. "COVID-19 and Adolescent Wellness," Healing Hurt People-Chicago. Chicago. 2020

**Peer-Reviewed Presentations & Symposia**

***International and National***
1. **McNamara M**, Sequeira G, English A, Grubb L. "Restoring Integrity to Public Policy: Combating Science Denialism in Adolescent Health." Society of Adolescent Health and Medicine. Chicago, March 2023 (Symposium).
2. **McNamara M**, Olezeski C, Szilagyi N, Alstott A. "When Science is Misused in Law: How to Address the Biased Science that Underlies Legal Bans on Gender-Affirming Care for Youth." World Professional Association of Transgender Health (WPATH). Montreal, September 2022 (Symposium).
3. **McNamara M**, "A Curriculum in Adolescent Health and Medicine: Lessons from Mbale, Uganda." International Association of Adolescent Health. Lima, November 2021 (Oral presentation).
4. **McNamara M,** Wajarasi A, Brighton K, McMorris B, Safter M, Olupot-Olupot P, Miller K. "Implementation of an Adolescent Health and Medicine Course Designed for Medical Trainees in Low- and Middle-Income Countries: Results from a Pilot Study." International Association for Adolescent Health. Lima. November 2021. (Poster)
5. **McNamara M**, Hardy T. "The Health Maintenance of Adolescents and Young Adults Affected by Violent Injury," Adolescent Health Initiative. Ann Arbor, May 2021 (Symposium).
6. Fenton R, **McNamara M**. "Police-Free Schools: How Adolescent Providers Can Support Youth-Led Advocacy," Society of Adolescent Health and Medicine. San Diego, March 2021 (Oral Presentation).
7. **McNamara M**. "Training Hospital Personnel in Trauma-Informed Care: Assessing the Effectiveness of an Interprofessional Workshop with Patients as Teachers," Pediatric Academic Societies Annual Meeting. Baltimore, April 2019 (Oral presentation).
8. **McNamara M**. "Trauma Informed Care: A Workshop for Medical Providers," Society for Adolescent Health and Medicine Annual Meeting. New Orleans March 2017 (Symposium).

9. Miller K, **McNamara M**, McMorris B, Saftner M, Olupot-Olupot P. "An Adolescent Medicine Curriculum Designed for Low Income Countries: Results from Pilot Implementation at a Medical School in Easter Uganda." Society for Adolescent Health and Medicine. San Diego. March 2021 (Poster).

10. Miller K, **McNamara M**, McMorris B, Saftner M, Olupot-Olupot P. "Pilot implementation of a curriculum in adolescent health and medicine: a course designed for medical trainees in low- and middle-income countries." Virtual poster presentation at the University of Minnesota – Pediatric Research, Education & Scholarship Symposium. *Winner – Best Fellow Research Award.* Minneapolis. April 2020 (Poster).

11. Cane R, **McNamara M**, Schwartz A, Stolbach B. "Training Hospital Personnel in Trauma-Informed Care: Assessing the Effectiveness of an Interprofessional Workshop with Patients as Teachers." Pediatric Hospital Medicine Meeting. Seattle. July 2019 (Poster).

12. **McNamara M**, Cane R, Schwartz A, Stolbach B. "Training Hospital Personnel in Trauma-Informed Care: Assessing the Effectiveness of an Interprofessional Workshop with Patients as Teachers." Pediatric Academic Societies Annual Meeting. Baltimore. April 2019 (Poster).

13. Tucker X, Dholakia A, **McNamara M,** Cane R, Hoffman Y, Stolbach B. "Building a Trauma-Informed Hospital: A Longitudinal Qualitative Study of Participants in a Trauma-Informed Care Training." American Association of Medical Colleges Meeting. Grand Rapids. March 2019 (Poster).

14. Dholakia A, Tucker X, **McNamara M,** Cane R, Hoffman Y, Stolbach B. "Expanding the Culture of Trauma-Informed Care: A Pilot Training Workshop for Medical Students." American Association of Medical Students Conference. Grand Rapids. March 2019 (Poster).

*Local*

1. Tucker X, Dholakia A, **McNamara M,** Cane R, Hoffman Y, Stolbach B. "Building a Trauma-Informed Hospital: Preliminary Results from a Longitudinal Qualitative Study of Participants in a Trauma-Informed Care Training Workshop." The University of Chicago Medical Education Research Symposium. *Winner – Best Medical Student Presentation.* Chicago. September 2018 (Poster)

2. **McNamara M**, Cane R, Schuster L, Stolbach B. "Improving Trauma-Informed Care Practices for Pediatric Patients Affected by Violence." Leadership for Urban Primary Care Education and Transformation (LUCENT) Scholars Research Symposium. Chicago. June 2017 (Poster)

3. **McNamara M,** Cane R, Schuster L, Stolbach B. "Improving Trauma-Informed Care Practices for Pediatric Patients Affected by Violence." The University of Chicago Medical Education Research Symposium. Chicago. December 2016 (Poster)

4. **McNamara M**, Cane R, Stolbach B. "Healing Hurt People-Chicago: Creating a Hospital Culture of Trauma-Informed Care." University of Chicago Department of Pediatrics Research Symposium. Chicago. June 2016 (Poster)

**Professional Service**

*Journals*
    2022      Reviewer for *Pediatrics, Transgender Health, LGBTQ Health*

**Public Service/Media Presence:**

*Public Service:*

| | |
|---|---|
| 2015-2021 | Healing Hurt People – Chicago, Illinois: Coordinating medical care for youth recovering from violent injury, co-leading trauma recovery workshops with youth clients, providing trauma-focused psychoeducation |
| 2020-2021 | Atlas International – Mbale, Uganda: Fundraising and donations procurement of for Mbale Regional Referral Hospital and Busitema University |
| 2019-2020 | Task Force, Cook County Health Systems – Chicago, Illinois: Provided confidential health screening and counseling to youth at social events |

**Bibliography:**

*Peer-Reviewed Original Research*

1. **McNamara M**, Kempton C, Antun A. "The Role of Disease Severity in Influencing Body Mass Index in People with Hemophilia: A Single Institution Cross-sectional Study." *Haemophilia.* 2013; 111th ser. 10.11 PMID: 24118577
2. **McNamara M**, Cane R, Hoffman Y, Reese C, Schwartz A, Stolbach B. "Training Hospital Personnel in Trauma-Informed Care: Assessing an Interprofessional Workshop with Patients as Teachers." *Academic Pediatrics*. 2020; S1876-2859 (20) 30190-X. PMID: 32492574
3. Miller K, Saftner M, **McNamara M**, McMorris B, Olupot-Olupot P. "Provision of adolescent health care in Resource-Limited Settings: Perceptions, practices and training needs of Ugandan health care workers." *Children and Youth Services Review*, Volume 132, 2022, 106310, ISSN 0190-7409, https://doi.org/10.1016/j.childyouth.2021.106310.

*Chapters*

1. **McNamara M**, and Sharma J. Surgical Approaches to Endocrine Disorders. In Felner EI, Umpierrez G. *Endocrine Pathophysiology*. Lippincott Williams & Wilkins; 2013.
2. Cabral MD, Khan A, **McNamara M**, Dharmapuri S, Linares S, Cielo A. Renal manifestations of sexually transmitted infections. In Greydanus D, et al, eds: Chronic Disease and Disability: The Pediatric Kidney. 2nd edition, New York: Nova Science, 2022.

*Peer-Reviewed Case Reports*

1. Yano S, **McNamara M**, Halbach S, Waggoner D. "4q21 microdeletion in a patient with epilepsy and brain malformations." *American Journal of Medical Genetics*. 2015; 9999 A: 1-5. PMID: 25847229

***Peer-Reviewed Commentaries***

1. **McNamara M**, Lepore C, Alstott A, Kamody R, Kuper L, Szilagyi N, Boulware S, Olezeski C. Scientific misinformation and gender affirming care: tools for providers on the front lines. Journal of Adolescent Health. 2022 Jul 1:S1054-139X(22)00503-1. doi: 10.1016/j.jadohealth.2022.06.008. PMID: 35787819.

2. Lepore C, Alstott A, **McNamara M**. Scientific misinformation is criminalizing the standard of care for transgender youth. JAMA Pediatrics. 2022;176(10):965–966. doi:10.1001/jamapediatrics.2022.2959. PMID: 35994256.

3. **McNamara M**, Lepore C, Alstott A. Protecting transgender health and challenging science denialism in policy. New England Journal of Medicine. 2022 Nov 24;387(21):1919-1921. doi: 10.1056/NEJMp2213085. PMID: 36409481.

***Editorials, and Letters***

1. Markowitz M, **McNamara M**. "A call to action: considerations for pediatricians in a post-Roe healthcare system." AAP Voices Blog, August 11, 2022. https://www.aap.org/en/news-room/aap-voices/a-call-to-action-considerations-for-pediatricians-in-post-roe-health-care-system/

2. Olezeski C, **McNamara M**, Alstott A. "Denying trans youth gender affirming care is an affront to science and medical ethics" Los Angeles Times, June 13, 2022. https://www.latimes.com/opinion/story/2022-06-13/trans-youth-healthcare-state-bans

# Exhibit B

## ADDENDUM

In addition to the citations in the above attached report, I also relied on the following articles in forming my expert opinions:

AACAP. AACAP statement opposing actions in Texas [Internet]. Aacap.org. [cited 2023 Jan 31]. Available from: https://www.aacap.org/AACAP/zLatest_News/AACAP_Statement_Opposing_Actions_in_Texas

AACAP. AACAP statement responding to efforts to ban evidence-based care for transgender and gender diverse [Internet]. Aacap.org. [cited 2023 Jan 31]. Available from: https://www.aacap.org/AACAP/Latest_News/AACAP_Statement_Responding_to_Efforts-to_ban_Evidence-Based_Care_for_Transgender_and_Gender_Diverse.

Allen LR, Watson LB, Egan AM, Moser CN. Well-being and suicidality among transgender youth after gender-affirming hormones. Clinical Practice in Pediatric Psychology. 2019 Sept;7(3):302–311. doi: 10.1037/cpp0000288.

Bornstein SR, Allolio B, Arlt W, Barthel A, Don-Wauchope A, Hammer GD, Husebye ES, Merke DP, Murad MH, Stratakis CA, Torpy DJ. Diagnosis and Treatment of Primary Adrenal Insufficiency: An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab. 2016 Feb;101(2):364-89. doi: 10.1210/jc.2015-1710. Epub 2016 Jan 13. PMID: 26760044; PMCID: PMC4880116.

Brouwers M, Kho ME, Browman GP, Cluzeau F, feder G, Fervers B, Hanna S, Makarski J on behalf of the AGREE Next Steps Consortium. AGREE II: Advancing guideline development, reporting and evaluation in healthcare. Can Med Assoc J. Dec 2010, 182:E839-842; doi: 10.1503/cmaj.090449.

Carmichael P, Butler G, Masic U, Cole TJ, De Stavola BL, Davidson S, Skageberg EM, Khadr S, Viner RM. Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. doi: 10.1371/journal.pone.0243894.

Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. N Engl J Med. 2023 Jan 19;388(3):240-250. doi: 10.1056/NEJMoa2206297.

Coleman E, Radix AE, Bouman WP, Brown GR, de Vries ALC, Deutsch MB, Ettner R, Fraser L, Goodman M, Green J, Hancock AB, Johnson TW, Karasic DH, Knudson GA, Leibowitz SF, Meyer-Bahlburg HFL, Monstrey SJ, Motmans J, Nahata L, … Arcelus J. Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. Int J Transgend Health. 2022 Sep 6;23(Suppl 1):S1-S259. doi: 10.1080/26895269.2022.2100644. PMID: 36238954; PMCID: PMC9553112.

Costa R, Dunsford M, Skagerberg E, Holt V, Carmichael P, Colizzi M. Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. J Sex Med. 2015 Nov;12(11):2206-14. doi: 10.1111/jsm.13034.

de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med. 2011 Aug;8(8):2276-83. doi: 10.1111/j.1743-6109.2010.01943.x.

de Vries AL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics. 2014 Oct;134(4):696-704. doi: 10.1542/peds.2013-2958.

Durwood L, McLaughlin KA, Olson KR. Mental health and self-worth in socially transitioned transgender youth. Journal of the American Academy of Child & Adolescent Psychiatry 2017 Feb;56(2):116-23. doi: 10.1016/j.jaac.2016.10.016.

Fleseriu M, Hashim IA, Karavitaki N, Melmed S, Murad MH, Salvatori R, Samuels MH. Hormonal Replacement in Hypopituitarism in Adults: An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab. 2016 Nov; 101(11): 3888–3921. doi: 10.1210/jc.2016-2118.

Grannis C, Leibowitz SF, Gahn S, Nahata L, Morningstar M, Mattson WI, Chen D, Strang JF, Nelson EE. Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. Psychoneuroendocrinology. 2021 Oct;132:105358. doi: 10.1016/j.psyneuen.2021.105358. Epub 2021 Jul 17. PMID: 34333318.

Green AE, DeChants JP, Price MN, Davis CK. Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. J Adolesc Health. 2022 Apr;70(4):643-649. doi: 10.1016/j.jadohealth.2021.10.036.

Hembree WC, Cohen-Kettenis PT, Gooren L, Hannema SE, Meyer WJ, Murad MH, Rosenthal SM, Safer JD, Tangpricha V, T'Sjoen GG. Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab. 2017 Nov; 102(11): 3869–3903.  doi: 10.1210/jc.2017-01658.

Hisle-Gorman E, Schvey NA, Adirim TA, Rayne AK, Susi A, Roberts TA, Klein DA. Mental Healthcare Utilization of Transgender Youth Before and After Affirming Treatment. J Sex Med. 2021 Aug;18(8):1444-1454. doi: 10.1016/j.jsxm.2021.05.014.

Institute of Medicine, Clinical Practice Guidelines We Can Trust. The National Academies Press. 2011. doi: 10.17226/13058.

Kaltiala R, Heino E, Työläjärvi M, Suomalainen L. Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. Nord J Psychiatry. 2020 Apr;74(3):213-219. doi: 10.1080/08039488.2019.1691260.

Kuper L, et al., Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy, 145(4) Pediatrics e20193006 (2020).

Lenders JW, Duh QY, Eisenhofer G, Gimenez-Roqueplo AP, Grebe SK, Murad MH, Naruse M, Pacak K, Young WF Jr; Endocrine Society. Pheochromocytoma and paraganglioma: an endocrine society clinical practice guideline. J Clin Endocrinol Metab. 2014 Jun;99(6):1915-42. doi: 10.1210/jc.2014-1498.

Littman L. Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition Who Subsequently Detransitioned: A Survey of 100 Detransitioners. Arch Sex Behav. 2021 Nov;50(8):3353-3369. doi: 10.1007/s10508-021-02163-w. Epub 2021 Oct 19. PMID: 34665380; PMCID: PMC8604821.

Pereyra Pacheco B, Méndez Ribas JM, Milone G, Fernández I, Kvicala R, Mila T, Di Noto A, Contreras Ortiz O, Pavlovsky S. Use of GnRH analogs for functional protection of the ovary and preservation of fertility during cancer treatment in adolescents: a preliminary report. Gynecol Oncol. 2001 Jun;81(3):391-7. doi: 10.1006/gyno.2001.6181.

Rew L, Young CC, Monge M, Bogucka R. Review: Puberty blockers for transgender and gender diverse youth-a critical review of the literature. Child Adolesc Ment Health. 2021 Feb;26(1):3-14. doi: 10.1111/camh.12437.

Russell ST, Pollitt AM, Li G, Grossman AH. Chosen Name Use Is Linked to Reduced Depressive Symptoms, Suicidal Ideation, and Suicidal Behavior Among Transgender Youth. J Adolesc Health. 2018 Oct;63(4):503-505. doi: 10.1016/j.jadohealth.2018.02.003.

SAMHSA. Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth [Internet]. 2015 [cited 2023Jan31]. Available from: https://store.samhsa.gov/sites/default/files/d7/priv/sma15-4928.pdf

Schünemann H, Brożek J, Guyatt G, Oxman A, editors. GRADE handbook for grading quality of evidence and strength of recommendations. Updated October 2013. The GRADE Working Group, 2013. Available from guidelinedevelopment.org/handbook.

Tordoff DM, Wanta JW, Collin A, Stepney C, Inwards-Breland DJ, Ahrens K. Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. JAMA Netw Open. 2022;5(2):e220978. doi:10.1001/jamanetworkopen.2022.0978

Turban JL, King D, Kobe J, Reisner SL, Keuroghlian AS. Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS One.

2022 Jan 12;17(1):e0261039. doi: 10.1371/journal.pone.0261039. PMID: 35020719; PMCID: PMC8754307.

van der Loos MATC, Hannema SE, Klink DT, den Heijer M, Wiepjes CM. Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands. Lancet Child Adolesc Health. 2022 Dec;6(12):869-875. doi: 10.1016/S2352-4642(22)00254-1.

Van der Miesen AI, Steensma TD, de Vries AL, Bos H, Popma A. Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared with Cisgender General Population Peers. Journal of Adolescent Health 2020 Jun;66(6):699-704.

World Health Organization. Gender incongruence and Transgender Health in the ICD. Updated 2022. Available from: https://www.who.int/standards/classifications/frequently-asked-questions/gender-incongruence-and-transgender-health-in-the-icd