# EXHIBIT 7

Journal of Adolescent Health 71 (2022) 251–253



JOURNAL OF
ADOLESCENT
HEALTH

www.jahonline.org

Commentary

# Scientific Misinformation and Gender Affirming Care: Tools for Providers on the Front Lines



Meredithe McNamara, M.D., M.S. [a,\*], Christina Lepore [a], Anne Alstott, J.D. [b], Rebecca Kamody, Ph.D. [a], Laura Kuper, Ph.D. [c], Nathalie Szilagyi, M.D. [a], Susan Boulware, M.D. [a], and Christy Olezeski, Ph.D. [a]

[a] *Yale University School of Medicine, New Haven, Connecticut*
[b] *Yale University School of Law, New Haven, Connecticut*
[c] *University of Texas, Southwestern, Dallas, Texas*

In the United States, over 20 bills that criminalize the standard of care for gender-diverse youth have been recently introduced in the state legislatures and three have passed [1]. In these states, practitioners may face loss of licensure or imprisonment, while parents or legal guardians (henceforth referred to as "guardians") may face child abuse investigations and family destruction [1,2]. The courts have enjoined the enforcement of these laws, but litigation is ongoing, and may negatively shape public opinion.

State legislatures have proved fertile ground for the intentional misrepresentation of gender-affirming care (GAC) [2]. Elected officials rarely offer scientific, peer-reviewed sources in anti-GAC bills. In fact, legislators now cite anti-LGBTQ political organizations as medical authorities, including the American College of Pediatricians [2,3]. To the lay public, this group is easily confused with the international authority on pediatric care, the American Academy of Pediatrics [4]. This is one tactic among many used to distort the truth about GAC.

Up to 10% of youth express some degree of gender expansivity and about 1.8% identify as transgender [5]. All providers working with children and adolescents care for transgender or gender expansive (TGE) youth, but knowledge gaps and low comfort levels with GAC are common [6,7]. Legally codified misinformation presents an additional challenge to those on the front lines of clinical care. In this commentary, we identify and correct misconceptions that providers may encounter in this new sociopolitical climate.

## What is Gender-Affirming Care?

GAC is a biopsychosocial model of care for those who experience gender dysphoria. For youth, the course of treatment is an individualized process guided by the patient's needs and guardian consent. Interdisciplinary providers use clinical practice guidelines developed by the World Professional Association of Transgender Health (WPATH) and the Endocrine Society [8,9]. Social transition, an aspect of GAC, affords TGE individuals the same gender affirmation that cisgender persons enjoy. It includes the use of pronouns and a chosen name, as well as adoption of hairstyle and clothing that reflect one's gender identity. Medical GAC may include any combination of treating comorbid mental health conditions, suppressing menses, pausing puberty, administering exogenous sex hormones, and surgery [8,9]. This care depends on one's age, physical development, and desired gender expression.

## Misconception: This is Just a Mental Health Disorder. Shouldn't Kids Just Go to Therapy?

*Recent legislation falsely claims that gender dysphoria is a psychiatric problem that psychotherapy alone can treat*

The World Health Organization and the American Psychiatric Association no longer classify gender dysphoria as a mental health disorder [10,11]. Rather, it is described as the distress of living with physical characteristics that do not align with one's gender identity, worsened by nonaffirming social factors [10]. Supportive mental health services can foster resilience in a hostile and transphobic climate, but are often inadequate alone. Body dissatisfaction, which intensifies as puberty progresses, is the root cause of gender dysphoria [11].

Thus, puberty blockers and gender-affirming hormones have an independent and positive impact on mental health [12–14]. Over one year, TGE youth who received medical GAC experienced 60% lower odds of depression and 73% lower odds of suicidality [12]. A multifaceted approach that includes social support, mental health care, and medical GAC optimizes the wellness of TGE youth [15].

**Conflicts of interest:** The authors have no conflicts of interest to disclose. There was no funding for this work.
\* Address correspondence to: Meredithe McNamara, M.D., M.S., 789 Howard Avenue, Dana Clinic Building Basement, DC-014, New Haven, CT 06519.
*E-mail address:* meredithe.mcnamara@yale.edu (M. McNamara).

1054-139X/© 2022 Society for Adolescent Health and Medicine. All rights reserved.
https://doi.org/10.1016/j.jadohealth.2022.06.008

252                                   M. McNamara et al. / Journal of Adolescent Health 71 (2022) 251–253

### Misconception: Gender Dysphoria is a Phase and Most Youth Change Their Minds

*Recent legislation falsely asserts that most cases of gender dysphoria spontaneously resolve without treatment, otherwise termed "desistance."*

Well-regarded research describes diverse experiences that do not support this claim [16,17]. The vast majority of TGE youths who transitioned socially remain stable in their gender identity during adolescence [16]. Likewise, most adolescents who receive hormone therapy for gender dysphoria continue to use these medications in adulthood [8]. Post-GAC regret is rare, occurring in approximately 0.3% of individuals [18].

### Misconception: Children are Started on These Medications when They are Too Young

*Legislation has falsely asserted that pubertal blockade and exogenous sex hormones are administered in pre-pubertal children*

Pubertal blockade is not indicated before puberty [2]. No authoritative protocol recommends use of gonadotropin hormone-releasing hormone agonists until an individual has reached a sexual maturity rating of two or three [8,9]. Exogenous sex hormones are not used until an adolescent has undergone an extensive informed consent process with a guardian [8,9].

### Misconception: Children and Teens are Undergoing Gender Re-assignment Surgery

*Recent legislation has misrepresented the timing of surgical practices*

Current standards of care do not recommend genital surgery until the individual has reached the age of legal majority [8,9]. Per WPATH guidelines, mastectomy, i.e, "top surgery", can be pursued beginning at age 16 if the individual's degree of dysphoria warrants this procedure. Similarly, the Endocrine Society recommends gender-affirming mastectomy only when a health care provider deems it developmentally appropriate [9].

### Misconception: GAC is Experimental and Unsafe

*Recent legislation has falsely claimed that GnRH agonists and exogenous sex hormones are associated with adverse health outcomes, such as reduced bone density, venous thromboembolism, cardiovascular disease, and cancers*

WPATH and Endocrine Society guidelines have been in use for over three decades and are updated regularly by expert committees [8,9]. These documents have evolved over time to minimize risk and incorporate new research. Providers may consult an in-depth analysis of rebutting claims regarding specific health risks [2].

All medical treatments carry risks. The decision to pursue such treatment rests on informed consent and shared decision-making between the provider, patient, and, in the case of minors, their guardian. TGE individuals, who are historically marginalized and avoid stigmatizing health care settings, may enjoy the health benefits of preventive services when they receive GAC [19,20].

### Misconception: Puberty Blockers and Hormones Cause Infertility

*Recent legislation falsely asserts that medical aspects of GAC constitute sterilization of children and teens*

Puberty blockers stall development of secondary sex characteristics and limit reproductive capacity while in use. When stopped, the effects are fully reversible and sexual development catches up to chronological age quickly [21–24]. Fertility in the setting of exogenous estradiol and testosterone is an area of emerging research. These medications do impact fertility while in use, but ovulation and spermatogenesis persist to some degree [25]. Contraception and counseling about the risk of unintended pregnancy should be offered to all TGE youth who do not desire pregnancy [8,9]. Youths with ovaries and uteri are capable of pregnancy, especially in the early stages of GAC, and must receive appropriate contraception counseling. Exogenous sex hormones may affect fertility and thus, providers can assess long-term reproductive desires and offer sperm or oocyte cryopreservation [26,27].

### Misconception: the Risks of Adolescent Suicide and Other Mental Health Issues are Overstated. In Fact, Transition Likely Increases Suicide in Adults

*Recent legislation either omits or minimizes the risk of suicide and other adverse mental health outcomes, such as eating disorders. Misrepresentation of a single older study has led to false claims that gender affirming care causes suicide*

In the current social climate, TGE youth face high rates of adverse mental health outcomes, the most concerning of which is suicide. Of those who do not receive timely GAC, 40%–60% may attempt suicide, and the completion rate is not well known [5,28]. Body dissatisfaction related to gender is correlated with disordered eating, whereby food restriction and low body weight may forestall distressing physical change [29–32]. Comorbid eating disorders and gender dysphoria are associated with up to a 75% risk of suicidality [29]. Medical aspects of gender-affirming care have a distinct impact on reducing suicidal ideation and remission of eating disorders [13,22,33].

A causal relationship between gender-affirming care and suicide has been falsely inferred from a single Swedish study from 2003, which reported higher suicide rates in TGE versus cisgender adults [34]. Authors of this study carefully stated that their research offered no explanation for this observation [34]. Experts contend that pervasive transphobia threatens the mental and physical well-being of TGE persons [4]. Hostile legislation and misconceptions about GAC perpetuate this harm [35,36].

### Misconception: Youth are Too Young to Engage in Medical Decision-making

*Legislation falsely asserts that minors provide consent for GAC*

Current guidelines describe a rigorous informed consent process, whereby the guardians of TGE youth below the legal age of majority are involved in all aspects of medical decision-making [8,9]. Minors provide assent and guardians provide consent. A strong therapeutic alliance must be cultivated between health care providers, TGE youth, and their guardians to

explore all therapeutic options, including no intervention, and their respective benefits and risks.

### Misconception: Guardians, Providers, and Social Media Pressure Young People into Transition

*This misconception appears throughout the language of recent legislation, which falsely asserts that TGE youth have been coerced into expressing an alternative gender identity*

In fact, children and teens lead the process of social transition with adequate social support [37]. TGE adolescents report diverse experiences on social media. Social media may provide a sense of community to gender-diverse youth and information about how to access GAC, but has not been found to influence a young person's gender identity [38,39].

### Conclusion

The American Medical Association, the American Academy of Pediatrics, the American Psychiatric Association and at least 18 other major medical societies with international memberships endorse the safety and importance of GAC and have joined advocacy actions to protect TGE youth [4,40,41]. Providers on the front lines must be emissaries of these strong supportive stances and amplify the facts about GAC. Legislative endorsement of misinformation harms and invalidates all TGE youth [35,36]. Our patients are watching to see how we protect their right to exist and we cannot let them down.

### References

[1] Gordon CM. Caught in the Middle: The care of transgender youth in Texas. Pediatrics 2022;149. e2022057475.
[2] Boulware S, Kamody R, Kuper L, et al. Biased science: The Texas and Alabama Measures criminalizing medical treatment for transgender children and adolescents rely on Inaccurate and Misleading scientific claims. Available at: https://medicine.yale.edu/childstudy/policy/lgbtq-youth/. Accessed May 5, 2022.
[3] Southern Poverty Law Center. Anti-LGBTQ hate groups. Available at: https://www.splcenter.org/fighting-hate/extremist-files/groups?f%5B0%5D=field_ideology%3A1812022. Accessed May 20, 2022.
[4] Rafferty J, et al, Committee on Psychosocial Aspects of Child and Family Health; Committee on Adolescence; Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. Ensuring Comprehensive care and support for transgender and gender-diverse children and adolescents. Pediatrics 2018;142.
[5] Johns MM, Lowry R, Andrzejewski J, et al. Transgender identity and experiences of Violence Victimization, Substance Use, suicide risk, and sexual risk Behaviors among high School students - 19 states and Large Urban School Districts, 2017. MMWR Morb Mortal Wkly Rep 2019;68:67–71.
[6] Greene MZ, France K, Kreider EF, et al. Comparing medical, dental, and nursing students' preparedness to address lesbian, gay, bisexual, transgender, and queer health. PLoS One 2018;13:e0204104.
[7] Korpaisarn S, Safer JD. Gaps in transgender medical education among healthcare providers: A major barrier to care for transgender persons. Rev Endocr Metab Disord 2018;19:271–5.
[8] Coleman E, Bockting W, Botzer M, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. Int J Transgenderism 2012;13:165–232.
[9] Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-dysphoric/gender-Incongruent persons: An Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab 2017;102:3869–903.
[10] Fifth Edition. Diagnostic and statistical manual of mental disorders. Am Psychiatr Assoc 2013;21:591–643.
[11] Kuper LE, Stewart S, Preston S, et al. Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. Pediatrics 2020;145.
[12] Tordoff DM, Wanta JW, Collin A, et al. Mental health outcomes in transgender and nonbinary youths receiving gender-affirming care. JAMA Netw Open 2022;5:e220978.
[13] Turban JL, King D, Carswell JM, et al. Pubertal suppression for transgender youth and risk of suicidal ideation. Pediatrics 2020;145.
[14] Turban JL, King D, Kobe J, et al. Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS One 2022;17:e0261039.
[15] Dolotina B, Turban JL. A Multipronged, Evidence-Based approach to Improving mental. JAMA Network Open 2022;5:e220926.
[16] Olson KR, Durwood L, Horton R, et al. Gender identity 5 Years after social transition. Pediatrics 2022:056082.
[17] Wagner S, Panagiotakopoulos L, Nash R, et al. Progression of gender dysphoria in children and adolescents: A Longitudinal study. Pediatrics 2021:148.
[18] Narayan SK, Hontscharuk R, Danker S, et al. Guiding the conversation-types of regret after gender-affirming surgery and their associated etiologies. Ann Transl Med 2021;9:605.
[19] Clark BA, Veale JF, Greyson D, et al. Primary care access and foregone care: A survey of transgender adolescents and young adults. Fam Pract 2018;35:302–6.
[20] Guss CE, Woolverton GA, Borus J, et al. Transgender adolescents' experiences in primary care: A qualitative study. J Adolesc Health 2019;65:344–9.
[21] Bertelloni S, Baroncelli GI, Ferdeghini M, et al. Final height, gonadal function and bone mineral density of adolescent males with central precocious puberty after therapy with gonadotropin-releasing hormone analogues. Eur J Pediatr 2000;159:369–74.
[22] de Vries AL, Steensma TD, Doreleijers TA, et al. Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. J Sex Med 2011;8:2276–83.
[23] Heger S, Muller M, Ranke M, et al. Long-term GnRH agonist treatment for female central precocious puberty does not impair reproductive function. Mol Cell Endocrinol 2006;254-255:217–20.
[24] Manasco PK, Pescovitz OH, Feuillan PP, et al. Resumption of puberty after long term luteinizing hormone-releasing hormone agonist treatment of central precocious puberty. J Clin Endocrinol Metab 1988;67:368–72.
[25] Neblett MF, Hipp HS. Fertility Considerations in transgender persons. Endocrinol Metab Clin North Am 2019;48:391–402.
[26] Chen D, Simons L, Johnson EK, et al. Fertility Preservation for transgender adolescents. J Adolesc Health 2017;61:120–3.
[27] Lai TC, McDougall R, Feldman D, et al. Fertility counseling for transgender adolescents: A Review. J Adolesc Health 2020;66:658–65.
[28] Connolly MD, Zervos MJ, Barone CJ 2nd, et al. The mental health of transgender youth: advances in understanding. J Adolesc Health 2016;59:489–95.
[29] Duffy ME, Henkel KE, Joiner TE. Prevalence of self-injurious thoughts and behaviors in transgender individuals with eating disorders: A National study. J Adolesc Health 2019;64:461–6.
[30] Guss CE, Williams DN, Reisner SL, et al. Disordered weight management behaviors, nonprescription steroid use, and weight perception in transgender youth. J Adolesc Health 2017;60:17–22.
[31] Coelho JS, Suen J, Clark BA, et al. Eating disorder diagnoses and symptom presentation in transgender youth: A Scoping Review. Curr Psychiatry Rep 2019;21:107.
[32] Avila JT, Golden NH, Aye T. Eating disorder screening in transgender youth. J Adolesc Health 2019;65:815–7.
[33] de Vries AL, McGuire JK, Steensma TD, et al. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014;134:696–704.
[34] Dhejne C, Lichtenstein P, Boman M, et al. Long-term follow-up of transsexual persons undergoing sex reassignment surgery: Cohort study in Sweden. PLoS One 2011;6:e16885.
[35] Hughes LD, Kidd KM, Gamarel KE, et al. "These laws Will Be Devastating": Provider Perspectives on legislation Banning gender-affirming care for transgender adolescents. J Adolesc Health 2021;69:976–82.
[36] Kidd KM, Sequeira GM, Paglisotti T, et al. "This could mean death for my child": Parent Perspectives on laws banning gender-affirming care for transgender adolescents. J Adolesc Health 2021;68:1082–8.
[37] Olson KR, Blotner C, Alonso D, et al. Family discussions of early childhood social transitions. Clin Pract Pediatr Psychol 2019;7:229–40.
[38] Selkie E, Adkins V, Masters E, et al. Transgender adolescents' uses of social media for social support. J Adolesc Health 2020;66:275–80.
[39] Adkins V, Masters E, Shumer D, Selkie E. 80 - Exploring transgender adolescents' use of social media for support and health information seeking. J Adolesc Health 2018;62:S44.
[40] Frontline physicians oppose legislation that Interferes in or criminalizes patient care. American Psychiatric Association; 2021.
[41] Department of Health and Human Services. HHS Notice and guidance on gender affirming care, Civil rights, and patient Privacy. Available at: https://www.hhs.gov/sites/default/files/hhs-ocr-notice-and-guidance-gender-affirming-care.pdf. Accessed May 30, 2022.