# EXHIBIT 10

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

|  |  |  |
|---|---|---|
| BRIANNA BOE, et al., | : | |
|     Plaintiffs, | : | |
| and | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. |
|     Plaintiff-Intervenor, | : | 2:22-CV-000184-LCB-SRW |
| v. | : | |
| Hon. STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, et al. | : | |
|     Defendants. | : | |

---

## EXPERT REBUTTAL REPORT OF
## KENNETH W. GOODMAN, Ph.D., F.A.C.M.I., F.A.C.E.

I, KENNETH GOODMAN, Ph.D., F.A.C.M.I., F.A.C.E., have been retained by counsel for the Plaintiffs in connection with the above-captioned litigation.

1. This declaration provides the following expert opinions which are explained in further detail below:

2. I understand the Vulnerable Child Compassion and Protection Act (the "Act" or "SB 184") prohibits physicians and others in Alabama from causing a transgender young person under the age of 19 to be treated with transition medications. I further understand that a violation of the Act exposes healthcare providers and others in Alabama to criminal and civil liability.

3.   I am a bioethicist with substantial experience reviewing practice guidelines—including those involving pediatric conditions—that inform clinical work and valid consent processes carried out in that same medical, clinical setting. The criticism proffered by defendants' experts around conflicts of interest in WPATH's guideline revision process Standard of Care Version 8 ("SOC-8") is misguided.  Similarly, their approach to, or understanding of, what informed consent and minor assent entail in the process of receiving medical care largely departs from widely accepted practice standards.

## BACKGROUND AND QUALIFICATIONS

4.   I am the founder and director of the University of Miami Miller School of Medicine's Institute for Bioethics and Health Policy and the co-founder and director of the University's Ethics Programs.  I direct the Florida Bioethics Network and chair the UHealth/University of Miami Hospital Ethics Committee as well as the Adult Ethics Committee for Jackson Memorial Health System.

5.   I am a full Professor of Medicine with tenure at the University of Miami, with additional appointments in the Department of Philosophy, the Department of Public Health Sciences, and the School of Nursing and Health Studies.  My responsibilities include teaching ethics to medical students and trainees and providing continuing education in medical ethics to health professionals at the University of Miami and elsewhere.

6.   I received my PhD in Philosophy in 1991 from the University of Miami. I submit this report as an expert in the field of bioethics, specifically on the issues of conflicts of interest and informed consent and assent.  A full list of my credentials, experience, and publications is in my *curriculum vitae*, which is attached to this report as **Exhibit A**.  All institutional affiliations and positions listed here and in my *curriculum vitae* are purely and exclusively for the sake of identification and to demonstrate expertise.  The views expressed herein are mine alone.

7.   I have extensive experience as a bioethicist.  Such scholars examine the ethical issues that arise in medicine and life sciences.  In addition to my research and publications outlined in my *curriculum vitae*, I am responsible for providing clinical consulting services to providers across the entire Jackson and University of Miami Health Systems.  All told, I provide consulting services for pediatric care to three hospitals.  The purpose of these consultations is to help clinicians make decisions concerning patient care in cases that present unique or challenging ethical issues.

8.   I have knowledge of matters stated in this report.  My expert opinions are based on my education, training, research, and decades of experience as a teacher and medical ethicist, as well as my attendance at and participation in conferences relating to bioethics, and my ongoing review of the relevant professional literature

on the subject.  I also relied on my years of research and publication in the field of medical ethics.

9.   In preparing this declaration, I reviewed the Vulnerable Child Compassion and Protection Act and the reports of James Cantor, Ph.D., Farr Curlin, M.D., Kristopher Kaliebe, M.D., Michael K. Laidlaw, M.D., and Geeta Nangia, M.D.

10. I am not being compensated for offering opinions in this report.

11. I previously testified as an expert at trial or by deposition in the following cases:  *Adams & Boyle, P.C., et al. v. Herbert H. Slattery, III, et al.*, Case No. 3:15-cv-00705 (Middle Dist. TN); *Gainesville Woman Care, LLC, et al. v. State of Florida, et al.*, Case No. 37 2105 CA 001323 (Circuit Court, Leon County); and *Doe v. Ladapo*, 4:23-CV-00114-RH-MAF (N.D. Fla.).

## CONFLICTS OF INTEREST IN THE DEVELOPMENT OF CLINICAL PRACTICE GUIDELINES

12. Competing or conflicting interests often arise during the process of forming or creating bodies to draft clinical practice guidelines, and in the drafting process itself.  This is generally because some or many qualified experts receive research support, provide compensated consulting services, or otherwise have a financial interest in an entity that manufactures a drug or device that is addressed by the guidelines.  The issue that arises is whether those financial interests would

cause the experts' opinions to be biased in favor of the entity. Such conflicts require some form of management by the institution issuing the guidelines.

13. **_Financial conflicts._**  Relevant here, "conflict of interest" primarily refers to those related to financial relationships. Such conflicts arise when designated officials reasonably determine that a participant's financial interest is both related to the institution-supported guideline development _and_ would directly and significantly bias the design, conduct, or reporting of the practice guidelines.[1] Such conflict can be imputed to a participant from a spouse, minor children, general partner, or organization in which the participant serves in an official capacity, or an organization with which the participant is negotiating for prospective employment.[2]

14. An actual conflict occurs when an individual personally and substantially participants in the matter which directly and predictably affects their financial interests.[3] An _apparent_ conflict arises if the circumstances around an individual involved in a matter and their relationships with outside parties are such that their

---

[1] _See, e.g._, Conflicts of Interest, Nat. Instit. of Health ("NIH") Ethics Program, https://ethics.od.nih.gov/coi; Financial Conflict of Interest, NIH Grants & Funding, https://grants.nih.gov/grants/policy/coi/index.htm#highlights; Conflicts of Interest, United States Nat. Science Foundation, https://www.nsf.gov/policies/conflicts.jsp.
[2] Conflicts of Interest, NIH Ethics Program, _supra_ note 1.
[3] _Id._

impartiality could be reasonably questioned.[4]  In both situations, the issuing

institutional official may conclude that a conflict can be adequately managed.[5]

15. Some financial interests may be managed or are not significant enough to

support a reasonable concern of bias.  For instance, many institutions manage

conflicts by requiring disclosure of the value or percentages of stock shares held by

an individual, and if the disclosure is made and the interest is under a previously

established threshold, the individual may be permitted to serve as a participant in

the guideline development or revision.  Some institutions might require that

consulting income, for instance, be reduced.

16. In preparing for guideline development, the institution would have a

policy in place to identify and manage conflicts of interest for the drafting process

of the practice guideline.  This includes requiring disclosure of potential conflict

information to foster transparency.  A process of managing actual and apparent

conflicts ought to be established.  As necessary and appropriate, procedures would

be established to require recusal by the participant from guideline development

activities.  It is important that necessary parties are trained to understand the

institution's conflict of interest policy and process, enforce it when appropriate,

and maintain relevant records.

---

[4] *Id.*
[5] *Id.*

17. Clinical practice guidelines are often published by medical associations or bodies with a focus on the particular field of medicine and authored by practitioners with relevant experience in the specific field of medicine involved. Indeed, it would be peculiar if any guideline-producing entity did not comprise experts in the field addressed by the entity's guidelines.  As regards to practice guidelines for treating rare pediatric cancers, for example, it is essential that those who are debating and drafting guidelines understand the science and practice of treating the maladies.  Cardiologists are involved in the development of practice guidelines for cardiology; oncologists help author practice guidelines for treating different types of cancers; hepatologists draft guidelines for treating liver disease. Having no specialized and competent practitioners on the subject matter of a guideline would subvert and undermine the very idea of a practice guideline.

18. The notion that such experts manifest an "associational conflict" (*cf.* Cantor Suppl. Report, VII, p. 42) is apparently not recognized in the professional literature, in standards for guideline development, or in any reasonable critique of guideline development.

19. Furthermore, it is my understanding that WPATH does not compensate participants on the guideline revision committee for SOC-8.  Being a treating physician of gender dysphoria cannot, as explained above, create a conflict of interest while serving on such a committee.  Indeed, it is illegitimate and

contradictory to assert that medical expertise in any field renders one inappropriate to contribute to the production of practice guidelines for that field.

20. The costs of treatment for gender dysphoria, like the treatment of other medical conditions, are often covered by insurance companies.  Transition medications for gender dysphoria are medically necessary for a particular patient being treated; that practice guidelines exist does not establish such necessity.  In fact, it would be a failure of a practice guideline if it were to recommend treatment for a medical condition that cannot be deemed medically necessary for purposes of insurance coverage.  Put differently, the treatment's medical necessity was established antecedent to the guideline.  This is in part a relic of a healthcare system in which medical treatment is contingent on a patient's ability to pay for that treatment.  Well-crafted guidelines are intended to facilitate access to proper administration of medical treatment, not to increase or decrease use of medication or any associated intervention.  To suggest otherwise is to call into question the purpose and credibility of all practice guidelines.

21. *"Intellectual" conflict.*  The scholarly and scientific literature recognizes three kinds of conflict that might engender bias:  conflicts of interest, as discussed above; conflicts of commitment; and conflicts of conscience.  Conflicts of commitment are generally those that arise when an employee of one entity takes on duties for another.  A lawyer with Firm A, a professor at University X, or a

8

scientist at company Z might have such a conflict if they take on cases for another firm, courses for another university, or research with another company.  A conflict of conscience arises when a moral, political, or social position might introduce bias in any work product.  The idea of an "intellectual conflict" is not established in the literature.

22. Nevertheless, Dr. Cantor opines that WPATH did not screen for "intellectual" conflicts of interest of those who participated in developing SOC-8. (Cantor Suppl. Report, VII, p45).  He specifically alleges that WPATH disregarded extensive "intellectual" conflicts, that is, disregarding a participant's prior publications of a systematic review or study, public declaration of a firm opinion, or professional affiliations.  (*Id.* ¶ 116 ff).  As discussed above, being a provider for the treatment for gender dysphoria does not preclude one from participating in guideline development for that treatment.  A conflict of conscience would only arise if members of a guideline organization allow a moral, political, or social view or position to shape or alter their contribution to the guideline process.  It does not arise where individuals involved in guideline development rest their positions on research studies and clinical observations.

23. Dr. Cantor also notes that a perception of bias can undermine confidence in guideline trustworthiness and public trust in science. (Cantor Suppl. Report ¶ 117).  Indeed, the perception of bias can undermine public confidence and trust;

but nothing in the Cantor report supports the allegation that WPATH guidelines, members, or development processes have any features, traits, or characteristics that would support such an inference.

24. What is of paramount importance for a contributor to a clinical practice guideline is that, in parallel with the role and duties of a physician, the contributor is seeking and working in support of the best interest of their patients and the patient population, guided by the evidence and available, effective treatment.  It is only when that interest diverges that a conflict of conscience might occur.

25. Similarly, Dr. Curlin's assertion that there is no "basis to assert that it is unethical to withhold MGT[6] from minors in a clinical setting *outside* the context of formal clinical experimentation" (Curlin Suppl. Report ¶ 17) is misguided.  This assertion is based on critique that (i) because the research requirement of cognitive neutrality or "equipoise" has meant that "it is not possible to conclude . . . that MGT is on the whole beneficial" and (ii) therefore the research is not dispositive, a licensed physician may choose not to care for someone with gender dysphoria.  If that perspective is accepted as one that is ethically permissible, however, it would enable physicians to walk away from many children with rare diseases—diseases for which the evidence base is similarly growing.

---

[6] "MGT" is an acronym for "medicalized gender treatment."  The term implies criticism and is not in general use in the medical community.

## MINOR ASSENT IS NOT TANTAMOUNT TO
## ADULT INFORMED CONSENT

26. "Informed consent" names the ethical and legal obligation of health care professionals to ensure that certain fundamental requirements are met before patients participate in research or undergo medical treatments.  There are three components:

- The patient must receive adequate information about the treatment, including its risks, likely benefits, and accepted alternatives;

- The patient must have the mental capacity to understand and appreciate the information as provided; and

- The patient's agreement to receive the treatment must be voluntary—that is, free of coercion or undue influence.

27. All three components apply, meaning that the term "valid consent" is more accurate than "informed consent" because, for instance, a patient might be adequately informed but lack the mental capacity to consent.  Although there is disagreement and controversy on some subjects within the field of bioethics, these standards for valid consent are not subject to dispute: they are universally accepted as core components of medical practice and research.  The fundamental idea is that every mature person who is capable of making decisions should have the right to decide what should be done to their body.

28. This principle is at the foundation of uncontested national and international recognition of rights to self-determination and personal autonomy. The medical ethics literature is unequivocal on this point.[7]

29. Valid consent is context specific.  Physicians, allied health professionals, patients, and the precise medical services under consideration will all vary greatly, and, together, for each patient, form an individualized pattern—a "clinical fingerprint."  There is wide variety in, for instance, physicians' communication styles; patients' health histories, medical needs, previous experience in medical settings, ability to travel to a health clinic, etc.; and the nature and risks of the treatments themselves.

30. In medical ethics, minor assent derives from human-subjects research and the codified recognition that children ought to be able explicitly to express their willingness to participate in research.[8]  It can also be useful in clinical contexts in understanding a minor's willingness to receive certain medical care.

---

[7] *See, e.g.*, Gert, B., Culver, C.M., and Clouser, K.D. 2006. *Bioethics: A Systematic Approach*. New York: Oxford University Press, esp. Ch. 9, pp. 213 ff.; Beauchamp, T.L, Faden, R.R. Informed Consent, I. History of informed consent, and II. Meaning and elements, in Jennings, B., ed., *Bioethics*, 4th Edition. Farmington Hills, MI: Macmillan Reference USA, 2014, Vol. 3, pp. 1673–87; Berg, Jessica W., Paul S. Appelbaum, Charles W. Lidz, and Alan Meisel. 2001. *Informed Consent: Legal Theory and Clinical Practice*. 2nd ed. New York: Oxford University Press; Dworkin, Gerald. 1988. *The Theory and Practice of Autonomy*. Cambridge: Cambridge University Press. Faden, Ruth R., and Tom L. Beauchamp. 1986. *A History and Theory of Informed Consent*. New York: Oxford University Press; Goodman KW. *Ethics and Evidence Based Medicine: Fallibility and Responsibility in Clinical Science*, Cambridge: Cambridge University Press, 2003.
[8] 45 C.F.R. § 46.402(b).

Assent is different from informed consent in that consent necessarily entails the communication of adequate and understandable information, capacity and voluntariness, conditions which do not apply in many pediatric contexts.  It is precisely for this reason that parents or guardians customarily must consent for children's medical treatment.

31. Any lack of randomized control trials in the area of transgender medicine for adolescents no more makes it impossible to obtain informed parental consent to this treatment than for any other rare pediatric malady.  To be sure, more research generally improves the consent process, but to suggest that a paucity of research alone invalidates all other knowledge acquired by clinicians would undermine pediatric care across the specialties.

32. Defendants' experts suggest that (i) minors lack the intellectual maturity to comprehend that the decision to obtain gender-affirming care might affect future reproductive health, (ii) adolescents tend to have increased rates of risk-taking behavior, (iii) and some adolescents' sense of urgency stems from hypersensitivity to reward.  (Curlin Suppl. Report ¶ 73; Laidlaw Suppl. Report ¶ 59).  They also suggest that external influences limit a minor's voluntariness and that the long-term effects of medical interventions and co-occurring mental health issues establish insurmountable barriers to valid parental consent.  (Curlin Suppl. Report ¶¶ 79–84; Nangia Report ¶¶ 71–73, 120).

33. These objections are red herrings.  It can be agreed that immaturity can hinder understanding—but it is precisely because of this concern that we have evolved the standard of seeking parental consent for medical treatment of minors. These suggestions have the effect of alleging that the parents of adolescents are similarly incompetent to consent to treatment they, the parents, believe to be in their children's best interest.  There is no sound basis for this allegation.

34. Defendants' experts further suggest that for a parent to consent to non-emergency treatments that affect the rest of a minor's life is a violation of a minor's future right to autonomy.  (Nangia Report ¶ 134).  That assertion ignores that the failure to treat gender dysphoria predictably causes serious and lasting harm, and that the impact of such harm can similarly affect the rest of a minor's life.  This concern does not undermine the consent/assent process or justify a ban restricting access to medical treatment.

Executed on April 1, 2024, in Miami, Florida.


_____

Kenneth W. Goodman, PhD

# EXHIBIT A

**UNIVERSITY OF MIAMI**
Curriculum Vitae

1. Date: February 19, 2024

**I. PERSONAL**

2. Name: Kenneth W. Goodman
3. Phone:
4. Office Phone:
5. Home Address:
6. Current Academic Rank:  Professor (as of June 1, 2008; tenure awarded June 1, 2003)
7. Primary Department:  Medicine
8. Secondary or Joint Appointments:  Philosophy, Public Health Sciences, Health Informatics, Electrical and Computer Engineering, Nursing and Health Studies, Anesthesiology
9. Citizenship: USA
10. Visa Type: NA


**II. HIGHER EDUCATION**

11.  Institutional:
- Department of Philosophy, University of Miami, Ph.D., 1991 (Dissertation: "Progress and Truth in Science").
- Department of Language and Linguistics, University of Essex, Colchester, United Kingdom, M.A., 1982.   Program in theoretical linguistics; degree conferred with distinction. (Thesis: "Linguistics and Indeterminacy.")
- Department of Journalism and Communication, University of Florida, B.S., 1975. Degree conferred with high honors.

12. Non-Institutional: NA
13. Certification, licensure: National Incident Management System, Emergency Management Institute, FEMA, "An Introduction," March 10, 2014.

**III. EXPERIENCE**

**14. Academic:**

University of Miami Bioethics Program, founder and director, 1991-present. Program redesignated April 2015 as University of Miami Miller School of Medicine Institute for Bioethics and Health Policy

University of Miami Ethics Programs, co-founder and co-director, 1991-present

World Health Organization Collaborating Centre in Ethics and Global Health Policy, director, 2008-present

Faculty Member, Sylvester Comprehensive Cancer Center, 2010-present

Advisory Board, University of Miami Global Health Studies Program, 2019-present

University of Manchester, UK, Civic Data Identity Partnership (CDIP) Advisory Board, 2020-2021

U.S. Centers for Disease Control and Prevention, Ethics Subcommittee of the Advisory Committee to the Director, member, 2011-2013 (committee dissolved May 2013). Public Health Ethics Collaboration Steering Group, member, 2012-2013

Adjunct Professor of Medicine, Florida International University, 2009-2012 (designed and delivered medical ethics course to FIU students)

Director, Florida Bioethics Network, 2004-present

University of Miami/NIEHS Marine and Freshwater Biomedical Science Center, center investigator, 2001-2003

University of Miami Pan American Bioethics Initiative; founder and director; 1994-present

Member, Course Developers' Group, Comprehensive Institutional Training Initiative (CITI), 2004-2013. Member, CITI Executive Advisory Board, 2006-2012

University of Miami Minority Science Outreach Programs; director; 1994-1998

University of Miami School of Medicine, Department of Medicine; adjunct and joint appointments; 1991-Present

University of Miami College of Arts and Sciences, Department of Philosophy; adjunct and joint appointments; 1991-Present

University of Miami Hospital and Clinics / Sylvester Comprehensive Cancer Center; Director, Clinical and Research Ethics Education; 1995-Present

University of Miami School of Medicine, Division of Minority Affairs, Health Careers Opportunity Program summer faculty, 1999-2003

University of Miami School of Medicine, Division of Minority Affairs, Minority Students Health Careers Motivation Program summer faculty, 2000-2003

Markle Foundation, New York and Washington, D.C., Connecting for Health, Personal Health Technology Council member, 2005-2007

American Society for Bioethics and the Humanities, member, Web Editorial Board, 1998-2001

Barry University, School of Graduate Medical Sciences, Physician Assistant Program, CAAHEP Self Study Advisory Committee, 1998-2000

American College of Epidemiology. As consultant to Ethics and Standards of Practice Committee, developed a "Review and analysis of key documents on ethics and epidemiology," 1993-1994

Carnegie Mellon University, Center for the Advancement of Applied Ethics, Pittsburgh; research associate; 1989-1995

Carnegie Mellon University, Computer Science Department, Center for Machine Translation; research editor; December 1988-August 1991

University of Pittsburgh School of Medicine, Center for Medical Ethics, clinical ethics training program,; adjunct faculty and associate; May 1990-July 1991

Duquesne University, Pittsburgh Department of Communication; adjunct faculty; August 1988-May 1991

School of Business and Administration, Duquesne University, Pittsburgh; adjunct faculty; June to July 1991

University of Miami School of Medicine, Health and Human Values Program; adjunct assistant professor; August 1987 to June 1988

University of Miami College of Arts and Sciences, Department of Philosophy; graduate teaching assistant; September 1983-May 1987

Bethune-Cookman College, Daytona Beach, Florida; journalism instructor and student-newspaper adviser, September 1979 to March 1981

**15. Hospital Appointments**

Founder and chair, University of Miami Hospital Ethics Committee, 2012-present.

Member and Vice Chair, University of Miami Hospital and Clinics / Sylvester Comprehensive Cancer Center Ethics Committee, 1995-2014.

Member, Jackson Memorial Hospital Adult Ethics Committee, 1993-present. Chair as of August 2007.

Member, Jackson Memorial Hospital Pediatric Ethics Committee, 1994-present.

Member, VAMC Miami Ethics Committee, 1994-2003.

**16. Non-academic:**

Consultant to and educator for various health care organizations and professional organizations, including Nicklaus Children's Hospital, Alpha-1 Foundation, etc.

**17. Military:** NA

## IV. PUBLICATIONS

**18: Books and monographs published**

*Books*

1. Goodman KW. *Ethics, Medicine and Information Technology: Intelligent Machines and the Transformation of Health Care.* Cambridge: Cambridge University Press, 2016.

2. de Velasco RE, Fiore RN, Goodman KW, Moseley R, Spike J, Weldon KM, eds. *Guidelines for Ethics Committees: A Resource for Hospitals, Nursing Homes and Hospices.* Miami: The Florida Bioethics Network, 2011.

3. Goodman KW, ed. *The Case of Terri Schiavo: Ethics, Politics and Death in the 21st Century:* Oxford: Oxford University Press, 2010.

4. Goodman KW. *Ethics and Evidence-Based Medicine: Fallibility and Responsibility in Clinical Science*, Cambridge: Cambridge University Press, 2003.

5. Anderson JG, Goodman KW. *Ethics and Informatics: A Case-Study Approach to a Health System in Transition.* New York: Springer Verlag, 2002. Portions adapted as part of "Toward Striking a Balance in Bioinformatics," American Medical Association's online Virtual Mentor, Genethics, March 2001 (http://virtualmentor.ama-assn.org/2001/03/gnth1-0103.html).

6. Goodman KW, ed., *Ethics, Computing and Medicine: Informatics and the Transformation of Health Care*. New York and Cambridge: Cambridge University Press, 1998. Translated into Italian by Eugenio Santoro as Etica, Informatica e Medicina: L'informatica e la transformazione dell'assistenza sanitaria, Rome: Il Pensiero Scientifico Editore, 1999. Translated into Japanese by Itai Takashi as 医療IT化と生命倫理 報ネットワーク社会における医療現場の変容,Kyoto: Tankobon, 2009 (ISBN  4790713865, 978-4790713869). See also chapters, below**.**

7. Coughlin S, Soskolne C, Goodman KW. *Case Studies in Public Health Ethics*. Washington, D.C.: American Public Health Association, 1997. Translated into Mandarin by Xiao Wei as 公共健康伦理学案例研究, Beijing: People's Publishing House 2008 (ISBN 978-7-01-006666-0, R1-05/K584 ).

8. Goodman KW, Nirenburg S, eds. *The KBMT Project: A Case Study in Knowledge-Based Machine Translation*. San Mateo, Calif: Morgan Kaufmann, 1991.

9. Nirenburg S, Carbonell J, Tomita M, Goodman KW.  *Machine Translation: The Knowledge-Based Approach*, San Mateo, Calif.: Morgan Kaufmann, 1991.

*Chapters*

1. Korngiebel DM, Solomonides A, Goodman KW. Ethical and Policy Issues. In Cohen TA, Patel VL, Shortliffe EH, eds., *Intelligent Systems in Medicine and Health: The Role of AI*. Cognitive Informatics in Biomedicine and Healthcare series. Cham: Springer Nature 2022, pp. 505-525.

2. Goodman KW. Confidentiality and Privacy: Traditional Concerns and Digital Challenges. In Hester DM, Schonfeld TL, eds., *Guidance for Healthcare Ethics Committees,* Second Edition, Cambridge: Cambridge University Press, 2022, pp. 85-94.

3. Goodman KW, Miller RA. Ethics in biomedical and health informatics: Users, standards, and outcomes. In Shortliffe, EH, Cimino JJ, Chiang MF, eds., *Biomedical Informatics: Computer*

*Applications in Health Care and Biomedicine.* Fifth Edition. Cham, Switzerland: Springer Nature, 2021, pp. 391-423. (Revised from the Fourth Edition, 2014, below).

4.  Goodman KW, Prineas RJ. Ethics curricula in epidemiology. In SS Coughlin, ed., *Ethics and Epidemiology*, Third Edition, Oxford: Oxford University Press, 2021, pp. 223-244. (Substantially revised version of Goodman and Prineas, 2009).

5.  Goodman KW. Bioethics and Precision Medicine: Focus on Information Technology. In Phillips KA, Yamamoto DP, Racz L, eds., *Total Exposure Health: An Introduction,* Boca Raton: CRC Press, 2020, pp. 281-289

6.  Goodman KW, Birnbach DJ. Ethics and plastic surgery practice. In Cohen M, Thaller S, eds., *The Unfavorable Result in Plastic Surgery: Avoidance and Management*, 4th ed., New York: Thieme, 2018, pp. 25-30.

7.  Goodman KW. Ethical and legal issues in decision support. In Berner ES, ed., *Clinical Decision Support Systems: Theory and Practice*, Third Edition. Switzerland: Springer International, 2016, pp. 131-146. (Wholly revised from Second Edition, 2007, below.)

8.  Goodman KW, Meslin EM. Ethics, information technology and public health: Duties and challenges in computational epidemiology. In Magnuson JA, Fu PC, eds., *Public Health Informatics and Information Systems*, Second Edition, London: Springer-Verlag, 2014, pp. 191-209. (Wholly revised from First Edition, 2003, below.)

9.  Goodman KW, Cushman R, Miller RA. Ethics and health informatics: Users, standards, and outcomes. In Shortliffe, EH, et al., eds., *Biomedical Informatics: Computer Applications in Health Care and Biomedicine*. Fourth Edition. New York: Springer, 2014, pp. 329-353. (Wholly revised from the Third Edition, 2006, below).

10. Goodman KW. Ethics and Healthcare: Focus on Information Technology. In McCormick KA, Gugerty B, eds. *Healthcare Information Technology Exam Guide for CompTIA Healthcare IT Technician and HIT Pro Certifications.* New York: McGraw Hill, 2013, 43-59.

11. Goodman KW. Bioética, technología de la información y salud. In Herreros Ruiz-Valdepeñas B, Bandrés Moya F, eds. *Bioética: de la globalización a la toma de decisiones.* Madrid: ADEMAS Comunicación Gráfica, s.l., 2012, 55-60. [Cf. Goodman KW. Bioética e informática de la salud. VI Seminario Internacional e Interuniversitario de Biomedicina y Derechos Humanos, Fundación Tejerina, Madrid, June 24, 2010, below.]

12. Goodman KW. Health information technology and globalization. In Chadwick R, ten Have H, Meslin EM. *Health Care Ethics: Core and Emerging Issues*. Los Angeles: Sage, 2011, 117-125.

13. Ritter IH, Fiore RN, Goodman KW. Justice and vulnerability in human embryonic stem cell research. In H Cheung, ed. *Stem Cell & Regenerative Medicine*. Oak Park, IL: Bentham Scientific Publishers, 2010, pp. 1-8, available at bentham.org/ebooks/9781608050086/contents.htm.

14. Goodman KW. Faculty perspective [on patient confidentiality case]. In Spandorfer J, Pohl CA, Rattner SL, Nasca TJ, eds. *Professionalism in Medicine: A Case-Based Guide for Medical Students*, Cambridge: Cambridge University Press, 2010, 59-60.

15. Goodman KW. Terri Schiavo and the Culture Wars: Ethics vs. Politics.  In Goodman KW, ed. *The Case of Terri Schiavo: Ethics, Politics and Death in the 21st Century:* Oxford: Oxford University Press, 2010, 1-38.

16. Goodman KW. Health priorities, conflict of interest and vulnerable populations: how ethics precedes law in the protection of human subjects. In Lolas F, ed., *Dimensiones Éticas de las Regulaciones en*

*Salud.* Monografías de ACTA BIOETICA No. 3, Centro Interdisciplinario de Estudios en Bioética, Universidad de Chile Programa de Bioética, OPS/OMS, 2009, 221-232.

17. Goodman KW, Prineas RJ. Ethics curricula in epidemiology. In SS Coughlin, TL Beauchamp and DL Weed, eds., *Ethics and Epidemiology*, Second Edition, Oxford: Oxford University Press, 2009, 283-303. (Substantially revised version of Goodman and Prineas, 1996).

18. Goodman KW. Ethics, evidence and innovation. In Gehner M, Jupp S, Matlin SA, eds. *Global Forum Update on Research for Health Volume 5: Fostering innovation for global health.* Woodbridge, UK: Pro-Brook Publishing, 2008: 88-90. Available at http://globalforumhealth.org/filesupld/global_update5/Update5_FullDoc.pdf

19. Goodman KW. Health information technology: Challenges in ethics, science and uncertainty. In KE Himma and HT Tavani, eds., *The Handbook of Information and Computer Ethics.* Hoboken: Wiley, 2008, pp.: 293-309.

20. Brosco JP, Miller PS, Goodman KW, Fuchs SR. Ethical issues in developmental-behavioral pediatrics: A historical approach. In M.L. Wolraich et al., eds., *Developmental-Behavioral Pediatrics: Evidence and Practice.* Mosby/Elsevier, 2008, pp.: 905-923.

21. Goodman KW. Ethical and legal issues in use of decision support. In E. Berner, ed., *Clinical Decision Support Systems: Theory and Practice.* Second Edition. New York: Springer Verlag, 2007, pp.: 126-139.

22. Goodman KW, Miller RA.  Ethics and health informatics: Users, standards, and outcomes. In Shortliffe, E.H., ed., *Biomedical Informatics: Computer Applications in Health Care and Biomedicine.* Third Edition. New York: Springer, 2006, pp. 379-402.

23. Szczepaniak MC, Goodman KW, Wagner MW, Hutman J, Daswani S. Advancing organizational integration: negotiation, data use agreements, law, and ethics. In MW Wagner, AW Moore, RM Aryel, eds. *Handbook of Biosurveillance.* Boston: Academic Press, 2006, pp. 465-480.

24. Goodman KW. Moral foundations of data mining. In Wang J, ed. *Encyclopedia of Data Mining.* Hershey, Penn.: IDEA Group Reference, 2006, pp. 832-836.

25. Borenstein J, Goodman KW. Ethical issues in geriatric psychiatry. In Agronin ME, Maletta GJ, eds., *Principles and Practice of Geriatric Psychiatry.* Philadelphia: Lippincott, 2006, 259-269.

26. Goodman KW. Ethics, information technology and public health: Duties and challenges in computational epidemiology. In O'Carroll PW, Yasnoff WA, Ward ME, Ripp LH and Martin EL, eds., *Public Health Informatics and Information Systems,* New York: Springer-Verlag, 2003, 251-266.

27. Goodman KW. Justifying embargoes: The "Ethics Criterion." In R Vázquez Díaz, ed., *Health and Nutrition in Cuba: Effects of the U.S. Embargo.* Stockholm: Olof Palme International Center, 1998.

28. Goodman KW. Ethical challenges. In J.A. Herzstein, W.B. Bunn, L.E. Fleming et al., eds. *International Occupational and Environmental Medicine.* St. Louis: Mosby, 1998: 86-96.

29. Goodman KW. Outcomes, futility, and health policy research. In K.W. Goodman, ed., *Ethics, Computing and Medicine: Informatics and the Transformation of Health Care,* Cambridge and New York: Cambridge University Press, 1998: 116-138.

30. Goodman KW. Meta-analysis: Conceptual, ethical and policy issues. In K.W. Goodman, ed., *Ethics, Computing and Medicine: Informatics and the Transformation of Health Care,* Cambridge and New York: Cambridge University Press, 1998: 139-167.

31. Goodman KW.  Bioethics and Health Informatics: An Introduction. In KW Goodman, ed., *Ethics, Computing and Medicine: Informatics and the Transformation of Health Care,* Cambridge and New York: Cambridge University Press, 1998: 1-31. (Adapted and reprinted with accompanying commentary as Bioethics and health informatics, *Biomedical Ethics*, newsletter of the European Network for Biomedical Ethics 1999;4(2):40-43.)

32. Miller R., Goodman KW. Ethical challenges in the use of decision-support software in clinical practice. In KW Goodman, ed., *Ethics, Computing and Medicine: Informatics and the Transformation of Health Care.* Cambridge and New York: Cambridge University Press, 1998: 102-115.

33. Goodman KW, Frumkin H. Ethical issues in international occupational health, in LE Fleming et al., eds., *International Occupational and Environmental Medicine,* Beverly, Mass.: OEM Press, 1997, 17-32.

34. Goodman KW, Prineas, R. Toward an ethics curriculum in epidemiology, in S. Coughlin and T. Beauchamp, eds., *Ethics and Epidemiology*, Oxford University Press, 1996, 290-303.

35. Goodman KW. Anticipations of truth: historical evidence for a realist account of scientific progress. In D. Prawitz and D. Westerståhl, eds., *Logic and Philosophy of Science in Uppsala*, Dordrecht: Kluwer (now, Springer/Synthese), 1994, 273-295.


## 19. Juried or refereed journal articles or exhibitions

1. Amirali A, Babler KM, Sharkey ME, Beaver CC, Boone MM, Comerford S, Cooper D, Currall BB, Goodman KW, Grills GS, Kobetz E, Kumar N, Laine J, Lamar WE, Mason CE, Reding BD, Roca MA, Ryon K, Schürer SC, Shukla BS, Solle NS, Stevenson M, Tallon JJ Jr, Vidović D, Williams SL, Yin X, Solo-Gabriele HM. Wastewater based surveillance can be used to reduce clinical testing intensity on a university campus. Science of the Total Environment 2024 Mar 25;918:170452. doi: 10.1016/j.scitotenv.2024.170452. Epub 2024 Jan 29. PMID: 38296085

1. Cornwall J, Hildebrandt S, Champney TH, Goodman KW. Ethical concerns surrounding artificial intelligence in anatomy education: Should AI human body simulations replace donors in the dissection room? *Anatomical Sciences Education* 2023 Sep 26. doi: 10.1002/ase.2335. Epub ahead of print. PMID: 37750493.

2. Bowes DA, Darling A, Driver EM, Kaya D, Maal-Bared R, Lee LM, Goodman KW, et. Al. Adhikari S, Aggarwal S, Bivins A, Bohrerova Z, Cohen A, Duvallet C, Elnimeiry RA, Hutchison JM, Kapoor V, Keenum I, Ling F, Sills D, Tiwari A, Vikesland P, Ziels R, Mansfeldt C. Structured Ethical Review for Wastewater-Based Testing in Support of Public Health. *Environmental Science & Technology* 2023;57(35):12969-12980. doi: 10.1021/acs.est.3c04529. PMID: 37611169; PMCID: PMC10484207.

3. Babler KM, Sharkey ME, Arenas S, Amirali A, Beaver C, Comerford S, Goodman K, Grills G, Holung M, Kobetz E, Laine J, Lamar W, Mason CE, Pronty D, Reding B, Schürer S, Schaefer Solle N, Stevenson M, Vidović D, Solo-Gabriele HM, Shukla B. Detection of the clinically persistent, pathogenic yeast spp. Candida auris from hospital and municipal wastewater in Miami-Dade County, Florida. *Science of the Total Environment* 2023 Jul 11:165459. doi: 10.1016/j.scitotenv.2023.165459. Epub ahead of print. PMID: 37442462.

4. Goodman KW**,** Litewka S, Malpani R, Pujari S, Reis A. Global health and big data: The WHO's artificial intelligence guidance. *South African Journal of Science*, 2023;119:5/6.  https://doi.org/10.17159/sajs.2023/14725

5. Ross SR, Goodman KW. Avoiding Unethical Altruism in Global Health: Revisiting Ethics Guidelines for International Rotations for Medical Residents. *Journal of Graduate Medical Education* 2023;15(1):19-23. https://doi.org/10.4300/JGME-D-22-00455.1

6.  Salerno J, Coughlin SS, Goodman KW, Hlaing WM. Current ethical and social issues in epidemiology. *Annals of Epidemiology* 2023;50:37-42. https://doi.org/10.1016/j.annepidem.2023.02.001

7.  Petersen C, Berner ES, Cardillo A, Fultz Hollis K, Goodman KW, Koppel R, Korngiebel DM, Lehmann CU, Solomonides AE, Subbian V. AMIA's code of professional and ethical conduct 2022, *Journal of the American Medical Informatics Association* 2023;30(1):3-7. https://doi.org/10.1093/jamia/ocac192

8.  Lehmann CU, Fultz Hollis K, Petersen C, DeMuro PR, Subbian V, Koppel R, Solomonides AE, Berner ES, Pan EC, Adler-Milstein J, Goodman KW. Selecting venues for AMIA events and conferences: guiding ethical principles. *Journal of the American Medical Informatics Association* 2022;29(8): 1319–1322, https://doi.org/10.1093/jamia/ocac073

9.  Dimentstein K, Sosenko JM, Goodman KW. Do-it-yourself diabetes management: perspectives of a patient, a physician, and an ethicist. *Clinical Diabetes* 2021 Aug; cd200058. https://doi.org/10.2337/cd20-0058.

10. Hlaing WM, Kushch NA, Wells AE, Goodman KW. Common topics discerned in ethics in epidemiology and public health syllabi: in-depth review. *Annals of Epidemiology* 2021;60:31-34. https://doi.org/10.1016/j.annepidem.2021.04.014

11. Brodar C, Muller C, Brodar KE, Brosco JP, Goodman KW. Ethics Education in COVID-19: Preclinical Medical Students' Approach to Ventilator Allocation. *Cureus* 2021;13(8): e16976. doi:10.7759/cureus.16976

12. Gershengorn HB, Holt GE, Rezk A, Delgado S, Shah N, Arora A, Colucci LB, Mora B, Iyengar RS, Lopez A, Martinez BM, West J, Goodman KW, Kett DH, Brosco JP. Assessment of Disparities Associated With a Crisis Standards of Care Resource Allocation Algorithm for Patients in 2 US Hospitals During the COVID-19 Pandemic. *JAMA Network Open* 2021;4(3):e214149. doi:10.1001/jamanetworkopen.2021.4149

13. Petersen C, Smith J, Freimuth RR, Goodman KW, Jackson GP, Kannry J, Liu H, Madhavan S, Madhavan S, Sittig DF, Wright A. Recommendations for the safe, effective use of adaptive CDS in the US healthcare system: an AMIA position paper, *Journal of the American Medical Informatics Association* 2021 *Journal of the American Medical Informatics Association* 2021;28(4):677–684. https://doi.org/10.1093/jamia/ocaa319

14. Golembiewski EH, Mainous AG, Rahmanian K, Brumback B, Rooks BJ, Krieger JL, Goodman KW, Moseley RE, Harle CA. An electronic tool to support patient-centered broad consent: A multi-arm randomized clinical trial in family medicine. *Annals of Family Medicine.* 2021;19(1):16-23. https://doi.org/10.1370/afm.2610

15. Subbian V, Solomonides A, Clarkson M, Rahimzadeh VN, Petersen C, Schreiber R, DeMuro PR, Dua P, Goodman KW, Kaplan B, Koppel R, Lehmann CU, Pan E, Senathirajah Y. Ethics and Informatics in the Age of COVID-19: Challenges and Recommendations for Public Health Organization and Public Policy. *Journal of the American Medical Informatics Association.* 2021;28(1):184-189. doi: 10.1093/jamia/ocaa188

16. Goodman KW, Zandi D, Reis A, Vayena E. Balancing risks and benefits of artificial intelligence in the health sector. *Bulletin of the World Health Organization* 2020;98:230-230A. doi: http://dx.doi.org/10.2471/BLT.20.253823

17. Rubinstein PF, Middleton B, Goodman KW, Lehmann CU. Commercial interests in continuing medical education: Where do electronic health records fit? *Academic Medicine* 2020;95(11):1674-1678. doi: 10.1097/ACM.0000000000003190. PMID: 32079950.

18. Walsh CG, Chaudhry B, Dua P, Goodman KW, Kaplan B, Kavuluru R, Solomonides A, Subbian V. Stigma, biomarkers, and algorithmic bias: recommendations for precision behavioral health with artificial intelligence. *JAMIA Open* 2020;3(1):9-15. doi: 10.1093/jamiaopen/ooz054

19. Goodman KW. Ethics and health informatics. *International Yearbook of Medical Informatics.* 2020:26-31. http://dx.doi.org/10.1055/s-0040-1701966

20. Civantos FJ, Leibowitz JM, Arnold DL, Stubbs VC, Gross JH, Thomas GR, Sargi Z, Casiano RR, Franzmann EJ, Weed D, Perez C, Samuels M, Goodman KW, Goodwin WJ.  Ethical surgical triage of patients with head and neck cancer during the COVID-19 pandemic. *Head & Neck* 2020;42:1423-1447, https://doi.org/10.1002/hed.26229

21. Kareff SA, McNulty M, Goodman KW, Agarwal G. Introducing first-year dual-degree medicine and public health students to ethics and professionalism. *Journal of Hospital Ethics* 2019;6(2):95-100.

22. Hlaing WM, Saddemi JL, Goodman KW. Expanding ethics curriculum resources: American College of Epidemiology's syllabus collection project. *Annals of Epidemiology* 2019;38:1-3; doi: doi.org/10.1016/j.annepidem.2019.08.009

23. Harle CA, Golembiewski EH, Rahmanian KP, Brumback B, Krieger JL, Goodman KW, Mainous AG, Moseley RE. Does an interactive trust-enhanced electronic consent improve patient experiences when asked to share their health records for research? A randomized trial. *Journal of the American Medical Informatics Association* 2019;26(7):620-629. doi.org/10.1093/jamia/ocz015.

24. Miklin DJ, Vangara SS, Delamater AM, Goodman KW. Understanding of and barriers to electronic health records in a culturally diverse pediatric population. *JMIR Medical Informatics* 2019;7(2):e11570. doi:10.2196/11570

25. Lehmann CU, Petersen C, Bhatia H, Berner ES, Goodman KW. Advance directives and code status information exchange: a consensus proposal for a minimum set of attributes. *Cambridge Quarterly of Healthcare Ethics* 2019;28(1):178-185. doi.org/10.1017/S096318011800052X. PMID:30570474

26. Holt GE, Goodman KW, Olvey SE, Kett D. Nonstandard do-not-resuscitate orders. *Current Opinions in Anaesthesiology* 2018 Dec 6. doi: 10.1097/ACO.0000000000000690. [Epub ahead of print] PMID: 30531615.

27. Wo SR, Largent EA, Brosco J, Rosenberg AR, Goodman KW, Lantos JD. Should Foreigners Get Costly Lifesaving Treatments in the United States? *Pediatrics* 2018;142(5). pii: e20180175. doi: 10.1542/peds.2018-0175. PMID: 30279236.

28. Perry JD, Parrish RK, Goodman KW. The prospective retrospective study. *American Journal of Ophthalmology* 2018;196:xiii-xv. https://doi.org/10.1016/j.ajo.2018.09.006.

29. Malin B, Goodman KW. Between access and privacy: Challenges in sharing health data. International Medical Informatics Association, *IMIA Yearbook of Medical Informatics* 2018;27:55-59. Doi: dx.doi.org/10.1055/s-0038-1641216 [ https://www.thieme-connect.com/products/ejournals/journal/10.1055/s-00034612]

30. Petersen C, Berner ES, Embi PJ, Fultz Hollis K, Goodman KW, Koppel R, Lehmann CU, Lehmann H, Maulden SA, McGregor KA, Solomonides A, Subbian V, Terrazas E, Winkelstein P. AMIA's code of professional and ethical conduct. *Journal of the American Medical Informatics Association* 2018;25(11):1579–1582. doi.org/10.1093/jamia/ocy092.

31. Buttrick SS, Cajigas I, Achua JK, O'Phelan K, Goodman KW, Benveniste RJ. Prospective study of nonbeneficial care in neurocritical care unit. *World Neurosurgery* 2018;119: e60-e63. doi: 10.1016/j.wneu.2018.06.240. PMID: 29981912

32. Salerno J, Knoppers BM, Lee LM, Hlaing WM, Goodman KW. Ethics, big data and computing in epidemiology and public health. *Annals of Epidemiology* 2017;27:297-301. doi: 10.1016/j.annepidem.2017.05.002. PMID: 28595734.

33. Goodman KW. Health information technology as a universal donor to bioethics education. *Cambridge Quarterly of Healthcare Ethics* 2017;26(2):342-347. doi: 10.1017/S0963180116000943. PMID: 28361731.

34. Tenenbaum JD, Goodman KW. Beyond the Genetic Information Nondiscrimination Act: ethical and economic implications of the exclusion of disability, long-term care and life insurance. *Personalized Medicine* 2017;14(2):153-157. doi: 10.2217/pme-2016-0078.

35. Sandhaus RA, Turino G, Brantly ML, Campos M, Cross CE, Goodman K, Hogarth DK, Knight SL, Stocks JM, Stoller JK, Strange C, Techman J. The diagnosis and management of alpha-1 antitrypsin deficiency in the adult. *Chronic Obstructive Pulmonary  Diseases* 2016; 3(3): 668-682. doi: http://dx.doi.org/10.15326/jcopdf.3.3.2015.0182.

36. Fiore RN, Goodman KW. Precision medicine ethics: selected issues and developments in next-generation sequencing, clinical oncology, and ethics. *Current Opinions in Oncology* 2016 Jan;28(1):83-7. doi: 10.1097/CCO.0000000000000247. PubMed PMID: 26569425.

37. Coors M, Bauer L, Edwards K, Erickson K, Goldenberg A, Goodale J, Goodman K, Grady C, Mannino D, Wanner A, Wilson T, Yarborough M, Zirkle M. Ethical issues related to clinical research and rare diseases: 15th Gordon L. Snider Critical Issues Workshop, April 1, 2016, Bethesda, Maryland. *Translational Science of Rare Diseases* 2017;2(3-4):175-194. doi: 10.3233/TRD-170013

38. Litewka S, Goodman KW. Paediatric research in Latin America: Focus on governance and populations. *Asian Bioethics Review* 2015;7(2):179-187.

39. Ownby RL, Acevedo A, Goodman KW, Caballero J, Waldrop-Valverde D. Health literacy predicts participant understanding of orally-presented informed consent information. *Clinical Research and Trials* 2015;1(1)15-19. doi: 10.15761/CRT:1000105. PMCID: PMC4709021. http://www.ncbi.nlm.nih.gov/pmc/articles/PMC4709021/.

40. Dhiman GJ, Amber KT, Goodman KW. Comparative outcome studies of clinical decision support software: limitations to the practice of evidence-based system acquisition. *Journal of the American Medical Informatics Association* 2015 Apr;22(e1):e13-20. doi: 10.1093/jamia/ocu033. PMID: 25665704.

41. Goodman KW. Informatics, biomedical. In Jennings, B., ed., *Bioethics*, 4th Edition. Farmington Hills, MI: Macmillan Reference USA, 2014, Vol. 3, pp. 1661-1665.

42. Saenz C, Heitman E, Luna F, Litewka S, Goodman KW, Macklin R. Twelve years of Fogarty-funded bioethics training in Latin America and the Caribbean: Achievements and challenges. *Journal of Empirical Research on Human Research Ethics* 2014;9(2):80-91. doi: 10.1525/jer.2014.9.2.80. PMID: 24782074

43. Amber KT, Dhiman G, Goodman KW. Conflict of interest in online point-of-care clinical support websites. *Journal of Medical Ethics* 2014;40(8):578-80. doi: 10.1136/medethics-2013-101625, PMID: 24493079.

44. Fix J, Odell J, Sina B, Meslin EM, Goodman KW, Upshur R. A bibliometric analysis of an international research ethics trainee program. *Journal of Empirical Research on Human Research Ethics* 2013;8(5):75-81. doi: 10.1525/jer.2013.8.5.75. PMID: 24384518

45. Petersen C, Demuro P, Goodman KW, Kaplan B. Sorrell v. IMS Health: issues and opportunities for informaticians. *Journal of the American Medical Informatics Association* 2013;20(1):35–37. doi:10.1136/amiajnl-2012-001123 35. PMID: 23104048

46. Goodman KW, Adams S, Berner ES, Embi PJ, Hsiung R, Hurdle J, Jones DA, Lehmann CU, Maulden S, Petersen C, Terrazas E, Winkelstein P. AMIA's Code of Professional and Ethical Conduct. *Journal of the American Medical Informatics Association* 2013;20:141-143. doi:10.1136/amiajnl-2012-001035. PMID: 22733977

47. Myerburg RJ, Goodman KW, Ringe TBK. Electronic control devices: Science, law and social responsibility. *Circulation* 2012;125:2406-2408. doi: 10.1161/CIRCULATIONAHA. 112.107359. PMID: 22547670

48. Massoudi BL, Goodman KW, Gotham IJ, Holmes JH, Lang L, Miner K, Potenziani DD, Richards J, Turner AM, Fu PC. An informatics agenda for public health: summarized recommendations from the 2011 AMIA PHI Conference. *Journal of the American Medical Informatics Association* 2012;9(5):688-695. doi: 10.1136/amiajnl-2011-000507. Epub 2012 Mar 6. PMID: 22395299

49. McCafferty J, Cushman R, Goodman KW, Braunschweiger P, Fiore RN. New NSF and NIH responsible conduct of research (RCR) guidelines: A three-phase plan. *Teaching Ethics* 2012;12(2):23-33.

50. Goodman KW, Berner ES, Dente MA, Kaplan B, Koppel R, Rucker D, Sands DZ, Winkelstein P. Challenges in ethics, safety, best practices, and oversight regarding HIT vendors, their customers, and patients: a report of an AMIA special task force. *Journal of the American Medical Informatics Association* 2011;18(1):77-81. doi: 10.1136/jamia.2010.008946. PMID: 21075789.

51. Cushman R, Froomkin AM, Cava A, Abril P, Goodman KW. Ethical, legal and social issues for personal health records and applications. *Journal of Biomedical Informatics* 2010;43:S51–S55, doi:10.1016/j.jbi.2010.05.003. PMID: 20937485

52. Goodman KW. Ethics, information technology and public health: New challenges for the clinician-patient relationship, *Journal of Law, Medicine and Ethics* 2010;38(1):58-63. doi: 10.1111/j.1748-720X.2010.00466.x. PMID: 20446984

53. Goodman KW. Comment on M.R. Tonelli, "The challenge of evidence in clinical medicine." *Journal of Evaluation in Clinical Practice* 2010;16(2):390-1. PMID: 2036787

54. Rosenfeld PJ, Goodman KW. When is off-label drug use in the patient's best interest? *American Journal of Ophthalmology* 2009; 147:761-763 (editorial). PMID: 19376327

55. Esposito K, Goodman K. Genethics 2.0: Phenotypes, genotypes, and the challenge of databases generated by personal genome testing. *The American Journal of Bioethics* 2009;9(6):19-21. PMID: 19998105

56. Goodman KW. Publication and authorship. CITI. https://www.citiprogram.org/, 2009-2014.

57. Goodman KW, Cava A.  Bioethics, business ethics, and science: Bioinformatics and the future of healthcare. *Cambridge Quarterly of Healthcare Ethics* 2008;17(4):361-372. PMID: 18724877

58. Litewka S, Goodman KW, Braunschweiger P. El Programa CITI: Una alternativa para la capacitación en ética de la investigación en América Latina. *Acta Bioethica* 2008;14(1):54-60.

59. Koniaris LG, Goodman KW, Sugarman J, Ozomaro U, Sheldon J, Zimmers TA. Ethical implications of modifying lethal injection protocols. *PLoS Medicine*, 2008; 5 (6): e126 DOI: 10.1371/journal.pmed.0050126. PMID:18547139

60. Mitchell CD, Armstrong FD, Goodman KW, Cava A. Disclosure of HIV status to an infected child: Medical, psychological, ethical, and legal perspectives in an era of "super-vertical" transmission. *The Journal of Clinical Ethics* 2008;10(1):43-52. PMID: 18552052

61. Brackett NL, Lynne CM, Attia GR, Carmack AJK, Cava A, Goodman KW. Treatment of infertility in men with spinal cord injury: Medical progress and ethical considerations. *Topics in Spinal Cord Injury Rehabilitation* 2008;13(4):120-133.

62. Goodman KW. Privacy, confidentiality, law and ethics. *Northeast Florida Medicine Supplement* 2008;January:28-30.

63. Goodman KW. Bioethics resources in Florida. *Northeast Florida Medicine Supplement* 2008;January: 37-38.

64. Glasser DJ, Goodman KW, Einspruch NG. Chips, tags and scanners: Ethical challenges for radio frequency identification. *Ethics and Information Technology* 2007;9:101-109.

65. Braunschweiger P, Goodman KW. The CITI Program: An international online resource for education in human subjects protection and the responsible conduct of research. *Academic Medicine* 2007;82:861-864. PMID: 17726392

66. Winick BJ, Goodman KW. A therapeutic jurisprudence perspective on participation in research by subjects with reduced capacity to consent: A comment on Kim and Appelbaum. *Behavioral Sciences and the Law* 2006;24:485-494.PMID: 16883619

67. Goodman KW. Ethics, evidence, and public policy. *Perspectives in Biology and Medicine* 2005;48(4):548-556.PMID:16227666

68. Goodman KW. Ethics and health informatics: Focus on Latin America and the Caribbean. *Acta Bioethica* 2005;11(2):121-126. [In special issue, "Technologías de la Información," edited by KW Goodman.]

69. Berner ES, Sandhu AS, Goodman KW. Consumer health informatics: Ethics, evaluation and standards. *Acta Bioethica* 2005;11(2):133-144. [In special issue, "Technologías de la Información," edited by KW Goodman.]

70. Goodman KW. Clinical Case. Confusion Over Cholesterol Testing. Commentary 1. *Virtual Mentor,* American Medical Association, December 2004. Available at  http://virtualmentor.ama-assn.org/2004/12/ccas2-0412.html

71. Lewin LO, Olson CA, Goodman KW, Kokotailo PK. UME-21 and teaching ethics: A step in the right direction. *Family Medicine* 2004;36 (January suppl.): 36-42. PMID:14961401

72. Brito A, Sosenko J, Goodman KW. Unusually difficult challenges in human-subjects research. *Professional Ethics* 2003;11(3): 39-43. PMID: 15468490

73. Goodman KW. Genetic research in human populations. CITI course in the protection of human research subjects. https://www.citiprogram.org/, 2003-2015.

74. Cava A, Cushman R, Goodman KW.  HIPAA and human subjects research. CITI course in the protection of human research subjects. https://www.citiprogram.org/, 2003-2008.

75. Yasnoff WA, Overhage JM, Humphreys BL, LaVenture M, Goodman KW, Gatewood L**,** Ross DA, Reid J, Hammond WE, Dwyer D, Huff SM, Gotham I, Kukafka R, Loonsk JW, Wagner MM**.** A national agenda for public health informatics. *Journal of Public Health Management Practice* 2001;7:1-21.

76. Goodman KW. Persistent legislative state: Law, education, and the well-intentioned healthcare ethics committee. *Healthcare Ethics Committee Forum* 2001;13:32-40.

77. Nelson W, Angoff N, Binder E, Cooke M, Fleetwood J, Goodlin S, Goodman KW, et al. Goals and strategies for teaching death and dying in medical schools. *Journal of Palliative Medicine* 2000;3:7-16.

78. Thurman A, McCruden P, Hamric AB, Goodman KW. The illegal alien who needs surgery. *Cambridge Quarterly of Healthcare Ethics* 2000;9(1):128-135.

79. Goodman KW. Philosophy as news: Bioethics, journalism and public policy.  *Journal of Medicine and Philosophy* 1999;24:181-200.

80. Markovitz BP, Goodman KW. Case reports on the Web: Is confidentiality being maintained? In Lorenzi NM, ed., *Proceedings of the Annual Symposium of the American Medical Informatics Association*, Philadelphia: Hanley & Belfus, 1999, p. 1114.

81. Goodman, KW. End-of-life algorithms. *Journal of Psychology, Public Policy and Law* 1998;4:719-727. PMID: 12803230

82. Prineas RJ, Goodman KW, Soskolne CL et al. Findings from the American College of Epidemiology's survey on ethics guidelines. *Annals of Epidemiology* 1998;8:482-489.

83. Goodman KW. Electronic health data and the challenges of medical confidentiality. *Journal of the Florida Medical Association* 1997;84:494-7.

84. Goodman KW. Ethics, genomics, and information retrieval. *Computers in Biology and Medicine* 1996;26:223-229.PMID: 8725773

85. Goodman KW.  Codes of ethics in occupational and environmental health.  *Journal of Occupational and Environmental Medicine* 1996;38:882-883.

86. Balkany T, Hodges AV, Goodman KW. Ethics of cochlear implantation in young children, *Otolaryngology—Head and Neck Surgery* 1996;114:748-755. Revised as "Cochlear implants for young children: Ethical issues," Chap. 2, in W. Estabrooks, ed., *Cochlear Implants for Kids*, Washington, D.C.: Alexander Graham Bell Association for the Deaf, 1998, pp. 30-44.

*87.* Goodman KW. Critical care computing: outcomes, confidentiality and appropriate use. *Critical Care Clinics* 12;1996:109-122.

88. Goodman KW. Intellectual property and control.  *Academic Medicine* 1993;68.9:S88-S91.

89. Goodman KW. Electronic roundtables for medical ethics. *Kennedy Institute of Ethics Journal* 1992;2:233-251.

90. Nirenburg S, Goodman KW. Treatment of Meaning in MT Systems*, Proceedings of the Third International Conference on Theoretical and Methodological Issues in Machine Translation of Natural Languages*, University of Texas at Austin, 1990:171-188.

91. Goodman KW. Psychoanalytic interpretations, in Weingartner P, Schurz G, eds. *Recent Developments in Epistemology and Philosophy of Science: Reports of the 11th International Wittgenstein-Symposium*. Vienna: Hölder-Pichler-Tempsky, 1987:280-287.

**20. Other works, publications and abstracts:**

1. Kuczewski MG, Goodman KW. Bioethicists and health care institutions must act against Florida's anti-immigrant law. Bioethics Forum Essay, The Hastings Center, May 24, 2023, https://www.thehastingscenter.org/bioethicists-and-health-care-institutions-must-act-against-floridas-anti-immigrant-law/.

2. Various contributors. Ethics and governance of artificial intelligence for health. World Health Organization, 2021, https://www.who.int/publications/i/item/9789240029200.

3. Cañete R, Goodman KW. Cuba-US collaboration: The pandemic imperative. *MEDICC Review* 2021;23(1):89. https://doi.org/10.37757/MR2021.V23.N1.3

4. Zandi D, Reis A, Vayena E, Goodman K. New ethical challenges of digital technologies, machine learning and artificial intelligence in public health: a call for papers. *Bulletin of the World Health Organization* 2019;97:2.

5. Goodman KW. Expert perspective (on "No DNR tattoo for me, thanks"). *Caring for the Ages* 2018;19:12. DOI: 10.1016/j.carage.2018.12.005.

6. Holt GE, Sarmento B, Kett D, Goodman KW. An Unconscious Patient with a DNR Tattoo. *New England Journal of Medicine* 2017;377:2192-2193. doi: 10.1056/NEJMc1713344. PMID: 29171810.

7. Holt GE, Kett D, Goodman KW. More on an Unconscious Patient with a DNR Tattoo. *New England Journal of Medicine* 2018; 378:875-877.  doi: 10.1056/NEJMc1800052. PMID: 29490184.

8. Fairchild A, Agoudavi K, Amzat J, Bayer R, Calain P, Cong Y, Dawson A, Gayrel C, Gibson JL, Goodman KW, Gopichandran V, Haghdoost AA, Heldal E, Ho C, Jafri H, Lee LM, Litewka S, Mobasher M, Moodley K, Okyere B, Consorcia Quizon M, Reis A, Sawanpany-alert P, Selgelid M, Upshur R, Vayena E. *WHO Guidelines on Ethical Issues in Public Health Surveillance*. Geneva: World Health Organization, 2017.

9. Miklin DJ, Vangara SS, Goodman KW. Understanding of and barriers to electronic health records in a culturally diverse pediatric population. 4th Annual Pediatric Student Research Forum, Orlando, September 15, 2017.

10. Kareff S, Goodman K. Ethics in MD/MPH curricula: A case study describing unique considerations for dual-degree students. *MedEdPublish* 2017; 6(2): 2. DOI:https://doi.org/10.15694/mep.2017.000064

11. Goodman KW. Introduction: Symposium on ethical issues in data science and digital medicine. *Cambridge Quarterly of Healthcare Ethics* 2017;26(2):326-327. DOI: https://doi.org/10.1017/S0963180116000906.

12. Buttrick S, O'Phelan K, Goodman K, Benveniste RJ. Prospective study of futile care in the neuroscience intensive care unit. Congress of Neurological Surgeons, www.neurosurgery-online.com 2016;63:174.

13. Goodman KW. Addressing ethical issues in health information technology. Guest Editorial. *Cambridge Quarterly of Healthcare Ethics* 2015;24:252-4.

14. Cañete R, Goodman KW. Cuba-US collaboration and the role of bioethics. Letter. *The Lancet* 2015;385 (9972):945.

15. Goodman KW. Health analytics and big data. *Lahey Health Journal of Medical Ethics* 2014;Spring:9-10.

16. Bishop EM, Mandel NS, Brosco JP, Goodman KW, Mechaber AJ, Mechaber HF.  Third-Year Medical Student Debrief Groups: Maintaining Empathy in the Clinical Years. Poster, AAMC Group on Student Affairs/Group on Diversity Affairs/Organization of Student Representatives National Meeting, San Diego, April 2014.

17. Goodman KW. Review of *Handbook of Analytic Philosophy of Medicine*, Sadegh-Zadeh, K., Dordrecht: Springer, 2012. *Journal of Biomedical Informatics* 2013;46:782-783, DOI 10.1016/j.jbi.2013.06.005.

18. Goodman KW. Getting it Goldilocks just right: Science, regulation and ethics. *CellR4* 2013;1(2):154-155/e387.

19. Landy DC, Goodman KW, Brosco JP. Clinical ethics and patient satisfaction: The practical significance of distinguishing ethics and morals. *The American Journal of Bioethics* 2012;12(5):20-22. doi: 10.1080/15265161.2012.671888. PMID: 22548518

20. Goodman KW. What would you do? Test yourself on this ethical dilemma. MedScape, Aug. 8, 2012. Available at http://www.medscape.com/viewarticle/768554.

21. Green JBA, Bernstein J, Green RM, Goodman KW, Paris J, Tauer C. European stem-cell ruling is misleading (letter). *Nature* 2011;479:41.

22. Nissan J, Beckerman S, Paoloemilio J, Jenkins J, Dunn A, Ashbaugh H, Mechaber A, Goodman K, Sanders L, Brosco J.  Project SERVE: A community-based approach to social medicine education.  Referred abstract, American Association of Medical Colleges and Organization of Student Representatives Annual Meeting, Washington, D.C., November 2010.

23. Sylvester M, Goodman KW. Patient Confidentiality 2, in Spandorfer J et al., eds. *Professionalism in Medicine,* Cambridge University Press (2010) pp. 57-60.

24. Meslin EM, Goodman KW. Bank on it: An ethics and policy agenda for biobanks and electronic health records. Center for American Progress, Science Progress, Feb. 25, 2010, http://scienceprogress.org/2010/02/bank-on-it/#_edn25.

25. Cohen DA, Goodman KW, Andrews D. Ethical and educational challenges in reporting clinical significance of a multi-disease gene as illustrated by the methylene tetrahydrofolate reductase (Mthfr) C677t polymorphism (abstract). National Coalition for Health Professional Education in Genetics, annual meeting, Bethesda, September 22, 2009.

26. Goodman KW, Einspruch NG. The way forward in the world of robotics (letter). *Science* 24 April 2009 324: 463-464. [DOI: 10.1126/science.324_463d]. PMID: 19390022 (Reprinted in Kennedy ML, Kennedy WJ, eds. *Writing in the Disciplines: A Reader and Rhetoric for Academic Writers.* Boston: Pearson, 2012: 361-362.)

27. Goodman KW, Fiore RN. Toward a research ethics consultation service. *American Journal of Bioethics* 2008;8(3):31-32. PMID: 18570098.

28. Goodman KW. Privacy as an international value. *Minas faz Ciência* 2008 (November): 32-33. (Published by the Fundação de Amparo à Pesquisa do Estado de Minas Gerais [Foundation for the Support of Research in the State of Minas Gerais (Brazil)].)

29. Goodman KW. On the growth of ethics programs. In Schrag B, ed. Developing Relationships: How Ethics Center Can Succeed with Raising Funds. Adapted papers from an Ethics Center Colloquium, Annual Meeting of the Association for Practical and Professional Ethics, San Antonio, Feb. 21, 2008. APPE: Bloomington, Ind., 2008, pp. 11-13.

30. Goodman KW. Ethics, schmethics: The Schiavo case and the culture wars. *University of Miami Law Review* 61:2007:863-865.

31. Marckmann G, Goodman KW. Introduction: Ethics of Information Technology in Health Care. *International Review of Information Ethics (ERIE)* 2006;5:2-5/http://www.i-r-i-e.net/inhalt/005/0500_full.pdf.

32. Goodman KW. Review of *Wondergenes: Genetic Enhancement and the Future of Society* (MJ Mehlman, Indiana, 2004). *The Journal of Legal Medicine* 2004;25:257-265.

33. Goodman KW. Using the Web as a research tool. *MD Computing* 2000;17(5):13-14.

34. Goodman KW. Bioinformatics: Challenges revisited. *MD Computing* 1999;16(3):17-20. Reprinted with revisions as Bioinformatics: Challenges at the frontier, in H.T. Tavani, ed., *Ethics, Computing and Genomics,* Boston: Jones and Bartlett, 2006, 317-321.

35. Goodman KW. Commentary: National living wills and local politics. *ASBH Exchange* (newsletter of the American Society for Bioethics and Humanities) 1999; Summer: 6.

36. Goodman KW. Health care ethics. *Responses to an Aging Florida* 1999;Summer: 5-6

37. Goodman KW. Health informatics and the hospital ethics committee. *MD Computing* 1999;16(2):17-20.

38. Goodman KW et al. IRB review: Necessary, nice or needless? (Letter) *Annals of Epidemiology* 1999;9:68-70.

39. Goodman KW. Introduction to informed consent. Part of American College of Medical Genetics Annual Clinical Genetics Meeting workshop (Paradigms for designing informed consent for genetic testing and research), *Genetics in Medicine* 1999;1(2):21 (abstract).

40. Balkany T, Hodges AV, Goodman KW. Additional comments. *Otolaryngology—Head and Neck Surgery* 1998;119(4):312-313.

41. Goodman KW. Ethics of computer prognoses. *Physicians and Computers* 1998;16(2):23-26.

42. Goodman, K. The ethics of CHINs: Community Health Information Networks offer opportunities -- and ethical challenges -- for health care providers. *Physicians and Computers* 1997;15(3):16-19, 23-24.

43. Goodman, K. Business Ethics for Bioethics Committees. *Network News: Newsletter of the Florida Bioethics Network* April 1998: 1-3.

44. Goodman, K. Medical ethics in education, policy review & consultation. *The Record* (Broward County, Florida, Medical Association) 1997;59(5):7-8.

45. Goodman, K. Progress in ethics: from "dilemma fetishism" to genetics and psychiatry. 22nd International Congress on Law and Mental Health, June 1997, Montreal, p. 29 (abstract).

46. Anderson, J, Goodman, K. Ethical issues in informatics and community health. American Medical Informatics Association, Spring Congress, May 1997, San Jose, Calif., Final Program and Abstract Book, p. 99.

47. Coughlin SS, Kass NE, Goodman KW, Pies C. Instruction in Public Health Ethics. American Public Health Association 124th Annual Meeting, Book of Abstracts, 1996, p. 431.

48. Goodman KW. A level playing field: Special programs can help address under-representation of minorities in medical informatics. *Physicians and Computers* 1995:13(4):12-23.

49. Goodman, K. Alternatives to Principle-Based Methods for Ethical Decision Making. *Decision Making in Public Health: Priorities, Power, and Ethics*, San Diego: American Public Health Association, 1995, p.163 (abstract).

50. Goodman, K., Ethics and System Evaluation. *Physicians and Computers* 1994;11.11:12-14

51. Goodman, K. The role and function of hospital ethics committees, *Miami Medicine* 1994;64.7:23-24.

52. Goodman, K. A Budget of Ethical Issues in Computational Medicine. In *Etica y Cultura Contemporánea*, Mendoza, Argentina, EDIUNC, 1994, 57-63

53. Goodman, K. Toward a unified code of ethics in epidemiology. *American Journal of Epidemiology* 1993;138:672 (abstract).

54. Goodman, K. Monitoring ethics,  *Physicians and Computers* 10.10; March 1993: 10-12.

55. Goodman, K. Moral arguments for medical volunteerism, *Miami Medicine* 63.11; December 1992: 25.

56. Goodman, K. A question of ethics: the increased capability of computational diagnosis brings with it a host of questions. *Physicians and Computers* 1992;10(4):10-13.

57. Goodman, K. Science policy should be independent of political and ideological concerns. *The Scientist* 1991;5(5)::11,13.

58. Goodman, K, Knowledge and communication. *Amplifier* (American Psychological Association Newsletter on Media Psychology) 1990;6(2):3,8.

59. Goodman KW. Review of T.W. Cooper, ed., *Communication Ethics and Global Change*, (Longman, 1989); *Journal of Mass Media Ethics* 1990;5.1:66-69.

60. Goodman KW. Journalism and philosophy, *Proceedings and Addresses of the American Philosophical Association* 1989;63.5: 35-40.

61. Morrisson S, Kee M, Goodman KW. Analysis. *Machine Translation* 1989;4.1:113-128.

**20.a Popular Media, Commentary, etc. (Selections)**

Goodman KW, Mack H. Medical professionals have an ethical duty to go digital. The *Miami Herald*, March 3, 2016. Available at http://www.miamiherald.com/opinion/op-ed/article63913667.html.

Goodman KW. Why executions can't (and shouldn't) be sterilized. *The Phoenix Republic*, August 17, 2014. Available at http://www.azcentral.com/story/opinion/op-ed/2014/08/13/medical-executions-joseph-rudolph-wood/14015333/.

Goodman KW. Ethics, science funding and the fiscal cliff. *Science Progress*, Jan. 7, 2013. http://scienceprogress.org/2013/01/ethics-science-funding-and-the-fiscal-cliff/.

Goldschmidt PJ, Goodman KW. The full cost of medical fraud. *The Miami Herald,* Feb. 6, 2010.

Goodman KW. A `Miami Moment': A Minority's Hatred of Fidel Castro Has Many Struggling to Do the Ethical Thing for Elian. *Chicago Tribune,* April 5, 2000, http://articles.chicagotribune.com/ 2000-04-05/news/0004050081_1_case-of-elian-gonzalez-ethics-moments

Goodman KW. A DiMaggio rule on medical privacy. *The New York Times*, December 30, 1998, A17. PMID:11648103

Numerous other journalistic articles on science, medicine, bioethics and related issues.

## 20.b Instructional Media

Various contributors. Ethics and Governance of Artificial Intelligence for Health. World Health Organization, 2022, https://openwho.org/courses/ethics-ai.

Goodman KW, PI, Ethics Curriculum Project. ECP provides modules on a broad ensemble of issues and topics under the headings Language Arts, Science and Math, Social Science, Arts and Humanities and Special Topics. These modules include content introductions, lesson plans, student activities and knowledge assessment tools.  2005-2015. http://www.miami.edu/index.php/ethics/projects/ethics_curriculum_project

Goodman KW. Nurse practitioner education in developmental disabilities, Webinar Series, Florida Developmental Disabilities Council, March 2015 [https://www.youtube.com/watch?v=NcjbpNiyr7k].

Goodman KW. Publication and authorship. CITI. https://www.citiprogram.org/, 2009-2014.

Goodman KW. Genetic research in human populations. CITI course in the protection of human research subjects. https://www.citiprogram.org/, 2003-15.

Cava A, Cushman R, Goodman KW.  HIPAA and human subjects research. CITI course in the protection of human research subjects. https://www.citiprogram.org/, 2003-2008.

Geissman KW, Goodman KW et al. Scientific Ethics: An Interactive, Multimedia, Computer-Based Training. Atlanta: Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry, 1998.

*NB: CITI modules also listed under Section 19, above.*

## 21. Other works accepted for publication:

## V. PROFESSIONAL

**22. Funded Research Performed:**

Current

2 U01DA053941-01          Solo-Gabriele (PI)                    2021-2023
This project supports one of the sites for the NIH Rapid Acceleration of Diagnostics (RADx) Initiative, here to sample wastewater to detect COVID and compare with hospital infection data.
NIDA
Role: Co-investigator, 8.33%.

NSF planning               Díaz-Pachón                    2021-2022
IUCRC Planning Grant University of Miami: Center for Standards and Ethics in Artificial Intelligence (CSEAI)
Role: Co-investigator, 1%

Previous

National Institutes of Health, Clinical and Translational Science Award. Miami-CTSI.
1UL1TR000460 (Szapocznik) 06/27/12 – 05/31/17.    Role: Ethics unit coordinator, 20-30%.

Alpha-1 Foundation, Social media as an interactive educational medium for quality of life issues for those with Alpha-1 (Moseley): 07/01/13 – 06/31/15. Role: Investigator, 10%.

National Institutes of Health, Fogarty International Center. Pan American Bioethics Initiative.
1R25TW008186 (Braunschweiger and Goodman) 09/23/08 – 05/31/12, with no-cost extension to 05/31/14. The major goal of this project is to help build capacity in research ethics education in the Latin American and Caribbean regions.  Role: Co-PI, 15%.

ARRA Supplement to Fogarty award, 3R25TW008186, to develop additional curricular tools on research ethics for international learners. 9/1/2009-8/31/2011, $39,908. Role: Co-PI. (Under no-cost extension)

National Center on Minority Health and Health Disparities. A Targeted Decision Aid to Improve Minority Participation in Clinical Trials (1RC2MD004784), Byrne MB, PI, 09/28/2009 – 06/30/2011. NIH – NCMHD/NCI, $1,652,959. (M. Byrne) The major goal of this project is to develop and assess decision support tools for prospective research participants. Role: Investigator. 5%

Robert Wood Johnson Foundation (Goodman); 12/01/06-02/28/09; 20%
Ethical, Legal and Social Issues, Project HealthDesign $160,000 (incl. $10k transition funds). Role: PI, to direct efforts to identify and address ethical, legal and social issues related to the use of personal health records (project number 59879).

Beier J. Vector-Borne Disease Control in Urban Environments. 1 P20 RR020770-03 (NIH Director's Exploratory Centers for Interdisciplinary Research), 09/28/04-07/31/07 (5%).
Role: Co-investigator to coordinate ethics activities as part of development of new interdisciplinary approaches for the control of vector-borne diseases in urban environments, through collaborative studies involving investigators from 11 Departments and Centers at University of Miami, Kenya, Egypt, Israel, Costa Rica, and Trinidad. ($1,668,869.)

Goodman KW. The CITI Course in the Responsible Conduct of Research – Part B. Office of Research Integrity. $25,000 curriculum development contract, 2006. Role: PI.

Walsh, P. Atmospheric and Marine-Based Interdisciplinary Environmental Health Training Project, NIEHS, R25 ES10713, 0-20-00—8-31-07 (7-10%). Role: Develop environmental health and ethics curriculum. Co-Investigator.

Scott, G. Fellowship in Clinical Research, NIH, OD-00-002, 9-30-02—9-29-05 (5%). Role: contribute to ethics curriculum.

Shor-Posner, G. Optimizing HIV/TB Management in the HAART Era, NIH Fogarty D43 TW000017-16, 7/29/04—5-31-07 (2-5%). Role: Contribute to ethics activities, including annual conference.

Mack, A., others and Goodman, K, Health Careers Motivation Program, HRSA, D 18 MB 02868-01, 9-1-99—8-31-02, $623,248 (2-5%). Role: Provide ethics instruction to program participants.

Goodman, KW. principal investigator, Difficult Challenges in Human Subjects Research, U.S. Department of Health and Human Services, National Institutes of Health, NIAID,  T15 AI07591, 10-1-99—9-30-02, $265,986 (15%). Role: As PI, oversee training grant to develop conferences.

Beckwith, S., others and Goodman, K, Community-State Partnerships to Improve Care of the Dying, Robert Wood Johnson Foundation, 1-1-00—12-31-02, $449,961 (20%). Role: Develop ethics and other resources for end-of-life education project.

O'Connell, M., others and Goodman, K, Undergraduate Medical Education for the 21st Century, HRSA/AACOM, 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, 9-1-98 — 8-31-01, $375,000 (8%). Role: Contribute to creation of a Web-based training module in managed care ethics.

Goodman, KW. Minority Precollege Health Science Outreach Project; U.S. Department of Health and Human Services, National Institutes of Health, National Center for Research Resources; 5R25RR010242-02, $219,891; September 1994- September 1997. Role: Coordinate placement of minority students in UM labs.

Goodman, K. principal investigator, Precollege Health Science Outreach Project; U.S. Department of Health and Human Services, National Institutes of Health, National Center for Research Resources; $58,615; application dates April 1, 1998-March 31, 1999. PI status transferred to colleague as of June 1998 at awardee's request. Role: Coordinate placement of minority students in UM labs.

Goodman, K. principal investigator, Summer Outreach Program, Dade County Public Schools, 1994-1997, $219,998. Role: Coordinate Miami-Dade County Public Schools minority summer science education program at UM.

Various philanthropic, corporate and other grants in support of UM ethics programs; 1991-2007, approximately $3,500,000 (including Arsht gift of $3 million.

**Grant-related Consulting**

NICHD, R01HD086700, An Interactive Patient-Centered Consent for Research Using Medical Records. University of Florida Department of Communi8ty Health and Family Medicine. PI: R. Moseley. Consultant 9/17/15-8/31/18.

Fogarty International Center, R25 TW010026: Research Ethics Education Program in Jordan, University of California at San Diego. PI: W. Al-Delaimy. Consultant 2015-present

NIH SE Best Practice, Challenge Grant, 1 R01 DA029258-01: Ethical issues in broad data sharing for genetic research on addiction: best practices. University of Colorado, Denver. PI: M. Coors. Consultant 2010-11.

**23. Editorial responsibilities**

***Study Sections and Review Panels***

National Academies of Sciences, Engineering, and Medicine / U.S. Government Accountability Office (GAO), Artificial Intelligence in Health Care: Benefits and Challenges of Machine Learning Technologies for Medical Diagnostics (GAO-22-104629), 2022

NIH Special Emphasis Panel/Scientific Review Groups 2022/05 ZRG1 BBBP-H (56) and SEIR-H (80), 2022

NIH Native American Research Centers for Health (NARCH), 2021

European Science Foundation / Research Foundation Flanders, 2021

Netherlands Organisation for Scientific Research, Veni Awards grant referee, 2019

Katholieke Universiteit Leuven Research Council, Belgium, grant referee, 2019

European Union, European Research Council, Ethics Review Panel, Horizons 2020; 2014-present (e.g., HORIZON-INFRA-2021-DEV-02, 2022)

European Union, European Research Council, Ethics Review Panel, FP7, 2010-2014

National Institute of Allergy and Infectious Diseases Special Emphasis Panel ZAI1-JBS-A-S1, S2, RFA-12-018: Clinical Trials Units for NIAID Networks, June 2013.

AHRQ, 2011

Wellcome Trust, UK, 2011 (WT095887RR) grant review

HHS Special Emphasis Panel, FOA-OC-HIT-10-001: Health Information Technology, Special Emphasis Panel, Office of the National Coordinator for Health Information Technology, Curriculum Development Centers, 2010.

Maryland Stem Cell Research Fund Peer Review, 2009.

CDC, Coordinating Office for Terrorism Preparedness and Emergency Response (COTPER), study section, FOA RFA TP08-001: Preparedness and Emergency Response Research Centers: A Public Health Systems Approach, 2008.

NIH research ethics Study Section, 2002-2006.

National Science Foundation, Ethics Section, 2004, 2005

Reviewer, Alpha-1 Foundation, 2007-2013

International Advisor, European Union-funded project, "Personalized health monitoring (PHM) – Interdisciplinary research to analyze the relationship between ethics, law and psychosocial as well as medical sciences. Project meeting, Linköping, Sweden, December 1-2, 2011.

**_Referee_**
- AAMC Southern Group on Educational Affairs, 2014 annual meeting
- *Acta Bioethica* [n, 2009]
- *Acta Tropica*
- *AMA Journal of Ethics* [2018]

- *Ambulatory Pediatrics*
- *American Journal of Bioethics* [n, 2006]
- *American Journal of Industrial Medicine*  [2004]
- *American Journal of Ophthalmology* [2018]
- *Annals of the American Thoracic Society* [2013]
- *Annals of Epidemiology* [n, 2008]
- *Applied Clinical* Informatics [2018; 2]
- Association for Practical and Professional Ethics [*n*, 2016, 2017]
- *Biomed Central Medical Ethics* [2017]
- BMC Medical *Ethics [2017]*
- *Bulletin of the World Health Organization* [2019, 2023]
- *Business & Professional Ethics Journal*
- Cambridge University Press [2015, 2021]
- *CANCER*
- *Chest* [2015]
- *Clinical Radiology* [2019]
- *Computers and the Humanities*
- *Controlled Clinical Trials* [2000]
- Fund for Scientific Research-FNRS, Belgium [2021]
- Global Summit of National Ethics Committees [2016]
- *Human Mutation*
- *Humor* [1990]
- John Wiley & Sons
- *Journal of Abnormal Child Psychology*
- *Journal of the American Medical Informatics Association / JAMIA* [*n*, 2016, 2017 (2), 2018 (4), 2019 (2), 2020, 2021 (2)]
- *Journal of Bioethical Inquiry* [2016(2), 2020, 2023]
- *Journal of Biomedical Discovery and Collaboration*
- *Journal of Biomedical Informatics* [*n*, 2002, 2015, 2017, 2018]
- *Journal of Business Ethics* [2004]
- *Journal of General Internal Medicine* [*n*, 2004, 2006, 2016]
- *Journal of Medical Ethics*
- *Journal of Medical Internet Research* [*n*, 2020]
- *Lancet Digital Health* [2020]
- The Leverhulme Trust [UK, 2021]
- *Machine Translation*
- *Medical Decision Making* [2002]
- *The Medical Journal of Australia*
- MIT Press
- *Molecular Psychiatry* [2018]
- *Nursing Ethics* [2023]
- Oxford University Press [2014]
- *Perspectives in Biology and Medicine* [2019]
- *The Pharmacogenomics Journal*
- *PLOS Computational Biology* [2014]
- *PLOS ONE* [2017, 2018, 2022]
- *Proceedings of the American Thoracic Society*
- *Public Health Ethics*
- *Public Health Reports* [2018]
- *Science and Engineering Ethics* [x, 2019]
- Springer [2016]
- *Swiss Medical Weekly* [2017]

- Symposium on Computer Applications in Medical Care (SCAMC)/American Medical Informatics Association Fall Meeting
- Synthese (2021 (2), 2022)
- Synthese Library [2019]
- *Teaching Ethics* [2023]
- *Theoretical Medicine*  [2021]
- *Trends in Biotechnology*
- UK Medical Research Council / Research and Innovation Future Leaders Fellowships [2020]
- Wellcome Trust
- *Yearbook of Medical Informatics*, International Medical Informatics Association [2018]

*Other*

Co-editor with E Vayena, Bulletin of the World Health Organization Special theme: Artificial intelligence in the health sector: ethical considerations, 2020.

Reviewer, "Big Data Ethics Framework for Health and Research," National University of Singapore, 2019.

European Science Foundation, College of Expert Reviewers, 2019-present

Section co-editor (with Malin B), International Medical Association, IMIA *Yearbook of Medical Informatics, 2018*

Editor, Ethics and Health Information Technology section, *Cambridge Quarterly of Healthcare Ethics*, 2014-present

External Reviewer

- University of Toronto Joint Centre for Bioethics, January 24, 2011
- University of North Carolina at Chapel Hill School of Medicine, all ethics units, May 7-8, 2007

Editorial Board, *Journal of Biomedical Informatics*, 2014-2021

Associate Member, ALERT (Aspects of Law and Ethics Related to Technology) Research Group, London, UK, 2014-present.

Associate Editor, *Acta Bioethica,* 2010-present

Consultant/reviewer, "WHO Online Research Ethics Training Course," Geneva: World Health Organization, 2013.

Consultant/reviewer, "WHO Strategy on People-Centered and Integrated Health Services," Geneva: World Health Organization, 2014.

Technical expert / peer reviewer, Gibbons MC et al. Impact of Consumer Health Informatics Applications. Evidence Reports/Technology Assessments, No. 188, Agency for Healthcare Quality and Research, 09(10)-E019, Johns Hopkins University, 2009: http://www.ncbi.nlm.nih.gov/bookshelf/br.fcgi?book=erta188

Member, Faculty Advisory Board, Department of Institutional Review Ethics and Administration, Nicholas Cardinal Cheong Graduate School for Life, Catholic University of Korea, 2011-12.

Member, Comité Científico Internacional, *Revista Colombiana de Bioética*, 2009-2011.

Reviewer, American Medical Association Council on Ethical and Judicial Affairs report on "Ethical Guidelines for the Use of Electronic Communication between Patients and Physicians," January 2002.

Reviewer, National Academy of Sciences, Institute of Medicine, Committee on Battlefield Radiation Exposure Criteria, 1999. (Document: S Thaul, H O'Maonaigh, eds. *Potential Radiation Exposure in Military Operations*, Washington, D.C.: National Academy Press, 1999.)

Advisor/contributor, 1998-1999, Institute of Medicine, "Strategies to Protect the Health of Deployed U.S. Forces." (Document: LM. Joellenbeck, PK Russell, SB Guze, eds., Medical Follow-Up Agency, Institute of Medicine, *Strategies to Protect the Health of Deployed U.S. Forces: Medical Surveillance, Record Keeping, and Risk Reduction,* Washington, D.C.: National Academy Press, 1999.)

Co-editor, "Scope: Issues and insights" column, *MD Computing*, 1998-2001.

Contributing Editor, *Physicians & Computers;* 1992-2001.

Conference organizer and director, and program editor, annual "Clinical Ethics: Debates, Decisions, Solutions" conference, Bioethics Program, University of Miami, 1994-2010.

Conference organizer and director, Florida Bioethics Network Seventh Annual Conference, "Bioethics in Florida: Challenges in Daily Practice," Tampa, Oct. 8-10, 1997.

Member, Program Directorate and Proceedings Editorial Board, First World Congress on Computational Medicine, Public Health and Biotechnology, April 24-28, 1994, Austin, Texas.

Guest Issue Editor, Miami Medicine, special number on bioethics, Vol. 64, No. 7, August 1993.

Symposium organizer and chair, "Computers and Ethics in Medicine," American Association for the Advancement of Science annual meeting, Chicago, Feb. 7, 1992.

Managing editor, *Machine Translation*, quarterly journal of computers and translation published by Kluwer Academic Press; Aug. 1989-Nov. 1991.

Goodman K. Guest Editor, *Machine Translation* 4.1 and 4.2; 1989. Special issues on knowledge-based machine translation.


**24. Professional and honorary organizations:**

AMIA (American Medical Informatics Association)
- Founder and Chair, Ethical, Legal and Social Issues Working Group, 1996-1998; chair, 2003-2004
- Chair, Ethics Committee, 2008-2014
- Chair, Vendor Contracts Task Force, 2009-2011
- Member, Working Group Steering Committee, 2006-2007
- Member International Affairs Committee, 2014-

Member, American College of Epidemiology Ethics Committee, 1995-1999, 2005-present; chair, 2006-2008.

Co-executive director, Florida Bioethics Network, 1999-2005; director, 2005-present; president, 1997-1998; board member, 1993-1997.

Member, Association for Practical and Professional Ethics, 1995-present. Elected to Board of Directors, 2020.

Member, Director's Advisory Committee, University of Miami Interdisciplinary Stem Cell Institute, 2009-2016.

Member, Advisory Committee, Institute for Ethics in Health Care, Miami-Dade College, 2001-present.

Member, Bioethics Committee, Florida Department of Corrections Health Services, 1994-2002.

Member American Association for the Advancement of Science
Member American Medical Informatics Association
Member American Society for Bioethics and the Humanities
Member Association for Practical and Professional Ethics
Member Florida Bioethics Network; Director, 2004-present

**25. Honors and awards:**

"Honorary Nurse Award," UHealth / National Nurses Week, May 2023.

Elected Fellow, The Hastings Center, 2020.

Elected Fellow, American College of Epidemiology, September 2018.

Johnson J, Goodman KW. Writing prose and writing code: unrecognized causes of reproducibility failures**.** 2017 Innovations in Research and Research Education Award, Association of American Medical Colleges (AAMC**)**, third prize, https://www.aamc.org/members/great/479422/2017researchprogramawards.html;
 http://med.miami.edu/news/aamc-award-focuses-on-improving-science-writing-and-coding.
See also https://news.aamc.org/medical-education/article/academic-medicine-research-replication-crisis/

Inducted University of Miami Iron Arrow Honor Society, November 2015.

Inducted Alpha Omega Alpha Medical Honor Society, March 2012.

Honorable Mention, Dorland Health People Awards, October 2011
(http://accessintelligence.imirus.com/Mpowered/book/vcip11/i6/p1).

Leadership Award, AMIA (American Medical Informatics Association), November 2010.

Outstanding Faculty Award nominee, University of Miami Association of Greek Letter Organizations, April 2010.

"Health Care Hero" award nominee, "Individual of Merit," Greater Miami Chamber of Commerce, May 2009.

Visiting Scholar, Erasmus Mundus Programme in Applied Ethics, Centre for Applied Ethics, Linköping University, Nov. 26-Dec. 4, 2009, Linköping, Sweden.

Elected Fellow, American College of Medical Informatics, American Medical Informatics Association, October 2008.

"Heavy Hitter in Education," *South Florida Business Review*, June 2006.

"Guardian Angel Award," South Florida Guardianship Association, March 2003.

Inducted Honorary Member, Golden Key National Honor Society, November 1996.

First place in Florida Philosophical Association 1987 graduate-student paper competition, for  "Theoretical Terms";  see above.

M.A. awarded with distinction, University of Essex, 1982.

Rotary Foundation scholarship for work in journalism, applied to post-graduate study at Essex, 1981-1982.

B.S. awarded with high honors by the University of Florida, 1975.

Selected for admission by Kappa Tau Alpha national communications honor society, 1975.

Selected for admission by Phi Kappa Phi national scholastic honor society, 1974.

Florida Society of Newspaper Editors, Spot News Reporting team, Daytona Beach News-Journal, 1981. Society of Newspaper Design, 1987-88 Award of Excellence for News/Sun-Sentinel Front-Page Design and Regularly Appearing Section A teams.

Various travel awards to attend conferences and/or present papers.

**26. Post-doctoral fellowships:** NA

**27. Other professional activities, service:**

**2024**

Goodman KW. Standards for Guidelines for Governance: Managing AI's High-Stakes Moral Complexity. University of Puerto Rico, January 31.

**2023**

Goodman KW. Foundations and Moral Reasoning In Research On Humans; Informed Consent, Privacy and Confidentiality; and Conflict of Interest in Scientific Research. Research Ethics – Responsible Conduct of Research, Sudan University of Science and Technology in conjunction with Sudan Ministry of Higher Education and UNESCO Chair in Women, Science and Technology, Khartoum, Sudan, February 13-14.

Bush A, Goodman KW, Li F, Sigalos M. The Intersection of Ethical AI & Machine Learning, Social Equity & Good Business. eMerge Americas Annual Conference, Main Stage, April 20, 2023, Miami Beach.[https://emergeamericas.com/agenda/2023_agenda]

Goodman KW. Research Ethics. Winn Career Development Award, Diversity in Clinical Trials Award Scholars Forum, Virginia Commonwealth University Massey Cancer Center, online, May 10.

Vasiliu-Feltes I, Blackman R, Goodman KW, Rausch K. Responsible and Trustworthy AI, Institute of Science, Entrepreneurship & Investment, online, May 11.

Goodman KW, Mansfeldt C, Ram N, Tsosie K. Wastewater Surveillance Ethics Workshop, National Science Foundation Research Coordination Network, online, July 13.

Goodman KW. Ethics, Medicine, and Artificial Intelligence. Yale School of Medicine Program for Biomedical Ethics, New Haven, September 6.

Goodman KW. Ethics, AI Standards and Responsibility. HL7 37th Annual Plenary Conference, Phoenix, September 11.

Goodman KW. Artificial Intelligence and Medicine: Ethics, Standards and Responsibility. American College of Physicians Medical Informatics Committee, online, October 19.

Goodman KW. Artificial Intelligence and Brain Science; Bioethics Education in Medical Schools; Neuroethics, Medicine and Artificial Intelligence. Pontificia Universidade Católica do Rio Grande do Sul, Institutional Internationalization Project / Capes-PRINTprogram, October 3-5,


## 2022

Goodman KW. Ethics, Informatics and Reproducibility: Local Challenges, Global Duties, Florida International University, Health Policy and Management Department, January 31.

Goodman KW, James J, Kalluri R, Mezgova H. Biased Perspective, Unequal Effects: AI & Healthcare. Science. Ethics & Policy Symposium, University of California at Berkeley, April 9.

Goodman KW. Data Standards and Reproducibility, REDSSA Seminar: The Ethical, Legal and Social Implications (ELSI) of Data Science in Healthcare in sub-Saharan Africa. Stellenbosch University, online, April 11.

Gantt A, Barrett LM, Goodman KW. Healthcare Resource Allocation & the Rationing of Care in the Time of COVID-19. American Bar Association Health Law Section, Emerging Issues in Healthcare Law, Miami, April 29.

Goodman KW. Ethics and Guardianship. 5th Annual Clerks Statewide Investigation Alliance Training Symposium. Florida Clerks and Controllers, online, May 3.

Goodman KW. Guardianship, Ethics and End-of-Life Care. Florida State Guardianship Association, 35th Annual Conference, Sarasota, July 21.

Goodman KW. Epidemiology, Informatics, Ethics: Social Responsibility in a Wobbly Society. American College of Epidemiology Annual Meeting, Scottsdale, Arizona, September 10.

Goodman KW, Greene KG, Klugman C, van den Hoven, J, Wallach W. Operationalizing the WHO Guidelines for AI. Google Health Bioethics Summit 2022, in conjunction with the Hastings Center, online, October 12.

Goodman KW, Tolle S, Blackler L. The Public Role of State Bioethics Organizations in Advancing Ethical Practices and Policies, American Society for Bioethics and the Humanities, Portland, Oregon, October 29.

Goodman KW. Ethics, Epidemiology and Environmental Surveillance. Global Metagenomics Summit: 7th Annual Metagenomics and Metadesign of Subways and Urban Biomes (MetaSUB) Conference, Miami Beach, November 21.

## 2021

Goodman KW, Hasan M, Kniepmann K. Equity, ethics and issues of faith. Florida Palliative Care Coalition, Inaugural Summit, Orlando, June 5.

Goodman KW, et al., panelists. FDA Virtual Public Workshop on Transparency of AI/ML-enabled Medical Devices. October 14.

Invited participant, National Institute of Standards and Technology (NIST) Workshop, NIST Research Data Framework (RDaF), October 29.

Goodman KW. Digital Death: Managing end-of-life care in electronic medical records. 16th Annual International Conference on Clinical Ethics & Consultation, Stellenbosch University, Cape Town, South Africa, online, December 2.

**2020**

Goodman KW. Ethics in guardianship. 1st Annual Symposium on Ethics, Florida State Guardianship Association, Kissimmee, Florida, January 10.

Goodman KW. Session chair / moderator. Pathways to professional social responsibility: the development of personal and professional values in undergraduates (Schiff D, Borenstein J.). Association for Practical and Professional Ethics Annual Meeting, Atlanta, February 22.

Goodman KW. Ethics, software engineering and de-identification: Titrating protections to serve stakeholders' interests. National Cancer Institute Workshop, De-identification of narrative clinical documents: Stakeholders' perspectives and acceptance of machine-based de-identification, Rockville, MD, February 25.

Cannata D, Saab F, Goodman KW. Roundtable: Empowering Women via Ethical Business Values, World Business Angels Investment Forum, online, August 25.

Goodman KW, Fireside Chat with Charles Jaffe, MD, PhD, HL7 34th Annual Plenary Meeting, videoconference, September 29. [https://www.youtube.com/watch?v=PwKMWEFZL7Y&feature=youtu.be]

Goodman KW. Covid vs. human brains and intelligent machines: Covid is winning. V Colóquio Internacional de Bioética / 5th International Bioethics Colloquium, Pontifical Catholic University of Rio Grande do Sul, Porto Alegre, Brazil, via videoconference, November 4.

Goodman KW. Ethical universals and research ethics: In defense of shared global values. 5th International Conference on Research Ethics in the MENA, Jordan University of Science and Technology, Irbid, Jordan, via videoconference, November 6.

Johnson J, Goodman KW. From compliance to creativity: Struggling to maintain the integrity of research integrity. Research/Reproducibility 2020, University of Florida and ORI, December 2.

Goodman KW. Ethics and Motorsports. International Council of Motorsport Sciences, Annual Congress, via videoconference, December 9.


**2019**
Weng C, Murphy S. Pathak J, Embi P, Goodman KW (moderator). Enabling medicine-based evidence using large-scale clinical data research networks: State of art, impact, challenges, and future work. American College of Medical Informatics Winter Symposium, Fort Myers, Florida, January 26.

Goodman KW, Roew E, Lipton, Z, Purves D. Legal and ethical issues in medical applications of artificial intelligence. Promise and Problems in Emerging Technology: Shaping the Societal Impact of Artificial Intelligence, University of Florida Department of Philosophy and School of Law, Gainesville, February 28.

Deria R, Goleman L, Goodman KW (moderator). Panel on race and bioscience. American Association for Practical and Professional Ethics Annual Conference, Baltimore, March 2.

Goodman KW. Precision medicine, big data and global science ethics: A U.S. perspective. Korean Parliamentarian Forum on Global Health: The Global Legislation Trends in Precision Medicine and Big Data, Seoul, April 22.

Goodman KW. Meta-Analysis: A Missing Component of RCR Curricula and Ethics Studies of Research Methods. 6th World Conference on Research Integrity; poster. Hong Kong, June 4.

Goodman KW. Direct-to-consumer genetic testing.  18th Gordon L. Snider Critical Issues Workshop: Detection of Alpha-1 Antitrypsin Deficiency: The Past, Present and Future. Alpha-1 Foundation, Orlando, June 23.

Goodman KW. Including ethics advice in electronic health record systems. Ninth Cambridge Consortium for Bioethics Education, Cambridge University Press, Paris, July 4.

Goodman KW. Ethical challenges and opportunities in AI for local and global health (pre-recorded in Beijing). Beijing Summit on Health Data Science, Peking University, Beijing, July 14.

Al-Delaimy W, Forman M, Gaudino J, Goodman KW, Widome R. Epidemiology, Policy and Trust. American College of Epidemiology Annual Meeting, Pasadena, Calif., September 9.

Goodman KW. Historias Clínicas Electrónicas. Universidad de los Andes, Bogota, September 20.

Goodman KW. Data confidentiality, privacy and informed consent. World Health Organization Consultation, Developing WHO Guidance on Ethics & Governance of Artificial Intelligence for Health, Geneva, October 3.

Goodman KW. Ethical and practical issues in dealing with difficult patients. Symposium on Advanced Wound Care, Las Vegas, October 14.

Goodman KW. nursing ethics curriculum development: trans-curricular, inter-professional, multi-modal. American Association of Colleges of Nursing 2019 Baccalaureate Conference, Orlando, November 22.

Goodman KW. Clinical futility: Ethics, law and policy in Florida. Tallahassee Memorial Hospital, December 9.


## 2018
Trucco M, Unguru Y, Goodman KW. Ethics discussion. FACTOR Osteosarcoma Research Conference, Sylvester Comprehensive Cancer Center, Miami, January 27.

Goodman KW. Clinical futility: Balancing science, ethics, law – and the psychology of hope. Grand Rounds, Moffitt Cancer Center, Tampa, March 23.

Goodman KW. Data ethics and computational bioscience. 9th Annual International Conference on Ethics in Biology, Engineering & Medicine, Florida International University, Miami, April 15.

Goodman KW. Moral challenges of medical machines & Ethics and information technology. Medical University of Pleven, Bulgaria, and Bulgarian Association of Bioethics and Clinical Ethics, April 19.

Goodman KW. Artificial intelligence and health Care. Ethics and AI for Good Health symposium, University of Toronto, June 11.

Goodman KW. Ethics, science and authorship: The growth of knowledge in the 21st century. Third International Conference on Ethics in Jordan. Jordan University of Science and Technology, Irbid, July 3.

Goodman KW. Ethics, information technology and TB. Digital Health Technologies for a World Free of TB (US AID), New Delhi (by videoconference), July 26.

Goodman KW. Ethics discussion. Florida Department of Health Ethics Reaccreditation Workgroup, conference call, July 31.

Goodman KW. Bioethics and precision medicine: From little genes to big data. Total Exposure Health, Pacific Northwest National Laboratory, Bethesda, September 6.

Goodman KW. Ethical challenges in clinical trial recruitment. Alpha-1 Foundation Clinical Resource Center Forum, Miami, September 8.

Goodman KW. Big data, small data and artificial intelligence. Update in Research and Public Health Ethics. World Health Organization, Geneva, September 28.

Goodman KW. Intelligent machines, big data and epidemiology: From ethics to policy. Society for Epidemiologic Research and American College of Epidemiology, joint webinar, October 16.

Goodman KW. Keynote: Big Data ethics, from writing code to coding rights in an era of intelligent machines. Ethics and Responsible Conduct of Research Sessions, Sigma Xi, Annual Meeting, San Francisco, October 27.

Goodman KW, Tierney W, Chute C. ACMI Debate: Biomedical researchers should have access to patient data without their consent. AMIA 2018 Annual Symposium, San Francisco, November 5.

Goodman KW, Reis A. Information technology and universal health coverage: Opportunities and ethical challenges for big data and artificial intelligence, World Congress on Bioethics, Bangalore, India, December 6.


**2017**
Goodman KW. Big data sharing: Software engineering ethics, reproducibility and curriculum development. Networking and Information Technology Research and Development Program, National Science and Technology Council, Executive Office of the President of the United States, Arlington, VA, January 26.

Goodman KW, Murray GC, Wong A, Hartsfield M. Impact of cost containment initiatives on patient rights and provider liabilities (panel). Sixth Annual Health Law Conference, Center for Innovative Collaboration in Medicine and Law, Tallahassee, February 13.

Goodman KW. Ethical considerations in the use of virtual reality. Ethics in Investigational & Interventional uses of Immersive Virtual Reality (e3iVR), University of Wisconsin-Madison, April 26.

Weber I, Mojova Y, Goodman KW. Social media for health research (tutorial). 11th International Conference on Web and Social Media, Montreal, May 15.

Brosco J, Goodman K, Stone McGuire L. Training medical professionals in the humanities. Medical Humanities Summer Institute, Coral Gables, Florida, May 20.

Goodman KW. Clinical research and the challenge of balancing profit and progress. 2nd International Conference on Ethics in Jordan: Clinical Trials, Jordan University of Science and Technology, Irbid, August 2.

Goodman KW (panel moderator), Peters E, Pinney S, Morain S. Untangling the ethical intersection of epidemiology, human subjects research and public health. American College of Epidemiology Annual Meeting, New Orleans, September 25.

Goodman KW. Presidential Symposium: Ethics and the electronic medical record. Florida Psychiatric Society, Sarasota, October 7.

Harle CA, Kim H, Nelson DR, Goodman KW (moderator). Successes and challenges in developing and implementing electronic informed consent tools for research. AMIA Annual Meeting, Washington, DC, November 6.

Kaplan B, Liaw T, Subbian V, Courtney K, Hochheiser H, Goodman KW. Promoting ethical and professional responsibility in biomedical informatics education. AMIA Annual Meeting, Washington, DC, November 5.

Goodman KW. Patients' duty to share data – because they benefited from the data of others. Ethical, Legal and Social Implications of Learning Health Systems, University of Michigan Department of Learning Health Systems, Ann Arbor, November 15.

Goodman KW. Ethics, epidemiology and ehealth: Managing (very) big data in a networked world. Centers for Disease Control and Prevention Public Health Ethics Committee and the Office of the Associate Director for Science, Atlanta, November 17.


**2016**

Goodman KW. Death and dying in Florida: FS 765, POLST and daily hospital life. Elder Law Section, Florida Bar, Essentials of Elder Law, Orlando, January 15.

Goodman KW. Ethics and plastic surgery. University of Miami Miller School of Medicine Department of Surgery, Division of Plastic, Aesthetic and Reconstructive Surgery, February 3.

Goodman KW, Gillis M. Ethical issues in death and dying. End-of-Life Conversations, University of Miami Miller School of Medicine Division of Continuing Medical Education, February 27.

Goodman KW. ICT in healthcare: international data sharing. ICT in Healthcare: Legal, Ethical, Social and Governance Challenges, Middlesex University, London, March 11.

Goodman KW, Emerson C, Vayena E, Henry D. Data, big data and really, really big data: Balancing values and advancing policy.  16th Annual Jus Lecture, University of Toronto Dalla Lana School of Public Health and Joint Centre for Bioethics, 27th Annual Canadian Bioethics Society Conference, Toronto, March 28.

Goodman KW. IRB regulatory challenges. Ethical Issues Related to Clinical Research and Rare Diseases, 15th Gordon L. Snider Critical Issues Workshop, Alpha-1 Foundation, Bethesda, April 1.

Goodman KW. Computational epidemiology: Benefits, risks and the duty of citizens to contribute to Big Data. Epidemiology Congress of the Americas, Miami, June 23.

Goodman KW. Intelligent machines and the transformation of health care. International Bioethics Retreat, Cambridge University Press, Paris, July 6.

Goodman KW. The tyranny of privacy: Balancing rights and public health. Service Delivery & Safety Department, eHealth Team, World Health Organization, Geneva, July 22.

Goodman KW. International Data Sharing: Rights, duties and opportunities. International Conference on Ethics and Biomedical Informatics in Jordan, Jordan University of Science and Technology, Irbid, Jordan, August 10.

Goodman KW. Health and Humanitarian Implications of Mass Casualty Events. Mass Casualties: Preparing for the Worst – Providing the Best. Florida Institute for health Innovation, Florida Atlantic University, Boca Raton, September 26.

Goodman KW. Ética y tecnología de la información de la salud: Normas viejas y nuevos desafíos. Congreso Médico Colmédica, Visionarios de la Ciencia: Entre Médico y Paciente, Bogotá, October 20.


**2015**

Goodman KW. Death and dying in the 21st Century: Have we made any progress? JFK Medical Center Grand Rounds, Atlantis, Florida, January 15.

Goodman KW. Interoperability is an ethical issue – and failure to achieve it is a betrayal of patients. (Cf. September 15, 2014.) Data Management Association, Wisconsin Chapter, Madison, March 12.

Goodman KW. Ethics, health informatics and translational science. Mayo Clinic College of Medicine, Center for Clinical and Translational Science Grand Rounds, Rochester, MN, March 13.

Goodman KW. Balancing consent, privacy and the duty to share: challenges for biobank governance in an electronic era. U.S. Office for Human Research Protections, Research Use of Biospecimens: International Perspectives, teleconference, June 17.

Goodman KW. Helmet Safety, Biohacking and Genetic Enhancement:  New Challenges in Science, Sport and Society. Florida State University Center for Innovative Collaboration in Medicine and Law and Atlantic Coast Conference Road Scholar Speaker Series, Tallahassee, October 9.

Goodman KW. Clouds, Nets and Banks: Ethical challenges for international data sharing. International Colloquium on Law, Bioethics & Information Technology, Pontifícia Universidade Católica do Rio Grande do Sul (PUCRS), Norwegian-Brazilian-American Initiatives in Neuroscience & the Humanities (University of Bergen, University of Miami and PUCRS' Brain Institute, Law School and School of Humanities), Porto Alegre, Brazil, November 4.

Goodman KW. Ethics and electronic health records:  Privacy, professionalism, provider burden, and patient control. Indiana University Center for Bioethics and Center for Law, Ethics and Applied Research in Health Information (CLEAR), Indianapolis, November 12.

Goodman KW. From Terri Schiavo to Jahi McMath: Ethical discussion of end-of-life dilemmas. VII International Symposium on Brain Death and Disorders of Consciousness, Havana, December 10.


**2014**

Herkert J, Goodman KW, panelists, Author Meets the Critics: *Emerging Pervasive Information and Communication Technologies (PICT): Ethical Challenges, Opportunities and Safeguards*, K. Pimple, ed. Association of Practical and Professional Ethics, Jacksonville, FL, March 1.

Goodman KW. Computational decision support at the bedside: Ethics, policy and practice in an era of intelligent machines. University of Miami Department of Medicine Grand Rounds, April 23.

Goodman KW. Ethics and data mining. Food and Drug Administration Data Mining Council, Silver Spring, MD, April 30.

Goodman KW. Medical ethics and electronic health records. University of Miami Department of Psychiatry and Behavioral Sciences Grand Rounds, May 12.

Goodman KW. Big Data, Intelligent Machines, International Public Policy: The Role of Ethics in 21st-Century Health Information Technology. Middlesex University, Science & Technology School Seminar, London, June 4.

Goodman KW. ethics and health information technology: Learning health care systems in a digital world. Memorial Health Care, Savannah, GA, August 15.

Goodman KW. Digital science: Ethics, governance and best practice. University of Florida IRB Retreat, Gainesville, August 27.

Goodman KW. Interoperability is an ethical issue – and failure to achieve it is a betrayal of our patients. Health Level Seven International, 28th Annual Plenary & Working Group Meeting, Chicago, September 15.

Bouësseau M-C, Goodman KW. Toward equitable access to palliative care. 20th International Congress on Palliative Care, Montreal, September 10.

Arras J, Kukla R, Erwin E, Goodman KW. Contemporary issues in medical research. 12th Annual Graduate Student Conference: Biomedical Epistemology and Bioethics, University of Miami Department of Philosophy, October 17.

Byrne M, Owens D, Gareen I, Goodman KW, Schwartz JS. Lung cancer screening: A debate of practice, policy and science. Society for Medical Decision Making, 36th Annual Meeting, Miami, October 18.

Mandel NS,  Bishop EM, Brosco JP, Goodman KW, Mechaber AJ, Mechaber HF.  Preserving Empathy Throughout the Clinical Years: Third-Year Debrief Groups. Academy on Communication in Healthcare, Research and Teaching Forum, Orlando, October 2014.

Goodman KW. Learning health systems, ubiquitous surveillance and public health: Duties to share, obligations to protect and Responsibilities to serve. eHealth – Legal, Ethical and Social Challenges workshop, Middlesex University, London, October 28.

Goodman KW. Ethics and health information technology: Learning health care systems in a digital world. University of Texas Health Sciences Center, School of Biomedical Informatics, Research Seminar Series, November 12.

Goodman KW. Replication of research results. 20th National Ethics Councils Forum, European Group on Ethics in Science and New Technologies and National Italian Bioethics Committee, November 19, Rome.

Goodman KW, member, WHO Ad-hoc Technical Advisory Group on Palliative Care and Long-Term Care, 10-11 December, Barcelona.

**2013**

Goodman KW. Health Access, health quality, health reform: The ethical imperative. Health Care Reform: Legal and Ethical Questions about Where We Go from Here, Florida State University Center for Innovative Collaboration in Medicine and Law, Tallahassee, February 4.

Goodman KW. Testing for and communicating about brain death: Managing families' fear, denial and suspicion. University of Miami Department of Neurology Grand Rounds, February 15.

Goodman KW. Clinical futility: Definitions and debates. University of Miami Department of Family Medicine and Community Health, February 20.

Brosco JP, Goodman KW, de Velasco RE.  Ethical dilemmas in primary care. PriMed: Primary Medicine Today, University of Miami School of Medicine and Harvard Medical School, Fort Lauderdale, February 28.

Goodman KW. Enough already with horror-show RCR education: Time to emphasize positive duties and values. Third World Congress on Research Integrity, Montreal, May 6.

Goodman KW. Computational decision support at the bedside: ethics, policy and practice in an era of intelligent machines. Johns Hopkins University Division of Health Sciences Informatics, grand rounds, Baltimore, May 17.

Goodman KW. Bioética, ética corporativo y ciencia. Introducción a la Integridad Ceintifica, Colegio Médico del Peru, Lima, Peru, September 25.

Goodman KW. Horrores en la educación en ética de la investigación: tiempo de presentar valores positivos. IV Simposio en Humanismo y Bioética, Universidad de los Andes and Fundación Santa Fe de Bogotá, Bogotá, Colombia, October 21.

Goodman KW. Ethics review for grants in Europe and the United States: Some good ideas in search of a home. Hastings Center, informal lunch talk, Garrison, N.Y., October 30.

Goodman KW. Studying studies, inductions of induction and hearing hearsay: The continuing challenge of computational meta-analysis. American Philosophical Association, Eastern Division, 110th Annual Meeting, APA Committee Session, Epistemology of Medicine, Baltimore, December 28.

**2012**

Arons P, Goodman KW, Moseley RE. Ethics and the IRB: Issues and options. Second Annual Meeting, Florida Consortium for HIV/AIDS Research, Orlando, January 9.

Goodman KW. The computational futility index: using - and misusing - prognostic scoring systems in end-of-life care. Yale University Interdisciplinary Center for Bioethics, Jerome Medalie End-of-Life Issues Study Group, New Haven, January 11.

Goodman KW. Computational decision support in obstetrics and gynecology: Ethics, policy and practice in an era of intelligent machines. University of Miami Department of Obstetrics and Gynecology, Grand Rounds, January 26.

Goodman KW. Computational decision support at the bedside: Ethics, policy and practice in an era of intelligent machines. New York University Center for Health Informatics & Bioinformatics, New York, March 9.

Goodman KW. Computational diagnosis and prognosis in medicine and surgery: Ethics, policy and practice in an era of intelligent machines. Third Annual Eric Munoz Memorial Lecture, Department of Surgery Grand Rounds, New Jersey Medical School, Newark, March 16.

Goodman KW. Computers, ethics and medicine: Challenges of prognostic scoring systems. JFK Medical Center, Medical Grand Rounds, Atlantis, Florida, March 22.

Goodman KW. Bioética, tecnología de la información y salud. Fifth International Congress of Bioethics, June 4, Toluca, Mexico.

Goodman KW. International Public Health Informatics: Ethics, Policy and Curriculum Development. UNESCO Chair in Bioethics, International Conference on Bioethics Education: Contents, Methods, Trends, Tiberias, Israel, September 4.

Goodman KW. Ethics in epidemiology: Foundations and challenges. American College of Epidemiology Annual Meeting, Chicago, September 9.

Goodman KW. Ethics and universal health care. Florida Association of Free Clinics, Annual Conference, Orlando, September 20.

Goodman KW. Ethics, Computers and public health: Intelligent machines in a dangerous and probabilistic world. Clinical Epidemiology Seminar Series, Center for Clinical Epidemiology and Biostatistics, Department of Biostatistics and Epidemiology, University of Pennsylvania, Philadelphia, September 27.

Goodman KW, Greer JP, Mulvey B. International Health Ethics Panel, American Medical Students Association, Davie, Florida, October 13.

Goodman KW. Digital research: Databases, biobanking and privacy in the 21st Century. University of Florida Clinical and Translational Science Institute, Gainesville, Nov. 1.

Goodman KW. Electronic health records, personal health records, and noncommunicable disease interventions: The role of information technology in the debate over expanding public health practice. American Public Health Association, San Francisco, October 29.

McGraw D, Goodman KW. Balancing personal and population privacy needs.  Current Issues in Population Health Informatics for Healthcare and Public Health, AMIA Annual Symposium, Chicago, November 3.

Goodman KW. Privacy and confidentiality in electronic archives. VI Journada Internacional sobre Actualizaciones en Ética de la Investigación e Integridad Científica, Universidad Austral, Buenos Aires, November 16.


**2011**

Goodman KW, de Velasco R. Ethical challenges during catastrophic events. Hospital Disaster Planning, Preparations and Response: An All-Hazards Approach, Jackson Health System and University of Miami Miller School of Medicine, Miami, February 17.

Goodman KW, Gray KS, Koontz L, McGraw D, Pritts J. Panel Guidance for Secondary Use of Data, "HIMSS11 – Linking People, Potential and Progress," Orlando, February 20.

Goodman KW, Pouncy CRP. Combining the best of worlds: Business, medicine and legal ethics. Florida International University Professionalism, Ethics and the Legal Profession Distinguished Speaker Series, FIU College of Law, Miami, February 24.

Goodman KW, Palamara A. Healthcare reform, "21st Century Medicine: Surviving the Next Decade," Northwest Medical Center, Hollywood, Fla., May 21.

Goodman KW. Control-A, control-C, control-V: (Im)proper documentation in electronic health records. Indiana University School of Medicine, Department of Medicine, Grand Rounds, July 8.

Massoudi B, Fu P, Holmes JH, Goodman KW, Richards J. Public Health Informatics Planning Domains, Public Health Informatics 2011 Conference, Centers for Disease Control and Prevention, Atlanta, August 22.

Goodman KW. Ethics and health information technology: focus on epidemiology and public health, Internal Ethics Committee, Centers for Disease Control and Prevention, Atlanta, August 23.

Goodman KW. Is irrationality alone ever a marker of incapacity? II International Symposium in Disorders of Consciousness, Havana, December 7.

**2010**

Goodman KW. Guardianship, Medicine and Ethics:  Growing Challenges in End-of-Life Care. Dade County Bar Association Probate and Guardianship Committee, Miami, Feb. 11.

Evans B, Menikoff J, Goodman KW, Youngblood L, Cook K. Appropriate Human-Subject Protections for Research Use of Sentinel System Data. Legal Issues in Active Medical Product Surveillance, Engelberg Center for Health Care Reform at Brookings, Washington, DC, March 8.

Goodman KW. Presentation on the Pan American Bioethics Initiative, Beyond the Boundaries: Toward the Establishment of a University Ethics Center, University of the West Indies, Cave Hill Campus, Bridgetown, Barbados, April 22.

Goodman KW. Sistemas de información, privacidad y confidencialidad. Humanismo y Bioética, Fundación Santa Fe, Bogota, Colombia, April 26.

Hormats RD, Jeffery R, Goodman KW, Cooke J, Schwartz HA. The Responsible Resources Trade, a panel as part of the "Our global challenges: A series of dialogues on the pressing issues of our time." Center for Strategic & International Studies, Washington, May 18.

Goodman KW. Bioética e informática de la salud. VI Seminario Internacional e Interuniversitario de Biomedicina y Derechos Humanos, Fundación Tejerina, Madrid, June 24. [Cf. Chapters, above.]

Goodman KW. Ethics and global health information technology. ETH Lunchtime Seminar, World Health Organization Division of Ethics, Equity, Trade and Human Rights, Geneva, June 28.

Goodman KW. Global perspectives of ethics and evidence-based practice: Impact on healthcare systems in developing countries. Summer Institute on Evidence-Based Practice, UT Health Science Center, San Antonio, July 9.

Goodman KW, Zamora E. The guardianship grandstand. Florida State Guardianship Association, Palm Beach Gardens, Fla., July 17.

Goodman KW and others, Steering Committee, 5th Annual Invitational Health Policy Meeting. The Future of Health IT: Innovations and Informatics, American Medical Informatics Association, Reston, VA, Sept. 1-2.

Goodman KW. Medicare and Medicaid Fraud. Plenary presentation, 5th Annual Invitational Health Policy Meeting. The Future of Health IT: Innovations and Informatics, American Medical Informatics Association, Reston, VA, Sept. 2.

Goodman KW. Ethical Universals -- are there any and, if so, what good are they for global health research? Global Perspective Lecture Series, University of California at San Diego, Division of Global Health, Department of Family and Preventive Medicine, San Diego, Sept. 14.

Goodman KW. From "gee-whiz" science to "gee-whiz" ethics: Explaining 21st-century medical challenges to lay audiences. American Association of Medical Colleges, Group on Institutional Advancement, AAMC annual meeting, Washington, D.C., Nov. 7.

Goodman KW. Ethical challenges in electronic health records and information technology. Ethical Perspectives in Healthcare – Today's Challenges, Morton Plant Mease Hospital, BayCare Health System, St. Petersburg, Florida, November 10.

Goodman KW, Kinzbrunner BM. End-of-Life Issues, South Florida Center for Jewish Ethics, Miami Beach, Nov. 18.

**2009**

Goodman KW. Ethics and health information technology: New challenges in clinical care and research in a pharmacogenomic world. Indiana University Center for Bioethics, Indianapolis, January 29.

Goodman KW. Post-study responsibilities, Building Ethics Models for Global Research, International Association for Dental Research, 38th Annual Meeting, Miami Beach, April 2.

Goodman KW, discussant; Massoudi BL, moderator. The Promise of Electronic Health Information. RTI Fellow Program, Research Triangle Institute, Washington, DC, April 9.

Goodman KW. "Octomom" – What's wrong and what's right with reproductive ethics and the law. Florida Bar Health Law Section, Florida Bar Annual Convention, Orlando, June 26.

Goodman KW. Ethics, capacity assessment and psychiatric practice. 31st International Congress on Law and Mental Health, New York, July 1.

Esposito K, Goodman KW. Law as therapy, therapy as public policy: Ethical comforts – and challenges – in the rise of therapeutic jurisprudence. 31st International Congress on Law and Mental Health, New York, July 3.

Goodman KW. Sects, smoking, drinking and other irrational behaviors: Challenges posed by wards' injurious behaviors. Florida State Guardianship Association, annual meeting, St. Petersburg, August 7.

Goodman KW. HIPAA challenges: From Hippocrates to Obama. Florida State Guardianship Association, annual meeting, St. Petersburg, August 8.

Goodman KW. Professionalism and medical ethics. Florida Gastroenterologic Society, Annual Meeting, Boca Raton, Florida, Sept. 12.

Goodman KW. Privacy and confidentiality in research. Integridad Científica: La Importancia de la Educación en Ética de la Investigación, Pan American Bioethics Initiative, San Jose, Costa Rica, September 18.

Goodman KW.  Ethical challenges in neurology: Cases and controversies. University of Miami Department of Neurology Grand Rounds, Oct. 23.

Goodman KW. Ethics at the end of life. Vitas Health Care Hospice Symposium, Davie, Florida, Nov. 9,

Koppel R, Kreda D, Kuperman G, Goodman KW, Zych, Shortliffe EH. Vendor contracts and the Koppel-Kreda *JAMA* article on hold-harmless and non-disclosure clauses. Annual Symposium, American Medical Informatics Association, San Francisco, Nov. 17.

Nichols-Johnson V, Koppel R, Goodman KW, Zych E, Wiederhold G. The electronic medical record and the health of your privacy. Annual Symposium, American Medical Informatics Association, San Francisco, Nov. 18.

Goodman KW. Death, Politics, Disease and Mutation: Some Ethical, Legal and Social Issues for the 21st Century (Part 1). University of Miami Department of Medicine, Division of General Internal Medicine Grand Rounds, Dec. 22.

**2008**

Goodman KW. Evidence, ethics and expertise: Honest persuasion in opening statements and closing arguments. Federal Court Practice Committee, Florida Bar Midyear Meeting, Miami, Jan. 17.

Goodman KW. On the need for robust research ethics curricula. Eighth Conference, Faculty of Pure and Applied Science, University of the West Indies, Kingston, Jamaica, Feb. 26.

Goodman KW. Practical research ethics: How to manage cases that are hard, really hard and nearly impossible. Eighth Conference, Faculty of Pure and Applied Science, University of the West Indies, Kingston, Jamaica, Feb. 27.

Goodman KW. Ethics for the practicing physician. London Foundation Seminar, keynote speaker/grand rounds, Mount Sinai Medical Center, Miami Beach, March 28.

Goodman KW, Horan TA, Kaelber D, Yasnoff WA. Personal health records in disability communities. American Medical Informatics Association Spring Congress, Phoenix, May 30, 2008.

Goodman KW. Panelist. InfoLinks Virtual Panel on Patient Privacy Rights, Public Health, & Ethics, Division of Alliance Management & Consultation, National Center for Public Health Informatics, Centers for Disease Control & Prevention, June 17.

Goodman KW. Panelist. Epistemological Convergence between Bioethics and Evidence-Based Medicine, as part of the First Costa Rican Bioethics Conference at the National University of Costa Rica in San Jose, in conjunction with the Seventh Annual Iberoamerican Cochrane Network Annual Meeting, the Fifth Annual Iberoamerican Clinical Practice Guidelines Network Meeting and the Second Central American Branch of the Iberoamerican Cochrane Network, San Jose, Costa Rica, June 26.

Goodman KW. HIPAA, privacy and confidentiality: Ethical and legal issues. Florida Children and Youth Cabinet, Fort Myers, July 14.

Brennan P, Goodman KW, Massoudi B, Nugent L. Project HealthDesign: Rethinking the power and potential of personal health records. Summer Institute in Nursing Informatics, University of Maryland School of Nursing, Baltimore, July 19.

Bell K, Diamond CC, Goodman KW, Ralston JD. Policy implications. New Frontiers in Personal Health Records: A "Report Out" from Project HealthDesign and Forum on Next-Generation PHRs. Washington, D.C., September 17, 2008.

Goodman KW. Ethics and epidemiology: Focus on international research. University of Miami Department of Epidemiology and Public Health Grand Rounds, October 15.

Goodman KW. Commentary on EBM and Clinical Practice (M. Tonelli), Critical debates in Evidence-Based Medicine (EBM): Where We've Been and Where We're Going, University of Toronto, November 16.

Goodman KW, Kearns K, Rawlins L, Taylor C. Future of software: Health IT Roundtable. Challenges and opportunities in the new political environment. Business Software Alliance Annual Retreat, Coral Gables, Florida, November 18, 2008.

Goodman KW. Pautas internacionales en Ética de investigación. Maestría en Bioética: Foro Permanente en Bioética: en Coloboración Científica Internacional. Universidad Nacional de Cuyo and Hospital Pediátrico Dr. Humberto J. Notti, Mendoza, Argentina, December 1, 2008.

Goodman KW. Manejo de la información, confidencialidad y privacidad. Maestría en Bioética: Foro Permanente en Bioética: en Coloboración Científica Internacional. Universidad Nacional de Cuyo and Hospital Pediátrico Dr. Humberto J. Notti, Mendoza, Argentina, December 3, 2008.

**2007**

Goodman KW. Protecting privacy in the Electronic Age:  Evidence, ethics and expertise. Federal Court Practice Committee, the Florida Bar Midyear Meeting, Miami, Jan. 18.

Brummel-Smith K, Goodman KW. Ethical decision-making: Quality of life vs. longevity. Florida Geriatric Care Managers Association, Annual Conference, Tampa, Jan. 20.

Goodman KW, Zuroweste E, Paoletti S. A critical look at the health and human rights of economic migrants. Plenary panel, Global Health Education Consortium, 16th Annual Conference, Santo Domingo, Dominican Republic, Feb. 17.

Barrett DH, Hood R, Fiore RN, Goodman KW. Development of an ethics process for pandemic preparedness and response. Association for Practical and Professional Ethics, 16th Annual Meeting, Cincinnati, Feb. 24.

Goodman KW. Bioethics: the changing medical landscape. New College Library Association, Sarasota, March 6.

Sharma TS, Goodman KW, Wilkinson J. Mandatory universal newborn screening for HIV. University of Miami Department of Pediatrics Grand Rounds, March 13.

Flint K, Galland J, Goodman KW. Creating a dynamic program on the responsible conduct of research. National Postdoctoral Association Annual Meeting, Berkeley, CA, April 1.

Fiore RN, Moseley R, Goodman KW (panel). Bioethics in Florida: Challenges for the next decade. Florida Bioethics network annual spring meeting, Miami Beach, April 27.

Goodman KW Ethics in health policy. Bioethics Society of the English-Speaking Caribbean (BSEC), Montego Bay, Jamaica, May 5.

Fiore RN, Laitner M, Goodman KW, Melby G, Gavras J (panel). Floridian's' decisions: Genetics, Pandemics and bioethics, Leadership Florida Gulfstream Region, Jupiter, May 14.

Goodman KW. Ethics and vulnerability: Shared responsibilities for infant mental health. Seventh Annual Infant Mental Health Conference, Fort Lauderdale, Fla., May 18.

Goodman KW (moderator). Medical decisions vs. religious beliefs. Florida State Guardianship Association, 20th Annual Conference, Westin, Fla., Aug. 4.

Goodman KW (moderator). Ethics. International Society for Craniofacial Surgery, Salvador, Brazil, August 23.

Goodman KW. When may health professionals refuse to provide care? Baptist Health South Florida, Mariners Hospital, Tavernier, Fla., September 7; and Baptist Hospital, Oct. 24.

Goodman KW. Banked tissue research: Time for a reappraisal. University of Miami Miller School of Medicine Human Subjects Protection Seminar, Sept. 25.

Goodman KW. End-of-life care in a post-Schiavo world. University of Miami Miller School of Medicine, Department of Medicine Grand Rounds, Sept. 26.

Goodman KW. IT, HIPAA, 45CFR46 & ICMJE: E-T-H-I-C-S. The Children's Health Fund, National Annual Meeting, White Plains, NY, Oct. 11.

Goodman KW, The MRSA School Outbreaks: Reflections on an Emerging(?) Epidemic. American Society for Bioethics and the Humanities, Washington, D.C., Oct. 20.

**2006**

Nogueras D, Goodman KW, Davis H. Powerful Thinkers: A protocol for addressing ethical and moral decision making in high school students. 4th International Civic Education Conference, Orlando, Jan. 20.

Goodman KW. Clinical practice without clinical trials: Ethical issues in off-label drug use. Bascom Palmer Eye Institute, Angiogenesis 2006 Conference, Miami, Feb. 4.

Goodman KW. Discussant. Clinical Ethics Case Presentation, "Futility of Care." University of the West Indies (Cave Hill) and Queen Elizabeth Hospital, Bridgetown, Barbados, Feb. 11.

Goodman KW. Ethics, schmethics: The Schiavo case and the culture wars. The Schiavo Case: Interdisciplinary Perspectives, University of Miami Law Review symposium, Coral Gables, Feb. 18.

Goodman KW. Ethics and social work. University of Miami Miller School of Medicine Department of Pediatrics, Social Work Division, Social Work Grand Rounds, March 28.

Goodman KW. Ethics at the end of life. Blue Cross Blue Shield Center for Ethics, Public Policy and the Professions, University of North Florida, Jacksonville, May 11.

Goodman KW. Ethics, genomics and computing. American Medical Informatics Association, Spring Congress, Phoenix, May 17.

Goodman KW. Ethics and guardianship, Cases you hope you never see. Florida State Guardianship Association annual conference, Orlando, Aug. 4.

Goodman KW. Panel chair, Ethics and Aging: Challenges in Medicine, Nursing and the Law, 2006 Florida Conference on Aging, Tampa, Aug. 14.

Goodman KW. Ethics in a changing elder law environment. Florida Bar Elder Law Section annual retreat, Duck Key, Fla., Sept. 9

Goodman KW. Advance directives in Florida post-Schiavo and POLST: Lessons learned in avoiding future debacles, "End-of-Life Care in Florida – 2006: Current Practice and Future Developments," University Hospital and Medical Center and VITAS Innovative Hospice Care, Tamarac, Sept. 15.

Goodman KW. Ethics and bioinformatics. UM School of Medicine Tuesday Genetics Conference, Department of Pediatrics, Sept. 26.

Goodman KW, Mullings A. Intensive course on biomedical research ethics. University of the West Indies, St. Augustine, Trinidad & Tobago, Oct. 9-10.

Goodman KW. Ethics and plastic surgery. University of Miami Department of Surgery, Division of Plastic Surgery Grand Rounds, Oct. 25.

Goodman KW. Panelist. Is there a future and promise in stem cell research? South Florida Bioscience Consortium & South Florida Hospital and Healthcare Association, Davie, Fla., Oct. 26.

Goodman KW. Pharmacogenomics and human subjects research: New challenges for IRBs. Baptist Health South Florida, Sixth Annual Educational Retreat, Naples, Oct. 28.

Goodman KW. Panelist. Uncertain health informatics decisions: How should we address them. American Medical Informatics Association Annual Symposium, Washington, Nov. 14.

Goodman KW. Bioterrorism and pandemic preparedness.  Public Health Ethics, Policy and Law course, The Wharton School, University of Pennsylvania, Philadelphia, Nov. 14.

Goodman KW. When the law is silent: Managing public health emergencies. Federal Judicial Law Clerks seminar, U.S. Federal Courthouse, Miami, Nov. 16.

Goodman KW, Panel moderator. Medical and legal challenges of long-term-care policies. Miami Area Geriatric Education Center, 15th Annual Advances in Geriatrics conference, Fort Lauderdale, Dec. 2.


**2005**

Goodman KW. Glowfish, racism and other oddities: Ethical challenges in environmental genomics. Florida A&M University, Environmental Sciences Institute, Tallahassee, Feb. 4.

Goodman KW. Ethical issues on obstetrics and gynecology: Focus on cord blood banking. University of Miami Miller School of Medicine Department of Obstetrics and Gynecology Grand Rounds, March 10.

Goodman KW. Embryonic stem cells: Hope for the future or ethical minefield? American Academy of Neurology 2005 Annual Meeting, Miami Beach, April 16.

Goodman KW. Arguments in favor of embryonic stem cell research. National Multiple Sclerosis Society Task Force on Stem Cell Research, Washington, D.C., May 10.

Goodman KW. Ethics in pediatrics. Florida Pediatric Society annual meeting, Orlando, June 11.

Goodman KE. Ethics, technology and healthcare. Biotecnología, Genómica y Bioética, Sus Implicancias en Salud Publica, Pan American Health Organization and Hospital Clínico Universidad de Chile, Santiago, July 15 (in Spanish).

Goodman KW. Disability and guardianship in the post-Schiavo era. Invited keynote presentation, Florida State Guardianship Association, 18th Annual Conference, Doral, Fla., Aug. 6.

Goodman KW. Information, evidence and technological uncertainty: Implications for environmental ethics. Federación Latinoamerica y del Caribe de Instituciones de Bioética (FELAIBE), 5º Congreso de Bioética, Panama City, Panama, Aug. 10.

Goodman KW. Public understanding of bioethics: Media successes, failures –  and duties. Federación Latinoamerica y del Caribe de Instituciones de Bioética (FELAIBE), 5º Congreso de Bioética, Panama City, Panama, Aug. 10.

Schneider J, Spike J, Goodman KW. Ethics and aging: Priorities for the 21st century. Florida Council on Aging annual meeting, Orlando, Aug. 24.

Goodman KW. Ethics and Medicaid planning. Florida Bar Elder Law Section annual retreat, Naples, Florida, Sept. 17.

Goodman KW. Medical futility. Baptist Health System Conversations in Ethics, South Miami Hospital, Sept. 30.

Goodman KW. The Terri Schiavo case. University of Miami Miller School of Medicine Department of Medicine Grand Rounds, Oct. 19.

Goodman KW. Secret science: Pressures to hide – and sell – drug research data. University of Miami Miller School of Medicine MD/PhD Program Grand Rounds, Nov. 10

**2004**

Goodman KW. Applying ethics in a real-life medical setting. Understanding the Law and Healthcare Decision Making: Could the Schiavo Case Happen to You? Sarasota County Bar Association, Sarasota, Fla., Jan. 10.

Barron TJ, Powers R, Goodman KW. Ethics, caregiving and the law. Florida Alzheimer's Summit 2004, Tallahassee, Feb. 5.

Goodman KW. Ethics in cancer care. Joint Cancer Conference of the Florida Universities, Orlando, Feb. 6. (And moderator, Workshop on Ethical and Complex Issues in Cancer Care.)

Goodman KW. Evidence, error, ethics: How science and morality intersect in clinical practice. American College of Medical Quality/American College of Preventive Medicine joint annual conference, Orlando, Feb. 20 (Nigel Roberts Award Lecture in Healthcare Ethics).

Goodman KW. The sad case of Terri Schiavo: Easy ethics, weird politics, faulty law. Keynote speech, Academy of Florida Elder Law Attorneys (AFELA), Fort Lauderdale, March  12; Tampa, March 13.

Goodman KW. Panelist, Research at international sites: Whose standards apply? Recognizing and Protecting Vulnerable Subjects: Theory, Practice and Compliance, U.S. Office for Human Research Protections (OHRP), Orlando, April 2.

Goodman KW. Panelist, Protecting the cognitively impaired research participant. Recognizing and Protecting Vulnerable Subjects: Theory, Practice and Compliance, U.S. Office for Human Research Protections (OHRP), Orlando, April 2.

Goodman KW. Bioterrorism, guest speaker, Public Health Policy, Ethics and Law, University of Pennsylvania School of Medicine, April 6.

Goodman KW. Ethical, legal and social implications of genetics. Genetics: The Health Care Genie Coming out of the Bottle, Nova Southeastern University College of Osteopathic Medicine, Master of Public Health Program, May 1.

Goodman KW. ID ethics: Treatment, genetics and public health. UM Infectious Diseases/HIV Grand Rounds, May 3.

Goodman KW. HIPAA as applied ethics. Bioethics in Contemporary Clinical Practice, Palm Beach County Legal Aid Society Bioethics Law Project, West Palm Beach, May 14.

Goodman KW. Ethics and patient records: making the most of outcomes research, error reduction and evidence-based practice; & Ethics and patient records: From HIPAA to decision support. Toward an Electronic Patient Record (TEPR) Annual Convention, Fort Lauderdale, May 20.

Goodman KW, Black K, Jackson MA. What the Schiavo case means to health care decision makers. Florida Council on Aging / Florida Conference on Aging, Miami, Aug. 31.

Goodman KW, small group leader, Prevention and Public Health Working Group business meeting, American Medical Informatics Association, San Francisco, September 9.

Goodman KW, panelist, Gender and role identity in IT design and use. International Medical Informatics Association, Medinfo, San Francisco, September 10.

Goodman KW. Trust me: New challenges in conflict, advocacy and social commitment. American College of Epidemiology Annual Scientific Sessions,  Boston, September 13.

Goodman KW. Human suffering: Ethical, social and cultural  considerations. Hospice of Naples, Naples, Florida, Oct. 9.

Goodman KW. Ethics and diversity. Miami Area Geriatric Education Center Ethno-Geriatrics Conference, Miami, Oct. 14.

Goodman KW. Ethical controversies in dermatology practice. Miami Society for Dermatology and Cutaneous Surgery, Miami, Oct. 21. (Lecture follows clinical rounds and case presentations.).

Goodman KW. Panelist, Law and ethics of bloodless medicine, International Symposium in Blood Management, UMSM, Miami Beach, Nov. 12

## 2003

Leon MB, Goodman KW. Conflicts of interest in the lab. 15th International Symposium on Endovascular Therapy, Miami Beach, Jan. 20.

Goodman KW. Ethics and evidence-based psychiatry. Masters of Psychiatry, Florida Psychiatric Society, Miami Beach, Feb. 23.

Goodman KW, with Trotter G and Middleton JR. Panel: Author meets the critics: *Ethics and Evidence-Based Medicine*. Association for Practical and Professional Ethics, 12th Annual Meeting, Charlotte, N.C., March 1.

Goodman KW. Training in ethics: A curricular requirement? American Gastroenterological Association Training Directors' Workshop, Advancing GI Fellowship Training, Chicago, March 23.

Goodman KW. ID Ethics: Genetics, Treatment and Public Health. UM Department of Medicine Division of Infection Diseases Grand Rounds, March 25.

Goodman KW. Ética en investigatión internacional. VIII Curso Internacional de Enfermedades Infecciosas, IX Seminario Integral del Sida, Corporación de Lucha Contra el Sida, Cali, Colombia, April 11.

Panelist. Orchestration of business and science in the public interest: Protection of patient rights when developing and testing new drugs. Association for Research in Vision and Ophthalmology Annual Meeting, Fort Lauderdale, May 5.

Goodman KW. Death, stroke and disability: Ethical issues in managing complexity and uncertainty. Annual Stroke Conference, South Miami Hospital and American Stroke Association, South Miami, May 16.

Facilitating expert, American Medical Informatics Association 2003 Spring Congress, "Bridging the Digital Divide: Informatics and Vulnerable Populations," Philadelphia, May 28-30.

Facilitator, U.S. Department of Health and Human Services, Developing a National Agenda for National Health Information Infrastructure, Privacy and Confidentiality Track, Washington, D.C, June 30-July 2.

Goodman KW. HIPAA. Florida Bar Elder Law Section 2003 Retreat, Duck Key, Florida, July 26.

Goodman KW. Technology and ethics, keynote presentation, Eighth Annual Community Bioethics Consortium, Panama City, Fla., Sept. 5.

Gertel A, Goodman KW, Singer G, Gyi F. Panel, Communicating science and medicine to the public: an ethics exploration of power and perception. American Medical Writers Association, 63rd Annual Meeting, Miami, Sept. 19.

Goodman KW. Ethics in Ob-Gyn. University of Miami Department of Obstetrics and Gynecology Grand Rounds, Sept. 18.

Goodman KW. Ethics issues in creating, using, studying and sharing patient registries. Impact of Genetic Testing: Ethical, Legal, and Social Issues, Alpha-1 Foundation Gordon L. Snider Critical Issues Workshop Series No. 8, Coral Gables, Fla., Oct. 10.

Panel Moderator, Medical and ethical issues involved in aging, Florida Bar Continuing Legal Education Committee, Miami Lakes, Nov. 7.

Goodman KW. Informed consent and the role of IRBs. Arizona State University College of Law, guest lecture, "Bioethics and Genetics in an Intercultural Context" course, Prof. Joan L. McGregor, Nov. 19, 2003, Tempe, Ariz.

**2002**

Goodman KW. Ethics, law and policy: Sometimes there's no dilemma at all. Presentation, Florida Hospice and Palliative Care, 17th Annual Symposium, Orlando, Jan. 10.

Goodman KW. From Hippocrates to digital genetics. UM Masters of Pediatrics annual conference, Miami Beach, Jan. 19.

Goodman KW. Public health and bioterrorism: How can we prepare? Association of Subspecialty Professors Leadership Conference, Miami, Feb. 1.

Goodman KW. Ethical, legal and social issues in medical informatics. Visiting lecture, MINF 515, Oregon Health Sciences University, Portland, March 7.

Goodman KW. Medical informatics: The connective tissue in privacy, integrity and IRB Education. Oregon Health Sciences University research conference, Portland, March 8.

Goodman KW. Health care ethics. Session moderator, Academy of Florida Elder Law Attorneys, Fort Lauderdale, March 15.

Goodman KW. Health care ethics. Session moderator, Academy of Florida Elder Law Attorneys, Tampa, March 16.

Goodman KW, Ethics, genomics and computing: Searching for standards in research, error management and public health. Centers for Disease Control and Prevention, Office of Genetics & Disease Prevention, April 11, Atlanta.

Goodman KW. Ethical aspects of stem cell research. Nova Southeastern University College of Osteopathic Medicine, 7th Annual Kaleidoscope Conference, Fort Lauderdale, April 14.

Goodman KW. Ethics, cost and public health: The new meaning of evidence-based practice. Institute for Ethics in Health Care, Miami-Dade Community College, Miami, April 24.

Goodman KW. Introduction to ethics education. National Institute of Environmental Health Sciences, annual grantee meeting, Environmental Health Sciences as an Integrative Context for Learning, Rutgers University, Piscataway, N.J., May 10.

Goodman KW.  Organizer and moderator, "Multicultural Panel," Florida State Guardianship Association, 15th Annual Conference, Fort Lauderdale, Aug. 3.

Panelist, with Sami Al-Arian, University of South Florida; Judith L. Kreeger, Circuit Judge, Miami-Dade County; Nawar Shora, Legal Adviser, Arab-American Anti-Discrimination Committee, Washington, D.C.; and moderator Susan Dente Ross, Washington State University. The Association for Education in Journalism and Mass Communication annual conference, Law, Media Ethics, Mass Communication and Society and Communication Technology and Policy Divisions, mini-plenary session: Terrorism's Attack on Freedom of Speech and Information, Miami Beach, Aug. 9.

Goodman KW. Health privacy: Ethics committees and HIPAA. Shands at UF Ethics Committee Workshop, Gainesville, Sept. 18, 2002.

Goodman KW. Ethically optimized decision making. As part of "The call we dread, the case we dread: Medical crisis/end-of-life decision making" (panel), 2002 Florida College of Advanced Judicial Studies, St. Petersburg Beach, Sept. 26.

Goodman KW. Official Opening/Public Lecture, Grand Bahama Medical & Dental Association Scientific Conference, Freeport, Bahamas, Oct. 4.

Reiser B, Goodman K. Ethics and guardianship, Miami-Dade Coalition on Aging, "The Aging Puzzle: Pulling the Pieces Together," Miami, Nov. 8.

Goodman KW, Dahm L, Tarczy-Hornoch P, Winkelstein P. Ethics and bioinformatics. American Medical Informatics Association Annual Symposium, San Antonio, Nov. 13.

Goodman KW. Ethics and community health: Power and vulnerability in pediatric practice. Department of Pediatrics Grand Rounds, UM School of Medicine, Nov. 19.

Goodman KW. Ethics with teeth: Clinical and research implications of new federal privacy rules. Department of Dermatology Grand Rounds, UM School of Medicine, Nov. 20.

Goodman KW. Ethics, genes, science: Local values or global norms. Colloquium, Arizona State University College of Education and Lincoln Center for Applied Ethics, Tempe, Nov. 21.

**2001**

Goodman KW. Foundations of medical ethics. M-1 medical class, Nova Southeastern University College of Osteopathic Medicine, Fort Lauderdale, Jan. 9

Denker A-L, Goodman KW, Wurm G, Novo M. Controversial health policy issues and child health: Vaccines, adolescent confidentiality, parental notification, etc. Masters of Pediatrics, University of Miami Departments of Pediatrics and Dermatology, Miami Beach, Jan. 19.

Denker A-L, Djokic B, Goodman KW.  HIPAA. Masters of Pediatrics, University of Miami Departments of Pediatrics and Dermatology, Miami Beach, Jan. 21.

Panelist, Neuroethics/Neuroscience Grand Rounds, University of Miami School of Medicine, Feb. 9.

Goodman KW. Pain, death and privacy: Ethics as a practical problem solver. Collier County Medical Society, Naples, Fla., Feb. 15.

Goodman, KW. Sex, death and managed care: The role of the hospital ethics committee. Naples Community Hospital, Naples, Feb. 15.

Mullings A, Goodman K, Aarons D. An introduction to ethics in epidemiology: A short public health elective course, Department of Community Health and Psychiatry, University of the West Indies, Mona, Jamaica, Feb. 21-23.

Goodman KW. Mad cows, gene maps and Higgs bosons: How social forces shape scientific competition and progress. Sigma Xi science honor society, South Florida branch, Coral Gables, Fla. March 6

Goodman, KW. Invited participant, U.S. Department of Veterans Affairs, State of the Art Conference, "Making Informed Consent Meaningful," Washington, D.C., March 7-8.

Goodman KW. Ethical and social issues in telemedicine. East Carolina University, Brody School of Medicine, Information Technology & Health Care: Ethical, Legal and Social Issues, Greenville, N.C., March 9.

Goodman, KW. Ethics and Evidence-Based Medicine, keynote presentation, PriMed: Primary Medicine Today, University of Miami School of Medicine and Harvard Medical School, Fort Lauderdale, March 23.

Goodman KW. Responsible Conduct of Research: Focus on Epidemiology and Public Health, State University of New York at Buffalo, May 11.

Goodman, KW. facilitator, rapporteur. Privacy, Confidentiality and Security, American Medical Informatics Association Spring Symposium, Atlanta, May 15-17.

Goodman, KW. Health care ethics. Academy of Florida Elder Law Attorneys, Fort Lauderdale, May 19.

Goodman, KW. Invited seminar on research ethics, Division of Epidemiology, Statistics & Prevention Research, National Institute of Child Health & Human Development, Rockville, MD., May 24. (Cases: vitamin supplement RCT in China; medical examiner and drowning data collection)

Goodman KW, Brito A. Extreme ethics: Core issues and difficult challenges in epidemiology and public health. (Workshop abstract: *American Journal of Epidemiology* 2001;153(11):S2.) Invited workshop presentation June 13, 2001, Toronto, Congress of Epidemiology, a joint meeting of the American College of Epidemiology, American Public Health Association (Epidemiology Section), Canadian Society for Epidemiology and Biostatistics, Society for Epidemiologic Research.

Goodman KW, Hendricks JE, Rothenberg A, Reiser B. Developing an ethics consultation service for courts and guardians. Annual Conference, National Guardianship Association, Delray Beach, Oct. 22.

Goodman KW. Research ethics. Barry University School of Natural and Health Sciences, Miami, Oct. 29.

Goodman KW. Evidence, error and uncertainty: Ethical and social challenges for health informatics. Tutorial, American Medical Informatics Association Annual Symposium, Washington, D.C., Nov. 4.

Winkelstein P, Goodman KW. HIPAA: Is government regulation of ethics possible? American Medical Informatics Association Annual Symposium, Washington, D.C., Nov. 7.

Goodman KW, discussant: Why is health critical to the region's long-term development? Dante B. Fascell North-South Center (University of Miami) and The American Assembly (Columbia University), New Challenges to Development for the Democracies of the Americas: Energy, Health and Regional Security, Miami, Nov. 8.

Goodman KW, Matthews CR. Ethics in the correctional system. Florida Chapter, American Correctional Health Services Administration, Orlando, Nov. 10.

Goodman KW. Ethics: Animal models and surgical procedures. Animal Studies Training Workshop, VA Medical Center, Miami, Nov. 29.

Goodman KW. Research ethics, patient privacy and federal regulations: Burdens and benefits. UM Department of Orthopedics and Rehabilitation Grand Rounds, Nov. 29

**2000**

Goodman KW. Social and ethical issues. Session on "Prevention trials in autoantibody-positive high risk relatives," Workshop on Future Directions in Prevention of Type 1 Diabetes, National Institute of Diabetes & Kidney Diseases, Miami, Jan. 9.

Moseley R, Goodman KW.  Ethical considerations at the end of life, Florida Bar Elder Law Section mid-winter meeting, Amelia Island, Fla., Jan. 28.

Goodman K, Goldaber M. Making choices: Ethical solutions in Alzheimer's care. Alzheimer's Association, Greater Miami Chapter, Miami, Feb. 16.

Goodman, KW. Ethics and elder care, Association of Jewish Aging Services, 40th Annual Conference, Orlando, Feb. 22.

Goodman, KW. Brain death and the public understanding of science. Third International Symposium on Coma and Death, Havana, Feb. 24.

Goodman KW.  Digital doctoring: Ethical issues in medical computing. John J. Reilly Center for Science, Technology and Values, Program in History & Philosophy of Science, University of Notre Dame, South Bend, IN, March 27.

Goodman KW. Ethical issues in cancer genetics. Berlex 3rd Annual Genetics Oncology Workshop, Houston, Tex., April 10.

Goodman KW, Jackson MA. Ethical considerations regarding advance directives. 17th Annual Estate and Probate Seminar, Palm Beach County Bar Association, West Palm Beach, May 10.

Goodman KW. Death and confidentiality. Law, Ethics and Death, Florida Bar Health Law Section CLE workshop, Orlando, May 12.

Goodman KW, Frydman G, Temin P. Commentator panelists for keynote panel, Consumer Informatics Supporting Patients as Co-producers of Quality, American Medical Informatics Association Spring Congress, Boston, May 24.

Moseley R, Goodman KW. Use of the Florida Bioethics Network. Florida State Guardianship Association Annual Meeting, Orlando, Aug. 5.

Goodman KW. Ethical issues at the end of life. End-of-Life Care Symposium, Annual Meeting of the Florida Medical Association, Orlando, Sept. 2.

Armstrong D, Goodman K, et al, panelists. Controversies in the Medical, Legal & Ethical Issues of Avoiding Blood Transfusion, University of Miami/Jackson Memorial Medical Center, Miami, Sept. 8.

Goodman KW. Ethics, genomics, computers: How information technology is changing the rules for science and society. 12th International Genome Sequencing and Analysis Conference, The Institute for Genome Research (TIGR), Miami Beach, Sept. 15.

Goodman KW. Security, confidentiality and privacy: Healthcare ethics in the information age, Keynote Presentation, MemorialCare Technology Conference 2000, Long Beach, Calif., Sept. 16

Panelist, Ethics Forum: Genetics. Florida Nurses Association Annual Convention, Miami, Sept. 20.

Goodman KW. Genetics, computing and ethics: Some problems for the next few hundred years. Ethics: Unusually Difficult Challenges in Epidemiology and Human Subjects Research, University of Miami Ethics Programs, Miami, Oct. 12.

Beckwith S., Goodman KW., MacDonald L. Florida Partnership for End-of-Life Care, Law and Ethics at the End of Life, Florida Bioethics Network Fall Conference, Jacksonville, Oct. 19.

Goodman KW. Legal and procedural safeguards in end-of-life decision making.  Law and Ethics at the End of Life, Florida Bioethics Network Fall Conference, Jacksonville, Oct. 19.

Goodman KW. Norms and neurology: Ethical issues in intellectual and developmental disability. Mailman Center for Child Development, Friday Seminar Series, University of Miami School of Medicine, Oct. 27.

Gertel A, Goodman K, Moreno J. Biomedical ethics: Gray matters, redux. American Medical Writers Association, 60th Annual Conference, Miami, Nov. 9.

Goodman KW. Ethics and informatics. Genesis Health System Ethics Conference 2000, Bettendorf, Iowa, Nov. 17.

**1999**

Panelist, "Ethical Issues in Neurogenetics," Miami Project to Cure Paralysis, University of Miami School of Medicine, Feb. 25.

Goodman KW. Introduction to informed consent. American College of Medical Genetics annual clinical genetics meeting, March 20, Miami (Workshop A3, Paradigms for designing informed consent for genetic testing and research. Abstract: *Genetics in Medicine* 1999;1(1):21).

Goodman KW. Ethical issues in cancer genetics. Berlex 3rd Annual Genetics Oncology Workshop, San Diego, Calif., March 24,

Panelist, When Should Exposing Someone to HIV be a Crime? Eighth Annual Florida HIV Conference, Florida AIDS Education and Training Centers Network, Orlando, March 31.

Guest lecturer, Health Information Privacy, Nova Southeastern University Shepard Broad Law Center, Law and Medicine Seminar, Fort Lauderdale, Fla., April 5.

Goodman KW. Why ethics is not a lot of touchy-feely foo-foo: Lessons for patient representatives. Florida Society of Patient Representatives, Orlando, June 11.

Goodman K, panel chair, The Future of Healthcare Ethics, Florida Bioethics Network annual meeting, Fort Lauderdale, June 24.

Goodman K, panelist, Issues in End-of-Life Legislation in Florida, Florida Bioethics Network annual meeting, Fort Lauderdale, June 24.

Goodman K, panel chair, Clinical Advances in Biomedicine, South Florida Hospital Research and Education Foundation, The Future Healthcare System: Technology & Treatment for 2000 & Beyond, North Miami, June 30.

Goodman KW. Ethical and legal issues for the elderly. Jackson Memorial Hospital, The Autumn of Our Lives: Geriatric Health Care, Miami, July 9.

Goodman KW. Bioethics: Health care's two-edged sword. Florida Society for Healthcare Public Relations & Marketing, 33rd Annual Meeting, Orlando, July 14.

Goodman KW. Ethics and epidemiology, Nova Southeastern University, Concepts, Issues and Values in Health Care Education, Fort Lauderdale, July 28.

Goodman KW. Medical Ethics. Third Annual Florida Liability Claims Conference, Orlando, July 29.

Goodman KW. Ethical Considerations in Organ Transplantation. Third Annual Florida Liability Claims Conference, Orlando, July 30.

Goodman KW, moderator, Bioethics and the Law: ERISA and the Challenge of Managed Care, National Association of Women Judges, Miami Beach, Oct. 16,

Goodman KW, panelist, Ethical Decision Making in Managed Care — Unionization and Collective Bargaining, Florida Association of Health Maintenance Organizations, Tampa, Fla., Nov. 18.

Chang BL, Goodman KW, Renner J, Consumers, health informatics and the media, workshop, Annual Symposium of the American Medical Informatics Association, Washington, D.C., Nov. 7.

Jadad AR, Goodman KW, Jones HG et al., Consumer participation in informatics research and development: Ethical, social, methodological and political challenges, panel, Annual Symposium of the American Medical Informatics Association, Washington, D.C., Nov. 9.

Goodman KW. Ethical and social challenges for health computing: Focus on bioinformatics, tutorial, Annual Symposium of the American Medical Informatics Association, Washington, D.C., Nov. 7

Goodman KW. Why ethics matters in medical computing. SUN Users Conference, Miami, Dec. 6.

**1998**

Goodman KW. Is Diagnosis Desirable in Families with Polycystic Kidney Disease? 25th Annual Pediatric Nephrology Seminar, Miami Beach, Feb. 1.

Goodman KW. Memory and Hope: Ethical Issues in Dementia Care. Third Annual Educational Conference, Alzheimer's Association, Greater Miami Chapter, Davie, Fla., Feb. 25.

Goodman KW. Computers and Medicine: Ethical Considerations and Challenges. American Academy of Dermatology, 56th Annual Meeting, Orlando, Feb. 28.

Goodman KW. Ethical Challenges in Animal Welfare. Laboratory Animal Management Association, mid-year forum, Fort Lauderdale, Fla., April 24.

Goodman KW. Ethical Behavior in Government and Business. Leadership Miami Focus Session, Miami, April. 25.

Goodman KW. Genetics Research (panelist). Interface of Science, Ethics and Law in Human Subjects Research, FDA, OPRR, UM FAMU joint conference, Miami Beach, April 27.

Goodman KW. The Waiver of Informed Consent (panelist). Interface of Science, Ethics and Law in Human Subjects Research, FDA, OPRR, UM FAMU joint conference, Miami Beach, April 28.

Goodman KW. Reimbursement and Compensation of Subjects. Interface of Science, Ethics and Law in Human Subjects Research, FDA, OPRR, UM FAMU joint conference, Miami Beach, April 28.

Goodman KW. Ethics and Risk Management. South Florida Society for Healthcare Risk Management, Miami, May 12.

Goodman KW. The Problem of Advance Instructions (panelist). Problems and Strategies in Implementing Florida Statute 765, University of Florida Program in Medical Ethics, Law and the Humanities, Gainesville, May 14.

Goodman KW. Family Challenges to the Advance Directive: Medical Futility. (panelist). Problems and Strategies in Implementing Florida Statute 765, University of Florida Program in Medical Ethics, Law and the Humanities, Gainesville, May 15.

Goodman KW. Research Ethics. GI Research Conference, University of Miami Division of Gastroenterology, Miami, May 22.

Goodman KW. Ethics and Bioinformatics: Making Sense of Computational Oncology Research. Population Science Meeting, Fox Chase Cancer Center, Philadelphia, May 26.

Goodman KW. Ethical Issues at the Point of Use (panel chair). American Medical Informatics Association, Spring Congress, Philadelphia, May 27.

Goodman KW. Managing Sex Offenders: Public Policy and Ethics. South Florida Evaluation and Treatment Center, Miami, June 10.

Cava A, Goodman KW. Ethics in Business and Government. Greater Miami Chamber of Commerce Goals Conference, Aventura, Fla., June 13.

Goodman KW. Clinical futility. Miami Area Geriatric Education Center, Intensive Geriatric Training, Fort Lauderdale, July 9.

Goodman KW. Facilitator, Health Council of South Florida Annual Planning Retreat, Key West, Fla., Sept. 11.

Goodman KW. What on Earth Does Ethics Have to Do with Malpractice Work? Florida Medical Malpractice Claims Council, Palm Beach, Fla., Sept. 12.

Goodman KW. Life, Death and the Law: Challenges with Advance Directives. Cleveland Clinic Florida, Medical Grand Rounds, Fort Lauderdale, Sept. 16.

Goodman K, panelist, Bioethics and Technology in Corrections. 44th Annual Southern Conference on Corrections, Palm Beach, Fla., Sept. 22.

Goodman KW. Ethics and Arthritis, Florida Chapter, The Arthritis Foundation, Fort Lauderdale, Oct. 17, 1998.

Goodman KW. "Jailhouse Ethics: Good Care for Bad People," Florida Bioethics Network Eighth Annual Conference, Oct. 22, Orlando.

Goodman KW. Ethical Challenges Facing Not-for-Profit Organizations, Miami-Dade Coalition on Aging, Alliance for Aging, Miami, Oct. 30, 1998.

Goodman, KW. "Ethical and Social Challenges for Medical Informatics," Tutorial Session, American Medical Informatics Association Annual Symposium, Orlando, Nov. 7.

Goodman, KW., Workshop Organizer, "Ethics and Informatics: Educational Challenges for the Next Millennium," American Medical Informatics Association Annual Symposium, Orlando, Nov. 8.

Goodman KW. "Ethical Issues in the Use of Animals," VA Medical Center Animal Studies Training Workshop, Miami, Nov. 19.

Goodman K, et al., panelists, "Doctor, Where Are You? Jewish Ethics and the Health Delivery Revolution," The Jewish Theological Seminary, West Palm Beach, Nov. 22.

Goodman KW. Ethics and politics. Greater Miami Chamber of Commerce, Leadership Miami program, Miami, Dec. 5.

Goodman KW. Ethics, evidence and quality. Dade Association for Healthcare Quality, Miami, Dec. 16.

**1997**
Goodman K, Informed Consent for Clinical, Cosmetic and Research Procedures, Dermatology Seminar, UM Department of Dermatology and Cutaneous Surgery, Feb. 5.

Panel member, Health Care: Right or Privilege, UMSM 14th Annual Student Council Convention, Feb. 6.

Panel member, Right to Die, Organization for Human Rights, UM School of Law, Feb. 12.

Goodman, KW. Meta-analysis: opportunities and challenges, Combined Endocrinology and Diabetes Grand Rounds, UM Department of Medicine, Feb. 27.

O'Connell, M, Goodman KW. Evidence-based medicine, MD/PhD Grand Rounds, Feb. 24, and April 15, 1997.

Goodman, KW. Archived Samples and Bioinformatics: Lessons from the Banked Tissue and Sera Debate. American College of Medical Genetics, Annual Meeting, Fort Lauderdale, March 2.

Goodman, KW. Ethical Issues in International Occupational Health, American College of Occupational and Environmental Medicine, Annual Meeting, Orlando, May 16.

Goodman KW. Progress in ethics: From "Dilemma Fetishism" to genetics and psychiatry. 22nd International Congress on Law and Mental Health, Montreal, June 19-21.

Goodman KW. Computers, patient outcomes and physician profiling. Broward General Medical Center Grand Rounds, Fort Lauderdale, July 10.

Panelist, Prostate Cancer: To Screen or Not to Screen, Third Annual Florida Epidemiology Meeting, Miami Beach, July 25.

Goodman KW. Clients, Computers and Confidentiality, Florida Council on Aging
Florida Aging Network Training Conference, St. Petersburg Beach, Fla., Aug. 25.

Goodman, KW. Ethical Challenges Facing Health Care Professionals. South Florida Case Management Network, Miami, Sept. 10.

Panelist, Neuroscience Grand Rounds on Ethical Problems, UM Department of Neurology, Sept. 12, 1997

Goodman, KW. "Ethical Challenges in Minority and Elderly Recruitment." Increasing Participation of Minorities and Older Americans in Clinical Research, UM/Sylvester Comprehensive Cancer Center, Coral Gables, Fla., Sept. 17.

Goodman, KW. "Findings from the American College of Epidemiology Ethics Survey on the Need for Ethics Guidelines for Epidemiologists," Annual Scientific Meeting, American College of Epidemiology, Cambridge, Mass., Sept. 23, 1997.

Goodman, KW. "Alternative Approaches to Clinical Ethics," Florida Bioethics Network, Seventh Annual Conference, Tampa, Oct. 8, 1997.

Goodman, KW. "Ethical and Social Challenges for Medical Informatics," Tutorial Session, American Medical Informatics Association Fall Symposium, Nashville, Oct. 25.

Goodman, KW., Panel Organizer, "Ethical Issues in Internetable Health Care," American Medical Informatics Association Fall Symposium, Nashville, Oct. 28

Goodman, KW. "The Medical Futility Project," Health Council of South Florida, 1997-98 Board of Directors Retreat, Hawk's Cay, Fla., Oct. 31.

Goodman, KW. "Ethical Issues Concerning the Use of Animals." Animal Studies Training Workshop, VA Medical Center, Miami, Nov. 25.

**1996**

Goodman, K. Panelist, Are Bioethical Questions Creating More Controversy in Medical Care? Florida Medical Association 1996 Media and Medicine Conference, Orlando, Jan. 25.

Goodman, K., and Moseley, R. Medicine, Morals and the Media: Bioethics Issues in Hospital Public Relations and Marketing. Florida Hospital Association, Orlando, Jan. 26.

Holzman, B., Armstrong, A., Goodman, K. Faculty, Pediatric Bioethics Workshop, Masters of Pediatrics conference, University of Miami Department of Pediatrics, Jan. 29.

Goodman, K. Ethical Issues in Forensic Psychology, South Florida Evaluation and Treatment Center, Florida Department of Health and Rehabilitative Services, Miami, Feb. 2.

Goodman, K. Death in the ICU: It's Not What It Used to Be. Miami Teaching Institute, Greater Miami Chapter, American Association of Critical Care Nurses, Miami, Feb. 9.

Goodman, K. Brain Death, Medical Futility and Other Confusing Concepts: Lessons in Moral Fallibility. Second International Symposium on Brain Death, Havana, Feb. 29.

Goodman, K, and Feltman, D. Ethics, Economics and Managed Care. Advances in Geriatrics VIII, Miami Area Geriatric Education Center (MAGEC), Miami, March 30.

Franzblau, M, Brosco, J., and Goodman, K. Ethical Issues in Health Care: Lessons from the History of Medicine. University of Miami School of Medicine, April 15-26.

Goodman, K. Ethical Issues in Neonatal Nursing. Southeast Florida Association of Neonatal Nurses, Hialeah, May 28.

Goodman, K. The Ethics of Scientific Collaboration. Outcomes Research Group, University of Miami School of Medicine, May 29.

Goodman, K. Ethical Issues in Clinical Research: The Role of Trainees, Department of Urology Grand Rounds, University of Miami School of Medicine, May 31.

Goodman, K. Predicting Death: Can We Do it, and Can Computers Help Us? "End of Life Decisions 1996," Baptist Health Systems of South Florida, Sept. 21.

Goodman, K. Risks, Rules and Ratios: Ethically Communicating about Health and Disease, U.S. Centers for Disease Control and Prevention, Atlanta, Sept. 27.

Goodman, K. Advice on Consent: Where Science and Ethics Meet, U.S. Centers for Disease Control and Prevention, Atlanta, Sept. 27

Goodman, K. Computers in Pediatric Diagnosis and Prognosis: Ethical and Social Issues, UMSM Department of Pediatrics Staff Conference, Oct. 15.

Goodman, K. Ethics Committees: Structure, Function, and JCAHO Requirements. Florida Bioethics Network Sixth Annual Conference, Fort Lauderdale, Oct. 23.

Goodman, K. et al. Panel discussion, What Bothers Me about My Ethics Committee? How We Handle Those Problems, Florida Bioethics Network Sixth Annual Conference, Fort Lauderdale, Oct. 24.

Goodman, K. Can Scoring Systems Determine Futility? Florida Bioethics Network Sixth Annual Conference, Fort Lauderdale, Oct. 25.

Goodman, K. Ethical and Social Challenges for Medical Informatics, tutorial, American Medical Informatics Association fall symposium, Washington, D.C., Oct. 26.

Goodman, K. Ethics and Meta-Analysis, UM Outcomes Research Study Group, Dec. 5.

**1995**

Goodman, K. Why Ethics in Medicine is not Touchy, Feely, Warm or Fuzzy, Association for the Behavioral Sciences and Medical Education (ABSAME), Naples, Fla., Oct. 7, 1995.

Goodman, K. Why Ethics Matters to Psychology and Psychiatry (Especially When We Have All These Legal Guidelines Floating Around), South Florida Evaluation and Treatment Center (HRS), Miami, July 7, 1995.

Goodman, K. Issues in Publication and Authorship, Grass Foundation Fellowship program, Marine Biological Laboratory, Woods Hole, Mass., June 28, 1995.

Goodman, K. Ethics and Epidemiology, New England Epidemiology Institute and Tufts University, Boston, June 26-30, 1995.

Goodman, K. Restructuring the Health Care System and Tips on How to Improve the Visibility and Viability of Education in the Midst of Change, Florida Medical Association, 121st Annual Meeting, Miami Beach, June 1, 1995.

Goodman, K. Bioethics & Pastoral Care, Jackson Memorial Hospital Department of Pastoral Care program, "The Clergy and the Cancer Patient," May 26, 1995.

Goodman, K. Panelist, AIDS and Suicide: Psychiatrists' Role in End-of-Life Decisions, American Psychiatric Association annual meeting, Miami Beach, May 22, 1995.

Goodman, K. Medical Ethics in the Care of the Elderly, Hartford Generalist Physician Initiative Conference, Miami Beach, April 28, 1995.

Goodman, K. On Progress in Law in Ethics, "Health Care Regulation and Reform" course, Prof. M. Farrell, University of Miami School of Law, April 20, 1995.

Goodman, K., Kinzbrunner, N. A Philosopher and a Physician Discuss Assisted Suicide, "Decisions Near the End of Life," Education Development Center and the Hastings Center, Miami, March 24, 1995.

Goodman, K. Ethics of Animal Research, Animal Research Training Session, Veterans Affairs Medical Center, Miami, March 21, 1995.

Goodman, K. et al. Moderators, Legislative Panel: "Reshaping Health Care in the '90s and Beyond: A Legislative Symposium on Health Care Reform," sponsored by the Health Council of South Florida, Miami Panelists: Rep. John F. Cosgrove, chair, House Insurance Committee; State Sen. Alberto Gutman, chair, Senate Health Care Committee; Rep. J. Alex Villalobos, chair, Dade County Legislative Delegation; Miami, March 2, 1995.

Goodman, K., Needell, M. Ethics and Risk Management, Parkway Regional Medical Center, North Miami Beach, March 2, 1995.

Goodman, K., Moot Court judge, University of Miami School of Law, Feb. 25, 1995.

Holzman B, Goodman K, Armstrong D. Pediatric bioethics. UM Department of Pediatrics, "Masters of Pediatrics," Miami, Jan. 22.

Goodman K. When enough is enough: Rationing, futility and assisted suicide. Leadership Miami, "Our Community's Health: Everyone's Business," Miami, Jan. 21.

Goodman K. Ethical considerations for policies dealing with drug seekers, American College of Emergency Physicians, State Chapter of California, "Emergency Medicine at the Ahwahnee," Yosemite, Calif., Jan 14, 1995.

**1994**

Goodman, K.  Ethical Issues in Correctional Health Care, Florida Department of Corrections Office of Health Services, 1994 Workshop, Daytona Beach, Fla., Nov. 16, 1994.

Goodman, K. Ethics, Computers and Epidemiology, Harvard University School of Public Health, Department of Epidemiology, Cambridge, Mass., Oct. 12.

Goodman K. Problems and solutions in publication and authorship. Schepens Eye Research Institute, Harvard Medical School, Cambridge, Mass., Oct. 11.

Goodman K. Ethics and computing in orthopaedics, UM Department of Orthopaedics and Rehabilitation Grand Rounds, Miami, Sept. 29.

Goodman K. Foundations of medical ethics: History, theory and principles of end-of-life issues, Florida Bioethics Network Annual Conference, Orlando, Sept. 21.

Goodman, K. Ethical Issues in Caring for the Elderly: Advance Directives and Decisions in the Absence of Directives, Miami Area Geriatric Education Center, geriatric training program, Miami, May 25; repeated Aug. 31.

Labadie, G., Goodman, K. Ethical Issues in AIDS: Confidentiality and Teaching Perspectives, University of Miami School  of Nursing, HIV in the Nursing Curriculum conference, May 20, 1994.

Goodman, K. Computers, Medical Decision-making and Confidentiality, presentation to University of Florida College of Medicine (Shands Hospital Ethics Committee Rounds), Gainesville, Fla., April 8, 1994.

Goodman, K. (Panel chair) Issues Brought to the IRB on  HIV/AIDS Research and Confidentiality Issues, Society of Research Administrators, South Florida Chapter, "Outlook '94--A  Symposium on AIDS Prevention," VAMC-Miami, March 16, 1994.

Goodman, K. Ethical Issues in Health Care Reform: The Lessons from Florida, presented to Florida Medical Association, "Spring Break for CME," Palm Beach Gardens, Florida, March 3, 1994.

Goodman K. Computer assisted decision making in the ED, American College of Emergency Physicians, State Chapter of California, "Emergency Medicine at the Ahwahnee," Yosemite, Calif., Jan 13, 1994.

**1993**
Goodman, K. Uncertainty and ethics in medical computing, Second Annual Computers in Health Care Conference, Delaware State Hospital, New Castle, Delaware, Nov. 3, 1993.

Goodman, K. Toward a Unified Code of Ethics in Epidemiology, 26th annual meeting of the Society for Epidemiologic Research, Keystone, Colo., June 17, 1993.

Goodman, K. Major Uses of Computerized Diagnostic Systems and the Ethical Questions they Raise. 119th Annual Meeting of the Florida Medical Association, Miami Beach, May 8, 1993.

Goodman, K. Ethical Issues in Endocrinology, University of Miami Department of Medicine combined Endocrinology and Metabolism Grand Rounds, April 15, 1993.

**1992**

Pennell, J.P., Goodman, K. Should Sovereign Immunity be Extended to Private Physicians?  Presentation to Society for Health and Human Values annual meeting, Memphis, November 1992.

Goodman K. Cultural relativism, truth-telling and informed consent. Transcultural Nursing in Retrospect and Prospect, 18th Annual Transcultural Nursing Society Conference, Miami, Oct. 23, 1992.

Goodman, K. Ethical Correlates of Physician-Patient Conflict, University of Miami Department of Obstetrics-Gynecology Grand Rounds, Sept. 23, 1992.

Goodman, K. Why Abortion Might Be Wrong But Should Be Legal, University of Miami Department of Philosophy / Friends of Philosophy series, Feb. 26, 1992.

Goodman, K.  Ethical Issues in Computational Meta-Analysis, presented to American Association for the Advancement of Science annual meeting, Chicago, Feb. 7, 1992.

Goodman, K.  Bioethicists, Journalists and Public Policy: The Philosopher Cops, presented to National Conference on Ethics & the Professions, Gainesville, Fla., Jan. 31, 1992.

Goodman, K. Case-Based Ethical Analysis in Dermatology, University of Miami Department of Dermatology Grand Rounds, Jan. 15, 1992.

**1990**

Goodman, K. Ethics and research in publishing, University of Pittsburgh College of Medicine Student Publishing Workshop, Graduate School of Public Health, Nov. 27, 1990.

Goodman, K. Ethical Issues in Medicine and Communication, presented to the University of Pittsburgh College of Medicine Center for Medical Ethics, Nov. 8, 1990.

Goodman, K. Doing Good and Doing Well: Questions of Ethics and Economics, presented to Hospital Council of Western Pennsylvania, Erie, Oct. 4, 1990.

Goodman, K., Nirenburg S. To Save the Semantic Phenomena: Machine Translation and Interlingua Texts, presented at the Fifth Annual Computers and Philosophy Conference, Stanford University, Palo Alto, Calif., August 9, 1990.

Goodman, K. Communicating Change: Experts and Progress in Medicine, Spring Conference of the Society for Health and Human Values, Hershey, Pennsylvania, April 20, 1990.

Goodman, K. Ethical, Social, Legal and Economic Responsibilities in Medical Rehabilitation, Panel discussion with Arnold S. Relman, Editor, *New England Journal of Medicine*, sponsored by Harmarville Rehabilitation Center, Pittsburgh, March 20, 1990.

**1989**

Goodman, K., invited participant, Professional Ethics in Higher Education: Methods, Theories, Practices, The Poynter Center for the Study of Ethics and American Institutions; Bloomington, Ind. Sponsored by the Harvard Program in Ethics and the Professions, Indiana University-Bloomington, The Lilly Endowment and the Poynter Center, July 5-8, 1989.

Goodman, K. Kant's Categories as Semantic Primitives, 34th Annual Conference of the International Linguistic Association, New York, April 18, 1989.

**1987**

Goodman, K. Theoretical terms, Florida Philosophical Association 33rd Annual Meeting, St. Petersburg, Nov. 14, 1987. FPA award for best graduate student paper.

## VI. TEACHING

**28. Teaching awards received**

**29. Teaching specialization:**

**2023**
"Ethics in Public Health," University of Miami Miller School of Medicine, spring

**2022**
"Ethics in Public Health," University of Miami Miller School of Medicine, spring

**2021**
"Ethics in Public Health," University of Miami Miller School of Medicine, spring

"Research Ethics," University of Miami Miller School of Medicine, spring; with others,

**2020**
"Research Ethics," University of Miami Miller School of Medicine, spring; with others,

**2019**
"Professional Ethics, Law and Medicine," University of Miami School of Medicine; winter, spring.

Hospitals Health Care Services and Access: An Interdisciplinary Inquiry, University of Miami School of Law; spring. One of many faculty members.

"Research Ethics," University of Miami College of Arts and Sciences, College of Engineering, etc.; winter.

**2018**
"Professional Ethics, Law and Medicine," University of Miami School of Medicine (winter, spring).

Hospitals Health Care Services and Access: An Interdisciplinary Inquiry, University of Miami School of Law, spring 2018. One of many faculty members.

"Research Ethics," University of Miami School of Medicine and College of Arts and Sciences (varia).

"Research Ethics," University of Miami School of Medicine (autumn).

**2017**
CTI-603 Research Ethics (CTSI MA program, with Joanna Johnson) (spring)

"Professional Ethics, Law and Medicine," University of Miami School of Medicine (winter, spring).

"Research Ethics," University of Miami school of Medicine and College of Arts and Sciences (varia).

"Research Ethics," University of Miami School of Medicine, (autumn) (CTI-603, ie, special CTSI course).

**2016**
"Professional Ethics, Law and Medicine," University of Miami School of Medicine (winter, spring).

"Research Ethics," University of Miami schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

**2015**
"Professional Ethics, Law and Medicine," University of Miami School of Medicine (winter, spring).

**2014**
"Professional Ethics, Law and Medicine," University of Miami School of Medicine (winter, spring).

**2013**
"Professional Ethics, Law and Medicine," University of Miami School of Medicine (winter, spring).

"The Idea of the Hospital," University of Miami School of Law, spring 2013. One of many faculty members.

**2012**
"Professional Ethics, Law and Medicine," University of Miami School of Medicine (winter, spring).

"The Idea of the Hospital," University of Miami School of Law, spring 2012. One of many faculty members.

**2011**
"Knowledge and Evidence in Medicine," University of Miami Department of Philosophy (spring)

"Professional Ethics, Law and Medicine," University of Miami School of Medicine (winter, spring).

"The Idea of the Hospital," University of Miami School of Law, winter 2011. One of many faculty members.

**2010**
"Bioethics," University of Miami Department of Philosophy (spring)

"Research Ethics," University of Miami schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

"Professional Ethics, Law and Medicine," University of Miami School of Medicine (winter, spring).

**2009**
"Bioethics," University of Miami Department of Philosophy (spring)

"Research Ethics," University of Miami schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

"Professional Ethics, Law and Medicine," University of Miami School of Medicine (winter).

"Clinical Ethics" (with D. Buckner), University of Miami Department of Medicine / medicine clerkship (all semesters).

**2008**
"Bioethics," University of Miami Department of Philosophy (spring)

"Research Ethics," University of Miami schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

"Professional Ethics, Law and Medicine," University of Miami School of Medicine (winter).

"Clinical Ethics" (with D. Buckner), University of Miami Department of Medicine / medicine clerkship (all semesters).

**2007**
"Social and Ethical Issues in Computing," University of Miami Departments of Computer Science and Philosophy (spring).

"Research Ethics," University of Miami schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

"Professional Ethics, Law and Medicine," University of Miami School of Medicine (winter).

"Clinical Ethics" (with D. Buckner), University of Miami Department of Medicine / medicine clerkship (all semesters).

**2006**
"Bioethics," University of Miami Department of Philosophy (spring)

"Research Ethics," University of Miami schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

"Professional Ethics, Law and Medicine," University of Miami School of Medicine (winter).

Other: "Patient Safety Course," University of Miami School of Medicine, faculty member, "Error Disclosure and Patient Centeredness" lecture.

"Clinical Ethics" (with J.P. Pennell), University of Miami Department of Medicine / medicine clerkship (all semesters).

**2005**
"Bioethics," University of Miami Department of Philosophy (fall).

"Research Ethics," University of Miami schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

"Professional Ethics, Law and Medicine," University of Miami School of Medicine (winter).

"Clinical Ethics" (with J.P. Pennell), University of Miami Department of Medicine / medicine clerkship (all semesters).

**2004**
"Environmental Ethics," University of Miami Department of Philosophy (spring).

"Research Ethics," University of Miami schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

"Professional Ethics, Law and Medicine," University of Miami School of Medicine (winter).

"Clinical Ethics" (with J.P. Pennell), University of Miami Department of Medicine / medicine clerkship (all semesters).

**2003**
"Bioethics," University of Miami Department of Philosophy (spring).

"International Health Policy and Ethics" (INS 572 with S. Porcelain), University of Miami School of International Studies (spring).

"Professional Ethics, Law and Medicine," University of Miami School of Medicine (winter).

"Research Ethics," University of Miami Schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

"Clinical Ethics" (with J.P. Pennell), University of Miami Department of Medicine / medicine clerkship (all semesters).

**2002**
"Professional Ethics," University of Miami Department of Philosophy (spring).

"Research Ethics," University of Miami schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

"Medical Ethics," University of Miami School of Medicine, co-design and coordinate new ethics curriculum.

"Clinical Ethics" (with J.P. Pennell), University of Miami Department of Medicine / medicine clerkship (all semesters).

**2001**
"Bioethics," University of Miami Department of Philosophy (spring)

"Research Ethics," University of Miami schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

"Clinical Ethics" (with J.P. Pennell), University of Miami Department of Medicine / medicine clerkship (all semesters).

**1999**
"Ethics, Epidemiology and Public Health," University of Miami School of Medicine, Department of Epidemiology and Public Health (spring).

"Bioethics," University of Miami Department of Philosophy (spring)

"Research Ethics," University of Miami schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

"Clinical Ethics" (with J.P. Pennell), University of Miami Department of Medicine / medicine clerkship (all semesters).

**1998**
"Ethics, Epidemiology and Public Health," University of Miami School of Medicine, Department of Epidemiology and Public Health (spring).

"International Health Policy and Ethics" (with S. Porcelain), University of Miami School of International Studies (spring).

"Research Ethics," University of Miami schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

"Clinical Ethics" (with J.P. Pennell and M.H. Needell), University of Miami Department of Medicine / medicine clerkship (all semesters).

**1997**
"Bioethics," University of Miami Department of Philosophy (spring)

"International Health Policy and Ethics" (with S. Porcelain), University of Miami Graduate School of International Studies (spring).

"Medical Informatics" (with others), University of Miami departments of Radiology and Electrical Engineering (spring).

"Research Ethics," University of Miami schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

"Ethics and Epidemiology," New England Epidemiology Institute and Tufts University, Medford, MA (summer).

"Clinical Ethics" (with J.P. Pennell and M.H. Needell), University of Miami Department of Medicine / medicine clerkship (all semesters).

"Ethical Values in Health Care: Lessons from the Nazi Era," UM School of Medicine Senior Elective, with Drs. Michael Franzblau and Jeffrey Brosco.

**1996**
"Ethics and Epidemiology," University of Miami School of Medicine, Department of Epidemiology and Public Health (fall).

Dissertation Seminar, University of Miami Graduate School of International Studies (spring).

"Ethics and Epidemiology," New England Epidemiology Institute and Tufts University, Medford, MA (summer).

"Research Ethics," University of Miami schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

"Clinical Ethics" (with J.P. Pennell and M.H. Needell), University of Miami Department of Medicine / medicine clerkship (all semesters).

**1995**

"Health Care Reform: Policy, Structure, Ethics" University of Miami School of Nursing (fall and spring).

"Ethics and Epidemiology," University of Miami School of Medicine, Department of Epidemiology and Public Health (fall).

"Ethics and Epidemiology," New England Epidemiology Institute and Tufts University, Medford, MA (summer).

"International Health Policy and Ethics" (with S. Porcelain), University of Miami Graduate School of International Studies (spring).

"Professional Ethics," University of Miami Department of Philosophy (spring).

"Clinical Ethics" (with JP Pennell and MH Needell), University of Miami Department of Medicine / medicine clerkship (all semesters).

"Research Ethics," University of Miami Schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

**1994**
"Health Care Reform: Policy, Structure, Ethics" University of Miami School of Nursing (spring).

"Computers, Ethics and Society," University of Miami Freshman Seminar series (fall).

"Clinical Ethics" (with J.P. Pennell and M.H. Needell), University of Miami School of Medicine, Department of Medicine / medicine clerkship (all semesters).

"Research Ethics," University of Miami schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

**1993**
"Health Care Organization, Policy and Ethics," University of Miami Freshman Seminar series (fall).

"Clinical Ethics" (with J.P. Pennell and M.H. Needell), University of Miami School of Medicine, Department of Medicine (all semesters).

"Research Ethics," University of Miami schools of Medicine, Arts and Sciences and Marine and Atmospheric Sciences (varia).

**1992**
"Clinical Ethics," (with others) University of Miami School of Medicine, Department of Medicine; third-year medical students on Medicine clerkship.

**1991**
"Professional Writing," Duquesne University Department of Communication (spring).

"Business Ethics," Duquesne University School of Business and Administration (summer).

**1990**
"Professional Writing," Duquesne University Department of Communication (fall).

**1989**

"Professional Writing," Duquesne University Department of Communication (fall).

**1988**

"Professional Writing," Duquesne University Department of Communication (fall).

**1985**
"Introduction to Logic," University of Miami College of Arts and Sciences, Department of Philosophy (fall, spring)

**1984**
"Introduction to Logic," University of Miami College of Arts and Sciences, Department of Philosophy (fall)

**30. Thesis and dissertation advising/post-doctoral student supervision:**

- Heleana Theixos, doctoral dissertation, ""Moral Injury in Contemporary Ethics: The Application of a Socratic Idea," Philosophy, 2014-2016, committee chair
- John Pinkston, doctoral dissertation, "Evidence And Hypothesis In Clinical Medical Science," Philosophy, 2014-2016, committee member
- Wanda Castro, doctoral dissertation, "The feminization of HIV/AIDS in the Republic of South Africa: Examining the influence of socio-economic, political and cultural determinants, Epidemiology, 2006-2011; committee member
- Matthew Schuh, doctoral candidate, Philosophy, 2008; committee member
- Jeremy Morris, doctoral candidate, Philosophy, 2006-2007; committee member
- Nenad Popovic, doctoral candidate, Philosophy, 2005-2006; committee member
- Rajdeep Singh Jolly, Decisional autonomy and Indian sex selection, *magna cum laude* candidate, UM College of Arts & Sciences/Philosophy, 2003; thesis co-adviser
- Sophia S. Chutkan, master of science thesis, Nutrition and Dietetics, Florida International University, 2002-2003; committee member
- Marguerite Purnell, doctoral candidate, Nursing, 2001-2003; committee member
- Maritza Flores, doctoral dissertation, "The application of the biomedical model and computer technology in decision-making mental care diagnosis and treatment," Sociology, 2001-2003; committee member
- Ruben Rabinsky, NIEHS postdoc, 2001-2003; committee member
- Yvette Pearson, doctoral candidate, Philosophy, 2001-2002; committee member

## VII. SERVICE

**31. University committee and administrative responsibilities**:

Member, UHealth End-of-Life Taskforce, 2020-present

Member, Covid-19 Vaccine Allocation Committee, 2020-

Member, Scientific Misconduct Committee Pool, 2018-2020.

Member, Professional Activity Review Committee (CN), 2010-present; manager/coordinator, 2016-present.

LCME Co-chair, Academic and Learning Environments Self-Study Subcommittee (Standard 3: Academic and Learning Environments), 2014-14.

Ethics Advisor, UM Executive Compliance Committee, 2013-2015

Examiner, BIOT 6006, Bioethics, Biosafety and Intellectual Property Rights in Biotechnology, University of the West Indies, St. Augustine Campus, Trinidad and Tobago, 2016-2018.

Member, Academy of Medical Educators, 2012-present.

Member, UM College of Arts and Sciences graduate faculty, 2012-present.

Member, University of Miami Center for Computational Science, 2011-present.

Member, University of Miami Conflict of Interest Committee, 2010-present.

Member, University of Miami Task Force Committee, Civic Engagement Project, Office of the Senior Vice Provost, 2010-present.

Member, University of Miami Embryonic Stem Cell Research Oversight Committee, 2009-2011.

Member, Faculty Steering Committee, University of Miami Jay Weiss Center for Social Medicine and Health Equity, 2007-present.

Member, University of Miami Medical Group Clinical Operations committee, 2006-2009.

Member, University of Miami Faculty Senate Hearing Panel, 2004-2014.

Member, Jackson Memorial Hospital/UM HIPAA Steering Committee, 2001-2005.

Member, Responsible Conduct of Research Educational Initiative Committee, 2001-2005.

Member, University of Miami core faculty for Human Subjects Protection Seminars, 2001-present

Member, University of Miami Advisory Group for Education in Human Subjects Protections, 2001-2005.

Faculty Advisor, Ethics Society, UM undergraduate service organization, 1994-present.

Member, Bioethics Committee, University of Miami / Jackson Memorial Hospital, 1992-Present. Chair as of July 2007.

Member, Pediatric Bioethics Committee, University of Miami / Jackson Memorial Hospital, 1992-Present.

Member, Jackson Memorial Hospital Transplant Center, Transplant Emergency Panel, November 2008-Present.

Member, Human Studies Subcommittee (IRB), Veterans Affairs Medical Center, Miami, 1992-2001.

Member, Ethics Committee, University of Miami Hospitals and Clinics/Sylvester Comprehensive Cancer Center, 1996-Present; vice chair, 2000-present.

Member, Fetal Board Registry, University of Miami Department of Obstetrics and Gynecology, 1993-1999.

Member, Medical Sciences Subcommittee for the Protection of Human Subjects (IRB), University of Miami/Jackson Memorial Hospital, 1994-2000; alternate, 2000-2003.

Director, Clinical and Research Ethics Education, University of Miami Hospital and Clinics / Sylvester Comprehensive Cancer Center, 1994-present.

Member, Steering Committee, University of Miami Medical Informatics Programs, 1995-1998.

Member, Steering Committee, Outcomes Research Group, 1996-1998.

Preceptor, Clinical Skills Program, University of Miami Department of Medicine, 1992-2000.

Member, Clinical Pastoral Education Professional Advisory Group, Jackson Memorial Hospital, 1993-Present.

Member, Animal Studies Subcommittee, Veterans Affairs Medical Center, Miami, 1994-Present.

Member, Animal Studies Subcommittee, University of Miami, 1994-Present.

Member, Computers in Medical Education committee for LCME accreditation, 1994.

Member, Information Systems Ethics Committee, Jackson Memorial Hospital, 1994-1996.

### 31a. Other Misc. UM/JMH/VA Contributions

**2022**
Goodman KW. Big Data, Artificial Intelligence and Privacy in the 21st Century. UHealth Compliance, International Data Privacy Day, January 28.

Goodman KE. Ethics, Research and Learning Health Care Systems. Sylvester Comprehensive Cancer Center, University of Miami Miller School of Medicine, March 23.

**2021**
Goodman KW, moderator, Theological Perspectives on Organ Donation, Multifaith Council, University of Miami, March 11.

Del Rio C, Goodman KW, Ross LF. A National Conversation: Should Covid-19 Vaccines Be Mandatory on College Campuses? With UM President Julio Frenk, Miller School of Medicine Dean Henri Ford and Department of Medicine Chair Roy Weiss. March 17, University of Miami Webinar,

**2018**
Goodman KW. Futility, computational decision support and ethics: Why the future of surgery is not what it used to be. University of Miami Miller School of Medicine Department of Surgery, Grand Rounds, March 29.

Goodman KW. Keynote speech. MD/MPH Rose Ceremony, May 25.

**2017**

Goodman K. Ethics introduction. Compliance and Ethics Week training, November 7, 8 and 9, University of Miami Medical, Marine and Gables campuses.

**2015**

Goodman KW. Guest speaker. MD/MPH Class of 2018 Anatomy Rose Ceremony, UM Miller School of Medicine, May 18.

Goodman KW. Ethics and leadership. Leadership Development in Neurodevelopmental Disabilities (LEND) Project, UM Miller School of Medicine, Department of Pediatrics, May 15.

**2014**

Goodman KW. Ethical issues in academia. Faculty Roles and Responsibilities, University of Miami School of Nursing and Health Studies, January 8.

**2013**

Goodman KW. Access to health care: how ethics should influence public policy. Friends of Philosophy, UM Department of Philosophy, February 13.

Goodman KW. Strategic data sharing by ordinary people: Translational science's reliance on trust and reciprocity. Miami CTSI Translational Science Institute Seminar Series, November 20.

Goodman KW. Ethics, translational science and the IRB: The future is (still) not what it used to be. IRB Grand Rounds, University of Miami, December 10.

**2012**

Panelist, Miami Council for International Visitors and U.S. Department of State, delegation from Zambia on media freedom, licensing of journalists, etc. UM School of Communication, March 8.

Moderator, HealthCanes, presidential debate, October 1.

**2011**

Goodman KW. Ethics and translational research: New challenges in genetics, public policy and health information technology. Miami Clinical and Translational Science Seminar Series, UM Miller School of Medicine, November 9.

Goodman KW. Conflicts of interest. UM Miller School of Medicine, Teaching Professionalism Series, March 7.

Goodman KW Ethics in cancer care. Surgical oncology fellows, SCCC, June 8.

**2010**

Goodman KW. Clinical ethics. UM Division of Gastroenterology, January 28

Goodman KW. Wireless pediatrics: Ethics and the role of personal health records. Clinical Research Forums in Pediatrics, UM Division of Pediatric Clinical Research, March 3.

**2009**

Panelist, of 5. Brands, cultures and globalization. University of Miami School of Business Global Business Forum, January 16.

Goodman KW. Pediatric contributions to biobanks. Clinical Research Forums in Pediatrics, Division of Pediatric Clinical Research, UM Miller School of Medicine, January 28.

Goodman KW. Ethics and Information Technology.  Department of Electrical and Computer Engineering Seminar Series, University of Miami College of Engineering, February 4.

Panelist, of 5. Academic Integrity Forum. University of Miami Undergraduate Honor Council, April 15.

Special seminar for Kenyan and other journalists specializing in HIV and medical reporting, on ethics and science writing, UM School of Communication, April 29.

Goodman KW. Stanford Food for Thought Dinner Series, Stanford Residential College, Nov. 9.

Goodman KW. Awkward research: sects, sex and drugs. UM Human Subjects Protection Seminar, Nov. 10.

**2008**

Goodman KW. Clinical ethics. UM Division of Gastroenterology, Jan. 24.

Goodman KW, Wilkinson JD, Pericak-Vance M. Ethics and genomics panel.  34th Eastern-Atlantic Student Research Forum, UM Miller School of Medicine, Feb. 29.

Goodman KW. Digital genetics and the future of pediatrics: The role of ethics. UM Department of Pediatrics Clinical Research Forum, March 5.

Panelist, of 5. Global Climate Change: Your Health. (National Public Health Week activity.) UM Department of Epidemiology and Public Health, April 7.

Panelist, of 4. Climate change projections: Communicating uncertainty without losing the message. Rosenstiel School of Marine and Atmospheric Sciences, May 8.

Goodman KW. Stem cell research: Issues in ethics, science and public policy. Osher Lifelong Learning Institute, September 24.

**2007**
Panel discussion on codes of ethics in public relations. With International Public Relations Association President Philip Sheppard; Jay Black, Poynter Jamison Media Ethics Chair, University of South Florida-St. Petersburg; and Roger Bolton, President of the Arthur W. Page Society. Feb. 20, UM School of Communication.

Goodman KW. Moral responsibility of Holocaust/Legacy Project survivors, JUS421 (M. Sokoloff), April 12.

Panel, Academic Integrity, with Anita Cava, co-director, UM Ethics Programs, and Katie Meier, UM women's basketball coach. Undergraduate Honor Council, Academic Integrity Week, April 17.

Goodman KW. Conflict and consent: Managing disclosure in human subjects research. UM HSRO Human Subjects Research Symposium, May 11.

Goodman KW. Clinical and research ethics. Core Curriculum for Oncology Fellows. Sylvester Comprehensive Cancer Center, Aug. 7.

Cava A, Goodman KW. Community academic expectations. Graduate Student Orientation, Coral Gables, Aug. 16.

Goodman KW. STRIVE student group leadership facilitator, Coral Gables, Oct. 7.

Goodman KW. Ethics and leadership. Freshmen Leadership Academy, Butler Center for Volunteer Service & Leadership Development, Coral Gables, Oct. 15.

**2006**
Presentation to International Commission on Holocaust Era Insurance Claims (ICHEIC) Service Corps, Miller Center for Contemporary Jewish Studies, April 10.

Presentation to Department of English, Prof. Joanna Johnson, composition.

**2005**
Goodman KW. Clinical ethics. UM Division of Gastroenterology, Jan. 27.

Goodman KW. Ethics in plastic and reconstructive surgery, UM Department of Surgery, Division of Plastic and Reconstructive Surgery, May 18.

Goodman KW. Error disclosure and patient centeredness. UM Department of Anesthesiology, June 7.

Goodman KW. Research or surveillance? The case of bioterror preparedness. UM Human Subjects Research Forum, August 30.

Goodman KW. The role of ethics in Sponsored Programs. UM Sponsored Programs Education Center, Dec. 15.

**2004**
Goodman KW. Clinical ethics. UM Division of Gastroenterology, Jan. 22

Goodman KW. The Terri Schiavo tragedy and the use of ethics committees. Ryder Trauma Center TICU nurses, Feb. 10.

Goodman KW. What IRBs need to know about evidence-based practice. UM Human Subjects Research Forum, March 30.

Goodman KW, panelist, Ethics, Reporting and Politics, UM School of Communication and South Florida chapter, Society of Professional Journalists, UMSoC, April 27.

Goodman KW. Questions of ethics. Atlanta Hurricane and Alumni Club, Atlanta, May 5.

Goodman KW. Ethical issues in HIV/AIDS. Visiting speaker, AIDS as a Public Health Issue (EPH583), Department of Epidemiology and Public Health. July 12

Goodman KW. Some ethical issues in hematology/oncology.  SCCC didactic conference, July 14.

Goodman KW Research ethics and integrity. UM Department of Dermatology & Cutaneous Surgery, Aug. 27.

Goodman KW. Think about it, talk about it: A discussion on ethics. UM Honor Council, Nov. 17.

Goodman KW. Bioethics and nursing practice. UM Professional Development and Training Office, Dec. 16.

**2003**
Goodman KW. Ethics and education research II. UM School of Education, Center for Research, January 29.

Panelist. Oceans and Human Health: Risks and remedies from the sea, Town Meeting, National Institute for Environmental Health Sciences and UM Rosenstiel School of Marine and Atmospheric Sciences, Key Biscayne, Feb. 27.

Goodman KW. Foundations of ethics. UM Department of Orthopaedics and Rehabilitation, residents' rounds, March 20.

Panelist. Artificial Intelligence: Ambition and Ethics. UM Solutions and Ethics Society student groups. March 27.

Goodman KW. Do-not-resuscitate orders – and issues. Sylvester Comprehensive Cancer Center nursing staff, April 29.

Goodman KW. Legal issues in end-of-life care, Sylvester Comprehensive Cancer Center EPEC series, June 24.

Goodman KW. Ethics and evidence-based practice. VAMC Miami Medical Center, Research Committee for Nursing, An Evidence-Based Practice, Dec. 4

**2002**
Panelist, Solutions 2nd Annual Interdisciplinary Symposium, "Science: The Double-Edged Sword," with Luis Glaser, Joyce Schuld, and David Wilson, with Asma Uddin moderating, March 2.

Goodman K, Making sense of consent: Readability, comprehension and the consent process. Office of Research IRB human subject protection/IRB series, March 26.

Goodman K, Evidence-based practice and human subjects research: Oh, great: More stuff for IRBs to have to worry about. Office of Research IRB human subject protection/IRB series, April 9.

Goodman K. Death and dying. Department of Surgery, Division of Trauma/Surgical Critical Care, April 26.

Goodman K. Discussant, "Local growth coalitions, environmental groups and air pollution," by George Gonzalez, American Politics Research Workshop, UM Political Science Department, May 15.

Goodman K. Ethics-schmethics – or practical strategies for IRB review? UM IRB "A," June 17; "B," Aug. 5.

Goodman K. Intro to ethics. Research in Ecology 2002, a UM-Miami-Dade County Public Schools program, under a Howard Hughes Medical Institute grant, Aug. 1.

Goodman K. Death, dying and ethics in pediatrics, UM/JMH Pediatric Noon Conference, Aug. 5.

Goodman K. Questions of ethics, The Audrey R. Finkelstein Experience, Alumni Week, Oct. 11.

Goodman K. What HIPAA will mean for IRBs and researchers. VAMC Miami, Research: Stimulus for Change, Nov. 8.

Sandoval C, Goodman K. Physician-assisted suicide, EPEC Series, UMHC/SCCC, Dec. 17.

**2001**
Panelist, "En/gendering Sex, Session III: Testing women: Sex and gender in the lab," Solutions student group, April 11.

Goodman KW. Stem cells: Ethical, legal and policy issues. UM Institute for Retired Professionals, Oct. 4.

Goodman KW. End-of-life ethical issues. Jackson Memorial Hospital Clinical Pastoral Education Program, Nov. 13.

Goodman KW. Ethical issues in use of animal models in surgical procedures. VAMC Animal Studies Training Workshop, Nov. 29.

Panelist, "Ethical dimensions of the post-September 11 milieu," UMSM Council on Honorable and Professional Conduct, Dec. 11.

Goodman KW. Policy, justice and international studies: Why ethics matters and why you should care, commencement address, UM School of International Studies, Dec. 13.

**2000**
Goodman K. Ethics: Why it matters, what it's good for and why you should care. Family Weekend 2000, Department of Student Life, Coral Gables, Oct. 6.

Panelist, "Animal Rights," Humans Helping Animals student group, Coral Gables, Nov. 15.

**32. Community activities:**

**2021**
Goodman KW. Guardianship in Residential and Social Settings: Ethical Challenges. Florida State Guardianship Program, Annual Ethics Symposium, April 16.

Godman KW, et al. COVID-19 Vaccine: Issues in Development and Distribution, Women's Healthcare Executive Network of South Florida, Videoconference panel, March 11.

Goodman KW. Interviewer of director and lead actor, *In the Name of the Daughter,* Miami Jewish Film Festival, March 4.

**2019**
Goodman KW. Pediatric consent for adult-onset genetic malady testing: ethics, education and expertise. South Florida Clinical Genetics Group, Hollywood Memorial Hospital, May 22.

**2013**
Goodman KW. What would you do? Everyday ethical dilemmas. JFK Medical Center, Challenges for the Hospital Ethics Committee, Atlantis, Florida, October 18.

Goodman KW. DNR vs. AND. Vitas Hospice Corp. Fort Lauderdale, October 18.

**2012**
Goodman KW. Advance directives and the Florida journey. Integrating Advance Directives, Mercy Hospital, Miami, October 27.

Goodman KW. Dying is not what it used to be: Ethics, technology and the role of the courts. Dade County Bar Association Probate and Guardianship Committee, December 6, Miami.

**2010**
Goodman KW. Moderator, ethics discussion following screening of *For My Father* at Miami Jewish Film Festival, Coral Gables, Fla., Jan. 17.

Goodman KW. Professionalism and the law for psychologists. Miami Area Geriatric Education Center, Miami, April 16.

Goodman KW. Ethics, science and society: New challenges for the 21st century. Miami Science Museum, Senior Summer Science Series, July 21.

Giles GJ, Goodman KW, Heberer P. Bioethical Responsibilities in the 21st Century, Deadly Medicine in the Nazi Era, U.S. Holocaust Memorial Museum, Boca Raton Regional Hospital, November 4.

**2009**
Goodman KW. Ponencia: Posibilidades de desarrollo de la bioética en el Estado de la Florida. New Professions Technical Institute, Miami, February 13. (Venezuelan community activity)

Goodman KW. Democracy, Taxes and Government Integrity: Why this Ethics Stuff Really Matters, City of Coral Gables, Boards and Committees Seminar, October 2.

**2008**
Goodman KW, Participant, Career Day, Feb. 13, and Contemporary Issues in Science, MAST Academy, Miami-Dade County Public Schools, Feb. 20.

Centorino J, Goodman KW, Myers R. Ethics, civility and effective penalties (panel discussion). League of Women Voters, Miami, March 26.

Goodman KW. Eugenics. Baptist Health South Florida, Baptist Hospital, Miami, August 27.

Goodman KW. Practical ethics, vulnerable populations and public policy: Opportunities and obligations. Guardian Association of Pinellas County, St. Petersburg, September 19.

Goodman KW. Access, justice and moral responsibility: Ethical challenges in health care reform. Public Field Hearings on the Health Care Crisis, Rep. John Conyers, chair, Miami, September 20.

**2007**
Goodman KW. Speaker, Riviera Ladies Day Luncheon, Riviera Country Club, Coral Gables, March 15.

Goodman KW. Scholar in Residence, Temple Beth Ahm Israel, Cooper City, March 16-17.

Goodman KW. Ethics, boundaries and mental health social work. Miami-Dade Area Health Education Center, Miami, March 21.

Goodman KW. Facilitator, "Guardianship Ethics" and "Sex in Nursing Homes: Managing Questionable Capacity and the Desire for Physical Intimacy," Academy of Florida Elder Law Attorneys "Elder Concert," Ft. Lauderdale, March 23.

Goodman KW. Ethics and employee assistance programs. Employee Assistance Association Professionals, Annual Conference, South Florida Chapter, Fort Lauderdale, March 30.

Goodman KW. Who owns life? Genetic research: Ethical perspectives. Broward Region of Hadassah and U.S. Department of Energy, Fort Lauderdale, June 7.

**2006**
Goodman KW. Keynote presentation, Science National Honor Society Induction Ceremony, Miami-Dade Chapter, Barbara Goleman Senior High, Feb. 3.

Goodman KW. Ethical considerations in human subjects research. South Florida Human Subject Research Benchmarking Network, Hollywood, March 8.

Goodman KW. Ethics and evidence-based practice. "Conversations in Ethics," Baptist Health South Florida, South Miami Hospital, June 28.

Goodman KW, moderator, Miami-Dade County Commission District 8 candidates' debate, sponsored by the Urban Environment League, August 7.

Goodman KW, de Velasco R. Ethics and pandemic preparedness. Temple Judea Yom Kippur Seminar, Coral Gables, Oct. 2.

**2005**
Goodman KW. Enough already with the death and dying: New challenges in elder care. Keynote presentation, 15th Annual Board of Directors Installation & Awards Luncheon, Alliance for Aging, Inc., Miami, January 13.

Goodman KW. Bioethics: Foundations and fundamentals. Baptist Health System, Homestead Hospital, March 18.

Goodman KW. Panelist, What would I have done? The obligation to save a life. Miami Jewish Film Festival, March 20.

Goodman KW. Presenter, Exemplary Participation in the Science Symposium, MAST Academy, Miami-Dade County Public Schools, March 30.

Goodman KW. Ethical considerations in education. Barry University School of Nursing, "Nursing Education Leadership" class, April 5.

Goodman KW et al. "Patients in the crossfire: MDs v JDs and the malpractice reform fiasco. St. Luke Society of South Florida Annual Spring Bioethics Symposium at Holy Cross Hospital, Fort Lauderdale, May 5.

Goodman KW. Bioethics in a persistent legislative state. "Hot Issues in Healthcare," Palm Beach Medical Society, VA Medical Center and Legal Aid Society of Palm Beach County, West Palm Beach, May 6.

Goodman KW. Ethical and legal issues. Caregiver Workshop, UMSylvester Comprehensive Cancer Center and National Brain Tumor Foundation, Fort Lauderdale, June 4.

Callahan K, Goodman KW. Ethics and homelessness. Institute of Homeless Studies, Camillus House, Research, roles and resources: The Rx for ending chronic homelessness, Miami, September 26.

Goodman KW. When enough is enough: Making end-of-life decisions. Fawcett Memorial Hospital Medical Staff, Port Charlotte, Florida, October 6.

Goodman KW. Bioethics. Center for Humanism, Unitarian Universalist Congregation, South Miami, Nov. 30.

Goodman KW. Stem cell research and therapy: Political confusion, religious diversity and ethical principles. Brandeis University National Women's Committee, South Dade Chapter, Dec. 8.

**2004**
Goodman KW. Ethics: A secular perspective. Temple Kol Tikvah, Parkland, Fla., March 23.

Goodman KW, panelist. Getting Beyond Getting Along: Facing the Diversity of Miami-Dade's Ethical Traditions.  UM Community Forum, Spring 2004 Series: Democracy in Miami: A Work in Progress, Coral Gables, Fla., April 14.

Goodman KW. Civic responsibility: The balance of ethics and quality of life. Greater Naples Chamber of Commerce leadership seminar. Naples, Fla., April 21.

Goodman KW. Business ethics and corporate governance in a post-Enron environment. Progress Club of Miami, July 14.

Goodman KW. Science and policy in Florida. MiamiIntelligence community forum, July 14, 2004.

Goodman KW. Moderator, Miami-Dade mayoral candidates ethics forum, League of Women Voters and Miami-Dade Commission on Ethics, Coral Gables, Aug. 12.

Goodman KW. Living well, dying well: Conversations and conflicts. Christ the King Lutheran Church, Pinecrest, Fla., Oct. 13.

Goodman KW. Ethics and guardianship. Broward County Guardianship Association, Pompano Beach, Oct. 20.

Goodman KW. Ethics and medical decision making. Broward County guardianship training program, Fort Lauderdale, Oct. 23.

**2003**

Member, Advisory Committee, Clergy End-of-Life Education Project, Hospice Foundation of America.

Reisner A, Goodman KW. Are we pushing the limits? Defining ethical boundaries of biotechnology research. Second Annual Wilstein Institute Forum at Beth David Congregation, Miami, Feb. 10 (Wilstein Institute of Jewish Policy Studies).

Goodman KW. Ethics, health and guardianship. Florida State Guardianship Association, Gulf Coast Chapter Winter Conference, Sarasota, Feb. 20.

Goodman KW. Ethical implications of HIPAA. Naples Community Healthcare System, Naples, Florida, Feb. 21.

Goodman KW. Data sharing and secrecy in science. Baptist Health South Florida, Third Annual IRB Educational Retreat, Duck Key, Fla., Sept. 20.

Goodman KW. Ethics and guardianship. South Florida Guardianship Association, Miami, Oct. 1.

Goodman KW. How to speak with your physician about end-of-life wishes. Indian River Memorial Hospital/Indian River County Main Library, Vero Beach, Fla., Oct. 17.

Goodman  KW. Ethics in cancer care. Cascades Chapter, Papanicolaou Corps for Cancer Research, Boynton Beach, Oct. 22.


**2002**
Goodman K. Moderator, Symposium on stem cell research. With Prof. Mary Jo Iozzio, Barry University, Rabbi Joshua Kreindler, Jewish Federation of Broward County, Maulala Shafayat Mohamed, Darul Uloom Islamic Institute, Ani Karma Chotso, Kagyu Shedrup Choling Center. Temple Beth El, Hollywood, March 3.

Goodman K. Interviewee, South Florida Radio Broadcasters Association "ascertainment Interviews," June 19, 2002.

Goodman K. Session chair, Legal and Social Issues, Caring for the Elderly; sponsors: Jewish Federation of Broward County, Archdiocese of Miami, Holy Cross Hospital, Fort Lauderdale, Oct. 9.

Goodman K. Between the futile and the miraculous: Ethical, spiritual and social responses to new technology. South Florida Clergy Seminar, JMH Clinical Pastoral Education program, Oct. 23.

Iozzio MJ, Goodman KW. Stem cell research: The possibilities and perils. Tower Forum debate, Fort Lauderdale, Dec. 5.

**2001**
Goodman K. Religion and bioethics. South Florida Chaplains Association, Holy Cross Hospital, Fort Lauderdale, March 12.

Goodman K. Bioethics committees and end-of-life care. South Florida Guardianship Association, Miami, April 4.

Goodman K. Palliative and end-of-life care: Issues in respiratory therapy. Ninth Annual Harry Kapp Symposium, South Miami Hospital, Oct. 23.

Goodman K. NICU ethics: Challenges and solutions. South Miami Hospital NICU Update, Nov. 2.

**2000**

Goodman K. Medical ethics. Medical and Health Care Division, Greater Miami Jewish Federation, Miami, Jan. 12.

Goodman K. What is politics? And panel moderator, Business and politics in Miami-Dade. Greater Miami Chamber of Commerce, Leadership Miami program, Hialeah, March 4.
Goodman K. "Patient Rights," Post Polio Association of South Florida, Miami, April 16.

Goodman K. Business, Government and Professional Ethics, Concerned Matrimonial Lawyers of Dade County, Inc., Miami, Sept. 27.

Caralas P, Goodman K. Panelists, topics in health ethics, The Changing Face of America's Health Care, Miami Fellows Initiative, Dade Community Foundation, Oct. 27.

**1999**
Goodman, K., panelist, Facing the Challenge of Aging Parents: Legal, Moral and Social Issues. Temple Judea, Coral Gables, Fla., Jan. 12.

Goodman, K., keynote speaker, Alliance for Aging awards luncheon, "Real-World Good News: Bioethics in the Next Century," Miami, Jan. 21.

Goodman, K., Business Ethics in Health Care, Greater Miami Chamber of Commerce Health Industry Group, Miami, March 2.

Goodman, K, Medical Ethics, Adult Education Program, Temple Solel, April 16, Hollywood, Fla.,

Goodman, K. Banquet Address, Alpha Epsilon Delta, National Pre-Medical Honor Society, University of Miami chapter, Initiation Banquet, April 23.

Goodman, K. (et al.), Facilitator, "Choices When Values Collide," Palm Beach Area Agency on Aging, May 14, 1999, West Palm Beach, Fla.

Goodman K. Advance directives and living wills" Post Polio Association of South Florida, Sept. 18, Miami.

**1998**
Goodman, K. Difficult Cases for Ethics Committees, Doctors Hospital, Coral Gables, Fla., Jan. 17.

**1997**
Goodman K. Jewish Medical Ethics, Central Agency for Jewish Education, Fort Lauderdale, Feb. 26.

Goodman, K. Treatment Refusal by Incompetent Patients, South Florida Evaluation and Treatment Center, Miami, March 14.

Goodman, K. Ethics and Epidemiology, Florida International University Department of Public Health, Bioethics in Public Health course, April 9.

Panel moderator, When Enough is Enough: A Discussion on End of Life Issues, Health Council of South Florida, Miami, April 29.

Panelist, Medical Challenges to Religious Values, Meyer Baskin and Florence Baskin-Gordon Memorial Temple Judea/Technion Annual Lecture, Temple Judea, Coral Gables, Fla., May 7.

Goodman, K. Intensive Ethics Seminar, Florida Council of Operating Room Nurses, Aventura, Fla., July 19.

Panelist, "Religious and Ethical Perspectives on the Embargo, Cuban Health and Nutrition and the U.S. Embargo, Cuban Committee for Democracy and Olof Palme International Center, Miami, Sept. 13.

**1996**
Goodman, K. Rationing Health Care by Age. Huntington Lakes Condominium Association, Delray Beach, Florida, Feb. 9.

Goodman, K. "Role and Function of Ethics Committees," Epworth Village Retirement Community, April 10.

**1995**
Goodman K, Eisenstat MB. Gene therapy. Temple Judea, Coral Gables, Fla., Dec. 6, 1995.

Goodman, K. Panelist, Science, Technology and Humanity: Shaping a New Creation, Phi Theta Kappa national honor society, Broward Community College, Pembroke Pines, June 10, 1995.

Goodman, K.  Patient Rights, Risk Management Seminar for Physicians, South Shore Hospital, Miami Beach, May 1, 1995

Goodman, K.  Ethics at the End of Life, South Florida Association of Phi Beta Kappa, Miami, March 19, 1995.

Goodman, K. Progress in Ethics, Leadership Broward Health Day, Hollywood, Fla., March 10, 1995.

Goodman, K., Needell, M. Bioethics and Risk Management, Parkway General Medical Center Medical Staff, North Miami Beach, March 2, 1995.

Goodman, K. Ethics and Health Care Reform, Martin Memorial Medical Center, Stuart, Fla. "Ethics and Health Care Reform: A Workshop on Biomedical Ethics", May 4, 1994.

Goodman, K. Privacy, presented to Pittsburgh Professional Chapter of Women in Communications, March 19, 1991.

Goodman K, et al. Business & ethics. Greater Miami Chamber of Commerce, Miami, Jan. 20.

**1994**
Goodman K. Role of the ethics committee. North Broward Hospital District, "Update for Ethics Committees and Healthcare Workers," Fort Lauderdale, Nov. 5.

Goodman K. Coping with ethical dilemmas in health care reform, "Business Strategies for the Advanced Health Care Professional," Fort Lauderdale, Oct. 14.

Goodman K, panelist, Animal rights in education and research, "Human Values and the Environment," Dade Environmental Action Council, Miami, Oct. 22.

**1993**
Goodman K. Different cultures/different ethics? South Miami Hospital Cardiology Conference CME program, July 9.


**31a. Other Community/Professional Service**

| | |
|---|---|
| 1995-2016 | Health Council of South Florida Ethics Committee |
| 2009-2014 | Member, Advisory Board, Victor Center for the Prevention of Jewish Genetic Diseases |

| | |
|---|---|
| 2010 | Member, Conflict of Interest Task Force, American Medical Informatics Association |
| 2003-2010 | Member, Board of Directors, Guardianship Program of Miami-Dade County |
| 2004-2010 | Chair, Academic Advisory Board, Youth Ethics Initiative |
| 2005-2007 | Member Florida PTA Child Protection Committee |
| 2007-2008 | Member, Miami-Dade County Commission on Ethics and Public Trust Ethics, Integrity and Accountability Task Force |