# EXHIBIT 14

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; *et al.*, | Case No. 2:22-cv-184-LCB-CWB |
| Plaintiffs, | Honorable Liles C. Burke |
| and | |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | |
| v. | |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; *et al.*, | |
| Defendants. | |

**PLAINTIFF-INTERVENOR UNITED STATES' DISCLOSURE OF**
**EXPERT TESTIMONY OF DANIEL SHUMER, MD, MPH**

1

February 12, 2023

Jason R. Cheek
Assistant U.S. Attorney
1801 4th Ave N
Birmingham, AL 35203

Dear Mr. Cheek,

I am a Pediatric Endocrinologist, Clinical Director of the Child and

Adolescent Gender Clinic at Mott Children's Hospital at Michigan Medicine, and

Medical Director of the Comprehensive Gender Services Program at Michigan

Medicine, University of Michigan. I am Board Certified in Pediatrics and Pediatric

Endocrinology by the American Board of Pediatrics and licensed to practice

medicine in the state of Michigan.

I received my medical degree from Northwestern University in 2008. After

completing a Residency in Pediatrics at Vermont Children's Hospital, I began a

Fellowship in Pediatric Endocrinology at Harvard University's Boston Children's

Hospital. Concurrent with the Fellowship, I completed a Master of Public Health

from Harvard's T.H. Chan School of Public Health. I completed both the

Fellowship and the MPH degree in 2015.

I am an Associate Professor in Pediatrics. In this role, I treat patients for a

number of conditions, including gender dysphoria, differences in sex development

(DSD) evaluation (also referred to as intersex conditions), type 1 diabetes, thyroid

disorders, growth problems, and delayed or precocious puberty. A major focus of

2

my clinical, teaching, and research work pertains to the assessment and management of transgender adolescents. I have published extensively on the topic of gender identity in pediatrics and treatment of gender dysphoria, including a review of articles on the current standards of care, and research articles on a variety of topics with focus on mental health in transgender adolescents. I am involved in education of medical trainees, including my current role as the Fellowship Director in the Division of Pediatric Endocrinology, Education Lead for the Division of Pediatric Endocrinology, and Course Director for a medical student elective in Transgender Medicine. Additional academic duties as an Associate Professor include teaching a number of lectures, including those entitled "Puberty," "Transgender Medicine," and "Pediatric Growth and Development." A true and correct copy of my Curriculum Vitae is attached hereto as **Exhibit B**.

As a Fellow at Harvard, I was mentored by Dr. Norman Spack. Dr. Spack established the Gender Management Services Clinic (GeMS) at Boston Children's Hospital. While working and training at GeMS, I became a clinical expert in the field of transgender medicine within Pediatric Endocrinology and began conducting research on gender identity and the evaluation management of transgender children and adolescents.

Based on my work at GeMS, I was recruited to establish a similar program assessing and treating gender diverse and transgender children and adolescents at

3

the C.S. Mott Children's Hospital in Ann Arbor. In October 2015, I founded the hospital's Child and Adolescent Gender Services Clinic.

The Child and Adolescent Gender Services Clinic has treated over 600 patients since its founding. The clinic provides comprehensive assessment, and when appropriate, treatment with pubertal suppression and hormonal therapies to patients diagnosed with gender dysphoria. I have personally evaluated and treated over 400 patients with gender dysphoria. As the Clinical Director, I oversee the clinical practice, which currently includes four physicians (including one psychiatrist), one nurse practitioner, two social workers, one research coordinator, as well as nursing and administrative staff. I also actively conduct research related to transgender medicine and mental health concerns specific to transgender youth.

I have authored numerous peer-reviewed articles on various topics related to treatment of transgender youth. I have also co-authored chapters of textbooks related to medical management of transgender patients. I have been invited to speak at numerous hospitals, clinics, and conferences on topics related to clinical care and standards for treating transgender children and youth. A listing of my publications and speaking engagements is included in my Curriculum Vitae in **Exhibit B**.

In preparing this report, I have reviewed the text of the Alabama Vulnerable Child Compassion and Protection Act (VCAP). I also relied on my scientific

4

education, training, and experience, my research experience, and my knowledge of the scientific literature in the pertinent fields. The materials I have relied upon in preparing this report are the same types of materials that experts in my field of study regularly rely upon when forming opinions on these subjects. This includes The World Professional Association for Transgender Health's *Standards of Care – Version* 8,[1] the American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Health Disorders* (5th ed. text rev.),[2] and the Endocrine Society's *Endocrine Treatment of Gender-Dysphoric/Gender Incongruent Persons: An Endocrine Society Clinical Practice Guideline* (2017),[3] in addition to other works cited throughout this report and listed in **Exhibit A**. I may wish to supplement these opinions or the bases for them due to new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

In the past four years, I have been retained as an expert and provided testimony on behalf of transgender plaintiffs in the following cases: *Roe et al v. Utah High School Activities Association et al* (Third District Court in and for Salt

---

[1] Coleman E, Radix AE, Bouman WP et al. Standards of care for the health of transgender and gender diverse people, version 8. Int J Transgend 2022 Sep 6;23(suppl 1):S1-S259.
[2] American Psychiatric Association. (2022). Diagnostic and statistical manual of mental disorders (5th ed., text rev.).
[3] Hembree WC, Cohen-Kettenis P, Gooren L, et al. Endocrine treatment of gender-dyshporic/gender-incongruent persons: an endocrine society clinical practice guideline. *J Clin Endocrinol Metab*. 2017;102:3869-3903.

Lake County, UT), *Menefee v. City of Huntsville Bd. of Educ.*, No. 5:18-cv-01481 (N.D. Ala.); *Flack v. Wisc. Dep't of Health Serv.*, No. 3:18-cv-00309 (W.D. Wisc.); *Whitaker v. Kenosha Unified Sch. Dist. No. 1 Bd. of Educ.*, No. 2:16-cv-00943 (W.D. Wisc.). I also provided expert witness testimony on behalf of a parent in a custody dispute involving a transgender child in the following case: *In the Interest of Younger*, No. DF-15-09887 (Dallas County, Texas). To the best of my knowledge, I have not met or spoken with the Private Plaintiffs or their parents in this case. My opinions are based solely on my extensive background and experience treating transgender patients.

I am being compensated at an hourly rate for the actual time that I devote to this case, at the rate of $400 per hour for any review of records, preparation of reports, declarations, and deposition and trial testimony. My compensation does not depend on the outcome of this litigation, the opinions that I express, or the testimony that I provide.

## I. MEDICAL AND SCIENTIFIC BACKGROUND ON SEX AND GENDER IDENTITY

1.     Sex is comprised of several components, including, among others, internal reproductive organs, external genitalia, chromosomes, hormones, gender identity, and secondary sex characteristics.[4]

---

[4] Institute of Medicine. The health of lesbian, gay, bisexual, and transgender people: building a foundation for better understanding. Washington, DC: The National Academic Press; 2011.

2.     *Gender identity* is the medical term for a person's internal, innate sense of belonging to a particular sex. Everyone has a gender identity. Diversity of gender identity and incongruence between assigned sex at birth and gender identity are naturally occurring sources of human biological diversity.[5] The term *transgender* refers to individuals whose gender identity does not align with their sex assigned at birth.[6]

3.     The terms *gender role* and *gender identity* refer to different things. *Gender roles* are behaviors, attitudes, and personality traits that a particular society considers masculine or feminine or associates with male or female social roles. For example, the convention that girls wear pink and have longer hair, or that boys wear blue and have shorter hair, are socially constructed gender roles from a particular culture and historical period. By contrast, *gender identity* does not refer to socially contingent behaviors, attitudes, or personality traits. It is an internal and largely biological phenomenon as discussed below. Living consistent with one's gender identity is critical to the health and well-being of any person, including transgender people.[7]

---

[5] *Id.*

[6] Shumer DE, Spack NP. Current management of gender identity disorder in childhood and adolescents: guidelines, barriers and areas of controversy. Curr Opin Endocrinol Diabetes Obes 2013;20(1):69-73.

[7] Shumer DE, Spack NP. Current management of gender identity disorder in childhood and adolescents: guidelines, barriers and areas of controversy. Curr Opin Endocrinol Diabetes Obes 2013;20(1):69-73; White Hughto JM, Seisner SL, Pachankis JE. Transgender stigma and health:

4.      A person's understanding of their gender identity may evolve over time in the natural course of one's life, however, attempts to "cure" transgender individuals by forcing their gender identity into alignment with their birth sex has been found to be both harmful and ineffective. In one study, transgender adults who recall previous attempts from healthcare professionals to alter their gender identity reported an increase in lifetime suicide attempts and higher rates of severe psychological distress in the present.[8] In another study, exposure to these types of attempts were found to increase the likelihood that a transgender adolescent will attempt suicide by 55% and more than double the risk for running away from home.[9] Those practices have been denounced as unethical by all major professional associations of medical and mental health professionals, such as the American Medical Association, the American Academy of Pediatrics ("AAP"), the American Psychiatric Association, and the American Psychological Association, among others.[10]

---

a critical review of stigma determinants, mechanisms, and interventions. Soc Sci Med. 2015 Dec; 147: 222-231; Hidalgo MA, Ehrensaft D, Tishelman AC et al., The gender affirmative model: what we know and what we aim to learn. Human Development 2013;56:285-290.

[8] Turban JL, Beckwith N, Reisner SL. Association between recalled exposure to gender identity conversion efforts and psychological distress and suicide attempts among transgender adults. JAMA Psychiatry. 2020;77(1):68-76.

[9] Campbell T, Rodgers Y. Conversion therapy, suicidality, and running away: an analysis of transgender youth in the U.S. SSRN. 2002 Nov. Available at http://dx.doi.org/10.2139/ssrn.4180724.

[10] Fish JN, Russell ST. Sexual orientation and gender identity change efforts are unethical and harmful. Am J Public Health. 2022 Aug; 110(8): 1113-1114.

5.     Scientific research and medical literature across disciplines demonstrates that gender identity, like other components of sex, has a strong biological foundation. For example, there are numerous studies detailing the similarities in the brain structures of transgender and non-transgender people with the same gender identity.[11] In one such study, the volume of the bed nucleus of the *stria terminalis* (a collection of cells in the central brain) in transgender women was equivalent to the volume found in non-transgender women.[12]

6.     There are also studies highlighting the genetic components of gender identity. Studies of twins are a helpful way to understand genetic influences on human diversity. Identical twins share the same DNA, while fraternal twins share roughly 50% of the same DNA; however, both types of twins share the same environment. Therefore, studies comparing differences between identical and fraternal twin pairs can help isolate the genetic contribution of human characteristics. Twin studies have shown that if one identical twin is transgender, the other twin is much more likely to be transgender compared to fraternal twins, a

---

[11] Luders E, Sánchez FJ, Gaser C, et al. Regional gray matter variation in male-to-female transsexualism. *Neuroimage*. 2009;46:904–907; Rametti G, Carrillo B, Gómez-Gil E, et al. White matter microstructure in female to male transsexuals before cross-sex hormonal treatment. A diffusion tensor imaging study. *J Psychiatr Res*. 2011;45: 199–204; Berglund H, Lindström P, Dhejne-Helmy C, Savic I. Male-to-female transsexuals show sex-atypical hypothalamus activation when smelling odorous steroids. *Cereb Cortex*. 2008;18:1900–1908; Savic I, Arver S. Sex dimorphism of the brain in male-to-female transsexuals. *Cereb Cortex*. 2011;21:2525–2533.
[12] Chung WC, De Vries GJ, Swaab DF. Sexual differentiation of the bed nucleus of the stria terminalis in humans may extend into adulthood. *J Neurosci*. 2002;22:1027–1033.

finding which points to genetic underpinnings to gender identity development.[13] There is also ongoing research on how differences in fetal exposures to hormones may influence future gender identity. This influence can be examined by studying a medical condition called congenital adrenal hyperplasia. Female fetuses affected by congenital adrenal hyperplasia produce much higher levels of testosterone compared to fetuses without the condition. While most females with congenital adrenal hyperplasia have a female gender identity in adulthood, the percentage of those with gender dysphoria is higher than that of the general population. This suggests that fetal hormone exposures contribute to the later development of gender identity.[14]

7.     There has also been research examining specific genetic differences that appear associated with gender identity formation.[15] For example, one study examining differences in the estrogen receptor gene among transgender women and non-transgender male controls found that the transgender individuals were more likely to have a genetic difference in this gene.[16]

8.     The above studies are representative examples of scientific research

---

[13] Heylens G, De Cuypere G, Zucker KJ, et al. Gender identity disorder in twins: a review of the case report literature. *J Sex Med*. 2012;9: 751–757.

[14] Dessens AB, Slijper FM, Drop SL. Gender dysphoria and gender change in chromosomal females with congenital adrenal hyperplasia. *Arch Sex Behav*. 2005;34:389–397.

[15] Rosenthal SM. Approach to the Patient: Transgender Youth: Endocrine Considerations. J Clin Endocrinol Metab. 2014 Dec;99(12):4379-89.

[16] Henningsson S, Westberg L, Nilsson S, et al. Sex steroid-related genes and male-to-female transsexualism. *Psychoneuroendocrinology*. 2005;30:657–664.

demonstrating biological influences on gender identity. Gender identity, like other complex human characteristics, is rooted in biology with important contributions from neuroanatomic, genetic and hormonal variation.[17]

## II. RATIONALE FOR MEDICAL TREATMENT OF GENDER DYSPHORIA IN ADOLESCENTS

1.      All medical interventions, including treatment for gender dysphoria, require rigorous study and evidence base. There are several studies demonstrating positive results of gender-affirming care in adolescents.[18] These studies consistently demonstrate improvement of gender dysphoria with associated improvement of psychological functioning. A 2014 long-term follow-up study following patients from early adolescence through young adulthood showed that gender-affirming treatment allowed transgender adolescents to make age-appropriate developmental transitions while living as their affirmed gender with

---

[17] Roselli CE. Neurobiology of gender identity and sexual orientation. J Neuroendocrinol. 2018 Jul; 30(7): e12562.

[18] De Vries ALC, McGuire JK, Steensma et al., Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014 Oct;134(4):696-704; de Vries, A. L. C., Steensma, T. D., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. *The Journal of Sexual Medicine*, 8(8), 2276–2283; Smith, Y. L., Van Goozen, S. H., Kuiper, A. J., & Cohen-Kettenis, P. T. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychological Medicine*, 35(1), 89-99; Green AE, DeChants JP, Price MN, et al. Association of Gender-Affirming Hormone Therapy with Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. Journal of Adolescent Health (2022) 70(4) 643-649; Turban JL, King D, Kobge J, et al. Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS One (2022) Jan 12;17(1):e0261039.

positive outcomes as young adults.[19] More recently, Green et al (2022) describe that gender-affirming hormone therapy is correlated with reduced rates of depression and suicidality among transgender adolescents.[20] Turban et al (2022) documented that access to gender-affirming hormone therapy in adolescence is associated with favorable mental health outcomes in adulthood, when compared to individuals who desired but could not access hormonal interventions.[21]

## III.   ASSESSMENT OF GENDER DYSPHORIA IN CHILDREN AND ADOLESCENTS

1.      Due to the incongruence between their assigned sex and gender identity, transgender people experience varying degrees of gender dysphoria, a serious medical condition defined in both the American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders* (DSM-5 TR[22]) and the World Health Organization's *International Classification of Diseases* (ICD-10[23]). *Gender Dysphoria* is defined as an incongruence between a patient's assigned sex and their gender identity present for at least six months, which causes clinically

---

[19] De Vries ALC, McGuire JK, Steensma et al., Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014 Oct;134(4):696-704.

[20] Green AE, DeChants JP, Price MN, et al. Association of Gender-Affirming Hormone Therapy with Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. Journal of Adolescent Health (2022) 70(4) 643-649.

[21] Turban JL, King D, Kobge J, et al. Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS One (2022) Jan 12;17(1):e0261039.

[22] American Psychiatric Association. (2022). Diagnostic and statistical manual of mental disorders (5th ed., text rev.).

[23] World Health Organization. (2004). ICD-10 : international statistical classification of diseases and related health problems: tenth revision, 2nd ed. World Health Organization.

important distress in the person's life. This distress is further defined as impairment in social, occupational, or other important areas of functioning.[24] Additional features may include a strong desire to be rid of one's primary or secondary sex characteristics, a strong desire to be treated as a member of the identified gender, or a strong conviction that one has the typical feelings of identified gender.[25]

2.      In children and adolescence, the diagnosis of gender dysphoria is made by a mental health professional such as a psychiatrist, psychologist, social worker, or therapist with expertise in gender identity concerns. It is recommended that children and adolescents diagnosed with gender dysphoria engage with a multidisciplinary team of mental health and medical professionals to formulate a treatment plan, in coordination with the parent(s) or guardian(s), with a goal of reduction of gender dysphoria.[26]

## IV. TREATMENT OF GENDER DYSPHORIA IN CHILDREN AND ADOLESCENTS

---

[24] American Psychiatric Association. (2022). Diagnostic and statistical manual of mental disorders (5th ed., text rev.)
[25] *Id.*
[26] Coleman E, Radix AE, Bouman WP et al. Standards of care for the health of transgender and gender diverse people, version 8. Int J Transgend 2022 Sep 6;23(suppl 1):S1-S259.

1. The goal of any intervention for gender dysphoria is to reduce dysphoria, improve functioning, and prevent the harms caused by untreated gender dysphoria. Gender dysphoria is highly treatable and can be effectively managed. If left untreated, however, it can result in severe anxiety and depression, eating disorders, substance abuse, self-harm, and suicidality.[27] Based on longitudinal data, and my own clinical experience, when transgender adolescents are provided with appropriate medical treatment and have parental and social support, they are more likely to thrive and grow into healthy adults.[28]

2. A comprehensive biopsychosocial assessment is typically the first step in evaluation, performed by a mental health professional with experience in gender identity. The goals of this assessment are to develop a deep understanding of the young person's experience with gender identity, to consider whether the child or adolescent meets criteria for a diagnosis of gender dysphoria, and to understand what options may be desired and helpful for the adolescent.[29]

3. For children younger than pubertal age, the only recommended

---

[27] Reisner SL, Vetters R, Leclerc M et al., Mental health of transgender youth in care at an adolescent urban community health center: a matched retrospective cohort study. J Adolesc Health. 2015 Mar;56(3):274-9.

[28] De Vries ALC, McGuire JK, Steensma et al., Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014 Oct;134(4):696-704.

[29] Coleman E, Radix AE, Bouman WP et al. Standards of care for the health of transgender and gender diverse people, version 8. Int J Transgend 2022 Sep 6;23(suppl 1):S1-S259; Hembree WC, Cohen-Kettenis P, Gooren L, et al. Endocrine treatment of gender-dyshporic/gender-incongruent persons: an endocrine society clinical practice guideline. *J Clin Endocrinol Metab*. 2017;102:3869-3903.

treatments do not involve medications. For prepubertal children with gender dysphoria, treatments may include supportive therapy, encouraging support from loved ones, and assisting the young person through elements of a social transition. Social transition may include adopting a new name and pronouns, appearance, and clothing, and correcting identity documents. For adolescents, additional treatments involving medications may be appropriate. Options for treatment after the onset of puberty include the use of gonadotropin-releasing hormone agonists ("GnRHa") for purposes of preventing progression of pubertal development, and hormonal interventions such as testosterone and estrogen administration. These treatment options are based on robust research and clinical experience, which consistently demonstrate safety and efficacy.[30]

    4.    Standards of care have been published by several long-standing and

---

[30] Coleman E, Radix AE, Bouman WP et al. Standards of care for the health of transgender and gender diverse people, version 8. Int J Transgend 2022 Sep 6;23(suppl 1):S1-S259; Rosenthal SM. Approach to the Patient: Transgender Youth: Endocrine Considerations. J Clin Endocrinol Metab. 2014 Dec;99(12):4379-89; De Vries ALC, McGuire JK, Steensma et al., Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014 Oct;134(4):696-704; Cohen-Kettenis, P. T., & van Goozen, S. H. (1997). Sex reassignment of adolescent transsexuals: A follow-up study. Journal of the American Academy of Child & Adolescent Psychiatry, 36(2), 263–271; de Vries, A. L. C., Steensma, T. D., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. *The Journal of Sexual Medicine*, *8*(8), 2276–2283; Smith, Y. L., Van Goozen, S. H., Kuiper, A. J., & Cohen-Kettenis, P. T. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychological Medicine*, *35*(1), 89–99; Van der Miesen, A., Steensma, T. D., de Vries, A. et al. (2020). Psychological functioning in transgender adolescents before and after gender-affirmative care compared with cisgender general population peers. The Journal of Adolescent Health, 66(6), 699–704; Grannis, C., Leibowitz, S. F., Gahn, S., et al. (2021). Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. Psychoneuroendocrinology, 132, 105358.

well-respected medical bodies: the World Professional Association for Transgender Health ("WPATH"),[31] the Endocrine Society,[32] and the AAP.[33] The standards of care published by these organizations provide a framework for treatment of gender dysphoria in adolescents.

5.      WPATH has been recognized as the standard-setting organization for the treatment of gender dysphoria since its founding in 1979. The most recent WPATH Standards of Care (SOC version 8) were published in 2022 and represent expert consensus for clinicians related to medical care for transgender people, based on the best available science and clinical experience.[34] The previous version (SOC version 7),[35] published in 2012, was the most recent version at the time of the enactment of VCAP. SOC version 7 was similar to version 8 in the basic tenets of management for transgender adolescents; however, version 8 further reinforces these guidelines with data published since the release of SOC version 7. The purpose of the WPATH SOC is to assist health providers in delivering necessary

---

[31] Coleman E, Radix AE, Bouman WP et al. Standards of care for the health of transgender and gender diverse people, version 8. Int J Transgend 2022 Sep 6;23(suppl 1):S1-S259.

[32] Hembree WC, Cohen-Kettenis P, Gooren L, et al. Endocrine treatment of gender-dyshporic/gender-incongruent persons: an endocrine society clinical practice guideline. *J Clin Endocrinol Metab*. 2017;102:3869-3903.

[33] Rafferty J, Yogman M, Baum R, et al. Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. Pediatrics (2018) 142 (4).

[34] Coleman E, Radix AE, Bouman WP et al. Standards of care for the health of transgender and gender diverse people, version 8. Int J Transgend 2022 Sep 6;23(suppl 1):S1-S259.

[35] Coleman E, Bockting W, Botzer M. et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. (2012) International Journal of Transgenderism. 13. 165-232.

medical care to transgender people, to maximize their patients' overall health, psychological well-being, and self-fulfillment. The WPATH SOC serve as the foundation for the care provided in my own clinic.

6.     In addition, the Endocrine Society is a 100-year-old global membership organization representing professionals in the field of adult and pediatric endocrinology. In 2017, the Endocrine Society published clinical practice guidelines on treatment recommendations for the medical management of gender dysphoria, in collaboration with Pediatric Endocrine Society, the European Societies for Endocrinology and Pediatric Endocrinology, and WPATH, among others.[36]

7.     The AAP is the preeminent professional body of pediatricians in the United States, with over 67,000 members. The AAP endorses a commitment to the optimal physical, mental, and social health and well-being for youth. The 2018 policy statement titled *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents* further codifies the treatment options outlined in the WPATH SOC version 7 and the Endocrine Society's Clinical Practice Guideline.[37]

---

[36] Hembree WC, Cohen-Kettenis P, Gooren L, et al. Endocrine treatment of gender-dyshporic/gender-incongruent persons: an endocrine society clinical practice guideline. *J Clin Endocrinol Metab*. 2017;102:3869-3903.

[37] Rafferty J, Yogman M, Baum R, et al. Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. Pediatrics (2018) 142 (4).

8.     Central to guidance from WPATH, the Endocrine Society, and the AAP is the importance of familial love and support. Transgender youth who report high levels of rejection from family have lower self-esteem and higher degrees of isolation. These youth are at very high risk for health and mental health problems when they become young adults. According to the Family Acceptance Project, transgender young people who reported high levels of family rejection are significantly more likely to have attempted suicide, to report high levels of depression, to use illegal drugs, and to be at high risk for HIV and sexually transmitted diseases compared with transgender young people who report no or low levels of rejection by family due to their identity.[38]

9.     Undergoing treatment to alleviate gender dysphoria is commonly referred to as a transition. The transition process in adolescence typically includes (i) social transition and/or (ii) medications, including puberty-delaying medication and hormone-replacement therapy. The steps that make up a person's transition will depend on that individual's medical and mental health needs and decisions made between the patient, family, and multidisciplinary care team.

10.     There are no medications considered until after the onset of puberty. Puberty is a process of maturation heralded by production of sex hormones—

---

[38] Ryan C, Russell ST, Huebner D, et al. Family acceptance in adolescents and the health of LGBT young adults. Journal of Child and Adolescent Psychiatric Nursing. (2010) 23(4) 205-213.

testosterone and estrogen—leading to the development of secondary sex characteristics. Secondary sex characteristics include testosterone-induced effects such as deepening of the voice, muscular changes, facial and body hair, and estrogen-induced effects such as breast development. There is diversity in the age of pubertal onset; however, most adolescents begin puberty between ages 10 and 12 years.

11.     Gender exploration in childhood is expected and healthy. The majority of prepubertal children exploring their gender do not develop gender dysphoria and are not expected to become transgender adolescents or adults. In contrast, data and personal experience show that children whose gender dysphoria persists into adolescence are highly likely to be transgender.[39] VCAP's legislative findings misinterpret older studies showing that a large percentage of children diagnosed with gender identity disorder did not grow up to be transgender. Those studies include children who would not fulfill the current diagnostic criteria for gender dysphoria and, in any case, have no relevance to VCAP because no medications are prescribed to prepubertal children.

12.     Puberty-delaying medication and hormone-replacement therapy—both individually and in combination—can significantly improve a transgender

---

[39] Van der Loos MA, Hannema SE, Klink DT, at el. Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands. The Lancet Child & Adolescent Health. (2022), 6(12) 869-875.

young person's mental health. These treatments allow for a physical appearance more closely aligning with gender identity and decreases the likelihood that a transgender young person will be incorrectly identified with their assigned sex, further alleviating their gender dysphoria, and bolstering the effectiveness of their social transition.

13.    At the onset of puberty, adolescents begin to notice the onset of secondary sex characteristics. Adolescents with differences in gender identity may have intensification of gender dysphoria during this time due to development of secondary sex characteristics incongruent with gender identity. Persistence or intensification of gender dysphoria as puberty begins is used as a helpful diagnostic tool as it becomes more predictive of gender identity persistence into adolescence and adulthood.[40] Adolescents diagnosed with gender dysphoria who have entered puberty (Tanner Stage 2) may be prescribed puberty-delaying medications (GnRHa) to prevent the distress of developing permanent, unwanted physical characteristics that do not align with the adolescent's gender identity. The treatment works by pausing endogenous puberty at whatever stage it is at when the treatment begins, limiting the influence of a person's endogenous hormones on their body. For example, a transgender girl will experience no progression of

---

[40] de Vries AL, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: the Dutch approach. *J Homosex*. 2012;59:301–320.

physical changes caused by testosterone, including facial and body hair, an Adam's apple, or masculinized facial structures. And, in a transgender boy, those medications would prevent progression of breast development, menstruation, and widening of the hips.[41]

14.     GnRHa have been used extensively in pediatrics for several decades. Prior to their use for gender dysphoria, they were used (and still are used) to treat precocious puberty. GnRHa work by suppressing the signal hormones from the pituitary gland (luteinizing hormone [LH] and follicle stimulating hormone [FSH]) that stimulate the testes or ovaries to produce sex hormones. Upon discontinuation of GnRHa, LH and FSH production resume and puberty will also resume.

15.     GnRHa have no long-term implications on fertility. In transgender youth, it is most typical to use GnRHa from the onset of puberty (Tanner Stage 2) until mid-adolescence. While treating, the decision to continue treatment will be continually evaluated. Should pubertal suppression no longer be desired, GnRHa would be discontinued, and puberty would re-commence.

---

[41] Coleman E, Radix AE, Bouman WP et al. Standards of care for the health of transgender and gender diverse people, version 8. Int J Transgend 2022 Sep 6;23(suppl 1):S1-S259; Hembree WC, Cohen-Kettenis P, Gooren L, et al. Endocrine treatment of gender-dyshporic/gender-incongruent persons: an endocrine society clinical practice guideline. *J Clin Endocrinol Metab*. 2017;102:3869-3903; de Vries AL, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: the Dutch approach. *J Homosex*. 2012;59:301–320; Rosenthal SM. Approach to the Patient: Transgender Youth: Endocrine Considerations. J Clin Endocrinol Metab. 2014 Dec;99(12):4379-89; Guidelines for the Primary Gender-Affirming Care of Transgender and Gender Nonbinary People. UCSF. 2016. Online at: https://transcare.ucsf.edu/sites/transcare.ucsf.edu/files/Transgender-PGACG-6-17-16.pdf.

16.     Prior to initiation of GnRHa, providers counsel patients and their families extensively on potential benefits and risks. The designed benefit of the treatment is to reduce the risk of worsening gender dysphoria and mental health deterioration. Furthermore, development of secondary sex characteristics incongruent with gender identity could result in the future need for surgeries and other body alterations that would not be needed if GnRHa had been used. Risk of lower bone mineral density in prolonged use of GnRHa can be mitigated by screening for, and treating vitamin D deficiency when present, and by limiting the number of years of treatment based on a patient's clinical course.[42] An exceptionally rare but significant side effect, increased intracranial pressure, has been reported in six patients (five treated for precocious puberty, one for transgender care) prompting an FDA warning in July 2022.[43] These cases represent an extremely small fraction of the thousands of patients who have been treated with GnRHa over decades. Symptoms of this side effect (headache, vomiting, visual changes) are reviewed with families and if they occur the medication is discontinued. While GnRHa themselves do not have long-term implications on fertility, it is necessary for a person to complete puberty to produce viable eggs or

---

[42] Rosenthal SM. Approach to the Patient: Transgender Youth: Endocrine Considerations. J Clin Endocrinol Metab. 2014 Dec;99(12):4379-89.
[43] Risk of pseudotumor cerebri added to labeling for gonadotropin-releasing hormone agonists. AAP News. July 1, 2022.

sperm.

17.     In mid-adolescence, the patient, their parents, and the patient's care team may discuss the possibility of beginning the use of testosterone or estrogen. These treatments may be discussed in a patient who is currently receiving GnRHa, or patients who have already gone through their natal puberty and did not access or elect for GnRHa treatment. Hormone therapy is used to treat gender dysphoria in adolescents to facilitate development of sex-specific physical changes congruent with their peers. For example, a transgender boy prescribed testosterone will develop a lower voice as well as facial and body hair, while a transgender girl prescribed estrogen will experience breast growth, female fat distribution, and softer skin.

18.     Similarly to GnRHa, risks and benefits of treatment are discussed with patients and families prior to initiation of testosterone or estrogen. When treated with testosterone or estrogen, the goal is to maintain the patient's hormone in the normal range for their gender. Laboratory testing is recommended to ensure proper dosing and hormonal levels. If starting hormonal care after completing puberty, discussion of egg or sperm preservation prior to starting treatment is recommended.

19.     Regardless of the treatment plan prescribed, at every encounter with the care team there is a re-evaluation of the patient's gender identity and their

transition goals. Should a patient desire to discontinue a medical intervention, the intervention is discontinued. Discontinuation of GnRHa will result in commencement of puberty. Findings from studies in which participants have undergone comprehensive evaluation prior to gender care show low levels of regret.[44]

20.     Surgical interventions, including but not limited to chest and genital surgery, are indicated in appropriately selected patients. These surgeries are not typically performed in adolescence but rather considered in adulthood. Surgical care is not addressed in this case. The WPATH SOC 8 outlines the current literature supporting benefits of surgical interventions for patients with gender dysphoria.[45]

## V.      FERTILITY CONSIDERATIONS

1.      GnRHa do not have long-term implications on fertility. This is clearly proven from decades of use in treatment of precocious puberty.[46] Progression

---

[44] de Vries, A. L. C., Steensma, T. D., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. *The Journal of Sexual Medicine*, *8*(8), 2276–2283; Van der Loos MA, Hannema SE, Klink DT, at el. Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands. The Lancet Child & Adolescent Health. (2022), 6(12) 869-875; Wiepjes CM, Nota NM, de Blok CJM, et al. The Amsterdam cohort of gender dysphoria study (1972-2015): trends in prevalence, treatment, and regrets. J Sex Med (2018) 15(4):582-590.

[45] Coleman E, Radix AE, Bouman WP et al. Standards of care for the health of transgender and gender diverse people, version 8. Int J Transgend 2022 Sep 6;23(suppl 1):S1-S259.

[46] Martinerie L, Mouzon J, Blumberg J, et al. Fertility of women treated during childhood with triptorelin (depot formulation) for central precocious puberty: the PREFER study. Horm Res

through natal puberty is required for maturation of egg or sperm. If attempting fertility after previous treatment with GnRHa followed by hormone therapy is desired, an adult patient would withdraw from hormones and allow pubertal progression. Assistive reproductive technologies could be employed if needed.[47]

2.    Patients who initiate hormones after completing puberty are offered gamete preservation prior to hormonal initiation,[48] but even when not undertaken, withdrawal of hormones in adulthood often is successful in achieving fertility when it is desired.[49]

3.    Discussing the topic of fertility is important, and not specifically unique to treatment of gender dysphoria. Medications used for other medical conditions, such as chemotherapeutics used in cancer treatment, can affect fertility. For all medications with potential impacts on fertility, the potential risks and benefits of both treatment and non-treatment should be reviewed and data regarding risk for infertility clearly articulated prior to the consent or assent of the

---

Paediatr. 2021 Apr; 93(9-10): 529-538; Guaraldi F, Beccuti G, Gori D, Ghizzoni L. Management of endocrine disease: long-term outcomes of the treatment of central precocious puberty. European Journal of Endocrinology. 2016 Mar; 174(3): R79-R87.

[47] T'Sjoen G, Van Caenegem E, Wierckx K. Transgenderism and reproduction. Curr Opin Endocrinol Diabetes Obes. 2013 Dec; 20(6):575-9.

[48] Coleman E, Radix AE, Bouman WP et al. Standards of care for the health of transgender and gender diverse people, version 8. Int J Transgend 2022 Sep 6;23(suppl 1):S1-S259.

[49] Knudson G, De Sutter P. Fertility options in transgender and gender diverse adolescents. Acta Obstetricia et Gynecologica Scandinavia. 2017 July; 96(10): 1269-1272; Light AD, Obedin-Maliver J, Sevelius JM, Kerns JL. Transgender men who experienced pregnancy after female-to-male gender transitioning. Obstet Gynecol. 2014 Dec; 124(6):1120-1127.

patient. Risk for fertility changes must be balanced with the risk of withholding treatment.

## VI.   DISCUSSION: VCAP'S PROHIBITIONS ON GENDER-AFFIRMING CARE WOULD CAUSE SIGNIFICANT AND IRREPARABLE HARM TO TRANSGENDER YOUTH

VCAP bans, among other things, the use of GnRHa, testosterone, and estrogen to treat gender dysphoria for transgender youth in Alabama under 19 years of age. Due to the overwhelming evidence that these interventions result in improved health and mental health outcomes when prescribed responsibly, with comprehensive assessments performed prior to treatment initiation, a proper description of benefits and risk, and responsible follow-up and monitoring, banning these interventions would cause significant and irreparable harm (*see* Section II, ¶1, *supra*). As with all medical decisions, care should be taken to ensure that correct treatments are offered to patients in appropriate circumstances. Treatments for gender dysphoria are no different in this regard from other medical interventions. Moreover, the population harmed is one already struggling with systemic transphobia, bullying, and mental health disparity.[50]

It is important to specifically comment on assertions made within the text of

---

[50] Grant JM, Mottet, L, Tanis JE. Injustice at every turn: a report of the National Transgender Discrimination Survey. 2011. National Center for Transgender Equality: National Gay and Lesbian Task Force, Washington DC.

VCAP. Many factual findings outlined in VCAP are inconsistent with well-established medial understanding; the findings set forth in VCAP are not accurate. In order to better outline these inaccuracies, this report will review and discuss specific findings outlined in Section 2 of the law:

> **VCAP §2, Finding 1:** *The sex of a person is the biological state of being female or male, based on sex organs, chromosomes, and endogenous hormone profiles, and is genetically encoded into a person at the moment of conception, and it cannot be changed.*

The description of *sex* outlined in the law is a gross oversimplification of a complicated biological concept. This description of sex fails to include gender identity, which is an essential medical component of sex for every person, and also fails to recognize that the medical components of a person's sex may or may not be congruent with one another. As outlined in Section I of this report, *supra*, gender identity has a biological foundation, just as other elements of sex such as anatomy, hormones, and chromosomes. The concept of sex involves a complex interplay of several components that may or may not be congruent with one another. Children with DSD, for example, have medical conditions that cause incongruence between hormones, chromosomes, and anatomy. VCAP explicitly excludes children with DSD from the proposed bans, implicitly acknowledging the complexity of sex.

> **VCAP §2, Finding 2:** *Some individuals, including minors, may experience discordance between their sex and their internal sense of identity, and individuals who experience severe psychological distress as a result of this discordance may be diagnosed with gender dysphoria.*

**<u>VCAP §2, Finding 3</u>**: *The cause of the individual's impression of discordance between sex and identity is unknown, and the diagnosis is based exclusively on the individual's self-report.*

It is true that gender identity and gender dysphoria relate to the internal understanding of one's self and are not amenable to a lab test or x-ray diagnosis like some other health conditions. Gender dysphoria is one of many health conditions for which the diagnosis is made via clinical diagnosis by experts rather than by diagnostic testing. Examples of other conditions that rely on clinical diagnosis include concussions, lupus, polycystic ovarian syndrome, depression, migraines, back pain, and anxiety; none of which are contested as valid medical diagnoses simply because diagnosis is based on clinical criteria. Assessment for gender dysphoria in children and adolescents is performed by highly trained mental health professionals who are able to make a diagnosis based on standard criteria. The manner in which gender dysphoria is diagnosed, based on skillful elicitation of a patient's experience, does not invalidate the existence of this medical problem or the importance of proper evidence-based treatment.

> **<u>VCAP §2, Finding 4</u>**: *This internal sense of discordance is not permanent or fixed, but to the contrary, numerous studies have shown that a substantial majority of children who experience discordance between their sex and identity will outgrow the discordance once they go through puberty and will eventually have an identity that aligns with their sex.*
>
> **<u>VCAP §2, Finding 5</u>**: *As a result, taking a wait-and-see approach to children who reveal signs of gender nonconformity results in a large majority of those children resolving to an identity congruent with their*

28

*sex by late adolescence.*

This legislative finding stating that the majority of children who experience discordance between their sex and identity will outgrow the discordance at puberty is inaccurate (*see* Section IV, ¶11, *supra*). Regardless of the gender identity outcome of a prepubertal child exploring gender identity, the recommended approach is to allow for this exploration in childhood with compassion, love, and acceptance. Children with persisting gender dysphoria into puberty are highly likely to be transgender (*see* Section IV, ¶11, *supra*). In these individuals the use of GnRHa is the recommended treatment. Watching an adolescent progress through puberty while suffering worsening gender dysphoria is not recommended.

> **VCAP §2, Finding 6:** *Some in the medical community are aggressively pushing for interventions on minors that medically alter the child's hormonal balance and remove healthy external and internal sex organs when the child expresses a desire to appear as a sex different from his or her own.*

Uniformly, providers in this field are motivated by a desire to promote health and well-being in adolescents. The Hippocratic Oath instructs me and other physicians to "First, do no harm." When reviewing relevant and related evidence, withholding GnRHa and hormonal interventions for appropriate patients diagnosed with gender dysphoria, many of whom are suffering from severe depression, considering self-harm, or experiencing other significant and urgent problems would be harmful and contrary to the oath I made as a physician.

29

> **<u>VCAP §2, Finding 7</u>:** *This course of treatment for minors commonly begins with encouraging and assisting the child to socially transition to dressing and presenting as the opposite sex. In the case of prepubertal children, as puberty begins, doctors then administer long-acting GnRH agonist (puberty blockers) that suppress the pubertal development of the child. This use of puberty blockers for gender nonconforming children is experimental and not FDA-approved.*

Gender exploration is a normal task of childhood. Current best practices encourage safe and supportive room for this exploration. The majority of children exploring their gender do not have gender dysphoria and do not undergo social transition. The decision to undergo social transition is best made after comprehensive evaluation by a mental health professional with training in gender identity in childhood with the goal of supporting a child's health and wellbeing. Social transition is a treatment option for gender dysphoria in childhood recommended only after careful consideration of the best interests of the child in consultation with parents, and if undertaken, the goal is to reduce distress associated with gender dysphoria.[51]

The safety and efficacy of GnRHa in transgender adolescents are clearly outlined in longitudinal research studies outlined in this report and are not experimental.[52] The use of GnRHa can significantly improve gender dysphoria and

---

[51] Ehrensaft D. Gender nonconforming youth: current perspectives. Adolesc Health Med Ther. 2017; 8:57-67.

[52] Coleman E, Radix AE, Bouman WP et al. Standards of care for the health of transgender and gender diverse people, version 8. Int J Transgend 2022 Sep 6;23(suppl 1):S1-S259; Hidalgo MA, Ehrensaft D, Tishelman AC et al., The gender affirmative model: what we know and what we

the associated mental health sequelae of this condition (*see* Section IV, ¶¶12, 13, *supra*).

GnRHa are FDA approved for use in pediatric patients with precocious puberty. The mechanism of action of GnRHa in suppressing progression of puberty in precocious puberty and in gender dysphoria is the same: suppression of LH and FSH production thereby suppressing production of testosterone or estrogen. It is very common for a medication developed for the treatment of one condition to then be used to treat other conditions. For example, when a chemotherapy drug is FDA approved for treating one type of cancer but is used to treat another type of cancer, it is being used *off label*. Propranolol, a hypertensive drug, is used to treat anxiety around public speaking and when used for this indication it is being used *off label*. This does not imply that its use for this indication is ineffective, dangerous, or experimental, but rather that the drug manufacturer has not applied for and received FDA approval for this indication.

**VCAP §2, Finding 8:** *After puberty blockade, the child is later*

---

aim to learn. Human Development 2013;56:285-290; de Vries, A. L. C., Steensma, T. D., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. *The Journal of Sexual Medicine*, *8*(8), 2276–2283; Smith, Y. L., Van Goozen, S. H., Kuiper, A. J., & Cohen-Kettenis, P. T. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychological Medicine*, *35*(1), 89–99; Rosenthal SM. Approach to the Patient: Transgender Youth: Endocrine Considerations. J Clin Endocrinol Metab. 2014 Dec;99(12):4379-89; Guidelines for the Primary Gender-Affirming Care of Transgender and Gender Nonbinary People. UCSF. 2016. Online at: https://transcare.ucsf.edu/sites/transcare.ucsf.edu/files/Transgender-PGACG-6-17-16.pdf.

administered "cross-sex" hormonal treatments that induce the development of secondary sex characteristics of the other sex, such as causing the development of breasts and wider hips in male children taking estrogen and greater muscle mass, bone density, body hair, and a deeper voice in female children taking testosterone. Some children are administered these hormones independent of any prior pubertal blockade.

**VCAP §2, Finding 9:** *The final phase of treatment is for the individual to undergo cosmetic and other surgical procedures, often to create an appearance similar to that of the opposite sex. These surgical procedures may include a mastectomy to remove a female adolescent's breasts and "bottom surgery" that removes a minor's health reproductive organs and creates an artificial form aiming to approximate the appearance of the genitals of the opposite sex.*

Every medical decision, from use of GnRHa to use of hormones, is a decision that is made carefully, cautiously, and after a thorough review of risks and benefits with the patient and family. There is not an assumption that a patient prescribed GnRHa will desire hormonal therapy in adolescence, and also no presumption that the individual will want or need any surgical intervention as an adult. I also understand that surgery and surgical issues are not at issue in this case.

**VCAP §2, Finding 10:** *For minors who are placed on puberty blockers that inhibit their bodies from experiencing the natural process of sexual development, the overwhelming majority will continue down a path toward cross-sex hormones and cosmetic surgery.*

**VCAP §2, Finding 11:** *This unproven, poorly studied series of interventions results in numerous harmful effects for minors, as well as risks of effects simply unknown due to the new and experimental nature of these interventions.*

**VCAP §2, Finding 12:** *Among the known harms from puberty blockers is diminished bone density; the full effect of puberty blockers on brain*

32

> *development and cognition are yet unknown, though reason for concern is now present. There is no research on the long-term risks to minors of persistent exposure to puberty blockers. With the administration of cross-sex hormones comes increased risks of cardiovascular disease, thromboembolic stroke, asthma, COPD, and cancer.*

When determining whether to prescribe medication for any disorder, a clinician, patient, and family review risks and benefits and decide on the course of treatment using the best available evidence. GnRHa is used when it is determined that the progression of puberty would cause significant harm to the adolescent. The benefit of treatment is not unproven or poorly studied as outlined in this report (*see* Section IV, ¶¶12-16, *supra*). Risk of reduced bone density diminishment is mitigated by treatment of vitamin D deficiency when present, and use of GnRHa for a limited time.[53] Suggestions that GnRHa interfere with brain development are not borne out by evidence. The referenced health problems associated with hormonal therapy represent oversimplification of data. Long term use of testosterone in transgender men is not linked to an increase cancer, or osteoporosis; there may be increase in cardiovascular risk; as for all patients, lifestyle modifications and pharmacological therapy are recommended for transgender men at the highest risk for cardiovascular disease.[54] On the balance, the potential benefit

---

[53] Rosenthal SM. Approach to the Patient: Transgender Youth: Endocrine Considerations. J Clin Endocrinol Metab. 2014 Dec;99(12):4379-89; Allen NG, Krishna KB, Lee PA. Use of gonadotropin-releasing hormone analogs in children. Curr Opin Pediatr. 2021 Aug 1;33(4):442-448.

[54] Coleman E, Radix AE, Bouman WP et al. Standards of care for the health of transgender and gender diverse people, version 8. Int J Transgend 2022 Sep 6;23(suppl 1):S1-S259.

of improved mental health needs to be weighed against risks of treatment for gender dysphoria by each patient and family according to their unique and specific circumstance.

> **VCAP §2, Finding 13:** *Puberty blockers prevent gonadal maturation and thus render patients taking these drugs infertile. Introducing cross-sex hormones to children with immature gonads as a direct result of pubertal blockade is expected to cause irreversible sterility. Sterilization is also permanent for those who undergo surgery to remove reproductive organs, and such persons are likely to suffer through a lifetime of complications from the surgery, infections, and other difficulties requiring yet more medical intervention.*

GnRHa do not cause infertility as is clearly proven from decades of use in treatment of precocious puberty and transgender care (*see* Section V, *supra*). The removal of reproductive organs does cause infertility, but is not something that occurs in minors.

> **VCAP §2, Finding 14:** *Several studies demonstrate that hormonal and surgical interventions often do not resolve the underlying psychological issues affecting the individual. For example, individuals who undergo cross-sex cosmetic surgical procedures have been found to suffer from elevated mortality rates higher than the general population. They experience significantly higher rates of substance abuse, depression, and psychiatric hospitalizations.*

When a carefully evaluated adolescent with gender dysphoria meets clinical criteria for hormonal care, and this care is provided in the context of a holistic approach with attention to other aspects of their mental health, outcomes are significantly better than in patients not able to access these interventions, who often experience very serious harms (*see* Section II, *supra*). My greatest joy as a

clinician is when the time comes to refer young adult patients to adult providers. These patients often arrive to care as struggling adolescents with severe gender dysphoria. They are now well-adjusted, confident, successful young adults headed off to college or embarking on a trade, participating in society as highly functioning adults. Aligned with my clinical experience, in the longest-term follow up, well-being was similar to or better than the general population by adulthood after multidisciplinary gender-affirming care in adolescence.[55]

> **VCAP §2, Finding 15:** *Minors, and often their parents, are unable to comprehend and fully appreciate the risk and life implications, including permanent sterility, that result from the use of puberty blockers, cross-sex hormones, and surgical procedures.*

In my experience, transgender youth and their families are more than capable of making important decisions around their health. As is the case with all medical decision-making involving adolescents, providers are trained to explain expected effects, risks, and benefits to patients and families in an age-appropriate and culturally competent way. When a provider is unsure if a patient or family understands what has been discussed, the information is reviewed again in a manner helpful to the patient and family. There are of course many instances in medicine where decision-making is complex, but this should not preclude the use of and access to evidence-based medicine.

---

[55] De Vries ALC, McGuire JK, Steensma et al., Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014 Oct;134(4):696-704.

## VII.  CONCLUSION

In summary, VCAP runs counter to evidence-based best practices and standards of care for the treatment of gender dysphoria in adolescence. Gender dysphoria is a challenging condition, but it is treatable through individualized assessment and treatment, which may include social transition, psychotherapy, pubertal suppression, and hormonal therapy. These treatments are not experimental and are supported by all major medical bodies in the field of transgender medicine and pediatrics. Lack of access to these treatments will result in worse outcomes for countless youth in Alabama. Furthermore, banning evidence-based treatment for gender dysphoria sends a message that transgender youth are not valid and should be stigmatized. In my own clinical practice in Michigan, I have seen an influx of patients from states banning medically proven treatments for gender dysphoria who report not feeling safe living in the community that they have always called home. Parents who love and support their transgender children have described themselves as "refugees" in their own country, moving to avoid discriminatory laws which they know would clearly harm their child. Banning effective treatment for gender dysphoria will not eliminate transgender youth, but unfortunately, will lead to an increase in mental health problems and suicidality in an already vulnerable population (*see* Section II, *supra*).

Executed: February 12, 2023

_____

DANIEL SHUMER, MD, MPH

**EXHIBIT A**

# BIBLIOGRAPHY

Coleman E, Radix AE, Bouman WP et al. Standards of care for the health of transgender and gender diverse people, version 8. Int J Transgend 2022 Sep 6;23(suppl 1):S1-S259.

American Psychiatric Association. (2022). Diagnostic and statistical manual of mental disorders (5th ed., text rev.)

Hembree WC, Cohen-Kettenis P, Gooren L, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an endocrine society clinical practice guideline. *J Clin Endocrinol Metab*. 2017;102:3869-3903.

Institute of Medicine. The health of lesbian, gay, bisexual, and transgender people: building a foundation for better understanding. Washington, DC: The National Academic Press; 2011.

Shumer DE, Spack NP. Current management of gender identity disorder in childhood and adolescents: guidelines, barriers and areas of controversy. Curr Opin Endocrinol Diabetes Obes 2013;20(1):69-73.

White Hughto JM, Seisner SL, Pachankis JE. Transgender stigma and health: a critical review of stigma determinants, mechanisms, and interventions. Soc Sci Med. 2015 Dec; 147: 222-231.

Hidalgo MA, Ehrensaft D, Tishelman AC et al., The gender affirmative model: what we know and what we aim to learn. Human Development 2013;56:285-290

Fish JN, Russell ST. Sexual orientation and gender identity change efforts are unethical and harmful. Am J Public Health. 2022 Aug; 110(8): 1113-1114.

Chung WC, De Vries GJ, Swaab DF. Sexual differentiation of the bed nucleus of the stria terminalis in humans may extend into adulthood. *J Neurosci*.

2002;22:1027–1033.

Heylens G, De Cuypere G, Zucker KJ, et al. Gender identity disorder in twins: a review of the case report literature. *J Sex Med*. 2012;9: 751–757.

Dessens AB, Slijper FM, Drop SL. Gender dysphoria and gender change in chromosomal females with congenital adrenal hyperplasia. *Arch Sex Behav*. 2005;34:389–397.

Rosenthal SM. Approach to the Patient: Transgender Youth: Endocrine Considerations. J Clin Endocrinol Metab. 2014 Dec;99(12):4379-89.

Henningsson S, Westberg L, Nilsson S, et al. Sex steroid-related genes and male-to-female transsexualism. *Psychoneuroendocrinology*. 2005;30:657–664.

Roselli CE. Neurobiology of gender identity and sexual orientation. J Neuroendocrinol. 2018 Jul; 30(7): e12562.

World Health Organization. (2004). ICD-10 : international statistical classification of diseases and related health problems : tenth revision, 2nd ed. World Health Organization.

Reisner SL, Vetters R, Leclerc M et al., Mental health of transgender youth in care at an adolescent urban community health center: a matched retrospective cohort study. J Adolesc Health. 2015 Mar;56(3):274-9.

De Vries ALC, McGuire JK, Steensma et al., Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014 Oct;134(4):696-704.

Cohen-Kettenis, P. T., & van Goozen, S. H. (1997). Sex reassignment of

adolescent transsexuals: A follow-up study. Journal of the American Academy of Child & Adolescent Psychiatry, 36(2), 263–271.

de Vries, A. L. C., Steensma, T. D., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. *The Journal of Sexual Medicine*, *8*(8), 2276–2283.

Smith, Y. L., Van Goozen, S. H., Kuiper, A. J., & Cohen-Kettenis, P. T. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychological Medicine*, *35*(1), 89–99.

Van der Miesen, A., Steensma, T. D., de Vries, A. et al. (2020). Psychological functioning in transgender adolescents before and after gender-affirmative care compared with cisgender general population peers. The Journal of Adolescent Health, 66(6), 699–704.

Grannis, C., Leibowitz, S. F., Gahn, S., et al. (2021). Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. Psychoneuroendocrinology, 132, 105358.

Rafferty J, Yogman M, Baum R, et al. Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. Pediatrics (2018) 142 (4).

Coleman E, Bockting W, Botzer M. et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. (2012) International Journal of Transgenderism. 13. 165-232.

Ryan C, Russell ST, Huebner D, et al. Family acceptance in adolescents and the health of LGBT young adults. Journal of Child and Adolescent Psychiatric Nursing. (2010) 23(4) 205-213.

Newhook JT, Pyne J, Winters K, et al. A critical commentary on follow-up studies and "desistance" theories about transgender and gender-nonconforming children. International Journal of Transgenderism. (2018) 19(2) 212-224.

Ashley F. The clinical irrelevance of "desistance" research for transgender and gender creative youth. Psychology of Sexual Orientation and Gender Diversity. (2022) 9(4) 387-397.

Van der Loos MA, Hannema SE, Klink DT, at el. Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands. The Lancet Child & Adolescent Health. (2022), 6(12) 869-875.

de Vries AL, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: the Dutch approach. *J Homosex*. 2012;59:301–320.

Rosenthal SM. Approach to the Patient: Transgender Youth: Endocrine Considerations. J Clin Endocrinol Metab. 2014 Dec;99(12):4379-89.

Guidelines for the Primary Gender-Affirming Care of Transgender and Gender Nonbinary People. UCSF. 2016. Online at: https://transcare.ucsf.edu/sites/transcare.ucsf.edu/files/Transgender-PGACG-6-17-16.pdf

Risk of pseudotumor cerebri added to labeling for gonadotropin-releasing hormone agonists. AAP News. July 1, 2022

Wiepjes CM, Nota NM, de Blok CJM, et al. The Amsterdam cohort of gender dysphoria study (1972-2015): trends in prevalence, treatment, and regrets. J Sex Med (2018) 15(4):582-590

Turban JL, Keuroghlian AS. Dynamic Gender Presentations: Understanding

Transition and "De-Transition" Among Transgender Youth. J Am Acad Child Adolesc Psychiatry. (2018) 57(7):451-453.

Green AE, DeChants JP, Price MN, et al. Association of Gender-Affirming Hormone Therapy with Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. Journal of Adolescent Health (2022) 70(4) 643-649.

Turban JL, King D, Kobge J, et al. Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS One (2022) Jan 12;17(1):e0261039.

Grant JM, Mottet, L, Tanis JE. Injustice at every turn: a report of the National Transgender Discrimination Survey. 2011. National Center for Transgender Equality: National Gay and Lesbian Task Force, Washington DC.

Ehrensaft D. Gender nonconforming youth: current perspectives. Adolesc Health Med Ther. 2017; 8:57-67.

Allen NG, Krishna KB, Lee PA. Use of gonadotropin-releasing hormone analogs in children. Curr Opin Pediatr. 2021 Aug 1;33(4):442-448

Turban JL, Beckwith N, Reisner SL. Association between recalled exposure to gender identity conversion efforts and psychological distress and suicide attempts among transgender adults. JAMA Psychiatry. 2020;77(1):68-76

Campbell T, Rodgers Y. Conversion therapy, suicidality, and running away: an analysis of transgender youth in the U.S. SSRN. 2002 Nov. Available at http://dx.doi.org/10.2139/ssrn.4180724.

Luders E, Sánchez FJ, Gaser C, et al. Regional gray matter variation in male-to-female transsexualism. *Neuroimage*. 2009;46:904–907.

Rametti G, Carrillo B, Gómez-Gil E, et al. White matter microstructure in female to male transsexuals before cross-sex hormonal treatment. A diffusion tensor imaging study. *J Psychiatr Res*. 2011;45: 199–204.

H, Lindström P, Dhejne-Helmy C, Savic I. Male-to-female transsexuals show sex-atypical hypothalamus activation when smelling odorous steroids. *Cereb Cortex*. 2008;18:1900–1908.

Savic I, Arver S. Sex dimorphism of the brain in male-to-female transsexuals. *Cereb Cortex*. 2011;21:2525–2533.

Martinerie L, Mouzon J, Blumberg J, et al. Fertility of women treated during childhood with triptorelin (depot formulation) for central precocious puberty: the PREFER study. Horm Res Paediatr. 2021 Apr; 93(9-10): 529-538.

Guaraldi F, Beccuti G, Gori D, Ghizzoni L. Management of endocrine disease: long-term outcomes of the treatment of central precocious puberty. European Journal of Endocrinology. 2016 Mar; 174(3): R79-R87.

T'Sjoen G, Van Caenegem E, Wierckx K. Transgenderism and reproduction. Curr Opin Endocrinol Diabetes Obes. 2013 Dec; 20(6):575-9.

Knudson G, De Sutter P. Fertility options in transgender and gender diverse adolescents. Acta Obstetricia et Gynecologica Scandinavia. 2017 July; 96(10): 1269-1272.

Light AD, Obedin-Maliver J, Sevelius JM, Kerns JL. Transgender men who experienced pregnancy after female-to-male gender transitioning. Obsetet Gynecol. 2014 Dec; 124(6):1120-1127.

**EXHIBIT B**

# Daniel Shumer, MD MPH

Clinical Associate Professor in Pediatrics - Endocrinology

in Pediatrics – Endocrinology

## Education and Training

### Education

08/2000-08/2003    BA, Northwestern University, Evanston, United States

08/2004-05/2008    MD, Northwestern University, Feinberg School of Medicine, Chicago, United States

07/2013-05/2015    MPH, Harvard T.H. Chan School of Public Health, Boston, United States

### Postdoctoral Training

06/2008-06/2011    Residency, Pediatrics, Vermont Children's Hospital at Fletcher Allen Health Care, Burlington, VT

07/2011-06/2012    Chief Resident, Chief Resident, Vermont Children's Hospital at Fletcher Allen Health Care, Burlington, VT

07/2012-06/2015    Clinical Fellow, Pediatric Endocrinology, Boston Children's Hospital, Boston, MA

## Certification And Licensure

### Certification

10/2011-Present    American Board of Pediatrics, General

### Licensure

Michigan, Medical License

Michigan, Controlled Substance

| | |
|---|---|
| 08/2015-Present | Michigan, Medical License |
| 09/2015-Present | Michigan, DEA Registration |
| 09/2015-Present | Michigan, Controlled Substance |

## Work Experience

### <u>Academic Appointment</u>

| | |
|---|---|
| 10/2015-09/2022 | Clinical Assistant Professor in Pediatrics - Endocrinology, University of Michigan - Ann Arbor, Ann Arbor |
| 09/2022-Present | Clinical Associate Professor in Pediatrics - Endocrinology, University of Michigan - Ann Arbor, Ann Arbor |

### <u>Administrative Appointment</u>

| | |
|---|---|
| 07/2019-Present | Fellowship Director - Pediatric Endocrinology, Michigan Medicine, Department of Pediatrics, Ann Arbor |
| 07/2020-Present | Medical Director of the University of Michigan Comprehensive Gender Services Program, Oversee the provision of care to transgender and gender non-conforming patients at Michigan Medicine, Michigan Medicine, Ann Arbor |
| 07/2020-Present | Education Lead - Pediatric Endocrinology, University of Michigan - Department of Pediatrics, Ann Arbor |

### <u>Clinical Appointments</u>

| | |
|---|---|
| 04/2022-05/2023 | Medical Director in UMMG Faculty Benefits Appt., University of Michigan - Ann Arbor, Ann Arbor |

### <u>Private Practice</u>

| | |
|---|---|
| 08/2013-09/2015 | Staff Physician, Harvard Vanguard Medical Associates, Braintree |

47

**Research Interests**

- Gender dysphoria

- Prader Willi Syndrome

**Clinical Interests**

- Gender dysphoria

- Disorders of Sex Development

- Prader Willi Syndrome

**Grants**

**<u>Past Grants</u>**

*A Phase 2b/3 study to evaluate the safety, tolerability, and effects of Livoletide (AZP-531), an unacylated ghrelin analog, on food-related behaviors in patients with Prader-Willi syndrome*
PI
Millendo Therapeutics
04/2019 - 04/2021


**Honors and Awards**

**<u>National</u>**

| | |
|---|---|
| 2014 | Annual Pediatric Endocrine Society Essay Competition: Ethical Dilemmas in Pediatric Endocrinology: competition winner - The Role of Assent in the Treatment of Transgender Adolescents |

**<u>Institutional</u>**

| | |
|---|---|
| 2012 - 2015 | Harvard Pediatric Health Services Research Fellowship; funded my final two years of pediatric endocrine fellowship and provided tuition support for my public health degree |

| | |
|---|---|
| 2016 | The University of Michigan Distinguished Diversity Leaders Award, awarded by The Office of Diversity, Equity and Inclusion to the Child and Adolescent Gender Services Team under my leadership |
| 2019 | Lecturer of the Month, Department of Pediatrics, Michigan Medicine |

**Teaching**

**Mentorship**

**<u>Resident</u>**

| | |
|---|---|
| 07/2020-Present | Rebecca Warwick, Michigan Medicine (co-author on publication #22) |

**<u>Clinical Fellow</u>**

| | |
|---|---|
| 07/2017-06/2020 | Adrian Araya, Michigan Medicine (co-author on publication #22, book chapter #4) |
| 12/2020-Present | Jessica Jary, Michigan Medicine - Division of Adolescent Medicine |

**<u>Medical Student</u>**

| | |
|---|---|
| 09/2017-06/2020 | Michael Ho, Michigan Medicine |
| 07/2019-Present | Hadrian Kinnear, University of Michigan Medical School (co-author on book chapter #3, abstract #3) |
| 07/2019-Present | Jourdin Batchelor, University of Michigan |

**Teaching Activity**

**<u>Regional</u>**

| | |
|---|---|
| 08/2018-Present | Pediatric Boards Review Course sponsored by U-M: "Thyroid Disorders and Diabetes." Ann Arbor, MI |

49

**Institutional**

| | |
|---|---|
| 12/2015-12/2015 | Pediatric Grand Rounds: "Transgender Medicine - A Field in Transition." Michigan Medicine, Ann Arbor, MI |
| 02/2016-02/2016 | Medical Student Education: Panelist for M1 Class Session on LGBT Health, Doctoring Curriculum. Michigan Medicine, Ann Arbor, MI |
| 02/2016-02/2016 | Psychiatry Grand Rounds: "Transgender Medicine - A Field in Transition." Michigan Medicine, Ann Arbor, MI |
| 03/2016-03/2017 | Pharmacy School Education: "LGBT Health."  University of Michigan School of Pharmacy, Ann Arbor, MI |
| 04/2016-Present | Course Director: Medical Student (M4) Elective in Transgender Medicine. Michigan Medicine, Ann Arbor, MI |
| 04/2016-04/2016 | Rheumatology Grand Rounds: "Gender Identity." Michigan Medicine, Ann Arbor, MI |
| 05/2016-05/2016 | Lecture to Pediatric Rheumatology Division: "Gender Dysphoria." Michigan Medicine, Ann Arbor, MI |
| 07/2016-07/2016 | Internal Medicine Resident Education: "Gender Identity." Michigan Medicine, Ann Arbor, MI |
| 09/2016-09/2016 | Presentation to ACU Leadership: "Gender Identity Cultural Competencies." Michigan Medicine, Ann Arbor, MI |
| 10/2016-10/2016 | Presentation to Department of Dermatology: "The iPledge Program and Transgender Patients." Michigan Medicine, Ann Arbor, MI |
| 02/2017-02/2017 | Swartz Rounds Presenter. Michigan Medicine, Ann Arbor, MI |
| 02/2017-02/2017 | Lecture to Division of General Medicine: "Transgender Health." Michigan Medicine, Ann Arbor, MI |

| 02/2017-02/2017 | Presentation at Collaborative Office Rounds: "Transgender Health." Michigan Medicine, Ann Arbor, MI |
| --- | --- |
| 10/2017-10/2017 | Family Medicine Annual Conference: "Transgender Medicine." Michigan Medicine, Ann Arbor, MI |
| 12/2017-12/2017 | Presenter at Nursing Unit 12-West Annual Educational Retreat: "Gender Identity at the Children's Hospital." Michigan Medicine, Ann Arbor, MI |
| 02/2018-Present | Pediatrics Residency Lecturer: "Puberty." Michigan Medicine, Ann Arbor, MI |
| 02/2019-Present | Medical Student (M1) Lecturer: "Pediatric Growth and Development." Michigan Medicine, Ann Arbor, MI |
| 02/2019-Present | Doctors of Tomorrow Preceptor: offering shadowing opportunities to students from Cass Technical High School in Detroit. Michigan Medicine, Ann Arbor, MI |
| 03/2019-03/2019 | Lecture to Division of Orthopedic Surgery: "Transgender Health." Michigan Medicine, Ann Arbor, MI |

**Memberships in Professional Societies**

| 2012 - Present | Pediatric Endocrine Society |
| --- | --- |

**Committee/Service**

<u>**National**</u>

| 2014 - 2016 | Pediatric Endocrine Society - Ethics Committee, Other, Member |
| --- | --- |
| 2017 - present | Pediatric Endocrine Society - Special Interest Group on Gender Identity, Other, Member |
| 2018 - present | Pediatric Endocrine Society - Program Directors Education Committee, Other, Member |

<u>**Regional**</u>

51

| 2013 - 2015 | Investigational Review Board - The Fenway Institute, Boston, MA, Other, Voting Member |

**Institutional**

| 2017 - 2019 | Department of Pediatrics at Michigan Medicine; Diversity, Equity, and Inclusion Committee, Other, Fellowship Lead |
| 2017 - 2019 | University of Michigan Transgender Research Group, Other, Director |

**Volunteer Service**

**Volunteer**

| 2014 | Camp Physician, Massachusetts, Served at a camp for youth with Type 1 Diabetes |

**Scholarly Activities**

**Presentations**

**Extramural Invited Presentation**

**Speaker**

1. Grand Rounds, Shumer D, Loyola University School of Medicine, 07/2022, Chicago, Illinois

**Other**

1. Gender Identity, Groton School, 04/2015, Groton, MA

2. Television Appearance: Gender Identity in Youth, Channel 7 WXYZ Detroit, 04/2016, Southfield, MI

3. It Gets Better: Promoting Safe and Supportive Healthcare Environments for Sexual Minority and Gender Non-Conforming Youth, Adolescent Health Initiative: Conference on Adolescent Health, 05/2016, Ypsilanti, MI

4.    Gender Identity, Humanists of Southeast Michigan, 09/2016, Farmington Hills, MI

5.    Gender Identity, Pine Rest Christian Mental Health Services, 10/2016, Grand Rapids, MI

6.    Pediatric Grand Rounds - Hormonal Management of Transgender Youth, Beaumont Children's Hospital, 11/2016, Royal Oak, MI

7.    Transgender Youth: A Field in Transition, Temple Beth Emeth, 11/2016, Ann Arbor, MI

8.    Transgender Youth: A Field in Transition, Washtenaw County Medical Society, 11/2016, Ann Arbor, MI

9.    Pediatric Grand Rounds: Transgender Youth - A Field in Transition, St. John Hospital, 02/2017, Detroit, MI

10.    Transgender Medicine, Veterans Administration - Ann Arbor Healthcare System, 05/2017, Ann Arbor, MI

11.    Gender Identity, Hegira Programs, 05/2017, Detroit, MI

12.    Care of the Transgender Adolescent, Partners in Pediatric Care, 06/2017, Traverse City, MI

13.    Conference planner, host, and presenter: Transgender and Gender Non-Conforming Youth: Best Practices for Mental Health Clinicians, Educators, & School Staff; 200+ attendees from fields of mental health and education from across Michigan, Michigan Medicine, 10/2017, Ypsilanti, MI

14.    Endocrinology Grand Rounds: Transgender Medicine, Wayne State University, 11/2017, Detroit, MI

15.    Care of the Transgender Adolescent, St. John Hospital Conference: Transgender Patients: Providing Compassionate, Affirmative and Evidence Based Care, 11/2017, Grosse Pointe Farms, MI

16.    Hormonal Care in Transgender Adolescents, Michigan State University School of Osteopathic Medicine, 11/2017, East Lansing, MI

17.    Working with Transgender and Gender Non-Conforming Youth, Michigan Association of Osteopathic Family Physicians, 01/2018, Bellaire, MI

18.    Community Conversations, Lake Orion, 01/2018, Lake Orion, MI

19.    "I Am Jazz" Reading and Discussion, St. James Episcopal Church, 03/2019, Dexter, MI

20.    Gender Identity, Michigan Organization on Adolescent Sexual Health, 10/2019, Brighton, MI; Port Huron, MI

21.    Ask The Expert, Stand With Trans, 05/2020, Farmington Hills, MI (Virtual due to COVID)

22.    Transgender Medicine, Michigan Association of Clinical Endocrinologists Annual Symposium, 10/2020, Grand Rapids, MI (Virtual due to COVID)

23.    Transgender Youth in Primary Care, Michigan Child Care Collaborative (MC3), 10/2020, Ann Arbor, MI (Virtual due to COVID)

24.    Lets Talk About Hormones, Stand With Trans, 10/2020, Farmington Hills, MI (Virtual due to COVID)

25.    Gender Identity, Universalist Unitarian Church of East Liberty, 04/2021, Virtual due to COVID

26.    Unconscious Bias, Ascension St. John Hospital, 05/2021, Virtual due to COVID

**Publications/Scholarship**

**Peer-Reviewed**

<u>**Article**</u>

1.    Vengalil N, Shumer D, Wang F: Developing an LGBT curriculum and evaluating its impact on dermatology residents, *Int J Dermatol*.61: 99-102, 01/2022. PM34416015

**Chapters**

1.     Shumer: Coma. In Schwartz MW6, Lippincott Williams & Wilkins, Philadelphia, PA, (2012)

2.     Shumer, Spack: Medical Treatment of the Adolescent Transgender Patient. In Đorđević M; Monstrey SJ; Salgado CJ Eds. CRC Press/Taylor & Francis, (2016)

3.     Kinnear HA, Shumer DE: Duration of Pubertal Suppression and Initiation of Gender-Affirming Hormone Treatment in Youth. In FinlaysonElsevier, (2018)

4.     Araya, Shumer DE: Endocrinology of Transgender Care – Children and Adolescents. In Poretsky; Hembree Ed. Springer, (2019)

**Non-Peer Reviewed**

1.     Shumer D: The Effect of Race and Gender Labels in the Induction of Traits, *Northwestern Journal of Race and Gender Criticism*.NA01/2014

2.     Shumer D: A Tribute to Medical Stereotypes, *The Pharos, Journal of the Alpha Omega Alpha Medical Society*.Summer07/2017

3.     Mohnach L, Mazzola S, Shumer D, Berman DR: Prenatal diagnosis of 17-hydroxylase/17,20-lyase deficiency (17OHD) in a case of 46,XY sex discordance and low maternal serum estriol, *Case Reports in Perinatal Medicine*.8(1)01/2018

4.     Mohnach L, Mazzola S, Shumer D, Berman DR: Prenatal Diagnosis of 17-hydroxylase/17,20-lyase deficiency (17OHD) in a case of 46,XY sex discordance and low maternal serum estriol, *Case Reports in Perinatal Medicine*.8(1)12/2018

5.     Kim C, Harrall KK, Glueck DH, Shumer DE, Dabelea D: Childhood adiposity and adolescent sex steroids in the EPOCH (Exploring Perinatal Outcomes among Children) study, *Clin Endocrinol (Oxf)*.91(4): 525-533, 01/2019. PM31278867

6.     Araya A, Shumer D, Warwick R, Selkie E: 37. "I've Been Happily Dating For 5 Years" - Romantic and Sexual Health, Experience and Expectations in Transgender Youth, *Journal of Adolescent Health*.66(2): s20, 02/2020

7.     Araya A, Shumer D, Warwick R, Selkie E: 73. "I think sex is different for everybody" - Sexual Experiences and Expectations in Transgender Youth, *Journal of Pediatric and Adolescent Gynecology*.33(2): 209-210, 04/2020

8.	Araya AC, Warwick R, Shumer D, Selkie E, Rath T, Ibrahim M, Srinivasan A: Romantic Health in Transgender Adolescents, *Pediatrics*. Pediatrics 01/2021

9.	Martin S, Sandberg ES, Shumer DE: Criminalization of Gender-Affirming Care - Interfering with Essential Treatment for Transgender Children and Adolescents, *New England Journal of Medicine*.385(7): 579-581, 08/2021. PM34010528

## Editorial comment

1.	Shumer DE, Harris LH, Opipari VP: The Effect of Lesbian, Gay, Bisexual, and Transgender-Related Legislation on Children, 01/2016. PM27575000

2.	Shumer DE: Health Disparities Facing Transgender and Gender Nonconforming Youth Are Not Inevitable, 01/2018. PM29437859

3.	Martin S, Sandberg ES, Shumer DE: Criminalization of Gender-Affirming Care - Interfering with Essential Treatment for Transgender Children and Adolescents, 01/2021

## Erratum

1.	Tishelman AC, Kaufman R, Edwards-Leeper L, Mandel FH, Shumer DE, Spack NP: Correction to Serving Transgender Youth: Challenges, Dilemmas, and Clinical Examples, [Professional Psychology: Research and Practice, 46(1), (2015) 37-45], *Professional Psychology: Research and Practice*.46(4): 249, 08/2015

## Journal Article

1.	Shumer DE, Thaker V, Taylor GA, Wassner AJ: Severe hypercalcaemia due to subcutaneous fat necrosis: Presentation, management and complications, *Archives of Disease in Childhood: Fetal and Neonatal Edition*.99(5)01/2014. PM24907163

2.	Tishelman AC, Kaufman R, Edwards-Leeper L, Mandel FH, Shumer DE, Spack NP: Serving transgender youth: Challenges, dilemmas, and clinical examples, *Professional Psychology: Research and Practice*.46(1): 37-45, 02/2015. PM26807001

3.    Reisner SL, Vetters R, Leclerc M, Zaslow S, Wolfrum S, Shumer DE, Mimiaga MJ: Mental health of transgender youth in care at an adolescent Urban community health center: A matched retrospective cohort study, *Journal of Adolescent Health*.56(3): 274-279, 03/2015. PM25577670

4.    Shumer DE, Tishelman AC: The Role of Assent in the Treatment of Transgender Adolescents, *International Journal of Transgenderism*.16(2): 97-102, 04/2015. PM27175107

5.    Shumer DE, Roberts AL, Reisner SL, Lyall K, Austin SB: Brief Report: Autistic Traits in Mothers and Children Associated with Child's Gender Nonconformity, *Journal of Autism and Developmental Disorders*.45(5): 1489-1494, 05/2015. PM25358249

6.    Tishelman AC, Kaufman R, Edwards-Leeper L, Mandel FH, Shumer DE, Spack NP: Reply to comment on "serving transgender youth: Challenges, dilemmas, and clinical examples" by Tishelman et al. (2015), *Professional Psychology: Research and Practice*.46(4): 307, 08/2015. PM26858509

7.    Shumer DE, Reisner SL, Edwards-Leeper L, Tishelman A: Evaluation of Asperger Syndrome in Youth Presenting to a Gender Dysphoria Clinic, *LGBT Health*.3(5): 387-390, 10/2016. PM26651183

8.    Tishelman AC, Shumer DE, Nahata L: Disorders of sex development: Pediatric psychology and the genital exam, *Journal of Pediatric Psychology*.42(5): 530-543, 01/2017. PM27098964

9.    Edwards-Leeper L, Shumer DE, Feldman HA, Lash BR, Tishelman AC: Psychological profile of the first sample of transgender youth presenting for medical intervention in a U.S. pediatric gender center, *Psychology of Sexual Orientation and Gender Diversity*.4(3): 374-382, 01/2017

10.    Shumer DE, Abrha A, Feldman HA, Carswell J: Overrepresentation of adopted adolescents at a hospital-based gender dysphoria clinic, *Transgender Health*.2(1): 76-79, 07/2017. PM28861549

11.    Strang JF, Meagher H, Kenworthy L, de Vries AL C, Menvielle E, Leibowitz S, Janssen A, Cohen-Kettenis P, Shumer DE, Edwards-Leeper L, Pleak RR, Spack N, Karasic DH, Schreier H, Balleur A, Tishelman A, Ehrensaft D,

Rodnan L, Kuschner ES, Mandel F, Caretto A, Lewis HC, Anthony LG: Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents, *Journal of Clinical Child and Adolescent Psychology*.47(1): 105-115, 01/2018. PM27775428

12.    Selkie E, Adkins V, Masters E, Bajpai A, Shumer DE: Transgender Adolescents' Uses of Social Media for Social Support, *Journal of Adolescent Health*.66(3): 275-280, 03/2020. PM31690534

13.    Warwick RM, Shumer DE: Gender-affirming multidisciplinary care for transgender and non-binary children and adolescents, *Children's Health Care*.01/2021

14.    Araya AC, Warwick R, Shumer DE, Selkie E: Romantic relationships in transgender adolescents: A qualitative study, *Pediatrics*.147(2)02/2021. PM33468600

15.    Warwick RM, Araya AC, Shumer DE, Selkie EM: Transgender Youths' Sexual Health and Education: A Qualitative Analysis, *Journal of Pediatric and Adolescent Gynecology*.35(2): 138-146, 04/2022. PM34619356

## **Letter**

1.    Strang JF, Janssen A, Tishelman A, Leibowitz SF, Kenworthy L, McGuire JK, Edwards-Leeper L, Mazefsky CA, Rofey D, Bascom J, Caplan R, Gomez-Lobo V, Berg D, Zaks Z, Wallace GL, Wimms H, Pine-Twaddell E, Shumer DE, Register-Brown K, Sadikova E, Anthony LG: Revisiting the Link: Evidence of the Rates of Autism in Studies of Gender Diverse Individuals, *Journal of the American Academy of Child and Adolescent Psychiatry*.57(11): 885-887, 11/2018. PM30392631

## **Letter to editor**

1.    Shumer DE: Doctor as environmental steward, 01/2009. PM19364173

## **Note**

1.     Shumer DE, Mehringer J, Braverman L, Dauber A: Acquired hypothyroidism in an infant related to excessive maternal iodine intake: Food for thought, *Endocrine Practice*.19(4): 729-731, 07/2013. PM23512394

**Podcast**

1.     Gaggino L, Shumer D: Pediatric Meltdown: Caring for Transgender Youth with Compassion: What Pediatricians Must Know, 01/2020

**Review**

1.     Shumer DE, Spack NP: Current management of gender identity disorder in childhood and adolescence: Guidelines, barriers and areas of controversy, *Current Opinion in Endocrinology, Diabetes and Obesity*.20(1): 69-73, 02/2013. PM23221495

2.     Guss C, Shumer DE, Katz-Wise SL: Transgender and gender nonconforming adolescent care: Psychosocial and medical considerations, *Current Opinion in Pediatrics*.27(4): 421-426, 08/2015. PM26087416

3.     Shumer DE, Nokoff NJ, Spack NP: Advances in the Care of Transgender Children and Adolescents, *Advances in Pediatrics*.63(1): 79-102, 08/2016. PM27426896

Short Survey

1.     Shumer DE, Spack NP: Transgender medicine-long-term outcomes from 'the Dutch model,' *Nature Reviews Urology*.12(1): 12-13, 01/2015. PM25403246

**Abstract/Posters**

1.     Shumer D, Kinnear H, McLain K, Morgan H: Development of a Transgender Medicine Elective for 4th Year Medical Students, National Transgender Health Summit, Oakland, CA, 2017

2.     Shumer D: Overrepresentation of Adopted Children in a Hospital Based Gender Program, World Professional Association of Transgender Health Biennial International Symposium, Amsterdam, The Netherlands, 2016

3.    Shumer D: Mental Health Presentation of Transgender Youth Seeking Medical Intervention, World Professional Association of Transgender Health Biennial International Symposium, Amsterdam, The Netherlands, 2016

4.    Adkins V, Masters E, Shumer D, Selkie E: Exploring Transgender Adolescents' Use of Social Media for Support and Health Information Seeking (Poster Presentation), Pediatric Research Symposium, Ann Arbor, MI, 2017