# EXHIBIT 21

Psychoneuroendocrinology (2005) **30**, 657–664




www.elsevier.com/locate/psyneuen

# Sex steroid-related genes and male-to-female transsexualism

Susanne Henningsson[a], Lars Westberg[a], Staffan Nilsson[b], Bengt Lundström[c], Lisa Ekselius[d], Owe Bodlund[e], Eva Lindström[d], Monika Hellstrand[a], Roland Rosmond[f], Elias Eriksson[a], Mikael Landén[g,]\*

[a]Department of Pharmacology, Institute of Physiology and Pharmacology, Göteborg University, Göteborg, Sweden
[b]Department of Mathematical Statistics, Chalmers University of Technology, Göteborg, Sweden
[c]Section of Psychiatry, Institute of Clinical Neuroscience, Göteborg University, Göteborg, Sweden
[d]Department of Neuroscience, Uppsala University, Uppsala, Sweden
[e]Department of Psychiatry, Umeå University, Umeå, Sweden
[f]Department of Heart and Lung Diseases, Göteborg University, Göteborg, Sweden
[g]Department of Clinical Neuroscience, Section of Psychiatry S:t Göran, Karolinska Institutet, Stockholm 112 81, Sweden

Received 16 November 2004; received in revised form 12 February 2005; accepted 14 February 2005

KEYWORDS
Aromatase;
Androgen receptor;
Estrogen receptor beta;
Gender identity disorder;
Polymorphisms;
Sexual differentiation;
Transsexualism

**Summary**  Transsexualism is characterised by lifelong discomfort with the assigned sex and a strong identification with the opposite sex. The cause of transsexualism is unknown, but it has been suggested that an aberration in the early sexual differentiation of various brain structures may be involved. Animal experiments have revealed that the sexual differentiation of the brain is mainly due to an influence of testosterone, acting both via androgen receptors (ARs) and—after aromatase-catalyzed conversion to estradiol—via estrogen receptors (ERs). The present study examined the possible importance of three polymorphisms and their pairwise interactions for the development of male-to-female transsexualism: a CAG repeat sequence in the first exon of the AR gene, a tetra nucleotide repeat polymorphism in intron 4 of the aromatase gene, and a CA repeat polymorphism in intron 5 of the ERβ gene. Subjects were 29 Caucasian male-to-female transsexuals and 229 healthy male controls. Transsexuals differed from controls with respect to the mean length of the ERβ repeat polymorphism, but not with respect to the length of the other two studied polymorphisms. However, binary logistic regression analysis revealed significant partial effects for all three polymorphisms, as well as for the interaction between the AR and aromatase gene polymorphisms, on the risk of developing transsexualism. Given the small number of transsexuals in the study,

\* Corresponding author. Tel.: +46 8 672 23 71; fax: +46 8 672 19 08.
E-mail address: mikael.landen@cns.ki.se (M. Landén).

0306-4530/$ - see front matter © 2005 Elsevier Ltd. All rights reserved.
doi:10.1016/j.psyneuen.2005.02.006

the results should be interpreted with the utmost caution. Further study of the putative role of these and other sex steroid-related genes for the development of transsexualism may, however, be worthwhile.

© 2005 Elsevier Ltd. All rights reserved.

## 1. Introduction

The term transsexualism denotes people whose gender identity is at conflict with their genetic sex and physical appearance. Transsexuals are often said to be 'trapped in the body of the wrong sex', and they urge to change their physical appearance to resemble the opposite sex as closely as possible (World Health Organization, 1993; Cohen-Kettenis and Gooren, 1999). Although transsexualism is a rare phenomenon—the prevalence of male-to-female transsexualism has been estimated to 1:12.000–1:40.000 (Landén et al., 1996b)—the condition raises important questions as to how the gender identity is moulded in humans.

Many authors have suggested that transsexualism may be due to an aberration in the early organizational influence of sex steroids on brain development (Dörner et al., 1991; Bosinski et al., 1997; van Goozen et al., 2002), a notion that has gained considerable support from the study of intersexed individuals (Diamond and Sigmundson, 1997; Berenbaum and Bailey, 2003; Servin et al., 2003) and is compatible with findings in neurobiological studies (Zhou et al., 1995; Kruijver et al., 2000). The involvement of genetic factors in male-to-female transsexualism gains support from case reports on twin and non-twin siblings being concordant for this very rare condition, and from reports on families with more than one member being a male-to-female transsexual (Green, 2000). There is, however, no information available on specific gene variants enhancing or reducing the likelihood of developing transsexualism.

Animal experiments have clearly demonstrated the importance of pre- and neonatal androgen production for the sexual differentiation of the brain. The masculinizing effect of androgens on the developing male brain appears to be exerted mainly through the conversion of testosterone into estrogen by aromatase (estrogen synthetase; Cyp 19), and the consequent activation of estrogen receptors (ERs) of the $\alpha$ and $\beta$ subtypes (Cooke et al., 1998). Androgen receptors (ARs), however, are of importance for the activity and expression of aromatase in the hypothalamus during embryonic development (Hutchison, 1997), and may also exert a direct effect on sexual differentiation parallel with that of ERs (Sato et al., 2004). A behavioural feminization of male rodents may hence be obtained by a pre- or neonatal administration of compounds inhibiting the ARs, the aromatase, or the ERs.

Hence, the genes coding for the AR, aromatase, and ER$\beta$ are reasonable candidates in the quest for genes that may influence the likelihood of developing transsexualism. These three genes all comprise intron or exon repeat polymorphisms, three of which were examined in this investigation.

In the AR gene, a CAG trinucleotide repeat sequence in exon 1 of the gene (Choong and Wilson, 1998) was studied. The length of this microsatellite has been shown to correlate inversely with the activity of the AR as a transcription factor (Irvine et al., 2000). A relatively long CAG repeat length, within the normal range, is hence assumed to lead to low androgen receptor activity, and has been associated with a low risk of prostate cancer and benign prostate hyperplasia, and to a high risk of infertility (Yong et al., 2000). The androgen receptor is located on the X chromosome; in males there is hence only one allele in each individual to consider.

The polymorphism studied in the aromatase gene is a tetranucleotide repeat region in the fourth intron. There are reasons to believe that the length of repeat nucleotide sequences (micro/minisatellites) influence the transcription and the translation of a gene also when the repeat is situated in an intron (Comings, 1998). In fact, recent studies have found the aromatase intron repeat polymorphism to be associated with breast cancer (Dunning et al., 1999), endometrial cancer (Berstein et al., 2001), and serum levels of sex steroids (Haiman et al., 2000).

Two ERs have been identified, the $\alpha$ and the $\beta$ subtype (Enmark and Gustafsson, 1999). The relative importance of these two variants for the sexual differentiation of the brain remains to be clarified. It is notably though, that the expression of the $\beta$ subtype is higher than the $\alpha$ subtype in several brain areas (Österlund and Hurd, 2001) and that mice devoid of ER$\beta$ receptors display abnormal

development of the central nervous system (Wang et al., 2001). We choose therefore to examine a polymorphism of the ERβ gene. This dinucleotide CA repeat sequence located in intron 5 of the gene (Tsukamoto et al., 1998) has previously been associated with bone mineral density (Ogawa et al., 2000b), blood pressure (Ogawa et al., 2000a), and androgen levels in women (Westberg et al., 2001).

The aim of the present study was to investigate the potential importance of these three polymorphisms and their interactions for the susceptibility for transsexualism. Notably, the polymorphisms studied are all much more common than is transsexualism; hence, the goal of this study was not to reveal the primary cause of transsexualism, but to elucidate whether the studied genes may facilitate or prevent the development of this very rare condition.

## 2. Patients and methods

### 2.1. Subjects

Three University clinics in Sweden (Göteborg, Umeå, and Uppsala), specialized in assessment and treatment of patients with gender identity disorders, recruited 29 Caucasian male-to-female transsexuals. All subjects fulfilled the diagnostic criteria for gender identity disorder in DSM-IV (American Psychiatric Association, 1994). Controls were recruited from a cohort of men identified by means of the National Population Registry that were born during the first 6 months of 1944 and living in Göteborg (Rosmond et al., 1996), of which 229 volunteered to provide blood samples for genotyping. Control subjects, the vast majority of which were Caucasians, were not asked for their sexual orientation or their sexual identity; given the rarity of transsexualism in Sweden (Landén et al., 1996a), the likelihood that the control group would comprise one transsexual person is, however, not higher than one in a hundred. All patients and controls gave informed consent to participate according to the Helsinki Declaration. The study protocol was approved by the Ethics Committees of the Faculties of Medicine at Göteborg, Uppsala, and Umeå Universities.

### 2.2. Genotyping

Human genomic DNA was extracted from blood samples using the QIAamp DNA Blood Mini Kit (Qiagen). The polymerase chain reactions (PCR) were performed in a total reaction volume of 25 μl containing about 50 ng DNA, 10 mM Tris–HCl pH 8.3, 50 mM KCl, 1.5 mM $MgCl_2$, and 200 μM of each dNTP. Thermal cycling was performed in a Perkin–Elmer GeneAmp PCR System 9700.

The CAG repeat of the androgen receptor gene was analyzed by PCR amplification with the forward primer 5′-GTG CGC GAA GTG ATC CAG A-3′, and the reverse primer 5′-GTT TCC TCA TCC AGG ACC AGG TA-3′, selected with Primer Express (Perkin–Elmer). The forward primer was fluorescently labelled with 6-FAM. Nucleotides promoting the non-templated addition of adenine by Taq DNA polymerase was added to the 5′ end of the reverse primer (Brownstein et al., 1996). The PCR-reaction also contained 0.625 U/25 μl AmpliTaq DNA polymerase (Perkin–Elmer) and 0.2 μM of each primer. The temperature profile used was 95 °C for 5 min followed by 35 cycles of 95 °C for 30 s, 57 °C for 30 s, 72 °C for 30 s, followed by final incubation at 72 °C for 7 min.

The tetra nucleotide polymorphism of the aromatase gene was genotyped employing a modified protocol of Polymeropoulos et al. (1991). The forward primer: 5′-GCA GGT ACT TAG TTA GCT AC-3′, fluorescently labelled with 6-FAM, was used together with the reverse primer: 5′-TTA CAG TGA GCC AAG GTC GT-3′. The PCR-reaction also contained 1 U AmpliTaq GOLD DNA polymerase (Perkin–Elmer)/25 μl and 0.3 μM of each primer. The temperature profile used was 95 °C for 12 min followed by 35 cycles of 95 °C for 30 s, 60 °C for 30 s, 72 °C for 30 s, followed by final incubation at 72 °C for 7 min.

The CA repeat polymorphism of the ER beta gene was genotyped employing a modified protocol of Tsukamoto et al. (1998). The forward primer 5′-GGT AAA CCA TGG TCT GTA CC-3′ was labelled with HEX and used together with the reverse primer 5′-AAC AAA ATG TTG AAT GAG TGG G-3′. The PCR-reaction also contained 1 U AmpliTaq GOLD DNA polymerase (Perkin–Elmer)/25 μl and 0.3 μM of each primer. The temperature profile was: 95 °C for 12 min followed by 35 cycles of 95 °C for 30 s, 60 °C for 30 s, 72 °C for 30 s, and with a final incubation at 72 °C in 7 min.

The fluorescently labelled DNA fragments were analyzed by size with automated capillary electrophoresis on an ABI PRISM 310 Genetic Analyzer (Perkin–Elmer).

### 2.3. Statistical analyses

Statistical comparisons between transsexuals and controls for the three individual polymorphisms

were made with independent-sample $T$-tests, using the mean length of the two alleles for the aromatase and ERβ gene polymorphisms. Notably, with respect to the AR gene, which is located on the X chromosome, there is only one variant in each subject to consider. To further elucidate the possible combined effect of the AR, aromatase and ERβ gene polymorphisms on the susceptibility for transsexualism, binary logistic regression was used (Hosmer and Lemeshow, 2000). The dependent dichotomous variable was set to 1 for transsexuals and 0 for controls. The analyses of data were based on the concept that there may be a relationship between repeat length and function (Comings, 1998); this has been confirmed for the AR gene polymorphism (Irvine et al 2000), but has not yet been established for the aromatase and ERβ gene polymorphisms. The AR alleles and the mean lengths of the aromatase and ERβ alleles were divided into two subtypes—'short' and 'long'—with the cutoff selected to generate equally sized groups (AR: short ≤ 18 repeats, aromatase: short ≤ 8.5 repeats, and ERβ: short ≤ 159 base pairs). In the logistic regression, the polymorphisms were treated as categorical variables, with 'short' used as reference. Hence, the effect sizes, measured as odds ratios (ORs), for the three repeats in the logistic model describe a ratio between the odds of being transsexual when carrying a long version of the repeat, and the odds of being transsexual when carrying a short version of the repeat, when the other two variables are held constant at reference state. Backward elimination was used to eliminate non-significant variables from the logistic model. The data analysis was carried out using SPSS (Version 12.0.1) software.

## 3. Results

Seventeen different alleles were identified for the AR gene polymorphism, six for the aromatase repeat, and 12 for the ERβ repeat polymorphism. The frequencies of the alleles in controls and transsexuals are shown in Table 1. The percentages of each allele are shown in Fig. 1a (AR), b (aromatase), and c (ERβ). With respect to the individual polymorphisms, only the ERβ repeat differed significantly between transsexuals and controls, the mean length being greater in transsexuals ($P=0.03$). The logistic regression procedure (using 'short' as reference for the three categorical variables) eliminated the aromatase-ERβ interaction term, leaving a logistic model with significant effects for the following variables: AR ($P=0.01$, OR=28), aromatase ($P=0.04$, OR=9), ERβ ($P=0.03$, OR=6), and the AR-aromatase interaction ($P=0.04$). The AR-ERβ interaction, however, did not reach statistical significance ($P=0.11$). The OR for the AR repeat shows that

Table 1  Seventeen different alleles were identified in this study.

| AR repeat length | Frequency controls, N (%) | Frequency transsexuals, N (%) | Aromatase repeat length | Allele frequency controls, N (%) | Allele frequency transsexuals, N (%) | ERβ repeat length | Allele frequency controls, N (%) | Allele frequency transsexuals, N (%) |
|---|---|---|---|---|---|---|---|---|
| 10 | 1 (0.4) | 0 (0.0) | 7 | 233 (51) | 27 (47) | 147 | 24 (5.2) | 4 (6.9) |
| 12 | 1 (0.4) | 0 (0.0) | 8 | 52 (11) | 6 (10) | 149 | 13 (2.8) | 1 (1.7) |
| 13 | 2 (0.9) | 1 (3.4) | 10 | 233 (1.7) | 0 (0.0) | 151 | 7 (1.5) | 0 (0) |
| 14 | 2 (0.9) | 2 (0.0) | 11 | 158 (34) | 27 (40) | 153 | 49 (11) | 2 (3.4) |
| 15 | 20 (8.7) | 0 (6.9) | 12 | 4 (0.9) | 2 (3.4) | 155 | 19 (4.1) | 2 (3.4) |
| 16 | 22 (9.6) | 3 (10) | 13 | 3 (0.7) | 0 (0.0) | 157 | 25 (5.5) | 1 (1.7) |
| 17 | 21 (9.2) | 4 (14) | | | | 159 | 83 (18) | 4 (16) |
| 18 | 46 (20) | 1 (3.4) | | | | 161 | 151 (33) | 20 (34) |
| 19 | 40 (18) | 5 (17) | | | | 163 | 65 (14) | 16 (28) |
| 20 | 23 (10) | 4 (14) | | | | 165 | 11 (2.4) | 1 (1.7) |
| 21 | 21 (9.2) | 4 (14) | | | | 167 | 7 (1.5) | 1 (1.7) |
| 22 | 18 (7.9) | 3 (10) | | | | 169 | 4 (0.9) | 1 (1.7) |
| 23 | 6 (2.6) | 1 (3.4) | | | | | | |
| 24 | 3 (1.3) | 1 (3.4) | | | | | | |
| 25 | 1 (0.4) | 0 (0.0) | | | | | | |
| 26 | 1 (0.4) | 0 (0.0) | | | | | | |
| 31 | 1 (0.4) | 0 (0.0) | | | | | | |

The table lists the frequencies of the alleles in controls and transsexuals for the AR gene polymorphism, the aromatase repeat polymorphism, and the ERβ repeat polymorphism. Abbreviations used: AR, Androgen receptor; ERβ, estrogen receptor β.



**Figure 1**  The percentages of the different alleles are shown in (a) androgen receptor, (b) aromatase, and (c) estrogen receptor β.

the odds of being transsexual are greater for men carrying a long AR repeat, leading to a less active AR, than for those carrying a short AR repeat when all other variables are held constant. Longer aromatase and ERβ, in presence of a short AR repeat, do also appear to increase the odds of being transsexual. The contribution of the AR–aromatase interaction, determined as the ratio $R$ ($R=0.09$) between the OR for AR using 'long' aromatase mean length as reference, and the OR for AR using 'short' aromatase mean length as reference, indicates that the OR for the AR polymorphism decreases with 91% as aromatase mean length increases from short to long. Furthermore, using this logistic model, the ORs for the aromatase and ERβ polymorphisms did not remain significant when determined for a long AR allele as reference (aromatase: $P=0.7$, OR$=0.8$; ERβ: $P=0.7$, OR$=1.2$), indicating that for men carrying a long AR repeat, the aromatase and ERβ repeat lengths do not contribute significantly to the odds of being transsexual. The results including the confidence intervals (CI) for the ORs are presented in Table 2 (the effect sizes for the interactions are not actual ORs, but ratios between ORs). The logistic model was statistically significant according to the chi-square model ($P=0.009$).

## 4. Discussion

Whereas transsexualism is a very rare condition, the gene variants investigated in this study are relatively

Table 2  The resulting model for the logistic regression.

| Gene repeat | P-value | OR | CI |
|---|---|---|---|
| AR | **0.01** | 28 | (2, 360) |
| Aromatase | **0.04** | 9 | (1.1, 77) |
| ERβ | **0.03** | 6 | (1.2, 29) |
| AR-aromatase | **0.04** | 0.09[a] | (0.008, 0.9) |
| AR-ERβ | 0.11 | 0.2[a] | (0.03, 1.4) |

The P-values of variables that give significant contribution to the risk of developing transsexualism are written in bold. Abbreviations used: AR, Androgen receptor; CI, confidence interval; ERβ, estrogen receptor β; OR, odds ratio.
[a] Ratio between two odds ratios.

common; none of the studied variants could hence be assumed to be a primary cause of this condition. On the other hand, it is not unlikely that polymorphisms in genes of importance for the sexual differentiation of the brain may enhance or reduce the likelihood for developing transsexualism. Accordingly, the current results do suggest that a long ERβ repeat is more common among male-to-female transsexuals, and that specific combinations of the three polymorphisms analyzed may influence the risk of developing transsexualism.

As discussed in Section 1, animal experiments suggest that a normal sexual differentiation of the brain requires interaction between the products of the three studied genes—the AR, the aromatase, and the ERβ. When analyzing variants of these genes in transsexuals and controls, it is hence reasonable to examine not only each gene per se, but also possible combinatory effects of polymorphisms in different genes. In line with this, the results obtained suggest that the risk of developing transsexualism is influenced by the polymorphisms in the aromatase gene and in the ERβ gene, but that the contributions from these genes are much larger for subjects carrying relatively few CAG repeats in the AR gene, presumably leading to a more active AR. A preliminary and speculative explanation of the data obtained could be that a dysfunctional masculinization of the brain is less likely to occur in subjects with AR displaying high activity, and that development of transsexualism in subjects with few CAG repeats in the AR gene hence requires the presence of certain sub-optimal variants of the aromatase gene and/or the ERβ gene.

Our finding that men carrying a less active AR appear to have a greater risk of developing transsexualism is in line with the fact that complete androgen insensitivity syndrome, caused by inactivating mutations in the androgen receptor gene, is usually associated with female gender identity in genetic males (Wilson, 1999). Of interest in this context are also reports according to which male-to-female transsexuals differ from controls with respect to the size of a sexually dimorphic brain nucleus—the central part of the bed nucleus of the stria terminalis (Zhou et al., 1995; Kruijver et al., 2000)—that is characterized by an abundance of ARs (Fernandez-Guasti et al., 2000). Apart from ARs, also aromatase and ERs are expressed in this brain region, as well as in other sexual dimorphic areas, and areas of importance for the development of sexual behaviour (Sasano et al., 1998; Stoffel-Wagner et al., 1999; Österlund et al., 2000a,b). Studies regarding the possible importance of the AR and the aromatase gene for homosexuality in humans have as yet been negative (Macke et al., 1993; DuPree et al., 2004). Animal studies have, however, demonstrated the importance of aromatization of testosterone to estradiol for sexual motivation and sexual partner preference: Male-oriented rams display lower levels of aromatase activity in the medial preoptic area compared with female-oriented rams (Roselli et al., 2002), and aromatase knockout mice display impaired (but not sex-reversed) sexual behaviour (Bakker et al., 2004).

The analyses of data were to a great extent based on the assumption that there is a relationship between repeat length and function for the alleles studied (Comings, 1998). As such a relationship does seem to exist for the microsatellite polymorphism in the AR gene (for refs, see Section 1), it has as yet not been confirmed that this is the case also for the studied repeat polymorphisms in the aromatase and the ERβ genes. If our data would be replicated, however, it would support the notion of a relationship between repeat length and function for these polymorphisms as well.

A major limitation of the present study is that the studied population of male-to-female transsexuals was small. Needless to say, a confirmation of the results in a separate group of male-to-female transsexuals is necessary before any firm conclusions can be drawn.

Another limitation is that only one known polymorphism in each of the three genes as yet has been analyzed. The possible importance of the studied polymorphisms being in linkage disequilibrium with other functional genetic variants within these genes or in the regions flanking the genes should not be excluded. Hence, studies comprising more polymorphisms within each of the studied genes, as well as additional sex steroid-related genes, that also take serum levels of sex steroids into account are warranted.

In conclusion, our data provide preliminary support for the notion that a long allele of

the ERβ gene may increase the susceptibility for transsexualism, and that certain variants of genes coding for the AR, aromatase, and the ERβ may partially contribute to the risk of male-to-female-transsexualism if present in certain combinations. Given the small number of transsexuals that were included in the study the data should, however, be interpreted with the utmost caution.

## Acknowledgements

The authors are indebted to the patients and controls participating in this study. We thank study nurse Benita Gezelius and technicians Inger Oscarsson and Gunilla Bourghardt for skilful assistance. This study was supported by grants from the Swedish Medical Research Council (Grant Nos 8668, 12260, 12345 and 529-2002-6696), Lundberg's Foundation, Wallenberg's Foundation, Thuring's Foundation, Lundbeck's Foundation, and Torsten Amundson's Foundation.

## References

American Psychiatric Association, 1994.Anon., 1994. Diagnostic and Statistical Manual of Mental Disorders, fourth ed. American Psychiatric Association, Washington, DC.

Bakker, J., Honda, S., Harada, N., Balthazart, J., 2004. Restoration of male sexual behavior by adult exogenous estrogens in male aromatase knockout mice. Horm. Behav. 46, 1–10.

Berenbaum, S.A., Bailey, J.M., 2003. Effects on gender identity of prenatal androgens and genital appearance: evidence from girls with congenital adrenal hyperplasia. J. Clin. Endocrinol. Metab. 88, 1102–1106.

Berstein, L.M., Imyanitov, E.N., Suspitsin, E.N., Grigoriev, M.Y., Sokolov, E.P., Togo, A., Hanson, K.P., Poroshina, T.E., Vasiljev, D.A., Kovalevskij, A.Y., Gamajunova, V.B., 2001. CYP19 gene polymorphism in endometrial cancer patients. J. Cancer Res. Clin. Oncol. 127, 135–138.

Bosinski, H.A., Peter, M., Bonatz, G., Arndt, R., Heidenreich, M., Sippell, W.G., Wille, R., 1997. A higher rate of hyperandrogenic disorders in female-to-male transsexuals. Psychoneuroendocrinology 22, 361–380.

Brownstein, M.J., Carpten, J.D., Smith, J.R., 1996. Modulation of non-templated nucleotide addition by Taq DNA polymerase: primer modifications that facilitate genotyping. Biotechniques 20, 1004–1006, see also peges 1008–1010.

Choong, C.S., Wilson, E.M., 1998. Trinucleotide repeats in the human androgen receptor: a molecular basis for disease. J. Mol. Endocrinol. 21, 235–257.

Cohen-Kettenis, P.T., Gooren, L.J.G., 1999. Transsexualism: a review of etiology, diagnosis and treatment. J. Psychosom. Res. 46, 315–333.

Comings, D.E., 1998. Polygenic inheritance and micro/minisatellites. Mol. Psychiatry 3, 21–31.

Cooke, B., Hegstrom, C.D., Villeneuve, L.S., Breedlove, S.M., 1998. Sexual differentiation of the vertebrate brain: principles and mechanisms. Front. Neuroendocrinol. 19, 323–362.

Diamond, M., Sigmundson, H.K., 1997. Sex reassignment at birth. Long-term review and clinical implications. Arch. Pediatr. Adolesc. Med. 151, 298–304.

Dörner, G., Poppe, I., Stahl, F., Kölzsch, J., Uebelhack, R., 1991. Gene- and environment-dependent neuroendocrine etiogenesis of homosexuality and transsexualism. Exp. Clin. Endocrinol. 98, 141–150.

Dunning, A.M., Healey, C.S., Pharoah, P.D., Teare, M.D., Ponder, B.A., Easton, D.F., 1999. A systematic review of genetic polymorphisms and breast cancer risk. Cancer Epidemiol. Biomarkers Prev. 8, 843–854.

DuPree, M.G., Mustanski, B.S., Bocklandt, S., Nievergelt, C., Hamer, D.H., 2004. A candidate gene study of CYP19 (aromatase) and male sexual orientation. Behav. Genet. 34, 243–250.

Enmark, E., Gustafsson, J.A., 1999. Oestrogen receptors—an overview. J. Intern. Med. 246, 133–138.

Fernandez-Guasti, A., Kruijver, F.P., Fodor, M., Swaab, D.F., 2000. Sex differences in the distribution of androgen receptors in the human hypothalamus. J. Comp. Neurol. 425, 422–435.

Green, R., 2000. Family cooccurrence of 'gender dysphoria': ten sibling or parent–child pairs. Arch. Sex. Behav. 29, 499–507.

Haiman, C.A., Hankinson, S.E., Spiegelman, D., De Vivo, I., Colditz, G.A., Willett, W.C., Speizer, F.E., Hunter, D.J., 2000. A tetranucleotide repeat polymorphism in CYP19 and breast cancer risk. Int. J. Cancer 87, 204–210.

Hosmer, D.W., Lemeshow, S., 2000. Applied Logistic Regression, second ed. Wiley, Hoboken.

Hutchison, J.B., 1997. Gender-specific steroid metabolism in neural differentiation. Cell. Mol. Neurobiol. 17, 603–626.

Irvine, R.A., Ma, H., Yu, M.C., Ross, R.K., Stallcup, M.R., Coetzee, G.A., 2000. Inhibition of p160-mediated coactivation with increasing androgen receptor polyglutamine length. Hum. Mol. Genet. 9, 267–274.

Kruijver, F.P., Zhou, J.N., Pool, C.W., Hofman, M.A., Gooren, L.J., Swaab, D.F., 2000. Male-to-female transsexuals have female neuron numbers in a limbic nucleus. J. Clin. Endocrinol. Metab. 85, 2034–2041.

Landén, M., Wålinder, J., Lundström, B., 1996a. Incidence and sex ratio of transsexualism in Sweden. Acta Psychiatr. Scand. 93, 261–263.

Landén, M., Wålinder, J., Lundström, B., 1996b. Prevalence, incidence and sex ratio of transsexualism. Acta Psychiatr. Scand. 93, 221–223.

Macke, J.P., Hu, N., Hu, S., Bailey, M., King, V.L., Brown, T., Hamer, D., Nathans, J., 1993. Sequence variation in the androgen receptor gene is not a common determinant of male sexual orientation. Am. J. Hum. Genet. 53, 844–852.

Ogawa, S., Emi, M., Shiraki, M., Hosoi, T., Ouchi, Y., Inoue, S., 2000a. Association of estrogen receptor beta (ESR2) gene polymorphism with blood pressure. J. Hum. Genet. 45, 327–330.

Ogawa, S., Hosoi, T., Shiraki, M., Orimo, H., Emi, M., Muramatsu, M., Ouchi, Y., Inoue, S., 2000b. Association of estrogen receptor beta gene polymorphism with bone mineral density. Biochem. Biophys. Res. Commun. 269, 537–541.

Österlund, M.K., Hurd, Y.L., 2001. Estrogen receptors in the human forebrain and the relation to neuropsychiatric disorders. Prog. Neurobiol. 64, 251–267.

Österlund, M.K., Grandien, K., Keller, E., Hurd, Y.L., 2000a. The human brain has distinct regional expression patterns of estrogen receptor alpha mRNA isoforms derived from alternative promoters. J. Neurochem. 75, 1390–1397.

Österlund, M.K., Gustafsson, J.A., Keller, E., Hurd, Y.L., 2000b. Estrogen receptor beta (ERbeta) messenger ribonucleic acid

(mRNA) expression within the human forebrain: distinct distribution pattern to ERalpha mRNA. J. Clin. Endocrinol. Metab. 85, 3840–3846.

Polymeropoulos, M.H., Xiao, H., Rath, D.S., Merril, C.R., 1991. Tetranucleotide repeat polymorphism at the human aromatase cytochrome P-450 gene (CYP19). Nucleic Acids Res. 19, 195.

Roselli, C.E., Resko, J.A., Stormshak, F., 2002. Hormonal influences on sexual partner preference in rams. Arch. Sex. Behav. 31, 43–49.

Rosmond, R., Lapidus, L., Marin, P., Björntorp, P., 1996. Mental distress, obesity and body fat distribution in middle-aged men. Obes. Res. 4, 245–252.

Sasano, H., Takashashi, K., Satoh, F., Nagura, H., Harada, N., 1998. Aromatase in the human central nervous system. Clin. Endocrinol. (Oxford) 48, 325–329.

Sato, T., Matsumoto, T., Kawano, H., Watanabe, T., Uematsu, Y., Sekine, K., Fukuda, T., Aihara, K., Krust, A., Yamada, T., Nakamichi, Y., Yamamoto, Y., Nakamura, T., Yoshimura, K., Yoshizawa, T., Metzger, D., Chambon, P., Kato, S., 2004. Brain masculinization requires androgen receptor function. Proc. Natl Acad. Sci. USA 101, 1673–1678.

Servin, A., Nordenström, A., Larsson, A., Bohlin, G., 2003. Prenatal androgens and gender-typed behavior: a study of girls with mild and severe forms of congenital adrenal hyperplasia. Dev. Psychol. 39, 440–450.

Stoffel-Wagner, B., Watzka, M., Schramm, J., Bidlingmaier, F., Klingmuller, D., 1999. Expression of CYP19 (aromatase) mRNA in different areas of the human brain. J. Steroid Biochem. Mol. Biol. 70, 237–241.

Tsukamoto, K., Inoue, S., Hosoi, T., Orimo, H., Emi, M., 1998. Isolation and radiation hybrid mapping of dinucleotide repeat polymorphism at the human estrogen receptor beta locus. J. Hum. Genet. 43, 73–74.

van Goozen, S.H., Slabbekoorn, D., Gooren, L.J., Sanders, G., Cohen-Kettenis, P.T., 2002. Organizing and activating effects of sex hormones in homosexual transsexuals. Behav. Neurosci. 116, 982–988.

Wang, L., Andersson, S., Warner, M., Gustafsson, J.A., 2001. Morphological abnormalities in the brains of estrogen receptor beta knockout mice. Proc. Natl Acad. Sci. USA 98, 2792–2796.

Westberg, L., Baghaei, F., Rosmond, R., Hellstrand, M., Landén, M., Jansson, M., Holm, G., Björntorp, P., Eriksson, E., 2001. Polymorphisms of the androgen receptor gene and the estrogen receptor beta gene are associated with androgen levels in women. J. Clin. Endocrinol. Metab. 86, 2562–2568.

Wilson, J.D., 1999. The role of androgens in male gender role behavior. Endocr. Rev. 20, 726–737.

World Health Organization, 1993.Anon., 1993. The ICD-10 Classification of Mental and Behavioural Disorders. Diagnostic Criteria for Research. WHO, Geneva.

Yong, E.L., Lim, J., Qi, W., Ong, V., Mifsud, A., 2000. Molecular basis of androgen receptor diseases. Ann. Med. 32, 15–22.

Zhou, J.N., Hofman, M.A., Gooren, L.J., Swaab, D.F., 1995. A sex difference in the human brain and its relation to transsexuality. Nature 378, 68–70.

Available online at www.sciencedirect.com

ScienceDirect