# EXHIBIT 22

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) ) ) |
| and | ) ) |
| United States of America, | ) ) |
| *Plaintiff-Intervenor*, | ) ) ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB ) |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) ) ) ) |
| *Defendants*. | ) |

## **PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA'S REBUTTAL EXPERT WITNESS DISCLOSURE**

Pursuant to the Court's Seventh Amended Scheduling Order (ECF No. 422), the United States discloses the following names and anticipated subject matter of rebuttal expert witnesses who have not already been disclosed in this litigation and may be providing rebuttal expert opinions.

1. **Devin Caughey, PhD**: Professor Devin Caughey is a Professor in the Department of Political Science at the Massachusetts Institute of Technology who specializes in the study of American politics. It is anticipated that Professor Caughey's rebuttal expert report will address the emergence of gender-affirming care as a political issue and the legislative findings and purpose of Senate Bill 184.

2. **I. Glenn Cohen, JD**: Professor I. Glenn Cohen is the Deputy Dean, James A. Attwood and Leslie Williams Professor of Law, and Faculty Director of the Petrie-Flom Center for Health Law Policy, Biotechnology & Bioethics at Harvard Law School. It is anticipated that Professor Cohen's rebuttal expert report will address the safety and efficacy of gender-affirming medical care for transgender youth and the regulation of healthcare, including Food and Drug Administration processes and the practice of off-label use of medicine.

Fact discovery is incomplete, and the experts identified above may testify to additional issues within this scope based on their review of additional discovery

2

and deposition testimony of relevant fact witnesses. The United States reserves the right to withdraw the listed expert witnesses as additional information is discovered. The United States further reserves the right to amend the qualifications and expected testimony of its experts.

Dated: March 8, 2024

Respectfully submitted,

JONATHAN S. ROSS
Acting United States Attorney
Middle District of Alabama

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

PRIM F. ESCALONA
United States Attorney
Northern District of Alabama

CHRISTINE STONEMAN
Chief, Federal Coordination and Compliance Section

JASON R. CHEEK
Chief, Civil Division

COTY MONTAG (DC Bar No. 498357)
Deputy Chief, Federal Coordination and Compliance Section

MARGARET L. MARSHALL
Assistant U.S. Attorney
U.S. Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203
Tel.: (205) 244-2104
Margaret.Marshall@usdoj.gov

/s/ Kaitlin Toyama
RENEE WILLIAMS (CA Bar No. 284855)
KAITLIN TOYAMA (CA Bar No. 318993)
MAX LEWIS MEYERS (MS Bar No. 106187)
Trial Attorneys
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 305-2222
Renee.Williams3@usdoj.gov
Kaitlin.Toyama@usdoj.gov
Max.Meyers@usdoj.gov

STEPHEN D. WADSWORTH
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, AL 36101-0197
Tel.: (334) 223-7280
Stephen.Wadsworth@usdoj.gov

AMIE S. MURPHY (NY Bar No. 4147401)
Trial Attorney
United States Department of Justice

Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 353-1285
Amie.Murphy2@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2024, I sent, via electronic mail, the foregoing Rebuttal Expert Witness Disclosure on behalf of the United States to the following counsel of record:

Melody H. Eagan
Jeffrey P. Doss
Amie A. Vague
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

J. Andrew Pratt
Misty L. Peterson
Adam Reinke
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com

Brent P. Ray
Abigail Hoverman Terry
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
bray@kslaw.com
aterry@kslaw.com

Rachel H. Berg
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370

San Francisco, CA 94102
rberg@nclrights.org

Jennifer L. Levi
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
jlevi@glad.org

Scott D. McCoy
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
scott.mccoy@splcenter.org

Diego A. Soto
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
diego.soto@splcenter.org

Jessica L. Stone
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
jessica.stone@splcenter.org

Sarah Warbelow
Cynthia Weaver
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

*Counsel for Private Plaintiffs*

Edmund G. LaCour Jr.
A. Barrett Bowdre
James W. Davis

Benjamin M. Seiss
Charles A. McKay
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

Christopher Mills
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, South Carolina 29413
CMills@Spero.law

David H. Thompson
Peter A. Patterson
Brian W. Barnes
John D. Ramer
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants*

/s/ *Kaitlin Toyama*
Kaitlin Toyama
Trial Attorney
Federal Coordination and Compliance Section
Civil Rights Division