# EXHIBIT 36

Caughey Dep. Ex. 40

Video File Submitted to Court

on Flashdrive