# EXHIBIT 37

Caughey Dep. Ex. 41

Video File Submitted to Court

on Flashdrive