# EXHIBIT 38

Caughey Dep. Ex. 48

Video File Submitted to Court

on Flashdrive