## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| and | ) |
| | ) |
| United States of America, | ) |
| | ) |
| *Plaintiff-Intervenor*, | ) |
| | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| | ) |
| Hon. Steve Marshall, in his official | ) |
| capacity as Attorney General of the | ) |
| State of Alabama, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

**PRIVATE PLAINTIFFS' JOINDER IN PLAINTIFF-INTERVENOR
UNITED STATES OF AMERICA'S MOTION TO EXCLUDE CERTAIN
TESTIMONY BY DOCTORS JAMES CANTOR, FARR CURLIN, PAUL
HRUZ, KRISTOPHER KALIEBE, MICHAEL LAIDLAW, PATRICK
LAPPERT, GEETA NANGIA, AND ANGELA THOMPSON
AND ITS BRIEF AND EVIDENTIARY SUBMISSION IN SUPPORT**

Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael

Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe;

Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe; Robert

Moe, individually and on behalf of his minor daughter, April Moe; and Heather

Austin, Ph.D ("Private Plaintiffs") join in and adopt the arguments, citations to the

record, citations to authority, evidentiary submission, and requests for relief by

Plaintiff-Intervenor United States of America in its Motion to Exclude Certain Testimony by Doctors James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson and its Brief and Evidentiary Submission in Support (Docs 590, 591, and 592).


Respectfully submitted,


/s/ Amie A. Vague
Melody H. Eagan
Jeffrey P. Doss
Amie A. Vague
LIGHTFOOT, FRANKLIN &
WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

J. Andrew Pratt
Adam Reinke
Misty L. Peterson
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite
1600
Atlanta, GA 30309
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com

Sarah Warbelow
Cynthia Weaver
HUMAN RIGHTS CAMPAIGN
FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

Jennifer L. Levi
GLBTQ LEGAL ADVOCATES &
DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
jlevi@glad.org

Jessica L. Stone
SOUTHERN POVERTY LAW
CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
jessica.stone@splcenter.org

Brent P. Ray
Abigail Hoverman Terry
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
bray@kslaw.com
aterry@kslaw.com

Abby Parsons
KING & SPALDING LLP
1100 Louisiana Street
Houston, TX 77002
aparsons@kslaw.com

Scott D. McCoy
SOUTHERN POVERTY LAW
CENTER
P.O. Box 12463
Miami, FL 33101
scott.mccoy@splcenter.org

Diego A. Soto
SOUTHERN POVERTY LAW
CENTER
400 Washington Avenue
Montgomery, AL 36104
diego.soto@splcenter.org

*Counsel for Private Plaintiffs*

Christopher F. Stoll
Amy E. Whelan
Rachel H. Berg
NATIONAL CENTER FOR LESBIAN
RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
cstoll@nclrights.org
awhelan@nclrights.org
rberg@nclrights.org

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 24th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this case.

*/s/ Amie A. Vague*
*Counsel for Private Plaintiffs*
