## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| Brianna Boe, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| *Plaintiff-Intervenor*, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00184-LCB-CWB |
| | ) | |
| Hon. Steve Marshall, in his official | ) | |
| capacity as Attorney General of the | ) | |
| State of Alabama, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA'S MOTION FOR EXTENSION OF TIME TO COMPLETE FILING UNDER SEAL THE UNREDACTED MOTION TO EXCLUDE AND BRIEF AND EVIDENTIARY SUBMISSIONS IN SUPPORT

Plaintiff-Intervenor the United States of America ("United States")

respectfully requests that the Court grant the United States additional time to

complete filing under seal its brief and exhibits in support of its Motion to Exclude

Certain Testimony by Drs. James Cantor, Farr Curlin, Paul Hruz, Kristopher

Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson.

In support of the instant motion, the United States provides as follows:

1

1. The United States filed a redacted version of its brief supporting its Motion to Exclude Certain Testimony by Drs. James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson along with any non-confidential exhibits supporting the motion, ECF No. 590.

2. The United States has moved for leave to file under seal its brief supporting its Motion to Exclude Certain Testimony by Drs. James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson along with any confidential exhibits supporting the motion, ECF No. 587.

3. The United States was not able to electronically file the documents under seal and needs additional time to complete the sealed filing in person.

4. The sealed filing in person must include a wet-ink signature of the document to be filed under seal, and the United States is sending a wet-ink signed version of the brief by overnight mail to the United States Attorney's Office for the Middle District of Alabama.

5. The United States has served counsel of record the unredacted copy of its brief supporting its Motion to Exclude Certain Testimony by Drs. James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson along with

unredacted copies of any confidential exhibits supporting the motion via email.

6. The United States has provided a courtesy copy of the brief supporting its Motion to Exclude Certain Testimony by Drs. James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson along with unredacted copies of any confidential exhibits supporting the motion via email to the Court at burke_chambers@alnd.uscourts.gov.

Accordingly, the United States respectfully requests an extension of time until Wednesday, June 26, 2024, to complete filing under seal its unredacted Brief in Support of its Motion to Exclude Certain Testimony by Doctors James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson and evidentiary submission in support.

Dated: June 24, 2024                    Respectfully submitted,

JONATHAN S. ROSS                    KRISTEN CLARKE
Acting United States Attorney        Assistant Attorney General
Middle District of Alabama           Civil Rights Division

PRIM F. ESCALONA                    CHRISTINE STONEMAN
United States Attorney               Chief, Federal Coordination and Compliance
Northern District of Alabama         Section

JASON R. CHEEK                      COTY MONTAG (DC Bar No. 498357)
Chief, Civil Division                Deputy Chief, Federal Coordination and
                                     Compliance Section

MARGARET L. MARSHALL

Assistant U.S. Attorney
U.S. Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203
Tel.: (205) 244-2104
Margaret.Marshall@usdoj.gov

STEPHEN D. WADSWORTH
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, AL 36101-0197
Tel.: (334) 223-7280
Stephen.Wadsworth@usdoj.gov

RENEE WILLIAMS (CA Bar No. 284855)
KAITLIN TOYAMA (CA Bar No. 318993)
Trial Attorneys
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 305-2222
Renee.Williams3@usdoj.gov
Kaitlin.Toyama@usdoj.gov

*/s/ James Fletcher*
JAMES V. FLETCHER (MD Bar No. 1412160273)
Trial Attorney
United States Department of Justice
Civil Rights Division
Disability Rights Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel. (202) 598-0083
James.Fletcher@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which will send notification

of such filing to counsel of record.

Respectfully submitted,

*/s/ James Fletcher*
Trial Attorney
Disability Rights Section
Civil Rights Division
U.S. Department of Justice