## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **BRIANNA BOE,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:22-cv-0184-LCB** |
| | ) | |
| **STEVE MARSHALL,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE REGARDING *IN CAMERA* INQUIRY

Respondent Attorneys **James Esseks, Carl Charles, and LaTisha Faulks** hereby give notice of their willingness to respond to this Court's limited *in camera* inquiry regarding the Q&A document as follows:

1.      As a part of this Court's hearing on the Supplemental Orders to Show Cause, this Court conducted an *in camera* proceeding with Respondent Kathleen Hartnett and her counsel, as well as counsel for Respondents Esseks, Charles, and Faulks regarding the Q&A document previously provided to the Court.

2.      During the course of that *in camera* proceeding, this Court posed questions to Ms. Hartnett regarding the Q&A document. Based on assurances by the Court that Ms. Hartnett's responses to these questions about the Q&A document would not constitute a waiver of the attorney client privilege, Ms. Hartnett answered the Court's questions truthfully and to the best of her recollection.

1

3.     Ms. Hartnett was unable to recall the answer to one of the Court's questions.

4.     Although neither Respondents Esseks, Charles, or Faulks have any independent recollection of the information requested by the Court regarding the Q&A document, their undersigned counsel has subsequently researched the matter and is prepared to provide the information responsive to that question *in camera* based on the continuing assurances from this Court that no waiver of attorney client privilege will result.

/s/ *Barry A. Ragsdale*
Barry A. Ragsdale
Robert S. Vance
Dominick Feld Hyde, PC
1130 22nd Street South, Suite 4000
Birmingham, AL 35205
Tel.: (205) 536-8888
bragsdale@dfhlaw.com
rvance@dfhlaw.com


/s/ *W. Neil Eggleston*
W. Neil Eggleston
Byron Pacheco
Kirkland & Ellis LLP
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5016
neil.eggleston@kirkland.com
byron.pacheco@kirland.com

*Counsel for Respondents James Esseks, Carl Charles and LaTisha Faulks*

## **CERTIFICATE OF SERVICE**

I certify that, on June 25, 2024, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

/s/ *Barry A. Ragsdale*
OF COUNSEL