# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| United States of America, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## NOTICE OF CONVENTIONAL FILING

The United States of America files this notice of conventional filing as to its Brief in Support of its Motion to Exclude Certain Testimony by Doctors James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson, and Exhibits thereto. The following was conventionally filed on June 25, 2024:

| Document | Description |
| --- | --- |
| Doc. 591 | United States Brief in Support of its Motion to Exclude Certain Testimony (Under Seal) |
| U.S. Ex. 1 | Cantor Report |
| U.S. Ex. 2 | Cantor Deposition Transcript (Under Seal) |
| U.S. Ex. 3 | Cantor Supplemental Report |
| U.S. Ex. 4 | Curlin Report |
| U.S. Ex. 5 | Curlin Deposition Transcript |
| U.S. Ex. 6 | Hruz Report |
| U.S. Ex. 7 | Hruz Deposition Transcript |
| U.S. Ex. 8 | Hruz Supplemental Report (Under Seal) |
| U.S. Ex. 9 | Kaliebe Report |
| U.S. Ex. 10 | Kaliebe Deposition Transcript (Under Seal) |
| U.S. Ex. 11 | Kaliebe Supplemental Report |
| U.S. Ex. 12 | Laidlaw Report |
| U.S. Ex. 13 | Laidlaw Deposition Transcript (Under Seal) |
| U.S. Ex. 14 | Laidlaw First Supplemental Report (Under Seal) |
| U.S. Ex. 15 | Laidlaw Second Supplemental Report (Under Seal) |
| U.S. Ex. 16 | Lappert Report |
| U.S. Ex. 17 | Lappert Deposition Transcript |
| U.S. Ex. 18 | Nangia Report |
| U.S. Ex. 19 | Nangia Deposition Transcript (Under Seal) |
| U.S. Ex. 20 | Nangia First Supplemental Report (Under Seal) |
| U.S. Ex. 21 | Nangia Second Supplemental Report (Under Seal) |
| U.S. Ex. 22 | Thompson Report |
| U.S. Ex. 23 | Thompson Deposition Transcript |
| U.S. Ex. 24 | Cantor Supplemental Report Appendix A |

| | |
|---|---|
| Dated: June 25, 2024 | Respectfully submitted, |

| | |
|---|---|
| JONATHAN S. ROSS<br>Acting United States Attorney<br>Middle District of Alabama | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| PRIM F. ESCALONA<br>United States Attorney<br>Northern District of Alabama | CHRISTINE STONEMAN<br>Chief, Federal Coordination and Compliance Section |
| JASON R. CHEEK<br>Chief, Civil Division | COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and Compliance Section |
| MARGARET L. MARSHALL<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 244-2104<br>Margaret.Marshall@usdoj.gov | RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 305-2222<br>Renee.Williams3@usdoj.gov<br>Kaitlin.Toyama@usdoj.gov |
| STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, AL 36101-0197<br>Tel.: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | */s/ James Fletcher*<br>JAMES V. FLETCHER (MD Bar No. 1412160273)<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Disability Rights Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel. (202) 598-0083<br>James.Fletcher@usdoj.gov<br><br>*Attorneys for Plaintiff-Intervenor United States of America* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                         Respectfully submitted,

                                         */s/ James Fletcher*
                                         Trial Attorney
                                         Disability Rights Section
                                         Civil Rights Division
                                         U.S. Department of Justice