# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRIANNA BOE**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No. 2:22-cv-184-LCB |
| | ) |
| **STEVE MARSHALL**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

For good cause shown, the Court **GRANTS** the following motions:

(1) Defendants' Unopposed Motion for Leave to Substitute Summary Judgement Motion and Evidentiary Submissions on the Public Docket (Doc. 575);

(2) Plaintiff-Intervenor United States of America's Unopposed Motion for Excess Pages (Doc. 586);

(3) Plaintiff-Intervenor United States of America's Unopposed Motion for Leave to File Under Seal Unredacted Motion to Exclude and Brief and Evidentiary Submissions in Support (Doc. 587);

(4) Defendants' Motion for Leave to File Under Seal Unredacted Motions to Exclude Expert Testimony and Evidentiary Submissions in Support (Doc. 588);

(5) Plaintiff-Intervenor United States of America's Motion for Extension of Time to Complete Filing Under Seal the Unredacted Motion to Exclude and Brief and Evidentiary Submissions in Support (Doc. 603); and

(6) Private Plaintiffs' Unopposed Motion for Leave to File Under Seal Unredacted Motion to Exclude Certain Testimony (Doc. 610).

**DONE** and **ORDERED** this June 26, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE