# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff-Intervenor*, ) | |
| ) | |
| v. ) | No. 2:22-cv-00184-LCB-CWB |
| ) | Hon. Liles C. Burke |
| STEVE MARSHALL, in his official ) | |
| capacity as Attorney General of the ) | |
| State of Alabama, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## DEFENDANTS' NOTICE OF FILING SUBSTITUTE SUMMARY JUDGMENT MOTION AND EVIDENTIARY SUBMISSIONS FOR REPLACEMENT ON THE PUBLIC DOCKET

Pursuant to the Court's Order granting Defendants' Motion for Leave to Substitute Summary Judgment Motion and Evidentiary Submissions on the Public Docket, *see* Docs. 575 (motion) & 614 (Order), Defendants submit the following documents to the Clerk's Office on a USB drive for substitution on the public docket:

| Document | Changes Made In Substitute Public Filing |
|---|---|
| Doc. 561: Defendants' Motion for Summary Judgment and Brief in Support | Replaced with copy of motion that removes all redactions on pp. 1-22 (except certain redactions in footnotes 12, 16, 33, 34, 37, 71, 74, 92, 96 and 113) and in footnote 160 on p. 28 |
| Doc. 557-4 (DX4): Appendix A to Supplemental Report of James Cantor, Ph.D. | Replaced with copy of fully unredacted exhibit |
| Doc. 557-16 (DX16): Supplemental Report of Kristopher Kaliebe, M.D. | Replaced with copy of fully unredacted exhibit |
| Doc. 560-23 (DX173): HHS Ex. 5 | Replaced with copy of exhibit that removes redactions on pp. 22-25, except redactions for PII |
| Doc. 560-24 (DX174): WPATH Ex. 1 | Replaced with copy of exhibit that removes redactions on pp. 1-2 and 5-7, except for redactions for PII |
| Doc. 560-26 (DX176): WPATH Ex. 3 | Replaced with copy of exhibit that removes redactions on pp. 107, 113-14, and 152-55, except for redactions for PII |
| Doc. 560-28 (DX178): WPATH Ex. 5 | Replaced with copy of exhibit that removes redactions on pp. 4-23 and 81-85, except for redactions for PII |
| Doc. 560-29 (DX179): WPATH Ex. 6 | Replaced with copy of exhibit that removes redactions on pp. 12-27 and 39-43, except for redactions for PII |
| Doc. 560-30 (DX180): WPATH Ex. 7 | Replaced with copy of exhibit that removes redactions on pp. 11-17 and 59-123, except for redactions for PII |
| Doc. 560-31 (DX181): WPATH Ex. 8 | Replaced with copy of exhibit that removes redactions on pp. 21-41, except for redactions for PII |
| Doc. 560-32 (DX182): WPATH Ex. 9 | Replaced with copy of exhibit that removes redactions on pp. 62-66, 91-97, and 150-59, except for redactions for PII |

| Doc. 560-33 (DX183): WPATH Ex. 10 | Replaced with copy of exhibit that removes redactions on pp. 1-64 and 93, except for redactions for PII |
|---|---|
| Doc. 560-34 (DX184): WPATH Ex. 11 | Replaced with copy of exhibit that removes redactions on pp. 14, 21-39, 49-58, except for redactions for PII |
| Doc. 560-35 (DX185): WPATH Ex. 12 | Replaced with copy of exhibit that removes redactions on pp. 1-6, except for redactions for PII |
| Doc. 560-36 (DX186): WPATH Ex. 13 | Replaced with copy of exhibit that removes redactions on pp. 11-12, 17-18, 25-33, 57-60, 73-76, and 87-91, except for redactions for PII |
| Doc. 560-37 (DX187): WPATH Ex. 14 | Replaced with copy of exhibit that removes redactions on pp. 13-14, 100-15, 188-92, and 338-40, except for redactions for PII |
| Doc. 560-38 (DX188): WPATH Ex. 15 | Replaced with copy of exhibit that removes redactions on pp. 112-21 and 152-55, except for redactions for PII |
| Doc. 560-39 (DX189): WPATH Ex. 16 | Replaced with copy of exhibit that removes redactions on pp. 1-23 and 39, except for redactions for PII |
| Doc. 560-40 (DX190): WPATH Ex. 17 | Replaced with copy of exhibit that removes redactions on pp. 3-10, except for redactions for PII |

Dated: June 26, 2024

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, SC 29413
(843) 606-0640
CMills@Spero.law

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Roger G. Brooks (*pro hac vice*)
Henry W. Frampton, IV (*pro hac vice*)
Philip A. Sechler (*pro hac vice*)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0200
rbrooks@adflegal.org
hframpton@adflegal.org
psechler@adflegal.org

Respectfully submitted,

Steve Marshall
 *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
 *Solicitor General*

s/ *Barrett Bowdre*
A. Barrett Bowdre (ASB-2087-K29V)
 *Principal Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
 *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I have, on this 26th day of June, hand-filed this document with the Clerk of Court and that copies of the document have been emailed to the following counsel of record at the email addresses below:

Melody H. Eagan - meagan@lightfootlaw.com;
Jeffrey P. Doss - jdoss@lightfootlaw.com;
Amie A. Vague - avague@lightfootlaw.com;
J. Andrew Pratt - Apratt@kslaw.com;
Adam Reinke - Areinke@kslaw.com;
Brent Ray - Bray@kslaw.com;
Abby Parsons - aparsons@kslaw.com
Sarah Warbelow - Sarah.Warbelow@hrc.org;
Cynthia Weaver - cynthia.Weaver@hrc.org;
Jennifer Levi - Jlevi@glad.org;
Jessica L. Stone - Jessica.stone@splcenter.org;
Christopher Stoll - cstoll@nclrights.org;
Amy Whelan - awhelan@nclrights.org;
Rachel H. Berg - rberg@nclrights.org;
Scott McCoy - Scott.Mccoy@splcenter.org;
Diego A. Soto - diego.soto@splcenter.org

*Counsel for Private Plaintiffs*

Jason Cheek - Jason.Cheek@usdoj.gov;
Margaret Marshall - Margaret.Marshall@usdoj.gov;
Coty Montag - Coty.Montag@usdoj.gov;
Kaitlin Toyama - Kaitlin.Toyama@usdoj.gov;
Renee Williams - Renee.Williams3@usdoj.gov;
James Fletcher - james.fletcher@usdoj.gov;

*Counsel for Plaintiff-Intervenor United States of America*

/s/ A. Barrett Bowdre
A. Barrett Bowdre
*Counsel for Defendants*