# CASE#: **2:22-cv-00184-LCB-CWB**

# THIS REFERENCED EXHIBIT IS A THUMBDRIVE AND IS NOT SCANNED.

# IT IS FILED IN CONVENTIONAL FORMAT AND AVAILABLE FOR VIEWING IN THE CLERK'S OFFICE.