UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2024 JUN 27  P 3: 20

| | | |
|---|---|---|
| BRIANNA BOE *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff-Intervenor,* | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00184-LCB-CWB |
| | ) | Hon. Liles C. Burke |
| STEVE MARSHALL, in his official | ) | |
| capacity as Attorney General of the | ) | |
| State of Alabama, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

**DEFENDANTS' NOTICE OF CONVENTIONAL FILING AND
SUBMISSION OF EXHIBITS ON USB DRIVE**

As part of their evidentiary submissions in support of their motion to exclude

certain expert testimony, Defendants submitted to the Court three video files on a

USB drive. *See* Docs. 592 at 4-5, 592-36, 592-37, and 592-38. Pursuant to direction

from the Clerk's Office, Defendants are now conventionally filing this additional

notice of that submission:

2

|  | *Daubert* Exhibit |
|---|---|
| Devin Caughey, Ph.D., Deposition Exhibit 40 (video file – submitted to Court on flash drive) | 36 (Doc. 592-36) |
| Devin Caughey, Ph.D., Deposition Exhibit 41 (video file – submitted to Court on flash drive) | 37 (Doc. 592-37) |
| Devin Caughey, Ph.D., Deposition Exhibit 48 (video file – submitted to Court on flash drive) | 38 (Doc. 592-38) |

Dated: June 27, 2024

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, SC 29413
(843) 606-0640
CMills@Spero.law

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Roger G. Brooks (*pro hac vice*)
Henry W. Frampton, IV (*pro hac vice*)
Philip A. Sechler (*pro hac vice*)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0200
rbrooks@adflegal.org
hframpton@adflegal.org
psechler@adflegal.org

Respectfully submitted,

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

s/
A. Barrett Bowdre (ASB-2087-K29V)
  *Principal Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

*Counsel for Defendants*

3

# CERTIFICATE OF SERVICE

I certify that I have, on this 27th day of June, hand-filed this document with the Clerk of Court and that copies of the document and exhibits have been emailed to the following counsel of record at the email addresses below:

Melody H. Eagan - meagan@lightfootlaw.com;
Jeffrey P. Doss - jdoss@lightfootlaw.com;
Amie A. Vague - avague@lightfootlaw.com;
J. Andrew Pratt - Apratt@kslaw.com;
Adam Reinke - Areinke@kslaw.com;
Brent Ray - Bray@kslaw.com;
Abby Parsons - aparsons@kslaw.com
Sarah Warbelow - Sarah.Warbelow@hrc.org;
Cynthia Weaver - cynthia.Weaver@hrc.org;
Jennifer Levi - Jlevi@glad.org;
Jessica L. Stone - Jessica.stone@splcenter.org;
Christopher Stoll - cstoll@nclrights.org;
Amy Whelan - awhelan@nclrights.org;
Rachel H. Berg - rberg@nclrights.org;
Scott McCoy - Scott.Mccoy@splcenter.org;
Diego A. Soto - diego.soto@splcenter.org

*Counsel for Private Plaintiffs*

Jason Cheek - Jason.Cheek@usdoj.gov;
Margaret Marshall - Margaret.Marshall@usdoj.gov;
Coty Montag - Coty.Montag@usdoj.gov;
Kaitlin Toyama - Kaitlin.Toyama@usdoj.gov;
Renee Williams - Renee.Williams3@usdoj.gov;
James Fletcher - james.fletcher@usdoj.gov;

*Counsel for Plaintiff-Intervenor United States of America*

s/ A. Barrett Bowdre
A. Barrett Bowdre
*Counsel for Defendants*

4