CASE#: **2:22-cv-00184-LCB-CWB**

THIS REFERENCED EXHIBIT

IS A USB AND IS NOT

SCANNED.

IT IS FILED IN CONVENTIONAL

FORMAT AND AVAILABLE FOR

VIEWING IN THE CLERK'S OFFICE.