# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| United States of America, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EVIDENCE IN SUPPORT

Plaintiff-Intervenor the United States of America ("United States") respectfully requests that the Court grant the United States leave to file under seal its Opposition to Defendants' Motion for Summary Judgment and exhibits in support, and to file on the public docket redacted versions of the same. These filings contain or discuss documents that were designated as "Confidential" pursuant to the Stipulated Protective Order entered by the Court in this matter. ECF No. 137. Pursuant to the Stipulated Protective Order, documents so

designated as Confidential "shall be filed, if at all, under seal." ECF No. 137(4). However, counsel for the United States conferred with counsel for the World Professional Association for Transgender Health (WPATH), which agreed that the United States did not need to seal references in its opposition brief to the depositions of Drs. Bowers, Coleman, and Karasic, which follows the same approach taken by Defendants in their motion to substitute. ECF No. 575. The United States is also not moving to seal any references to other WPATH or HHS materials that were the subject of Defendants' motion to substitute, which this Court granted on June 26, 2024. ECF No. 614. Counsel for the United States has conferred with counsel in the Alabama Attorney General's Office and Private Plaintiffs, who stated that they do not oppose the relief requested in this motion. Accordingly, the United States requests leave to file the following documents under seal:

| Document | Reason for Sealing/Redacting |
| --- | --- |
| U.S. Opposition to Defendants' Motion for Summary Judgment | Discusses documents designated as "Confidential" by WPATH that were not otherwise agreed could be unsealed; Private Plaintiffs' medical care and records; witness's medical care; and sealed testimony |
| US Ex. 6: Shumer Rebuttal Report | Discusses Private Plaintiffs' medical care and records |
| US Ex. 12: Weisberg Deposition Transcript | Discusses Private Plaintiffs' medical care and records |

| Document | Reason for Sealing/Redacting |
|---|---|
| US Ex. 14: Weisberg Deposition Exhibit 10 | Contains Private Plaintiffs' medical records |
| US Ex. 15: Poe Deposition Transcript | Discusses Private Plaintiffs' medical care and records and sealed testimony |
| US Ex. 16: Poe Deposition Exhibits 1-6 | Contains Private Plaintiffs' medical records and sealed testimony |
| US Ex. 18: Poe Deposition Exhibits 8-9 | Contains Private Plaintiffs' medical records |
| US Ex. 23: Cantor Deposition Transcript | Discusses documents designated by WPATH as "Confidential" |
| US Ex. 26: Cantor Deposition Exhibits 20-21 | Contains documents designated by WPATH as "Confidential" |
| US Ex. 30: Kaliebe Deposition Transcript | Discusses documents designated by WPATH and HHS as "Confidential" |
| US Ex. 34: Davis Deposition Transcript | Discusses witness's medical care |
| US Ex. 35: Hawes Deposition Transcript | Discusses witness's medical care |
| US Ex. 36: Hein Deposition Transcript | Discusses witness's medical care |
| US Ex. 37: Reed Deposition Transcript | Discusses witness's medical care |

Dated: July 1, 2024

Respectfully submitted,

JONATHAN S. ROSS
Acting United States Attorney
Middle District of Alabama

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

PRIM F. ESCALONA
United States Attorney
Northern District of Alabama

CHRISTINE STONEMAN
Chief, Federal Coordination and Compliance Section

JASON R. CHEEK

COTY MONTAG (DC Bar No. 498357)

Chief, Civil Division

MARGARET L. MARSHALL
Assistant U.S. Attorney
U.S. Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203
Tel.: (205) 244-2104
Margaret.Marshall@usdoj.gov

STEPHEN D. WADSWORTH
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, AL 36101-0197
Tel.: (334) 223-7280
Stephen.Wadsworth@usdoj.gov

Deputy Chief, Federal Coordination and Compliance Section

*/s/ Kaitlin Toyama*
RENEE WILLIAMS (CA Bar No. 284855)
KAITLIN TOYAMA (CA Bar No. 318993)
Trial Attorneys
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 305-2222
Renee.Williams3@usdoj.gov
Kaitlin.Toyama@usdoj.gov

JAMES V. FLETCHER (MD Bar No. 1412160273)
Trial Attorney
United States Department of Justice
Civil Rights Division
Disability Rights Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel. (202) 598-0083
James.Fletcher@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

5

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                        Respectfully submitted,

                                        */s/ Kaitlin Toyama*
                                        Trial Attorney, Federal Coordination
                                        and Compliance Section
                                        Civil Rights Division
                                        U.S. Department of Justice