UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| | ) |
|    *Plaintiffs*, | ) |
| | ) |
| and | ) |
| | ) |
| United States of America, | ) |
| | ) |
|    *Plaintiff-Intervenor*, | ) |
| | ) |
| v. | )   No. 2:22-cv-00184-LCB-CWB |
| | ) |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| | ) |
|    *Defendants*. | ) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff-Intervenor United States' Unopposed Motion for Leave to File Under Seal Unredacted Opposition to Defendants' Motion for Summary Judgment and Evidence in Support, it is hereby ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the United States has leave to file the following documents under seal: U.S. Opposition to Defendants' Motion for Summary Judgment; Shumer Rebuttal Report; Weisberg Deposition Transcript; Weisberg Deposition Exhibit 10; Poe Deposition Transcript; Poe Deposition Exhibits 1-6;

1

Poe Deposition Exhibits 8-9; Cantor Deposition Transcript; Cantor Deposition Exhibits 20-21; Kaliebe Deposition Transcript; Davis Deposition Transcript; Hawes Deposition Transcript; Hein Deposition Transcript; and Reed Deposition Transcript.

It is **SO ORDERED** this _____ day of _____, 2024.

_____
**THE HONORABLE LILES C. BURKE**
UNITED STATES DISTRICT JUDGE