UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| United States of America, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Plaintiff-Intervenor the United States of America ("United States") respectfully submits this motion seeking leave from the Court to exceed its page limitation with respect to its Opposition to Defendants' Motion for Summary Judgment. The United States seeks leave to file an opposition brief that exceeds the typical 30-page limit for response briefs to motions for summary judgment. Counsel for the United States has conferred with counsel in the Alabama Attorney General's Office and Private Plaintiffs, who respectively state that they do not

oppose the relief requested in this motion. In support of the instant motion, the United States provides as follows:

1. On May 27, 2024, Defendants filed a Motion for Summary Judgment under seal.

2. This Court requires that an opponent's responsive brief to any motion for summary judgment not exceed 30 pages. *See* Initial Order Governing All Further Proceedings, at 16 (Aug. 25, 2022).[1]

3. This Court requires that all briefs submitted in opposition to a motion for summary judgment must begin with a response to each of the facts the moving party claims is undisputed. *Id.* at 18. Any statements of fact that are disputed must be followed by a specific reference to those portions of the evidentiary record upon which the dispute is based. *Id.* Unless controverted by the response of the party opposing summary judgment, all material facts set forth by the moving party are deemed to be admitted. *Id.*

4. This Court permits parties opposing summary judgment to put forward additional, allegedly disputed facts. *Id.* at 19. Each statement of allegedly disputed facts must be followed by specific reference to the evidentiary record. *Id.*

5. The United States' Opposition provides detailed responses and supporting references to the evidentiary record regarding Defendants' Statement of

---

[1] https://www.alnd.uscourts.gov/sites/alnd/files/LCB%20Sample%20Initial%20Order.pdf.

Undisputed Facts. Defendants' Statement of Undisputed Facts consists of 33 numbered paragraphs, nearly all of which contain within them multiple facts.

6. Additional pages are needed so that the United States can adequately explain the bases for finding that each of Defendants' facts are disputed. Additional pages are also needed so that the United States can adequately explain the basis for finding that additional material facts are in dispute.

7. Defendants will not be prejudiced by this extension. The United States anticipates consenting to any motion for leave to file excess pages for any reply brief from Defendants that is proportional to the relief sought here.

Accordingly, the United States respectfully requests an extension of the applicable page limitation for its Opposition to Defendants' Motion for Summary Judgment. The United States requests permission to file an Opposition not to exceed 76 pages.

Dated: July 1, 2024                     Respectfully submitted,

JONATHAN S. ROSS                        KRISTEN CLARKE
Acting United States Attorney           Assistant Attorney General
Middle District of Alabama              Civil Rights Division

PRIM F. ESCALONA                        CHRISTINE STONEMAN
United States Attorney                  Chief, Federal Coordination and Compliance
Northern District of Alabama            Section

JASON R. CHEEK                          COTY MONTAG (DC Bar No. 498357)
Chief, Civil Division                   Deputy Chief, Federal Coordination and
                                        Compliance Section

MARGARET L. MARSHALL

3

| | |
|---|---|
| Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 244-2104<br>Margaret.Marshall@usdoj.gov<br><br>STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, AL 36101-0197<br>Tel.: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | */s/ Kaitlin Toyama*<br>RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 305-2222<br>Renee.Williams3@usdoj.gov<br>Kaitlin.Toyama@usdoj.gov<br><br>JAMES V. FLETCHER (MD Bar No. 1412160273)<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Disability Rights Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel. (202) 598-0083<br>James.Fletcher@usdoj.gov<br><br>*Attorneys for Plaintiff-Intervenor United States of America* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                        Respectfully submitted,

                                                        */s/ Kaitlin Toyama*
                                                        Trial Attorney, Federal Coordination
                                                        and Compliance Section
                                                        Civil Rights Division
                                                        U.S. Department of Justice