## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) ) ) |
| and | ) ) |
| United States of America, | ) ) |
| *Plaintiff-Intervenor*, | ) ) ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB ) |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) ) ) ) |
| *Defendants*. | ) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff-Intervenor United States' Unopposed Motion for Excess Pages, it is hereby ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the United States has leave to file an Opposition to Defendants' Motion for Summary Judgment not to exceed 76 pages.

It is **SO ORDERED** this _____ day of _____, 2024.

_____
**THE HONORABLE LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

1