# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| | ) |
|    *Plaintiffs*, | ) |
| | ) |
| and | ) |
| | ) |
| United States of America, | ) |
| | ) |
|    *Plaintiff-Intervenor*, | ) |
| | ) |
| v. | )   No. 2:22-cv-00184-LCB-CWB |
| | ) |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) ) ) |
| | ) |
|    *Defendants*. | ) |

### UNITED STATES' NOTICE OF EVIDENTIARY SUBMISSION IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff-Intervenor the United States of America ("United States") submits the following exhibits in support of its Opposition to Defendants' Motion for Summary Judgment. As noted in the United States' Motion for Leave to File Under Seal Unredacted Opposition to Defendants' Motion for Summary Judgment and Evidence in Support, the United States is submitting some of these documents to the Court under seal.

| Document | Exhibit |
|---|---|
| Antommaria Report | U.S. Ex. 1 |
| Antommaria Rebuttal Report | U.S. Ex. 2 |
| Caughey Rebuttal Report | U.S. Ex. 3 |
| Cohen Rebuttal Report | U.S. Ex. 4 |
| Shumer Report | U.S. Ex. 5 |
| Shumer Rebuttal Report (REDACTED) | U.S. Ex. 6 |
| Goodman Rebuttal Report | U.S. Ex. 7 |
| Janssen Supplemental Report | U.S. Ex. 8 |
| Karasic Rebuttal Report | U.S. Ex. 9 |
| Ladinsky Report | U.S. Ex. 10 |
| McNamara Report | U.S. Ex. 11 |
| Weisberg Deposition Transcript (SEALED) | U.S. Ex. 12 |
| Weisberg Deposition Exhibits 1-9 | U.S. Ex. 13 |
| Weisberg Deposition Exhibit 10 (SEALED) | U.S. Ex. 14 |
| Poe Deposition Transcript (SEALED) | U.S. Ex. 15 |
| Poe Deposition Exhibits 1-6 (SEALED) | U.S. Ex. 16 |
| Poe Deposition Exhibit 7 | U.S. Ex. 17 |
| Poe Deposition Exhibits 8-9 (SEALED) | U.S. Ex. 18 |
| Poe Declaration ISO Preliminary Injunction | U.S. Ex. 19 |
| Koe Declaration ISO Preliminary Injunction | U.S. Ex. 20 |
| Moe Declaration ISO Preliminary Injunction | U.S. Ex. 21 |
| Zoe Declaration ISO Preliminary Injunction | U.S. Ex. 22 |
| Cantor Deposition Transcript (REDACTED) | U.S. Ex. 23 |
| Cantor Deposition Exhibits 1-9 | U.S. Ex. 24 |
| Cantor Deposition Exhibits 10-19 | U.S. Ex. 25 |
| Cantor Deposition Exhibits 20-21 (SEALED) | U.S. Ex. 26 |
| Cantor Deposition Exhibit 22 | U.S. Ex. 27 |
| Hruz Deposition Transcript | U.S. Ex. 28 |
| Hruz Deposition Exhibits 1-3 | U.S. Ex. 29 |
| Kaliebe Deposition Transcript (SEALED) | U.S. Ex. 30 |
| Kaliebe Deposition Exhibits 1-2 | U.S. Ex. 31 |
| Cohn Deposition Transcript | U.S. Ex. 32 |
| Cohn Deposition Exhibit 1 | U.S. Ex. 33 |
| Davis Deposition Transcript (SEALED) | U.S. Ex. 34 |
| Hawes Deposition Transcript (SEALED) | U.S. Ex. 35 |
| Hein Deposition Transcript (SEALED) | U.S. Ex. 36 |
| Reed Deposition Transcript (SEALED) | U.S. Ex. 37 |
| Reed Deposition Exhibits 1-2 | U.S. Ex. 38 |

| Document | Exhibit |
|---|---|
| Children's of Alabama Combined Consent/Pay Agreement (UAB0013-30) | U.S. Ex. 39 |
| Patient Health Questionnaire and General Anxiety Disorder and Suicide Screening at UAB Medicine Ambulatory – Quick Reference (UAB0031-32) | U.S. Ex. 40 |
| American Academy of Pediatrics Policy Statement on Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents | U.S. Ex. 41 |
| Brief of Amici in Support of Plaintiff's Motion for Preliminary Injunction (ECF No. 91-1) | U.S. Ex. 42 |

Dated: July 1, 2024

Respectfully submitted,

| | |
|---|---|
| JONATHAN S. ROSS<br>Acting United States Attorney<br>Middle District of Alabama | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| PRIM F. ESCALONA<br>United States Attorney<br>Northern District of Alabama | CHRISTINE STONEMAN<br>Chief, Federal Coordination and Compliance Section |
| JASON R. CHEEK<br>Chief, Civil Division | COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and Compliance Section |
| MARGARET L. MARSHALL<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 244-2104<br>Margaret.Marshall@usdoj.gov | */s/ Kaitlin Toyama*<br>RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 305-2222<br>Renee.Williams3@usdoj.gov<br>Kaitlin.Toyama@usdoj.gov |
| STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama | |

Post Office Box 197
Montgomery, AL 36101-0197
Tel.: (334) 223-7280
Stephen.Wadsworth@usdoj.gov

JAMES V. FLETCHER (MD Bar No. 1412160273)
Trial Attorney
United States Department of Justice
Civil Rights Division
Disability Rights Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel. (202) 598-0083
James.Fletcher@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

5

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

*/s/ Kaitlin Toyama*
Trial Attorney, Federal Coordination
and Compliance Section
Civil Rights Division
U.S. Department of Justice

5