# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; *et al.*, | Case No. 2:22-cv-184-LCB-CWB |
| | Honorable Liles C. Burke |
| Plaintiffs, | |
| and | |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | |
| v. | |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; *et al.*, | |
| Defendants. | |

## PLAINTIFF-INTERVENOR UNITED STATES' DISCLOSURE OF REBUTTAL EXPERT TESTIMONY OF
## ARMAND H. MATHENY ANTOMMARIA, MD, PhD, FAAP, HEC-C

I, Armand H. Matheny Antommaria, MD, PhD, hereby declare and state as follows:

1.     I have been retained by counsel for the United States (U.S.) as an expert in connection with the above-captioned litigation.[1]

2.     I have actual knowledge of the matters stated in this report. If called to testify in this matter, I would testify truthfully and based on my expert opinion.

3.     My background and qualifications, review of prior testimony, and compensation were previously provided in my initial expert report. Since submission of my initial report, I have updated my curriculum vitae; the updated version is true, correct, and up to date. My updated curriculum vitae is attached to this rebuttal report as **Exhibit A**.

4.     In preparing this rebuttal report, I reviewed the expert reports and supplemental reports of James Michael Cantor, PhD; Farr Curlin, MD; Paul W. Hruz, MD, PhD; Kristopher Kaliebe, MD; Michael K. Laidlaw, MD; Patrick W. Lappert, MD; Geeta Nangia, MD; and Angela C.E. Thompson, MD, MPH, submitted by Defendants in this case.

5.     In preparing this rebuttal report, I have relied on my years of research and relevant experience, as set out in my curriculum vitae (updated and attached as **Exhibit A** to this rebuttal report), and on the materials listed therein. I have reviewed the sources cited throughout this rebuttal report and listed in the bibliography

---

[1] I am not speaking on behalf of the U.S. Department of Health and Human Services or the U.S. Food and Drug Administration. All of the opinions that I express are my own.

attached as **Exhibit B** to this report. I have also reviewed the materials listed in the bibliography attached as **Exhibit A** to my original report. The materials I have relied upon in preparing this report are the same types of materials that experts in medicine and bioethics regularly rely upon when forming opinions on the subject.

6.     In this rebuttal report, I will show that Defendants' experts inaccurately characterize the role of patients' symptoms in diagnosis, mischaracterize gender-affirming medical care as experimental, improperly impugn the development of clinical practice guidelines on gender-affirming medical care, mischaracterize the relationship between the quality of evidence and the strength of recommendations, inaccurately represent European policies on this topic, and inaccurately portray the informed consent process and parents' and adolescents' medical decision-making capacity. Further, my review of Defendants' experts' reports has not provided me reason to change my opinion that there is no sound medical or ethical basis to criminalize providing gender-affirming medical care to minors.

7.     I reserve the right to revise and supplement the opinions expressed in this report or on the bases for them if any new information becomes available in the future, including new scientific research or publications, or in response to statements or issues that may arise in my area of expertise. I may also further supplement these opinions in response to information produced in discovery or in response to additional information from Defendants' or Private Plaintiffs' designated experts.

## ROLE OF SYMPTOMS IN MEDICAL DIAGNOSIS

8.      Contrary to Defendants' experts' claims,[2] the fact that the diagnosis of gender dysphoria[3] relies on patients' reports of their symptoms and is not confirmed by laboratory or radiographic testing does not undermine its validity as a medical condition. Symptoms themselves are often sufficient to make a diagnosis and clinical practice guidelines frequently recommend against unnecessary diagnostic testing.[4] Furthermore, in addition to the fact that the diagnosis of most mental health conditions relies on patients' self-reports, the diagnosis of some non-mental health conditions also relies exclusively on patients' reports of their symptoms and are unable to be confirmed by laboratory or radiographic testing.

---

[2] Cantor 59, 106, 109, 276, 302-303, Hruz 19, 35, 40-41, 47, 49, 53, 56, 58, 82, 96, 138, 139, Laidlaw 18-26, 44, 52-53, 80, 225, and Lappert 23, 40-41, 63. All references herein are to paragraphs in Defendants' experts' reports unless specifically noted, e.g, Hruz Page 3 or Laidlaw Footnote 37. Citations to supplemental reports are indicated by a "S" preceding the paragraph number, e.g., Cantor S59. None of Defendants' experts' confidential reports are cited.

[3] Dr. Curlin refers to gender dysphoria as a "disorder of perception (40-41)." This is not a classification of disorders used in the *Diagnostic and Statistical Manual of Mental Disorders*, 5th ed, Text Revision. Dr. Curlin provides other examples of "disorders of perception" including obsessive compulsive disorder, agoraphobia, and anorexia nervosa. Obsessive-compulsive and related disorders and agoraphobia are instead anxiety disorders, anorexia nervosa is a feeding and eating disorder, and gender dysphoria is its own category. American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders*. 5th ed, Text Revision. American Psychiatric Publishing; 2022.

[4] See, for example, Tabbers MM, DiLorenzo C, Berger MY, et al. Evaluation and treatment of functional constipation in infants and children: evidence-based recommendations from ESPGHAN and NASPGHAN. *J Pediatr Gastroenterol Nutr*. 2014;58(2):258-274 which states "The routine use of an abdominal radiograph to diagnose functional constipation is not indicated (265);" Ralston SL, Lieberthal AS, Meissner HC, et al. Clinical practice guideline: the diagnosis, management, and prevention of bronchiolitis. *Pediatrics*. 2014;134(5):e1474-e1502 which states "When clinicians diagnose bronchiolitis on the basis of history and physical examination, radiographic or laboratory studies should not be obtained routinely (e1474)."

The diagnosis of migraine headaches, for example, depends on individuals' report of the number, duration, and characteristics of their headaches. These characteristics include the headaches' location, quality, intensity, and aggravating factors as well as the presence of nausea and/or vomiting, and light and sound sensitivity.[5] Like gender dysphoria, there are no confirmatory laboratory or radiographic studies for the diagnosis of migraine headaches. Radiographic studies and electroencephalograms (EEG) are only used if the history and physical examination suggest that the headache is caused by another condition, e.g., meningitis or subarachnoid hemorrhage.[6] Clinical trials of migraine treatments, including randomized, double-blind/masked, placebo-controlled trials, rely on participants' daily headache diaries.[7]

9. It is not uncommon for individuals to suspect that they have a particular diagnosis based on their symptoms. In the case of some minor illnesses, individuals may diagnose and treat themselves. For example, an individual who develops a runny nose, watery eyes, and a cough after cutting the grass, may suspect that she has an allergy and purchase nonsedating antihistamines over the

---

[5] Headache Classification Committee of the International Headache Society (IHS). The international classification of headache disorders, 3rd edition. *Cephalalgia*. 2018;38(1):1-211.
[6] Steiner TJ, Jensen R, Katsarava Z, et al. Aids to management of headache disorders in primary care, 2nd edition. *J Headache Pain*. 2019;20(1):57.
[7] Powers SW, Coffey CS, Chamberlin LA, et al. Trial of amitriptyline, topiramate, and placebo for pediatric migraine. *N Engl J Med*. 2017;376(2):115-124; Ailani J, Lipton RB, Goadsby PJ, et al. Atogepant for the preventive treatment of migraine. *N Engl J Med*. 2021;385(8):695-706.

counter. In many other cases, when the ability to self-diagnose is unreliable and/or treatment has greater risks, healthcare providers are required to make a diagnosis and prescribe treatment. For example, a parent might suspect that his toddler who is crying, feels warm, and is tugging on her right ear has an ear infection. A healthcare provider is required to make this diagnosis because these symptoms can be caused by conditions other than acute otitis media; antibiotics have risks, including overuse resulting in the development of bacterial resistance; and inadequately treated ear infections can have significant complications. While individuals may suspect they are experiencing gender dysphoria, healthcare providers are required to diagnose and pharmacologically treat this condition. They do so in part by using their clinical judgment to determine whether the individual fulfills the diagnostic criteria contained in the American Psychiatric Association's (APA) *Diagnostic and Statistical Manual of Mental Disorders*[8] and whether the individual's symptoms are better accounted for by a different diagnosis.

## TERMINOLOGY

**Experimental**

10.    Defendants' experts characterize gender-affirming medical care as

---

[8] American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders*. 5th ed, Text Revision. American Psychiatric Publishing; 2022.

experimental.[9] To the extent that they provide definitions of this term, these definitions are erroneous. Dr. Cantor, for example, contends, "A treatment would continue to be experimental until the demonstration of (1) reliable, clinically meaningful improvement and (2) the reliable estimation of safety risks in randomized, controlled trials (RCTs) or research of equivalent evidence (165)."[10] Dr. Cantor does not provide any references to support his claim. If this definition were correct, which it is not, many widely accepted medical treatments would be classified as experimental, including ones that Defendants' experts accept are not experimental. The use of gonadotropin-releasing hormone (GnRH) analogs to treat central precocious puberty, which Defendants' experts accept,[11] was both approved by the U.S. Food and Drug Administration (FDA) and accepted as the standard of care based on observational studies and not RCTs.[12]

---

[9] Cantor 166, 168-172, 176, 282, Hruz 106, 117, 130, 148, 154-155, Laidlaw 77, 121, 148, 248, Nangia 152, 172, and Thompson 26, 142.

[10] See also "GnRH analogue medications have not been [Food and Drug Administration] approved for this use. The use of [gonadotropin-releasing hormone] analogue medication for this purpose in adolescents is experimental as there have been no randomized controlled trials for this specific use case (Laidlaw 77)."

[11] Cantor 68, 228, 276, Hruz 36-46, and Laidlaw 74-75, 115.

[12] HIGHLIGHTS OF PRESCRIBING INFORMATION [LUPRON DEPOT-PED]. May 2017. Accessed February 26, 2023. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/020263s042lbl.pdf; Mul D, Hughes IA. The use of GnRH agonists in precocious puberty. *Eur J Endocrinol*. 2008;159(Suppl 1):S3-8; Carel JC, Eugster EA, Rogol A, et al. Consensus statement on the use of gonadotropin-releasing hormone analogs in children. *Pediatrics*. 2009;123(4):e752-62.

   Dr. Laidlaw asserts "Dr. Antommaria states with respect to the treatment of precocious puberty and use of [gender affirming treatment] that the 'risks of and evidence for the use of puberty blockers in both conditions are comparable' (Antommaria decl, p. 33). This statement

11.     Dr. Thompson's use of the term "experimental" also demonstrates the falsity of Dr. Cantor's definition. While Dr. Thompson asserts, "[i]n both female and male children, fertility-sparing procedures prior to full pubertal development are nascent and considered to be experimental (88)," she reports without criticism the American Society for Reproductive Medicine's (ASRM) removal of the label "experimental" from ovarian tissue cryopreservation for individuals who were assigned female at birth and have completed puberty (91).[13] The evidence justifying ASRM's decision to remove the label "experimental" was reports of 130 live births using ovarian tissue cryopreservation.[14] Many of these reports are case studies,[15] several are observational studies,[16] and none are RCTs. The difference between non-experimental and experimental cannot therefore depend on the existence of RCTs.

---

fails to recognize the very different effects of [puberty blocking] medication in childhood versus during adolescence (76)." His subsequent discussion in paragraphs 77-78, however, solely focuses on the risks of puberty blockers and does not rebut my claim that its use for these different indications is supported by comparable levels of evidence.

[13] Practice Committee of the American Society for Reproductive Medicine. Fertility preservation in patients undergoing gonadotoxic therapy or gonadectomy: A Committee opinion. *Fertil Steril*. 2019;112(6):1022-1033.

[14] Donnez J, Dolmans MM. Fertility Preservation in Women. *N Engl J Med*. 2017;377(17):1657-1665.

[15] Donnez J, Dolmans MM, Pellicer A, et al. Fertility preservation for age-related fertility decline. *Lancet*. 2015;385(9967):506-507.

[16] Meirow D, Ra'anani H, Shapira M, et al. Transplantations of frozen-thawed ovarian tissue demonstrate high reproductive performance and the need to revise restrictive criteria. *Fertil Steril*. 2016;106(2):467-474.

**Off-Label**

12.     Defendants' experts emphasize that GnRH analogs, testosterone, estrogen, and spironolactone are not approved by the FDA for their use in gender-affirming medical care or, in other words, that they are used "off-label."[17] The fact that a medication is not approved by the FDA for a particular indication does not necessarily mean that this use is experimental or lacks evidence.[18] Off-label use is common in pediatrics. A recent study of children's hospitals found that in 28.1% of encounters, at least one drug was prescribed off-label. Examples of medications prescribed off-label in this study included: albuterol, which is used to treat asthma; morphine, which is used to treat pain; and lansoprazole (Prevacid®), which is used to treat gastroesophageal reflux.[19] The rate of off-label use may be significantly higher in certain age groups, categories of drugs, and clinical settings.[20]

13.     Off-label is not synonymous with unsafe or unproven as Defendants' experts suggest (Cantor 275). Some off-label uses of medications are supported by RCTs. Gabapentin (Neurotin®), for example, is only approved in the U.S. for treatment of postherpetic neuralgia and adjunctive therapy in the treatment of partial

---

[17] Nangia 41-42, 154, and Laidlaw 77, 79, 122, 152.

[18] Frattarelli DA, Galinkin JL, Green TP, et al. Off-label use of drugs in children. *Pediatrics*. 2014;133(3):563-567; Wittich CM, Burkle CM, Lanier WL. Ten common questions (and their answers) about off-label drug use. *Mayo Clin Proc*. 2012;87(10):982-990.

[19] Yackey K, Stukus K, Cohen D, Kline D, Zhao S, Stanley R. Off-label medication prescribing patterns in pediatrics: An update. *Hosp Pediatr*. 2019;9(3):186-193.

[20] Maltz LA, Klugman D, Spaeder MC, Wessel DL. Off-label drug use in a single-center pediatric cardiac intensive care unit. *World J Pediatr Congenit Heart Surg*. 2013;4(3):262-266.

onset seizures.[21] A Cochrane systematic review nonetheless found moderate-quality evidence supporting its use in painful diabetic neuropathy.[22] There are several reasons why a sponsor may not seek FDA approval for a new indication. These reasons can include the lack of economic benefit for the sponsor and the potential sponsor's inability to fund the required studies.[23]

**Standard of Care**

14.     Two of Defendants' experts cite disclaimers that appear in the Endocrine Society's and World Professional Association for Transgender Health's (WPATH) clinical practice guidelines. Dr. Laidlaw, for example, states, "[i]t is notable that the Endocrine Society itself never claimed that its guideline should be considered the standard of care. In fact, quite the opposite. The Endocrine Society states that its 'guidelines cannot guarantee any specific outcome, nor do they establish a standard of care (193).'"[24] When the organizations assert that their guidelines do not establish a "standard of care," they are using this term in the

---

[21] HIGHLIGHTS OF PRESCRIBING INFORMATION [NEURONTIN]. October 2017. Accessed February 27, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/020235s064_020882s047_021129s046lbl.pdf.
[22] Wiffen PJ, Derry S, Bell RF, et al. Gabapentin for chronic neuropathic pain in adults. *Cochrane Database Syst Rev*. 2017;6(6):CD007938.
[23] Wittich CM, Burkle CM, Lanier WL. Ten common questions (and their answers) about off-label drug use. *Mayo Clin Proc*. 2012;87(10):982-990.
[24] See also Cantor 93, 255.

technical legal sense used in malpractice litigation,[25] not in the colloquial sense used by medical professionals to denote an established or recommended practice. The disclaimers emphasize that clinicians must use their judgment in applying the guideline's recommendations to individual patients. Such disclaimers are not unique to guidelines regarding gender-affirming medical care. The Endocrine Society's clinical practice guideline for congenital adrenal hyperplasia, for example, also contains a disclaimer.[26]

## CLINICAL PRACTICE GUIDELINES

**Development Process**

15.     Citing reports by the World Health Organization (WHO) and the Institute of Medicine (IOM), Dr. Cantor criticizes the authors, both individuals and institutions, of clinical practice guidelines for gender dysphoria for having conflicts of interest (S96-S120).[27] According to Dr. Cantor, clinical practice guidelines cannot be developed by professional medical organizations because the guidelines might affect members' incomes (S102-S106) and individuals who author

---

[25] Cooke BK, Worsham E, Reisfield GM. The elusive standard of care. *J Am Acad Psychiatry Law*. 2017;45(3):358-364.

[26] Speiser PW, Arlt W, Auchus RJ, et al. Congenital adrenal hyperplasia due to steroid 21-hydroxylase deficiency: An Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab*. 2018;103(11):4043-4088. See also Endocrine Society guideline methodology. Accessed March 3, 2024. Available at https://www.endocrine.org/-/media/endocrine/files/cpg/methodology-page-refresh/endocrine_society_guideline_methodology_links.pdf.

[27] See also Curlin 44-46.

guidelines should have neither financial nor intellectual conflicts of interest (S107-S120). Financial conflicts of interest include income from clinical services and intellectual conflicts of interest include prior publication of study or systematic review that is part of the evidence base.[28] He holds out health care authorities in countries with national health care systems as exemplars of entities free from potential conflicts of interest (S105).

16.    Dr. Cantor characterizes the WHO's and IOM's standards as bare minimums when they are instead ideal standards that individuals and organizations can seek to achieve but that are infrequently met in actual practice. The only organization in the U.S. of which I am aware that potentially meets Dr. Cantor's expectations is the U.S. Preventive Services Task Force (USPSTF). The USPSTF is convened and supported by the U.S. Department of Health and Human Services' Agency for Healthcare Research and Quality.[29] It is important to note that the USPSTF does not exclude all potential conflicts of interest but has policies and procedures to manage them.[30] USPSTF's scope is limited to making recommendation about clinical preventive services, like screenings and

---

[28] Institute of Medicine. *Clinical Practice Guidelines We Can Trust.* The National Academies Press; 2011. See page 79.

[29] U.S. Preventive Services Task Force. About the USPSTF. Accessed March 1, 2024. Available at https://www.uspreventiveservicestaskforce.org/uspstf/about-uspstf.

[30] U.S. Preventive Services Task Force. Conflict of interest disclosures. February 2024. Accessed March 1, 2024. Available at https://www.uspreventiveservicestaskforce.org/uspstf/about-uspstf/conflict-interest-disclosures.

preventative medications,[31] and recommendations for medical treatments, such as gender-affirming medical care, are outside of its scope. I am unaware of a comparable U.S. organization that develops clinical practice guidelines for medical treatments. The IOM, renamed the National Academy of Medicine, whom Dr. Cantor cites, for example, does not produce clinical practice guidelines.

17.     While it would be desirable for the federal government to establish an agency to develop clinical practice guidelines on medical and surgical treatments, perfect should not be made the enemy of good. Professional medical organizations provide a valuable service to their members and the patients they treat by using their own resources to develop clinical practice guidelines in the absence of a better alternative. These organizations generally have policies and procedures to manage conflicts of interest and acknowledge remaining potential conflicts of interest in the published guidelines. The Endocrine Society, for example, requires potential authors to disclose potential conflicts of interest including relationships with non-commercial organizations and paid or unpaid expert testimony.[32] Stephen

---

[31] U.S. Preventive Services Task Force. About the USPSTF. Accessed March 1, 2024. Available at https://www.uspreventiveservicestaskforce.org/uspstf/about-uspstf.

[32] Endocrine Society. Conflict of interest policy and procedures for Endocrine Society clinical practice guidelines. June 2019. Accessed March 1, 2024. Available at https://www.endocrine.org/-/media/endocrine/files/cpg/methodology-page-refresh/conflict_of_interest_cpg_final.pdf. The policy at the time the guideline on the endocrine treatment of gender-dysphoric/gender-incongruent persons was published, as best as I can discern, was Endocrine Society. Clinical practice guideline methodology. 2017. Accessed March 1, 2024. Available at

M. Rosenthal's disclosure in the Endocrine Society's clinical practice guideline for the endocrine treatment of gender-dysphoric/gender-incongruent persons reads, "financial or business/organizational interests: AbbVie (consultant), National Institutes of Health (grantee), significant financial interest or leadership position: Pediatric Endocrine Society (immediate past president)." [33]

18.     Health care authorities in national health care systems, contrary to Dr. Cantor's assertion, are subject to political pressures.[34] Furthermore, none of the European health authorities to which he points, see below, have produced a clinical practice guideline for gender dysphoria that consistently grades the quality of the evidence and the strength of the recommendations.

19.     Dr. Kaliebe suggests that small, self-selected groups of individuals can usurp control of medical professional associations (88. See also 178-179).[35] It is unclear how this can happen. The task forces writing clinical practice guidelines

https://web.archive.org/web/20170627174844/http://www.endocrine.org/education-and-practice-management/clinical-practice-guidelines/methodology.

[33] Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: An Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab*. 2017;102(11):3895.

[34] McPherson SJ, Speed E. NICE rapid guidelines: Exploring political influence on guidelines. *BMJ Evid Based Med*. 2022;27(3):137-140.

[35] Dr. Curlin emphasizes the "social pressure and fear of censure (47)" faced by those with concerns about gender-affirming medical care (47-51). He, however, fails to mention the threats made against individuals and institutions who provide gender-affirming medical care in this unfortunately polarized climate. See, for example, Yang, M. Boston Children's hospital receives bomb threat after far-right harassment. *The Guardian.* August 31, 2022. Accessed March 1, 2024. Available at https://www.theguardian.com/us-news/2022/aug/31/boston-childrens-hospital-bomb-threat-far-right-lgbtq.

do not self-organize. The Endocrine Society's Clinical Guidelines Subcommittee is responsible for the selection of topics and the establishment of guideline development task forces. The members of the Subcommittee are appointed by the Society's governing body, whose members are in turn elected by the Society's membership. Furthermore, the vetting of guidelines is a multistep process that includes a member comment period.[36]

20.     I am unable to comment on many of Dr. Kaliebe's other claims as they focus on the American Academy of Child and Adolescent Psychiatry, the American Psychological Association, and the APA and, therefore, are not relevant to the opinions that I expressed in my expert report. I can, however, comment on his opinion that "medical organizations and journals have recently prioritized advocacy over science when it comes to considering treatment for gender dysphoric young people (56)."

---

[36] There are limitations in the ability to characterize the Endocrine Society's policies and procedures at the time "Endocrine treatment of gender-dysphoric/gender-incongruent persons" was developed and published because of subsequent updates to the Society's website. Some of the historical information is available from the Internet Archive. See Endocrine Society. Clinical practice guideline methodologies. Accessed May 29, 2023. Available at https://web.archive.org/web/20160423122347/http://www.endocrine.org/education-and-practice-management/clinical-practice-guidelines/methodologies; Endocrine Society. Clinical practice guideline methodology. Accessed May 28, 2023. Available at https://web.archive.org/web/20170627174844/http://www.endocrine.org/education-and-practice-management/clinical-practice-guidelines/methodology. See also Endocrine Society. Endocrine Society Bylaws. June 2016. On file with the author.

    Subsequent changes to these policies and procedures should be seen as improvements and enhancements of the prior ones, rather than as a repudiation of them. See McCartney CR, Corrigan MD, Drake MT, et al. Enhancing the trustworthiness of the Endocrine Society's clinical practice guidelines. *J Clin Endocrinol Metab*. 2022;107(8):2129-2138.

21.     *Pediatrics*, the American Academy of Pediatrics' (AAP) flagship journal, prioritizes science and has a history of publishing views that are, at times, critical of AAP.[37] The AAP, for example, produced a revised, clinical practice guideline for the diagnosis and management of the initial urinary tract infections (UTIs) in febrile infants and children 2 to 24 months of age that was published in September 2011.[38] The guideline recommended febrile infants with UTIs should undergo renal and bladder ultrasonography but not voiding cystourethrograms (VCUGs) unless the ultrasound revealed findings consistent with high-grade vesicular ureteral reflux or obstructive uropathy. *Pediatrics* published an accompanying commentary to the guideline in which the author made alternative recommendations that the author believed were supported by the available evidence.[39] In April 2012, the journal published another commentary, this time by the Executive Committee of the Section on Urology, critical of the guideline's recommendation against performing VCUGs, and a response by several of the

---

[37] I am a member of *Pediatrics'* Executive Editorial Board but was not involved in any of the decisions that I describe below.

[38] Subcommittee on Urinary Tract Infection, Steering Committee on Quality Improvement and Management, Roberts KB. Urinary tract infection: Clinical practice guideline for the diagnosis and management of the initial UTI in febrile infants and children 2 to 24 months. *Pediatrics*. 2011;128(3):595-610.

[39] Newman TB. The new American Academy of Pediatrics urinary tract infection guideline. *Pediatrics*. 2011;128(3):572-575.

guideline's authors.[40]

22.     With respect to gender-affirming medical care, *Pediatrics* has published comments on its website and Letters to the Editor in the journal critical of articles on gender-affirming medical care. For example, Jack Turban and colleagues argued that the sex assigned at birth ratio of transgender and gender diverse adolescents in the U.S. does not favor individuals assigned female at birth.[41] *Pediatrics* posted four critical comments on its website, including one by Lisa Littman.[42] It subsequently published one comment as a Letter to the Editor. The letter writers state that they "identified critical theoretical and methodological concerns specific to [the study's] conceptualization of social contagion and its data analysis."[43] A reply by Dr. Turban and his colleagues includes additional analyses of the data in response to the commenters' criticisms.[44] *Pediatrics'* posting and

---

[40] Wan J, Skoog SJ, Hulbert WC, et al. Section on Urology response to new guidelines for the diagnosis and management of UTI. *Pediatrics*. 2012;129(4):e1051-1053; Roberts KB, Finnell SM, Downs SM. Response to the AAP Section on Urology concerns about the AAP urinary tract infection guideline. *Pediatrics*. 2012;129(4):e1054-1056.

[41] Turban JL, Dolotina B, King D, Keuroghlian AS. Sex assigned at birth ratio among transgender and gender diverse adolescents in the United States. *Pediatrics*. 2022;150(3):e2022056567.

[42] AAP Publications: Pediatrics. Sex assigned at birth ratio among transgender and gender diverse adolescents in the United States. Accessed March 3, 2024. Available at https://publications.aap.org/pediatrics/article/150/3/e2022056567/188709/Sex-Assigned-at-Birth-Ratio-Among-Transgender-and?autologincheck=redirected.

[43] Lett E, Everhart A, Streed C, Restar A. Science and public health as a tool for social justice requires methodological rigor. *Pediatrics*. 2022;150(6):e2022059680.

[44] Turban JL, Dolotina B, King D, Keuroghlian AS. Author response to: Science and public health as a tool for social justice requires methodological rigor. *Pediatrics*. 2022;150(6):e2022059680.

publication of these criticisms belies Dr. Kaliebe's claims.

23.     Dr. Hruz is also critical of the process for the development of the

Endocrine Society's clinical practice guideline. He, for example, states, "The

committee that drafted these guidelines was composed of *less than a dozen*

members (102, italics in original)." This is not uncommon. The Endocrine

Society's pediatric obesity guideline has seven authors[45] and the congenital adrenal

hyperplasia guideline 11.[46] It is important to balance the diversity of perspectives

with efficiency. In addition to review by the Clinical Guidelines Sub-committee,

Clinical Affairs Core Committee, and co-sponsoring organizations (if applicable),

Society members are afforded the opportunity to provide feedback on proposed

guidelines.[47] A vote of the membership is not necessary for approval because, like

legislatures, professional medical organizations generally function as

representative, rather than direct, democracies with officers being elected by the

membership.[48] Contra Dr. Hruz, guidelines undergo external review in the form of

peer review prior to their publication in the *Journal of Clinical Endocrinology &*

---

[45] Styne DM, Arslanian SA, Connor EL, et al. Pediatric obesity-assessment, treatment, and prevention: An Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab*. 2017;102(3):709-757.
[46] Speiser PW, Arlt W, Auchus RJ, et al. Congenital adrenal hyperplasia due to steroid 21-hydroxylase deficiency: An Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab*. 2018;103(11):4043-4088.
[47] Vigersky RA, Bhasin S, Martin KA. The Endocrine Society clinical practice guidelines: a self-assessment. *J Clin Endocrinol Metab*. 2013;98(8):3174-3177.
[48] Endocrine Society. Bylaws. May 2019. Accessed March 1, 2024. Available at https://www.endocrine.org/-/media/endocrine/files/about/bylaws.pdf.

*Metabolism.*[49]

**Quality of Evidence**

24.     Defendants' experts make a variety of arguments regarding the quality

of evidence supporting gender-affirming medical care, none of which justifies

criminalizing gender-affirming medical care. Dr. Cantor, for example, emphasizes

systematic reviews of the literature's conclusions regarding the level of evidence

supporting gender-affirming medical care (5, 40-43, 74-76, 79-88) but omits the

fact that systematic reviews do not make treatment recommendations. The

Cochrane Collaboration defines systematic reviews as follows: "A systematic

review attempts to collate all empirical evidence that fits pre-specified eligibility

criteria in order to answer a specific research question. It uses explicit, systematic

methods that are selected with a view to minimizing bias, thus providing more

reliable findings from which conclusion can be drawn and decisions made."[50]

While systematic reviews provide findings upon which recommendations can be

made, they, unlike clinical practice guidelines, do not make treatment

recommendations.[51] Citing their conclusions about the quality of the evidence is

---

[49] Vigersky RA, Bhasin S, Martin KA. The Endocrine Society Clinical Practice Guidelines: a self-assessment. *J Clin Endocrinol Metab*. 2013;98(8):3174-3177.
[50] Cochrane Collaboration. "What is a systematic review?" in *Cochrane Handbook for Systematic Reviews of Interventions.* Version 5.1.0. ed. Higgins JPT, Green S. March 2011. Accessed May 26, 2023. Available at https://handbook-5-1.cochrane.org/chapter_1/1_2_2_what_is_a_systematic_review.htm.
[51] National Heart, Lung, and Blood Institute. About systematic evidence reviews and clinical practice guidelines. Accessed May 26, 2023. Available at https://www.nhlbi.nih.gov/node/80397.

therefore not sufficient to demonstrate recommendations for gender-affirming

medical care are inappropriate.

25.     Dr. Cantor cites the meta-epidemiological study by Helene

Moustgaard and her colleagues in support of his claim that blinding/masking

makes little or no difference to the quality of the evidence in practice (51). Dr.

Moustgaard and her coauthors, however, state, "Meta-epidemiological studies are

observational and so estimated effects of trial characteristics could be confounded"

and "At this stage, replication of this study is suggested and blinding should

remain a methodological safeguard in trials."[52] Dr. Cantor, therefore, fails to

acknowledge a significant limitation of meta-epidemiological studies, a limitation

that he emphasizes in his criticisms of observational studies of gender-affirming

medical care, and contradicts the authors' own conclusions.

26.     Dr. Laidlaw's contention that "Dr. Antommaria fails to recognize that

the purpose and use of hormones and surgeries in [gender-affirming treatment] is

fundamentally different than cardiopulmonary resuscitation for life support (192)"

entirely misses the point. I cited the American Heart Association's guideline for

Pediatric Basic and Advanced Life Support in my expert report as an example of

---

[52] Moustgaard H, Clayton GL, Jones HE, et al. Impact of blinding on estimated treatment effects in randomized clinical trials: Meta-epidemiological study. *BMJ*. 2020;368:l6802.

   Dr. Cantor later contends that Dr. McNamara and I misrepresent or misunderstand the role of RCTs in clinical trials (293). In doing so, he either misrepresents or misunderstands my position. I do not argue that it is impossible to perform unblinded/unmasked RCTs; I argue that inadequate blinding/masking lowers the quality of the evidence such RCTs provide.

the limited high- and moderate-quality evidence available in pediatrics. The purposes of gender-affirming medical care and cardiopulmonary resuscitation are irrelevant to the level of evidence that supports these practices.

27.     Dr. Hruz asserts that RCTs and adequately controlled longitudinal studies of alternatives to gender-affirming medical care can be conducted ethically (125, 133).[53] He fails, however, to describe adequately the design of such studies or analyze how they fulfill the criteria for ethical research. He simply references a 2002 article by Jeremy Sugarman.[54] Dr. Sugarman does not discuss gender dysphoria or gender-affirming medical care and Dr. Hruz does not demonstrate how the studies he envisions fulfill the requirements outlined in Dr. Sugarman's article. Dr. Hruz also asserts "before offering gender affirming care as a standard treatment there is an ethical imperative to conduct clinical trials to assess the validity of alternative hypotheses for effective treatment (125)." This assertion is without foundation. There are a large, if not infinite, number of alternative hypotheses and no reason why they must all be evaluated. Doing so would forestall the use of effective treatment indefinitely. Dr. Hruz also does not identify on whom this putative imperative rests. One might reasonably argue that it rests on those

---

[53] See also Cantor 263, 265. Contra both Drs. Hruz and Cantor, I believe that the type of study that they are proposing is a randomized, double-blind/masked, placebo-controlled trial comparing mental health care and gender-affirming medical care with mental health care and placebo.

[54] Sugarman J. Ethics in the design and conduct of clinical trials. *Epidemiol Rev.* 2002;24(1):54-58.

who advocate for the alternative hypotheses.

28.     Dr. Curlin asserts that equipoise exists for randomized, placebo-controlled trials of gender-affirming medical care (17). He does not, however, provide the type of evidence one would anticipate an individual with his particular background would provide to support this assertion, and the evidence that he does provide is inadequate. Dr. Curlin conducts empirical research on physicians' attitudes and practices regarding "controversial" practices (5). He does not, however, offer the results of a survey of researchers' and/or potential participants' opinions about the potential benefits and risks of gender-affirming medical care and potential control interventions to support his assertion.

29.     Dr. Curlin instead takes Drs. Cantor and Laidlaw's opinions as premises (14-15) and fails to offer an adequate, independent assessment of the evidence. For example, in support of his claim "[a] clinical trial of [medicalized gender transition] on minors would likely violate other accepted principles of medical ethics as well (59, see also 18 and 67)," Dr. Curlin states that "animal studies relevant to safety that can be done have not been done (67)." Contrary to Dr. Curlin's assertion, two groups have developed mouse models of gender-affirming medical care and both have shown that female mice are capable of

fertility following treatment with GnRH analogs and then testosterone.[55]

30.     The erroneous nature of Dr. Curlin's general claim is demonstrated by the approval of the research studies of gender-affirming medical care by multiple IRBs. The ongoing prospective, observational multi-institutional study of gender-affirming medical care was, for example, approved by institutional review boards at the Ann and Robert H. Lurie Children's Hospital of Chicago, University of California San Francisco Benioff Children's Hospital, Boston Children's Hospital, and Children's Hospital Los Angeles.[56] Dr. Curlin provides no explanation for this inconsistency between his opinion and actual IRB behavior.

31.     Dr. Curlin, has not proven his point, and even if he had, it would not justify criminalizing gender-affirming medical care. His argument at most justifies additional research on gender-affirming medical care that the ban precludes.

32.     None of Defendants' experts' arguments regarding the quality of the evidence for gender-affirming medical care therefore proves that this evidence is inadequate or that higher quality evidence can be ethically obtained.

---

[55] Cruz DC, Wandoff A, Brunette M, Padmanabhan V, Shikanov A, Moravek MB. In vitro fertilization outcomes in a mouse model of gender-affirming hormone therapy in transmasculine youth. *F S Sci*. 2023;4(4):302-310; Godiwala P, Uliasz TF, Lowther KM, Kaback D, Mehlmann LM. Puberty suppression followed by testosterone therapy does not impair reproductive potential in female mice. *Endocrinology*. 2023;164(11):bqad145.
[56] Chen D, Berona J, Chan YM, et al. Psychosocial functioning in transgender youth after 2 years of hormones. *N Engl J Med*. 2023;388(3):240-250.

**Strength of Recommendations**

33.     Similarly, none of Defendants' experts' various arguments regarding the recommendations for gender-affirming medical care justify criminalizing it. Dr. Cantor draws a distinction between scientific and clinical expertise (9-15, see also 269) and emphasizes the relevance of his putative scientific expertise. Scientific expertise is not, however, sufficient for making treatment recommendations. The quality of the evidence, which is assessed by individuals with scientific expertise, is only one factor considered in clinical practice guidelines when making recommendations and rating their strength. The other factors are the balance between the desirable and undesirable outcomes, the confidence in values and preferences and variability, and resource use.[57] Clinical expertise is necessary to understand the potential benefits, risks, and patients' values and preferences; to balance the potential benefits and risks from the patients' perspective; and to develop and rate treatment recommendations.

34.     Dr. Hruz asserts that my comparison of the Endocrine Society's three pediatric clinical practice guidelines is faulty because the risks of gender-affirming medical care are greater than the risks of treating obesity (101). The purpose of my comparison was to demonstrate that the level of evidence in each guideline is

---

[57] Andrews JC, Schunemann HJ, Oxman AD, et al. GRADE guidelines: 15. Going from evidence to recommendation-determinants of a recommendation's direction and strength. *J Clin Epidemiol*. 2013;66(7):726-735.

comparable, which it is. The validity of using low- or very low-quality evidence to justify recommendations is not primarily based on comparisons between clinical practice guidelines. The justification is primarily internal to a guideline—the balance between the desirable and undesirable outcomes, quality of the evidence, and confidence in values and preferences and their variability support the recommendation. While the quality of the evidence should be proportionate to the magnitude of the risk, the benefits should also balance the risks and the quality of the evidence is reflected in the strength of the recommendation.[58]

35.    Recommendations in clinical practice guidelines for treatments that entail significant risks are often based on low- or very-low quality evidence. For example, guidelines for the diagnosis and treatment of childhood-onset lupus nephritis make recommendations for the use of cyclophosphamide which can cause infertility. These recommendations are based on descriptive studies and expert opinion[59] which the Grading of Recommendations Assessment, Development and Evaluation (GRADE) approach would likely classify as very low-quality.[60]

---

[58] Andrews JC, Schunemann HJ, Oxman AD, et al. GRADE guidelines: 15. Going from evidence to recommendation-determinants of a recommendation's direction and strength. *J Clin Epidemiol*. 2013;66(7):726-735.

[59] Groot N, de Graeff N, Marks SD, et al. European evidence-based recommendations for the diagnosis and treatment of childhood-onset lupus nephritis: the SHARE initiative. *Ann Rheum Dis*. 2017;76(12):1965-1973. See also Mina R, von Scheven E, Ardoin SP, et al. Consensus treatment plans for induction therapy of newly diagnosed proliferative lupus nephritis in juvenile systemic lupus erythematosus. *Arthritis Care Res (Hoboken)*. 2012;64(3):375-383.

[60] Balshem H, Helfand M, Schunemann HJ, et al. GRADE guidelines: 3. Rating the quality of evidence. *J Clin Epidemiol*. 2011;64(4):401-406.

36.     Several of Defendants' experts cite comments made by Gordon Guyatt regarding the Endocrine Society's and WPATH's clinical practice guidelines.[61] These comments appear in a features article in the *BMJ*[62] written by an independent journalist,[63] a tweet by Dr. Guyatt,[64] and an article in the *New York Times*[65] rather than in a peer reviewed article written by Dr. Guyatt himself. One of the potential criticisms is that the Endocrine Society's clinical practice guideline makes strong recommendations based on low- or very low-quality evidence. Dr. Guyatt and his colleagues have found that making strong recommendations based on low- or very low-quality evidence is not unique to guidelines about gender-affirming medical care or by the Endocrine Society. They examined clinical practice guidelines by the Endocrine Society and the WHO and found that 33.9% (121 of 357) and 55.4% (160 of 289) of the strong recommendations respectively were based on low- or very low-quality evidence.[66] The GRADE approach does

---

[61] Cantor 92, 102, S83-S85, Hruz 99-100, Kaliebe 116, and Laidlaw 200.

[62] Block J. Gender dysphoria in young people is rising-and so is professional disagreement. *BMJ*. 2023;380:382.

[63] Jennifer Block. Bio. Accessed March 3, 2024. Available at http://jenniferblock.com/bio/.

[64] @GuyattGH. Current American guidelines for managing gender dysphoria in adolescents untrustworthy. Don't acknowledge the very low certainty evidence regarding alternatives and do not make the very guarded weak/conditional recommendations appropriate for such evidence. Posted March 29, 2023. Accessed March 2, 2024. Available at https://twitter.com/GuyattGH/status/1641183448063967233?s=20.

[65] Ghorayshi, A. Medical group backs youth gender treatments, but call for research review. *The New York Times.* August 3, 2023. Accessed March 2, 2024. Available at https://www.nytimes.com/2023/08/03/health/aap-gender-affirming-care-evidence-review.html.

[66] Brito JP, Domecq JP, Murad MH, Guyatt GH, Montori VM. The Endocrine Society guidelines: When the confidence cart goes before the evidence horse. *J Clin Endocrinol Metab*.

not, however, preclude this from being done and identifies five situations in which

it is appropriate.[67] In Dr. Guyatt and his colleagues' study of the Endocrine

Society's guidelines, they found that three of the eight strong recommendations

based on low or very low quality evidence in the first version of the gender-

affirming medical care guideline fulfilled these conditions including "we

recommend that suppression of pubertal hormones start when girls and boys first

exhibit physical changes of puberty …, but no earlier than Tanner stages 2-3" and

"we recommend that GnRH analogues be used to achieve suppression of pubertal

hormones."[68] Even if the Endocrine Society were to have inappropriately made a

---

2013;98(8):3246-3252; Alexander PE, Bero L, Montori VM, et al. World Health Organization recommendations are often strong based on low confidence in effect estimates. *J Clin Epidemiol*. 2014;67(6):629-634. Dr. Guyatt and his colleagues also conducted a study of guidelines developed by the American College of Cardiology and the American Heart Association, and the American Society of Clinical Oncology and found at 32.4% (232 of 715) and 21.7% (122 of 561) of their recommendations respectively were discordant—strong recommendations based on low quality evidence. These organizations do not, however, use the GRADE approach in describing the quality of the evidence or the strength of the recommendations. Yao L, Ahmed MM, Guyatt GH, et al. Discordant and inappropriate discordant recommendations in consensus and evidence based guidelines: Empirical analysis. *BMJ*. 2021;375:e066045.

[67] Andrews JC, Schunemann HJ, Oxman AD, et al. GRADE guidelines: 15. Going from evidence to recommendation-determinants of a recommendation's direction and strength. *J Clin Epidemiol*. 2013;66(7):726-735. One of these five situations is, for example, when there are two alternatives and, although there is low-quality evidence regarding the relative benefit of the first alternative, there is high-quality evidence of the relative harm of the second alternative.

It is unclear to me why Dr. Cantor references Chong et al. 2023 and WHO 2014 (S59-S65) rather than the GRADE guidelines themselves. His analysis of the direction of the recommendation in these situations mischaracterizes the GRADE approach. He identifies a recommendation against an intervention in four out of five scenarios (S64) when GRADE articulates a recommendation for an intervention in two scenarios, against an intervention in two scenarios, and for an intervention and against another intervention in one scenario.

[68] Brito JP, Domecq JP, Murad MH, Guyatt GH, Montori VM. The Endocrine Society guidelines: When the confidence cart goes before the evidence horse. *J Clin Endocrinol Metab*. 2013;98(8):3246-3252. See Supplemental Table 4. Contrast Cantor S65.

strong recommendation for an intervention based on low- or very low-quality evidence, and I am not conceding that it did, the requisite correction would be to make a weak recommendation for the intervention and not a strong recommendation against it.

## EUROPEAN STATEMENTS

37.    Defendants' experts reference the reports and decisions of European organizations and agencies.[69] Most importantly, no European country has banned gender-affirming medical care as has Alabama. The experts' appeals to this material do not undermine the Endocrine Society's and WPATH's clinical practice guidelines for several reasons including (i) the experts selectively cite material, (ii) the material they cite is frequently not available in official English translation, (iii) the experts misrepresent this material, and (iv) they hold this material to a different standard.

38.    No European country has banned gender affirming medical care as has Alabama. The only categorical prohibition of a form of gender-affirming medical care appears to be the Finnish Council for Choices in Health Care's statement, "[s]urgical treatments are not part of the treatment methods for

---

[69] Cantor 16-37, 74, 79-88, 168-172, 210, 217, Curlin 16, 18, 20-25, 35-36, Hruz Page 79, Paragraphs 134-137, Kaliebe 50-51, and Laidlaw 238-244.

dysphoria caused by gender-related conflicts in minors."[70] Surgical treatment is, however, not at issue in this litigation. Pubertal suppression and gender affirming hormone treatment are nonetheless permitted for minors in Finland.[71] NHS England's recent decision to not make GnRH analogs available as "a routine commissioning treatment option" for treating gender dysphoria is also not a ban.[72] This policy does not apply to private healthcare in England and patient's clinicians can apply to treat patients with GnRH analogs though the Individual Funding Request process.[73] Furthermore, Alabama's law would not only ban gender-affirming medical care, but also the research on gender-affirming medical care for which Defendants' experts and these European countries call.

    39.    Dr. Cantor claims, based on his experience of working within the

---

[70] Palveluvalikoima. Summary: Medical treatment methods for dysphoria associated with variations in gender identity in minors – recommendations. June 16, 2020. Accessed March 3, 2024. Available at https://palveluvalikoima.fi/documents/1237350/22895008/Summary_minors_en+(1).pdf/fa2054c5-8c35-8492-59d6-b3de1c00de49/Summary_minors_en+(1).pdf?t=1631773838474.

[71] Palveluvalikoima. Summary: Medical treatment methods for dysphoria associated with variations in gender identity in minors – recommendations. June 16, 2020. Accessed March 3, 2024. Available at https://palveluvalikoima.fi/documents/1237350/22895008/Summary_minors_en+(1).pdf/fa2054c5-8c35-8492-59d6-b3de1c00de49/Summary_minors_en+(1).pdf?t=1631773838474.

[72] NHS England. Clinical Policy: Puberty suppressing hormones (PSH) for children and young people who have gender incongruence / gender dysphoria [1927]. March 12, 2024. Accessed March 22, 2024. Available at https://www.england.nhs.uk/wp-content/uploads/2024/03/clinical-commissioning-policy-gender-affirming-hormones-v2.pdf.

[73] NHS England. Consultation report for the clinical policy on puberty suppressing hormones for children and adolescents who have gender incongruence / gender dysphoria. March 12, 2024. Accessed March 22, 2024. Available at https://www.england.nhs.uk/publication/clinical-policy-puberty-suppressing-hormones/.

Canadian and U.S. health care systems, "I can observe that countries with centralized public health care systems (such as Canada and European nations), have direct control over what treatments are or are not administered within those nations, while the decentralized and often private health care system of the U.S. must rely on different mechanisms of control (269)." Dr. Cantor draws too sharp of a distinction. To the best of my knowledge, the health care systems of all the countries under discussion, including the U.S., have both public and private components.[74] I will reiterate that none of these countries has banned gender-affirming medical care; doing so would require action governing both the public and private systems.

40.     Defendants' experts do not provide a systematic review of all European policies; they selectively reference policies that they characterize as supporting their position. In contrast, Spain has passed legislation expanding rights for transgender adolescents.[75]

41.     Much of the material on which Defendants' experts rely is not available in official English translations. Dr. Cantor, for example, references two Finnish documents, Pasternack 2019 (22) and COHERE Recommendation 2020

---

[74] See, for example, Mason C. Public-private health care delivery becoming the norm in Sweden. *CMAJ.* 2008;179(2):129-131; U.S. Department of Veterans Affairs. Veterans Health Administration. Accessed March 3, 2024. Available at https://www.va.gov/health/.

[75] Bubola, E, Bautista J. Spain allows legal gender change without a medical evaluation. *The New York Times.* February 16, 2023. Accessed February 29, 2023. Available at https://www.nytimes.com/2023/02/16/world/europe/spain-gender-change.html.

(24), quoting from the latter. These documents are in Finnish and official English

translations, even of executive summaries, which nonetheless may leave out key

information, are not available.[76] Dr. Cantor's Curriculum Vita, Appendix 1, does

not indicate that he has reading competency in Finnish. If Dr. Cantor were to have

used translation software like Google Translate, there is evidence that such

software is unreliable to translate medical documents.[77] Dr. Hruz (Footnotes 300,

309, 310) references documents posted on the Society for Evidence Based Gender

Medicine's (SEGM) website and translated somehow by the organization. SEGM

is an advocacy organization[78] and it does not provide information affirming the

reliability of its translations such as documentation that the translations were

---

[76] Pasternack I, Söderström I, Saijonkari M, Mäkelä M. Lääketieteelliset menetelmät sukupuolivariaatioihin liittyvän dysforian hoidossa. Systemaattinen katsaus. May 15, 2019. Accessed March 3, 2024. Available at https://palveluvalikoima.fi/documents/1237350/22895008/Valmistelumuistion+Liite+1.+Kirjallis uuskatsaus.pdf/5ad0f362-8735-35cd-3e53-3d17a010f2b6/Valmistelumuistion+Liite+1.+Kirjallisuuskatsaus.pdf?t=1592317703000; Palveluvalikoima. Palveluvalikoimaneuvoston suositis: Alaikäisten sukupuoli-identiteetin variaatioihin liittyvän dysforian lääketieteelliset hoitomenetelmät. Accessed March 3, 2024. Available at https://palveluvalikoima.fi/documents/1237350/22895008/Alaik%C3%A4iset_suositus.pdf/c987 a74c-dfac-d82f-2142-684f8ddead64/Alaik%C3%A4iset_suositus.pdf?t=1592317701000. See also Roman's (21) reference to Trysell K. De flesta har skärpt rutiner för ny hormonbehandling hos minderåriga. September 9, 2021. Accessed March 3, 2024. Available at https://lakartidningen.se/aktuellt/nyheter/2021/08/de-flesta-har-skarpt-rutiner-for-ny-hormonbehandling-hos-minderariga/.
[77] Cornelison BR, Al-Mohaish S, Sun Y, Edwards CJ. Accuracy of Google Translate in translating the directions and counseling points for top-selling drugs from English to Arabic, Chinese, and Spanish. *Am J Health Syst Pharm*. 2021;78(22):2053-2058.
[78] Society for Evidence Based Gender Medicine. About Us. Accessed March 3, 2024. Available at https://segm.org/faq.

performed by certified translators.[79] Other documents have broken links[80] or their original sources are not specified.[81] It, therefore, is difficult to evaluate Defendants' experts' claims and it is unclear how they are able to make them in the first place.

42.    With respect to the experts' characterization of these materials, they are frequently inaccurate or incomplete. Dr. Cantor, for example, asserts "These [policy changes by European health care ministries] range from medical advisories to outright bans on the medical transition of minors (16)." As described above, no European county has banned the medical transition of minors. In addition, Dr. Laidlaw emphasizes the closure of the Tavistock and Portman Trust's Gender Identity Development Service (243) without noting its replacement by multiple

---

[79] See, for example, SEGM unofficial translation: Recommendation of the Council for Choices in Health Care in Finland (PALKO / COHERE Finland). Accessed March 3, 2024. Available at https://segm.org/sites/default/files/Finnish_Guidelines_2020_Minors_Unofficial%20Translation_0.pdf.

[80] The link to Swedish Socialstyrelsen Support 2022 (Cantor 25), https://www.socialstyrelsen.se/globalassets/sharepointdokument/artikelkatalog/kunskapsstod/2022-2-7774.pdf, resulted in a 404 error when I attempted to access the page on May 21, 2023 and again on March 3, 2024.

[81] Cantor quotes from "a new policy statement" from the Karolinska Institute, Karolisnka 2021, but does not provide a source for this policy statement in his references or identify who translated it. See also Ukom 2023. While this document does appear to be available on the internet, it is only available in Norwegian. Ukom. Pasientsikkerhet for barn og unge med kjønnsinkongruens. March 9, 2023. Accessed March 3, 2024. Available at https://ukom.no/rapporter/pasientsikkerhet-for-barn-og-unge-med-kjonnsinkongruens/sammendrag.

regional centers.[82]

43.     Finally, some of Defendants' experts emphasize that some European

countries limit the provision of gender-affirming medical care to research protocols

without acknowledging that this research need not be RCTs. Dr. Cantor, for

example, claims "Dr. Antommaria's other argument against RCTs is his belief that

'A randomized trial is unlikely to enroll enough participants.' That belief is also

baseless. Healthcare systems of *entire countries* throughout Europe are limiting *all*

medicalized transition to minors to research studies (266, reference omitted, italics

in original)." He provides no evidence that these studies will be RCTs and in fact

some countries have explicitly stated that this will not be the case. For example,

the Swedish National Board of Health and Welfare (NBHW) states, "[t]o ensure

that new knowledge is gathered, the NBHW further deems that treatment with

GnRH-analogues and sex hormones for young people should be provided within a

research context, which does not necessarily imply the use of randomized

controlled trials (RCTs)."[83]

---

[82] Cass Review. Independent review of gender identity services for children and young people: Interim report. February 2022. Accessed March 3, 2024. Available at https://cass.independent-review.uk/publications/interim-report/.

[83] Socialstyrelsen. Care of children and adolescents with gender dysphoria: Summary. Accessed May 21, 2023. Available at https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2022-3-7799.pdf. Copy on file with the author. See also, The Cass Review. Independent review of gender identity services for children and young people: Interim report. February 2020. Recommendation 8, Page 22. Accessed March 3, 2024. Available at https://cass.independent-review.uk/publications/interim-report/.

44.     None of the documents cited by Defendants' experts meet the standards to which they hold the Endocrine Society's and WPATH's clinical practice guidelines. The Swedish NBHW summary of its December 2022 National Guidelines for the care of children and adolescents with gender dysphoria, for example, does not clearly enumerate its recommendations. Some, but not all, of its recommendations are bulleted and bullets are also used to denote reasons for the recommendations. This makes it difficult to identify the recommendations. The quality of the evidence supporting each recommendation and the strength of the recommendation are also not consistently specified. Finally, it does not appear from the summary that a systematic review of the literature was conducted in the formulation of every recommendation.[84] Defendants' experts appear to hold materials which they believe support their position to a lower standard.

## INFORMED CONSENT

**Parents**

45.     Defendants' experts inappropriately focus on adolescents', rather than their parents', consent.[85] Dr. Nangia, for example, spends 77 paragraphs (71-148) discussing adolescents' ability to provide informed consent. It is, however, only in

---

[84] Socialstyrelsen. Care of children and adolescents with gender dysphoria: Summary of national guidelines. December 2022. Accessed March 3, 2024. Available at https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2023-1-8330.pdf.
[85] Curlin 19, 70-87, Nangia 71.

exceptional circumstances, for example, when a minor has been emancipated by the court, that a minor can legally authorize gender-affirming medical care. The consent of parents or legal guardians is generally required for gender-affirming medical care of minors.

46.     When Dr. Nangia eventually turns to parental consent, she asserts that parents should not be able to consent to their minor children's gender-affirming medical care because doing so violates the minor's future right to autonomy (135, 151) and Dr. Thompson make a similar claim about a minor's right to an open future (8, 27, 88, 120, 136). Although uncited by these experts, the concept of a right to an open future was developed by the legal philosopher Joel Feinberg[86] and the bioethicist Dena Davis.[87] There are substantial problems with this putative right, including the inability to differentiate options and whether they are open or closed, the impossibility of keeping options open, and the undesirability of keeping all options open.[88] For example, Dr. Nangia's claim about gender-affirming care being non-emergent and affecting the rest of a minor's life in every area (135) demonstrates the difficulty determining which options are open or closed. Delaying gender-affirming medical care permits the development of secondary sexual

---

[86] Feinberg, J. The child's right to an open future. In *Whose Child? Children's Rights, Parent Authority, and State Power* ed. Aiken W., LaFollettte, H, 124-153. Totowa, JN: Rowman and Littlefield, 1980.
[87] Davis, DS. Genetic dilemmas and the child's right to an open future. *Rutgers L J.* 1997;28:549-592.
[88] Mills, C. The child's right to an open future? *J Soc Philos.* 2003;34:499-509.

characteristics inconsistent with an individual's gender identity that are partially irreversible and may equally foreclose other options in the individual's life. Using puberty blockers to temporarily keep both options open forecloses, as Defendants' experts emphasize,[89] the option of going through puberty with one's peers. It, therefore, is not possible to keep all options open. Due to the substantial limitations of the theory on which Drs. Nangia and Thompson rely, which they do not acknowledge or address, their claims do not provide an adequate basis for concluding parents are unable to ethically consent to gender-affirming medical care for their minor children.

47.     Drs. Nangia and Thompson's claims highlight the ban's inconsistent treatment of different medical conditions. The ban permits other medical treatments to which their claims regarding the right to an open future would also apply; the ban permits procedures to treat individuals with medically verifiable differences or disorders of sex development (DSD). Non-emergent medical procedures, to which parents can consent, to treat DSD include feminizing genioplasty and gonadectomy. These procedures can result in loss of healthy sexual response and sterilization.[90] Such outcomes contravene children's putative

---

[89] Cantor 232-234, Hruz 72-75, and Laidlaw 114-116.
[90] Jesus LE. Feminizing genitoplasties: Where are we now? *J Pediatr Urol*. 2018;14(5):407-415; Pyle LC, Nathanson KL. A practical guide for evaluating gonadal germ cell tumor predisposition in differences of sex development. *Am J Med Genet C Semin Med Genet*. 2017;175(2):304-314.

right to an open future advocated by Drs. Nangia and Thompson. The ban, therefore, treats different medical conditions inequitably and Defendants' experts' claims highlight the lack of justification for this differential treatment.[91]

48.     Dr. Curlin asserts that parents are unable to ethically consent to gender-affirming medical care because their children are not experiencing imminent bodily harm (19, 94-96). In assessing the potential benefits and risks of gender-affirming medical care, Dr. Curlin draws too sharp a distinction between mental and physical health. Individuals routinely accept risks to their physical health to improve their mental health. For example, the risks of fluoxetine (Prozac®), a commonly prescribed antidepressant, include serotonin syndrome (a potentially life-threatening, neurological disorder), allergic reactions, seizures, significant weight loss, abnormal bleeding, and hyponatremia (low blood sodium, which can result in seizures, coma, respiratory arrest, and death). The issue is the balance between the potential mental and physical benefits and risks of treatment.[92] The harms of gender dysphoria can be substantial and for many individuals the potential benefits of gender-affirming care outweigh its potential risks. Many individuals with medically verifiable DSDs, which the ban exempts, do not fulfill

---

[91] Dr. Nangia also provides cosmetic surgery in minors, specifically breast augmentation for patients under 18 years old, as an example of a procedure for which it is difficult to obtain meaningful informed consent (159-161). This procedure, however, also appears to be permitted under the ban if it is not performed as part of gender-affirming medical care.

[92] HIGHLIGHTS OF PRESCRIBING INFORMATION [PROZAC]. Accessed March 1, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2011/018936s091lbl.pdf.

Dr. Curlin's requirement of imminent bodily harm. Treatments for these conditions may result in loss of healthy sexual response or sterilization.[93]

49.     Claims that parents and legal guardians are inadequately informed or are coerced lack empirical evidence. Dr. Hruz, for example, asserts "[r]esearchers have noted that in the 'affirming' context, 'the informed consent process rarely adequately discloses' either 'the uncertain permanence of a child's or an adolescent's gender identity' or 'the uncertain long-term physical and psychological health outcomes of gender transition (116, see also 106, 117)'" and "Parents are often told by gender affirmation activists or providers that the failure to allow a gender dysphoric child to medically transition will result in suicide. These 'threats' ignore data that challenge this biased assumption (114)."[94] The articles that he cites in support of these claims[95] do not provide empirical data to justify them. Even if these claims regarding voluntariness and disclosure were true, and I am not conceding that they are, there are other less restrictive means to address inadequate informed consent than banning gender-affirming medical care.

---

[93] Jesus LE. Feminizing genitoplasties: Where are we now? *J Pediatr Urol*. 2018;14(5):407-415; Pyle LC, Nathanson KL. A practical guide for evaluating gonadal germ cell tumor predisposition in differences of sex development. *Am J Med Genet C Semin Med Genet*. 2017;175(2):304-314.
[94] See also Thompson 120.
[95] D'Angelo R, Syrulnik E, Ayad S, Marchiano L, Kenny DT, Clarke P. One size does not fit all: In support of psychotherapy for gender dysphoria. *Arch Sex Behav*. 2021;50(1):7-16; Levine SB, Abbruzzese E, Mason JW. Reconsidering informed consent for trans-identified children, adolescents, and young adults. *J Sex Marital Ther*. 2022;48(7):706-727.

Such means include credentialing,[96] licensing,[97] and malpractice litigation.[98]

50.     Defendants' experts' claims that parents cannot understand the relevant information is also without foundation. Dr. Hruz, for example, claims "[s]ince many of the long-term outcomes of gender-affirming interventions are unknown, prospective patients are being asked to consent without sufficient knowledge of inherent risk versus benefit (113)." Uncertainty does not, however, preclude capacity. For example, although the FDA has a rigorous process for reviewing new drugs, it does not eliminate all uncertainty at the time of their approval. This process generally involves preclinical (animal) testing as well as three phases of human clinical trials. Because Phase 3 studies are conducted for a finite period and typically involved several hundred to several thousand people,[99] they cannot identify all possible rare or future risks. The FDA therefore conducts postmarketing surveillance programs. Information from these programs can result

---

[96] Patel R, Sharma S. Credentialing. *StatPearls*. October 24, 2022. Accessed March 3, 2024. Available at https://www.ncbi.nlm.nih.gov/books/NBK519504/.

[97] Federation of State Medical Boards. About Physician Discipline. Accessed March 3, 2024. Available at https://www.fsmb.org/u.s.-medical-regulatory-trends-and-actions/guide-to-medical-regulation-in-the-united-states/about-physician-discipline/.

[98] Dobbs D, Hayden P, Bublick E. Liability of health care providers. *Hornbook on Torts*. 2nd ed. West Academic Publishing; 2016.

[99] U.S. Food & Drug Administration. The FDA's drug review process: Ensuring drugs are safe and effective. November 11, 2017. Accessed March 24, 2024. Available at https://www.fda.gov/drugs/information-consumers-and-patients-drugs/fdas-drug-review-process-ensuring-drugs-are-safe-and-effective.

in updates to the medication's labeling and, rarely, withdrawal of its approval.[100]
The FDA, for example, required a Boxed Warning about mental health side effects,
including the risk of suicidal thoughts or actions, be added to the labeling for the
asthma and allergy drug montelukast (Singulair ®) based on a review of
information available in the postmarket setting.[101] It is not always possible to
know rare or long-term side-effects of medical interventions but this neither
precludes their use nor does it prevent individuals from providing adequate
informed consent.

**Minor Patients**

51.     Dr. Nangia asserts that the tasks necessary for a minor to provide
informed consent for gender-affirming medical care are insurmountable (119, see
also 132-134, 152-156, 168).[102] She describes adolescents' neuro-, psychosocial,
and cognitive development (78-108). While adolescents engage in greater risk
taking than adults (89), this is context dependent. Adolescents, for example, are
more likely to be involved in motor vehicle accidents when driving with other

---

[100] U.S. Food & Drug Administration. Postmarketing surveillance programs. April 2, 2020.
Accessed March 24, 2024. Available at https://www.fda.gov/drugs/surveillance/postmarketing-surveillance-programs.
[101] U.S. Food & Drug Administration. FDA requires Boxed Warning about serious mental health
side effects for asthma and allergy drug montelukast (Singulair); advises restricting use for
allergic rhinitis. March 13, 2020. Accessed March 24, 2024. Available at
https://www.fda.gov/drugs/drug-safety-and-availability/fda-requires-boxed-warning-about-serious-mental-health-side-effects-asthma-and-allergy-drug.
[102] See also Cantor 237 and Hruz 110.

teenagers which is part of the justification for graduated driving licenses.[103] In

contexts that are less emotionally laden and involve less peer influence, adolescent

decision-making capacity is comparable to adults (87, see also 90). It should be

emphasized that health care providers promote calm discussions with parents and

sufficient time to consider decisions, which enhance adolescents' decision-making

capacity. The difference in context accounts for the difference in views of

adolescent decision-making capacity that Kalielbe perceives (97, 107) in the

medical and criminal justice contexts.

52.     Dr. Nangia acknowledges that the MacArthur Competence

Assessment Tool (MacCAT) has been shown to be valid and reliable in children

(79). Lieke J.J.J. Vrouenraets and colleagues used the treatment version of this tool

to assess the capacity of transgender adolescents, who were about to start puberty

suppression, to consent. (Individuals who were not yet Tanner Stage 2 or had

serious psychiatric conditions or psychopathology that would interfere with

treatment were appropriately not included in this study.) Seventy-three adolescents

participated. Their mean age was 14.71 years old, and their ages ranged from 10.63

to 18.34. Sixty-six (89.2%) of the participants were judged to have medical

---

[103] Williams AF, Ferguson SA, McCartt AT. Passenger effects on teenage driving and opportunities for reducing the risks of such travel. *J Safety Res*. 2007;38(4):381-390.

decision-making capacity using this tool.[104]

53.    Dr. Nangia does not discuss this study[105] and the potential reasons for the significant discrepancy between her opinion and this evidence. One potential confounder is her opinion that exploratory therapy is affectatious (117) and her view that "impulse-prone" adolescents are more likely to choose gender-affirming medical care because they perceive it to be "quicker" (118). Dr. Nangia, however, does not present and I am unaware of high-quality evidence, the level of evidence to which Defendants' experts hold gender-affirming medical care, for the efficacy of exploratory therapy to treat gender dysphoria.

54.    The logical conclusion of Dr. Nangia's argument is that the age of majority should be increased until individuals have completed their neurodevelopment in their mid-20s. The ban does not however prohibit all sterilizing procedures on minors, demonstrating again the inequitable treatment of gender-affirming medical care and other forms of medical treatment. The ban, for example, permits gonadectomy in minors with DSD, which causes sterility.

55.    Dr. Lappert erroneously asserts that individuals with gender dysphoria are unable to consent to gender-affirming medical care due to their comorbid mental health conditions; "In all other areas of surgery, a patient who reports major

---

[104] Vrouenraets L, de Vries ALC, de Vries MC, van der Miesen AIR, Hein IM. Assessing medical decision-making competence in transgender youth. *Pediatrics*. 2021;148(6): e2020049643.
[105] See also Curlin 78, 87.

depression, anxiety, suicidal ideation, or suicide attempt would be considered incompetent to give informed consent for surgery (42)."[106] In contrast, a systematic review of the literature found that decision-making capacity was impaired in only a minority, 9-31%, of patients with depression.[107] Categorial statements like Dr. Lappert's are inaccurate; individual assessment is required.

56.    Dr. Thompson's argument regarding informed consent, if it were sound, which it is not, does not justify prohibiting gender-affirming medical care until 19 years of age. She asserts that "[b]ecause [gender affirming care (GAC)] regime at early pubertal development (Tanner stage 2) will almost certainly result in sterilization (there are no data providing any evidence to the contrary), and because the 'fertility preservation' options for these children and inaccessible, experimental, and speculative, it is my opinion that any notion of informed consent to the risks of GAC at Tanner stage 2 is illusory (11)."[108] Fertility preservation options do become available in Thompson's view at Tanner stage 4. This occurs, on average, at 13 years of age in those assigned female at birth and 14 years of age in those assigned male at birth. Informed consent, based on Thompson's own logic, is available substantially before 19 years of age.

---

[106] See also Curlin 82-83 and Hruz 111.
[107] Wang YY, Wang SB, Ungvari GS, et al. The assessment of decision-making competence in patients with depression using the MacArthur competence assessment tools: A systematic review. *Perspect Psychiatr Care*. 2018; 54 (2): 206-211.
[108] See also Laidlaw 95.

57.     I will not discuss Defendants' experts' confidential reports because the arguments that they contain are insufficient to justify a ban. Studies show that individuals have difficulty recalling elements of the informed consent process and this difficulty does not mean that the consent process was inadequate.[109] Even if the informed consent process was inadequate in an instance, which I am not conceding, this does not demonstrate that adequate informed consent is not possible or that a ban is necessary to remediate this putative problem. Providers, for example, could be explicitly required to disclose potential long-term consequences, the level of evidence supporting recommendations, and/or alternatives.

## CONCLUSION

58.     My review of Defendants' experts' reports has not provided me reason to change my opinion that there is no sound medical or ethical basis to criminalize gender-affirming medical care for minors. These reports articulate impractically high standards and then criticize gender-affirming medical care for not achieving them. These standards include requiring clinical practice guidelines to be only developed by individuals and organizations without any conflicts of

---

[109] See Nadeau DP, Rich JN, Brietzke SE. Informed consent in pediatric surgery: Do parents understand the risks? *Arch Otolaryngol Head Neck Surg*. 2010;136(3):265-269; Gentry KR, Lepere K, Opel DJ. Informed consent in pediatric anesthesiology. *Paediatr Anaesth*. 2017;27(12):1253-1260; Papsin E, Haworth R, Chorney JM, Bezuhly M, Hong P. Pediatric otoplasty and informed consent: Do information handouts improve parental risk recall? *Int J Pediatr Otorhinolaryngol*. 2014;78(12):2258-2261.

interest, treatment recommendations to be based exclusively on high-quality evidence/well-designed and conducted RCTs, and adolescents to be capable of fully mature decision-making capacity and to consent for their own treatment. While these standards are ideals, they are frequently not met in medical practice including treatments that the ban permits and Defendants' experts support. It is unjust to hold different treatments to different standards without sound justification. Criminalizing gender-affirming medical care puts clinicians in the untenable position of having to either follow state law and knowingly harm their patients, or face penalties including imprisonment and loss of their medical licenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:  March 25, 2024

ARMAND H. MATHENY ANTOMMARIA, MD, PhD

45

# EXHIBIT A: CURRICULUM VITAE

Last Updated: March 20, 2024

## PERSONAL DATA

Armand H. Matheny Antommaria, MD, PhD, FAAP, HEC-C
Birth Place:  Pittsburgh, Pennsylvania
Citizenship:  United States of America

## CONTACT INFORMATION

Address:  3333 Burnet Ave, ML 15006, Cincinnati, OH 45229
Telephone Number:  (513) 636-4939
Electronic Mail Address:  armand.antommaria@cchmc.org

## EDUCATION

| 1983-1987 | BSEE | Valparaiso University, with High Distinction |
| | | Valparaiso, IN |
| 1983-1987 | BS | Valparaiso University (Chemistry), with High Distinction |
| | | Valparaiso, IN |
| 1987-1989 | MD | Washington University School of Medicine |
| 1998-2000 | | Saint Louis, MO |
| 1989-2000 | PhD | The University of Chicago Divinity School (Religious Ethics) |
| | | Chicago, IL |
| 2000-2003 | Resident | University of Utah (Pediatrics) |
| | | Salt Lake City, UT |
| 2005-2006 | Certificate | Conflict Resolution Certificate Program, University of Utah |
| | | Salt Lake City, UT |

## BOARD CERTIFICATION

| 2019 | Pediatric Hospital Medicine, American Board of Pediatrics |
| 2019 | Healthcare Ethics Consultant-Certified, Healthcare Ethics Consultation Certification Commission |
| 2004 | General Pediatrics, American Board of Pediatrics |

## PROFESSIONAL LICENSES

| 2012-Present | Doctor of Medicine, Ohio |
| 2006-2010 | Alternative Dispute Resolution Provider—Mediator, Utah |
| 2001-2014 | Physician and Surgeon, Utah |
| 2001-2014 | Physician and Surgeon Controlled Substance, Utah |

## PROFESSIONAL EXPERIENCE

**Full Time Positions**

| 2019-Present | *Professor* |
| | Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| | Department of Surgery |
| 2019-Present | *Professor of Clinical-Affiliated* |
| | University of Cincinnati, Cincinnati, OH |
| | Department of Surgery |
| 2017-Present | *Professor* |
| | Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| | Division of Pediatric Hospital Medicine |

| | |
|---|---|
| 2017-Present | *Professor of Clinical-Affiliated* |
| | University of Cincinnati, Cincinnati, OH |
| | Department of Pediatrics |
| 2016-2017 | *Associate Professor of Clinical-Affiliated* |
| | University of Cincinnati, Cincinnati, OH |
| | Department of Pediatrics |
| 2012-2017 | *Associate Professor* |
| | Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| | Division of Pediatric Hospital Medicine |
| 2012-Present | *Lee Ault Carter Chair in Pediatric Ethics* |
| | Cincinnati Children's Hospital Medical Center |
| 2012-2016 | *Associate Professor-Affiliated* |
| | University of Cincinnati, Cincinnati, OH |
| | Department of Pediatrics |
| 2010-2012 | *Associate Professor of Pediatrics* (with Tenure) |
| | University of Utah School of Medicine, Salt Lake City, UT |
| | Divisions of Inpatient Medicine and Medical Ethics |
| 2010-2012 | *Adjunct Associate Professor of Medicine* |
| | University of Utah School of Medicine, Salt Lake City, UT |
| | Division of Medical Ethics and Humanities |
| 2004-2010 | *Assistant Professor of Pediatrics* (Tenure Track) |
| | University of Utah School of Medicine, Salt Lake City, UT |
| | Divisions of Inpatient Medicine and Medical Ethics |
| 2004-2010 | *Adjunct Assistant Professor of Medicine* |
| | University of Utah School of Medicine, Salt Lake City, UT |
| | Division of Medical Ethics and Humanities |
| 2003-2004 | *Instructor of Pediatrics* (Clinical Track) |
| | University of Utah School of Medicine, Salt Lake City, UT |
| | Divisions of Inpatient Medicine and Medical Ethics |
| 2003-2004 | *Adjunct Instructor of Medicine* |
| | University of Utah School of Medicine, Salt Lake City, UT |
| | Division of Medical Ethics |

**Part Time Positions**

| | |
|---|---|
| 2023-Present | *Expert Witness,* Report |
| | Voe, et al., v. Mansfiled, et al., United States District Court, Middle District of North Carolina. Case No. 1:23-CV-864-LCB-LPA |
| 2023-Present | *Expert Witness,* Report and Deposition |
| | Zayre-Brown v. The North Carolina Department of Public Safety, et al., United States District Court, Western District of North Carolina, Case No. 3:22-CV-01910-MOC-DCK |
| 2023-Present | *Expert Witness,* Report |
| | Poe, et al., v. Drummond, et al., United States District Court, Northern District of Oklahoma, Case No. 23-cv-00177-JFH-SH |
| 2023-Present | *Expert Witness*, Report |
| | L.W., et al., v. Skrmetti, et al., United States District Court, Middle District of Tennessee, Case No. 3:23-cv-00376. |
| 2022-2023 | *Expert Witness,* Report, Deposition, and Testimony |
| | Dekker, et al., v. Marstiller, et al., United States District Court, Northern District of Florida, Case No. 4:22-cv-oo325-RH-MAF |

47

| | |
|---|---|
| 2022- Present | *Expert Witness,* Report, Deposition, and Testimony |
| | Boe, et al., and United States, v. Marshall, et al., United States District Court, Middle District of Alabama Northern Division, Case No. 2:22-cv0-184-LCB. |
| 2022 | *Expert Witness,* Report |
| | Jeffrey Walker, et al., v. Steven Marshall, et al., United States District Court, Middle District of Alabama Northern Division |
| 2022-Present | *Expert Witness,* Report and Testimony |
| | Jane Doe, et al., v. Greg Abbott, et al., District Court of Travis County, Texas 353rd Judicial District, Case No. D-1-GN-22-000977 |
| 2021-2022 | *Expert Witness,* Reports, Deposition, and Testimony |
| | Dylan Brandt, et al., v. Leslie Rutledge, et al., United States District Court, Eastern District of Arkansas, Case No.: 5:21-CV-00450-JM-1 |
| 2021 | *Consultant* |
| | Proctor & Gamble, Cincinnati, OH |
| 2019 | *Consultant* |
| | Sanofi Genzyme, Cambridge, MA |
| 2018-2023 | *Consultant* |
| | Center for Conflict Resolution in Healthcare, Memphis, TN |
| 2017-2020 | *Consultant* |
| | Amicus Therapeutics, Cranbury, NJ |
| 2017 | *Expert Witness,* Report |
| | Robert J. Klickovich, MD, PLLC v. Tristate Arthritis & Rheumatology, PSC, *et al.,* Commonwealth of Kentucky, Boone Circuit Court, Division III, Civil Action No. 16-CI-01690 |
| 2017 | *Consultant* |
| | Sarepta Therapeutics, Cambridge, MA |
| 2014 | *Consultant* |
| | Genzyme, A Sanofi Company, Cambridge, MA |

## Editorial Experience

Editorial Board

| | |
|---|---|
| 2020-Present | *Pediatrics,* Associate Editor for Ethics Rounds and Member of the Executive Editorial Board |
| 2015-2020 | *Journal of Clinical Ethics* |
| 2009-2020 | *Journal of Medical Humanities* |

Guest Academic Editor

| | |
|---|---|
| 2017 | *PLOS|ONE* |

Ad Hoc Reviewer: *Academic Medicine, Academic Pediatrics, AJOB Primary Research, American Journal of Bioethics, American Journal of Law & Medicine, American Journal of Medical Genetics, American Journal of Transplantation, Archives of Disease in Childhood, BMC Medical Ethics, BMJ Open, Canadian Journal of Bioethics, CHEST, Clinical Transplantation, European Journal of Human Genetics, European Journal of Pediatrics, Frontiers in Genetics, Hospital Medicine, International Journal of Health Policy and Management, International Journal of Nursing Studies, Journal of Adolescent and Young Adult Oncology, Journal of Clinical Ethics, Journal of Empirical Research on Human Research Ethics, Journal of General Internal Medicine, Journal of Healthcare Leadership, Journal of Hospital Medicine, Journal of the Kennedy Institute of Ethics, Journal of Law, Medicine & Ethics, Journal of Medical Ethics, Journal of Medical Humanities, Journal of Medicine and Life, Journal of Palliative Care, Journal of Pediatrics, Journal of Pediatric Surgery, Mayo Clinic Proceedings, Medicine, Healthcare and Philosophy, Molecular Diagnosis & Therapy, New England Journal of*

*Medicine, Patient Preference and Adherence, Pediatrics, Pediatrics in Review, Personalized Medicine, PLOS|ONE, Risk Management and Healthcare Policy, Saudi Medical Journal, SSM - Qualitative Research in Health,* and *Theoretical Medicine and Bioethics*

## SCHOLASTIC AND PROFESSIONAL HONORS

| | |
|---|---|
| 2023 | *Digital Health Award,* Bronze Medal in the Digital Health Media/Publications category for *Pediatric Collections: Ethics Rounds: A Casebook in Pediatric Bioethics Part II,* Health Information Resource Center, Libertyville, IL |
| 2021 | *Hidden Gem Award,* Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| 2019-2023 | *Presidential Citation,* American Society for Bioethics and Humanities, Chicago, IL |
| 2016 | *Laura Mirkinson, MD, FAAP Lecturer,* Section on Hospital Medicine, American Academy of Pediatrics, Elk Grove Village, IL |
| 2016, 2018 | *Certificate of Excellence*, American Society for Bioethics and Humanities, Glenview, IL |
| 2013, 2016 | *Senior Resident Division Teaching Award,* Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| 2012 | *Role Model*, Quality Review Committee, Primary Children's Medical Center, Salt Lake City, UT |
| 2011 | *Member*, Society for Pediatric Research, The Woodlands, TX |
| 2011 | *Presidential Citation*, American Society for Bioethics and Humanities, Glenview, IL |
| 2009 | *Role Model*, Quality Review Committee, Primary Children's Medical Center, Salt Lake City, UT |
| 2008 | *Nominee,* Physician of the Year, Primary Children's Medical Center, Salt Lake City, UT |
| 2005-2006 | *Fellow,* Medical Scholars Program, University of Utah School of Medicine, Salt Lake City, UT |
| 1995-1997 | *Doctoral Scholar*, Crossroads, A Program of Evangelicals for Social Action, Philadelphia PA |
| 1989-1992 | *Fellow*, The Pew Program in Medicine, Arts, and the Social Sciences, University of Chicago, Chicago, IL |

## ADMINISTRATIVE EXPERIENCE

**Administrative Duties**

| | |
|---|---|
| 2023-Present | *Chair,* Literature Selection Technical Review Committee, National Library of Medicine, Bethesda, MD |
| 2019-Present | *Chair,* Oversight Committee, Cincinnati Fetal Center, Cincinnati, OH |
| 2014-Present | *Chair*, Ethics Committee, Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| 2012-Present | *Director*, Ethics Center, Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| 2012-Present | *Chair,* Ethics Consultation Subcommittee, Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| 2010 | *Co-Chair,* Ethics Subcommittee, Work Group for Emergency Mass Critical Care in Pediatrics, Centers for Disease Control and Prevention, Atlanta, GA |
| 2009 | *Chair*, Ethics Working Group, H1N1 and Winter Surge, Primary Children's Medical Center, Salt Lake City, UT |
| 2005-2012 | *Chair*, Ethics Committee, Primary Children's Medical Center, Salt Lake City, UT |
| 2005-2012 | *Chair*, Ethics Consultation Subcommittee, Primary Children's Medical Center, Salt Lake City, UT |
| 2003-4 | *Chair*, Clinical Pertinence Committee, Primary Children's Medical Center, Salt Lake City, UT |

**Professional & Scientific Committees**
Committees

| | |
|---|---|
| 2023-Present | *Member,* Expert Committee, Humanitarian Access Program, Alnylam Pharmaceuticals, Cambridge, MA |
| 2021 | *Member*, EMCO Capacity Collaboration, Ohio Hospital Association, Columbus, OH |
| 2020-2021 | *Member*, Allocation of Scarce Resources Work Group, Ohio Hospital Association, Columbus, OH |
| 2020-Present | *Member,* Literature Selection Technical Review Committee, National Library of Medicine, Bethesda, MD |
| 2020 | *Member*, Crisis Standards of Care Workgroup, The Health Collaborative, Cincinnati, OH |
| 2019-2023 | *Member,* Healthcare Ethics Consultant Certification Commission, Oak Park, IL |
| 2019 | *Member,* Expert Panel, Pediatric Oncology End-of-Life Care Quality Markers, Institute for Cancer Outcomes & Survivorship, University of Alabama at Birmingham, Birmingham, AL |
| 2018 | *Member,* Resource Planning and Allocation Team Implementation Task Force, Ohio Department of Health, Columbus, OH |
| 2012-2023 | *Member,* Gaucher Initiative Medical Expert Committee, Project HOPE, Millwood, VA |
| 2009-2014 | *Member,* Clinical Ethics Consultation Affairs Committee, American Society for Bioethics and Humanities, Glenview, IL |
| 2005-2011 | *Member,* Committee on Bioethics, American Academy of Pediatrics, Oak Park, IL |

Data Safety and Monitoring Boards

| | |
|---|---|
| 2019-Present | *Member,* Data and Safety Monitoring Board, Sickle Cell Domestic Trials, National Heart, Lung, and Blood Institute, Bethesda, MD |
| 2018-2019 | *Member,* Standing Safety Committee for P-188-NF (Carmeseal-MD$^{TM}$) in Duchenne Muscular Dystrophy, Phrixus Pharmaceuticals, Inc., Ann Arbor, MI |
| 2017-Present | *Member*, Observational Study Monitoring Board, Sickle Cell Disease Observational Monitoring Board, National Heart, Lung, and Blood Institute, Bethesda, MD |
| 2016-2018 | *Member,* Observational Study Monitoring Board, Long Term Effects of Hydroxyurea in Children with Sickle Cell Anemia, National Heart, Lung, and Blood Institute, Bethesda, MD |

Reviewer

| | |
|---|---|
| 2020-Present | *Abstract Reviewer*, American Society for Bioethics and Humanities Annual Meeting |
| 2020 | *Grant Reviewer,* The Croatian Science Foundation, Hvatska zaklada za znanost (HRZZ) |
| 2018 | *Book Proposal Reviewer*, Elsevier |
| 2018-2019 | *Category Leader,* Religion, Culture, and Social Sciences, American Society for Bioethics and Humanities Annual Meeting |
| 2017 | *Timekeeper,* American Society for Bioethics and Humanities Annual Meeting |
| 2017-Present | *Abstract Reviewer,* Pediatric Academic Societies Annual Meeting |
| 2016-2021 | *Workshop Reviewer*, Pediatric Academic Societies Annual Meeting |
| 2016 | *Grant Reviewer*, Innovation Research Incentives Scheme, The Netherlands Organisation for Health Research and Development |
| 2016-2017 | *Abstract Reviewer*, American Society for Bioethics and Humanities Annual Meeting |
| 2014, 2016 | *External Peer Reviewer*, PSI Foundation, Toronto, Ontario, Canada |
| 2014 | *Member,* Scientific Committee, International Conference on Clinical Ethics and Consultation |
| 2013 | *Abstract Reviewer*, American Society for Bioethics and Humanities Annual Meeting |
| 2013 | *Reviewer*, Open Research Area Plus, Agence Nationale de la Research, Deutsche Forschungsgemeinschaft, Economic and Social Research Council, National Science Foundation, and Organization for Scientific Research |

| 2011-2012 | *Abstract Reviewer,* Pediatric Academic Societies Annual Meeting |
| 2011-2013 | *Workshop Reviewer*, Pediatric Academic Societies Annual Meeting |
| 2011-2014 | *Abstract Reviewer*, Pediatric Hospital Medicine Annual Meeting |
| 2011-2012 | *Religious Studies Subcommittee Leader,* Program Committee, American Society for Bioethics and Humanities Annual Meeting |
| 2010 | *Abstract Reviewer*, American Society for Bioethics and Humanities Annual Meeting |

Other

| 2023 | *Member,* Student Paper Committee, American Society for Bioethics and Humanities |
| 2021 | *Timekeeper,* American Society for Bioethics and Humanities Annual Meeting |
| 2021 | *Mentor,* Early Career Advisor Professional Development Track, American Society for Bioethics and Humanities. |
| 2021 | *Mentor,* Early Career Advisor Paper or Project Track, American Society for Bioethics and Humanities. |
| 2109 | *Mentor*, Early Career Advising Program, American Society for Bioethics and Humanities |
| 2018 | *Passing Point Determination*, Healthcare Ethics Consultant-Certified Examination, Healthcare Ethics Consultant Certification Commission |
| 2018 | *Member*, Examination Committee, Healthcare Ethics Consultant-Certified Examination, Healthcare Ethics Consultant Certification Commission |
| 2018 | *Item Writer*, Healthcare Ethics Consultant-Certified Examination, Healthcare Ethics Consultant Certification Commission |

## UNIVERSITY COMMUNITY ACTIVITIES
**Cincinnati Children's Hospital Medical Center**

| 2023-Present | *Member*, Artificial Intelligence Governance Council |
| 2023-Present | *Member,* Executive Committee, Discover Together Biobank |
| 2020-Present | *Member,* Faculty Diversity and Inclusion Steering Committee |
| 2020-2022 | *Member,* Medical Management of COVID-19 Committee |
| 2020-2021 | *Member,* Caregiver Refusal Team |
| 2020-2021 | *Member,* COVID-19 Vaccine Allocation Committee |
| 2020 | *Member*, Personal Protective Equipment Subcommittee of the COVID-19 Steering. Committee |
| 2018-2019 | *Member,* Planning Committee, Center for Clinical & Translational Science & Training Research Ethics Conference |
| 2017-Present | *Member*, Donor Selection Committee |
| 2017-2020 | *Member,* Employee Emergency Fund Review Committee |
| 2017 | *Member,* Root Cause Analysis Team |
| 2016-2017 | *Member,* Planning Committee, Center for Clinical & Translational Science & Training Research Ethics Conference |
| 2015-2019 | *Member,* Destination Excellence Medical Advisory Committee |
| 2015-Present | *Member,* Disorders of Sexual Development Case Review Committee |
| 2015-2019 | *Member,* Destination Excellence Case Review Committee |
| 2014-2018 | *Member,* Genomics Review Group, Institutional Review Board |
| 2014-2017 | *Member,* Center for Pediatric Genomics Leadership Committee |
| 2013-2017 | *Member,* Genetic Testing Subcommittee, Health Network |
| 2013-2016 | *Member,* Schwartz Center Rounds Planning Committee |
| 2013-2014 | *Member,* Genomics Ad Hoc Subcommittee, Board of Directors |
| 2012-Present | *Member,* Cincinnati Fetal Center Oversight Committee |
| 2012-Present | *Member,* Ethics Committee |
| 2012-Present | *Member,* G-23 |
| 2012-2016 | *Member,* Integrated Solid Organ Transplant Steering Committee |

**University of Utah**

2009-2012        *Member,* Consolidated Hearing Committee

**University of Utah School of Medicine**

2010-2012        *Member,* Medical Ethics, Humanities, and Cultural Competence Thread Committee
2008-2010        *Member,* Fourth Year Curriculum Committee

**University of Utah Department of Pediatrics**

2010-2011        *Member,* Planning Committee, 25th Annual Biological Basis of Children's Health
                        Conference, "Sex, Gender, and Sexuality"
2009-2012        *Member,* Medical Executive Committee
2005-2012        *Member,* Retention, Promotion, and Tenure Committee
2004-2012        *Interviewer,* Residency Program
2003-2012        *Member,* Education Committee

**Intermountain Healthcare**

2009-2012        *Member,* System-Wide Bioethics Resource Service
2009-2012        *Member,* Pediatric Guidance Council

**Primary Children's Medical Center**

2012-2012        *Member,* Shared Accountability Organization Steering Committee
2009                 *Member,* H1N1 and Winter Surge Executive Planning Team
2005-2010        *Member,* Continuing Medical Education Committee
2005-2010        *Member,* Grand Rounds Planning Committee
2003-2012        *Member*, Ethics Committee

**<u>ACTIVE MEMBERSHIPS IN PROFESSIONAL SOCIETIES</u>**

2012-Present    Association of Bioethics Program Directors
2011-Present    Society for Pediatric Research
2000-Present    American Academy of Pediatrics
1999-Present    American Society of Bioethics and Humanities

**<u>FUNDING</u>**
**Past Grants**

2015-2019        "Better Outcomes for Children: Promoting Excellence in Healthcare Genomics to Inform
                        Policy."
                        Percent Effort: 9%
                        National Human Genome Research Institute
                        Grant Number: 1U01 HG008666-01
                        Role: <u>Investigator</u>

2015-2016        "Ethics of Informed Consent for Youth in Foster Care"
                        Direct Costs: $10,000
                        Ethics Grant, Center for Clinical and Translational Science and Training
                        University of Cincinnati Academic Health Center
                        Role:  <u>Co-Investigator</u>

2014-2015      "Extreme Personal Exposure Biomarker Levels: Engaging Community Physicians and Ethicists for Guidance"
Direct Costs: $11,640
Center for Environmental Genetics
University of Cincinnati College of Medicine
Role: <u>Investigator</u>

2014-2015      "Child, Adolescent, and Parent Opinions on Disclosure Policies for Incidental Findings in Clinical Whole Exome Sequencing"
Direct Costs: $4,434
Ethics Grant, Center for Clinical and Translational Science and Training, University of Cincinnati Academic Health Center
Role: <u>Principal Investigator</u>

2013-2014      "Better Outcomes for Children: GWAS & PheWAS in eMERGEII
Percent Effort: 5%
National Human Genome Research Institute
Grant Number: 3U01HG006828-0251
Role: <u>Investigator</u>

2004-2005      "Potential Patients' Knowledge, Attitudes, and Beliefs Regarding Participating in Medical Education:  Can They be Interpreted in Terms of Presumed Consent?"
Direct Costs: $8,000
Interdisciplinary Research in Applied Ethics and Human Values, University Research Committee, University of Utah
Role: <u>Principal Investigator</u>

## TEACHING RESPONSIBILITIES/ASSIGNMENTS
**Course and Curriculum Development**

2003-2012      Medical Ethics, Internal Medicine 7560, University of Utah School of Medicine, Taught 1 time per year, Taken by medical students, Enrollment 100

**Course Lectures**

2018, 2021-Present      Introduction to Biotechnology, "Ethics and Biotechnology" and "Clinical Ethics," BIOL 3027, University of Cincinnati, Taught 1 time per year, Taken by undergraduate students, Enrollment 25.

2018-Present      Biomedical Ethics, "Conscientious Objection in Healthcare" and "Ethical Issues in the Care of Transgender Adolescents," MEDS 4035 & MEDS 4036, University of Cincinnati College of Medicine, Taught 1 time per year, Taken by senior undergraduate students, Enrollment 52.

2016      Foundations of Healthcare Ethics and Law, "Clinical Ethics," HESA 390, Xavier University.

2014-2020      Physicians and Society, "Transfusion and the Jehovah's Witness Faith," "Obesity Management: Ethics, Policy, and Physician Implicit Bias," "Embryos and Ethics: The Ethics of Designer Babies," "Ethics and Genetic Testing," and "Ethics and Direct to Consumer Genetic Testing," 26950112 and 26950116, University of Cincinnati School of Medicine, Taken by first and second year medical students, Enrollment 100.

2014-Present      Ethical Issues in Health Care, "Ethical Issues in Managing Drug Shortages: The Macro, Meso, and Micro Levels," HESA 583, College of Social Sciences, Health, and Education Health Services Administration, Xavier University, Taken by health services administration students, Enrollment 25.

| 2009 | Physical Diagnosis II, Internal Medicine 7160, University of Utah School of Medicine, Taught 1 time per year, Taken by medical students, Enrollment 100 |
| 2003-2012 | Medical Ethics, Internal Medicine 7560, University of Utah School of Medicine, Taught 1 time per year, Taken by fourth year medical students, Enrollment 100 |

**Small Group Teaching**

| 2024 | Clinical Ethics Consortium Tutorial B, BETH 731B, Harvard Medical School, Taught 1 time, Taken by Master of Science in Bioethics students. |
| 2018-Present | Ethics in Research, GNTD 7003-001, University of Cincinnati School of Medicine, Taught 1 time per year, Taken by fellows, MS, and PhD students, Enrollment 110. |
| 2007 | Physical Diagnosis I, Internal Medicine 7150, University of Utah School of Medicine, Taught 1 time per year, Taken by medical students, Enrollment 100 |
| 2003-2012 | Medical Ethics, Internal Medicine 7560, University of Utah School of Medicine, Taught 1 time per year, Taken by fourth medical students, Enrollment 100 |
| 2003 | Pediatric Organ System, Pediatrics 7020, University of Utah School of Medicine, Taught 1 time per year, Taken by medical students, Enrollment 100 |

**Graduate Student Committees**

| 2018-2022 | *Chair,* Scholarship Oversight Committee, William Sveen, Pediatric Critical Care Fellowship, Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| 2018-2020 | *Member*, Scholarship Oversight Committee, Anne Heuerman, Genetic Counseling, University of Cincinnati, Cincinnati, OH |
| 2017-2019 | *Chair*, Scholarship Oversight Committee, Bryana Rivers, Genetic Counseling, University of Cincinnati, Cincinnati, OH |
| 2013-2015 | *Mentor*, Sophia Hufnagel, Combined Pediatrics/Genetics Residency, Cincinnati Children's Hospital Medical Center, Cincinnati, OH |
| 2013-2015 | *Co-Chair,* Scholarship Oversight Committee, Andrea Murad, Genetic Counseling, University of Cincinnati, Cincinnati, OH |
| 2013-2014 | *Member*, Scholarship Oversight Committee, Grace Tran, Genetic Counseling, University of Cincinnati, Cincinnati, OH |
| 2011-2012 | *Chair,* Scholarship Oversight Committee, Kevin E. Nelson, MD, PhD, Pediatric Inpatient Medicine Fellowship, University of Utah, Salt Lake City, UT |

**Continuing Education Lectures**

| 2008 | Choosing Healthplans All Together (CHAT) Exercise Facilitator, 18th Annual Intermountain Medical Ethics Conference, "Setting Priorities for Healthcare in Utah: What Choices are We Ready to Make?," Salt Lake City, Utah, October 3. |
| 2007 | *Speaker*, Infant Medical Surgical Unit, Primary Children's Medical Center, "Withholding and Withdrawing Artificial Nutrition and Hydration: Can It Be Consistent With Care?," Salt Lake City, Utah, September 6. |
| 2007 | *Faculty Scholar-in Residence,* Summer Seminar, "The Role of Religion in Bioethics," Utah Valley State College, Orem, Utah, May 1. |
| 2006 | *Workshop Leader,* Faculty Education Retreat, "Publications and Publishing in Medical Education," University of Utah School of Medicine, Salt Lake City, Utah, September 15. |
| 2006 | *Breakout Session,* 16th Annual Intermountain Medical Ethics Conference, "Donation after Cardiac Death:  Evolution of a Policy," Salt Lake City, Utah, March 28. |

**Other Educational Activities**

| 2008 | *Instructor*, Contemporary Ethical Issues in Medicine and Medical Research, Osher Lifelong Learning Institute, University of Utah, "Religion and Bioethics: Religiously Based Demands for and Refusals of Treatment," Salt Lake City, Utah, February 7. |

2007   *Speaker*, Biology Seminar, Utah Valley State College, "Is He Dead?: Criteria of the Determination of Death and Their Implications for Withdrawing Treatment and Recovering Organs for Transplant," Orem, Utah, September 21.

**PEER-REVIEWED JOURNAL ARTICLES**

1. <u>Armand H. Matheny Antommaria</u>. (Forthcoming) "Decision Making for Adolescents with Gender Dysphoria." *Perspectives in Biology and Medicine*.

2. Erica K. Salter, D. Micah Hester, Lou Vinarcsik, <u>Armand H. Matheny Antommaria</u>, Johan Bester, Jeffrey Blustein, Ellen Wright Clayton, Douglas S. Diekema, Ana S. Iltis, Loretta M. Kopelman, Jay R. Malone, Mark R. Mercurio, Mark C. Navin, Erin Talati Paquette, Thaddeus Mason Pope, Rosamond Rhodes, and Lainie F. Ross, (2023) "Pediatric Decision Making: Consensus Recommendations," *Pediatrics*. 152: e2023061832. PMID: 37555276.

3. William N. Sveen, <u>Armand H. Matheny Antommaria,</u> Stephen Gilene, and Erika L. Stalets. (2023) "Adverse Events During Apnea Testing for the Determination of Death by Neurologic Criteria:  A Single Center, Retrospective Pediatric Cohort." *Pediatric Critical Care Medicine*. 24: 399-405. PMID: 36815829.

4. Erica K. Salter, Jay R. Malone, Amanda Berg, Annie B. Friedrich, Alexandra Hucker, Hillary King, and <u>Armand H. Matheny Antommaria</u>. (2023) "Triage Policies at U.S. Hospitals with Pediatric Intensive Care Units." *AJOB Empirical Bioethics*. 14: 84-90. PMID: 36576201.

5. <u>Armand H. Matheny Antommaria</u>, Elizabeth Lanphier, Anne Housholder, and Michelle McGowan. (2023). "A Mixed Methods Analysis of Requests for Religious Exemptions to a COVID-19 Vaccine Requirement." *AJOB Empirical Bioethics*. 14:  15-22. PMID: 36161802.

6. Anne C Heuerman, Danielle Bessett, <u>Armand H. Matheny Antommaria</u>, Leandra. K. Tolusso, Nicki Smith, Alison H. Norris and Michelle L. McGowan (2022). "Experiences of Reproductive Genetic Counselors with Abortion Regulations in Ohio." *Journal of Genetic Counseling*. 31: 641-652. PMID: 34755409.

7. <u>Armand H. Matheny Antommaria</u> and Ndidi I. Unaka. (2021) "Counterpoint: Prioritizing Health Care Workers for Scarce Critical Care Resources is Impractical and Unjust. *Journal of Hospital Medicine*. 16: 182-3. PMID 33617445.

8. Gregory A. Grabowski, <u>Armand H. Matheny Antommaria</u>, Edwin H. Kolodny, and Pramod K. Mistry. (2021) "Gaucher Disease: Basic and Translational Science Needs for More Complete Therapy and Management." *Molecular Genetics and Metabolism*. 132: 59-75. PMID: 33419694.

9. <u>Armand H. Matheny Antommaria</u>, Laura Monhollen, and Joshua K. Schaffzin. (2021) "An Ethical Analysis of Hospital Visitor Restrictions and Masking Requirements During the COVID-19." *Journal of Clinical Ethics*. 32(1): 35-44. PMID 33416516.

10. <u>Armand H. Matheny Antommaria</u> (2020) "The Pediatric Hospital Medicine Core Competencies: 4.05 Ethics." *Journal of Hospital Medicine*. 15(S1): 120-121.

11. <u>Armand H. Matheny Antommaria</u>, Tyler S. Gibb, Amy L. McGuire, Paul Root Wolpe, Matthew K. Wynia, Megan K. Applewhite, Arthur Caplan, Douglas S. Diekema, D. Micah Hester, Lisa Soleymani Lehmann, Renee McLeod-Sordjan, Tamar Schiff, Holly K. Tabor, Sarah E. Wieten, and Jason T. Eberl for a Task Force of the Association of Bioethics Program Directors (2020) "Ventilator Triage Policies During the COVID-19 Pandemic at U.S. Hospitals Associated With Members of the Association of Bioethics Program Directors." *Annals of Internal Medicine*. 173(3): 188-194. PMID: 32330224.

12. <u>Armand H. Matheny Antommaria</u> (2020) "Conflicting Duties and Reciprocal Obligations During a Pandemic." *Journal of Hospital Medicine*. 5:284-286. PMID: 32379030.

13. Mary V. Greiner, Sarah J. Beal, and <u>Armand H. Matheny Antommaria</u> (2020) "Perspectives on Informed Consent Practices for Minimal-Risk Research Involving Foster Youth." *Pediatrics*. 45:e20192845. PMID: 32156772.

14. Jennifer deSante-Bertkau, Michelle McGowan, and <u>Armand H. Matheny Antommaria</u> (2018) "Systematic Review of Typologies Used to Characterize Clinical Ethics Consultations." *Journal of Clinical Ethics.* 29:291-304. PMID: 30605439.

15. Andrew J. Redmann, Melissa Schopper, <u>Armand H. Matheny Antommaria</u>, Judith Ragsdale, Alessandro de Alarcon, Michael J. Jutter, Catherine K. Hart, and Charles M. Myer. (2018) "To Transfuse or Not to Transfuse? Jehovah's Witnesses and PostOperative Hemorrhage in Pediatric Otolaryngology." *International Journal of Pediatric Otorhinolaryngology.* 115:188-192. PMID: 30368384.

16. <u>Armand H. Matheny Antommaria,</u> Kyle B. Brothers, John A. Myers, Yana B Feygin, Sharon A. Aufox, Murray H. Brilliant, Pat Conway, Stephanie M. Fullerton, Nanibaa' A. Garrison, Carol R. Horowitz, Gail P. Jarvik, Rongling Li, Evette J. Ludman, Catherine A. McCarty, Jennifer B. McCormick, Nathaniel D. Mercaldo, Melanie F. Myers, Saskia C. Sanderson, Martha J. Shrubsole, Jonathan S. Schildcrout, Janet L. Williams, Maureen E. Smith, Ellen Wright Clayton, Ingrid A. Holm. (2018) "Parents' Attitudes toward Consent and Data Sharing in Biobanks: A Multi-Site Experimental Research." *AJOB Empirical Research.* 21:1-15. PMID:  30240342.

17. <u>Armand H. Matheny Antommaria</u> and Cynthia A. Prows. (2018) "Content Analysis of Requests for Religious Exemptions from a Mandatory Influenza Vaccination Program for Healthcare Personnel" *Journal of Medical Ethics.* 44: 389-391. PMID: 29463693.

18. <u>Armand H. Matheny Antommaria</u> (2017) "May Medical Centers Give Nonresident Patients Priority in Scheduling Outpatient Follow-Up Appointments?" *Journal of Clinical Ethics.* 28: 217-221. PMID: 28930708.

19. Andrea M. Murad, Melanie F. Myers, Susan D. Thompson, Rachel Fisher, and <u>Armand H. Matheny Antommaria</u> (2017) "A Qualitative Study of Adolescents' Understanding of Biobanks and Their Attitudes Toward Participation, Re-contact, and Data Sharing." *American Journal of Medical Genetics: Part A.* 173: 930-937*.* PMID: 28328120.

20. Saskia Sanderson, Kyle Borthers, Nathaniel Mercaldo, Ellen Wright Clayton, <u>Armand Antommaria</u>, Sharon Aufox, Murray Brillant, Diego Campos, David Carrell, John Connolly, Pat Conway, Stephanie Fullerton, Nanibaa' Garrison, Carol Horowitz, Gail Jarvik, David Kaufman, Terrie Kitchner, Rongling Li, Evette Ludman, Cahterine McCarty, Jennifer McCormick, Valerie McManus, Melanie Myers, Aaron Scrol, Janet Williams, Martha Shrubsole, Jonathan Schildcrout, Maureen Smith, and Ingrid Holm (2017) "Public Attitudes Towards Consent and Data Sharing in Biobank Research: A Large Multisite Experimental Survey in the US." *The American Journal of Human Genetics*. 100: 414-427. PMID: 28190457.

21. Maureen E. Smith, Saskia C Sanderson, Kyle B Brothers, Melanie F Myers, Jennifer McCormick, Sharon A Aufox, Martha J Shrubsole, Nanibaa' A Garrison, Nathaniel D Mercaldo, Jonathan S Schildcrout, Ellen Wright Clayton, <u>Armand H. Matheny Antommaria</u>, Melissa Basford, Murray Brilliant, John J Connolly, Stephanie M Fullerton, Carol R Horowitz, Gail P Jarvik, Dave Kaufman, Terrie Kitchner, Rongling Li, Evette J Ludman, Catherine McCarty, Valerie McManus, Sarah C Stallings, Janet L Williams, and Ingrid A Holm (2016) "Conducting a Large, Multi-Site Survey about Patients' Views on Broad Consent: Challenges and Solutions." *BMC Medical Research Methodology.* 16: 162. PMID: 27881091.

22. Angela Lorts, Thomas D. Ryan, <u>Armand H. Matheny Antommaria</u>, Michael Lake, and John Bucuvalas (2016) "Obtaining Consensus Regarding International Transplantation Continues to be Difficult for Pediatric Centers in the United States." *Pediatric Transplant.* 20: 774-777. PMID: 27477950.

23. Sophia B. Hufnagel, Lisa J. Martin, Amy Cassedy, Robert J. Hopkin, and <u>Armand H. Matheny Antommaria</u> (2016) "Adolescents' Preferences Regarding Disclosure of Incidental Findings in Genomic Sequencing That Are Not Medically Actionable in Childhood." *American Journal of Medical Genetics Part A.* 170: 2083-2088. PMID: 27149544.

24. Nanibaa' A. Garrison, Nila A. Sathe, <u>Armand H. Matheny Antommaria</u>, Ingrid A. Holm, Saskia Sanderson, Maureen E. Smith, Melissa McPheeters, and Ellen Wright Clayton (2016) "A Systematic

Literature Review of Individuals' Perspectives on Broad Consent and Data Sharing in the United States." *Genetics in Medicine.* 18: 663-71. PMID: 26583683.

25. Kyle B. Brothers, Ingrid A. Holm Janet E. Childerhose, <u>Armand H. Matheny Antommaria</u>, Barbara A. Bernhardt, Ellen Wright Clayton, Bruce D. Gelb, Steven Joffe, John A. Lynch, Jennifer B. McCormick, Laurence B. McCullough, D. William Parsons, Agnes S. Sundaresan, Wendy A. Wolf, Joon-Ho Yu, and Benjamin S. Wilfond (2016) "When Genomic Research Participants Grow Up: Contact and Consent at the Age of Majority." *The Journal of Pediatrics* 168: 226-31*.* PMID: 26477867.

26. Erin E. Bennett, Jill Sweney, Cecile Aguayo, Criag Myrick, <u>Armand H. Matheny Antommaria</u>, and Susan L. Bratton (2015) "Pediatric Organ Donation Potential at a Children's Hospital." *Pediatric Critical Care Medicine.* 16: 814-820. PMID: 26237656.

27. Anita J. Tarzian, Lucia D. Wocial, and the ASBH Clinical Ethics Consultation Affairs Committee (2015) "A Code of Ethics for Health Care Ethics Consultants: Journey to the Present and Implications for the Field." *American Journal of Bioethics.* 15: 38-51. PMID: 25970392.

28. <u>Armand H. Matheny Antommaria</u>, Christopher A. Collura, Ryan M. Antiel, and John D. Lantos (2015) "Two Infants, Same Prognosis, Different Parental Preferences." *Pediatrics*, 135: 918-923*.* PMID: 25847802.

29. Stefanie Benoit, <u>Armand H. Matheny Antommaria,</u> Norbert Weidner, and Angela Lorts (2015) "Difficult Decision: What should we do when a VAD supported child experiences a severe stroke?" *Pediatric Transplantation* 19: 139-43. PMID: 25557132.

30. Kyle B. Brothers, John A. Lynch, Sharon A. Aufox, John J. Connolly, Bruce D. Gelb, Ingrid A. Holm, Saskia C. Sanderson, Jennifer B. McCormick, Janet L. Williams, Wendy A. Wolf, <u>Armand H. Matheny Antommaria,</u> and Ellen W. Clayton (2014) "Practical Guidance on Informed Consent for Pediatric Participants in a Biorepository." *Mayo Clinic Proceedings,* 89: 1471-80*.* PMID: 25264176.

31. Sophia M. Bous Hufnagel and <u>Armand H. Matheny Antommaria</u> (2014) "Laboratory Policies on Reporting Secondary Findings in Clinical Whole Exome Sequencing: Initial Uptake of the ACMG's Recommendations." *American Journal of Medical Genetics Part A*, 164: 1328-31. PMID: 24458369.

32. Wylie Burke, <u>Armand H. Matheny Antommaria</u>*,* Robin Bennett, Jeffrey Botkin, Ellen Wright Clayton, Gail E. Henderson, Ingrid A. Holm, Gail P. Jarvik, Muin J. Khoury, Bartha Maria Knoppers, Nancy A. Press, Lainie Friedman Ross, Mark A. Rothstein, Howard Saal, Wendy R. Uhlmann, Benjamin Wilfond, Susan M. Wold, and Ron Zimmern (2013) "Recommendations for Returning Genomic Incidental Findings? We Need to Talk!" *Genetics in Medicine*, 15: 854-859. PMID: 23907645.

33. <u>Armand H. Matheny Antommaria</u> (2013) "An Ethical Analysis of Mandatory Influenza Vaccination of Health Care Personnel: Implementing Fairly and Balancing Benefits and Burdens," *American Journal of Bioethics*, 13: 30-37*.* PMID: 23952830.

34. Joseph A. Carrese and the Members of the American Society for Bioethics and Humanities Clinical Ethics Consultation Affairs Standing Committee (2012) "HCEC Pearls and Pitfalls: Suggested Do's and Don't's for Healthcare Ethics Consultants," *Journal of Clinical Ethics*, 23: 234-240. PMID: 23256404.

35. Christopher G Maloney, <u>Armand H Matheny Antommaria</u>, James F Bale Jr., Jian Ying, Tom Greene and Rajendu Srivastva (2012) "Factors Associated with Intern Noncompliance with the 2003 Accreditation Council for Graduate Medical Education's 30-hour Duty Period Requirement," *BMC Medical Education* 12: 33. PMID: 22621439.

36. <u>Armand H. Matheny Antommaria</u>, Jill Sweney, and W. Bradley Poss (2010) "Critical Appraisal of: Triaging Pediatric Critical Care Resources During a Pandemic: Ethical and Medical Considerations," *Pediatric Critical Care Medicine,* 11:396-400. PMID: 20453611.

37. <u>Armand H. Matheny Antommaria</u>, Karen Trotochaud, Kathy Kinlaw, Paul N. Hopkins, and Joel Frader (2009) "Policies on Donation After Cardiac Death at Children's Hospitals: A Mixed-Methods Analysis of Variation," *Journal of the American Medical Association,* 301: 1902-8. PMID: 19436017.

38. Kristine M. Pleacher, Elizabeth S. Roach, Willem Van der Werf, <u>Armand H. Matheny Antommaria</u>, and Susan L. Bratton (2009) "Impact of a Pediatric Donation after Cardiac Death Program," *Pediatric Critical Care Medicine,* 10: 166-70*.* PMID: 19188881.

39. Flory L. Nkoy, Sarah Petersen, <u>Armand H Matheny Antommaria</u>, and Christopher G. Maloney (2008) "Validation of an Electronic System for Recording Medical Student Patient Encounters," *AMIA [American Medical Informatics Association] Annual Symposium Proceedings*, 6: 510-14. PMID: 18999155.  Nominated for the Distinguished Paper Award

40. <u>Armand H. Matheny Antommaria</u>, Sean D. Firth, and Christopher G. Maloney (2007) "The Evaluation of an Innovative Pediatric Clerkship Structure Using Multiple Outcome Variables including Career Choice" *Journal of Hospital Medicine*, 2: 401-408. PMID: 18081170.

41. <u>Armand H. Matheny Antommaria</u> (2006) "'Who Should Survive?: One of the Choices on Our Conscience:' Mental Retardation and the History of Contemporary Bioethics." *Kennedy Institute of Ethics Journal*, 16: 205-224. PMID: 17091558.

42. <u>Armand H. Matheny Antommaria</u> (2004) "Do as I Say Not as I Do: Why Bioethicists Should Seek Informed Consent for Some Case Studies." *Hastings Center Report,* 34 (3): 28-34. PMID: 15281724.

43. <u>Armand H. Matheny Antommaria</u> (2004) "A Gower Maneuver:  The American Society for Bioethics and Humanities' Resolution of the 'Taking Stands' Debate." *American Journal of Bioethics,* 4 (Winter): W24-27. PMID: 15035934.

## NON PEER-REVIEWED JOURNAL ARTICLES

1. Katherine Wade and <u>Armand H. Matheny Antommaria</u> (2016) "Inducing HIV Remission in Neonates: Children's Rights and Research Ethics." *Journal of Medicine and Biology*, 58(3): 348-54. PMID 27157354*.*

2. <u>Armand H. Matheny Antommaria</u> (2014) "Response to Open Peer Commentaries on 'An Ethical Analysis of Mandatory Influenza." *American Journal of Bioethics,* 14(7): W1-4. PMID: 24978422.

3. <u>Armand H. Matheny Antommaria</u> and Brent D. Kaziny (2012) "Ethical Issues in Pediatric Emergency Medicine's Preparation for Response to Disasters." *Virtual* Mentor, 14: 801-4. PMID: 23351860.

4.  <u>Armand H. Matheny Antommaria,</u> Tia Powell, Jennifer E. Miller, and Michael D. Christian (2011) "Ethical Issues in Pediatric Emergency Mass Critical Care," *Pediatric Critical Care Medicine*, 12(6 Suppl): S163-8. PMID: 22067926.

5. <u>Armand H. Matheny Antommaria</u> and Emily A. Thorell (2011) "Non-Pharmaceutical Interventions to Limit Transmission of a Pandemic Virus: The Need for Complementary Programs to Address Children's Diverse Needs." *Journal of Clinical Ethics,* 22: 25-32*.* PMID: 21595352.

6. <u>Armand H. Matheny Antommaria</u> (2010) "Conscientious Objection in Clinical Practice:  Notice, Informed Consent, Referral, and Emergency Treatment." *Ave Maria Law Review*, 9: 81-99*.*

7. <u>Armand H. Matheny Antommaria</u> (2008) "Defending Positions or Identifying Interests: The Uses of Ethical Argumentation in the Debate over Conscience in Clinical Practice," *Theoretical Medicine and Bioethics,* 29: 201-12*.* PMID: 18821078.

8. <u>Armand H. Matheny Antommaria</u> (2008) "How can I give her IV antibiotics at home when I have three other children to care for?': Using Dispute System Design to Address Patient-Provider Conflicts in Health Care." *Hamline Journal of Public Law & Policy*, 29: 273-86*.*

9. <u>Armand H. Matheny Antommaria</u> (2007) "Alternative Dispute Resolution and Pediatric Clinical Ethics Consultation: Why the Limits of Ethical Expertise and the Indeterminacy of the Best Interests Standard Favor Mediation." *Ohio State Journal on Dispute Resolution,* 23: 17-59.

10. <u>Armand H. Matheny Antommaria</u> (2006) "Jehovah's Witnesses, Roman Catholicism, and Calvinism: Religion and State Intervention in Parental, Medical Decision-Making," *Journal of Law and Family Studies,* 8: 293-316.

11. <u>Armand H. Matheny Antommaria</u> and James F. Bale, Jr. (2002) "Ethical Issues in Clinical Practice: Cases and Analyses," *Seminars in Pediatric Neurology* 9: 67-76. PMID: 11931129.

## REVIEW ARTICLES

Armand H. Matheny Antommaria (2010) "Conceptual and Ethical Issues in the Declaration of Death: Current Consensus and Controversies." *Pediatrics in Review* 31: 427-430. PMID: 20889737.

**BOOKS**
1. Armand H. Matheny Antommaria, ed. (2022) *Ethics Rounds: A Casebook in Pediatric Bioethics Part II.* Itasca, IL: American Academy of Pediatrics.
2. Armand H. Matheny Antommaria (1998) *A Retrospective, Political and Ethical Analysis of State Intervention into Parental Healthcare Decisions for Infants with Disabilities*. Wynnewood, Pennsylvania: Evangelicals for Social Action.

**BOOK CHAPTERS**
1. Armand H. Matheny Antommaria (2018) "Against Medical Advice Discharges: Pediatric Considerations." In *Against-Medical-Advice Discharges from the Hospital: Optimizing Prevention and Management to Promote High-Quality, Patient-Centered Care.* David Alfandre. New York, Springer: 143-157.
2. Armand H. Matheny Antommaria (2016) "Conscientious Objection in Reproductive Medicine." In *The Oxford Handbook of Reproductive Ethics.* Leslie Francis. Oxford, Oxford University Press: 209-225.
3. Armand H. Matheny Antommaria (2011) "Patient Participation in Medical Education." In *Clinical Ethics in Pediatrics: A Case-based Approach.* Douglas Diekema, Mark Mercurio, and Mary Beth Adam. Cambridge, Cambridge University Press: 221-225.
4. Armand H. Matheny Antommaria (2011) "State Intervention in Parental Decision Making: *Gone Baby Gone.*" In *The Picture of Health: Medical Ethics and the Movies.* Henri Colt, Silvia Quadrelli, and Lester Friedman. Oxford, Oxford University Press: 308-12.
5. Armand H. Matheny Antommaria (2009) "Managing Conflicts of Interest: A Perspective from a Pediatrician." In *Professionalism in Medicine: The Case-Based Guide for Medical Students*. John Spandorfer, Charles Pohl, Thomas Nasca and Susan Lee Rattner. Cambridge, Cambridge University Press: 376-7.
6. Armand H. Matheny Antommaria (2007) "Do-Not-Resuscitate Orders." In *Comprehensive Pediatric Hospital Medicine*. L. B. Zaoutis and V. W. Chiang. Philadelphia, Mosby Elsevier**:** 1200-4.

**OTHER**
**Policy Statements and Technical Reports**
1. American Academy of Pediatrics Committee on Bioethics. Armand H. Matheny Antommaria Lead Author. (2013) "Conflicts between Religious or Spiritual Beliefs and Pediatric Care: Informed Refusal, Exemptions, and Public Funding." *Pediatrics.* 132: 962-965. PMID: 24167167.
2. American Academy of Pediatrics Committee on Bioethics. Armand H. Matheny Antommaria Lead Author. (2013) "Ethical Controversies in Organ Donation After Circulatory Death." *Pediatrics.* 131: 1021-1026. PMID: 23629612.
3. American Academy of Pediatrics Committee on Bioethics and Committee on Genetics and the American College of Medical Genetics and Genomics Social, Ethical, and Legal Issues Committee (2013) "Policy Statement: Ethical and Policy Issues in Genetic Testing and Screening of Children." *Pediatrics.* 131: 620-622. PMID: 23428972.
4. Lainie Friedman Ross, Howard M. Saal, Karen L. David, Rebecca R. Anderson and the American Academy of Pediatrics Committee on Bioethics and Committee on Genetics and the American College of Medical Genetics and Genomics Social, Ethical, and Legal Issues Committee (2013) "Technical Report: Ethical and Policy Issues in Genetic Testing and Screening of Children." *Genetics in Medicine.* 15: 234-245. PMID: 23429433.
5. American Academy of Pediatrics Committee for Pediatric Research and Committee on Bioethics (2012) "Human Embryonic Stem Cell (hESC) and Human Embryo Research." *Pediatrics* 130: 972-977. PMID: 23109685.

6. American College of Obstetricians and Gynecologists, Committee on Ethics and American Academy of Pediatrics, Committee on Bioethics (2011) "Maternal-Fetal Intervention and Fetal Care Centers," *Pediatrics* 128; e473-e478. PMID: 21788223.

7. American Academy of Pediatrics Committee on Pediatric Emergency Medicine and Committee on Bioethics (2011) "Consent for Emergency Medical Services for Children and Adolescents." *Pediatrics* 128: 427-433. PMID: 21788221.

8. Council on School Health and Committee on Bioethics. Robert Murray and Armand H. Matheny Antommaria Lead Authors. (2010) "Honoring –Do-Not-Attempt Resuscitation Requests in Schools." *Pediatrics* 125; 1073-1077. PMID: 20421255.

9. Committee on Bioethics (2010) "Ritual Genital Cutting of Female Minors." *Pediatrics* 125; 1088-1093. PMID: 20421257.

10. Committee on Bioethics.  (2010) "Children as Hematopoietic Stem Cell Donors," *Pediatrics* 125; 392-40. PMID: 20100753.

11. Committee on Bioethics.  Armand H. Matheny Antommaria Lead Author. (2009) "Physician Refusal to Provide Information or Treatment Based on Claims of Conscience." *Pediatrics.* 124; 1689-93. PMID: 19948636.

12. Committee on Bioethics (2009) "Pediatrician-Family-Patient Relationships: Managing the Boundaries." *Pediatrics* 124; 1685-8. PMID: 19948635.

13. Douglas S. Diekema, Jeffrey R. Botkin, and Committee on Bioethics (2009) "Forgoing Medically Provided Nutrition and Hydration in Children." *Pediatrics* 124; 813-22. PMID: 19651596.

14. Lainie Friedman Ross, J. Richard Thistlethwaite, Jr., and the Committee on Bioethics (2008) "Minors as Living Solid-Organ Donors." *Pediatrics* 122: 454-61. PMID: 18676567.

15. Mary E. Fallat, John Hutter, and Section on Hematology Oncology and Section on Surgery the Committee on Bioethics (2008) "Preservation of Fertility in Pediatric and Adolescent Patients with Cancer." *Pediatrics* 121: 1461-9. PMID: 18450888.

16. Marcia Levetown and Bioethics and the Committee on Bioethics (2008) "Communicating With Children and Families: From Everyday Interactions to Skill in Conveying Distressing Information." *Pediatrics* 121: 1441-60. PMID: 18450887.

17. American Academy of Pediatrics. Committee on Bioethics (2007) "Professionalism in Pediatrics: Statement of Principles." *Pediatrics* 120:895-7. PMID: 17908776.

**Ethics Rounds**

1. Imogen Clover-Brown, Bryanna More, Christina G. Andrews, and Armand H. Matheny Antommaria. (2023) "Ethical Issues With Patient-Provider Interactions in an Evolving Social Media Landscape." *Pediatrics.* 151: e2022060064. PMIC 3765789.

2. Maeghann S. Weaver, Marianne E. M. Yee, Courtney E. Lawrence, Armand H. Matheny Antommaria, and Ross M. Fasano. (2023) "Requests for Directed Blood Donations." *Pediatrics*. 151: e2022058183. PMID: 36897227.

3. Erwin Jiayuan Khoo, Devan M. Duenas, Benjamin S. Wilfond, Luke Gelinas, Armand H. Matheny Antommaria. (2023) "Incentives in Pediatric Research in Developing Countries: When Are They Too Much?" *Pediatrics*.  141: e2021055702. PMID: 36660851.

4. Kim Mooney-Doyle, Kimberly A. Pyke-Grimm, Ashley Foster Lanzel, Kathleen E. Montgomery, Jamila Hassan, Anisha Thompson, Rebecca Rouselle, and Armand H. Matheny Antommaria. (2022) "Balancing Protection and Progress in Pediatric Palliative Care Research: Stakeholder Perspectives." *Pediatrics*. 150: e2022057502.  PMID: 36069137.

5. Megan H. Pesch, Phoebe Dazinger, Lainie Friedman Ross, and Armand H. Matheny Antommaria. (2022) "An Ethical Analysis of Newborn Congenital Cytomegalovirus Screening." *Pediatrics*. 149: e2021055368.  PMID: 35641472.

6. Ian D. Wolfe, Don Brunnquell, Rena Sorensen, and Armand H. Matheny Antommaria. (2022) "Should Tactile Defensiveness Exclude a Life-Sustaining Intervention in an Adolescent With Autism?" *Pediatrics.* 149: e2021054469. PMID: 35229117.

7. Jennifer E. deSante-Bertkau, Timothy K. Knilans, Govind Persad, Patricia J. Zettler, Holly Fernandez Lynch, and <u>Armand H. Matheny Antommaria</u>. (2021) "Off-Label Prescription of COVID-19 Vaccines in Children: Clinical, Ethical, and Legal Issues." *Pediatrics*. 149: e2021054578. PMID: 34615694.

8. Jamilah M. Hackworth, Meera Kotagal, O. N. Ray Bignal, 2nd, Ndidi Unaka, and <u>Armand H. Matheny Antommaria.</u> (2021) "Microaggressions: Privileged Observers' Duty to Act and What They Can Do." *Pediatrics*. 148: e2021052758. PMID: 34417286.

9. Elizabeth Lanphier, Luke Mosley, and <u>Armand H. Matheny Antommaria</u>. (2021) "Assessing Visitor Policy Exemption Requests During the COVID-19 Pandemic." *Pediatrics.* 148: e2021051254. PMID: 33990461.

10. Natalie Lanocha, Tyler Tate, Erica Salter, Nanette Elster, and <u>Armand H. Matheny Antommaria.</u> (2021) "Can Parents Restrict Access to Their Adolescent's Voice?: Deciding About a Tracheostomy." *Pediatrics*. 147: e2021050358. PMID 33785636.

11. Timothy Crisci, Zeynep N. Inanc Salih, Ndidi Unaka, Jehanna Peerzada, and <u>Armand H. Matheny Antommaria.</u> (2021) "What Should an Intern Do When She Disagrees With the Attending?" *Pediatrics.* 147: e2020049646. PMID 33627371.

12. Liza-Marie Johnson, Erica C. Kaye, Kimberly Sawyer, Alex M. Brenner, Stefan J. Friedrichsdorf, Abby R. Rosenberg, <u>Armand H. Mathey Antommaria</u>. (2021) "Opioid Management in the Dying Child With Addiction." *Pediatrics* 147: e2020046219. PMID 33446508.

**Continuing Medical Education**

1. Armand H. Matheny Antommaria (2014) Authored 4 questions. NEJM Knowledge+ Family Medicine Board Review. NEJM Group.

2. Armand H. Matheny Antommaria (2009) "Hot Topics: Ethics and Donation After Cardiac Death [online course]. PediaLink. American Academy of Pediatrics. October 24. http://ethics.ht.courses.aap.org/.  Accessed December 14. 2009.

**Editorials**

1. <u>Armand H. Matheny Antommaria</u>, Chris Feudtner, Mary Beth Benner, and Felicia Cohn on Behalf of the Healthcare Ethics Consultant-Certified Certification Commission (2020) "The Healthcare Ethics Consultant-Certified Program: Fair, Feasible, and Defensible, But Neither Definite Nor Finished," *American Journal of Bioethics* 20:1-5. PMID:  32105202.

2. <u>Armand H. Matheny Antommaria</u> and Pamela W. Popp (2020) "The Potential Roles of Surrogacy Ladders, Standby Guardians, and Medicolegal Partnerships, in Surrogate Decision Making for Parents of Minor Children," *Journal of Pediatrics* 220:11-13. PMID 31952849.

**Commentaries**

1. Jerry Schwartz, Dawn Nebrig, Laura Monhollen, and <u>Armand H. Matheny Antommaria.</u> (2023) "Transforming Behavior Contracts into Collaborative Commitments with Families." *American Journal of Bioethics.* 23(1): 73-75.  PMID: 36594997.

2. <u>Armand H. Matheny Antommaria</u> and Elizabeth Lanphier. (2022) "Supporting Marginalized Decision-Marker's Autonom(ies)." *American Journal of Bioethics.* 22(6):22-24.  PMID: 35616965.

3. Mary V. Greiner and <u>Armand H. Matheny Antommaria.</u> (2022) "Enrolling Foster Youth in Clinical Trials: Avoiding the Harm of Exclusion." *American Journal of Bioethics.* 22(4):85-86. PMID: 35420526.  Reprinted in (2024) *Challenging Cases in Clinical Research Ethics*. Benjamin S. Wilfond, Liza-Marie Johnson, Devan M. Duenas, and Holly A. Taylor. Boca Raton, FL, CRC Press: 166-167.

4. William Sveen and <u>Armand H. Matheny Antommaria.</u> (2020) "Why Healthcare Workers Should Not Be Prioritized in Ventilator Triage." *American Journal of Bioethics.* 20(7): 133-135. PMID: 32716811.

5.  <u>Armand H. Matheny Antommaria,</u> William Sveen, and Erika L. Stalets (2020) "Informed Consent Should Not Be Required for Apnea Testing and Arguing It Should Misses the Point," *American Journal of Bioethics.* 20: 25-27. PMID: 32441602.

6.  <u>Armand H. Matheny Antommaria</u> (2019) "Relational Potential versus the Parent-Child Relationship," *Hastings Center Report*. 49(3): 26-27. PMID: 31269255.

7.  <u>Armand H. Matheny Antommaria</u>, Robert A. Shapiro, and Lee Ann E. Conard (2019) "Psychological Maltreatment and Medical Neglect of Transgender Adolescents: The Need for Recognition and Individualized Assessment." *American Journal of Bioethics.* 19: 72-74. PMID: 31543011.

8.  <u>Armand H. Matheny Antommaria</u> (2018) "Accepting Things at Face Value: Insurance Coverage for Transgender Healthcare." *American Journal of Bioethics.* 18: 21-23. PMID: 31159689.

9.  <u>Armand H. Matheny Antommaria</u> and Judith R. Ragsdale (2018) "Shaken, not Stirred: What are Ethicists Licensed to Do?" *American Journal of Bioethics* 18: 56-58. PMID: 29697345.

10. <u>Armand H. Matheny Antommaria</u> (2017) "Issues of Fidelity and Trust Are Intrinsic to Uncontrolled Donation after Circulatory Determination of Death and Arise Again with Each New Resuscitation Method," *American Journal of Bioethics* 17: 20-22. PMID: 28430053.

11. <u>Armand H. Matheny Antommaria</u> (2016) "Conscientious Objection: Widening the Temporal and Organizational Horizons," *The Journal of Clinical Ethics* 27: 248-250.  PMID: 27658282.

12. <u>Armand H. Matheny Antommaria</u> and Ron King. (2016) "Moral Hazard and Transparency in Pediatrics: A Different Problem Requiring a Different Solution." *American Journal of Bioethics* 16: 39-40. PMID: 27292846.

13. Armand <u>H. Matheny Antommaria</u> and Richard F. Ittenabch (2016) "Quality Attestation's Portfolio Evaluation Is Feasible, But Is It Reliable and Valid?" *American Journal of Bioethics* 16: 35-38. PMID: 26913658.

14. <u>Armand H. Matheny Antommaria</u> and Kristin Stanley Bramlage (2015) "Enrolling Research Participants in Private Practice: Conflicts of Interest, Consistency, Therapeutic Misconception, and Informed Consent." *AMA Journal of Ethics*. 17:1122-1126. PMID: 26698585.

15. Armand <u>H. Matheny Antommaria</u> (2015) "Characterizing Clinical Ethics Consultations:  The Need for a Standardized Typology of Cases." *American Journal of Bioethics* 15: 18-20. PMID: 25970383.

16. <u>Armand H. Matheny Antommaria</u> (2015) "Intensified Conflict Instead of Closure:  Clinical Ethics Consultants' Recommendations' Potential to Exacerbate Ethical Conflicts." *American Journal of Bioethics* 15: 52-4. PMID: 25562231.

17. Lainie Friedman Ross and <u>Armand H. Matheny Antommaria</u> (2014) "The need to promote all pediatric stem cell donors' understanding and interests." *Pediatrics* 133: e1356-e1357. PMID: 24777208.

18. <u>Armand H. Matheny Antommaria</u> (2014) "Pubertal Suppression and Professional Obligations:  May a Pediatric Endocrinologist Refuse to Treat an Adolescent with Gender Dysphoria." *American Journal of Bioethics* 13: 43-46. PMID: 24422933.

19. <u>Armand H. Matheny Antommaria</u> (2012) "Empowering, Teaching, and Occasionally Advocating: Clinical Ethics Consultants' Duties to All of the Participants in the Process." *American Journal of Bioethics* 12 11-3. PMID: 22852533.

20. <u>Armand H. Matheny Antommaria</u> (2010) "Dying but not Killing:  Donation after Cardiac Death Donors and the Recovery of Organs." *Journal of Clinical Ethics* 21: 229-31. PMID: 21089993.

21. <u>Armand H. Matheny Antommaria</u> and Julie Melini (2010) "Is it Reasonable to Refuse to be Seen by a Nurse Practitioner in the Emergency Department?" *American Journal of Bioethics* 10: 15-17. PMID: 20694899.

22. William Meadow, Chris Feudtner, <u>Armand H. Matheny Antommaria</u>, Dane Sommer, John Lantos (2010) "A Premature Baby with Necrotizing Enterocolitis Whose Parents Are Jehovah's Witnesses." *Pediatrics.* 216: 151-155. PMID: 20566607.

23. C. C. Weitzman, S. Schlegel, Nancy Murphy, <u>Armand H. Matheny Antommari</u>a, J. P. Brosco, Martin T. Stein (2009) "When Clinicians and a Parent Disagree on the Extent of Medical Care." *Journal of

*Developmental and Behavioral Pediatrics.* 30: 242-3. PMID: 19525718.  Reprinted as (2010) *Journal of Developmental and Behavioral Pediatrics.* 31: S92-5. PMID: 20414087

24. <u>Armand H. Matheny Antommaria</u> and Susan Bratton (2008) "Nurses' Attitudes toward Donation after Cardiac Death: Implications for Nurses' Roles and Moral Distress." *Pediatric Critical Care Medicine,* 9: 339-40. PMID: 18446100.

25. <u>Armand H. Matheny Antommaria</u> and Nannette C. Dudley (2007) "Should Families Be Present During CPR?" *AAP Grand Rounds,* 17: 4-5.

26. <u>Armand H. Matheny Antommaria</u> (2006) "The Proper Scope of Analysis of Conscientious Objection in Healthcare: Individual Rights or Professional Obligations" *Teaching Ethics,* 7: 127-31.

27. <u>Armand H. Matheny Antommaria</u> and Rajendu Srivastava (2006) "If Cardiologists Take Care of Patients with Heart Disease, What do Hospitalists Treat?: Hospitalists and the Doctor-Patient Relationship." *American Journal of Bioethics,* 6: 47-9. PMID: 16423793.

28. <u>Armand H. Matheny Antommaria</u> (2003) "I Paid Out-of-Pocket for My Son's Circumcision at Happy Valley Tattoo and Piercing: Alternative Framings of the Debate over Routine Neonatal Male Circumcision," *American Journal of Bioethics* 3: 51-3. PMID: 12859817.

**Letters**

1. Benjamin S. Wilfond, David Magnus, <u>Armand H Matheny Antommaria</u>, Paul Appelbaum, Judy Aschner, Keith J. Barrington, Tom Beauchamp, Renee D. Boss, Wylie Burke, Arthur L. Caplan, Alexander M. Capron, Mildred Cho, Ellen Wright Clayton, F. Sessions Cole, Brian A. Darlow, Douglas Diekema, Ruth R. Faden, Chris Feudtner, Joseph J. Fins, Norman C. Fost, Joel Frader, D. Micah Hester, Annie Janvier, Steven Joffe, Jeffrey Kahn, Nancy E. Kass, Eric Kodish, John D. Lantos, Laurence McCullough, Ross McKinney, Jr., William Deadow, P. Pearl O'Rourke, Kathleen E. Powderly, DeWayne M. Pursley, Lainie Friedman Ross, Sadath Sayeed, Richard R. Sharp, Jeremy Sugarman, William O. Tarnow-Mordi, Holly Taylor, Tom Tomlison, Robert D. Truog, Yoram T. Unguru, Kathryn L. Weise, David Woodrum, Stuart Youngner (2013) "The OHRP and SUPPORT," *New England Journal of Medicine,* 368: e36. PMID: 23738513.

2. Lainie Friedman Ross and <u>Armand H. Matheny Antommaria</u> (2011) "In Further Defense of the American Academy of Pediatrics Committee on Bioethics 'Children as Hematopoietic Stem Cell Donors' Statement." *Pediatric Blood & Cancer.* 57: 1088-9.

3. <u>Armand H. Matheny Antommaria</u> (2011) "Growth Attenuation: Health Outcomes and Social Services." *Hastings Center Report*, 41(5): 4. PMID: 21980886.

4. Susan Bratton and <u>Armand H. Matheny Antommaria</u> (2010) "Dead Donor Rule and Organ Procurement: The Authors Reply." *Pediatric Critical Care Medicine*, 11: 314-5.

5. <u>Armand H. Matheny Antommaria</u> and Joel Frader (2009) "Policies of Children's Hospitals on Donation After Cardiac Death—Reply." *Journal of the American Medical Association*, 302: 845.

**Case Reports**

<u>Armand H. Matheny Antommaria</u> (2002) "Case 4.9: Inappropriate Access to a Celebrity's Medical Records." In *Ethics and Information Technology: A Case-Based Approach to a Health Care System in Transition*, James G. Anderson and Kenneth W. Goodman, 79-80. New York: Springer-Verlag.

**Book Reviews**

1. <u>Armand H. Matheny Antommaria</u> (2024) Review of *Mormonism, Medicine, and Bioethics,* by Courtney S. Campbell. *Mormon Studies Review* 11: 182-8..

2. <u>Armand H. Matheny Antommaria</u> (2023)  "An Ambitious Goal: A Grounded, Informed, and Compelling Theological Bioethics." Review of *Disability's Challenge to Theology:  Genes, Eugenics, and the Metaphysics of Modern Medicine* by Devan Stahl. *Hastings Center Report* 53(2): 44-5.

3. <u>Armand H. Matheny Antommaria</u> (2021) Review of *When Harry Became Sally: Responding to the Transgender Moment,* by Ryan T. Anderson. *Journal of Medical Humanities* 42: 195-9. PMID 31808021.

4. <u>Armand H. Matheny Antommaria</u> (2012) Review of *The Ethics of Organ Transplantation*, by Steven J. Jensen, ed., *Journal of the American Medical Association* 308: 1482-3.

5. <u>Armand H Matheny Antommaria</u> (2012) Review of *The Soul of Medicine: Spiritual Perspectives and Clinical Practice*, by John R. Peteet and Michael N. D'Ambra, ed., *Journal of the American Medical Association* 308: 87.

6. <u>Armand H. Matheny Antommaria</u> (2009) Review of *Conflicts of Conscience in Health Care: An Institutional Compromise,* by Holly Fernandez Lynch. *American Journal of Bioethics* 9: 63-4.

7. <u>Armand H. Matheny Antommaria</u> (2008)  Review of *A Practical Guide to Clinical Ethics Consulting: Expertise, Ethos, and Power*, by Christopher Meyers.  *American Journal of Bioethics* 8: 72-3.

8. <u>Armand H. Matheny Antommaria</u> (2004) Review of *Children, Ethics, and Modern Medicine*, by Richard B. Miller. *American Journal of Bioethics* 4: 127-8.

9. <u>Armand H. Matheny Antommaria</u> (2002) Review of *Ward Ethics: Dilemmas for Medical Students and Doctors in Training*, by Thomasine Kushner and David Thomasma, ed. *American Journal of Bioethics* 2: 70-1. PMID: 22494193.

10. <u>Armand H. Matheny Antommaria</u> (1999) Review of *Human Cloning: Religious Responses*, by Ronald Cole-Turner, ed. *Prism* 6 (March/April): 21.

11. <u>Armand H. Matheny Antommaria</u> (1999) Review of *Christian Theology and Medical Ethics: Four Contemporary Approaches*, by James B. Tubbs, Jr. *Journal of Religion* 79 (April): 333-5.

12. <u>Armand H. Matheny Antommaria</u> (1997) Review of *Body, Soul, and Bioethics*, by Gilbert C. Meilaender. *Prism* 4 (May/June): 28.

**Newspaper Articles**

1. W. Bradley Poss and <u>Armand H. Matheny Antommaria</u> (2010) "Mass casualty planning must incorporate needs of children." *AAP News* 31 (July): 38.

2. Robert Murray and <u>Armand H. Matheny Antommaria</u> (2010) "Pediatricians should work with school nurses to develop action plans for children with DNAR orders." *AAP News* 31 (May): 30..

3. <u>Armand H. Matheny Antommaria</u> (2009) "Addressing physicians' conscientious objections in health care." *AAP News* 30 (December): 32.

**<u>UNPUBLISHED POSTER PRESENTATIONS</u>**

1. <u>Armand H. Matheny Antommaria.</u> (2018) "Ethical Issues in the Care of International Patients: A Case Study." International Conference on Clinical Ethics and Consultation, Oxford, United Kingdom.

1. Jill S Sweney, Brad Poss, Colin Grissom, Brent Wallace, and <u>Armand H Matheny Antommaria</u>, (2010) "Development of a Statewide Pediatric Pandemic Triage Plan in Utah." Pediatric Academic Societies Annual Meeting, Vancouver, Canada. E-PAS20103713.147.

2. Christopher G. Maloney, <u>Armand H. Matheny Antommaria</u>, James F. Bale, Thomas Greene, Jian Ying, Gena Fletcher, and Rajendu Srivastava (2010) "Why Do Pediatric Interns Violate the 30 Hour Work Rule?" Pediatric Academic Societies Annual Meeting, Vancouver, Canada. E-PAS20101500.596

3. <u>Armand H. Matheny Antommaria</u> and Edward B. Clark (2007) "Resolving Conflict through Bioethics Mediation." 3rd International Conference on Ethics Consultation and Clinical Ethics, Toronto, Canada.

4. Elizabeth Tyson, Tracy Hill, <u>Armand Antommaria</u>, Gena Fletcher, and Flory Nkoy (2007) "Physician Practice Patterns Regarding Nasogastric Feeding Supplementation and Intravenous Fluids in Bronchiolitis Patients."  Pediatrics Academic Societies Annual Meeting, Toronto, Canada. E-PAS2007:61300.

**<u>ORAL PRESENTATIONS</u>**
**Keynote/Plenary Lectures**
<u>International</u>

1. 2021,  *Panelist*, Partnership for Quality Medical Donations, Charitable Access Programming for Rare Diseases, "Ethical Issues," Webinar, April 6.
2. 2017, *Invited Speaker*, Spina Bifida Fetoscopic Repair Study Group and Consortium, "Ethics of Innovation and Research in Fetal Surgery," Cincinnati, Ohio, October 26.
3. 2014, *Invited Speaker*, CIC 2013 CCI:  Canadian Immunization Conference, "Condition-of-Service Influenza Prevention in Health Care Settings," Ottawa, Canada, December 2.
4. 2014, *Invited Speaker*, National Conference of the Chinese Pediatric Society, "A Brief Introduction to Pediatric Research and Clinical Ethics," Chongqing, China, September 12.

National

1. 2020, *Panelist*, Children's Mercy Bioethics Center, "Ethical Issues in the COVID Pandemic at Children's Hospitals," Webinar, March 2.
2. 2019, *Invited Speaker*, North American Fetal Therapy Network (NAFTnet), "Ethics of Innovation," Chicago, Illinois, October 12.
3. 2019, *Panelist,* National Society of Genetic Counselors Prenatal Special Interest Group, "Fetal Intervention Ethics," Webinar, September 12.
4. 2017, *Invited Participant,* American College of Epidemiology Annual Meeting, Preconference Workshop, "Extreme Personal Exposure Biomarker Levels: Guidance for Study Investigators," New Orleans, Louisiana, September 24.
5. 2016, *Invited Speaker,* American Academy of Pediatrics National Conference & Exhibition, Joint Program: Section on Hospital Medicine and Section on Bioethics, "Resource Allocation: Do We Spend Money to Save One Patient with Ebola or Over a 1,000?" San Francisco, California, October 23.
6. 2016, *Invited Speaker*, 26th Annual Specialist Education in Extracorporeal Membrane Oxygenation (SEECHMO) Conference, "Ethical Issues in ECMO: The Bridge to Nowhere," Cincinnati, Ohio, June 5.
7. 2015, *Invited Speaker,* Extracorporeal Life Support Organization (ELSO) 26th Annual Conference, "ECMO-Supported Donation after Circulatory Death: An Ethical Analysis," Atlanta, Georgia, September 20.
8. 2014, *Invited Speaker*, Pediatric Evidence-Based Practice 2014 Conference: Evidence Implementation for Changing Models of Pediatric Health Care, "Ethical Issues in Evidence-Based Practice," Cincinnati, Ohio, September 19.
9. 2014, *Invited Speaker,* 6th Annual David Kline Symposium on Public Philosophy: Exploring the Synergy Between Pediatric Bioethics and Child Rights, "Does Predictive Genetic Testing for Adult Onset Conditions that Are Not Medically Actionable in Childhood Violate Children's Rights?" Jacksonville, Florida, March 6.
10. 2010, *Invited Speaker,* Quest for Research Excellence: The Intersection of Standards, Culture and Ethics in Childhood Obesity, "Research Integrity and Religious Issues in Childhood Obesity Research," Denver, Colorado, April 21.
11. 2010, *Invited Speaker*, Symposium on the Future of Rights of Conscience in Health Care: Legal and Ethical Perspectives, J. Reuben Clark Law School at Brigham Young University and the Ave Maria School of Law,  "Conscientious Objection in Clinical Practice: Disclosure, Consent, Referral, and Emergency Treatment," Provo, Utah, February 26.
12. 2009, *Invited Speaker*, Pediatric Organ Donation Summit, "Research Findings Regarding Variations in Pediatric Hospital Donation after Cardiac Death Policies," Chicago, Illinois, August 18.
13. 2008, *Meet-the-Experts*, American Academy of Pediatrics National Conference & Exhibition, "Physician Refusal to Provide Treatment: What are the ethical issues?" Boston, Massachusetts, October 11.
14. 2008, *Invited Conference Faulty*, Conscience and Clinical Practice: Medical Ethics in the Face of Moral Controversy, The MacLean Center for Clinical Medical Ethics at the University of Chicago,

"Defending Positions or Identifying Interests: The Uses of Ethical Argumentation in the Debate over Conscience in Clinical Practice," Chicago, IL, March 18.

15. 2007, *Symposium Speaker*, Alternative Dispute Resolution Strategies in End-of-Life Decisions, The Ohio State University Mortiz College of Law, "The Representation of Children in Disputes at the End-of-Life," Columbus, Ohio, January 18.

16. 2005, *Keynote Speaker*, Decisions and Families, *Journal of Law and Family Studies* and The University of Utah S.J. Quinney College of Law, "Jehovah's Witnesses, Roman Catholicism, and Calvinism: Religion and State Intervention in Parental, Medical Decision-Making," Salt Lake City, Utah, September 23.

Regional/Local

1. 2024, *Case Expert Commentator*, Center for Bioethics Clinical Ethics Consortium, Harvard Medical School, "Can he be his mother's keeper?", Boston, Massachusetts, February 2.

2. 2023, *Speaker*, Yale Ethics Program, Yale School of Medicine, "Gender-Affirming Care," New Haven, Connecticut, March 8.

3. 2021, *Panelist*, Pediatric Residency Noon Conference, University of Tennessee Health Science Center, "Bioethics Rounds—Ethical Issues in the Care of Transgender Adolescents," Memphis, Tennessee, September 21.

4. 2020, *Keynote Speaker*, 53rd Annual Clinical Advances in Pediatrics, "Referral to a Fetal Care Center: How You Can Help Patients' Mothers Address the Ethical Issues," Kansas City, Kansas, September 16.

5. 2019, *Speaker,* Patient and Family Support Services, Primary Children's Hospital, "Ethical Issues in the Care of Trans Adolescents," Salt Lake City, Utah, December 5.

6. 2019, *Speaker,* Evening Ethics, Program in Medical Ethics and Humanities, University of Utah School of Medicine, "Patients, Parents, and Professionals: Ethical Issues in the Treatment of Trans Adolescents," Salt Lake City, Utah, December 4.

7. 2019, *Speaker,* Pediatric Hospital Medicine Board Review Course, "Ethics, Legal Issues, and Human Rights including Ethics in Research," Cincinnati, Ohio, September 8.

8. 2019, *Speaker,* Advances in Fetology, "Evolving Attitudes Toward the Treatment of Children with Trisomies," Cincinnati, Ohio, September 6.

9. 2019, *Speaker,* Half-Day Ethics Training: Ethics Consultation & Ethics Committees, "Navigating the Rapids of Clinical Ethics Consultation: Intake, Recommendations, and Documentation," Salt Lake City, Utah, June 1.

10. 2019, *Speaker*, Scientific and Ethical Underpinnings of Gene Transfer/Therapy in Vulnerable Populations: Considerations Supporting Novel Treatments, BioNJ, "What Next? An Ethical analysis of Prioritizing Conditions and Populations for Developing Novel Therapies," Cranbury, New Jersey, March 7.

11. 2018, *Panelist*, Periviability, 17th Annual Regional Perinatal Summit, Cincinnati, Ohio, October 12.

12. 2018, *Speaker,* Regional Advance Practice Registered Nurse (APRN) Conference, "Adults are Not Large Children: Ethical Issues in Caring for Adults in Children's Hospitals," Cincinnati, Ohio, April 26.

13. 2018, *Speaker*, Southern Ohio/Northern Kentucky Sigma Theta Tau International Annual Conference, "Between Hope and Hype: Ethical Issues in Precision Medicine," Sharonville, Ohio, March 2.

14. 2017, *Speaker*, Advances in Fetology 2017, "Ethics of Innovation and Research: Special Considerations in Fetal Therapy Centers," Cincinnati, Ohio, October 27.

15. 2016, *Speaker*, End-of-Life Pediatric Palliative Care Regional Conference, "Ethical/Legal Issues in Pediatric Palliative Care," Cincinnati, Ohio, September 15.

16. 2016, *Speaker*, 26th Annual Bioethics Network of Ohio (BENO) Conference, "When Does Parental Refusal of Medical Treatment for Religious Reasons Constitute Neglect?" Dublin, Ohio, May 29.

17. 2014, *Speaker,* Cincinnati Comprehensive Sickle Cell Center Symposium: Research Ethics of Hydroxyurea Therapy for Sickle Cell Disease During Pregnancy and Lactation, "Ethical Issues in Research with Pregnant and Lactating Women," Cincinnati, Ohio, October 30.

18. 2014, *Speaker,* Advances in Fetology 2014, "The 'Miracle Baby' and Other Cases for Discussion," Cincinnati, Ohio, September 26.

19. 2014, *Speaker,* Advances in Fetology 2014, "'Can you tell me …?': Achieving Informed Consent Given the Prevalence of Low Health Literacy," Cincinnati, Ohio, September 26.

20. 2014, *Panelist,* Center for Clinical & Translational Science & Training, Secrets of the Dead: The Ethics of Sharing their Data, Cincinnati, Ohio, August 28.

21. 2014, *Speaker,* Office for Human Research Protections Research Community Forum: Clinical Research … and All That Regulatory Jazz, "Research Results and Incidental Findings: Do Investigators Have a Duty to Return Results to Participants," Cincinnati, Ohio, May 21.

22. 2013, *Opening Presentation,* Empirical Bioethics: Emerging Trends for the 21st Century, University of Cincinnati Center for Clinical & Translational Science & Training, "Empirical vs. Normative Ethics: A Comparison of Methods," Cincinnati, Ohio, February 21.

23. 2012, *Videoconference,* New York State Task Force on Life and the Law, "Pediatric Critical Care Triage," New York, New York, March 1.

24. 2011, *Presenter,* Fall Faculty Development Workshop, College of Social Work, University of Utah, "Teaching Ethics to Students in the Professions, " Salt Lake City, Utah, November 14.

25. 2011, *Speaker,* 15th Annual Conference, Utah Chapter of the National Association of Pediatric Nurse Practitioners, "Ethical Issues in Pediatric Practice," Salt Lake City, Utah, September 22.

26. 2011, *Speaker,* Code Silver! Active Shooter in the Hospital, Utah Hospitals & Health Systems Association, Salt Lake City, Utah, March 21.

27. 2009, *Speaker,* Medical Staff Leadership Conference, Intermountain Healthcare, "The Ethics of Leadership," Park City, Utah, October 30.

28. 2008, *Speaker,* The Art and Medicine of Caring: Supporting Hope for Children and Families, Primary Children's Medical Center, "Medically Provided Hydration and Nutrition: Ethical Considerations," Salt Lake City, Utah, February 25.

29. 2005, *Speaker,* Utah NAPNAP (National Association of Pediatric Nurse Practitioners) Chapter Pharmacology and Pediatric Conference, "Immunization Update," Salt Lake City, Utah, August 18.

30. 2005, *Keynote Speaker,* 17th Annual Conference, Utah Society for Social Work Leadership in Health Care, "Brain Death: Accommodation and Consultation," Salt Lake City, Utah, March 18.

31. 2004, *Continuing Education Presentation,* Utah NAPNAP (National Association of Pediatric Nurse Practitioners), "Febrile Seizures," Salt Lake City, Utah, April 22.

32. 2004, *Speaker,* Advocacy Workshop for Primary Care Providers, "Ethics of Advocacy," Park City, Utah, April 3.

33. 2002, *Speaker,* 16th Annual Biologic Basis of Pediatric Practice Symposium, "Stem Cells: Religious Perspectives," Deer Valley, Utah, September 14.

## Meeting Presentations

International

1. 2023, *Speaker,* International Conference on Clinical Ethics and Consultation, "Addressing Ethical and Conceptual Issues in Gender-Affirming Medical Care Outside of the Hospital," Rome, Italy, June 8.

2. 2018, *Speaker,* International Conference on Clinical Ethics and Consultation, "A Systematic Review of Typologies Used to Characterize Clinical Ethics Consultations," Oxford, United Kingdom, June 21.

National

1. 2023, *Speaker*, American Society for Bioethics and Humanities Annual Meeting, "Addressing Restrictions on Gender-Affirming Medical Care in New Spaces: State Houses and Courtrooms," Baltimore, Maryland, October 13.

2. 2023, Kelsey S. Ryan, Rakhi Gupta Bassuray, Leela Sarathy, Sharon Ostfeld, <u>Armand H. Matheny Antommaria</u>, Erin Rholl, Steven R. Leuthner, and Christy L. Cummings. *Workshop Presenter,* Pediatric Academic Societies Annual Meeting, "How Can Newborn Toxicology Testing be Equitable?" Washington, DC, April 30.

3. 2022, *Speaker,* American Society for Bioethics and Humanities Annual Meeting, "A Mixed Methods Analysis of Requests for Religious Exemptions to a COVID-19 Vaccine Requirement." Portland, Oregon, October 27.

4. 2022, *Panelist,* American Society for Bioethics and Humanities Annual Meeting, Pediatric Ethics Affinity Group, "When Ethical Healthcare Is Prohibited By Law, How Do We Respond?" Portland, Oregon, October 27.

5. 2022, *Speaker,* APPD/PAS Fellow Core Curriculum Workshop, Pediatric Academic Societies Annual Meeting, "From Idea to Implementation: Navigating the Ethical Landscape of Pediatric Clinical Research," Denver, Colorado, April 22.

6. 2021, *Panelist,* Pediatric Endocrine Society Annual Meeting, Difference of Sex Development Special Interest Group, Virtual Conference, April 29.

7. 2020, *Speaker,* American Society for Bioethics and Humanities Annual Meeting, "Is This Child Dead? Controversies Regarding the Neurological Criteria for Death," Virtual Conference, October 17.

8. 2020, *Speaker,* American Society for Bioethics and Humanities Annual Meeting, "Contemporary Ethical Controversy in Fetal Therapy: Innovation, Research, Access, and Justice," Virtual Conference, October 15.

9. 2020, *Speaker,* American Society for Bioethics and Humanities Annual Meeting, "K-12 Schools and Mandatory Public Health Programs During the COVID-19 Pandemic," Virtual Conference, October 15.

10. 2019, *Speaker,* American Society for Bioethics and Humanities Annual Meeting, "Ethical Issues in Translating Gene Transfer Studies Involving Children with Neurodegenerative Disorders," Pittsburgh, Pennsylvania, October 26.

11. 2019, *Moderator,* Pediatric Academic Societies Annual Meeting, Clinical Bioethics, Baltimore, Maryland, April 28.

12. 2018, *Presenter,* American Society for Bioethics and Humanities Annual Meeting, "Looking to the Past, Understanding the Present, and Imaging the Future of Bioethics and Medical Humanities' Engagement with Transgender Health," Anaheim, California, October 19.

13. 2018, *Speaker,* American Society for Bioethics and Humanities Annual Meeting, "Should Vaccination Be a Prerequisite for Sold Organ Transplantation?" Anaheim, California, October 18.

14. 2018, Lindsey Douglas, <u>Armand H. Matheny Antommaria,</u> Derek Williams. *Workshop Presenter*, Pediatric Hospital Medicine Annual Meeting, "IRB Approved! Tips and Tricks to Smooth Sailing through the Institutional Review Board (IRB)." Atlanta, Georgia, July 20.

15. 2018, Alan Schroeder, <u>Armand H. Matheny Antommaria</u>, Hannah Bassett, Kevin Chi, Shawn Ralston, Rebecca Blankenburg. *Workshop Speaker,* Pediatric Hospital Medicine Annual Meeting, "When You Don't Agree with the Plan: Balancing Diplomacy, Value, and Moral Distress," Atlanta, Georgia, July 20.

16. 2018, Alan Schroeder, Hannah Bassett, Rebecca Blankenburg, Kevin Chi, Shawn Ralston, <u>Armand H. Matheny Antommaria.</u> *Workshop Speaker,* Pediatric Academic Societies Annual Meeting, "When You Don't Agree with the Plan: Balancing Diplomacy, Value, and Moral Distress," Toronto, Ontario, Canada, May 7.

17. 2017, *Speaker,* American Society for Bioethics and Humanities Annual Meeting, "Tensions in Informed Consent for Gender Affirming Hormone Therapy and Fertility Preservation in Transgender Adolescents," Kansas City, Missouri, October 19.

18. Lindsey Douglas, <u>Armand H. Matheny Antommaria</u>, and Derek Williams. 2017, *Workshop Leader,* PHM[Pediatric Hospital Medicine]2017, "IRB Approved! Tips and Tricks to Smooth Sailing through the Institutional Review Board (IRB) Process," Nashville, Tennessee, July 21.

19. 2016, *Speaker*, American Society for Bioethics and Humanities Annual Meeting, "Ethical Challenges in the Care of International Patients: Organization, Justice, and Cultural Considerations," Washington, DC, October 9.

20. 2015, *Coauthor,* The American Society of Human Genetics Annual Meeting, "Adolescents' Opinions on Disclosure of Non-Actionable Secondary Findings in Whole Exome Sequencing," Baltimore, Maryland, October 9.

21. 2012, *Speaker*, American Society for Bioethics and Humanities Annual Meeting, "A Public Health Ethics Analysis of the Mandatory Immunization of Healthcare Personnel:  Minimizing  Burdens and Increasing Fairness," Washington, DC, October 21.

22. <u>Armand H. Matheny Antommaria</u>, Valerie Gutmann Koch, Susie A. Han, Carrie S. Zoubul. 2012, *Moderator*, American Society for Bioethics and Humanities Annual Meeting, "Representing the Underrepresented in Allocating Scarce Resources in a Public Health Emergency:  Ethical and Legal Considerations," Washington, DC, October 21.

23. 2012, *Platform Presentation,* Pediatric Academic Societies Annual Meeting, "Qualitative Analysis of International Variation in Donation after Circulatory Death Policies and Rates," Boston, Massachusetts, April 30.  Publication 3150.4.

24. 2011, *Speaker*, American Society for Bioethics and Humanities Annual Meeting, "The Intersection of Policy, Medicine, and Ethics during a Public Health Disaster: Special Considerations for Children and Families," Minneapolis, Minnesota, October 13.

25. <u>Armand H. Matheny Antommaria</u> and Joel Frader. 2010, *Workshop Leader,* Pediatric Academic Societies Annual Meeting, "Conscientious Objection in Health Care: Respecting Conscience and Providing Access," Vancouver, British Columbia, Canada. May 1. Session 1710.

26. 2009, *Workshop Leader,* American Society for Bioethics and Humanities Annual Meeting, "Advanced Clinical Ethics Consultation Skills Workshop: Process and Interpersonal Skills," Washington, DC, October 15.

27. 2009, *Platform Presentation*, Pediatric Academic Societies Annual Meeting, "Qualitative Analysis of Donation after Cardiac Death Policies at Children's Hospitals," Baltimore, Maryland, May 2. Publication 2120.6.

28. 2008, *Speaker*, American Society for Bioethics and Humanities Annual Meeting, "Qualitative Analysis of Donation After Cardiac Death (DCD) Policies at Children's Hospitals," Cleveland, Ohio, October 26.

29. 2007, *Participant,* Hamline University School of Law Biennial Symposium on Advanced Issues in Dispute Resolution, "An Intentional Conversation About Conflict Resolution in Health Care," Saint Paul, Minnesota, November 8-10.

30. *2007*, *Speaker,* American Society of Bioethics and Humanities Annual Meeting, "Bioethics Consultation and Alternative Dispute Resolution: Opportunities for Collaboration," Washington, DC, October 21.

31. 2007, *Speaker,* American Society of Bioethics and Humanities Annual Meeting, "DNAR Orders in Schools: Collaborations Beyond the Hospital," Washington, DC, October 18.

32. <u>Armand H. Matheny Antommaria</u> and Jeannie DePaulis. 2007, *Speaker,* National Association of Children's Hospitals and Related Institutions Annual Meeting, "Using Mediation to Address Conflict and Form Stronger Therapeutic Alliances," San Antonio, Texas, October 9.

33. 2006, *Speaker,* American Society of Bioethics and Humanities Annual Meeting, "Bioethics Mediation: A Critique," Denver, Colorado, October 28.

34. 2005, *Panelist,* American Society of Bioethics and Humanities Annual Meeting, "How I See This Case: 'He Is Not His Brain,'" Washington, DC, October 20.

35. 2005, *Paper Presentation,* Pediatric Ethics: Setting an Agenda for the Future, The Cleveland Clinic, "'He Is Not His Brain:' Accommodating Objections to 'Brain Death,'" Cleveland, Ohio, September 9.
36. 2004, *Speaker,* American Society for Bioethics and Humanities Spring Meeting, "Verification and Balance: Reporting Within the Constraints of Patient Confidentiality," San Antonio, Texas, March 13.
37. 2002, *Panelist,* American Society for Bioethics and Humanities Annual Meeting, "'Who Should Survive?:' Mental Retardation and the History of Bioethics," Baltimore, Maryland, October 24.

**Invited/Visiting Professor Presentations**
1. 2013, Visiting Professor, "How to Listen, Speak and Think Ethically: A Multidisciplinary Approach," Norton Suburban Hospital and Kosair Children's Hospital, Louisville, Kentucky, May 22.
2. 2010, Visiting Professor, Program in Bioethics and Humanities and Department of Pediatrics, "What to Do When Parents Want Everything Done: 'Futility' and Ethics Facilitation," University of Iowa Carver College of Medicine, Iowa City, Iowa, September 10.

**Grand Round Presentations**
1. 2023, Harvey and Bernice Jones Lecture in Pediatric Ethics, "Too Far or Not Far Enough? Assessing Possible Changes in Determining Death and Procuring Organs," Arkansas Children's Hospital, Little Rock, November 16.
2. 2019, David Green Lectureship, "Establishing Goals of Care and Ethically Limiting Treatment," Primary Children's Hospital, Salt Lake City, Utah, December 5.
3. 2018, "The Ethics of Medical Intervention for Transgender Youth," El Rio Health, Tucson, Arizona, September 29.
4. 2018, Pediatrics, "Patient Selection, Justice, and Cultural Difference:  Ethical Issues in the Care of International Patients," Cleveland Clinic, Cleveland, Ohio, April 10.
5. 2018, Bioethics, "Reversibility, Fertility, and Conflict:  Ethical Issues in the Care of Transgender and Gender Nonconforming Children and Adolescents," Cleveland Clinic, Cleveland, Ohio, April 9.
6. 2017, Heart Institute, "'Have you ever thought about what you would want—if god forbid—you became sicker?':  Talking with adult patients about advance directives," Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, October 16.
7. 2017, Pediatrics, "Respectful, Effective Treatment of Jehovah's Witnesses," with Judith R. Ragsdale, PhD, MDiv and David Morales, MD, Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, March 14.
8. 2017, Pediatrics, "Ethical Dilemmas about Discharging Patients When There Are Disagreements Concerning Safety," Seattle Children's Hospital, Seattle, Washington, January 19.
9. 2015, Pediatrics, "'Nonbeneficial' Treatment: What must providers offer and what can they withhold?," Greenville Health System, Greenville, South Carolina, May 10.
10. 2014, Advance Practice Providers, "Common Ethical Issues," Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, August 13.
11. 2014, Respiratory Therapy, "Do-Not-Resuscitate (DNR) Orders," Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, July 15.
12. 2013, Heart Institute, "No Not Months.  Twenty-Two *Years*-Old: Transiting Patients to an Adult Model of Care." Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, October 21.
13. 2013, Division of Neonatology, "This Premature Infant Has a *BRCA1* Mutation!?: Ethical Issues in Clinical Whole Exome Sequencing for Neonatologists." Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, October 11.
14. 2013, Department of Pediatrics, "Adults are Not Large Children: Ethical Issues in Caring for Adults in Children's Hospitals," Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio, February 26.

15. 2012, "Mandate or Moratorium?: Persisting Ethical Controversies in Donation after Circulatory Death," Cedars-Sinai Medical Center, Los Angeles, California, May 16.
16. 2011, Division of Pediatric Neurology Friday Lecture Series, "Inducing or Treating 'Seizures' with Placebos: Is It Ever Ethical?," University of Utah, Salt Lake City, Utah, October 7.
17. 2011, Department of Surgery, "DNR Orders in the OR and other Ethical Issues in Pediatric Surgery: Case Discussions," Primary Children's Medical Center, Salt Lake City, Utah, October 3.
18. 2009, Department of Pediatrics, "What to Do When Parents Want Everything Done: 'Futility' and Bioethical Mediation," Primary Children's Medical Center, Salt Lake City, Utah, September 17.
19. 2008, Division of Pulmonology and Critical Care, "Futility:  May Clinicians Ever Unilaterally Withhold or Withdraw Medical Treatment?" Utah Valley Regional Medical Center, Provo, Utah, April 17.
20. 2007, Division of Otolaryngology-Head and Neck Surgery, "Advance Directives, Durable Powers of Attorney for Healthcare, and Do Not Attempt Resuscitation Orders:  Oh My!," University of Utah School of Medicine, Salt Lake City, Utah, June 20.

**Outreach Presentations**
1. 2019, *Panelist*, Cincinnati Edition, WVXU, "The Ethics of Human Gene Editing," Cincinnati, Ohio, June 13.
2. 2019, *Speaker,* Adult Forum, Indian Hill Church, "Medical Ethics," Indian Hill, Ohio, March 24.
3. 2016, *Speaker,* Conversations in Bioethics:  The Intersection of Biology, Technology, and Faith, Mt. Washington Presbyterian Church, "Genetic Testing," Cincinnati, Ohio, October 12.
4. 2008, *Speaker,* Science in Society, Co-sponsored by KCPW and the City Library, "Death—Choices," Salt Lake City, Utah, November 20.
5. 2003, *Panelist,* Utah Symposium in Science and Literature, "The Goodness Switch: What Happens to Ethics if Behavior is All in Our Brains?" Salt Lake City, Utah, October 10.
6. 2002, *Respondent*, H. Tristram Englehardt, Jr. "The Culture Wars in Bioethics," Salt Lake Community College, Salt Lake City, Utah, March 29.

**Podcasts**
1. 2021, "Ethics of COVID Vaccines in Kids," PHM from Pittsburgh, August 12.
2. 2020, COVID Quandaries: Episode 1, "Is Getting Sick Just Part of the Job?" Hard Call, October 6.

# EXHIBIT B: BIBLIOGRAPHY

@GuyattGH. Current American guidelines for managing gender dysphoria in adolescents untrustworthy. Don't acknowledge the very low certainty evidence regarding alternatives and do not make the very guarded weak/conditional recommendations appropriate for such evidence. Posted March 29, 2023. Accessed March 2, 2024. Available at https://twitter.com/GuyattGH/status/1641183448063967233?s=20.

AAP Publications: Pediatrics. Sex assigned at birth ratio among transgender and gender diverse adolescents in the United States. Accessed March 3, 2024. Available at https://publications.aap.org/pediatrics/article/150/3/e2022056567/188709/Sex-Assigned-at-Birth-Ratio-Among-Transgender-and?autologincheck=redirected.

Ailani J, Lipton RB, Goadsby PJ, et al. Atogepant for the preventive treatment of migraine. *N Engl J Med*. 2021;385(8):695-706.

Alexander PE, Bero L, Montori VM, et al. World Health Organization recommendations are often strong based on low confidence in effect estimates. *J Clin Epidemiol*. 2014;67(6):629-634.

American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders*. 5th ed, Text Revision. American Psychiatric Publishing; 2022.

Andrews JC, Schunemann HJ, Oxman AD, et al. GRADE guidelines: 15. Going from evidence to recommendation-determinants of a recommendation's direction and strength. *J Clin Epidemiol*. 2013;66(7):726-735.

Balshem H, Helfand M, Schunemann HJ, et al. GRADE guidelines: 3. Rating the quality of evidence. *J Clin Epidemiol*. 2011;64(4):401-406.

Block J. Gender dysphoria in young people is rising-and so is professional disagreement. *BMJ*. 2023;380:382.

Brito JP, Domecq JP, Murad MH, Guyatt GH, Montori VM. The Endocrine Society guidelines: When the confidence cart goes before the evidence horse. *J Clin Endocrinol Metab*. 2013;98(8):3246-3252.

Bubola, E, Bautista J. Spain allows legal gender change without a medical evaluation. *The New York Times*. February 16, 2023. Accessed February 29, 2023. Available at https://www.nytimes.com/2023/02/16/world/europe/spain-gender-change.html.

Carel JC, Eugster EA, Rogol A, et al. Consensus statement on the use of gonadotropin-releasing hormone analogs in children. *Pediatrics*. 2009;123(4):e752-62.

Cass Review. Independent review of gender identity services for children and young people: Interim report. February 2022. Accessed March 3, 2024. Available at https://cass.independent-review.uk/publications/interim-report/.

Chen D, Berona J, Chan YM, et al. Psychosocial functioning in transgender youth after 2 years of hormones. *N Engl J Med*. 2023;388(3):240-250.

Cochrane Collaboration. "What is a systematic review?" in *Cochrane Handbook for Systematic Reviews of Interventions.* Version 5.1.0. ed. Higgins JPT, Green S. March 2011. Accessed May 26, 2023. Available at https://handbook-5-1.cochrane.org/chapter_1/1_2_2_what_is_a_systematic_review.htm.

Cooke BK, Worsham E, Reisfield GM. The elusive standard of care. *J Am Acad Psychiatry Law*. 2017;45(3):358-364.

Cornelison BR, Al-Mohaish S, Sun Y, Edwards CJ. Accuracy of Google Translate in translating the directions and counseling points for top-selling drugs from English to Arabic, Chinese, and Spanish. *Am J Health Syst Pharm*. 2021;78(22):2053-2058.

Cruz DC, Wandoff A, Brunette M, Padmanabhan V, Shikanov A, Moravek MB. In vitro fertilization outcomes in a mouse model of gender-affirming hormone therapy in transmasculine youth. *F S Sci*. 2023;4(4):302-310.

D'Angelo R, Syrulnik E, Ayad S, Marchiano L, Kenny DT, Clarke P. One size does not fit all: In support of psychotherapy for gender dysphoria. *Arch Sex Behav*. 2021;50(1):7-16.

Davis, DS. Genetic dilemmas and the child's right to an open future. *Rutgers L J.* 1997;28:549-592.

Dobbs D, Hayden P, Bublick E. Liability of health care providers. *Hornbook on Torts*. 2nd ed. West Academic Publishing; 2016.

Donnez J, Dolmans MM. Fertility Preservation in Women. *N Engl J Med*. 2017;377(17):1657-1665.

Donnez J, Dolmans MM, Pellicer A, et al. Fertility preservation for age-related fertility decline. *Lancet*. 2015;385(9967):506-507.

Endocrine Society. Bylaws. May 2019. Accessed March 1, 2024. Available at https://www.endocrine.org/-/media/endocrine/files/about/bylaws.pdf.

Endocrine Society. Clinical practice guideline methodology. 2017. Accessed March 1, 2024. Available at https://web.archive.org/web/20170627174844/http://www.endocrine.org/education-and-practice-management/clinical-practice-guidelines/methodology.

Endocrine Society. Conflict of interest policy and procedures for Endocrine Society clinical practice guidelines. June 2019. Accessed March 1, 2024. Available at https://www.endocrine.org/-/media/endocrine/files/cpg/methodology-page-refresh/conflict_of_interest_cpg_final.pdf.

Endocrine Society. Endocrine Society Bylaws. June 2016. On file with the author.

Endocrine Society. Endocrine Society guideline methodology. Accessed March 3, 2024. Available at https://www.endocrine.org/-/media/endocrine/files/cpg/methodology-page-refresh/endocrine_society_guideline_methodology_links.pdf.

Federation of State Medical Boards. About Physician Discipline. Accessed March 3, 2024. Available at https://www.fsmb.org/u.s.-medical-regulatory-trends-and-actions/guide-to-medical-regulation-in-the-united-states/about-physician-discipline/.

Feinberg, J. The child's right to an open future. In *Whose Child? Children's Rights, Parent Authority, and State Power* ed. Aiken W., LaFollettte, H, 124-153. Totowa, JN: Rowman and Littlefield, 1980.

Frattarelli DA, Galinkin JL, Green TP, et al. Off-label use of drugs in children. *Pediatrics*. 2014;133(3):563-567.

Gentry KR, Lepere K, Opel DJ. Informed consent in pediatric anesthesiology. *Paediatr Anaesth*. 2017;27(12):1253-1260.

Ghorayshi, A. Medical group backs youth gender treatments, but call for research review. *The New York Times.* August 3, 2023. Accessed March 2, 2024. Available at https://www.nytimes.com/2023/08/03/health/aap-gender-affirming-care-evidence-review.html.

Godiwala P, Uliasz TF, Lowther KM, Kaback D, Mehlmann LM. Puberty suppression followed by testosterone therapy does not impair reproductive potential in female mice. *Endocrinology*. 2023;164(11):bqad145.

Groot N, de Graeff N, Marks SD, et al. European evidence-based recommendations for the diagnosis and treatment of childhood-onset lupus nephritis: the SHARE initiative. *Ann Rheum Dis*. 2017;76(12):1965-1973.

Headache Classification Committee of the International Headache Society (IHS). The international classification of headache disorders, 3rd edition. *Cephalalgia*. 2018;38(1):1-211.

Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: An Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab*. 2017;102(11):3895.

HIGHLIGHTS OF PRESCRIBING INFORMATION [LUPRON DEPOT-PED]. May 2017. Accessed February 26, 2023. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/020263s042lbl.pdf.

HIGHLIGHTS OF PRESCRIBING INFORMATION [NEURONTIN]. October 2017. Accessed February 27, 2024. Available at

https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/020235s064_020882s047_021129s046lbl.pdf.

HIGHLIGHTS OF PRESCRIBING INFORMATION [PROZAC]. Accessed March 1, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2011/018936s091lbl.pdf.

Institute of Medicine. *Clinical Practice Guidelines We Can Trust.* The National Academies Press; 2011.

Jennifer Block. Bio. Accessed March 3, 2024. Available at http://jenniferblock.com/bio/.

Jesus LE. Feminizing genitoplasties: Where are we now? *J Pediatr Urol*. 2018;14(5):407-4.

Lett E, Everhart A, Streed C, Restar A. Science and public health as a tool for social justice requires methodological rigor. *Pediatrics*. 2022;150(6):e2022059680.

Levine SB, Abbruzzese E, Mason JW. Reconsidering informed consent for trans-identified children, adolescents, and young adults. *J Sex Marital Ther*. 2022;48(7):706-727.

Maltz LA, Klugman D, Spaeder MC, Wessel DL. Off-label drug use in a single-center pediatric cardiac intensive care unit. *World J Pediatr Congenit Heart Surg*. 2013;4(3):262-266.

Mason C. Public-private health care delivery becoming the norm in Sweden. *CMAJ*. 2008;179(2):129-131; U.S. Department of Veterans Affairs. Veterans Health Administration. Accessed March 3, 2024. Available at https://www.va.gov/health/.

McCartney CR, Corrigan MD, Drake MT, et al. Enhancing the trustworthiness of the Endocrine Society's clinical practice guidelines. *J Clin Endocrinol Metab*. 2022;107(8):2129-2138.

McPherson SJ, Speed E. NICE rapid guidelines: Exploring political influence on guidelines. *BMJ Evid Based Med*. 2022;27(3):137-140.

Meirow D, Ra'anani H, Shapira M, et al. Transplantations of frozen-thawed ovarian tissue demonstrate high reproductive performance and the need to revise restrictive criteria. *Fertil Steril*. 2016;106(2):467-474.

Mills, C. The child's right to an open future? *J Soc Philos.* 2003;34:499-509.
Mina R, von Scheven E, Ardoin SP, et al. Consensus treatment plans for induction therapy of newly diagnosed proliferative lupus nephritis in juvenile systemic lupus erythematosus. *Arthritis Care Res (Hoboken)*. 2012;64(3):375-383.

Moustgaard H, Clayton GL, Jones HE, et al. Impact of blinding on estimated treatment effects in randomized clinical trials: Meta-epidemiological study. *BMJ*. 2020;368:l6802.

Mul D, Hughes IA. The use of GnRH agonists in precocious puberty. *Eur J Endocrinol*. 2008;159(Suppl 1):S3-8.

Nadeau DP, Rich JN, Brietzke SE. Informed consent in pediatric surgery: Do parents understand the risks? *Arch Otolaryngol Head Neck Surg*. 2010;136(3):265-2.

National Heart, Lung, and Blood Institute. About systematic evidence reviews and clinical practice guidelines. Accessed May 26, 2023. Available at https://www.nhlbi.nih.gov/node/80397.

Newman TB. The new American Academy of Pediatrics urinary tract infection guideline. *Pediatrics*. 2011;128(3):572-575.

NHS England. Clinical Policy: Puberty suppressing hormones (PSH) for children and young people who have gender incongruence / gender dysphoria [1927]. March 12, 2024. Accessed March 22, 2024. Available at https://www.england.nhs.uk/wp-content/uploads/2024/03/clinical-commissioning-policy-gender-affirming-hormones-v2.pdf.

NHS England. Consultation report for the clinical policy on puberty suppressing hormones for children and adolescents who have gender incongruence / gender dysphoria. March 12, 2024. Accessed March 22, 2024. Available at https://www.england.nhs.uk/publication/clinical-policy-puberty-suppressing-hormones/.

Palveluvalikoima. Palveluvalikoimaneuvoston suositis: Alaikäisten sukupuoli-identiteetin variaatioihin liittyvän dysforian lääketieteelliset hoitomenetelmät. Accessed March 3, 2024. Available at https://palveluvalikoima.fi/documents/1237350/22895008/Alaik%C3%A4iset_suositus.pdf/c987a74c-dfac-d82f-2142-684f8ddead64/Alaik%C3%A4iset_suositus.pdf?t=1592317701000.

Palveluvalikoima. Summary: Medical treatment methods for dysphoria associated with variations in gender identity in minors – recommendations. June 16, 2020. Accessed March 3, 2024. Available at https://palveluvalikoima.fi/documents/1237350/22895008/Summary_minors_en+(1).pdf/fa2054c5-8c35-8492-59d6-b3de1c00de49/Summary_minors_en+(1).pdf?t=1631773838474.

Papsin E, Haworth R, Chorney JM, Bezuhly M, Hong P. Pediatric otoplasty and informed consent: Do information handouts improve parental risk recall? *Int J Pediatr Otorhinolaryngol*. 2014;78(12):2258-2261.

Pasternack I, Söderström I, Saijonkari M, Mäkelä M. Lääketieteelliset menetelmät sukupuolivariaatioihin liittyvän dysforian hoidossa. Systemaattinen katsaus. May 15, 2019. Accessed March 3, 2024. Available at https://palveluvalikoima.fi/documents/1237350/22895008/Valmistelumuistion+Liite+1.+Kirjallisuuskatsaus.pdf/5ad0f362-8735-35cd-3e53-3d17a010f2b6/Valmistelumuistion+Liite+1.+Kirjallisuuskatsaus.pdf?t=1592317703000

Patel R, Sharma S. Credentialing. *StatPearls*. October 24, 2022. Accessed March 3, 2024. Available at https://www.ncbi.nlm.nih.gov/books/NBK519504/.

Powers SW, Coffey CS, Chamberlin LA, et al. Trial of amitriptyline, topiramate, and placebo for pediatric migraine. *N Engl J Med*. 2017;376(2):115-124.

Practice Committee of the American Society for Reproductive Medicine. Fertility preservation in patients undergoing gonadotoxic therapy or gonadectomy: A Committee opinion. *Fertil Steril*. 2019;112(6):1022-1033.

Pyle LC, Nathanson KL. A practical guide for evaluating gonadal germ cell tumor predisposition in differences of sex development. *Am J Med Genet C Semin Med Genet*. 2017;175(2):304-314.

Ralston SL, Lieberthal AS, Meissner HC, et al. Clinical practice guideline: the diagnosis, management, and prevention of bronchiolitis. *Pediatrics*. 2014;134(5):e1474-e1502.

Roberts KB, Finnell SM, Downs SM. Response to the AAP Section on Urology concerns about the AAP urinary tract infection guideline. *Pediatrics*. 2012;129(4):e1054-1056.

SEGM unofficial translation: Recommendation of the Council for Choices in Health Care in Finland (PALKO / COHERE Finland). Accessed March 3, 2024. Available at https://segm.org/sites/default/files/Finnish_Guidelines_2020_Minors_Unofficial%20Translation _0.pdf.

Socialstyrelsen. Care of children and adolescents with gender dysphoria: Summary. Accessed May 21, 2023. Available at https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2022-3-7799.pdf. Copy on file with the author.

Socialstyrelsen. Care of children and adolescents with gender dysphoria: Summary of national guidelines. December 2022. Accessed March 3, 2024. Available at https://www.socialstyrelsen.se/globalassets/sharepoint-dokument/artikelkatalog/kunskapsstod/2023-1-8330.pdf.

Society for Evidence Based Gender Medicine. About Us. Accessed March 3, 2024. Available at https://segm.org/faq.

Speiser PW, Arlt W, Auchus RJ, et al. Congenital adrenal hyperplasia due to steroid 21-hydroxylase deficiency: An Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab*. 2018;103(11):4043-4088.

Steiner TJ, Jensen R, Katsarava Z, et al. Aids to management of headache disorders in primary care, 2nd edition. *J Headache Pain*. 2019;20(1):57.

Subcommittee on Urinary Tract Infection, Steering Committee on Quality Improvement and Management, Roberts KB. Urinary tract infection: Clinical practice guideline for the diagnosis and management of the initial UTI in febrile infants and children 2 to 24 months. *Pediatrics*. 2011;128(3):595-610.

Sugarman J. Ethics in the design and conduct of clinical trials. *Epidemiol Rev*. 2002;24(1):54-58.

Styne DM, Arslanian SA, Connor EL, et al. Pediatric obesity-assessment, treatment, and prevention: An Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab*. 2017;102(3):709-757.

Tabbers MM, DiLorenzo C, Berger MY, et al. Evaluation and treatment of functional constipation in infants and children: evidence-based recommendations from ESPGHAN and NASPGHAN. *J Pediatr Gastroenterol Nutr*. 2014;58(2):258-274.

Trysell K. De flesta har skärpt rutiner för ny hormonbehandling hos minderåriga. September 9, 2021. Accessed March 3, 2024. Available at https://lakartidningen.se/aktuellt/nyheter/2021/08/de-flesta-har-skarpt-rutiner-for-ny-hormonbehandling-hos-minderariga/.

Turban JL, Dolotina B, King D, Keuroghlian AS. Author response to: Science and public health as a tool for social justice requires methodological rigor. *Pediatrics.* 2022;150(6):e2022059680.

Turban JL, Dolotina B, King D, Keuroghlian AS. Sex assigned at birth ratio among transgender and gender diverse adolescents in the United States. *Pediatrics*. 2022;150(3):e2022056567.

Ukom. Pasientsikkerhet for barn og unge med kjønnsinkongruens. March 9, 2023. Accessed March 3, 2024. Available at https://ukom.no/rapporter/pasientsikkerhet-for-barn-og-unge-med-kjonnsinkongruens/sammendrag.

U.S. Food & Drug Administration. FDA requires Boxed Warning about serious mental health side effects for asthma and allergy drug montelukast (Singuliar); advises restricting use for allergic rhinitis. March 13, 2020. Accessed March 24, 2024. Available at https://www.fda.gov/drugs/drug-safety-and-availability/fda-requires-boxed-warning-about-serious-mental-health-side-effects-asthma-and-allergy-drug.

U.S. Food & Drug Administration. Postmarketing surveillance programs. April 2, 2020. Accessed March 24, 2024. Available at https://www.fda.gov/drugs/surveillance/postmarketing-surveillance-programs.

U.S. Food & Drug Administration. The FDA's drug review process: Ensuring durgs are safe and effective. November 11, 2017. Accessed March 24, 2024. Available at https://www.fda.gov/drugs/information-consumers-and-patients-drugs/fdas-drug-review-process-ensuring-drugs-are-safe-and-effective.

U.S. Preventive Services Task Force. About the USPSTF. Accessed March 1, 2024. Available at https://www.uspreventiveservicestaskforce.org/uspstf/about-uspstf.

U.S. Preventive Services Task Force. Conflict of interest disclosures. February 2024. Accessed March 1, 2024. Available at https://www.uspreventiveservicestaskforce.org/uspstf/about-uspstf/conflict-interest-disclosures.

Vigersky RA, Bhasin S, Martin KA. The Endocrine Society clinical practice guidelines: a self-assessment. *J Clin Endocrinol Metab*. 2013;98(8):3174-3177.

Vrouenraets L, de Vries ALC, de Vries MC, van der Miesen AIR, Hein IM. Assessing medical decision-making competence in transgender youth. *Pediatrics*. 2021;148(6): e2020049643.

Wan J, Skoog SJ, Hulbert WC, et al. Section on Urology response to new guidelines for the diagnosis and management of UTI. *Pediatrics*. 2012;129(4):e1051-1053.

Wang YY, Wang SB, Ungvari GS, et al. The assessment of decision-making competence in patients with depression using the MacArthur competence assessment tools: A systematic review. *Perspect Psychiatr Care*. 2018; 54 (2): 206-211.

Wiffen PJ, Derry S, Bell RF, et al. Gabapentin for chronic neuropathic pain in adults. *Cochrane Database Syst Rev*. 2017;6(6):CD007938.

Williams AF, Ferguson SA, McCartt AT. Passenger effects on teenage driving and opportunities for reducing the risks of such travel. *J Safety Res*. 2007;38(4):381-390.

Wittich CM, Burkle CM, Lanier WL. Ten common questions (and their answers) about off-label drug use. *Mayo Clin Proc*. 2012;87(10):982-990.

Yackey K, Stukus K, Cohen D, Kline D, Zhao S, Stanley R. Off-label medication prescribing patterns in pediatrics: An update. *Hosp Pediatr*. 2019;9(3):186-193.

Yang, M. Boston Children's hospital receives bomb threat after far-right harassment. *The Guardian.* August 31, 2022. Accessed March 1, 2024. Available at https://www.theguardian.com/us-news/2022/aug/31/boston-childrens-hospital-bomb-threat-far-right-lgbtq.

Yao L, Ahmed MM, Guyatt GH, et al. Discordant and inappropriate discordant recommendations in consensus and evidence based guidelines: Empirical analysis. *BMJ*. 2021;375:e066045.