# EXHIBIT 9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

|  |  |
|---|---|
| BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; *et al.*, | |
| Plaintiffs, | Case No. 2:22-cv-00184-LCB-CWB |
| and | Honorable Liles C. Burke |
| UNITED STATES OF AMERICA, | |
| Plaintiff-Intervenor, | |
| v. | |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; *et al.*, | |
| Defendants. | |

## EXPERT REBUTTAL REPORT OF DAN H. KARASIC, M.D.

## I.    INTRODUCTION

I, Dan H. Karasic, M.D., hereby state as follows:

1.    I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation. I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinion.

### A.    *Qualifications*

2.    The information provided regarding my professional background, experiences, publications, and presentations are detailed in my curriculum vitae ("CV"). A true and correct copy of my most up-to-date CV is attached as **Exhibit A.**

3.    I am a Professor Emeritus of Psychiatry at the University of California – San Francisco (UCSF) Weill Institute for Neurosciences. I have been on faculty at UCSF since 1991.  I also have had a telepsychiatry private practice since 2020.

4.    I received my Doctor of Medicine (M.D.) degree from the Yale Medical School in 1987. In 1991, I completed my residency in psychiatry at the University of California – Los Angeles (UCLA) Neuropsychiatric Institute, and from 1990 to 1991, I was a postdoctoral fellow at UCLA in a training program in mental health services research for persons living with AIDS.

5.    For over 30 years, I have worked with patients with gender dysphoria.

6.    I am a Distinguished Life Fellow of the American Psychiatric Association and the chair of the American Psychiatric Association Workgroup on Gender Dysphoria, as well as the sole author of the chapter on transgender care in the American Psychiatric Press's Clinical Manual of Cultural Psychiatry, Second Edition.

7.    For over 30 years, I have provided care for thousands of transgender patients. For 17 years, I was the psychiatrist for the Dimensions Clinic, for transgender youth ages 12-25 years old, in San Francisco.

8.    I previously sat on the Board of Directors of the World Professional Association for Transgender Health (WPATH) and was lead author of the Mental Health chapter of WPATH's *Standards of Care for the Health of Gender Diverse and Transgender People* Version 8 (WPATH SOC 8), which are the internationally accepted guidelines designed to promote the health and welfare of transgender, transsexual, and gender variant persons. I was also a co-author of WPATH SOC 7.

9.    As a member of the WPATH Global Education Initiative, I helped develop a specialty certification program in transgender health and helped train over 2,000 health providers. At UCSF, I developed protocols and outcome measures for the Transgender Surgery Program at the UCSF Medical Center. I also served on the Medical Advisory Board for the UCSF Center of Excellence for Transgender Care and co-wrote the mental health section of the original *Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People* and the revision in 2016.

10.    I have worked with the San Francisco Department of Public Health, having helped develop and implement their program for the care of transgender patients and for mental health assessments for gender-affirming surgery. I served on the City and County of San Francisco Human Rights Commission's LGBT Advisory Committee, and I have been an expert consultant for California state agencies and on multiple occasions for the United Nations Development Programme on international issues in transgender care.

11.    I have held numerous clinical positions concurrent to my clinical professorship at UCSF. Among these, I served as an attending psychiatrist for San Francisco General Hospital's consultation-liaison service for AIDS care, as an outpatient psychiatrist for HIV-AIDS patients at UCSF, as a psychiatrist for the Transgender Life Care Program and the Dimensions Clinic at Castro Mission Health Center, and as the founder and co-lead of the UCSF Alliance Health Project's

Transgender Team. In these clinical roles, I specialized in the evaluation and treatment of transgender, gender dysphoric, and HIV-positive patients. I also regularly provide consultation on challenging cases to psychologists and other psychotherapists working with transgender and gender dysphoric patients. I have been a consultant in transgender care to the California Department of State Hospitals and the California Department of Corrections and Rehabilitation.

12.     As part of my psychiatric practice treating individuals diagnosed with gender dysphoria and who receive medical and surgical treatment for that condition, as well as a co-author of the WPATH Standards of Care and UCSF's *Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People*, I am and must be familiar with additional aspects of medical care for the diagnosis of gender dysphoria, beyond mental health treatment, assessment, and diagnosis.

13.     In addition to this work, I have done research on the treatment of depression. I have authored many articles and book chapters and edited the book *Sexual and Gender Diagnoses of the Diagnostic and Statistical Manual (DSM): A Reevaluation.*

14.     Since 2018, I have performed over 100 independent medical reviews for the State of California to determine the medical necessity of transgender care in appeals of denial of insurance coverage.

## B.     *Compensation*

15.     I am being compensated for my work on this matter at a rate of $400.00 per hour for preparation of declarations and expert reports. I will be compensated $3,200.00 per day for any deposition testimony or trial testimony. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

### C. Previous Testimony

16.    Over the past four years, I have given expert testimony at trial or by deposition in the following cases: *C.P. v. Blue Cross Blue Shield of Illinois*, No. 3:20-cv-06145-RJB (W.D. Wash.); *Kadel v. Folwell*, No. 1:19-cv-00272 (M.D.N.C.); *Fain v. Crouch*, 3:20-cv-00740 (S.D.W. Va.); *Brandt v. Rutledge*, No. 4:21-cv-00450 (E.D. Ark.); *K.C. et al. vs Individual Members of the Indiana Licensing Board, et al.*; *Dekker, et al. v. Weida, et al.*, No. 4:22-cv-00325-RH-MAF (N.D. Fla.); and *Doe v. Ladapo,* No. 4:23-cv-00114-RH-MAF (N.D. Fla.). To the best of my recollection, I have not given expert testimony at a trial or at a deposition in any other case during this period.

### D. Bases for Opinions

17.    In preparing this report, I have relied on my training and years of research and clinical experience, as set out in my curriculum vitae, and on the materials listed therein, as documented in my curriculum vitae.

18.    I have also reviewed the materials listed in the bibliography attached hereto as **Exhibit B**. The sources cited therein include authoritative, scientific peer- reviewed publications. I have additionally relied on the documents specifically cited as supportive examples in particular sections of this report.

19.    Additionally, I reviewed the text of the Alabama law being challenged in this case.

20.    The materials I have relied upon in preparing this report are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject. I reserve the right to revise and supplement the opinions expressed in this report or the bases for them if any new information becomes available in the future, including as a result of new scientific research or publications or in response to statements and issues that may arise in

my area of expertise.

21.     I reserve the right to revise and supplement the opinions expressed in this report or the bases for them if any new information becomes available in the future, including as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.  I may also further supplement these opinions in response to information produced by Defendants in discovery and in response to additional information from Defendants' designated experts.

## EXPERT REBUTTAL OPINIONS

22.     I reviewed the expert reports and supplemental reports, where applicable, of Michael K. Laidlaw, M.D., James M. Cantor, PhD,, Kristopher Kaliebe, MD and Geeta Nangia, M.D. I submit this report to respond to certain points raised in the reports of these experts.

23.     The critiques below apply to more than one expert. In this rebuttal report, I respond to some of the central points made in those reports.  I do not address each and every assertion made in those reports that I believe are baseless, misleading, or mischaracterizations of the evidence, as there are many.  Instead, my aim is to provide an explanation of the erroneous premises upon which their conclusions are based. As a general matter, the State's experts hold views that are outside the mainstream of experts in transgender health and mainstream medical organizations.

## THE STATE'S EXPERT WITNESSES' DESCRIPTION OF GENDER-AFFIRMING CARE FOR ADOLESCENTS WITH GENDER DYSPHORIA BEARS NO RESEMBLANCE TO THE PREVAILING TREATMENT PROTOCOLS

24.     The State's experts offer a description of medical care for adolescents with gender dysphoria that bears no resemblance to the widely accepted protocols for treatment articulated in the WPATH Standards of Care 8 ("WPATH SOC") and the Endocrine Society Guideline. Throughout their reports, the State's experts claim that doctors who provide medical interventions

to treat gender dysphoria actively encourage patients to be transgender, rush to provide medical interventions without mental health assessments of patients, disregard other mental health and family issues that could be causing the patient distress, oppose psychotherapy, and fail to inform patients and their families of the risks associated with treatment.  (*See, e.g.*, Cantor Report ¶ 126 (referring to "transition-on-demand").)

25.    The State's experts also claim that there is no consensus or agreed standard of care concerning therapeutic approaches to gender dysphoria in adolescents.  In fact, there is an international consensus of leaders in providing and researching care for transgender people, which is published as the WPATH Standards of Care for the Health of Transgender and Gender Diverse People, Version 8.  The use of the WPATH Standards of Care is supported and/or adopted by, among others, the American Psychiatric Association, the American Psychological Association, the American Medical Association, the American Academy of Pediatrics, by the Federal Bureau of Prisons, and by many insurance companies, and health systems, as well as by Maximus, which administers independent medical reviews for insurance appeals in many states as well as federal appeals.  The fact that there are some outlier views which, no matter how loud, constitute a minority within the medical and scientific community, does not mean that there is no broad consensus among the larger medical and scientific community about the propriety, safety, and effectiveness of medical care for the treatment of gender dysphoria.

26.    Under the prevailing standard of care for instance:

a.    Under the WPATH SOC and Endocrine Society Guideline, appropriate care for transgender youth does not mean steering them in a particular direction, but rather supporting them through their period of exploration of gender expression and increasing self-awareness of their identity.  (Coleman, et al., 2022, at 50-51; Ehrensaft, 2017).  The WPATH SOC 8 makes clear that "[f]or some youth,

obtaining medical treatment is important while for others these steps may not be necessary." (Coleman, et al., 2022, at 51).

b.  The protocols state that before any medical interventions are provided to adolescents, a careful mental health assessment should be conducted to ascertain whether the diagnostic criteria for Gender Dysphoria in Adolescents and Adults are met and the appropriateness of such care for the patient. (Coleman, et al., 2022, at S50; Hembree, et al., 2017, at 3877).

c.  The protocols provide that clinicians should ensure than any psychiatric conditions are appropriately addressed and that it is important that mental health care is available to patients before, during, and sometimes after transitioning. (Coleman, et al., 2022 at S256-7; Hembree, et al., 2017, at 3876, 3879.)

d.  The protocols provide for a rigorous informed consent process that includes informing the patient and their parents of side effects of treatment, including the potential loss of fertility. For hormone therapy, in addition to requiring the parents' informed consent, the adolescent must have "sufficient mental capacity . . . to estimate the consequences of this (partly) irreversible treatment, weigh the benefits and risks, and give informed consent." (Hembree, et al., 2017, at 3878.)

27.  In sum, the State's experts create a straw man by providing a false description of care under the prevailing protocols and then attack it. They either misunderstand the prevailing protocols or assume, without basis, that all or most gender clinics disregard them. As a clinician who, unlike the State's experts, actively works with a multitude of clinicians providing care to transgender youth and adults, I know firsthand that their characterization of treatment is wholly inconsistent with the prevailing practice. WPATH SOC 8 also requires that practitioners have

knowledge of child development and family development and approach the child in a way that "does not favor any identity." (Coleman, et al., 2022).

28.      If there are individual doctors who deviate from the accepted protocols and inappropriately provide care that is harmful to patients, medical licensing boards can address that without denying care to those who have been appropriately assessed and determined to need it. The State's experts point to comments by Drs. Laura Edwards-Leeper and Erica Anderson expressing concerns that some children and adolescents are being subjected to puberty blockers and hormonal intervention far too quickly. (*See, e.g.,* Kaliebe Supp. Report ¶ 19.) These doctors' comments were aimed at improving care, not banning it. After making the comments cited by the State's experts, Dr. Bowers and Dr. Anderson were signatories to a letter from USPATH and WPATH supporting gender-affirming medical care for adolescents with gender dysphoria and opposing legislation like Alabama's law.[1] Dr. Edwards-Leeper and Dr. Anderson similarly expressed their full support for gender-affirming care and "disgust" at legislative bans of such care.

29.      Dr. Edwards-Leeper, Dr. Anderson and Dr. Bowers were original signatories on a 2023 letter, published at https://www.gamcstatement.org/, which states: "However, often lost in the public version of these debates is our strong agreement about two central points that we wish to highlight here. First, there is consensus in the field, and amongst these signatories, that gender affirming medical care is important and beneficial for many transgender youth. Second, we do not support laws restricting access to gender affirmative care. As with all medical care, we believe an adolescent's health care, including their access to gender affirming medical care, should be determined by the youth along with their families and health care teams."

---

[1] United States Professional Association for Transgender Health and World Professional Association for Transgender Health. (2021). Joint Letter from USPATH and WPATH. *Available at* https://www.wpath.org/media/cms/Documents/Public%20Policies/2021/Joint%20WPATH%20USPATH%20Letter%20Dated%20Oct%2012%202021.pdf

30.      It is clear from some of the State's experts' reports that their concern is not about the alleged lack of thorough mental health assessments or access to psychotherapy for patients; it is about opposition to transition-related medical care. (*See, e.g.*, Corr. Nangia Report ¶ 56; Laidlaw ¶ 246.)

## MEDICAL CARE FOR TRANSGENDER ADOLESCENTS IS SAFE AND EFFECTIVE AND IT WOULD BE HARMFUL TO BAN ACCESS TO THIS CARE

31.      Gender-affirming medical interventions in accordance with the WPATH SOC 8 and Endocrine Society Guidelines are widely recognized in the medical community as safe, effective, and medically necessary for many adolescents with gender dysphoria. (*See* American Academy of Pediatrics, 2018; the American Medical Association, 2021; the Endocrine Society, 2020, the Pediatric Endocrine Society, 2021; the American Psychiatric Association, 2018; the American Psychological Association, 2021; the American Congress of Obstetricians and Gynecologists, 2021; the American Academy of Family Physicians, 2020; WPATH, 2012).

32.      Medical treatment for gender dysphoria has been studied for over half a century, and there is substantial evidence that it improves quality of life and measures of mental health. (Aldridge et al., 2020; Almazan, et al., 2021; Baker et al., 2021; Chen, et al., 2023, Murad, et al., 2010; Nobili et al., 2018; Pfafflin & Junge, 1998; T'Sjoen et al. 2019; van de Grift et al., 2017; White Hughto and Reisner, 2016; Wierckx et al., 2014).

33.      The State's experts' claims that there is no evidence medical transition significantly reduces rates of suicide or suicidality among transgender youth are false. A study of transgender youth in the United States showed a decrease in suicidality and increase in reported well-being after treatment with gender affirming hormones. (Allen, et al., 2019). In a prospective study at Seattle Children's Gender Clinic of 104 transgender and nonbinary youth ages 13-21 who received puberty blockers or hormones over a 12-month period, treatment with puberty blockers or hormones was associated with 60% less moderate to severe depression and 73% less suicidal

ideation, compared to youth not treated (Tordoff, et al. 2022). A Dutch study showed increased suicidality and self-harm in transgender youth compared to cisgender peers before puberty suppression, but transgender youth who were treated with puberty suppression had similar psychological function as cisgender peers. (Van der Miesen, et al., 2020).  In a Finnish study, the start of hormone treatment in transgender adolescents reduced the need for psychiatric treatment for suicidality from 35% to 4% (Kaltiala, et al., 2020).

34.     Data from the Dutch experience with evaluation and care by a multidisciplinary team, using puberty blockers, followed by hormones and surgery when indicated, show that this approach, over many years of follow up, results in high satisfaction, a lack of regret, and mental health outcomes similar to those of a control group that was not transgender. (DeVries, et al., 2014). Zucker, et al., (2010) states about the Dutch studies of treatment of adolescents: "For adolescents recommended for puberty-blocking hormonal therapy, there was . . . evidence of improvement in general psychologic problems at follow-up and certainly no evidence of deterioration in psychological wellbeing." In a Canadian study of transgender people 16 and older, completing a medical transition was associated with a 62% reduction in suicidal ideation. (Bauer, et al., 2015); *see also* (Green et al., 2021) (finding that access to hormone therapy during adolescence was associated with lower odds of recent depression and having attempted suicide in the past year); (Turban, et al., 2020) ((finding that access to puberty blockers during adolescence is associated with a decreased lifetime incidence of suicidal ideation among adults); (Achille, et al., 2020) (finding that endocrine intervention was associated with decreased depression and suicidal ideation and improved quality of life for transgender youth); (Costa, et al., 2015) (finding improved psychological function after six months of puberty suppression).

35.     The studies on gender-affirming medical care for adolescents with gender dysphoria are consistent with decades of clinical experience of mental health providers across the U.S. and

around the world. At professional conferences and other settings in which I interact with colleagues, clinicians report that gender-affirming medical care, for those for whom it is indicated, provides great clinical benefit. In my 30 years of clinical experience treating gender dysphoric patients, including 19 years working with adolescents, I have seen the benefits of gender affirming medical care on my patients' health and well-being. I have seen many patients show improvements in mental health, as well as in performance in school, in social functioning with peers, and in family relationships when they experience relief from gender dysphoria with gender-affirming medical care.

36.    To be clear, medical care for a transgender adolescent is not provided simply because someone requests it; it is recommended and provided by health professionals when such care is medically indicated based on an individualized assessment of a youth's medical needs, and only after obtaining the informed consent of the youth's parents or legal guardians and the informed assent of the youth.

37.    Regret rates for gender-affirming medical care are very low. A study of everyone receiving gender-affirming surgery in Sweden over 50 years (1960 to 2010) found a regret rate of 2.2.%, declining over the years. There were ten cases of regret from 1960 to 1980, and only five cases of regret total in the last 30 years that were reviewed, from 1981-2010. (Dhejne, et al., 2014). A meta-analysis of 27 studies which reported regret after gender-affirming surgery found that of 7928 people having gender-affirming surgery, the regret rate was 1%. (Bustos, et al., 2021). A study of 209 gender-affirming mastectomies in transmasculine adolescents aged 12-17, performed at Kaiser Permanente Northern California from 2013 to 2020, showed a regret rate of 1%. (Tang, et al 2022). Cavve, et al (2024) found a 1% rate of detransition in adolescents due to re-identification with birth sex in 196 adolescents treated with puberty blockers and hormones. Bruce, et al. 2023 found that of 235 people receiving gender-affirming mastectomy over 30 years,

none regretted surgery: a median regret score of 0.0 on a 1-100 scale. These studies showing regret is uncommon are consistent with my clinical practice. I have had some patients who halted their transition due to challenging personal circumstances—*e.g.*, fear of losing family support— but they still had gender dysphoria.  And some came back years later to resume their transition. But in 30 years, I have never seen a patient who had undergone hormone therapy and surgery and later came to identify with their sex assigned at birth and, thus, regretted the treatment and wanted to undo its effects.

38.    The overarching goal of treatment is to eliminate the distress of gender dysphoria by aligning an individual patient's body and presentation with their internal sense of self. The denial of medically indicated care to transgender people not only results in the prolonging of their gender dysphoria, but causes additional distress and poses other health risks, such as depression, posttraumatic stress disorder, and suicidality. In other words, lack of access to gender-affirming care directly contributes to poorer mental health outcomes for transgender people. (Owen-Smith, et al., 2018).

39.    For patients for whom gender-affirming medical care is indicated, no alternative treatments have been demonstrated to be effective. The American Psychological Association states that gender identity change efforts provide no benefit and instead do harm. (American Psychological Association, 2021).  In 2023, the Substance Abuse and Mental Health Services Administration published a comprehensive review of existing literature on therapeutic efforts to change a child's gender identity or gender expression and found:

> No research has demonstrated that gender identity change efforts are effective in altering gender identity; there is also no evidence of any benefits of such practices to children, adolescents, or their families. Recent large, methodologically sound studies have investigated harms associated with gender identity change efforts. These studies indicate that exposure to gender identity change efforts—in childhood, adolescence, and/or adulthood—is associated with harm, including suicidality, suicide attempt,

and other negative mental health outcomes such as severe psychological distress.[2]

40.     Accordingly, major medical organizations, such as the American Medical Association, American Psychiatric Association, the Endocrine Society, American College of Obstetricians and Gynecologists, American Urological Association, American College of Physicians, American Association of Clinical Endocrinology, and American Academy of Family Physicians oppose the denial of this medically necessary care and support public and private health insurance coverage for treatment of gender dysphoria as recommended by the patient's physician. (American Medical Association, 2021, 2023; American Psychiatric Association, 2018; Endocrine Society, 2012; American College of Obstetricians and Gynecologists, 2021; American Academy of Family Physicians, 2020). Denial of this appropriate care for transgender adolescents is also opposed by medical professional organizations responsible for the care of youth, including the American Academy of Pediatrics, the American Academy of Child and Adolescent Psychiatry, and the Pediatric Endocrine Society. (American Academy of Pediatrics, 2018; American Academy of Child and Adolescent Psychiatry, 2019; Pediatric Endocrine Society, 2021.)

41.     For all of the reasons above, there is no basis in medicine or science for a categorical exclusion of gender-affirming care for either adolescents or adults.

### THE STATE'S EXPERT WITNESSES OFFER NO ALTERNATIVE EFFECTIVE TREATMENT FOR ADOLESCENTS WITH GENDER DYPHORIA

42.     The State's expert witnesses disapprove of existing protocols for treating gender dysphoria in adolescents (and for some of the State's experts, people of any age). As explained above, these opinions are wholly unwarranted. Moreover, the alternative treatments they propose lack any evidence of effectiveness.

---

[2] Substance Abuse and Mental Health Services Administration (SAMHSA), *Moving Beyond Change*, Pages 26-27, (2023), *available at*, https://store.samhsa.gov/sites/default/files/pep22-03-12-001.pdf (last visited June 15, 2023).

43.     The State's experts appear to believe that psychotherapy can enable a return to a gender identity that matches sex assigned at birth.  (*See, e.g.,* Corr. Nangia Report ¶ 55 (stating that among her adolescent patients, "the vast majority realigned with their natal sex over the course of treatment").)  Efforts were made in the past to assist patients to come to identify with their sex assigned at birth but those efforts have proven to be ineffective and harmful and, thus, treatment with the goal of changing a person's gender identity are no longer considered ethical. (Coleman, et al., 2012, at 16; American Psychological Association, 2021).

44.     Dr. Nangia also appears to suggest that as an alternative to medical interventions, health care providers can address gender dysphoria by helping patients and their parents understand that there are options beyond sex-stereotyped behaviors, and that such gender nonconforming behavior should not be pathologized or "seen as something to be concerned about." (Nangia ¶ 50.)  This represents a misunderstanding of gender dysphoria and its diagnosis and treatment.  If a patient's distress relates only to a sense of limitation on behaviors related to gender and they are not experiencing gender dysphoria with clinically significant distress or social or occupational impairment lasting at least 6 months, they would not meet the criteria for diagnosis and medical treatment.

45.     The State's experts incorrectly point to "watchful waiting" as an alternative treatment approach to the existing treatment paradigms outlined in the WPATH SOC and the Endocrine Society Guideline. (*See, e.g.,* Cantor Report ¶ 257.) "Watchful waiting" refers only to prepubertal children, not to adolescents. The term was coined by the same Dutch researchers who pioneered the use of puberty blockers once the same children reached puberty, and found that puberty blockers, hormones, and later surgery successfully treated gender dysphoria in the same patients once they were of developmental stage for puberty blockers. (Ehrensaft, 2017).  The result was that mental health outcomes significantly improved in the adolescents who received transition care in

the study. (de Vries, et al., 2014). Other studies have also shown improvement in mental health measures in transgender adolescents with gender-affirming medical treatment. (*e.g.*, van der Miesen, et al., 2020; Kuper, et al., 2020). There is no medical basis for denying these treatments to transgender adolescents, which would serve no purpose other than to subject them to needless suffering and harm, and there is no alternative treatment for transgender adolescents known as "watchful waiting."

46.     The State's experts rely significantly on the work of Kenneth Zucker in support of "watchful waiting." But Zucker recognizes the need for medical interventions for gender dysphoria in adolescence and does not suggest that watchful waiting is appropriate for adolescents. (Zucker, et al., 2010). His clinic in Toronto provided puberty blockers and hormone therapy to adolescents with gender dysphoria. (Zucker, et al., 2010). Similarly, the Dutch researchers who coined the term watchful waiting for prepubertal children did the seminal research on medical interventions for those patients whose gender dysphoria persists until adolescence. (de Vries, 2011; Steensma, 2011; de Vries, 2014).

47.     The State's experts incorrectly claim that, in the absence of receiving medical care, most transgender youth will naturally "desist" from being transgender. Though numbers vary by study, desistance is a pre-pubertal phenomenon. Older longitudinal studies included gender nonconforming children who were not transgender due to the broad criteria for the since-abandoned "gender identity disorder in children" diagnosis, and the one large modern American longitudinal study showed very low desistance rates. (Olson, et al, 2022). Moreover, because no medical treatment, let alone irreversible medical and surgical interventions, is used prior to puberty, the persistence and desistance statistics of pre-pubertal children do not inform the decision whether or not to initiate these treatments.

48.     To be clear, the desistance studies cited by the State's experts focused on pre-

pubertal children. Whatever conclusions can be drawn from them about the likelihood of persistence of gender dysphoria in pre-pubertal children, which again is uncertain given the diagnostic limitations identified above, data indicate that once youth reach the beginning of puberty and identify as transgender, desistance is rare. (DeVries, et al., 2011; Wiepjies, et al., 2018; Brik, et al., 2020; van der Loos, 2022). This data is consistent with clinical experience. In fact, the Amsterdam and Toronto gender centers that published the desistance data on pre-pubertal children referenced above provided medical interventions to youth whose gender dysphoria persisted into adolescence. (Zucker, et al., 2010, DeVries, et al., 2014). In sum, while "watchful waiting" is an approach for prepubertal children followed by some clinicians, it is not an accepted approach used with adolescents.

49.     At times, the State's experts appear to recognize that "watchful waiting" is a treatment modality for prepubertal children and not adolescents. (*See, e.g.*, Cantor ¶ 246.) Yet they still suggest that "watchful waiting" is an alternative to medical interventions such as hormone therapy for adolescents even though there is no evidentiary support for applying "watchful waiting" to patients once they have started puberty.

50.     There is no basis for the State's experts' suggestion that providing gender-affirming medical care will cause youth with gender dysphoria who would otherwise desist to, instead, persist. This claim erroneously relies on the assertion that social transition in prepubertal children can cause their gender dysphoria to persist into adolescence. The fact that there is a correlation between social transition prior to puberty and persistence does not establish that social transition *causes* persistence of gender dysphoria. As the Steensma study cited by the State's experts reported (*see* Steensma, 2013), the intensity of gender dysphoria prior to puberty predicted persistence, and children with more intense dysphoria were more likely to socially transition. Rae, et al., 2019, also found that stronger cross-sex identification in pre-pubertal youth was associated

with future social transition. Second, whatever conclusions can be drawn from these desistance studies about the impact of gender affirmation on the persistence rates in prepubertal children, as discussed above, this research does not apply to adolescents with gender dysphoria, for whom desistance is rare, and the treatments banned by Alabama's law are not indicated until adolescence.

51.     The suggestion that adolescents can just wait until they are 18 years old to get care ignores the harm of not providing the care.  Allowing endogenous puberty to advance is not a neutral decision.  For many adolescents, the development of secondary sex characteristics that do not match their gender identity can have a severe negative impact on their mental health and can exacerbate lifelong dysphoria because some of those characteristics are impossible to change later through surgeries.

## THE STATE'S EXPERTS DRAW INAPPROPRIATE CONCLUSIONS FROM THE NUMBERS AND SEX-RATIOS OF GENDER CLINIC REFERRALS

52.     The State's experts devote many pages to the increase in the numbers of referrals to gender clinics, and changes in sex ratios of patients.  (*See, e.g.*, Corr. Nangia Report ¶ 20-36; Cantor ¶¶ 65-67.)  As an initial matter, in their caricature of doctors pushing medical transition, the State's experts say the field is ignoring and avoiding exploration of these developments.  That is not the case.  Indeed, the WPATH SOC 8 Adolescent chapter specifically discusses the increase in referrals to gender clinics and the sex ratios of these young patients (Coleman, et al. 2022).  But the State's experts draw unsupported conclusions about the rise in number of referrals and changes in sex ratios observed in some clinics.  They claim this means adolescents are adopting a transgender identity due to "social contagion," leading them to undergo irreversible medical treatments they later regret.  This conclusion is baseless.

53.     The rise in numbers of referrals is hardly surprising given the greater awareness on the part of youth and their parents of what gender dysphoria is and that care is available, as well

as the significant increase in the number of clinics available to provide care.  In addition, the stigma associated with being transgender, while still significant, has lessened in recent years.  Coming out to parents and seeking care are options that did not exist for many youth until recently, so an increase in numbers of referrals to gender clinics is not surprising.  While there is a documented increase in clinic referrals, the State's experts exaggerate the increase by making inappropriate comparisons.  For example, Dr. Nangia cites surveys of youth who identify as transgender to suggest that these show a "rise of gender dysphoria that [she] observe[s] in [her] own patient population" as well. (Corr. Nangia Report ¶¶ 17-20.) These statements conflate different issues. Transgender is an identity, and only started being asked in the general population in studies published in the last 12 years. There is a great difference between the percentages of people responding to a question of identity with the number of people receiving a diagnosis or care for Gender Dysphoria— fewer than 1 in 1000 people are diagnosed with Gender Dysphoria. Indeed, Defendants' expert Dr. Cantor confirms this point: "Research from youth with formal diagnoses and attending clinics cannot be extrapolated to self-identifying youth and those responding to surveys advertised on social media sites." (Cantor Report ¶ 67.)

54.    Put another way, the State's experts are comparing apples to oranges. An apples to apples comparison of self-identified transgender people over time shows a very different picture. Until the past decade, little data on the number of people identifying as transgender was available. From 2007 to 2009, a question asking whether the respondent identified as transgender was added to a large population-based health survey conducted in Massachusetts, and 0.5% of study participants identified as transgender.  (Conron, et al., 2012). Since then, this question was added to large health surveys in other states, and analyses of surveys done in 2014 found that, nationally, 0.5-0.6% of adults identified as transgender, and 0.7% of youth ages 13 to 17 identified as transgender.  (Crissman, et al., 2017; Flores, et al., 2016; Herman, et al., 2017).

55.     While increases in numbers and changes in sex ratios of patients referred to some gender clinics have been reported, since the number of patients referred to gender clinics reflect only a small fraction of the people identifying as transgender, these changes may reflect changes in referral patterns to clinics rather than changes in the number of people identifying as transgender.

56.     Sex ratios of patients vary from clinic to clinic and over time. When I was the psychiatrist for the Dimensions Clinic for transgender youth in San Francisco from 2003 to 2020, a consistent majority of my patients were assigned female at birth. Other clinics have had more assigned male at birth patients. The rise in numbers and percentage of patients assigned female at birth observed at some clinics in recent years is not surprising given the historical development of the study of gender dysphoria in youth. The first large American study of gender non-conforming youth was the Feminine Boy Study at UCLA. There was significant societal discomfort with and rejection of boys who departed from sex stereotypes—the director of the study referred to them as "sissy boys" in the book resulting from the study—and these boys often experienced bullying from peers. In this context, boys who were perceived to be effeminate were the population brought to psychiatrists by their parents and were the population that was initially studied by researchers. (Green, 1987). Parents were not as concerned about gender non-conforming girls as they were more socially accepted. There was also less awareness among the general public of the existence of transgender males and that transitioning was an option for individuals assigned female at birth who were experiencing gender dysphoria. The increase in awareness in recent decades made it possible for individuals who ultimately came to identify as transgender men to come out and seek care.

57.     There is a social or cultural influence on gender in the sense that social and cultural developments make it more possible for youth struggling with gender dysphoria to access care.

But there is no evidence that peer influence determines an individual's gender identity.  The State's experts point to Lisa Littman's study discussing what she called "rapid onset gender dysphoria," where parents reported that their children who suddenly identified as transgender boys frequently reported consuming social media about transgender issues and having transgender friends.  (*See e.g.*, Cantor ¶ 137; Laidlaw ¶ 221).  While there may be rapid onset parental awareness of a child's transgender status, as is also the case when lesbian and gay youth come out to their parents, that does not mean the gender dysphoria was sudden to the adolescent.  In any case, this study does not provide evidence that peers and social media cause individuals to be transgender.  As with other marginalized groups, such as lesbian and gay people, it is not unusual to seek out others like you.  Nor is it unusual to seek out support and information online.  Moreover, the diagnostic criteria for gender dysphoria are rigorous and if there were individuals claiming a transgender identity to fit into a peer group, they would not meet the criteria for a gender dysphoria diagnosis let alone be deemed to need medical interventions.

### SOME OF THE STATE'S EXPERT WITNESSES QUARREL WITH THE FIELD OF PSYCHIATRY AND THEIR OPINIONS REFLECT THEIR LACK OF EXPERIENCE IN THE FIELD

58.     Gender dysphoria is a psychiatric diagnosis.  Some of the State's expert witnesses more generally critique the diagnosis of gender dysphoria for being based on self-reports from patients. Dr. Cantor asserts that "gender identity refers to subjective feelings that cannot be defined, measured, or verified by science." As such, gender identity cannot be a "valid construct" since it is not "both objectively measurable and falsifiable with objective testing." (Cantor ¶ 109.) Dr. Laidlaw makes similar points when he states that "gender identity is a psychological concept" and that there are no "imaging, laboratory tests, biopsy of tissue, autopsy of the brain, genetic testing, or other biological markers that can identify the gender identity." (Laidlaw ¶ 20.) But clinical interviews with patients are typically used to diagnose other DSM diagnoses and determine

treatment. This widely used assessment tool is not unique to gender dysphoria. This process is similar to that of diagnosing other DSM diagnoses, to determine treatment for other disorders. The clinical examination, which includes taking a history of symptoms from a patient, is not only used to determine most psychiatric treatment, but also many medical and pediatric treatments. Moreover, the validity and reliability of DSM-5 diagnoses were assessed and determined in the process of creating the DSM-5. It is surprising to hear any medical professional dismiss the importance of taking a good history from a patient. Even medical disorders that rely on blood tests and imaging for a definitive diagnosis rely first on taking a history to know which tests to order. And treatment of many DSM diagnoses is considered medically necessary and covered by Medicaid and other insurance programs.

59.     With respect to gender dysphoria in particular, WPATH's SOC 8 sets forth criteria for assessing adolescents that include a "comprehensive biopsychosocial assessment including relevant mental health and medical professionals" and that "[m]ental health concerns (if any) that may interfere with diagnostic clarity, capacity to consent, and gender-affirming medical treatments have been addressed; sufficiently so that gender-affirming medical treatment can be provided optimally." (Coleman, et al., 2022).

### THE STATE'S EXPERT WITNESSES' ATTEMPTS TO DISCREDIT THE WPATH STANDARDS OF CARE AND ALL OF THE PROFESSIONAL GROUPS THAT ACCEPT THEM ARE BASELESS

60.     The State's expert witnesses characterize WPATH and USPATH as ideological, non-scientific, advocacy organizations, open to transgender activists outside of the health field. (*E.g.* Laidlaw ¶ 178-191; Cantor Supp. Report ¶ 119; Kaliebe Supp. Report.) Many WPATH and

USPATH members are academics who publish in peer-reviewed journals.  Many are academic leaders in endocrinology, internal medicine, plastic surgery, urology, psychiatry, psychology, and other disciplines of the health sciences.  WPATH restricts its full membership to those with professional credentials and most members are licensed clinicians.  The fact that WPATH engages in advocacy on behalf of its patient population for access to beneficial care is typical of medical associations.  For example, the American Psychiatric Association advocates for a wide range of public policy changes to improve access to mental health care, *e.g.*, for migrants and for incarcerated people.[3]

61.    I have been involved with WPATH for many years and have 35 years of experience treating people with mental illnesses.  And there are many other experienced mental health professionals in WPATH.  These mental health professionals are licensed and regulated by state licensing boards, and most provide care to both cisgender and transgender clients—including those with serious mental illness. In my more than three decades of experience, I have provided training and instruction to thousands of healthcare providers across the United States, as well as at UCSF.  It has not been my experience that practitioners in this field are unqualified.  To the contrary, they are highly specialized professionals living up to their calling of providing the best care possible for their patients.

62.    The State's expert witnesses also argue that dissenting views are not tolerated in

---

[3] *See* American Psychiatric Association. (2019). Position Statement on the Care of Medically Vulnerable Migrants in the United States. *Available at* https://www.psychiatry.org/File%20Library/About-APA/Organization- Documents-Policies/Policies/Position-Care-of-Medically-Vulnerable-Migrants-in-the-US.pdf; American Psychiatric Association. (2016). Position Statement on Treatment of Substance Use Disorders in the Criminal Justice System. *Available at* https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents- Policies/Policies/Position-2016-Substance-Use-Disorders-in-the-Criminal-Justice-System.pdf; *see generally* American Psychiatric Association Policy Finder, *available at* https://www.psychiatry.org/home/policy-finder.

WPATH.  Yet, as some of them noted, Dr. Marci Bowers has expressed some criticism about how some in the field are practicing, and she is the president of WPATH.  I have attended several WPATH conferences since 2001, and have been a member of the Scientific Committees that have reviewed abstract submissions for the conferences, and the diversity of views presented and discussed has always been notable.  For example, as chair of the Scientific Committee for the 2017 USPATH conference, I helped organize a panel of therapists and trainees who had themselves detransitioned, and the presentations and discussion were well- received by attendees.

### THE STATE'S EXPERT WITNESSES MISREPRESENT THE AVAILABILITY OF TREATMENT FOR ADOLESCENTS WITH GENDER DYSPHORIA IN EUROPE

63.    Dr. Cantor falsely asserts that a number of countries "endorse psychotherapy as the treatment choice for minors, with medical interventions representing a method of last resort, if permitted at all." He goes on, "[t]hese range from medical advisories to outright bans on the medical transition of minors." (Cantor ¶ 16).  In fact, none of the countries he discussed— U.K., Finland, France, Norway, or Sweden—has a law banning transition care to minors, and in none of these countries is such care for minors unavailable.

64.    The UK National Health Service recently stated that the NHS will not "routinely" provide puberty blockers. However, it has previously stated that it will provide puberty blockers in "exceptional" circumstances and in investigational settings, in which data on outcomes are collected. The NHS is proceeding with the opening of regional centers to provide gender affirming medical care to minors. In addition, private clinics have received government approval to provide gender affirming care to minors.[4]

65.    Of note, the UK NHS proposals have been criticized by the European Professional

---

[4]https://www.england.nhs.uk/wp-content/uploads/2024/03/clinical-commissioning-policy-gender-affirming-hormones-v2.pdf

Association for Transgender Health (EPATH), representing gender programs across Europe. Criticisms included that the UK systematic review excluded studies of puberty blockers which also included study of hormones, and criticized restriction of care. [5]

66.     Swedish, Finnish and Norwegian national health authorities, which the State's experts also reference, have recommended caution and more research but have not banned care for transgender youth. In these countries, transition care for adults and youth is fully paid for by the national health system of each country.

67.     There remains strong international support for the continued provision of gender-affirming medical care. Experts from the around the world have collaborated on WPATH Standards of Care Version 8. I was chapter lead of the Mental Health chapter of this version, and the authors of that chapter include psychiatrists who are leaders of transgender health programs in Belgium, Sweden, and Turkey. There is broad agreement in philosophy of care, including support for gender-affirming care and opposition to conversion therapy.

68.     Of note, a working group of experts from the German-speaking countries of Europe has released a draft of policy for care for minors in Germany, Austria, and Switzerland. It recommends puberty blockers at Tanner stage 2, for 6 months to a maximum of 2 years, followed by hormone therapy when indicated, a protocol similar to that in SOC 8.[6]

## ADDITIONAL POINTS IN RESPONSE TO THE STATE'S EXPERTS

69.     I have only had a few patients over the years who have been forced to detransition,

---

[5]

https://www.wpath.org/media/cms/Documents/Public%20Policies/2023/30.10.23%20EPATH%20-%20WPATH%20Joint%20NHS%20Statement%20Final.pdf

[6] https://archive.ph/20240115171045/https://www.faz.net/aktuell/feuilleton/experte-georg-romer-ueber-transsexualitaet-bei-jugendlichen-19241551.html.

because of incarceration or institutionalization, or other circumstances, and results have been uniformly disastrous, with suicide and self-harm attempts, depression, and deterioration of functioning. Some of my patients forced to detransition were receiving intensive mental health care at the time, on psychiatric wards. But no amount of psychotherapy could counter the deleterious effects of forced detransition and the withholding of needed gender-affirming medical and surgical care.

70.    Regarding the State's experts' use of Dhejne et al., 2011 for the proposition that gender-affirming is not effective (*e.g.*, Laidlaw Report, ¶ 208; Cantor Report ¶ 149) Dr. Dhejne has stated that such conclusions misinterpret her study: "The findings have been used to argue that gender-affirming treatment should be stopped since it could be dangerous (Levine, 2016) … Despite the paper clearly stating that the study was not designed to evaluate whether or not gender-affirming is beneficial, it has been interpreted as such." (Dhejne, 2017). Indeed, the Dhejne et al. study explicitly states that the study cannot be used to make any conclusions about the outcome of surgery. (Dhejne, et al., 2011).   And since 2011, Dr. Dhejne has repeatedly stated that interpretations like the above are incorrect.   Dr. Dhejne compared morbidity and mortality statistics from a national database of transgender people with those in the general Swedish population, and only made comparisons between these groups, not before and after surgery, or transgender people with surgery and without surgery, or "year 7" with prior years. (e.g., Dhejne, 2017). Despite these warnings the State's experts continue to improperly use Dr. Dhejne's study. Moreover, the actual data from Dhejne's study shows there were ten suicides in the national morbidity and mortality database of transgender people over a period of thirty years compared to five suicides from matched controls in the general population during that same period.

71.    Nor is it true, as Dr. Cantor contends, that a "very large dataset from the U.K." showed that youth referred to the clinic for evaluation and treatment for gender dysphoria

"committed suicide at a rate of five times that of the general population. (Cantor ¶ 149) (citing Biggs 2022). That U.K. data is based on four probable suicides in transgender youth, including two who were on the waiting list for care and two who were receiving care.

72.     The State's experts also focus on the two suicides that occurred during the Chen study, with one expert claiming they "show the inherent danger of gender affirmative therapy found in the Dhejne study." (Laidlaw ¶ 209.) While any suicide is very concerning, these claims are simply untrue. There is zero evidence that the two suicides were due to receiving gender affirming care and as other studies have found, medical care significantly reduces suicidality. *See, e.g.,* (Kaltiala, et al., 2020) (finding that dramatically fewer youth (35% versus 4%) needed treatment for suicidality after starting hormone medication).

73.     The State's expert witnesses point to elevated rates of mental health problems and substance use in the transgender community, suggesting that being transgender is the cause of these negative outcomes and, thus, something doctors should try to prevent. (*See e.g.*, Laidlaw ¶ 219.) As discussed above, being transgender is not something doctors can prevent. And these comments disregard the significant stigma transgender people continue to face, and stigma is a well‑documented risk factor for mental health and substance use issues.

### *Dr. James Cantor*

74.     Dr. Cantor's report indicates that his work at the University of Toronto from 1998 to 2018 was limited to its adult forensic program, that is, Dr. Cantor worked with people with paraphilias, and in particular with pedophiles. Paraphilias are persistent and recurrent sexual interests, urges, fantasies, or behaviors of marked intensity involving objects, activities, or even situations that are atypical in nature. Being transgender is not a paraphilic disorder. Dr. Cantor is well known for this work, but not for his work with transgender people. In testimony in this case, Dr. Cantor stated that he had not personally diagnosed any child or adolescent with gender dysphoria, and that he had

personally never treated any child or adolescent for gender dysphoria.

75.    Dr. Cantor focuses on desistance rates of prepubertal children brought into clinics in Toronto and Amsterdam. (Cantor ¶ 134.) However, given that these prior longitudinal studies included gender nonconforming children who were not transgender due to the broad criteria for the since-abandoned "gender identity disorder in children" diagnosis, or who did not qualify even for the gender identity disorder in children diagnosis, these studies shed little light into questions of persistence and desistance of gender dysphoria in pre-pubertal children. In fact, a more recent study, which is the only large American prospective study that has been published in the past 35 years, showed much lower desistance rates (Olson, et al., 2022). Specifically, only 2.5% of the youth studied identified with their sex assigned at birth.[7]

76.    In any event, longitudinal studies show that gender dysphoria in adolescence usually persists (DeVries, et al., 2011; van der Loos, 2022). And no medical treatment, let alone irreversible medical interventions, is used prior to puberty. Even in the clinics with higher desistance rates for *pre-pubertal* children upon which Dr. Cantor relies, puberty blockers and hormones were used when gender dysphoria persisted after the onset of puberty.  In sum, the desistance statistics of *pre-pubertal* children do not inform the decision whether or not to initiate these treatments in adolescents and adults.

77.    Dr. Cantor references a study by Kaltiala et al. in 2020 claiming that the authors concluded from the study that "the youth who were functioning well after transition were those who were functioning well before transition, and those who were functioning poorly before transition continued to function poorly after transition." (Cantor Report, at ¶ 22).  In fact, in

---

[7] Of these, youth with cisgender identities were more common among youth whose initial social transition occurred before age 6 years; their retransitions often occurred before age 10 years. And, again, no medical treatment is recommended for any transgender person prior to the onset of puberty.

Kaltiala et al. 2020, of the 52 youth studied, 54% needed treatment for depression before initiation of gender-affirming hormones, versus 15% needing treatment for depression after initiation of gender-affirming hormones. In the study, 48% of the trans youth needed treatment for anxiety before starting hormones, versus 15% after starting hormones. And 35% of the trans youth needed treatment for suicidality/self-harm before starting hormones, versus 4% after initiation of gender affirming hormones.

78.     Dr. Cantor states that the study by Kuper, et al. 2020 did not show benefit from treatment. This statement is misleading at best. Dr. Cantor says the Kuper study shows increased suicidal ideation and attempts after treatment compared with before treatment—but the measurement period for the numbers were 1-3 months before the study versus 11-18 months after the study, explaining the higher numbers in the second, longer period. This study does not show that treatment increased the patients' rates of suicidality or that they did not benefit from treatment. The article concludes, "Youth reported large improvements in body dissatisfaction ($P < .001$), small to moderate improvements in self-report of depressive symptoms ($P < .001$), and small improvements in total anxiety symptoms ($P < .01$)." Dr. Cantor further states that the study by Achille et al. does not show that those studied benefitted from endocrine treatment. (Cantor ¶ 197.) Again, Cantor's characterization of this study's conclusion is misleading. The results of the paper actually show that, "Mean depression scores and suicidal ideation decreased over time while mean quality of life scores improved over time. When controlling for psychiatric medications and engagement in counseling, regression analysis suggested improvement with endocrine intervention. This reached significance in male-to-female participants."

79.     After lengthy criticism of literature supporting gender affirming care, which Dr. Cantor distorts through cherry-picking, Dr. Cantor uses Diaz and Bailey (2023) to draw the conclusion that the body of research supporting gender-affirming care cannot be applied to current

transgender youth. (Cantor ¶ 137.) Diaz and Bailey's paper has received extensive criticism, including that its first author is anonymous and did not seek the human subjects review that is a standard requirement, and that the data was obtained from parents of trans people visiting a site that is named after the phenomenon the paper purports to examine—a site that opposes gender affirming care. The second author, Dr. Bailey, is listed as an editorial board member of the journal that published the paper, despite the fact that Bailey's institutional review board at Northwestern University refused to approve the research protocol. Ultimately, Springer Nature, publisher of the journal, retracted the article, reportedly due to ethical concerns, including lack of informed consent.[8]

80.    Dr. Cantor refers to systematic reviews of the literature of gender affirming care for minors. It is important to put GRADE scores of systematic reviews in context. Chong, et al., 2023 found that only 36% of national guidelines for care were based on strong or moderate GRADE scores. Recommendations were often based on a comparison with alternatives; there is no evidence base to support conversion therapy or other psychotherapeutic interventions as an alternative for those who need gender-affirming medical treatment.

81.    In one large study of systematic reviews, only 5.6% of all medical interventions, and 0.0% of all endocrine interventions had a high GRADE score.  Most medical interventions had low or very low GRADE scores. (Howick, et al 2022).

82.    In other studies, including one of all systematic reviews in the Cochrane database

---

[8] Diaz S, Michael Bailey J. Retraction Note: Rapid Onset Gender Dysphoria: Parent Reports on 1655 Possible Cases. Arch Sex Behav. 2023 Jun 14. doi: 10.1007/s10508-023-02635-1. Epub ahead of print. PMID: 37314659; *see also*, Ellie Kincaid, *After backlash, publisher to retract article that surveyed parents of children with gender dysphoria, says co-author*, (May 24, 2023), https://retractionwatch.com/2023/05/24/after-backlash-publisher-to-retract-article-that surveyedparents-of-children-with-gender-dysphoria-says-co-author.

published over an 18-month period, only a small percentage of systematic reviews of medical interventions had a high GRADE score; for a majority of systematic reviews of medical interventions, GRADE scores were low or very low. (Fleming et al., 2016, Howick, et al., 2020). In a study of systematic reviews of interventions in anesthesiology, critical care medicine, and emergency medicine, only 10% had high GRADE scores, but banning the practice of anesthesiology, critical care medicine, and emergency medicine has not been contemplated (Conway, et al, 2017). For complex interventions, for which gender affirming care certainly qualifies, no high GRADE scores were found for systematic reviews of any complex intervention. (Movsisyan, et al., 2016).

83.    In short, the State's experts use systematic studies in ways they are not intended to be used. If only medical interventions with high GRADE scores were permitted by law, most medical interventions and all complex interventions, would be banned.

*Dr. Cantor's Supplemental Report*

84.    In his supplemental report, Dr. Cantor cites several recent publications as further support for his opinions. None of these recent publications alters my opinion that medical treatment of gender dysphoria in adolescents is safe, effective and medically necessary where indicated. In fact, other recent publications have added to the large and growing body of research demonstrating the effectiveness of medical treatment.

85.    Cantor cites Morandini et al. (2023) to argue that social transition does not improve mental health in children and adolescents. As an initial matter, this study examined only social transition. Alabama's law does not ban social transition. The article therefore has little, if any, relevance to an appraisal of the effectiveness of medical treatments for gender dysphoria. Moreover, other research has demonstrated the benefits of social transition for minors with gender dysphoria. Olson et al. (2022) conducted a large prospective study of children and adolescents,

finding significant mental health improvements for transgender youth who socially transition.

86.     Cantor also cites Glintborg et al. (2023) and Kaltiala (2023) to argue that there is no mental health benefit from medical treatment of gender dysphoria. The Glintborg study found that mental health diagnoses increased in the first year after index date, which was the date of the gender dysphoria diagnosis. The paper notes that this increase could be because study participants who had not previously sought mental health evaluations or care did so after receiving their gender dysphoria diagnosis. Importantly, for the participants in this study, hormones, when prescribed, were prescribed on average about 2 years after the index date. Starting in year 2 after the index date, mental health diagnoses among the participants declined to the point where the numbers were similar to the index date numbers. Overall, the study states in conclusion, "In this study, mental health was stabilized during gender-affirming care, but mental health was still impaired in transgender persons compared to age-matched controls."

87.     Kaltiala (2023) was a registry study that measured the number of psychiatric visits. These patients in this study were largely adults, with a mean age of 24 years. The study found that the number of psychiatric visits increased more among those receiving medical treatment for gender dysphoria than those who did not. The total number of mental health visits, however, is not a measure that can demonstrate that medical treatment is ineffective in treating gender dysphoria. This disconnect between the number of mental health visits and an assessment of the effect of initiation of hormones in adolescents is shown clearly in Kaltiala's earlier study (Kaltiala et al 2020), in which the share of adolescents having psychiatric visits changed little, but the number of adolescents receiving psychiatric visits for depression, anxiety, or suicidality dropped dramatically. Kaltiala (2020) therefore suggests that transgender adolescents elect to continue receiving mental health care for other reasons even after their depression, anxiety, and suicidality resolve. Such a result would be fully in keeping with the SOC 8 recommendation of continued

mental health follow-ups for adolescents.

88.     McGregor et al. (2024) examined the effects of puberty blockers in a retrospective study of all youth between the ages of 13 and 17 who were assessed for hormone readiness at a multispecialty gender clinic between 2017 and 2021. The study compared youth who had previously received puberty blockers with those who had not at the time of assessment for hormones. Puberty blockers were associated with significant reductions in self-reports of total mental health problems, including internalizing problems, anxiety, depression, stress, and suicidal thoughts. Dr. Cantor minimizes these findings and speculates that they may be influenced by comparing youth who experience childhood-onset gender dysphoria with those who experience "Rapid Onset Gender Dysphoria" (ROGD). While there are some limitations in comparing youth who received puberty blockers at the time of hormone assessment to those who did not, there is no evidence that any differences are due to so-called ROGD, which most practitioners in the field do not recognize as a distinct phenomenon. McGregor adds further support to the body of evidence supporting the safety and effectiveness of puberty blockers for treatment of gender dysphoria.

89.     The systematic reviews cited in Dr. Cantor's supplemental report also do not change my opinions. As an initial matter, systematic reviews do not report new research findings, but are conducted to assess existing research. Thompson et al. (2023) used a selection process for papers that reduced 6202 papers to just five papers that reported mental health outcomes. While improvement in mental health outcomes were apparent in these studies, five studies are an insufficient representation of the multitude of studies that measure outcomes from transgender care. This is a weakness generally of systematic reviews.  Similarly, Christensen et al. (2023) assessed the quality of available studies on suicidality of medical treatment for gender dysphoria in people age 24 and under. As I discuss above, most medical interventions, for gender dysphoria or any other condition, lack high or medium GRADE scores on systematic review.

90.     Dr. Cantor also discusses the systematic review by Stolk et al. (2023) concerning attitudes toward parenting among transgender youth and adults. Although Cantor cites this review as evidence that "medical transition will later be perceived by the patient as having inflicted severe harm," the studies addressed in the review do not support such a conclusion.  The WPATH SOC 8 state that the informed consent process for hormone therapy in adolescents should include a discussion of fertility preservation options. There are many reasons why adolescents receiving hormone replacement therapy may not use fertility preservation options, one of the most important being that health insurance often does not cover fertility preservation services. Transgender individuals who have received hormone therapy can and do have children, both biological and nonbiological, whether or not fertility preservation occurs. If anything, the Stolk review provides support for expanding the availability of insurance coverage for fertility preservation. It does not support banning medical treatment for gender dysphoria in adolescents.

91.     Dr. Cantor's supplemental report also ignores other recent publications that add to the growing body of evidence demonstrating the effectiveness of medical treatment for gender dysphoria.

92.     Cavve, et al (2024) examined the outcomes of 548 of the 552 youth referred to the pediatric gender clinic in Perth, Australia. This study is exceptional in medical literature generally for the extremely high share of former patients the researchers were able to reach. Of 196 youth who were started on puberty blockers or hormones, only 2 (1.0%) discontinued medical treatment because of reidentification with birth sex.

93.     Bruce, et al. (2023), reported on 235 patients who had gender-affirming mastectomy at one center over 30 years, from 1990-2020.  On a scale of 1.0-5.0, the median Satisfaction with Decision score in those who had surgery was 5.0. On a scale of 0.0-100.0, the median Decision Regret score was 0.0. These median scores are the highest satisfaction and lowest regret levels

possible on the measures used.

94.     Fisher, et al. (2023) showed a significant improvement in psychological functioning, with initiation of puberty blockers, including a decrease in suicidality, depression, anxiety, and body image concerns.

95.     A randomized clinical trial—adult participants were randomized to a control group of the usual 3 month wait to initiate testosterone treatment, vs. and intervention group of no wait—found that the intervention group had a statistically significant decrease in gender dysphoria, depression, and suicidality vs. the control group. This included 52% resolution of suicidality in those receiving testosterone compared with a 5% resolution of suicidality in those waiting to receive testosterone. (Nolan, et al. 2023)

96.     The American Psychological Association in February 2024 released a policy statement opposing state bans on gender affirming care and the campaign of misinformation accompanying these bans. The APA policy statement states in part," WHEREAS state bans on gender-affirming care and the imposition of legal penalties on providers engaging in evidence-based care disregard the comprehensive body of psychological and medical research supporting the positive impact of gender-affirming treatments,…THEREFORE, BE IT FURTHER RESOLVED that the APA urges support for policies facilitating access to comprehensive, gender-affirming healthcare for children, adolescents, and adults, recognizing the positive impact on mental health outcomes…." (APA, 2024).

### *Dr. Michael Laidlaw and Dr. Geeta Nangia*

97.     Dr. Laidlaw is an endocrinologist for adults, with no experience or specialized training as a mental health provider, no apparent experience working with pediatric patients, and no apparent experience providing or researching medical treatment for gender dysphoria.  Similarly, Dr. Nangia claims to have treated 550 children and adolescents who at some point met the criteria

for gender dysphoria, but Nangia repeatedly conflates adolescents who exhibit distress over gender nonconforming behavior with those who experience the distress about their bodies that characterizes those that might need medical treatment for gender dysphoria. This makes it difficult for me to believe that Nangia actually has any meaningful experience treating adolescents with gender dysphoria.

98.    Defendants' experts opine at length about the "experimental nature" of gender-affirming care. Dr. Nangia also states "there is remarkable controversy and debate over [the WPATH] recommendations and the data that supports them. (Corr. Nangia Report ¶ 131). As explained in detail above, gender-affirming medical interventions are widely recognized in the medical community as safe, effective, and medically necessary for many adolescents with gender dysphoria.

99.    One misperception is that hormone therapy is experimental because it is not FDA-approved for the specific application of treating gender dysphoria. (Laidlaw Report ¶ 77.) Medications very commonly are prescribed for off-label uses. All gender-affirming hormone treatments are approved for treatment of other conditions and have been used to treat those conditions, as well as for gender-affirming care, for many years, supporting their safety and efficacy. The U.S. Department of Health and Human Services Agency for Healthcare Research and Quality states, "[Off-label prescribing] is legal and common. In fact, one in five prescriptions written today are for off-label use.

100.    Dr. Laidlaw misleadingly cites a review of psychiatric side effects of anabolic steroid abuse in cisgender men (Hall, et al., 2005) to make the claim that testosterone use is dangerous to mental health. (Laidlaw ¶ 142.) In Pope et al. 2000, which was one study cited in the Hall, 2005 paper, even 600mg/week of testosterone usually didn't cause psychiatric symptoms. This dose is several times the typical dose that would be prescribed to transgender adolescents to

treat gender dysphoria. (Pope, et al., 2000).

101.   When used at proper doses in transgender males, testosterone is safe and well-tolerated, usually without clinically significant mental health complications. A prospective study showed improved psychological functioning on multiple domains on initiation of testosterone in transgender males. (Keo-Meier, et al., 2015)

### CONCLUSION

102.   Alabama's categorical exclusion of gender-affirming medical care for transgender adolescents is contrary to widely accepted medical protocols for the treatment of transgender people with gender dysphoria that are recognized by major medical and mental health professional associations in the United States.

103.   Decades of medical research and clinical experience have demonstrated that the medical treatments Alabama seeks to bar are safe, effective, and medically necessary to relieve gender dysphoria for transgender people. Any conclusion otherwise is not supported by medical evidence or consensus.

104.   Denying gender-affirming medical care to transgender people for whom it is medically indicated puts them at risk of significant harm to their health and wellbeing, including heightened risk of depression and suicidality.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of April 2024.

_____
     Dan H. Karasic, M.D.

# Exhibit A

**University of California, San Francisco**
## CURRICULUM VITAE

**Name:**          Dan H. Karasic, MD


**Position:**       Professor Emeritus
                   Psychiatry
                   School of Medicine


                   Voice: 415-935-1511

                   Fax: 888-232-9336



**EDUCATION**

| | | | |
|---|---|---|---|
| 1978 - 1982 | Occidental College, Los Angeles | A.B.; Summa Cum Laude | Biology |
| 1982 - 1987 | Yale University School of Medicine | M.D. | Medicine |
| 1987 - 1988 | University of California, Los Angeles | Intern | Medicine, Psychiatry, and Neurology |
| 1988 - 1991 | University of California, Los Angeles; Neuropsychiatric Institute | Resident | Psychiatry |
| 1990 - 1991 | University of California, Los Angeles; Department of Sociology | Postdoctoral Fellow | Training Program in Mental Health Services for Persons with AIDS |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 1990 | Medical Licensure, California, License Number G65105 |
| 1990 | Drug Enforcement Administration Registration Number BK1765354 |
| 1993 | American Board of Psychiatry and Neurology, Board Certified in Psychiatry |

## PRINCIPAL POSITIONS HELD

| | | |
|---|---|---|
| 1991 - 1993 | University of California, San Francisco | Health Sciences Psychiatry Clinical Instructor |
| 1993 - 1999 | University of California, San Francisco | Health Sciences Psychiatry Assistant Clinical Professor |
| 1999 - 2005 | University of California, San Francisco | Health Sciences Psychiatry |

| | | Associate Clinical Professor |
|---|---|---|
| 2005 - 2020 | University of California, San Francisco | Health Sciences Psychiatry  Clinical Professor |
| 2020-present | University of California, San Francisco | Professor Emeritus of Psychiatry |

## OTHER POSITIONS HELD CONCURRENTLY

| 1980 - 1980 | Associated Western Universities / U.S. Department of Energy | Honors Undergraduate Research Fellow | UCLA Medicine |
|---|---|---|---|
| 1981 - 1981 | University of California, Los Angeles; Medicine American Heart Association, California Affiliate | Summer Student Research Fellow | UCLA |
| 1986 - 1987 | Yale University School of Medicine; Medical Student Heart Association, Connecticut Research Fellow Affiliate | Psychiatry American | |
| 1990 - 1991 | University of California, Los Angeles | Postdoctoral Fellow | Sociology |
| 1991 - 2001 | SFGH Consultation-Liaison Service; AIDS Care | Attending Psychiatrist | Psychiatry |
| 1991 - 2001 | AIDS Consultation-Liaison Medical Elective | Course Director | Psychiatry Student |
| 1991 - present | UCSF Positive Health Program at San Francisco General Hospital (Ward 86) | HIV/AIDS Outpatient Psychiatrist | Psychiatry |
| 1991 - present | UCSF AHP (AIDS Health Project/Alliance HIV/AIDS Health Project) | Outpatient Psychiatrist | Psychiatry |
| 1994 - 2002 | St. Mary's Medical Center CARE Unit. The CARE Unit specializes in the care of patients with AIDS dementia. | Consultant | Psychiatry |
| 2001 - 2010 | Depression and Antiretroviral Adherence Study (The H.O.M.E. study: Health Outcomes of Mood Enhancement) | Clinical Director | Psychiatry and Medicine |
| 2003 - 2020 | Transgender Life Care Program and Castro Mission Health | Psychiatrist Dimensions Clinic | Dimensions Clinic, Center |
| 2013 - 2020 | UCSF Alliance Health Project, Co-lead, Transgender Team | Co-Lead and Psychiatrist | Psychiatry |

## HONORS AND AWARDS

| 1981 | Phi Beta Kappa Honor Society | Phi Beta Kappa |
|---|---|---|
| 1990 | NIMH Postdoctoral Fellowship in Services for People with AIDS (1990-1991) | National Institute of Mental Health  Mental Health |
| 2001 | Lesbian Gay Bisexual Transgender Leadership Award, LGBT Task Force of the Cultural Competence and Diversity Program | SFGH Department of Psychiatry |
| 2006 | Distinguished Fellow | American Psychiatric Association |

| | | |
|---|---|---|
| 2012 | Chancellor's Award for Leadership in LGBT Health | UCSF |
| 2023 Alumni Seal Award for | | Occidental College Professional Achievement |

## MEMBERSHIPS

1992 - present Northern California Psychiatric Society
1992 - present American Psychiatric Association
2000 - 2019 Bay Area Gender Associates (an organization of psychotherapists working with transgendered clients)

2001 - present World Professional Association for Transgender Health

## SERVICE TO PROFESSIONAL ORGANIZATIONS

| | | |
|---|---|---|
| 1981 - 1982 | The Occidental | News Editor |
| 1984 - 1985 | Yale University School of Medicine | Class President |
| 1989 - 1991 | Kaposi's Sarcoma Group, AIDS Project Los Angeles | Volunteer Facilitator |
| 1992 - 1996 | Early Career Psychiatrist Committee, Association of Gay and Lesbian Psychiatrists | Chair |
| 1992 - 1996 | Board of Directors, Association of Gay and Lesbian Psychiatrists | Member |
| 1993 - 1993 | Local Arrangements Committee, Association of Gay and Lesbian Psychiatrists | Chair |
| 1994 - 1995 | Educational Program, Association of Gay and Lesbian Psychiatrists, 1995 Annual Meeting | Director |
| 1994 - 1998 | Board of Directors, BAY Positives | Member |
| 1994 - 2020 | Committee on Lesbian, Gay, Bisexual and Transgender Issues, Northern California Psychiatric Society | Member |
| 1995 - 1997 | Board of Directors, Bay Area Young Positives. BAY Positives is the nation's first community-based organization providing psychosocial and recreational services to HIV-positive youth | President |
| 1995 - 1997 | Executive Committee, Bay Area Young Positives. | Chair |
| 1996 - 2004 | Committee on Lesbian, Gay, Bisexual and Transgender Issues, Northern California Psychiatric Society | Chair |
| 1998 - 2002 | City of San Francisco Human Rights Commission, Lesbian, Gay, Bisexual Transgender Advisory Committee | Member |
| 2000 - 2004 | Association of Gay and Lesbian Psychiatrists. Responsible for the organization's educational programs | Vice President |
| 2004 - 2005 | Association of Gay and Lesbian Psychiatrists | President-elect |
| 2005 - 2007 | Caucus of Lesbian, Gay, and Bisexual Psychiatrists of the American Psychiatric Association | Chair |
| 2005 - 2007 | Association of Gay and Lesbian Psychiatrists | President |
| 2007 - 2009 | Association of Gay and Lesbian Psychiatrists | Immediate Past |

|  |  |  | President |
|---|---|---|---|
| 2009 - 2010 | Consensus Committee for Revision of the Sexual and Gender Identity Disorders for DSM-V, GID of Adults subcommittee. (Wrote WPATH recommendations as advisory body to the APA DSM V Committee for the Sexual and Gender Identity Disorders chapter revision.) | Member |  |
| 2010 - 2011 | Scientific Committee, 2011 WPATH Biennial Symposium, Atlanta | Member |  |
| 2010 -2022 | World Professional Association for Transgender Care Standards of Care Workgroup and Committee (writing seventh and eighth revisions of the WPATH Standards of Care, which is used internationally for transgender care.) | Member |  |
| 2010 - 2018 | ICD 11 Advisory Committee, World Professional Association for Transgender Health | Member |  |
| 2012 - 2014 | Psychiatry and Diagnosis Track Co-chair, Scientific 2014 WPATH Biennial Symposium, Bangkok | Member Committee, |  |
| 2014 - 2016 | Scientific Committee, 2016 WPATH Biennial Symposium, Amsterdam | Member |  |
| 2014 - 2018 | Board of Directors (elected to 4 year term), World Professional Association for Transgender Health | Member |  |
| 2014 - 2018 | Public Policy Committee, World Professional Association for Transgender Health | Chair |  |
| 2014 - 2018 | WPATH Global Education Initiative: Training providers and specialty certification in transgender health | Trainer and Steering Committee Member |  |
| 2014 - 2016 | American Psychiatric Association Workgroup on Gender Dysphoria | Member |  |
| 2016 - present | American Psychiatric Association Workgroup on Gender Dysphoria | Chair |  |
| 2016 | USPATH: Inaugural WPATH U.S. Conference, Los Angeles, 2017 | Conference Chair |  |

## SERVICE TO PROFESSIONAL PUBLICATIONS

2011 - present Journal of Sexual Medicine, reviewer
2014 - present International Journal of Transgenderism, reviewer
2016 - present LGBT Health, reviewer

## INVITED PRESENTATIONS - INTERNATIONAL

| 2009 | World Professional Association for Transgender Health, Oslo, Norway | Plenary Session Speaker |
|---|---|---|
| 2009 | World Professional Association for Transgender Health, Oslo, Norway | Symposium Speaker |
| 2009 | Karolinska Institutet, Stockholm Sweden | Invited Lecturer |
| 2012 | Cuban National Center for Sex Education (CENESEX), Havana, Cuba | Invited Speaker |
| 2013 | Swedish Gender Clinics Annual Meeting, Stockholm, Sweden | Keynote Speaker |
| 2013 | Conference on International Issues in Transgender care, United Nations Development Programme - The Lancet, Beijing, China | Expert Consultant |
| 2014 | World Professional Association for Transgender Health, Bangkok, Thailand | Track Chair |

| | | |
|---|---|---|
| 2014 | World Professional Association for Transgender Health, | Invited Speaker Bangkok, Thailand |
| 2014 | World Professional Association for Transgender Health, | Invited Speaker Bangkok, Thailand |
| 2015 | European Professional Association for Transgender | Invited Speaker Health, Ghent, Belgium |
| 2015 | European Professional Association for Transgender Health, Ghent, Belgium | Symposium Chair |
| 2015 | Israeli Center for Human Sexuality and Gender Identity, | Invited Speaker Tel Aviv |
| 2016 | World Professional Association for Transgender Health, | Symposium Chair Amsterdam |
| 2016 | World Professional Association for Transgender Health, | Invited Speaker Amsterdam |
| 2016 | World Professional Association for Transgender Health, | Invited Speaker Amsterdam |
| 2017 | Brazil Professional Association for Transgender Health,   Sao Paulo | |
| 2017 | Vietnam- United Nations Development Programme Asia Transgender Health Conference, Hanoi | |
| 2018 | United Nations Development Programme Asia Conference on Transgender Health and Human Rights, Bangkok | |
| 2018 | World Professional Association for Transgender Health, | Invited Speaker Buenos Aires |
| 2021 | Manitoba Psychiatric Association, Keynote Speaker | |
| 2022 | World Professional Association for Public Health, invited speaker, Montreal | |

## INVITED PRESENTATIONS - NATIONAL

| | | |
|---|---|---|
| 1990 | Being Alive Medical Update, Century Cable Television | Televised Lecturer |
| 1992 | Institute on Hospital and Community Psychiatry, Toronto  Symposium Speaker | |
| 1992 | Academy of Psychosomatic Medicine Annual Meeting, San Diego | Symposium Speaker |
| 1994 | American Psychiatric Association 150th Annual Meeting, Workshop Chair Philadelphia | |
| 1994 | American Psychiatric Association 150th Annual Meeting, Workshop Speaker Philadelphia | |
| 1994 | American Psychiatric Association 150th Annual Meeting, Paper Session Co-chair Philadelphia | |
| 1995 | Spring Meeting of the Association of Gay and Lesbian Psychiatrists, Miami Beach | Symposium Chair |
| 1996 | American Psychiatric Association 152nd Annual Meeting, Workshop Speaker New York | |
| 1997 | American Psychiatric Association Annual Meeting, San Diego | Workshop Speaker |
| 1997 | Gay and Lesbian Medical Association Annual | Invited Speaker Symposium |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Workshop Chair |
| 1998 | American Psychiatric Association Annual Meeting, | Workshop Chair |

| | | |
|---|---|---|
| | Toronto | |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Media Session Chair |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Media Session Chair |
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Symposium Chair |
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Symposium Presenter |
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Workshop Chair |
| 2000 | American Psychiatric Association Annual Meeting, Chicago | Workshop Chair |
| 2000 | National Youth Leadership Forum On Medicine, University of California, Berkeley | Invited Speaker |
| 2001 | American Psychiatric Association Annual Meeting, New Orleans | Workshop Chair |
| 2001 | American Psychiatric Association Annual Meeting, New Orleans | Media Program Chair |
| 2001 | Association of Gay and Lesbian Psychiatrists Symposium, New Orleans | Chair |
| 2001 | Harry Benjamin International Gender Dysphoria Association Biennial Meeting, Galveston, Texas | Invited Speaker |
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Media Program Chair |
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Workshop Chair |
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Workshop Chair |
| 2003 | Association of Gay and Lesbian Psychiatrists CME Conference | Chair |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Chair |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Co-Chair |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Workshop Chair |
| 2003 | American Public Health Association Annual Meeting, San Francisco | Invited Speaker |
| 2004 | Mission Mental Health Clinic Clinical Conference | Invited Speaker |
| 2004 | Association of Gay and Lesbian Psychiatrists Conference, New York | Co-Chair |
| 2004 | Mental Health Care Provider Education Program: Los Angeles. Sponsored by the American Psychiatric Association Office of HIV Psychiatry | Invited Speaker |
| 2005 | American Psychiatric Association Annual Meeting, Atlanta | Workshop Speaker |
| 2005 | Association of Gay and Lesbian Psychiatrists Saturday Symposium | Invited Speaker |
| 2008 | Society for the Study of Psychiatry and Culture, San Francisco | Invited Speaker |
| 2009 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Speaker |
| 2011 | National Transgender Health Summit, San Francisco | Invited Speaker |

| 2011 | National Transgender Health Summit, San Francisco | Invited Speaker |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI | Symposium Chair |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI | Symposium Speaker |
| 2011 | World Professional Association for Transgender Health Conference, Atlanta, GA | Invited Speaker Biennial |
| 2011 | World Professional Association for Transgender Health Conference, Atlanta, GA | Invited Speaker Biennial |

| 2011 | World Professional Association for Transgender Health   Biennial Conference, Atlanta, GA | |
| 2011 | Institute on Psychiatric Services, San Francisco | Invited Speaker |
| 2012 | Gay and Lesbian Medical Association Annual Meeting | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2013 | American Psychiatric Association Annual Meeting, San Francisco | Invited Speaker |
| 2013 | Gay and Lesbian Medical Association, Denver, CO | Invited Speaker |
| 2014 | American Psychiatric Association Annual Meeting, New York | Invited Speaker |
| 2014 | Institute on Psychiatric Services, San Francisco | Moderator |
| 2014 | Institute on Psychiatric Services, San Francisco | Invited Speaker |
| 2014 | Institute on Psychiatric Services, San Francisco | Invited Speaker |
| 2015 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2015 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2015 | American Psychiatric Association Annual Meeting, Toronto | Workshop Speaker |
| 2015 | American Psychiatric Association Annual Meeting, Toronto | Course Faculty |
| 2016 | American Psychiatric Association Annual Meeting | Course Faculty |
| 2016 | World Professional Association for Transgender Health Global Education Initiative, Atlanta | Course Faculty |
| 2016 | World Professional Association for Transgender Health Global Education Initiative, Springfield, MO | Course Faculty |
| 2016 | World Professional Association for Transgender Health   Course Faculty Global Education Initiative, Fort Lauderdale, FL | |
| 2017 | World Professional Association for Transgender Health, GEI, Los Angeles Course Faculty | |
| | World Professional Association for Transgender Health Surgeon's Training, Irvine, CA Course Faculty | |
| 2017 | American Urological Association Annual Meeting, San Francisco CA | Invited Speaker |

2018         World Professional Association for Transgender Health GEI, Portland OR, Course Faculty

2018         World Professional Association for Transgender Health GEI, Palm Springs, Course Faculty

2019         American Society for Adolescent Psychiatry Annual Meeting, San Francisco, Speaker

2019         American Psychiatric Association Annual Meeting, San Francisco, Session Chair

2020         Psychiatric Congress, Invited Speaker

2022         World Professional Association for Transgender Health, Montreal, invited speaker

2023         National Transgender Health Summit, San Francisco, invited speaker

2023         American Psychiatric Association Annual Meeting, San Francisco,     invited speaker

2023`         US Professional Association for Transgender Health, speaker


## INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS

1990         Advanced Group Therapy Seminar, UCLA     Invited Lecturer Neuropsychiatric Institute

1991         Joint Project of the Southern California AIDS Interfaith     Symposium Council and UCLA School of Medicine         Speaker

1991         Joint Project of the Southern California AIDS Interfaith     Workshop Panelist Council and UCLA School of Medicine

1992         Advanced Group Therapy Seminar, UCLA     Invited Lecturer Neuropsychiatric Institute

1993         UCSF School of Nursing  Invited Lecturer

1995         UCSF/SFGH Department of Medicine Clinical Care     Invited Speaker  Conference

1996         UCSF School of Nursing  Invited Speaker

1996         Psychopharmacology for the Primary Care AIDS/Clinician, Invited Lecturer series of four lectures, UCSF Department of Medicine

1996         UCSF AIDS Health Project Psychotherapy Internship  Training Program

1996         UCSF/SFGH Department of Medicine AIDS Quarterly     Invited Speaker Update

1996         San Francisco General Hospital, Division of Addiction     Invited Speaker Medicine

| 1996 | UCSF Langley Porter Psychiatric Hospital and Clinics | Invited Speaker Grand Rounds |
|---|---|---|
| 1997 | UCSF School of Nursing | Invited Speaker |
| 1997 | UCSF Department of Medicine AIDS Program | Invited Speaker |
| 1997 | Northern California Psychiatric Society Annual Meeting, | Workshop Speaker Monterey |
| 1997 | San Francisco General Hospital Department of Psychiatry | Invited Speaker Grand Rounds |
| 1997 | San Francisco General Hospital Department of Psychiatry | Invited Speaker Grand Rounds |
| 1997 | Northern California Psychiatric Society LGBT Committee | Chair Fall Symposium |
| 1997 | Progress Foundation, San Francisco | Invited Speaker |
| 1998 | San Francisco General Hospital Department of Psychiatry | Invited Speaker  Grand Rounds |
| 1999 | Northern California Psychiatric Society Annual Meeting, | Invited Speaker  Santa Rosa |
| 1999 | Northern California Psychiatric Society Annual Meeting, | Invited Speaker  Santa Rosa |
| 1999 | University of California, Davis, Department of Psychiatry | Invited Speaker Grand Rounds |
| 1999 | California Pacific Medical Center Department of Psychiatry Grand Rounds | Invited Speaker |
| 1999 | San Francisco General Hospital Department of Psychiatry | Discussant Departmental Case Conference |
| 2000 | Langley Porter Psychiatric Hospital and Clinics Consultation Liaison Seminar | Invited Speaker |
| 2000 | San Francisco General Hospital, Psychopharmacology | Invited Speaker Seminar |
| 2000 | UCSF Transgender Health Conference, Laurel Heights Center | Invited Speaker Conference |
| 2000 | Psychiatry Course for UCSF Second Year Medical Students | Invited Lecturer |
| 2000 | Community Consortium Treatment Update Symposium, California Pacific Medical Center, Davies Campus | Invited Speaker |
| 2000 | San Francisco General Hospital Department of Psychiatry | Invited Speaker Grand Rounds |
| 2001 | Psychiatry Course for UCSF Second Year Medical Students | Invited Lecturer |
| 2003 | Tom Waddell Health Center Inservice | Invited Speaker |
| 2003 | San Francisco Veterans Affairs Outpatient Clinic | Invited Speaker |
| 2004 | San Francisco General Hospital Psychiatric Emergency Service Clinical Conference | Invited Speaker |
| 2004 | South of Market Mental Health Clinic, San Francisco | Invited Speaker |
| 2005 | Northern Psychiatric Psychiatric Society Annual Meeting | Invited Speaker |
| 2005 | Equality and Parity: A Statewide Action for Transgender HIV Prevention and Care, San Francisco | Invited Speaker |

| 2005 | San Francisco General Hospital Department of Psychiatry Invited Speaker Grand Rounds. |
| 2006 | SFGH/UCSF Department of Psychiatry Grand Rounds   Invited Speaker |
| 2007 | UCSF Department of Medicine, HIV/AIDS Grand Rounds, Invited Speaker Positive Health Program |
| 2007 | California Pacific Medical Center LGBT Health        Invited Speaker Symposium, San Francisco LGBT Community Center |
| 2007 | UCSF CME Conference, Medical Management of      Invited Speaker HIV/AIDS, Fairmont Hotel, San Francisco |
| 2008 | UCSF Department of Medicine, Positive Health Program, Invited Speaker HIV/AIDS Grand Rounds |
| 2008 | San Francisco General Hospital Psychiatry Grand Rounds  Invited Speaker |
| 2008 | UCSF CME Conference, Medical Management of          Invited Speaker HIV/AIDS, Fairmont Hotel, San Francisco |
| 2010 | Northern California Psychiatric Society Annual Meeting,  Invited Speaker Monterey, CA |
| 2011 | Transgender Mental Health Care Across the Life Span,  Invited Speaker Stanford University |
| 2011 | San Francisco General Hospital Department of Psychiatry Invited Speaker Grand Rounds |
| 2012 | UCSF AIDS Health Project    Invited Speaker 2012 San Francisco Veterans Affairs Medical Center. |
| 2013 | Association of Family and Conciliation Courts Conference, Invited Speaker Los Angeles, CA |
| 2014 | UCSF Transgender Health elective     Invited Speaker |
| 2014 | UCSF Department of Psychiatry Grand Rounds                Invited Speaker |
| 2014 | California Pacific Medical Center Department of  Invited Speaker Psychiatry Grand Rounds |
| 2014 | UCLA Semel Institute Department of Psychiatry Grand  Invited Speaker Rounds |
| 2015 | UCSF Transgender Health elective     Invited Speaker |
| 2015 | Fenway Health Center Boston, MA (webinar)                Invited Speaker |
| 2015 | Transgender Health Symposium, Palm Springs                Invited Speaker |
| 2015 | Transgender Health Symposium, Palm Springs                Co-Chair |
| 2015 | Santa Clara Valley Medical Center Grand Rounds        Invited Speaker |
| 2016 | UCSF School of Medicine Transgender Health elective  Invited Speaker |
| 2016 | Langley Porter Psychiatric Institute APC Case Conference Invited Speaker (2 session series) |
| 2016 | Zuckerberg San Francisco General Department of        Invited Speaker Psychiatry Grand Rounds |
| 2016 | UCSF Mini-Medical School Lectures to the Public                Invited Speaker |

2021            Los Angeles County Department of Mental Health, Invited Speaker

2023            Alameda County Department of Behavioral Health, Invited Speaker


## CONTINUING EDUCATION AND PROFESSIONAL DEVELOPMENT ACTIVITIES

2005            Northern California Psychiatric Society
2005            Northern California Psychiatric Society Annual Meeting, Napa
2005            Association of Gay and Lesbian Psychiatrist Annual Conference

2006            Annual Meeting, American Psychiatric Association, Atlanta

2006            Annual Meeting, American Psychiatric Association, Toronto
2006            Institute on Psychiatric Services, New York

2007            Association of Gay and Lesbian Psychiatrists Annual Conference

2007            American Psychiatric Association Annual Meeting, San Diego
2007            The Medical Management of HIV/AIDS, a UCSF CME Conference

2008            Society for the Study of Psychiatry and Culture, San Francisco

2009            American Psychiatric Association, San Francisco

2009            World Professional Association for Transgender Health, Oslo, Norway

2010            Annual Meeting of the Northern California Psychiatric Society, Monterey, CA

2011            Transgender Mental Health Care Across the Life Span, Stanford University

2011            National Transgender Health Summit, San Francisco
2011            American Psychiatric Association Annual Meeting, Honolulu, HI
2011            World Professional Association for Transgender Health Biennial Conference, Atlanta, GA
2011            Institute on Psychiatric Services, San Francisco

2012            Gay and Lesbian Medical Association Annual Meeting, San Francisco

2013            National Transgender Health Summit, Oakland, CA

2013            American Psychiatric Association Annual Meeting, San Francisco
2013            Gay and Lesbian Medical Association, Denver, CO

2014            American Psychiatric Association Annual Meeting, New York

2014            Institute on Psychiatric Services, San Francisco

2015            European Professional Association for Transgender Health, Ghent, Belgium

2015            National Transgender Health Summit, Oakland
2015            American Psychiatric Association Annual Meeting, Toronto

| 2016 | American Psychiatric Association Annual Meeting, Atlanta |
| 2016 | World Professional Association for Transgender Health, Amsterdam |

## GOVERNMENT AND OTHER PROFESSIONAL SERVICE

| 1998 - 2002 | City and County of San Francisco Human Rights  Member Commission LGBT Advisory Committee |

I am the chair of the American Psychiatric Association Workgroup on Gender Dysphoria, which developed a CME course fort the 2015 and 2016 APA Annual Meetings, and has an larger educational mission to train American psychiatrists to better care for transgender patients. I have been leading education efforts in transgender health at APA meetings since 1998. On the APA Workgroup on Gender Dysphoria, I am a co-author of a paper of transgender issues that has been approved by the American Psychiatric Association as a resource document and is in press for the American Journal of Psychiatry. I am also the sole author of the chapter on transgender care in the American Psychiatric Press's Clinical Manual of Cultural Psychiatry, Second Edition.

I have been active internationally in transgender health through my work as a member of the Board of Directors of the World Professional Association for Transgender Health. I am an author of the WPATH Standards of Care, Version 7, and am Chapter Lead for the Mental Health Chapter of SOC 8.
I chaired of the WPATH Public Policy Committee and was a member of the Global Education Initiative, which developed a specialty certification program in transgender health. I helped plan the 2016 WPATH Amsterdam conference, and was on the scientific committee for the last four biennial international conferences. I was on the founding committee of USPATH, the national affiliate of WPATH, and I chaired the inaugural USPATH conference, in Los Angeles in 2017. As a member of the steering committee of the WPATH Global Educational Initiative, I helped train over 2000 health providers in transgender health, and helped develop a board certification program and examination in transgender health.

## UNIVERSITY SERVICE  UC SYSTEM AND MULTI-CAMPUS SERVICE
1991 – 2003  HIV/AIDS Task Force     Member

1992 - 1993  HIV Research Group  Member

| | | |
|---|---|---|
| 1992 - 1997 | Space Committee | Member |
| 1992 - 2003 | Gay, Lesbian and Bisexual Issues Task Force | Member |
| 1994 - 1997 | SFGH Residency Training Committee | Member |
| 1996 - 1997 | Domestic Partners Benefits Subcommittee. | Chair |
| 1996 - 2000 | Chancellor's Advisory Committee on Gay, Lesbian, Bisexual and Transgender Issues. | Member |
| 1996 - 2003 | HIV/AIDS Task Force | Co-Chair |
| 1996 - 2003 | Cultural Competence and Diversity Program | Member |

2009 - present Medical Advisory Board, UCSF Center of Excellence for  Member Transgender Health

2010 - 2013 Steering Committee, Child Adolescent Gender Center     Member

2011 – 2017 Mental Health Track, National Transgender Health Summit Chair

## DEPARTMENTAL SERVICE
1991 - 2003 San Francisco General Hospital, Department of Psychiatry, Member  HIV/AIDS Task Force

1992 - 1993  San Francisco General Hospital, Department of Psychiatry, Member  HIV Research Group

| | |
|---|---|
| 1992 - 1997 | San Francisco General Hospital, Department of Psychiatry, Member  Space Committee |
| 1992 - 2003 | San Francisco General Hospital, Department of Psychiatry, Member  GLBT Issues Task Force |
| 1994 - 1997 | San Francisco General Hospital, Department of Psychiatry, Member  Residency Training Committee |
| 1996 - 2003 | San Francisco General Hospital, Department of Psychiatry, Member  Cultural Competence and Diversity Program |
| 1996 - 2003 | San Francisco General Hospital, Department of Psychiatry, Co-Chair HIV/AIDS Task Force |

2012 - 2020 San Francisco Department of Public Health Gender  Member Competence Trainings Committee

2013 - 2020 San Francisco Department of Public Health Transgender     Member Health Implementation
Task Force

2014 - 2020 San Francisco General Hospital, Department of Psychiatry, Member  Transgender Surgery
Planning Workgroup

## PEER REVIEWED PUBLICATIONS

1. Berliner JA, Frank HJL, **Karasic D**, Capdeville M. Lipoprotein-induced insulin resistance in aortic endothelium. Diabetes. 1984; 33:1039-44.

2. Bradberry CW, **Karasic DH**, Deutch AY, Roth RH. Regionally-specific alterations in mesotelencephalic dopamine synthesis in diabetic rats: association with precursor tyrosine. Journal of Neural Transmission. General Section, 1989; 78:221-9.

3. Targ EF, **Karasic DH**, Bystritsky A, Diefenbach PN, Anderson DA, Fawzy FI. Structured group therapy and fluoxetine to treat depression in HIV-positive persons. Psychosomatics. 1994; 35:132-7.

4. Karasic DH. Homophobia and self-destructive behaviors. The Northern California Psychiatric Physician. 1996; 37 Nov.-Dec. Reprinted by the Washington State Psychiatric Society and the Southern California Psychiatric Society newsletters.

5. Karasic D. Anxiety and anxiety disorders. Focus. 1996 Nov; 11(12):5-6. PMID: 12206111

6. Polansky JS, **Karasic DH**, Speier PL, Hastik KL, Haller E. Homophobia: Therapeutic and training considerations for psychiatry. Journal of the Gay and Lesbian Medical Association. 1997 1(1) 41-47.

7. Karasic DH. Progress in health care for transgendered people. Editorial. Journal of the Gay and Lesbian Medical Association, 4(4) 2000 157-8.

8. Perry S, **Karasic D**. Depression, adherence to HAART, and survival. Focus: A Guide to AIDS Research and Counseling. 2002 17(9) 5-6.

9. Fraser L, **Karasic DH**, Meyer WJ, Wylie, K. Recommendations for Revision of the DSM Diagnosis of Gender Identity Disorder in Adults. International Journal of Transgenderism. Volume 12, Issue 2. 2010, Pages 80-85.

10. Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W., Monstrey, S., **Karasic D** and 22 others. (2011). Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People, 7th Version.  International Journal of Transgenderism, 13:165-232, 2011

11. Tsai AC, **Karasic DH**, et al. Directly Observed Antidepressant Medication Treatment and HIV Outcomes Among Homeless and Marginally Housed HIV-Positive Adults: A  Randomized Controlled Trial. American Journal of Public Health. February 2013, Vol. 103, No. 2, pp. 308-315.

12. Tsai AC, Mimmiaga MJ, Dilley JW, Hammer GP, **Karasic DH**, Charlebois ED, Sorenson JL, Safren SA, Bangsberg DR. Does Effective Depression Treatment Alone Reduce Secondary HIV Transmission Risk? Equivocal Findings from a Randomized Controlled Trial. AIDS and Behavior, October 2013, Volume 17, Issue 8, pp 2765-2772.

13. **Karasic DH**. Protecting Transgender Rights Promotes Transgender Health. LGBT Health. 2016 Aug; 3(4):245-7. PMID: 27458863

14. Winter S, Diamond M, Green J, **Karasic D**, Reed T, Whittle S, Wylie K. Transgender people: health at the margins of society. Lancet. 2016 Jul 23;388(10042):390-400. doi: 10.1016/S0140-6736(16)00683-8. Review./> PMID: 27323925

15. Grelotti DJ, Hammer GP, Dilley JW, **Karasic DH**, Sorensen JL, Bangsberg DR, Tsai AC. Does substance use compromise depression treatment in persons with HIV? Findings from a randomized controlled trial. AIDS Care. 2016 Sep 2:1-7. [Epub ahead of print]/> PMID: 27590273

16. Strang JF, Meagher H, Kenworthy L, de Vries AL, Menvielle E, Leibowitz S, Janssen A, Cohen-Kettenis P, Shumer DE, Edwards-Leeper L, Pleak RR, Spack N, **Karasic DH**, Schreier H, Balleur A, Tishelman A, Ehrensaft D, Rodnan L, Kuschner ES, Mandel F, Caretto A, Lewis HC, Anthony LG. Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents. J Clin Child Adolesc Psychol. 2016 Oct 24:1-11. [Epub ahead of print]/> PMID: 27775428

17. Milrod C, **Karasic DH**. Age Is Just a Number: WPATH-Affiliated Surgeons' Experiences and Attitudes Toward Vaginoplasty in Transgender Females Under 18 Years of Age in the United States. J Sex Med 2017;14:624–634.

18. William Byne, Dan H. Karasic, Eli Coleman, A. Evan Eyler, Jeremy D. Kidd, Heino F.L. Meyer-Bahlburg, Richard R. Pleak, and Jack Pula.Gender Dysphoria in Adults: An Overview and Primer for Psychiatrists.Transgender Health.Dec 2018.57-A3.http://doi.org/10.1089/trgh.2017.0053

19. Identity recognition statement of the world professional association for transgender health (WPATH). International Journal of Transgenderism. 2018 Jul 3; 19(3):1-2. Knudson KG, Green GJ, Tangpricha TV, Ettner ER, Bouman BW, Adrian AT, Allen AL, De Cuypere DG, Fraser FL, Hansen HT, **Karasic KD**, Kreukels KB, Rachlin RK, Schechter SL, Winter WS, Committee and Board of Direct

20. **Karasic, DH** & Fraser, L  Multidisciplinary Care and the Standards of Care for Transgender and Gender Non-conforming Individuals. Schechter, L & Safa, B. (Eds.) Gender Confirmation Surgery, Clinics in Plastic Surgery Special Issue, Vol 45, Issue 2, pp 295-299. 2018 Elsevier,Philadelphia.  https://doi.org/10.1016/j.cps.2018.03.016

21. Milrod C, Monto M, **Karasic DH**. Recommending or Rejecting "the Dimple": WPATHAffiliated Medical Professionals' Experiences and Attitudes Toward GenderConfirming Vulvoplasty in Transgender Women. J Sex Med. 2019 Apr;16(4):586-595. doi: 10.1016/j.jsxm.2019.01.316. Epub 2019 Mar 2.

22. ICD-11 and gender incongruence of childhood: a rethink is needed. Lancet Child Adolesc Health. 2019 10; 3(10):671-673. Winter S, Ehrensaft D, Telfer M, T'Sjoen G, Koh J, Pickstone-Taylor S, Kruger A, Griffin L, Foigel M, De Cuypere G, **Karasic D**. PMID: 31439494.

23. Gender Dysphoria in Adults: An Overview and Primer for Psychiatrists. Focus (Am Psychiatr Publ). 2020 Jul; 18(3):336-350. Byne W, **Karasic DH**, Coleman E, Eyler AE, Kidd JD, Meyer-Bahlburg HFL, Pleak RR, Pula J. PMID: 33343244; PMCID: PMC7587914.

24.      WPATH Standards of Care for the Health of Transgender and Gender Diverse People,  Version 8. E. Coleman, A. E. Radix, W. P. Bouman, G. R. Brown, A. L. C. de Vries, M. B. Deutsch, R. Ettner, L. Fraser, M. Goodman, J. Green, A. B. Hancock, T. W. Johnson, **D. H. Karasic**… J. Arcelus (2022) Standards of Care for the Health of Transgender and Gender Diverse People, Version 8, International Journal of Transgender Health, 23:sup1, S1-S259, DOI: 10.1080/26895269.2022.2100644

## BOOKS AND CHAPTERS

1. **Karasic DH**, Dilley JW.  Anxiety and depression: Mood and HIV disease.  In: The UCSF AIDS Health Project Guide to Counseling: Perspectives on Psychotherapy, Prevention, and Therapeutic Practice. Dilley JW and Marks R,  eds. Jossey-Bass. San Francisco, 1998,  pp.227-248.

2. **Karasic DH**, Dilley JW. Human immunodeficiency-associated psychiatric disorders. In: The AIDS Knowledge Base, Third Edition. Cohen PT, Sande MA, Volberding PA, eds. Lippincott-Williams &Wilkens, Philadelphia, 1999, pp. 577-584.

3. **Karasic DH** and Drescher J. eds.  Sexual and Gender Diagnoses of the Diagnostic and Statistical Manual (DSM): A Reevaluation. 2005. Haworth Press, Binghamton, NY. (Book Co-Editor)

4. **Karasic DH**. Transgender and Gender Nonconforming Patients. In: Clinical Manual of Cultural Psychiatry, Second Edition. Lim RF ed.  pp 397-410. American Psychiatric Publishing, Arlington VA. 2015.

5. **Karasic DH**. Mental Health Care of the Transgender Patient. In: Comprehensive Care of the Transgender Patient, Ferrando CA ed. pp. 8-11.  Elsevier, 2019.

6. **Karasic DH.** The Mental Health Assessment for Surgery. In: Gender Confirmation Surgery – Principles and Techniques for an Emerging Field. Schechter L ed. Springer Nature, in press 2019.

## OTHER PUBLICATIONS

1. **Karasic DH**, Dilley JW. HIV-associated psychiatric disorders: Treatment issues.  In:  Cohen P, Sande MA, Volberding P, eds., The AIDS  Knowledge Base. Waltham, MA: The Medical Publishing Group/ Massachusetts Medical Society. 1994. pp. 5.31-1-5.

2. **Karasic DH**, Dilley JW.  HIV-associated psychiatric disorders:  Clinical syndromes and diagnosis.  In: Cohen P, Sande MA, Volberding P, eds., The AIDS  Knowledge Base, Second Edition. Waltham, MA: The Medical Publishing Group/Massachusetts Medical Society. 1994 pp. 5.30-1-5.

3. **Karasic DH**. A primer on transgender care. In: Gender and sexuality. The Carlat Report Psychiatry. April 2012. Vol 10, Issue 4.

4. **Karasic D and Ehrensaft D.** We must put an end to gender conversion therapy for kids. Wired. 7/6/15.

**EXPERT WITNESS AND CONSULTATION ON TRANSGENDER CARE AND RIGHTS**

2008  Consultant, California Department of State Hospitals

2012  Dugan v. Lake, Logan UT

2012 XY v. Ontario http://www.canlii.org/en/on/onhrt/doc/2012/2012hrto726/2012hrto726.html

2014 Cabading v California Baptist University

2014 CF v. Alberta  http://www.canlii.org/en/ab/abqb/doc/2014/2014abqb237/2014abqb237.html

2017 United Nations Development Programme consultant, transgender health care and legal rights in the Republic of Vietnam; Hanoi.

2017- 2018 Forsberg v Saskatchewan; Saskatchewan Human Rights v Saskatchewan
https://canliiconnects.org/en/summaries/54130
https://canliiconnects.org/en/cases/2018skqb159

2018 United Nations Development Programme consultant, transgender legal rights in Southeast Asia;
Bangkok.

2018 Consultant, California Department of State Hospitals

2019, 2021 Consultant/Expert, Disability Rights Washington

2019, 2021 Consultant/Expert, ACLU Washington

2021 Consultant, California Department of Corrections and Rehabilitation

2021 Expert, Kadel v. Folwell, 1:19-cv-00272 (M.D.N.C.).

2021   Expert, Drew Glass v. City of Forest Park - Case No. 1:20-cv-914 (Southern    District Ohio)

2021-2022 Expert, Brandt et al v. Rutledge et al. 4:21-cv-00450 (E.D. Ark.)

2021-2022   Expert, Fain v. Crouch, 3:20-cv-00740 (S.D.W. Va.)

2022 Expert, C.P. v. Blue Cross Blue Shield of Illinois, No. 3:20-cv-06145-RJB (W.D. Wash.)

2022-3 Expert, Dekker, et al. v. Weida, et al., No. 4:22-cv-00325-RH-MAF

2019-2023 Expert, Disability Rights Washington v Washington State Department of Corrections

2023 Expert, K.C. et al. v Individual Members of the Indiana Licensing Board, et al- No. 1:23-CV-595

2023 Expert, Doe, et al v Ladapo -No. 4:23-cv-00114-RH-MAF

2023 Expert, Doe et al v Thornbury -No. 3:23-cv-00230-DJH

2023 Expert Voe v Mansfield

# Exhibit B

Achille, C., Taggart, T., Eaton, N. R., Osipoff, J., Tafuri, K., Lane, A., & Wilson, T. A. (2020). Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. *International journal of Pediatric Endocrinology,* 2020(8), available at https://doi.org/10.1186/s13633-020-00078-2.

American Psychological Association. (2021). APA Resolution on Gender Identity Change Efforts. Available at https://www.apa.org/about/policy/resolution-gender-identity-changeefforts.pdf.

Brik, T., Vrouenraets, L. J. J. J., de Vries, M. C., & Hannema, S. E. (2020). Trajectories of Adolescents Treated with Gonadotropin-Releasing Hormone Analogues for Gender Dysphoria. *Archives of Sexual Behavior, 49*(7), 2611–2618. https://doi.org/10.1007/s10508-020-01660-8.

Bakker A., van Kesteren P. J. M., Gooren L. J. G., et al. (1993). The prevalence of transsexualism in the Netherlands. *Acta Psychiatry Scand, 87(*4), 237-238.

Bruce L., Khouri A.N., Bolze A., et al. (2023). Long-term regret and satisfaction with decision following gender-affirming mastectomy. *JAMA Surgery.* doi:10.1001/jamasurg.2023.3352

Bustos, V. P., Bustos, S. S., Mascaro, A., Del Corral, G., Forte, A. J., Ciudad, P., Kim, E. A., Langstein, H. N., & Manrique, O. J. (2021). Regret after Gender-affirmation Surgery: A Systematic Review and Meta-analysis of Prevalence. *Plastic and Reconstructive Surgery-Global open, 9*(3), e3477, available at https://doi.org/10.1097/GOX.0000000000003477.

Cavve, B., Bickendorf, X., Ball, J., Saunders, L., Thomas, C., Strauss, P., Chaplyn, G., Marion, L., Siafarikas, A., Ganti, U., Wiggins, A., Lin, A., Moore, J. (2024). Reidentification With Birth-Registered Sex in a Western Australian Pediatric Gender Clinic Cohort. *JAMA Pediatrics.* doi:10.1001/jamapediatrics.2024.0077.

Chen, D., Berona, J., Chan, Y. M., Ehrensaft, D., Garofalo, R., Hidalgo, M. A., Rosenthal, S. M., Tishelman, A. C., & Olson-Kennedy, J. (2023). Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. *The New England Journal of Medicine, 388*(3), 240–250. https://doi.org/10.1056/NEJMoa2206297.

Chong, M. C., Sharp, M. K., Smith, S. M., O'Neill, M., Ryan, M., Lynch, R., Mahtani, K. R., & Clyne, B. (2023). Strong recommendations from low certainty evidence: a cross-sectional analysis of a suite of national guidelines. *BMC Medical Research Methodology, 23*(1), 68. https://doi.org/10.1186/s12874-023-01895-8.

Christensen, J. A., Oh, J., Linder, K., Imhof, R. L., Croarkin, P. E., Bostwick, J. M., & McKean, J. S. (2023). Systematic review of interventions to reduce suicide risk in transgender and gender diverse youth. *Child Psychiatry & Human Development.* doi: 10.1007/s10578-023-01541-w.

Coleman, E., Radix, A. E., Bouman, W. P., Brown, G. R., de Vries, A. L. C., Deutsch, M. B., Ettner, R., Fraser, L., Goodman, M., Green, J., Hancock, A. B., Johnson, T. W., Karasic, D. H., Knudson, G. A., Leibowitz, S. F., Meyer-Bahlburg, H. F. L., Monstrey, S. J., Motmans, J., Nahata, L., Nieder, T. O., … Arcelus, J. (2022). Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International Journal of Transgender Health, 23*(Suppl 1), S1– S259.

Coleman, E., Bockting, W., Botzer, M., et al. (2012). Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People (7th Version). The World Professional Association for Transgender Health. Available at https://www.wpath.org/media/cms/Documents/SOC%20v7/SOC%20V7_English2012.pdf?_t=16 13669341.

Conron, K. J., Scott, G., Stowell, G. S., & Landers, S. J. (2012). Transgender health in Massachusetts: results from a household probability sample of adults. *American Journal of Public Health, 102*(1), 118-122, available at https://doi.org/10.2105/AJPH.2011.300315.

Conway, A., Conway, Z., Soalheira, K., & Sutherland, J. (2017). High quality of evidence is uncommon in Cochrane systematic reviews in Anaesthesia, Critical Care and Emergency Medicine. *European Journal of Anaesthesiology, 34*(12), 808–813, available at https://doi.org/10.1097/EJA.0000000000000691.

Costa, R., Dunsford, M., Skagerberg, E., Holt, V., Carmichael, P., & Colizzi, M. (2015). Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. *The Journal of Sexual Medicine*, *12*(11), 2206–2214. https://doi.org/10.1111/jsm.13034

Crissman, H. P., Berger, M. B., Graham, L. F., & Dalton, V. K. (2017). Transgender Demographics: A Household Probability Sample of US Adults, 2014. *American Journal of Public Health, 107*(2), 213-215, available at https://doi.org/10.2105/AJPH.2016.303571.

de Vries, A. L., Steensma, T. D., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: a prospective

follow-up study. *The Journal of Sexual Medicine, 8*(8), 2276-2283, available at https://doi.org/10.1111/j.1743- 6109.2010.01943.

de Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment. *Pediatrics, 134*(4), 696-704, available at https://doi.org/10.1542/peds.2013-2958.

Dhejne, C., Öberg, K., Arver, S., & Landén, M. (2014). An analysis of all applications for sex reassignment surgery in Sweden, 1960-2010: prevalence, incidence, and regrets. *Archives of Sexual Behavior, 43*(8), 1535-1545, available at https://doi.org/10.1007/s10508-014-0300-8.

Dhejne, C., Lichtenstein, P., Boman, M., Johansson, A., Langstrom, N., Landen, M., (2011). Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden. PLoS ONE 6(2): e16885. https://doi.org/10.1371/journal.pone.0016885.

Ehrensaft, D. (2017). Gender nonconforming youth: current perspectives. *Adolescent Health, Medicine and Therapeutics, 8*, 57–67, available at https://doi.org/10.2147/AHMT.S110859.

Fisher, A., Ristori,J., Romani, A., Cassioli, E., Mazzoli,F., Cocchetti, C., Pierdominici, M., Marconi, M., Ricca V., Maggi, M., Vignozzi, L., Castellini. G. (2023). *Journal of Clinical Endocrinology & Metabolism,* available at https://doi.org/10.1210/clinem/dgad729

Fleming, P. S., Koletsi, D., Ioannidis, J. P. A., & Pandis, N. (2016). High quality of the evidence for medical and other health-related interventions was uncommon in Cochrane systematic reviews. *Journal of Clinical Epidemiology 78*, 34-42, available at https://doi.org/10.1016/j.jclinepi.2016.03.012.

Flores, A. R., Herman, J. L., Gates, G. J., & Brown, T. N. T. (2016). How Many Adults Identify as Transgender in the United States? The Williams Institute, available at https://williamsinstitute.law.ucla.edu/publications/trans-adults-united-states/.

Glintborg, D., Kjer Møller, J.-J., Hass Rubin, K., Lidegaard, Ø., T'Sjoen, G., Ørsted Larsen, M.-L. J., Hilden, M., & Skovsager Andersen, M. (2023). Genderaffirming treatment and mental health diagnoses in Danish transgender persons: A nationwide register-based cohort study. *European Journal of Endocrinology, 189*, 336–345.

Green, A. E., DeChants, J. P., Price, M. N., & Davis, C. K. (2022). Association of

Gender-Affirming Hormone Therapy with Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. *The Journal of Adolescent Health, 70*(4), 643–649. https://doi.org/10.1016/j.jadohealth.2021.10.036.

Green, R. (1987). The "Sissy Boy Syndrome" and the Development of Homosexuality. New Haven, CT: Yale University Press.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S., Meyer, W. J., Murad, M. H.,
… T'Sjoen, G. G. (2017). Endocrine treatment of genderdysphoric/gender-incongruent persons: An Endocrine Society clinical practice guideline. *The Journal of Clinical Endocrinology & Metabolism, 102*(11), 3869-3903, available at https://doi.org/10.1210/jc.2017-01658.

Herman, J. L., Flores, A. R., Brown, T. N. T., Wilson, B. D. M., & Conron, K. J. (2017). Age of Individuals Who Identify as Transgender in the United States. The Williams Institute, available at http://williamsinstitute.law.ucla.edu/wp-content/uploads/Age-Trans-Individuals-Jan-2017.pdf.

Howick, J., Koletsi, D., Pandis, N., Fleming, P. S., Loef, M., Walach, H., Schmidt, S., & Ioannidis, J. P. A. (2020). The quality of evidence for medical interventions does not improve or worsen: a metaepidemiological study of Cochrane reviews. *Journal of Clinical Epidemiology, 126,* 154–159, available at https://doi.org/10.1016/j.jclinepi.2020.08.005.

Howick, J., Koletsi, D., Ioannidis, J. P. A., Madigan, C., Pandis, N., Loef, M., Walach, H., Sauer, S., Kleijnen, J., Seehra, J., Johnson, T., & Schmidt, S. (2022). Most healthcare interventions tested in Cochrane Reviews are not effective according to high quality evidence: a systematic review and meta-analysis. *Journal of Clinical Epidemiology*, *148*, 160–169., available at https://doi.org/10.1016/j.jclinepi.2022.04.017.

Johns, M. M., Lowry, R., Andrzejewski, J., Barrios, L. C., Demissie, Z., McManus, T., Rasberry,
C. N., Robin, L., & Underwood, J. M. (2019). Transgender identity and experiences of violence victimization, substance use, suicide risk, and sexual risk behaviors among high school students - 19 states and large urban school districts, 2017. *Morbidity and Mortality Weekly Report, 68*(3), 67-71, available at https://doi.org/10.15585/mmwr.mm6803a3.

Kaltiala, R., Holttinen, T., & Tuisku, K. (2023). Have the psychiatric needs of people seeking gender reassignment changed as their numbers increase? A register study in

Finland. *European Psychiatry, 66,* e93, 1–8.

Kaltiala, R., Heino, E., Työläjärvi, M., & Suomalainen, L. (2020). Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. *Nordic Journal of Psychiatry, 74*(3), 213–219. https://doi.org/10.1080/08039488.2019.1691260.

Kuper, L. E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. *Pediatrics, 145*(4), e20193006, available at https://doi.org/10.1542/peds.2019-300.

van der Loos, M. A. T. C., Hannema, S. E., Klink, D. T., den Heijer, M., & Wiepjes, C. M. (2022). Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands. The Lancet. *Child & Adolescent Health, 6*(12), 869–875. https://doi.org/10.1016/S2352-4642(22)00254-1.

van der Miesen, A. I. R., Steensma, T. D., de Vries, A. L. C., Bos, H., & Popma, A. (2020). Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers. *The Journal of adolescent health, 66*(6), 699–704, available at https://doi.org/10.1016/j.jadohealth.2019.12.018.

McGregor, K., McKenna, J. L., Williams, C. R., Barrera, E. P., & Boskey, E. R. (in press). Association of pubertal blockade at Tanner 2/3 with psychosocial benefits in transgender and gender diverse youth at hormone readiness assessment. *Journal of Adolescent Health.* doi: 10.1016/j.jadohealth.2023.10.028.

Morandini, J., Kelly, A., de Graaf, n., Malouf, P., Guerin, E., Nimrod, I., Carmichael, C. (2023). Is Social Gender Transition Associated with Mental Health Status in Children and Adolescents with Gender Dysphoria? *Archives of Sexual Behavior. 52:*1045–1060, available at https://doi.org/10.1007/s10508-023-02588-5.

Movsisyan, A., Melendez-Torres, G. J., & Montgomery, P. (2016). Outcomes in systematic reviews of complex interventions never reached "high" GRADE ratings when compared with those of simple interventions. *Journal of Clinical Epidemiology, 78,* 22–33, available at https://doi.org/10.1016/j.jclinepi.2016.03.014.

Olson, K. R., Durwood, L., Horton, R., Gallagher, N. M., & Devor, A. (2022). Gender Identity 5 Years After Social Transition. *Pediatrics, 150*(2), e2021056082.

https://doi.org/10.1542/peds.2021-056082.

Rae, J. R., Gülgöz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., & Olson, K. R. (2019). Predicting early-childhood gender transitions. *Psychological Science, 30*(5), 669–681. https://doi.org/10.1177/0956797619830649.

Rider, G. N., McMorris, B. J., Gower, A. L., Coleman, E., & Eisenberg, M. E. (2018). Health and care utilization of transgender and gender nonconforming youth: A population-based study. *Pediatrics, 141*(3) e20171683, available at https://doi.org/10.1542/peds.2017-1683.

Steensma T. D., Biemond R., de Boer F., & Cohen-Kettenis P. T. (2011). Desisting and persisting gender dysphoria after childhood: A qualitative follow-up study. *Clinical Child Psychology and Psychiatry, 16*(4), 499-516.

Steensma, T. D., et al. (2013). Factors Associated With Desistence and Persistence of Childhood Gender Dysphoria: A Quantitative Follow-Up Study. *Journal of the American Academy of Child & Adolescent Psychiatry, 52*(6), 582-590.

Stolk, T. H. R., Asseler, J. D., Huirne, J. A. F., van den Boogaard, E., & van Mello, N. M. (2023). Desire for children and fertility preservation in transgender and gender-diverse people: A systematic review. *Best Practice & Research Clinical Obstetrics and Gynaecology, 87,* 102312. doi: 10.1016/j.bpobgyn.2023.102312.

Thompson, L., Sarovic, D., Wilson, P., Irwin, L., Visnitchi, D., Sämfjord, A., & Gillberg, C. (2023) A PRISMA systematic review of adolescent gender dysphoria literature: 3) treatment. *PLOS Global Public Health, 3,* e0001478. doi:10.1371/journal.pgph.0001478

Tordoff, D. M., Wanta, J. W., Collin, A., Stepney, C., Inwards-Breland, D. J., & Ahrens, K. (2022). Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. *JAMA Network Open, 5*(2), e220978. https://doi.org/10.1001/jamanetworkopen.2022.0978.

Turban, J. L., King, D., Carswell, J. M., & Keuroghlian, A. S. (2020). Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics, 145*(2), e20191725. https://doi.org/10.1542/peds.2019-1725

Wiepjes, C. M., Nota, N. M., de Blok, C. J., Klaver, M., de Vries, A.L., Wensing-Kruger, S.A., ... & Gooren, L.J. (2018). The Amsterdam cohort of gender dysphoria study (1972–2015): trends in prevalence, treatment, and regrets. *The Journal of Sexual Medicine, 15*(4), 582-590, available at

https://doi.org/10.1016/j.jsxm.2018.01.016.

Zucker, K., et al. (2010). Puberty-Blocking Hormonal Therapy for Adolescents with Gender Identity Disorder: A Descriptive Clinical Study. *Journal of Gay & Lesbian Mental Health,* 15:1, 58-82, available at http://dx.doi.org/10.1080/19359705.2011.530574.