# EXHIBIT 10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BRIANNA BOE, individually and on
behalf of her minor son, MICHAEL BOE;
*et al.*,

              Plaintiffs,

and

UNITED STATES OF AMERICA,

              Plaintiff-Intervenor,

      v.

STEVE MARSHALL, in his official
capacity as Attorney General of the State
of Alabama; *et al.*,

              Defendants.

Case No. 2:22-cv-00184-LCB-CWB

Honorable Liles C. Burke

## PLAINTIFFS' DISCLOSURE OF EXPERT REPORT OF MORISSA J. LADINSKY, MD, FAAP

I, Morissa J. Ladinsky, have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation. I have actual knowledge of the matters stated in this report and relied in its preparation on the medical and scientific literature cited herein. In addition, I relied on my scientific education and training, my research experience, my knowledge of the scientific literature in the pertinent fields, and my clinical experience treating transgender adolescents with gender dysphoria, as set out in my curriculum vitae (Exhibit A). The materials I have relied upon in preparing this report are the same types of materials that experts in my field regularly rely upon when forming opinions on these subjects. I may wish to supplement these opinions or the bases for them as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

## BACKGROUND AND QUALIFICATIONS

I am a Professor of Pediatrics at the University of Alabama at Birmingham ("UAB") School of Medicine. A true and correct copy of my Curriculum Vitae is attached hereto as Exhibit A.

I am a practicing physician and a member of the medical staff at the Children's Hospital of Alabama and UAB Hospital, both in Birmingham. I am co-lead of the multi-disciplinary gender clinic at UAB Hospital. I also lead our primary care clinic and co-lead our regional Neonatal Intensive Care Unit (NICU) follow-up clinic.

I obtained a bachelor's degree (magna cum laude) in Human Biology from Brown University in 1985. I obtained my medical degree (with honors) from Baylor College of Medicine in 1990.

I was certified by the American Board of Pediatrics in 1993. I am licensed to practice medicine in Alabama. I have past licensure in Ohio, Maryland, and Texas when I previously practiced and resided in those states.

For the last 31 years, I have dedicated my practice to the medical care of young people. Throughout my career, my patients have included transgender young people.

Since starting at the gender clinic at UAB, I have personally treated approximately 250 transgender young people for gender dysphoria. The clinic itself has treated a few hundred transgender young people for gender dysphoria using GnRH agonists and/or hormonal therapies.  The number of patients who are minors who receive transitioning medications at the UAB clinic represents only a portion of all young people who are seen by the clinic team, as some young people are seen at the clinic and never receive these medications, while others are not yet candidates for them.

As part of my practice, I stay familiar with the latest medical science and treatment protocols related to differences or disorders of sex development and gender dysphoria.

In the past four years, I have not been deposed or testified at trial as an expert in any other case. I did, however, testify at the preliminary injunction hearing in this case in May 2022.

I am being compensated at an hourly rate of $450 per hour for preparation of expert declarations and reports as well as for time spent preparing for or giving deposition or trial testimony. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

## SUMMARY OF OPINIONS

The purpose of this report is to provide my expert opinions regarding: (1) the treatment protocols as established by medical standards and in use at UAB for transgender adolescents with gender dysphoria, including the provision of pubertal suppression treatment and hormone therapy; and (2) the severe harm to these adolescents that would be caused by withholding or withdrawing this medical treatment where such treatment is medically necessary.

## TREATMENT PROTOCOLS FOR GENDER DYSPHORIA

Being transgender is not itself a mental disorder or a medical condition to be cured. But gender dysphoria is a serious medical condition that, if left untreated, can result in severe anxiety and depression, self-harm, and suicidality.[1]

---

[1] Spack, N.P., Edwards-Leeper, L., Feldmain, H.A., *et al*. Children and Adolescents with Gender Identity Disorder Referred to a Pediatric Medical Center. *Pediatrics*. 2012; 129(3):418-425; Olson, K.R., Durwood, L., DeMeules, M., &

Before receiving treatment, many individuals with gender dysphoria experience anxiety, depression, and self-harming behaviors. I have seen in my patients that, without appropriate treatment, this distress impacts every aspect of life. When appropriately treated, gender dysphoria is manageable. I currently treat many transgender patients.

The treatment of gender dysphoria is well-established in the medical profession. There are comprehensive standards of care governing the treatment of gender dysphoria that were developed by the World Professional Association for Transgender Health (WPATH), founded in 1979, and Endocrine Society, in collaboration with the Pediatric Endocrine Society. These guidelines are based on considerable scientific and medical research and represent the best evidence-based practice guidelines available for treating this condition.[2] These guidelines are

---

McLaughlin, K.A. Mental Health of Transgender Children Who Are Supported in Their Identities. *Pediatrics*. 2015; 137(3):1-8.

[2] Hembree, W.C., Cohen-Kettenis, P.T., Gooren, L., *et al*. Endocrine Treatment of Gender- Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *The Journal of Clinical Endocrinology & Metabolism*. 2017; 102(11):3869- 3903 (hereafter, "Endocrine Society Guideline"); Coleman, E., Bockting, W., Botzer, M., *et al*. Standards of Care for the Health of Transsexual, Transgender, and Gender- Nonconforming People (7th Version). *The World Professional Association for Transgender Health*. 2012. *Available at* https://www.wpath.org/media/cms/Documents/SOC%20v7/SOC%20V7_English2012.pd f?_t=1613669341 (hereafter, "WPATH SOC 7"); *see also* E. Coleman, A. E. Radix, W. P. Bouman, *et al*. (2022) Standards of Care for the Health of Transgender and Gender Diverse People, Version 8, International Journal of Transgender Health, 23:sup1, S1-S259, DOI: 10.1080/26895269.2022.2100644 (hereafter "WPATH SOC 8").

recognized as the prevailing standard of care by the major associations of medical professionals, including the American Medical Association, American Academy of Pediatrics, and the Society for Adolescent Health and Medicine, to name a few. The American Academy of Pediatrics, founded in 1930, is an association representing more than 67,000 pediatricians. The Endocrine Society, founded in 1916, is an organization representing more than 18,000 endocrinologists. These groups represent the largest professional associations in these fields of medicine in the United States.

The treatment of gender dysphoria is also part of medical school curricula across the country and world. In fact, this subject is taught as part of the endocrine module to students at the UAB School of Medicine. The topic of transgender medicine is found on state board medical exams across the country, including in Alabama.

The precise treatment for gender dysphoria depends on each person's individualized need, and the medical standards of care differ depending on whether the treatment is for a pre-pubertal child, an adolescent, or an adult.

Treatment for gender dysphoria is aimed at eliminating the clinically significant distress a patient experiences by helping the patient live in alignment with their gender identity. This treatment is sometimes referred to as "gender transition,"

_____

"transition-related care," or "gender-affirming care." All the major medical professional groups in the United States, including the American Academy of Pediatrics, the American Medical Association, and the American Academy of Child and Adolescent Psychiatry, agree that this care is safe, effective, and medically necessary treatment for the health and wellbeing of children and adolescents suffering from gender dysphoria.[3]

The Endocrine Society Clinical Practice Guideline (the "Endocrine Society Guideline") was developed through a rigorous scientific process that "followed the approach recommended by the Grading of Recommendations, Assessment, Development, and Evaluation group, an international group with expertise in the

---

[3] Rafferty, J., Committee on Psychosocial Aspects of Child and Family Health, Committee on Adolescence and Section on Lesbian, Gay, Bisexual, & Transgender Health and Wellness. Policy Statement: Ensuring Comprehensive Care and Support for Transgender and Gender Diverse Children and Adolescents. *Pediatrics*.  2018; 142(4):2018-2162. *Available at*: https://pediatrics.aappublications.org/content/142/4/e20182162; Beers, L.S. American Academy of Pediatrics Speaks Out Against Bills Harming Transgender Youth. *American Academy of Pediatrics*.  2021.  *Available at*: https://services.aap.org/en/news- room/news-releases/aap/2021/american-academy-of-pediatrics-speaks-out-against-bills- harming-transgender-youth/; AACAP Statement Responding to Efforts to Ban Evidence- Based Care for Transgender and Gender Diverse Youth. *American Academy of Child & AdolescentPsychiatry*. 2019. *Available at*: https://www.aacap.org/AACAP/Latest_News/AACAP_Statement_Responding_to_Effort s-to_ban_Evidence Based_Care_for_Transgender_and_Gender_Diverse.aspx; State Advocacy Update. *American Medical Association*. 2021. *Available at*: https://www.ama-assn.org/health-care-advocacy/advocacy-update/march-26-2021-state-advocacy-update.

development and implementation of evidence- based guidelines."[4]   The guideline establishes that patients with gender dysphoria may require "a safe and effective hormone regimen that will (1) suppress endogenous sex hormone secretion determined by the person's genetic/gonadal sex and (2) maintain sex hormone levels within the normal range for the person's affirmed gender."[5]

Before puberty, treatment for gender dysphoria does not include any medications or surgical interventions; prepubertal treatment may include "social transition," which means allowing a transgender child to live and be socially recognized in accordance with their gender identity.[6] This can include allowing children to wear clothing, to cut or grow their hair, to use names and pronouns, and to access restrooms and other sex-separated facilities and activities in line with their gender identity instead of the sex assigned to them at birth. The goal of social transition is to support the child in living comfortably consistent with their gender identity.

For many transgender adolescents with gender dysphoria, going through endogenous puberty significantly worsens their dysphoria. At the clinic, we see this manifest as anxiety, depression, academic decline, and social withdrawal. Puberty-delaying treatment allows patients to delay going through puberty, thereby avoiding

_____

[4] Endocrine Society Guideline at 3872.
[5] Endocrine Society Guideline at 3869.
[6] Endocrine Society Guideline at 3877-79; WPATH SOC 7 at 15-17.

the heightened gender dysphoria and permanent physical changes that puberty would cause. This fully reversible treatment also gives a young person time to further understand their gender identity without the distress caused by the changes to their body that result from puberty and before initiating hormone therapy if it becomes medically indicated.

Puberty-delaying treatment works by pausing endogenous puberty at the stage it has reached when the treatment begins. This has the impact of limiting the influence of a person's endogenous hormones on the body. For example, after the initiation of puberty-delaying treatment, a girl who is transgender will stop experiencing the impacts of testosterone on her body for the duration of the treatment.

For some adolescents with gender dysphoria, initiating puberty consistent with gender identity through hormone therapy may also be medically necessary. When prescribed hormone therapy—testosterone for transgender boys, and testosterone suppression and estrogen for transgender girls—the adolescent will go through hormonal puberty consistent with their gender identity on a comparable timeline to their non-transgender peers.

Before any medical intervention is initiated, the Endocrine Society Guideline and the WPATH Standards of Care for the Treatment of Gender Dysphoria ("WPATH SOC") provide that extensive mental health evaluations should be

conducted.  The Endocrine Society Guideline specifies that mental health clinicians trained "in child and adolescent gender development (as well as child and adolescent psychopathology) should make the diagnosis, because assessing GD/gender incongruence in children and adolescents is often extremely complex."[7]  It further explains: "[i]n cases in which severe psychopathology, circumstances, or both seriously interfere with the diagnostic work or make satisfactory treatment unlikely, clinicians should assist the adolescent in managing these other issues."[8]  The Endocrine Society Guideline takes very seriously the importance of ongoing mental health evaluation for purposes of accurate diagnosis as well as effective treatment.

These requirements are also echoed in the WPATH SOC, which provide that "[b]efore any physical interventions are considered for adolescents, extensive exploration of psychological, family, and social issues should be undertaken.  The duration of this exploration may vary considerably depending on the complexity of the situation."[9]  The WPATH SOC 7 make clear that mental health professionals assessing for a gender dysphoria diagnosis should, among other things, conduct an "[a]ssessment of gender dysphoria and  should explore the nature and characteristics of a child's or adolescent's gender identity."[10]  This "[a]ssessment should include an

---

[7] Endocrine Society Guideline at 3876.
[8] Endocrine Society Guideline at 3877.
[9] WPATH SOC 7 at 18.
[10] WPATH SOC 7 at 15.

evaluation of the strengths and weaknesses of family functioning" and the WPATH SOC 7 specifically recognize that "[e]motional and behavioral problems are relatively common, and unresolved issues in a child's or youth's environment may be present."[11]   The WPATH SOC 8 similarly recommend that "health care professionals working with gender diverse adolescents undertake a comprehensive biopsychosocial assessment of adolescents who present with gender identity-related concerns and seek medical / surgical transition-related care" that aims "to understand the adolescent's strengths, vulnerabilities, diagnostic profile, and unique needs to individualize their care."[12]

There is not an assumption that transitioning medications are  appropriate for every patient.  The WPATH SOC 7 explicitly advise that "[h]ormonal . . . interventions are appropriate for some adolescents, but not for others."[13]  The WPATH SOC 8 advises that "it is important to establish the young person has experienced several years of persistent gender diversity / incongruence prior to initiating less reversible treatments such as gender-affirming hormones . . . ."[14] Similarly, the Endocrine Society Guideline provides that prior to the initiation of any

---

[11] WPATH SOC 7 at 15.
[12] WPATH SOC 8 at S50.
[13] WPATH SOC 7 at 16.
[14] WPATH SOC 8 at S60.

medical intervention, "[t]ransgender individuals should be encouraged to experience living in the new gender role and assess whether this improves their quality of life."[15]

Under the Endocrine Society Guideline, transgender adolescents with gender dysphoria may be eligible for pubertal suppression if:

- A qualified mental health professional has confirmed that:
  - the adolescent has demonstrated a long-lasting and intense pattern of gender nonconformity or gender dysphoria (whether suppressed or expressed),
  - gender dysphoria worsened with the onset of puberty,
  - any coexisting psychological, medical, or social problems that could interfere with treatment (*e.g.*, that may compromise treatment adherence) have been addressed, such that the adolescent's situation and functioning are stable enough to start treatment,
  - has sufficient mental capacity to give informed consent to this (reversible) treatment, and
- The adolescent:
  - has been informed of the effects and side effects of treatment (including potential loss of fertility if the individual subsequently continues with sex hormone treatment) and options to preserve fertility, and
  - has given informed consent and (particularly when the adolescent has not reached the age of legal medical consent, depending on applicable legislation) the parents or other caretakers or guardians have consented to the treatment and are involved in supporting the adolescent throughout the treatment process,
- And a pediatric endocrinologist or other clinician experienced in pubertal assessment:

---

[15] Endocrine Society Guideline at 3876.

- o agrees with the indication for GnRH agonist treatment,

- o has confirmed that puberty has started in the adolescent, and

- o has confirmed that there are no medical contraindications to GnRH agonist treatment.[16]

Under the Endocrine Society Guideline, transgender adolescents may be eligible for therapy if:

- A qualified mental health professional has confirmed:
  - o the persistence of gender dysphoria,
  - o any coexisting psychological, medical, or social problems that could interfere with treatment (*e.g.*, that may compromise treatment adherence) have been addressed, such that the adolescent's situation and functioning are stable enough to start sex hormone treatment,
  - o the adolescent has sufficient mental capacity to estimate the consequences of this (partly) irreversible treatment, weigh the benefits and risks, and give informed consent to this (partly) irreversible treatment,

- And the adolescent:

  - o has been informed of the (irreversible) effects and side effects of treatment (including potential loss of fertility and options to preserve fertility),

  - o has given informed consent and (particularly when the adolescent has not reached the age of legal medical consent, depending on applicable legislation) the parents or other

---

[16] Endocrine Society Guideline at 3878.

> > caretakers or guardians have consented to the treatment and are involved in supporting the adolescent throughout the treatment process,

- And a pediatric endocrinologist or other clinician experienced in pubertal induction:

  - agrees with the indication for sex hormone treatment,
  - has confirmed that there are no medical contraindications to sex hormone treatment.[17]

I have been treating transgender patients as part of an interdisciplinary, specialty-level team at UAB for 7 years. As a primary care pediatrician, I have also cared for youth receiving hormonal therapies for an additional 28 years. I have prescribed and cared for youth receiving estrogen-containing hormonal therapies for all these years.

Together with our Gender Team, I am currently a provider to about 200 transgender adolescents with gender dysphoria at the UAB clinic. Our clinic follows the process outlined in the Endocrine Society Guideline and the WPATH SOC before beginning any treatment for gender dysphoria. And, as with any treatment, we also follow a protocol for obtaining informed consent as part of that process. Standard protocol requires that medical treatment for gender dysphoria is not prescribed until a patient meets the rigorous requirements outlined in the standards of care and consistent with an informed-consent process.

---

[17] Endocrine Society Guideline at 3878.

The informed consent procedures used by the gender clinic at UAB are comprehensive. Patients at the clinic begin that process with their primary care provider and often a community-based mental health provider before they even have an initial appointment with a doctor like me. The patient's mental health provider thoroughly assesses the patient's mental health, maturity, presence and acuity of dysphoria, and, if indicated, ultimate readiness to undergo medical treatment for gender dysphoria. Using those assessments as our baseline, our multidisciplinary team begins its evaluation. We meet with the patient and their parents/legal guardians, review the risks, benefits, and alternatives of treatment, as medical and mental health providers do for all treatments. After that initial meeting, we meet with our patient at regular intervals for follow-up, allowing us to monitor the patient's gender dysphoria as well as their overall physical and mental health over time. The team also provides families with materials to review and community-based supports and resources to connect with in the time between appointments. The full team consists of myself, a pediatric endocrinologist, a primary care doctor in pediatric and adolescent medicine, a psychologist, a social worker, and a pediatric and adolescent gynecologist when indicated.

Our clinical practice is to extensively evaluate our patients before initiating transitioning medical treatments for gender dysphoria. It is only after a longitudinal observation and assessment period that we prescribe any treatment and only after the

multidisciplinary team agrees that treatment is appropriate, and the patient's parents fully understand and sign the informed-consent forms. This process is intentionally set up to ensure that all involved are making an informed, measured decision, from the healthcare providers to the parents to the patients.

Throughout this evaluation and information-sharing process, patients and their families are encouraged to avail themselves of the various services and resources offered as part of our multidisciplinary clinic. The purpose of these services is to get a full picture of a patient's health, wellbeing, household support, and functioning. Each of those data points help determine whether a potential treatment option may be appropriate for any given patient.

Once a patient begins medical treatment, their progress is monitored at regular intervals, typically every six months, to assess the efficacy of the prescribed treatment through a physical examination and laboratory tests when indicated. This ongoing monitoring ensures continuous evaluation of a patient's physical and mental health and provides the opportunity to address any questions that arise during treatment.

Consistent with the established treatment guidelines described above, I prescribe puberty-delaying treatment starting at the Tanner 2 or early Tanner 3 stages of puberty. For people assigned male at birth, these stages of puberty are typically between ages 9 and 15, and for people assigned female at birth, typically between

ages 8 and 13.  Depending on the patient's needs and the changes that have already been caused by their endogenous puberty, I either initiate pubertal suppression and wait to initiate hormones until they are ready and it is medically indicated; or, initiate puberty consistent with their gender identity with hormones when a patient is ready and it is medically indicated.  The goal is to minimize the patient's dysphoria and initiate puberty consistent with gender identity within the typical age range.  In my extensive clinical experience, I have observed the substantial benefits of pubertal suppression and hormone therapy, when medically indicated.

## PUBERTY BLOCKERS AND
## HORMONE THERAPY ARE SAFE AND EFFECTIVE TREATMENTS
## FOR TRANSGENDER YOUTH

I have reviewed the "Vulnerable Child Compassion and Protection Act" (the "Act") passed by the Alabama Legislature and signed by Governor Ivey, in April 2022. If the law goes into effect, based on my expert opinion, it will cause serious harms to my patients as well as other transgender youth throughout Alabama.

Puberty-blocking medication and hormone therapy have greatly improved the physical and mental health and wellbeing of my patients. Denying my patients access to these well-established medical treatments will cause the mental health of many of my patients to regress, including increasing their suicidality and likelihood of attempting suicide. To cease ongoing care without a medical basis would violate my professional, ethical, and legal obligations by forcing me to harm my patient.

The Endocrine Society's treatment protocols for providing puberty blockers and hormone therapy provide a safe and effective treatment approach for gender dysphoria. The American Academy of Pediatrics and every major medical association in the United States support the use of pubertal suppression and hormone therapy to treat gender dysphoria where medically indicated in adolescent patients.

Puberty blockers began to be used in the United States to treat gender dysphoria around 2004, which is not considered recent in medicine. We also have over 30 years of data on the impact of puberty blockers on children who undergo precocious puberty that we can apply to the transgender population. From the more than 30 years of data that we have, there is no scientific evidence of short- or long-term negative effects on patients who receive puberty blockers that would outweigh the benefits of this treatment. And for youth with gender dysphoria (as compared to those treated for precocious puberty), the treatment is used for a much shorter period of time, in order to pause puberty before either initiating puberty with cross-sex hormones or resuming endogenous puberty.

Pubertal suppression in youth with gender dysphoria does not delay puberty beyond the typical age range during which adolescents go through puberty. Pubertal development has a very wide variation among individuals. Puberty in individuals assigned male at birth typically begins anywhere from ages 9 to 15, and sometimes does not complete until a person's early twenties. For those individuals assigned

female at birth, puberty typically begins anywhere from ages 8 to 13 and tends to be complete around age 15 on average. Protocols used for transgender youth would tend to put them in the latter third of typical puberty but nothing outside of the typical range. In our clinic at UAB, most patients who are prescribed puberty blocking medication are prescribed puberty blocking medication for one or two years.

In a 2020 study published in *Pediatrics*, the official journal of the American Academy of Pediatrics, researchers concluded that "[t]reatment with pubertal suppression among those who wanted it was associated with lower odds of lifetime suicidal ideation when compared with those who wanted pubertal suppression but did not receive it. Suicidality is of particular concern for this population because the estimated lifetime prevalence of suicide attempts among transgender people is as high as 40%."[18]

As noted above, under the Endocrine Society Clinical Guideline, once an adolescent establishes further maturity and competence to comprehensively understand decisions about additional treatment, it may then be medically necessary

---

[18] Turban, J.L., King, D., Carswell, J.M., *et al*. Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics*. 2020;145(2):e20191725, at *5; *see also* Wiepjes, C.M., Nota, N.M., de Blok, C.J., *et al*. The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in Prevalence, Treatment, and Regrets. *The Journal of Sexual Medicine*. 2018; 15(4):582-590; De Vries, A.L., McGuire, J.K., Steensma, T.D., *et al*. Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment. *Pediatrics*. 2014; 134(4):696-704.

and appropriate to provide hormone therapy to initiate puberty consistent with gender identity. For girls who are transgender this means administering both testosterone suppressing treatment as well as estrogen to initiate hormonal puberty consistent with the patient's female gender identity. For boys who are transgender this means administering testosterone.

There is nothing unique about undergoing hormone treatment to sustain one's health; it is a common practice in many non-transgender patients for reasons unrelated to treatment of gender dysphoria. It is not uncommon, for instance, for adolescents to have genetic or metabolic congenital conditions where the body may not produce ample amounts of estrogen or testosterone. Estrogen is also commonly prescribed to teenage girls to manage acne, to deal with inordinately heavy menstruation, and for polycystic ovary syndrome. It is the standard of care to prescribe estrogen or testosterone in these situations to supplement endogenous hormones. Many adults with gender dysphoria have been on hormone therapy for decades and no reputable medical organization has concluded that the risk of any negative outcome would outweigh the substantial benefit of the treatment. Likewise, many non-transgender individuals require hormone treatment for the majority of their lives as standard of care medicine for particular medical conditions. This includes patients with various intersex conditions such as Turner syndrome and Klinefelter syndrome, or medical conditions such as premature ovarian failure and childhood onset cancer.

20

In addition to my patients with intersex traits, I regularly manage non-transgender patients receiving the same hormones that are provided to transgender patients.   For example, nontransgender girls with hypogonadotropic hypogonadism (delayed puberty due to lack of estrogen caused by a problem with the pituitary gland or hypothalamus) may be treated with estrogen to initiate puberty.   I also treat nontransgender girls with Polycystic Ovarian Syndrome (PCOS) with hormonal birth control or testosterone suppression to reduce some symptoms of the condition including excess facial hair.

I regularly prescribe hormone treatment to my patients—non-transgender and transgender—for various medical needs.  The care is always specifically calibrated to the individual, their baseline hormone levels, and their particular medical needs. The legislative findings in the Act cite a risk of "irreversible sterility." When I recommend a treatment that may impact fertility, I counsel the patient and their parents about this potential side effect.  At the UAB Clinic, if there is any risk that a treatment may impact fertility, patients and their families are informed of this risk and referred to a reproductive endocrinologist for discussion of fertility preservation if desired.  Many people undergo fertility preservation before any treatment that could compromise fertility, including for instance, some types of pediatric cancers and autoimmune conditions. Puberty blockers do not impair long-term fertility in either transgender or non-transgender patients.

The legislative findings in the Act also claim that "cross-sex hormones" cause "increased risks of cardiovascular disease, thromboembolic stroke, asthma, COPD, and cancer."  Each of these risks is rare  when this treatment is provided and supervised by a clinician.  Moreover, these very same risks are present when hormone therapy is used to treat non-transgender individuals and individuals with intersex traits.  None of these risks are unique to transition care for transgender patients. In my years of treating transgender patients, I have never seen the aforementioned complications afflict any of my patients.

The goal of treatment for gender dysphoria is to resolve the distress associated with the disconnect between a person's assigned sex at birth and their gender identity. Denying puberty blockers and hormones to a transgender adolescent who needs the treatment will not cause the adolescent to stop being transgender.  It will only cause the minor to experience distress from lack of treatment.

Puberty-delaying medication and hormones are only provided after careful evaluation where a patient is experiencing consistent and persistent gender identification different from their assigned sex and clinically significant distress related to the incongruence.  Each stage of the treatment is carefully evaluated and can be changed by carefully tapering a patient off the treatment if appropriate.  In the case of puberty-blocking medication, once stopped, a patient's endogenous puberty

22

begins immediately.  With hormone therapy, once stopped, a patient's naturally occurring hormones will continue to circulate.

All medical intervention comes with risk, and any medication can have side effects.  In the case of medical treatment for gender dysphoria, decades of data have shown that the risk of adverse side effects from either puberty blockers or hormone therapy is low, and the benefits of the care greatly outweigh it.

In sum, the medical interventions described above are safe, effective, and essential for the well-being of many transgender young people.  My patients who receive medically appropriate treatment for gender dysphoria experience significant improvement in their health. Medical treatment recommended for and provided to transgender adolescents with gender dysphoria can substantially reduce lifelong gender dysphoria and can eliminate the medical need for surgery later in life. Providing transition-based medical care can be lifesaving treatment and can improve the short- and long-term health outcomes for transgender youth.

## HARMS OF WITHHOLDING OR TERMINATING TREATMENT FOR TRANSGENDER YOUTH WITH GENDER DYSPHORIA

Withholding pubertal suppression and hormone therapy from transgender young people when it is medically indicated is extremely harmful.  As noted above, administration of pubertal suppression has been shown to significantly reduce suicidality in transgender patients.

If I had to pull my patients off treatment without medical indication, even for a short time, I have a very high level of concern that some could become so traumatized they would resort to self-harm and very possibly attempt suicide. Getting my patients on treatment has been lifesaving for many; taking them off mid-treatment, where the treatment is working, or denying it to those in need could be life-threatening.

## ANTICIPATED ARGUMENTS FROM DEFENSE EXPERTS

I reviewed the declarations of Dr. James Cantor (Dkt. 69-2, Ex. 2), Dr. Paul Hruz (Dkt. 69-2, Ex. 5), Dr. Paul Hunter (Dkt. 69-2, Ex. 6), Dr. Quentin L. Van Meter (Dkt. 69-2, Ex. 4), and Dr. Michael Laidlaw (Dkt. 69-2, Ex. 3) that were filed earlier in this case. Anticipating that they may make similar arguments in their expert reports, I respond to some of the central points in those declarations. I do not specifically address each study or article cited but instead explain the overall problems with some of the conclusions that the Defendants' experts draw and provide data showing why such conclusions are in error. If necessary, I reserve the right to supplement my opinions as the case proceeds.

The Defendants' experts suggest that gender clinics routinely provide medical interventions to adolescents without proper mental health assessments and without informing patients and their parents of the potential risks of treatment. As described in detail above, both the Endocrine Society Clinical Practice Guideline (the

24

"Endocrine Society Guideline") and the World Professional Association of Transgender Health Standards of Care (the "WPATH SOC") require rigorous mental health assessments and informed consent processes before any medical treatment is initiated. In my experience treating transgender youth with gender dysphoria during my tenure at the UAB clinic, each patient undergoes an extensive psychological assessment and, if medical interventions are deemed medically appropriate, an extensive informed consent process before such interventions are provided as described above.

It is not the case that we encourage patients to initiate gender transition with no medical need as some of the Defendants' experts suggest. See, *e.g.,* Cantor ¶ 43 (referring to "transition-on-demand"); Hruz ¶¶ 75-76 (referring to "[u]nexamined 'affirming' medical interventions" and claiming that children transition without parental consent or for non-medical reasons). Consistent with the WPATH SOC and the Endocrine Society Guideline, each patient is met first by mental health providers who explore the patient's medical and mental health history and identity. Patients are not rushed into medical treatment, and treatment is not initiated without the aforementioned evaluations and informed consent process.

It appears to be the position of the Defendants' experts that waiting until a patient turns 18 years of age before initiating medical treatment for gender dysphoria would not cause harm to minor patients. See, *e. g.,* Hruz ¶¶ 56-57; Hunter ¶¶ 25, 39-

54 (claiming, falsely, that "[c]hildhood onset gender dysphoria typically remits naturally."). This is wrong. Many physiological changes that happen during endogenous puberty cause severe distress for transgender patients with gender dysphoria and can be difficult, if not impossible, to reverse with subsequent treatment. Based on my clinical experience, patients with severe dysphoria who are able to receive treatment prior to age 18 experience substantial mental health improvements.

*Safety and Efficacy of Puberty Blockers*

Puberty blockers have been used to treat patients with gender dysphoria for decades. We also have over 30 years of data about the safety of this treatment based on data from treating children with precocious puberty.

Dr. Laidlaw claims that "[p]sychosocial development will be necessarily stunted" with the use of puberty blocking medication since transgender children "are not developing with their peers." Laidlaw p. 15. As I explained above, pubertal suppression in youth with gender dysphoria does not delay puberty beyond the typical age range during which adolescents go through puberty. Pubertal development has a very wide variation among individuals. Puberty in individuals assigned male at birth typically begins anywhere from ages 9 to 15, and sometimes does not complete until a person's early twenties. For those individuals assigned female at birth, puberty typically begins anywhere from ages 8 to 13 and tends to be complete around

age 15 on average.  As set forth above, protocols used for transgender youth would tend to put them in the latter third of typical puberty but nothing outside of the typical range.[19]

In his report, Dr. Hruz claims that patients treated with hormones will experience a range of negative health consequences. Hruz ¶ 61. For example, he says that patients treated with puberty blockers and hormones will be at an elevated risk of lower bone mineral density. *Id*. ¶¶ 61, 67.  While lower bone density can sometimes occur while a young person is taking puberty blocking medication, that issue can be managed with the use of supplemental calcium and attention to weight-bearing exercise. When these medications are stopped after a brief period of use of some 1-3 years (as is our practice), followed by a hormonal puberty, we know from excellent data that bone density catch-up ensues. This is well documented[20] and matches our own clinical experience.[21]  Additionally, studies have shown no

---

[19] Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., *et al*.  Endocrine Treatment of Gender- Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline.  *The Journal of Clinical Endocrinology & Metabolism*.  2017; 102(11): 3869-903; Euling, S. Y., Herman- Giddens, M. E., Lee, P. A., *et al*. Examination of U. S.  Puberty-Timing Data from 1940 to 1994 for Secular Trends: Panel Findings. *Pediatrics*. 2008; 121 (Supplemental 3): S172-S191.
[20] van der Loos, M. A., Hellinga, I., Vlot, M. C., *et al*.  Development of Hip Bone Geometry During Gender-Affirming Hormone Therapy in Transgender Adolescents Resembles That of the Experienced Gender When Pubertal Suspension Is Started in Early Puberty.  *Journal of Bone and Mineral Research*. 2021; 36(5): 931-41.  doi: https://doi. org/10. 1002/jbmr. 4262.
[21] Dr.  Hruz focuses on a study by Klink that reported some reduction in bone density at age 22 among 15 transgender women treated with blockers during

changes in bone mineralization among patients with central precocious puberty treated with pubertal suppression for a period of three years.[22] Dr. Hruz raises the issue of increased risk of fracture later in life, but we have been using pubertal suppression to treat patients with precocious puberty for over 30 years and have not observed these long-term effects. Hruz ¶ 61. And "[m]ore than 20 years of experience with GnRHa treatment … reveals that follow-up of patients several years after cessation of therapy reveals bone mineral accrual to be within the normal range compared with population norms."[23] As with all the risks of puberty suppression, the risks related to bone mineralization and the state of the evidence are discussed with patients and their parents during the informed consent process.

Additionally, Dr. Hruz says that patients on puberty-suppressing treatment will have slower rates of growth in height. Hruz ¶ 67. For transgender girls, there

---

adolescence. Hruz ¶ 61. But the authors concluded that "[t]he contribution of GnRHa treatment is at best tentative," as they noted other factors that could explain the results, such as lower bone density among the transgender women before commencement of treatment, possibly due to their discomfort engaging in sports. Klink, D., Caris, M., Heijboer, A., *et al*. Bone Mass in Young Adulthood Following Gonadotropin-Releasing Hormone Analog Treatment and Cross-Sex Hormone Treatment in Adolescents With Gender Dysphoria, *The Journal of Clinical Endocrinology & Metabolism*. 2015; 100(2): E270-E275, at E274. doi: https://doi. org/10. 1210/jc. 2014-2439.

[22] Park, H. K., Lee, H. S., Ko, J. H., *et al*. The effect of gonadotrophin-releasing hormone agonist treatment over 3 years on bone mineral density and body composition in girls with central precocious puberty. *Clinical Endocrinology*. 2012; 77(5): 743-48.

[23] Eugster, Erica A. Treatment of central precocious puberty. *Journal of the Endocrine Society*, vol. 3, issue 5. May 2019; 965-72. https://doi.org/10.1210/js.2019-00036.

may be some overall reduced height growth, but the reduced height is both consistent

with the gender-affirmation aspect of the care (*i.e.,* a transgender girl's treatment

will aim to align her physiological characteristics, including height, consistent with

what is typical for girls generally) and still within the expected overall range for the

patient's height based their mid-parental average. For transgender boys, pubertal

suppression could lead to *increased* height growth, which is likewise consistent with

the gender-affirmation aspect of the care and also still within the expected overall

range for what their adult height would be.

Dr. Hruz's suggestion that "alteration of normal adolescent brain

maturation" may be another "possible side effect" of puberty blockers is not

accurate. See Hruz ¶ 67. I have not seen this in my practice and science does not

support the statement.[24]

*Safety and Efficacy of Hormone Therapy*

Dr. Hruz repeats many of the alleged risks of hormone therapy discussed in

the law's legislative findings including "high blood pressure, weight gain, abnormal

glucose tolerance, breast cancer, liver disease, thrombosis, and cardiovascular

disease," Hruz ¶ 67, as well as "blood clots and strokes." *Id.* ¶ 80.  As I explained

---

[24] Staphorsius, A. S., Kreukels, B. P., Cohen-Kettenis, P. T., *et al*. Puberty suppression and executive functioning: An fMRI-study in adolescents with gender dysphoria. *Psychoneuroendocrinology*. 2015; 56: 190-99. doi: https://doi. org/10. 1016/j. psyneuen. 2015. 03. 007.

above, we rarely see these side effects in patients with well-managed treatment through trained clinical providers.

When treating patients with hormones, the staff and physicians at the UAB Gender Clinic closely monitor dosing and circulating hormone levels to minimize any risk of adverse effects.   This is true for patients with gender dysphoria and any other conditions requiring hormonal treatment. With transgender men and boys treated with testosterone, we have not seen red blood cell counts that are atypically concerning for men.[25]

Dr.  Hunter claims that transgender children will be "bitterly disappointed later when they realize that they will be medically dependent for life," including with respect to cross-sex hormones. Hunter ¶ 148. In my experience, this is not true. To the contrary, I have observed happiness and positive adjustments in my adolescent patients as they age into adulthood.

In my clinical experience spanning more than three decades, transition-related medical care drastically improves the health and well-being of transgender adolescents with gender dysphoria for whom the care is medically indicated. My clinical experience has also shown that transgender adolescents who receive needed

---

[25] Wierckx K., Mueller, S., Van Caenegem, E., *et al*.  Long-term evaluation of cross-sex hormone treatment in transsexual persons. *The Journal of Sexual Medicine*.  2012; 9(10): 2641-51.  doi: https://doi. org/10. 1111/j. 1743-6109. 2012. 02876. x.

medical treatment for gender dysphoria have improved social and romantic relationships and are able to develop peer relationships with non-transgender and transgender people alike. I have seen hundreds of children and adolescents avoid the most serious consequences of gender dysphoria including severe anxiety, depression, and self-harming behaviors, specifically because they received medical treatment. Many of my patients, for instance, have transformed from being sullen, withdrawn, and struggling in school to kids, adolescents, and young adults who are now thriving academically and socially.

If my clinic is barred from providing this care, it is foreseeable and certain that transgender youth in Alabama will suffer serious medical and mental health consequences, including declining mental health, suicide ideation, suicide attempts, and possibly completed suicides. There is a well-established and known standard of medical care to treat transgender adolescents, and this law would prohibit doctors from caring for their patients and abiding by the Hippocratic oath.

I hold each of the opinions expressed in this report with a reasonable degree of scientific certainty based on the materials I have reviewed and based on my education, experience, and knowledge. I reserve the right to supplement, amend, or modify my opinions upon review of further information, including, but not limited to, testimony, documents, and reports I receive after the date of this report.

Executed this __12__ th day of February, 2023.

Morissa J. Ladinsky, MD, FAAP

# EXHIBIT A

## CURRICULUM VITAE

**PERSONAL INFORMATION:**

Name:                          Morissa J. Ladinsky, MD, FAAP

Citizenship:                   United States

Other Languages:               Spanish

**CURRENT RANK/TITLE:**

2015-present                   Professor of Pediatrics, UAB School of Medicine

2015-present                   Professor, Medical Education, UAB School of Medicine

Business address:              Department of Pediatrics Division of Academic General Pediatrics
                               310 Children's Park Place 1
                               1600 7th Avenue South
                               Birmingham, AL  35233-1711

**HOSPITAL APPOINTMENTS:**

Medical Staff: Children's Hospital of Alabama, Birmingham, AL   2015-

Medical Staff: UAB Hospital Birmingham, AL                      2015-

**EDUCATION:**

| Year | Degree | Institution |
|------|--------|-------------|
| 1990 | Doctor of Medicine With Honor | Baylor College of Medicine, Houston, TX |
| 1985 | Bachelor of Arts Human Biology Magna cum laude | Brown University Providence, RI |

**LICENSURE**        Alabama      #34204
                     Ohio         #35-07-7337 (inactive)
                     Maryland     #D47256 (inactive)

Texas          #J0053 (inactive)

**BOARD CERTIFICATION:**

American Board of Pediatrics, Certificate # 51388
October 13, 1993
Recertified 2001, 2008, 2014, 2019.  Participating in MOC

**POSTDOCTORAL TRAINING:**

| Year | Degree | Institution |
|------|--------|-------------|
| 1995-1997 | Fellowship, General Academic Pediatrics and Program Development | Johns Hopkins School of Medicine |
| 1990-1993 | Residency in Pediatrics | Baylor College of Medicine |

**ACADEMIC APPOINTMENTS:**

| Year | Rank/Title | Institution |
|------|-----------|-------------|
| 2015-2022 | Associate Professor | UAB School of Medicine Department of Pediatrics Division of Academic General Pediatrics |
| 2005-2015 | Assistant Professor | Division of General and Community Pediatrics Cincinnati Children's Hospital Cincinnati, OH |
| 2000-2005 | Assistant Professor | Division of Ambulatory Pediatrics Ohio State University School of Medicine Nationwide Children's Hospital Columbus, OH |
| 1997-1999 | Instructor in Pediatrics | Johns Hopkins University School of Medicine |
| 1997-1999 | Clinical Assistant Professor Pediatrics | University of Maryland School of Medicine |

35

**OTHER EMPLOYMENT:**

| | |
|---|---|
| 1981-1983 | Brown University, Research Assistant, Department of Genetics Providence, Rhode Island |
| 1985-1986 | Rural Eight County Family Planning Program Clinic Assistant, Counselor, San Marcos, Texas |
| 1989 | Bearskin Meadow Camp Medical Assistant, Diabetes Educator, CA Diabetic Youth Foundation, San Francisco, California |
| 1993-1995 | Ashford Pediatric Associates, Pediatrician (private practice) Houston, Texas |
| 1995-1999 | Franklin Square Hospital Center Pediatrician-Department of Pediatrics Consultant Baltimore, Maryland |
| 1995-1997 | Attending, Johns Hopkins Hospital Division of Pediatric/Emergency Medicine |
| 1999 | Baltimore City Dept. of Health, Physician-School based health center, Northwestern High School, Baltimore, Maryland |
| 1999-2000 | Physician- Locum Tenens, Walnut Hills Health Center, Cincinnati, Ohio |
| 2006-2015 | Pediatrician, Private Practice, Group Health Associates Cincinnati, Ohio |

**AWARDS/HONORS:**

| | |
|---|---|
| Phi Beta Kappa, Brown University | inducted 1984 |
| Sigma Xi Scientific Honor Society, Brown University | inducted 1983 |
| Academic Achievement Award: Brown University Division of Biology and Medicine | 1983-1985 |

| | |
|---|---|
| Alpha Omega Alpha, Baylor College of Medicine | inducted 1989 |
| Who's Who in America | 2004-present |
| Who's Who of American Women | 2005-present |
| Dayton Business Journal Best Doctors: | 2010-2015 |
| Cincy Magazine Best Doctors: | 2010-2015 |

Cover Physician, Dec. 2011



| | |
|---|---|
| Best Doctors in America: | 2011-2023 |
| America's Top Doctors (Castle Connolly/US News): | 2012-2023 |
| Birmingham Magazine Best Doctors | 2015- 2022 |
| UAB Department of Pediatrics Educational Excellence Award | 2017-2022 |
| UAB Multicultural and Diversity Programs<br>    Research and Initiative Award | 2018 |
| TAKE of Birmingham, AL: Hope for Tomorrow Award | 2018, 2019 |
| UAB Department of Pediatrics Ralph Tiller<br>    Distinguished Faculty Award | 2018 |
| UAB Department of Pediatrics Sergio Stagno<br>    Friend of the Housestaff Award | 2018 |
| American Academy of Pediatrics, Special Achievement Award | 2018 |
| UAB Research in Medical Education Annual Symposium,<br>    First Place Award for Educational Innovation:<br>    *"Closing Healthcare Gaps for Marginalized Populations:<br>    A Transgender Standardized Patient Approach"* | 2019 |
| Castle Connolly's Exceptional Women in Medicine | 2019, 2021, 2022 |

American Academy of Pediatrics,
    Alabama Chapter President's Award          2021

UAB School of Medicine Dean's Excellence Award for    2022
Diversity Enhancement

Central Alabama Pride Ally Award               2022

American Academy of Pediatrics-Marsha Raulerson Advocacy    2022
Award-Alabama Chapter

Champion of Justice-Courage Award.  National Center for    2022
Lesbian Rights (NCLR).

Insider Magazine T100 List of Leaders Driving Unprecedented    2022
Change and Innovation.  One of 10 healthcare leaders awarded nationally.


**PROFESSIONAL SOCIETIES/MEMBERSHIPS**

Fellow of the American Academy of Pediatrics        1993-present
  Member, Section on LGBT Health and Wellness      2015-present
  Member Section on Minority Health, Equity and Inclusion    2020-present

Ambulatory Pediatric Association              1995-present

American Medical Women's Association          1997-present


**STATE OF ALABAMA, JEFFERSON COUNTY COUNCILS AND COMMITTEES:**


2015                     Magic City Acceptance Project, Training Committee. Council of
agencies representing at risk Birmingham Youth.  Advocacy for
and training of service providers in law, education, social services
around needs of sexual minority and gender variant youth.


2015-present           West Alabama Area Health Education Coalition, (taking teams of
trainees to the West Alabama Black Belt for reciprocal training and
mentoring)


2016                     Curriculum Developer/Participant, HERO Project/UAB Dept. of
Pediatrics Health Education Project with Washington K-8/
Birmingham Public Schools.

| | |
|---|---|
| 2016 | Organized first Community (now statewide) Support Group for Spanish Speaking Parents of Children with Autism.  Joint project: UAB Dept. of Pediatrics/Alabama Autism Society/HICA |
| 2016-present | Board of Directors, TAKE (Transgender Advocates Knowledgeable Empowering) Community Empowerment and Support for Transgender Women of Color in Alabama. |
| 2017-present | Alabama Stakeholder Workgroup: Data Driven Prevention Initiative for Heroin/Opioid Overuse/Abuse |
| 2017-2018 | Advisory Board, Central Alabama PRIDE |
| 2017-2020 | Alabama Department of Public Health, Alabama's Adolescent Vaccine Task Force |
| 2017-2022 | Alabama Department of Public Health Office of Women's Health/Alabama American Academy of Pediatrics  Opioid Misuse in Women/Neonatal Abstinence Syndrome Taskforce, Protocols Committee Co-Chair |
| 2017-present | Alabama Governor's Opioid Council, Implementation Team, Treatment and Recovery Support Subcommittee Maternal and Child Health Subcommittee |
| 2018-present | Board of Directors, Children's Policy Council of Jefferson County. Multi-sector and agency policy network united around child advocacy. |
| 2019-present | Alabama Medicaid Agency-Medical Care Advisory Committee |
| 2019-present | Mayor's LGBTQ Advisory Board, Office of Mayor Randall Woodfin, Birmingham, Alabama |
| 2019-present | Alabama Perinatal Quality Collaborative -Steering Committee for Neonatal Opioid Withdrawal Syndrome Statewide QI Initiative |
| 2020 | Advisory Board, Junior League of Birmingham |
| 2021 | Council on Accreditation, Medical Association of the State of Alabama |
| 2021-present | Council on Medical Education, Medical Association of the State of Alabama |

| 2021-present | Ethics Committee, Jefferson County Medical Society |

**NATIONAL COUNCILS AND COMMITTEES**

| 2000-2002 | Medical Consultant, Chances for Children (Former US Charity of UK Duchess Sarah Ferguson) |
| 2013-2015 | Practice Alliance/Translation Workgroup **Co-Chair**, Autism Treatment Network/Autism Speaks, National Offices, Princeton, New Jersey |
| 2015-present | American Academy of Pediatrics, Section on LGBTQ Health and Wellness |
| 2018-present | Co-Leader.  Multi-agency Social Justice Experience.  GLIDE Center for Social Justice, UCSF Department of Pediatrics, UAB Pediatrics.  Annual experience uniting leaders in medicine, faith, tech and criminal justice from San Francisco and Alabama to empower coalition building around equity and social justice. |
| 2022-present | Board of Directors, Out Care, a national comprehensive resource for LGBTQ+ health care resources, mentorship, medical education and cultural humility training. |

**UAB AND CHILDREN'S of ALABAMA COUNCILS, COMMITTEES, ACTIVITIES**

| 2015-2018 | Center For Aids Research/Community and Behavioral Sciences Core/UAB School of Public Health.  Faith and Spirituality-Health Equity Interface Programming |
| 2017-2019 | Family-Centered Care Initiatives Council: Hispanic, Other Non-English Speaking and Low SES Families (COA) |
| 2017-2019 | Faculty Advisor, Medical Student MedPride Gay/Straight Alliance, UAB School of Medicine |
| 2018-present | Advisory Board, Psychiatric Intake and Response Center (PIRC), Children's of Alabama Departments of Psychiatry and Emergency Medicine |
| 2019-present | Advisory Board, UAB Comprehensive Center for Addiction in Pregnancy Program |
| 2020-present | UAB Department of Pediatrics Diversity, Equity and Inclusion Faculty Council.  Co-Chair, 2022-present |

| 2021-present | UAB Department of Pediatrics Residency Program Evaluation Committee |
|---|---|
| 2021 | UAB School of Medicine Community Engaged Teaching Roundtable |
| 2021 | UAB School of Public Health LGBTQ Endowed Professorship Executive Committee |
| 2022 | UAB Faculty Senate Subcommittee on Diversity, Equity and Inclusion |

**LOCAL/REGIONAL COUNCILS AND COMMITTEES AT OTHER INSTITUTIONS**

| 1981-1984 | Steering Committee. Meiklejohn Academic Advising Brown University |
|---|---|
| 1983-1985 | Student representative and advisor, Brown University Office of Undergraduate Admissions |
| 1987-1990 | Baylor Medical School Admissions Committee |
| 1998 | Sinai Hospital of Baltimore Pediatric Residency Selection Committee |
| 2012-2015 | Quality Improvement Team, Physician Member, The Kelly O'Leary Center for Autism/Autism Treatment Network, Cincinnati Children's Hospital Medical Center |
| 2014-2015 | Access to Care Workgroup, Center for Developmental Disabilities and Behavioral Pediatrics Cincinnati Children's Hospital Medical Center |

**MAJOR RESEARCH INTERESTS:**

1) Impact of faith and community on quality of health for at risk youth including LGBTQ youth living in the Deep South.

2) Implementation of AAMC Curricular Guidelines around LGBTQ health care using Standardized Patient Methodology.

3) Developmental outcomes for infants facing neonatal opioid withdrawal syndrome.

**TEACHING and MENTORING EXPERIENCE:**
(Academic appointments listed earlier)

| | |
|---|---|
| 1995-1997 | Preceptor, Harriet Lane Pediatric Primary Care Clinic Johns Hopkins Hospital |
| 1995-1997 | Pediatric Inpatient Co-Attending Physician Johns Hopkins Hospital |
| 1997-1999 | Faculty Attending Pediatrician/Preceptor Greenspring Pediatric Associates, Department of Pediatrics, Sinai Hospital of Baltimore |
| 2007-2015 | Revision and presentations of Pediatrician section. Pre-natal Course series, Bethesda North Hospital/TriHealth, Cincinnati, Ohio |
| 2009-2013 | Pediatrician Preceptor for Family Nurse Practitioner students during Pediatric Clerkship. University of Cincinnati School of Nursing, Good Samaritan Hospital/TriHealth School of Nursing |
| 2009-2015 | Pediatrician preceptor for residents during outpatient ambulatory clerkship, Cincinnati Children's Hospital/University of Cincinnati |
| 2015-present | Faculty Attending Primary Care Preceptor for 14-16 residents providing both continuity and acute care, 4-5 sessions weekly |
| 2015-present | Faculty Attending Pediatrician, Multidisciplinary Transgender Health Team, Children's of Alabama |
| 2015-present | Children's of Alabama Staff Training for Inpatient Psychiatry, ER, Child Abuse Program, Laboratory Medicine, Social Work, Patient Relations teams: *Delivering Quality and Affirming Care to LGBTQ Patients. Focus on transgender and gender non-binary youth.* |
| 2015-present | Faculty Mentor for several Pediatric Residents, all share mutual interest in health disparities and marginalized populations. |
| 2016-2017 | UAB Department of Pediatrics Faculty Scholars Program |
| 2016 | Lead Physician for Children's of Alabama's Primary Care Clinic HPV Vaccine QI Initiative |

| 2017-present | Curricular Development and execution of Standardized Patient/OSCE models in training medical and allied health students around LGB and transgender healthcare.  UAB School of Medicine |
|---|---|
| 2018-present | LGBTQ Healthcare and Education, Special Topics Course Developer and Leader, UAB School of Medicine |
| 2018-present | Annual guest lecturer, *Cultural Humility and Spirituality in Public Health*, Samford University, School for the Health Professions, Birmingham, AL |
| 2019-present | Mentor for 2 ongoing pediatric resident QI initiatives.  Firearm Injury Prevention in a Primary Care Clinic and After Visit Anticipatory Guidance for Spanish Speaking Families. |
| 2020-present | Health Equity Scholars Co-Lead.  Development and execution of UAB Pediatrics Residency curriculum and special interest team around improving health equity through understanding of structural racism and impact on social determinants of health. |
| 2021 | Faculty Facilitator: Case Studies in Diversity in Healthcare.  Pilot initiative within UAB School of Medicine |

## MAJOR NATIONAL LECTURES:

 "Autism Spectrum Disorders in the Community, the Role of the PCP" Invited Guest Speaker, Autism Treatment Network/Autism Intervention Research Network on Physical Health Fall Program Meeting.  Denver, CO, November 8, 2012

"Primary Care Physician Engagement in the Care of Children with Autism; Lessons Learned from ADHD", Invited Guest Speaker, Autism Speaks/Autism Treatment Network Steering Committee, National Meeting, Washington, DC, July 11, 2013

**"**Enhancing Medical Student Competencies in Transgender Healthcare: A Transgender Standardized Patient Approach", AAMC Learn Serve Lead National Conference, Phoenix, AZ, November 10, 2019

 "Clinical Advocacy and Care for Transgender Youth", Harvard Medical School, Equity and Social Justice Series.  Boston, MA October 27, 2021

 "On the Front Lines of Advocacy in the Deep South", Pediatric Academic Societies (PAS) National Annual Meeting, Denver, CO.  April 24, 2022.

"Standing up for Gender Affirming Care-from Clinics to Courts", American Academy of Pediatrics National Conference and Exhibition.  Anaheim, CA.  October 8, 2022

"Standing Up for Gender Affirming Care".  Closing Plenary. American Academy of Pediatrics National Conference and Exhibition.  Anaheim, CA.  October 11, 2022

"Understanding Substance Use Disorder in Pregnancy. Can we Align Science and Law?"  Association of Prosecuting Attorneys.  Washington DC.  February 1, 2023

**GRANT SUPPORT:**

| | |
|---|---|
| 1996-1997 | The Thomas Wilson Sanitarium for the Children of Baltimore City. |
| 1997 | Baltimore Council on Human Resources "Startup funding for Reach out and Read, The Harriet Lane Primary Care Center at Johns Hopkins" |
| | "The WHO Oral Rehydration Solution in US Pediatric Practice: An Evaluation of Parent Satisfaction" Principal Investigator |
| 2017-2019 | Community Foundation of Greater Birmingham, "Expansion of the Multidisciplinary Gender Clinic, Pediatric Endocrinology, Children's of Alabama" |
| 2017-2022 | UAB Health Services Foundation, General Endowment Fund, "Curricular Advancement of LGBT Healthcare Competencies Using Standardized Patients" |

**MANUSCRIPTS:**

1. Novack DH, Detering BJ, Arnold R, Forrow L, **Ladinsky, M**, Pezullo JC.  Physicians' Attitudes Toward Using Deception to Resolve Difficult Ethical Problems.  JAMA. 1989;261:2980-2985.

2. Raef H, **Ladinsky MJ**, Arem R.  Concomitant euthyroid Graves' ophthalmopathy and isolated ocular Myasthenia Gravis.  Postgraduate Medical Journal.  1990;66:849-852.

3. Musher DM, Hamill RJ, **Ladinsky MJ**, Winsor DK, Baughn RF.  Acute Glomerulonephritis Due to Shigella Flexnerii Dysentery with Demonstration of a Virulence Protein of Shigella in Circulating Immune Complexes.  The Journal of Infectious Diseases.  1990;161:366-377

**4. Ladinsky M**, Lehmann H, Santosham M.  The Cost-Effectiveness of Oral Rehydration Therapy for US Children with Acute Diarrhea.  Medical Interface.  1996;9:113-119.

**5. Ladinsky M**, Goepp J, Santosham M.  Outpatient Oral Rehydration Therapy: Safe, Effective, and Rapid.  Annals of Emergency Medicine.  1997;29(4):551-552.

**6. Ladinsky M**, Duggan A, Santosham M, Wilson M.  The World Health Organization Oral Rehydration Solution in US Pediatric Practice; A Randomized Trial to Evaluate Parent Satisfaction.  Archives of Pediatrics & Adolescent Medicine.  2000;154:700-705.

7. Johnson C, Hurtubise L, Castrop J, French G, Groner J, **Ladinsky M**, McLaughlin D, Mahan J.  Learning management systems: technology to measure the medical knowledge competency of the ACGME.  Medical Education.  2004;1365-1374

8. Shah, K, Zabielinski, M, **Ladinsky, M.**  Isolated pustular nodule on the thumb, JAMA Pediatrics, 2015 Nov 1;169(11): doi: 10.1001/jamapediatrics.2015.1301, 1061-1062

**9. Ladinsky, M**, Cohen, M.  Mind the Gap. J Pediatr. 2020 May 31. pii: S0022-3476(20)30692-2. doi: 10.1016/j.jpeds.2020.05.054

10. Kirpalani H, Bell EF, Hintz SR, Tan S, Schmidt B, Chaudhary AS, Johnson KJ, Crawford MM, Newman JE, Vohr BR, Carlo WA, D'Angio CT, Kennedy KA, Ohls RK, Poindexter BB, Schibler K, Whyte RK, Widness JA, Zupancic JAF, Wyckoff MH, Truog WE, Walsh MC, Chock VY, Laptook AR, Sokol GM, Yoder BA, Patel RM, Cotten CM, Carmen MF, Devaskar U, Chawla S, Seabrook R, Higgins RD, Das A; Eunice Kennedy Shriver NICHD Neonatal Research Network (**Ladinsky, M**) Higher or Lower Hemoglobin Transfusion Thresholds for Preterm Infants. N Engl J Med. 2020 Dec 31;383(27):2639-2651. doi: 0.1056/NEJMoa2020248. PMID: 33382931 Clinical Trial.

11. Bell EF, Hintz SR, Bann CR, Wyckoff MR, DeMauro SB, Walsh MC, Carlo WA, VanMeurs KP, Vohr VR, Eunice Kennedy Shriver NICHD Neonatal Research Network (**Ladinsky, M**). Mortality, In-Hospital Morbidity, Care Practices, and 2-Year Outcomes for Extremely Preterm Infants in the US, 2013-2018.  JAMA, 2022 Jan 18:327(3): 248-263

**BOOKS AND BOOK CHAPTERS:**
Cohen, MB, **Ladinsky M**, and Marino, B.  Pediatric Gastroenterology in Pediatric Blueprints 6th Edition, ed, Marino and Fine.  Lippincott Williams & Wilkins, 2012

<u>Published Abstracts and Poster Exhibits</u>

**1. Ladinsky MJ**, Duggan A, Santosham M, Goepp JG, Wilson MH.  Why is the WHO-ORS Underused by US Pediatric Practitioners?  Ambulatory Pediatric Association Region IV Meeting, January 20, 1996 and National Annual Meeting, May 7, 1996. (Archives of Pediatrics & Adolescent Medicine. 1996;150:P29)

2. Goepp J, Edwards L, **Ladinsky M**, Gilger M, Oberherman R.  Effect of an Oral Rehydration Training Program on Residents' Knowledge and Attitudes.  Ambulatory Pediatric Association 3. 3. National Annual Meeting, May 7, 1996.  (Archives of Pediatrics & Adolescent Medicine. 1996;150:P21)

 4. Webb A, **Ladinsky, M.**  Early Initiation of Hormone Therapy: A Lifesaving Treatment for a Transgender Teen with Anorexia Nervosa.  *J Investig Med*,  2018; 66: 506

**ORAL PRESENTATIONS**

**Scientific/Scholarly papers presented at national meetings**:

**Morissa Ladinsky, MD** "Why is the WHO-ORS Underused by US Pediatric Practitioners?" Ambulatory Pediatric Association Region IV Meeting, January 20, 1996. Ambulatory Pediatric Association National Annual Meeting, May 7, 1996.

**Morissa Ladinsky, MD** "The WHO Oral Rehydration Solution in US Pediatric Practice; A Randomized Trial to Assess Parent Satisfaction." Ambulatory Pediatric Association National Annual Meeting, May 4, 1998

Shawn Galin, PhD**, Morissa Ladinsky, MD "**Enhancing Medical Student Competencies in Transgender Healthcare: A Transgender Standardized Patient Approach", Learn, Serve, Lead 2019:  The AAMC National Annual Meeting, Phoenix, AZ.  November 9, 2019

Shawn Galin, PhD**, Morissa Ladinsky, MD "**Enhancing Medical Student Competencies in Transgender Healthcare: A Transgender Standardized Patient Approach", International Meeting on Simulation in Healthcare (IMSH), San Diego, CA January 20, 2020

Tina Simpson, MD, MPH**,** Chrystal Rutledge, MD, **Morissa Ladinsky, MD "**Developing a Health Equity Scholars Program for Pediatric Residents in the Heart of the Civil Rights Movement" American Society of Pediatric Department Chairs (AMSPDC), Virtual.  March 6, 2021

**Invited Workshops at local and regional meetings:**

**Morissa Ladinsky, MD**, Teaching Oral Rehydration Therapy So It's Used.  Workshop presented at the Ambulatory Pediatric Association National Annual Meeting, May 3, 1997.

**Morissa Ladinsky, MD** , Provision of Affirming Care to Transgender and Gender Diverse Patients, Children's Hospital of Alabama Divisions of: Pathology (September, 2015), Emergency Medicine (January, 2016), Inpatient Psychiatry (March, 2016), Child Abuse/CHIPS Teams (May, 2016), UAB Medical Student 1st and 2nd year Interest Group (May 2016), Second year medical student class (February, 2017-20).

**Morissa Ladinsky, MD**, Nefertiti Durant, MD, MPH, Group CME/MOC Part 2 Lead/Facilitator. Adolescent Medicine Self-Assessments.  Alabama American Association of Pediatrics 2016 Annual Meeting and Fall Pediatric Update.  Birmingham, AL October 2, 2016

**Morissa Ladinsky, MD**, Hussein Abdul-Latif, MD, Marianthe Grammas, MD "How Providers Can Support Trans and Gender Variant Youth" Jefferson County Medical Society Provider Workshop.  October 27, 2017

**Morissa Ladinsky, MD** "Trans/Gender Non-Conforming Affirming Healthcare," Webinar addressing importance of medical education in healthcare.  May 19, 2020

 **Morissa Ladinsky, MD** , Shajuane Jones, MS  "A Community Approach to Implementing Plans of Safe Care in Jefferson and Jackson Counties, Alabama" National Quality Improvement Center for Collaborative Community Court Teams Webinar.  The Children's Bureau.  July 10, 2020.

**Morissa Ladinsky, MD**, Heather Austin PhD, "LGBTQ: The Reality for Youth and Families", Alabama Psychological Association 2021 Annual Conference, Orange Beach, AL. June 12, 2021

**Morissa Ladinsky, MD** , Samantha Hill, MD, MPH, Matthew Kiszla, BS, MS-2, "What's on the Books: Sexual and Gender Minority Health in Alabama Post 2020", Blackburn Institute 2021 Annual Symposium, University of Alabama, Tuscaloosa, August 27, 2021

**Morissa Ladinsky, MD**, Shajuane Jones, MS "Understanding Substance Dependence when Serving Pregnant and Parenting Women", Addiction and The Law Training, Dallas County Court and DHR.  Montgomery, AL September 9, 2021

**Morissa Ladinsky, MD,** Gender Affirming Spaces, Places and Care. The Basics. "Time To THRIVE in the Deep South", Atlanta, GA, February 4, 2023


**Invited lectures at local/regional meetings:**

Oral Rehydration Therapy, an Update" Pediatric Grand Rounds at Sinai Hospital of Baltimore, February 2, 1998.

"Current Research in Pediatric Obesity and Realities in Clinical Practice" Regional Annual Meeting, National Association of Pediatric Nurse Practitioners.   Cincinnati, OH.  November 12, 2006

"Care Coordination for our NICU Grads in Alabama", Perinatal Grand Rounds, UAB Departments of Neonatology, OB/GYN and Pediatrics, March 30, 2016

"Pediatricians Preparing Youth for College, Can We Still Anticipate and Guide?" Alabama American Academy of Pediatrics, Spring Meeting and Pediatric Update, Point Clear, AL, April 29, 2016

"Office Based Care for LGBTQ Youth in 2016" at Raising the Resilient Teen, It Takes a Village Children's of Alabama, Adolescent Health Symposium, April 8, 2016

"Office Based Care for LGBTQ Youth in 2016" Alabama American Academy of Pediatrics, Spring Meeting and Pediatric Update, Point Clear, AL, April 30, 2016

"How Pediatricians can Support Trans and Gender Variant Youth in 2016", at American Academy of Pediatrics District II and VII Executive Leadership Annual Meeting", Washington, DC, June 25, 2016

"Pediatricians Preparing Youth for College, Can we Still Anticipate and Guide?" Pediatric Grand Rounds, Children's of Alabama, July 7, 2016

"Beyond Bathrooms, Understanding Trans and Gender Variant Youth in 2016". Grand Rounds, Children's of Alabama, October, 13, 2016.

"Gender Dysphoria, Eating Disorders and Health Challenges for Trans/Gender Variant Youth", Intensive Course in Pediatric Nutrition, Department of Pediatrics, UAB. February 24, 2016, 2019 and 2020

"Neonatal Abstinence Syndrome" at *The Opioid Crisis in Alabama; From Silos to Solutions*. A public policy conference. Montgomery, AL. March 10, 2017.

"Neonatal Abstinence Syndrome", National Association of Pediatric Nurse Practitioners Annual Meeting, UAB School of Nursing, May 21, 2017

"Who are LGBTQ Youth, Who Am I? Alabama Mental Health Symposium, Children's Hospital of Alabama, May 19, 2017.

"You are the Key to HPV Cancer Prevention". Provider Education and Networking Event, Alabama Area Health Education Coalition, Tuscaloosa, AL, May 24, 2017

"Opioid Use in Pregnancy and Neonatal Abstinence Syndrome", Alabama American Academy of Pediatrics, Fall Annual Meeting, Birmingham, AL, October 1, 2017

"HPV Vaccine Update" at Progress in OB/GYN 2018, Alabama ACOG, UAB Department of OB/GYN Annual Meeting, Birmingham, AL February 16, 2018

"Neonatal Opioid Withdrawal Syndrome, Drugs and the Brain" at Alabama Department of Health, Women's Health Update, Birmingham, AL August 3, 2018

"Opioid Use in Pregnancy and Neonatal Opioid Withdrawal Syndrome", Statewide Opioid Clinical Conference, Birmingham, AL, August 10, 2018

"The Opioid Crisis: National and State Initiatives", Annual Perinatal Conference:, Huntsville Hospital for Women and Children, Huntsville, AL, September 21, 2018

"Sound the Alarm: Opioid Use in Pregnancy and Neonatal Opioid Withdrawal Syndrome" 34th Annual Statewide Early Intervention and Preschool Conference, Birmingham, AL.  October 16, 2018

"The Opioid Epidemic as a Child Health Crisis. State and National Initiatives, Outcomes and Insights", Grand Rounds, Children's of Alabama, Birmingham, AL.  November 29, 2018

"Stakeholder Unity to Improve the Future for Substance Dependent Women and their Children", First Annual Alabama Child Protective Services/Department of Human Resources Conference, Birmingham, AL February 28, 2019

"Neurologic Outcomes of NICU Graduates", UAB Perinatal Conference, Birmingham, AL, June 30, 2019

"The Alabama 2020 Legislative Session, Bills affecting Child Health", First Fridays Community Stakeholder Conference, February 8, 2020

 "Understanding Medication Assisted Treatment for Opioid Dependent Alabamians Within the Criminal Justice System", Annual Meeting of Family Court Judges, Alabama Association of Drug Court Professionals, AL Administrative Office of Courts.  January 9, 2021

"Understanding Medication Assisted Treatment for Opioid Use Disorder", Alabama Association of Drug Court Professionals Annual Conference, Opening Plenary Session speaker, February 9, 2021


**INVITED MEDIA APPEARANCES, INTERVIEWS, PANEL PARTICIPATION:**

Invited Participant, US Department of Justice Roundtable Discussion on LGBTQ Issues, Office of US Attorney Joyce Vance for the Northern District of Alabama, July 12, 2016.

Panelist, "Legal Rights Intersection with LGBTQ Health", Senator Doug Jones, Moderator, UAB, October 14, 2016

Panelist, "LGBTQ Rights", Rep. Patricia Todd, Moderator, Vestavia Hills Library, January 21, 2017

Panelist, "Forum on The Future of the Affordable Care Act", Congresswoman Terri Sewell, Organizer and Moderator.  Princeton Hospital.  January 20, 2017.

Panelist, Your Voice, Your Future Roundtable, "Transgender in Alabama", Sinclair Broadcast Group, ABC33/40.  Birmingham, AL.  April 18, 2017

Panelist, "Anti-bullying Community Forum", Hadassah/Birmingham Community Foundation, April 20, 2017

Helio Health, Invited editorial response to "PCP-Transgender Patient Relationships Needs Improvement", November 27, 2018.  https://www.healio.com/news/primary-care/20181127/pcptransgender-patient-relationships-need-improvement

Helio Health, "How PCP's Can Meet Needs of Transgender Patients", March 5, 2019, https://www.healio.com/news/primary-care/20190305/how-pcps-can-meet-needs-of-transgender-patients

NBC News, "Alabama Moves Closer to Transgender Health Ban for Minors", March 10, 2020. https://www.nbcnews.com/feature/nbc-out/alabama-moves-closer-transgender-health-care-ban-minors-n1154791

Alabama Media Group, "Doctors Call New Alabama Abortion Bill 'Medically Implausible'", March 11, 2020.  https://www.al.com/politics/2020/03/doctors-call-new-alabama-abortion-bill-medically-implausible.html

Reuters Media Group, "Anxieties Mount for Transpeople as Coronavirus Delays Surgeries", April 9, 2020, https://www.openlynews.com/i/?id=380a10c1-b93c-4a25-8691-0d1f84e39a7b

American Academy of Pediatrics Voices, "Stripping of Transgender Protections Does not Have to Hamstring our Ability To Help All Patients" July 23, 2020.  https://services.aap.org/en/news-room/aap-voices/stripping-of-transgender-protections-does-not-have-to-hamstring-our-ability-to-help-all-patients/

https://www.birminghamal.gov/2021/03/08/city-of-birminghams-lgbtq-advisory-board-issues-statement-on-hb1sb10/?fbclid=IwAR2aHeKeYh04PYOjYDXj2GN_28nVyptL7kMVHKTDa1KNJQ5vFyxPwJzv4O0  Primary Statement Author

Health Highlights with Dr. Kay, Podcast.  "Teaching Medical Students About Transgender Healthcare with Drs. Morissa Ladinsky and Shawn Galin". March 19, 2021. https://podcasts.apple.com/us/podcast/teaching-medical-students-about-transgender-health/id1555978677?i=1000513735920

VICENews  https://www.youtube.com/watch?v=ZQ4o1RqYJmc  March 29, 2021.
Alabama Wants to Send Doctors to Prison for Treating Trans Kids

Let's Think On It Live, Radio Show and Podcast with Dr. Mark Westfall.  "Current Medical Understanding of Being Transgender".  Live radio event on 107.3 FM and livestream http://bhammountainradio.com .  Podcast http://letsthinkonitnow.com  April 8, 2021

https://www.npr.org/2021/03/28/981225604/its-hurtful-trans-youth-speaks-out-as-alabama-debates-banning-medical-treatment  National NPR with Melissa Block

Birmingham Aids Outreach Community Conversations on HB-1, SB-10.  Facebook Live panelist.
March 29, 2021 https://www.facebook.com/events/1587818304941823
https://www.alreporter.com/2021/03/23/the-dad-and-daughter-asking-lawmakers-to-stop-the-trans-
health-care-ban/

Politifact.  April 2021, Assistance with fact checking regarding proposed legislation prohibiting
receipt of gender affirming healthcare

https://www.al.com/opinion/2021/05/im-a-doctor-and-alabama-could-arrest-me-for-doing-my-
job.html

Maynard Cooper and Gayle (Legal Firm with Birmingham and national offices), Pride Month
Dialogue, Pro-Bono Legal Document Clinic and Its Far Reaching Impact for Trans identified
Clients.  June 16, 2021

"Caring for Trans and Gender Diverse Youth; From Tavistock to US State Legislatures" 60
Minutes, Australia.  Interviewer Sarah Abo.  Taped September 3, 2021.

https://time.com/6146269/doctors-trans-youth-gender-affirming-care-harassment/
Time Magazine national.  February 16, 2022

https://www.washingtonpost.com/politics/2022/04/07/alabama-health-care-transgender-bill/
April 7, 2022


NPR National, 1A. "Doctors who provide gender affirming care are preparing for growing
restrictions" April 14, 2022.  Transcript at https://the1a.org/segments/doctors-who-provide-
gender-affirming-care-are-preparing-for-growing-restrictions/

NPR National, Morning Edition.  "Families of transgender youth in Alabama face some difficult
choices."  Aired May 3, 2022. https://www.npr.org/2022/05/03/1096075578/families-of-
transgender-youth-in-alabama-face-some-difficult-choices

"Transgender medication law in Alabama blocked by Judge".  AP interview with text forming
part of articles in news features nationally and worldwide.
https://www.spokesman.com/stories/2022/may/09/transgender-treatment-doctors-threatened-by-
new-al/

https://sjlmag.com/2022/05/04/fighting-for-their-lives-jewish-pediatrician-in-middle-of-alabama-
transgender-battles/  May 4, 2022

https://www.washingtonpost.com/nation/2022/05/14/alabama-hormone-therapy-puberty-blockers-
judge/  May 14, 2022

https://www.reuters.com/world/us/alabama-transgender-youth-can-use-medicine-during-
transition-judge-2022-05-14/

https://forward.com/opinion/507291/the-only-two-doctors-in-alabama-providing-gender-affirming-care-to-trans-youth/ The Forward, the nation's largest Jewish publication.  June 23, 2022

https://www.jewishchronicle.org/2022/07/05/madison-native-in-alabama-offers-gender-affirming-care-pediatrician-is-in-a-lawsuit/  July 5, 2022

"Beyond the Binary: Understanding the Diversity of Gender and Gender Affirming Care". National podcast.  https://pride365plus.com/podcasts/beyond-the-binary-understanding-the-diversity-of-gender-and-gender-affirming-care  Released August 2, 2022

UAB Community Engagement Institute.  "CEI Perspectives: A Conversation on LGBTQ Health Equity".  August 30, 2022

https://19thnews.org/2022/10/trans-youth-hospitals-justice-department/  October 3, 2022

"Securing Justice for All".  National Webinar co-sponsored by the ADL and HRC.  November 9, 2022

"Transgender people in rural America struggle to find doctors willing or able to provide care. https://www.cbsnews.com/news/transgender-people-health-care-doctors-rural-america/ January 20, 2023

**DIRECT LEGISLATIVE ADVOCACY AND POLICY ENGAGEMENT**

Gave testimony to Alabama House of Representatives in support of HB-76, Childcare Safety Act. February 2, 2018.  The bill was signed into law March 27, 2018 saving many lives by equalizing accountability around safety and hiring in licensure of faith based **and** secular day care centers in Alabama.

Delivered the pediatrician perspective to several hundred attendees rallying against the Trump Administration Family Separation policy. Speaker, "Families Belong Together Rally", Kelly Ingram Park, Birmingham, AL, June 30, 2018

Alabama Media Group and House/Senate Proceedings, 2019 Alabama Legislative Session: *https://www.al.com/news/2019/05/doctors-question-need-for-alabama-born-alive-bill.html*

Nominated and asked by the Jefferson County Medical Society to run for a Delegate At Large position on the Board of Censors of the Medical Society of the State of Alabama. (MASA). Involved statewide travel and campaigning.  February-April, 2019

Together with AL DHR Commissioner Nancy Buckner, Chief of Prosecution Services Barry Matson, authored proposal for pre-arrest diversion pathway for pregnant substance dependent women accused of non-violent crimes in AL.  November 20, 2019
Proposal presented in person to Governor Ivey's Task Force on Prison Reform, December 4, 2019, Montgomery, AL.

Gave testimony to Alabama House and Senate Subcommittees on Health in opposition to HB303/SB 219, Vulnerable Child Advocacy and Protection Act (VCAP), February 26, 2020. Such act would criminalize pediatricians, pharmacists and teachers who prescribe, fill or discuss administration of puberty blocking or hormonal medications to minors suffering gender dysphoria.

With 3 pediatric colleagues and executive leadership of the AL American Academy of Pediatrics, met with AL State Rep. Wesley Allen (R-Troy), author of VCAP bill pre-filed as HB-1 for 2021 Legislative Session.  Mutually beneficial education session around standards of care for pediatric and adolescent management of gender dysphoria.  August 26, 2020

Gave testimony to House Judiciary and Senate Health in opposition to HB-1/SB-10, Vulnerable Child Advocacy and Protection Act (VCAP).  February 19, 2021

Gave testimony to House Health in opposition to HB-1/SB-10, Vulnerable Child Advocacy and Protection Act (VCAP).  March 10, 2021

Opinion piece published by the Alabama Media Group.
https://www.al.com/opinion/2021/05/im-a-doctor-and-alabama-could-arrest-me-for-doing-my-job.html  May 10, 2021

Opinion editorial published in the Alabama Political Reporter
https://www.alreporter.com/2021/08/01/uab-pediatrician-theres-a-lot-we-know-about-covid-vaccines/   August 1, 2021

Prepared and presented summary of medical allegations in the VCAP Legislation for House Leadership.  Requested by Speaker McCutcheon and Rules Chairman Mike Jones, March 25, 2022