# EXHIBIT 12
# SEALED