# EXHIBIT 14
# SEALED