# EXHIBIT 15
# SEALED