# EXHIBIT 16
# SEALED