# EXHIBIT 17

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER; BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; JAMES ZOE, individually and on behalf of his minor son, ZACHARY ZOE; MEGAN POE, individually and on behalf of her minor daughter, ALLISON POE; KATHY NOE, individually and on behalf of her minor son, CHRISTOPHER NOE; JANE MOE, Ph.D.; and RACHEL KOE, M.D. <br><br> *Plaintiffs*, <br><br> v. <br><br> KAY IVEY, in her official capacity as Governor of the State of Alabama; STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; DARYL D. BAILEY, in his official capacity as District Attorney for Montgomery County; C. WILSON BAYLOCK, in his official capacity as District Attorney for Cullman County; JESSICA VENTIERE, in her official capacity as District Attorney for Lee County; TOM ANDERSON, in his official capacity as District Attorney for the 12th Judicial Circuit; and DANNY CARR, in his official capacity as District Attorney for Jefferson County. <br><br> *Defendants*. | Civil Action No. <br> _____ <br><br><br> **DECLARATION OF MEGAN POE IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION** |



1

I, Meagan Poe,[1] hereby declare as follows:

1.  I am a plaintiff to this action and the mother of Allison Poe, another plaintiff in this action.

2.  I was born and raised in Cullman County, Alabama. Other than the years that my ex-husband, Allison's father, was a member of the United States Army and stationed outside Alabama, I have lived in Cullman County along with my extended family.

3.  Allison is a fifteen-year-old transgender girl. Allison was identified as male at birth, but, as her father and I have come to understand, she has a female gender identity. I know that if she could force herself to live as a boy, she would, but that is simply not possible for her. It is who she is.

4.  Allison started showing an interest in girls' toys around the age of two. We were stationed overseas at the time and most of her friends were girls because most kids her age on the army base were girls. As a result, she would regularly play with her friends' typical "girls' toys" and wear princess dresses, but we would not buy her girls' toys or clothing. She begged us to buy her a Barbie doll and we refused. Without consulting us, however, her grandmother eventually bought her a Barbie

---

[1] Because of concerns about criminal liability and my child's privacy and safety, I am seeking to proceed in this case under a pseudonym. *See Motion to Proceed Pseudonymously*, filed concurrently herewith. In addition, contemporaneous with signing this declaration, I have signed with my legal name a separate copy of this declaration. My attorneys have a copy of that separate declaration.

doll. Allison carried that Barbie everywhere she went; it was like a teddy bear to her. Although we were not happy that Allison's grandmother bought the Barbie, we figured this was phase that would pass after we left that base. At most, we thought this was a clear sign that Allison would grow up to be gay.

5. We returned to the United States when Allison was approximately four years old. While stationed at the new base, Allison's interest in girls' clothing and toys persisted. Every time we went shopping for clothes, she would cry that I would not buy her clothes from the girls' section. Because Allison's grandmother already bought her a doll, I figured it would be okay to allow her to have some girls' toys. Knowing that her father wouldn't approve, I bought her a few small dolls and other toys that she could play with while her father was at work. Allison's father eventually found the toys and threw them all away, but her older brother then snuck outside and pulled them out of the garbage for Allison.

6. I eventually started working as a babysitter for a local family with kids close to Allison's age. The mother of that family was nurse and after observing Allison over time, she commented to me that Allison might be transgender. Before that day, I had never heard the word transgender. I did a little research into it but did not follow up much further because Allison's father was not accepting of her, and I still strongly believed that Allison would grow up to be gay.

7.      After completing his assignment, Allison's father decided to leave the Army and was honorably discharged. We returned to Cullman County, Alabama to be closer to family. Unfortunately, soon after relocating, we legally separated and I was left to raise two kids on my own as a single working parent.

8.      While around her cousins, Allison started doing more boys' activities, like playing video games. I thought maybe Allison was just growing up and that her girl phase was coming to an end. But that could not have been further from the truth.

9.      Over the next few years, Allison's personality changed significantly. She became very quiet, showed signs of depression, and regularly commented that she wanted to die. She also stopped eating regularly. All of that was very concerning to me, but Allison would not share with me what was causing that change. Then, towards the end of Allison's fourth-grade year, when she was nine years old, I found a drawing she made of herself. On one side of the drawing was a crying boy and on the other was a happy girl. Around that same time, one of my family members pointed out to me that Allison was not really playing video games; she had been spending the majority of the time perfecting her female avatars on each of the games she was "playing."

10.     Not sure what to make of all this, and at my wits end about how to help Allison, I took her to see her pediatrician. After evaluating Allison and talking with us about what had been going on, the pediatrician reiterated what I had heard from

that nurse years prior: Allison may be transgender. She then referred Allison to the gender clinic at UAB in Birmingham for specialized care and assessment.

11. While Allison was being evaluated by a team of clinicians at UAB, I finally got a sense of the emotional issues Allison had been trying to deal with on her own. For example, Allison earnestly asked Dr. Abdul-Latif why God hates her. Faith has always been a very important part of my life and that of our family. Hearing her ask that question broke my heart, both because I wanted Allison to have a strong tie to her faith and because I recognized that my actions as her parent likely contributed to her feeling that way.

12. Because Allison had not yet started puberty, there was no medical treatment for Allison's gender dysphoria, but Dr. Abdul-Latif and the other medical and mental health providers at the clinic gave me information about my options and recommendations about how to support Allison and treat her gender dysphoria. The clinic also connected Allison with regular mental health treatment.

13. That was a turning point for me. I had been very nervous about publicly supporting Allison's transition because I was worried about how our family—and the broader community—would respond. But, I quickly pushed those feelings aside, knowing that I had to do what was right for my child based on the advice of experts.

14. After returning from the appointment at UAB, I made an appointment for Allison to fix her hair into more of a girls' style while she grew it out. We also

cleaned out Allison's room of all boys' clothes, toys, bedding, and decorations, and I took Allison shopping to entirely redo her bedroom and wardrobe. Once we finished setting up her new room, I left her in the room so she could change into one of her new outfits. It is not an exaggeration to say that I saw a totally different child come out of that bedroom moments later. Allison was beaming. She was smiling and happy in a way that I had not seen for a long time.

15. The following night I e-mailed my family to update them about Allison's transition. My family took a long time to process that announcement and some family members initially cut ties with us.

16. The remaining few weeks of Allison's fourth-grade year were equally challenging. She experienced bullying from her classmates who were confused or did not understand Allison's transition and why it was so critical to her health and wellbeing. It was a painful time, but even through all those challenges, Allison remained resilient, further confirming that supporting her in this way was the right decision.

17. Over the summer between Allison's fourth and fifth grade, I had multiple meetings with school administrators and Allison's teachers regarding Allison's transition. We worked together to ensure that she received the supports she needed when she returned to school for fifth grade to prevent further bullying and

allow her to focus on learning. Those efforts largely worked; Allison was generally accepted by her peers and had a much better school experience than in prior years.

18. During Allison's fifth-grade year, some of her peers started showing the first signs of puberty. Allison became very scared about what would happen when she began puberty. Around that same time, we had a follow up appointment at the gender clinic at UAB. The purpose of the visit was to assess whether Allison had begun puberty and to gather more information about possible treatments for Allison's gender dysphoria once she begins puberty. I came to the appointment prepared with a list of questions and notebook to take notes. Allison and I asked many questions about puberty-blocking medications. As the providers answered our questions, I could see the relief in Allison's face when she realized that there was a solution to her worries about puberty. Given the distress Allison was already having around puberty, it was important to me that I got all the information I needed to make an informed decision so that I was prepared with my decision when that time came.

19. The providers at the UAB clinic patiently answered each of our questions during that initial follow up visit. We had several more follow up visits at UAB and in each of those visits, we asked any additional questions about puberty-blocking medications that had come to mind in the months between visits. Thus, when the doctors determined that Allison had started puberty at the end of sixth

grade, I had all the information I needed to consent to Allison starting puberty-blocking medication and did so without hesitation.

20. Because of the puberty-blockers, Allison has been able to have a typical childhood. Allison loves art and is creative. She is also an avid gamer, playing both for the entertainment and camaraderie with fellow gamers.

21. Approximately seven months ago, Allison started taking estrogen. As with puberty-blockers, the clinic at UAB answered all our questions and made sure that we understood the risks, benefits, and alternatives of hormone-replacement therapy. Allison self-administers her dose of estrogen and medication to suppress her testosterone.

22. Allison's mental health has improved dramatically since starting estrogen. She used to be very self-conscious, but now she is confident in herself and excited by all the changes in her body. She has grown new friendships and is doing well in school.

23. Without medical treatment all Allison's fears around developing an Adam's apple, facial hair, and other defining features of male puberty would become her reality. Her appearance would not align with who she is and would likely disclose to everyone that she is transgender, causing her extreme anxiety and distress and exposing her to more ridicule and harassment.

24. Seeing Allison's response to the Alabama legislature's consideration of the Act and knowing how afraid she is of male puberty, I am very worried that Allison's mental health would quickly deteriorate if the Act goes into effect. As much as I want to assure Allison that we would find a way to get her the medications she needs to treat her gender dysphoria—medications that are critical to her ability to function—I don't know if it would be possible. We receive our health insurance coverage through Alabama Medicaid. Although I would drive Allison anywhere so that she could get those medications, we cannot afford to pay for them out of pocket and I don't know if Alabama Medicaid would cover out-of-state providers or prescriptions written by those providers.

25. Stopping or delaying Allison's medical treatments for her gender dysphoria will be devastating to her overall health and wellbeing. I worry that Allison will be inconsolable and retreat into herself. Once the medications wear off, I have little doubt that I will have to bring Allison back to UAB and that she will have to be admitted for in-patient psychiatric care to prevent her from harming herself or worse. And I know that will only be the beginning, it is hard to imagine what the long-term effects will be on her day-to-day life, but I am certain that she will no longer be the same happy child that she is today.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of April, 2022.

                                                  */s/ Megan Poe*
                                                  Megan Poe