# EXHIBIT 18
# SEALED