# EXHIBIT 23
# REDACTED

James M. Cantor                                              May 2, 2024

Page 1

1                 UNITED STATES DISTRICT COURT

2                  MIDDLE DISTRICT OF ALABAMA

3                      NORTHERN DIVISION

4

5      BRIANNA BOE, ET AL.,

6          Plaintiffs,                    Case No.

7      and                               2:22-cv-00184-

8      UNITED STATES OF AMERICA,          LCB-CWB

9          Plaintiff-Intervenor,

10     v.

11     HON. STEVE MARSHALL, in his official

       capacity as Attorney General of the

12     State of Alabama, et al.,

13         Defendants.

14     _____/

15

16              Pursuant to Notice, the deposition of

17     JAMES M. CANTOR, PH.D, was taken via Zoom

18     videoconference with the witness located in Toronto,

19     Ontario, Canada, on Thursday, May 2nd, 2024, beginning

20     at 9:10 a.m. before Kathryn M. Benhoff, Notary Public.

21

22

23

24          ALL PARTICIPANTS VIA ZOOM VIDEOCONFERENCE

25     Job No. CS6662450

Page 2

1    A P P E A R A N C E S
2
3    ON BEHALF OF THE PLAINTIFFS/INTERVENOR:
4        COTY MONTAG, DEPUTY CHIEF
5        Federal Coordination & Compliance Section
6        United States Department of Justice
7        150 M Street, NE
8        Washington, D.C.  20004
9        RENEE WILLIAMS, TRIAL ATTORNEY
10       United States Department of Justice
11       Civil Rights Division
12       Federal Coordination & Compliance Section
13       950 Pennsylvania Avenue, NW - 4CON
14       Washington, D.C.  20530
15   ON BEHALF OF PRIVATE PLAINTIFFS:
16       SHANNON MINTER, ESQUIRE
17       National Center for Lesbian Rights
18       870 Market Street - Suite 370
19       San Francisco, California  94102
20       sminter@nclrights.org
21
22
23
24
25

Page 3

1    ON BEHALF OF THE DEFENDANTS:
2        HAL FRAMPTON, ESQUIRE
3        Alliance Defending Freedom
4        20116 Ashbrook Place - Suite 250
5        Ashburn, Virginia  20147
6        hframptom@adflegal.org
7    ALSO PRESENT:
8        Andrew Rogers
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1                    I N D E X
2    WITNESS:
3    JAMES M. CANTOR, PH.D
4    EXAMINATION:
5    By Ms. Montag                          6
6
7    Exhibits (Attached):
8    Exhibit 1 - Report - 5/19/23            25
9    Exhibit 2 - Orange 2020 Article           52
10   Exhibit 3 - Brignardello Study          55
11   Exhibit 4 - Diaz Study              70
12   Exhibit 5 - Retraction Note - Diaz Study     74
13   Exhibit 6 - Singal Study            85
14   Exhibit 7 - Supplemental Report - 2/2/24    105
15   Exhibit 8 - Morandini Study           108
16   Exhibit 9 - Glintborg Study           110
17   Exhibit 10 - Kaltiala Study          115
18   Exhibit 11 - McGregor Study           122
19   Exhibit 12 - Letter to the Editor - 7/8/11    134
20   Exhibit 13 - Littman Study           143
21   Exhibit 14 - Stolk Study           147
22   Exhibit 15 - 2014 WHO Handbook            156
23   Exhibit 16 - Abbasi Study           160
24   Exhibit 17 - Block Article           162
25   Exhibit 18 - Turban Correction          166

Page 5

1    Exhibit 19 - Appendix A to Supplemental Expert  167
2       Report
3    Exhibit 20 -                          177
4
5    Exhibit 21 -                          183
6    Exhibit 22 - Cass Review              189
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 2 - 5)

Page 6

1    IT IS HEREBY STIPULATED AND AGREED that the
2  reading and signing of this deposition are not waived.
3    REPORTER:  The attorneys participating in
4  this deposition acknowledge that I am not
5  physically present in the deposition room and
6  that I will be reporting this deposition
7  remotely.  They further acknowledge that in
8  lieu of an oath administered in person, I will
9  administer the oath remotely.  The parties
10  further agree that if the witness is testifying
11  from a state where I am not a Notary that the
12  witness may be sworn in by an out-of-state
13  Notary.  If any party has an objection to this
14  manner of reporting, please state now.
15        JAMES M. CANTOR, PH.D,
16  having been duly sworn, testified as follows:
17      E X A M I N A T I O N
18  BY MS. MONTAG:
19    Q   Good morning, Dr. Cantor.  My name is Coty
20  Montag, and I represent the United States in this
21  matter.  I'll be taking your deposition today.  I'm
22  being joined by my paralegal, Andrew Rogers, who
23  will be assisting with exhibits, and I'm also joined
24  by my colleague, Renee Williams.  Can you start by
25  stating your full name for the record?

Page 7

1    A   Dr. James Michael Cantor.
2    Q   And you had your deposition taken before,
3  correct?
4    A   Yes, I have.
5    Q   About how many times?
6    A   About half a dozen.
7    Q   You understand that you're under oath
8  today?
9    A   Yes, I do.
10    Q   And you understand that being under oath
11  obligates you to answer questions truthfully and to
12  the best of your ability?
13    A   Yes, I do.
14    Q   And you understand that if you don't
15  respond truthfully, you can be subject to penalties
16  of perjury?
17    A   Yes, I understand.
18    Q   Is there anything you can think of that
19  might prevent you from understanding or answering
20  anything I might ask you today?
21    A   No, I don't think so.
22    Q   And is there anything you can think of
23  that would prevent you from testifying truthfully
24  and accurately today?
25    A   No, I don't think so.

Page 8

1    Q   Okay.  I'll run through a few ground rules
2  just to ensure we're on the same page.  As you know,
3  there's a court reporter, Kathy, here.  Please
4  respond to questions verbally so Kathy can hear you
5  and please wait for me to finish asking my question
6  before you respond.  This is especially important in
7  a remote deposition.  Okay?
8    A   Yes.
9    Q   If you don't understand my question,
10  please let me know and I can try to word it
11  differently.  I will aim to take a break every hour
12  or so, but please let me or Mr. Frampton know if you
13  need a break at any time.  I would just ask that you
14  answer any pending questions before we take a break.
15    A   Very good.
16    Q   Okay.  Great.  You're aware that this case
17  concerns Alabama law I'll refer to as SB-184?
18    A   Yes, I do.
19    Q   And you've been retained by the Defendants
20  as an expert in this case, right?
21    A   Yes, that is correct.
22    Q   Why did you get involved in this
23  litigation?
24    A   Really, because I was asked.  Throughout
25  my career, my goal has always been to provide the

Page 9

1  relevant science of my field to whomever it was that
2  asked.
3    Q   Okay.  And who asked you to become
4  involved in this litigation?
5    A   Oh.  I would have to check my e-mails to
6  see from whom the first contact was.  My memory is
7  unclear.  I believe it was Roger Brooks, but as I
8  say, I would have to check my e-mails to see from
9  whom the first e-mail came.
10    Q   Okay.  Did anyone reach out to you from
11  the Alabama Attorney General's Office?
12    A   Oh.  I should back up.  The first contact
13  would have been from the Alabama State Attorney's
14  Office, which would have been at the preliminary
15  injunction phase of the case.  That was before Roger
16  Brooks became involved with the government office,
17  so it would have been somebody from, from the
18  Alabama office.  As I say, I would have to check my
19  e-mail to remember at what phase I was communicating
20  with whom.
21    Q   And you testified at the May 2022
22  preliminary injunction hearing in this case, right?
23    A   I testified at that hearing.  Again, I
24  would have to check my records for the precise date,
25  but that sounds approximately true.

James M. Cantor                                         May 2, 2024

Page 10

1    Q   What materials did you review for your
2   deposition today?
3    A   My own, I reviewed my own reports.  I
4   reviewed the relevant literature that it primarily
5   draws upon and I reviewed the additional materials
6   that have become available, you know, since then.
7   Because the information relevant in the case is
8   increasing quickly, several reviews, especially from
9   England, have only just came out, so updating myself
10  as much as possible.
11   Q   Okay.  Without getting into what was
12  discussed, did you speak with anyone to prepare for
13  this deposition?
14   A   Yes, the counsel here today as we went
15  over the rules for depositions themselves and
16  others.
17      MR. FRAMPTON:  And I'll just remind the
18  witness and instruct him not to discuss the
19  content of our discussions.
20   Q   And how many times did you meet with
21  Mr. Frampton?
22   A   In preparation for today's case, twice.
23   Q   And for about how long did you meet?
24   A   In total, about eight hours.
25   Q   Okay.  Other than Mr. Frampton, did you

Page 11

1   speak with anyone else to prepare for your
2   deposition today?
3    A   No, not in any direct way.  Because I've
4   been involved in more than one case and overlapping
5   materials, there's some general principles for
6   testifying in depositions in general, but not, not
7   specifically for today's proceedings.
8    Q   And do you have any materials in front of
9   you?
10   A   I brought with me in case I need them
11  clean copies of my, my main deposition report, the
12  supplemental report and stored separately the
13  confidential materials that are in Appendix A, which
14  are still, of course, under court order for
15  confidentiality.
16   Q   Okay.  So Dr. Cantor, your testimony in
17  the preliminary injunction hearing in this case
18  occurred on May 6, 2022.  Does that sound right?
19   A   Again, I would have to check my own
20  records to verify the precise date, but that sounds
21  approximately true.
22   Q   And you testified truthfully at that
23  hearing, correct?
24   A   Yes, I did.
25   Q   Are you still in private practice in

Page 12

1   Toronto, Canada?
2    A   Yes, I am.
3    Q   And what percentage of your time is spent
4   in private practice?
5    A   It varies.  As my involvement in legal
6   cases has increased, I've decreased my day-to-day
7   involvement within, within private practice, but I
8   wouldn't shut it down because I, as I say, there's
9   really no way to predict what's going on in the U.S.
10  legal world, so sooner or later, I'll need to
11  re-balance which among my activities I'm dedicating
12  how much time to.
13   Q   And you see patients in your private
14  practice?
15   A   Yes, that is correct.
16   Q   Approximately how many patients do you
17  currently see?
18   A   Again, it's difficult to sum everything up
19  into a single number.  The nature of psychotherapy,
20  especially sex and couples therapy of the kinds that
21  I do, vary and including different numbers of
22  traditional weekly therapy patients, people who are
23  either wrapping up or just need occasional check ins
24  who come in once every few weeks and then some
25  people who I hear from sporadically because there's

Page 13

1   a particular event for which they're asking input,
2   so anywhere between six and, six and twelve.
3    Q   And are these adults?
4    A   They're all ages 16 and up, but sometimes,
5   of course, there are clients coming in in order to
6   discuss issues pertaining to their family, including
7   their children, who are not yet adults.
8    Q   Is the average age of your patients still
9   30 to 35 years old?
10   A   As an average, that would still be
11  typically true, but it runs the full range, and of
12  course, a lot of the information being discussed
13  pertains to, you know, the entire lifespan.
14   Q   Do any of your current patients identify
15  as transgender?
16   A   Not my current patients at the moment, but
17  some of them have histories of having identified in
18  various ways over the course of their lives, so it
19  depends on how one counts them.
20   Q   Have any of your current patients received
21  a diagnosis of gender dysphoria?
22   A   That's a little hard to say, again, as the
23  official name of the diagnosis has changed over time
24  and different diagnostic manuals use different names
25  for the, for the diagnosis, and some of the patients

4 (Pages 10 - 13)

James M. Cantor                                                      May 2, 2024

Page 14

1    when it's in their background were diagnosed at a
2    time when other names were used.
3        Q   Is it still correct that you have not ever
4    provided clinical care to transgender prepubertal
5    children?
6        A   That's a little, again, that's a little
7    difficult to isolate because especially for
8    prepubescent children, the majority of clinical care
9    and diagnoses is conducted through inter-
10   disciplinary teams, so I would often contribute
11   information to that diagnosis, but the person
12   assigning such diagnoses and the person on record
13   would be an individual clinician, so I would
14   contribute but in the nature of record keeping
15   systems that we use in the hospitals that I have
16   been, wouldn't have been assigned as the primary
17   clinician.
18       Q   Is it still correct that you have not
19   provided care to a transgender adolescent under the
20   age of 16?
21       A   The same issue applies because the nature
22   of the care is inter-disciplinary and often
23   supervised or is the accumulation of team
24   contributions.  I have participated in the care and
25   care planning of such individuals but not, wouldn't

Page 15

1    have been listed as the primary clinician for such a
2    case.
3        Q   Is it still correct that the extent of
4    your experience working with transgender adolescents
5    consists of counseling six to eight transgender
6    patients between the ages of 16 and 18?
7        A   I'm sorry.  Could you repeat that?
8        Q   Is it still correct that the extent of
9    your experience working with transgender adolescents
10   consists of counseling six to eight transgender
11   patients between the ages of 16 and 18?
12       A   Six to eight would reflect the number of
13   people for whom I was the primary care provider, but
14   it would not reflect the number of people again for
15   whom I was participating in the broader inter-
16   disciplinary care teams.
17       Q   And about how many, you know, adolescents
18   or prepubertal children under the age of 16 have you
19   provided care to in this inter-disciplinary fashion?
20       A   Goodness, that's difficult to say.
21   Roughly, it would be a few dozen, but because, but
22   because issues of gender identity and gender
23   dysphoria and so on are often a single element
24   within a case and when a case begins, it's not clear
25   to what extent the issue is the primary issue vs. a

Page 16

1    secondary issue vs. being misnamed vs. the initial
2    self report of a youth or his referring care
3    provider, but that turns out not to be the central
4    issue for the kid, so again, it's a little difficult
5    to say.  In general, again, it would probably be a
6    few dozen.
7        Q   Okay.  With respect to the primary care
8    you discussed, have you counseled any additional
9    transgender adolescents between the ages of 16 and
10   18 in the last two years?
11       A   There was a cluster a few months, six
12   months to a year ago, again, which was a combination
13   of individual youth coming in themselves, sometimes
14   indirectly via their parents or other again
15   consultation issues for which other clinicians
16   wanted input from me regarding particular aspects of
17   a case within their ongoing care.
18       Q   Okay.  And what type of care did you
19   provide that cluster of patients?
20       A   Again, primarily, it was for informational
21   so that they would better understand the various
22   options that are, that are before them, the various
23   ways that their experiences can be, can be
24   interpreted.  One of the central goals for any of
25   the psychotherapeutic processes is to help people in

Page 17

1    an objective way assess the potential risks and the
2    potential benefits of each of the alternatives
3    before them and exactly how confident we can be in
4    any given diagnosis for their decision making and
5    the consideration of any other mental health issues
6    or social circumstances that might be interfering
7    either with their ability to provide informed
8    consent, their willingness to engage in potential
9    alternative issues such as cognitive issues or
10   impulsivity that again might be interfering with
11   their ability or willingness to engage in the
12   exploration of the alternatives before them.
13       Q   And what was the age range of the patients
14   in that cluster?
15       A   I'm sorry.  I thought you were asking
16   specifically about ages 16 to 18.
17       Q   Yes.  So they were 16 to 18, just to
18   confirm?
19       A   Yes, what I said pertains to as what I
20   thought the question was, yes.
21       Q   Great.  Thank you.  Other than counseling,
22   you have never treated an adolescent for gender
23   dysphoria, correct?
24           MR. FRAMPTON:  Objection to the form.
25       A   I'm not sure I understand that question or

5 (Pages 14 - 17)

James M. Cantor                                        May 2, 2024

Page 18

1  how it's different from what you have just asked.
2      Q   Well, do you provide clinical care other
3  than counseling?
4      A   I guess I'm confused by the question.
5  People use different terms or synonyms to describe
6  what -- I'm a psychologist and I provide
7  psychological care, which spans, you know,
8  counseling and diagnosis and so on as well as
9  providing information so that people can integrate
10 that information to their own clinical decision
11 making.  Which part of that, you know, counts as
12 counseling vs. something else, again, I'm not sure
13 exactly what that -- I'm not exactly sure what that,
14 what that means.  Is an assessment separate from
15 counseling is almost a philosophical question
16 because the purpose of the assessment is the initial
17 phase of counseling so one knows which part of
18 counseling to provide, so I guess I'm not
19 understanding the question or it depends on what
20 somebody considers counseling to be vs. some other
21 activity within the practice of clinical psychology.
22     Q   Well, you mentioned diagnosis.  Have you
23 ever diagnosed a child or adolescent with gender
24 dysphoria?
25     A   Again, what counts as diagnosis is the

Page 19

1  series of assessment questions, the consideration of
2  the various possibilities and a description of what,
3  of what would lead to or suggest the best course or
4  potential courses of action for a patient, but
5  diagnosis also in some circumstances, especially in
6  clinical record keeping for insurance purposes or
7  hospital record purposes, is who signs the piece,
8  piece of paper in order to make it official and
9  enter it into the records.
10         So I participate as I was saying
11 before in the clinical teams where that decision is
12 being made, but the nature of the record keeping
13 system for clinical records requires a single
14 person.  In the Canadian health care context, that's
15 typically an M.D. within the, within the hospital
16 because the psychologists are paid via salary and
17 the M.D.s are paid via specific clinical tasks, so
18 that requires the M.D. to be the person of record
19 within the medical record.
20     Q   And you're not a medical doctor, correct?
21     A   Correct.  My background is as within the
22 faculty of medicine, and of course, I was employed
23 in the relevant medical departments.  My degree
24 itself is, the relevant degree of my own is a Ph.D
25 in clinical psychology.

Page 20

1      Q   And you're not a psychiatrist?
2      A   That is correct.  Psychiatrist or
3  psychiatry are medical doctors, but I was a
4  professor of psychiatry.
5      Q   And you're not an endocrinologist?
6      A   I don't have a license to practice
7  endocrinology in humans, but, of course, the
8  research that I'm drawing from and the research that
9  I've conducted was about endocrinological substances
10 and research and experimentation such as with animal
11 research on the effects on sexual behavior of
12 various hormones and so on.
13     Q   Do you prescribe medications?
14     A   No, psychologists don't prescribe
15 medications in Canada.
16     Q   So you've never prescribed puberty
17 blockers to any individual, correct?
18     A   I don't myself write the prescriptions,
19 but, of course, as part of the care of youth is the
20 assessment of the mental health professionals who
21 then decide or help to decide when a person is
22 prepared for endocrinological interventions and that
23 the endocrinologist would handle the physical end
24 and decide whether the person is physically ready
25 for it, so especially for trans issues and gender

Page 21

1  identity issues, because it requires the input of so
2  many different professions, again, it's as I say
3  done by an inter-disciplinary team, with each person
4  handling the aspect of the case relative to their,
5  to their own background.
6      Q   So as part of that inter-disciplinary
7  team, have you participated in the decision to
8  prescribe puberty blockers to any individual?
9      A   Yes, I believe so.
10     Q   About how many people?
11     A   This would be about a half dozen.  Again,
12 the majority of these cases are the consideration of
13 the various options of the same, at the same time
14 and part of general clinical planning.  It's rarely
15 a matter of black and white okay, this week the
16 person qualifies as opposed to last week or next
17 week.  It's usually part of a broader assessment
18 over time, and of course, there exists more than
19 earlier delays in when the, each phase of care is
20 feasible.
21     Q   And do you recall the age ranges of this
22 half dozen group of patients?
23     A   These would be early teens, primarily.
24     Q   And do you recall the time period that you
25 were part of this decision to prescribe puberty

6 (Pages 18 - 21)

James M. Cantor                                                    May 2, 2024

Page 22

1  blockers to this, these half dozen patients?
2      A   Early 2000s.
3      Q   Okay.  As part of an inter-disciplinary
4  team, have you ever participated in the decision to
5  prescribe cross-sex hormones to any individual?
6      A   Primarily to adults, late adolescents.  I
7  guess primarily to adults and late adolescents.
8      Q   And approximately how many people?
9      A   Somewhere on the order of, now that I'm
10  including adults again, it would be somewhere in the
11  range of 100.
12      Q   And what was the approximate time range
13  that you were participating in the decision to
14  prescribe cross-sex hormones to these patients?
15      A   This would have been from the late '90s
16  through -- my nature of the role within such teams
17  changed over time.  Roughly from the late '90s to
18  roughly 2010, 2015.
19      Q   Okay.  Do you have any experience,
20  personal experience with monitoring a patient
21  undergoing puberty blocking treatments?
22      A   It depends on which aspect of monitoring
23  one is talking about.  The medical and physiological
24  monitoring in a human patient would be handled by
25  the endocrinologist rather than the mental health

Page 23

1  team, but, of course, the whole purpose of the
2  endeavor is monitoring their mental health status
3  and whether there are improvements in the person's
4  mental health, so my participation in the teams
5  again is participating in the monitoring and the
6  interpretation of the observations of the various
7  other members of the clinical team.
8      Q   So just to confirm, you have personal
9  experience monitoring the mental health status of
10  patients undergoing puberty blocking treatments?
11      MR. FRAMPTON:  Objection to the form.  Go
12      ahead and answer.
13      A   Again, that depends on what one means by
14  monitoring.  Earlier in my career was a little bit
15  more direct, and later in my career when it was my
16  own students that I was training and I was
17  supervising their participation, then less direct.
18      Q   Okay.  Do you have any personal experience
19  with monitoring an adolescent patient on hormone
20  therapy?
21      A   Same.  Of course, by the time patients are
22  undergoing hormone therapy, they are older, and
23  these would over time be the, be the ones
24  participating later, and my participation, direct or
25  indirect, follows the same pattern.  Earlier it was

Page 24

1  more direct participation via inter-disciplinary
2  teams.  Later, then it was my supervising my own, my
3  own students as they were participating in such
4  teams.
5      Q   Do you have any personal knowledge of the
6  assessment methodologies that have been used at UAB
7  Children's Hospital?
8      A   Well, because my testimony is, of course,
9  about the state of the science itself, the
10  application of it to any given jurisdiction is up to
11  that jurisdiction.  I haven't tried studying, you
12  know, the particular ones going on at UAB.  My
13  testimony, of course, pertains to the content of the
14  relevant science, and then how any jurisdiction
15  applies it is up to that jurisdiction.
16      Q   Do you have any personal knowledge of the
17  treatment methodologies that have been used at UAB
18  Children's Hospital?
19      A   Again, because my testimony pertains to
20  the, to the content of the science and its proper
21  interpretation, the application of that to the
22  individual, to any individual clinic, hospital or
23  jurisdiction is up to the policymakers in that
24  jurisdiction.
25      Q   Do you have any personal knowledge about

Page 25

1  what the doctors at UAB Children's Hospital have
2  discussed with their adolescent patients about the
3  risks and benefits of gender affirming care?
4      A   I haven't attempted to, I haven't
5  attempted to ascertain exactly what particular
6  methods any particular clinic uses except for any
7  time that I'm asked to compare the existing research
8  literature to whatever policy any clinic anywhere in
9  the world suggests that it's doing, but I have not
10  attempted to make any investigation or pursuit of
11  any information in, of any specific clinic in this
12  case.
13      Q   You've submitted several expert reports in
14  this case, correct?
15      A   Yes, I have.
16      Q   So I'm going to mark your May 19th, 2023,
17  report as Exhibit 1.  Andrew, this is doc 2.  Andrew
18  is going to be pulling up the exhibit on the screen.
19  You can also read the report if it's in front of
20  you, so let's give Andrew a moment to do that.
21      (Exhibit 1 marked.)
22  BY MS. MONTAG:
23      Q   Doctor, is this a copy of your May 19th,
24  2023, report?
25      MR. FRAMPTON:  Is he able to scroll

7 (Pages 22 - 25)

Page 26

1    through the document?
2    Q   Yes.  Andrew, can you scroll down?  You
3  may need to scroll through it.
4    A   Stop there, please.  Scroll up a little
5  bit.  Yes, it appears to be the same document.
6    Q   Okay.  I'm going to refer to paragraph
7  numbers and page numbers throughout.  By page
8  number, I'm looking at the number printed on the
9  bottom of the page, but let me know if anything is
10  not clear, so in paragraph 1, page 1, you state that
11  you are a sexual behavior scientist.  What is a
12  sexual behavior scientist?
13    A   Well, I can't say that it's a controlled
14  term.  It was the best way that I think that
15  captures the range of my expertise.  Very often
16  people in my field would call ourselves sex
17  researchers.  The nature of my background is in the
18  research, the research methodology that about what
19  makes human sexuality human sexuality, what in
20  humans makes us interested in whatever it is that
21  we're interested in, how do we, what is the evidence
22  in the nature/nurture debates over the various types
23  of human sexuality.  Within my field, of course, we
24  study anything from sexual dysfunction such as
25  erectile disorders, anorgasmia to people's, you

Page 27

1  know, sexual interest patterns, what makes them,
2  what makes a person straight or gay, what makes a
3  person into whatever kinks they might be into,
4  whatever motivates humans in order to engage in
5  sexual, in sexual crimes.  It is itself a highly
6  inter-disciplinary field because, of course, so many
7  parts of human biology from neuroscience to
8  endocrinology are all input into psychiatry,
9  psychology itself, of course, all contribute to
10  human sexuality.
11    Q   How does sexual behavior relate to gender
12  identity?
13    A   That's quite a philosophical, an
14  interesting philosophical question unto itself.
15  Traditionally, the various aspects of gender
16  identity throughout the many definitions that it's
17  had over the years, but exactly what counts as
18  gender identity itself is under debate, but, of
19  course, gender identity has really since it was ever
20  described or the aspects of that comprise the
21  different kinds of gender identity have always been
22  parts of human, of human sexuality.  The names of
23  the fields have changed over time.  Originally, it
24  was called sexology.  In some parts of the world,
25  it's still called sexology, and in each of these,

Page 28

1  gender identity was always a substantial part of it.
2    The reason for that largely is
3  because there are several different aspects of human
4  sexuality which overlap, contribute to and receive
5  input from if I can say it was the different
6  kinds of gender identity because different aspects
7  of human sexuality influence the different kinds of
8  gender identities or what gets called a gender
9  identity.  It's sexology and sex research is the
10  only field as I say with the inter-disciplinary
11  nature to, to provide a comprehensive understanding
12  of the various aspects of the various phenomenon
13  comprising what today is often called gender
14  identity.
15    Q   In paragraph 1, page 1, you state that
16  you're an expert in research methodology of
17  sexuality.  What does that mean?
18    A   Again, within sex research, it's a very,
19  very broad field that involves many different types
20  of research from relatively simple, you know,
21  interviewing skills right through polls of the kinds
22  that the Kinsey studies were through neuroscience
23  through endocrinology through the assessment for the
24  effectiveness and safety of different, different
25  kinds of sex therapy, the different kinds of

Page 29

1  medications that either that can augment human
2  sexuality or as side effects interfere with, with
3  human sexuality through the policy making for the
4  many different aspects of human sexual behavior that
5  interact with either the legal systems or social
6  systems so that they can be managed within society.
7    So because I have a history of having
8  engaged in aspects of research functions that few
9  people in my field have, you know, from basic
10  statistics and neuroscience all the way through
11  clinical procedures, I am, you know, generally able
12  to assess the research methodology that, that's used
13  throughout my field.  I'm very often, a great deal
14  of my senior, more senior parts of my career were
15  specifically about assessing the research studies.
16  For example, as outlined in my CV, I've served, have
17  served as an editor in chief of a research journal
18  in which I was in charge of assessing the research
19  quality and the research methods of again a wide
20  range of different types, different types of
21  studies.  Similarly, I've been one of the reviewers
22  for research grants for various branches of
23  government which are in charge of assessing
24  proposals to conduct different kinds of research, so
25  my task is again very often to assess the proposals,

James M. Cantor                                                    May 2, 2024

Page 30

1   their limitations, the potential, their potential
2   benefits in order to decide which of, from one end
3   which projects are worth doing, which programs are
4   worth funding and which submitted manuscripts
5   getting reviewed are worth publishing.
6        Q   In paragraph 2, you state that you are
7   "the author of over 50 peer reviewed articles in my
8   field, spanning the development of sexual
9   orientation, gender identity, hyper-sexuality and
10  atypical sexualities, collectively referred to as
11  paraphilias."  What is an atypical sexuality?
12       A   I can't say that there's an official
13  definition or set of criteria.  I use the word
14  purposefully in order to, in order to indicate its
15  breadth.  The scientific question has always been we
16  start, of course, with evolution.  There is an
17  enormous evolution pressure for every species that
18  reproduces sexually that, that the evolutionary
19  pressure is for males to be attracted to
20  reproduceable age females and vice versa, so when we
21  run into a situation where somebody experiences
22  sexual attractions that would work against
23  evolution, that would make an individual case,
24  person, specimen, depending on the context, less
25  likely to produce fertile children, we have a

Page 31

1   research puzzle.
2             There must be in such cases some
3   function, some process, some pressure that is
4   maintaining the existence of that phenomenon despite
5   that evolution would predict that it be removed from
6   the gene pool essentially, so identifying the causes
7   of any of those phenomena is as I say an interesting
8   scientific question and has been the primary
9   function of a great deal of my, my research career,
10  and that knowledge then, you know, pertains to how
11  do we use that knowledge in order to augment and
12  improve the clinical portions of -- well, of, of my
13  own career and of the people who, the people who
14  apply science in engaging in evidence based practice
15  and evidence based care whenever there's a sex or
16  gender issue involved.
17       Q   In your view, is being transgender
18  considered an atypical sexuality?
19       A   Yes, that would be a consistent view
20  throughout, throughout my field and throughout the
21  history of sex research.
22       Q   And can you reference an article in the
23  scientific literature that shares that view?
24       A   As I say, there's no official definition
25  of what's atypical, and there, because this is one

Page 32

1   of the areas with a substantial history of trying to
2   compromise several different issues all at once,
3   there doesn't exist a concrete boundary.  The most,
4   the best -- the issues that typically go into such a
5   decision are simultaneously recognizing the
6   scientific question as I outlined it.  For any
7   phenomenon that would work against evolution, we
8   have a scientific puzzle.
9             At the same time, atypical
10  sexualities are highly stigmatized and different
11  types of stigmatized in different ways, and that
12  changes in different cultures and, different
13  cultures and different time periods.  The best known
14  example would be the change over the course of the
15  20th century of how homosexuality was treated,
16  initially considered, deemed a mental illness within
17  the psychiatric profession and then removed from the
18  American Diagnostic Manual over the course of time
19  as part of, you know, trying to combat the stigma
20  associated with it.
21             I myself typically use the term
22  asexual specifically in order to be a neutral term
23  to acknowledge its statistically, its status
24  statistically as a minority but without attributing
25  any value judgment to it.  It's merely a statistical

Page 33

1   description rather than a comparison of, a
2   comparison to that which is or is not acceptable to
3   whomever under whatever criteria.
4        Q   So just to confirm, you cannot reference
5   an article in the scientific literature that shares
6   the view that being transgender is an atypical
7   sexuality?
8            MR. FRAMPTON:  Object to the form.  Go
9        ahead and answer.
10       A   There's no shortage of papers that express
11  each of the or that participate in the debate over
12  what counts as what, but in order to, in order for
13  there -- I would have to look specifically if there
14  is a single paper which simultaneously provides the
15  various frequent definitions of each of the terms
16  involved in that, which include, for example, which
17  include what counts as atypical, what counts as
18  asexuality, what counts as gender identity and the
19  various phenomena, what I will call the gender
20  identity umbrella.  As I detail in my report, there
21  are several phenomena which can lead a person to
22  feel uncomfortable with some aspect of how they and
23  their gender are treated within society and they
24  themselves represent completely different phenomena,
25  so, and people as I say use or avoid various terms

9 (Pages 30 - 33)

James M. Cantor                                                May 2, 2024

Page 34

1  sometimes for their scientific accuracy, sometimes
2  for their perceived political implications and
3  sometimes for their, for their perceived stigma.
4       So, so although the literature as a
5  whole very solidly and consistently includes gender
6  identity within sexuality and recognizes its
7  minority status, I would have to look to see if
8  there's an individual paper that used each of those
9  terms exactly the way that I do.  One example would
10 be the, an association called the Scientific Study
11 of Sex or Quad-S.  Itself even in its title from its
12 very founding was explicit that it was studying
13 sexuality and sex and sexual behavior, but it also
14 is an association for which gender identity is one
15 of its primary concerns.  That organization and very
16 many organizations, including activist
17 organizations, also emphasize the minority status of
18 atypical gender identities or non-cis gender
19 identities.
20      Of course, the word minority is
21 essentially a synonym of atypical, so the idea is
22 very, very well ensconced, but the individual word
23 that a group uses reflects the history and habit of
24 that particular organization, so as I say, I would
25 have to look to see if somebody is using each of the

Page 35

1  terms the way that I do, but there's a very, very
2  long and substantial consensus that the idea itself
3  is, you know, very well confirmed within my field.
4  I don't think that that's really a debate.
5       Q   Turning to paragraph 5, which is on page
6  3.  Give Andrew a second to get there.  You write,
7  "Throughout my career, my writings and public
8  statements have consistently supported rights for
9  transgender populations and the application of
10 science to help policymakers best meet their
11 diversities."  Did I read that correctly?
12      A   Yes, that is correct.  There are many
13 examples of me supporting the rights and the
14 opportunities for people for whom it's clinically
15 appropriate to receive the clinical services,
16 including medical services, and the appropriate
17 circumstances as I say to medically or socially
18 transition.
19      Q   Can you identify a public statement in the
20 past five years where you have supported the rights
21 of transgender populations?
22      A   I can't remember the specific dates and
23 the nature -- I can't remember the specific dates.
24 The primary examples would be within here in Canada,
25 when I wrote publicly in order to say that within

Page 36

1  the province of Alberta that I opposed their
2  consideration at the time when they were removing,
3  when they were considering the de-listing of
4  medicalized transition for as I say otherwise
5  qualified adults from their health care system, and
6  I was one of the primary advocates when the same
7  situation was going on here in Ontario.  I would
8  have to again look at my records for the exact date
9  of it, but those were the primary issues in which I
10 was speaking publicly.  Within the past five years,
11 of course, the debates going on in various
12 jurisdictions has been over the transition of minors
13 rather than adults.
14      Q   Can you identify a writing authored by you
15 in the last five years where you have supported the
16 rights of transgender populations?
17      A   Again, I would have to look to see the
18 dates of the particular, of the ones that I
19 mentioned.  I would also I suppose have to go
20 through my old tweets in order to recognize, in
21 order to identify again whether they fit in the,
22 within the past five years or not.
23      Q   You've testified as an expert in support
24 of barring transgender youth from participating in
25 sports consistent with their gender identity,

Page 37

1  correct?
2       A   I can't recall a particular instance where
3  I wrote an opinion specifically about a policy.
4  Much more typically, I'm contrasting whatever
5  proposals with the existing science.  My role is, my
6  role and my desire for my own contributions for any
7  debate is to convey to the public and to the
8  decision makers whatever the science is as best as
9  the science can be described so that the
10 policymakers can then integrate that science as best
11 as possible into whatever decision or policy is
12 being integrated.  I would have to see whatever
13 specific document you have in mind.
14      Q   And you've also testified in support of a
15 ban on transgender youth using a restroom consistent
16 with their gender identity, correct?
17      A   Again, I, my contributions are really
18 about summarizing the science, what is known, what
19 is not known, areas that need to be conducted in the
20 future so that the people, you know, engaged in
21 whatever decision making can make that decision on
22 the availability of the best science, but any
23 particular policy again is really up to those
24 policy, policymakers and that's up to them in that
25 jurisdiction and the people involved.  My role is to

10 (Pages 34 - 37)

James M. Cantor                                          May 2, 2024

Page 38

1   help them make that decision on the basis of the
2   relevant science.
3       Q    But you have testified in litigation that
4   challenges a law that bars transgender youth from
5   using a restroom consistent with their gender
6   identity, correct?
7       A    I've provided the science in such cases
8   exactly so that the decision makers can make that
9   decision on the basis of the science.  I'm generally
10  aware of the purpose to which the science is being
11  put, but my role is to advocate for the use of the
12  science in the decision making rather than the
13  decision itself.
14      Q    And you've testified in support of the
15  party advocating for those restrictions on
16  transgender youth?
17      A    I would hesitate to say that I've
18  testified for or against any particular person or
19  policy or side as I, as I say, and I hesitate even
20  to use the word advocacy, but to the extent I'm an
21  advocate at all, it's for the science itself and
22  it's the use in decision making, but whatever
23  non-science related aspects are relevant to that
24  policy is not my role.  My role is the science or
25  compare whatever idea or proposal against the

Page 39

1   science itself.
2       Q    But is it correct that you were retained
3   by the party advocating for those restrictions on
4   transgender youth?
5       A    As I say, I was aware of the purpose to
6   which the various parties wanted to apply the
7   science, and that was the side, and the side that is
8   aware that the science supports their policy is the
9   science that -- is the side that would be interested
10  in engaging me, but my role as I say is I am very
11  careful to keep to the science itself rather than
12  the policy, rather than any policy.
13      Q    Is your expert testimony in lawsuits in
14  support of laws that narrow legal protections for
15  transgender individuals consistent with supporting
16  rights for transgender populations?
17          MR. FRAMPTON:  Object to the form.
18      Witness can answer.
19      A    I'm sorry.  Could you repeat that, please?
20      Q    Is your expert testimony in lawsuits in
21  support of laws that narrow legal protections for
22  transgender individuals consistent with supporting
23  rights for transgender populations?
24          MR. FRAMPTON:  Again, same objection.  The
25      witness can answer.

Page 40

1       A    That's, that's a bit complicated and there
2   are some assumptions built into what some of the
3   terms in that question, there are some assumptions
4   in the meanings of the terms of that question that I
5   can't automatically ascribe to, again, because my
6   purpose is the proper application of the science to
7   any given circumstance.  Part of that science is who
8   counts and what counts as a gender identity and as a
9   transgender person to begin with.
10          One of the, in fact, one of the
11  primary scientific questions pertinent to the
12  present case is whether the enormous explosion
13  suddenly occurring in the number of people who are
14  self identifying and being diagnosed with gender
15  dysphoria genuinely have gender dysphoria or if
16  they're being, if they are experiencing some other
17  issue and are being misidentified and misdiagnosed
18  as gender dysphoric or if their gender identity,
19  we're talking about their gender identity is
20  meaningful to begin with, so to the extent that
21  anybody's being protected, it's not clear that, it's
22  not clear that the people being, that the people for
23  whom the law is relevant are genuinely transgender
24  or have an atypical gender identity in the first
25  place.

Page 41

1           So I can't automatic -- so when we're
2   talking about, when we're trying to identify the
3   proper method of distinguishing who would benefit
4   from medicalized transition, there are protection --
5   it's both sides being protected, both people who are
6   trans and people who are being mistakenly identified
7   as trans.  The more accurately we can draw that
8   line, the best we're protecting everybody, so I
9   don't think there is a way to, I don't think --
10  better identify the people who would benefit from
11  medicalized transition is itself protecting trans
12  populations at the same time as protecting people
13  who are being misidentified as trans.
14      Q    Moving along to paragraph 10 on page 4,
15  you state, "In legal matters, the most familiar
16  situation pertains to whether a given clinician
17  correctly employed relevant clinical standards.
18  Often it is other clinicians who practice in that
19  field who will be best equipped to speak to that
20  question.  When it is the clinical standards that
21  are themselves in question, however, it is the
22  experts in the assessment of scientific studies who
23  are the relevant experts."  Based on this assertion,
24  are clinicians or experts in the assessment of
25  scientific studies best equipped to offer their

11 (Pages 38 - 41)

James M. Cantor                                                        May 2, 2024

Page 42

1  opinions in this case?
2      A   Well, what I --
3          MR. FRAMPTON:  Objection to the form.  Go
4  ahead.
5      A   What I'm describing is the fundamental
6  philosophy in evidence based medicine.  Again, it's
7  ubiquitous, it is ubiquitous throughout every modern
8  clinical field.  I don't think that that's really up
9  to debate.  Even the relevant, or even, for example,
10 the Endocrine Society of the American Academy of
11 Pediatrics and so on are entirely explicit within
12 their conflict of interest policies in indicating
13 that the people who by engaging clinical tasks are
14 in a conflict of interest when evaluating, you know,
15 whether they should be performing that task, that
16 task at all.
17         There's no way to -- when people are
18 billing for performing a service, well, those people
19 are necessarily biased when asked does the service
20 you provide, you know, does it work.  The people who
21 are, who are able to, the people best qualified to
22 assess that question are the people who lack that
23 conflict of interest and are able to assess the
24 quality of science supporting it as I say without a
25 conflict of interest in the answer.

Page 43

1      Q   Of the State's experts, which of those
2  experts would you consider to be clinicians, if you
3  know?
4      A   I would have to double check their, their
5  assertions in their reports.  My recollection is
6  that they were all clinicians.
7      Q   Of the State's experts, which of those
8  experts would you consider to be experts in the
9  assessment of scientific studies, if you know?
10     A   I'm sorry.  I realized you asked the
11 State's experts.  I was thinking of the Plaintiff's
12 experts.  I don't recall offhand who the State's
13 other experts were.
14     Q   Okay.  Understood.  Moving down to
15 paragraph 11, third sentence down, you state,
16 "Because the people engaged in providing clinical
17 services are necessarily in a conflict of interest
18 when claiming that their services are effective,
19 formal evaluations" -- excuse me.  "Formal
20 evaluations of evidence are routinely conducted by
21 those without direct professional involvement and
22 thus without financial or other personal interest in
23 whether services are deemed to be safe or
24 effective."  Is it your position that what makes you
25 qualified as an expert on the medical research on

Page 44

1  gender affirming care in legal matters is the fact
2  that you are not a practitioner?
3          MR. FRAMPTON:  Objection to the form.  Go
4  ahead.
5      A   Well, it's not true that I'm not a
6  practitioner when said that way, but, of course, the
7  basis of my testimony is the content of the
8  scientific literature and my background and
9  experience in how to evaluate it.  Conflicts of
10 interest are used as a, as an exclusionary
11 criterion, and because I don't make any income from
12 the assessment or clinical treatment of children, I
13 lack that conflict of interest.  As detailed in my
14 subsequent reports, a great deal of the opinions and
15 evidence has been provided from people exactly with
16 that conflict of interest, even though the standard
17 in, throughout the medical and clinical fields is
18 for the participation of such people to be
19 restricted.
20     Q   Is it your view that anyone who treats
21 patients for gender dysphoria is not a qualified
22 expert on gender affirming care?
23     A   I don't think it's accurate to refer to
24 conflict of interest issues as a qualifier.  As I
25 say, typically, qualifications are, qualifications

Page 45

1  as an expert -- to answer that question properly
2  requires everybody using the same definition of the
3  term qualification and of the term expert and as I
4  say, conflict, conflict of interest.  There are
5  aspects of clinical care for which clinical
6  experience can be, can be relevant.  The term expert
7  in a legal proceeding is different from the term
8  expert in a scientific consideration, in a
9  scientific issue, so I would hesitate to
10 overgeneralize.
11         A person in a, who knows the relevant
12 material can be legitimately qualified as an expert
13 in the sense that they know the relevant material
14 but be disqualified because they also possess a
15 conflict of interest, but because, but possessing a
16 conflict of interest doesn't mean their knowledge
17 is, is any less.  The standard within clinical and
18 medical professions is to avoid in the development
19 of policies and clinical standards, to avoid both
20 fact and perception that there was a conflict of
21 interest involved in writing those procedures.
22         So as I say, a person can be
23 qualified but still restricted because of the
24 conflict of interest, but that doesn't necessarily
25 mean that a person in the conflict of interest is

12 (Pages 42 - 45)

James M. Cantor                                                    May 2, 2024

Page 46

1  therefore necessarily lacks the relevant
2  information. Rather, that person would be
3  inappropriate in, in, in developing the policy
4  because a neutral observer would not be able to
5  differentiate whether the opinions that they
6  provided were done in service of the science or in
7  service of whatever their conflict was.
8      Q  Is it possible for individuals who oppose
9  gender affirming medical care for minors to have an
10 interest in whether services are deemed safe and
11 effective?
12     A  It's, it is certainly possible in the
13 sense that, you know, in complicated issues for
14 which many people have knowledge of various aspects
15 or various emotions or political beliefs about what
16 the answer should, my own contribution is as I say
17 that decisions are based on scientific evidence
18 rather than a person's emotions or political
19 beliefs.
20     Q  For example, could a psychiatrist who
21 opposes gender affirming care to minors have a
22 financial interest in banning gender affirming
23 medical intervention based on a belief that
24 psychiatric treatment would see increased demand?
25     A  I'm sorry. Could you ask that again?

Page 47

1      Q  Sure. Could a psychiatrist who opposes
2  gender affirming care to minors have a financial
3  interest in banning gender affirming medical
4  intervention based on the belief that psychiatric
5  treatment would see increased demand?
6      A  It's difficult to imagine given the
7  current circumstance of there being such a situation
8  because the great majority, including throughout the
9  research literature, in the great majority of the
10 cases, the people who are undergoing transition are
11 already in mental health care, whether it's by a
12 psychiatrist, psychologist, social worker or other
13 mental health provider, so since these people are
14 primarily already receiving such services, there
15 wouldn't be a change in the number of people
16 receiving such services.
17     Q  Could a physician with moral objections to
18 gender affirming care have a personal interest in
19 whether gender affirming care is deemed safe or
20 effective?
21     A  Such situations are indeed possible, which
22 is exactly why we need to use the principles of a
23 systematic review and evidence based practice in
24 order to ensure that the actual policies and
25 decisions are based on the science itself regardless

Page 48

1  of anybody's political, moral or emotional views.
2      Q  Would such a person have a conflict of
3  interest in opining on gender affirming care in a
4  legal matter?
5      MR. FRAMPTON: Objection to the form. Go
6  ahead.
7      A  What counts as a conflict of interest is
8  in itself policy, a policy question, and as I say,
9  in the major clinical and professional associations,
10 the conflicts of interest that are described are
11 both direct and indirect financial conflicts, and
12 they also talk about, they also mention the
13 intellectual conflicts of interest, you know, when
14 one's own research or previously expressed views are
15 being, are being evaluated. I'm not aware of such a
16 conflict of interest policy describing what somebody
17 would describe as a moral interest.
18         More frequently such policies --
19 well, not the conflict of interest policies, but the
20 guidelines for establishing clinical guidelines
21 include, of course, the ethical principles, and what
22 a person labels an ethical principle vs. moral
23 principle again is up for, up for debate, but so
24 long as one, to the extent that a group sticks to
25 the principles of evidence based medicine, again,

Page 49

1  the whole purpose of using the processes of evidence
2  based medicine is for a legitimate defensible or
3  best defensible or best offerable set of conclusions
4  to be, to be the subject of the policy.
5      Q  Scrolling down to paragraph 15 on page 6,
6  you state that you do not offer opinions about the
7  best public policy. As a general matter as a
8  scientist, do you have any reservations about
9  blanket criminal bans on medical care?
10     MR. FRAMPTON: Objection to the form.
11     A  I'm sorry. Could you ask that once again?
12     Q  As a general matter as a scientist, do you
13 have any reservations about blanket criminal bans on
14 medical care?
15     MR. FRAMPTON: Same objection.
16     A  That's a bit of a contradiction. That
17 question to me is a bit of a contradiction. As a
18 scientist, I don't have any opinion about public
19 policy. As a scientist, I only have, you know,
20 opinions about scientific issues. Again, I or any
21 scientist, you know, can assess or compare any given
22 policy with the content of the science. We can
23 apply the, we can apply the science in trying to
24 assess what alternatives might be available, in
25 trying to predict what the outcomes of any given

13 (Pages 46 - 49)

Page 50

1  policy or lack of a policy or alternative potential
2  policies might be, but to decide whether and to what
3  extent any policy should be enacted by any group in
4  any jurisdiction is an integration of the science
5  with all of the other aspects that go into public
6  policy, including resource allocation, the
7  alternative, the alternatives available, the powers
8  and authority of the given body enacting, enacting
9  the rules and so on.
10        That distinction is the difference
11  between the systematic review process, review
12  process which is used in order to produce the best
13  information we have, and then how that, and how that
14  information is integrated into a clinical practice
15  guideline, which then integrates the other aspects,
16  the other aspects such as people's value systems,
17  even the financial costs that an insurance system or
18  health care policy would be allocated to one issue
19  vs. other competing issues.
20      Q   Okay. So we've been going about an hour
21  and 14 minutes or so. I'm at a good stopping point,
22  so what do you think about taking a ten-minute
23  break?
24      A   I'm fine with that.
25        MR. FRAMPTON: It's good here.

Page 51

1      Q   Okay. So we're at 10:25. We'll come back
2  at 10:35, and we can go off the record.
3        MR. FRAMPTON: Okay. Thank you.
4        (Brief recess.)
5  BY MS. MONTAG:
6      Q   Andrew, could you pull up Exhibit 1? And
7  go to paragraph 26 on page 11. Okay. Dr. Cantor,
8  here you reference a series of cases of regret and
9  suicide following medical transition that were
10  reported in Swedish media, and here you cite an
11  article by Orange in 2020, correct?
12        MR. FRAMPTON: Objection to the form.
13      A   I didn't refer to those series of regrets.
14  I was summarizing the contents of the Orange
15  document, which in turn described those series of
16  regret. That was to, of course, indicate the
17  context in which, which triggered Sweden to begin
18  its investigations into the issue.
19      Q   And Orange 2020 is an article in the news
20  publication the Guardian, correct?
21      A   I would have to check my own reference
22  list for where it came from, but that sounds --
23      Q   Okay. Oh, I'm sorry.
24      A   Yes, that's correct.
25      Q   I'm going to mark the next document as

Page 52

1  Exhibit 2. Andrew, that's doc 3.
2        (Exhibit 2 marked.)
3  BY MS. MONTAG:
4      Q   Dr. Cantor, is this a copy of Orange 2020?
5      A   I believe it is, yes.
6      Q   And this article only discusses one
7  instance of suicide; is that correct?
8      A   I would have to reread the full article to
9  check. The situation itself and, of course, the
10  information I provide is that this was one as an
11  example of the situations which as I said, you know,
12  triggered the re-evaluation that Sweden started. I
13  didn't intend this to be a comprehensive review of
14  all of the cases that occurred then.
15      Q   All right. So Andrew, let's scroll down
16  to the tenth paragraph. Okay. So third paragraph
17  from the bottom, Dr. Cantor, and you can take a
18  moment to read this and let me know when you're
19  ready.
20        MR. FRAMPTON: Let me just ask, is there a
21     way for him to review the actual document, or
22     is he only able to see what y'all are scrolling
23     him to?
24      Q   If he'd like to read these four pages,
25  Andrew can do that. I don't know that we'll be able

Page 53

1  to do that for every document today. Some are
2  hundreds of pages, but, you know, if he'd like to
3  read this, Andrew can go back up to the top and let
4  us know when to scroll to the next page. Does that
5  work?
6      A   Well, by coincidence, the section that's
7  available now is already mentioning one, more than
8  one case. For example, the paragraph that starts
9  with the phrase in April, a name in their language
10  that I can't pronounce, was, you know, describes a
11  documentary profiling a former trans person,
12  Sametti. The paragraph that you were referring to
13  that begins at the same time is a reference to
14  another such case and so on.
15      Q   So that paragraph Sametti, is that
16  referring to a suicide?
17      A   Again, I would have to review the rest of
18  the document to get the full story, and my purpose
19  in, you know, citing this at all was to provide an
20  example, to provide an example rather than to
21  provide a full assessment of the full number of,
22  full number of cases. The situation that was
23  occurring in Sweden wasn't, isn't really, was never
24  a matter of debate.
25      Q   So just based on what's on the screen

James M. Cantor                                                    May 2, 2024

Page 54

1   right now, are you aware of this article describing
2   a series of suicides in Sweden?
3       A   I would have to reread it to be, to be
4   sure, but the sequence of events that were going on
5   within Sweden, as I said, you know, one could
6   produce such a comprehensive review.  That was never
7   my purpose in citing this one.
8       Q   Okay.  In this paragraph that starts at
9   the same time, Filter Magazine, you can read this
10  reference.  This is referring to a 32 year old
11  transgender woman, correct?
12      A   Yes, it appears to be.
13      Q   And are you aware of this article
14  discussing any suicides with respect to transgender
15  minors?
16      A   I would have to reread the full article.
17      Q   But you're not aware of any?
18      A   Again, I can't recall.  I would have to go
19  through, look more, look more thoroughly.
20      Q   You can pull that down and turn back to
21  your May 2023 report, Exhibit 1.  So we're going to
22  paragraph 76 on page 31.
23      A   Yes.
24      Q   And here you reference a McMaster
25  University systematic review, correct?

Page 55

1       A   The people who conducted the review that I
2   was discussing in that paragraph are associated with
3   that university.  I don't recall if there was any
4   official involvement of the university or any of its
5   departments itself.
6       Q   Okay.  Subheading B states the McMaster
7   University Systematic Review of Systematic Reviews;
8   is that correct?
9       A   Yes, that was the title that I used in
10  order to, or the title I should say that I adopted
11  that other people were using in order to identify
12  them, yes.
13      Q   Okay.  So I'm marking the next document as
14  Exhibit 3.  Andrew, this is doc 4.
15          (Exhibit 3 marked.)
16  BY MS. MONTAG:
17      Q   And Andrew, if you could scroll to the
18  next page.  Is this a copy of the systematic review
19  that you were referencing?
20      A   Yes, it appears to be.
21      Q   Who commissioned this review?
22      A   It was the State of Florida.
23      Q   Was it the Florida Agency for Health Care
24  Administration?
25      A   I don't recall the specific department.

Page 56

1       Q   Okay.  Does the first sentence under
2   Introduction state, "We prepared this report to
3   fulfill a request from the Florida Agency for Health
4   Care Administration"?
5       A   Yes, that's what it says.
6       Q   Okay.  And this was prepared in May 2022
7   according to the very top heading?
8       A   Yes, it was.
9       Q   Are you aware at this time the Florida
10  Agency for Health Care Administration was gathering
11  evidence to defend restrictions on gender affirming
12  care?
13          MR. FRAMPTON:  Objection to form.  Go
14  ahead.
15      A   I'm aware that there were proceedings
16  going on at that time and that they were, you know,
17  in considerations of the, they were considering the
18  policies, the current policies and having changed
19  them.  I don't recall any of the specifics of the
20  policy, and as I say, my, my role is always to
21  provide the science to whoever asks for a summary of
22  the science, regardless of how they might be
23  applying it.
24      Q   You didn't mention in your report that the
25  review is commissioned by the Florida Agency for

Page 57

1   Health Care Administration, correct?
2       A   I would have to re-review my own report.
3   As I say, the part that's relevant to me and my
4   testimony is the quality of the science rather than
5   uses to which society or any person wants to put it.
6       Q   Andrew, can you go back to Exhibit 1?  So
7   in paragraph 76, does this mention the Florida
8   Agency for Health Care Administration?
9       A   No, it does not.  It's consistent as I say
10  with the part that was relevant to me and relevant
11  to the, to my report and relevant to my testimony.
12  It was the content of the science itself.
13      Q   Has this systematic review been published
14  in a peer reviewed publication?
15      A   Not that I recall, no.
16      Q   Do you know if this systematic review was
17  peer reviewed?
18      A   I don't recall it being, no.  That's one
19  of the advantages of systematic reviews, because the
20  process itself requires transparency of it.  Anybody
21  who wants to, peer, other scientists or otherwise,
22  is always free to double check any of its, any of
23  its contents.
24      Q   Do you know if the authors were paid to
25  conduct this systematic review?

15 (Pages 54 - 57)

James M. Cantor                                                      May 2, 2024

Page 58

1    A   I don't know that for a fact.  I would be
2  assuming.
3    Q   Did the authors of this review disclose
4  any conflicts of interest in their paper?
5    A   I don't recall.  I would have to check the
6  original, but the purpose of the systematic review
7  is exactly in order to keep it at arm's distance
8  from the group that is commissioning the review.
9  The usual circumstance, the ubiquitous circumstance
10  is that a group that wants to apply it as part of
11  developing their own policy is aware that the
12  members of that group are in a conflict of interest,
13  so the purpose of outsourcing it to groups whose
14  expertise is in the evaluation of the science is so
15  that that evaluation is done by people without that
16  conflict of interest, so again, that's the purpose
17  of the entire endeavor, but I would have to check
18  the original document to see if they indicated as
19  they outlined the circumstances in which they were
20  engaged.
21    Q   If you know, what are the academic
22  backgrounds of the authors of this systematic
23  review?
24    A   Oh, they are, I'm aware of them because
25  they are exactly so well known within the evidence

Page 59

1  based medicine field.
2    Q   But do you know their academic
3  backgrounds?
4    A   Not the specifics of them.  Not the
5  specifics of them, yeah.
6    Q   Do you know whether they have research
7  interest in gender affirming medical care?
8    A   To the best of my knowledge, they do not,
9  but I would have to look as I say to be sure.
10    Q   You were also retained by the State of
11  Florida regarding its restrictions on gender
12  affirming care for which this review was
13  commissioned, correct?
14    A   Yes, early in their proceedings.
15    Q   And that was the Decker v. Wieda
16  (phonetic) case?
17    A   I would have to check the name.  As listed
18  on my CV, I'm involved in multiple cases and it's
19  easy for me to mix up names, so I will double check,
20  I would have to double check to be sure, but that
21  sounds correct.
22    Q   So Andrew, on Exhibit 3 -- that's doc 4 --
23  turning to page 5, the last sentence above
24  Subsection 5.4.  Do you see it, Dr. Cantor?
25    A   I see 5.4.  Which paragraph are you --

Page 60

1    Q   The paragraph right above the second
2  sentence.  It reads, "Although some may question the
3  decision of not including surrogate outcomes for
4  which there is evidence available, e.g., bone
5  density, blood pressure" --
6    A   Hang on, hang on.  The paragraph above the
7  5.4 marker starts with -- yep, that's where I was,
8  but I don't see the sentence you were reading.
9    Q   The second sentence.
10    A   Although some may question.  Okay.
11    Q   Okay.  "Decision makers should rarely
12  consider these outcomes and should instead focus on
13  outcomes that do matter to people and stakeholders,
14  e.g., fractures, cardiovascular events."  Do you
15  agree with the authors that outcomes such as bone
16  density should rarely be considered?
17    A   I don't think a global statement can be
18  made about that.  It depends on the question.  It
19  depends on the policy in question.  It depends on
20  the purposes of the, of the reviewers and of the
21  people engaging the review.
22    Q   Going back to your May 2023 report,
23  Exhibit 1, and we're going to paragraph 106 on page
24  46.  Are you there?
25    A   Now, I'm there.

Page 61

1    Q   There you write about how gender identity
2  is subjective, correct?
3    A   Different people use gender identity to
4  refer to different phenomena, and there are several
5  different aspects which inform gender identity, and
6  there are debates over what does and doesn't or
7  should or shouldn't count.  What I'm referring to in
8  the context of my report is that the way that gender
9  identity is being assessed and treated is purely
10  upon the subjective report of the client in general.
11  In fact, it's the the, Plaintiff's experts
12  repeatedly refer to gender identity as an innate
13  sense or internal, internal sense, which, of course,
14  is the result purely of -- which is almost a
15  definition of subjective.
16    Q   To confirm, do you believe gender
17  dysphoria is a legitimate medical condition?
18    A   That depends on exactly what a person,
19  first, what a person means by gender dysphoria, the
20  means by which somebody is assessing gender
21  dysphoria and even what does vs. does not count as
22  a, as a medical condition.  For example, gender
23  dysphoria is, because it's a, in the American
24  psychiatric manuals, it's diagnosable by non-medical
25  personnel, including myself, psychologists, so

16 (Pages 58 - 61)

Page 62

1   whether that counts as a medical or non-medical
2   diagnosis is a matter of legitimate debate.  There
3   is more than one motivation for a person, that could
4   lead to a person feeling uncomfortable with, with
5   their gender as I, you know, outlined in some detail
6   in my report.  Also, very much of the current set of
7   issues follow from whether people are being
8   misdiagnosed as gender dysphoric, so the question
9   is, the relevant issue is less whether the entity
10  ever exists for anybody or whether it's being
11  misapplied and whether it's legitimately used for
12  everybody for whom it is being applied.
13      Q   Do you agree there are other conditions
14  ascertained only by self reporting?
15      A   There are, when a -- there are conditions
16  that can be reasonably diagnosed based upon
17  subjective self report if, for example, there are no
18  objective indicators, you know, contradicting that
19  self report, but that's exactly opposite to the
20  situation that we have with gender dysphoria.  With
21  gender dysphoria, all of the objective evidence is
22  that all of the observable tissue is perfectly
23  healthy, so in the case of gender dysphoria, a
24  diagnosis is being made despite every objective
25  criterion where in other conditions, the diagnosis

Page 63

1   is made without there being, you know, such
2   contradictions.
3       Q   You agree migraines are a condition
4   ascertained only by self reporting?
5       A   No, not, not exactly.  There exists --
6   although we don't necessarily need to do a brain
7   scan or to obtain physiological evidence in order
8   to, in order to diagnose an individual patient, the
9   scientific question is whether there has been
10  objective evidence demonstrating the validity of the
11  condition at all, and we do have such physical
12  evidence of there being, for example, the presence
13  of pain, the activity of the pain responders in the
14  brain during migraines.  There's nothing in the
15  subjective report of the discomfort associated with
16  migraine.  It doesn't contradict any physical
17  evidence, which as I say is unlike the situation we
18  have with gender dysphoria.
19      Q   Would you agree depression is a condition
20  ascertained only by self reporting?
21      A   The same situation applies.  There exists
22  objective indicators with which the subjective
23  report is consistent, making it very different from
24  the situation with gender dysphoria.
25      Q   And you testified earlier you're not a

Page 64

1   medical doctor, correct?
2       A   Yes, that is correct.  My degree is in
3   clinical psychology.
4       Q   Turning to paragraph 126 of your report on
5   page 55.  Are you there?
6       A   Yes, I am.
7       Q   The second sentence reads, "Because only a
8   minority of gender dysphoric children persist in
9   feeling gender dysphoric in the first place,
10  'transition on demand' increases the probability of
11  unnecessary transition and unnecessary medical
12  risks."  What is transition on demand?
13      A   That would be people who begin to receive
14  medical interventions before the exploration of any
15  alternatives when the patient's presentation of
16  their own diagnosis is assumed to be true without
17  meaningful evaluation of any other possibilities.
18      Q   Do you have any personal experience
19  observing a gender clinic engaging in transition on
20  demand?
21      A   Most of my information comes from the
22  formal evaluations that have been conducted of such
23  clinics, but I myself have not engaged in such an
24  investigation.
25      Q   And you have no personal basis to assert

Page 65

1   that UAB Children's has provided transition on
2   demand?
3           MR. FRAMPTON:  Objection to form.  Go
4   ahead.
5       A   I am not providing any testimony on UAB's
6   clinic itself but as I say, on the science on which
7   such, such decisions would be made.
8       Q   And you have no personal basis to assert
9   that any medical provider in Alabama has been
10  providing transition on demand to adolescents?
11          MR. FRAMPTON:  Same objection.  Go ahead.
12      A   I'm not providing any testimony about any
13  individual clinician in Alabama.
14      Q   Turning to paragraph 137, which is on page
15  59.
16      A   Yes.
17      Q   Here you're discussing adolescent onset
18  gender dysphoria, correct?
19      A   Yes, I am.
20      Q   And you cite Littman 2018 as one source?
21      A   Yes, I am.  That was one of the initial
22  identifiers for the significant information that
23  made this new presentation leading to gender
24  dysphoria got and why it was so distinct from the
25  previously known types.

17 (Pages 62 - 65)

James M. Cantor                                                          May 2, 2024

Page 66

1    Q   Littman 2018 refers to Lisa Littman's
2  study entitled Parent Reports of Adolescents and
3  Young Adults Perceived to Show Signs of a Rapid
4  Onset of Gender Dysphoria?
5    A   That sounds like the correct title, yes.
6    Q   Okay.  Andrew, can we scroll back up to
7  paragraph 59 on page 25?  Are you there?
8    A   I'm there, yes.
9    Q   Okay.  You state here that surveys do not
10 represent --
11   A   I'm sorry.  You said page 25?  I ended up
12 on paragraph 25.
13   Q   Oh, sorry.  Let me know when you're there.
14   A   Got it.
15   Q   Okay.  You state here in paragraph 59,
16 "Surveys do not represent objective evidence.  This
17 is especially true of non-random surveys and polls
18 recruited through on line social networks of the
19 like minded."  Dr. Cantor, what was the design on
20 Littman's 2018 study?
21     MR. FRAMPTON:  Objection to the form.  Go
22 ahead.
23   A   Well, the design was appropriate to the
24 research question being asked.  She was looking for
25 the correlations and the various features that are

Page 67

1  being reported by the parents observed in the,
2  within the children, so she, the conclusions in that
3  paper, of course, match the methods and the
4  limitations of the methods that were employed.  It
5  is exactly how we begin to ask a research, research
6  questions.
7    Q   Would you consider her design to include a
8  non-random survey?
9    A   As I say, for the questions that she was
10 asking, a non-random survey would be exactly
11 appropriate.  The first step in presuming a research
12 question is to make a broad statement and then begin
13 to follow up the various possibilities to explain
14 whatever it was that was observed.
15   Q   So just to make sure I understand, you
16 would consider her design to include a non-random
17 survey?
18   A   That describes the method that she used,
19 but any conclusion about the appropriate,
20 appropriateness of any given method is compared with
21 the question being asked.  Had Littman, for example,
22 been asking what the treatment outcome was, then
23 this method would be inappropriate, but the question
24 she was asking was for clusters of variables to
25 begin a series of questions.  For that, it's

Page 68

1  perfectly appropriate.
2    Q   Does your critique about surveys here in
3  paragraph 59 apply to Littman's 2018 paper?
4    A   The statement applies to the research
5  question being asked.  It is inappropriate as the
6  almost cliche statement goes, correlation is not
7  causation.  When one is looking for the effects or
8  effectiveness or safety of a treatment, one is
9  making a causal conclusion.  For that kind of a, to
10 answer that kind of a question, one cannot use a
11 survey.  In order to identify correlations among
12 clusters of variables, a survey is appropriate.
13   Q   If you know, how did Littman recruit
14 participants for her 2018 paper?
15   A   I don't recall offhand if it was from an
16 on line support group or by word of mouth.
17   Q   Does it sound right that it was via
18 websites of parents who shared a specific view of
19 gender transition?
20     MR. FRAMPTON:  Object to the form.
21   A   I don't, I would not be at all surprised
22 if it was from a website again for people, you know,
23 in a similar, in a similar circumstance.  Whether
24 they shared a similar view, I don't even know how,
25 how it would assess that.

Page 69

1    Q   Let's scroll down to paragraph 138, and
2  that's page 160.
3    A   I'm there.
4    Q   Okay.  You state that, "Current studies
5  are limited to surveys typically of volunteers from
6  activist and support groups on the internet."  What
7  were you describing there?
8    A   Sorry.  Which sentence?
9    Q   "Current studies are limited to surveys
10 typically of volunteers from activist and support
11 groups on the internet."
12   A   Oh, yes.  In this context, I'm discussing
13 again the outcome studies which are asserting the
14 effectiveness and safety of treatments.  Those are
15 the kinds of studies that require relatively
16 advanced research methods.
17   Q   And were you describing the Littman 2018
18 paper there?
19   A   The Littman study is not, is not an
20 outcome study.  It was not, you know, reporting
21 whether something was, was safe or effective.  As I
22 said, whether a study is good or not is how well
23 matched it is to the research question that it's
24 asking, and the Littman study was perfectly
25 appropriate for the question it was asking.

18 (Pages 66 - 69)

James M. Cantor                                            May 2, 2024

Page 70

1    Q   Going to paragraph 137, so the one just
2  above that, and I'm looking at the second full
3  sentence on page 60.
4    A   Yes.
5    Q   Okay.  It says, "The patterns reported by
6  Littman have now been independently replicated by
7  another study, which also found it to be a
8  predominantly female phenomenon associated with very
9  high rates of social media use among youth with
10 other mental health issues and in association with
11 peers expressing gender dysphoria issues."  And you
12 cite Diaz 2023.  Diaz 2023 refers to a paper
13 entitled Rapid Onset Gender Dysphoria, Parent
14 Reports on 1655 Possible Cases; is that right?
15   A   That title sounds correct, yes.
16   Q   Okay.  And it was authored by Suzanna Diaz
17 and J. Michael Bailey?
18   A   That sounds correct, yes.
19   Q   Okay.  I'm marking the next document as
20 Exhibit 4, and Andrew, it is doc 5.
21       (Exhibit 4 marked.)
22 BY MS. MONTAG:
23   Q   Dr. Cantor, are you aware that Suzanna
24 Diaz is a pseudonym?
25   A   Yes, I am.

Page 71

1    Q   And Suzanna Diaz lists the affiliation of
2  Parents of ROGD Kids, New York, New York, USA, in
3  note one?
4    A   Yes.
5    Q   Do you know what Parents of ROGD kids is?
6    A   I'm roughly aware of it.  I haven't tried
7  pursuing any of its, any details across it.  As
8  usual, I, you know, assess science on the basis of
9  the science itself.
10   Q   So what, what is Parents of ROGD Kids?
11   A   Oh, I only know it as a support group for
12 parents who find themselves in this situation and
13 are trying to share information and mutual support
14 over the experience.
15   Q   And what experience are you referring to?
16   A   As in their title, that one of their
17 children are, is experiencing, you know, gender
18 dysphoria, but they're not, but who don't fit any of
19 the phenomena for which, you know, our science on
20 gender dysphoria, for which the only original
21 information about gender dysphoria was designed, the
22 original types again as outlined in my report with
23 the early onset cases pertaining to prepubescent
24 children or the late onset cases generally in
25 adulthood, in middle age, generally in adulthood,

Page 72

1  but not the cases that are, you know, now the large
2  majority of the cases appearing in clinics
3  describing gender dysphoria suddenly without having
4  had a childhood history of it.
5    Q   Do you know if parents of ROGD kids have
6  publicly stated positions on gender affirming care
7  for minors?
8    A   I haven't looked, no.
9    Q   Would an affiliation with Parents of ROGD
10 Kids constitute a personal conflict of interest in
11 co-authoring this article?
12   A   Conflicts of interest in publishing
13 individual research papers are not the same as the
14 conflict of interests that are relevant in
15 establishing, in establishing policy.  For example,
16 the scientists or anybody who's publishing a paper
17 in a peer reviewed journal very typically are
18 pursuing information about a topic or an idea that
19 they have previously expressed, so that's a matter
20 of routine course when publishing a paper but is
21 very, very different when establishing a, a clinical
22 care policy which affects or can so easily
23 potentially affect the well-being of other people in
24 clinical care.
25   Q   So is your answer that an affiliation with

Page 73

1  Parents of ROGD Kids would not constitute a personal
2  conflict of interest in co-authoring this article?
3        MR. FRAMPTON:  Object to the form.  Go
4  ahead.
5    A   What constitutes a conflict of interest
6  for publishing journal articles is not the same
7  criteria as what constitutes a conflict of interest
8  for establishing clinical policy.
9    Q   This article was published in the Archives
10 of Sexual Behavior in March 2023, correct?
11   A   That's correct, yes.
12   Q   Andrew, maybe scroll up.  Okay.  And the
13 publisher is Springer?
14   A   Yes, I believe it is.
15   Q   And Springer retracted this article?
16   A   I don't recall the particular -- I don't
17 remember where in the hierarchy the changes were,
18 where in the hierarchy the decision was made and
19 then the paper was, you know, re-published in the,
20 in a different journal, same paper, same, you know,
21 the peer review process, so its content again is
22 exactly as legitimate, and of course, in the
23 intervening time, a great deal, several other papers
24 have been published producing exactly the same
25 information as appears in my report, including now

19 (Pages 70 - 73)

Page 74

1  systematic reviews.
2      Q   And you see it says retracted article as a
3  watermark here?
4      A   I see that's printed on this copy, yes.
5      Q   I'm marking the next document as Exhibit
6  5.  Andrew, that's document 6.
7          (Exhibit 5 marked.)
8  BY MS. MONTAG:
9      Q   And Dr. Cantor, this is entitled
10  Retraction Note:  Rapid Onset Gender Dysphoria,
11  Parent Reports on 1655 Possible Cases, and in the
12  first paragraph, this states, "The publisher and
13  editor in chief have retracted this article due to
14  non-compliance with our editorial policies around
15  consent.  The participants of this study have not
16  provided written informed consent to participate in
17  scholarly research or to have their responses
18  published in a peer reviewed article.  Additionally,
19  they have not provided consent to publish to have
20  their data included in this article."  So do you
21  agree seeing this here that Springer retracted this
22  article?
23      A   I'm aware of the retraction process, of
24  course, but the whole truth is, of course, includes
25  the re-publication of this, of this same article in

Page 75

1  another, in another journal, and the conclusions of
2  it exactly as indicated in my report have been
3  supported in now multiple other articles, including
4  a systematic review of the totality of the evidence.
5      Q   And we'll get to the re-publication in a
6  moment.  If a scientific publication states that
7  open access to that paper has been funded by a
8  particular entity, what does that mean?
9      A   The open access, I don't know whether it's
10  better called a movement or tradition or habit,
11  ultimately is an attempt to prevent the pay walls
12  that have been used in which block the public access
13  to information provided in journal contents.
14  Typically, if a member of the public wanted to
15  download an article so they could read it for
16  themselves, it could be they have to pay a fee to
17  receive it.  I've seen anywhere between, you know,
18  $30 and $50 U.S. in general per article, so some
19  authors, writers have instead been paying a fee
20  upfront, the actual authors of the research article,
21  so that the publisher then receives its money that
22  it would have received from downloads of the
23  article, and with that fee paid upfront, that
24  article is then available to anybody who wants to
25  download it.

Page 76

1          So as I say, the open access movement
2  is a part of trying to make it easier for the public
3  to receive, receive access to the, to the research
4  being published.  That was well endorsed by,
5  especially by the large scale funders of research
6  such as the National Institutes of Health in the
7  U.S., CIHR in Canada.  Because the public is funding
8  so much of the research, the desire was so that the
9  public would have access to the results of the
10  research they were funding, and so this process was
11  meant to help facilitate that.
12      Q   Are you aware that open access to the DS
13  2023 article was funded by the Society for Evidence
14  Based Gender Medicine?
15      A   If I was aware of it, I had since
16  forgotten.
17      Q   Are you familiar with the Society for
18  Evidence Based Gender Medicine?
19      A   I am familiar with it, yes.
20      Q   Do you know whether the Society for
21  Evidence Based Gender Medicine has particular views
22  on gender affirming medical care for minors?
23      A   In general, their view is that the care
24  processes are, you know, using the accepted
25  processes of evidence based, evidence based

Page 77

1  medicine.
2      Q   Dr. Cantor, according to your CV, you're a
3  member of the editorial board of the Archives of
4  Sexual Behavior, correct?
5      A   Yes, that is correct.  I have been for
6  many years now.
7      Q   And that's still true as of today?
8      A   Yes, it is.
9      Q   Were you involved with the decision to
10  publish the DS 2023 paper?
11      A   No, I was not.
12      Q   Did you review the manuscript of the DS
13  2023 paper before its initial publication?
14      A   No, I did not.
15      Q   Did you object to the decision to retract
16  the DS 2023 paper?
17      A   Not that I recall.  I do sometimes remark
18  on such things.  I don't recall if I did so for this
19  one.
20      Q   Is it correct that you've no personal or
21  firsthand experience treating patients for what is
22  called rapid onset gender dysphoria?
23      A   No, that's not exactly true.  In the range
24  of people that I see clinically, they have a broad
25  range of backgrounds, and sometimes that does indeed

James M. Cantor                                                    May 2, 2024

Page 78

1  include people with a history of what could
2  legitimately be labeled ROGD.
3      Q   Have you ever participated in the decision
4  to diagnose someone with rapid onset gender
5  dysphoria?
6          MR. FRAMPTON:  Object to the form.
7      A   That's a little bit hard to say.  In an
8  appropriate diagnostic process, one is assessing
9  every aspect of the person and trying to provide a
10 label that would lead to the most appropriate care.
11     Q   Rapid onset gender dysphoria is not
12 included in the DSM-5 TR, is it?
13     A   That wouldn't be possible.  ROGD was
14 identified after the, after the publication of that
15 manual.
16     Q   When was the TR published?
17     A   Well, the TR didn't make any -- the TR in
18 DSM-5 TR is text revision.  The whole purpose of
19 that is to make explicit that it did not make any
20 changes to the diagnoses or the diagnostic criteria
21 itself.  The only changes were to the, the text
22 provided in it describing those diagnoses and
23 updated knowledge about them.  What is vs. is not
24 within the DSM was determined at the publication of
25 the DSM-5 before the TR.

Page 79

1      Q   And the DSM-5 TR was published in 2022,
2  correct?
3      A   That sounds correct, yes.
4      Q   Are you aware of any medical body that
5  recognizes rapid onset gender dysphoria as a medical
6  condition?
7      A   I'm not aware of anybody asserting that it
8  is a medical condition.  The term is used to
9  describe, to describe a phenomenon which is, of
10 course, very common throughout mental health,
11 through mental health care.  It's a label that's
12 used to describe the situation.  What does and
13 doesn't count as a diagnosis is a, you know,
14 complicated multi-, multi-faceted question.  The
15 best analogy would be, for example, sexual minority
16 stress.  It is discussed widely throughout the
17 literature that it exists, that, you know, people
18 need to receive appropriate treatment for it, but it
19 is not of itself a diagnosis.
20     Q   Back to your report, this is Exhibit 1,
21 and moving on to paragraph 166.  Let me know when
22 you're there.
23     A   I'm there.
24     Q   You state that, "Outside research studies
25 and within public and legal context, the term

Page 80

1  experimental typically denotes unverified by
2  experimental evidence."  Do you have a citation for
3  that assertion?
4      A   Several exist.  It's not a controversial
5  statement, so I didn't bother trying to include one.
6  I don't think it would be difficult to, difficult to
7  find one.
8      Q   Staying in that paragraph, you further
9  state, "A treatment would continue to be
10 experimental until the demonstration of one,
11 reliable clinically meaningful improvement, and two,
12 the reliable estimation of safety risks in
13 randomized controlled trials (RCTs) or research of
14 equivalent level of evidence."  Do you have a
15 citation for this assertion?
16     A   The same.  It's exactly because this is a
17 very, very standard definition throughout clinical
18 science, I didn't think it would be worth seeking
19 one, but I don't think it would be difficult to find
20 one.
21     Q   What does research of equivalent level of
22 evidence mean?
23     A   For some research questions, it's possible
24 within a single study to answer several issues all
25 at the same time.  In some circumstances, those

Page 81

1  questions can only be answered one piece at a time,
2  and so it takes a series of papers or cluster of
3  studies in order to demonstrate each of the relevant
4  criteria one study at a time, and then it's a matter
5  of accumulating the information all together within
6  one place in order to come to the larger conclusion.
7      Q   Let's turn to page 21.  Let me know when
8  you're there.
9      A   21 you said?  So we're going back?
10     Q   We're going back.
11     A   I'm there.
12     Q   Okay.  The first sentence of the header
13 for Subsection C says, "The highest level
14 experimental study of clinical safety and
15 effectiveness is the randomized controlled trial
16 (RCT)."  Can any research be equivalent to an RCT in
17 your view?
18         MR. FRAMPTON:  Objection to the form.  Go
19 ahead.
20     A   Well, as I say, the purpose of an RCT is
21 that it simultaneously excludes the multiple
22 different factors which can mimic effectiveness in
23 treatment studies, so it's -- which is what makes it
24 the gold standard.  If one -- but it could also be
25 possible to investigate each of the, those

21 (Pages 78 - 81)

James M. Cantor                                                    May 2, 2024

Page 82

1  individual factors, any one of which can mimic
2  effective treatment in order to rule out as
3  possibilities that any of them, that any of them
4  were factors. An RCT as I say is a way to do it all
5  at once, but in the absence of that, one would then
6  seek the various other types of research in order to
7  exclude those alternative possibilities one at a
8  time.
9      Q   Just to confirm, is it your view that
10  until there's an RCT on medical gender affirming
11  care, no treatment can be considered anything beyond
12  experimental?
13         MR. FRAMPTON: Same objection. Go ahead.
14      A   That's not entirely true. The term
15  experimental as I say in my report is used in
16  different ways and different contexts. The primary
17  context in which it's been used in the U.S. based --
18  as it's been used by American clinical associations
19  has been not in the context of determining
20  scientific status but in the other factors that are
21  involved in it. For example, as the Cass reviews
22  recently pointed out, you know, what is and is not
23  experimental to a scientist is only true in the case
24  of while conducting a particular experimental study.
25         In the American health care system,

Page 83

1  the term experimental is used by health insurance
2  systems as part of excluding from coverage
3  experimental treatments. Physicians, therefore, and
4  various guild associations of physicians are in the
5  position of needing to deny that something is
6  experimental in order for that case to be covered by
7  its insurance. In the broader assessment of at what
8  point a treatment that begins in development and
9  then proceeds to more, to be established, there is
10  rarely a single objective, clearcut point at which
11  something graduates from experimental to
12  established, so I can't say -- I'm sorry. Could you
13  say the initial question again?
14      Q   Is it your view that until there's an RCT
15  on medical gender affirming care, no treatment can
16  be considered anything beyond experimental?
17         MR. FRAMPTON: Object to the form. Go
18  ahead.
19      A   Ah. So I can't say that as a, as a global
20  statement. So I can't say that as a global
21  statement, and of course, also have to acknowledge
22  that the term experimental itself is being used to
23  mean different things in different contexts.
24      Q   Do you consider the use of puberty
25  blockers to treat precocious puberty to be

Page 84

1  experimental since the evidence base is
2  observational studies, not RCTs?
3         MR. FRAMPTON: Objection to the form.
4      A   Again, it depends on exactly what one
5  means by, by experimental. The treatment for,
6  puberty blockers for precocious -- precocious
7  puberty is a combination of several factors,
8  including the diagnosis is on the basis of very
9  objective evidence. The lack of alternatives for
10  physical treatments and, you know, the accumulated
11  outcome studies, outcome studies that we have for
12  it, each of those factors make it very, very
13  different from gender dysphoria.
14      Q   So scrolling to paragraph 200 on page 88.
15  Are you there?
16      A   Almost. Now, I'm there.
17      Q   Okay. You cite here to Jesse Singal, who
18  you describe as a knowledgeable journalist
19  investigating transgender issues. Do you know if
20  Mr. Singal has a background in scientific research?
21      A   I'm not aware of him having a formal
22  degree in science itself. To the best of my
23  knowledge, his background is relevant to science
24  journalism.
25      Q   Do you know what Mr. Singal's

Page 85

1  qualifications are to evaluate scientific articles?
2      A   Outside of what I said to the -- I have,
3  you know, tried a comprehensive evaluation of
4  everything, of everything that he said or of every
5  topic that he's written on. Of the ones that I have
6  read, which are generally about, about this issue,
7  they've consisted as invariably as I can recall of
8  fact checking and of valid statements comparing
9  claims that are made against the criteria that are
10  used, you know, in fact, in that fact checking. His
11  journalism includes bringing material to the, to
12  the, you know, published experts of that particular
13  field, inviting authors of the works that he's
14  evaluating to provide their own comments. Again,
15  exactly the way that a scientific journalist should.
16         (Exhibit 6 marked.)
17  BY MS. MONTAG:
18      Q   Marking the next document as Exhibit 6,
19  and Andrew, this is doc 7. Dr. Cantor, does this
20  appear to be a copy of Mr. Singal's article that
21  you've cited?
22      A   I think so. This isn't the format that I
23  remember seeing it in, but the, the identifying
24  information matches.
25      Q   All right. So this is a PDF. You know,

22 (Pages 82 - 85)

James M. Cantor                                          May 2, 2024

Page 86

1 the link got transferred to a PDF, so that's why it
2 looks different.
3     A   As I say, the text of it looks as I
4 remember it, but this is a different format than I
5 remember.
6     Q   Great.  Is Mr. Singal's article peer
7 reviewed?
8     A   No, not that I'm aware of.
9     Q   Is Mr. Singal's article published in a
10 scientific journal?
11     A   As I say, he's a science journalist.  He's
12 not claiming to be, not claiming that it's original
13 science of his own.  It's legitimate coverage and
14 legitimate description of the content of the
15 relevant material.
16     Q   And this was published on Substack; is
17 that correct?
18     A   So far as I know, yes.
19     Q   Is Substack a scientific journal?
20     A   No.
21     Q   Does Substack have an editorial board that
22 reviews articles for accuracy before publication?
23     A   Well, for this particular work, of course,
24 I can do that evaluation myself.  I've read exactly
25 the same works, and that is not difficult for me to,

Page 87

1 to compare it against, you know, what any peer
2 reviewer would.
3     Q   Can any person publish an article on
4 Substack?
5     A   Although in theory, anybody can publish
6 whatever it is that they want, a person, a
7 professional journalist in order to maintain that
8 level of journalism has to hold himself or herself
9 to a higher standard than that, and as I say, I
10 myself am more than capable of assessing exactly the
11 same content.
12     Q   You know if Mr. Singal has any conflicts
13 of interest that would affect his analysis?
14     A   Not that I know of within, again,
15 acknowledging, you know, what it is that, you know,
16 constitutes a conflict of interest in different, in
17 different arenas.  His critical evaluation of the
18 works in this field are pretty well known.  I don't
19 think across any of the very many commentaries that
20 he's published, I can't think of anybody finding a
21 single -- no pun intended -- factual error in any
22 claim he's made.
23     Q   And what are those well known views?
24         MR. FRAMPTON:  Object to the form.
25     A   Well, again, he's describing the content

Page 88

1 of, you know, papers or sometimes other article
2 authors' conclusions, and his views are to compare
3 those to the legitimate methods of science, and so
4 his views consist of pointing out where those
5 contradictions are.
6     Q   Mr. Singal's criticizing the Chen study in
7 this article, correct?
8     A   That's my rough recollection of it.  I
9 would have to reread it to check.
10     Q   And you contend that Chen cherry picked
11 the evidence regarding completed suicides, correct?
12     A   I would have to again reread the details
13 of the article.  The parts of it that are most
14 relevant are that the Chen study included three
15 people who completed suicide, which for a single
16 sample from a single clinic that is trying to
17 prevent it, that is an enormous number.  It is -- so
18 the Chen study itself as I say is highly
19 questionable.  One of its most profound failures was
20 to cite its methodology in full.  For example, it
21 doesn't even mention whether the participants in the
22 study were undergoing psychotherapy or other mental
23 health treatment at the same time.  Because that
24 kind of confound has been one of the issues making
25 so many of the existing studies inconclusive,

Page 89

1 Dr. Chen's study left that factor out all together,
2 making it impossible for anyone to know to what
3 extent that could be a problem with the Chen study,
4 contributes to our having to call it uninformative.
5 It simply didn't provide its own methods with
6 sufficient detail for it to be reliably assessed.
7     Q   Okay.  So let's go back to your report
8 that's Exhibit 1, and I'm looking at paragraph 199,
9 and right toward the end of it, it states here --
10 let me know when you're there.  The next page,
11 Andrew.  Are you there, Dr. Cantor?
12     A   Yes.
13         MR. FRAMPTON:  I'm sorry.  What page are
14 you directing him to just so I can --
15     Q   Paragraph 199, the last sentence.
16         MR. FRAMPTON:  Okay.  Thank you.
17     Q   It says here, "Although the report did not
18 include data on co-morbid mental health diagnoses,
19 it noted that two patients receiving cross-hormone
20 treatment died by suicide."
21     A   Yes.  Yes.
22     Q   So do you agree it was two patients who
23 died by suicide, not three as you just mentioned?
24     A   Yeah, yes.  That is correct.
25     Q   Is there any evidence that would allow

23 (Pages 86 - 89)

Page 90

1   someone to definitively conclude that the suicides
2   that occurred among the Chen study participants were
3   caused by the gender affirming interventions being
4   provided?
5        A   I'm not aware of anyone making that claim,
6   including myself.  Making a causal claim as I said
7   earlier requires, you know, very specific
8   circumstances so we can rule out the other
9   possibilities.  However, the, in the assessment of
10  risks, we need -- when causing suicide is among the
11  possible risks, we need to act appropriately, but
12  that's very different from marking the opposite
13  conclusion that a treatment causes a, causes a
14  benefit.
15           I don't believe -- in my report, I
16  did not include and it is not my testimony that the
17  suicides were caused by the, the Chen study -- by
18  participating in the Chen experiment.  The relevant,
19  the relevant conclusion is that very much of the
20  purpose of what the providers are calling gender
21  affirming care is to prevent suicides, so that
22  suicides as such -- that death by suicide is being
23  reported in, in a much larger than usual proportion
24  of patients is a rather dramatic indicator of the
25  failure of the care to prevent part of what it was

Page 91

1   meant to prevent.  As I say, in my report, I'm not
2   claiming and I'm not aware of anybody claiming that
3   the suicides were caused by the treatment.
4        Q   Okay.  Turning back to your report,
5   paragraph 206.  That's page 90.
6        A   I'm there.
7        Q   Okay.  You assert, "The decision to
8   undergo medicalized transition also represents the
9   decision to never have biological children of one's
10  own."  Is this true in all cases?
11       A   I would hesitate to say just about
12  anything in, in science are true with all, with all
13  cases, but when providing information to patients so
14  that they can provide informed consent, we have to,
15  of course, provide them the information that of
16  what's most likely and the range of possibilities
17  and the relative risks of each one.
18       Q   So going to down to Subsection B on page
19  90, so scrolling down a little bit, Andrew.  The
20  title here is Permanent Loss of Capacity for Breast
21  Feeding in Adulthood.  This loss of capacity is from
22  surgery, not puberty blockers or hormone therapy,
23  correct?
24       A   No.  If a biological female were on
25  puberty blockers followed by testosterone treatment,

Page 92

1   that also would at least greatly interfere with her
2   capacity for breast feeding later in adulthood.
3        Q   How so?
4        A   She wouldn't have developed the relevant
5   anatomy required to produce, to lactate.
6        Q   Is that true in all circumstances?
7        A   Again, I would always hesitate to say
8   anything is always true.  It is exactly because of
9   the lack of research in such, in such situations
10  that makes it experimental.  There has not yet been,
11  these kinds of cases have not yet presented the
12  kinds of numbers where we had any reliable research
13  on it at all.  The patients are, you know,
14  consenting to procedures for which many of the
15  potential outcomes are simply unknown.
16       Q   Do you have a citation for the proposition
17  that puberty blockers and hormone therapy can result
18  in a permanent loss of capacity for breast feeding
19  in adulthood?
20       A   I'm sorry.  Ask that again?
21       Q   Can the court reporter read that back,
22  please?
23           REPORTER:  Sorry.  I didn't hear you
24  clearly, so maybe --
25       Q   Oh, let me try to ask the question again.

Page 93

1   Do you have a citation for the proposition that
2   puberty blockers and hormone therapy can result in a
3   permanent loss of capacity for breast feeding in
4   adulthood?
5        A   I would have to go back and check my
6   original notes when I composed this.  Again, this is
7   information that wasn't particularly, wasn't
8   particularly controversial, isn't particularly
9   controversial, so I would have -- but I don't expect
10  any trouble if I, to find one of them.
11       Q   Okay.  Going down to Subsection F on page
12  93.  That's entitled Elevated Risk of Parkinsonism
13  in Adult Females, but this is from surgical removal
14  of both ovaries, not puberty blockers or hormone
15  therapy, correct?
16       A   The sequence of events doesn't break
17  apart, it doesn't break apart quite so easily.  The
18  studies have pretty ubiquitously reported that each
19  stage of the transition of minors is associated with
20  a much higher likelihood of pursuing the subsequent
21  stages of medicalized transition, so in order to
22  assess properly the risk, potential risks and
23  benefits that anybody is undergoing, it requires a
24  simultaneous assessment of each of the steps as a
25  single, you know, coherent body of treatments

24 (Pages 90 - 93)

Page 94

1  because the outcomes of undergoing medicalized
2  transition, not all of the outcomes of undergoing
3  medicalized transition are apparent by examining
4  each individual stage in isolation from the others.
5      Q   But not all people who get puberty
6  blockers or hormone therapy go on to have surgery,
7  correct?
8      A   As I stated before, participating in any,
9  in any one step makes the next step much more
10  likely, but it's, it's rare for there ever to be a
11  situation in which somebody can make a reliable
12  conclusion about all or none of patients in a
13  situation like this.
14      Q   Would someone who has received puberty
15  blockers and hormone therapy who did not go on to
16  have surgery have this elevated risk of Parkinsonism
17  that you discuss in paragraph 2016 -- I mean 216?
18      A   There exists only a very small number of
19  studies examining the neurological implications of,
20  of transition.  One of the most recent ones included
21  in my supplemental, in my supplemental report, but
22  because as I say there exist so few studies, there
23  is no way to know.  Although some effects on brain
24  organization have been identified, as I say, we have
25  not yet been able to determine which ones become

Page 95

1  more likely, which ones become less likely or how
2  much in any of this research of what we're observing
3  in the animal studies where we do this will indeed
4  translate to the human studies, so, so we, so we
5  can't rule it out and I can't say -- we can neither
6  rule it in or rule it out.  We can only say that it
7  is a legitimate prediction and risk for which we
8  need continued research.
9      Q   But just to confirm, in paragraph 216
10  here, what you are asserting is that women who
11  undergo surgical removal of both ovaries have
12  substantially elevated odds of developing
13  Parkinsonism, correct?
14      A   That's a piece of the research that tells
15  us that it is reasonable to be making these kinds
16  of, these kinds of predictions and that it is indeed
17  very possible that this will be an outcome, so
18  before anybody can start informing a patient to say
19  that a treatment is safe or give them an estimate of
20  what the long-term risks are, we need to follow up
21  these potential risks that are being suggested by
22  other lines of research.
23      Q   Going down to paragraph 217, you reference
24  an independent review by the New York Times.  Was
25  that a systematic review of the literature?

Page 96

1      A   I would have to go and check to see if it
2  fulfilled each of the criteria.  As best as I was
3  able to determine, it included all of the relevant
4  research that I had in my own notes at the same
5  time, so it would be perfectly fair to call it
6  comprehensive.  I would have to take a closer look
7  at it if it fulfilled the other, other components of
8  what would constitute a systematic review.
9      Q   Do you know if the review itself was peer
10  reviewed before publication?
11      A   Not to the best of my knowledge, no.  As I
12  say, it was, because its contents were entirely
13  consistent with my own notes and I know that
14  literature thoroughly, I can, it wasn't difficult
15  for me to tell that all the relevant information was
16  contained within it.
17      Q   Going down to Subsection 8 on page 95 -- I
18  mean H, excuse me.  This is titled Short-Term/
19  Immediate Side Effects of Puberty Blockers Include
20  Sterile Abscesses, Leg Pain, Headache, Mood Swings
21  and Weight Gain.  However, there are no citations
22  for or mention of sterile abscesses or leg pain in
23  the subsequent paragraphs.  What's your basis for
24  including these symptoms in your section title?
25      MR. FRAMPTON:  Object to form.  Go ahead.

Page 97

1      A   They were amongst the descriptions I
2  believe within the Cass review itself.  I would have
3  to go back to double check, but as I say, these are,
4  these are not particularly controversial statements.
5      Q   Going down to paragraph 238 on page 101,
6  the last sentence.  And Andrew, it's showing up as
7  blank.  I don't know if it's still loading or -- but
8  Dr. Cantor, I know you have a copy.  Are you there?
9      A   Yes, I have the paper.
10      Q   Okay.  It says, the last sentence says,
11  "If years spent on puberty blockers in the hopes
12  that that will relieve distress distract from
13  systematic efforts to directly address
14  co-morbidities through psychotherapy and it diverts
15  the minors from treatment which exhibits substantial
16  evidence of effectiveness from improving mental
17  health and lacks the multiple and significant side
18  effects of puberty blockers."  Are you aware of any
19  studies that conclude that psychological treatment
20  alone is effective for treating gender dysphoria?
21      A   The evidence for it doesn't require that.
22  Clinical decisions are made on the basis of four
23  simultaneous components.  The primary one is the
24  risk to benefit ratio, and that is assessed in the
25  context of the other two, which are the presence of

25 (Pages 94 - 97)

James M. Cantor                                    May 2, 2024

1  alternatives and the reliability of, with which the
2  diagnosis and the other information can be made in
3  the first place. It is exactly because
4  psychotherapy has a much, much, much lower risk of
5  physical negative side effects that it becomes the
6  default, and interventions that have higher risk
7  profiles and the potential to cause harm, they need
8  to demonstrate that they are worth those risks.
9          As I mentioned earlier and as I
10  pointed out in my report, a great deal of the
11  outcome studies provided people with both the
12  medical interventions and with the psychotherapy at
13  the same time. Those studies are being cited as
14  demonstrating the benefit of the medical, of the
15  medical interventions, but, of course, the very same
16  study and the very same outcomes equally demonstrate
17  the effectiveness of psychotherapy, but because the
18  psychotherapy has a much lower risk profile, it
19  becomes the default until the physical interventions
20  can be demonstrated not to be equal, not to be
21  merely potential, but to have sufficiently reliable
22  information demonstrating its superiority, so that
23  is, again, that is the standard ubiquitous method of
24  research, of clinical research ethics.
25      Q   Can you point to any studies specifically

1  that conclude that psychological treatment alone is
2  effective for treating gender dysphoria?
3      A   I'm not testifying that it alone has been
4  demonstrated to be effective. The relevant, you
5  know, clinical question and the burden of proof is
6  that it remains the default because it is the least
7  risky of the available options, so until we have
8  evidence that the more risky options are superior,
9  it as I say remains the default.
10      Q   Turning to paragraph 246, that's on page
11  102.
12      A   Yes.
13      Q   This paragraph mentions that under the
14  Dutch approach, there's no social transition before
15  age twelve, correct?
16      A   Yes, that is correct.
17      Q   And that's the watchful waiting period?
18          MR. FRAMPTON:  Object to the form.
19      A   They didn't refer to it as that, but it
20  amounts to the same, to the same thing. They were,
21  they never contested and they agreed with the
22  conclusion that the large majority of the childhood
23  onset cases ceased to feel gender dysphoric over the
24  course of puberty.
25      Q   Okay. You refer to it as watchful

1  waiting, correct, in this paragraph?
2      A   I referred to it as that, recognizing how
3  that period is called currently in the literature,
4  but, of course, the Dutch studies, you know, were
5  published before that term was used.
6      Q   Would you agree that the Dutch approach
7  recommends this watchful waiting period for
8  prepubertal children, not adolescents?
9      A   The Dutch studies were published and
10  produced before there was, before the report of the
11  ROGD cases. A very central point in the treatment
12  for ROGD is that it does indeed represent a
13  completely separate phenomenon that differs in every
14  objective way available to us. That's one of the
15  errors that is being applied by many writers, is
16  that they're trying to apply the conclusions of the
17  Dutch study on a different population and a
18  different set of circumstances and to use that to
19  justify the treatment of people showing ROGD cluster
20  of variables, so not only did the Dutch study not
21  mean to apply that to the, to ROGD, they are pretty
22  explicit in saying it's a mistake to try to do so,
23  but there are very many people trying to do exactly
24  that, anyway.
25      Q   So I'm not sure you exactly answered my

1  question. Would you agree that the Dutch approach
2  recommends this watchful waiting period for
3  prepubertal children?
4      A   Although they didn't use that term, they
5  recommend that strategy, yes, for that clinical
6  population, yes.
7      Q   Okay. In paragraph 248 on page 104, you
8  assert that, "Clinicians in the United States
9  regularly ignore limitations on the use of hormones
10  and puberty blockers specified by the Dutch
11  protocol." What's your basis for the statement that
12  clinicians are regularly ignoring the limitations of
13  the Dutch protocol?
14      Q   The most obvious of them is the age 12,
15  the minimal age of age 12. Part of the Dutch
16  protocol was the awareness as I say of the large
17  majority of early onset cases, that is of the
18  childhood onset cases cease to feel gender, gender
19  dysphoric. That criterion that invites that
20  observation is being ignored by very many clinicians
21  today. That the Dutch protocol did not include
22  social transition, again, that's something that we,
23  that is being added by clinics today, even though
24  that makes their patients very different from the,
25  from the Dutch protocol.

26 (Pages 98 - 101)

James M. Cantor                                          May 2, 2024

Page 102

1        Within the Dutch protocol and its
2   initial description, they were very explicit in
3   saying that part of the advantage of waiting -- the
4   majority of their patients were biological boys --
5   is that it increases the potential success of any
6   subsequent surgery, specifically in vaginoplasty.
7   Vaginoplasty would typically use the skin that's
8   being taken from the penis which is being removed,
9   folded inside and use that skin sometimes with
10  stretching in order to form the inner lining of the
11  vaginal canal, but some pubertal growth of the penis
12  is required in order to have enough tissue to make
13  that surgery viable.
14       Many clinics today are starting
15  puberty blockers immediately upon any sign of
16  puberty, so the penis and genital anatomy is still
17  prepubertal and there isn't enough tissue or penile
18  skin left for the same procedure of the surgery, so
19  each of those are examples of having exaggerated or
20  overstepped or, you know, removing cautions that the
21  Dutch made explicit and essentially just ignoring
22  them.
23       Q   Have you personally observed any
24  clinicians ignoring the limitations of the Dutch
25  protocol?

Page 103

1        A   I don't -- I'm not sure how it's possible
2   to watch somebody ignoring something.  The only
3   possibility is, you know, a documentation of cases
4   for which it simply didn't happen.
5        Q   But your report does state here in
6   paragraph 248 that the limitations of the Dutch
7   protocol are regularly ignored by clinicians in the
8   U.S.?
9        A   Yes, that is correct.  For example, the
10  demonstration that children are being put on puberty
11  blockers before age 12 is to ignore the caution that
12  the Dutch protocol has, which is wait until, you
13  know, age 12, so I'm not sure what else would
14  constitute observing that to happen except to have
15  the documentation that it did happen.
16       Q   And just to go back to something you were
17  talking about a moment ago, the watchful waiting
18  period, is it your testimony that watchful waiting
19  only applies in cases of rapid onset gender
20  dysphoria?
21       MR. FRAMPTON:  Object to the form.
22       A   I think I'm saying the opposite.  The
23  purpose of the watchful waiting period was described
24  and has always been described as, as a factor in the
25  clinical treatment of the early onset cases.  It's

Page 104

1   because we have no equivalent research in any
2   direction about the adolescent onset or rapid onset
3   gender dysphoria cases, that we simply don't have
4   anything to go on.  It's one of the many unknowns.
5        Q   Okay.  Thank you.  So I'm actually at a
6   pretty good stopping point.  Hal, I don't know if
7   you want to take a lunch now, Dr. Cantor, how you're
8   feeling.  We could keep going.  It's really up to
9   you.
10       A   I can always eat.
11       Q   Okay.
12       MR. FRAMPTON:  Sounds like he's ready for
13  lunch.
14       Q   How much time do you want?  Does half an
15  hour sound okay, or do you want more time?
16       MR. FRAMPTON:  We can, we can try and
17  do --
18       Q   Want to say 45 minutes?
19       MR. FRAMPTON:  Yeah, I think we'll
20  probably just walk downstairs in the hotel
21  conference room we're at and get something
22  pretty quickly.  Let's shoot for 30, 45,
23  somewhere in there.
24       Q   Okay.  Why don't we plan to come back
25  around 12:45, and if you need a few more minutes,

Page 105

1   that's totally fine.  Does that sound okay?
2        MR. FRAMPTON:  Is that good with you,
3   Dr. Cantor?
4        A   I'm from New York.  I can eat fast.
5        MR. FRAMPTON:  All right.  We got it.
6        Q   Okay.  So we will go off the record and
7   plan to come back at 12:45.  Thank you.
8        (Lunch recess.)
9        (Exhibit 7 marked.)
10  BY MS. MONTAG:
11       Q   Dr. Cantor, I'm going to mark your
12  February 2, 2024, supplemental report as Exhibit 7.
13  This is up here on the screen.  I know you have a
14  copy.  Is this a copy of your report?
15       A   Yes, it seems to be.
16       Q   Okay.  Now earlier we briefly discussed
17  the Diaz 2023 study.  Do you recall that?
18       A   Yes.
19       Q   And in your supplemental report in a
20  footnote, and I'm looking at footnote 5 on page 14.
21  Let me know when you're there.
22       A   I'm there.
23       Q   Okay.  You note that Diaz 2023 was
24  re-published in the Journal of Open Inquiry in the
25  Behavior Sciences.  What type of journal is the

27 (Pages 102 - 105)

Page 106

1  Journal of Open Inquiry in the Behavioral Sciences?
2      A   I'm sorry.  Did you ask about its title
3  or --
4      Q   What type of journal is it?
5      A   Oh, it's also a peer reviewed journal, and
6  rather that being focused on sex research, it's
7  focused on topics which are relatively
8  controversial.
9      Q   So it's a peer view journal as that term
10  is commonly understood within the scientific
11  community?
12     A   I would have to check that to be sure.
13  That's my recollection when I looked at the time
14  that I got -- as I said, I only looked tangentially.
15  I only looked tangentially.  I'm not, I'm not, not
16  sure.  I would have to go back and check.
17     Q   Okay.  What entity publishes this journal,
18  if you know?
19     A   I don't recall.  I don't think I looked.
20     Q   Have you ever had an affiliation with this
21  journal?
22     A   No, I have not.
23     Q   Do you know when the journal was
24  established?
25     A   I don't recall.

Page 107

1      Q   Did you play any role in having Diaz 2023
2  re-published?
3      A   No, I did not.
4      Q   Would you consider this journal to be a
5  prominent scientific journal in your view?
6      A   I would have to look up the details, the
7  details behind it.  My assessment of the paper, of
8  course, was on the basis of the paper itself.  I
9  wasn't relying on the reputation of the journal in
10  order to tell me anything about the quality of the
11  information.
12     Q   Why did you not include in your
13  supplemental report the fact that the original Diaz
14  2023 article was retracted?
15     A   Didn't we -- again, the relevant part to
16  me was the content of the paper.  It was not my
17  interest and I never thought and still don't think
18  that the proceedings behind its publication were
19  relevant.  It's the content of the research itself
20  that was relevant, and I just assumed that my
21  indication of its re-publication and the update of
22  where it can be, where it could be found essentially
23  covered all the relevant information.
24     Q   Why was the Diaz 2023 article not revised
25  and re-published in the original journal, the

Page 108

1  Archives of Sexual Behavior, if you know?
2      A   I don't know.  You'd have to ask the
3  journal and the publisher, the original authors and
4  the, and the publishers.
5      Q   Okay.  Turning back to paragraphs 5 to 8,
6  and I'm on pages 2 to 3.
7      A   I'm there.
8          MR. FRAMPTON:  Sorry.  Are we in the
9  supplement?  Just want to make sure.
10     Q   Yes, we're in the supplemental report.
11         MR. FRAMPTON:  Okay.  Thank you.
12     Q   These paragraphs are summarizing a 2023
13  study on social transition by Morandini, correct?
14     A   I'm sorry.  Which paragraphs did you --
15  oh, paragraphs --
16     Q   I'm looking at paragraphs 5 to 8 on pages
17  2 to 3.
18     A   Yes, that is correct.
19         (Exhibit 8 marked.)
20  BY MS. MONTAG:
21     Q   Okay.  I'm marking the Morandini study as
22  Exhibit 8, and Andrew, that's doc 9.  Dr. Cantor,
23  just to confirm, this is the study you're
24  referencing in your report?
25     A   Yes, it is.

Page 109

1      Q   And this study examines social transition
2  only, correct?
3      A   That's, that's its topic, yes.
4      Q   It did not examine medical treatments for
5  gender dysphoria?
6      A   This specific one, no, not that I recall.
7  This team published that information separately.
8      Q   Are you aware whether SB-184 prohibits
9  social transition?
10     A   I don't recall that it, that it does.  The
11  relevant, its contents pertain, pertained to the
12  medical aspects of transition.  The relevance, of
13  course, of social transition is that it appears to
14  be associated with a greatly increased probability
15  of undergoing medicalized transition.
16     Q   The study examined the mental health of
17  the children and adolescents with gender dysphoria
18  at the time they were referred to the gender
19  identity development service; is that correct?
20     A   That's where they, they collected those
21  data, yes.
22     Q   Do you agree that the study found that
23  children and adolescents who had socially
24  transitioned and those who had not did not differ
25  with regard to mental health status in the short

Page 110

1  term?
2      A   That was the basic finding.
3      Q   Would you agree that the study did not
4  examine long-term mental health outcomes?
5      A   Yes, that is, that is correct.
6      Q   I'm going back to your supplemental
7  report, and I'm looking at page 9.  I'm sorry.
8  Paragraph 9 on page 3.  Starting at paragraph 9,
9  you're discussing two new studies, correct?
10     A   Yes.
11     Q   One by Glintborg and one by Kaltiala?
12     A   Yes, that is correct.
13         (Exhibit 9 marked.)
14  BY MS. MONTAG:
15     Q   I'm marking the Glintborg study as Exhibit
16  9, and that's doc 10, Andrew.  This study is
17  entitled Gender Affirming Treatment and Mental
18  Health Diagnoses in Danish Transgender Persons, a
19  Nationwide Register Based Cohort Study, correct?
20     A   Yes, that is correct.
21     Q   And this was an observational study?
22     A   Yes, that would be, that would be true.
23     Q   Okay.  How did the researchers measure
24  participants' mental health?
25     A   Let me check my recollection.  Is it

Page 111

1  possible for me to scroll through it from this side?
2      Q   Sure.  Let's go to page 342.  Oh, these
3  PDFs keep having some difficulties, so we'll need to
4  reload it.  Just a second.
5          MR. FRAMPTON:  I'm just checking to see if
6  I happen to have a paper copy of that one, but
7  I don't think I do.
8      Q   No worries.  Just give us one second.
9  Sorry for the delay.  Okay.  Looking at -- one more
10  page down, Andrew.  So 342 under discussion, you see
11  where it says, "In this register based study, we
12  investigated mental health outcomes from hospital
13  contacts and prescribed medications in Danish
14  transgender persons after contact with the National
15  Center of Gender Identity."  Does that refresh your
16  recollection?
17     A   Roughly, as it does my own report.  They
18  were using the hospital records and the national
19  data base.
20     Q   Is it correct that the researchers didn't
21  review medical files to see whether patients
22  reported improvement?
23     A   That's my recollection.  I would have to
24  look through the paper in more, in more detail, but,
25  of course, one of the aspects of conducting this

Page 112

1  kind of research is to have both -- is the
2  ascertainment and consideration both of the subject
3  of assessment of patients describing their own
4  situations and the objective data that's available
5  from their, from their medical records.  It would,
6  you know, be a great scientific error to elevate
7  subjective evidence to be more relevant than
8  objective evidence.
9      Q   Is it correct that the researchers didn't
10  survey the patients?
11     A   That's, to the best of my recollection,
12  yes, they used the medical records directly as their
13  source of information.
14     Q   In your experience, when a patient is
15  undergoing treatment for a condition and the
16  treatment appears to be working, is that an
17  indication that the treatment should be stopped?
18         MR. FRAMPTON:  Object to the form.  Go
19  ahead.
20     A   It's neither -- neither of those
21  conditions includes all the information necessary
22  for making such a decision, and there are a couple
23  of assumptions built into it.  For example, if
24  there's a, the assumption -- if the patient is
25  improving, the natural question is on what basis do

Page 113

1  we know that a patient is improving, and we still
2  have the usual important aspects of any medical
3  decision, what are the risks in continuing, so that
4  can be weighed against, you know, even if one takes
5  for argument that the benefits are, are
6  accumulating, there might in my hypothetical
7  example, some new risk might have been observed such
8  that ending the treatment despite the improvement is
9  worthwhile because of the newly identified risk.
10     Q   Do you agree that when a treatment appears
11  to be working, it's usually a good indication that
12  it should be continued?
13         MR. FRAMPTON:  Same objection.  Go ahead
14  and answer.
15     A   There's not enough information in -- no
16  global statement can be made in either direction.
17  Those are only two of, you know, several of the
18  components that need to go into making such a
19  decision.
20     Q   Well, for example, if a patient diagnosed
21  with depression is prescribed Prozac and their
22  depression appears to be improving, that alone would
23  not be an indication to simply stop the Prozac,
24  would it?
25     A   As I said, that's not enough information

James M. Cantor                                                    May 2, 2024

Page 114

1   for making a decision.  If the beneficial effect on
2   the depression were happening at the same time as
3   some negative effect also accumulating such as a
4   physiological reaction or if it's a different
5   medication being used in a patient who becomes
6   pregnant and it becomes a potential risk towards the
7   unborn child, then that would be a perfectly
8   legitimate reason to stop a treatment.  Just the
9   knowledge that benefits are accumulating, those are
10  not all the variables that are or should be used in
11  making such a decision.
12      Q   This study did not include that the
13  patients receiving gender affirming care were worse
14  than before treatment, correct?
15      MR. FRAMPTON:  Object to the form.
16      A   I would have to reread the study in order
17  to double check that, you know, all of the different
18  variables that they had to make sure that none of
19  the variables, such a situation was, was occurring.
20  In this particular paper, there have been, you know,
21  other reports indicating that there have been lower
22  functioning over the course of treatment in other
23  samples.  That's an example of one of those
24  situations that makes the ultimate conclusion when
25  considered together that this entire body of

Page 115

1   literature shows very inconsistent findings, so we
2   can't make any reliable predictions.
3       (Exhibit 10 marked.)
4   BY MS. MONTAG:
5       Q   I'm marking the Kaltiala study as Exhibit
6   10.  Andrew, this is doc 11.  The Kaltiala study is
7   entitled Have the Psychiatric Needs of People
8   Seeking Gender Reassignment Changed as Their Numbers
9   Increase?  A Registered Study in Finland, correct?
10      A   Yes, that is correct.
11      Q   And this was an observational study?
12      A   Yes, it was.
13      Q   The analysis compared those with and
14  without gender dysphoria?
15      A   I don't recall which control group they
16  used.  Just give me a moment to check my own report.
17  Okay.  And I'm sorry.  What was your question once
18  again?
19      Q   The analysis compared those with and
20  without gender dysphoria?
21      A   Not that I recall.
22      Q   What do you recall this study to be
23  evaluating?
24      A   Oh, there it is.  Okay.  Yes.  No, the
25  relevant part was the part that I put in my report

Page 116

1   was the comparison of people who did and did not
2   undergo reassignment.  The other questions that they
3   were investigating were changes in the demographics
4   of the group relative to the change in demographics
5   of the rest of the population.
6       Q   Do you agree this study was predominantly
7   of adults?
8       A   Yes and no.  Again, for an epidemiological
9   work, the analyses are done in what we call a
10  stratified manner.  They didn't indicate that the
11  average age was dropping, but, of course, the range
12  which constitutes adulthood is much longer than the
13  range which constitutes childhood, so in a
14  population based study, it's predominantly adults in
15  the sense that the population is predominantly
16  adults, but one would conduct, conduct a comparison,
17  you know, within a childhood age range or within an
18  adulthood age range.  One set of results would not
19  cancel out the other.
20      Q   You agree that this study found that the
21  number of psychiatric visits increased more among
22  those receiving medical treatment for gender
23  dysphoria than those who were not?
24      A   That's my recollection of it, yes.
25      Q   Is the number of psychiatric visits a

Page 117

1   measure to determine that medical treatment is
2   ineffective in treating gender dysphoria?
3       A   It's one of the potential indicators, yes.
4   Usually, with such a, an indicator which somebody
5   might legitimately call a warning flag, it
6   immediately indicates that the appropriate
7   investigators should start following that finding up
8   and looking with greater effort and detail.
9       Q   Do you agree that the researchers didn't
10  review medical files to see whether patients
11  reported improvement?
12      A   The data base that they used would not,
13  would not contain that kind of information.  It's
14  not possible to assess, and the authors were very
15  careful not to assert a conclusion beyond the data
16  that was available to them.  In each of these
17  questions, each of the many different ways there are
18  to illuminate a portion of a question is one facet
19  of it at a time and then at the systematic review
20  level or very often even at a narrative review level
21  accumulate each of the individual clues in order to
22  identify the overall pattern.  It's relatively
23  unusual for a single study to simultaneously both
24  identify, investigate and conclude amongst all of
25  the different possibilities what's going on,

30 (Pages 114 - 117)

Page 118

1 especially in such a complicated situation like
2 this.
3     Q   You would agree the researchers didn't
4 survey the patients?
5     A   I only have from the study what is
6 available within the study.  As I cite, this is a
7 team who's been investigating this set of issues for
8 many years and are continuing to investigate it
9 today, but this single report as I say is only one
10 aspect of the relevant question.
11    Q   Do you agree that the study did not
12 conclude that the patients receiving gender
13 affirming care were worse than before treatment?
14        MR. FRAMPTON:  Object to the form.
15    A   They identified as a, as I said, a warning
16 flag for which that is one legitimate possibility
17 and therefore merits the kind of follow-up with the
18 more complicated and studies that require more
19 resources.  They identified a warning as a health
20 care system should always be on the watch for, and
21 it suggests that we need to pay right -- pay closer
22 attention, which, again, is exactly the function of
23 such a system.
24    Q   Would you agree that if asked, the
25 patients who continued mental health treatment might

Page 119

1 have reported that their symptoms improved?
2     A   Well, once we're talking about what's
3 feasible in data that aren't fair, one can
4 hypothesize many, many different possibilities.
5 That's exactly what makes it important to follow up
6 such, such investigations.  Very much of all
7 research begins with indirect methods in order to
8 give us an idea of what the possibilities are and
9 then to follow up those possibilities one by one, so
10 it's possible that this warning flag is a false
11 alarm.  It's possible that the warning flag
12 indicates something, something more, more severe.
13    Q   Do you agree that continued receipt of
14 mental health services does not necessarily indicate
15 poor mental health?
16    A   Taken by itself, one can't make a
17 definitive conclusion.  It's one element of an
18 ongoing line of research.  Of course, when the
19 entire endeavor is to improve one's mental health,
20 the observation and the documentation that the
21 person actually is requiring more rather than less
22 mental health support is an immediate indicator that
23 we're not seeing a non-ambiguous success and that
24 it's legitimate to wonder if we're seeing success at
25 all and if we are bound by our clinical ethics in

Page 120

1 care for these people to make sure that we are not
2 inadvertently making the situation worse, so when
3 this, this single observation is put together with
4 all of the other observations and indicators of
5 potential worsening or failures of improvement
6 together with the known and established documented
7 risks, again, it is one component in a very, very
8 concerning pattern that we are not helping and we
9 are instead making, putting these people in less
10 rather than greater mental health.
11    Q   Do you agree that mental health treatment
12 often requires a long-term investment of time?
13    A   There do indeed exist such situations,
14 yes, of course, and it is against that when one is
15 assessing the potential success, effectiveness of
16 any treatment that we're evaluating the risks and
17 the benefits.  With medical interventions, of
18 course, many of the side effects are immediate and
19 others are long term.  When we see evidence that
20 somebody is worsening, it is exactly because we lack
21 long-term data that we need to be extremely cautious
22 in, in administering any such treatments and to be
23 extremely thorough in, in assessing its outcomes,
24 both short term and long term, so the evidence from
25 this study again demonstrating warnings suggests

Page 121

1 that we cannot quickly and easily and reflexively,
2 you know, administering these treatments except in
3 the most rigorous of research circumstances.
4     Q   Are you familiar with Dr. Kaltiala?
5     A   Yes, I am.
6     Q   Have you ever spoken with Dr. Kaltiala?
7     A   Only briefly.  We've met at a conference.
8 I'm only recalling one conference.
9     Q   What was the substance of the conversation
10 you had with Dr. Kaltiala; do you recall?
11    A   Oh, the content of the data that she was
12 presenting and the pattern of findings, the changes
13 within society that, that are, that are going on
14 that have enabled the current situation that we're
15 in, the polarization of many of society's comments,
16 which has made it more difficult to conduct high
17 quality science.
18    Q   Are you familiar with Dr. Kaltiala's views
19 regarding gender affirming care?
20    A   Well, her views have changed dramatically.
21 In fact, they've reversed over time.  She is one of
22 the prime examples and many would say role model for
23 someone who at the beginning took for granted what
24 was being discussed by many advocates as the, as
25 need to provide what was then being described and

James M. Cantor                                                    May 2, 2024

Page 122

1  perceived as benefits of early transition.  As she,
2  you know, is head of I think the, one of the --
3  there were two.  One of the two clinics in her
4  country where she, you know, interviewed a very,
5  very large portion of the patients, and she observed
6  and has made very, very explicit since that the
7  successes that were being described in public were
8  simply not what she was observing.  If anything, she
9  has widely discussed that she was observing that the
10  mental health of these youth was deteriorating, so
11  she, despite having been one of the founders in her
12  country to have established the availability of
13  transition for children, her review has reversed and
14  she is continuing to do, to document in whatever way
15  available what's going on, what might be done
16  instead and how we might better help these people to
17  improve.
18      Q   Turning back to your supplemental report,
19  this is Exhibit 7, doc 8, Andrew.  Looking at
20  paragraph 16 on page 5.
21      A   I'm there.
22      Q   Okay.  In this section, you're discussing
23  the McGregor study; is that right?
24      A   Yes.
25          (Exhibit 11 marked.)

Page 123

1  BY MS. MONTAG:
2      Q   All right.  I'm marking the next document
3  as Exhibit 11.  Andrew, that's doc 12.  Dr. Cantor,
4  do you agree this is a study comparing 40 youth who
5  received puberty blockers to 398 youth who did not?
6      A   That's my recollection of it, yes.
7      Q   And do you agree that the study found that
8  having puberty blocked was associated with lower
9  internalizing problems?
10      A   Not exactly.  That's how McGregor
11  interpreted and described his findings, but the
12  method that he used doesn't actually allow for that
13  conclusion.
14      Q   Okay.  Do you agree that McGregor found
15  that having puberty blocked was associated with
16  lower anxiety problems?
17      A   Again, I can't say that's what he found
18  despite how he might describe the patterns in, in
19  his data.  He used a retrospective method, you know,
20  starting after, for example, after the people who
21  dropped out of the research already dropped out, so
22  it's not possible under those conditions to have
23  found improvement.  We just see differences in
24  averages, which could also be attributable to again
25  one of the situations that I was describing before

Page 124

1  as one of the conditions in which improvement can be
2  mimicked.  That is if the people who found that they
3  were not qualified to receive hormones dropped out,
4  then the average of that group would look higher,
5  not because anybody improved but because the people
6  who were lower than average dropped out of the
7  study.
8          And so because the method that he
9  used contains these other factors that can mimic
10  success, one cannot legitimately claim that he found
11  improvement.  What he found was that, you know, the
12  two different groups differed in their average, but
13  from that one cannot, one cannot describe from that
14  that he found evidence of improvement.
15      Q   Does the fact that this is a retrospective
16  study mean that the study has no value?
17      A   I would hesitate to say that, either.  In
18  a study of this design, improvement is at least in
19  theory one of the possible interpretations of the
20  data.  It is because of the, it's because research
21  with this design provides ambiguous results, we
22  can't tell is this because of improvement among the
23  patients or one of these other factors that can
24  mimic improvement.  The value, or when properly
25  interpreted, the value of such a paper is to

Page 125

1  indicate because it's possible that there was a
2  genuine improvement, we would then go on to perform
3  the next most complicated, the next most
4  sophisticated kind of story -- study in order to try
5  to distinguish was this genuine improvement or was
6  this one of those tangential factors that only looks
7  like improvement.
8      Q   Turning back to your supplemental report,
9  in paragraph 18 on page 6.  Let me know when you're
10  there.
11      A   I'm there.
12      Q   Okay.  You're describing what you call a
13  flaw in the study by stating that they compared 40
14  children who sought and received puberty blockers
15  and are now seeking cross-sex hormone treatment,
16  i.e., children who assess, who were assessed and
17  passed the mental health screening with the roughly
18  400 adolescents seeking cross-sex hormones who had
19  not yet been screened for mental health at all.
20  When you say the 40 children assessed and passed the
21  mental health screening, what screening are you
22  referring to?
23      A   Essentially, the gatekeeping procedures
24  that that clinic used.  Depending on the clinic, the
25  exact criteria very often differ, but it is, again,

32 (Pages 122 - 125)

James M. Cantor                                    May 2, 2024

Page 126

1    within each of the clinical protocols for
2    transition, minors or adults, it indicates the need
3    for mental health assessments and for the ruling out
4    of other factors which in that case might be
5    mimicking gender dysphoria, or it would indicate
6    that the person does not have the capacity to, to
7    provide meaningful informed consent.
8            So the patients who were receiving
9    treatment were the people who underwent the mental
10   health assessment and were judged to be of
11   sufficient, for example, cognitive capacity and
12   awareness and other elements of mental, mental
13   health in order to receive the treatment.  The
14   people who did not receive the treatment had not yet
15   undergone that screen, so when one observes a
16   difference in average of levels of mental health
17   between these two groups, we once again can't tell
18   is it because of the treatment that they were
19   undergoing or because the people with the poorest
20   mental health were removed from the sample.  Well,
21   were removed from one sample but not the other
22   sample, so the difference in the averages are
23   because of the screening process, not because of the
24   treatment.
25       Q   Is a mental health screening discussed in

Page 127

1    this study?
2        A   I don't recall if they put it in the study
3    itself or if it was a general procedure of the
4    clinic, of the clinic in general and they didn't put
5    it in the, in the study.  Either way, it's, either
6    way, it's, it would be an error.
7        Q   Does the study say anywhere that the 398
8    adolescents who did not receive puberty blockers had
9    not received a mental health screening?
10       A   I don't recall the exact phrase that they
11   used.  Can you bring up the method section of that
12   one?
13       Q   Scroll down, Andrew.  He's going to have
14   to re-load it.  So there's the method section at the
15   bottom of the page.  Let us know when you want us to
16   scroll to the next page.
17       A   Go ahead.  Yes, that's essentially it.  In
18   the first paragraph, they indicate, you know, where
19   during the process that they received that
20   assessment and where it starts with measure that
21   indicate the primary measure they used for that
22   assessment, and they received that assessment, you
23   know, when they're being considered for preparation
24   for the actual intervention itself, with a
25   comparison group where people who were on the

Page 128

1    waiting list, which is, of course, not when they're
2    being assessed for readiness for that treatment.
3    That is, as I said, that's the usual procedure in
4    just about any one of these clinics, and their
5    description of it is exactly consistent with that.
6        Q   My question was does the study say
7    anywhere that the 398 adolescents who did not
8    receive puberty blockers had not received a mental
9    health screening.  Is there something you can point
10   to that states that?
11       A   I don't know what in how they described
12   could allow for any other interpretation.  That's
13   what makes the waitlist a waitlist.  They said that,
14   they say, they noted explicitly exactly when the
15   patients received that assessment, which is upon
16   their consideration for the next stage, one of them
17   being for the beginning of the puberty blockers and
18   the other one being for the beginning of the
19   cross-sex hormones.  The comparison group, their
20   comparison was specifically the people who had, were
21   by then receiving the puberty blockers, which comes
22   after the assessment for readiness for puberty
23   blockers and the comparison with the people who had
24   not yet, who were still on the, on the waiting list,
25   so there's, there is no other way to interpret those

Page 129

1    statements.
2        Q   Does the study say anywhere that the 398
3    adolescents had not received other mental health
4    support in their lifetimes?
5            MR. FRAMPTON:  Object to the form.  Go
6    ahead.
7        A   I don't see how they could know that.  As
8    I say, they were comparing people on the waitlist of
9    the assessment and the records keeping, including
10   the person's history of prior treatments.  That's
11   information that would be recorded upon the
12   assessment.  The people on a waiting list have not
13   yet been assessed.
14       Q   Would you agree that the study mentions
15   that all youth in the study may have greater
16   parental support than other transgender youth?
17       A   I'm sorry.  Where are you referring to?
18       Q   We can go to page 806, and this is just in
19   the first paragraph right at the top of the page if
20   you want to read it.
21       A   Yes, and what was your question again?
22       Q   Would you agree that the study mentions
23   that all youth in the study may have greater
24   parental support than other transgender youth?
25       A   I don't think they made a conclusion that

33 (Pages 126 - 129)

James M. Cantor                                                    May 2, 2024

Page 130

1  would, you know, allow anybody to say all because
2  they're offering, you know, potential confounds
3  essentially that might be interfering with the
4  simple interpretation of the data.  They're pointing
5  out, again, legitimately that differences in the
6  mental, in the mental health of their two groups is
7  not associated with a treatment but associated with
8  a different functioning and support that they have
9  from, from their parents.  That is indeed possible,
10  but they're not asserting that that's true.  They're
11  offering that as a potential interpretation for why
12  a difference in these averages were found, indeed, a
13  potential for why their own data does not, in fact,
14  show improvement.  It's just a reflection of the
15  different kinds of support they're receiving from
16  their families.
17      Q   Okay.  Turning back to your supplemental
18  report, paragraph 19.
19      A   Yes.
20      Q   You state another error is that the study
21  compared childhood onset gender dysphoria with
22  adolescent onset gender dysphoria; is that correct?
23      A   Yes, it is.
24      Q   Where in the study does it say that the 40
25  individuals who received puberty blockage had

Page 131

1  childhood onset gender dysphoria and the 398 who did
2  not had adolescent onset gender dysphoria?
3          MR. FRAMPTON:  Object to the form.
4      A   Well, the very nature of their error is
5  that they did not recognize that that pattern
6  being, being shown in their own data.  In my report
7  and in all of the research that it cites and just
8  about all of the research that's been published, the
9  objective, the differences between these two groups
10  include the differences almost by definition in
11  their ages, the prepubescent ages vs. the adolescent
12  age range.  The other primary objective difference
13  is in the sex ratio.  It's majority male in the
14  early onset cases but great majority female in the
15  adolescent onset cases.  In the section of their
16  report where they describe the demographics, they
17  indeed describe that one of the groups was much
18  larger proportion male and was of lower age.  That
19  is a direct indicator that they were comparing these
20  two different groups against, against each other
21  rather than comparing the same group but under
22  different treatment conditions.
23      Q   Isn't it possible that the 398 adolescents
24  who did not receive puberty blockers also had
25  childhood onset gender dysphoria?

Page 132

1      A   Is it possible?  Each of these are
2  possible, and the onus on any policy and on any
3  caregiver is before to embark bark on any study to
4  make sure that we are appropriately managing the
5  potential risks against the potential benefits.
6  When we're interpreting a research study, what we
7  need to do is what any scientist needs to do, is to
8  go through each of the possibilities and assess the
9  evidence that suggests either for or against each
10  of, each of those possibilities.
11          In the current circumstance, when
12  we're talking about medical interventions that have
13  substantial medical risks associated with them, we
14  need first to exclude all of the, all of the other
15  possibilities, and a terrible flaw in the McGregor
16  study is not only did they not assess the evidence
17  for and against each of these different
18  interpretations, they didn't indicate even noticing
19  that it was there.
20      Q   Dr. Cantor, would you agree that this
21  study does not state anywhere that it is comparing
22  youth with childhood onset gender dysphoria with
23  adolescent onset gender dysphoria?
24      A   Their failure to recognize that
25  possibility is as I say in my report one of its

Page 133

1  grave errors.
2      Q   But you agree that the study does not
3  state that anywhere?
4      A   I am faulting the study for failing to say
5  that.
6      Q   Okay.  Turning back to your report,
7  paragraph 36, page 13, I'm looking at the bottom of
8  page 13.  Are you there?
9      A   Yes.
10      Q   You're discussing Littman 2023, correct?
11      A   Yes, I am.
12      Q   And specifically, you're discussing a
13  finding that more than a third of respondents,
14  mostly female, reported that a majority of their
15  friends identified as transgender, correct?
16      A   Yes, that is correct.
17      Q   And in the last line of page 13, you
18  state, "In my opinion, this finding is entirely
19  inconsistent with claims that transgender identity
20  is innate and immutable like sexual orientation" --
21      A   I'm sorry.  Where are you reading from?
22      Q   So the bottom of page 13 and going to the
23  top of page 14.
24      A   And you're starting at what part of that
25  sentence?

34 (Pages 130 - 133)

James M. Cantor                                        May 2, 2024

Page 134

1    Q    The sentence that says in my opinion.
2    A    Oh, I see now, starting at the last line.
3    Okay.
4    Q    So let me just read it again.  It states,
5    "In my opinion, this finding is entirely
6    inconsistent with claims that transgender identity
7    is innate and immutable like sexual orientation
8    rather than influenced by social and psychological
9    factors."
10        (Exhibit 12 marked.)
11   BY MS. MONTAG:
12   Q    Dr. Cantor, I'm marking the next exhibit
13   or next document as Exhibit 12, and Andrew, this is
14   doc 13.  Dr. Cantor, do you recognize this
15   publication?
16   A    Yes, I do.
17   Q    This is a letter to the editor?
18   A    That is correct.
19   Q    And you're the author, correct?
20   A    Yes, I am.
21   Q    Okay.  If we could flip to the last
22   paragraph on page 864.  You wrote that, "Also
23   meriting emphasis is that although these data just
24   confirm that the heterosexual type has a feminized
25   brain pattern, the data nonetheless confirmed that

Page 135

1    heterosexual transsexuals have a brain structure
2    distinct from that of typical non-transsexual
3    persons.  Their gender identity is not a transient
4    or ephemeral characteristic but a likely innate and
5    immutable characteristic emerging from their
6    particular brain structure."  Did I read that
7    correctly?
8    A    Yes, that is correct.  In this paper, I
9    was talking, of course, about the two types of
10   gender dysphoria that had been identified at that
11   time, the early onset or childhood onset cases vs.
12   the adult onset cases.  This is now, you know,
13   several years before the explosion as I describe it
14   of this other type of case that had not previously
15   been identified.  It is that in a case which did not
16   appear to exist when I published this in 2011 but
17   now appears to be the large majority of people
18   appearing to clinics, even though they do not at all
19   resemble the better, the two better established -- I
20   should say two well established types that were
21   observed ahead of time.
22            So what I say here is exactly true
23   and it pertains to the two types that I describe in
24   that, that paragraph.  I did not write and did not
25   intend and, and it doesn't apply to this, to this

Page 136

1    third type.  To this more recently identified type,
2    they do not appear to have any, any physiological
3    correlates analogous to the first two.  It is
4    exactly because of that difference that we cannot
5    attribute the information we had about those two
6    types to this newly presenting type that only began
7    to appear in the social media age.  That is part of
8    what, what suggests the idea that it is a result of
9    social contagion brought about by social media in
10   the social media age.
11   Q    Is it your position that in 2011,
12   adolescents could not, did not recognize that they
13   were transgender?
14        MR. FRAMPTON:  Object to the form.
15   A    That's not what as we say is carving
16   nature at its joints.  The early onset cases which
17   among whom we first start observing differences,
18   they start as prepubescent children, they grow older
19   and they become adolescents, so an adolescent with
20   gender dysphoria is not the same thing as somebody
21   with adolescent onset gender dysphoria.  Similarly,
22   the late onset cases, the ones who typically come
23   into clinics well into adulthood, they in retrospect
24   realize and describe having had feelings of being
25   different when they were adolescents, even though

Page 137

1    there were no externally identifiable differences
2    among them while they were adolescents.
3    Q    Do you believe that adolescent onset
4    gender dysphoria was a condition that existed in
5    2011?
6    A    I can only know, of course, what's in the
7    evidence, and there was no evidence in 2011 -- we
8    had some evidence in 2011 that there was a
9    demographic shift in who was coming to clinics, but
10   we had not at that point yet observed the as I keep
11   saying explosion of cases where they are by far the
12   predominant type of case, and of course, the papers
13   that, the research that I was referring to in this
14   letter of mine then draws upon the taxonomic
15   research that was done all the way through that
16   point and had been conducted for several decades
17   preceding it.
18   Q    Turning back to this letter to the editor,
19   is it fair to say that you asserted that for at
20   least some transgender individuals, gender identity
21   is not a transient or ephemeral characteristic,
22   correct?
23   A    Again, that can't be said as a blanket
24   statement for everybody, for everybody with gender
25   dysphoria or people with, or for every gender

35 (Pages 134 - 137)

Page 138

1  identity that got labeled since then.  Part of the
2  entire problem is that almost beginning in 2011-2012
3  when this explosion and great change started that
4  now, people are labeling any of many different
5  things.  They're using the term gender identity, but
6  none of them is associated with the kind of, with
7  the level of rigorous evidence that was used that
8  led to the conclusion of there being two types, two
9  different phenomenon that can lead to gender
10  dysphoria ahead of time.
11     Q    And is it fair to say that in this letter,
12  you asserted that for at least some transgender
13  individuals, their gender identity was a likely
14  innate and immutable characteristic, correct?
15     A    Correct insofar as it refers to the two
16  specific types of gender identity that I keep
17  referring to in the paper.  That is the early onset
18  type and the late onset, onset type.  We had no
19  evidence that -- the adolescent onset type hadn't
20  been identified, recognized, researched.  We had no
21  information available to it.  I don't refer to it in
22  the paper, in this letter, and it would be an error
23  to generalize the evidence in support of what was
24  going on in these two different types that I'm
25  contrasting with a third type that really did not

Page 139

1  seem to exist at that time at all.
2     Q    Would you agree that at least for some
3  transgender people, gender identity is likely innate
4  and immutable?
5         MR. FRAMPTON:  Object to the form.
6     A    For some in the sense that I am talking,
7  if that one is continuing to talk about the two
8  types that I'm referring to in this letter, the
9  adult onset type and the, and the early onset type,
10  but as I say, it would be a mistake to generalize
11  that to the form, to the forms or the situations
12  that are being called other gender identities since
13  that time.
14     Q    So just to make sure I understand, is it
15  your position that for the early onset and adult
16  onset population, gender identity for at least some
17  of these people is likely innate and immutable?
18     A    Not exactly.  It's, it's not the gender
19  identity -- the piece, the nature of the association
20  is that the, the brain phenomenon that we're
21  observing in the early onset type is the type that's
22  associated with sexual orientation, with
23  homosexuality.  The brain patterns that we're
24  observing in the adult onset type appear to be
25  associated with gender dysphoria, specifically

Page 140

1  autogynephilia, so what we're observing in the brain
2  is evidence of the motivations that can, for
3  example, that lead some people to want to change
4  their sex physically, but we do not have evidence of
5  there being anything in the brain that
6  differentiates the people with this motivation and
7  then go on to change their bodies vs. experience
8  this motivation and decide not to change their
9  bodies.  That is, the what we're observing in the
10  brain that appears to be related to sexual
11  orientation or to experiencing a paraphilia, not the
12  gender dysphoria itself.
13     Q    I just want to make sure I understand,
14  because you say here in this letter to the editor,
15  you say you're talking about two populations,
16  childhood onset gender dysphoria and adult onset
17  gender dysphoria, and you state here in the last
18  sentence, "Their gender identity is not a transient
19  or ephemeral characteristic but a likely innate and
20  immutable characteristic emerging from their
21  particular brain structure."  So my question is,
22  were these two populations you say you're referring
23  to here, and we're not talking adolescent onset.
24     A    Yes.
25     Q    For the childhood onset and the adult

Page 141

1  onset, do you still agree with this statement or you
2  no longer agree with it?
3         MR. FRAMPTON:  Object to the form.
4     A    I agree with it in the sense that I'm
5  referring to the motivations that is leading the
6  person to potentially change their, change their
7  bodies.  That feeling of their attraction patterns,
8  whether it's (inaudible) philia or a sexual
9  orientation matter, that attraction pattern is not
10  going to change, or we have no evidence to suggest
11  that those motivations, those attractions will
12  change.
13     Q    Turning back to your report where you're
14  discussing Littman 2023, that study exclusively
15  relied on de-transitioner and self reports, correct?
16     A    That's my recollection, yes.
17     Q    Did you consider this paper to be the most
18  scientifically rigorous of the new studies regarding
19  de-transition; is that right?
20     A    I would reflexively hesitate to say the
21  most without putting some time and effort to check
22  to see if there's an exception, but the general
23  state of the research on de-transition is roughly at
24  this level, and Littman's studies of them are in
25  general, are in general the best among them, but I

36 (Pages 138 - 141)

Page 142

1  can't make a definitive statement or rule out the
2  possibility that there's an exception that I'm not
3  recalling.
4      Q    Okay.  Turning to Exhibit 7, your
5  supplemental report, if you could look at paragraph
6  34.
7      A    I'm there.
8      Q    You start this paragraph by stating, "The
9  most scientifically rigorous of these is Littman, et
10  al., 2023."  Is that right?
11     A    Yes, that's correct.
12     Q    So have you changed your position that the
13  most scientifically rigorous of these studies is
14  Littman 2023?
15         MR. FRAMPTON:  Object to the form.  Go
16  ahead.
17     A    I wouldn't say that I changed my mind.
18  I'm just aware that the research on this particular
19  aspect, especially in this particular field, is
20  evolving very, very quickly, so when I was writing
21  this, of course, I exactly as I described checked to
22  see what else was available.  I'm just acknowledging
23  that it is possible that somewhere in my reading
24  pile that there is another such study.
25     Q    Do you have other citations of studies

Page 143

1  that you would deem to be as equally scientifically
2  rigorous as Littman on this topic?
3      A    Roughly.  As I say, she uses measures that
4  are exactly appropriate to the questions that she's
5  asking.  She's sampling both in the best positions
6  to describe it, but in a very quickly moving,
7  especially in a controversial area, things move,
8  things move quickly.  I don't offhand recall a
9  substantial increase in, in methodology, but again,
10  I reflexively hesitate to make a definitive
11  statement without first checking.
12     Q    And just to clarify, my question was other
13  studies, studies other than Littman that you would
14  cite to that are of equal scientific rigor that have
15  come out since this study.
16     A    There have been similar such, there have
17  been -- I can't recall one offhand of this precise
18  topic, but again, I would have to just double check
19  and make sure that there isn't one that I'm either
20  not recalling or haven't gotten to reading yet.
21         (Exhibit 13 marked.)
22  BY MS. MONTAG:
23     Q    I'm marking the next document as Exhibit
24  13.  Andrew, that's doc 14.  Dr. Cantor, this is
25  Littman 2023; is that right?

Page 144

1      A    I'm just checking.  The usual editorial
2  process starts with -- it's the difference in years
3  that make me just want to make sure that it isn't a
4  different paper or if it's the same paper whose date
5  has changed when it went from on line availability
6  to in print availability.
7      Q    Sure.  And it says here published on line
8  December 1st, 2023.
9      A    As I say, that's the most logical part.
10  With the number of studies getting produced, I'm
11  just --
12     Q    Are you aware of another study that Lisa
13  Littman published in 2023?
14     A    Not offhand.  Oop, one second.  Ah, okay.
15  Yes, the same one.  I was checking.  It's called the
16  DOI, the digital object identifier, so that stays
17  the same even when the years change.  So yes,
18  they're the same study.
19     Q    Okay.  Always good to check.  Turning to
20  page 72, second column.  Wait for Andrew to scroll.
21  Just give him a second.
22     A    No sweat.
23     Q    Okay.  So page 72.  Okay.  So I'm looking
24  at the limitations discussion in the first -- second
25  column, first paragraph.  "The authors acknowledge

Page 145

1  that they cannot know whether our informants were
2  representative of de-transitioners and desisters
3  because recruitment was conducted via what they term
4  relevant internet sites and social media", correct?
5      A    Yes, that is correct.
6      Q    And the Littman 2023 authors acknowledge
7  that their design does not allow them to estimate
8  how common de-transition and desistance are,
9  correct?
10     A    Yes, that is indeed to the authors' credit
11  when conducting this kind of research to know what
12  can be learned from the study and what ought to be
13  learned from the study because their purpose in this
14  one is to identify the cluster of characteristics
15  that describe these people.  This again is not an
16  outcome study.  They are legitimately and correctly
17  identifying that it's because of factors like this
18  that a study like this needs to be followed up with
19  that much more advanced type of study afterwards.
20  The value of any particular study should never be
21  either overestimated or underestimated.
22     Q    And the Littman 2023 study does not
23  identify a cause or causes of gender dysphoria,
24  correct?
25     A    Correct.  They are very careful to make

37 (Pages 142 - 145)

James M. Cantor                                               May 2, 2024

Page 146

1  sure that that's, that nobody concludes that from
2  their study, and as I say, it's to the authors'
3  credit to, to identify what can be concluded and
4  what should not be concluded.  That doesn't by
5  itself mean the study is wrong.  It means this
6  merits further study because it is a definite
7  possibility.
8      Q   This paper was published in the Archives
9  of Sexual Behavior, correct?
10     A   That's correct.
11     Q   As a member of the editorial board of the
12 Archives of Sexual Behavior, did you play a role in
13 this article being published?
14     A   No, I did not.
15     Q   Turning back to your supplemental report
16 at paragraph 55, page 24.
17     A   I'm there.
18     Q   Okay.  You use the term irreversible
19 sterilization.  How do you define that term?
20     A   Not using any particularly technical
21 definition, I'm pointing out that amongst those
22 dangers when a prepubescent endocrine system is
23 exposed to cross-sex hormones, it virtually always
24 loses the capacity for to go back to where it was,
25 to go back to where it was and to produce fertile

Page 147

1  tissue with the current technology available.
2      Q   Okay.  And what is your basis for that?
3      A   Once again, that's not a particularly
4  controversial statement.  That's pretty standard in
5  endocrinological science.  That's been very well
6  known for a long time.
7          (Exhibit 14 marked.)
8  BY MS. MONTAG:
9      Q   Okay.  I'm marking the next document as
10 Exhibit 14.  Andrew, this is doc 15.  This is a copy
11 of Stolk, et al. 2023; is that right?
12     A   Yes, it is.
13     Q   In paragraph 58 of your report, you state
14 that, "Stolk, et al., recognized that cross-sex
15 hormone treatment beginning at Tanner stage two ends
16 the possibility of future fertility."  Where does
17 Stolk say this?
18         MR. FRAMPTON:  Object to the form.  Go
19 ahead.
20     A   I'd have to reread the article itself.  As
21 I say, that's not a particularly controversial
22 statement.  I'd have to go through, reread its lit
23 review to see exactly where it said that.
24     Q   You acknowledge that generally, puberty
25 blockers are prescribed at Tanner stage two, not

Page 148

1  cross-sex hormone treatments?
2      A   That is correct.  Typically, the cross-sex
3  hormones would begin somewhere between ages of 14
4  and 16.
5      Q   In paragraph 58 of your report,
6  supplemental report, you state that neither the
7  Stolk systematic review nor WPATH write any
8  indication of how effective fertility counseling can
9  be with, and "For example, a 10 year old or
10 prepubescent child making the irreversible decision
11 never to become a biological parent."  What's your
12 basis for the assertion that prepubescent children
13 are making an irreversible decision to never become
14 a biological parent?
15         MR. FRAMPTON:  Object to the form.  Go
16 ahead.
17     A   It's the combination of each individual
18 ubiquitous research papers indicating what's going
19 on at each stage of transition.  As I alluded to
20 earlier, even before this stage, it's the undergoing
21 of social transition is associated with a much, much
22 greater possibility of undergoing puberty blocking.
23 Similarly, undergoing puberty blocking is associated
24 with an extremely high rate of going on to the
25 cross-sex, cross-sex hormone treatment.  The stage

Page 149

1  at which the irreversibility occurs is when the
2  prepubescent gonadal tissue is exposed to the
3  cross-sex hormones.
4      Q   So is it your position that a prepubescent
5  child who has undergone social transition only is
6  making an irreversible decision never to become a
7  biological parent?
8      A   That's not exactly the situation.  While a
9  child is on puberty blocking medication, their body
10 remains prepubescent.  When they are at the age at
11 which cross-sex hormones are getting considered,
12 again, they would be, for example, somewhere around
13 age 14.  Now, a child already on puberty blockers is
14 at a prepubescent stage even though they're at age
15 14, which for an unblocked child would be towards
16 the end of puberty, so that child's brain which has
17 not yet been exposed to the pre-, to the hormones at
18 puberty because they're on the puberty blockers,
19 they have not yet experienced sexual arousal.  They
20 have not yet experienced sexual desire.  They have
21 not yet experienced the onset or the handling of
22 relatively adult level decisions.
23         It is a prepubescent brain and
24 therefore a prepubescent mind deciding whether to go
25 on to the cross-sex hormones, so it is then the

38 (Pages 146 - 149)

James M. Cantor                                                    May 2, 2024

Page 150

1  onset, or then the administration of those cross-sex
2  hormones which exposes that still prepubescent body
3  to the cross-sex hormones, which produces sterility,
4  which is irreversible.
5      Q   I just want to make sure I understand,
6  because you previously said, agreed that puberty
7  blockers are prescribed at Tanner stage two,
8  correct?
9      A   It can be as early as Tanner stage two.
10  There would be no point administering them earlier,
11  and there also exists patients who attend clinics
12  and do not begin puberty blockers at Tanner stages
13  three or four.
14      Q   Tanner stage two is an indication that
15  puberty has already begun, correct?
16      A   It is the very beginning of.  It is the
17  first signs of puberty.
18      Q   So when you said that prepubescent
19  children are receiving puberty blockers, isn't that
20  incorrect because they have at least entered Tanner
21  stage two?
22      MR. FRAMPTON:  Object to the form.
23      A   No.  Different tissues of the body, you
24  know, develop at different, at different rates.  You
25  know, the body does not, these are not dichotomous

Page 151

1  stages.  These are not discrete stages such that the
2  entire shift happens one day, one is prepubescent,
3  the next day one is pubescent, and stage itself
4  lasts for many months or over a year, so the, any
5  comparison when one has a gender dysphoric child for
6  whom one is planning to undergo puberty blocking,
7  one is watching for the very first signs of the
8  growth of pubic hair, fuzzy lip, whatever, voice
9  cracking, acne in someone, so one would typically
10  observe that at the very, very first stage of what
11  is a four- to six-year process, so by every, you
12  know, objective indicator we have, this body is as
13  prepubescent as a body can be but still for which
14  one is considering the puberty blockers.
15      Q   So would you consider an individual in
16  Tanner stage two to be prepubescent?
17      A   No, they would be showing the very, very
18  first signs of beginning puberty.
19      Q   Can you identify any medical practice
20  guidelines that recommends providing gender
21  affirming medical care to minors before puberty?
22      A   The existing guidelines generally don't
23  describe the interventions that do occur before
24  puberty as medical, but the, what counts as medical
25  becomes very ambiguous in these circumstances

Page 152

1  because so much of this really pertains to mental
2  health.  Social transition and the interventions
3  that go along with it are, becomes in an odd way
4  almost a turf battle.  If a psychologist or social
5  worker and a psychiatrist engage in the very, very
6  same interventions with a child, we would call it a
7  medical intervention when the psychiatrist is doing
8  it, but we would call it a non-medical intervention
9  when a social worker or psychologist does it, even
10  though the person were doing it, too, is the same
11  person and the thing being done is the same thing
12  because we know that the social transition is so
13  strongly associated with much more unambiguously
14  medical interventions, the hormone blockers,
15  cross-sex hormones, surgeries and so on.
16      Because they're so closely
17  associated, it is as I say much more ambiguous to
18  draw the line, you know, which ones of these counts
19  as medical vs. not.  Engaging in behaviors that, you
20  know, lead to and entail unambiguously medical
21  interventions again require the same ethical
22  considerations, require the same ethical
23  considerations as the medical interventions that
24  they are likely to lead to.
25      Q   Is it your testimony that social

Page 153

1  transition alone can constitute medical gender
2  affirming care?
3      MR. FRAMPTON:  Object to the form.
4      A   What I'm pointing out is that one can't
5  consider social transition alone to begin with
6  because it's pretty well established how closely
7  associated it is with the steps that follow it.
8      Q   Do you believe that children who take
9  puberty blockers for precocious puberty are making
10  an irreversible decision to never become a
11  biological parent?
12      A   No, the treatment for precocious puberty
13  doesn't include the cross-sex hormones, which is
14  what triggers the sterility.
15      Q   So puberty blockers in themselves do not
16  prevent someone from becoming a biological parent if
17  puberty blockers are stopped, correct?
18      A   Again, these treatments, it is not
19  legitimate to consider these treatments alone to
20  begin with because of the, because of the
21  associations between each step of the interventions
22  and its association with taking the next step of
23  these interventions.
24      Q   So is it your position that every
25  transgender adolescent on puberty blockers goes on

39 (Pages 150 - 153)

Page 154

1 to take cross-sex hormones without stopping in
2 between?
3    A   That is not my testimony, no.  As I say,
4 the associations are very, are very close and it is
5 the large, large majority of them, but I would
6 especially in mental health and behavioral health
7 hesitate to say all, but it is as I say the large,
8 large majority, and policy decisions need to be made
9 on that basis.
10    Q   The decision to take puberty blockers is
11 not in itself an irreversible decision to never
12 become a biological parent, correct?
13    A   I'm not saying that it was.  Again, the
14 step in the series of interventions at which, at
15 which the sterility happens is at the administration
16 of cross-sex hormones on the, on prepubescent, on
17 prepubescent anatomy.  The steps that happen before
18 that, again, all the indications are, are about
19 making that eventuality more and more likely.
20    Q   Okay.  Turning back to your supplemental
21 report, paragraph 62 on page 27.
22    A   I'm there.
23    Q   You state that, "When the evidence shows
24 that two treatments have potentially equivalent
25 effectiveness but that one clearly poses less risk

Page 155

1 such as with psychotherapy vs. medicalized
2 transition, then the recommendation is a strong
3 recommendation against the higher risk treatment",
4 and you're citing here Chong, et al.  Here you're
5 asserting that psychotherapy and medicalized
6 transition have potentially equivalent
7 effectiveness; is that right?
8    A   That is what the research shows, yes.
9    Q   And what's the basis for the assertion
10 that psychotherapy has potentially equivalent
11 effectiveness to gender affirming medical care?
12    A   That's the accumulation of all of the
13 relevant outcome studies.  In this particular case,
14 it's of the cohort studies, all of which I cited in
15 my report, demonstrating that the studies which
16 indicate an improvement in mental health are the
17 studies that gave both psychological treatment
18 together with the physiological treatments.  Because
19 these two were given at the same time, it is just as
20 possible that it was the psychotherapy as it was the
21 physiological treatments that were causing the
22 improvement.
23    Q   And what's the basis for the statement
24 that psychotherapy clearly poses less risk than
25 gender affirming medical care?

Page 156

1    A   Psychotherapy doesn't cause sterility.
2         (Exhibit 15 marked.)
3 BY MS. MONTAG:
4    Q   You go on to say that the WHO 2014
5 publication in paragraph 63 and preceding the
6 summary chart on page 28, so I'm marking that
7 publication as Exhibit 15, and Andrew, this is doc
8 16, so turning to page 172.
9         MR. FRAMPTON:  Coty, while he's doing
10    that, finish your line of questioning, do what
11    you need to do, but we're a little over an hour
12    now, so I think a break would be appropriate
13    when you reach a stopping place.
14    Q   Sure.  I have a few more minutes, and then
15 I'm happy to take a break.
16         MR. FRAMPTON:  Yeah, that's fine.
17    Q   Just give us one moment.  Okay.  Thank
18 you.  Okay.  So I'm looking at the second row of
19 this chart where the situation is uncertain benefit,
20 certain harm, and under type of recommendation, is
21 it correct that WHO says, "Strong recommendation
22 against the intervention", and then in parentheses,
23 "or in favor of a less harmful/costly comparator",
24 end parentheses?
25    A   Oh, uncertain benefit/type of

Page 157

1 recommendation.  Yes.
2    Q   Okay.  And then scrolling to the next
3 page, under type of situation, potential
4 catastrophic harm, under type of recommendation,
5 correct that WHO says, "Strong recommendation
6 against the intervention (or in favor of the less
7 harmful/less expensive comparator)"?
8    A   Yes, those entries are exactly what I'm
9 describing, that this is indeed, you know, a
10 demonstration that psychotherapy would be preferred,
11 the preferred method.
12    Q   Turning back to page 28 of your
13 supplemental report, this is a chart here.  You
14 frame these recommendations differently, correct?
15    A   I might have used different phrasing, but
16 this is the same, as I say, this is standard, these
17 are standard in the clinical ethics.
18    Q   So for the situations, I'm looking just at
19 uncertain benefits, certain harm, and then down to
20 potential catastrophic harm.  For both of those, you
21 state that the recommendation is, "Strong
22 recommendation against the more harmful/costly
23 option"; is that correct?
24    A   Yes, that is correct.
25    Q   And this chart is based on the WHO 2014

40 (Pages 154 - 157)

James M. Cantor                                                    May 2, 2024

Page 158

1  publication?
2      A   And yes, I picked that one because it's
3  one of the best known, but as I say, these are, this
4  is standard clinical ethics, and these, exactly as I
5  was describing, this is why if one applies to this
6  clinical decision that the usual clinical decision
7  would be strong recommendations against the medical
8  transition of these children until anybody can
9  establish that it's, the medical transition, you
10  know, provides benefits that makes it worth engaging
11  these risks and harms.
12      Q   But would you agree that the WHO
13  recommendation for these two categories is not
14  solely a strong recommendation against intervention?
15      A   I don't think I understand your question.
16      Q   Sure.  Let's go back to the WHO 2014, so
17  Exhibit 15, doc 16.  No, doc 16, Andrew.  And just
18  to look at it again, we can look at the potential
19  catastrophic harm here.  Just to confirm, this says
20  here under type of recommendation, "Strong
21  recommendation against the intervention or in favor
22  of the less harmful/less expensive comparator"?
23      A   Yes.  In this case, the potential
24  catastrophic harm would be lifetime sterility, and
25  when we have only very weak evidence, which is true

Page 159

1  with this case, then the typical course of action
2  would be a strong recommendation against the
3  intervention that would cause sterility or for the
4  intervention that lacks it, which would be
5  psychotherapy.
6      Q   And I just want to confirm that you framed
7  this differently in your report as just a strong
8  recommendation against intervention and you didn't
9  mention in favor of a less harmful or less expensive
10  comparator.
11      A   I don't see how that can be confused.  The
12  phrasing that I used was comparing options.  It's
13  already clear from the context what those two
14  options are, and I describe it as more and less, so
15  it's, you know, comparing the two.  I don't see,
16  again, I'm not seeing any kind of a difference, and
17  I'm also noting that I did not offer this or
18  describe this as a re-telling of what WHO said.  I
19  described the two different publications from which
20  this idea was presented and I summarized what each
21  of them are.  Had it been, had I thought it been
22  necessary, I could have, you know, just as easily
23  taken a clip and re-posted the exact WHO document.
24  As I say, I don't see a difference at all in the
25  meanings between these.

Page 160

1      Q   I'm at a good stopping point.  It's 2:14.
2  Should we come back at 2:25?
3          MR. FRAMPTON:  That's fine with me.
4      A   Sure.
5      Q   We can go off the record.
6          (Brief recess.)
7  BY MS. MONTAG:
8      Q   So turning to page 34 of your supplemental
9  report, it's Exhibit 7, doc 8.  Starting paragraph
10  78, Dr. Cantor, this is Subsection E.  Have any of
11  the papers that you cite in this subsection been
12  peer reviewed?
13      A   I'm just checking.  In this section, I'm
14  not -- this isn't a section where I'm offering peer
15  reviewed evidence.  In this section I'm describing
16  the opinions of various experts as, you know, as
17  they've been quoted in high end media sources.
18      Q   Understood.  I'm marking the Abbasi
19  publication that you reference in paragraph 82 --
20  that's page 35 -- as Exhibit 16, and Andrew, that's
21  doc 17 if you can pull it up.
22          (Exhibit 16 marked.)
23  BY MS. MONTAG:
24      Q   Dr. Cantor, this is a copy of Abbasi?
25      A   Yes, it is.

Page 161

1      Q   And this was published in the British
2  Medical Journal?
3      A   Yes, Abbasi is the editor in chief of it.
4      Q   Do you know whether this editorial was
5  peer reviewed before publication?
6      A   It is editorial in and of itself from the
7  journal editor in which he's expressing his opinion.
8  He is not, he is not offering and I'm not offering
9  it as peer reviewed evidence.
10      Q   Would you agree that Abbasi discusses the
11  need to prioritize research?
12      A   That is the basic tenor of what he's
13  reminding people of the need of.
14      Q   Did Abbasi call for the criminalization of
15  gender affirming medical care for minors in his
16  editorial?
17      A   I'd have to double check the extent of how
18  he put it in this particular document, but the --
19  one can't, you know, readily compare how the
20  American systems work with how the European systems
21  work, or I should say more broadly about how
22  medical, how health care is managed in countries
23  with national health care systems.
24      Q   Doesn't Abbasi characterize United States
25  state laws denying gender affirming care as

James M. Cantor                                              May 2, 2024

Page 162

1 draconian in this letter, or in this editorial?
2        MR. FRAMPTON:  Object to the form.
3     A   I'd have to reread it to see.
4     Q   Sure.  And that's in the last paragraph if
5 you want to read it.  And I'll read it aloud.
6 Abbasi says, "Taking this route is essential.  An
7 evidence void not only exposes people to
8 overtreatment but can also be used to deny people
9 the care they seek such as through the draconian
10 laws being introduced in some U.S. states."  And
11 then he cites an article, correct?
12    A   One second.  Just checking which it is
13 that he's citing.  Oh, I see it now, yes.  I'm
14 sorry.  What was your question again?
15    Q   I was just asking you to confirm the
16 sentence and that he cites an article there.  The
17 Alabama law at issue in this case is referenced in
18 that article he cites, correct?
19       MR. FRAMPTON:  Objection to the form.
20    A   I don't see him citing it -- I don't see a
21 reference to Alabama there --
22    Q   Sure.
23    A   -- as I --
24       (Exhibit 17 marked.)
25

Page 163

1 BY MS. MONTAG:
2     Q   Looking at footnote 6, and I'm going to
3 mark the next document as Exhibit 17.
4     A   Yes.
5     Q   Okay.  So this is the article, do you
6 agree this is the article cited by Abbasi in
7 footnote 6?  And we can --
8     A   Yes, it is.  I can tell by the page
9 numbers.
10    Q   Okay.  And just looking down to the fifth
11 paragraph, would you agree it states, "Alabama,
12 Arkansas, South Dakota and Utah have also passed
13 laws banning the provision of treatments for gender
14 dysphoria", correct?
15    A   He lists it among them, but as I say, it's
16 very difficult to compare on a head to head basis,
17 you know, how the American system manages health
18 care vs. how nationalized health care systems manage
19 them.  It is because within, including jurisdictions
20 in Canada, within public health care systems, their
21 relatively fine and nuanced system of controls can
22 be, can be done.  The American system depends on
23 the, what amount to volunteer actions of
24 professional guilds themselves.  In the U.S.,
25 because they have failed to engage in the kinds of

Page 164

1 procedures which even their own institutions
2 recommend should be done, it is left with, you know,
3 relatively crude strategies of legislatures making
4 broad, broad statements.  The point of what the
5 editor was saying, of what the editor is pointing
6 out is that what is the need for medical
7 associations to have done what they failed to do in
8 this case and produce guidelines that are evidence
9 based.
10    Q   But I'm just asking you to confirm that
11 Abbasi refers to U.S. laws like the law in this case
12 as draconian in his editorial; is that correct?
13    A   Well, my oath was to tell the whole truth,
14 and to understand that statement requires the
15 context in which he very clearly intended it.  I'm
16 sorry.  I'm getting a low battery signal, which I
17 don't understand since we're plugged in.
18    Q   Do we need to go off the record?
19       MR. FRAMPTON:  Let's go off real quick.
20       (Brief recess.)
21 BY MS. MONTAG:
22    Q   So Andrew, can you turn back to Exhibit
23 16, which is doc 17?  So Dr. Cantor, I'm asking a
24 very simple question.  I'm not asking about the
25 differences between U.K. and U.S. law.  I'm just

Page 165

1 asking you to confirm that Abbasi states here that,
2 references that laws being introduced in some U.S.
3 states, he characterizes them as draconian.  Would
4 you agree with that?
5     A   The meaning of that sentence cannot be
6 understood accurately without that context.
7     Q   Okay.  And I'm also asking you to confirm
8 that in footnote 6 which we have introduced, he
9 cites an article that we have introduced as Exhibit
10 17, and in Exhibit 17, the Alabama law at issue in
11 this case is referenced.  Do you agree?
12    A   It's, the Alabama law is referenced in
13 that, and as I say, the context in which the editor
14 made his comments is within the, what happens when
15 the medical associations fail to engage in the very
16 evidence based medicine procedures that they
17 themselves advocate for.
18    Q   Okay.  Turning back to your supplemental
19 report, in paragraph 90, page 39.  You note that
20 Dr. Turban published a correction to his article
21 Access to Gender Affirming Hormones During
22 Adolescence and Mental Health Outcomes Among
23 Transgender Adults.  Did those corrections change
24 the conclusions in the article?
25    A   They didn't change his descriptions of

42 (Pages 162 - 165)

Page 166

1  them.  It evidences the poor quality analyses in
2  which, that went into it and therefore how reliable
3  those conclusions should be, should be considered.
4        (Exhibit 18 marked.)
5  BY MS. MONTAG:
6    Q   Okay.  I'm marking the next document as
7  Exhibit 18.  Andrew, this is doc 19.  Going to the
8  second sentence here, it states, "A second and
9  independent member of the Plus One editorial board
10 has re-evaluated the manuscript and reviews and has
11 confirmed that the article is scientifically sound
12 and meets Plus One's publication criteria."  Is that
13 correct?
14   A   That's what Turban is describing, you
15 know, as he describes his own version of the events
16 that --
17   Q   He's describing here what the editorial
18 board found, correct?
19   A   Yes, that is correct.  This is not a
20 statement of the editorial board itself.
21   Q   And further, the second sentence from the
22 bottom states, "These errors do not affect the
23 results of the primary analyses or conclusions
24 reported in the article", correct?
25   A   I'm not seeing the bottom of the page.

Page 167

1    Q   And I can read that again.  It's the third
2  sentence from the bottom.  "These errors do not
3  affect the results of the primary analyses or
4  conclusions reported in the article."
5    A   That is again, you know, Turban's
6  discussion of, Turban's description of, own version
7  of the events, not, not the reflection of the
8  editors.
9    Q   And the last sentence on that first page
10 states, "A member of Plus One's editorial board
11 confirmed that the new results support the results
12 and conclusions of the published article."  Is that
13 correct?
14   A   That's Turban's description of the, of the
15 events, yes.
16   Q   And do you have any reason to believe that
17 Dr. Turban's descriptions of the events are
18 inaccurate?
19   A   I think it's more accurate to say
20 incomplete, which of the analyses are the primary
21 ones and which of the changes are meaningful changes
22 or not.  Depends on the information one is trying to
23 glean from the article to begin with.
24       (Exhibit 19 marked.)
25

Page 168

1  BY MS. MONTAG:
2    Q   Let's move on.  I'm marking Appendix A of
3  your supplemental report as Exhibit 19.  This is doc
4  20.  I recognize that the appendix references
5  confidential material subject to the protective
6  order in this case, and so we can designate any
7  portions of the transcript as confidential as
8  needed.
9    A   I understand.
10   Q   Dr. Cantor, do you claim to be an expert
11 on WPATH?
12       MR. FRAMPTON:  Objection to the form.
13   A   I'm not quite sure what that might mean.
14 I'm an expert in the material that it uses, that it
15 adopts, the processes that it's supposed to engage
16 in and all of the topics in which it, it acts.  I
17 have known of its actions and, you know, very many
18 of the people within it for very many years, many of
19 its leaders.  I can't imagine -- I would have -- to
20 the extent that it's meaningful to say that somebody
21 can be deemed an expert on such a topic at all, it's
22 difficult to think of many people who would have,
23 who would be more legitimately said to be one, but
24 WPATH itself is not a field of research to itself.
25   Q   Are you a member of WPATH?

Page 169

1    A   No, I am not.
2    Q   Have you ever been a member of WPATH?
3    A   No, I have not.
4    Q   Did you participate in the development of
5  SOC-8?
6    A   No, I did not.  Being a participant in it
7  would be a conflict of interest in trying to
8  evaluate it.
9    Q   What about SOC-7?
10   A   Same.
11   Q   Did you provide any comments as part of
12 WPATH's development of SOC-8?
13   A   Provide any comments in public?
14   Q   Correct.
15   A   I don't recall any that are published, I
16 don't recall publishing any in any formal area.  I
17 don't recall posting any in any discussion groups of
18 other sex researchers.  It's possible that I would
19 have tweeted a comment or, a comment relevant to it
20 or about a particular aspect of it on Twitter, but
21 if I did, it would have been limited to some
22 tangential comment.  I never tried composing any
23 kind of broad evaluation in a formal context that I
24 recall, but as I say, it's, I make many comments
25 about many documents as they're, as they're



Page 170

1   published.  I don't have a specific recollection of
2   doing so for this specific document.
3       Q   Did you provide any comments as part of
4   WPATH's development of SOC-7?
5           MR. FRAMPTON:  Object to the form.
6       A   That's the same.  I might have referred to
7   it or to some aspect of it, you know, in the context
8   of discussing, you know, some other point in which
9   it made a claim, but I don't recall, I don't believe
10  I made any kind of effort to evaluate, to evaluate
11  the document itself analogous to the analysis and
12  fact check I did of the AAP's policy.
13      Q   Do you know the identities of the members
14  of the guideline development group for SOC-8?
15      A   I'm sorry.  What about them?
16      Q   Do you know the identities of the members
17  of the guideline development group for SOC-8?
18      A   I've run through the list of authors at
19  one point.  Some of the names were familiar to me,
20  you know, due to their other writings and
21  activities.

Page 172

20          MR. FRAMPTON:  Objection to the form.

Page 171

5       A   No.

8       A   Oh, correct.

Page 173



**Page 174**

3      MR. FRAMPTON:  Objection to the form.

7    Q   Dr. Cantor, do you work for the U.S.
8  Department of Health & Human Services, HHS?
9    A   No, I do not.
10   Q   Have you ever been employed by HHS?
11   A   No, I have not.
12   Q   Do you know Admiral Rachel Levine?
13   A   No, I do not.
14   Q   Have you ever spoken with Admiral Levine?
15   A   Not that I know of, no.
16   Q   Have you ever participated in
17  conversations between WPATH and HHS employees?
18   A   No, not that I can think of.

23   Q   Have you ever observed conversations
24  between WPATH and HHS employees?

**Page 175**

3    Q   But you've never observed any such
4  conversations?
5    A   No.

**Page 176**

**Page 177**

16      (Exhibit 20 marked.)
17  BY MS. MONTAG:
18   Q   Okay.  I'm marking the next document as
19  Exhibit 20, and Andrew, that's doc 21.  And just to
20  scroll to the bottom to confirm, this
21                          , correct?
22   A   Yes, that's how that's labeled.
23   Q   Okay.

45 (Pages 174 - 177)



Page 178

8   A   It didn't strike me as pertinent, no.

24   A   I'm sorry.  Ask that again.

Page 179

4        MR. FRAMPTON:  Object to the form.

22        MR. FRAMPTON:  Object to the form.

Page 180

9        MR. FRAMPTON:  Object to the form.  You
10   can answer.

Page 181

3    Q   Dr. Cantor, are you an expert on conflicts
4   of interest?
5        MR. FRAMPTON:  Objection to the form.
6    A   Within the context of engaging in, in
7   science, publishing the science and evaluating
8   scientific, scientific projects.
9    Q   And what qualifies you to be an expert on
10   conflicts of interest?
11   A   I have an enormous amount of training and
12   experience in doing exactly that.  My roles, you
13   know, as professor, as general manuscript reviewer,
14   as editor in chief of a journal, review boards for
15   proposals for research projects, part and parcel of
16   each of those is to evaluate all of the aspects of a
17   research project, which include the research ethics
18   and the conflict of interest that are involved in
19   pursuing, pursuing a project.
20   Q   What specific training have you received
21   on conflicts of interest?
22   A   That's pretty much a standard part of the
23   research training within my Ph.D program.  It's
24   integrated into, you know, a large portion of the
25   course work that we undergo.  It was integrated both



Page 182

1  formally and informally within research
2  apprenticeship programs, and it is a continuing
3  portion integrated into continuing education
4  projects through, you know, professional
5  associations of different types as well as in-house
6  trainings in the various associations and various
7  institutions I've been part of.
8      Q   Okay.  Turning back to Appendix A, at
9  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10     A   I'm there.
11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13     A   Yes, I am.
14     Q   And then scrolling to the next page, you
15  write that, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23     Q   Are you aware of any clinical practice
24  guideline that requires ▮▮▮▮▮▮▮▮▮
25     A   Yes, all of them.  As I say, that is a

Page 183

1  standard part of the, of the clinical guideline
2  procedures that is contained within the guidelines
3  for writing clinical guidelines.  It's neither
4  controversial.  It's ubiquitous.
5          (Exhibit 21 marked.)
6  BY MS. MONTAG:
7      Q   Let's mark the next document as Exhibit
8  21.  Andrew, this is doc 22.  Okay.  And this
9  document is marked ▮▮▮▮▮▮▮▮  Dr. Cantor,
10  do you agree this is a copy of the ▮▮▮▮▮
11  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  And Andrew, maybe
12  scroll up so he can see the top.
13     A   It was the second page I was looking for,
14  please.  Yes, this looks like it.
15     Q   Okay.  ▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25     Q   All right.  So let's go through them.

Page 184

(text redacted)

14     A   Correct.

23     A   Yes.
24     Q   Okay.

Page 185

2      A   Correct.

19         MR. FRAMPTON:  Objection to the form.  Go
20  ahead.

23     Q   Sure.

James M. Cantor                                                May 2, 2024

Page 186

1     MR. FRAMPTON:  Same objection.  Go ahead
2  and answer.

6    Q   Yes.
7     MR. FRAMPTON:  Same objection.  Go ahead.

11   Q   Okay.

14     MR. FRAMPTON:  Object to the form.

24   Q   Okay.

Page 187

2     MR. FRAMPTON:  Objection to the form.

9    Q   Is it your opinion that anyone who is
10 compensated for performing the work covered by a
11 clinical practice guideline cannot participate in
12 the development of that guideline?
13    MR. FRAMPTON:  Objection to the form.  Go
14 ahead.
15   A   The conflict of interest guidelines
16 provided by the major associations indicate that's a
17 conflict of interest to which the leaders of the
18 development team need to be made aware, and then
19 it's the levels of conflict and the means that they
20 use in order to ensure that, to manage those
21 conflicts and make sure that there is neither a
22 reality nor perception of those conflicts having
23 influenced the final result, the final set of
24 guidelines.  That is as I say non-controversial, and
25 that is a part of, you know, all the major

Page 188

1  guidelines for establishing guidelines.
2    Q   Does that apply only to clinical practice
3  guidelines involving gender affirming care?
4    A   No.  That is ubiquitous throughout
5  clinical care, especially medical clinical care.
6    Q   So just to make sure I understand, your
7  position would be that an oncologist could not
8  participate in the development of a clinical
9  practice guideline on the treatment of cancer?
10     MR. FRAMPTON:  Objection to the form.
11   A   No, that's not what I said.  It's that
12 such conflicts need to be alerted, need to be
13 flagged for the leaders of, of the project
14 itself and managed appropriately.  There are, you
15 know, many, many documents discussing this quite in,
16 quite in detail.  It's the typical strategies for
17 managing that conflict of interest or for such
18 people to be able to provide input through adviser
19 roles, for example, but not be voting members of the
20 committee itself.  Usually, it's a matter of a
21 committee availing themselves of the, for the input
22 of such people to be available but for there not to
23 have the power or authority to make the final, final
24 decisions.
25   Q   Let's move on.  I'm marking the next

Page 189

1  document as Exhibit 22.  This is doc 23, Andrew.
2       (Exhibit 22 marked.)
3  BY MS. MONTAG:
4    Q   Dr. Cantor, this is a copy of the final
5  report of the Cass review?
6    A   I recognize the cover page.
7    Q   And this was just published on April 9th,
8  2024?
9    A   I'd have to check the date, but that
10 sounds approximately true.
11   Q   Who is the lead author of this report?
12   A   Hilary Cass.
13   Q   Isn't it true that the Cass review leaves
14 open the possibility that medical interventions for
15 gender dysphoria are appropriate in some
16 circumstances?
17   A   Leaves open the possibility?  Yes, of
18 course.  In the situation where we have so many
19 unknowns, we can't make definitive statements in any
20 direction.
21   Q   Okay.  I'd like to direct you to page 30.
22 Oh, we lost Andrew.  If we could go to page 30,
23 paragraph 63.  Okay.  So it says here, "There should
24 be a tiered approach to any intervention package
25 which", and then going to the third bullet,



48 (Pages 186 - 189)

Page 190

1  "co-develops a plan for addressing the gender issues
2  which may involve any combination of social,
3  psychological and physical interventions." Do you
4  understand physical interventions to include
5  cross-sex hormones and puberty blockers?
6       MR. FRAMPTON: Objection to the form.
7    A   No, that would not, no, that would not be
8  true. The eventual set of recommendations which are
9  available in other parts of the document restrict
10  the puberty blockers themselves to to, to research
11  protocols. The cross-sex hormones were recommended
12  available at age 18, and Dr. Cass emphasized several
13  times that although exceptions can be possible as
14  early as age 16, such things should be done with
15  extreme caution.
16      Q   So what do you understand the physical
17  interventions to mean here?
18      MR. FRAMPTON: He can answer the question.
19  I'm going to ask if we're going to -- this is a
20  big document. If we're going to use it, can I
21  give him a paper copy?
22  Q   Sure. Absolutely.
23  A   Thank you.
24      MR. FRAMPTON: That just might make it
25  easier.

Page 191

1    Q   Of course. Thank you.
2    A   We're at page -- in this context, she
3  wasn't -- she was expressing a general philosophy
4  regardless of what was contained within the, within
5  the physical interventions, within the physical
6  interventions.
7    Q   But what do you understand physical
8  interventions to mean here?
9    A   Again, I think she was offering a general
10  principle or she was remarking on the general
11  principle that the appropriate line of action is to
12  use the lower, less risky interventions before the
13  more risky interventions because mental health
14  services and psychotherapy are -- I would have
15  trouble thinking of an exception of lesser risk than
16  any physical intervention, that the
17  psychotherapeutic ones be exhausted first. It is
18  because she was restricting puberty blockers to
19  research programs, a legitimate interpretation would
20  be that she was not including that in this
21  particular statement and so was referring to, you
22  know, cross-sex hormones or potential surgery, but
23  before any of the logical points, she was explicit,
24  you know, any intervention package, so I can't say
25  that it's my understanding to be any particular one

Page 192

1  after she's made explicit that it is not for any
2  particular one.
3    Q   Okay. And I think you just stated this,
4  but just to confirm, isn't it true according to NHS
5  England, puberty blockers are still available in the
6  context of a research protocol?
7    A   They have left room for that, for that to
8  happen, but there does not at this moment exist such
9  a research protocol.
10      Q   Let's turn to page 43.
11      A   I'm there.
12      Q   I'm looking at paragraph 160, and I just
13  want to confirm that it states here, "In the case of
14  puberty blockers, NHS England has set out that these
15  will only be available under a research protocol";
16  is that right?
17      A   Yes, that's a reflection of the
18  restriction, of that restriction, yes.
19      Q   Does the Cass review at any point state
20  that gender affirming medical care for minors should
21  be criminally banned in the United Kingdom?
22      MR. FRAMPTON: Object to the form.
23      A   As I said before, one can't readily
24  compare the administration of the health care
25  system, of a nationalized health care system with,

Page 193

1  with what the U.S. does. It's exactly because in a
2  national health care system or public health care
3  system, the tools available to them are very
4  different than the tools available within, within
5  the U.S.
6    Q   And just to clarify, I'm not asking you to
7  compare the U.S. to the United Kingdom. The United
8  Kingdom has criminal laws, correct?
9       MR. FRAMPTON: Objection to the form.
10      A   Yes, it does.
11      Q   And the Cass review does not at any point
12  state that gender affirming medical care for minors
13  should be criminally banned in the United Kingdom;
14  is that right?
15      MR. FRAMPTON: Objection. Go ahead.
16      A   Again, within the context of this
17  particular case, that comparison would be
18  misleading. The times at which such a tool would be
19  used is a selection among the various tools that the
20  leaders of any democracy would employ. It is the
21  U.S. lack of a, of a public health care system
22  analogous, you know, to most other western countries
23  that make the actions of the governments and the
24  needs of the governments to protect its people
25  completely different. I'm not advocating for any

James M. Cantor                                          May 2, 2024

1    particular policy or system.  I can only describe
2    the science indicating what might be a greater or
3    lesser risk vs. benefit for any of the patients.
4    How any leaders or institutions make that possible
5    is up to that particular government and
6    jurisdiction.
7        Q    So I don't want to keep pressing the
8    point, Dr. Cantor, but I do need an answer to the
9    question.  My question is, does the Cass review at
10   any point state that gender affirming medical care
11   for minors should be criminally banned in the United
12   Kingdom?
13       MR. FRAMPTON:  Objection to the form.
14       A    I don't know how else to answer that
15   question without the context in which that such a
16   statement or absence of such a statement would be
17   made.  One can't understand that without, without
18   understanding why a selection of a particular means
19   of engaging in a policy is made without considering
20   what the alternatives to that policy would be.
21       Q    So putting aside the context, is your
22   answer no?
23       MR. FRAMPTON:  Objection.
24       A    It's I cannot answer that the whole, I
25   cannot provide the whole truth without that context.

1        Q    The Cass review does not call for criminal
2    penalties for parents who help their children
3    receive gender affirming medical care, correct?
4        A    I can really only say the same thing.
5    Engaging in that policy is part of how any
6    government enforces any of its, any of its policies.
7    I can only offer testimony on the science itself,
8    what it indicates and the potential risks or
9    benefits of having vs. not having.  How that policy
10   is enacted is as I say up to the jurisdictions and
11   the leaders of that area.
12       Q    Sure.  And again, just to clarify, I'm
13   just asking you to confirm that the Cass review does
14   not call for these criminal penalties.  Do you
15   agree?
16       A    I can't answer that question the same as
17   before.  I can't answer that question without the
18   context in which that decision among the possible
19   means of enacting the policy would be, would be
20   picked.
21       Q    Are you aware of any reference in the Cass
22   review to criminal penalties?
23       A    Because the national health care system is
24   capable of instituting a policy without doing so, I
25   can't imagine what purpose it would serve.

1        Q    Is that a no?
2        A    I don't think what I said can be fairly
3    represented as a no as that would remove the context
4    required to understand my answer.
5        Q    Sure.  And my question again is just very
6    simple.  Are there any references to criminal
7    penalties in the Cass review?
8        A    Because the situation is not simple, a
9    complete and informative answer can't be either yes
10   or no.  Understanding the situation appropriately
11   requires the context in which such selections and
12   decisions are made.
13       Q    Okay.  Let me ask one more question.  Is
14   there any text in the Cass review that you're aware
15   of -- and I'm just referring to the text -- that
16   references criminal penalties?
17       A    The same as before.  Given the tool, given
18   the tools that are available to the NHS, I can't
19   imagine a situation that would require it.
20       Q    Would you agree that Dr. Cass actually
21   encourages participation in research studies
22   involving gender affirming care?
23       A    I'd have to reread and check it.  She is,
24   of course, quite -- she very appropriately indicates
25   repeatedly, you know, that it is important for such

1    research to be conducted, so she encourages the
2    producers of the research and the funders of the
3    research in order to get the research done.  I don't
4    recall her saying something along the lines of how
5    you phrased it, which would be encouraging people to
6    participate in the research as research subjects.
7        Q    Okay.  Well, let's turn to page 14.
8        A    I'm there.
9        Q    Okay.  I'm in the first column, middle of
10   the second paragraph.  Okay.  It states here looking
11   like in the middle of the paragraph there however.
12   "However, we cannot expect you to make life changing
13   decisions in a vacuum without being able to weigh
14   their risks and benefits now and in the long term,
15   and we have to build the evidence base with good
16   studies going forward.  That is why I'm asking you
17   to join any research studies that look at the longer
18   term outcomes of these interventions so you can help
19   all those coming behind you."
20       A    Yes.
21       Q    Would you -- sorry.  Let me just ask my
22   question.  Would you agree that Dr. Cass here is
23   encouraging participations, participation in
24   research studies involving gender affirming care?
25       A    Yes --

James M. Cantor                                                    May 2, 2024

Page 198

1    MR. FRAMPTON: Objection. Go ahead.
2    A   I didn't recall that sentence, but yes,
3  that would be how I interpret this.
4    Q   Dr. Cantor, is it your understanding that
5  SB-184 does not allow for research studies involving
6  puberty blockers?
7    A   I did not --
8    MR. FRAMPTON: Objection to the form. Go
9  ahead.
10    A   I did not notice in the, in the text of it
11  allowing them, no.
12    Q   Is it your understanding that SB-184 does
13  not allow for research studies involving cross-sex
14  hormones?
15    MR. FRAMPTON: Same objection. Go ahead.
16    A   I didn't see any text that would leave
17  room for such an exemption, no.
18    Q   In your view, how can the evidence base
19  for gender affirming care be expanded if research
20  studies are criminally banned?
21    MR. FRAMPTON: Same objection. Go ahead.
22    A   Well, I'm not testifying to any, any
23  particular philosophy, but it would necessarily
24  include the adoption of research that were being
25  done in other jurisdictions, and I do not recall

Page 199

1  ever seeing any research on this topic being done in
2  Alabama I don't think ever.
3    Q   If a research protocol involves
4  prescribing cross-sex hormones to minors, can those
5  minors provide assent?
6    A   I'm sorry.  Would you ask that again?
7    Q   Sure.  If a research protocol involves
8  prescribing cross-sex hormones to minors, can those
9  minors provide assent?
10    A   Those seem to be two separate questions.
11    Q   How so?  I'm just asking about a research
12  protocol that would involve cross-sex hormones to
13  minors.  In the context of that research protocol,
14  can those minors provide assent?
15    A   That's not the order of events that would
16  occur when one is participating in a research
17  program.  That would, such assent would happen upon
18  signing up for the research study itself typically,
19  and at what point one would be prescribed an
20  intervention, something that resembles the
21  intervention be in a control sample that tries to
22  mimic or make a person unaware of which intervention
23  they're receiving or any of the other possibilities
24  depends on the form of the research protocol itself,
25  so the kind of assent that, that a research

Page 200

1  participant would be giving is different than the
2  kind of assent that a patient would be giving, be
3  given because there are different levels of unknown
4  and uncertainty involved in the decision of whether
5  to participate or not.
6    Q   If a research protocol involves
7  prescribing cross-sex hormones to minors, can their
8  parents provide informed consent?
9    A   I'm not aware of a principle that makes
10  that impossible, but the circumstances under which
11  that can happen and the abilities to consent and the
12  alternatives and so on vary by jurisdiction and vary
13  by the individual risks and alternatives available
14  to each of the people, so I hesitate to make a
15  general conclusion in either direction.  Well, in
16  any direction.
17    Q   The Finnish guidelines cited in the Cass
18  review do not recommend a criminal ban on gender
19  affirming care for minors, do they?
20    A   Well, the Finnish system again is, like
21  the English system, it's a nationalized health care
22  system with a different set tools available to it
23  for how to enact any given health care policy.
24    Q   Adolescents in Finland can receive medical
25  gender affirming care if they're enrolled in a

Page 201

1  clinical trial; is that right?
2    MR. FRAMPTON: Objection to the form.
3    A   Their regulations leave room for that to
4  happen.  I'm not aware of there being any research
5  protocol available like that for puberty suppressing
6  medications.
7    Q   Finnish guidelines cited in the Cass
8  review do not recommend a criminal ban on gender
9  affirming care for minors, do they?
10    A   The same as before.  Because of the nature
11  of their system, there was no need to consider such
12  a, to consider using that nor to establish the
13  policy as indicated by, by the research.
14    Q   Adolescents in Sweden can receive medical
15  gender affirming care if they're enrolled in a
16  clinical trial?
17    A   Their regulations leave room for that, but
18  they don't have that I'm aware of any such research
19  programs for puberty suppressing hormones -- for
20  puberty suppressing medications.
21    Q   Is it correct that the Cass review does
22  not say that randomized control trials are required
23  to evaluate the safety and efficacy of gender
24  affirming medical care for minors?
25    A   I don't recall such a definitive

51 (Pages 198 - 201)

James M. Cantor                                                      May 2, 2024

Page 202

1  statement. Most of the commentary was about overall
2  level of confidence and how strong evidence is in
3  general and therefore, how strongly we can make a
4  recommendation for or against various treatments.
5     Q   Isn't it true that the Cass review's
6  review of gender identity services records showed
7  that of the 3306 patients analyzed, fewer than 10
8  patients de-transitioned back to their sex assigned
9  at birth?
10    A   I would have to, you know, re-check the
11 individual numbers, and of course, Cass herself
12 emphasizes how poor the follow-up data are, are in
13 general, including how confident we can be in, in
14 the records being complete rather than just people,
15 you know, leaving the system but there not being any
16 record of whether they de-transitioned or not.
17    Q   Let's look at pages 168 to 169.
18    A   I'm there.
19    Q   I'm looking at, let's look at table 9.
20 It's a little hard to see on the screen, but I know
21 you have it in front of you. Andrew, can you make
22 it smaller so I can read it? So Dr. Cantor, I'm
23 just asking you to confirm that under first
24 intervention type, looking at de-transition/
25 de-transitioning, percent of patients, there's an X,

Page 203

1  and then underneath the chart, it says NB, X
2  indicates less than 10 patients; is that correct?
3     A   I'm sorry. Say all that again.
4     Q   So I'm looking at table 9. I'm looking
5  down at the, you see the line that says
6  de-transition/de-transitioning?
7     A   Oh, yes.
8     Q   And do you see across under percent of
9  patients, it says X?
10    A   Yes.
11    Q   And do you see underneath the chart, it
12 says NB, X indicates less than 10 patients?
13    A   Yes.
14    Q   And so would you agree that this chart
15 reflects that of those who de-transitioned or who
16 were de-transitioning, it was less than 10 patients?
17       MR. FRAMPTON: Objection to the form.
18    A   This is of people of whom there were
19 existing records, but as I say, it's, it is unknown
20 to what extent these records accurately reflect the
21 current status of these individual people -- of all
22 the people who went through the clinic itself.
23    Q   And looking at page 168, paragraph 13.11,
24 I just want to confirm it says of the 3499 patients
25 audited, 3306 were included within the analysis; is

Page 204

1  that correct?
2     A   Yes, that is correct. What's missing is,
3  of course, the knowledge of how complete and up to
4  date, whether the records of that number of people
5  were up to date and then if the people, the owners
6  of those records would have reported to the clinic
7  whether they de-transitioned, whether they
8  de-transitioned.
9     Q   And just to confirm, combining paragraph
10 13.11 and table 9, you can conclude that what the
11 Cass review is reporting is that of the 3306
12 patients included within the analysis, less than 10
13 de-transitioned or were de-transitioning?
14       MR. FRAMPTON: Objection to the form.
15    A   No, that's a -- what's being reported is a
16 reflection of the information that was in the
17 records available. What's missing is how accurate
18 the records are to begin with given the lack of
19 follow-up procedures in order to make sure that the
20 records correctly reflected the current state of the
21 patients.
22    Q   Does Dr. Cass make those qualifications
23 within this report?
24    A   I would have to go back and, I would have
25 to re-review the report to see if she made that

Page 205

1  statement explicitly or if it were a part of one of
2  her statements where she made it more generally
3  talking about the lack of follow-up, the lack of
4  follow-up and the lack of accurate record keeping in
5  general.
6     Q   Dr. Cantor, do you know whether any
7  transgender people served on Dr. Cass' team?
8     A   I don't offhand recall her reporting that
9  other than where she made very explicit, you know,
10 the numbers of everybody, each of the many -- to
11 speak to large groups of people from each of the
12 many different kinds of stakeholders who were
13 involved in the entire situation, including
14 transitioners, hopeful transitioners,
15 de-transitioners, their parents, their caregivers,
16 various professions and so on.
17    Q   Do you know whether transgender people
18 were permitted to serve on Dr. Cass' team?
19    A   I don't recall reading a discussion of the
20 assembly of the team itself.
21    Q   Did the Cass review have any effect on
22 private medical care in the United Kingdom?
23       MR. FRAMPTON: Objection to the form.
24    A   That was a bit, I use the term cautiously
25 transitional. Quickly after, very soon after the

52 (Pages 202 - 205)

James M. Cantor                                                    May 2, 2024

Page 206

1  release of her report was NHS England indicating
2  that they would no longer, no longer support it.
3  There was discussion in the media soon after
4  indicating that that did not affect private clinics,
5  and quickly after that was discussion that such
6  restrictions would be expanded to include a
7  restriction in private clinics. I have not been
8  following the policy implications to say what today
9  is the current state of that, but there has been
10  substantial discussion aware of that, aware of that
11  loophole and debate over, you know, by what
12  mechanism it should be closed.
13      Q   So you're not currently aware if
14  adolescents in the United Kingdom are able to obtain
15  gender affirming medical care through private health
16  care options?
17      MR. FRAMPTON: Objection to the form.
18      A   I recall the expression of the desire of
19  the government that it shouldn't happen, and the
20  debate as I recall it was trying to settle the
21  competing interests over the various freedoms vs.
22  funding, but it was the opinion of the health care
23  leaders that it was, it would be in the best
24  interests of the minors in order to make it not
25  available except in the course of research.

Page 207

1      Q   But you're not aware of a current ban?
2      A   As I say, I have not followed -- when I --
3  I'm not, I haven't followed each policy change as
4  it, as it occurs. It is exactly because this was,
5  this one is in flux with the intent to change it in
6  the future, I can't say as of today where in the
7  flow of the changes it sits.
8      Q   Okay. So I don't have much more, but this
9  is probably a good place to stop to take a
10  five-minute break. Does that sound good?
11      A   Good with me.
12      MR. FRAMPTON: Good here.
13      Q   So we'll go off the record and come back
14  at 3:46.
15      (Brief recess.)
16  BY MS. MONTAG:
17      Q   Dr. Cantor, do you have a position on
18  whether you support or oppose SB-184?
19      A   No, I don't have a position in either
20  direction. I'm testifying only to the content of
21  the science, and as I say, you know, how any given
22  jurisdiction enacts that science is up to that
23  jurisdiction.
24      Q   Dr. Cantor --
25      A   Sorry.

Page 208

1      Q   Please go ahead. Please go ahead.
2      A   No, no, no. It was just there's a
3  disconnect between when your voice kicks in and your
4  lips.
5      MS. MONTAG: That's technology for you.
6  So this actually concludes the United States's
7  questions for you today. I don't know if the
8  private Plaintiffs have any questions or if
9  Mr. Frampton has any questions for you.
10      MS. MINTER: We do not.
11      MR. FRAMPTON: The Defendant does not.
12  Sounds like everyone was done.
13      REPORTER: Do you want him to read and
14  sign?
15      MR. FRAMPTON: Yes, he does want to read
16  and sign, and let me -- I think you're to bill
17  the Alabama Attorney General's Office. Do you
18  have their info for that?
19      REPORTER: Yes. Are you saying you get a
20  copy and they pay for it?
21      MR. FRAMPTON: Yeah, that's what I'm
22  saying.
23      (The deposition concluded at 3:50 p.m.)
24
25

Page 209

1          CERTIFICATE OF DEPONENT
2
3      I hereby certify that I have read and examined the
4  foregoing transcript, and the same is a true and
5  accurate record of the testimony given by me.
6      Any additions or corrections that I feel are
7  necessary will be made on the Errata Sheet.
8
9
10      _____
11      Name of Witness
12
13      _____
14      Date
15
16
17
18  (If needed, make additional copies of the Errata Sheet
19  on the next page or use a blank piece of paper.)
20
21
22
23
24
25  Job No. CS6662450

53 (Pages 206 - 209)

Page 210

1          ERRATA SHEET

2

3   Case:_____

4   Witness:_____   Date:_____

5   PAGE/LINE      SHOULD READ   REASON FOR CHANGE

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22

23

24

25  Job No. CS6662450

Page 211

1        STATE OF MARYLAND

2        I, Kathryn M. Benhoff, a Notary Public in and
    for the State of Maryland, do hereby certify that the
3   within named JAMES M. CANTOR, PH.D, personally appeared
    before me at the time and place herein set according to
4   the law and was interrogated by counsel.
5        I further certify that the examination was
    recorded stenographically by me and then transcribed
6   from my stenographic notes to the within printed matter
    by means of computer assisted transcription in a true
7   and accurate manner.
8        I further certify that the stipulations
    contained herein were entered into by counsel in my
9   presence.
10       I further certify that I am not of counsel to
    any of the parties, not an employee of counsel, nor in
11  any way related to any of the parties, nor in any way
    interested in the outcome of this action.
12
         AS WITNESS my hand and Notarial Seal this 20th day
13  of May, 2024.
14
         _____
15       Kathryn M. Benhoff, Notary Public
16  My Commission expires October 7th, 2027.
17
18
19
20
21
22
23
24
25

Page 212

1   Hal Framptom, Esq.

2   hframptom@adflegal.org

3          May 21, 2024

4   RE:   Boe, Brianna Et Al v. Marshall, Steve Hon. Et Al

5     5/2/2024, James M. Cantor (#6662450)

6     The above-referenced transcript is available for

7   review.

8     Within the applicable timeframe, the witness should

9   read the testimony to verify its accuracy. If there are

10  any changes, the witness should note those with the

11  reason, on the attached Errata Sheet.

12    The witness should sign the Acknowledgment of

13  Deponent and Errata and return to the deposing attorney.

14  Copies should be sent to all counsel, and to Veritext at

15  erratas-cs@veritext.com

16   Return completed errata within 30 days from

17  receipt of testimony.

18   If the witness fails to do so within the time

19  allotted, the transcript may be used as if signed.

20

21

22       Yours,

23       Veritext Legal Solutions

24

25

54 (Pages 210 - 212)

[& - 2023]

| & | | | 2 |
|---|---|---|---|
| **&**   2:5,12 174:8 | **12**   4:19 101:14 | 156:8 158:17 | **2**   4:9 25:17 |
| **0** | 101:15 103:11 | 158:17 160:20 | 30:6 52:1,2 |
| | 103:13 123:3 | 160:22 164:23 | 105:12 108:6 |
| **001016**   183:9 | 134:10,13 | 190:14 | 108:17 |
| **00184**   1:7 | **121**   170:24 | **160**   4:23 69:2 | **2/2/24**   4:14 |
| **071455**   176:22 | **122**   4:18 | 192:12 | **20**   5:3 168:4 |
| 177:21 | **126**   64:4 | **162**   4:24 | 177:16,19 |
| **071455-0714...** | **12:45**   104:25 | **1655**   70:14 | **200**   84:14 |
| 5:4 | 105:7 | 74:11 | **20004**   2:8 |
| **1** | **13**   4:20 133:7,8 | **166**   4:25 79:21 | **2000s**   22:2 |
| | 133:17,22 | **167**   5:1 | **2010**   22:18 |
| **1**   4:8 25:17,21 | 134:14 143:21 | **168**   202:17 | **2011**   135:16 |
| 26:10,10 28:15 | 143:24 | 203:23 | 136:11 137:5,7 |
| 28:15 51:6 | **13.11**   203:23 | **169**   202:17 | 137:8 |
| 54:21 57:6 | 204:10 | **17**   4:24 160:21 | **2011-2012** |
| 60:23 79:20 | **134**   4:19 | 162:24 163:3 | 138:2 |
| 89:8 | **137**   65:14 70:1 | 164:23 165:10 | **20116**   3:4 |
| **10**   4:17 41:14 | **138**   69:1 175:7 | 165:10 | **2014**   4:22 |
| 110:16 115:3,6 | **139**   176:21 | **172**   156:8 | 156:4 157:25 |
| 148:9 202:7 | **14**   4:21 50:21 | **177**   5:3 | 158:16 |
| 203:2,12,16 | 105:20 133:23 | **18**   4:25 15:6,11 | **20147**   3:5 |
| 204:12 | 143:24 147:7 | 16:10 17:16,17 | **2015**   22:18 |
| **100**   22:11 | 147:10 148:3 | 125:9 166:4,7 | **2016**   94:17 |
| **101**   97:5 | 149:13,15 | 190:12 | **2018**   65:20 |
| **102**   99:11 | 197:7 | **18006**   211:14 | 66:1,20 68:3 |
| **104**   101:7 | **143**   4:20 | **183**   5:5 | 68:14 69:17 |
| **105**   4:14 | **146**   182:9 | **184**   8:17 109:8 | **2020**   4:9 51:11 |
| **106**   60:23 | **147**   4:21 | 198:5,12 | 51:19 52:4 |
| **108**   4:15 | **15**   4:22 49:5 | 207:18 | **2022**   9:21 |
| **10:25**   51:1 | 147:10 156:2,7 | **189**   5:6 | 11:18 56:6 |
| **10:35**   51:2 | 158:17 | **19**   5:1 130:18 | 79:1 |
| **11**   4:18 43:15 | **150**   2:7 | 166:7 167:24 | **2023**   25:16,24 |
| 51:7 115:6 | **156**   4:22 | 168:3 | 54:21 60:22 |
| 122:25 123:3 | **16**   4:23 13:4 | **199**   89:8,15 | 70:12,12 73:10 |
| **110**   4:16 | 14:20 15:6,11 | **19th**   25:16,23 | 76:13 77:10,13 |
| **115**   4:17 | 15:18 16:9 | **1st**   144:8 | 77:16 105:17 |
| | 17:16,17 | | |
| | 122:20 148:4 | | |

105:23 107:1
107:14,24
108:12 133:10
141:14 142:10
142:14 143:25
144:8,13 145:6
145:22 147:11
**2024**   1:19
105:12 189:8
211:13 212:3
**2027**   211:16
**20530**   2:14
**206**   91:5
**20th**   32:15
211:12
**21**   5:5 81:7,9
177:19 183:5,8
212:3
**216**   94:17 95:9
**217**   95:23
**22**   5:6 183:8
189:1,2
**23**   189:1
**238**   97:5
**24**   146:16
**246**   99:10
**248**   101:7
103:6
**25**   4:8 66:7,11
66:12
**250**   3:4
**26**   51:7
**27**   154:21
**28**   156:6
157:12
**2:14**   160:1
**2:22**   1:7

**2:25**   160:2
**2nd**   1:19

### 3

**3**   4:10 35:6
52:1 55:14,15
59:22 108:6,17
110:8 183:17
186:21
**3.1**   184:1
**3.2**   184:6
**3.3**   184:10
**3.4**   184:17
**3.5**   184:20
**30**   13:9 75:18
104:22 189:21
189:22 212:16
**31**   54:22
**32**   54:10
**3306**   202:7
203:25 204:11
**34**   142:6 160:8
**342**   111:2,10
**3499**   203:24
**35**   13:9 160:20
**36**   133:7
**370**   2:18
**39**   165:19
**398**   123:5
127:7 128:7
129:2 131:1,23
**3:46**   207:14
**3:50**   208:23

### 4

**4**   4:11 41:14
55:14 59:22
70:20,21

**40**   123:4
125:13,20
130:24
**400**   125:18
**43**   192:10
**45**   104:18,22
**46**   60:24
**4con**   2:13

### 5

**5**   4:12 35:5
59:23 70:20
74:6,7 78:12
78:18,25 79:1
105:20 108:5
108:16 122:20
**5.4**   60:7
**5.4.**   59:24,25
**5/19/23**   4:8
**5/2/2024**   212:5
**50**   30:7 75:18
**52**   4:9
**55**   4:10 64:5
146:16
**58**   147:13
148:5
**59**   65:15 66:7
66:15 68:3

### 6

**6**   4:5,13 11:18
49:5 74:6
85:16,18 125:9
163:2,7 165:8
**60**   70:3
**62**   154:21
**63**   156:5
189:23

**6662450**   212:5

### 7

**7**   4:14 85:19
105:9,12
122:19 142:4
160:9 169:9
170:4
**7/1/22**   5:3
**7/8/11**   4:19
**70**   4:11
**72**   144:20,23
**74**   4:12
**76**   54:22 57:7
**78**   160:10
**7th**   211:16

### 8

**8**   4:15 96:17
108:5,16,19,22
122:19 160:9
169:5,12
170:14,17
171:11 172:19
173:1,7 174:1
175:11 177:4
183:18 184:4,8
184:11,22
**806**   129:18
**82**   160:19
**85**   4:13
**864**   134:22
**870**   2:18
**88**   84:14

### 9

**9**   4:16 108:22
110:7,8,8,13
110:16 202:19

203:4 204:10
**90**  91:5,19
165:19
**90s**  22:15,17
**93**  93:12
**94102**  2:19
**95**  96:17
**950**  2:13
**9:10**  1:20
**9th**  189:7

**a**

**a.m.**  1:20
**aap's**  170:12
**abbasi**  4:23
160:18,24
161:3,10,14,24
162:6 163:6
164:11 165:1
**abilities**  200:11
**ability**  7:12
17:7,11
**able**  25:25
29:11 42:21,23
46:4 52:22,25
94:25 96:3
188:18 197:13
206:14
**above**  59:23
60:1,6 70:2
212:6
**abscesses**  96:20
96:22
**absence**  82:5
194:16
**absolutely**
190:22

**academic**
58:21 59:2
187:5,6
**academy**  42:10
**acceptable**
33:2
**accepted**  76:24
**access**  75:7,9
75:12 76:1,3,9
76:12 165:21
173:23,24
**accumulate**
117:21
**accumulated**
84:10
**accumulating**
81:5 113:6
114:3,9
**accumulation**
14:23 155:12
**accuracy**  34:1
86:22 212:9
**accurate**  44:23
167:19 204:17
205:4 209:5
211:7
**accurately**  7:24
41:7 165:6
176:4 203:20
**acknowledge**
6:4,7 32:23
83:21 144:25
145:6 147:24
**acknowledging**
87:15 142:22
171:23 172:5
173:17

**acknowledg...**
212:12
**acne**  151:9
**act**  90:11
**action**  19:4
159:1 191:11
211:11
**actions**  163:23
168:17 193:23
**activist**  34:16
69:6,10
**activities**  12:11
170:21 183:18
**activity**  18:21
63:13
**acts**  168:16
**actual**  47:24
52:21 75:20
127:24 180:19
**actually**  104:5
119:21 123:12
196:20 208:6
**added**  101:23
**additional**  10:5
16:8 209:18
**additionally**
74:18
**additions**  209:6
**address**  97:13
**addressed**
172:19 182:18
**addressing**
190:1
**adequate**
171:22
**adflegal.org**
3:6 212:2

**administer**  6:9
**administered**
6:8
**administering**
120:22 121:2
150:10
**administration**
55:24 56:4,10
57:1,8 150:1
154:15 175:11
192:24
**admiral**  174:12
174:14 175:14
177:1,12,25
178:21 179:1
179:11,20
180:6
**adolescence**
165:22
**adolescent**
14:19 17:22
18:23 23:19
25:2 65:17
104:2 130:22
131:2,11,15
132:23 136:19
136:21 137:3
138:19 140:23
153:25
**adolescents**
15:4,9,17 16:9
22:6,7 65:10
66:2 100:8
109:17,23
125:18 127:8
128:7 129:3
131:23 136:12
136:19,25

137:2 200:24
201:14 206:14
**adopted** 55:10
**adoption**
198:24
**adopts** 168:15
**adult** 93:13
135:12 139:9
139:15,24
140:16,25
149:22
**adulthood**
71:25,25 91:21
92:2,19 93:4
116:12,18
136:23
**adults** 13:3,7
22:6,7,10 36:5
36:13 66:3
116:7,14,16
126:2 165:23
**advanced**
69:16 145:19
**advantage**
102:3
**advantages**
57:19
**adviser** 188:18
**advocacy** 38:20
173:4
**advocate** 38:11
38:21 165:17
**advocates** 36:6
121:24
**advocating**
38:15 39:3
193:25

**affect** 72:23
87:13 166:22
167:3 206:4
**affects** 72:22
**affiliation** 71:1
72:9,25 106:20
**affirming** 25:3
44:1,22 46:9
46:21,22 47:2
47:3,18,19
48:3 56:11
59:7,12 72:6
76:22 82:10
83:15 90:3,21
110:17 114:13
118:13 121:19
151:21 153:2
155:11,25
161:15,25
165:21 183:22
186:13 187:1
188:3 192:20
193:12 194:10
195:3 196:22
197:24 198:19
200:19,25
201:9,15,24
206:15
**age** 13:8 14:20
15:18 17:13
21:21 30:20
71:25 99:15
101:14,15,15
103:11,13
116:11,17,18
131:12,18
136:7,10
149:10,13,14

190:12,14
**agency** 55:23
56:3,10,25
57:8
**ages** 13:4 15:6
15:11 16:9
17:16 131:11
131:11 148:3
177:3
**ago** 16:12
103:17
**agree** 6:10
60:15 62:13
63:3,19 74:21
89:22 100:6
101:1 109:22
110:3 113:10
116:6,20 117:9
118:3,11,24
119:13 120:11
123:4,7,14
129:14,22
132:20 133:2
139:2 141:1,2
141:4 158:12
161:10 163:6
163:11 165:4
165:11 178:9
178:15,20,25
179:18 183:10
183:17 195:15
196:20 197:22
203:14
**agreed** 6:1
99:21 150:6
**ah** 83:19
144:14

**ahead** 23:12
33:9 42:4 44:4
48:6 56:14
65:4,11 66:22
73:4 81:19
82:13 83:18
96:25 112:19
113:13 127:17
129:6 135:21
138:10 142:16
147:19 148:16
185:20 186:1,7
187:14 193:15
198:1,9,15,21
208:1,1
**aim** 8:11
**al** 1:5,12
142:10 147:11
147:14 155:4
212:4,4
**alabama** 1:2,12
8:17 9:11,13
9:18 65:9,13
162:17,21
163:11 165:10
165:12 199:2
208:17
**alarm** 119:11
**alberta** 36:1
**alerted** 188:12
**alliance** 3:3
**allocated** 50:18
**allocation** 50:6
**allotted** 212:19
**allow** 89:25
123:12 128:12
130:1 145:7
198:5,13

| | | | |
|---|---|---|---|
| **allowing** 198:11 | **anatomy** 92:5 102:16 154:17 | **answered** 81:1 100:25 | **applied** 62:12 100:15 173:12 |
| **alluded** 148:19 | **andrew** 3:8 | **answering** 7:19 | **applies** 14:21 24:15 63:21 68:4 103:19 158:5 |
| **aloud** 162:5 | 6:22 25:17,17 | **anxiety** 123:16 | |
| **alternative** 17:9 50:1,7 82:7 | 25:20 26:2 35:6 51:6 52:1 52:15,25 53:3 | **anybody** 57:20 62:10 72:16 75:24 79:7 87:5,20 91:2 93:23 95:18 124:5 130:1 158:8 | **apply** 31:14 39:6 49:23,23 58:10 68:3 100:16,21 135:25 188:2 |
| **alternatives** 17:2,12 49:24 50:7 64:15 84:9 98:1 194:20 200:12 200:13 | 55:14,17 57:6 59:22 66:6 70:20 73:12 74:6 85:19 89:11 91:19 97:6 108:22 110:16 111:10 | | |
| | | **anybody's** 40:21 48:1 | **applying** 56:23 |
| | | **anyway** 100:24 | **apprenticeship** 182:2 |
| | | **apart** 93:17,17 | **approach** 99:14 100:6 101:1 189:24 |
| **ambiguous** 119:23 124:21 151:25 152:17 | 115:6 122:19 123:3 127:13 134:13 143:24 144:20 147:10 | **apparent** 94:3 | |
| | | **appear** 85:20 135:16 136:2,7 139:24 | **appropriate** 35:15,16 66:23 67:11,19 68:1 68:12 69:25 78:8,10 79:18 117:6 143:4 156:12 172:14 189:15 191:11 |
| **america** 1:8 | 156:7 158:17 160:20 164:22 166:7 177:19 183:8,11 189:1 189:22 202:21 | | |
| **american** 32:18 42:10 61:23 82:18,25 161:20 163:17 163:22 | | **appeared** 211:3 | |
| | | **appearing** 72:2 135:18 | |
| **amount** 163:23 181:11 | **animal** 20:10 95:3 | **appears** 26:5 54:12 55:20 73:25 109:13 112:16 113:10 113:22 135:17 140:10 | **appropriately** 90:11 132:4 188:14 196:10 196:24 |
| **amounts** 99:20 | **anorgasmia** 26:25 | | |
| **analogous** 136:3 170:11 172:16 193:22 | **answer** 7:11 8:14 23:12 33:9 39:18,25 42:25 45:1 46:16 68:10 72:25 80:24 113:14 180:10 186:2 190:18 194:8,14,22,24 195:16,17 196:4,9 | | **appropriaten...** 67:20 |
| | | **appendix** 5:1 11:13 168:2,4 170:23 182:8 | |
| | | | **approximate** 22:12 |
| **analogy** 79:15 | | **applicable** 212:8 | |
| **analyses** 116:9 166:1,23 167:3 167:20 | | **application** 24:10,21 35:9 40:6 | **approximately** 9:25 11:21 12:16 22:8 189:10 |
| **analysis** 87:13 115:13,19 170:11 174:6 203:25 204:12 | | | |
| **analyzed** 202:7 | | | |

James M. Cantor
May 2, 2024

april 53:9
189:7
archives 73:9
77:3 108:1
146:8,12
area 143:7
169:16 183:22
186:13 187:1
195:11
areas 32:1
37:19
arenas 87:17
argument
113:5
arkansas
163:12
arm's 58:7
arousal 149:19
article 4:9,24
31:22 33:5
51:11,19 52:6
52:8 54:1,13
54:16 72:11
73:2,9,15 74:2
74:13,18,20,22
74:25 75:15,18
75:20,23,24
76:13 85:20
86:6,9 87:3
88:1,7,13
107:14,24
146:13 147:20
162:11,16,18
163:5,6 165:9
165:20,24
166:11,24
167:4,12,23

articles 30:7
73:6 75:3 85:1
86:22
ascertain 25:5
ascertained
62:14 63:4,20
ascertainment
112:2
ascribe 40:5
asexual 32:22
asexuality
33:18
ashbrook 3:4
ashburn 3:5
aside 194:21
asked 8:24 9:2
9:3 18:1 25:7
42:19 43:10
66:24 67:21
68:5 118:24
182:15
asking 8:5 13:1
17:15 67:10,22
67:24 69:24,25
143:5 162:15
164:10,23,24
165:1,7 182:19
186:3 193:6
195:13 197:16
199:11 202:23
asks 56:21
183:17 184:1,6
184:10,11,17
aspect 21:4
22:22 33:22
78:9 118:10
142:19 169:20
170:7

aspects 16:16
27:15,20 28:3
28:6,12 29:4,8
38:23 45:5
46:14 50:5,15
50:16 61:5
109:12 111:25
113:2 181:16
assembly
205:20
assent 199:5,9
199:14,17,25
200:2
assert 64:25
65:8 91:7
101:8 117:15
asserted
137:19 138:12
asserting 69:13
79:7 95:10
130:10 155:5
177:1
assertion 41:23
80:3,15 148:12
155:9
assertions 43:5
assess 17:1
29:12,25 42:22
42:23 49:21,24
68:25 71:8
93:22 117:14
125:16 132:8
132:16
assessed 61:9
89:6 97:24
125:16,20
128:2 129:13

assessing 29:15
29:18,23 61:20
78:8 87:10
120:15,23
175:21 180:17
180:24
assessment
18:14,16 19:1
20:20 21:17
24:6 28:23
41:22,24 43:9
44:12 53:21
83:7 90:9
93:24 107:7
112:3 126:10
127:20,22,22
128:15,22
129:9,12
assessments
126:3
assigned 14:16
202:8
assigning 14:12
assist 175:11
assistant 175:8
180:21
assisted 211:6
assisting 6:23
associated
32:20 55:2
63:15 70:8
93:19 109:14
123:8,15 130:7
130:7 132:13
138:6 139:22
139:25 148:21
148:23 152:13
152:17 153:7

association
34:10,14 70:10
139:19 153:22
associations
48:9 82:18
83:4 153:21
154:4 164:7
165:15 182:5,6
187:16
assumed 64:16
107:20
assuming 58:2
assumption
112:24
assumptions
40:2,3 112:23
attached 4:7
212:11
attempt 75:11
attempted 25:4
25:5,10
attend 150:11
attention
118:22
attorney 1:11
2:9 9:11
208:17 212:13
attorney's 9:13
attorneys 6:3
attracted 30:19
attraction
141:7,9
attractions
30:22 141:11
attributable
123:24
attribute 136:5

attributing
32:24
atypical 30:10
30:11 31:18,25
32:9 33:6,17
34:18,21 40:24
audited 203:25
augment 29:1
31:11
author 30:7
134:19 171:17
172:2 189:11
authored 36:14
70:16 184:2,3
authoring
72:11 73:2
authority 50:8
188:23
authors 57:24
58:3,22 60:15
75:19,20 85:13
88:2 108:3
117:14 144:25
145:6,10 146:2
170:18
autogynephilia
140:1
automatic 41:1
automatically
40:5
availability
37:22 122:12
144:5,6
available 10:6
49:24 50:7
53:7 60:4
75:24 99:7
100:14 112:4

117:16 118:6
122:15 138:21
142:22 147:1
174:19 175:22
188:22 190:9
190:12 192:5
192:15 193:3,4
196:18 200:13
200:22 201:5
204:17 206:25
212:6
availing 188:21
avenue 2:13
average 13:8
13:10 116:11
124:4,6,12
126:16
averages
123:24 126:22
130:12
avoid 33:25
45:18,19
aware 8:16
38:10 39:5,8
48:15 54:1,13
54:17 56:9,15
58:11,24 70:23
71:6 74:23
76:12,15 79:4
79:7 84:21
86:8 90:5 91:2
97:18 109:8
142:18 144:12
182:23 187:18
195:21 196:14
200:9 201:4,18
206:10,10,13
207:1

awareness
101:16 126:12
171:20

b

b 55:6 91:18
back 9:12 51:1
53:3 54:20
57:6 60:22
66:6 79:20
81:9,10 89:7
91:4 92:21
93:5 97:3
103:16 104:24
105:7 106:16
108:5 110:6
122:18 125:8
130:17 133:6
137:18 141:13
146:15,24,25
154:20 157:12
158:16 160:2
164:22 165:18
182:8 202:8
204:24 207:13
background
14:1 19:21
21:5 26:17
44:8 84:20,23
backgrounds
58:22 59:3
77:25
bailey 70:17
balance 12:11
ban 37:15
200:18 201:8
207:1

banned 192:21
  193:13 194:11
  198:20
banning 46:22
  47:3 163:13
bans 49:9,13
bark 132:3
barring 36:24
bars 38:4
base 84:1
  111:19 117:12
  197:15 198:18
based 31:14,15
  41:23 42:6
  46:17,23 47:4
  47:23,25 48:25
  49:2 53:25
  59:1 62:16
  76:14,18,21,25
  76:25 82:17
  110:19 111:11
  116:14 157:25
  164:9 165:16
  176:10
basic 29:9
  110:2 161:12
basis 38:1,9
  44:7 64:25
  65:8 71:8 84:8
  96:23 97:22
  101:11 107:8
  112:25 147:2
  148:12 154:9
  155:9,23
  163:16
battery 164:16
battle 152:4

becoming
  153:16
began 136:6
beginning 1:19
  121:23 128:17
  128:18 138:2
  147:15 150:16
  151:18
begins 15:24
  53:13 83:8
  119:7
begun 150:15
behalf 2:3,15
  3:1 178:11,17
  179:11 180:8
behavior 20:11
  26:11,12 27:11
  29:4 34:13
  73:10 77:4
  105:25 108:1
  146:9,12
behavioral
  106:1 154:6
behaviors
  152:19
belief 46:23
  47:4
beliefs 46:15
  46:19
believe 9:7 21:9
  52:5 61:16
  73:14 90:15
  97:2 137:3
  153:8 167:16
  170:9
beneficial
  114:1

benefit 41:3,10
  90:14 97:24
  98:14 156:19
  156:25 194:3
benefits 17:2
  25:3 30:2
  93:23 113:5
  114:9 120:17
  122:1 132:5
  157:19 158:10
  195:9 197:14
benhoff 1:20
  211:2,15
best 7:12 19:3
  26:14 32:4,13
  35:10 37:8,10
  37:22 41:8,19
  41:25 42:21
  49:3,3,7 50:12
  59:8 79:15
  84:22 96:2,11
  112:11 141:25
  143:5 158:3
  206:23
better 16:21
  41:10 75:10
  122:16 135:19
  135:19 171:1
  173:21 175:23
beyond 82:11
  83:16 117:15
biased 42:19
big 190:20
bill 208:16
billing 42:18
biological 91:9
  91:24 102:4
  148:11,14

149:7 153:11
  153:16 154:12
biology 27:7
birth 202:9
bit 23:14 26:5
  40:1 49:16,17
  78:7 91:19
  205:24
black 21:15
blank 97:7
  209:19
blanket 49:9,13
  137:23
block 4:24
  75:12
blockage
  130:25
blocked 123:8
  123:15
blockers 20:17
  21:8 22:1
  83:25 84:6
  91:22,25 92:17
  93:2,14 94:6
  94:15 96:19
  97:11,18
  101:10 102:15
  103:11 123:5
  125:14 127:8
  128:8,17,21,23
  131:24 147:25
  149:13,18
  150:7,12,19
  151:14 152:14
  153:9,15,17,25
  154:10 172:7
  190:5,10
  191:18 192:5

192:14 198:6

**blocking** 22:21 23:10 148:22 148:23 149:9 151:6

**blood** 60:5

**board** 77:3 86:21 146:11 166:9,18,20 167:10

**boards** 181:14

**bodies** 140:7,9 141:7

**body** 50:8 79:4 93:25 114:25 149:9 150:2,23 150:25 151:12 151:13

**boe** 1:5 212:4

**boeal** 5:4 176:22 177:21 183:9

**boetang** 177:12 177:25 178:16 179:20 180:6

**boeteng** 177:9

**bone** 60:4,15

**botang** 178:10

**bother** 80:5

**bottom** 26:9 52:17 127:15 133:7,22 166:22,25 167:2 177:20

**bound** 119:25

**boundary** 32:3

**boys** 102:4

**brain** 63:6,14 94:23 134:25 135:1,6 139:20 139:23 140:1,5 140:10,21 149:16,23

**branches** 29:22

**breadth** 30:15

**break** 8:11,13 8:14 50:23 93:16,17 156:12,15 207:10

**breast** 91:20 92:2,18 93:3

**brianna** 1:5 212:4

**brief** 51:4 160:6 164:20 207:15

**briefly** 105:16 121:7

**brignardello** 4:10

**bring** 127:11

**bringing** 85:11

**british** 161:1

**broad** 28:19 67:12 77:24 164:4,4 169:23

**broader** 15:15 21:17 83:7

**broadly** 161:21

**brooks** 9:7,16

**brought** 11:10 136:9

**build** 197:15

**built** 40:2 112:23

**bullet** 189:25

**burden** 99:5

**c**

**c** 2:1 81:13 172:24

**california** 2:19

**call** 26:16 33:19 89:4 96:5 116:9 117:5 125:12 152:6,8 161:14 195:1,14

**called** 27:24,25 28:8,13 34:10 75:10 77:22 100:3 139:12 144:15

**calling** 90:20

**canada** 1:19 12:1 20:15 35:24 76:7 163:20

**canadian** 19:14

**canal** 102:11

**cancel** 116:19

**cancer** 188:9

**cantor** 1:17 4:3 6:15,19 7:1 11:16 51:7 52:4,17 59:24 66:19 70:23 74:9 77:2 85:19 89:11 97:8 104:7 105:3,11

108:22 123:3 132:20 134:12 134:14 143:24 160:10,24 164:23 168:10 174:7 181:3 183:9 189:4 194:8 198:4 202:22 205:6 207:17,24 211:3 212:5

**capable** 87:10 195:24

**capacities** 179:21

**capacity** 1:11 91:20,21 92:2 92:18 93:3 126:6,11 146:24

**captures** 26:15

**cardiovascular** 60:14

**care** 14:4,8,19 14:22,24,25 15:13,16,19 16:2,7,17,18 18:2,7 19:14 20:19 21:19 25:3 31:15 36:5 44:1,22 45:5 46:9,21 47:2,11,18,19 48:3 49:9,14 50:18 55:23 56:4,10,12 57:1,8 59:7,12 72:6,22,24

76:22,23 78:10
79:11 82:11,25
83:15 90:21,25
114:13 118:13
118:20 120:1
121:19 151:21
153:2 155:11
155:25 161:15
161:22,23,25
162:9 163:18
163:18,20
171:12 183:22
186:13 187:1
188:3,5,5
192:20,24,25
193:2,2,12,21
194:10 195:3
195:23 196:22
197:24 198:19
200:19,21,23
200:25 201:9
201:15,24
205:22 206:15
206:16,22
**career** 8:25
23:14,15 29:14
31:9,13 35:7
**careful** 39:11
117:15 145:25
**caregiver**
132:3
**caregivers**
205:15
**carving** 136:15
**case** 1:6 8:16
8:20 9:15,22
10:7,22 11:4
11:10,17 15:2

15:24,24 16:17
21:4 25:12,14
30:23 40:12
42:1 53:8,14
59:16 62:23
82:23 83:6
126:4 135:14
135:15 137:12
155:13 158:23
159:1 162:17
164:8,11
165:11 168:6
175:6 176:13
192:13 193:17
210:3
**cases** 12:6
21:12 31:2
38:7 47:10
51:8 52:14
53:22 59:18
70:14 71:23,24
72:1,2 74:11
91:10,13 92:11
99:23 100:11
101:17,18
103:3,19,25
104:3 131:14
131:15 135:11
135:12 136:16
136:22 137:11
**cass** 5:6 82:21
97:2 189:5,12
189:13 190:12
192:19 193:11
194:9 195:1,13
195:21 196:7
196:14,20
197:22 200:17

201:7,21 202:5
202:11 204:11
204:22 205:7
205:18,21
**catastrophic**
157:4,20
158:19,24
**categories**
158:13
**causal** 68:9
90:6
**causation** 68:7
**cause** 98:7
145:23 156:1
159:3
**caused** 90:3,17
91:3
**causes** 31:6
90:13,13
145:23
**causing** 90:10
155:21
**caution** 103:11
190:15
**cautions**
102:20
**cautious**
120:21
**cautiously**
205:24
**cease** 101:18
**ceased** 99:23
**center** 2:17
111:15
**central** 16:3,24
100:11
**century** 32:15

**certain** 156:20
157:19
**certainly** 46:12
179:15 180:14
**certificate**
209:1
**certify** 209:3
211:2,5,8,10
**challenges** 38:4
**change** 32:14
47:15 116:4
138:3 140:3,7
140:8 141:6,6
141:10,12
144:17 165:23
165:25 175:1
207:3,5 210:5
**changed** 13:23
22:17 27:23
56:18 115:8
121:20 142:12
142:17 144:5
**changes** 32:12
73:17 78:20,21
116:3 121:12
167:21,21
207:7 212:10
**changing**
197:12
**characteristic**
135:4,5 137:21
138:14 140:19
140:20
**characteristics**
145:14
**characterize**
161:24

James M. Cantor

May 2, 2024

[characterizes - clinical]

Page 11

characterizes 165:3
charge 29:18 29:23
chart 156:6,19 157:13,25 203:1,11,14
check 9:5,8,18 9:24 11:19 12:23 43:4 51:21 52:9 57:22 58:5,17 59:17,19,20 88:9 93:5 96:1 97:3 106:12,16 110:25 114:17 115:16 141:21 143:18 144:19 161:17 170:12 189:9 196:23 202:10
checked 142:21
checking 85:8 85:10 111:5 143:11 144:1 144:15 160:13 162:12
chen 88:6,10 88:14,18 89:3 90:2,17,18
chen's 89:1
cherry 88:10
chief 2:4 29:17 74:13 161:3 177:13 178:1 181:14
child 18:23 114:7 148:10

149:5,9,13,15 151:5 152:6
child's 149:16
childhood 72:4 99:22 101:18 116:13,17 130:21 131:1 131:25 132:22 135:11 140:16 140:25
children 13:7 14:5,8 15:18 30:25 44:12 64:8 67:2 71:17,24 91:9 100:8 101:3 103:10 109:17 109:23 122:13 125:14,16,20 136:18 148:12 150:19 153:8 158:8 184:2 195:2
children's 24:7 24:18 25:1 65:1
chong 155:4
chunk 176:25
cihr 76:7
circumstance 40:7 47:7 58:9 58:9 68:23 132:11
circumstances 17:6 19:5 35:17 58:19 80:25 90:8 92:6 100:18

121:3 151:25 172:10 189:16 200:10
cis 34:18
citation 80:2 80:15 92:16 93:1
citations 96:21 142:25
cite 51:10 65:20 70:12 84:17 88:20 118:6 143:14 160:11 176:22
cited 85:21 98:13 155:14 163:6 178:22 179:2 200:17 201:7
cites 131:7 162:11,16,18 165:9
citing 53:19 54:7 155:4 162:13,20
civil 2:11
claim 87:22 90:5,6 124:10 168:10 170:9 173:6,23
claimed 178:12 178:13,19
claiming 43:18 86:12,12 91:2 91:2
claims 85:9 133:19 134:6 178:18

clarify 143:12 193:6 195:12
clean 11:11
clear 15:24 26:10 40:21,22 159:13 179:7
clearcut 83:10
clearly 92:24 154:25 155:24 164:15
cliche 68:6
client 61:10
clientele 171:2
clients 13:5
clinic 24:22 25:6,8,11 64:19 65:6 88:16 125:24 125:24 127:4,4 203:22 204:6
clinical 14:4,8 18:2,10,21 19:6,11,13,17 19:25 21:14 23:7 29:11 31:12 35:15 41:17,20 42:8 42:13 43:16 44:12,17 45:5 45:5,17,19 48:9,20 50:14 64:3 72:21,24 73:8 80:17 81:14 82:18 97:22 98:24 99:5 101:5 103:25 119:25 126:1 157:17

158:4,6,6
182:23 183:1,3
187:11 188:2,5
188:5,8 201:1
201:16
**clinically**   35:14
77:24 80:11
**clinician**   14:13
14:17 15:1
41:16 65:13
**clinicians**
16:15 41:18,24
43:2,6 101:8
101:12,20
102:24 103:7
**clinics**   64:23
72:2 101:23
102:14 122:3
128:4 135:18
136:23 137:9
150:11 206:4,7
**clip**   159:23
**close**   154:4
**closed**   206:12
**closely**   152:16
153:6
**closer**   96:6
118:21
**clues**   117:21
**cluster**   16:11
16:19 17:14
81:2 100:19
145:14
**clusters**   67:24
68:12
**cognitive**   17:9
126:11

**coherent**   93:25
**cohort**   110:19
155:14
**coincidence**
53:6
**colleague**   6:24
**collected**
109:20
**collectively**
30:10
**column**   144:20
144:25 197:9
**combat**   32:19
**combination**
16:12 84:7
148:17 190:2
**combining**
204:9
**come**   12:24
51:1 81:6
104:24 105:7
136:22 143:15
160:2 180:14
207:13
**comes**   64:21
128:21
**coming**   13:5
16:13 137:9
197:19
**comment**
169:19,19,22
171:19 172:18
**commentaries**
87:19
**commentary**
202:1
**comments**
85:14 121:15

165:14 169:11
169:13,24
170:3 171:10
175:17 176:8
**commission**
211:16
**commissioned**
55:21 56:25
59:13
**commissioning**
58:8
**committee**
188:20,21
**common**   79:10
145:8
**commonly**
106:10
**communicati...**
9:19
**communicati...**
175:25 179:19
180:4,6
**community**
106:11
**comparator**
156:23 157:7
158:22 159:10
**compare**   25:7
38:25 49:21
87:1 88:2
161:19 163:16
192:24 193:7
**compared**
67:20 115:13
115:19 125:13
130:21
**comparing**
85:8 123:4

129:8 131:19
131:21 132:21
159:12,15
**comparison**
33:1,2 116:1
116:16 127:25
128:19,20,23
151:5 193:17
**compensated**
187:10
**compensation**
182:16
**competing**
50:19 206:21
**complete**   196:9
202:14 204:3
**completed**
88:11,15
212:16
**completely**
33:24 100:13
193:25
**compliance**   2:5
2:12 74:14
**complicated**
40:1 46:13
79:14 118:1,18
125:3
**component**
120:7
**components**
96:7 97:23
113:18
**composed**   93:6
**composing**
169:22
**comprehensive**
28:11 52:13

James M. Cantor                                                    May 2, 2024

54:6 85:3 96:6
**comprise** 27:20
**comprising**
28:13
**compromise**
32:2
**computer**
211:6
**concern** 178:2
178:10,16,23
179:3,11
**concerning**
120:8
**concerns** 8:17
34:15
**conclude** 90:1
97:19 99:1
117:24 118:12
204:10
**concluded**
146:3,4 208:23
**concludes**
146:1 208:6
**conclusion**
67:19 68:9
81:6 90:13,19
94:12 99:22
114:24 117:15
119:17 123:13
129:25 138:8
180:13 200:15
**conclusions**
49:3 67:2 75:1
88:2 100:16
165:24 166:3
166:23 167:4
167:12

**concrete** 32:3
**condition**
61:17,22 63:3
63:11,19 79:6
79:8 112:15
137:4
**conditions**
62:13,15,25
112:21 123:22
124:1 131:22
**conduct** 29:24
57:25 116:16
116:16 121:16
**conducted** 14:9
20:9 37:19
43:20 55:1
64:22 137:16
145:3 197:1
**conducting**
82:24 111:25
145:11
**conference**
104:21 121:7,8
**confidence**
202:2
**confident** 17:3
202:13
**confidential**
11:13 168:5,7
**confidentiality**
11:15
**confirm** 17:18
23:8 33:4
61:16 82:9
95:9 108:23
134:24 158:19
159:6 162:15
164:10 165:1,7

177:20 186:19
192:4,13
195:13 202:23
203:24 204:9
**confirmed** 35:3
134:25 166:11
167:11
**conflict** 42:12
42:14,23,25
43:17 44:13,16
44:24 45:4,4
45:15,16,20,24
45:25 46:7
48:2,7,16,19
58:12,16 72:10
72:14 73:2,5,7
87:16 169:7
173:15,16
181:18 184:11
185:5,12,14,18
185:25 187:15
187:17,19
188:17
**conflicts** 44:9
48:10,11,13
58:4 72:12
87:12 181:3,10
181:21 186:4,5
187:21,22
188:12
**confound**
88:24
**confounds**
130:2
**confused** 18:4
159:11
**consensus** 35:2

**consent** 17:8
74:15,16,19
91:14 126:7
200:8,11
**consenting**
92:14
**consider** 43:2,8
60:12 67:7,16
83:24 107:4
141:17 151:15
153:5,19
201:11,12
**consideration**
17:5 19:1
21:12 36:2
45:8 112:2
128:16
**considerations**
56:17 152:22
152:23
**considered**
31:18 32:16
60:16 82:11
83:16 114:25
127:23 149:11
166:3 184:22
**considering**
36:3 56:17
151:14 194:19
**considers**
18:20
**consist** 88:4
**consisted** 85:7
**consistent**
31:19 36:25
37:15 38:5
39:15,22 57:9
63:23 96:13

James M. Cantor                                                    May 2, 2024

[consistent - correct]                                                  Page 14

128:5
**consistently**
34:5 35:8
**consists** 15:5
15:10
**constitute**
72:10 73:1
96:8 103:14
153:1
**constitutes**
73:5,7 87:16
116:12,13
**consultation**
16:15
**contact** 9:6,12
111:14
**contacts**
111:13
**contagion**
136:9
**contain** 117:13
**contained**
96:16 176:25
179:15 183:2
191:4 211:8
**contains** 124:9
**contend** 88:10
**content** 10:19
24:13,20 44:7
49:22 57:12
73:21 86:14
87:11,25
107:16,19
121:11 183:24
184:5,16
207:20
**contents** 51:14
57:23 75:13

96:12 109:11
175:17
**contested**
99:21
**context** 19:14
30:24 51:17
61:8 69:12
79:25 82:17,19
97:25 159:13
164:15 165:6
165:13 169:23
170:7 172:22
176:5 179:5
180:3 181:6
191:2 192:6
193:16 194:15
194:21,25
195:18 196:3
196:11 199:13
**contexts** 82:16
83:23 174:22
**continue** 80:9
**continued** 95:8
113:12 118:25
119:13
**continuing**
113:3 118:8
122:14 139:7
182:2,3
**contradict**
63:16
**contradicting**
62:18
**contradiction**
49:16,17
**contradictions**
63:2 88:5

**contrasting**
37:4 138:25
**contribute**
14:10,14 27:9
28:4
**contributes**
89:4
**contribution**
46:16
**contributions**
14:24 37:6,17
**control** 115:15
199:21 201:22
**controlled**
26:13 80:13
81:15
**controls** 163:21
**controversial**
80:4 93:8,9
97:4 106:8
143:7 147:4,21
183:4 187:24
**conversation**
121:9 175:1,14
176:4
**conversations**
173:8 174:17
174:23 175:4
178:21 179:1
179:14
**convey** 37:7
178:2
**conveying**
178:10,16,23
179:3,11
**coordination**
2:5,12

**copies** 11:11
209:18 212:14
**copy** 25:23
52:4 55:18
74:4 85:20
97:8 105:14,14
111:6 147:10
160:24 183:10
189:4 190:21
208:20
**correct** 7:3
8:21 11:23
12:15 14:3,18
15:3,8 17:23
19:20,21 20:2
20:17 25:14
35:12 37:1,16
38:6 39:2
51:11,20,24
52:7 54:11,25
55:8 57:1
59:13,21 61:2
64:1,2 65:18
66:5 70:15,18
73:10,11 77:4
77:5,20 79:2,3
86:17 88:7,11
89:24 91:23
93:15 94:7
95:13 99:15,16
100:1 103:9
108:13,18
109:2,19 110:5
110:9,12,19,20
111:20 112:9
114:14 115:9
115:10 130:22
133:10,15,16

134:18,19
135:8 137:22
138:14,15
141:15 142:11
145:4,5,9,24
145:25 146:9
146:10 148:2
150:8,15
153:17 154:12
156:21 157:5
157:14,23,24
162:11,18
163:14 164:12
166:13,18,19
166:24 167:13
169:14 171:7,8
175:14,19
176:11,23
177:21 178:7
182:18 184:4,8
184:13,14,18
184:22 185:1,2
186:13 193:8
195:3 201:21
203:2 204:1,2
**correction** 4:25
165:20
**corrections**
165:23 209:6
**correctly** 35:11
41:17 135:7
145:16 178:4
204:20
**correlates**
136:3
**correlation**
68:6

**correlations**
66:25 68:11
**costly** 156:23
157:22
**costs** 50:17
**coty** 2:4 6:19
156:9
**counsel** 10:14
211:4,8,10,10
212:14
**counseled** 16:8
**counseling**
15:5,10 17:21
18:3,8,12,15
18:17,18,20
148:8
**count** 61:7,21
79:13
**countries**
161:22 193:22
**country** 122:4
122:12
**counts** 13:19
18:11,25 27:17
33:12,17,17,18
40:8,8 48:7
62:1 151:24
152:18
**couple** 112:22
**couples** 12:20
**course** 11:14
13:5,12,18
19:3,22 20:7
20:19 21:18
23:1,21 24:8
24:13 26:23
27:6,9,19
30:16 32:14,18

34:20 36:11
44:6 48:21
51:16 52:9
61:13 67:3
72:20 73:22
74:24,24 79:10
83:21 86:23
91:15 98:15
99:24 100:4
107:8 109:13
111:25 114:22
116:11 119:18
120:14,18
128:1 135:9
137:6,12
142:21 159:1
174:19 181:25
189:18 191:1
196:24 202:11
204:3 206:25
**courses** 19:4
**court** 1:1 8:3
11:14 92:21
**cover** 189:6
**coverage** 83:2
86:13
**covered** 83:6
107:23 187:10
**cracking** 151:9
**credit** 145:10
146:3
**crimes** 27:5
**criminal** 49:9
49:13 193:8
195:1,14,22
196:6,16
200:18 201:8

**criminalization**
161:14
**criminally**
192:21 193:13
194:11 198:20
**criteria** 30:13
33:3 73:7
78:20 81:4
85:9 96:2
125:25 166:12
**criterion** 44:11
62:25 101:19
**critical** 87:17
**criticizing** 88:6
**critique** 68:2
**cross** 22:5,14
89:19 125:15
125:18 128:19
146:23 147:14
148:1,2,25,25
149:3,11,25
150:1,3 152:15
153:13 154:1
154:16 172:7
190:5,11
191:22 198:13
199:4,8,12
200:7
**crude** 164:3
**cs** 212:15
**cs6662450** 1:25
209:25 210:25
**cultures** 32:12
32:13
**current** 13:14
13:16,20 47:7
56:18 62:6
69:4,9 121:14

132:11 147:1
203:21 204:20
206:9 207:1
**currently**
12:17 100:3
206:13
**cv** 1:7 29:16
59:18 77:2
**cwb** 1:8

**d**

**d** 4:1
**d.c.** 2:8,14
**dakota** 163:12
**dangerous**
171:3 172:3
**dangers** 146:22
171:25
**danish** 110:18
111:13
**data** 74:20
89:18 109:21
111:19 112:4
117:12,15
119:3 120:21
121:11 123:19
124:20 130:4
130:13 131:6
134:23,25
202:12
**date** 9:24 11:20
36:8 144:4
176:16 189:9
204:4,5 209:14
210:4
**dates** 35:22,23
36:18

**day** 12:6,6
151:2,3 211:12
**days** 212:16
**de** 36:3 141:15
141:19,23
145:2,8 202:8
202:16,24,25
203:6,6,15,16
204:7,8,13,13
205:15
**deal** 29:13 31:9
44:14 73:23
98:10
**dear** 177:24
**death** 90:22
**debate** 27:18
33:11 35:4
37:7 42:9
48:23 53:24
62:2 206:11,20
**debates** 26:22
36:11 61:6
**decades** 137:16
**december**
144:8
**decide** 20:21,21
20:24 30:2
50:2 140:8
**deciding**
149:24
**decision** 17:4
18:10 19:11
21:7,25 22:4
22:13 32:5
37:8,11,21,21
38:1,8,9,12,13
38:22 60:3,11
73:18 77:9,15

78:3 91:7,9
112:22 113:3
113:19 114:1
114:11 148:10
148:13 149:6
153:10 154:10
154:11 158:6,6
195:18 200:4
**decisions** 46:17
47:25 65:7
97:22 149:22
154:8 180:20
188:24 196:12
197:13
**decker** 59:15
**decreased** 12:6
**dedicating**
12:11
**deem** 143:1
**deemed** 32:16
43:23 46:10
47:19 168:21
**default** 98:6,19
99:6,9
**defend** 56:11
**defendant**
208:11
**defendants**
1:13 3:1 8:19
**defending** 3:3
**defensible** 49:2
49:3
**define** 146:19
**definite** 146:6
179:14
**definition**
30:13 31:24
45:2 61:15

80:17 131:10
146:21
**definitions**
27:16 33:15
**definitive**
119:17 142:1
143:10 189:19
201:25
**definitively**
90:1
**degree** 19:23
19:24 64:2
84:22
**delay** 111:9
**delays** 21:19
**delivering**
182:17
**demand** 46:24
47:5 64:10,12
64:20 65:2,10
**democracy**
193:20
**demographic**
137:9
**demographics**
116:3,4 131:16
**demonstrably**
185:15
**demonstrate**
81:3 98:8,16
**demonstrated**
98:20 99:4
**demonstrating**
63:10 98:14,22
120:25 155:15
**demonstration**
80:10 103:10
157:10

James M. Cantor

May 2, 2024

denotes 80:1
density 60:5,16
deny 83:5
162:8
denying 161:25
department
2:6,10 55:25
174:8 180:23
departments
19:23 55:5
dependents
184:2
depending
30:24 125:24
depends 13:19
18:19 22:22
23:13 60:18,19
60:19 61:18
84:4 163:22
167:22 199:24
deponent 209:1
212:13
deposing
212:13
deposition 1:16
6:2,4,5,6,21
7:2 8:7 10:2,13
11:2,11 208:23
depositions
10:15 11:6
depression
63:19 113:21
113:22 114:2
deputy 2:4
describe 18:5
48:17 79:9,9
79:12 84:18
123:18 124:13

131:16,17
135:13,23
136:24 143:6
145:15 151:23
159:14,18
194:1
described
27:20 37:9
48:10 51:15
103:23,24
121:25 122:7
123:11 128:11
142:21 159:19
178:13
describes 53:10
67:18 166:15
describing 42:5
48:16 54:1
69:7,17 72:3
78:22 87:25
112:3 123:25
125:12 157:9
158:5 160:15
166:14,17
description
19:2 33:1
86:14 102:2
128:5 167:6,14
descriptions
97:1 165:25
167:17
design 66:19
66:23 67:7,16
124:18,21
145:7
designate
168:6

designed 71:21
desire 37:6
76:8 149:20
206:18
desistance
145:8
desisters 145:2
despite 31:4
62:24 113:8
122:11 123:18
detail 33:20
62:5 89:6
111:24 117:8
188:16
detailed 44:13
details 71:7
88:12 107:6,7
deteriorating
122:10
determine
94:25 96:3
117:1 183:20
determined
78:24
determining
82:19 185:5
develop 150:24
developed 92:4
developers
173:9
developing
46:3 58:11
95:12
development
30:8 45:18
83:8 109:19
169:4,12 170:4
170:14,17

173:1,7 175:10
187:12,18
188:8
develops 190:1
diagnosable
61:24
diagnose 63:8
78:4
diagnosed 14:1
18:23 40:14
62:16 113:20
diagnoses 14:9
14:12 78:20,22
89:18 110:18
diagnosis 13:21
13:23,25 14:11
17:4 18:8,22
18:25 19:5
62:2,24,25
64:16 79:13,19
84:8 98:2
diagnostic
13:24 32:18
78:8,20
diaz 4:11,12
70:12,12,16,24
71:1 105:17,23
107:1,13,24
dichotomous
150:25
died 89:20,23
differ 109:24
125:25
differed 124:12
difference
50:10 126:16
126:22 130:12
131:12 136:4

144:2 159:16
159:24
**differences**
123:23 130:5
131:9,10
136:17 137:1
164:25
**different** 12:21
13:24,24 18:1
18:5 21:2
27:21 28:3,5,6
28:7,19,24,24
28:25 29:4,20
29:20,24 32:2
32:10,11,12,12
32:13 33:24
45:7 61:3,4,5
63:23 72:21
73:20 81:22
82:16,16 83:23
83:23 84:13
86:2,4 87:16
87:17 90:12
100:17,18
101:24 114:4
114:17 117:17
117:25 119:4
124:12 130:8
130:15 131:20
131:22 132:17
136:25 138:4,9
138:24 144:4
150:23,24,24
157:15 159:19
172:7 179:8
182:5 193:4,25
200:1,3,22
205:12

**differentiate**
46:5
**differentiates**
140:6
**differently**
8:11 157:14
159:7
**differs** 100:13
**difficult** 12:18
14:7 15:20
16:4 47:6 80:6
80:6,19 86:25
96:14 121:16
163:16 168:22
175:16
**difficulties**
111:3
**difficulty** 187:3
**digital** 144:16
**direct** 11:3
23:15,17,24
24:1 43:21
48:11 131:19
182:15 185:17
185:24 189:21
**directing** 89:14
**direction** 104:2
113:16 189:20
200:15,16
207:20
**directly** 97:13
112:12 186:25
**disciplinary**
14:10,22 15:16
15:19 21:3,6
22:3 24:1 27:6
28:10

**disclose** 58:3
**disclosure** 5:5
182:12,24
183:11
**discomfort**
63:15
**disconnect**
208:3
**discrete** 151:1
**discuss** 10:18
13:6 94:17
184:25
**discussed**
10:12 13:12
16:8 25:2
79:16 105:16
121:24 122:9
126:25 178:22
179:2
**discusses** 52:6
161:10
**discussing**
54:14 55:2
65:17 69:12
110:9 122:22
133:10,12
141:14 170:8
182:12 188:15
**discussion**
111:10 144:24
167:6 169:17
205:19 206:3,5
206:10
**discussions**
10:19
**disorders**
26:25

**disqualified**
45:14
**distance** 58:7
**distinct** 65:24
135:2
**distinction**
50:10
**distinguish**
125:5
**distinguishing**
41:3
**distract** 97:12
**distress** 97:12
**district** 1:1,2
**diversities**
35:11
**diverts** 97:14
**division** 1:3
2:11
**doc** 25:17 52:1
55:14 59:22
70:20 85:19
108:22 110:16
115:6 122:19
123:3 134:14
143:24 147:10
156:7 158:17
158:17 160:9
160:21 164:23
166:7 168:3
177:19 183:8
189:1
**doctor** 19:20
25:23 64:1
171:14
**doctors** 20:3
25:1

James M. Cantor

May 2, 2024

[document - earlier]

Page 19

**document**  26:1
26:5 37:13
51:15,25 52:21
53:1,18 55:13
58:18 70:19
74:5,6 85:18
122:14 123:2
134:13 143:23
147:9 159:23
161:18 163:3
166:6 170:2,11
170:25 171:9
177:11,14,18
178:5,18 183:7
183:9 185:14
186:16,22
189:1 190:9,20
**documentary**
53:11
**documentation**
103:3,15
119:20 175:24
**documented**
120:6
**documents**
169:25 170:22
171:5 172:21
172:25 174:4
175:2 176:20
176:25 177:8
179:6,7,15,24
180:12 188:15
**doi**  144:16
**doing**  25:9 30:3
152:7,10 156:9
170:2 181:12
195:24

**double**  43:4
57:22 59:19,20
97:3 114:17
143:18 161:17
**download**
75:15,25
**downloads**
75:22
**downstairs**
104:20
**dozen**  7:6
15:21 16:6
21:11,22 22:1
**dr**  6:19 7:1
11:16 51:7
52:4,17 59:24
66:19 70:23
74:9 77:2
85:19 89:1,11
97:8 104:7
105:3,11
108:22 121:4,6
121:10,18
123:3 132:20
134:12,14
143:24 160:10
160:24 164:23
165:20 167:17
168:10 174:7
175:9 181:3
183:9 189:4
190:12 194:8
196:20 197:22
198:4 202:22
204:22 205:6,7
205:18 207:17
207:24

**draconian**
162:1,9 164:12
165:3
**dramatic**  90:24
**dramatically**
121:20
**draw**  41:7
152:18
**drawing**  20:8
**draws**  10:5
137:14
**dropped**
123:21,21
124:3,6
**dropping**
116:11
**ds**  76:12 77:10
77:12,16
**dsm**  78:12,18
78:24,25 79:1
**due**  74:13
170:20
**duly**  6:16
**dutch**  99:14
100:4,6,9,17
100:20 101:1
101:10,13,15
101:21,25
102:1,21,24
103:6,12
**dysfunction**
26:24
**dysphoria**
13:21 15:23
17:23 18:24
40:15,15 44:21
61:17,19,21,23
62:20,21,23

63:18,24 65:18
65:24 66:4
70:11,13 71:18
71:20,21 72:3
74:10 77:22
78:5,11 79:5
84:13 97:20
99:2 103:20
104:3 109:5,17
115:14,20
116:23 117:2
126:5 130:21
130:22 131:1,2
131:25 132:22
132:23 135:10
136:20,21
137:4,25
138:10 139:25
140:12,16,17
145:23 163:14
189:15
**dysphoric**
40:18 62:8
64:8,9 99:23
101:19 151:5

**e**

**e**  2:1,1 4:1 5:3
6:17 9:5,8,9,19
160:10 175:13
175:19 176:4
176:22 178:7,9
178:15,22
179:2,10,19
180:7
**e.g.**  60:4,14
**earlier**  21:19
23:14,25 63:25

90:7 98:9
105:16 148:20
150:10
**early** 21:23
22:2 59:14
71:23 101:17
103:25 122:1
131:14 135:11
136:16 138:17
139:9,15,21
150:9 190:14
**easier** 76:2
190:25
**easily** 72:22
93:17 121:1
159:22
**easy** 59:19
**eat** 104:10
105:4
**ec** 177:24
**editor** 4:19
29:17 74:13
134:17 137:18
140:14 161:3,7
164:5,5 165:13
181:14
**editorial** 74:14
77:3 86:21
144:1 146:11
161:4,6,16
162:1 164:12
166:9,17,20
167:10
**editors** 167:8
**education**
182:3
**effect** 114:1,3
186:9 205:21

**effective** 43:18
43:24 46:11
47:20 69:21
82:2 97:20
99:2,4 148:8
**effectiveness**
28:24 68:8
69:14 81:15,22
97:16 98:17
120:15 154:25
155:7,11
**effects** 20:11
29:2 68:7
94:23 96:19
97:18 98:5
120:18
**efficacy** 201:23
**effort** 117:8
141:21 170:10
176:19
**efforts** 97:13
**eight** 10:24
15:5,10,12
**either** 12:23
17:7 29:1,5
113:16 124:17
127:5,5 132:9
143:19 145:21
196:9 200:15
207:19
**element** 15:23
119:17
**elements**
126:12
**elevate** 112:6
**elevated** 93:12
94:16 95:12

**embark** 132:3
**emerging**
135:5 140:20
**emotional** 48:1
**emotions** 46:15
46:18
**emphasis**
134:23
**emphasize**
34:17
**emphasized**
190:12
**emphasizes**
202:12
**employ** 193:20
**employed**
19:22 41:17
67:4 174:10
**employee**
211:10
**employees**
174:17,24
**enabled** 121:14
**enact** 200:23
**enacted** 50:3
195:10
**enacting** 50:8,8
195:19
**enacts** 207:22
**encourages**
196:21 197:1
**encouraging**
197:5,23
**endeavor** 23:2
58:17 119:19
**ended** 66:11
**endocrine**
42:10 146:22

**endocrinolog...**
20:9,22 147:5
**endocrinolog...**
20:5,23 22:25
**endocrinology**
20:7 27:8
28:23
**endorsed** 76:4
**ends** 147:15
**enforces** 195:6
**engage** 17:8,11
27:4 152:5
163:25 165:15
168:15 172:9
**engaged** 29:8
37:20 43:16
58:20 64:23
180:1
**engaging** 31:14
39:10 42:13
60:21 64:19
152:19 158:10
181:6 194:19
195:5
**england** 10:9
192:5,14 206:1
**english** 200:21
**enormous**
30:17 40:12
88:17 181:11
**enrolled**
200:25 201:15
**ensconced**
34:22
**ensure** 8:2
47:24 187:20
**entail** 152:20

enter 19:9
entered 150:20
  211:8
entire 13:13
  58:17 114:25
  119:19 138:2
  151:2 176:15
  176:20 179:5
  205:13
entirely 42:11
  82:14 96:12
  133:18 134:5
entitled 66:2
  70:13 74:9
  93:12 110:17
  115:7
entity 62:9
  75:8 106:17
entries 157:8
ephemeral
  135:4 137:21
  140:19
epidemiologi...
  116:8
equal 98:20
  143:14
equally 98:16
  143:1
equipped 41:19
  41:25
equivalent
  80:14,21 81:16
  104:1 154:24
  155:6,10
erectile 26:25
errata 209:7,18
  210:1 212:11
  212:13,16

erratas 212:15
error 87:21
  112:6 127:6
  130:20 131:4
  138:22
errors 100:15
  133:1 166:22
  167:2
especially 8:6
  10:8 12:20
  14:7 19:5
  20:25 66:17
  76:5 118:1
  142:19 143:7
  154:6 188:5
esq 212:1
esquire 2:16
  3:2
essential 162:6
essentially 31:6
  34:21 102:21
  107:22 125:23
  127:17 130:3
  185:10
establish 158:9
  201:12
established
  83:9,12 106:24
  120:6 122:12
  135:19,20
  153:6
establishing
  48:20 72:15,15
  72:21 73:8
  188:1
estimate 95:19
  145:7

estimation
  80:12
et 1:5,12 142:9
  147:11,14
  155:4 212:4,4
ethical 48:21
  48:22 152:21
  152:22
ethics 98:24
  119:25 157:17
  158:4 181:17
european
  161:20
evaluate 44:9
  85:1 169:8
  170:10,10
  181:16 201:23
evaluated
  48:15 166:10
evaluating
  42:14 85:14
  115:23 120:16
  181:7
evaluation
  52:12 58:14,15
  64:17 85:3
  86:24 87:17
  169:23
evaluations
  43:19,20 64:22
event 13:1
  176:7
events 54:4
  60:14 93:16
  166:15 167:7
  167:15,17
  199:15

eventual 190:8
eventuality
  154:19
everybody 41:8
  45:2 62:12
  137:24,24
  173:14 185:14
  205:10
evidence 26:21
  31:14,15 42:6
  43:20 44:15
  46:17 47:23
  48:25 49:1
  56:11 58:25
  60:4 62:21
  63:7,10,12,17
  66:16 75:4
  76:13,18,21,25
  76:25 80:2,14
  80:22 84:1,9
  88:11 89:25
  97:16,21 99:8
  112:7,8 120:19
  120:24 124:14
  132:9,16 137:7
  137:7,8 138:7
  138:19,23
  140:2,4 141:10
  154:23 158:25
  160:15 161:9
  162:7 164:8
  165:16 197:15
  198:18 202:2
evidences
  166:1
evolution 30:16
  30:17,23 31:5
  32:7

evolutionary
30:18
evolving
142:20
exact 36:8
125:25 127:10
159:23
exactly 17:3
18:13,13 25:5
27:17 34:9
38:8 44:15
47:22 58:7,25
61:18 62:19
63:5 67:5,10
73:22,24 75:2
77:23 80:16
84:4 85:15
86:24 87:10
92:8 98:3
100:23,25
118:22 119:5
120:20 123:10
128:5,14
135:22 136:4
139:18 142:21
143:4 147:23
149:8 157:8
158:4 172:8
173:17 177:5
177:10 179:17
180:2 181:12
183:23 184:14
184:15 193:1
207:4
exaggerated
102:19
examination
4:4 211:5

examine 109:4
110:4
examined
109:16 209:3
examines 109:1
examining 94:3
94:19
example 29:16
32:14 33:16
34:9 42:9
46:20 52:11
53:8,20,20
61:22 62:17
63:12 67:21
72:15 79:15
82:21 88:20
103:9 112:23
113:7,20
114:23 123:20
126:11 140:3
148:9 149:12
170:23 173:11
183:16 186:11
188:19
examples 35:13
35:24 102:19
121:22 173:11
except 25:6
103:14 121:2
206:25
exception
141:22 142:2
191:15
exceptions
190:13
exclude 82:7
132:14

excludes 81:21
excluding 83:2
exclusionary
44:10
exclusively
141:14
excuse 43:19
96:18
exemption
198:17
exhausted
191:17
exhibit 4:8,9,10
4:11,12,13,14
4:15,16,17,18
4:19,20,21,22
4:23,24,25 5:1
5:3,5,6 25:17
25:18,21 51:6
52:1,2 54:21
55:14,15 57:6
59:22 60:23
70:20,21 74:5
74:7 79:20
85:16,18 89:8
105:9,12
108:19,22
110:13,15
115:3,5 122:19
122:25 123:3
134:10,12,13
142:4 143:21
143:23 147:7
147:10 156:2,7
158:17 160:9
160:20,22
162:24 163:3
164:22 165:9

165:10 166:4,7
167:24 168:3
177:16,19
183:5,7 189:1
189:2
exhibits 4:7
6:23 97:15
exist 32:3 80:4
94:22 120:13
135:16 139:1
192:8
existed 137:4
existence 31:4
existing 25:7
37:5 88:25
151:22 203:19
exists 21:18
62:10 63:5,21
79:17 94:18
150:11
expanded
198:19 206:6
expect 93:9
197:12
expensive
157:7 158:22
159:9
experience
15:4,9 22:19
22:20 23:9,18
44:9 45:6
64:18 71:14,15
77:21 112:14
140:7 172:15
181:12
experienced
149:19,20,21
172:1

James M. Cantor                                                May 2, 2024

[experiences - females]                                            Page 23

**experiences**
16:23 30:21
**experiencing**
40:16 71:17
140:11
**experiment**
90:18
**experimental**
80:1,2,10
81:14 82:12,15
82:23,24 83:1
83:3,6,11,16
83:22 84:1,5
92:10
**experimentat...**
20:10
**expert** 5:1 8:20
25:13 28:16
36:23 39:13,20
43:25 44:22
45:1,3,6,8,12
168:10,14,21
181:3,9
**expertise** 26:15
58:14
**experts** 41:22
41:23,24 43:1
43:2,7,8,8,11
43:12,13 61:11
85:12 160:16
**expires** 211:16
**explain** 67:13
**explicit** 34:12
42:11 78:19
100:22 102:2
102:21 122:6
179:25 191:23
192:1 205:9

**explicitly**
128:14 173:14
205:1
**exploration**
17:12 64:14
**explosion**
40:12 135:13
137:11 138:3
**exposed** 146:23
149:2,17
**exposes** 150:2
162:7
**express** 33:10
**expressed**
48:14 72:19
**expressing**
70:11 161:7
179:8 191:3
**expression**
206:18
**extensively**
173:1
**extent** 15:3,8
15:25 38:20
40:20 48:24
50:3 89:3
161:17 168:20
180:15,18
203:20
**externally**
137:1
**extreme** 190:15
**extremely**
120:21,23
148:24 172:6
175:20

**f**

**f** 93:11
**facet** 117:18
**faceted** 79:14
**facilitate** 76:11
**facilitating**
173:23
**fact** 40:10 44:1
45:20 58:1
61:11 85:8,10
85:10 107:13
121:21 124:15
130:13 170:12
**factor** 89:1
103:24
**factors** 81:22
82:1,4,20 84:7
84:12 124:9,23
125:6 126:4
134:9 145:17
173:2,6
**factual** 87:21
**faculty** 19:22
**fail** 165:15
**failed** 163:25
164:7
**failing** 133:4
**fails** 212:18
**failure** 90:25
132:24
**failures** 88:19
120:5
**fair** 96:5 119:3
137:19 138:11
**fairly** 196:2
**false** 119:10

**familiar** 41:15
76:17,19 121:4
121:18 170:19
**families** 130:16
**family** 13:6
**far** 86:18
137:11 179:18
180:5
**fashion** 15:19
**fast** 105:4
**faulting** 133:4
**favor** 156:23
157:6 158:21
159:9
**feasible** 21:20
119:3
**features** 66:25
**february**
105:12
**federal** 2:5,12
180:8
**fee** 75:16,19,23
187:8
**feeding** 91:21
92:2,18 93:3
**feel** 33:22
99:23 101:18
209:6
**feeling** 62:4
64:9 104:8
141:7
**feelings** 136:24
**female** 70:8
91:24 131:14
133:14
**females** 30:20
93:13

feminized 134:24
fertile 30:25 146:25
fertility 147:16 148:8
fewer 202:7
field 9:1 26:16 26:23 27:6 28:10,19 29:9 29:13 30:8 31:20 35:3 41:19 42:8 59:1 85:13 87:18 142:19 168:24
fields 27:23 44:17
fifth 163:10
file 176:24
files 111:21 117:10
filled 183:16 185:9 186:20
filter 54:9
final 172:19 185:13 187:23 187:23 188:23 188:23 189:4
financial 43:22 46:22 47:2 48:11 50:17 173:4 183:18 185:17,22,24 186:4,4
find 71:12 80:7 80:19 93:10

finding 87:20 110:2 117:7 133:13,18 134:5
findings 115:1 121:12 123:11
fine 50:24 105:1 156:16 160:3 163:21 174:5
finish 8:5 156:10
finland 115:9 200:24
finnish 200:17 200:20 201:7
first 9:6,9,12 40:24 56:1 61:19 64:9 67:11 74:12 81:12 98:3 127:18 129:19 132:14 136:3 136:17 143:11 144:24,25 150:17 151:7 151:10,18 167:9 177:24 191:17 197:9 202:23
firsthand 77:21
fit 36:21 71:18
five 35:20 36:10,15,22 207:10
flag 117:5 118:16 119:10 119:11

flagged 188:13
flaw 125:13 132:15
flip 134:21
florida 55:22 55:23 56:3,9 56:25 57:7 59:11
flow 207:7
flux 207:5
focus 60:12
focused 106:6 106:7
folded 102:9
follow 62:7 67:13 95:20 118:17 119:5,9 153:7 184:13 202:12 204:19 205:3,4
followed 91:25 145:18 207:2,3
following 51:9 117:7 206:8
follows 6:16 23:25
footnote 105:20,20 163:2,7 165:8
foregoing 209:4
forgotten 76:16
form 5:5 17:24 23:11 33:8 39:17 42:3 44:3 48:5 49:10 51:12 56:13 65:3

66:21 68:20 73:3 78:6 81:18 83:17 84:3 87:24 96:25 99:18 102:10 103:21 112:18 114:15 118:14 129:5 131:3 136:14 139:5,11 141:3 142:15 147:18 148:15 150:22 153:3 162:2,19 168:12 170:5 172:20 173:17 174:3 179:4,22 180:9 181:5 182:12 183:11 183:17 185:9 185:19 186:14 186:18 187:2 187:13 188:10 190:6 192:22 193:9 194:13 198:8 199:24 201:2 203:17 204:14 205:23 206:17
formal 43:19 43:19 64:22 84:21 169:16 169:23
formally 182:1
format 85:22 86:4
former 53:11
forms 139:11

James M. Cantor

May 2, 2024

**[forward - gender]**

**forward** 197:16

**found** 70:7
107:22 109:22
116:20 123:7
123:14,17,23
124:2,10,11,14
130:12 166:18

**founders** 122:11

**founding** 34:12

**four** 52:24
97:22 150:13
151:11

**fractures** 60:14

**frame** 157:14

**framed** 159:6

**framptom** 212:1

**frampton** 3:2
8:12 10:17,21
10:25 17:24
23:11 25:25
33:8 39:17,24
42:3 44:3 48:5
49:10,15 50:25
51:3,12 52:20
56:13 65:3,11
66:21 68:20
73:3 78:6
81:18 82:13
83:17 84:3
87:24 89:13,16
96:25 99:18
103:21 104:12
104:16,19
105:2,5 108:8
108:11 111:5

112:18 113:13
114:15 118:14
129:5 131:3
136:14 139:5
141:3 142:15
147:18 148:15
150:22 153:3
156:9,16 160:3
162:2,19
164:19 168:12
170:5 172:20
174:3 179:4,22
180:9 181:5
185:19 186:1,7
186:14 187:2
187:13 188:10
190:6,18,24
192:22 193:9
193:15 194:13
194:23 198:1,8
198:15,21
201:2 203:17
204:14 205:23
206:17 207:12
208:9,11,15,21

**francisco** 2:19

**free** 57:22

**freedom** 3:3

**freedoms** 206:21

**frequent** 33:15

**frequently** 48:18

**friends** 133:15

**front** 11:8
25:19 202:21

**fulfill** 56:3

**fulfilled** 96:2,7

**full** 6:25 13:11
52:8 53:18,21
53:21,22 54:16
70:2 88:20

**function** 31:3,9
118:22

**functioning** 114:22 130:8

**functions** 29:8

**fundamental** 42:5

**funded** 75:7
76:13

**funders** 76:5
197:2

**funding** 30:4
76:7,10 206:22

**further** 6:7,10
80:8 146:6
166:21 211:5,8
211:10

**future** 37:20
147:16 207:6

**fuzzy** 151:8

**g**

**gain** 96:21

**gatekeeping** 125:23

**gathering** 56:10

**gay** 27:2

**gender** 13:21
15:22,22 17:22
18:23 20:25
25:3 27:11,15
27:18,19,21

28:1,6,8,8,13
30:9 31:16
33:18,19,23
34:5,14,18,18
36:25 37:16
38:5 40:8,14
40:15,18,18,19
40:24 44:1,21
44:22 46:9,21
46:22 47:2,3
47:18,19 48:3
56:11 59:7,11
61:1,3,5,8,12
61:16,19,20,22
62:5,8,20,21
62:23 63:18,24
64:8,9,19
65:18,23 66:4
68:19 70:11,13
71:17,20,21
72:3,6 74:10
76:14,18,21,22
77:22 78:4,11
79:5 82:10
83:15 84:13
90:3,20 97:20
99:2,23 101:18
101:18 103:19
104:3 109:5,17
109:18 110:17
111:15 114:13
115:8,14,20
116:22 117:2
118:12 121:19
126:5 130:21
130:22 131:1,2
131:25 132:22
132:23 135:3

135:10 136:20
136:21 137:4
137:20,24,25
138:5,9,13,16
139:3,12,16,18
139:25 140:12
140:16,17,18
145:23 151:5
151:20 153:1
155:11,25
161:15,25
163:13 165:21
183:22 186:13
187:1 188:3
189:15 190:1
192:20 193:12
194:10 195:3
196:22 197:24
198:19 200:18
200:25 201:8
201:15,23
202:6 206:15
**gene** 31:6
**general** 1:11
11:5,6 16:5
21:14 49:7,12
61:10 75:18
76:23 127:3,4
141:22,25,25
181:13 191:3,9
191:10 200:15
202:3,13 205:5
**general's** 9:11
208:17
**generalize**
138:23 139:10
**generally** 29:11
38:9 71:24,25

85:6 147:24
151:22 187:6
205:2
**genital** 102:16
**genuine** 125:2
125:5
**genuinely**
40:15,23
**getting** 10:11
30:5 144:10
149:11 164:16
180:20
**give** 25:20 35:6
95:19 111:8
115:16 119:8
144:21 156:17
190:21
**given** 17:4
24:10 40:7
41:16 47:6
49:21,25 50:8
67:20 155:19
176:5 196:17
196:17 200:3
200:23 204:18
207:21 209:5
**giving** 172:1
200:1,2
**glean** 167:23
**glintborg** 4:16
110:11,15
**global** 60:17
83:19,20
113:16
**go** 23:11 32:4
33:8 36:19
42:3 44:3 48:5
50:5 51:2,7

53:3 54:18
56:13 57:6
65:3,11 66:21
73:3 81:18
82:13 83:17
89:7 93:5 94:6
94:15 96:1,25
97:3 103:16
104:4 105:6
106:16 111:2
112:18 113:13
113:18 125:2
127:17 129:5
129:18 132:8
140:7 142:15
146:24,25
147:18,22
148:15 149:24
152:3 156:4
158:16 160:5
164:18,19
170:23 183:25
185:19 186:1,7
187:13 189:22
193:15 198:1,8
198:15,21
204:24 207:13
208:1,1
**goal** 8:25
**goals** 16:24
**goes** 68:6
153:25
**going** 12:9
24:12 25:16,18
26:6 36:7,11
50:20 51:25
54:4,21 56:16
60:22,23 70:1

81:9,10 91:18
93:11 95:23
96:17 97:5
104:8 105:11
110:6 117:25
121:13 122:15
127:13 133:22
138:24 141:10
148:18,24
163:2 166:7
189:25 190:19
190:19,20
197:16
**gold** 81:24
**gonadal** 149:2
**good** 6:19 8:15
50:21,25 69:22
104:6 105:2
113:11 144:19
160:1 197:15
207:9,10,11,12
**goodness** 15:20
**gotten** 143:20
**government**
9:16 29:23
180:8,23 194:5
195:6 206:19
**governments**
193:23,24
**graduates**
83:11
**grain** 174:5
**granted** 121:23
**grants** 29:22
**grave** 133:1
**great** 8:16
17:21 29:13
31:9 44:14

47:8,9 73:23
86:6 98:10
112:6 131:14
138:3
**greater** 117:8
120:10 129:15
129:23 148:22
194:2
**greatly** 92:1
109:14
**ground** 8:1
**group** 21:22
34:23 48:24
50:3 58:8,10
58:12 68:16
71:11 115:15
116:4 124:4
127:25 128:19
131:21 170:14
170:17
**groups** 58:13
69:6,11 124:12
126:17 130:6
131:9,17,20
169:17 205:11
**grow** 136:18
**growth** 102:11
151:8
**guardian** 51:20
**guess** 18:4,18
22:7
**guideline** 50:15
170:14,17
182:24 183:1
187:11,12
188:9
**guidelines**
48:20,20

151:20,22
164:8 178:2
180:19 182:18
183:2,3 187:15
187:24 188:1,1
188:3 200:17
201:7
**guild** 83:4
**guilds** 163:24

**h**

**h** 96:18
**habit** 34:23
75:10
**hair** 151:8
**hal** 3:2 104:6
212:1
**half** 7:6 21:11
21:22 22:1
104:14
**hand** 211:12
**handbook** 4:22
**handle** 20:23
**handled** 22:24
**handling** 21:4
149:21
**hang** 60:6,6
**happen** 103:4
103:14,15
111:6 154:17
192:8 199:17
200:11 201:4
206:19
**happened**
186:9
**happening**
114:2

**happens** 151:2
154:15 165:14
**happy** 156:15
**hard** 13:22
78:7 202:20
**harm** 98:7
156:20 157:4
157:19,20
158:19,24
**harmful**
156:23 157:7
157:22 158:22
159:9
**harms** 158:11
**head** 122:2
163:16,16
**headache**
96:20
**header** 81:12
**heading** 56:7
172:25
**health** 17:5
19:14 20:20
22:25 23:2,4,9
36:5 47:11,13
50:18 55:23
56:3,10 57:1,8
70:10 76:6
79:10,11 82:25
83:1 88:23
89:18 97:17
109:16,25
110:4,18,24
111:12 118:19
118:25 119:14
119:15,19,22
120:10,11
122:10 125:17

125:19,21
126:3,10,13,16
126:20,25
127:9 128:9
129:3 130:6
152:2 154:6,6
155:16 161:22
161:23 163:17
163:18,20
165:22 174:8
175:8 191:13
192:24,25
193:2,2,21
195:23 200:21
200:23 206:15
206:22
**healthy** 62:23
**hear** 8:4 12:25
92:23
**hearing** 9:22
9:23 11:17,23
**help** 16:25
20:21 35:10
38:1 76:11
122:16 195:2
197:18
**helping** 120:8
**hesitate** 38:17
38:19 45:9
91:11 92:7
124:17 141:20
143:10 154:7
200:14
**heterosexual**
134:24 135:1
**hframptom** 3:6
212:2

**hhs**   174:8,10
   174:17,24
   178:17 179:12
**hierarchy**
   73:17,18
**high**   70:9
   121:16 148:24
   160:17
**higher**   87:9
   93:20 98:6
   124:4 155:3
**highest**   81:13
**highly**   27:5
   32:10 88:18
**hilary**   189:12
**histories**   13:17
**history**   29:7
   31:21 32:1
   34:23 72:4
   78:1 129:10
**hold**   87:8
**homosexuality**
   32:15 139:23
**hon**   1:11 212:4
**hopeful**   205:14
**hopes**   97:11
**hormone**   23:19
   23:22 89:19
   91:22 92:17
   93:2,14 94:6
   94:15 125:15
   147:15 148:1
   148:25 152:14
**hormones**
   20:12 22:5,14
   101:9 124:3
   125:18 128:19
   146:23 148:3

149:3,11,17,25
150:2,3 152:15
153:13 154:1
154:16 165:21
172:7 190:5,11
191:22 198:14
199:4,8,12
200:7 201:19
**hospital**   19:7
   19:15 24:7,18
   24:22 25:1
   111:12,18
**hospitals**   14:15
**hotel**   104:20
**hour**   8:11
   50:20 104:15
   156:11
**hours**   10:24
**house**   182:5
**human**   22:24
   26:19,19,23
   27:7,10,22,22
   28:3,7 29:1,3,4
   95:4 174:8
**humans**   20:7
   26:20 27:4
**hundreds**   53:2
**hyper**   30:9
**hypothesize**
   119:4
**hypothetical**
   113:6

─── **i** ───

**i.e.**   125:16
**idea**   34:21 35:2
   38:25 72:18
   119:8 136:8

159:20
**identical**
   173:24
**identifiable**
   137:1
**identified**
   13:17 41:6
   78:14 94:24
   113:9 118:15
   118:19 133:15
   135:10,15
   136:1 138:20
**identifier**
   144:16
**identifiers**
   65:22
**identify**   13:14
   35:19 36:14,21
   41:2,10 55:11
   68:11 78:9
   117:22,24
   145:14,23
   146:3 151:19
**identifying**
   31:6 40:14
   85:23 145:17
**identities**   28:8
   34:18,19
   139:12 170:13
   170:16 171:16
**identity**   15:22
   21:1 27:12,16
   27:18,19,21
   28:1,6,9,14
   30:9 33:18,20
   34:6,14 36:25
   37:16 38:6
   40:8,18,19,24

61:1,3,5,9,12
109:19 111:15
133:19 134:6
135:3 137:20
138:1,5,13,16
139:3,16,19
140:18 202:6
**ignore**   101:9
   103:11
**ignored**   101:20
   103:7
**ignoring**
   101:12 102:21
   102:24 103:2
**illness**   32:16
**illuminate**
   117:18
**imagine**   47:6
   168:19 174:25
   176:6 186:8
   195:25 196:19
**imagining**
   187:3
**immediate**
   96:19 119:22
   120:18
**immediately**
   102:15 117:6
   186:10
**immutable**
   133:20 134:7
   135:5 138:14
   139:4,17
   140:20
**impactful**
   172:6
**implications**
   34:2 94:19

| | | | |
|---|---|---|---|
| 206:8 | 80:5 89:18 | **increase** 115:9 | **indicator** 90:24 |
| **important** 8:6 | 90:16 96:19 | 143:9 | 117:4 119:22 |
| 113:2 119:5 | 101:21 107:12 | **increased** 12:6 | 131:19 151:12 |
| 180:16 196:25 | 114:12 131:10 | 46:24 47:5 | **indicators** |
| **impossible** | 153:13 178:6 | 109:14 116:21 | 62:18 63:22 |
| 89:2 200:10 | 181:17 190:4 | **increases** 64:10 | 117:3 120:4 |
| **improve** 31:12 | 198:24 206:6 | 102:5 | **indirect** 23:25 |
| 119:19 122:17 | **included** 74:20 | **increasing** 10:8 | 48:11 119:7 |
| **improved** | 78:12 88:14 | **independent** | 182:20 |
| 119:1 124:5 | 94:20 96:3 | 95:24 166:9 | **indirectly** |
| **improvement** | 177:7 203:25 | **independently** | 16:14 |
| 80:11 111:22 | 204:12 | 70:6 | **individual** |
| 113:8 117:11 | **includes** 34:5 | **indicate** 30:14 | 14:13 16:13 |
| 120:5 123:23 | 74:24 85:11 | 51:16 116:10 | 20:17 21:8 |
| 124:1,11,14,18 | 112:21 179:25 | 119:14 125:1 | 22:5 24:22,22 |
| 124:22,24 | **including** | 126:5 127:18 | 30:23 34:8,22 |
| 125:2,5,7 | 12:21 13:6 | 127:21 132:18 | 63:8 65:13 |
| 130:14 155:16 | 22:10 34:16 | 155:16 172:22 | 72:13 82:1 |
| 155:22 | 35:16 47:8 | 187:16 | 94:4 117:21 |
| **improvements** | 50:6 60:3 | **indicated** 58:18 | 148:17 151:15 |
| 23:3 | 61:25 73:25 | 75:2 173:14 | 179:7 180:15 |
| **improving** | 75:3 84:8 90:6 | 177:14 179:15 | 200:13 202:11 |
| 97:16 112:25 | 96:24 129:9 | 201:13 | 203:21 |
| 113:1,22 | 163:19 171:2 | **indicates** 117:6 | **individuals** |
| **impulsivity** | 173:3 191:20 | 119:12 126:2 | 14:25 39:15,22 |
| 17:10 | 202:13 205:13 | 195:8 196:24 | 46:8 130:25 |
| **inaccurate** | **income** 44:11 | 203:2,12 | 137:20 138:13 |
| 167:18 | 182:21 | **indicating** | **ineffective** |
| **inadvertently** | **incomes** 173:19 | 42:12 114:21 | 117:2 |
| 120:2 | **incomplete** | 148:18 194:2 | **inexperienced** |
| **inappropriate** | 167:20 | 206:1,4 | 171:3,18,18 |
| 46:3 67:23 | **inconclusive** | **indication** | **influence** 28:7 |
| 68:5 | 88:25 | 107:21 112:17 | 174:2 |
| **inaudible** | **inconsistent** | 113:11,23 | **influenced** |
| 141:8 178:14 | 115:1 133:19 | 148:8 150:14 | 134:8 173:2,7 |
| **include** 33:16 | 134:6 | 179:25 | 187:23 |
| 33:17 48:21 | **incorrect** | **indications** | **info** 208:18 |
| 67:7,16 78:1 | 150:20 | 154:18 | |

James M. Cantor

May 2, 2024

[inform - interrogated]

Page 30

| | | | |
|---|---|---|---|
| **inform** 61:5 | **initially** 32:16 | **integrates** | **interested** |
| **informally** | **injunction** 9:15 | 50:15 | 26:20,21 39:9 |
| 182:1 | 9:22 11:17 | **integration** | 171:1 211:11 |
| **informants** | **innate** 61:12 | 50:4 | **interesting** |
| 145:1 | 133:20 134:7 | **intellectual** | 27:14 31:7 |
| **information** | 135:4 138:14 | 48:13 | **interests** 72:14 |
| 10:7 13:12 | 139:3,17 | **intend** 52:13 | 206:21,24 |
| 14:11 18:9,10 | 140:19 | 135:25 | **interfere** 29:2 |
| 25:11 46:2 | **inner** 102:10 | **intended** 87:21 | 92:1 |
| 50:13,14 52:10 | **input** 13:1 | 164:15 186:12 | **interfering** |
| 64:21 65:22 | 16:16 21:1 | **intent** 179:6 | 17:6,10 130:3 |
| 71:13,21 72:18 | 27:8 28:5 | 207:5 | **internal** 61:13 |
| 73:25 75:13 | 188:18,21 | **intention** | 61:13 |
| 81:5 85:24 | **inquiry** 105:24 | 186:15 | **internalizing** |
| 91:13,15 93:7 | 106:1 | **inter** 14:9,22 | 123:9 |
| 96:15 98:2,22 | **ins** 12:23 | 15:15,19 21:3 | **internet** 69:6 |
| 107:11,23 | **inside** 102:9 | 21:6 22:3 24:1 | 69:11 145:4 |
| 109:7 112:13 | **insofar** 138:15 | 27:6 28:10 | **interpret** |
| 112:21 113:15 | **instance** 37:2 | **interact** 29:5 | 128:25 174:21 |
| 113:25 117:13 | 52:7 | **interest** 27:1 | 175:17 176:1 |
| 129:11 136:5 | **institutes** 76:6 | 42:12,14,23,25 | 177:7 198:3 |
| 138:21 167:22 | **instituting** | 43:17,22 44:10 | **interpretation** |
| 174:19 175:16 | 195:24 | 44:13,16,24 | 23:6 24:21 |
| 175:21 187:4,6 | **institutions** | 45:4,15,16,21 | 128:12 130:4 |
| 187:6,8 204:16 | 164:1 182:7 | 45:24,25 46:10 | 130:11 171:19 |
| **informational** | 194:4 | 46:22 47:3,18 | 172:4 175:1 |
| 16:20 | **instruct** 10:18 | 48:3,7,10,13 | 191:19 |
| **informative** | **insufficiently** | 48:16,17,19 | **interpretations** |
| 196:9 | 171:25 | 58:4,12,16 | 124:19 132:18 |
| **informed** 17:7 | **insurance** 19:6 | 59:7 72:10,12 | **interpreted** |
| 74:16 91:14 | 50:17 83:1,7 | 73:2,5,7 87:13 | 16:24 123:11 |
| 126:7 200:8 | **integrate** 18:9 | 87:16 107:17 | 124:25 |
| **informing** | 37:10 | 169:7 173:5,15 | **interpreting** |
| 95:18 | **integrated** | 173:17 181:4 | 132:6 179:17 |
| **initial** 16:1 | 37:12 50:14 | 181:10,18,21 | 180:2 |
| 18:16 65:21 | 181:24,25 | 185:5,13,15,18 | **interrogated** |
| 77:13 83:13 | 182:3 | 185:25 187:15 | 211:4 |
| 102:2 | | 187:17 188:17 | |

James M. Cantor

May 2, 2024

**intervening**
73:23
**intervenor**  1:9
2:3
**intervention**
46:23 47:4
127:24 152:7,8
156:22 157:6
158:14,21
159:3,4,8
189:24 191:16
191:24 199:20
199:21,22
202:24
**interventions**
20:22 64:14
90:3 98:6,12
98:15,19
120:17 132:12
151:23 152:2,6
152:14,21,23
153:21,23
154:14 172:6
172:11,17
189:14 190:3,4
190:17 191:5,6
191:8,12,13
197:18
**interview**
175:18
**interviewed**
122:4
**interviewing**
28:21
**introduced**
162:10 165:2,8
165:9

**introduction**
56:2
**invariably**  85:7
**investigate**
81:25 117:24
118:8
**investigated**
111:12
**investigating**
84:19 116:3
118:7
**investigation**
25:10 64:24
**investigations**
51:18 119:6
**investigators**
117:7
**investment**
120:12
**investments**
182:20
**invites**  101:19
**inviting**  85:13
**involve**  190:2
199:12
**involved**  8:22
9:4,16 11:4
31:16 33:16
37:25 45:21
59:18 77:9
82:21 181:18
200:4 205:13
**involvement**
12:5,7 43:21
55:4
**involves**  28:19
199:3,7 200:6

**involving**  188:3
196:22 197:24
198:5,13
**irrelevant**
180:25
**irreversibility**
149:1
**irreversible**
146:18 148:10
148:13 149:6
150:4 153:10
154:11
**isolate**  14:7
**isolation**  94:4
**issuance**
175:10
**issue**  14:21
15:25,25 16:1
16:4 31:16
40:17 45:9
50:18 51:18
62:9 85:6
162:17 165:10
**issues**  13:6
15:22 16:15
17:5,9,9 20:25
21:1 32:2,4
36:9 44:24
46:13 49:20
50:19 62:7
70:10,11 80:24
84:19 88:24
118:7 190:1

**j**

**j**  70:17
**james**  1:17 4:3
6:15 7:1 211:3

212:5
**jesse**  84:17
**job**  1:25 209:25
210:25
**join**  197:17
**joined**  6:22,23
**joints**  136:16
**journal**  29:17
72:17 73:6,20
75:1,13 86:10
86:19 105:24
105:25 106:1,4
106:5,9,17,21
106:23 107:4,5
107:9,25 108:3
161:2,7 181:14
**journalism**
84:24 85:11
87:8
**journalist**
84:18 85:15
86:11 87:7
**judged**  126:10
**judgment**
32:25 172:14
**jumps**  186:10
**jurisdiction**
24:10,11,14,15
24:23,24 37:25
50:4 194:6
200:12 207:22
207:23
**jurisdictions**
36:12 163:19
195:10 198:25
**justice**  2:6,10
**justify**  100:19

| k | kingdom | 96:9,13 97:7,8 | 191:24 193:22 |
|---|---|---|---|
| **kaltiala** 4:17 | 192:21 193:7,8 | 99:5 100:4 | 194:14 196:25 |
| 110:11 115:5,6 | 193:13 194:12 | 102:20 103:3 | 202:10,15,20 |
| 121:4,6,10 | 205:22 206:14 | 103:13 104:6 | 205:6,9,17 |
| **kaltiala's** | **kinks** 27:3 | 105:13,21 | 206:11 207:21 |
| 121:18 | **kinsey** 28:22 | 106:18,23 | 208:7 |
| **kathryn** 1:20 | **know** 8:2,10,12 | 108:1,2 112:6 | **knowing** |
| 211:2,15 | 10:6 13:13 | 113:1,4,17 | 178:21 179:1 |
| **kathy** 8:3,4 | 15:17 18:7,11 | 114:17,20 | **knowledge** |
| **keep** 39:11 | 24:12 26:9 | 116:17 121:2 | 24:5,16,25 |
| 58:7 104:8 | 27:1 28:20 | 122:2,4 123:19 | 31:10,11 45:16 |
| 111:3 137:10 | 29:9,11 31:10 | 124:11 125:9 | 46:14 59:8 |
| 138:16 194:7 | 32:19 35:3 | 127:15,18,23 | 78:23 84:23 |
| **keeping** 14:14 | 37:20 42:14,20 | 128:11 129:7 | 96:11 114:9 |
| 19:6,12 129:9 | 43:3,9 45:13 | 130:1,2 135:12 | 175:5 179:23 |
| 205:4 | 46:13 48:13 | 137:6 145:1,11 | 180:11 204:3 |
| **kicks** 208:3 | 49:19,21 52:11 | 150:24,25 | **knowledgeable** |
| **kid** 16:4 | 52:18,25 53:2 | 151:12 152:12 | 84:18 |
| **kids** 71:2,5,10 | 53:4,10,19 | 152:18,20 | **known** 32:13 |
| 72:5,10 73:1 | 54:5 56:16 | 157:9 158:10 | 37:18,19 58:25 |
| **kind** 68:9,10 | 57:16,24 58:1 | 159:15,22 | 65:25 87:18,23 |
| 88:24 112:1 | 58:21 59:2,6 | 160:16 161:4 | 120:6 147:6 |
| 117:13 118:17 | 62:5,18 63:1 | 161:19 163:17 | 158:3 168:17 |
| 125:4 138:6 | 66:13 68:13,22 | 164:2 166:15 | **knows** 18:17 |
| 145:11 159:16 | 68:24 69:20 | 167:5 168:17 | 45:11 |
| 169:23 170:10 | 71:5,8,11,17 | 170:7,8,13,16 | |
| 174:25 199:25 | 71:19 72:1,5 | 170:20 171:4 | **l** |
| 200:2 | 73:19,20 75:9 | 171:13,15,17 | **label** 78:10 |
| **kinds** 12:20 | 75:17 76:20,24 | 172:2,10,18 | 79:11 |
| 27:21 28:6,7 | 79:13,17,21 | 173:10 174:5 | **labeled** 78:2 |
| 28:21,25,25 | 81:7 82:22 | 174:12,15 | 138:1 177:22 |
| 29:24 69:15 | 84:10,19,25 | 176:8 179:14 | **labeling** 138:4 |
| 92:11,12 95:15 | 85:3,10,12,25 | 179:18,25 | **labels** 48:22 |
| 95:16 130:15 | 86:18 87:1,12 | 180:5 181:13 | **lack** 42:22 |
| 163:25 176:8 | 87:14,15,15 | 181:24 182:4 | 44:13 50:1 |
| 205:12 | 88:1 89:2,10 | 185:9 186:19 | 84:9 92:9 |
| | 90:7 92:13 | 187:7,25 | 120:20 193:21 |
| | 93:25 94:23 | 188:15 191:22 | 204:18 205:3,3 |

205:4
lacked 185:14
lacks 46:1
  97:17 159:4
lactate 92:5
language 53:9
large 72:1 76:5
  99:22 101:16
  122:5 135:17
  154:5,5,7,8
  179:6 181:24
  205:11
largely 28:2
larger 81:6
  90:23 131:18
lasts 151:4
late 22:6,7,15
  22:17 71:24
  136:22 138:18
law 8:17 38:4
  40:23 162:17
  164:11,25
  165:10,12
  211:4
laws 39:14,21
  161:25 162:10
  163:13 164:11
  165:2 193:8
lawsuits 39:13
  39:20
lcb 1:8
lead 19:3 33:21
  62:4 78:10
  138:9 140:3
  152:20,24
  189:11
leaders 168:19
  187:17 188:13

193:20 194:4
195:11 206:23
leadership
  175:10
leading 65:23
  141:5
learned 145:12
  145:13
leave 198:16
  201:3,17
leaves 189:13
  189:17
leaving 202:15
led 138:8
left 89:1 102:18
  164:2 192:7
leg 96:20,22
legal 12:5,10
  29:5 39:14,21
  41:15 44:1
  45:7 48:4
  79:25 212:23
legislative
  173:4
legislatures
  164:3
legitimate 49:2
  61:17 62:2
  73:22 86:13,14
  88:3 95:7
  114:8 118:16
  119:24 153:19
  191:19
legitimately
  45:12 62:11
  78:2 117:5
  124:10 130:5
  145:16 168:23

lesbian 2:17
lesser 191:15
  194:3
letter 4:19
  134:17 137:14
  137:18 138:11
  138:22 139:8
  140:14 162:1
level 80:14,21
  81:13 87:8
  117:20,20
  138:7 141:24
  149:22 174:5
  202:2
levels 126:16
  187:19 200:3
levine 174:12
  174:14 175:9
  175:14 177:2
  178:21 179:1
  179:11,20
  180:6,22
levine's 177:12
  178:1
license 20:6
lieu 6:8
life 197:12
lifespan 13:13
lifetime 158:24
lifetimes 129:4
likelihood
  93:20
likely 30:25
  91:16 94:10
  95:1,1 135:4
  138:13 139:3
  139:17 140:19
  152:24 154:19

limitations
  30:1 67:4
  101:9,12
  102:24 103:6
  144:24
limited 69:5,9
  169:21 180:11
limits 179:23
line 41:8 66:18
  68:16 119:18
  133:17 134:2
  144:5,7 152:18
  156:10 191:11
  203:5 210:5
lines 95:22
  197:4
lining 102:10
link 86:1
lip 151:8
lips 208:4
lisa 66:1
  144:12
list 51:22 128:1
  128:24 129:12
  170:18 173:6,9
listed 15:1
  59:17
listing 36:3
lists 71:1
  163:15
lit 147:22
literature 10:4
  25:8 31:23
  33:5 34:4 44:8
  47:9 79:17
  95:25 96:14
  100:3 115:1

**litigation** 8:23
9:4 38:3 173:3
**little** 13:22
14:6,6 16:4
23:14 26:4
78:7 91:19
156:11 202:20
**littman** 4:20
65:20 66:1
67:21 68:13
69:17,19,24
70:6 133:10
141:14 142:9
142:14 143:2
143:13,25
144:13 145:6
145:22
**littman's** 66:1
66:20 68:3
141:24
**lives** 13:18
**load** 127:14
**loading** 97:7
**located** 1:18
**logical** 144:9
175:1 187:7
191:23
**long** 10:23 35:2
48:24 95:20
110:4 120:12
120:19,21,24
147:6 197:14
**longer** 116:12
141:2 197:17
206:2,2
**look** 33:13 34:7
34:25 36:8,17
54:19,19 59:9

96:6 107:6
111:24 124:4
142:5 158:18
158:18 197:17
202:17,19
**looked** 72:8
106:13,14,15
106:19
**looking** 26:8
66:24 68:7
70:2 89:8
105:20 108:16
110:7 111:9
117:8 122:19
133:7 144:23
156:18 157:18
163:2,10
177:23 183:13
192:12 197:10
202:19,24
203:4,4,23
**looks** 86:2,3
125:6 183:14
**loophole**
206:11
**loses** 146:24
**loss** 91:20,21
92:18 93:3
**lost** 189:22
**lot** 13:12
**low** 164:16
**lower** 98:4,18
114:21 123:8
123:16 124:6
131:18 191:12
**lunch** 104:7,13
105:8

**m**

**m** 1:17,20 2:7
4:3 6:15,17
211:2,3,15
212:5
**m.d.** 19:15,18
**m.d.s** 19:17
**made** 19:12
60:18 62:24
63:1 65:7,23
73:18 85:9
87:22 97:22
98:2 102:21
113:16 121:16
122:6 129:25
154:8 165:14
170:9,10 176:8
176:16 180:20
187:18 192:1
194:17,19
196:12 204:25
205:2,9 209:7
**magazine** 54:9
**mail** 5:3 9:9,19
176:4 178:7,9
178:15 179:10
**mails** 9:5,8
175:13,19
176:22 178:22
179:2,19 180:7
**main** 11:11
**maintain** 87:7
**maintaining**
31:4
**major** 48:9
187:16,25

**majority** 14:8
21:12 47:8,9
72:2 99:22
101:17 102:4
131:13,14
133:14 135:17
154:5,8
**make** 19:8
25:10 30:23
37:21 38:1,8
44:11 67:12,15
76:2 78:17,19
78:19 84:12
94:11 102:12
108:9 114:18
115:2 119:16
120:1 132:4
139:14 140:13
142:1 143:10
143:19 144:3,3
145:25 150:5
169:24 187:21
188:6,23
189:19 190:24
193:23 194:4
197:12 199:22
200:14 202:3
202:21 204:19
204:22 206:24
209:18
**makers** 37:8
38:8 60:11
**makes** 26:19,20
27:1,2,2 43:24
81:23 92:10
94:9 101:24
114:24 119:5
128:13 158:10

200:9
**making** 17:4
18:11 29:3
37:21 38:12,22
63:23 68:9
88:24 89:2
90:5,6 95:15
112:22 113:18
114:1,11 120:2
120:9 148:10
148:13 149:6
153:9 154:19
164:3 173:19
**male** 131:13,18
**males** 30:19
**manage** 163:18
187:20
**managed** 29:6
161:22 188:14
**manages**
163:17
**managing**
132:4 188:17
**manner** 6:14
116:10 211:7
**manual** 32:18
78:15
**manuals** 13:24
61:24
**manuscript**
77:12 166:10
181:13
**manuscripts**
30:4
**march** 73:10
**mark** 25:16
51:25 105:11
163:3 183:7

**marked** 25:21
52:2 55:15
70:21 74:7
85:16 105:9
108:19 110:13
115:3 122:25
134:10 143:21
147:7 156:2
160:22 162:24
166:4 167:24
177:16 183:5,9
189:2
**marker** 60:7
**market** 2:18
173:25
**marking** 55:13
70:19 74:5
85:18 90:12
108:21 110:15
115:5 123:2
134:12 143:23
147:9 156:6
160:18 166:6
168:2 177:18
188:25
**marshall** 1:11
212:4
**maryland**
211:1,2
**match** 67:3
**matched** 69:23
**matches** 85:24
**material** 45:12
45:13 85:11
86:15 168:5,14
**materials** 10:1
10:5 11:5,8,13

**matter** 6:21
21:15 48:4
49:7,12 53:24
60:13 62:2
72:19 81:4
141:9 188:20
211:6
**matters** 41:15
44:1
**mcgregor** 4:18
122:23 123:10
123:14 132:15
**mcmaster**
54:24 55:6
**mean** 28:17
45:16,25 75:8
80:22 83:23
94:17 96:18
100:21 124:16
146:5 168:13
190:17 191:8
**meaning** 165:5
**meaningful**
40:20 64:17
80:11 126:7
167:21 168:20
**meanings** 40:4
159:25
**means** 18:14
23:13 61:19,20
84:5 146:5
187:19 194:18
195:19 211:6
**meant** 76:11
91:1 171:17
172:2 186:3
**measure**
110:23 117:1

127:20,21
**measures**
143:3
**mechanism**
206:12
**media** 51:10
70:9 136:7,9
136:10 145:4
160:17 206:3
**medical** 19:19
19:20,23 20:3
22:23 35:16
43:25 44:17
45:18 46:9,23
47:3 49:9,14
51:9 59:7
61:17,22,24
62:1,1 64:1,11
64:14 65:9
76:22 79:4,5,8
82:10 83:15
98:12,14,15
109:4,12
111:21 112:5
112:12 113:2
116:22 117:1
117:10 120:17
132:12,13
151:19,21,24
151:24 152:7,8
152:14,19,20
152:23 153:1
155:11,25
158:7,9 161:2
161:15,22
164:6 165:15
171:14 173:2
177:3 188:5

James M. Cantor                                    May 2, 2024

[medical - missing]                                                Page 36

189:14 192:20
193:12 194:10
195:3 200:24
201:14,24
205:22 206:15
**medicalized**
36:4 41:4,11
91:8 93:21
94:1,3 109:15
155:1,5
**medically**
35:17
**medication**
114:5 149:9
**medications**
20:13,15 29:1
111:13 201:6
201:20
**medicine**  19:22
42:6 48:25
49:2 59:1
76:14,18,21
77:1 165:16
**meet**  10:20,23
35:10
**meets**  166:12
**member**  75:14
77:3 146:11
166:9 167:10
168:25 169:2
177:2,9
**members**  23:7
58:12 170:13
170:16 173:5
173:12 179:16
180:1 185:11
188:19

**membership**
184:6
**memory**  9:6
**mental**  17:5
20:20 22:25
23:2,4,9 32:16
47:11,13 70:10
79:10,11 88:22
89:18 97:16
109:16,25
110:4,17,24
111:12 118:25
119:14,15,19
119:22 120:10
120:11 122:10
125:17,19,21
126:3,9,12,12
126:16,20,25
127:9 128:8
129:3 130:6,6
152:1 154:6
155:16 165:22
191:13
**mention**  48:12
56:24 57:7
88:21 96:22
159:9
**mentioned**
18:22 36:19
89:23 98:9
**mentioning**
53:7
**mentions**  99:13
129:14,22
**merely**  32:25
98:21
**meriting**
134:23

**merits**  118:17
146:6
**messages**  180:3
**met**  121:7
**method**  41:3
67:18,20,23
98:23 123:12
123:19 124:8
127:11,14
157:11
**methodologies**
24:6,17
**methodology**
26:18 28:16
29:12 88:20
143:9
**methods**  25:6
29:19 67:3,4
69:16 88:3
89:5 119:7
**michael**  7:1
70:17
**middle**  1:2
71:25 197:9,11
**migraine**  63:16
**migraines**  63:3
63:14
**mimic**  81:22
82:1 124:9,24
199:22
**mimicked**
124:2
**mimicking**
126:5
**mind**  37:13
142:17 149:24
186:10

**minded**  66:19
**mine**  137:14
**minimal**
101:15 177:3
**minor**  184:2
**minority**  32:24
34:7,17,20
64:8 79:15
**minors**  36:12
46:9,21 47:2
54:15 72:7
76:22 93:19
97:15 126:2
151:21 161:15
192:20 193:12
194:11 199:4,5
199:8,9,13,14
200:7,19 201:9
201:24 206:24
**minter**  2:16
208:10
**minute**  50:22
207:10
**minutes**  50:21
104:18,25
156:14
**misapplied**
62:11
**misdiagnosed**
40:17 62:8
**misidentified**
40:17 41:13
**misleading**
193:18
**misnamed**  16:1
**missing**  185:3,7
204:2,17

mistake 100:22 139:10
mistakenly 41:6
mix 59:19
model 121:22
modern 42:7
moment 13:16 25:20 52:18 75:6 103:17 115:16 156:17 192:8
money 75:21
monitoring 22:20,22,24 23:2,5,9,14,19
montag 2:4 4:5 6:18,20 25:22 51:5 52:3 55:16 70:22 74:8 85:17 105:10 108:20 110:14 115:4 123:1 134:11 143:22 147:8 156:3 160:7,23 163:1 164:21 166:5 168:1 177:17 183:6 189:3 207:16 208:5
months 16:11 16:12 151:4
mood 96:20
moral 47:17 48:1,17,22
morandini 4:15 108:13,21

morbid 89:18
morbidities 97:14
morning 6:19
motivates 27:4
motivation 62:3 140:6,8 176:6
motivations 140:2 141:5,11
mouth 68:16
move 143:7,8 168:2 188:25
movement 75:10 76:1
moving 41:14 43:14 79:21 143:6
multi 79:14,14
multiple 59:18 75:3 81:21 97:17
mutual 71:13

**n**

n 2:1 4:1 6:17 6:17
name 6:19,25 13:23 53:9 59:17 176:24 209:11
named 211:3
names 13:24 14:2 27:22 59:19 170:19
narrative 117:20

narrow 39:14 39:21
national 2:17 76:6 111:14,18 161:23 193:2 195:23
nationalized 163:18 192:25 200:21
nationwide 110:19
natural 112:25
nature 12:19 14:14,21 19:12 22:16 26:17,22 28:11 35:23 131:4 136:16 139:19 201:10
nb 203:1,12
nclrights.org 2:20
ne 2:7
necessarily 42:19 43:17 45:24 46:1 63:6 119:14 198:23
necessary 112:21 159:22 209:7
need 8:13 11:10 12:10,23 26:3 37:19 47:22 63:6 79:18 90:10,11 95:8,20 98:7 104:25 111:3 113:18 118:21

120:21 121:25 126:2 132:7,14 154:8 156:11 161:11,13 164:6,18 172:15 187:18 188:12,12 194:8 201:11
needed 168:8 209:18
needing 83:5
needs 115:7 132:7 145:18 193:24
negative 98:5 114:3
neither 95:5 112:20,20 148:6 183:3 187:21
networks 66:18
neurological 94:19
neuroscience 27:7 28:22 29:10
neutral 32:22 46:4
never 17:22 20:16 53:23 54:6 91:9 99:21 107:17 145:20 148:11 148:13 149:6 153:10 154:11 169:22 175:3
new 65:23 71:2 71:2 95:24

105:4 110:9
113:7 141:18
167:11
**newly** 113:9
136:6
**news** 51:19
**nhs** 192:4,14
196:18 206:1
**non** 34:18
38:23 61:24
62:1 66:17
67:8,10,16
74:14 119:23
135:2 152:8
180:20,21,22
183:18 185:22
186:4 187:24
**northern** 1:3
**notarial** 211:12
**notary** 1:20
6:11,13 211:2
211:15
**note** 4:12 71:3
74:10 105:23
165:19 212:10
**noted** 89:19
128:14
**notes** 93:6 96:4
96:13 211:6
**notice** 1:16
198:10
**noticing** 132:18
**noting** 159:17
185:2
**nuanced**
163:21
**number** 12:19
15:12,14 26:8

26:8 40:13
47:15 53:21,22
88:17 94:18
116:21,25
144:10 204:4
**numbers** 12:21
26:7,7 92:12
115:8 163:9
202:11 205:10
**nurture** 26:22
**nw** 2:13

**o**

**o** 6:17
**oath** 6:8,9 7:7
7:10 164:13
**object** 33:8
39:17 68:20
73:3 77:15
78:6 83:17
87:24 96:25
99:18 103:21
112:18 114:15
118:14 129:5
131:3 136:14
139:5 141:3
142:15 144:16
147:18 148:15
150:22 153:3
162:2 170:5
179:4,22 180:9
186:14 192:22
**objection** 6:13
17:24 23:11
39:24 42:3
44:3 48:5
49:10,15 51:12
56:13 65:3,11

66:21 81:18
82:13 84:3
113:13 162:19
168:12 172:20
174:3 181:5
185:19 186:1,7
187:2,13
188:10 190:6
193:9,15
194:13,23
198:1,8,15,21
201:2 203:17
204:14 205:23
206:17
**objections**
47:17
**objective** 17:1
62:18,21,24
63:10,22 66:16
83:10 84:9
100:14 112:4,8
131:9,12
151:12
**obligates** 7:11
**obliged** 184:12
**observable**
62:22
**observation**
101:20 119:20
120:3
**observational**
84:2 110:21
115:11
**observations**
23:6 120:4
**observe** 151:10
**observed** 67:1
67:14 102:23

113:7 122:5
135:21 137:10
174:23 175:3
**observer** 46:4
**observes**
126:15
**observing**
64:19 95:2
103:14 122:8,9
136:17 139:21
139:24 140:1,9
**obtain** 63:7
206:14
**obvious** 101:14
180:13 182:21
**occasional**
12:23
**occur** 151:23
199:16
**occurred** 11:18
52:14 90:2
**occurring**
40:13 53:23
114:19
**occurs** 149:1
207:4
**october** 211:16
**odd** 152:3
**oddly** 184:14
**odds** 95:12
**offer** 41:25
49:6 159:17
195:7
**offerable** 49:3
**offered** 180:7
**offering** 130:2
130:11 160:14
161:8,8 191:9

James M. Cantor
May 2, 2024

**offhand** 43:12
68:15 143:8,17
144:14 205:8
**office** 9:11,14
9:16,18 178:4
208:17
**offices** 180:15
**official** 1:11
13:23 19:8
30:12 31:24
55:4 178:3
**oh** 9:5,12 51:23
58:24 66:13
69:12 71:11
92:25 106:5
108:15 111:2
115:24 121:11
134:2 156:25
162:13 171:8
189:22 203:7
**okay** 8:1,7,16
9:3,10 10:11
10:25 11:16
16:7,18 21:15
22:3,19 23:18
26:6 43:14
50:20 51:1,3,7
51:23 52:16
54:8 55:6,13
56:1,6 60:10
60:11 66:6,9
66:15 69:4
70:5,16,19
73:12 81:12
84:17 89:7,16
91:4,7 93:11
97:10 99:25
101:7 104:5,11

104:15,24
105:1,6,16,23
106:17 108:5
108:11,21
110:23 111:9
115:17,24
122:22 123:14
125:12 130:17
133:6 134:3,21
142:4 144:14
144:19,23,23
146:18 147:2,9
154:20 156:17
156:18 157:2
163:5,10 165:7
165:18 166:6
177:18,23
182:8 183:8,15
184:24 186:11
186:24 189:21
189:23 192:3
196:13 197:7,9
197:10 207:8
**old** 13:9 36:20
54:10 148:9
**older** 23:22
136:18
**once** 12:24
32:2 49:11
82:5 115:17
119:2 126:17
147:3
**oncologist**
188:7
**one's** 48:14
91:9 119:19
166:12 167:10

**ones** 23:23
24:12 36:18
85:5 94:20,25
95:1 136:22
152:18 167:21
191:17
**ongoing** 16:17
119:18
**onset** 65:17
66:4 70:13
71:23,24 74:10
77:22 78:4,11
79:5 99:23
101:17,18
103:19,25
104:2,2 130:21
130:22 131:1,2
131:14,15,25
132:22,23
135:11,11,12
136:16,21,22
137:3 138:17
138:18,18,19
139:9,9,15,16
139:21,24
140:16,16,23
140:25 141:1
149:21 150:1
**ontario** 1:19
36:7
**onus** 132:2
**oop** 144:14
**open** 75:7,9
76:1,12 105:24
106:1 189:14
189:17
**opening** 177:24

**operator**
178:14
**opining** 48:3
**opinion** 37:3
49:18 133:18
134:1,5 161:7
176:10 184:3
187:9 206:22
**opinions** 42:1
44:14 46:5
49:6,20 160:16
180:7
**opportunism**
171:2
**opportunities**
35:14
**oppose** 46:8
207:18
**opposed** 21:16
36:1
**opposes** 46:21
47:1
**opposite** 62:19
90:12 103:22
**option** 157:23
**options** 16:22
21:13 99:7,8
159:12,14
206:16
**orange** 4:9
51:11,14,19
52:4
**order** 11:14
13:5 19:8 22:9
27:4 30:2,14
30:14 31:11
32:22 33:12,12
35:25 36:20,21

47:24 50:12
55:10,11 58:7
63:7,8 68:11
81:3,6 82:2,6
83:6 87:7
93:21 102:10
102:12 107:10
114:16 117:21
119:7 125:4
126:13 168:6
171:10,24
172:13,14
175:11 187:20
197:3 199:15
204:19 206:24
**organization**
34:15,24 94:24
173:13,15
184:7
**organizations**
34:16,17
**orientation**
30:9 133:20
134:7 139:22
140:11 141:9
**original**  58:6
58:18 71:20,22
86:12 93:6
107:13,25
108:3
**originally**
27:23
**ought**  145:12
**outcome**  67:22
69:13,20 84:11
84:11 95:17
98:11 145:16
155:13 211:11

**outcomes**
49:25 60:3,12
60:13,15 92:15
94:1,2 98:16
110:4 111:12
120:23 165:22
197:18
**outlined**  29:16
32:6 58:19
62:5 71:22
**outside**  79:24
85:2
**outsourcing**
58:13
**ovaries**  93:14
95:11
**overall**  117:22
179:8 202:1
**overestimated**
145:21
**overgeneralize**
45:10
**overlap**  28:4
**overlapping**
11:4
**overstepped**
102:20
**overtreatment**
162:8
**own**  10:3,3
11:19 18:10
19:24 21:5
23:16 24:2,3
31:13 37:6
46:16 48:14
51:21 57:2
58:11 64:16
85:14 86:13

89:5 91:10
96:4,13 111:17
112:3 115:16
130:13 131:6
164:1 166:15
167:6 173:16
178:10 185:9
**owners**  204:5

**p**

**p**  2:1,1
**p.m.**  208:23
**package**
189:24 191:24
**page**  8:2 26:7,7
26:9,10 28:15
35:5 41:14
49:5 51:7 53:4
54:22 55:18
59:23 60:23
64:5 65:14
66:7,11 69:2
70:3 81:7
84:14 89:10,13
91:5,18 93:11
96:17 97:5
99:10 101:7
105:20 110:7,8
111:2,10
122:20 125:9
127:15,16
129:18,19
133:7,8,17,22
133:23 134:22
144:20,23
146:16 154:21
156:6,8 157:3
157:12 160:8

160:20 163:8
165:19 166:25
167:9 170:24
182:9,14
183:13,24
189:6,21,22
191:2 192:10
197:7 203:23
209:19 210:5
**pages**  52:24
53:2 108:6,16
172:24 175:7
202:17
**paid**  19:16,17
57:24 75:23
**pain**  63:13,13
96:20,22
**paper**  19:8
33:14 34:8
58:4 67:3 68:3
68:14 69:18
70:12 72:16,20
73:19,20 75:7
77:10,13,16
97:9 107:7,8
107:16 111:6
111:24 114:20
124:25 135:8
138:17,22
141:17 144:4,4
146:8 190:21
209:19
**papers**  33:10
72:13 73:23
81:2 88:1
137:12 148:18
160:11

**paragraph**
26:6,10 28:15
30:6 35:5
41:14 43:15
49:5 51:7
52:16,16 53:8
53:12,15 54:8
54:22 55:2
57:7 59:25
60:1,6,23 64:4
65:14 66:7,12
66:15 68:3
69:1 70:1
74:12 79:21
80:8 84:14
89:8,15 91:5
94:17 95:9,23
97:5 99:10,13
100:1 101:7
103:6 110:8,8
122:20 125:9
127:18 129:19
130:18 133:7
134:22 135:24
142:5,8 144:25
146:16 147:13
148:5 154:21
156:5 160:9,19
162:4 163:11
165:19 170:24
175:7 176:21
177:24 182:9
189:23 192:12
197:10,11
203:23 204:9
**paragraphs**
96:23 108:5,12
108:14,15,16

**paralegal** 6:22
**paraphilia**
140:11
**paraphilias**
30:11
**parcel** 181:15
**parent** 66:2
70:13 74:11
148:11,14
149:7 153:11
153:16 154:12
**parental**
129:16,24
**parentheses**
156:22,24
**parents** 16:14
67:1 68:18
71:2,5,10,12
72:5,9 73:1
130:9 195:2
200:8 205:15
**parkinsonism**
93:12 94:16
95:13
**part** 18:11,17
20:19 21:6,14
21:17,25 22:3
28:1 32:19
40:7 57:3,10
58:10 76:2
83:2 90:25
101:15 102:3
107:15 115:25
115:25 133:24
136:7 138:1
144:9 169:11
170:3 178:6
180:16 181:15

181:22 182:7
183:1,17
187:25 195:5
205:1
**participant**
169:6 182:16
200:1
**participants**
1:24 68:14
74:15 88:21
90:2 110:24
**participate**
19:10 33:11
74:16 169:4
185:11 187:11
188:8 197:6
200:5
**participated**
14:24 21:7
22:4 78:3
174:16
**participating**
6:3 15:15
22:13 23:5,24
24:3 36:24
90:18 94:8
199:16
**participation**
23:4,17,24
24:1 44:18
196:21 197:23
**participations**
197:23
**particular** 13:1
16:16 24:12
25:5,6 34:24
36:18 37:2,23
38:18 73:16

75:8 76:21
82:24 85:12
86:23 114:20
135:6 140:21
142:18,19
145:20 155:13
161:18 169:20
173:13 176:25
186:18,24
191:21,25
192:2 193:17
194:1,5,18
198:23
**particularly**
93:7,8,8 97:4
146:20 147:3
147:21
**parties** 6:9
39:6 211:10,11
**partner** 184:1
**parts** 27:7,22
27:24 29:14
88:13 190:9
**party** 6:13
38:15 39:3
**passed** 125:17
125:20 163:12
**past** 35:20
36:10,22
**patient** 19:4
22:20,24 23:19
63:8 95:18
112:14,24
113:1,20 114:5
173:23 200:2
**patient's** 64:15
**patients** 12:13
12:16,22 13:8

13:14,16,20,25
15:6,11 16:19
17:13 21:22
22:1,14 23:10
23:21 25:2
44:21 77:21
89:19,22 90:24
91:13 92:13
94:12 101:24
102:4 111:21
112:3,10
114:13 117:10
118:4,12,25
122:5 124:23
126:8 128:15
150:11 172:1
194:3 202:7,8
202:25 203:2,9
203:12,16,24
204:12,21
**pattern** 23:25
117:22 120:8
121:12 131:5
134:25 141:9
179:9
**patterns** 27:1
70:5 123:18
139:23 141:7
**pay** 75:11,16
118:21,21
208:20
**paying** 75:19
**pdf** 85:25 86:1
**pdfs** 111:3
**pediatrics**
42:11
**peer** 30:7 57:14
57:17,21 72:17

73:21 74:18
86:6 87:1 96:9
106:5,9 160:12
160:14 161:5,9
**peers** 70:11
**penalties** 7:15
195:2,14,22
196:7,16
**pending** 8:14
**penile** 102:17
**penis** 102:8,11
102:16
**pennsylvania**
2:13
**people** 12:22
12:25 15:13,14
16:25 18:5,9
21:10 22:8
26:16 29:9
31:13,13 33:25
35:14 37:20,25
40:13,22,22
41:5,6,10,12
42:13,17,18,20
42:21,22 43:16
44:15,18 46:14
47:10,13,15
55:1,11 58:15
60:13,21 61:3
62:7 64:13
68:22 72:23
77:24 78:1
79:17 88:15
94:5 98:11
100:19,23
115:7 116:1
120:1,9 122:16
123:20 124:2,5

126:9,14,19
127:25 128:20
128:23 129:8
129:12 135:17
137:25 138:4
139:3,17 140:3
140:6 145:15
161:13 162:7,8
168:18,22
172:14 180:15
185:12 188:18
188:22 193:24
197:5 200:14
202:14 203:18
203:21,22
204:4,5 205:7
205:11,17
**people's** 26:25
50:16
**perceived** 34:2
34:3 66:3
122:1
**percent** 202:25
203:8
**percentage**
12:3
**perception**
45:20 187:22
**perfectly** 62:22
68:1 69:24
96:5 114:7
**perform** 125:2
**performing**
42:15,18
187:10
**period** 21:24
99:17 100:3,7
101:2 103:18

103:23
**periods** 32:13
**perjury** 7:16
**permanent**
91:20 92:18
93:3
**permit** 174:5
**permitted**
205:18
**persist** 64:8
**person** 6:8
14:11,12 19:14
19:18 20:21,24
21:3,16 27:2,3
30:24 33:21
38:18 40:9
45:11,22,25
46:2 48:2,22
53:11 57:5
61:18,19 62:3
62:4 78:9 87:3
87:6 119:21
126:6 141:6
152:10,11
171:13,21
172:11 173:13
173:16 183:21
184:12,17
185:17,24
186:12,19,20
186:24 199:22
**person's** 23:3
46:18 129:10
171:19
**personal** 22:20
23:8,18 24:5
24:16,25 43:22
47:18 64:18,25

65:8 72:10
73:1 77:20
179:21
**personally**
102:23 178:23
179:3 211:3
**personnel**
61:25
**persons** 110:18
111:14 135:3
**pertain** 109:11
**pertained**
109:11
**pertaining** 13:6
71:23
**pertains** 13:13
17:19 24:13,19
31:10 41:16
135:23 152:1
**pertinent** 40:11
178:8
**ph.d** 1:17 4:3
6:15 19:24
181:23 211:3
**phase** 9:15,19
18:17 21:19
**phenomena**
31:7 33:19,21
33:24 61:4
71:19
**phenomenon**
28:12 31:4
32:7 70:8 79:9
100:13 138:9
139:20
**philia** 141:8
**philosophical**
18:15 27:13,14

**philosophy**
42:6 191:3
198:23
**phone** 177:25
**phonetic** 59:16
**phrase** 53:9
127:10
**phrased** 197:5
**phrasing**
157:15 159:12
**physical** 20:23
63:11,16 84:10
98:5,19 190:3
190:4,16 191:5
191:5,7,16
**physically** 6:5
20:24 140:4
**physician**
47:17
**physicians** 83:3
83:4
**physiological**
22:23 63:7
114:4 136:2
155:18,21
**picked** 88:10
158:2 195:20
**piece** 19:7,8
81:1 95:14
139:19 209:19
**pile** 142:24
**place** 3:4 40:25
64:9 81:6 98:3
156:13 187:7
207:9 211:3
**plaintiff** 1:9
**plaintiff's**
43:11 61:11

**plaintiffs** 1:6
2:3,15 208:8
**plan** 104:24
105:7 190:1
**planning** 14:25
21:14 151:6
**play** 107:1
146:12
**please** 6:14 8:3
8:5,10,12 26:4
39:19 92:22
183:14 208:1,1
**plugged** 164:17
**plus** 166:9,12
167:10
**point** 50:21
83:8,10 98:25
100:11 104:6
128:9 137:10
137:16 150:10
160:1 164:4
170:8,19 174:1
180:13,17,24
181:1,1 185:7
192:19 193:11
194:8,10
199:19
**pointed** 82:22
98:10 173:18
**pointing** 88:4
130:4 146:21
153:4 164:5
185:9
**points** 185:22
191:23
**polarization**
121:15

**policies** 42:12
45:19 47:24
48:18,19 50:2
56:18,18 74:14
184:12 195:6
**policy** 25:8
29:3 37:3,11
37:23,24 38:19
38:24 39:8,12
39:12 46:3
48:8,8,16 49:4
49:7,19,22
50:1,1,3,6,18
56:20 58:11
60:19 72:15,22
73:8 132:2
154:8 170:12
194:1,19,20
195:5,9,19,24
200:23 201:13
206:8 207:3
**policymakers**
24:23 35:10
37:10,24
**political** 34:2
46:15,18 48:1
173:3 175:12
175:12
**polls** 28:21
66:17
**pool** 31:6
**poor** 119:15
166:1 202:12
**poorest** 126:19
**population**
100:17 101:6
116:5,14,15
139:16

James M. Cantor                                                      May 2, 2024

**[populations - pressing]**                                              Page 44

populations
  35:9,21 36:16
  39:16,23 41:12
  140:15,22
**portion**  117:18
  122:5 181:24
  182:3
**portions**  31:12
  168:7
**posed**  176:13
**poses**  154:25
  155:24
**position**  43:24
  83:5 136:11
  139:15 142:12
  149:4 153:24
  184:7 188:7
  207:17,19
**positions**  72:6
  143:5
**possess**  45:14
**possessed**
  173:15
**possessing**
  45:15
**possibilities**
  19:2 64:17
  67:13 82:3,7
  90:9 91:16
  117:25 119:4,8
  119:9 132:8,10
  132:15 199:23
**possibility**
  103:3 118:16
  132:25 142:2
  146:7 147:16
  148:22 189:14
  189:17

**possible**  10:10
  37:11 46:8,12
  47:21 70:14
  74:11 78:13
  80:23 81:25
  90:11 95:17
  103:1 111:1
  117:14 119:10
  119:11 123:22
  124:19 125:1
  130:9 131:23
  132:1,2 142:23
  155:20 169:18
  176:3 190:13
  194:4 195:18
**posted**  159:23
**posting**  169:17
**potent**  172:6
  172:16
**potential**  17:1
  17:2,8 19:4
  30:1,1 50:1
  92:15 93:22
  95:21 98:7,21
  102:5 114:6
  117:3 120:5,15
  130:2,11,13
  132:5,5 157:3
  157:20 158:18
  158:23 191:22
  195:8
**potentially**
  72:23 141:6
  154:24 155:6
  155:10
**power**  188:23
**powers**  50:7

**practice**  11:25
  12:4,7,14
  18:21 20:6
  31:14 41:18
  47:23 50:14
  151:19 182:23
  187:11 188:2,9
**practitioner**
  44:2,6
**pre**  149:17
**preceding**
  137:17 156:5
**precise**  9:24
  11:20 143:17
**precocious**
  83:25 84:6,6
  153:9,12
**predict**  12:9
  31:5 49:25
**prediction**  95:7
**predictions**
  95:16 115:2
**predominant**
  137:12
**predominantly**
  70:8 116:6,14
  116:15
**preferred**
  157:10,11
**pregnant**  114:6
**preliminary**
  9:14,22 11:17
**preparation**
  10:22 127:23
**prepare**  10:12
  11:1
**prepared**  20:22
  56:2,6

**prepubertal**
  14:4 15:18
  100:8 101:3
  102:17
**prepubescent**
  14:8 71:23
  131:11 136:18
  146:22 148:10
  148:12 149:2,4
  149:10,14,23
  149:24 150:2
  150:18 151:2
  151:13,16
  154:16,17
**prescribe**
  20:13,14 21:8
  21:25 22:5,14
  184:20
**prescribed**
  20:16 111:13
  113:21 147:25
  150:7 199:19
**prescribing**
  199:4,8 200:7
**prescriptions**
  20:18
**presence**  63:12
  97:25 211:9
**present**  3:7 6:5
  40:12 185:3
**presentation**
  64:15 65:23
**presented**
  92:11 159:20
**presenting**
  121:12 136:6
**pressing**  194:7

**pressure** 30:17
30:19 31:3
60:5 173:3
**pressured**
175:9
**pressures**
173:11
**pressuring**
177:2
**presuming**
67:11
**pretty** 87:18
93:18 100:21
104:6,22 147:4
153:6 176:19
179:9 181:22
**prevent** 7:19
7:23 75:11
88:17 90:21,25
91:1 153:16
171:24
**previously**
48:14 65:25
72:19 135:14
150:6
**primarily** 10:4
16:20 21:23
22:6,7 47:14
**primary** 14:16
15:1,13,25
16:7 31:8
34:15 35:24
36:6,9 40:11
82:16 97:23
127:21 131:12
166:23 167:3
167:20 184:18

**prime** 121:22
**principle** 48:22
48:23 191:10
191:11 200:9
**principles** 11:5
47:22 48:21,25
**print** 144:6
**printed** 26:8
74:4 211:6
**prior** 129:10
**prioritize**
161:11
**private** 2:15
11:25 12:4,7
12:13 205:22
206:4,7,15
208:8
**probability**
64:10 109:14
**probably** 16:5
104:20 186:8
207:9
**problem** 89:3
138:2
**problems**
123:9,16
**procedure**
102:18 127:3
128:3
**procedures**
29:11 45:21
92:14 125:23
164:1 165:16
172:9 183:2
204:19
**proceeding**
45:7

**proceedings**
11:7 56:15
59:14 107:18
**proceeds** 83:9
**process** 31:3
50:11,12 57:20
73:21 74:23
76:10 78:8
126:23 127:19
144:2 151:11
172:22 173:1,7
**processes**
16:25 49:1
76:24,25
168:15
**produce** 30:25
50:12 54:6
92:5 146:25
164:8
**produced**
100:10 144:10
170:22
**producers**
171:11 197:2
**produces** 150:3
**producing**
73:24
**product** 180:18
180:18
**production**
176:11,15
**productive**
171:10
**profession**
32:17
**professional**
43:21 48:9
87:7 163:24

182:4
**professionals**
20:20
**professions**
21:2 45:18
205:16
**professor** 20:4
181:13
**profile** 98:18
**profiles** 98:7
**profiling** 53:11
**profound**
88:19
**program**
181:23 184:22
199:17
**programs** 30:3
182:2 191:19
201:19
**prohibits** 109:8
**project** 181:17
181:19 188:13
**projects** 30:3
181:8,15 182:4
**prominent**
107:5
**promoted**
184:12
**pronounce**
53:10
**proof** 99:5
**proper** 24:20
40:6 41:3
**properly** 45:1
93:22 124:24
171:22
**proportion**
90:23 131:18

proposal 38:25
proposals
  29:24,25 37:5
  181:15
proposition
  92:16 93:1
protect 193:24
protected
  40:21 41:5
protecting 41:8
  41:11,12
protection 41:4
protections
  39:14,21
  171:24 172:13
protective
  168:5
protocol
  101:11,13,16
  101:21,25
  102:1,25 103:7
  103:12 192:6,9
  192:15 199:3,7
  199:12,13,24
  200:6 201:5
protocols 126:1
  190:11
provide 8:25
  16:19 17:7
  18:2,6,18
  28:11 42:20
  52:10 53:19,20
  53:21 56:21
  85:14 89:5
  91:14,15
  121:25 126:7
  169:11,13
  170:3,24

173:10 188:18
194:25 199:5,9
199:14 200:8
provided 14:4
  14:19 15:19
  38:7 44:15
  46:6 65:1
  74:16,19 75:13
  78:22 90:4
  98:11 174:4
  175:6 177:5,15
  179:24 180:12
  184:3 186:16
  187:16
provider 15:13
  16:3 47:13
  65:9 171:21
  173:24,24
providers
  90:20 171:3
  172:1 173:18
provides 33:14
  124:21 158:10
providing 18:9
  43:16 65:5,10
  65:12 91:13
  151:20 171:24
  172:13 182:21
province 36:1
provision
  163:13
provisions
  173:20
prozac 113:21
  113:23
pseudonym
  70:24

psychiatric
  32:17 46:24
  47:4 61:24
  115:7 116:21
  116:25
psychiatrist
  20:1,2 46:20
  47:1,12 152:5
  152:7
psychiatry
  20:3,4 27:8
psychological
  18:7 97:19
  99:1 134:8
  155:17 190:3
psychologist
  18:6 47:12
  152:4,9
psychologists
  19:16 20:14
  61:25
psychology
  18:21 19:25
  27:9 64:3
psychotherap...
  16:25 191:17
psychotherapy
  12:19 88:22
  97:14 98:4,12
  98:17,18 155:1
  155:5,10,20,24
  156:1 157:10
  159:5 191:14
pubertal
  102:11
puberty 20:16
  21:8,25 22:21
  23:10 83:24,25

84:6,7 91:22
91:25 92:17
93:2,14 94:5
94:14 96:19
97:11,18 99:24
101:10 102:15
102:16 103:10
123:5,8,15
125:14 127:8
128:8,17,21,22
130:25 131:24
147:24 148:22
148:23 149:9
149:13,16,18
149:18 150:6
150:12,15,17
150:19 151:6
151:14,18,21
151:24 153:9,9
153:12,15,17
153:25 154:10
172:7 190:5,10
191:18 192:5
192:14 198:6
201:5,19,20
pubescent
  151:3
pubic 151:8
public 1:20
  35:7,19 37:7
  49:7,18 50:5
  75:12,14 76:2
  76:7,9 79:25
  122:7 163:20
  169:13 193:2
  193:21 211:2
  211:15

Case 2:22-cv-00184-LCB-CWB    Document 626-23    Filed 07/01/24    Page 102 of 122
James M. Cantor                                                    May 2, 2024
[publication - quite]                                             Page 47

**publication**
51:20 57:14
74:25 75:5,6
77:13 78:14,24
86:22 96:10
107:18,21
134:15 156:5,7
158:1 160:19
161:5 166:12
**publications**
159:19
**publicly** 35:25
36:10 72:6
184:3
**publish** 74:19
77:10 87:3,5
**published**
57:13 73:9,19
73:24 74:18
76:4 78:16
79:1 85:12
86:9,16 87:20
100:5,9 105:24
107:2,25 109:7
131:8 135:16
144:7,13 146:8
146:13 161:1
165:20 167:12
169:15 170:1
189:7
**publisher**
73:13 74:12
75:21 108:3
**publishers**
108:4
**publishes**
106:17

**publishing**
30:5 72:12,16
72:20 73:6
169:16 181:7
**pull** 51:6 54:20
160:21
**pulled** 170:22
183:15
**pulling** 25:18
**pun** 87:21
**purely** 61:9,14
**purpose** 18:16
23:1 38:10
39:5 40:6 49:1
53:18 54:7
58:6,13,16
78:18 81:20
90:20 103:23
145:13 176:12
183:23 195:25
**purposefully**
30:14
**purposes** 19:6
19:7 60:20
**pursuant** 1:16
**pursuing** 71:7
72:18 93:20
181:19,19
**pursuit** 25:10
**put** 38:11 57:5
103:10 115:25
120:3 127:2,4
161:18 186:22
187:7
**puts** 185:12
**putting** 120:9
141:21 194:21

**puzzle** 31:1
32:8

**q**

**quad** 34:11
**qualification**
45:3
**qualifications**
44:25,25 85:1
204:22
**qualified** 36:5
42:21 43:25
44:21 45:12,23
124:3
**qualifier** 44:24
**qualifies** 21:16
181:9
**quality** 29:19
42:24 57:4
107:10 121:17
166:1
**question** 8:5,9
17:20,25 18:4
18:15,19 27:14
30:15 31:8
32:6 40:3,4
41:20,21 42:22
45:1 48:8
49:17 60:2,10
60:18,19 62:8
63:9 66:24
67:12,21,23
68:5,10 69:23
69:25 79:14
83:13 92:25
99:5 101:1
112:25 115:17
117:18 118:10

128:6 129:21
140:21 143:12
158:15 162:14
164:24 176:13
182:15 184:1,5
184:6,10,16,17
184:19,20
186:20 190:18
194:9,9,15
195:16,17
196:5,13
197:22
**questionable**
88:19
**questioned**
182:22
**questioning**
156:10
**questions** 7:11
8:4,14 19:1
40:11 67:6,9
67:25 80:23
81:1 116:2
117:17 143:4
183:20 184:15
184:24,25
185:2,3,4,7,8
185:16,23
186:3,11,17
187:5 199:10
208:7,8,9
**quick** 164:19
**quickly** 10:8
104:22 121:1
142:20 143:6,8
205:25 206:5
**quite** 27:13
93:17 168:13

176:18,18
179:7 188:15
188:16 196:24
**quote**  170:25
177:6,10
**quoted**  160:17
**quotes**  173:10
**quoting**  171:8

**r**

**r**  2:1
**rachel**  174:12
175:9
**random**  66:17
67:8,10,16
**randomized**
80:13 81:15
201:22
**range**  13:11
17:13 22:11,12
26:15 29:20
77:23,25 91:16
116:11,13,17
116:18 131:12
**ranges**  21:21
**rapid**  66:3
70:13 74:10
77:22 78:4,11
79:5 103:19
104:2
**rare**  94:10
**rarely**  21:14
60:11,16 83:10
**rate**  148:24
**rates**  70:9
150:24
**rather**  22:25
33:1 36:13

38:12 39:11,12
46:2,18 53:20
57:4 90:24
106:6 119:21
120:10 131:21
134:8 182:20
202:14
**ratio**  97:24
131:13
**rct**  81:16,16,20
82:4,10 83:14
**rcts**  80:13 84:2
**reach**  9:10
156:13
**reaction**  114:4
**read**  25:19
35:11 52:18,24
53:3 54:9
75:15 85:6
86:24 92:21
129:20 134:4
135:6 162:5,5
167:1 178:4
186:22 202:22
208:13,15
209:3 210:5
212:9
**reader**  174:21
176:1 180:14
**readily**  161:19
192:23
**readiness**
128:2,22
**reading**  6:2
60:8 133:21
142:23 143:20
205:19

**reads**  60:2 64:7
**ready**  20:24
52:19 104:12
**real**  164:19
**reality**  187:22
**realize**  136:24
**realized**  43:10
**really**  8:24
12:9 27:19
35:4 37:17,23
42:8 53:23
104:8 138:25
152:1 179:6
195:4
**reason**  28:2
114:8 167:16
180:21,22,23
210:5 212:11
**reasonable**
95:15 174:21
176:1
**reasonably**
62:16
**reassignment**
115:8 116:2
**recall**  21:21,24
37:2 43:12
54:18 55:3,25
56:19 57:15,18
58:5 68:15
73:16 77:17,18
85:7 105:17
106:19,25
109:6,10
115:15,21,22
121:10 127:2
127:10 143:8
143:17 169:15

169:16,17,24
170:9 172:21
179:13 197:4
198:2,25
201:25 205:8
205:19 206:18
206:20
**recalling**  121:8
142:3 143:20
**receipt**  119:13
212:17
**receive**  28:4
35:15 64:13
75:17 76:3,3
79:18 124:3
126:13,14
127:8 128:8
131:24 195:3
200:24 201:14
**received**  13:20
75:22 94:14
123:5 125:14
127:9,19,22
128:8,15 129:3
130:25 181:20
182:16
**receives**  75:21
**receiving**  47:14
47:16 89:19
114:13 116:22
118:12 126:8
128:21 130:15
150:19 173:19
180:3,4 182:21
199:23
**recent**  94:20
**recently**  82:22
136:1

recess  51:4
105:8 160:6
164:20 207:15
recognize
36:20 131:5
132:24 134:14
136:12 168:4
189:6
recognized
138:20 147:14
recognizes  34:6
79:5
recognizing
32:5 100:2
recollection
43:5 88:8
106:13 110:25
111:16,23
112:11 116:24
123:6 141:16
170:1
recommend
101:5 164:2
184:21 200:18
201:8
recommenda...
155:2,3 156:20
156:21 157:1,4
157:5,21,22
158:13,14,20
158:21 159:2,8
202:4
recommenda...
157:14 158:7
184:10,11
190:8
recommended
177:3 190:11

recommends
100:7 101:2
151:20
record  6:25
14:12,14 19:6
19:7,12,18,19
51:2 105:6
160:5 164:18
202:16 205:4
207:13 209:5
recorded
129:11 211:5
records  9:24
11:20 19:9,13
36:8 111:18
112:5,12 129:9
202:6,14
203:19,20
204:4,6,17,18
204:20
recruit  68:13
recruited  66:18
recruitment
145:3
redacted  171:6
171:16
refer  8:17 26:6
44:23 51:13
61:4,12 99:19
99:25 138:21
reference  31:22
33:4 51:8,21
53:13 54:10,24
95:23 160:19
162:21 195:21
referenced
162:17 165:11
165:12 179:19

180:7 183:11
212:6
references
165:2 168:4
196:6,16
referencing
55:19 108:24
referred  30:10
100:2 109:18
170:6
referring  16:2
53:12,16 54:10
61:7 71:15
125:22 129:17
137:13 138:17
139:8 140:22
141:5 191:21
196:15
refers  66:1
70:12 138:15
164:11
reflect  15:12,14
180:19 181:2
203:20
reflected
180:15 204:20
reflection
130:14 167:7
192:17 204:16
reflects  34:23
203:15
reflexively
121:1 141:20
143:10
refresh  111:15
regard  109:25
regarding
16:16 59:11

88:11 121:19
141:18
regardless
47:25 56:22
171:20 180:25
191:4
register  110:19
111:11
registered
115:9
regret  51:8,16
regrets  51:13
regularly  101:9
101:12 103:7
regulated
182:22
regulating
173:22
regulations
173:22 201:3
201:17
relate  27:11
related  38:23
140:10 183:18
183:21 184:3,7
211:11
relative  21:4
91:17 116:4
relatively
28:20 69:15
106:7 117:22
149:22 163:21
164:3 182:20
release  206:1
relevance
109:12
relevant  9:1
10:4,7 19:23

James M. Cantor                                                    May 2, 2024

[relevant - research]                                              Page 50

19:24 24:14
38:2,23 40:23
41:17,23 42:9
45:6,11,13
46:1 57:3,10
57:10,11 62:9
72:14 81:3
84:23 86:15
88:14 90:18,19
92:4 96:3,15
99:4 107:15,19
107:20,23
109:11 112:7
115:25 118:10
145:4 155:13
169:19 185:4,6
185:8
**reliability** 98:1
**reliable** 80:11
80:12 92:12
94:11 98:21
115:2 166:2
**reliably** 89:6
**relied** 141:15
**relieve** 97:12
**reload** 111:4
**relying** 107:9
**remains** 99:6,9
149:10
**remark** 77:17
**remarking**
191:10
**remember** 9:19
35:22,23 73:17
85:23 86:4,5
**remind** 10:17
**reminding**
161:13

**remote** 8:7
**remotely** 6:7,9
**removal** 93:13
95:11
**remove** 177:3
196:3
**removed** 31:5
32:17 102:8
126:20,21
**removing** 36:2
102:20 173:22
**renee** 2:9 6:24
**repeat** 15:7
39:19
**repeatedly**
61:12 196:25
**replicated** 70:6
**report** 4:8,14
5:2 11:11,12
16:2 25:17,19
25:24 33:20
54:21 56:2,24
57:2,11 60:22
61:8,10 62:6
62:17,19 63:15
63:23 64:4
71:22 73:25
75:2 79:20
82:15 89:7,17
90:15 91:1,4
94:21 98:10
100:10 103:5
105:12,14,19
107:13 108:10
108:24 110:7
111:17 115:16
115:25 118:9
122:18 125:8

130:18 131:6
131:16 132:25
133:6 141:13
142:5 146:15
147:13 148:5,6
154:21 155:15
157:13 159:7
160:9 165:19
168:3 175:13
176:4,17 178:7
185:1 189:5,11
204:23,25
206:1
**reported** 51:10
67:1 70:5
90:23 93:18
111:22 117:11
119:1 133:14
166:24 167:4
185:13 204:6
204:15
**reporter** 6:3
8:3 92:21,23
208:13,19
**reporting** 6:6
6:14 62:14
63:4,20 69:20
204:11 205:8
**reports** 10:3
25:13 43:5
44:14 66:2
70:14 74:11
114:21 141:15
**represent** 6:20
33:24 66:10,16
100:12
**representative**
145:2

**represented**
196:3
**represents** 91:8
**reproduce**
179:20
**reproduceable**
30:20
**reproduces**
30:18
**reputation**
107:9
**request** 56:3
**require** 69:15
97:21 118:18
152:21,22
196:19
**required** 92:5
102:12 196:4
201:22
**requirements**
185:10
**requires** 19:13
19:18 21:1
45:2 57:20
90:7 93:23
120:12 164:14
182:24 196:11
**requiring**
119:21
**reread** 52:8
54:3,16 88:9
88:12 114:16
147:20,22
162:3 196:23
**research** 20:8,8
20:10,11 25:7
26:18,18 28:9
28:16,18,20

James M. Cantor
May 2, 2024

[research - reviews]

| | | | |
|---|---|---|---|
| 29:8,12,15,17 | **researched** | **restrictions** | 57:2,13,16,25 |
| 29:18,19,22,24 | 138:20 | 38:15 39:3 | 58:3,6,8,23 |
| 31:1,9,21 | **researchers** | 56:11 59:11 | 59:12 60:21 |
| 43:25 47:9 | 26:17 110:23 | 206:6 | 73:21 75:4 |
| 48:14 59:6 | 111:20 112:9 | **restroom** 37:15 | 77:12 95:24,25 |
| 66:24 67:5,5 | 117:9 118:3 | 38:5 | 96:8,9 97:2 |
| 67:11 68:4 | 169:18 | **result** 61:14 | 111:21 117:10 |
| 69:16,23 72:13 | **resemble** | 92:17 93:2 | 117:19,20 |
| 74:17 75:20 | 135:19 | 136:8 174:2 | 122:13 147:23 |
| 76:3,5,8,10 | **resembles** | 182:16 187:23 | 148:7 176:11 |
| 79:24 80:13,21 | 199:20 | **results** 76:9 | 176:15 178:3 |
| 80:23 81:16 | **reservations** | 116:18 124:21 | 179:10 181:14 |
| 82:6 84:20 | 49:8,13 | 166:23 167:3 | 189:5,13 |
| 92:9,12 95:2,8 | **resource** 50:6 | 167:11,11 | 192:19 193:11 |
| 95:14,22 96:4 | **resources** | **retained** 8:19 | 194:9 195:1,13 |
| 98:24,24 104:1 | 118:19 | 39:2 59:10 | 195:22 196:7 |
| 106:6 107:19 | **respect** 16:7 | **retract** 77:15 | 196:14 200:18 |
| 112:1 119:7,18 | 54:14 | **retracted** 73:15 | 201:8,21 202:6 |
| 121:3 123:21 | **respond** 7:15 | 74:2,13,21 | 204:11,25 |
| 124:20 131:7,8 | 8:4,6 | 107:14 | 205:21 212:7 |
| 132:6 137:13 | **respondents** | **retraction** 4:12 | **review's** 202:5 |
| 137:15 141:23 | 133:13 | 74:10,23 | **reviewed** 10:3 |
| 142:18 145:11 | **responders** | **retrospect** | 10:4,5 30:5,7 |
| 148:18 155:8 | 63:13 | 136:23 | 57:14,17 72:17 |
| 161:11 168:24 | **response** 178:3 | **retrospective** | 74:18 86:7 |
| 181:15,17,17 | 186:20 | 123:19 124:15 | 96:10 106:5 |
| 181:23 182:1 | **responses** | **return** 212:13 | 160:12,15 |
| 190:10 191:19 | 74:17 | 212:16 | 161:5,9 |
| 192:6,9,15 | **rest** 53:17 | **reveal** 172:25 | **reviewer** 87:2 |
| 196:21 197:1,2 | 116:5 | 185:16,23 | 181:13 |
| 197:3,3,6,6,17 | **restrict** 190:9 | 186:4,12 | **reviewers** |
| 197:24 198:5 | **restricted** | **reversed** | 29:21 60:20 |
| 198:13,19,24 | 44:19 45:23 | 121:21 122:13 | **reviewing** |
| 199:1,3,7,11 | **restricting** | **review** 5:6 10:1 | 178:1 |
| 199:13,16,18 | 191:18 | 47:23 50:11,11 | **reviews** 10:8 |
| 199:24,25 | **restriction** | 52:13,21 53:17 | 55:7 57:19 |
| 200:6 201:4,13 | 192:18,18 | 54:6,25 55:1,7 | 74:1 82:21 |
| 201:18 206:25 | 206:7 | 55:18,21 56:25 | 86:22 166:10 |

revised 107:24
revision 78:18
right 8:20 9:22
   11:18 28:21
   52:15 54:1
   60:1 68:17
   70:14 85:25
   89:9 105:5
   118:21 122:23
   123:2 129:19
   141:19 142:10
   143:25 147:11
   155:7 180:8
   182:12 183:22
   183:25 192:16
   193:14 201:1
rights 2:11,17
   35:8,13,20
   36:16 39:16,23
rigor 143:14
rigorous 121:3
   138:7 141:18
   142:9,13 143:2
risk 93:12,22
   94:16 95:7
   97:24 98:4,6
   98:18 113:7,9
   114:6 154:25
   155:3,24
   191:15 194:3
risks 17:1 25:3
   64:12 80:12
   90:10,11 91:17
   93:22 95:20,21
   98:8 113:3
   120:7,16 132:5
   132:13 158:11
   195:8 197:14

200:13
risky 99:7,8
   191:12,13
rogd 71:2,5,10
   72:5,9 73:1
   78:2,13 100:11
   100:12,19,21
roger 9:7,15
rogers 3:8 6:22
role 22:16 37:5
   37:6,25 38:11
   38:24,24 39:10
   56:20 107:1
   121:22 146:12
roles 181:12
   188:19
room 6:5
   104:21 192:7
   198:17 201:3
   201:17
rough 88:8
roughly 15:21
   22:17,18 71:6
   111:17 125:17
   141:23 143:3
route 162:6
routine 72:20
routinely 43:20
row 156:18
rule 82:2 90:8
   95:5,6,6 142:1
rules 8:1 10:15
   50:9
ruling 126:3
run 8:1 30:21
   170:18
runs 13:11

rush 175:10

**s**

s 2:1 34:11
safe 43:23
   46:10 47:19
   69:21 95:19
safeguard
   171:1
safety 28:24
   68:8 69:14
   80:12 81:14
   201:23
salary 19:16
sametti 53:12
   53:15
sample 88:16
   126:20,21,22
   199:21
samples 114:23
sampling 143:5
san 2:19
sarah 177:9,12
   177:25 178:3
saying 19:10
   100:22 102:3
   103:22 137:11
   154:13 164:5
   197:4 208:19
   208:22
says 56:5 70:5
   74:2 81:13
   89:17 97:10,10
   111:11 134:1
   144:7 156:21
   157:5 158:19
   162:6 172:25
   175:8 177:24

178:5 189:23
   203:1,5,9,12
   203:24
sb 8:17 109:8
   198:5,12
   207:18
scale 76:5
scan 63:7
scholarly 74:17
science 9:1
   24:9,14,20
   31:14 35:10
   37:5,8,9,10,18
   37:22 38:2,7,9
   38:10,12,21,23
   38:24 39:1,7,8
   39:9,11 40:6,7
   42:24 46:6
   47:25 49:22,23
   50:4 56:21,22
   57:4,12 58:14
   65:6 71:8,9,19
   80:18 84:22,23
   86:11,13 88:3
   91:12 121:17
   147:5 173:2
   180:19,25
   181:2,7,7
   194:2 195:7
   207:21,22
sciences 105:25
   106:1
scientific 30:15
   31:8,23 32:6,8
   33:5 34:1,10
   40:11 41:22,25
   43:9 44:8 45:8
   45:9 46:17

James M. Cantor

May 2, 2024

[scientific - several]

Page 53

49:20 63:9
75:6 82:20
84:20 85:1,15
86:10,19
106:10 107:5
112:6 143:14
180:20,21,22
181:8,8
**scientifically**
141:18 142:9
142:13 143:1
166:11
**scientist**  26:11
26:12 49:8,12
49:18,19,21
82:23 132:7
**scientists**  57:21
72:16
**screen**  25:18
53:25 105:13
126:15 202:20
**screened**
125:19
**screening**
125:17,21,21
126:23,25
127:9 128:9
**scroll**  25:25
26:2,3,4 52:15
53:4 55:17
66:6 69:1
73:12 111:1
127:13,16
144:20 177:20
183:12
**scrolling**  49:5
52:22 84:14
91:19 157:2

172:24 175:7
176:21 182:14
**seal**  211:12
**second**  35:6
60:1,9 64:7
70:2 111:4,8
144:14,20,21
144:24 156:18
162:12 166:8,8
166:21 183:13
197:10
**secondary**  16:1
**secretary**  175:8
**section**  2:5,12
53:6 96:24
122:22 127:11
127:14 131:15
160:13,14,15
183:19 185:21
**see**  9:6,8 12:13
12:17 34:7,25
36:17 37:12
46:24 47:5
52:22 58:18
59:24,25 60:8
74:2,4 77:24
96:1 111:5,10
111:21 117:10
120:19 123:23
129:7 134:2
141:22 142:22
147:23 159:11
159:15,24
162:3,13,20,20
177:6 183:12
183:16 198:16
202:20 203:5,8
203:11 204:25

**seeing**  74:21
85:23 119:23
119:24 159:16
166:25 199:1
**seek**  82:6 162:9
183:20
**seeking**  80:18
115:8 125:15
125:18
**seem**  139:1
182:19 199:10
**seems**  105:15
**seen**  75:17
**selection**
193:19 194:18
**selections**
196:11
**self**  16:2 40:14
62:14,17,19
63:4,20 141:15
173:4
**sender**  175:18
176:3
**senior**  29:14,14
**sense**  45:13
46:13 61:13,13
116:15 139:6
141:4
**sent**  212:14
**sentence**  43:15
56:1 59:23
60:2,8,9 64:7
69:8 70:3
81:12 89:15
97:6,10 133:25
134:1 140:18
162:16 165:5
166:8,21 167:2

167:9 198:2
**separate**  18:14
100:13 199:10
**separately**
11:12 109:7
**sequence**  54:4
93:16
**series**  19:1 51:8
51:13,15 54:2
67:25 81:2
154:14
**serve**  195:25
205:18
**served**  29:16
29:17 205:7
**service**  42:18
42:19 46:6,7
109:19 187:8
**services**  35:15
35:16 43:17,18
43:23 46:10
47:14,16
119:14 173:20
174:8 182:17
182:22 191:14
202:6
**set**  30:13 49:3
62:6 100:18
116:18 118:7
176:20 179:6
187:5,23 190:8
192:14 200:22
211:3
**settle**  206:20
**several**  10:8
25:13 28:3
32:2 33:21
61:4 73:23

80:4,24 84:7
113:17 135:13
137:16 176:9
190:12
**severe**  119:12
**sex**  12:20 22:5
22:14 26:16
28:9,18,25
31:15,21 34:11
34:13 106:6
125:15,18
128:19 131:13
140:4 146:23
147:14 148:1,2
148:25,25
149:3,11,25
150:1,3 152:15
153:13 154:1
154:16 169:18
172:7 190:5,11
191:22 198:13
199:4,8,12
200:7 202:8
**sexology**  27:24
27:25 28:9
**sexual**  20:11
26:11,12,24
27:1,5,5,11
29:4 30:8,22
34:13 73:10
77:4 79:15
108:1 133:20
134:7 139:22
140:10 141:8
146:9,12
149:19,20
**sexualities**
30:10 32:10

**sexuality**  26:19
26:19,23 27:10
27:22 28:4,7
28:17 29:2,3
30:9,11 31:18
33:7 34:6,13
**sexually**  30:18
**shannon**  2:16
**share**  71:13
**shared**  68:18
68:24
**shares**  31:23
33:5
**sheet**  209:7,18
210:1 212:11
**shift**  137:9
151:2
**shoot**  104:22
**short**  96:18
109:25 120:24
**shortage**  33:10
**show**  66:3
130:14
**showed**  202:6
**showing**  97:6
100:19 151:17
**shown**  131:6
**shows**  115:1
154:23 155:8
**shut**  12:8
**side**  29:2 38:19
39:7,7,9 96:19
97:17 98:5
111:1 120:18
186:9
**sides**  41:5
**sign**  102:15
208:14,16

212:12
**signal**  164:16
**signature**
211:14
**signed**  212:19
**significant**
65:22 97:17
**signing**  6:2
199:18
**signs**  19:7 66:3
150:17 151:7
151:18
**similar**  68:23
68:23,24
143:16
**similarly**  29:21
136:21 148:23
178:22 179:2
**simple**  28:20
130:4 164:24
196:6,8
**simply**  89:5
92:15 103:4
104:3 113:23
122:8
**simultaneous**
93:24 97:23
**simultaneously**
32:5 33:14
81:21 117:23
**singal**  4:13
84:17,20 87:12
**singal's**  84:25
85:20 86:6,9
88:6
**single**  12:19
15:23 19:13
33:14 80:24

83:10 87:21
88:15,16 93:25
117:23 118:9
120:3 176:7
**sites**  145:4
**sits**  207:7
**situation**  30:21
36:7 41:16
47:7 52:9
53:22 62:20
63:17,21,24
71:12 79:12
94:11,13
114:19 118:1
120:2 121:14
149:8 156:19
157:3 186:8
189:18 196:8
196:10,19
205:13
**situations**
47:21 52:11
92:9 112:4
114:24 120:13
123:25 139:11
157:18
**six**  13:2,2 15:5
15:10,12 16:11
151:11
**skills**  28:21
**skin**  102:7,9,18
**small**  94:18
**smaller**  202:22
**sminter**  2:20
**soc**  5:5 169:5,9
169:12 170:4
170:14,17
172:19 173:1,7

174:1 175:11
177:4 183:10
183:18 184:4,8
184:11,22
**social** 17:6 29:5
47:12 66:18
70:9 99:14
101:22 108:13
109:1,9,13
134:8 136:7,9
136:9,10 145:4
148:21 149:5
152:2,4,9,12
152:25 153:5
190:2
**socially** 35:17
109:23
**society** 29:6
33:23 42:10
57:5 76:13,17
76:20 121:13
**society's**
121:15
**solely** 158:14
**solidly** 34:5
**solutions**
212:23
**somebody** 9:17
18:20 30:21
34:25 48:16
61:20 94:11
103:2 117:4
120:20 136:20
168:20 185:8
**someone's**
175:13
**soon** 205:25
206:3

**sooner** 12:10
**sophisticated**
125:4
**sorry** 15:7
17:15 39:19
43:10 46:25
49:11 51:23
66:11,13 69:8
83:12 89:13
92:20,23 106:2
108:8,14 110:7
111:9 115:17
129:17 133:21
162:14 164:16
170:15 178:24
182:11 197:21
199:6 203:3
207:25
**sought** 125:14
**sound** 11:18
68:17 104:15
105:1 166:11
207:10
**sounds** 9:25
11:20 51:22
59:21 66:5
70:15,18 79:3
104:12 189:10
208:12
**source** 65:20
112:13 175:15
180:25
**sources** 160:17
**south** 163:12
**spanning** 30:8
**spans** 18:7
**speak** 10:12
11:1 41:19

186:15 205:11
**speaking** 36:10
179:21
**specialty**
184:18
**species** 30:17
**specific** 19:17
25:11 35:22,23
37:13 55:25
68:18 90:7
109:6 138:16
170:1,2 172:10
172:11 181:20
182:24
**specifically**
11:7 17:16
29:15 32:22
33:13 37:3
98:25 102:6
128:20 133:12
139:25 185:22
**specifics** 56:19
59:4,5
**specified**
101:10
**specimen** 30:24
**spent** 12:3
97:11
**spoken** 121:6
174:14
**sporadically**
12:25
**sports** 36:25
**spouse** 184:1
**springer** 73:13
73:15 74:21
**staff** 177:2,9,13
178:1

**stage** 93:19
94:4 128:16
147:15,25
148:19,20,25
149:14 150:7,9
150:14,21
151:3,10,16
**stages** 93:21
150:12 151:1,1
**stakeholders**
60:13 205:12
**standard** 44:16
45:17 80:17
81:24 87:9
98:23 147:4
157:16,17
158:4 181:22
183:1
**standards**
41:17,20 45:19
171:11,23
172:12
**start** 6:24
30:16 95:18
117:7 136:17
136:18 142:8
**started** 52:12
138:3
**starting** 102:14
110:8 123:20
133:24 134:2
160:9
**starts** 53:8 54:8
60:7 127:20
144:2
**state** 1:12 6:11
6:12,14 9:13
24:9 26:10

28:15 30:6
41:15 43:15
49:6 55:22
56:2 59:10
66:9,15 69:4
79:24 80:9
103:5 130:20
132:21 133:3
133:18 140:17
141:23 147:13
148:6 154:23
157:21 161:25
192:19 193:12
194:10 204:20
206:9 211:1,2
**state's** 43:1,7
43:11,12
**stated** 72:6
94:8 179:10
184:7 192:3
**statement**
35:19 60:17
67:12 68:4,6
80:5 83:20,21
101:11 113:16
137:24 141:1
142:1 143:11
147:4,22
155:23 164:14
166:20 191:21
194:16,16
202:1 205:1
**statements**
35:8 85:8 97:4
129:1 164:4
189:19 205:2
**states** 1:1,8 2:6
2:10 6:20 55:6

74:12 75:6
89:9 101:8
128:10 134:4
161:24 162:10
163:11 165:1,3
166:8,22
167:10 178:9
178:15 184:20
186:25 192:13
197:10
**states's** 208:6
**stating** 6:25
125:13 142:8
**statistical**
32:25
**statistically**
32:23,24
**statistics** 29:10
**status** 23:2,9
32:23 34:7,17
82:20 109:25
203:21
**staying** 80:8
**stays** 144:16
**stenographic**
211:6
**stenographic...**
211:5
**step** 67:11 94:9
94:9 153:21,22
154:14
**steps** 93:24
153:7 154:17
**sterile** 96:20,22
**sterility** 150:3
153:14 154:15
156:1 158:24
159:3

**sterilization**
146:19
**steve** 1:11
212:4
**sticks** 48:24
**stigma** 32:19
34:3
**stigmatized**
32:10,11
**stipulated** 6:1
**stipulations**
211:8
**stolk** 4:21
147:11,14,17
148:7
**stop** 26:4
113:23 114:8
184:25 207:9
**stopped** 112:17
153:17
**stopping** 50:21
104:6 154:1
156:13 160:1
**stored** 11:12
**story** 53:18
125:4
**straight** 27:2
**straightforwa...**
179:9
**strategies**
164:3 175:12
188:16
**strategy** 101:5
173:4 175:12
**stratified**
116:10
**street** 2:7,18

**stress** 79:16
**stretching**
102:10
**strike** 178:8
**strong** 155:2
156:21 157:5
157:21 158:7
158:14,20
159:2,7 202:2
**strongly**
152:13 175:9
202:3
**structure** 135:1
135:6 140:21
**students** 23:16
24:3
**studies** 28:22
29:15,21 41:22
41:25 43:9
69:4,9,13,15
79:24 81:3,23
84:2,11,11
88:25 93:18
94:19,22 95:3
95:4 97:19
98:11,13,25
100:4,9 110:9
118:18 141:18
141:24 142:13
142:25 143:13
143:13 144:10
155:13,14,15
155:17 196:21
197:16,17,24
198:5,13,20
**study** 4:10,11
4:12,13,15,16
4:17,18,20,21

4:23 26:24
34:10 66:2,20
69:19,20,22,24
70:7 74:15
80:24 81:4,14
82:24 88:6,14
88:18,22 89:1
89:3 90:2,17
98:16 100:17
100:20 105:17
108:13,21,23
109:1,16,22
110:3,15,16,19
110:21 111:11
114:12,16
115:5,6,9,11
115:22 116:6
116:14,20
117:23 118:5,6
118:11 120:25
122:23 123:4,7
124:7,16,16,18
125:4,13 127:1
127:2,5,7
128:6 129:2,14
129:15,22,23
130:20,24
132:3,6,16,21
133:2,4 141:14
142:24 143:15
144:12,18
145:12,13,16
145:18,19,20
145:22 146:2,5
146:6 199:18
**studying**   24:11
34:12

**subheading**
55:6
**subject**   7:15
49:4 112:2
168:5
**subjective**   61:2
61:10,15 62:17
63:15,22 112:7
**subjects**   197:6
**submitted**
25:13 30:4
**subsection**
59:24 81:13
91:18 93:11
96:17 160:10
160:11 172:24
186:21
**subsequent**
44:14 93:20
96:23 102:6
**subspecialty**
184:18
**substack**   86:16
86:19,21 87:4
**substance**
121:9
**substances**
20:9
**substantial**
28:1 32:1 35:2
97:15 132:13
143:9 206:10
**substantially**
95:12
**success**   102:5
119:23,24
120:15 124:10

**successes**   122:7
**suddenly**   40:13
72:3
**sufficient**   89:6
126:11 171:24
172:13,22
**sufficiently**
98:21
**suggest**   19:3
141:10
**suggested**
95:21
**suggests**   25:9
118:21 120:25
132:9 136:8
**suicide**   51:9
52:7 53:16
88:15 89:20,23
90:10,22
**suicides**   54:2
54:14 88:11
90:1,17,21,22
91:3
**suite**   2:18 3:4
**sum**   12:18
**summarized**
159:20
**summarizing**
37:18 51:14
108:12
**summary**
56:21 156:6
**superior**   99:8
**superiority**
98:22
**supervised**
14:23

**supervising**
23:17 24:2
**supplement**
108:9
**supplemental**
4:14 5:1 11:12
94:21,21
105:12,19
107:13 108:10
110:6 122:18
125:8 130:17
142:5 146:15
148:6 154:20
157:13 160:8
165:18 168:3
176:17
**supplied**   171:5
171:9 174:20
175:2,22,25
**support**   36:23
37:14 38:14
39:14,21 68:16
69:6,10 71:11
71:13 119:22
129:4,16,24
130:8,15
138:23 167:11
173:5 206:2
207:18
**supported**   35:8
35:20 36:15
75:3
**supporting**
35:13 39:15,22
42:24
**supports**   39:8
**suppose**   36:19

supposed
168:15
suppressing
201:5,19,20
sure 17:25
18:12,13 47:1
54:4 59:9,20
67:15 100:25
103:1,13
106:12,16
108:9 111:2
114:18 120:1
132:4 139:14
140:13 143:19
144:3,7 146:1
150:5 156:14
158:16 160:4
162:4,22
168:13 173:21
185:23 187:21
188:6 190:22
195:12 196:5
199:7 204:19
surgeries
152:15
surgery 91:22
94:6,16 102:6
102:13,18
172:8 191:22
surgical 93:13
95:11
surprised
68:21
surrogate 60:3
survey 67:8,10
67:17 68:11,12
112:10 118:4

surveys 66:9
66:16,17 68:2
69:5,9
suzanna 70:16
70:23 71:1
sweat 144:22
sweden 51:17
52:12 53:23
54:2,5 201:14
swedish 51:10
swings 96:20
sworn 6:12,16
symptoms
96:24 119:1
synonym 34:21
synonyms 18:5
system 19:13
36:5 50:17
82:25 118:20
118:23 146:22
163:17,21,22
192:25,25
193:2,3,21
194:1 195:23
200:20,21,22
201:11 202:15
systematic
47:23 50:11
54:25 55:7,7
55:18 57:13,16
57:19,25 58:6
58:22 74:1
75:4 95:25
96:8 97:13
117:19 148:7
systems 14:15
29:5,6 50:16
83:2 161:20,20

161:23 163:18
163:20

**t**

t 6:17
table 202:19
203:4 204:10
take 8:11,14
52:17 96:6
104:7 153:8
154:1,10
156:15 207:9
taken 1:17 7:2
102:8 119:16
159:23
takes 81:2
113:4
talk 48:12
139:7
talking 22:23
40:19 41:2
103:17 119:2
132:12 135:9
139:6 140:15
140:23 172:5
205:3
tangential
125:6 169:22
tangentially
106:14,15
tanner 147:15
147:25 150:7,9
150:12,14,20
151:16
task 29:25
42:15,16
tasks 19:17
42:13

taxonomic
137:14
team 14:23
21:3,7 22:4
23:1,7 109:7
118:7 187:18
205:7,18,20
teams 14:10
15:16 19:11
22:16 23:4
24:2,4
technical
146:20
technology
147:1 208:5
teens 21:23
tell 96:15
107:10 124:22
126:17 163:8
164:13
telling 159:18
tells 95:14
ten 50:22
tenor 161:12
tenth 52:16
term 26:14
32:21,22 45:3
45:3,6,7 79:8
79:25 82:14
83:1,22 95:20
96:18 100:5
101:4 106:9
110:1,4 120:12
120:19,21,24
120:24 138:5
145:3 146:18
146:19 197:14
197:18 205:24

**terms** 18:5
33:15,25 34:9
35:1 40:3,4
**terrible** 132:15
**test** 184:21
**testified** 6:16
9:21,23 11:22
36:23 37:14
38:3,14,18
63:25
**testifying** 6:10
7:23 11:6 99:3
198:22 207:20
**testimony**
11:16 24:8,13
24:19 39:13,20
44:7 57:4,11
65:5,12 90:16
103:18 152:25
154:3 195:7
209:5 212:9,17
**testosterone**
91:25
**text** 78:18,21
86:3 177:7
196:14,15
198:10,16
**thank** 17:21
51:3 89:16
104:5 105:7
108:11 156:17
190:23 191:1
**theory** 87:5
124:19
**therapy** 12:20
12:22 23:20,22
28:25 91:22
92:17 93:2,15

94:6,15 184:21
**thereof** 173:22
**thing** 99:20
136:20 152:11
152:11 195:4
**things** 77:18
83:23 138:5
143:7,8 190:14
**think** 7:18,21
7:22,25 26:14
35:4 41:9,9
42:8 44:23
50:22 60:17
80:6,18,19
85:22 87:19,20
103:22 104:19
106:19 107:17
111:7 122:2
129:25 156:12
158:15 167:19
168:22 174:18
180:16 185:4
185:16 191:9
192:3 196:2
199:2 208:16
**thinking** 43:11
191:15
**third** 43:15
52:16 133:13
136:1 138:25
167:1 189:25
**thorough**
120:23
**thoroughly**
54:19 96:14
**thought** 17:15
17:20 107:17
159:21

**three** 88:14
89:23 150:13
**thursday** 1:19
**tiered** 189:24
**time** 8:13 12:3
12:12 13:23
14:2 21:13,18
21:24 22:12,17
23:21,23 25:7
27:23 32:9,13
32:18 36:2
41:12 53:13
54:9 56:9,16
73:23 80:25
81:1,4 82:8
88:23 96:5
98:13 104:14
104:15 106:13
109:18 114:2
117:19 120:12
121:21 135:11
135:21 138:10
139:1,13
141:21 147:6
155:19 173:11
173:23 211:3
212:18
**timeframe**
212:8
**times** 7:5 10:20
95:24 176:9
190:13 193:18
**tissue** 62:22
102:12,17
147:1 149:2
**tissues** 150:23
**title** 34:11 55:9
55:10 66:5

70:15 71:16
91:20 96:24
106:2 185:21
**titled** 96:18
**today** 6:21 7:8
7:20,24 10:2
10:14 11:2
28:13 53:1
77:7 101:21,23
102:14 118:9
206:8 207:6
208:7
**today's** 10:22
11:7
**together** 81:5
89:1 114:25
120:3,6 155:18
**took** 121:23
**tool** 193:18
196:17
**tools** 193:3,4
193:19 196:18
200:22
**top** 53:3 56:7
129:19 133:23
183:12
**topic** 72:18
85:5 109:3
143:2,18
168:21 199:1
**topics** 106:7
168:16 184:4
**toronto** 1:18
12:1
**total** 10:24
**totality** 75:4
**totally** 105:1

James M. Cantor                                                   May 2, 2024

[toward - true]                                                    Page 60

| | | | |
|---|---|---|---|
| **toward** 89:9 | 110:18 111:14 | **transitioners** | 125:15 126:9 |
| **towards** 114:6 | 129:16,24 | 145:2 205:14 | 126:13,14,18 |
| 149:15 | 133:15,19 | 205:14,15 | 126:24 128:2 |
| **tr** 78:12,16,17 | 134:6 136:13 | **transitioning** | 130:7 131:22 |
| 78:17,18,25 | 137:20 138:12 | 202:25 203:6 | 147:15 148:25 |
| 79:1 | 139:3 153:25 | 203:16 204:13 | 153:12 155:3 |
| **tradition** 75:10 | 165:23 205:7 | **translate** 95:4 | 155:17 184:21 |
| **traditional** | 205:17 | **transparency** | 188:9 |
| 12:22 | **transient** 135:3 | 57:20 | **treatments** |
| **traditionally** | 137:21 140:18 | **transsexual** | 22:21 23:10 |
| 27:15 | **transition** | 135:2 | 69:14 83:3 |
| **trained** 171:25 | 35:18 36:4,12 | **transsexuals** | 84:10 93:25 |
| **training** 23:16 | 41:4,11 47:10 | 135:1 | 109:4 120:22 |
| 171:22 181:11 | 51:9 64:10,11 | **treat** 83:25 | 121:2 129:10 |
| 181:20,23 | 64:12,19 65:1 | **treated** 17:22 | 148:1 153:18 |
| **trainings** 182:6 | 65:10 68:19 | 32:15 33:23 | 153:19 154:24 |
| **trans** 20:25 | 91:8 93:19,21 | 61:9 | 155:18,21 |
| 41:6,7,11,13 | 94:2,3,20 | **treating** 77:21 | 163:13 177:4 |
| 53:11 | 99:14 101:22 | 97:20 99:2 | 202:4 |
| **transcribed** | 108:13 109:1,9 | 117:2 | **treats** 44:20 |
| 211:5 | 109:12,13,15 | **treatment** | **trial** 2:9 81:15 |
| **transcript** | 122:1,13 126:2 | 24:17 44:12 | 201:1,16 |
| 168:7 209:4 | 141:19,23 | 46:24 47:5 | **trials** 80:13 |
| 212:6,19 | 145:8 148:19 | 67:22 68:8 | 201:22 |
| **transcription** | 148:21 149:5 | 79:18 80:9 | **tried** 24:11 |
| 211:6 | 152:2,12 153:1 | 81:23 82:2,11 | 71:6 85:3 |
| **transferred** | 153:5 155:2,6 | 83:8,15 84:5 | 169:22 |
| 86:1 | 158:8,9 177:4 | 88:23 89:20 | **tries** 199:21 |
| **transgender** | 202:24 203:6 | 90:13 91:3,25 | **triggered** 51:17 |
| 13:15 14:4,19 | **transitional** | 95:19 97:15,19 | 52:12 |
| 15:4,5,9,10 | 205:25 | 99:1 100:11,19 | **triggers** 153:14 |
| 16:9 31:17 | **transitioned** | 103:25 110:17 | **trouble** 93:10 |
| 33:6 35:9,21 | 109:24 202:8 | 112:15,16,17 | 191:15 |
| 36:16,24 37:15 | 202:16 203:15 | 113:8,10 114:8 | **true** 9:25 11:21 |
| 38:4,16 39:4 | 204:7,8,13 | 114:14,22 | 13:11 44:5 |
| 39:15,16,22,23 | **transitioner** | 116:22 117:1 | 64:16 66:17 |
| 40:9,23 54:11 | 141:15 | 118:13,25 | 77:7,23 82:14 |
| 54:14 84:19 | | 120:11,16 | 82:23 91:10,12 |

<br>
Case 2:22-cv-00184-LCB-CWB   Document 626-23   Filed 07/01/24   Page 116 of 122<br>
James M. Cantor                                                                      May 2, 2024<br>
[true - undergoing]                                                                  Page 61<br>

92:6,8 110:22
130:10 135:22
158:25 189:10
189:13 190:8
192:4 202:5
209:4 211:6
**truth** 74:24
164:13 194:25
**truthfully** 7:11
7:15,23 11:22
**try** 8:10 92:25
100:22 104:16
125:4
**trying** 32:1,19
41:2 49:23,25
71:13 76:2
78:9 80:5
88:16 100:16
100:23 167:22
169:7 176:6
206:20
**turban** 4:25
165:20 166:14
**turban's** 167:5
167:6,14,17
**turf** 152:4
**turn** 51:15
54:20 81:7
164:22 192:10
197:7
**turning** 35:5
59:23 64:4
65:14 91:4
99:10 108:5
122:18 125:8
130:17 133:6
137:18 141:13
142:4 144:19

146:15 154:20
156:8 157:12
160:8 165:18
182:8
**turns** 16:3
**tweeted** 169:19
**tweets** 36:20
**twelve** 13:2
99:15
**twice** 10:22
**twitter** 169:20
**two** 16:10
80:11 89:19,22
97:25 110:9
113:17 122:3,3
124:12 126:17
130:6 131:9,20
135:9,19,20,23
136:3,5 138:8
138:8,15,24
139:7 140:15
140:22 147:15
147:25 150:7,9
150:14,21
151:16 154:24
155:19 158:13
159:13,15,19
199:10
**type** 16:18
105:25 106:4
134:24 135:14
136:1,1,6
137:12 138:18
138:18,19,25
139:9,9,21,21
139:24 145:19
156:20,25
157:3,4 158:20

202:24
**types** 26:22
28:19 29:20,20
32:11 65:25
71:22 82:6
135:9,20,23
136:6 138:8,16
138:24 139:8
172:8 182:5
**typical** 135:2
159:1 188:16
**typically** 13:11
19:15 32:4,21
37:4 44:25
69:5,10 72:17
75:14 80:1
102:7 136:22
148:2 151:9
199:18

**u**

**u.k.** 164:25
**u.s.** 12:9 75:18
76:7 82:17
103:8 162:10
163:24 164:11
164:25 165:2
174:7 193:1,5
193:7,21
**uab** 24:6,12,17
25:1 65:1
**uab's** 65:5
**ubiquitous**
42:7,7 58:9
98:23 148:18
183:4 188:4
**ubiquitously**
93:18

**ultimate**
114:24
**ultimately**
75:11
**umbrella** 33:20
**unambiguous...**
152:13,20
**unaware**
199:22
**unblocked**
149:15
**unborn** 114:7
**uncertain**
156:19,25
157:19
**uncertainty**
200:4
**unclear** 9:7
**uncomfortable**
33:22 62:4
**under** 7:7,10
11:14 14:19
15:18 27:18
33:3 56:1
99:13 111:10
123:22 131:21
156:20 157:3,4
158:20 192:15
200:10 202:23
203:8
**underestimated**
145:21
**undergo** 91:8
95:11 116:2
151:6 181:25
**undergoing**
22:21 23:10,22
47:10 88:22

93:23 94:1,2
109:15 112:15
126:19 148:20
148:22,23
**undergone**
126:15 149:5
**underneath**
203:1,11
**understand** 7:7
7:10,14,17 8:9
16:21 17:25
67:15 139:14
140:13 150:5
158:15 164:14
164:17 168:9
188:6 190:4,16
191:7 194:17
196:4
**understanding**
7:19 18:19
28:11 191:25
194:18 196:10
198:4,12
**understood**
43:14 106:10
160:18 165:6
**underwent**
126:9
**uninformative**
89:4
**united** 1:1,8
2:6,10 6:20
101:8 161:24
192:21 193:7,7
193:13 194:11
205:22 206:14
208:6

**university**
54:25 55:3,4,7
**unknown**
92:15 200:3
203:19
**unknowns**
104:4 189:19
**unnecessary**
64:11,11
**untrue** 185:15
**unusual** 117:23
**unverified** 80:1
**update** 107:21
**updated** 78:23
**updating** 10:9
**upfront** 75:20
75:23
**usa** 71:2
**use** 13:24 14:15
18:5 30:13
31:11 32:21
33:25 38:11,20
38:22 47:22
61:3 68:10
70:9 83:24
100:18 101:4,9
102:7,9 146:18
187:20 190:20
191:12 205:24
209:19
**used** 14:2 24:6
24:17 29:12
34:8 44:10
50:12 55:9
62:11 67:18
75:12 79:8,12
82:15,17,18
83:1,22 85:10

100:5 112:12
114:5,10
115:16 117:12
123:12,19
124:9 125:24
127:11,21
138:7 157:15
159:12 162:8
193:19 212:19
**useful** 175:23
**uses** 25:6 34:23
57:5 143:3
168:14
**using** 34:25
37:15 38:5
45:2 49:1
55:11 76:24
111:18 138:5
146:20 201:12
**usual** 58:9 71:8
90:23 113:2
128:3 144:1
158:6
**usually** 21:17
113:11 117:4
188:20
**utah** 163:12

**v**

**v** 1:10 59:15
212:4
**vacuum** 197:13
**vaginal** 102:11
**vaginoplasty**
102:6,7
**valid** 85:8
**validity** 63:10

**valuable**
175:20
**value** 32:25
50:16 124:16
124:24,25
145:20 180:17
180:24
**variables** 67:24
68:12 100:20
114:10,18,19
**varies** 12:5
**various** 13:18
16:21,22 19:2
20:12 21:13
23:6 26:22
27:15 28:12,12
29:22 33:15,19
33:25 36:11
39:6 46:14,15
66:25 67:13
82:6 83:4
160:16 182:6,6
193:19 202:4
205:16 206:21
**vary** 12:21
200:12,12
**verbally** 8:4
**verify** 11:20
212:9
**veritext** 212:14
212:23
**veritext.com**
212:15
**versa** 30:20
**version** 166:15
167:6 171:11
**vi** 172:25

| viable 102:13 | w | watchful 99:17 | weight 96:21 |
|---|---|---|---|

viable 102:13
vice 30:20
videoconfere...
  1:18,24
view 31:17,19
  31:23 33:6
  44:20 68:18,24
  76:23 81:17
  82:9 83:14
  106:9 107:5
  180:13,17,24
  181:1 198:18
views 48:1,14
  76:21 87:23
  88:2,4 121:18
  121:20
viii 175:7
virginia 3:5
virtually
  146:23
visits 116:21,25
voice 151:8
  208:3
void 162:7
volunteer
  163:23
volunteers 69:5
  69:10
voting 188:19
vs 15:25 16:1,1
  18:12,20 48:22
  50:19 61:21
  78:23 131:11
  135:11 140:7
  152:19 155:1
  163:18 180:15
  194:3 195:9
  206:21

**w**

wait 8:5 103:12
  144:20
waiting 99:17
  100:1,7 101:2
  102:3 103:17
  103:18,23
  128:1,24
  129:12
waitlist 128:13
  128:13 129:8
waived 6:2
walk 104:20
walls 75:11
want 87:6
  104:7,14,15,18
  108:9 127:15
  129:20 140:3
  140:13 144:3
  150:5 159:6
  162:5 192:13
  194:7 203:24
  208:13,15
wanted 16:16
  39:6 75:14
  178:2
wants 57:5,21
  58:10 75:24
warning 117:5
  118:15,19
  119:10,11
warnings
  120:25
washington 2:8
  2:14
watch 103:2
  118:20

watchful 99:17
  99:25 100:7
  101:2 103:17
  103:18,23
watching 151:7
watermark
  74:3
way 11:3 12:9
  17:1 26:14
  28:5 29:10
  34:9 35:1 41:9
  42:17 44:6
  52:21 61:8
  82:4 85:15
  94:23 100:14
  122:14 127:5,6
  128:25 137:15
  152:3 171:15
  175:17 177:6
  178:20,25
  179:17 211:11
  211:11
ways 13:18
  16:23 32:11
  82:16 117:17
  179:8
we've 50:20
  121:7
weak 158:25
website 68:22
websites 68:18
week 21:15,16
  21:17
weekly 12:22
weeks 12:24
weigh 197:13
weighed 113:4

weight 96:21
went 10:14
  144:5 166:2
  203:22
western 193:22
white 21:15
wide 29:19
widely 79:16
  122:9
wieda 59:15
williams 2:9
  6:24
willingness
  17:8,11
withholding
  172:15,16
witness 1:18
  4:2 6:10,12
  10:18 39:18,25
  209:11 210:4
  211:12 212:8
  212:10,12,18
woman 54:11
women 95:10
wonder 119:24
word 8:10
  30:13 34:20,22
  38:20 68:16
  173:21
work 30:22
  32:7 42:20
  53:5 86:23
  116:9 161:20
  161:21 174:7
  181:25 187:10
worker 47:12
  152:5,9

**working** 15:4,9
112:16 113:11
183:21 186:12
186:25
**works** 85:13
86:25 87:18
**world** 12:10
25:9 27:24
**worried** 172:12
**worries** 111:8
**worse** 114:13
118:13 120:2
**worsening**
120:5,20
**worth** 30:3,4,5
80:18 98:8
158:10
**worthwhile**
113:9
**wpath** 5:4,5
148:7 168:11
168:24,25
169:2 170:23
170:25 171:8,9
172:25 173:5
174:17,20,24
175:5,9,13,22
176:11,15,22
177:2,10,15,21
179:16,24
180:1,12,19
182:12 183:9
183:10 185:11
**wpath's** 169:12
170:4
**wrapping**
12:23

**write** 20:18
35:6 61:1
135:24 148:7
171:7 182:15
**writer** 176:5
**writers** 75:19
100:15 171:16
**writing** 36:14
45:21 142:20
180:1 183:3
**writings** 35:7
170:20
**written** 74:16
85:5
**wrong** 146:5
**wrote** 35:25
37:3 134:22
171:4,13

**x**

**x** 4:1 6:17
202:25 203:1,9
203:12
**xi** 182:11
**xii** 182:9

**y**

**y'all** 52:22
**yeah** 59:5
89:24 104:19
156:16 179:23
208:21
**year** 16:12
54:10 148:9
151:4,11
**years** 13:9
16:10 27:17
35:20 36:10,15
36:22 77:6

97:11 118:8
135:13 144:2
144:17 168:18
**yep** 60:7
**york** 71:2,2
95:24 105:4
**young** 66:3
**youth** 16:2,13
20:19 36:24
37:15 38:4,16
39:4 70:9
122:10 123:4,5
129:15,16,23
129:24 132:22

**z**

**zoom** 1:17,24

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.