# EXHIBIT 25

*European Psychiatry*

www.cambridge.org/epa

# Have the psychiatric needs of people seeking gender reassignment changed as their numbers increase? A register study in Finland

Riittakerttu Kaltiala[1,2,3] , Timo Holttinen[2] and Katinka Tuisku[4]

[1]Faculty of Medicine and Health Technology, Tampere University, Tampere, Finland; [2]Department of Adolescent Psychiatry, Tampere University Hospital, Tampere, Finland; [3]Vanha Vaasa Hospital, Vaasa, Finland and [4]Department of Psychiatry, Helsinki University Hospital, Helsinki, Finland

**Research Article**

**Cite this article:** Kaltiala R, Holttinen T, Tuisku K (2023). Have the psychiatric needs of people seeking gender reassignment changed as their numbers increase? A register study in Finland. *European Psychiatry*, 66(1), e93, 1–8
https://doi.org/10.1192/j.eurpsy.2023.2471

Received: 08 August 2023
Revised: 09 October 2023
Accepted: 12 October 2023

**Keywords:**
epidemiology; gender dysphoria; psychiatric morbidity; register study; time-trends

**Corresponding author:**
Riittakerttu Kaltiala;
Email: riittakerttu.kaltiala@tuni.fi

## Abstract

**Background.** The number of people seeking gender reassignment (GR) has increased everywhere and these increases particularly concern adolescents and emerging adults with female sex. It is not known whether the psychiatric needs of this population have changed alongside the demographic changes.

**Methods.** A register-based follow-up study of individuals who contacted the nationally centralized gender identity services (GIS) in Finland in 1996–2019 (gender dysphoria [GD] group, *n* = 3665), and 8:1 age and sex-matched population controls (*n* = 29,292). The year of contacting the GIS was categorized to 5-year intervals (index periods). Psychiatric needs were assessed by specialist-level psychiatric treatment contacts in the Finnish Care Register for Hospital Care in 1994–2019.

**Results.** The GD group had received many times more specialist-level psychiatric treatment both before and after contacting specialized GIS than had their matched controls. A marked increase over time in psychiatric needs was observed. Among the GD group, relative risk for psychiatric needs after contacting GIS increased from 3.3 among those with the first appointment in GIS during 1996–2000 to 4.6 when the first appointment in GIS was in 2016–2019. When index period and psychiatric treatment before contacting GIS were accounted for, GR patients who had and who had not proceeded to medical GR had an equal risk compared to controls of needing subsequent psychiatric treatment.

**Conclusion.** Contacting specialized GIS is on the increase and occurs at ever younger ages and with more psychiatric needs. Manifold psychiatric needs persist regardless of medical GR.

## Introduction

Gender dysphoria (GD) in DSM-5 [1] refers to distress and impairment arising from incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics. In ICD-10 the corresponding term is Transsexualism [2], and in ICD-11 Gender Incongruence [3]. Hormonal and surgical interventions aiming at aligning the bodily characteristics with the experienced gender are considered the treatment of choice to alleviate distress among people with sex-discordant gender identity [4]. Transgender is an umbrella term referring to all gender identities incongruent with one's natal sex [4, 5]. Not all those identifying as transgender necessarily suffer from dysphoria or seek treatment.

The number of people seeking gender reassignment (GR) or identifying as transgender has increased throughout the Western world, these increases particularly concerning adolescents and emerging adults with female sex [6–9]. The reasons for these increases are not known; increasing awareness, reduced stigma, better service availability, and increased treatment options, but also media and social media influences and seeking belongingness have been suggested to be behind them [4, 10–13].

© The Author(s), 2023. Published by Cambridge University Press on behalf of the European Psychiatric Association. This is an Open Access article, distributed under the terms of the Creative Commons Attribution licence (http://creativecommons.org/licenses/by/4.0), which permits unrestricted re-use, distribution and reproduction, provided the original article is properly cited.

Transgender people in the population, in general health care settings, and specialized gender identity services (GIS) commonly present with psychological distress and mental disorders [14–18] which are often understood as secondary to stress concerning the sexed bodily characteristics or minority stress [15, 19]. However, studies notably on the youngest patients seeking GR have also reported numerous risk factors common to child and adolescent psychiatric morbidity at large, and severe mental disorders with onset preceding the onset of GD [20–23]. Among minors referred to GIS, as many as two-thirds present with diagnosable mental disorders, particularly depressive and anxiety disorders and autism spectrum conditions [17, 18]. Of adults seeking GR, about 30–40% present with current and 60–80% with lifetime diagnosable mental disorders, mainly depressive and anxiety but also substance use and personality disorders [14, 15, 24]. Most of the studies among both minors and adults have been single-center studies with small samples and without control groups. They can shed no light on possible changes in psychiatric

![European Psychiatric Association logo] EUROPEAN PSYCHIATRIC ASSOCIATION

**EXHIBIT 10**

comorbidities among people with different treatment trajectories or across times when contacts to GIS have vastly increased.

Research exploring mental health prognoses among people presenting with clinical GD and the impact of GR interventions on mental health and psychosocial functioning is rare. It is based mainly on short-term, low-quality studies, the findings being inconclusive among both adults and minors [14, 25–30]. Two studies stand out as being more informative on outcomes regarding long-term psychiatric needs: a register-based follow-up study (for an average of 10.4 years) of all 324 individuals who underwent medical GR in the period 1973–2003 in Sweden and 10:1 matched population controls [31], and a register-based study of 3754 minors with GD and their 6660 siblings from the USA [32], covering a follow-up of a mean of 8.5 years. In the former, the transgender patients had over fourfold crude risk for psychiatric morbidity during follow-up, and almost threefold when psychiatric morbidity prior to GR was accounted for [31]. In the latter study, transgender adolescents had over fivefold more psychiatric disorders than their siblings. The need for psychiatric care did not diminish after the GR interventions [32].

Thus, comprehensive, large-scale, and long-term follow-up studies on psychiatric morbidity among patients who seek medical GR are rare. Further, possible changes in these needs alongside vast increases in numbers seeking GR are so far not known. If increasing numbers of patients seeking GR relate to increased openness and treatment availability, with diminishing stigma and prejudice, mental health issues might have been expected to have likewise diminished over time in this population. A Dutch study found little change in patients admitted to child and adolescent GIS over time [33], but we are not aware of such studies among adults. Therefore, we set out to explore possible changes in the psychiatric needs of individuals seeking GR in Finland between 1996 and 2019, a period during which these contacts increased considerably. More specifically, we asked:

1. Did individuals seeking GR differ from matched population controls regarding contacts to specialist-level psychiatric treatment and disorders treated?
2. Did changes occur over time in the proportion of those having had specialist-level psychiatric treatment contacts before their first contact with GIS, and in the proportion of those needing specialist-level psychiatric care after contacting the GIS?
3. Did individuals seeking GR in Finland differ from matched population controls regarding needs for psychiatric treatment after contacting GIS, and were there differences in subsequent psychiatric needs between those who did and those who did NOT proceed to medical GR?

## Materials and methods

### Setting

Gender identity assessments potentially leading to medical GR interventions are by (code of) law [34] nationally centralized in Finland to two of the five university hospitals. Services for legal adults have been available since the early 1990s [35], and became available to minors in 2011 [20]. A doctor's referral is required. The current national guidelines require that the necessary psychiatric assessment and treatment needs be in place before gender identity assessments can be considered [36–38], however, during the period studied there was no such threshold.

### Design

A register-based follow-up study was carried out using information routinely collected for inclusion in the nationally representative population and health care registers in Finland. Comprehensive and reliable national registers make it possible to study large patient groups and to collate information collected in different registers on an individual level using the unique personal identity code assigned to each permanent resident of Finland. Register data can be obtained for research purposes by application to the Finnish Social and Health Data Permit Authority Findata and to Statistics Finland. Data extraction, linkages, and pseudonymization are carried out by these authorities, and researchers can use the data through a special secure connection. Analyses producing overly precise information potentially enabling a person being identified must be amended to ensure the anonymity of persons included. The present study duly obtained ethical approval from the ethics committee of Tampere University Hospital (R20040R) and the relevant permissions from Findata (THL/5188/14.02.00/2020) and Statistics Finland (TK/1016/07.03.00/2020). In issuing the national guidelines for the treatment of GD for transsexual and nonbinary adults and for minors presenting with gender distress, COHERE Finland, operating under the Ministry of Social Affairs and Health, prompted comprehensive follow-up research on GR [36–38]. In accordance with Articles 6 e and 9 i and j of the Regulation (EU) 2016/679 of the European Parliament and of the Council [39], the individual informed consent of each registrar was not required.

### Data extraction

Subjects referred to GIS were identified from the hospital databases of Tampere and Helsinki University Hospitals. The first appointment in the diagnostic team in either of the two GIS was recorded as the index date. The unique personal identity numbers of the subjects thus identified, with index date and age at the index date, were securely transferred to the Finnish Social and Health Data Permit Authority Findata, where the lists were merged. In those cases when subjects had attended the gender identity units of both hospitals, the earlier index date was taken to be the index date. In total 3,665 individuals were identified as having contacted the nationally centralized gender identity units between 1996 and 2019 (=GD group).

From the Population Register, eight controls matched for age and place of residence at birth were identified for each GD group member, four males and four females. Occasionally there may not have been enough subjects to extract a group of eight controls for all cases. The final sample included 29,292 controls. The cases and the controls were followed up in registers until 9 June 2022, or until their latest specialist-level psychiatric contact was registered, whichever earlier. Mean (SD) follow-up time was 6.9(0.02) years, median 5.7 years, maximum 26.4 years.

The Population Register does not grant researchers access to information on change of registered sex in identity documents. Only registered sex at the time of data extraction is included in the data. On the extraction date, 9 June 2022, 56.1% of the GD group were legally females, and of the controls 50%.

The Care Register for Health Care (CRHC) [40] was used for information on contacts to specialist-level psychiatric services for the GD group and the controls from 1994 to 2022 (excluding contacts due to gender identity assessments). The register, in operation since 1994, records all outpatient and inpatient contacts to specialist-level health services in Finland. Dates of admission and

discharge, service provider, the patient's age at admission and diagnoses (primary and two additional) for all contacts in specialist level psychiatric services according to ICD-9 (1994–1995) and ICD-10 (1996–) were extracted and ICD-9 converted to ICD10 using WHO conversion tables [41]. The CRHC was further used to provide information on GR surgeries that were included vaginoplasty/falloplasty and mastectomy.

The register of the Social Insurance Institution of Finland (KELA) including information on prescription medications purchased and information on their reimbursement by the national social insurance [42] was used to obtain information on hormonal GR (masculinizing/feminizing hormones) in the GD group. Persons duly diagnosed with F64.0 (since 2020 also F64.8) in the nationally centralized gender identity units are entitled to a special reimbursement (code121) for their hormonal treatment when it is continued for more than a year. Patients with specified endocrine disorders are also entitled to this reimbursement.

### Measures

Sex as registered in the Population Register will be referred to below as sex or registered sex. For the controls, this invariably coincided with their biological sex.

The GD group subjects' index date and their age at index date were assigned to all their eight personal controls.

Psychiatric treatment history other than contact to GIS was described using the following variables: any history of specialist-level psychiatric treatment (yes/no), any history of psychiatric inpatient treatment (yes/no), specialist-level psychiatric treatment (any and inpatient) before the index date (yes/no), specialist-level psychiatric treatment (any and inpatient) after the index date (yes/no).

The diagnoses recorded in specialist-level psychiatric care were used in the analyses categorized to the main diagnostic groups F00–09, F10–19, F20–29, and so forth. When necessary, in order to further anonymize the data, main categories F00–09, F10–19, and F70–79 were combined in the analyses. A diagnosis in a psychiatric main category was recorded as present if it appeared in the register as the primary or as the first or second additional diagnosis.

Medical GR interventions used in the analyses were hormonal GR (indicated by purchases of masculinizing/feminizing hormones under special reimbursement code 121) and/or mastectomy and/or vaginoplasty/falloplasty.

In order to study change over time, index dates were classified to 5-year index periods (last period 4 years) as follows: 1996–2000, 2001–2005, 2006–2010, 2011–2015, and 2016–2019.

Year of birth (continuous) was used as a covariate.

### Statistical analyses

The data were described using distributions of the categorical variables and mean(sd); median(IQR) statistics of continuous variables. Categorical variables were compared between the GD group and the controls with cross-tabulations and chi-square test/Fisher's exact test where appropriate (Table 1). Mantel-Haenzel test was used to explore linear associations. Continuous variables were compared using *t*-test and ANOVA. Cox regression accounting for the differences in follow-up times was used to predict specialist-level psychiatric treatment after the index date. Having the latest specialist-level psychiatric contact later than the index date was used as the dependent variable. Independent variables entered were first group membership (controls vs. GD patients who had not proceeded to medical GR [GD_GR−] vs. GD patients who had proceeded to medical GR [GD_GR+]), controlling for sex and year of birth. Next, index period was added, followed by the history of specialist-level psychiatric treatment before the index date. Hazard ratios (HR) with 95% confidence intervals (95% CI) are presented. Due to the large data size, the cutoff for statistical significance was set at $p < 0.001$.

### Results

#### Numbers and demographics

Mean (SD) age at first appointment with GIS was 24.28 (9.3) years, median(IQR) 21 (9). Across index periods, the numbers of people first seen in GIS increased, their age grew younger and the proportion of those currently female increased (Table 2). Of patients seen

**Table 1.** Sex distribution, indicators of specialist-level psychiatric treatment and GR interventions among people seeking GR in the period 1996–2019 and their age and birth sex-matched controls

| | GD group n = 3665 | Controls n = 29292 | p |
|---|---|---|---|
| Proportion females | 56.1 | 50.0 | |
| Any history of specialist-level psychiatric treatment | 71.5 | 24.2 | <0.001 |
| History of psychiatric inpatient treatment | 21.8 | 6.0 | <0.001 |
| Specialist-level psychiatric treatment before the index date | 33.0 | 13.7 | <0.001 |
| Specialist-level psychiatric treatment after the index date | 60.6 | 14.5 | <0.001 |
| Inpatient treatment before the index date | 11.7 | 3.6 | <0.001 |
| Inpatient treatment after the index date | 10.7 | 2.7 | <0.001 |
| Number (mean [SD]; median) of psychiatric treatment contacts | 238.0 (9.7); 152 | 144.4 (6.4); 59 | <0.001 |
| Masculinizing/feminizing hormones with special reimbursement | 37.1 | 0.1[a] | <0.001 |
| Mastectomy | 15.9 | 0.2[a] | <0.001 |
| Vaginoplasty/ falloplasty | 10.9 | – | <0.001 |
| Either hormonal or surgical GR interventions | 38.4% | (0.1)[a] | <0.001 |

[a]Controls may have had hormonal treatments with special reimbursement for endocrine disorders and mastectomy due to medical reasons.

https://doi.org/10.1192/j.eurpsy.2023.2471 Published online by Cambridge University Press

**Table 2.** Age (mean [SD]) and current sex (%) distribution of people who contacted GIS during the different index periods

| | All cases | Legal adults at index date[a] | Proportion females at the time of data extraction[b] |
|---|---|---|---|
| 1996–2000 (*n* = 72) | 33.9 (9.9) | 34.4 (9.6) | 41.7 |
| 2001–2005 (*n* = 81) | 32.8 (10.9) | 33.1 (10.6) | 48.1 |
| 2006–2010 (*n* = 407) | 27.8 (10.5) | 28.1 (10.5) | 48.1 |
| 2011–2015 (*n* = 1115) | 24.3 (9.5) | 26.0 (9.6) | 45.7 |
| 2016–2019 (*n* = 1990) | 22.9 (8.1) | 24.9 (8.1) | 64.4 |

[a]Because GIS were only officially opened to minors in 2011, development of age distribution is also presented for legal adults only across time.
[b]Linear by linear association, *p* < 0.001.

in GIS, 38.2% had obtained medical GR during the study period, most commonly masculinising/feminising hormones (Table 1).

The GD group had more commonly needed specialist-level psychiatric treatment in general and before and after the index date than the controls and contact had on average been more intensive in the GD group (Table 1).

A linear increase across index periods was seen among both the GD group and the controls in any psychiatric treatment history and history of psychiatric treatment before the index date (Table 3). Among the GD group, a linear increase was seen in psychiatric treatment after the index date calculated over the first four index periods and the relative risk (RR) compared to that of the controls increased across periods (Table 3). Although the follow-up time is shorter in subjects referred to GIS during the later index periods, the mean number of overall psychiatric contacts and inpatient periods did not change across index periods (data not shown).

### Psychiatric diagnoses

The most common diagnosis in the first psychiatric contact was that of severe mood disorders (F30–39) in both groups, with a

higher prevalence in the GD group (Table 4). The second most common diagnosis in both groups fell into the category of anxiety disorders (F40–48), with no difference between groups, and the third most common into the category of disorders with onset in childhood (F90–99). All other diagnoses were rare. The same diagnostic groups predominated in the most recent recorded psychiatric treatment contacts. (Table 4).

Due to the small numbers presenting with any other diagnostic groups than severe mood disorders and anxiety disorders, analysis of possible changes over time in diagnostic distributions was explored dichotomizing index dates to 1996–2010 versus 2011–2019. The prevalence of the most common diagnostic groups (F30–39 and F40–48) remained stable over time in both groups. Disorders with onset in childhood (F90–99) increased in prevalence from 1996–2010 to 2011–2019 in both groups (GD group at first visit 4.8% in the earlier vs. 10.3% in the later period; controls 7.3% vs. 11.8%, respectively; GD group at the most recent visit 9.3% in the earlier vs. 14.3% in the later period, controls 7.0% vs. 14.9%, respectively; *p* < 0.001 in all comparisons). Developmental disorders (F80–89) were more commonly recorded at the most recent psychiatric contact in the later period in both the GD group (5.1% vs. 9.1%, *p* = 0.005) and the controls (1.8% vs. 4.3%, *p* < 0.001).

### Psychiatric needs and medical GR

Of those GD patients who had received GR interventions, 15.3% had psychiatric treatment contact prior to the index date, and of those who had not proceeded to medical GR, 47.0% (*p* < 0.001). Of those who had received medical GR interventions, 52.9% had some psychiatric treatment contact subsequent to contacting GIS, and of those who had not proceeded to medical GR, 66.7% (*p* < 0.001). Among those with no psychiatric contact before the index date, subsequent need for psychiatric treatment was less common but nevertheless considerable among those receiving medical GR (49.7% vs. 56.9%, *p* < 0.001), whereas among those already needing psychiatric treatment before the index date,

**Table 3.** Proportion (%, *n/N*) of patients contacting GIS during the different index periods and their age-matched controls with psychiatric treatment history and relative risk (RR) for the patients

| | 1996–2000 | 2001–2005 | 2006–2010 | 2011–2015 | 2016–2019 | *p* (Mantel-Haenzel test for linear association) |
|---|---|---|---|---|---|---|
| **History of specialist-level psychiatric contact** | | | | | | |
| Cases | 59.7 (43/72) | 61.7 (50/81) | 64.6 (363/407) | 71.7 (800/1115) | 73.7 (1466/1990) | <0.001 |
| Controls | 16.8 (97/576) | 17.8 (115/647) | 22.8 (742/3254) | 24.5 (2184/8911) | 24.8 (3952/15904) | <0.001 |
| *RR cases versus controls* | 3.6 | 3.5 | 2.8 | 2.9 | 3.0 | |
| **Specialist-level psychiatric contact before the index date** | | | | | | |
| Cases | 8.3 (6/72) | 12.3 (10/81) | 18.7 (76/407) | 28.2 (314/1115) | 40.3 (802/1990) | <0.001 |
| Controls | 1.2 (7/576) | 5.4 (35/647) | 10.6 (346/3254) | 12.8 (1140/8911) | 15.6 (2480/15904) | <0.001 |
| *RR cases versus controls* | 6.9 | 2.3 | 1.8 | 2.2 | 2.6 | |
| **Specialist-level psychiatric contact after index date** | | | | | | |
| Cases | 54.2 (39/72) | 56.8 (46/81) | 58.0 (236/407) | 63.7 (708/1115) | 59.9 (1193/1990) | <0.001 /0.77[a] |
| Controls | 16.3 (94/576) | 15.3 (99/647) | 16.7 (545/3254) | 16.1 (1438/8911) | 13.1 (2085/15904) | 0.1/0.02[a] |
| *RR cases versus controls* | 3.3 | 3.7 | 3.5 | 4.2 | 4.6 | |

[a]Across four first periods.

https://doi.org/10.1192/j.eurpsy.2023.2471 Published online by Cambridge University Press

**Table 4.** Psychiatric diagnoses (primary or first or second additional diagnosis) recorded at the first and the last specialist-level psychiatric contact among the GD group and the controls with a history of such contact

|  | First psychiatric contact | | | Latest psychiatric contact | | |
|---|---|---|---|---|---|---|
|  | GD group $n$ = 2622 | Controls | $p$ | GD group $n$ = 2622 | Controls $n$ = 7090 | $p$ |
| F00–09, F10–19, F79–79 | 39 (1.5%) | 255 (3.6%) | <0.001 | 67 (2.6%) | 391 (5.5%) | <0.001 |
| F20–29 | 50 (1.9%) | 194 (2.7%) | 0.01 | 111 (4.2%) | 361 (5.1%) | 0.04 |
| F30–39 | 881 (33.6%) | 1828 (25.8%) | <0.001 | 1139 (43.4%) | 2368 (33.4%) | <0.001 |
| F40–49 | 575 (21.9%) | 1638 (23.1%) | 0.1 | 796 (30.4%) | 2303 (32.5%) | 0.02 |
| F50–59 | 48 (1.8%) | 329 (4.6%) | <0.001 | 71 (2.7%) | 337 (4.8%) | <0.001 |
| F60–69 | 81 (3.1%) | 94 (1.3%) | <0.001 | 241 (9.2%) | 290 (4.1%) | <0.001 |
| F80–89 | 91 (3.5%) | 136 (1.9%) | <0.001 | 224 (8.5%) | 281 (4.0%) | <0.001 |
| F90–99 | 250 (9.5%) | 791 (11.2%) | 0.01 | 356 (13.6% | 979 (13.8%) | 0.4 |

*Note:* The first contact may have been registered with only a z-code and all subjects may have 1–3 diagnoses, thus the sums of the columns are not 100%.

difference by medical GR status did not reach statistical significance (70.9% in GR+ vs. 77.8% in GR−, $p$ = 0.01).

### Multivariate models

Both those GD patients who had proceeded to medical GR and those who had not were more likely to need psychiatric treatment after the index date than were the controls (Table 5). Later need for psychiatric treatment contact increased markedly in later cohorts. Psychiatric treatment before the index date was a predictor of psychiatric treatment after the index date. When both time period and psychiatric treatment before the index date were added into the model, GD_GR− and GD_GR+ groups had an equal risk for later psychiatric treatment. In addition, psychiatric treatment after the index date was predicted by female sex and later year of birth (Table 5).

### Discussion

From the 1990s toward the present time, with vast increases in numbers contacting specialized GIS, the needs for psychiatric treatment among those seeking GR have increased absolutely and in relation to age and sex-matched population. The novel contributions of the present study arise from the comprehensive register data comprising a large group of unselected patients contacting specialized GIS and matched population controls as well as from the long time period covered. Earlier studies have seldom compared the psychiatric needs of GD patients with those of the general population or studied changes over time.

Over the study period, the proportion of those in contact with specialist-level psychiatric services also increased among the controls. RR in GD patients first decreased reaching its lowest point before 2010, but thereafter the RR in the GD group it increased. Over time,

**Table 5.** Risk (Hazard Ratios [HR], 95% confidence intervals [CI]) of need for specialist-level psychiatric treatment after index date according to group membership, registered sex at data extraction, year of birth, index period, history of specialist-level psychiatric care before contacting GIS and medical GR interventions

|  | Model 1. Group membership, sex, and year of birth | Model 2. Group membership, sex, year of birth, and index period | Model 3. Group membership, sex, year of birth, and history of psychiatric care before the index date | Model 4. Group membership, sex, year of birth, index period, and history of psychiatric care before the index date |
|---|---|---|---|---|
| Group |  |  |  |  |
| Controls | Ref. | Ref. | Ref. | Ref. |
| GD_GR− | 6.4 (6.0–6.9) | 6.0 (5.6–6.3) | 4.1 (3.9–4.4) | 3.9 (3.6–4.2) |
| GD_GR+ | 3.6 (3.4–3.9) | 4.0 (3.7–4.3) | 3.5 (3.3–3.8) | 3.8 (3.6–4.1) |
| Registered sex female | 1.5 (1.4–1.5) | 1.4 (1.4–1.5) | 1.4 (1.3–1.5) | 1.4 (1.3–1.4) |
| Year of birth (continuous) | 1.07 (1.07–1.07) | 1.03 (1.03–1.04) | 1.07 (1.07–1.07) | 1.03 (1.03–1.04) |
| Index period | − |  | − |  |
| 1996–2000 |  | Ref. |  | Ref. |
| 2001–2005 |  | 1.6 (1.2–2.1) |  | 1.5 (1.2–2.0) |
| 2006–2010 |  | 3.9 (2.3–3.9) |  | 2.6 (2.0–3.4) |
| 2011–2015 |  | 7.5 (5.6–9.9) |  | 6.4 (4.8–8.5) |
| 2016–2019 |  | 25.0 (19.7–33.5) |  | 21.0 (15.7–28.2) |
| Specialist-level psychiatric treatment before the index date |  |  | 3.3 (3.1–3.4) | 3.1 (2.9–3.2) |

*Note:* ORs statistically significant at level $p$ < 0.001 are highlighted in bold.

https://doi.org/10.1192/j.eurpsy.2023.2471 Published online by Cambridge University Press

the number of patients contacting specialized GIS increased, and they presented at younger ages. These demographic changes corroborate findings from reviews and meta-analyses on the topic [6, 8, 9]. As far as we know, the increase over time in psychiatric morbidity among those seeking GR has not previously been presented.

The most common psychiatric disorders among the GD group were severe mood disorders and anxiety disorders. This is in line with earlier research both among adults and minors [14, 17, 18]. These disorders were also most common among the controls. No statistically significant changes were seen in the proportions of these disorders over time. The increase over time in disorders with onset in childhood obviously reflects the younger index age in later cohorts. Developmental disorders (F80–89 comprising autism spectrum conditions) were more common among the GD group, which corroborates the earlier literature [43]. The increases over time in these diagnoses may reflect both actual changes in the populations studied and also increased awareness of autism.

Multivariate models taking into account differences in follow-up times between index periods showed that psychiatric needs subsequent to contacting GIS were predicted by later index period, prior psychiatric needs, and later year of birth. The need for psychiatric treatment prior to contacting GIS also explained the difference first observed in subsequent psychiatric needs between those GD patients who proceeded to medical GR and those who did not. In the final model, GD patients, regardless of GR status, continued to experience greater psychiatric treatment needs subsequent to contacting GIS than did the controls. The most readily comparable earlier study [31], likewise reported increased psychiatric morbidity after medical GR. The risk they reported was slightly less than that presented here, but then their study focused only on patients who had undergone complete medical GR while our sample included all those who contacted the GIS. The subjects in their study were older at baseline, and their sample was treated well before the contemporary increases in contacts to GIS.

Proceeding to medical GR interventions was not independent of psychiatric treatment needs prior to contacting GIS. Those who proceeded to medical GR presented less commonly with needs for specialist-level psychiatric treatment before contacting GIS and after the index date. However, of those who underwent medical GR, slightly over half had a subsequent psychiatric treatment contact, and the proportion requiring specialist-level psychiatric treatment actually increased more among those who underwent medical GR. These observations are in line with the findings reported by Hisle-Gorman et al. [32] from a register-based follow-up study where the psychiatric needs of transgender and gender-nonconforming minors were much more common than among their siblings and did not decrease after medical GD. Their findings and ours do not suggest that medical GR interventions resolve psychiatric morbidity among people experiencing gender distress.

The increase in all the younger people contacting GIS and in psychiatric needs among them have taken place simultaneously with the emergence of the widely recognized crisis in mental health among adolescents and young adults throughout the Western world [44, 45], largely associated with the increasing use of social media [44–46]. Social influences that reduce stigma and barriers to care for people suffering from incongruence between their sexed body and lived gender experience likely improve mental health in this group and social media may offer invaluable support and belongingness that buffers against minority stress. However, social media influences may also result in adolescent and emerging adult females – who present particularly frequently with identity confusion [47] – seeking for a solution to their distress through GR [11] and overshadow the need for psychiatric treatment.

### Methodological considerations

A strength of the present study is the large, nationally representative register-based sample with a sizeable group of matched population controls. Reporting to these registers is compulsory for service providers. This research focused on specialist-level psychiatric treatment contacts that reflect severe psychiatric needs. Access to specialist-level treatment requires a referral that is evaluated and accepted by the specialist-level service, and mild to moderate mental disorders are treated in primary care. Gender identity assessments that may result in proceeding to medical GR are nationally centralized to two of the five university hospitals in Finland, providing an opportunity to reliably sample the GD group seeking access to GR interventions. The long inclusion period made it possible to analyze changes over time, constituting the novel contribution of this study.

Limitations of the study include that the psychiatric diagnoses registered in CRHC may not always be based on structured diagnostic interviews. However, clinical psychiatric diagnoses among specialist-level psychiatric services have been shown to be very reliable in Finland [48]. The study does not include transgender identifying persons who have not contacted the GIS and hence cannot provide information on their psychiatric needs and changes therein. Survey studies are more suitable for exploring experiences in population not contacting health services.

This study focused on changes in psychiatric profiles among people who had contacted the GIS in order to seek medical GR. Confirming a diagnosis of Transsexualism, Gender Incongruence or GD and medical GR are possible outcomes of the assessment in the specialized GIS, but some patients will need other kinds of interventions more urgently or may nevertheless choose not to pursue medical GR. Mental health treatment may also be recommended, but specialist-level psychiatric treatment, the target of the present study, nevertheless indicates severe psychiatric disorders regardless of pathway to this level of care.

Special reimbursement for hormonal treatments due to transsexualism/GD is only granted after a year's continuous use of hormonal treatments. Thus, patients who initiated hormonal treatments but soon discontinued will have been excluded from the group obtaining medical GR, meaning that the numbers of those initiating medical GR may have been underestimated. On the other hand, initiated but soon terminated hormone treatments likely have less impact on mental health and functioning than continued treatment.

### Conclusion

The number of people contacting specialized GIS has increased vastly since the 1990s until today, and their mean age has become steadily younger. Along with this, their needs for psychiatric treatment have increased. Both before and after contacting GIS, they present with many more common psychiatric needs than do their matched population controls, even when medical GR interventions are carried out. Among people seeking GR psychiatric needs have to be carefully assessed and addressed, also when medical GR interventions are provided. This vastly increased pursuit of GR with increases in psychiatric comorbidities warrants cautious

assessment of the timeliness of medical GR and of other treatment needs that may be more urgent.

**Financial support.** This research has been supported by the Wihuri Foundation.

**Competing interest.** None declared.

## References

[1] American Psychiatric Association. Diagnostic and statistical manual of mental disorders : DSM-5. 5th ed. Washington, DC: American Psychiatric Publishing; 2013.

[2] World Health Organization. The ICD-10 classification of mental and behavioural disorders: clinical descriptions and diagnostic guidelines. Geneva: World Health Organization; 1992.

[3] World Health Organization. International Classification of Diseases 11th Revision. The global standard for diagnostic health information, https://icd.who.int/en; 2018 [accessed 20 July 2023].

[4] Coleman E, Radix AE, Bouman WP, Brown GR, de Vries ALC, Deutsch MB, et al. Standards of care for the health of transgender and gender diverse people, version 8. Int J Transgend Health 2022;23:S1–259. https://doi.org/10.1080/26895269.2022.2100644.

[5] Collin L, Reisner SL, Tangpricha V, Goodman M. Prevalence of transgender depends on the "case" definition: a systematic review. J Sex Med. 2016;13:613–26. https://doi.org/10.1016/j.jsxm.2016.02.001.

[6] Kaltiala R, Bergman H, Carmichael P, de Graaf NM, Egebjerg Rischel K, Frisén L, et al. Time trends in referrals to child and adolescent gender identity services: a study in four Nordic countries and in the UK. Nord J Psychiatry 2020;74:40. https://doi.org/10.1080/08039488.2019.1667429.

[7] Kaltiala-Heino R, Lindberg N. Gender identities in adolescent population: methodological issues and prevalence across age groups. Eur Psychiatry 2019;55:61–66. https://doi.org/10.1016/j.eurpsy.2018.09.003.

[8] Zhang Q, Goodman M, Adams N, Corneil T, Hashemi L, Kreukels B, et al. Epidemiological considerations in transgender health: a systematic review with focus on higher quality data. Int J Transgend Health 2020;21:125–37. https://doi.org/10.1080/26895269.2020.1753136.

[9] Thompson L, Sarovicid D, Wilsonid P, Sä Mfjordid A, Gillberg C. A PRISMA systematic review of adolescent gender dysphoria literature: 1) Epidemiology; PLOS Glob Public Health 2022;2:e0000245. https://doi.org/10.1371/journal.pgph.0000245.

[10] Arcelus J, Bouman WP, Van Den Noortgate W, Claes L, Witcomb G, Fernandez-Aranda F. Systematic review and meta-analysis of prevalence studies in transsexualism. Eur Psychiatry 2015;30:807–15. https://doi.org/10.1016/j.eurpsy.2015.04.005.

[11] Marchiano L. Outbreak: on transgender teens and psychic epidemics. Psychol Perspect 2017;60:345–66. https://doi.org/10.1080/00332925.2017.1350804.

[12] Pang K, de Graaf N, Chew D, Hoq M, Keith D, Carmichael P, et al. Association of media coverage of transgender and gender diverse issues with rates of referral of transgender children and adolescents to specialist gender clinics in the UK and Australia. JAMA Netw Open. 2020;1: e2011161. https://doi.org/10.1001/jamanetworkopen.2020.11161.

[13] Indremo M, Clara JA, Hans A, Johan I, Fotis P. Association of media coverage on transgender health with referrals to child and adolescent gender identity clinics in Sweden. JAMA Netw Open. 2022;5:e2146351. https://doi.org/10.1001/jamanetworkopen.2020.11161.

[14] Dhejne C, Van Vlerken R, Heylens G, Arcelus J. Mental health and gender dysphoria: a review of the literature. Int Rev Psychiatry. 2016;28:44–57. https://doi.org/10.3109/09540261.2015.1115753.

[15] Grobler GP. The lifetime prevalence of psychiatric diagnoses in an academic gender reassignment service. Curr Opin Psychiatry 2017;30:391–5. https://doi.org/10.1097/YCO.0000000000000364.

[16] Becerra-Culqui TA, Liu Y, Nash R, Cromwell L, Dana Flanders W, Getahun D, et al. Mental health of transgender and gender nonconforming youth compared with their peers. Pediatrics 2018;141:(5):e20173845.

[17] Kaltiala-Heino R, Bergman H, Työläjärvi M, Frisen L. Gender dysphoria in adolescence: current perspectives. Adolesc Health Med Ther. 2018;9: 31–41. https://doi.org/10.2147/ahmt.s135432.

[18] Thompson L, Sarovic D, Wilson P, Sämfjord A, Gillberg C. A PRISMA systematic review of adolescent gender dysphoria literature: 2) Mental health. PLOS Global Public Health. 2022;2:e0000426. https://doi.org/10.1371/journal.pgph.0000426.

[19] Testa RJ, Michaels MS, Bliss W, Rogers ML, Balsam KF, Joiner T. Suicidal ideation in transgender people: gender minority stress and interpersonal theory factors. J Abnorm Psychol. 2017;126:125–36. https://doi.org/10.1037/abn0000234.

[20] Kaltiala-Heino R, Sumia M, Työläjärvi M, Lindberg N. Two years of gender identity service for minors: overrepresentation of natal girls with severe problems in adolescent development. Child Adolesc Psychiatry Ment Health. 2015;Apr 9:9:9. https://doi.org/10.1186/s13034-015-0042-y.

[21] Holt V, Skagerberg E, Dunsford M. Young people with features of gender dysphoria: demographics and associated difficulties. Clin Child Psychol Psychiatry 2016;21:108–18. https://doi.org/10.1177/1359104514558431.

[22] Kozlowska K, McClure G, Chudleigh C, Maguire AM, Gessler D, Scher S, et al. Australian children and adolescents with gender dysphoria: clinical presentations and challenges experienced by a multidisciplinary team and gender service. Human Sys Therapy Cult Attach. 2021;1:70–95. https://doi.org/10.1177/26344041211010777.

[23] Kozlowska K, Chudleigh C, McClure G, Maguire AM, Ambler GR. Attachment patterns in children and adolescents with gender dysphoria. Front Psychol. 2021;11:582688. https://doi.org/10.3389/fpsyg.2020.582688.

[24] Furlong Y, Janca A. Epidemiology of personality disorders in individuals with gender dysphoria. Curr Opin Psychiatry. 2022;35:78–82. https://doi.org/10.1097/YCO.0000000000000757.

[25] Ludvigsson JF, Adolfsson J, Höistad M, Rydelius PA, Kriström B, Landén M. A systematic review of hormone treatment for children with gender dysphoria and recommendations for research. Acta Paediat Int J Paediat. 2023;1–14. https://doi.org/10.1111/apa.16791.

[26] National Institute for Health and Care Excellence (NICE). Evidence review: gonadotropin releasing hormone analogues for children and adolescents with gender dysphoria; 2020.

[27] National Institute for Health and Care Excellence (NICE). Evidence review: gender-affirming hormones for children and adolescents with gender dysphoria; 2020.

[28] Pasternak J, Söderström J, Saijonkari M, Mäkelä M. Lääketieteelliset menetelmät sukupuolivariaatioihin liittyvän dysforian hoidossa. Systemaattinen katsaus. Helsinki; 2020.

[29] Socialstyrelsen. Vård av barn och ungdomar med könsdysfori. Nationellt kunskapsstöd med rekommendationer till profession och beslutsfattare. Stockholm, 2022.

[30] Wilson LM, Sharma R, Dukhanin V, McArthur K, Robinson KA, Baker KE. Hormone therapy, mental health, and quality of life among transgender people: a systematic review. J Endocr Soc. 2021;5(4):1–16. https://doi.org/10.1210/jendso/bvab011.

[31] Dhejne C, Lichtenstein P, Boman M, Johansson ALV, Långström N, Landén M. Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. PLoS One 2011;6(2): e16885. https://doi.org/10.1371/journal.pone.0016885.

[32] Hisle-Gorman E, Schvey NA, Adirim TA, Rayne AK, Susi A, Roberts TA, et al. Mental healthcare utilization of transgender youth before and after affirming treatment. J Sexual Med. 2021;18:1444–54. https://doi.org/10.1016/j.jsxm.2021.05.014.

[33] Arnoldussen M, Steensma TD, Popma A, van der Miesen AIR, Twisk JWR, de Vries ALC. Re-evaluation of the Dutch approach: are recently referred transgender youth different compared to earlier referrals? Eur Child Adolesc Psychiatry 2020;29:803–11. https://doi.org/10.1007/s00787-019-01394-6.

[34] Finlex. Valtioneuvoston asetus erikoissairaanhoidon työnjaosta ja eräiden tehtävien keskittämisestä 2017/582, 2017.

[35] Pimenoff V. On the care of transsexuals in Finland. Int J Transgender. 2006;9:23–33. https://doi.org/10.1300/J485v09n02_04.

[36] Palveluvalikoimaneuvosto (COHERE Finland). Palveluvalikoimaneuvoston suositus. Transsukupuolisuudesta johtuvan dysforian lääketieteelliset hoitomenetelmät. Helsinki; 2020.

[37] Palveluvalikoimaneuvosto (COHERE Finland). Palveluvalikoimaneuvoston suositus. Aikuisten muunsukupuolisuuteen liittyvän sukupuolidysforian lääketieteelliset hoitomenetelmät. Helsinki, 2020.

[38] Palveluvalikoimaneuvosto (COHERE Finland). Palveluvalikoimaneuvoston suositus. Alaikäisten sukupuoli-identiteetin variaatioihin liittyvän dysforian lääketieteelliset hoitomenetelmät; 2020.

[39] EUR-Lex. Regulation (EU) 2016/679 of the European Parliament and of the Council of 27 April 2016 on the protection of natural persons with regard to the processing of personal data and on the free movement of such data, and repealing Directive 95/46/EC (General Data Protection Regulation); 2016.

[40] Gissler M, Haukka J. Finnish health and social welfare registers in epidemiological research. Norsk Epidem. 2004;14:113.

[41] World Health Organization. Division of Mental Health. The ICD-10 classification of mental and behavioural disorders: conversion tables between ICD-8, ICD-9 and ICD-10, Rev. 1. Geneva, Switzerland; 1994.

[42] https://www.kela.fi/laakkeet Retrieved 962022 n.d.

[43] van der Miesen AIR. Contemporary complexities in transgender care: disentangling the intersections among gender diversity, autism, and mental health. Alblasserdam: Ridderprint; 2021.

[44] Twenge JM. Increases in depression, self-harm, and suicide among U.S. adolescents after 2012 and links to technology use: possible mechanisms. Psychiatric Res Clin Pract. 2020;2:19–25. https://doi.org/10.1176/appi.prcp.20190015.

[45] Krokstad S, Weiss DA, Krokstad MA, Rangul V, Kvaløy K, Ingul JM, et al. Divergent decennial trends in mental health according to age reveal poorer mental health for young people: repeated cross-sectional population-based surveys from the HUNT Study, Norway. BMJ Open 2022;12:e057654. https://doi.org/10.1136/bmjopen-2021-057654.

[46] Abbasi J. Surgeon general sounds the alarm on social media use and youth mental health crisis. JAMA 2023;330:11–2.

[47] Bogaerts A, Claes L, Buelens T, Verschueren M, Palmeroni N, Bastiaens T, et al. Identity synthesis and confusion in early to late adolescents: age trends, gender differences, and associations with depressive symptoms. J Adolesc. 2021;87:106–16. https://doi.org/10.1016/j.adolescence.2021.01.006.

[48] Sund R. Quality of the Finnish hospital discharge register: a systematic review. Scand J Public Health 2012;40:505–15. https://doi.org/10.1177/1403494812456637.

Journal of Adolescent Health 74 (2024) 801–807



ELSEVIER

JOURNAL OF
ADOLESCENT
HEALTH

www.jahonline.org

Original article

# Association of Pubertal Blockade at Tanner 2/3 With Psychosocial Benefits in Transgender and Gender Diverse Youth at Hormone Readiness Assessment



Check for updates

Kerry McGregor, Psy.D. [a,b,c], John L. McKenna, Ph.D. [a,b,c], Coleen R. Williams, Psy.D. [a,b,c], Ellis P. Barrera [c], and Elizabeth R. Boskey, Ph.D., M.P.H., M.S.S.W. [c,d,e]

[a] Department of Psychiatry, Boston Children's Hospital, Boston, Massachusetts
[b] Department of Psychology, Harvard Medical School, Boston, Massachusetts
[c] Gender Multispecialty Service, Division of Endocrinology, Boston Children's Hospital, Boston, Massachusetts
[d] Harvard T.H. Chan School of Public Health, Boston, Massachusetts
[e] Division of Gynecology, Boston Children's Hospital, Boston, Massachusetts

Article history: Received December 28, 2022; Accepted October 23, 2023
Keywords: Adolescent health; Gender affirmative care; Mental health; Gender diversity; Puberty; Puberty blockade; Transgender

A B S T R A C T

**Purpose:** Compare psychosocial function at the time of hormone readiness assessment for transgender and gender diverse (TGD) youth who received pubertal blockade to prevent a non-affirming puberty with those who did not.
**Methods:** Retrospective cohort study of psychological assessment data from hormone readiness evaluations conducted at a multispecialty gender clinic. Participants include all TGD youth between the ages of 13 and 17 assessed for hormone readiness between 2017 and 2021.
**Results:** Our cohort consisted of 438 TGD youth, 40 who were prescribed pubertal blockade at Tanner stage 2 or 3, and 398 who had not. The blocker population was younger, more likely to be assigned male and affirming a female identity, and had a different racial/ethnic identity distribution. Having puberty blocked was associated with significantly lower T-scores on the Youth Self Report for internalizing problems ($\beta = -7.4$, $p < .001$), anxiety problems ($\beta = -4.6$, $p = .003$), depressive problems ($\beta = -6.5$, $p < .001$), stress problems ($\beta = -4.0$, $p = .01$), and total problems ($\beta = -4.9$, $p = .003$). The blocker population was also significantly less likely to report any suicidal thoughts (odds ratio = 0.38, $p = .05$). With the exception of increased risk of suicidal thoughts, these associations remained significant when adjusted for gender.
**Discussion:** At the time of hormone readiness evaluation, TGD youth who received pubertal blockade at Tanner 2 or 3 were found to have less anxiety, depression, stress, total problems, internalizing difficulties, and suicidal ideation than TGD peers who had been through more of a nonaffirming puberty.

© 2023 Society for Adolescent Health and Medicine. All rights reserved.

**IMPLICATIONS AND CONTRIBUTION**

Pubertal blockade for transgender and gender diverse (TGD) youth has been associated with improved mental health outcomes, but little is known about the specific beneficial associations of blockade initiated during early stages of puberty. This retrospective cohort analysis demonstrates that pubertal blockade started at Tanner stages 2 and 3 is associated with significantly better psychosocial outcomes for TGD youth compared to TGD youth who did not receive this intervention at time of hormone readiness assessment.

**Conflicts of interest:** The authors have no conflicts of interest to disclose.
Address correspondence to: The Journal of Adolescent Health. E-mail address: journalofadolescenthealth@chop.edu

1054-139X/© 2023 Society for Adolescent Health and Medicine. All rights reserved.
https://doi.org/10.1016/j.jadohealth.2023.10.028

Data from the Centers for Disease Control and Prevention's Youth Risk Behavior Surveillance System indicate that approximately 2% of adolescents in the United States identify as

EXHIBIT
11

transgender, or as someone whose gender does not align with their assigned sex at birth (ASAB) [1–3]. Transgender and gender diverse (TGD) youth are at greater risk for a variety of mental health challenges, including internalizing psychopathology such as anxiety and depression, as well as substance use and suicidality [4,5]. Such mental health disparities have been attributed to the intersection of gender dysphoria (i.e., the distress from the incongruence between one's internal sense of their gender and ASAB [6,7]) and the minority stress of having to consistently navigate a cultural context that marginalizes TGD individuals [8–11]. Research has also indicated that the onset of puberty and accompanying physical changes likely intensify and exacerbate psychological distress for TGD young people [12].

To best support this population of young people, the World Professional Association for Transgender Health, along with other professional organizations such as the Endocrine Society, have developed standards of care and clinical practice guidelines for gender-affirming medical interventions [13,14]. One such intervention is the use of gonadotropin-releasing hormone agonists, or puberty blockers, which are typically administered after a young person has reached the Tanner 2 stage of puberty [14] and following a careful clinical assessment that takes into account patient goals and family readiness. Tanner stages 2 and 3 are considered earlier phases of pubertal development, while stages 4 and 5 are achieved when the majority of pubertal changes have taken place [13]. Youth with testicles typically enter into Tanner two between the ages of 9 and 14 years with testicular enlargement occurring on average at age 11. Youth with ovaries usually begin puberty between the ages of 8 and 11 years old with average breast development taking place at 10 years old [13]. As youth progress through puberty, many changes occur that are irreversible.

However, pubertal blockade halts the production of gonadal sex hormones, inhibiting endogenous puberty [15]. Specifically for TGD youth, puberty blockers can prevent the development of unwanted and irreversible secondary sex characteristics associated with the ASAB, such as breast development from estrogen-driven puberty or deepening of the voice from testosterone-driven puberty. For individuals who experience dysphoria related to these characteristics, access to puberty blockers in early puberty may remove the need for invasive surgical procedures later in life (e.g., voice feminization surgery, facial feminization surgery, masculinizing chest surgery, etc.). In addition, the development of unwanted secondary sex characteristics can significantly exacerbate gender dysphoria and psychological distress for TGD individuals [16,17].

Multiple studies have found that pubertal blockade has been associated with positive mental health and social-emotional outcomes among TGD youth. For example, studies have found that general psychological wellbeing [18–20] and self-reported symptoms of depression [21,22] significantly improved from baseline following pubertal suppression for TGD adolescents. Pubertal blockade has also been associated with less self-harm [20,21]. One study found that TGD adolescents who underwent puberty suppression had similar rates of self-harm and suicidality as cisgender adolescents (i.e., those whose gender identity aligns with their ASAB) [20]. A retrospective study found that TGD adults who received pubertal suppression when they were younger reported significantly lower odds of lifetime suicidal ideation compared to TGD adults who wanted blockade as youth but did not receive it [23].

It is important to note, however, that the majority of existing research examining associated psychosocial outcomes of puberty blockers came from relatively small samples with a large range of participant ages at the time of gonadotropin-releasing hormone agonist initiation. For example, there is often a 7-to-9-year age difference between the youngest and oldest participant at time of beginning pubertal blockade within a single sample [19,23–25]. This difference in age is noteworthy because the purpose and potential impact of pubertal blockade can shift depending upon where an individual is in their pubertal development at the time of medication initiation. Participants in the early stages of puberty who receive a puberty blocker will likely experience few aspects of a nonaffirming puberty. This is in contrast to older participants who have already undergone some, if not all, nonaffirming pubertal changes at the time of receiving pubertal blockade (i.e., have already developed unwanted secondary sex characteristics). It is possible that age at time of pubertal blockade initiation may be associated with different psychosocial functioning outcomes for TGD young people.

Additionally, much of the existing research has relied on single-factor global assessments of child well-being and/or specific symptoms scales, such as self-reports about only depression and anxiety symptoms. The use of well-established and validated measures of general youth wellbeing that contain various empirically-based subscales will allow for a more nuanced understanding of psychosocial outcomes associated with pubertal blockade for TGD young people. Access to this data will allow researchers to better understand which specific dimensions of wellbeing are most affected by access to gender-affirming pubertal blockade.

The present study aims to make three major contributions to the existing literature. The first is to retrospectively explore the psychosocial implications of pubertal blockade among a sample of participants who began pubertal blockade at Tanner 2 or 3, excluding those who began later in puberty at time of hormone readiness assessment. It is possible that this range limitation will strengthen the field's understanding of the associated psychosocial outcomes from this intervention for youth at this specific stage of development. A second aim is to examine the generalizability and replicability of existing research by using a large sample size of TGD young people who have undergone pubertal suppression at Tanner 2 or 3. Third and finally, a unique contribution of this study is the use of a widely used and well-established measure of youth psychosocial functioning to analyze differences between TGD youth that received pubertal blockade and TGD youth that did not receive any pubertal blockade at the time of gender-affirming hormone readiness evaluation. We argue that the use of this comparison group allows for a more effective analysis of the possible psychosocial outcomes associated with pubertal blockade.

## Methods

This retrospective cohort study received approval from Boston Children's Hospital's Institutional Review Board (IRB-P00041135). Data were collected during routine clinical assessment for hormone readiness as part of the Gender Multispecialty Service's (GeMS) standard protocol; more specifically, data are from the assessment when patients were being evaluated as to whether they were ready to start gender-affirming estrogen or testosterone. All individuals seeking gender-affirming hormones at our clinic undergo the same,

K. McGregor et al. / Journal of Adolescent Health 74 (2024) 801–807

standardized evaluation before being able to access hormones, even if they have been previously assessed for access to puberty blockers. All participants and caregivers consented to this evaluation, which included responding to measures assessing general child wellbeing. All identifying information was removed for the purposes of analysis.

### Measure

The Youth Self Report (YSR) is considered to be one of the leading self-report measures of child and adolescent emotional and behavioral functioning with robust empirical support [26]. Specifically, the YSR consists of 112 questions for youth ranging in ages from 11 to 18 years old. Youth are asked to consider their functioning over the past 6 months, and questions are scored on a 3-point Likert scale (0 — "not true", 1 — "somewhat or sometimes true", and 2 = "very true or often true"). Raw scores were transformed into T-scores using the Achenbach System of Empirically Based Assessment software and online scoring systems. These standardized scores allow individual patient data to be compared to generalized and normed youth data. T-scores have a mean of 50 and a standard deviation of 10 points. YSR T-scores in the 65–70 range are considered to be in the "borderline clinical" range, and scores above 70 are classified as reaching clinical severity.

The YSR contains multiple subscales, including two higher-order factors (internalizing and externalizing behaviors), as well as DSM-oriented scales (e.g., anxiety, depression, and somatic problems) and syndrome-based scales (e.g., thought, attention, social, and stress problems). Additionally, critical item scores regarding self-harm and suicidality were dichotomized and analyzed as yes/no (i.e., scores of 1 or 2 = yes; scores of 0 = no). The self-harm question (#18) is phrased as "I deliberately try to hurt or kill myself." The suicidality question (#91) reads, "I think about killing myself."

### Sociodemographics

Demographic data were collected from the YSR, which asks participants to denote age and ethnic group or race. Gender is also collected on the YSR but was not nuanced enough for the purposes of this study (options are limited to "boy" and "girl"). Affirmed gender was thus obtained via chart review from the psychosocial notes written by the mental health clinicians who interviewed the patients. Participants were sorted into three categories of identified affirmed gender: male, female, and nonbinary. Within the GeMS program, youth are typically only referred for a hormone readiness evaluation when there is parental support for this intervention, and they meet regularly with an outpatient therapist. Additionally, medical interventions (i.e., puberty blockers and/or gender affirming hormones [GAH]) are only started when there is assent from the youth and consent provided from all parents and/or legal guardians. Therefore, it is very likely that, because this sample is comprised entirely of youth who are undergoing hormone readiness evaluation, participants have significantly more parental support than the larger TGD community.

Patients who received pubertal blockade were also identified based on chart review. The pubertal blockade group only included participants at Tanner 2 or 3 at the time of puberty blocker initiation. Any patients who received puberty blockers at Tanner 4 or later were excluded from the analysis, and

participants in the nonblocker group did not have any exposure to pubertal blockade prior to the time of assessment. As, given our assessment process, most individuals who are seen for hormone assessment at Tanner stage 2 or 3 would be seen for a blocker assessment rather than a hormone assessment, it is likely that the majority of patients in the unblocked group would be at Tanner 4 or above. The overall analytical population was restricted to individuals between the ages of 13 and 17 at the time of hormone assessment.

### Statistical analysis

All statistical analyses were performed using Stata 16.0 (College Station, TX: StataCorp LP). Population demographics were compared using Pearson $\chi^2$. Linear regression was used to determine the effects of exposure to puberty blockers on clinically relevant YSR T-scores. Logistic regression was used to determine the effects of puberty blockers on endorsing "I think about killing myself" and "I deliberately try to hurt or kill myself" after the variables were dichotomized from "very often/sometimes/never" to "yes/no". Due to the high level of collinearity between age and puberty blocker exposure, age-adjusted analyses were not run; however, a sensitivity analysis was run looking only at individuals aged 13–15 in both populations to determine if differences in the blocked and unblocked cohorts were explainable by the older age distribution of the unblocked cohort. In addition, adjusted analyses for all variables significant in the univariate analyses were run using affirmed gender as a categorical variable in order to adjust for the expected confounding effects of gender on many of the evaluated constructs. Affirmed male gender was used as the base category for that analysis.

### Results

#### Descriptive characteristics

Our analytical population consisted of all individuals 13–17 years old who underwent an assessment for GAH between January 2017 and December 2021. In all, 438 individuals were included: 40 who had been prescribed a pubertal blockade prior to being assessed for GAH and 398 who had not. These two groups were significantly different across all assessed demographic domains. The blocker population was significantly younger, more likely to be assigned male at birth, more likely to affirm a female gender, and more likely to identify as white (Table 1). The mean time between blocker initiation and hormone assessment was approximately 18 months (17.75, standard deviation 14.2). The median age at the time of blocker initiation was 12 years old.

#### Pubertal blockade

In the univariate analyses, having been prescribed puberty blockers before the hormone assessment was associated with significantly lower T-scores for internalizing problems ($\beta = -7.4$, $p < .001$), anxiety problems ($\beta = -4.6$, $p = .003$), depressive problems ($\beta = -6.5$, $p < .001$), and stress problems ($\beta = -4.0$, $p = .01$). Having a pubertal blockade was also associated with fewer total problems ($\beta = -4.9$, $p = .003$), which captures a range of problematic youth behaviors (Table 2). Logistic regression indicated that youth who received pubertal blockade also

**Table 1**
Sample demographics

| Variable | No blocker (N = 398) | Blocker (N = 40) | χ² |
|---|---|---|---|
| | N (%) | N (%) | p≤ |
| Age at time of hormone readiness assessment | | | .001 |
| 13 | 19 (5) | 24 (60) | |
| 14 | 59 (15) | 12 (30) | |
| 15 | 97 (24) | 4 (10) | |
| 16 | 106 (27) | 0 (0) | |
| 17 | 117 (29) | 0 (0) | |
| Assigned sex at birth (ASAB) | | | .001 |
| Male | 78 (20) | 27 (68) | |
| Female | 320 (80) | 17 (32) | |
| Gender | | | .001 |
| Male | 290 (73) | 14 (35) | |
| Female | 71 (18) | 24 (60) | |
| Nonbinary | 37 (9) | 2 (5) | |
| Race | | | .001 |
| White | 268 (67) | 28 (70) | |
| African American | 1 (0.25) | 1 (2) | |
| Latino/a/x | 19 (5) | 1 (2) | |
| Asian | 11 (3) | 2 (5) | |
| Native American | 0 (0) | 1 (2) | |
| Other | 21 (5) | 4 (10) | |
| Unknown | 78 (20) | 2 (5) | |

Age distribution reflects age at time of hormones readiness assessment, not age at time of pubertal blockade. All participants included in the blocker sample began pubertal blockade at Tanner two or 3.

reported fewer suicidal thoughts (odds ratio = 0.38, $p = .05$). Specifically, only 12.5% of participants with pubertal blockade reported thoughts of suicide compared to 27.2% of participants who did not receive this type of intervention (Table 3).

In order to address the gender differences between the blocked and unblocked populations, we ran multivariate models adjusting for gender on all the associations that were significant in the univariate analyses. With the exception of suicidal thoughts, in the model adjusted for gender, all previously statistically significant changes in T-scores of the YSR remained statistically significant, although internalizing problems ($\beta = -7.0$, $p < .001$), anxiety problems ($\beta = -4.3$, $p = .009$), depressive problems ($\beta = -5.8$, $p < .001$), and total problems score differences ($\beta = -4.5$, $p = .009$) were modestly attenuated, but associations with stress problems ($\beta = -4.1$, $p = .013$), were

modestly strengthened (Table 2). This suggests that while some of the differences seen between the blocked and unblocked populations can be explained by gender differences in the two groups, significant differences remain when gender is held constant within the analysis. A sensitivity analysis was run comparing the blocked population to only the unblocked population aged 13–15 to address possible confounding effects of age, and all differences remained significant with the exception of stress problems and thoughts of suicide. This suggests that the differences between the blocked and unblocked populations cannot be explained by the age discrepancy, with the exception of thoughts of suicide. When age was restricted to 13–15 years old, it was revealed that there was no significant difference in risk of suicidal thoughts between the blocked and unblocked youth (odds ratio = 0.44; $p = .10$).

## Discussion

This study sought to better understand the role of pubertal blockade in mental health outcomes for TGD youth. While many previous studies have shown the positive impact of pubertal blockade for TGD youth, this study sought to examine psychosocial outcomes in youth who received pubertal blockade, specifically in Tanner stages 2 or 3, at the time of hormone readiness assessment. Placing a puberty blocker at this point in pubertal development may allow TGD youth to largely avoid the development of discordant, distressing, or nonaffirming secondary sex characteristics. Some studies have shown that pubertal blockade in youth who have already been through most or all of an endogenous puberty associated with ASAB is still psychosocially beneficial [18,19]. However, these youth have experienced considerable development of secondary sex characteristics that can contribute substantially to gender dysphoria and associated psychosocial distress. Therefore, in order to better understand the specific effects of puberty blockade in early puberty, differences in psychosocial outcomes were examined between TGD youth that received pubertal blockade in Tanner stage 2 or 3 and TGD peers who had not received any pubertal blockade at the time of assessment for GAH.

Results from this study indicate that pubertal blockade introduced in early puberty may be an important predictor of positive psychosocial functioning for TGD youth. Specifically, individuals in our sample between the ages of 13 and 17 who

**Table 2**
Univariate and multivariate regressions assessing the effects of exposure to puberty blockers on Youth Self Report T-Scores

| YSR scale | Univariate regression | T-score | | Multivariate regression | | |
|---|---|---|---|---|---|---|
| | Agonist | Not blocked | Blocked | Agonist | Affirmed female-gender | Affirmed nonbinary gender |
| | B (p≤) | Mean (SD) | Mean (SD) | β (p≤) | Mean (SD) | Mean (SD) |
| Total problems | −4.9 (.003) | 60.0 (9.6) | 55.2 (10.6) | −4.5 (.009) | −0.73 (0.54) | 1.0 (0.54) |
| Internalizing problems | −7.4 (.001) | 62.9 (11.0) | 55.4 (11.1) | −7.0 (.001) | −0.81 (0.55) | 2.4 (0.19) |
| Externalizing problems | −2.0 (0.17) | 51.0 (8.5) | 49.0 (8.1) | | | |
| Anxiety problems | −4.6 (.003) | 63.2 (9.2) | 57.2 (9.6) | −4.3 (.009) | −0.81 (0.48) | −0.08 (0.96) |
| Depressive problems | −6.5 (.001) | 63.8 (10.0) | 56.6 (9.1) | −5.8 (.001) | −1.5 (0.23) | 2.3 (0.17) |
| Thought problems | −2.4 (.11) | 61.4 (9.0) | 58.9 (10.4) | | | |
| Attention problems | −2.8 (.11) | 62.4 (10.5) | 59.5 (9.7) | | | |
| Social problems | −0.7 (.64) | 59.6 (7.9) | 58.9 (9.1) | | | |
| Somatic problems | −1.6 (.19) | 56.4 (7.7) | 54.7 (5.2) | | | |
| Stress problems | −4.0 (.01) | 63.1 (9.2) | 59.1 (9.5) | −4.1 (.013) | 0.06 (0.96) | −0.73 (0.64) |

Multivariate analyses are adjusted for affirmed gender, using affirmed male gender as the base category. Score mean and SD also included for both populations.
Values in bold are statistically significant at $p < .05$.
SD = standard deviation; YSR = youth self report.

**Table 3**
Univariate and multivariate logistic regression assessing the effects of exposure to puberty blockers on single YSR items

| YSR scale | Univariate regression | Proportion endorsing | | Multivariate regression | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Odds ratio | Not blocked | Blocked | Agonist | Affirmed female | Affirmed nonbinary |
| | OR ($p<$) | % | % | OR ($p<$) | OR ($p<$) | OR ($p<$) |
| Thinks Suicide | **0.38 (.05)** | 27.2 | 12.5 | 0.44 (.10) | 0.73 (.28) | 1.4 (.49) |
| Harms Self | 0.69 (.56) | 10.7 | 7.7 | | | |

Affirmed male gender is the base category for multivariate analysis
Values in bold are statistically significant at $p < .05$.
OR = odds ratio; YSR = youth self report.

received pubertal blockade in Tanner stages 2 or 3 were able to prevent the development of many secondary sex characteristics and were found to also have reported significantly less anxiety, depression, stress, total problems, and internalizing difficulties after adjusting for affirmed gender when compared to their nonblocked peers.

Furthermore, the majority of these differences between these two groups of young people remained significant even when a sensitivity analysis was run restricting the age of unblocked individuals to 13—15, although the association between receiving pubertal blockade and internalization attenuated. These findings resemble those of existing research that included a sample of youth who went through some or all of a nonaffirming endogenous puberty and found a reduction in self-reported internalization and total problems between the time before and after a puberty blocker was initiated [19]. Our findings suggest that earlier suppression of puberty may be associated with additional psychosocial benefits and may serve as an important protective factor against the multiple mental health challenges TGD youth face such as anxiety, depression, and suicidality [4,5]. Similar positive psychosocial outcomes were also seen in a recent study that investigated changes in mental health over the first year of receiving GAH and/or pubertal blockade [27].

The possible beneficial psychological outcomes associated with puberty blockade highlight the well-established correlations between development of secondary sex characteristics, gender dysphoria, and associated psychosocial distress, like depression, anxiety, and suicidal ideation [13,28,29,30]. When TGD youth can avoid developing nonaffirming, discordant, and dysphoria-inducing secondary sex characteristics, they may be better able to be perceived as their affirmed and authentic gender [31]. In turn, this may allow TGD youth to experience less minority stress in their day-to-day lives, which likely contributes to better psychosocial functioning and quality of life. However, it is important to remember that although important correlations between pubertal blockade and positive psychosocial functioning have been discovered, causation cannot and should not be assumed.

Beyond the possible protective and positive associations between pubertal suppression and better psychosocial functioning for TGD youth, use of pubertal blockade might also be one of multiple important predictors of individuals' future life experiences and care. Individuals who choose to start GAH after pubertal blockade may be less likely to require surgical procedures (e.g., voice feminization surgery, facial feminization surgery, masculinizing chest surgery) to address dysphoria in the future because they did not develop nonaffirming secondary sex characteristics from endogenous pubertal development. The combination of pubertal suppression and GAH may also increase the concordance of youths' appearance with cisgender norms [17,32]. Although not all TGD youth may want to appear as cisgender or to fit within cisgender norms, the ability to do so can have substantial implications for the reduction of experiences of discrimination and minority stress as well as the enhancement of physical and psychological safety [33].

While there are many potential positive implications associated with the use of pubertal blockade, it is important for physicians and clinicians to discuss potential unwanted side effects. One consideration is that it may be distressing for some youth to not undergo pubertal development at the same time as their cisgender peers. Given that many clinics do not initiate GAH until the age of 13 with parental consent, it is possible that some TGD youth may feel as though their development is delayed; this may be particularly pertinent among transfeminine youth as many cisgender female peers start and develop through an estrogen-driven puberty in the pre-teen years. Another important consideration is that blockade impairs hormone-driven development of the ovaries or testes, and this may substantially reduce or eliminate future fertility potential in the absence of experimental options [32,34—37]. This is not necessarily as salient a concern as gender affirmation for most TGD youth and should not be used as a reason to deny GnRH agonists. Rather, youth and families should be educated about the fertility implications of this care.

In addition, the lack of growth of primary sexual characteristics during testosterone-driven puberty may increase the difficulty of penile-inversion vaginoplasty for transgender women and nonbinary individuals, although there are surgical techniques that can effectively address this limitation if individuals lack sufficient tissue to achieve desired vaginal depth [36]. It is strongly encouraged that youth and their families engage in thoughtful, ongoing conversations about the benefits and limitations of pubertal blockade with medical and mental health professionals to best determine if this intervention is a safe and viable option of care.

### Limitations

There are several limitations to this study worth noting. The first set of limitations pertains to this specific sample. All patients and families within our clinic interested in pursuing GAH undergo an assessment for hormone readiness in a gender affirmative care model. Within our program, this requires a substantial level of parent or guardian support, and in order to access a hormone readiness assessment, the youth and family must have attended several appointments with the clinic, and the family must be willing to consider hormonal treatment. As such, all youth in this study may experience a higher level of

parental support than TGD youth in general. Most youth who reach the step of a formal hormone readiness assessment in the GeMS clinic go on to start GAH, and all parents/guardians are required to consent to that treatment. Given that family support has been found to be significantly protective for TGD youth mental health outcomes [38,39], it is likely that families that facilitate their child's access to gender-affirming care are more supportive of their child's gender journey, which can impact a youth's emotional wellbeing. Thus, experiences of youth who endure unsupportive families were likely not reflected in this study. With this in mind, it is possible that having supportive and affirming parents may have also contributed to the positive psychosocial functioning outcomes beyond early intervention with pubertal blockade alone. It is therefore strongly recommended that future research aim to more directly assess the potential impact variables such as parent support and access to care may have on this population.

Additionally, data used in this study were abstracted retrospectively from electronic medical records and, therefore, information about pubertal development could not be determined among the comparison group of TGD young people who did not receive a puberty blocker intervention. Future research may benefit from systematically assessing pubertal development and Tanner staging of both groups to control for how these factors may impact associations between pubertal blockade and psychosocial functioning.

Limitations in the demographics of the sample may also limit potential generalizability of findings as well. For example, a majority of the sample identified as White, and therefore, the experiences of TGD youth in this sample are likely not representative of the broader racially and ethnically diverse TGD community [40]. Additionally, participants in this sample were predominately from the New England area, which is often considered an especially liberal area of the United States, due to families in this region having easier access to pediatric gender-affirming care and that there is often insurance coverage for these services. Participants included in the present study who received pubertal blockade were also more likely to be assigned male at birth and affirm a female gender, whereas the majority of participants who did not receive such medical intervention were assigned female at birth and affirmed a male gender. It is possible that Western culture may be quicker to identify gender diversity among children assigned male sex at birth who present in more conventionally feminine manner [40]. We strongly recommend that future research aim to replicate the present study's findings using more diverse samples of youth in terms of racial and ethnic identities, geographic location, as well as sex assigned at birth and affirmed gender.

Finally, the individuals who received blockers were younger than those who did not at time of hormone readiness assessment. A sensitivity analysis comparing only 13- to 15-year-olds was conducted to account for this difference, and the majority of the associations remained present. However, there was no longer a statistically significant difference in reported thoughts of suicide between the two groups. There are two potential hypotheses to explain these differences. First, the difference may be a reflection of the specified time frame of 6 months for the suicidal thoughts question, as individuals who were able to access blockers almost certainly had substantially more family support in that period. It could also be the result of age effects, with older children being more likely to report suicidal thoughts, and those who are able to access GAH prior to age 16 are also more likely to come from highly supportive families.

*Conclusions*

This study demonstrates that, at the time TGD youth are seeking to initiate GAH, those who were able to access pubertal blockade during Tanner stages 2 and 3 of puberty tended to also report significantly better psychosocial functioning than those who were not. Compared to their nonblocked peers, TGD youth who had pubertal blockade reported measurably less anxiety, depression, stress, total problems, and internalizing difficulties. These findings support the evidence suggesting that a non-affirming puberty may predict significant negative psychosocial functioning among TGD adolescents and highlight the importance of family support and early, gender-affirming interventions where needed. Our data also underscores that access to gender-affirming medical care can be essential to the emotional well-being and psychosocial functioning of TGD young people and may offer robust protection against poor mental health outcomes for this vulnerable population.

## References

[1] Reisner SL, Vetters R, Leclerc M, et al. Mental health of transgender youth in care at an adolescent urban community health center: A matched retrospective cohort study. J Adolesc Health 2015;56:274–9.

[2] Stieglitz KA. Development, risk, and resilience of transgender youth. J Assoc Nurses AIDS Care 2010;21:192–206.

[3] Johns MM. Transgender identity and experiences of violence victimization, substance use, suicide risk, and sexual risk behaviors among high school students — 19 States and large urban school districts, 2017. MMWR Morb Mortal Wkly Rep 2019;68:67–71.

[4] Spivey LA, Edwards-Leeper L. Future directions in affirmative psychological interventions with transgender children and adolescents. J Clin Child Adolesc Psychol 2019;48:343–56.

[5] Johnson KC, LeBlanc AJ, Deardorff J, Bockting WO. Invalidation experiences among non-binary adolescents. J Sex Res 2020;57:222–33.

[6] Schneider MA, Spritzer PM, Soll BMB, et al. Brain Maturation, Cognition and voice Pattern in a gender dysphoria case under pubertal suppression. Front Hum Neurosci 2017;11:528.

[7] Diagnostic and statistical Manual of mental Disorders. DSM Library. Available at: https://dsm.psychiatryonline.org/doi/book/10.1176/appi.books.9780890425596. Accessed April 28, 2022.

[8] McLemore KA. A minority stress perspective on transgender individuals' experiences with misgendering. Stigma Health 2018;3:53–64.

[9] Hendricks ML, Testa RJ. A conceptual framework for clinical work with transgender and gender nonconforming clients: An adaptation of the minority stress model. Prof Psychol Res Pract 2012;43:460–7.

[10] Hatzenbuehler ML, Pachankis JE. Stigma and minority stress as social determinants of health among lesbian, gay, bisexual, and transgender youth: Research evidence and clinical implications. Pediatr Clin North Am 2016;63:985–97.

[11] Delozier AM, Kamody RC, Rodgers S, Chen D. Health disparities in transgender and gender expansive adolescents: A topical review from a minority stress framework. J Pediatr Psychol 2020;45:842–7.

[12] de Vries ALC, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: The Dutch approach. J Homosex 2012;59:301–20.

[13] Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-Dysphoric/gender-Incongruent persons: An endocrine Society clinical practice guideline. Endocr Pract 2017;23:1437.

[14] Coleman E, Radix AE, Bouman, et al. Standards of care for the health of transgender and gender diverse people. 8th version. Int J Transgend Health 2022;23:S1–260.

[15] Lopez CM, Solomon D, Boulware SD, Christison-Lagay ER. Trends in the use of puberty blockers among transgender children in the United States. J Pediatr Endocrinol Metab 2018;31:665–70.

[16] O'Connell MA, Nguyen TP, Ahler A, et al. Approach to the patient: Pharmacological management of trans and gender-diverse adolescents. J Clin Endocrinol Metab 2022;107:241–57.

[17] Mahfouda S, Moore JK, Siafarikas A, et al. Puberty suppression in transgender children and adolescents. Lancet Diabetes Endocrinol 2017;5:816–26.

*K. McGregor et al. / Journal of Adolescent Health 74 (2024) 801–807*                807

[18] Costa R, Dunsford M, Skagerberg E, et al. Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. J Sex Med 2015;12:2206–14.

[19] de Vries ALC, Steensma TD, Doreleijers TAH, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. J Sex Med 2011;8:2276–83.

[20] van der Miesen AIR, Steensma TD, de Vries ALC, et al. Psychological functioning in transgender adolescents before and after gender-affirmative care compared with cisgender general population peers. J Adolesc Health 2020;66:699–704.

[21] Achille C, Taggart T, Eaton NR, et al. Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results. Int J Pediatr Endocrinol 2020; 2020:8.

[22] Kuper LE, Stewart S, Preston S, et al. Body Dissatisfaction and mental health outcomes of youth on gender-affirming hormone Therapy. Pediatrics 2020; 145:e20193006.

[23] Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal suppression for transgender youth and risk of suicidal ideation. Pediatrics 2020;145: e20191725.

[24] de Vries ALC, McGuire JK, Steensma TD, et al. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014;134:696–704.

[25] Nahata L, Quinn GP, Caltabellotta NM, Tishelman AC. Mental health concerns and insurance Denials among transgender adolescents. LGBT Health 2017;4:188–93.

[26] Ebesutani C, Bernstein A, Martinez JI, et al. The youth self report: Applicability and validity across younger and older youths. J Clin Child Adolesc Psychol 2011;40:338–46.

[27] Tordoff DM, Wanta JW, Collin A, et al. Mental health outcomes in transgender and Nonbinary youths receiving gender-affirming care. JAMA Netw Open 2022;5:e220978.

[28] Biggs M. Puberty blockers and suicidality in adolescents Suffering from gender dysphoria. Arch Sex Behav 2020;49:2227–9.

[29] Becker-Hebly I, Fahrenkrug S, Campion F, et al. Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: A descriptive study from the Hamburg gender identity service. Eur Child Adolesc Psychiatry 2021;30: 1755–67.

[30] Klaver M, de Mutsert R, Wiepjes CM, et al. Early hormonal treatment Affects body composition and body shape in young transgender adolescents. J Sex Med 2018;15:251–60.

[31] Hobson J. Experience of transgender youth with pubertal suppression. Chester, PA: Widener University; 2021, https://www.proquest.com/openview/f188387006481de42315b332ae89dafc/1.pdf?pq-origsite=gscholar&cbl=187508&diss=y.

[32] Panagiotakopoulos L, Chulani V, Koyama A, et al. The effect of early puberty suppression on treatment options and outcomes in transgender patients. Nat Rev Urol 2020;17:626–36.

[33] Rood BA, Maroney MR, Puckett JA, et al. Identity concealment in transgender adults: A qualitative assessment of minority stress and gender affirmation. Am J Orthopsychiatry 2017;87:704–13.

[34] Martin CE, Lewis C, Omurtag K. Successful oocyte cryopreservation using letrozole as an adjunct to stimulation in a transgender adolescent after GnRH agonist suppression. Fertil Steril 2021;116:522–7.

[35] Joshi VB, Behl S, Pittock ST, et al. Establishment of a pediatric ovarian and testicular cryopreservation program for malignant and non-malignant conditions: The Mayo clinic experience. J Pediatr Adolesc Gynecol 2021; 34:673–80.

[36] Grimstad F. Boskey ER. Taghinia A. Ganor O. Gender-affirming surgeries in transgender and gender diverse adolescent and young adults: A pediatric and adolescent Gynecology primer. J Pediatr Adolesc Gynecol 2021;34:442–8.

[37] Nahata L, Chen D, Moravek MB, et al. Understudied and under-reported: Fertility Issues in transgender youth-A narrative review. J Pediatr 2019; 205:265–71.

[38] Bauer GR, Scheim AI, Pyne J, et al. Intervenable factors associated with suicide risk in transgender persons: A respondent driven sampling study in Ontario, Canada. BMC Publ Health 2015;15:525.

[39] Grossman AH, Park JY, Frank JA, Russell ST. Parental Responses to transgender and gender nonconforming youth: Associations with parent support, parental Abuse, and youths' psychological Adjustment. J Homosex 2021;68:1260–77.

[40] Kimmel M. Guyland: The Perilous World where boys Become men. New York: Harper Perennial; 2009.

Arch Sex Behav (2011) 40:863 864
DOI 10.1007/s10508-011-9805-6

LETTER TO THE EDITOR

# New MRI Studies Support the Blanchard Typology of Male-to-Female Transsexualism

**James M. Cantor**

Published online: 8 July 2011
© The Author(s) 2011. This article is published with open access at Springerlink.com

Two independent empirical articles have recently appeared in the literature that, taken together, bear out an hypothesis Blanchard (2008) postulated in the *Archives* about brain development in transsexualism:

> [T]he brains of both homosexual and heterosexual male-to-female transsexuals probably differ from the brains of typical heterosexual men, but in different ways. In homosexual male-to-female transsexuals, the difference does involve sex-dimorphic structures, and the nature of the difference is a shift in the female-typical direction. If there is any neuroanatomic intersexuality, it is in the homosexual group. In heterosexual male-to-female transsexuals, the difference may not involve sex-dimorphic structures at all, and the nature of the structural difference is not necessarily along the male–female dimension. (p. 437)

Blanchard's prediction follows from studies that have repeatedly shown that the homosexual male-to-female transsexuals are "female-shifted" in multiple, sexually dimorphic characteristics, whereas the heterosexual male-to-female transsexuals are not (Blanchard, 1989a, 1989b). For example, homosexual male-to-female transsexuals are sexually attracted to natal males, express greater interest in female-typical activities (even in childhood), and are naturally effeminate in mannerism. In contrast, heterosexual male-to-female transsexuals are indistinguishable from nontranssexual natal males on these variables. The heterosexual transsexuals are still distinct from typical males in other ways, however, such as by manifesting "autogynephilia"—the erotic interest in or sexual arousal in response to being or seeming female. The consistent detection of cross-sex features among homosexual male-to-female transsexuals, but not among heterosexual male-to-female transsexuals, led Blanchard to predict that the cross-sex pattern would also emerge at the level of brain anatomy and be limited to the homosexual male-to-female transsexuals. That prediction now appears to be the case, with Rametti et al. (2010) supporting his prediction for the homosexual transsexuals, and Savic and Arver (2010), for the heterosexual transsexuals.

The Rametti team used an MRI technique called Diffusion Tensor Imaging to compare homosexual male-to-female transsexuals ($n = 18$) with nontranssexual, heterosexual control males ($n = 19$) and with nontranssexual, heterosexual control females ($n = 19$). They contrasted the male controls with the female controls to identify the sex-dimorphic portions of the brain and then contrasted the homosexual transsexuals with each of the control groups on the dimorphic brain regions so identified. The initial contrasts identified six sex-dimorphic brain regions. The homosexual transsexual sample was intermediate in volume on all six brain structures, significantly different from the male controls on five of the six (and significantly different from the female controls on all six). That is, these male-to-female transsexuals were different from the control males, shifted towards the female direction on all parameters.

Savic and Arver (2010) applied anatomical MRIs with an analogous research design, identifying the sex-dimorphic portions of the brain and contrasting the (this time) heterosexual transsexual sample ($n = 24$) with each control sample ($n$'s $= 24$ each) on the sex-dimorphic brain regions. Of the eight brain regions that distinguished male from female brains, the heterosexual transsexual sample differed from the male controls on none (Savic & Arver, 2010, Table 3). Of the four brain regions that distinguished these heterosexual transsexuals from the male controls, sex-dimorphism was present in none (Savic & Arver, 2010, Table 3). As Savic and Arver themselves emphasized, "Contrary to the primary hypothesis, no sex-atypical

J. M. Cantor (✉)
Law and Mental Health Program, Centre for Addiction and Mental Health, 250 College St., Toronto, ON M5T 1R8, Canada
e-mail: James_Cantor@camh.net

Springer

EXHIBIT
12

Arch Sex Behav (2011) 40:863–864

features with signs of 'feminization' were detected in the transsexual group….The present study does not support the dogma that [male-to-female transsexuals] have atypical sex dimorphism in the brain" although that statement should have been restricted to refer to heterosexual male-to-female transsexuals only.

Also meriting emphasis is that—although these data disconfirm that the heterosexual type has a feminized brain pattern—the data nonetheless confirm that heterosexual transsexuals have a brain structure distinct from that of typical (nontranssexual) persons. Their gender identity is not a transient or ephemeral characteristic, but a likely innate and immutable characteristic, emerging from their particular brain structure.

**Open Access**   This article is distributed under the terms of the Creative Commons Attribution Noncommercial License which permits any noncommercial use, distribution, and reproduction in any medium, provided the original author(s) and source are credited.

## References

Blanchard, R. (1989a). The classification and labeling of nonhomosexual gender dysphorias. *Archives of Sexual Behavior, 18*, 315–334.

Blanchard, R. (1989b). The concept of autogynephilia and the typology of male gender dysphoria. *Journal of Nervous and Mental Disease, 177*, 616–623.

Blanchard, R. (2008). Deconstructing the Feminine Essence Narrative. *Archives of Sexual Behavior, 37*, 434–438.

Rametti, G., Carrillo, B., Gómez-Gil, E., Junque, C., Zubiarre-Elorza, L., Segovia, S.,… Guillamon, A. (2010). The microstructure of white matter in male to female transsexuals before cross-sex hormonal treatment: A DTI study. *Journal of Psychiatric Research.* doi:10.1016/j.jpsychires.2010.11.007.

Savic, I., & Arver, S. (2010). Sex dimorphism of the brain in male-to-female transsexuals. *Cerebral Cortex.* doi:10.1093/cercor/bhr032.



Archives of Sexual Behavior (2024) 53:57–76
https://doi.org/10.1007/s10508-023-02716-1

**ORIGINAL PAPER**



# Detransition and Desistance Among Previously Trans-Identified Young Adults

Lisa Littman[1] · Stella O'Malley[1] · Helena Kerschner[2] · J. Michael Bailey[3]

Received: 17 February 2022 / Revised: 24 September 2023 / Accepted: 25 September 2023 / Published online: 1 December 2023
© The Author(s) 2023

**Abstract**

Persons who have renounced a prior transgender identification, often after some degree of social and medical transition, are increasingly visible. We recruited 78 US individuals ages 18–33 years who previously identified as transgender and had stopped identifying as transgender at least six months prior. On average, participants first identified as transgender at 17.1 years of age and had done so for 5.4 years at the time of their participation. Most (83%) participants had taken several steps toward social transition and 68% had taken at least one medical step. By retrospective reports, fewer than 17% of participants met DSM-5 diagnostic criteria for Gender Dysphoria in Childhood. In contrast, 53% of participants believed that "rapid-onset gender dysphoria" applied to them. Participants reported a high rate of psychiatric diagnoses, with many of these prior to trans-identification. Most participants ($N = 71$, 91%) were natal females. Females (43%) were more likely than males (0%) to be exclusively homosexual. Participants reported that their psychological health had improved dramatically since detransition/desistance, with marked decreases in self-harm and gender dysphoria and marked increases in flourishing. The most common reason given for initial trans-identification was confusing mental health issues or reactions to trauma for gender dysphoria. Reasons for detransition were more likely to reflect internal changes (e.g., the participants' own thought processes) than external pressures (e.g., pressure from family). Results suggest that, for some transgender individuals, detransition is both possible and beneficial.

**Keywords** Detransition · Desistance · Gender dysphoria · Transgender · Rapid-onset gender dysphoria · DSM-5

## Introduction

Persons who have renounced a prior transgender identification have become increasingly visible during the past decade (Littman, 2021). Often these individuals have changed their minds after taking steps toward social and medical gender transition and may be referred to as "detransitioners." Detransitioner communities have emerged online (e.g., r/detrans, 2019, 2020); hundreds of detransitioner testimonies can be found on YouTube and other social media platforms, in online blogs, book chapters, and in published articles (Callahan, 2018; Entwistle, 2021; twitter.com/ftm-detransed and twitter.com/radfemjourney, 2019; YouTube, 2022); and detransitioners have organized to bring awareness to their experiences and advocate for their needs (Detrans Voices, 2022; Gender Care Consumer Advocacy Network, 2022; Pique Resilience Project, 2019; Post Trans, 2022). Detransition has received attention from prominent bloggers and journalists (4thwavenow, 2016; Anonymous, 2017; Boyce, 2021; Herzog, 2017; Tracey, 2020; upperhand-MARS, 2020) and even from mainstream media (McCann, 2017; Smith, 2021). This publicity has been heightened by cases in which detransitioners appear to have received inadequate oversight before they were provided serious medical interventions, such as the lawsuit filed by Kiera Bell (Topping, 2020). Clinicians and researchers have documented a growing number of detransitioners seeking psychological and medical support (D'Angelo et al., 2021; Marchiano, 2020; Vandenbussche, 2022). Because of both controversy and recency regarding detransitioners, little is known about them (Valdes & MacKinnon, 2023).

✉ Lisa Littman
Lisa.Littman@gmail.com

1   The Institute for Comprehensive Gender Dysphoria
    Research, 11 S. Angell Street, #331, Providence, RI 02906,
    USA

2   Cincinnati, OH, USA

3   Department of Psychology, Northwestern University,
    Evanston, IL, USA

Ⓐ Springer

**EXHIBIT**

**13**

It is important to distinguish several terms common in both scientific literature and lay parlance, and to clarify how we use them. Gender dysphoria is discomfort with one's current gender (most often the same as one's sex at birth), regardless of the causes or manifestation of the discomfort. Transgender identification represents the commitment that one's "true gender" is not aligned with one's birth sex. Felt "true gender" may be opposite one's birth sex or some other gender (e.g., nonbinary). Gender transition includes both social and medical steps taken to align one's overall presentation with one's felt "true gender," typically after some period of transgender identification. Social steps can include changes in dress and appearance, name, and posture/movement. Medical steps can include cross-sex hormones and surgery. Detransition is the reversal of gender transition for any reason, although for many it includes abandonment of transgender identification. Detransition may be preceded or accompanied by the feeling that one regrets gender transition ("regrets"). Desistance refers to the waning of gender dysphoria prior to medical gender transition.

This article reports on a sample of young adults who had identified as transgender but changed their minds, most of whom had taken steps toward social and medical transition. We hoped to illuminate aspects of their gender dysphoria and gender transition, as well as their detransition and (for most) the resolution of their gender dysphoria. Before reporting our study, we provide some context in the scientific literature and the broader culture.

## Controversies About Detransition and Desistance

At least three main issues have been especially controversial regarding detransition and desistance: their frequencies, the motivations of detransitioners and desisters, and the possibility that a recent phenomenon called rapid-onset gender dysphoria (ROGD; Littman, 2018) may disproportionately contribute to both phenomena. We review these controversies below, focusing on the limited empirical evidence.

### Prevalence of Detransition and Regret

Advocates for gender transition have tended to assert that detransition is rare (e.g., Knox, 2019; Stonewall, 2019). Much of the published data used to estimate detransition prevalence come from studies of sex-reassignment-surgery outcomes. In general, these studies have found post-surgery regret to be low (Dhejne et al., 2011; Lawrence, 2003, 2006; Pfäfflin, 1993; van de Grift et al., 2017; Wiepjes et al., 2018). Similarly, one prospective study examined regret of hormonal treatment among 55 young transgender adults who had undertaken puberty suppression and then cross-sex hormones and found no evidence of regret (de Vries et al., 2014).

However, a recent study found that approximately 30% of transgender adolescents and adults discontinued cross-sex hormone treatment within four years after commencing treatment (Roberts et al., 2022).

Research reviewed so far has focused on patients who were treated prior to the recent dramatic surge of gender dysphoria in the West that has occurred during the past 15–20 years (Aitken et al, 2015). This surge has been associated with changing demographics—especially an increase among adolescent females (Zucker, 2019). It is plausible that the recent and older cohorts differ in their detransition rates. To our knowledge, only two studies have explored the prevalence of detransition in recent clinical samples. The first study, a retrospective case-note review, identified a detransition rate of 6.9% from the 175 adult patients consecutively discharged from a national Gender Identity Clinic in the UK (Hall et al., 2021). The second study audited the data from 68 patients with a diagnosis of gender dysphoria from a primary care population in the UK. Of the 41 patients who began hormonal treatments, 20% stopped taking them, and 9.8% were categorized as detransitioning (Boyd et al., 2022).

Empirical problems preclude accurately estimating the prevalence of detransitioners outside of a few settings. Studies of transition regret have been small and have not used consistent outcome indices. Importantly, detransitioned patients are especially likely to be lost to follow-up.

### Motivations for Detransition and Desistance

An important distinction is between "core" and "non-core" detransition (Exposito-Campos, 2021). In core detransition, an individual stops identifying as transgender due to an internal shift in how they conceive of themselves. In contrast, non-core detransition is not motivated by internal doubts, but by external stressors such as transgender-related discrimination, family pressure, and financial or health barriers to gender related medical treatments (e.g., hormone replacement therapy). Although all varieties of desistance and detransition warrant further attention, core detransition has been especially controversial. Individuals who mistakenly view themselves as transgender, or who decide they are no longer transgender, may be unnecessarily burdened with harmful consequences of irreversible hormonal and surgical interventions. This is especially concerning because the fastest growing subgroup of gender dysphoric individuals seeking medical treatment comprises adolescents and young adults (Aitken et al., 2015; Zucker & Aitken, 2019).

Three recent studies using convenience samples explored reasons for detransition. Littman (2021) recruited 100 individuals (69% natal females) who had medically or surgically detransitioned, regardless of current gender identification. The most common reason participants gave for detransition



(60% of participants) was that they had become more comfortable with their natal sex. Other reasons included: medical concerns (49%); the belief that gender dysphoria was an expression of other problems (e.g., trauma or mental illness; 39%); the belief that gender dysphoria was caused by participants' inability to accept their own homosexual feelings (23%); and the experience of discrimination as trans persons (23%). The majority (55%) believed they had been inadequately evaluated, medically or psychologically, before they transitioned.

A second study recruited male and female detransitioners using the question, "Did you transition medically and/or socially and then stopped?" (Vandenbussche, 2022). Of the 237 participants, 92% were natal females. Reasons endorsed for detransition overlapped considerably with those in Littman's (2021) study. For example, the most frequently endorsed reason for detransition was that gender dysphoria "was related to other issues" (70%), followed by "health concerns" (62%). Other common reasons included feeling that transition did not help (50%), finding other ways to deal with gender dysphoria (45%), disliking the social changes accompanying transition (44%), and experiencing a change in "political views" (43%). "Resolution of gender dysphoria" was endorsed by 15% of Littman's subjects and by 34% of Vandenbussche's. Only 10% of this sample endorsed "discrimination" as a reason for detransition.

The third study differed substantially in both method and results from the other two reviewed in this section. Turban et al. (2021) analyzed data from a survey of 27,715 "transgender and gender diverse" adults that included several questions about detransition. Participants were recruited "through community outreach organizations" for a survey advertised as being "for all trans people age 16 and up" (https://www.ustranssurvey.org). Thus, persons no longer identifying as transgender would be excluded. Instead, currently transgender persons were asked the following questions: "Have you ever de-transitioned? In other words, have you ever gone back to living as your sex assigned at birth, at least for a while?" This study also differed from the other two in finding among detransitioners a slight majority of natal males (55%) rather than a large majority of natal females. Finally, and in contrast to the other studies, participants categorized as having detransitioned overwhelmingly endorsed "external" (82.5%) rather than "internal" reasons (15.9%) for detransition. External factors included social pressure such as "pressure from family and societal stigma." Internal factors included "fluctuations in or uncertainty regarding gender identity."

## Gender Dysphoria Typology and Detransition/Desistance

At least three types of gender dysphoria have been proposed in the clinical and research literature, although no taxonomy of gender dysphoria is universally accepted at present (Bailey & Blanchard, 2017; Zucker, 2019). Childhood-onset gender dysphoria occurs in both natal males and natal females. It typically begins early in childhood and is associated with both extreme childhood gender nonconformity and adult homosexuality. Autogynephilic gender dysphoria affects only males and is associated with autogynephilia, a natal male's sexual arousal by imitating females (especially by cross-dressing) or imagining himself as a female. Both childhood-onset gender dysphoria and autogynephilic gender dysphoria have been studied for several decades (Blanchard, 1989; Zucker, 2005; Zucker & Bradley, 1995).

In contrast, the third kind of gender dysphoria, ROGD, was unknown until recently (approximately the past decade) (Littman, 2018). Because ROGD is a new and controversial idea, there has been little empirical research on it. The limited research conducted so far (e.g., Diaz & Bailey, 2023a, b; Littman, 2018) is consistent with the following conceptualization: Adolescents and young adults without a childhood history of gender dysphoria and often with preexisting emotional problems come to believe that they have gender dysphoria. This belief typically progresses rapidly to adoption of transgender identity and the conviction that gender transition is urgent. ROGD is facilitated by social contagion, evidenced by the common occurrence of multiple affected youths in the same peer group. The syndrome appears to be especially common among natal females, who comprise approximately 75–80% of potential cases studied so far. ROGD may in some cases represent the confusion of underlying emotional and developmental difficulties as gender dysphoria. Finally, the surge of gender dysphoria cases during the past decade is plausibly due to ROGD, although this possibility is highly contentious (Ashley, 2020; French National Academy of Medicine, 2022; Shrier, 2020; WPATH, 2018).

The literature on treatment regret has focused on persons who likely experienced either childhood-onset or autogynephilic gender dysphoria. This is because these persons were treated before ROGD was noticed, and perhaps before ROGD existed at detectable levels. Thus, the generally positive results of these studies (i.e., low rates of regret) may not apply to those fitting the ROGD profile. Indeed, if ROGD is due to the misattribution of emotional and developmental difficulties to an underlying transgender status, these cases may have especially high rates of regret.

To study detransition/desistance across the different types of gender dysphoria, it is necessary to distinguish the different types accurately. Childhood-onset gender dysphoria is relatively easy to diagnose during childhood. After then, however, assessment relies on retrospective reports, which can be inaccurate for various reasons, including memory limitations and motivated distortion, especially exaggeration of childhood signs of gender dysphoria





(Lawrence, 2012; Littman, 2018). An additional complication is distinguishing between natal males with autogynephilic gender dysphoria and natal males whose gender dysphoria results from ROGD, as we have described it. To family members and friends, autogynephilic gender dysphoria may appear sudden, because the autogynephilic person has probably neither appeared gender nonconforming nor discussed sexual fantasies with them.

With these caveats in mind, childhood-onset gender dysphoria is supported to the extent that a gender dysphoric person provides consistent and persuasive evidence of extreme gender nonconformity during childhood. In these cases, childhood gender dysphoria is often but not always recalled. Autogynephilic gender dysphoria is indicated if a natal male admits being sexually aroused by cross-dressing or by the idea of having the body of a woman. ROGD is indicated for a natal female if childhood-onset gender dysphoria is absent, a rapid adolescent or young adult onset is evident. (The application of ROGD to natal males is more problematic, due to the possibility that males with apparently rapid onset have autogynephilia.) Additionally, evidence of social influences (e.g., experience with peers or social media advocating transgender identification) is more consistent with ROGD than either of the other two types.

## The Present Study

The present research explores the retrospective experiences of an Internet-recruited sample of formerly trans-identifying young adults. The following domains were assessed: motivations for the decision to adopt transgender identity; the course of mental health, psychological well-being, and gender dysphoria before, during, and after transgender identification; experiences with medical and social transition; and motivations for relinquishing a transgender identity. We also included measures intended to illuminate the extent to which our detransitioners and desisters can be understood as having had childhood-onset, autogynephilic, or rapid-onset gender dysphoria.

## Method

### Participants

Using social media, Internet sites, and word of mouth, we recruited persons ages 18–33 who had previously identified as transgender for a duration of least six months, stopped identifying as transgender, and had not identified as transgender for at least six months. Participants were surveyed about

their experiences before, during, and after transgender identification.

During the recruitment period, 78 individuals who met inclusion criteria completed online surveys. The following inclusion criteria were used: 18–33 years of age; residing in the USA; previous identification as transgender for at least 6 months; lack of current identification as transgender, with cessation of transgender identification at least six months prior to participation. "Transgender" was defined as including all gender identification that is not consistent with one's natal sex (including nonbinary, agender, enby, transgender, etc.). Ninety individuals were screened for eligibility with videoconference interviews, and five were ineligible. Three exclusions were due to transgender disidentification being too recent, one individual was not within the eligible age range, and another individual still identified as transgender. Eighty-five eligible individuals were provided with personalized one-time-use links to the online survey with assigned study identification numbers embedded into the surveys. The large majority (91.2%) of eligible individuals who received these links submitted responses.

## Procedure

Recruitment information was shared by email and social media with requests that individuals share the information with any person or community where there may be eligible individuals. Efforts were made to reach communities with differing perspectives about gender dysphoria, desistance, transition, and detransition. We contacted various organizations, individuals, and forums including: Pique Resilience Project, subreddits r/detrans and r/actual detrans, multiple individuals who have detransitioned, several individuals who are transgender, psychologists, psychiatrists, and therapists who work with gender dysphoric individuals and/or detransitioned individuals (including professionals who have worked at gender identity-affirming clinics), professional listservs for researchers and clinicians, the LGBT centers of two large universities, journalists, and more. Recruitment was open from 3/5/20 to 8/19/20 for a total of 5.5 months. The purpose of the study was described in the recruitment information, and participation was voluntary. Electronic consent was obtained before participants could view the survey questions. Data were collected through the Qualtrics Survey Platform without IP addresses.

The study was initially launched as an anonymous online survey that included screening questions that ended the survey if participants provided answers that were inconsistent with eligibility. Shortly after recruitment began, individuals began posting tweets to invite other people to take the survey with the goal of creating invalid results. This was followed by multiple tweets of individuals boasting that they submitted fake responses to the survey. In response to



the sabotage attempts, the study was modified to increase the security by adding a videoconference screening interview and the use of personalized one-time-use links to the survey. The current study includes only participants who completed videoconference screening interviews.

## Measures

A survey instrument including 114 questions was created with the input of 11 professionals (including both researchers and clinicians) and 3 detransitioners. In our description of the survey instrument below, we have prioritized general information about the content domains. More specific information about some measures is provided in the Results.

### Demographics

Participants answered demographic questions about their age, natal sex, race/ethnicity, educational attainment, political beliefs, and religiosity.

### Development and Onset

Participants recalled the ages when they began to identify as transgender and when this identification stopped. Duration of trans-identification was computed using these ages.

Eight items adapted from DSM-5 criteria (American Psychiatric Association, 2013) asked participants to recall symptoms of gender dysphoria experienced from age 3 through 11 years. Coefficient alpha for the composite scale was 0.81.

Participants were provided with a definition of rapid-onset gender dysphoria (Littman, 2018) and were asked whether the term fit their own experience. This item appeared as, "The term 'rapid-onset gender dysphoria' has been used to describe a situation where someone who did not have gender dysphoria during their childhood, appears to suddenly develop gender dysphoria during or after puberty. Does this description fit your experience?" Participants responded either "Yes," "Don't know," or "No." For some analyses reported herein, this response was made numeric (with "Don't know" considered intermediate between "Yes" and "No").

Several items inquired about experiences, thoughts, or feelings that happened over the course of three months prior to becoming gender dysphoric or trans-identified.

Several items asked about participants' sociopolitical attitudes. These included questions about the attitudes of participants' families, participants' current attitudes in general, and participants' attitudes about gay, lesbian, and transgender rights.

## Sexuality

**Sexual Orientation**  Sexual attraction to males versus females was assessed using the 7-point Kinsey scale with responses ranging from "exclusively sexually attracted to males" to "exclusively sexually attracted to females" (Kinsey et al., 1948). Numerically for the Kinsey scale, 0 represents exclusive other-sex attraction, 3 represents identical attraction to both sexes, 6 represents exclusive same-sex attraction, and 1, 2, 4, and 5 represent intermediate degrees of relative attraction to males and females. An additional option assessed absence of attraction to either cisgender males versus cisgender females. Participants were asked to rate their sexual attraction at three time points; before they identified as transgender, while they were identifying as transgender, and after they stopped identifying as transgender. In this paper, we restrict analyses to their most recent self-reported sexual orientation.

**Autogynephilia/Autoandrophilia**  Three items intended to measure autogynephilia for natal males (Blanchard, 1989) or autoandrophilia for natal females were included. (Currently, autoandrophilia is neither well researched nor well supported.) Two items were the same for both natal sexes: "Did you ever experience sexual arousal by dressing as the other sex in private?" and "Did you ever experience sexual arousal when fantasizing that you had the body of the other sex?" The third item differed appropriately for natal males and females: "Did you ever feel sexually aroused by the idea of being a woman? [for natal males]" and "Did you ever feel sexually aroused by the idea of being a man? [for natal females]." Items were scored dichotomously and summed so that scores ranged from 0 to 3. Cronbach's alpha for the autogynephilia and autoandrophilia scales was 0.58 and 0.76, respectively.

### Mental Health

**Psychiatric Diagnoses**  Participants were asked to indicate which of 13 psychiatric diagnoses they were given over the course of their lifetime and which of these psychiatric diagnoses they received before they started to identify as transgender. Psychiatric diagnoses listed included anxiety, attention deficit hyperactivity disorder (ADHD), autism spectrum disorder, bipolar disorder, borderline personality disorder, depression, eating disorders, history of pulling out hair, obsessive compulsive disorder (OCD), post-traumatic stress disorder (PTSD), schizophrenia or psychosis, selective mutism, Tourette's, and "other." The diagnoses were chosen because we expected that some (e.g., "anxiety" and "depression") were especially likely to be elevated among gender dysphoric persons, and others (e.g., "schizophrenia or psychosis") were otherwise important to assess. Some of these



Archives of Sexual Behavior (2024) 53:57–76

diagnoses, as listed (e.g., "schizophrenia or psychosis" and "anxiety"), did not strictly correspond with DSM-5 diagnoses (American Psychiatric Association, 2013).

**Gender Dysphoria**   Participants answered six items reflecting DSM-5 criteria for gender dysphoria (American Psychiatric Association, 2013), both for the period they identified as transgender and for the period after they stopped identifying as transgender. Cronbach's alphas for these scales were 0.69 and 0.77, respectively. Additionally, a single item assessed recalled severity of gender dysphoria symptoms on an eight-point scale from, "0" (participants didn't notice or barely noticed any distress) to "7" (participants' stress was so severe that it strongly interfered with their ability to function in their daily life). Participants rated this item for three time periods: before identifying as transgender, during the period of transgender identification, and after transgender identification ceased. The gender dysphoria-related items were not intended to provide a formal diagnosis, and two requirements were not assessed: whether symptom duration had lasted for at least six months and whether individuals were distressed or impaired by their symptoms. Because of these omissions, our estimates for gender dysphoria diagnostic status represent upper bounds (i.e., the maximum number of participants who could have met the criteria).

**Self-Harm**   Participants indicated whether they had engaged in self-harm (e.g., cutting, burning, or picking) for three periods: before, while, and after identifying as transgender.

**Flourishing**   The Secure Flourishing Measure (VanderWeele, 2017) was used to assess participant recalled general well-being at two points in time: while transgender identified, and after transgender identification. This measure consists of 12 questions answered on a scale of 0–10. Higher scores indicate higher levels of well-being. Cronbach's alphas for the two time periods were 0.86 and 0.84, respectively.

### Possible Psychosocial Influences

Several kinds of psychosocial experiences have been identified as potential causes of gender dysphoria, including the misinterpretation of psychological distress as gender dysphoria (Littman, 2018, 2021). These include negative life experiences during childhood and adolescence, peer influence, and Internet-related preoccupation.

**Recalled Childhood and Adolescent Negative Experiences**   Recalled childhood and adolescent trauma was assessed using ten items from the Adverse Childhood Experiences (ACE) scale (Felitti et al., 1998). These items are answered dichotomously and concern a variety of negative life events potentially experienced in the family (primarily

due to parental mistreatment) before age 18 years. Items were summed to create a composite score, and Cronbach's alpha for this scale was 0.73.

Recalled negative experiences prior to transgender identification were also assessed using 9 items (e.g., "Before you started to identify as transgender, did you experience bullying?"). With one exception ("Witnessing the abuse of a family member (including sibling, parent, cousin, etc.)"), these items did not focus on within-family maltreatment. Items were summed to create a composite score, and Cronbach's alpha for this scale was 0.71.

**Friendship Group Dynamics**   Several items asked about potential friendship group dynamics potentially relevant to the onset of transgender identification. For example, one item asked: "At the time you started to identify as transgender, did you belong to an online friend group or community where one or more friends became transgender-identified around the same time?".

**Internet Usage**   The Problematic and Risky Internet Use Screening Scale (PRIUSS) (Jelenchick et al., 2014) is a 23-item scale that assesses excessive and emotionally unhealthy Internet usage. The scale was used to retrospectively assess problematic Internet usage for two time periods: during the first six months of transgender identification and the six months prior to the survey. This scale does not focus on the content of Internet preoccupations (e.g., transgender-related), only on problematic Internet behavior per se. Composites were formed by summing all items for the relevant time. Coefficient alpha for the earlier time was 0.95, and it was 0.93 for the more recent time.

**Participants' Ratings of Psychosocial Influences**   Participants were asked to rate the importance of 39 potential psychosocial influences on their transgender identification on a scale from 1 (not at all important) to 5 (extremely important). We consider these questions individually in the Results.

### Transition Experiences

Participants indicated which steps they had taken toward social and medical transition. Furthermore, participants who had used cross-sex hormones provided information about where they obtained them and their experiences of the informed consent process.

### Detransition and Desistance

Participants indicated whether they felt most "authentic" before, during, or after transgender identification (or in more



than one of those periods). They also rated their likelihood of future transgender identification on a 5-point scale from "Extremely likely" to "Not at all likely."

## Results

After exclusions, participants included 78 individuals: 71 natal females and 7 natal males. Although we were keenly interested in possible differences between natal females and males, the small number of males meant that statistical power to test for such differences was very low. Thus, below we indicate only when such tests were statistically significant.

Regarding where they learned of the study, 45% ($N=35$) of participants indicated the r/Detrans subreddit, 32% ($N=25$) some other social media source, 10% ($N=8$) the Pique Resilience Project, 8% ($N=6$) from an acquaintance, and 5% ($N=4$) indicated some other, unnamed, source.

Participants' current age ranged from 18 to 33 years, ($M=24.89$, $SD=4.33$). The large majority of those who indicated their ethnicity identified as "white" ($N=63$, 81%); 10% ($N=8$) identified as multi-ethnic, 6% ($N=5$) as "Asian," and 3% ($N=2$) as "Hispanic." Regarding education, 36% ($N=28$) had acquired a college or graduate degree, 5% ($N=4$) an associate degree, 45% ($N=35$) had attended college without earning a degree, and 13% ($N=10$) had obtained a high school degree or equivalent. Only one individual had not graduated from high school.

We examined participants' past and present general socio-political attitudes. In general, these tended to be liberal. For example, 70% ($N=40$) of those who responded indicated that their childhood family environment was moderately or very liberal, compared with 23% ($N=16$) who described their family as moderately or very conservative. A similar pattern emerged in their descriptions of their own, adult politics, with 68% ($N=52$) describing themselves as moderately or very liberal, compared with 13% ($N=10$) as moderately or very conservative (and these were all moderate). Consistent with social liberalism, most participants indicated that religion was not very important, with 82% ($N=64$) agreeing that it was not at all or slightly important, compared with only 18% ($N=14$) who agreed that it was at least moderately important.

Attitudes toward gay and transgender rights are especially pertinent, and participants' attitudes about these were especially liberal: 86% ($N=67$) strongly supported gay marriage rights, and 91% ($N=71$) supported transgender rights. Only one person expressed opposition to either of these, opposing transgender rights.

## Detransition and Desistance Status

The survey defined "detransition" as stopping the usage of cross-sex hormones and/or having surgery to reverse previous

gender transition. (This is a narrow and stringent sense of "detransition" because it does not include cessation of social transition.) Most participants (68%, $N=53$) had taken at least one medical step toward transition and thus may be considered "detransitioners." Of this group, 23% ($N=18$) had undergone both some hormonal treatment and surgical intervention, 40% ($N=31$) had only undergone hormonal treatment, and 5% ($N=4$) had only had surgery. (We provide more detail about specific treatments below.) The minority of participants (32%, $N=25$) who had not received either hormonal or surgical interventions may be considered "desisters." All participants had taken at least one social transition step, and 83% had taken three or more.

## Development and Onset

### Gender Nonconformity

Participants completed a questionnaire regarding childhood gender nonconformity and dysphoria (with items corresponding to diagnostic criteria for DSM-5 Gender Dysphoria in Childhood, assessed for ages 3–11 years. Table 1 provides the endorsement frequencies of the eight items, in descending order. In general, the most frequently endorsed items assessed gender nonconformity: behaving as the other sex and rejection of sex-typical behavior. The least commonly endorsed items focused on gender dysphoria, dislike of one's body and desire to be the other sex.

Figure 1 presents the frequency distribution of summed scores across the eight items. The most common score (24.4%, $N=19$) was 0, indicating endorsement of none of the items. Only 7.7% ($N=6$) obtained the highest possible score, 8. The remainder of the sample was spread evenly across the scale, with points of rarity at 1 (only one item endorsed) and 7 (all but one item endorsed). Because we did not ask about two diagnostic requirements (duration of at

**Table 1** Diagnostic criteria endorsed for DSM-5 Gender Dysphoria in Childhood

| Item | N (%) participants endorsed |
| --- | --- |
| Strong preference for sex-atypical toys | 44 (56.4) |
| Strong rejection of sex typicality (i.e., masculinity for boys, femininity for girls) | 39 (50.0) |
| Desire to dress as other sex and/or resistance to dressing as natal sex | 35 (44.9) |
| Strong preference for cross-sex roles in play | 32 (41.0) |
| Strong preference for playmates of other sex | 25 (32.1) |
| Strong desire for other sex's physical attributes | 23 (29.5) |
| Strong dislike of sexual anatomy | 21 (26.9) |
| Strong desire to be other sex | 20 (25.6) |



Archives of Sexual Behavior (2024) 53:57–76



**Fig. 1** Frequency distribution of summed scores of DSM-5 diagnostic criteria for gender dysphoria in childhood

least six months and distress or impairment), at most 16.7% ($N = 13$) of participants could have met diagnosis of DSM-5 Gender Dysphoria in Childhood (endorsement of at least six of eight items).

### Rapid Onset

One survey item explained the term "rapid-onset gender dysphoria" (ROGD) and asked participants whether they believed it applied to them. Fifty-three percent ($N = 41$) of the sample answered "yes," 23% ($N = 18$) did not know, and 24% ($N = 19$) answered "no." After transforming this into a three-point numeric scale (from 0 = "No" to 2 = "Yes"), we examined its correlation with the self-reported childhood gender dysphoria scale. This correlation, $r(78) = -0.57$, $p < 0.0001$, indicated that those who reported greater childhood gender dysphoria were much less likely than those who reported less childhood gender dysphoria to believe that rapid-onset gender dysphoria applied to them.

Participants were asked whether, while becoming gender dysphoric or transgender-identified, any of five potential changes happened over the course of three months or less: (1) adopting the belief that "gender dysphoria" was the only explanation for preexisting feelings and emotions; (2) reinterpreting past feelings and behaviors to be consistent with gender dysphoria or transgender identity; (3) labeling of feelings and experiences as "gender dysphoria" or "transgender;" (4) considering past and current feelings and experiences as proof of being transgender; and (5) acquiring the belief that transition would be the solution to one's problems. On average, participants endorsed 4.22 (SD = 1.23) of the five items. Furthermore, the number of items endorsed was positively related to the numeric scale of whether respondents thought that rapid-onset gender dysphoria applied to them, $r(78) = 0.23$, $p = 0.044$.

Table 2 provides data on timing of when participants both started and stopped identifying as transgender. Perhaps surprisingly, age of first transgender identification was only weakly related to degree of childhood gender dysphoria, $r(78) = -0.17$, $p = 0.15$—although the direction of the association was in the intuitive direction, with greater childhood gender dysphoria predicting earlier transgender identification. Nor was participant's degree of agreement that their gender dysphoria was "rapid-onset" significantly associated with age at trans-identification, $r(78) = 0.01$, $p = 0.96$. The length of time during which participants were transgender-identified was significantly related to the degree to which they identified with "rapid-onset," $r(78) = -0.24$, $p = 0.03$, with endorsement of "rapid-onset" associated with shorter duration of transgender identification. Duration of transgender identification was also positively related to childhood gender dysphoria, $r(78) = 0.25$, $p = 0.03$.

### Sexual Orientation

#### Attraction to Males versus Females

Figure 2 presents the frequency distributions of current Kinsey scores, separately for male and female participants. Kinsey scores of 0 represent exclusive attraction to the other sex, and scores of 6 exclusive attraction to one's own sex; scores of 1–5 represent intermediate degrees of preference. Natal females' attraction patterns were strongly female-biased, with 43 participants indicating greater attraction to women than to men, and 16 indicating greater attraction to men. The most common Kinsey score among natal females was 6, indicating exclusive attraction to women. This score was endorsed by 43% ($N = 29$) of female respondents who answered this question.

**Table 2** Time course of trans-identification and desistance

|  | Mean (SD) | Range |
|---|---|---|
| Age first identified as transgender (years) | 17.12 (3.82) | 6–28 |
| Length of time identified as transgender (years) | 5.35 (3.31) | 1–14 |
| Age stopped identifying as transgender (years) | 22.46 (4.21) | 15–32 |
| Length of time since identifying as transgender (years) | 2.42 (2.24) | 0.5–12 |





**Fig. 2** Frequency distributions of Kinsey scores for natal females and natal males

Attraction patterns of natal males were also female-biased, with 3 of 7 participants indicating exclusive attraction to women. Importantly, no natal male endorsed exclusive or near-exclusive attraction to men (i.e., Kinsey scores of 6 or 5, respectively), suggesting that none of these participants would be considered homosexual by Blanchard's taxonomy.

In samples not recruited for being gender dysphoric, there is typically a correlation between recalled gender dysphoria/nonconformity and adult sexual orientation (Bailey & Zucker, 1995). In the current sample, the correlation between recalled childhood gender dysphoria and adult sexual orientation (i.e., Kinsey score) was $r(68) = -0.06$, $p = 0.60$ for females and $r(7) = 0.89$, $p = 0.007$ for males. In both cases, higher recalled gender dysphoria was associated with greater male attraction, although this correlation was statistically significant only for males.

### Autogynephilia and Autoandrophilia

On average, males agreed with at least two of the three autogynephilia items, and females one of the three autoandrophilia items, $M_M = 2.29$ (SD = 1.25), $M_F = 1.06$ (SD = 1.16), $d = 1.02$, $p = 0.009$. Only one item differed significantly: 6/7 males had experienced sexual arousal while cross-dressing, compared with 15/71 females, $\chi^2(1, N = 78) = 13.51$, $p = 0.0002$. Among natal females, there was a substantial negative correlation between autoandrophilia and Kinsey score, $r(68) = -0.39$, $p = 0.0009$, indicating that higher autoandrophilia scores were especially common among respondents more attracted to males.

## Mental Health Before, During, and After Transgender Identification

### Psychiatric Diagnoses

Table 3 presents the frequencies that participants said they had received the 13 psychiatric diagnoses before their transgender identification. The table also includes the lifetime frequencies of these diagnoses. (Lifetime diagnoses include all prior diagnoses.) The rate of any diagnosis was quite high, with only 5% ($N = 4$) of participants having none of the 13 diagnoses queried during their lifetime. The mean numbers of diagnoses from this list reported by participants

**Table 3** Frequency of psychiatric diagnoses before trans-identification and during lifetime

| Diagnosis | Before trans-identification $N$ (%) | Lifetime $N$ (%) |
|---|---|---|
| Anxiety | 47 (60.26%) | 62 (79.49%) |
| ADHD | 19 (24.36%) | 32 (41.03%) |
| Autism spectrum disorder | 7 (8.97%) | 17 (21.79%) |
| Bipolar | 9 (11.54%) | 17 (21.79%) |
| Borderline personality disorder | 3 (3.85%) | 8 (10.26%) |
| Depression | 49 (62.82%) | 62 (79.49%) |
| Eating disorder | 18 (23.08%) | 23 (29.49%) |
| Hair pulling | 8 (10.26%) | 8 (10.26%) |
| OCD | 14 (17.95%) | 15 (19.23%) |
| PTSD | 12 (15.38%) | 30 (38.46%) |
| Schizophrenia | 4 (5.13%) | 9 (11.54%) |
| Selective mutism | 1 (1.28%) | 2 (2.56%) |
| None of the above | 7 (8.97%) | 4 (5.13%) |
| Other | 4 (5.13%) | 11 (14.10%) |



were 2.46 ($MD = 2$; $SD = 1.97$) before transgender identification, and 3.65 ($MD = 4$; $SD = 1.98$) lifetime. The most common diagnoses, both before transgender identification and during the lifetime, were anxiety (60.26% before transgender identification and 79.94% lifetime) and depression (62.82% before transgender identification and 79.49% lifetime).

**Self-Harm** Participants also indicated whether they had engaged in self-harm during each of the three periods (before, during, and after transgender identification), and the frequency distributions for all participants are presented in Fig. 3. The lifetime rate of self-harm was high, 79% ($N = 62$). Natal females were more likely to have any history of self-harm (83%; $N = 59$) compared with natal males (43%; $N = 3$), Fisher's exact test $= 0.03$. Compared with both earlier periods, the period after cessation of transgender identification



**Fig. 3** Frequency distributions of self-harm for all participants for the periods before, during, and after trans-identification

was associated with markedly less self-harm, with 71%, 64%, and 23% of participants saying they had self-harmed before, during, and after transgender identification. Treating the dichotomous variable of harm as numeric (which is defensible for proportions that are not extreme; see Hellevik, 2009), the contrast between self-harm after transgender identification was significantly lower than the average of the other two periods, paired $t(77) = 8.85$, $p < 0.0001$, which did not differ, paired $t(77) = 1.09$, $p = 0.28$.

**Gender Dysphoria** We assessed gender dysphoria across time in two ways. In the first, we asked participants whether they agreed with six statements derived from DSM-5 criteria for Gender Dysphoria in Adolescents and Adults (e.g., "Did you feel a strong desire to be the opposite natal sex?"). These questions were asked both for the period during trans-identification and for the period since trans-identification ended. The frequency distribution for this variable is presented for these two periods in Fig. 4. There was a marked decrease in gender dysphoria from trans-identification, $M = 4.51$ ($SD = 1.59$) to after trans-identification, $M = 0.98$ ($SD = 1.52$), $d = 2.27$, paired $t(77) = 16.65$, $p < 0.0001$.

Strength of gender dysphoria was also assessed using a single item with responses ranging from 0 (no distress over natal sex) to 7 (distress severe enough to interfere with ability to function in daily life). Figure 5 shows frequency distributions for responses to this item for three periods: before trans-identification, during trans-identification, and after trans-identification. Dysphoria rose considerably in the sample after participants began identifying as trans and dropped drastically after trans-identification ceased. To analyze these trends properly, we conducted the following within-subjects analyses: Two orthogonal polynomial variables were constructed



**Fig. 4** Frequency distributions of the number of DSM-5 gender dysphoria participants met during trans-identification and after detransition/desistance



Archives of Sexual Behavior (2024) 53:57–76



**Fig. 5** Frequency distributions of participants' self-rated strength of gender dysphoria before, during, and after trans-identification

(Judd et al., 2017). The first, linear contrast, representing the decline in dysphoria from before trans-identification to after trans-identification, was 2.8 points, $t(60) = 10.7$, $p < 0.0001$. The second, quadratic contrast, comparing dysphoria during trans-identification to the average of the periods before and after trans-identification, was 2.3 points, $t(59) = 14.4$, $p < 0.0001$. Thus, participants' trans-identification phase was especially dysphoric, and their post-trans-identification phase especially non-dysphoric.

**Flourishing** Participants completed the Secure Flourishing Measure to assess general well-being, for two time periods: while they identified as transgender and after they stopped identifying as transgender. Figure 6 shows the frequency distributions of self-reported Flourishing during and after participants' trans-identification. On average, participants reported that after transgender identification ended Flour-

ishing increased by 2.55 points on a 10-point scale, $d = 1.49$, paired $t(57) = 9.26$, $p < 0.0001$.

### Possible Psychosocial Influences on Transgender Identification and Gender Dysphoria

Participants were asked to rate the importance of 39 potential psychosocial influences on their becoming trans-identified on a scale from "not at all important" (which we assigned a value of 1) to "extremely important" (5). Mean ratings are presented in Table 4 in descending order of magnitude. The item most closely related to conventional understanding of gender dysphoria, "Being born in the wrong body," obtained a mean rating of 2.89 (SD = 1.44), substantially lower than the highest-rated item, "Interpreting the feelings of trauma or a mental health condition as gender dysphoria" ($M = 3.96$, SD = 1.33) and also lower than 22 other potential influences. Endorsement of "Being born in the wrong



**Fig. 6** Frequency distribution of Flourishing for the periods during trans-identification and after detransition/desistance

body" was negatively correlated with the self-endorsement of rapid-onset gender dysphoria, $r(74) = -0.37$, $p = 0.001$. Even participants who did not believe that ROGD applied to them rated "Interpreting the feelings of trauma or a mental health condition as gender dysphoria" as slightly more relevant than "Being in the wrong body" to their transgender identification (ratings of 3.7 versus 3.6, respectively), although that difference was not statistically significant.

**Trauma** A common belief among clinicians who favor ROGD theory is that traumatic events can contribute to the occurrence of gender dysphoria (Evans & Evans, 2021; Withers, 2020). Participants completed the Adverse Childhood Experiences (ACE) checklist, a 10-item scale assessing the experiences of 10 putative traumatic factors prior to age 18. These items pertained to experiences within the home family. The mean score was 3.94 (SD = 2.34), which is relatively high. For example, in a large representative study conducted by the CDC, only 15.2% of women and 9.2% of men had scores as high as 4, the median and approximate mean of the current sample.

Participants also indicated whether they had experienced any of nine negative experiences likely to have been experienced more recently—although prior to transgender identification—and not necessarily within the home. Table 5 provides the frequencies for these items. The mean number of these experiences reported by participants was 3.60 (SD = 2.20).

The correlation between the self-reported number of adverse childhood experiences and the number of more recent negative experiences was high, $r(77) = 0.59$. Table 6 presents correlations for these two negative experiences scales with several potentially relevant variables. ACE scores were significantly associated with duration of trans-identification (higher ACE scores predicting longer duration), belief that "rapid-onset gender dysphoria" applies to oneself (higher ACE scores predicting less agreement), and number of mental disorders before trans-identification (higher ACE scores predicting more disorders).

**Peer Influences** Previous work identified unique friendship group dynamics associated with the onset of transgender identification. These included friendship groups mocking people who were not transgender-identified or LGBTIA and friendship groups where more than 50% of the friendship group became transgender-identified (Littman, 2018). Participants in the current study were asked if, at the time of transgender identification, they belonged to a friendship group where one or more members of the group became transgender-identified around the same time. The majority (60.3%) answered in the affirmative (with 24.4% referring to offline friendship groups, 14.1% referring to online friendship groups, and 21.8% referring to both). More than a third

of participants responded that the majority of their offline and online friends became transgender-identified (34.6% and 38.5%, respectively) and participants acknowledged that their offline and online friendship groups engaged in mocking people who were not transgender-identified (42.3% and 41.0%, respectively).

Hypotheses regarding social contagion of gender dysphoria have emphasized the idea that trans-identification often follows immersion in certain Internet sites with intense discussion of transgender phenomena, such as Tumblr (Littman, 2018). Participants completed the PRIUSS for two time periods. Participants' scores for the six-month period after they started to identify as transgender $M = 34.03$ (SD = 24.03) were substantially higher than those for the six-month period prior to the survey, $M = 19.34$ (SD = 14.72), $d = 0.83$, paired $t(76) = 7.86$, $p < 0.0001$. Furthermore, the average of earlier scores was substantially higher than the recommended cutoff for "problematic Internet usage," and the average of later scores was substantially lower than that cutoff. Participants' scores correlated substantially across the two time periods, $r(77) = 0.61$, despite the large drop in average scores, suggesting persistent individual differences in Internet usage. The correlation between participants' earlier PRIUSS score and the degree to which they endorsed the idea that rapid-onset gender dysphoria applied to themselves was low, $r(77) = -0.03$, $p = 0.77$, counter to predictions.

### Transition Experiences

**Social and Medical Transition Steps** We asked participants about social and medical steps they had taken during their transition. Table 7 presents these steps, separated by natal sex where appropriate. On average, participants had taken 3.62 of the social steps (SD = 1.05), and all had taken at least one. Most participants had used a different name, different pronouns, and had modified their appearance (clothes, hair, makeup). Most natal females had used a binder to give the impression of a flat chest. Nearly half had used a prosthetic penis (i.e., packer). Among natal males, the use of prosthetic breasts or female genitals (i.e., gaffs) were comparatively rare. The mean number of social steps taken by natal females, 3.61 (SD = 1.02), was greater than this number for natal males, 2.86 (SD = 1.07), $t(76) = 2.05$, $p = 0.043$. Regarding medical transition steps, all natal males and most natal females had used cross-sex hormones (estrogen and testosterone, respectively). Almost a third of natal females had undergone breast removal, a small number had their uterus or ovaries removed, and none had received phalloplasty. No natal males had undergone gender-affirming surgeries.

More than half (66.7%, $N = 52$) of the participants sought medical care to obtain cross-sex hormones and the majority of those seeking cross-sex hormones (92.3%, $N = 48$) received them. Four participants sought but did not receive



Archives of Sexual Behavior (2024) 53:57–76

**Table 4**  Ratings of importance of potential psychosocial influences on becoming transgender-identified and gender dysphoric

| Potential influence | Mean Importance (SD) |
|---|---|
| Interpreting the feelings of trauma or a mental health condition as gender dysphoria | 3.96 (1.33) |
| Internal feelings of misogyny (or misandry) | 3.87 (1.31) |
| Wanting to avoid how women (or men) are treated in society | 3.83 (1.38) |
| Exposure to other people's misogyny (or misandry) | 3.78 (1.37) |
| Self-hatred and wanting to be a completely different person | 3.78 (1.49) |
| Wanting to avoid sexual expectations or oversexualization | 3.77 (1.39) |
| Not fitting in with members of their natal sex | 3.69 (1.21) |
| Maladaptive coping mechanism | 3.69 (1.42) |
| Needing to figure out one's identity | 3.65 (1.16) |
| Trying to cope and avoid painful feelings | 3.61 (1.37) |
| Identifying with opposite-sex characters in books, movies, video games, etc. | 3.51 (1.50) |
| Believing that they were not good enough in the roles and behaviors expected of their natal sex | 3.37 (1.48) |
| Tumblr | 3.34 (1.42) |
| Believing that one was not feminine enough (if female) or masculine enough (if male) | 3.25 (1.44) |
| Not being interested in the things that most other members of natal sex were interested in | 3.23 (1.36) |
| Social influence | 3.18 (1.43) |
| It was an important part of identity development at the time | 3.18 (1.30) |
| Wanting to avoid feeling vulnerable to sexual predators | 3.16 (1.70) |
| A person known offline (in real life) | 3.16 (1.53) |
| Sexual trauma | 3.15 (1.65) |
| YouTube transition videos | 3.10 (1.58) |
| Sexual harassment | 2.97 (1.53) |
| Being born in the wrong body | 2.89 (1.44) |
| Love of or fascination with masculinity (if female) or femininity (if male) | 2.88 (1.41) |
| Difficulty accepting self as lesbian (if female), gay (if male), or bisexual | 2.86(1.65) |
| Social contagion | 2.84 (1.51) |
| A community of people met online | 2.83 (1.33) |
| A person met online | 2.79 (1.49) |
| YouTube transgender celebrities | 2.78 (1.58) |
| A group of people known offline (in real life) | 2.70 (1.68) |
| Desire to belong to a friend group | 2.66 (1.44) |
| A dating, romantic or sexual partner | 2.66 (1.64) |
| Perceptions of self and society that are related to being a person with Aspergers | 2.64 (1.76) |
| Perceptions of self and society that are related to being a person with autism | 2.64 (1.85) |
| Wanting to avoid the homophobia that would be experienced for being lesbian (if female), gay (if male) or bisexual | 2.55 (1.58) |
| Being bullied | 2.48 (1.36) |
| Sexual excitement when fantasizing about being the other sex | 2.42 (1.59) |
| Experiencing homophobic bullying | 2.29 (1.25) |
| Negative reaction to pornography | 2.28 (1.45) |
| Falling in love or liking (romantically) someone who is not attracted to people of one's own natal sex | 2.24 (1.59) |
| Peer pressure | 2.18 (1.48) |
| A school-based club or organization (like a GSA or University LGBT advocacy club) | 2.15 (1.45) |
| Reddit | 2.14 (1.47) |
| Wanting to be part of a social movement | 2.06 (1.34) |
| A therapist | 2.03 (1.42) |
| The desire to remain in an existing friend group | 1.96 (1.44) |
| Positive reaction to pornography (liking or being influenced by pornography) | 1.86 (1.30) |
| Cosplay community | 1.83 (1.40) |
| Exposure to high levels of hormones prenatally | 1.81 (1.15) |
| Not wanting to be part of the "oppressor group" | 1.80 (1.22) |



Archives of Sexual Behavior (2024) 53:57–76

**Table 4** (continued)

| Potential influence | Mean Importance (SD) |
| --- | --- |
| Thinking that their parents would be homophobic toward them | 1.71 (1.23) |
| A speaker who gave a presentation at school | 1.51 (1.19) |
| A Group therapy setting | 1.48 (1.15) |
| DeviantArt | 1.44 (0.88) |
| A family member | 1.29 (0.71) |
| A religious community | 1.20 (0.76) |
| A gaming community | 1.04 (0.21) |
| Community or friends at a summer camp | 1.02 (0.15) |

Mean importance score derived from scale 1 = "not at all important;" 2 = "somewhat important;" 3 = "moderately important;" 4 = "very important;" 5 = "extremely important." Responses of "N/A" were excluded. N/A responses were those that did not apply to a participant and so could not be rated for importance

**Table 5** Additional negative experiences recalled prior to trans-identification

| Traumatic experience | Number reporting experience | Percentage reporting experience |
| --- | --- | --- |
| Peer exclusion | 61 | 78.2 |
| Bullying | 50 | 64.1 |
| Sexual harassment | 44 | 56.4 |
| Homophobic bullying | 36 | 46.2 |
| Sexual abuse | 27 | 34.6 |
| Witnessing abuse of a family member | 24 | 30.8 |
| Abuse by dating partner | 17 | 21.8 |
| Rape | 15 | 19.2 |
| Attempted rape | 7 | 9.0 |

cross-sex hormones. Reasons included parental refusal (N = 3); participant decision not to obtain cross-sex hormones (N = 2) and refusal of the clinician to prescribe cross-sex hormones (N = 1).

Only 27.1% of participants informed the clinician or clinic that facilitated their transition that they had detransitioned.

**Informed Consent** Asked who provided cross-sex hormones, participants had most often consulted primary care physicians (41%), followed by psychiatrists who treat adults (19%), endocrinologists (18%), psychiatrists who treat children and adolescents (10%), social workers (12%), and nurse practitioners (8%). About 40% of participants had obtained cross-sex hormones at a clinic specializing in gender issues, with the remainder going to a general health clinic (27%), a private practice (14%), planned parenthood (5%), a private gender clinic (1%), or other sources. Participants who started cross-sex hormones continued to take them for a mean duration of 2.59 years (SD = 2.03).

Most (61.5%, N = 32) participants had obtained cross-sex hormones from clinical practices using the "informed consent" model of care. The other participants indicated either that the practice did not use informed consent (23.1%, N = 12) or that they were uncertain whether it did so (15.4%, N = 8). With respect to the adequacy of informed consent, most participants were informed about both risks (89.6%) and benefits (77.1%) of cross-sex hormones. However, many believed that the information provided was not adequate: 66.7% felt they were inadequately informed about risks and 31.3% felt this about benefits. Only one participant (2.1%) reported that a clinician provided information about treatment alternatives to cross-sex hormones (including the possibility of

**Table 6** Correlations with recalled negative experiences

| Variable | Correlation with childhood adverse experiences | | Correlation with later negative experiences | |
| --- | --- | --- | --- | --- |
| | r | p | r | p |
| Gender Dysphoria before trans-identification | 0.08 | 0.50 | 0.07 | 0.58 |
| Age at start of trans-identification | −0.09 | 0.41 | 0.10 | 0.39 |
| Duration of trans-identification | 0.41 | <0.001 | 0.25 | 0.03 |
| Agreement that ROGD applies to self | −0.23 | 0.04 | 0.04 | 0.72 |
| Number of mental disorders before trans-identification | 0.23 | 0.047 | 0.35 | 0.002 |
| Number of mental disorders, lifetime | 0.14 | 0.21 | 0.39 | <0.001 |



Table 7  Steps taken for social and medical transition

|  | N (%) |
|---|---|
| Social transition | |
| Different name | 68 (87.18%) |
| Pronouns | 71 (91.03%) |
| Clothes/Hair/Makeup | 73 (93.59%) |
| Natal female | |
| Binder | 63 (88.73%) |
| Prosthetic penis | 30 (42.25%) |
| Natal male | |
| Breast form | 1 (16.67%) |
| Gaff | 1 (16.67%) |
| Medical transition | |
| Puberty blockers | 2 (2.56%) |
| Hormones | 49 (62.82%) |
| Surgery | 22 (28.21%) |
| Natal female | |
| Testosterone | 42 (59.15%) |
| Breast removal | 21 (29.58%) |
| Uterus removal | 3 (4.23%) |
| Ovaries removal | 2 (2.82%) |
| Natal male | |
| Estrogen | 7 (100.00%) |
| Anti-androgen | 6 (85.71%) |
| Breast augmentation | 0 (0.00%) |
| Testes removal | 0 (0.00%) |
| Penis removal | 0 (0.00%) |
| Vaginoplasty | 0 (0.00%) |

not taking cross-sex hormones), and 75.0% of participants reported that they received inadequate information about these alternatives.

Participants were asked whether they were informed about scientific evidence regarding late-onset gender dysphoria. Fewer than one-tenth (8.3%) of participants indicated that they were informed by their clinician about the lack of long-term studies about natal females with late-onset gender dysphoria. Similarly, only 12.5% were informed that the risks, benefits, and outcomes for medical transition of late-onset gender dysphoric youth have not been well studied.

**Desistance and Detransition**

Participants were asked to rate the importance of 20 factors on the cessation of their transgender identification using a scale from "not at all important" (coded for analyses as 1) to "extremely important" (5). Mean ratings are reported in Table 8 in descending order of magnitude. The factors with the highest rating of importance were the participant's "own thought processes" ($M = 4.74$, SD $= 0.65$); "feeling that the causes for [their] gender dysphoria were more complicated than [they] previously understood them to be" ($M = 4.25$, SD $= 1.22$); and the participant's "personal definition of 'female' and 'male' changed and [they] now felt comfortable identifying as natal sex" ($M = 4.03$, SD $= 1.42$). Factors that might be described as external pressures to desist or detransition obtained the lowest ratings of importance scores, including "transphobia or discrimination while transgender identified" ($M = 1.46$, SD $= 0.84$); "pressure from family" ($M = 1.37$, SD $= 0.75$); "religion or religious beliefs" ($M = 1.15$, SD $= 0.61$); and "peer pressure" ($M = 1.11$, SD $= 0.48$).

Anecdotally, it is common for transgender individuals to report feeling most "authentic" following gender transition. We asked participants if they felt most authentic before identifying as transgender, while identifying as transgender, or after they no longer identified as transgender. (Participants could select more than one option). The overwhelming majority of participants (95%) reported feeling most authentic after detransition/desistance. Only 9% felt most authentic while identifying as transgender.

We asked participants to rate the likelihood that they might re-identify transgender in the future. Only three participants viewed this outcome as likely (one as "very likely" and two as "moderately likely"). The remaining participants indicated that this was somewhat unlikely (20.5%) or not at all likely (75.6%).

**Discussion**

Results of our exploratory and wide-ranging study of detransition and desistance among previously transgender-identified young adults are necessarily tentative. Our results suggest that the following applies to many of our participants: Adolescents and young adults struggling with mental health issues began to experience gender dysphoria—often suddenly and without prior history of gender issues. Subsequently these individuals identified as transgender. Transgender identification was not fleeting, but typically lasted for several years, and was associated with serious social and medical steps. All our informants took steps to socially transition, and most also obtained and used cross-sex hormones. An appreciable minority also had "gender-affirming" surgery. During transgender identification, gender dysphoria and general unhappiness increased considerably.

In our study, the factors most important to relinquishing a transgender identification were internal factors, such as participants own thought processes, changes in participants' personal definitions of male and female, and becoming more comfortable identifying as their natal sex. External factors such as discrimination and pressure from family were rated as least important. The greater importance of internal



**Table 8**  Ratings of importance of various factors to the cessation of transgender identification

|  | N | Mean (SD) |
|---|---|---|
| Participant's own thought processes | 78 | 4.74 (0.65) |
| Feeling that the causes of gender dysphoria were more complicated than participant previously understood | 75 | 4.25 (1.22) |
| Understanding of "female" and "male" changed so that participant now felt comfortable identifying as natal sex | 75 | 4.03 (1.42) |
| Feeling that "transgender" no longer fit participant | 73 | 3.86 (1.37) |
| Discovering a specific cause of gender dysphoria, such as trauma or a mental health condition | 71 | 3.68 (1.45) |
| Feeling uncomfortable with the transgender community | 74 | 3.45 (1.50) |
| Lack of improvement in mental health while identifying as transgender | 76 | 3.41 (1.46) |
| Change in participant's political or philosophical views | 71 | 3.25 (1.52) |
| Unmet expectations about life improvement | 73 | 3.04 (1.52) |
| Worsened mental health while identifying as transgender | 76 | 3.03 (1.62) |
| Resolution of strong emotions that led to transgender identification | 65 | 2.72 (1.43) |
| Transgender identification no longer served a purpose | 76 | 2.67 (1.33) |
| Dissatisfaction with physical changes from transition | 59 | 2.59 (1.49) |
| Wishing to return to cisgender | 69 | 2.46 (1.47) |
| Missing life from before coming out or transition | 70 | 2.19 (1.38) |
| Difficulty finding someone for a dating, romantic, or sexual relationship | 62 | 1.79 (1.38) |
| Transphobia or discrimination while transgender identified | 72 | 1.46 (0.84) |
| Pressure from family | 63 | 1.37 (0.75) |
| Religion or religious beliefs | 52 | 1.15 (0.61) |
| Peer pressure | 63 | 1.11 (0.48) |

Mean importance score derived from a scale where 1 = "not at all important"; 2 = "somewhat important"; 3 = "moderately important"; 4 = "very important"; 5 = "extremely important." "Not applicable" responses were excluded from counts, and so N represents the number of responses with numeric ratings

factors than external factors is consistent with the findings from other studies of detransitioners (Littman, 2021; Vandenbussche, 2022) and differs from results of studies of currently transgender-identifying individuals (James et al., 2016; Turban et al., 2021). After detransition and desistance, informants became much happier and much less gender dysphoric. They reported little inclination to regret detransition and desistance. Before elaborating these and other findings, we consider our study's scientific limitations.

**Limitations**

A methodologically near-ideal study of detransition and desistance would follow a randomly selected group of transgender-identified youth over time, assessing relevant factors (e.g., gender dysphoria, transition steps, current adjustment, and sexuality) repeatedly. Furthermore, to reduce distortions due to self-report bias, additional informants (e.g., parents and therapists) would be enlisted. This design would allow the estimation of the likelihood that transgender-identified individuals would take various transition steps, that their well-being would improve, and that they would detransition or desist—among other important potential findings. Furthermore, this design would allow exploration of which factors predict important later outcomes.

Our study deviated from the near-ideal design in several respects. Our sample of detransitioners and desisters was recruited by distributing announcements through social media and relevant Internet sites. Hence, we cannot know whether our informants were representative of detransitioners and desisters. Nor can we know how they differed from transgender-identifying individuals who have not detransitioned or desisted. Our study relied exclusively on detransitioners' and desisters' self-reports. Furthermore, informants were surveyed only once, but they reported on their own feelings and behavior across a wide range of time, from childhood through early adulthood.

Although our study's limitations seriously constrain our ability to answer some questions with certainty, they constrain us less in some other important domains. Obviously, our design does not allow us to estimate how common detransition and desistance are. Nor can we know which if any variables predict detransition and desistance. Some variables that we studied, including childhood gender dysphoria, negative life events, and current sexual orientation, may sometimes be inaccurately reported. Conclusions depending on these data are especially tentative. However, participants' experiences of gender dysphoria and of flourishing before, during, and after transgender identification are more likely to be accurately remembered. Other information provided



by respondents that we see little reason to question includes psychiatric diagnoses, Internet usage, social and medical transition steps, experiences obtaining cross-sex hormones, and experiences with informed consent.

A final reason why our study makes a valuable contribution is that little is currently known about detransitioners and desisters, especially during the recent past. Indeed, little is known about any aspect of gender dysphoria that begins after childhood, especially among natal females. This is true even though the incidence of adolescent-onset gender dysphoria among natal females has been briskly growing (Zucker, 2019). When little is known, imperfect research is often better than no research. It can provide provisional answers, better-informed hypotheses, and ideas for future research. In the remaining Discussion, we attempt to provide these.

## Who Are the Detransitioned?

Only a history of adopting and then relinquishing a transgender identity—the primary inclusion criteria for our study—was true of all participants. Some other, less uniform, trends were also evident. For example, participants were far more likely to be natal females than natal males. Some other kinds of gender dysphoria occur more often among natal males than among natal females (Bailey & Blanchard, 2017; Zucker et al., 2012). Despite the small number of natal male participants in our study, results suggested some important sex differences. Nearly all the natal male participants reported a history of sexual arousal while cross-dressing, a primary sign of autogynephilia. Autogynephilic gender dysphoria is one of two well-established types of gender dysphoria in natal males. The other type, homosexual gender dysphoria, occurs among natal males whose gender nonconformity (and usually gender dysphoria) is obvious during childhood and whose sexual attraction is exclusively toward other males. None of our male participants reported exclusive attraction to other males. Our results are consistent with the possibility that all the natal male participants were autogynephilic. Neither autogynephilia nor its gender-reversed version, autoandrophilia, has been established as an important cause of gender dysphoria among natal females.

Our participants reported seemingly high levels of previous mental problems. These usually predated transgender identification, with more than 90% of participants reporting a prior clinical diagnosis. Mean (and median) number of lifetime diagnoses exceeded 2. Unfortunately, we are not aware of good comparison estimates for representative samples of youth for the number of lifetime diagnoses. A large and epidemiologically representative 2005 study estimated that by age 75 about half of US adults will be diagnosed with a mental disorder (Kessler et al., 2005). The rates self-reported

in our study were already much higher than this, even though our participants were much younger than 75 years.

The sample also reported a high lifetime rate of self-harm: 83%. Unfortunately, again, we are unaware of a close comparison sample. A US cohort of adults younger than 30 years produced a rate of 19%. A more recent study of British adults found a lifetime rate of self-harm of 5% (Liu, 2023). A recent study of Norwegian university students found a lifetime rate of self-harm of 19.6%, much higher than the British sample but much lower than the present one.

One variable that did not allow generalization but instead suggested considerable divergence, is self-reported childhood gender dysphoria. Scores on the relevant measure were widely dispersed. The most common score was zero (i.e., no childhood gender dysphoria), but a considerable minority (30.8%, 24/78) of scores on that variable exceeded the middle of the scale. Validity of this variable is especially problematic because it relies on childhood memory, Furthermore, exaggerated memories of childhood gender nonconformity and dysphoria may be encouraged in both clinical and peer contexts (Littman, 2018). Thus, our results concerning childhood gender nonconformity are especially tentative. Future research would benefit by including reports of childhood behavior using additional informants (e.g., parents).

## Causes of Gender Dysphoria

Keeping in mind these caveats, what do our results suggest about causes of gender dysphoria in our sample? Approximately one-half of the sample endorsed the applicability of "rapid-onset gender dysphoria" (ROGD) to themselves, one-quarter was uncertain, and one-quarter disagreed with this application. This is consistent with the finding that most participants did not recall high levels of childhood gender dysphoria. Furthermore, those reporting lower degrees of childhood gender dysphoria were more likely to endorse an explanation of ROGD for themselves.

Two other aspects hypothesized to contribute to ROGD were surveyed: emotional turmoil unrelated to gender dysphoria, and social influence (Littman, 2018). Participants rated adjustment to mental health challenges and to trauma as more important causes than the feeling of "being born in the wrong body" as reasons for transgender identification (Table 4), although those who did not believe that ROGD applied to them rated them similarly. Regarding social influences, a substantial minority of participants reported previous immersion in peer groups with high levels of transgender identification. Furthermore, participants reported a high level of problematic Internet usage during the first six months of transgender identification.

We have noted that participants reported high levels of stress and trauma, and some believed these experiences were important in the development of their gender dysphoria.



Archives of Sexual Behavior (2024) 53:57–76

However, drawing causal conclusions about the role of trauma in causing psychological problems has been difficult in general. This is because there are often multiple possible explanations for associations between trauma and psychological problems (Bailey & Shriver, 1999). This difficult scientific issue cannot be resolved in this study.

Finally, the concept of rapid-onset gender dysphoria may be more valid for natal females than for natal males. Autogynephilic natal males may appear to have a rapid onset, but they are typically aware of autogynephilic arousal since puberty, when strong sexual feelings begin. To be sure, both autogynephilic males and ROGD females may, in principle, be socially influenced toward adopting a transgender identity. However, their underlying motivations differ.

### Transition Experiences

Our participants had undergone substantial gender transition. On average, participants identified as transgender for nearly five years (Md = 4 years). During this time, all participants took at least one step toward socially transition, such as name and pronoun changes, as well as changing their physical presentation; most participants took several steps. Most obtained cross-sex hormones, and a substantial minority also underwent serious surgeries: 30% of female participants had had their breasts removed. Although most participants recalled receiving information about the risks and benefits of cross-sex hormones, a majority did not feel the information they were provided about risks was adequate.

### Detransition and Desistance

Detransition and desistance were associated with marked improvements in psychological functioning. On several relevant measures—gender dysphoria, flourishing, and self-harm—participants indicated great improvement after they stopped identifying as transgender. These findings depend on retrospective self-report, but this seems appropriate.

Our study cannot resolve whether detransition and desistance caused these changes in our participants. It is possible, for example, that improvement in psychological functioning preceded detransition, or that detransition and improvement were both caused by a third factor. Participants believed that their detransition reflected realizations that they had mistaken ideas about gender dysphoria, lack of improvement during trans-identification, and changes in their self-conceptualizations (Table 8). They rejected family and peer pressure, transphobia, and religious beliefs as explanations of detransition.

One issue that we cannot resolve in this study is whether our participants are unique in respects that made them poor candidates for transition. Perhaps many or most youth who

have transitioned at similar ages—in our sample the mean was approximately 17 years—adjust well to their gender change. Our participants invested a great deal of their lives in their gender transitions—in terms of time, disruption, and serious social and medical steps. Thus, we do not believe that a principled case can be made that participants detransitioned because they were never gender dysphoric.

### Future Directions

Follow-up studies of gender dysphoric youth are urgently needed. Ideally, gender dysphoric youth should be recruited using a variety of sources, including social media, treatment facilities, gender clinicians, and parent groups. When possible, information should be obtained from multiple sources, especially youth and their parents. Results of both the present study and prior research support the desirability of collecting data on several important variables: childhood gender nonconformity and dysphoria, sexuality, psychiatric diagnoses, parental attitudes toward transition, transgender prevalence in peer groups, current gender dysphoria, and current psychological adjustment. Organizations providing clinical services to gender dysphoric youth have a particular obligation to follow these youth and assess their outcomes. Unfortunately, in North America at least, we see little evidence that this presently occurs.

### Conclusions

We surveyed a sample of young adults who previously identified as transgender but had detransitioned or desisted. Most participants were born female. Mental health issues, including prior diagnoses and a history of self-harm, were especially common. A history of gender dysphoria during childhood was reported by a nontrivial minority of participants. A slight majority believed their histories were consistent with rapid-onset gender dysphoria. Factors most associated with detransition were internal factors, reflecting psychological change, rather than external factors, such as family or social pressure. Detransitioned participants reported that they had become much less gender dysphoric, and much happier, than they were during their period of trans-identification.

**Supplementary Information** The online version contains supplementary material available at https://doi.org/10.1007/s10508-023-02716-1.

**Acknowledgements** At the time of the study's ethical approval, Dr. Littman was affiliated with the Brown University School of Public Health. Open access fees were provided by the Institute for Comprehensive Gender Dysphoria Research. The authors thank the Pique Resilience Project for their collaboration with the survey instrument creation and recruitment efforts and six colleagues for their valuable contributions to the survey instrument development.

**Funding** The authors did not receive support from any organization for the submitted work.



**Conflict of Interest** The authors declare that the research was conducted in the absence of any commercial or financial relationships that could be construed as a potential conflict of interest.

**Ethical Approval** This research was approved as exempt by the Brown University Human Research Protection Program (HRPP). The HRPP determined the original research protocol to be exempt from 45 CFR 46 regarding the inclusion of human participants in research. Two modifications were accepted with limited IRB review to determine that there were adequate provisions to protect the privacy of subjects and to maintain the confidentiality of data in accordance with 45 CFR 46.111(a)(7).

**Informed Consent** Electronic consent was obtained from all participants included in the study. On the first page of the online survey, participants were informed of the research purpose and potential risks and benefits of participating, that their participation was voluntary, and were presented with contact information for the researcher and for the Brown University's Human Research Protection Program. The research survey questions were displayed only if the participant clicked "agree" which indicated that the participant read and understood the information, were 18–33 years of age, and agreed to volunteer as a research participant for the study.

**Open Access** This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by/4.0/.

# References

4thwavenow. (2016). *In praise of gatekeepers: An interview with a former teen client of TransActive Gender Center.* https://4thwavenow.com/2016/04/21/in-praise-of-gatekeepers-an-interview- with-a-former-teen-client-of-transactive-gender-center/

Aitken, M., Steensma, T. D., Blanchard, R., VanderLaan, D. P., Wood, H., Fuentes, A., Spegg, C., Wasserman, L., Ames, M., Fitzsimmons, C. L., Leef, J. H., Lishak, V., Reim, E., Takagi, A., Vinik, J., Wreford, J., Cohen-Kettenis, P. T., de Vries, A. L. C., Kreukels, B. P. C., & Zucker, K. J. (2015). Evidence for an altered sex ratio in clinic-referred adolescents with gender dysphoria. *Journal of Sexual Medicine, 12*(3), 756–763.

American Psychiatric Association. (2013). *Diagnostic and statistical manual of mental disorders* (5th ed.). American Psychiatric Publishing.

Anonymous. (2017). Experience: I regret transitioning. *The Guardian.* https://www.theguardian.com/lifeandstyle/2017/feb/03/experience-i-regret-transitioning

Ashley, F. (2020). A critical commentary on 'rapid onset gender dysphoria.' *Sociological Review, 68,* 779–799.

Bailey, J. M., & Shriver, A. (1999). Does childhood sexual abuse cause borderline personality disorder? *Journal of Sex and Marital Therapy, 25,* 45–57.

Bailey, J. M., & Zucker, K. J. (1995). Childhood sex-typed behavior and sexual orientation: A conceptual analysis and quantitative review. *Developmental Psychology, 31,* 43–55.

Bailey, J. M., & Blanchard R. (2017). Gender dysphoria is not one thing. *4thWaveNow.* https://4thwavenow.com/2017/12/07/gender-dysphoria-is-not-one-thing/

Blanchard, R. (1989). The concept of autogynephilia and the typology of male gender dysphoria. *Journal of Nervous and Mental Disease, 177*(10), 616–623.

Boyce, B. (2021). https://www.youtube.com/c/BenjaminABoyce/videos

Boyd, I., Hackett, T., & Bewley, S. (2022). Care of transgender patients: A general practice quality improvement approach. *Healthcare* (p. 121). Multidisciplinary Digital Publishing Institute.

Callahan, C. (2018). Unheard voices of detransitioners. In H. Brunskell-Evans & M. Moore (Eds.), *Transgender children and young people: Born in your own body* (pp. 166–180). Cambridge Scholars Publishing.

D'Angelo, R., Syrulnik, E., Ayad, S., Marchiano, L., Kenny, D. T., & Clarke, P. (2021). One size does not fit all: In support of psychotherapy for gender dysphoria [Letter to the Editor]. *Archives of Sexual Behavior, 50*(1), 7–16.

Detrans Voices. (2022). https://www.detransvoices.org

de Vries, A. L., McGuire, J. K., Steensma, T. D., Wagenaar, E. C., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics, 134*(4), 696–704.

Dhejne, C., Lichtenstein, P., Boman, M., Johansson, A. L., Långström, N., & Landén, M. (2011). Long-term follow-up of transsexual persons undergoing sex reassignment surgery: Cohort study in Sweden. *PLoS ONE, 6*(2), e16885.

Diaz, S., & Bailey, J. M. (2023a). Rapid onset gender dysphoria: Parent reports on 1655 possible cases. *Archives of Sexual Behavior, 52,* 1031–1043. [Retracted Article: Rapid Onset Gender Dysphoria: Parent Reports on 1655 Possible Cases. Arch Sex Behav 52, 1031–1043 (2023). https://doi.org/10.1007/s10508-023-02576-9]

Diaz, S., & Bailey, J. M. (2023b). Rapid-onset gender dysphoria: Parent reports on 1,655 possible cases. *Journal of Open Inquiry in the Behavioral Sciences.* https://researchers.one/articles/23.10.00002v1

Entwistle, K. (2021). Debate: Reality check—Detransitioner's testimonies require us to rethink gender dysphoria. *Child and Adolescent Mental Health, 26*(1), 15–16.

Evans, S., & Evans, M. (2021). *Gender dysphoria: A therapeutic model for working with children, adolescents and young adults.* Phoenix Publications.

Expósito-Campos, P. (2021). A typology of gender detransition and its implications for healthcare providers. *Journal of Sex and Marital Therapy, 47*(3), 270–280.

Felitti, V. J., Anda, R. F., Nordenberg, D., Williamson, D. F., Spitz, A. M., Edwards, V., & Marks, J. S. (1998). Relationship of childhood abuse and household dysfunction to many of the leading causes of death in adults: The Adverse Childhood Experiences (ACE) study. *American Journal of Preventive Medicine, 14*(4), 245–258.

French National Academy of Medicine. (2022). *Medicine and gender transidentity in children and adolescents* [Press release]. https://www.academie-medecine.fr/la-medecine-face-a-la-transidentite-de-genre-chez-les-enfants-et-les-adolescents/?lang=en

Gender Care Consumer Advocacy Network. (2022). https://www.gccan.org

Hall, R., Mitchell, L., & Sachdeva, J. (2021). Access to care and frequency of detransition among a cohort discharged by a UK national adult gender identity clinic: Retrospective case-note review. *Bjpsych Open, 7*(6), e184.

Hellevik, O. (2009). Linear versus logistic regression when the dependent variable is a dichotomy. *Quality and Quantity, 43*(1), 59–74.

Herzog, R. (2017). The detransitioners: They were transgender until they weren't. *The Stranger.* https://www.thestranger.com/features/2017/06/28/25252342/the-detransitioners-they-were-transgender-until-they-werent



76                                           Archives of Sexual Behavior (2024) 53:57–76

James, S., Herman, J., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. A. (2016). *The Report of the 2015 US Transgender Survey*. National Center for Transgender Equality.

Jelenchick, L. A., Eickhoff, J., Christakis, D. A., Brown, R. L., Zhang, C., Benson, M., & Moreno, M. A. (2014). The Problematic and Risky Internet Use Screening Scale (PRIUSS) for adolescents and young adults: Scale development and refinement. *Computers in Human Behavior, 35,* 171–178.

Judd, C. M., McClelland, G. H., & Ryan, C. S. (2017). *Data analysis: A model comparison approach to regression, ANOVA, and beyond*. Routledge.

Kessler, R. C., Berglund, P., Demler, O., Jin, R., Merikangas, K. R., & Walters, E. E. (2005). Lifetime prevalence and age-of-onset distributions of DSM-IV disorders in the National Comorbidity Survey Replication. *Archives of General Psychiatry, 62*(6), 593–602.

Kinsey, A. C., Pomeroy, W. B., & Martin, C. E. (1948). *Sexual behavior in the human male*. Saunders.

Knox, L. (2019). Media's 'detransition' narrative is fueling misconceptions, trans advocates say. *NBC News*. https://www.nbcnews.com/feature/nbc-out/media-s-detransition-narrative-fueling-misconceptions-trans-advocates-say-n1102686

Lawrence, A. A. (2003). Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. *Archives of Sexual Behavior, 32*(4), 299–315.

Lawrence, A. A. (2006). Patient-reported complications and functional outcomes of male-to-female sex reassignment surgery. *Archives of Sexual Behavior, 35*(6), 717–727.

Lawrence, A. A. (2012). *Men trapped in men's bodies: Narratives of autogynephilic transsexualism*. Springer.

Littman, L. (2018). Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. *PLoS ONE, 13*(8), e0202330. https://doi.org/10.1371/journal.pone.0202330

Littman, L. (2021). Individuals treated for gender dysphoria with medical and/or surgical transition who subsequently detransitioned: A survey of 100 detransitioners. *Archives of Sexual Behavior, 50*(8), 3353–3369.

Liu, R. T. (2023). The epidemiology of non-suicidal self-injury: Lifetime prevalence, sociodemographic and clinical correlates, and treatment use in a nationally representative sample of adults in England. *Psychological Medicine, 53,* 274–282.

Marchiano, L. (2020). The ranks of gender detransitioners are growing. We need to understand why. *Quillette*. https://quillette.com/2020/01/02/the-ranks-of-gender-detransitioners-are-growing-we-need-to-understand-why/

McCann, T. (2017). When girls won't be girls. *The Economist*. https://www.economist.com/1843/2017/09/28/when-girls-wont-be-girls

Pfäfflin, F. (1993). Regrets after sex reassignment surgery. *Journal of Psychology and Human Sexuality, 5*(4), 69–85.

Pique Resilience Project. (2019). https://www.piqueresproject.com/

Post Trans. (2022). https://post-trans.com

r/detrans. (2019). *R/detrans subreddit survey update!* [Reddit]. https://www.reddit.com/r/detrans/comments/azj8xd/subreddit_survey_update/

r/detrans. (2020). [Reddit]. https://www.reddit.com/r/detrans/

Roberts, C. M., Klein, D. A., Adirim, T. A., Schvey, N. A., & Hisle-Gorman, E. (2022). Continuation of gender-affirming hormones among transgender adolescents and adults. *Journal of Clinical Endocrinology & Metabolism, 107*(9), e3937–e3943.

Shrier, A. (2020). *Irreversible damage: The transgender craze seducing our daughters*. Regnery Publishing.

Smith, J. (2021). Lesley Stahl defends CBS 60 Minutes episode about transgender people rushing into treatment then regretting it: Young man was castrated after taking female hormones for just three months. *Dailymail.com*. https://www.dailymail.co.uk/news/article-9621959/Lesley-Stahl-defends-CBS-60-Minutes-episode-transgender-teens-rushed-it.html

Stonewall. (2019). *Dispelling myths around detransition* [Press release]. https://www.stonewall.org.uk/about-us/news/dispelling-myths-around-detransition

Topping, A. (2020). UK court hears children cannot consent to puberty blockers. *The Guardian*. https://www.theguardian.com/society/2020/oct/07/court-hears-children-cannot-consent-to-puberty-blockers

Tracey, M. (2020). *Why all this trans stuff?* YouTube. https://youtu.be/r57wGbiK3U8

Turban, J. L., Loo, S. S., Almazan, A. N., & Keuroghlian, A. S. (2021). Factors leading to "detransition" among transgender and gender diverse people in the United States: A mixed-methods analysis. *LGBT Health, 8*(4), 273–280.

twitter.com/ftmdetransed, & twitter.com/radfemjourney. (2019). Our voices our selves—amplifying the voices of detransitioned women. In M. Moore & H. Brunskell-Evans (Eds.), *Inventing transgender children and young people* (pp. 167–174). Cambridge Scholars Publishing.

upperhandMARS. (2020). *Desist to exist as Chiara*. YouTube. https://www.youtube.com/watch?v=rLfTrTRnIRk

Valdes, L., & McKinnon, C. (2023). Taking detransitioners seriously. *The Atlantic*. https://www.theatlantic.com/ideas/archive/2023/01/detransition-transgender-nonbinary-gender-affirming-care/672745/

van de Grift, T. C., Elaut, E., Cerwenka, S. C., Cohen-Kettenis, P. T., De Cuypere, G., Richter-Appelt, H., & Kreukels, B. P. (2017). Effects of medical interventions on gender dysphoria and body image: A follow-up study. *Psychosomatic Medicine, 79*(7), 815–823.

Vandenbussche, E. (2022). Detransition-related needs and support: A cross-sectional online survey. *Journal of Homosexuality, 69,* 1602–1620.

VanderWeele, T. J. (2017). On the promotion of human flourishing. *Proceedings of the National Academy of Sciences USA, 31,* 8148–8156.

Wiepjes, C. M., Nota, N. M., de Blok, C. J. M., Klaver, M., de Vries, A. L. C., Wensing-Kruger, S. A., de Jongh, R. T., Bouman, M.-B., Steensma, T. D., Cohen-Kettenis, P., Gooren, L. J. G., Kreukels, B. P. C., & den Heijer, M. (2018). The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in prevalence, treatment, and regrets. *Journal of Sexual Medicine, 15*(4), 582–590.

Withers, R. (2020). Transgender medicalization and the attempt to evade psychological distress. *Journal of Analytical Psychology, 65*(5), 865–889.

World Professional Association for Transgender Health (WPATH). (2018). *WPATH position on "rapid-onset gender dysphoria (ROGD)"* [Press release]. https://www.wpath.org/media/cms/Documents/Public%20Policies/2018/9_Sept/WPATH%20Position%20on%20Rapid-Onset%20Gender%20Dysphoria_9-4-2018.pdf

YouTube. (2022). https://www.youtube.com/results?search_query=detransition

Zucker, K. J. (2005). Gender identity disorder in children and adolescents. *Annual Review of Clinical Psychology, 1,* 467–492.

Zucker, K. J. (2019). Adolescents with gender dysphoria: Reflections on some contemporary clinical and research issues. *Archives of Sexual Behavior, 48*(7), 1983–1992.

Zucker, K. J., & Aitken, M. (2019). Sex ratio of transgender adolescents: A meta-analysis. In *3rd Biennal EPATH Conference* (p. 48), Rome, Italy.

Zucker, K. J., & Bradley, S. J. (1995). *Gender identity disorder and psychosexual problems in children and adolescents*. Guilford Press.

Zucker, K. J., Bradley, S. J., Owen-Anderson, A., Kibblewhite, S. J., Wood, H., Singh, D., & Choi, K. (2012). Demographics, behavior problems, and psychosexual characteristics of adolescents with gender identity disorder or transvestic fetishism. *Journal of Sex and Marital Therapy, 38,* 151–189.

**Publisher's Note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312



Contents lists available at ScienceDirect

# Best Practice & Research Clinical Obstetrics and Gynaecology

journal homepage: www.elsevier.com/locate/bpobgyn



3

# Desire for children and fertility preservation in transgender and gender-diverse people: A systematic review



T.H.R. Stolk [a, b, c, *], J.D. Asseler [a, b, c], J.A.F. Huirne [b, c],
E. van den Boogaard [a, b, c], N.M. van Mello [a, b, c]

[a] Amsterdam UMC, Location Vrije Universiteit Amsterdam, Center of Expertise on Gender Dysphoria, De Boelelaan 1117, Amsterdam University Medical Centers, the Netherlands
[b] Amsterdam UMC, Department of Obstetrics & Gynaecology, Amsterdam, the Netherlands
[c] Amsterdam Reproduction and Development, Amsterdam, the Netherlands

Keywords:
Transgender persons
Gender dysphoria
Fertility
Fertility preservation
Parenthood
Systematic review

A B S T R A C T

The decision to pursue one's desire for children is a basic human right. For transgender and gender-diverse (TGD) people, gender-affirming care may alter the possibilities to fulfill one's desire for children due to the impact of this treatment on their reproductive organs. We systematically included 76 studies of varying quality describing the desire for children and parenthood; fertility counseling and utilization; and fertility preservation options and outcomes in TGD people. The majority of TGD people expressed a desire for children. Fertility preservation utilization rates were low as there are many barriers to pursue fertility preservation. The most utilized fertility preservation strategies include oocyte vitrification and sperm banking through masturbation. Oocyte vitrification showed successful outcomes, even after testosterone cessation. Sperm analyses when banking sperm showed a lower quality compared to cis male samples even prior to gender-affirming hormone treatment and an uncertain recovery of spermatogenesis after discontinuing treatment.

© 2023 The Authors. Published by Elsevier Ltd. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

* Corresponding author. Amsterdam UMC, location Vrije Universiteit Amsterdam, Center of Expertise on Gender Dysphoria, De Boelelaan 1117, Amsterdam University Medical Centers, the Netherlands.
E-mail addresses: t.h.stolk@amsterdamumc.nl (T.H.R. Stolk), j.d.asseler@amsterdamumc.nl (J.D. Asseler), j.huirne@amsterdamumc.nl (J.A.F. Huirne), e.vandenboogaard1@amsterdamumc.nl (E. van den Boogaard), n.vanmello@amsterdamumc.nl (N.M. van Mello).

https://doi.org/10.1016/j.bpobgyn.2023.102312
1521-6934/© 2023 The Authors. Published by Elsevier Ltd. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

EXHIBIT

14

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*                    *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

## Introduction

The decision to pursue one's desire for children is a basic human right. Historically, a multitude of assumptions, misjudgments, and legislations have led to underexposure of the importance of child wish and parenthood in transgender and gender-diverse (TGD) people. In most countries, laws required sterilization to obtain legal gender affirmation. Therefore, TGD people were obligated to choose between the right to make a decision about their legal identity and the right to have children. Even though the United Nations called to outlaw forced sterilization in 2013, there are still several countries holding on to these basic human rights violating laws. The foremost concern against the reproduction of TGD people was the psychological effect of TGD parents on the child. Although available data do not support these concerns and actually show good quality relationships between TGD parents and their children and good psychological adjustments, TGD parents still experience a lot of stigmatization and discrimination [1–4].

TGD people may seek gender-affirming medical care at any age. For TGD adolescents who present in early puberty (Tanner ≥2), their medical transition may consist of reversible puberty suppression (PS) with gonadotropin-releasing hormone (GnRH) agonists to alleviate distress caused by the (further) development of secondary sex characteristics induced by puberty [5]. TGD adolescents who receive PS show a lower odds of lifetime suicidal ideation than TGD adolescents who wanted PS but did not receive this [6]. In addition, PS prolongs time for gender clarification and to mentally mature without the distress of permanent secondary sex characteristic development. When TGD adolescents desire to continue their gender-affirming treatment, gender-affirming hormone treatment (GAHT) is introduced to develop the secondary sex characteristics that align with the preferred gender identity. As GAHT is partly irreversible, it is important that TGD adolescents have the mental capacity to give informed consent before starting GAHT. In some countries, GAHT is introduced when sufficient mental capacity to give informed consent is reached, usually around 15 years of age onward. In some countries, the age of legal adulthood is used to determine when to start GAHT.

Although GAHT alleviates symptoms of gender dysphoria, increases general well-being, and decreases rates of depression and suicidality [7,8], there are significant consequences for fertility that should be considered prior to medical transition. Furthermore, if gender-affirming surgery (GAS) is desired in adulthood, infertility is irreversible in the case of gonadectomy.

*Effects of hormone treatment on fertility in transgender and gender-diverse people assigned male at birth*

GAHT for assigned male at birth (AMAB) people consists of estrogen supplementation to achieve feminization. This is usually combined with androgen deprivation therapy until gonadectomy to achieve demasculinization. Examples of androgen deprivation therapy include spironolactone, mostly prescribed in the US, GnRH agonists, mostly prescribed in Europe, and previously cyproterone acetate, which is no longer recommended by the European medicines agency due to an increased risk for developing intracranial meningiomas [9].

In AMAB people, spermatogenesis is supported by testosterone from Tanner stage 3 onward. When serum testosterone levels are within cisgender female reference ranges, this leads to strong suppression of spermatogenesis [10]. However, complete spermatogenesis or tubules containing spermatozoa may still be present in tissues at GAS [11–14].

AS PS may be initiated from Tanner stage 2, spermatogenesis may not be present at the time TGD AMAB adolescents start their medical transition. When continuing GnRH agonists as androgen deprivation therapy as part of their GAHT later in life, these adolescents may never develop spermatogenesis. A recent study showed TGD AMAB adults who initiated medical treatment with PS in Tanner stage 2 or 3 only had immature germ cells present in their orchiectomy specimens after GAS [14].

Theoretically, serum testosterone concentrations will increase after the cessation of PS or GAHT and provide adequate circumstances for the restoration of spermatogenesis. However, it is unknown when this may occur. In a study of cisgender male adolescents treated for precocious puberty, spermarche was reported 0.7–3 years after termination of GnRH agonist therapy [15]. For TGD AMAB people, this remains unclear.

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*                    *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

*Effects of hormone treatment on fertility in transgender and gender-diverse people assigned female at birth*

GAHT for assigned female at birth (AFAB) people consists of testosterone to achieve masculinization. Oocyte maturation is dependent on the release of follicle-stimulating hormone (FSH) and luteinizing hormone (LH). Testosterone induces hypothalamic−pituitary−gonadal suppression, but LH and FSH are not completely inhibited [16,17]. Consequently, oocyte maturations are not always suppressed during testosterone treatment. Several studies showed that ovulations and pregnancies do occur among TGD people during testosterone treatment [16,18−20].

In TGD AFAB adolescents treated with PS, FSH and LH are reversibly inhibited. In cisgender AFAB adolescents treated with GnRH agonists for precocious puberty, LH and FSH arose back to normal after discontinuation [21], and long-term follow-up studies report a normal ovarian function [22], pregnancy rate, and outcome [23].

Currently, there are no long-term follow-up studies studying the effect of PS and testosterone on gonadal function and gametes. Histological studies at the time of GAS show normal histopathology similar to cisgender women [19,24], normal number, and distribution of the follicles. However, some changes in the cortical and stromal tissue [25,26] and polycystic ovarian morphology were described [27].

*Access to reproductive health care*

Several guidelines, including the World Professional Association for Transgender Health (WPATH), recommend to counsel all TGD people before starting any medical treatment on the impact on fertility and the fertility preservation (FP) options [28]. This is important as the desire for children may develop over time, while starting GAHT is a current priority for many TGD adolescents and young adults.

TGD people with the desire for children will sometimes require assisted reproductive technology (ART) using their fresh or banked gametes, including intrauterine insemination (IUI) or in vitro fertilization (IVF). Their reproductive plans may include the use of donor oocytes or sperm, or a gestational carrier. The European Society of Human Reproduction and Embryology (ESHRE) and the American Society for Reproductive Medicine (ASRM) stated that medically assisted reproduction for TGD people cannot be denied from a human rights perspective, and they do not support concerns that children are harmed from being raised by TGD parents [29,30]. Even though access to reproductive health care seems to be improving for TGD people, there are still a lot of barriers for TGD people to overcome.

The objective of this systematic review is threefold. Firstly, to describe the desire for children and parenthood in TGD people. Secondly, to describe fertility counseling and utilization. Thirdly, to describe different fertility preservation options and outcomes in TGD people.

**Methods**

*Literature review*

This review is reported according to the Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) [www.prisma-statement.org] [31].

*Search strategy*

To identify the relevant publications, we conducted systematic searches in the bibliographic databases PubMed, Embase.com, and APA PsycINFO from 2012 up to July 15, 2022, in collaboration with a medical information specialist. The year 2012 was chosen because the seventh edition of the WPATH standards of care emphasized the importance of discussing fertility. The following terms were used (including synonyms and closely related words) as index terms or free-text words:

"Fertility," "Fertility preservation," "Child wish," "Transgender persons."

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*          *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

The references of the identified articles were searched for relevant publications. All languages were accepted. Duplicate articles were excluded by a medical information specialist using Endnote X20.0.1 (Clarivatetm), following the Amsterdam Efficient Deduplication (AED) method [32] and the Bramer method[33].

The full search strategies for all databases can be found in Appendix A.

*Selection process*

Studies were included for data assessment if they met one of the following inclusion criteria: (i) desire for children in TGD people; (ii) TGD parenthood; (iii) fertility preservation counseling and utilization; and (iii) fertility preservation methods for TGD people. Determined exclusion criteria were (i) reviews; (ii) qualitative data; (iii) abstracts; and (iv) certain publication types: editorials, letters, legal cases, interviews, etc.

Two reviewers [Stolk (TS) and Asseler (JA)] independently screened all potentially relevant titles and abstracts as well as full texts for eligibility. Conflicts were resolved through discussion and, if necessary, by consulting a third person [van Mello (NM)].

*Data assessment*

Two reviewers (TS and JA) independently appraised the methodological quality of the included studies using the Joanna Briggs Institute (JBI) critical appraisal tools [34] for cohort studies, analytical cross-sectional studies, and case series. Case reports were not appraised.

**Results**

*Search results*

The literature search generated a total of 2641 references: 937 in PubMed, 967 in Embase. com, and 737 in APA PsycINFO. After removing duplicates of references that were selected from more than one database, 1801 references remained. A flow chart of the search and selection process is presented in Fig. 1.

*Sample description*

We included 76 papers in total. The 76 studies came from 16 different countries; 35 from the US, 7 Belgium, 7 Israel, 4 the UK, 3 Australia, 3 the Netherlands, 2 Canada, 2 Sweden, 1 Brazil, 1 France, 1 Germany, 1 Japan, 1 Mexico, 1 New Zealand, 1 Thailand, and 1 Turkey.

Because of the large number of papers included in this systematic review, we chose to display the results in three parts in line with our objectives: (1) desire for children and parenthood, (2) fertility counseling and utilization, and (3) fertility preservation options and outcomes.

For our first objective, 19 studies were included that described a desire for children and parenthood, 14 about TGD adults, and 6 about TGD adolescents (Tables 1 and 2). Of these 19 studies, 78% were cross-sectional studies. We included another 5 papers about pregnancy (Table 6). For our second objective, 22 studies were included that described fertility counseling and utilization, 13 about TGD adults, and 9 about TGD adolescents. Of these studies, 45% were cross-sectional and 41% retrospective chart reviews (Tables 3 and 4). For our third objective, 36 studies were included that described fertility preservation options. A total of 17 papers discussed oocyte cryopreservation; 59% case reports and 41% retrospective studies (Table 5). Three papers discussed ovarian tissue cryopreservation, of which 2 were observational-prospective studies and 1 was a cross-sectional study (Table 7). Thirteen papers discussed semen cryopreservation, 61% retrospective (Table 8). Three papers reported on testicular tissue

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*   *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*



**Fig. 1.** Flowchart of the search and selection procedure of studies.

**Table 1**
Desire for children in TGD adolescents.

| Author (year) country | Study design | Study period (years) | Sample size, population | Mean age ± SD/median age (range) (years) | Objectives | Outcomes |
|---|---|---|---|---|---|---|
| Chen et al. (2018) USA [35] | Online survey | 2016 | N = 156 TGD adolescents (16.7% AMAB, 83.3% AFAB) interested in cisgender males 9 participant received GAHT | 16.1 ± 0.97 | To study reproductive desires of TGD adolescents who may seek GAHT | Desire for children 48.7% interested in adoption: 70.5% |
| Chiniara et al. (2019) Canada [36] | Cross-sectional | 2016–2017 | N = 79 adolescents N = 64 AFAB 52% had PS and 35% GAHT N = 15 AMAB 87% had PS and 53% GAHT | AFAB 70% between 16 and 18 AMAB 60% between 16 and 18 | To investigate the views of TGD adolescents concerning fertility preservation and reproductive and life priorities. | Desire for children: 66% AFAB, 67% AMAB Biological relatedness: 9% AFAB and 7% AFAB Interested in adoption: 72% AFAB, 80% AMAB |
| Komorowski et al. (2021) USA [38] | Retrospective chart study | 2012–2017 | N = 67 TGD adolescents (22 AMAB and 45 AFAB) | 15 | Characterize the epidemiology and differences in fertility counselling, referral, and utilization of FP between AMAB and AFAB TGD adolescents. | Desire for children: 56% Biological relatedness: 24% |
| Strang et al. (2018) USA [37] | Prospective pilot trial | NA | N = 25 TGD adolescents | 16 (12–19) | To assess TGD youth attitudes regarding (1) the potential impact of gender-affirming hormone therapy on fertility and (2) fertility preservation options. | Desire for children: 54% Biological relatedness: 9.1% |
| Persky et al. (2020) USA [41] | Cross-sectional survey study | 2017 | N = 66 TGD adolescents 59% had received GAHT | 16.8 ± 2.1 | To understand TGD adolescents toward FP decision-making. | Biological relatedness: 20% |
| Morrison et al. (2020) USA [42] | Cross-sectional survey study | 2016–2017 | N = 23 TGD adolescents and young adult (17AFAB, 5AMAB) 18/ 23 received PS or GAHT | 16.2 ± 2.5 | Characterize the knowledge about fertility and attitudes about future parenthood in a sample of TGD youth. | Interested in adoption: 70% |
| Langer et al. (2020) USA [39] | Cross-sectional, survey study | 2019–2020 | N = 21 TGD adolescents AFAB N = 217 cisgender adolescents AFAB | 16.06 ± 1.87 Between 13 and 19 | To describe fertility desires in healthy adolescent females and to explore associations of fertility desire with conditions and therapies potentially compromising fertility. | Desire for children TGD vs. cisgender: (67% vs. 93%, P < 0.001) |

SD: standard deviation.
NA: not applicable.
TGD: transgender and gender-diverse.
AFAB: assigned female at birth.
AMAB: assigned male at birth.
GAHT: gender-affirming hormone therapy.
FP: fertility preservation.

6

**Table 2**
Desire for children in TGD adults.

| Author (year) country | Study design | Study period (years) | Sample size, population | Mean age ± SD/median age (range) (years) | Objectives | Outcomes |
|---|---|---|---|---|---|---|
| Alpern et al. (2022) Israel [43] | Prospective cohort study | 2017–2019 | N = 188 TGD adults N = 79 TGD AMAB N = 81 TGA AFAB | 27.8 ± 7.78 26.68 ± 7.46 | To assess the fertility aspirations and fertility preservation rates among TGD people of reproductive age, and to identify factors affecting their decisions of whether or not to preserve fertility. | Desire for children: children 61.7% AFAB and 67.4% AMAB |
| Auer et al. (2018) Germany [47] | Cross-sectional multicenter questionnaire study | 2013–2016 | N = 99 TGD AMAB N = 90 TGD AFAB. Of these, 26 of each sex were just about to start about medical treatment | No GAHT: TGD AMAB:41 (26.25 –47.75) TGD AFAB: 25 (20 –32.5) With GAHT: TGD AMAB:41 (31–51) TGD AFAB: 33 (24.75 –37) | To study how the desire for children and the use of fertility preservation options varies among TGD people AMAB and AFAB in different transitioning stages in Germany | Desire for children: AMAB: 65.4% prior GAHT vs. 69.9% during GAHT AFAB: 53% prior GAHT vs. 46.9% during GAHT Parents: 31.5% AFAB and 10.9% AMAB |
| Defreyne et al. (2020) Belgium [48] | Online survey | 2017 | N = 254 AMAB TGD people | 43.0 (31.0–53.0) | To study parental desire in a nonclinical sample AMAB TGD people. | Desire for children: 22.5% TGD parents: 32.9% |
| Defreyne et al. (2020) Belgium [49] | Online survey | 2017 | N = 172 AFAB TGD people | 24.0 (20.0–29.0) | To study parental desire in a nonclinical sample AFAB TGD people. | Desire for children: 39.0% TGD parents: 9.3% |
| Durcan et al. (2022) Turkey [52] | Cross-sectional comparative study | 2021 | N = 171 TGD adults (110 AFAB and 61 AMAB) N = 243 matched cisgender volunteers (142 AMAB 101 AFAB) | TGD: 26 (23–32) Cisgender: 26 (24–30) | Quantitatively display fertility desire from the perspective of TGD individuals. | Same fertility desire in TGD people compared to cisgender people. |
| Mattawanon et al. (2021) Thailand [53] | Cross-sectional study | 2019 | N = 303 TGD adults AMAB | 25 (IQR 21–29) | To explore the desires and barriers to fertility preservation among TGD AMAB in Thailand. | Desire for children: 30.4% |
| Mattelin et al. (2022) Sweden [55] | Retrospective cohort study | 2013–2018 | N = 78 TGD AMAB N = 164 TGD AFAB | 24.4 ± 6.6 23.9 ± 5.8 | Which factors influence the decision to cryopreserve oocytes and sperm. | Desire for children: 69.5% AFAB and 82.1% AMAB |
| | | 2019–2020 | | 27.6 ± 8.2 | | Desire for children: 59.9% (continued on next page) |

7

**Table 2** (continued)

| Author (year) country | Study design | Study period (years) | Sample size, population | Mean age ± SD/median age (range) (years) | Objectives | Outcomes |
|---|---|---|---|---|---|---|
| Morong et al. (2022) USA [45] | Multicenter cross-sectional study | | N = 80 TCD adults (13 AMAB and 64 AFAB) | | Assess parenting intentions, knowledge and attitudes regarding fertility preservation, and barriers to achieving parenthood in TCD adults. | Desire for children: 18.4% Parents: 24.4% |
| Riggs et al. (2016) Australia [51] | Online survey | 2014 | N = 160 TCD adults | With children: 45.15 ± 11.04 Without children: 33.07 ± 11.21 | To explore parenting in TCD people. | Desire for children: without children: 18.8% with children: 33.6% Parents: 18.6% |
| Riggs et al. (2018) Australia [50] | Mixed method | 2018 | N = 409 TCD adults | 28.54 ± 11.25 | To explore genetic relatedness, GAHT, fertility preservation utilization relation to fertility in TGD people, and what influences decision-making. | |
| Wierckx et al. (2012) Belgium [46] | Cross-sectional questionnaire study | 1987 and 2009 | N = 50 TCD AFAB | 37 ± 8.2 (22–54) | To provide data on reproductive wishes of TGD AFAB people after GAS. | Desire for children: 54% Parents: 22% |
| Salinas-Quiroz et al. (2019) Mexico [54] | Online survey | 2015 | N = 88 TCD people | NA | Examine parenting aspiration among a sample of LGBTQ community in Mexican. | Desire for children: 36% |
| Silva et al. (2022) Brazil [57] | Web-based cross-sectional survey study | 2014–2015 | N = 670 | NA | To describe general characteristics of TCD parents, highlight aspects of their relationship with their children, and explore experiences with discrimination, compared with transgender nonparents. | Parents: 6.6% |

NA: not applicable.
TGD: transgender and gender-diverse.
AFAB: assigned female at birth.
AMAB: assigned male at birth.
GAS: gender-affirming surgery.

8

**Table 3**
Fertility preservation counseling and utilization TCD adolescents.

| Author (year) country | Study design | Study period (years) | Sample size, population | Mean age ± SD/median age (range) (years) | Objectives | Outcomes |
|---|---|---|---|---|---|---|
| Chen et al. (2017) USA [58] | Retrospective chart review | 2013–2016 | N = 105 TGD adolescents (28AMAB, 77 AFAB). | 16.5 (14.2–20.6) | Describe fertility preservation utilization by TGD adolescents | All had fertility counseling |
| Chiniara et al. (2019) Canada [36] | Cross-sectional questionnaire study | 2016–2017 | N = 79 adolescents N = 64 AFAB 52% had PS and 35% GAHT N = 15 AMAB 87% had PS and 53% GAHT | AFAB 70% between 16 and 18 AMAB 60% between 16 and 18 | To investigate the views of TGD adolescents concerning fertility preservation and reproductive and life priorities. | All had fertility counseling 0% fertility preservation utilization |
| Segev-Becker et al. (2020) Israel [59] | Retrospective chart review | 2013–2018 | N = 106 TGD adolescents (47 AMAB, 59 AFAB) | 15.5 (4.6–18.5) | To describe patient characteristics at presentation, management, and fertility preservation rates among TGD adolescents. | Fertility counseling: 90% Fertility preservation utilization: 16% (14 AMAB, 3 AFAB) |
| Nahata et al. (2017) USA [60] | Retrospective chart review | 2014–2016 | N = 73 TGD adolescents (50 AFAB, 23 AMAB) | AFAB: 15.0 (9–18) AMAB: 16.0 (14–18) | To examine the rates of fertility counseling and utilization of fertility preservation among TGD adolescents. | Fertility counseling: 98.6% Fertility preservation utilization: 9% |
| Nahata et al. (2020) USA [40] | Cross-sectional questionnaire study | NA | N = 44 TGD adolescents 81% AFAB | 16.30 ± 1.84 | To examine attitudes toward fertility/parenthood; and self-reported counseling experiences and fertility preservation in TGD adolescents. | Fertility preservation utilization: 2.7% (2 AMAB) |
| Cooper et al. (2022) USA [62] | Retrospective review study | 2015–2019 | N = 132 TGD adolescents before PS/GAHT | 15.7 AMAB 15.5 AFAB | Assess fertility preservation utilization interest among TGD adolescents and young adults. | Fertility counseling: 88% Fertility preservation utilization: 6.8% (6 AMAB, 2 AFAB) |
| Brik et al. (2019) The Netherlands [61] | Observational study | 2011–2017 | N = 35 TGD AMAB adolescents | 14.8 ± 1.9 | To examine the rate of attempted fertility preservation TGD AMAB adolescents who started GnRH agonist treatment. | 91% fertility counseling |
| McCallion et al. (2021) UK [65] | Retrospective chart review | 2011–2019 | N = 91 TGD adolescents (65% AFAB, 35% AMAB) before start of PS | 14.6 (8.8–17.6) | Explore the uptake of the fertility preservation service. | Fertility preservation utilization: 6.25% (5 AMAB, 1 AFAB) |
| | Retrospective chart study | 2012–2017 | N = 67 TGD adolescents (22 AMAB and 45 AFAB) | 15 | Characterize the epidemiology and differences in fertility | (continued on next page) |

9

**Table 3** (continued)

| Author (year) country | Study design | Study period (years) | Sample size, population | Mean age ± SD/median age (range) (years) | Objectives | Outcomes |
|---|---|---|---|---|---|---|
| Komorowski et al. (2021) USA [38] | | | | | counseling, referral, and utilization of fertility preservation between AMAB and AFAB TGD adolescents. | Fertility preservation utilization: 3.0% (2AMAB) |
| Pang et al. (2020) Australia [64] | Retrospective chart review | 2003–2017 | N = 102 TGD adolescents (49 AFAB and 53 AMAB) | 15.6 (10.8–18.3) | To examine fertility preservation use among TGD adolescents. | All received FP counseling 0 AFAB pursued FP 62% AMAB pursued FP (22 via masturbation and 11 via TESE) |
| Wakefield et al. (2019) USA [63] | Retrospective chart review | 2010–2017 | N = 66 TGD adolescents and young adults (28 AMAB and 38 AFAB) | 16.8 ± 3.2 (7–25) | To examine fertility discussion and referral in nonmetropolitan youth. | Fertility counseling: 78.8% Referral: 11 Utilization: 2 AMAB |

SD: standard deviation.
NA: not applicable.
TGD: transgender and gender-diverse.
AFAB: assigned female at birth.
AMAB: assigned male at birth.
GAHT: gender-affirming hormone therapy.
FP: fertility preservation.

10

**Table 4**
Fertility preservation counseling and utilization in TGD adults.

| Author (year) country | Study design | Study period (years) | Sample size, population | Mean age ± SD/median age (range) (years) | Objectives | Outcomes |
|---|---|---|---|---|---|---|
| Morong et al. (2022) USA [45] | Cross-sectional Multicenter study | 2019–2020 | N = 80 TGD adults (13 AMAB and 64 AFAB) | 27.6 ± 8.2 | Assess parenting intentions, knowledge and attitudes regarding fertility preservation, and barriers to achieving parenthood in TGD adults. | Fertility counseling 50% |
| Ker et al. (2021) New Zealand [69] | Online survey | 2018 | N = 1178 TGD people N = 419 received GAHT or GAS | 29.5 | Examine fertility preservation information and services in Aotearoa New Zealand. | Fertility counseling 33.7% Fertility preservation utilization: 15.8% |
| Defreyne et al. (2020) Belgium [48] | Online survey | 2017 | N = 254 AMAB TGD people | 43.0 (31.0–53.0) | To study parental desire in a nonclinical sample AMAB TGD people. | Fertility counseling 50.6% Fertility preservation utilization: 8.7% |
| Defreyne et al. (2020) Belgium [49] | Online survey | 2017 | N = 172 AFAB TGD people | 24.0 (20.0–29.0) | To study parental desire in a nonclinical sample AFAB TGD people. | Fertility counseling 36.5% Fertility preservation utilization: 9% |
| Riggs et al. (2018) Australia [50] | Mixed method | 2018 | N = 409 TGD adults | 28.54 ± 11.25 | To explore genetic relatedness, GAHT, fertility preservation utilization relation to fertility in TGD people, and what influences decision-making. | Fertility preservation utilization: 15.8% Fertility preservation utilization: 7% |
| Vyas et al. (2021) USA [55] | Cross-sectional follow-up survey | 2019 | N = 70 TGD adults (34% AFAB, 66% AMAB) | 38.5 ± 16.8 at follow-up | To query TGD people their desire for fertility preservation, perceived barriers to access care, and decisional regret. | Fertility preservation utilization: 6% Parents: 30% |
| Mattawanon et al. (2021) Thailand [53] | Cross-sectional study | 2019 | N = 303 TGD adults AMAB | 25 inter quartile range (21–29) | To explore the desires and barriers to fertility preservation among TGD AMAB in Thailand. | Fertility preservation utilization: 5.3% |
| Rogers et al. (2021) UK [70] | Retrospective study | 2015–2020 | N = 3667 TGD adults (67.2% AMAB, 28.7% AFAB) | (10 – 85) | To formally categorize the reasons that TGD people do and not store gametes prior to hormonal treatments. | Fertility preservation utilization: 4.4% |
| Auer et al. (2018) Germany [47] | Cross-sectional multicenter questionnaire study | 2013–2016 | N = 99 TGD AMAB N = 90 TGD AFAB. Of these, 26 of each group were just about to start medical treatment. | No GAHT: TGD AMAB:41 (26.25 –47.75) TGD AFAB: 25 (20 –32.5) With GAHT: TGD AMAB:41 (31–51) | To study how the desire for children and the use of fertility preservation options varies among TGD people AMAB and AFAB in different transitioning stages in Germany. | Fertility preservation utilization: 2.6% (3 AMAB and 2 AFAB |

(continued on next page)

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*          *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

**Table 4** (continued)

| Author (year) country | Study design | Study period (years) | Sample size, population | Mean age ± SD/median age (range) (years) | Objectives | Outcomes |
|---|---|---|---|---|---|---|
| Mattelin et al. (2022) Sweden [55] | Retrospective cohort study | 2013–2018 | N = 78 TGD AMAB, N = 164 TGD AFAB | TGD AFAB: 33 (24.75–37), 24.4 ± 6.6, 23.9 ± 5.8 | Which factors influence the decision to cryopreserve oocytes and sperm. | Fertility preservation utilization: 34.4% AFAB and 76% AMAB |
| Eustache et al. (2021) French [68] | Retrospective and survey study | 2019–2020 | N = 581 TGD people (378 AMAB, 203 AFAB) referred to a FP center | 22.39 ± 6.54, AMAB 23.89 ± 7.00, AFAB 19.6 ± 4.35 | To evaluate the distribution of care on the French territory concerning fertility preservation and sperm donation in transgender individuals. | Fertility preservation utilization: 65.6% AMAB and 11.3% AFAB |
| Alpern et al. (2022) Israel [43] | Prospective cohort study | 2017–2019 | N = 188 TGD adults (n = 97 AMAB, n = 91 AFAB), Group 1: >18 ≤ 25, Group 2: >25 < 41 | AMAB: 27.8 ± 7.78 (19–57), AFAB: 26.68 ± 7.46 (18–50) | Fertility preservation rates and decision-making factors of TGD adults. | Fertility preservation utilization: 40.4% AMAB versus 5.8% AFAB |
| Amir et al. (2020) Israel [67] | Retrospective cohort study | 2017–2019 | N = 112 TGD adults and adolescents, N = 56 TGD AMAB, N = 56 TGA AFAB | 22.68 ± 5.387, 20.98 ± 6.735 | To examine the fertility preservation rates among TGD adolescents and adult study participants who received comprehensive counselling from fertility specialists, and to compare the fertility preservation rates between TGD AMAB and AFAB. | Fertility preservation utilization: 85.7% AMAB versus 35.7% AFAB |

SD: standard deviation.
NA: not applicable.
TGD: transgender and gender-diverse.
AFAB: assigned female at birth.
AMAB: assigned male at birth.
GAHT: gender-affirming hormone therapy.
FP: fertility preservation.

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*   *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

**Table 5**
Oocyte and embryo cryopreservation in transgender and gender-diverse people assigned female at birth.

| Authors, (year), country | Fertility preservation method | Study design | Study period (years) | Sample size, population | Mean age ± SD/median age (range) (years) | GAHT mean length ±SD/median length (range) (months) | Objectives | Outcomes |
|---|---|---|---|---|---|---|---|---|
| Adeleye et al. (2019) USA [71] | Oocyte cryopreservation | Retrospective chart review | 2015–2019 | N = 13 TGD AFAB with N = 6 no prior testosterone use N = 7 prior testosterone use N = 13 matched cisgender women | All TGD adults 22.4 (19.4–32.5) No testosterone 20.3 (15.2–25.5) With testosterone 26.9 (20.9–36.5) | Testosterone exposure 46 months discontinuation 6 (1–13) | To compare ovarian stimulation and pregnancy outcomes between TGD people with and without a history of testosterone use and to cisgender women. | TGD AFAB without testosterone had a median of 25.5 [IQR 18–28] oocytes collected compared to 12 [IQR 4–26] oocytes among TGD AFAB with a history of testosterone use p = 0.038. Testosterone exposure did not have a significant impact on markers of follicular function or oocyte maturity. Two ongoing pregnancies with cisgender partner and one abortion. |
| Amir et al. (2020) Israel [75] | Oocyte cryopreservation | Retrospective cohort study | 2017–2019 2013–2019 | N = 9 TGD AFAB and N = 39 cisgender female adolescent | 16.4 ± 1.1 vs. 15.5 ± 1.3, respectively | No medication prior to FP | Ovarian stimulation outcomes among TGD AFAB adolescents compared with fertile cisgender women. | There were no significant differences in the number of retrieved oocytes between the two groups (30.6 ± 12.8 vs. 22 ± 13.2), number of MII oocytes (25.6 ± 12.9 vs. 18.8 ± 11.2), or maturity rates (81.5 ± 10.0% vs. 85.4 ± 14.6%). |
| Amir et al. (2020) Israel [72] | Oocyte cryopreservation | Retrospective cohort study | 2017–2019 | N = 12 TGD AFAB N = 6 no prior testosterone use N = 6 testosterone use | No testosterone 23.3 ± 4 Testosterone 30.3 ± 3.8 Cisgender women 29.1 ± 3.1 | Testosterone exposure was 77 ± 55.3 (14–144) discontinuation of testosterone 9.3 ± 5.9 (5–21) | To compare ovarian stimulation outcomes between TGD people with and without a history of testosterone | No differences in the number of oocytes retrieved, in the number of MII oocytes, and in the number of MII oocytes, maturity rates. |

(continued on next page)

13

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*   *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

**Table 5** (*continued*)

| Authors, (year), country | Fertility preservation method | Study design | Study period (years) | Sample size, population | Mean age ± SD/median age (range) (years) | GAHT mean length ±SD/median length (range) (months) | Objectives | Outcomes |
|---|---|---|---|---|---|---|---|---|
| Barrett et al. (2022) USA [84] | Oocyte cryopreservation | Retrospective Case series | 2009–2021 | N = 12 matched cisgender women n = 20 TGD AFAB adolescents and young adults n = 2 prior testosterone use | 16 (12–25) | Length of testosterone exposure NA discontinued for 2 –3 months. | use and to cisgender women. To review our experience with oocyte cryopreservation in TGD adolescent and young adult and oocyte cryopreservation outcomes. | 95% (19/20) underwent successful transvaginal oocyte aspiration, with a median of 22 oocytes retrievals resulted in frozen MII oocytes (median 15, range 3 –35). |
| Broughton et al.(2017) [76] | Oocyte cryopreservation | Case series | 2015–2016 | 2 couples of TGD AFAB adults with cisgender wife | 30 | First patient testosterone use 26 and discontinued 3. Second patient no prior GAHT | Family building in the TGD population. | One blastocyst created from each couple was thawed and transferred into the cisgender partner's uterus. Resulting in a successful intrauterine pregnancy. |
| Chen et al. (2018) USA [85] | Oocyte cryopreservation | Retrospective case series | NA | N = 5 AFAB adolescents | Between 14 and 18 | No GAHT | Report the feasibility of ovarian stimulation and oocyte cryopreservation prior to their initiating testosterone treatment. | The mean number of oocytes retrieved was 18.2 (range 11–28), of which a mean of 14.2 oocytes (range 8–25) were mature and cryopreserved. |
| Cho et al. (2020) Canada [78] | Oocyte cryopreservation | Case report | NA | TGD AFAB adult | 28 | 3 years testosterone exposure, no discontinuation | To study the feasibility of fertility preservation in a transgender man without an extended period of androgen cessation. | 13 oocytes were retrieved; 11 were mature and vitrified. The total time off testosterone was 24 days. He stopped one week before GnRH |
| Greenwald et al.(2022) USA [82] | Oocyte cryopreservation | Case report | 2017 | TGD AFAB adult | 33 | 10 year testosterone exposure and no discontinuation | To study the feasibility of fertility preservation in a TGD AFAB without an extended period of androgen cessation. | agonist administration. Successful oocyte retrieval and live birth. |

14

| Study | Type | Study design | Years | Population | Age | Testosterone | Aim | Results |
|---|---|---|---|---|---|---|---|---|
| Gale et al. (2021) Canada [79] | Oocyte cryopreservation | Case report | NA | TGD AFAB adult | 20 | 18 months testosterone exposure, no discontinuation | Ovarian stimulation for the purposes of oocyte cryopreservation in a TGD AFAB without cessation of long-term testosterone therapy. | Cryopreservation of 22 mature oocyte. |
| Insogna et al. (2020) USA [86] | Oocyte cryopreservation | Case report | NA | N = 4 TGD AFAB patients | Between 15 and 21 | 1 patient had 2-year testosterone exposure discontinued for 3 months 1 patient 66 days after placing PS implant. | Outlines the feasibility of oocyte cryopreservation for transgender male adolescents after varying degrees of exposure to pubertal blockers and/or testosterone. | All patients had cryopreserved mature oocytes (MII) range 6 –18. |
| Israeli et al. (2022) Israel [73] | Oocyte cryopreservation | Retrospective study | 2016–2021 | N = 7 TGD AFAB adults N = 34 cisgender women | 30.2 ± 3.5 35.1 ± 1.8, respectively | Testosterone use 99.7 ± 49.2 (14 –156) All discontinued testosterone 6.5 ± 2.1 (4–10) | Effects of testosterone treatment on oocyte fertilization and preimplantation embryo development among TGD people. | The mean number of oocytes retrieved from the TGD adults (21 ± 10.9) was significantly higher compared with the mean number of oocytes retrieved from the cisgender women who had undergone fertility treatment (11.5 ± 5.7). Development and quality of embryos exposed TGD people were comparable to those of embryos from cisgender women. |
| Leung et al. 2019 USA [74] | Oocyte cryopreservation | Retrospective cohort study | 2010–2018 | N = 26 TGD AFAB adults N = 130 matched cisgender women | 28.3 ± 6.7 | Testosterone use 43.9 ± 31.0 Time off testosterone 4.5 ± 3.5 | To investigate FP outcomes in a TGD AFAB cohort and compare the results with those of a matched cisgender cohort. | More oocytes were retrieved in the TGD cycles compared with cisgender cycles 17.7 ± 6.1 oocytes frozen 4.2 ± 0.6 embryos frozen. IVM with transfer to self (n = 2) or partner (n = 5). All 7 *(continued on next page)* |

**Table 5** (continued)

| Authors, (year), country | Fertility preservation method | Study design | Study period (years) | Sample size, population | Mean age ± SD/median age (range) (years) | GAHT mean length ±SD/median length (range) (months) | Objectives | Outcomes |
|---|---|---|---|---|---|---|---|---|
| Martin et al. (2021) USA [87] | Oocyte cryopreservation | Case report | NA | AFAB TGD adolescent | 15 | Started GnRH agonist at Tanner stage II | To report ovarian hyper stimulation and oocyte cryopreservation in a TGD AFAB adolescent after suppression with a GnRH agonist. | patients had successful pregnancies. 22 mature oocytes were retrieved. |
| Maxwell et al. (2017) USA [77] | Oocyte cryopreservation | Case report | NA | 2 TGD AFAB adults | 30 and 32 | No precious GAHT | Show family-building options for TGD AFAB people. | Oocyte cryopreservation and successful pregnancy in intimate partner from cryopreserved oocyte with 2 healthy twin pregnancies and live births. |
| Resende et al. (2020) Brasil [80] | Oocyte cryopreservation | Case report | NA | TGD AFAB adult and cisgender women | 34 | 2 years testosterone exposure | First case in Brazil involving a TGD adult and a cisgender woman attempting to form a family. | Successful preservation with 5 embryos and one ongoing pregnancy in cisgender partner. |
| Stark et al. (2022) USA [81] | Oocyte cryopreservation | Case report | 2020–2021 | Two TGD AFAB adult | 27 | Both continued testosterone throughout the FP process | To study the feasibility of fertility preservation in a TGD AFAB without an extended period of androgen cessation. | Successful oocyte cryopreservation of 22 and 9 mature oocytes. |
| Wallace et al. (2014) USA [83] | Oocyte cryopreservation | Case report | NA | TGD AFAB adolescent | 17 | No previous GAHT | First documented case report of oocyte cryopreservation in TGD adolescent. | Successful cryopreservation: 35 MII oocytes were cryopreserved. |

SD: standard deviation.
NA: not applicable.
TGD: transgender and gender-diverse.
AFAB: assigned female at birth.
AMAB: assigned male at birth.
GAHT: gender-affirming hormone therapy.
FP: fertility preservation.
IVM: in vitro maturation.
MII: Meiosis II.
COC: cumulus-oocyte complexes.

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*                                    *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

**Table 6**
Pregnancy in transgender and gender-diverse adults assigned female at birth.

| Authors, (year), country | Reproduction method | Study design | Study period (years) | Sample size, population | Mean age ± SD/ median age (range) (years) | GAHT Mean length ±SD/median length (range) (months) | Objectives | Outcomes |
|---|---|---|---|---|---|---|---|---|
| Light et al. (2014) USA [89] | Pregnancy | Cross-sectional survey study | 2013 | 41 TGD AFAB | 28 ± 6.8 | N = 25 used testosterone before pregnancy 40% less than 1 year, 20% more than 10 years. | To help guide practice and further investigation in TGD AFAB who had been pregnant and delivered after transitioning. | 37% were multiparous. 61% reported using testosterone before pregnancy. 80% resumed menstruation within 6 months after discontinuation. 20% conceived while still amenorrheic. 2/3 of the pregnancies were planned. 68% stopped testosterone to become pregnant. All conceived between 1 and 6 months. 20% ART and 8% fertility drug. Pregnancy, delivery, and birth outcomes did not differ according to prior testosterone use. |
| Hahn et al. (2019) USA [90] | Pregnancy | Case report | NA | TGD AFAB young adult | 20 | 5 months | Clinical guidance for providing prepregnancy, prenatal, intrapartum, and postpartum care to TGD people who desire pregnancy. | Achieved pregnancy two months after discontinuing testosterone via intercourse. Uncomplicated labor and vaginal delivery after spontaneous onset of labor at 40 weeks of gestation. The healthy newborn had no signs of androgenizing effects from in utero testosterone exposure. |
| Hassan et al. (2022) USA [92] | Pregnancy | Case report | NA | TGD AFAB young adult | 21 | 2 years | To study TGD AFAB pregnancy. | Menstrual period one month after discontinuing testosterone and pregnancy the following month. Pregnancy was |

(*continued on next page*)

17

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*          *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

**Table 6** (*continued*)

| Authors, (year). country | Reproduction method | Study design | Study period (years) | Sample size. population | Mean age ± SD/ median age (range) (years) | GAHT Mean length ±SD/median length (range) (months) | Objectives | Outcomes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | achieved via vaginal intercourse with cismale partner. No significant complications and successfully delivery via C-section. |
| Leonard et al. (2022) USA [20] | Pregnancy | Population-based cohort study | 2016 −2019 | N = 498 fathers giving birth | 30.8 (6.8) | NA | To evaluate obstetrical and birth outcomes comparing birthing fathers to birthing mothers who are not likely to be sexual and/or gender minority. | 33% were nulliparous. Fathers giving birth in any partnership did not experience significant differences in obstetrical and birth outcomes from mothers with male partners. |
| Moseson et al. (2020) USA [88] | Pregnancy | cross-sectional online survey study | NA | N = 1694 TGD people AFAB | NA | 28% ever used testosterone | To collect data on pregnancy intentions and outcomes among TGE people assigned female or intersex at birth in the United States. | 12% reported ever being pregnant of the 12%, 55% nulliparous. The most common outcome was live birth (n = 169, 39%), followed by miscarriage (n = 142, 33%) and abortion (n = 92, 21%). 54% were not trying to get pregnant. 12 respondents reported 15 pregnancies that occurred after initiating testosterone. Three respondents reported four pregnancies while using testosterone. Two of these four pregnancies ended in miscarriage (one after five months of testosterone use, one after six months of testosterone use); one ended in abortion (after four months of testosterone use); and the outcome |

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*                    *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

**Table 6** (*continued*)

| Authors, (year), country | Reproduction method | Study design | Study period (years) | Sample size. population | Mean age ± SD/ median age (range) (years) | GAHT Mean length ±SD/median length (range) (months) | Objectives | Outcomes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | and testosterone duration for the fourth pregnancy were not reported. Eight of the 12 respondents reported stopping testosterone one month prior to getting pregnant. Across all 1694 TGE respondents, 11% (n = 186) desired future pregnancy, and an additional 16% (n = 275) were uncertain. |
| Yoshida et al. (2022) Japan [91] | Pregnancy | Case report | NA | TGD AFAB | 25 | 3 years | Case of a TGD AFAB person who, while undergoing hormone therapy, became pregnant. | No planned pregnancy, at 23 weeks it was too late for an abortion. He discontinuation testosterone at 23 weeks. Spontaneous vaginal delivery at 38 weeks gestation. At 3 years after birth, no developmental abnormalities have been observed in the child. |

SD: standard deviation.
NA: not applicable.
TGD: transgender and gender-diverse.
AFAB: assigned female at birth.
GAHT: gender-affirming hormone therapy.

cryopreservation and testicular sperm extraction: 1 prospective, 1 retrospective, and 1 case report (Table 9).

The quality assessment using the JBI checklist is shown in Supplementary Appendix B.

*Part 1: desire for children and parenthood*

*Desire for children in transgender and gender-diverse adolescents*

Seven studies reported on the desire for children in TGD adolescents and two of these included data on barriers regarding parental desire (see Table 1). The majority of the TGD adolescents' participants reported to have a future desire for children (48.7%–67%) [35–39]. However, many wondered, or did not know, if their feelings about having a child may change in the future [37,40]. Some participants feel

**Table 7**
Ovarian tissue cryopreservation and in vitro maturation in transgender and gender-diverse people assigned female at birth.

| Authors, (year), country | Fertility preservation method | Study design | Study period (years) | Sample size, population | Mean age ± SD/median age (range) (years) | GAHT Mean length ±SD | Objectives | Outcomes |
|---|---|---|---|---|---|---|---|---|
| De Roo et al. (2017) Belgium [24] | Ovarian tissue cryopreservation | Observational, prospective cohort study | 2013–2015 | N = 40 TGD AFAB young adults | 24.30 ± 6.15 | 58.18 ± 26.57 weeks of testosterone | Study the effect of prolonged androgen therapy on ovarian histology and fertility preservation perspectives. | COCs were retrieved of the medulla after gonadectomy. After 48 h IVM, 34.3% MII oocytes were observed (n = 27 patients) with 87.1% having a normal spindle pattern structure. This confirms the IVM potential of COC. |
| Lierman et al. (2017) Belgium [93] | Ovarian tissue cryopreservation | Observational, prospective cohort study | NA | N = 16 TGD AFAB adults | 24.1 ± 6.1 | 53.6 ± 21.0 weeks | Study ovarian tissue cryopreserved as fertility preservation option at the moment of surgery. | After 48 h IVM, 38.1% of COCs were at MII stage. 85.7% showed normal spindle structure and 92.2% chromosomes alignment after warming. |
| Lierman et al. (2021) Belgium [94] | Ovarian tissue cryopreservation | Cross-sectional study | 2015–2019 | N = 83 TGD AFAB adults | 20 | Median 24 month testosterone | Study ovarian tissue cryopreserved as fertility preservation option at the moment of surgery. | 1903 COCs were harvested. 23.8% oocytes reached the MII stage after IVM, after vitrification and |

20

warming ICSI was performed in 139 oocytes. 34.5% had a normal fertilization with sperm. 25 (52.1%) embryos developed up to day 3, of which 11 (44%) had ≥6 cells. A single blastocyst was obtained on day 5 from the 1903 COCs. This technique resulted in a very low rate of successful embryo development.

SD: standard deviation.
NA: not applicable.
TGD: transgender and gender-diverse.
AFAB: assigned female at birth.
GAHT: gender-affirming hormone therapy.
IVM: in vitro maturation.
MII: Meiosis II.
COC: cumulus-oocyte complexes.

**Table 8**
Semen cryopreservation in transgender and gender-diverse adolescents assigned male at birth.

| Authors, (year), country | Fertility preservation method | Study design | Study period | Sample size, population | Mean age ± SD/ median age (range) (years) | GAHT Mean length ±SD/ median length (range) (months) | Objectives | Outcomes |
|---|---|---|---|---|---|---|---|---|
| Adeleye et al. (2019) USA [106] | Semen cryopreservation | Retrospective cohort | 2012–2018 | N = 28 TGD AMABN = 18 with no prior GAHT use; N = 3 with prior use N = 7 current users | With no prior use 22.3 (18–27.6) with prior use 31.3 (23.4–39.9) current use of GAHT 28.9 [25.0 –30.1] | Length: 42 mean discontinuation:3, 6, 6.5: most used Estrogen and spironolactone | Semen quality parameters in TGD AMAB who pursued semen cryopreservation either in the presence or absence of GAHT. | Specimens collected in the presence of hormonal medication were associated with abnormal semen parameters. Specimens collected after discontinuation of GAHT were comparable to TGD AMAB who had never used GAHT. |
| Alford et al. (2020) USA [103] | Semen cryopreservation | Case report | NA | TGD AMAB adult | 26 | Estrogen injections and oral spironolactone 16 months. | Time to recovery for spermatogenesis after GAHT. | Recovery of semen after six weeks of cessation with a regimen of 75 units Follitropin Alfa (FSH) 3 times weekly and 25 mg oral clomiphene citrate (Clomid) daily. Successfully cryopreserved semen before SRS. |
| Amir et al. (2022) Israel [100] | Semen cryopreservation | Retrospective cohort study | 2013–2020 | N = 26 TGD AMAB adolescents and young adult | Mean age 16.2 ± 1.38 | No | To determine the semen quality and cryopreservation outcomes among TGD AFAB adolescent before GAHT. | The median values of all semen parameters in our study group were significantly lower compared to the WHO data, including volume (1.46 mL vs. 3.2 mL) sperm concentration (28 × 106/mL vs. 64 × 106/mL) total sperm number (28.2 × 106 vs. 196 × 106), total motility (51.6% vs. 62%), and normal |

22

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*                    *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

| Study | Method | Study type | Years | Population | Age | GAHT | Objective | Results |
|---|---|---|---|---|---|---|---|---|
| Barnard et al. (2019) USA [104] | Semen cryopreservation | Retrospective cohort study | 2015–2018 | N = 10 TGD AMAB adolescents and young adult | 19.5 (16–24) | One person had treatment with leuprolide acetate. Second person had spironolactone and estradiol treatment. Both discontinued. | Study TGD adolescents after discontinuing GAHT to determine how cessation may change sperm quantity and quality. | morphology (2% vs. 14%) The patient with prior GnRH agonist had normal sperm after 5 months. The patients with prior spironolactone and estradiol treatment had persistent azoospermia 2, 3, and 4 months up to orchiectomy, Patients with no prior GAHT had overall semen analysis parameters within normal limits expect from normal morphology. |
| Brik et al. (2019) The Netherlands [66] | Semen cryopreservation | Observational study | 2011–2017 | N = 35 TGD AMAB adolescents | 14.8 ± 1.9 | No | To examine the rate of attempted FP TGD AMAB adolescents who started GnRH agonist treatment. | The mean Tanner stage G5, range 4–5; testicular volume 17.2 mL. One was unable to ejaculate, one severe oligozoospermia, one azoospermia, one suitable for ICSI. Five adolescents stored ICSI four stored IUI quality. |
| Hamada et al. (2015) USA and Belgium [101] | Semen cryopreservation | Retrospective cohort study Two center | 2003–2001 | N = 2 TGD AMAB adolescents N = 27 TGD AMAB adults | 17 and 18 years 28.4 1.1 (21–41) | No | Assess semen quality of TGD AMAB and evaluate adequacy for assisted reproduction technology. | A high frequency of impaired pre-freeze semen quality was observed. 25.9% had oligozoospermia. 33% had asthenozoospermia, and 25.9% had teratozoospermia. A low number of motile spermatozoa per ml were found in most samples (80%). |
|  | Semen cryopreservation | Retrospective chart review | 2010–2014 | N = 9 TGD AMAB adults | 28.5 (20–40) | 6 patients had GAHT exposure and | Identifying the characteristics of this | The median concentration, motility (continued on next page) |

**Table 8** (continued)

| Authors, (year), country | Fertility preservation method | Study design | Study period | Sample size, population | Mean age ± SD/ median age (range) (years) | GAHT Mean length ±SD/ median length (range) (months) | Objectives | Outcomes |
|---|---|---|---|---|---|---|---|---|
| Jones et al. (2016) USA [105] | | | | | | discontinued for 0.33 months | patient population and the barriers to successful gamete banking. | and morphology is within the WHO reference of the general population. One patient used cryopreserved sperm with (ICSI) resulting in 1 pregnancy. Not mentioned if this patient used prior GAHT. |
| Li et al. (2018) UK [97] | Semen cryopreservation | Retrospective cohort study | 2006−2016 | N = 78 TGD AMAB adults matched with 141 healthy cisgender sperm bankers | 24.1 ± 7.6 36.0 ± 9.4 | No | Assess the incidence of sperm cryopreservation of transgender individuals compared with the cisgender population. | The TGD AMAB adults and adolescents demonstrated lower median sperm concentrations (14.2 vs. 19.2 × 106/mL), sperm count (55.7 vs. 69.5), TMSC (35.0 vs. 42.0), post-thaw sperm count (27.0 vs. 37.0), post-thaw motility (25.5% vs. 33.3%), and post-thaw TMSC (6.6 vs. 11.9) and also a higher incidence of oligozoospermia compared to cisgender men. |
| Marsh et al. (2019) USA [98] | Semen cryopreservation | Case-control study | NA | N = 22 TGD AMAB adults N = 17 Control fertile cisgender men who recently father a child. | 26.70 ± 1.85 32.0 ± 1.04, respectively | No | Compare semen quality, hormonal status, and social factors in TGD AMAB adults seeking fertility preservation with those of fertile cisgender men. | The concentration of sperm was lower in TGD AMAB adults compared with fertile cisgender men. Semen from 3/22 transgender women was azoospermic. Total sperm and TMSC per ejaculate were lower in |

24

| Study | Method | Design | Period / N | Age / Length | Objective | Results |
|---|---|---|---|---|---|---|
| Rodriguez-Wallberg et al. (2021) Sweden [99] | Semen cryopreservation | Prospective cohort study | 2013–2018 N = 177 TGD AMAB adolescents and adults N = 16 previous used GAHT | Mean 24 (14–54) (IQR 20–28) Length 12 (6–66; discontinued: 3 (1–5)) | Assess sperm quality parameters of semen samples provided for FP by TGD AMAB people before or after (GAHT), and to compare sperm quality with a reference population of unscreened cisgender men defined by the WHO. | TGD AMB compared with fertile cisgender men. The median values for all semen parameters were lower among TGD AMAB people who had received GAHT before FP compared to no GAHT, with statistically significant differences in sperm concentration and total sperm count. For TDG without prior GAHT total sperm count, sperm concentration, and sperm motility were significantly lower compared to the WHO reference. |
| Sermondade et al. (2021) France [102] | Semen cryopreservation | Retrospective cohort study | 2018–2020 N = 83 TGD AMAB young adults N = 65 no prior GAHT, N = 5 previous GAHT N = 12 current GAHT. | With no prior GAHT 23.9 ± 0.6 With previous GAHT 27.2 ± 2.5 With current GAHT 30.8 ± 3.1 | Lengths NA Discontinued for 3–6 months. Current GAHT consisted of estrogens combined with progesterone (n = 5), spironolactone (n = 1), or cyproterone acetate (n = 6). | Assess sperm quality parameters of semen samples provided for FP by TGD AMAB people before or after GAHT, and to compare sperm quality with cisgender sperm donors. | With no prior GAHT the main semen parameters, including semen volume, sperm concentration, progressive motility and vitality, were not statistically different between TGD AMAB and sperm donors. All semen parameters volume, concentration, motility and morphology were significantly altered in patients with current GAHT in comparison with those who never had GAHT. The finding of oligozoospermia and azoospermia was also more frequent. There *(continued on next page)* |

**Table 8** (*continued*)

| Authors, (year), country | Fertility preservation method | Study design | Study period | Sample size, population | Mean age ± SD/ median age (range) (years) | GAHT Mean length ±SD/ median length (range) (months) | Objectives | Outcomes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | were no significant differences in the group who temporarily stopped GAHT. All patients (n = 6) taking cyproterone acetate (alone or with estrogens) had azoospermia. |
| De Nie et al. (2020) The Netherlands [96] | Semen cryopreservation | Retrospective cohort study | 1972–2017 | N = 260 TGD AMAB >16 and older | 24.0 years (IQR 20.0–29.5) | No | Semen quality in trans women at the time of fertility preservation, prior to the start of GAHT. | The median values of all semen parameters; volume 2.7 mL sperm concentration 40 million/mL total sperm number 103 million and progressive motility 41% were significantly lower than the WHO reference. Only 26.4% of thawed semen samples was adequate for IUI. 21 had an azoospermia, three of these individuals reported to have used GAHT and stopped taking these 3 months prior to the first attempt. Six months after discontinuation of hormone treatment, they still remained azoospermic. |

T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.          Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312

| De Nie et al. (2022) The Netherlands [55] | Semen cryopreservation | Prospective cohort study | 2018–2020 | N = 113 TGD AMAB adults | 24.1 (IQR 5.8) | No | Study the influence on semen quality in TGD AMAB at the time of fertility preservation. | Semen quality was significantly lower compared to the WHO reference. 60.2% had normozoospermic. Most thawed samples were only suitable for invasive techniques, such as IVF (9.6%) or ICSI (67.1%), and the post-thaw quality was suitable for IUI in only 23.3% of the samples. |

SD: standard deviation.
NA: not applicable.
TGD: transgender and gender-diverse.
AMAB: assigned male at birth.
GAHT: gender-affirming hormone therapy.
FP: fertility preservation.
IUI: intrauterine insemination.
IVF: in vitro fertilization.
ICSI: intracytoplasmic sperm injection.
IQR: inter quartile range.

**Table 9**
Testicular sperm extraction and testicular tissue cryopreservation in transgender and gender-diverse adolescents AMAB.

| Authors, (year), country | Fertility preservation method | Study design | Study period | Sample size, population Age/Mean age ± SD | GAHT median length (range) (years) | Objectives | Outcomes |
|---|---|---|---|---|---|---|---|
| Joshi et al. (2021) USA [108] | Testicular tissue cryopreservation | Prospective research protocols | Since 2016 | N = 4 TGD AMAB adolescents | NA | Safety of a pediatric ovarian and testicular cryopreservation program. | Successful testicular biopsy and testicular tissue cryopreservation including some mature sperm. |
| Parikh et al. (2021) USA [109] | Testicular tissue cryopreservation | Case report | 2019 | TGD AMAB adolescent with Tanner stage 3 13 | No | Show fertility preservation options in adolescents prior to hormone treatment. | Pathology from the tissue biopsy showed the presence of five mature, live sperm, two motile, and three nonmotile. Twelve vials of testicular tissue were cryopreserved. |
| Peri et al. (2021) Australia [110] | Testicular tissue cryopreservation | Retrospective chart review | 2013–2019 | N = 31 TGD AMAB adolescents N = 25 without prior GAHT N = 6 with prior GAHT 13.4 (1.7) with no prior GAHT 14.5 years after GAHT | GnRH agonist for 1.5 (0.4–3.7) | Predicting successful sperm retrieval in after testicular biopsy. | 68% were successfully able to store sperm before GAHT. The median total sperm count was 2.6 × 106 (IQR: 0.1–2 × 106/mL) and median % motile sperm was 0 (IQR: 0–2%). 32% had no sperm identified, and only testicular tissue was stored. Six patients had prior GAHT treatment. |

28

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*     *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

| Pang et al. (2020) Australia [64] | Testicular tissue cryopreservation | Retrospective chart review | 2003–2017 | N = 11 TGD AMAB | 13.9 ± 1.5 | 7 prior to GnRH agonist 4 prior to GAHT 3 had prior GAHT | To examine FP use among TGD adolescents. | Only one patient had small numbers of mature, nonmotile spermatozoa (<1 × 105) successfully isolated and frozen at the age of 15 having been on GnRH agonist more than 2 years. Five had mature sperm, six had germ cells cryopreserved. |

SD: standard deviation.
NA: not applicable.
TGD: transgender and gender-diverse.
AMAB: assigned male at birth.
GAHT: gender-affirming hormone therapy.

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*        *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

that having biological children is important (9%–35.9%) [35–38,41]. At the time of study, adolescents were most interested in adoption ranging from 70% to 80% [35,36,42].

The most common barriers for a desire for children were discomfort with a body part they do not identify with, delaying GAHT and financial considerations [41], stress to think about having a child one day, and delaying or stopping transition and time and effort to have a child [42].

*Desire for children in transgender and gender-diverse adults*

The desire for children in TGD adults was described in 12 articles (Table 2). Nine studies reported on the desire for children in Europe, the US, or Australia [43–51], and three studies were conducted in Turkey, Thailand, and Mexico [52–54]. Three studies included data on barriers to fulfill their parental desire. Seven studies included both AFAB and AMAB TGD adults, two studies included AFAB TGD adults [46,49], and two studies included AMAB TGD adults [48,53].

Four studies showed that the majority of the TGD adults have a desire for children ranging from 54% to 82% [43,45,46,55]. However, a minority of participants (37% AFAB and 50% AMAB) preferred biological offspring [43].

In a German cohort of 189 TGD adults by Auer et al. the future desire for children was evaluated between a group prior to GAHT and a group during GAHT. AMAB people showed no significant difference between both groups (65.4% prior to GAHT vs. 69.9% during GAHT), whereas AFAB people showed a significantly lower desire for children after transition (53% prior to GAHT vs. 46.9% during GAHT, P = 0.049). In both groups, most people reported adoption to be the most desirable parenting option [47].

In a cohort of 254 nonclinical AMAB TGD adults [48], 22.5% had reported a current or future parental desire, 32.9% already fulfilled their parental desire, and the parental desire was nonexistent in 22.1%. In the same nonclinical cohort of 172 AFAB TGD adults [49], 39.0% of the respondents had a current/future parental desire, parental desire was already fulfilled in 9.3%, and nonexistent in 39.0%. The two most reported barriers to fulfill their parental desire for both AMAB and AFAB were fear of their child being discriminated due to having TGD parents and the assumed difficulties with the adoption procedure [48,49].

In an Australian cohort of 114 TGD adults, 18.4% reported a desire for children, and 52.6% stated they did not want to become parent. Participants who felt more supported were more likely to place importance on having children in the future [51]. Another Australian study compared TGD adults with and without children. Thirty three percent of the group without children desired to have children in the future compared to 18.8% of participants who are already parenting children. In both groups, 33.6% found that biological relation was important [50].

In a cohort of 171 TGD adults in Turkey, they found a similar desire for children compared with a matched cisgender control group [52]. In a cohort of 303 TGD AMAB adults in Thailand, 30.4% had a desire to become a parent, and almost half thought that a genetic relation is important. Barriers to become a parent were no acceptance by society (19.1%), afraid their gender identity may affect a child's well-being (28.7%), fear their financial status is not good enough to raise a child (25.7%), difficult medical processes (14.5%), and 5.3% felt that it is was illegal [53]. In a Mexican study in 2015, 36% had parenting aspirations and 25% were unsure [54].

*Parenthood in transgender and gender-diverse people*

Six studies reported about parenthood and the way to parenthood in TGD adults (see Tables 2 and 4). Between 16% and 30% of the TGD adults were currently parenting children [47,50,51,56]. The majority of participants became parents before they started their transition (59–100%) [47,50]. The majority of the TGD partners gave birth [47,50,51]. However, some TGD people gave birth themselves, including after gender transition [46,51]. The minority became a parent through adoption or foster care [46,50]. In a Brazilian cohort, 6.6% of the TGD were parents and most through biological means. TGD parents report more discrimination, and 17% reported having lost or having the custody reduced for being TGD, and 48% suspected or were told their ability to see their children less was due to their gender identity [57].

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*          *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

*Part 2: Fertility counseling and utilization*

*Fertility preservation in transgender and gender-diverse adolescents*

Eleven studies reported whether TGD adolescents received FP counseling (see Table 3). In all studies, the large majority of the adolescents had received FP counseling ranging from 88% to 100% [36,58−64], with the exception of two studies who reported a low FP counseling rate; Chen et al. showed only 13.5% self-reported FP counseling [35], and Komorowski et al. showed 50% documented FP counseling [38].

Only a small percentage desired a referral to a fertility specialist for counseling (12.4−24%) [58,62,63] and even less eventually pursued FP ranging from 16% to 0% [36,38,40,59,60,62,63,65]. In all studies, more AMAB TGD adolescents completed FP compared to AFAB TGD adolescents. Only one study from the Netherlands reported high FP utilization, 91% of AMAB TGD adolescents received FP counseling, and 38% attempted FP [66]. In the Netherlands, FP is insured for all TGD people, which may explain these higher percentages.

Reasons for declining FP were not wanting (biological) children, preference to adopt, the cost, seeing themselves as too young, not wanting to delay GAHT, invasiveness of procedures, and feeling uncomfortable with masturbation [40,58,60,61]. However, some AFAB adolescents will consider FP in the future [64].

*Fertility preservation counseling and utilization in transgender and gender-diverse adults*

Thirteen studies reported on FP counseling, FP utilization, and barriers around FP for TGD adults (see Table 4). In all studies, FP utilization consisted of semen cryopreservation or oocyte cryopreservation.

Four studies showed a low FP counseling rate; in these studies, the FP utilization rates are also low (8.7−15.8%). In the countries where FP is covered by insurance, almost all participants received FP counseling, and the FP utilization rate was higher as well (5.8−85.7%) [43,55,67,68].

Four studies reported that 50−66% received FP counseling [45,48,49,69]. FP utilization differed between countries where FP is covered by insurance and between assigned sex at birth. In countries where self-pay was necessary, FP utilization rates ranged from 3% to 16% [47−50,53,56,69,70], with higher FP utilization rates in people AMAB in all studies. In countries where there were less financial barriers, the FP utilization rates ranged from 6% to 76% [43,44,67,68]. However, the studies from Mattelin et al. and Eustache et al. reported the FP utilization from the people who were referred for FP after receiving FP counseling. Eustache et al. stated that looking at the self-reported prevalence of TGD people in the general population, the FP utilization rate was still low. Again, there was a higher FP utilization rate among AMAB people. In Israel, FP is only insured for people AMAB, which may explain the large gap between AMAB and AFAB people.

More TGD adults are willing or thinking about banking their gametes than the FP utilization rates show. In the UK, 20.1% wanted to bank gametes versus 4.4% who actually did [70] because the majority could not afford it. In Germany, where oocyte donation is illegal, 76.6% of participants thought about oocyte vitrification [47]. In Belgium, 37.5% would have considered FP if it was available at the time of medical transition [46], as well as 25% in Thailand [53]. In Turkey, where GAS for legal gender affirmation is still needed and FP is illegal for TGD people, 50% AMAB and 17.4% AFAB regretted not pursuing FP after GAS [52].

The reported barriers to pursue FP for both AMAB and AFAB were not wanting (biological) children, not wanting to delay starting GAHT, the expenses and invasiveness of the procedures, potential worsening of gender dysphoria, and concern over the attitude of medical staff [43,45,48,49,70]. For AMAB adults, masturbation to produce a sperm sample was the main reported barrier. For AFAB adults, the fear of gender dysphoria caused by the hormonal treatment, distress caused by the FP technique (internal examination), and the chance of successful conception from frozen oocytes were the main barriers.

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*          *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

*Part 3: Fertility preservation options and outcomes*

*Oocyte and embryo cryopreservation in transgender and gender-diverse people assigned female at birth*

Oocyte cryopreservation includes controlled ovarian hyperstimulation and oocyte retrieval for mature metaphase-II (MII) oocyte vitrification. When semen is available, either from a partner or donor, the mature oocyte may be fertilized with semen for embryo vitrification. Oocyte and embryo cryopreservation is used to preserve fertility by freezing gametes or embryos for potential future use. An embryo may be transferred to the uterus of the TGD person themselves, their partner, or gestational carrier. Seventeen studies reported successful cryopreservation in TGD adults and adolescents (see Table 5). Four studies compared mature oocyte retrieval outcomes between TGD AFAB adults matched with cisgender women [71–74], and one study described outcomes in TGD AFAB adolescents [75]. All five studies found no differences in the number of retrieved mature oocytes. Additionally, Israeli et al. found no difference in the development and quality of embryos from testosterone-exposed TGD people compared to cisgender women [73]. Furthermore, four studies reported successful pregnancies and life births with embryos used from testosterone-exposed TGD people (n = 12) [71,74,76,77]. After 11 months of follow-up, the infants were doing well [77]. There were no studies reporting on the long-term outcomes of the children.

Two studies compared ovarian stimulation outcome between TGD AFAB patients with and without prior testosterone use. One study by Adeleye et al. found a lower oocytes retrieval outcome between TGD patients with prior testosterone use [71]. Although another study by Amir et al. found no difference in the number of oocytes retrieved at ovum pickup [72].

The remaining ten studies are case reports or case series. Seven case reports showed successful oocyte cryopreservation in TGD AFAB adults [76–82]. Four of these studies showed the feasibility of oocyte cryopreservation without discontinuation of testosterone, and all showed a successful mature oocyte cryopreservation [78,79,81,82]. Strikingly, Greenwald et al. also reported a live birth after embryo transfer to a partners' uterus from one of these testosterone-exposed oocytes.

Five case reports or case series showed successful oocyte cryopreservation in TGD AFAB adolescents and young adults [83–87]. Including two participants previously on PS with a GnRH agonist [86,87].

*Pregnancy in transgender and gender-diverse adults assigned female at birth*

For some TGD AFAB people, carrying a pregnancy is the preferred or the only way to fulfill their desire for biological children. Seven studies reported on pregnancy in TGD AFAB people (see Table 6). In a large population-based cohort study, researchers found that 498 registered fathers gave birth in the state of California (the US). They found no significant differences in obstetrical and birth outcomes compared to heterosexual ciswomen opposite to bisexual ciswomen. However, prior or current testosterone use was not specified in this study [20]. In an online questionnaire study in the US, 12% of the 1694 TGD AFAB people reported ever being pregnant, resulting in 169 live births (39%), 142 miscarriages (33%), and 92 abortions (21%). Twelve respondents used testosterone prior to their pregnancy, and 3 respondents were pregnant while using testosterone, resulting in a miscarriage or abortion [88]. In a cohort of 41 TGD AFAB people, 25 used testosterone before conceiving, and 20% used testosterone for more than 10 years. All conceived between 1 and 6 months after the cessation of testosterone. Pregnancy, delivery, and birth outcomes did not differ in relation to prior testosterone use [89]. Three case reports showed a successful live birth after prior testosterone use [90–92] and showed no developmental abnormalities in the child after a 3 year follow-up [91].

*Ovarian tissue cryopreservation and in vitro maturation in transgender and gender-diverse people assigned female at birth*

Some TGD AFAB adults are not able to undergo ovarian hyperstimulation due to increasing gender dysphoria triggered by internal examinations, hormone injections, and bleeding. Ovarian cortex cryopreservation or the collection of immature oocytes at the time of GAS may be an alternative option for fertility preservation. Autologous transplantation of cryopreserved ovarian tissue is already successfully applied in oncological patients. For TGD people, autologous transplantation may not be the most feasible option as dysphoria toward the female reproductive organs is often the reason for gonadectomy. Therefore, many TGD people pursuing ovarian tissue cryopreservation depend on in vitro

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*   *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

maturation (IVM) and ART. Currently, IVM from a primordial follicle is still considered experimental due to limitations of the culture procedure. So far, three studies evaluated the option of IVM in TGD people (see Table 7). From the medulla of the cortex, cumulus-oocyte complexes (COC) are retrieved, and an IVM process is performed. Theoretically, all mature oocytes in MII with a normal spindle structures and chromosome alignment are cryopreserved, after thawing fertilization through intra-cytoplasmic sperm injection (ICSI) is performed to achieve embryo development. Two studies showed an IVM fertilization rate between 34 and 38% and after vitrification [24,93]. Lierman et al. found a normal spindle structure and chromosome alignment after warming [93]. However, there was a very unsuccessful embryo development; they created 1 blastocyst out of the 1903 COC, retrieved from 83 TGD adults, 5 days after fertilization through ICSI [94]. In summary, IVM has not been successful yet. For the majority of TGD people, autologous transplantation is not desired but may be the only way ovarian cryotissue is useable for them.

*Semen cryopreservation in transgender and gender-diverse adolescents assigned male at birth*

TGD postpubertal adolescents and adults AMAB may produce a semen sample through masturbation or assisted ejaculation, e.g., electroejaculation or penile vibratory stimulation. The obtained spermatozoa are cryopreserved for potential future use. Sperm may be used for conception with a partner or gestational carrier. Depending on the quantity and thawed sperm quality, the type of ART treatment is determined. Analyzing the quality, semen is tested for the number of spermatozoa, sperm concentration, ejaculate volume, and sperm morphology. The sperm motility or the total motile sperm count (TMSC) is calculated by volume [mL] x concentration [sperm cells/mL] x percentage of progressive motile cells.

Thirteen studies reported on the semen quality of TGD AMAB people (see Table 8). Eight studies included only TGD AMAB people prior to hormone treatment [61,95–101].

Semen quality from TGD AMAB adults and adolescents was significantly lower compared with the WHO standard for the general population [95,96,99,100]. In both studies by de Nie et al. merely one-fourth of the post-thawed semen samples were suitable for IUI [95,96].

Three studies compared semen quality with a matched cisgender control group [97,98,102]. Two studies showed lower semen quality in TGD adults and adolescents compared with the cisgender control groups [97,98]. One cohort of 83 TGD people compared sperm samples of TGD people with and without prior GAHT to a cisgender control group [102]. They found no statistically significant difference between TGD AMAB adults with and without prior GAHT compared with cisgender sperm donors. Although all semen parameters were significantly lower in the group currently on GAHT.

Four studies reported previous use of GAHT when pursuing semen cryopreservation [99,103–105]. Two studies included 19 TGD AMAB people currently using GAHT [102,106]. The study by Sermondade et al. reported that all semen parameters were abnormal in patients using estrogens only or combined with spironolactone (n = 6), and all patients using estrogen and cyproterone acetate had an azoo-spermia (n = 6). In the study by Adeleye et al. all patients using estrogen and spironolactone had an azoospermia (n = 3) or were suitable for IUI/IVF (n = 3) or ICSI (n = 1). In both studies, the quality of semen specimens collected after discontinuation of GAHT was comparable to TGD AMAB who had never used GAHT. The mean discontinuation of GAHT ranged from 3 to 6.5 months [102,106].

Four other studies also reported on the sperm quality after discontinuing GAHT. In a cohort of six patients, all had successful cryopreservation after a median 0.33 months on GAHT, of unknown type of GAHT and semen quality [105]. One case showed an 18-year-old with 6 months' prior use of GnRH agonist who had normal sperm after 5 months of discontinuation. A second case report showed a 19-year-old with 26 months prior use of spironolactone and estradiol treatment and had a persistent azoospermia after 2, 3, and 4 months and never successful cryopreserved their semen before gonad-ectomy [104]. Another case report showed a successful recovery of semen quality after only six weeks of cessation estrogen and spironolactone GAHT with a regimen of 75 units Follitropin Alfa (FSH) 3 times weekly and 25 mg oral clomiphene citrate (Clomid) daily [103].

The etiology of impaired semen quality prior to GAHT, or after GAHT cessation, remains largely unknown. A study by de Nie et al. showed behavioral factors, including wearing tight undergarments and extensive tucking, may contribute to lower semen quality. However, not all abnormalities were declared by demographic factors, lifestyle or behavioral factors, or medical history [95].

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*              *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

*Testicular sperm extraction and testicular tissue cryopreservation in transgender and gender-diverse adolescents assigned male at birth*

Testicular sperm extraction (TESE) may be a suitable option for TGD AMAB adolescents who are not able to ejaculate due to not being biologically or mentally mature enough yet. But also for TGD AMAB adults experiencing too much gender dysphoria during masturbation, or who have a nonobstructive azoo-spermia, but do desire sperm banking. Via a small surgical procedure, any viable sperm is isolated from testicular tissue and cryopreserved. TESE is currently widely used in people with a nonobstructive azoo-spermia and is also offered to pediatric oncological patients for fertility preservation. When no mature spermatozoa are found, spermatogonial stem cells in the testicular tissue may be cryopreserved, which is currently studied in oncological prepubertal patients. However, the use of spermatogonial stem cells re-mains experimental. In contrast to ovarian tissue, testicular tissue cryopreservation at the time of GAS for autologous transplantation has only been successful in animal studies [107]. Furthermore, IVM of sper-matogonial stem cells or cryopreserved testicular tissue has not been successful in humans or animals.

Four studies described a TESE in TGD AMAB adolescents [108–110] (see Table 9). One retrospective study showed 68% successful TESE of mature spermatozoa in 31 adolescents. They found that TESE was most successful when the testicular volume was ≥10 mL. Only one of the six patients currently using PS had mature spermatozoa in their testicular biopsy [110]. The same research group previously described 11 TESEs, of which 5 were mature spermatozoa and 6 were only germ cells, which were also cry-opreserved [64]. One prospective study enrolled adolescents with fertility-threatening conditions for testicular tissue cryopreservation, including 4 TGD adolescents. Three of them had mature sperma-tozoa and were Tanner stages 1, 3, and 4 at the time of TESE. One adolescent had no mature sper-matozoa and was Tanner stage 2 [108]. One case report showed successful TESE of 5 mature spermatozoa in a 13-year-old Tanner stage 3 and cryopreserved the rest of the tissue [109].

**Discussion**

*Main findings*

In this systematic review, we aimed to report on (1) desire for children and parenthood, (2) fertility counseling and utilization, and (3) fertility preservation options and outcomes in TGD people. In the first part, we showed that more than 50% of adolescents and adults expressed a desire for (future) parenthood [35–38,43–46], but biological offspring was not the preferred option for most [35–38,41,43,50]. In the second part, we showed a varying percentage of TGD people receiving FP counseling, where in most studies the percentage was >50%. There was an overall low FP utilization rate, with the lowest rate in countries with no insurance and in people AFAB. In the third part, we showed several options for FP and their outcomes. The most used FP strategies include oocyte vitrification and sperm banking through masturbation. Oocyte vitrification in TGD people AFAB during or after testosterone cessation showed comparable outcomes to cisgender people and TGD people who have not yet started GAHT. Sperm an-alyses when banking sperm in TGD people AMAB prior to GAHT showed lower semen parameters compared to cisgender controls. When on GAHT, there is likely no spermatogenesis, and after cessation this remains unclear. FP strategies using ovarian cryopreserved tissue for autotransplantation are currently only applied in oncological fertility; for testicular cryopreserved tissue, this is even more experimental. For both, TGD people depend on the future development of successful IVM techniques.

This review showed that the majority of TGD adults and adolescents have a desire for children, but biological relatedness is less important. For TGD people, fulfilling a desire for children comes with a lot of barriers, and pursuing biological offspring comes with even more barriers [41,42,48,49,53]. Most TGD adolescents who report a future desire for children prefer adoption over biological offspring [35,36,42]. However, looking at parenthood in TGD parents, more people are currently biological parents [46,50]. Adoption is a long and complicated journey because of financial and legal challenges. For these reasons, adoption may not be the most realistic option for most TGD adolescents when they reach adulthood.

In contrast to several transgender health guidelines [28,30,111], we found that FP counseling is not provided as standardized care everywhere [45,48,49,69]. Furthermore, FP utilization rates are not in line with TGD people's desire for biological children. Relatively more TGD adolescents received FP counseling compared to TGD adults, still the number of adolescents who pursued FP remained low

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*                    *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

[36,58−62]. As suspected, in countries where FP is covered by insurance, the counseling rates were higher and more TGD people pursued FP. This suggests the cost of FP is a great barrier for TGD people to pursue FP. We also saw a higher FP utilization rate for AMAB compared with people AFAB [47−50,53,56,69,70]. This may be because sperm banking via masturbation is significantly cheaper and medically less invasive compared to ovarian hyperstimulation for oocyte cryopreservation.

*Strengths and limitations*

This review is a complete and comprehensive systematic overview of available evidence on parenthood and fertility preservation in TGD people. We included a total of 76 articles, 59 cohort studies describing TGD adults and adolescents, with a range of 20 up to 3667 persons per cohort), and 17 case reports and small case series. The studies were conducted in 16 different countries, mostly from Europe and the US. The majority of the studies were conducted in the US (35 out of 76). Research in the field of reproductive health in TGD persons is growing almost exponentially. More than half of the papers in this SR were from the year 2020 onward (41 out of 76). This systematic review complements the last systematic review of Baram et al. published in 2019 [112].

The main limitation of this systematic review is the low-quality body of evidence presented. Even though we included many studies, most were cross-sectional questionnaires, case series, or small sample size cohort studies with limited follow-up time and lack of control groups. Furthermore, the quality assessment of the included studies was low to moderate. Interpretation of this evidence requires caution; however, it is the best available data at this time.

Due to the methodological set-up, small sample size, and high heterogeneity of the included studies, we were unable to examine the presence of publication or reporting bias. Furthermore, we were unable to pool results or perform a meta-analysis.

*Clinical implications*

We state that it is not medically necessary for AFAB TGD people to pursue FP before the start of PS or affirming hormones if they are willing to temporarily discontinue testosterone in the future. Studies reporting on oocyte vitrification outcomes showed no difference in outcomes between TGD people who pursued oocyte cryopreservation prior to or after starting testosterone even after long-term testosterone exposure of more than 10 years (ranging from 10 to 17 years) [67,73,74]. Although there are no long-term follow-up studies of children born after oocyte cryopreservation with prior GAHT use.

The timing of oocyte cryopreservation depends on someone's personal preference, reproductive age, and desire for GAS. Keeping in mind that oocyte vitrification is no longer an option after gonadectomy and a more advanced oocyte age negatively impacts oocyte cryopreservation outcome [113].

For oocyte cryopreservation, we suggest a short period of cessation of testosterone, with a lack of evidence ~3 months (time of full oocyte maturation). As testosterone cessation can be quite burdensome because of the return of monthly blood loss, cycle regulation may be established by the temporary use of a GnRH agonist or progesterone.

In contrast to AFAB TGD people, we strongly advice to pursue FP before starting GAHT for AMAB people who desire FP. Semen parameters while using GAHT are most often abnormal and show azoospermia [102,106]. After discontinuing GAHT, it remains unclear if and when the spermatogenesis will recover [99,104].

We advise AMAB adolescents who desire FP to consider pursuing this prior to the start of PS. Even though delaying these blockers may result in (further) development of the secondary sex characteristics and subsequent gender dysphoria, we also know that almost all adolescents continue with GAHT after suppression [114]. Hence, the spermatogenesis may never develop, as we have seen in histology samples of TGD people who started PS in Tanner stage 2 or 3 during GAS who solely show spermatogonial stem cells at surgery [14]. A TESE may be a suitable option for young adolescents who are a bit further in puberty development (Tanner 4−5, with testicular volume >10 mL) but unable to ejaculate. However, further research needs to be done concerning the optimal timing and the impact of TESE for these adolescents.

T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.          Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312



**Fig. 2.** Journey to parenthood.

Subscript: The journey to parenthood is related to the mental reproductive capacity of TGD people, which is dependent on the sexual attraction and the gametes they are born with. If biological offspring is desired, AFAB people can carry a pregnancy and both AFAB and AMAB people can use various fertility preservation techniques (shown on the left side in the figure). If biological offspring is not desired, multiple options are available depending on one's personal preferences (shown on the right side in the figure). The sexual attraction and one's partner may influence these decisions as they come with their own set of gametes and reproductive desires.

*Future perspectives*

To improve oocyte vitrification treatment, continuing testosterone needs to be studied further as this may be a strong barrier or even a reason to refrain oocyte cryopreservation for some TGD people. Data on oocyte vitrification while continuing testosterone are limited (n = 3); therefore, evidence-based recommendations cannot be made [80,82,83]. Another research topic that could make the ovarian hyperstimulation more bearable is the use of aromatase inhibitors to keep the estrogen levels lower during stimulation. Data on including an aromatase inhibitor to the ovarian stimulation protocol, while sometimes utilized in oncological fertility preservation [114], have only been described in TGD people once [88].

To improve sperm banking for those who want to bank sperm after initiating GAHT, an interesting addition may be the use of FSH and clomiphene citrate for a more rapid recovery of the spermato-genesis [103].

T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.                    Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312

*Ovarian and testicular tissue cryopreservation*

Future research on ovarian cryopreservation and IVM is necessary. However, ovarian tissue cryopreservation could already be offered at the time of GAS. Because autologous transplantation has already been proven successfully for cisgender female oncology patients [115], some AFAB TGD people may choose this option in the future if their desire for children develops in the absence of IVM strategies at that time.

For TGD AMAB in whom freezing of spermatozoa is not possible, testicular tissue cryopreservation may seem a promising option as fertility loss is permanent after gonadectomy at the time of GAS. In contrast to ovarian tissue, autologous transplantation with testicular tissue or spermatogonial stem cells has only been successful in one animal study [107]. Furthermore, autotransplantation of testicular tissue or spermatogonial stem cells is no longer possible following orchiectomy, and therefore TGD people rely solely on IVM after GAS. Therefore, further research on testicular tissue cryopreservation and IVM is necessary. This technique might also be applied to adolescents who do not want to postpone PS or GAHT and are still in early Tanner stages. Cryopreservation of testicular tissue is already advised for pediatric oncology patients [116] even when it is not certain if they become infertile due to the chemo or radiotherapy.

*Uterus transplantation*

TGD AMAB people have a stronger desire to carry their own pregnancy compared to the insemination of a cisfemale partner or surrogacy using their own sperm [117]. To fulfill this desire for TGD AMAB people, a uterus transplantation may be an interesting future perspective. Since 2000, uterus transplantations have been carried out in cisgender women with uterine factor infertility, with a reported live birth rate of 40 children [118]. The donor could be either deceased or alive. Some suggest TGD AFAB people may be suitable life donors if they are willing to donate their uterus at the time of GAS [119]. However, the morbidity of the donor procedure is much higher compared to a gender-affirming hysterectomy, i.e., longer surgery time, more elaborate surgery, and higher complication risks [118]. Of the first 80 uterus transplantations until 2021, 18% needed a second surgery because of complications. Even after explaining these risk factors, a high percentage of TGD AFAB people are still open to donation (97% before counseling vs. 84% after counseling risk factors) [119]. In addition to ethical and medical considerations, the cost of uterus transplantation is a major barrier. A Dutch study estimated the costs at 100.000 euros, which would not be covered by the health insurance [120].

*Gamete uptake after fertility preservation*

Very little is known about the use of gametes after sperm of oocyte cryopreservation; only case reports or small case series have published these results [76,105]. One study by Mattelin et al. received 3 requests at the time of the study (oocyte n = 1/43 and sperm n = 2/53) [55]. An explanation for a low gamete uptake may be the challenge to find a partner or gestational carrier who is able to carry the pregnancy because a pregnancy through oocyte donation comes with greater risks and costs, and in some countries it is still illegal. Another explanation for the low uptake of frozen gametes may be the young age of TGD people at the time of FP. Perhaps they do not have an active desire for children yet. In this case, it is likely that fertility clinics may see an increase in requests for the use of banked gametes in the following years. Uptake requests should be registered and investigated in the future to reach a complete picture of reproductive health in TGD people. However, even in the oncological population, where more long-term follow-up is available, the FP uptake rate remains below 10% [121,122]. Those who are critical toward fertility preservation in TGD people may use the low uptake rate in TGD as an argument against FP, while there is no discussion about the meaningfulness of FP for cancer patients and their uptake after recovering [123,124]. Another understudied part is the effect of FP on the quality of life and the reduction in stress in TGD people who pursued FP and may be another outcome to investigate next when concerning the usage of stored gametes.

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*                    *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

**Conclusion**

The majority of TGD people have a desire for children. Therefore, it is of utmost importance that all TGD people have access to fertility counseling and preservation prior to PS, GAHT, and GAS. The journey to parenthood may depend on different values and considerations compared to cisgender people. We state that the journey to parenthood is related to the mental reproductive capacity of TGD people, their sexual attraction, and the gametes they are born with (summarized in Fig. 2). The reproductive capacity determines the route to parenthood (e.g., biological or nonbiological parenthood) depending on someone's sexual attraction and available gametes, either fresh or frozen. The journey to parenthood presents lots of barriers for TGD people. For example, laws that prohibit ART, adoption, or surrogacy for TGD people. Most laws are based on concerns that TGD parenthood may be harmful to the development of their children. However, in this review, we found no evidence for these concerns. Future research needs to focus on long-term follow-up and outcomes of children born after using hormone-exposed gametes and experimental techniques to help global acceptance by society regarding TGD parenthood, expand accessibility in healthcare, and eliminate anti-TGD parenthood legislation.

---

**Practice points**

- Fertility counseling is paramount prior to gender-affirming care.
- A desire for children may change over time; therefore, we recommended to repeat fertility counseling over time as well.
- For transgender and gender-diverse people assigned male at birth to pursue sperm banking prior to puberty suppressants or gender-affirming hormone therapy if they desire fertility preservation.
- For transgender and gender-diverse people assigned female at birth to pursue oocyte vitrification depending on their preferences. It is not medically necessary to pursue oocyte vitrification prior to puberty suppressants or gender-affirming hormone therapy as they can most likely also pursue this at a later age if they are willing to temporarily discontinue testosterone at that time.
- Provide access to fertility services and insurance coverage for fertility services for TGD people.

---

**Research agenda**

- Children's health outcome when born from gender-affirming hormone treatment-exposed gametes.
- Oocyte vitrification without the cessation of testosterone.
- Addition of aromatase inhibitors to an ovarian hyperstimulation protocol in oocyte vitrification treatment.
- Examine the role of gonadotropins stimulation protocols to reduce the time to spermatogenesis in TGD assigned male at birth people after gender-affirming hormone therapy cessation.
- Timing and burden of testicular sperm extraction of TGD adolescents assigned male at birth.
- In vitro maturation of primordial follicles and spermatogonial stem cells.

---

**Declaration of competing interest**

The authors have no conflicts of interest.

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*                    *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

## Acknowledgments

The authors thank Ralph de Vries, the librarian, who conducted the literature search and Robert A. de Leeuw for their contribution to development of figures.

## Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.bpobgyn.2023. 102312.

## References

[1] Imrie S, Zadeh S, Wylie K, Golombok S. Children with trans parents: parent-child relationship quality and psychological well-being. Parent Sci Pract 2021;21(3):185–215.
[2] Hafford-Letchfield T, Cocker C, Rutter D, Tinarwo M, McCormack K, Manning R. What do we know about transgender parenting?: findings from a systematic review. Health Soc Care Community 2019;27(5):1111–25.
[3] Condat A, Mamou G, Lagrange C, Mendes N, Wielart J, Poirier F, et al. Transgender fathering: children's psychological and family outcomes. PLoS One 2020;15(11).
[4] Carone N, Rothblum ED, Bos HMW, Gartrell NK, Herman JL. Demographics and health outcomes in a US probability sample of transgender parents. J Fam Psychol 2021;35(1):57–68.
[5] de Vries AL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014;134(4):696–704.
[6] Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal suppression for transgender youth and risk of suicidal ideation. Pediatrics 2020;145(2).
[7] Green AE, DeChants JP, Price MN, Davis CK. Association of gender-affirming hormone therapy with depression, thoughts of suicide, and attempted suicide among transgender and nonbinary youth. J Adolesc Health 2022;70(4):643–9.
[8] Allen LR, Watson LB, Egan AM, Moser CN. Well-being and suicidality among transgender youth after gender-affirming hormones. Clin Child Psychol 2019;7(3):302–11.
[9] Weill A, Nguyen P, Labidi M, Cadier B, Passeri T, Duranteau L, et al. Use of high dose cyproterone acetate and risk of intracranial meningioma in women: cohort study. Br Med J 2021;372.
[10] Vereecke G, Defreyne J, Van Saen D, Collet S, Van Dorpe J, T'Sjoen G, et al. Characterisation of testicular function and spermatogenesis in transgender women. Hum Reprod 2021;36(1):5–15.
[11] Schneider F, Neuhaus N, Wistuba J, Zitzmann M, Hess J, Mahler D, et al. Testicular functions and clinical characterization of patients with gender dysphoria (GD) undergoing sex reassignment surgery (SRS). J Sex Med 2015;12(11):2190–200.
[12] Matoso A, Khandakar B, Yuan SY, Wu T, Wang LJ, Lombardo KA, et al. Spectrum of findings in orchiectomy specimens of persons undergoing gender confirmation surgery. Hum Pathol 2018;76:91–9.
[13] Jindarak S, Nilprapha K, Atikankul T, Angspatt A, Pungrasmi P, Iamphongsai S, et al. Spermatogenesis abnormalities following hormonal therapy in transwomen. BioMed Res Int 2018;2018.
[14] de Nie I, Mulder CL, Meissner A, Schut Y, Holleman EM, van der sluis WB, et al. Histological study on the influence of puberty suppression and hormonal treatment on developing germ cells in transgender women. Hum Reprod 2022;37(2):297–308.
[15] Bertelloni S, Baroncelli GI, Ferdeghini M, Menchini-Fabris F, Saggese G. Final height, gonadal function and bone mineral density of adolescent males with central precocious puberty after therapy with gonadotropin-releasing hormone analogues. Eur J Pediatr 2000;159(5):369–74.
[16] Taub RL, Ellis SA, Neal-Perry G, Magaret AS, Prager SW, Micks EA. The effect of testosterone on ovulatory function in transmasculine individuals. Am J Obstet Gynecol 2020;223(2).
[17] Wierckx K, Van Caenegem E, Schreiner T, Haraldsen I, Fisher A, Toye K, et al. Cross-sex hormone therapy in trans persons is safe and effective at short-term follow-up: results from the European network for the investigation of gender incongruence. J Sex Med 2014;11(8):1999–2011.
[18] Yaish I, Tordjman K, Amir H, Malinger G, Salemnick Y, Shefer G, et al. Functional ovarian reserve in transgender men receiving testosterone therapy: evidence for preserved anti-Mullerian hormone and antral follicle count under prolonged treatment. Hum Reprod 2021;36(10):2753–60.
[19] Grimstad FW, Fowler KG, New EP, Ferrando CA, Pollard RR, Chapman G, et al. Ovarian histopathology in transmasculine persons on testosterone: a multicenter case series. J Sex Med 2020;17(9):1807–18.
[20] Leonard SA, Berrahou I, Zhang A, Monseur B, Main EK, Obedin-Maliver J. Sexual and/or gender minority disparities in obstetrical and birth outcomes. Am J Obstet Gynecol 2022;226(6):846 e1–e14.
[21] Pasquino AM, Pucarelli I, Accardo F, Demiraj V, Segni M, Di Nardo R. Long-term observation of 87 girls with idiopathic central precocious puberty treated with gonadotropin-releasing hormone analogs: impact on adult height, body mass index, bone mineral content, and reproductive function. J Clin Endocrinol Metab 2008;93(1):190–5.
[22] Magiakou MA, Manousaki D, Papadaki M, Hadjidakis D, Levidou G, Vakaki M, et al. The efficacy and safety of gonadotropin-releasing hormone analog treatment in childhood and adolescence: a single center, long-term follow-up study. J Clin Endocrinol Metab 2010;95(1):109–17.
[23] Martinerie L, de Mouzon J, Blumberg J, di Nicola L, Maisonobe P, Carel JC, et al. Fertility of women treated during childhood with triptorelin (depot formulation) for central precocious puberty: the PREFER study. Horm Res Paediatr 2021;93(9–10):529–38.
[24] De Roo C, Lierman S, Tilleman K, Peynshaert K, Braeckmans K, Caanen M, et al. Ovarian tissue cryopreservation in female-to-male transgender people: insights into ovarian histology and physiology after prolonged androgen treatment. Reprod Biomed Online 2017;34(6):557–66.

39

[25] Borras A, Manau MD, Fabregues F, Casals G, Saco A, Halperin I, et al. Endocrinological and ovarian histological investigations in assigned female at birth transgender people undergoing testosterone therapy. Reprod Biomed Online 2021;43(2):289–97.

[26] De Roo C, Tilleman K, Vercruysse C, Declercq H, T'Sjoen G, Weyers S, et al. Texture profile analysis reveals a stiffer ovarian cortex after testosterone therapy: a pilot study. J Assist Reprod 2019;36(9):1837–43.

[27] Grynberg M, Fanchin R, Dubost G, Colau JC, Bremont-Weil C, Frydman R, et al. Histology of genital tract and breast tissue after long-term testosterone administration in a female-to-male transsexual population. Reprod Biomed Online 2010; 20(4):553–8.

[28] Coleman E, Radix AE, Bouman WP, Brown GR, de Vries ALC, Deutsch MB, et al. Standards of care for the health of transgender and gender diverse people, version 8 (vol 23, pg S1, 2022). Int J Transgender Health 2022;23:S259–61.

[29] Daar J, Amato P, Benward J, Collins LR, Davis JB, Francis L, et al. Access to fertility services by transgender persons: an Ethics Committee opinion. Fertil Steril 2015;104(5):1111–5.

[30] De Wert G, Dondorp W, Shenfield F, Barri P, Devroey P, Diedrich K, et al. ESHRE Task Force on Ethics and Law 23: medically assisted reproduction in singles, lesbian and gay couples, and transsexual people. Hum Reprod 2014;29(9): 1859–65.

[31] Page MJ, McKenzie JE, Bossuyt PM, Boutron I, Hoffmann TC, Mulrow CD, et al. The PRISMA 2020 statement: an updated guideline for reporting systematic reviews (74, pg 790, 2021). Rev Esp Cardiol 2022;75(2):192.

[32] René O, Ralph de V, Linda S. Amsterdam efficient deduplication (AED) method. 2019.

[33] Bramer WM, Giustini D, De JGB, Holland L, Bekhuis T. De-duplication of database search results for systematic reviews in EndNote (vol 104, pg 240, 2016). J Med Libr Assoc 2017;105(1):111.

[34] Institute JB. Critical appraisal tools. 2020.

[35] Chen D, Matson M, Macapagal K, Johnson EK, Rosoklija I, Finlayson C, et al. Attitudes toward fertility and reproductive health among transgender and gender-nonconforming adolescents. J Adolesc Health 2018;63(1):62–8.

[36] Chiniara LN, Viner C, Palmert M, Bonifacio H. Perspectives on fertility preservation and parenthood among transgender youth and their parents. Arch Dis Child 2019;104(8):739–44.

[37] Strang JF, Jarin J, Call D, Clark B, Wallace GL, Anthony LG, et al. Transgender youth fertility attitudes questionnaire: measure development in nonautistic and autistic transgender youth and their parents. J Adolesc Health 2018;62(2): 128–35.

[38] Komorowski AS, Fisher AR, Jungheim ES, Lewis CS, Omurtag KR. Fertility preservation discussions, referral and follow-up in male-to-female and female-to-male adolescent transgender patients. Hum Fertil 2021:1–5.

[39] Langer MD, Silver EJ, Dodson NA, Talib HJ, Coupey SM. Fertility desires of adolescent females: decreased desire for children in those identifying as transgender/gender diverse and in depressed adolescents. J Pediatr Adolesc Gynecol 2020;33(6):703–7.

[40] Nahata L, Chen D, Quinn GP, Travis M, Grannis C, Nelson E, et al. Reproductive attitudes and behaviors among transgender/nonbinary adolescents. J Adolesc Health 2020;66(3):372–4.

[41] Persky RW, Gruschow SM, Sinaii N, Carlson C, Ginsberg JP, Dowshen NL. Attitudes toward fertility preservation among transgender youth and their parents. J Adolesc Health 2020;67(4):583–9.

[42] Morrison A, Olezeski C, Cron J, Kallen AN. A pilot study to assess attitudes toward future fertility and parenthood in transgender and gender expansive adolescents. Transgender Health 2020;5(2):129–37.

[43] Alpern S, Yaish I, Wagner-Kolasko G, Greenman Y, Sofer Y, Paltiel Lifshitz D, et al. Why fertility preservation rates of transgender men are much lower than those of transgender women. Reprod Biomed Online 2022;44(5):943–50.

[44] Mattelin E, Strandell A, Bryman I. Fertility preservation and fertility treatment in transgender adolescents and adults in a Swedish region, 2013-2018. Hum Reprod Open 2022;2022(2):hoac008.

[45] Morong JJ, Class QA, Zamah AM, Hinz E. Parenting intentions in transgender and gender-nonconforming adults. Int J Gynecol Obstet 2022;159(2):557–62.

[46] Wierckx K, Van Caenegem E, Pennings G, Elaut E, Dedecker D, Van de Peer F, et al. Reproductive wish in transsexual men. Hum Reprod 2012;27(2):483–7.

[47] Auer MK, Fuss J, Nieder TO, Briken P, Biedermann SV, Stalla GK, et al. Desire to have children among transgender people in Germany: a cross-sectional multi-center study. J Sex Med 2018;15(5):757–67.

[48] Defreyne J, Van Schuylenbergh J, Motmans J, Tilleman K, T'Sjoen G. Parental desire and fertility preservation in assigned male at birth transgender people living in Belgium. Int J Transgender Health 2020;21(1):45–57.

[49] Defreyne J, Van Schuylenbergh J, Motmans J, Tilleman KL, T'Sjoen GGR. Parental desire and fertility preservation in assigned female at birth transgender people living in Belgium. Fertil Steril 2020;113(1). 149-157.e2.

[50] Riggs DW, Bartholomaeus C. Fertility preservation decision making amongst Australian transgender and non-binary adults. Reprod Health 2018;15(1):181.

[51] Riggs DW, Power J, von Doussa H. Parenting and Australian trans and gender diverse people: an exploratory survey. Int J Transgenderism 2016;17(2):59–65.

[52] Durcan E, Turan S, Bircan BE, Yaylamaz S, Okur I, Demir AN, et al. Fertility desire and motivation among individuals with gender dysphoria: a comparative study. J Sex Marital Ther 2022:1–15.

[53] Mattawanon N, Kummaraka U, Oon-Arom A, Manojai N, Tangpricha V. Reproductive desires in transgender and gender diverse adults: a cross-sectional study in Thailand. Int J Transgender Health 2022;23(3):362–74.

[54] Salinas-Quiroz F, Costa PA, Lozano-Verduzco I. Parenting aspiration among diverse sexual orientations and gender identities in Mexico, and its association with internalized Homo/transnegativity and connectedness to the LGBTQ community. J Fam Issues 2020;41(6):759–83.

[55] Mattelin E, Strandell A, Bryman I. Fertility preservation and fertility treatment in transgender adolescents and adults in a Swedish region, 2013-2018. Hum Reprod Open 2022;(2):2022.

[56] Vyas N, Douglas CR, Mann C, Weimer AK, Quinn MM. Access, barriers, and decisional regret in pursuit of fertility preservation among transgender and gender-diverse individuals. Fertil Steril 2021;115(4):1029–34.

[57] Silva B, Fontanari AM, Seibel BL, Chinazzo IR, Luxion K, Lobato MI, et al. Transgender parenthood, participation in children's lives, and association with discrimination experiences: an exploratory study. Fam Relat 2022;72(1):122–39.

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*          *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

[58] Chen D, Simons L, Johnson EK, Lockart BA, Finlayson C. Fertility preservation for transgender adolescents. J Adolesc Health 2017;61(1):120–3.

[59] Segev-Becker A, Israeli G, Elkon-Tamir E, Perl L, Sekler O, Amir H, et al. Children and adolescents with gender dysphoria in Israel: increasing referral and fertility preservation rates. Endocr Pract 2020;26(4):423–8.

[60] Nahata L, Tishelman AC, Caltabellotta NM, Quinn GP. Low fertility preservation utilization among transgender youth. J Adolesc Health 2017;61(1):40–4.

[61] Brik T, Vrouenraets L, Schagen SEE, Meissner A, de Vries MC, Hannema SE. Use of fertility preservation among a cohort of transgirls in The Netherlands. J Adolesc Health 2019;64(5):589–93.

[62] Cooper HC, Long J, Aye T. Fertility preservation in transgender and non-binary adolescents and young adults. PLoS One 2022;17(3):e0265043.

[63] Wakefield BW, Boguszewski KE, Cheney D, Taylor JF. Patterns of fertility discussions and referrals for youth at an interdisciplinary gender clinic. LGBT Health 2019;6(8):417–21.

[64] Pang KC, Peri AJS, Chung HE, Telfer M, Elder CV. Grover S, et al. Rates of fertility preservation use among transgender adolescents. JAMA Pediatr 2020;174(9):890–1.

[65] McCallion S, Smith S, Kyle H, Shaikh MG, Wilkinson G, Kyriakou A. An appraisal of current service delivery and future models of care for young people with gender dysphoria. Eur J Pediatr 2021;180(9):2969–76.

[66] Brik T, Vrouenraets Ljjj, Schagen SEE, Meissner A, de Vries MC, Hannema SE. Use of fertility preservation among a cohort of transgirls in The Netherlands. J Adolesc Health 2019;64(5):589–93.

[67] Amir H, Yaish I, Oren A, Groutz A, Greenman Y, Azem F. Fertility preservation rates among transgender women compared with transgender men receiving comprehensive fertility counselling. Reprod Biomed Online 2020;41(3):546–54.

[68] Eustache F, Drouineaud V, Mendes N, Delépine B, Dupont C, Mirallié S, et al. Fertility preservation and sperm donation in transgender individuals: the current situation within the French CECOS network. Andrology 2021;9(6):1790–8.

[69] Ker A, Shaw RM, Byrne J, Veale J. Access to fertility preservation for trans and non-binary people in Aotearoa New Zealand. Clin Child Psychol 2021:1–16.

[70] Rogers C, Webberley M, Mateescu R, El Rakhawy Y, Daly-Gourdialsing A, Webberley H. A retrospective study of positive and negative determinants of gamete storage in transgender and gender-diverse patients. Int J Transgender Health 2021; 22(1):167–78.

[71] Adeleye AJ, Cedars MI, Smith J, Mok-Lin E. Ovarian stimulation for fertility preservation or family building in a cohort of transgender men. J Assist Reprod 2019;36(10):2155–61.

[72] Amir H, Yaish I, Samara N, Hasson J, Groutz A, Azem F. Ovarian stimulation outcomes among transgender men compared with fertile cisgender women. J Assist Reprod 2020;37(10):2463–72.

[73] Israeli T, Preisler L, Kalma Y, Samara N, Levi S, Groutz A, et al. Similar fertilization rates and preimplantation embryo development among testosterone-treated transgender men and cisgender women. Reprod Biomed Online 2022;45(3): 448–56.

[74] Leung A, Sakkas D, Pang S, Thornton K, Resetkova N. Assisted reproductive technology outcomes in female-to-male transgender patients compared with cisgender patients: a new frontier in reproductive medicine. Fertil Steril 2019; 112(5):858–65.

[75] Amir H, Oren A, Klochendler Frishman E, Sapir O, Shufaro Y, Segev Becker A, et al. Oocyte retrieval outcomes among adolescent transgender males. J Assist Reprod 2020;37(7):1737–44.

[76] Broughton D, Omurtag K. Care of the transgender or gender-nonconforming patient undergoing in vitro fertilization. Int J Transgenderism 2017;18(4):372–5.

[77] Maxwell S, Noyes N, Keefe D, Berkeley AS, Goldman KN. Pregnancy outcomes after fertility preservation in transgender men. Obstet Gynecol 2017;129(6):1031–4.

[78] Cho K, Harjee R, Roberts J, Dunne C. Fertility preservation in a transgender man without prolonged discontinuation of testosterone: a case report and literature review. F S Rep 2020;1(1):43–7.

[79] Gale J, Magee B, Forsyth-Greig A, Visram H, Jackson A. Oocyte cryopreservation in a transgender man on long-term testosterone therapy: a case report. F S Rep 2021;2(2):249–51.

[80] Resende SS, Kussumoto VH, Arima FHC, Krul PC, Rodovalho NCM, Sampaio MRJ, et al. A transgender man, a cisgender woman, and assisted reproductive technologies: a Brazilian case report. JBRA Assist Reprod 2020;24(4):513–6.

[81] Stark BA, Mok-Lin E. Fertility preservation in transgender men without discontinuation of testosterone. F S Rep 2022; 3(2):153–6.

[82] Greenwald P, Dubois B, Lekovich J, Pang JH, Safer J. Successful in vitro fertilization in a cisgender female carrier using oocytes retrieved from a transgender man maintained on testosterone. AACE Clin Case Rep 2022;8(1):19–21.

[83] Wallace SA, Blough KL, Kondapalli LA. Fertility preservation in the transgender patient: expanding oncofertility care beyond cancer. J Gynaecol Endocrinol 2014;30(12):868–71.

[84] Barrett F, Shaw J, Blakemore JK, Fino ME. Fertility preservation for adolescent and young adult transmen: a case series and insights on oocyte cryopreservation. Front Endocrinol 2022;13:873508.

[85] Chen D, Bernardi LA, Pavone ME, Feinberg EC, Moravek MB. Oocyte cryopreservation among transmasculine youth: a case series. J Assist Reprod 2018;35(11):2057–61.

[86] Insogna IG, Ginsburg E, Srouji S. Fertility preservation for adolescent transgender male patients: a case series. J Adolesc Health 2020;66(6):750–3.

[87] Martin CE, Lewis C, Omurtag K. Successful oocyte cryopreservation using letrozole as an adjunct to stimulation in a transgender adolescent after GnRH agonist suppression. Fertil Steril 2021;116(2):522–7.

[88] Moseson H, Fix L, Hastings J, Stoeffler A, Lunn MR, Flentje A, et al. Pregnancy intentions and outcomes among trans-gender, nonbinary, and gender-expansive people assigned female or intersex at birth in the United States: results from a national, quantitative survey. Int J Transgender Health 2020;22(1–2):30–41.

[89] Light AD, Obedin-Maliver J, Sevelius JM, Kerns JL. Transgender men who experienced pregnancy after female-to-male gender transitioning. Obstet Gynecol 2014;124(6):1120–7.

[90] Hahn M, Sheran N, Weber S, Cohan D, Obedin-Maliver J. Providing patient-centered perinatal care for transgender men and gender-diverse individuals A collaborative multidisciplinary team Approach. Obstet Gynecol 2019;134(5):959–63.

*T.H.R. Stolk, J.D. Asseler, J.A.F. Huirne et al.*                    *Best Practice & Research Clinical Obstetrics and Gynaecology 87 (2023) 102312*

[91] Yoshida A, Kaji T, Imaizumi J, Shirakawa A, Suga K, Nakagawa R, et al. Transgender man receiving testosterone treatment became pregnant and delivered a girl: a case report. J Obstet Gynaecol 2022;48(3):866–8.

[92] Hassan A, Perini J, Khan A, Iyer A. Pregnancy in a transgender male: a case report and review of the literature. Case Rep Endocrinol 2022:2022.

[93] Lierman S, Tilleman K, Braeckmans K, Peynshaert K, Weyers S, T'Sjoen G, et al. Fertility preservation for trans men: frozen-thawed in vitro matured oocytes collected at the time of ovarian tissue processing exhibit normal meiotic spindles. J Assist Reprod 2017;34(11):1449–56.

[94] Lierman S, Tolpe A, De Croo I, De Gheselle S, Defreyne J, Baetens M, et al. Low feasibility of in vitro matured oocytes originating from cumulus complexes found during ovarian tissue preparation at the moment of gender confirmation surgery and during testosterone treatment for fertility preservation in transgender men. Fertil Steril 2021;116(4):1068–76.

[95] de Nie I, Asseler J, Meißner A, Voorn-de Warem IAC, Kostelijk EH, den Heijer M, et al. A cohort study on factors impairing semen quality in transgender women. Am J Obstet Gynecol 2022:226(3):390. e1–e10.

[96] de Nie I, Meißner A, Kostelijk EH, Soufan AT, Voorn-de Warem IAC, den Heijer M, et al. Impaired semen quality in trans women: prevalence and determinants. Hum Reprod 2020;35(7):1529–36.

[97] Li K, Rodriguez D, Gabrielsen JS, Centola GM, Tanrikut C. Sperm cryopreservation of transgender individuals: trends and findings in the past decade. Andrology 2018;6(6):860–4.

[98] Marsh C, McCracken M, Gray M, Nangia A, Gay J, Roby KF. Low total motile sperm in transgender women seeking hormone therapy. J Assist Reprod 2019;36(8):1639–48.

[99] Rodriguez-Wallberg KA, Häljestig J, Arver S, Johansson ALV, Lundberg FE. Sperm quality in transgender women before or after gender affirming hormone therapy-A prospective cohort study. Andrology 2021;9(6):1773–80.

[100] Amir H, Perl L, Barda S, Lantsberg D, Becker AS, Israeli G, et al. Adolescent transgender females present impaired semen quality that is suitable for intracytoplasmic sperm injection even before initiating gender-affirming hormone treatment. Reprod Sci 2022;29(1):260–9.

[101] Hamada A, Kingsberg S, Wierckx K, T'Sjoen G, De Sutter P, Knudson G, et al. Semen characteristics of transwomen referred for sperm banking before sex transition: a case series. Andrologia 2015;47(7):832–8.

[102] Sermondade N, Benaloun E, Berthaut I, Moreau E, Prades M, Béranger A, et al. Reproductive functions and fertility preservation in transgender women: a French case series. Reprod Biomed Online 2021;43(2):339–45.

[103] Alford AV, Theisen KM, Kim N, Bodie JA, Pariser JJ. Successful ejaculatory sperm cryopreservation after cessation of long-term estrogen therapy in a transgender female. Urology 2020;136:e48–50.

[104] Barnard EP, Dhar CP, Rothenberg SS, Menke MN, Witchel SF, Montano GT, et al. Fertility preservation outcomes in adolescent and young adult feminizing transgender patients. Pediatrics 2019;144(3).

[105] Jones CA, Reiter L, Greenblatt E. Fertility preservation in transgender patients. Int J Transgenderism 2016;17(2):76–82.

[106] Adeleye AJ, Reid G, Kao CN, Mok-Lin E, Smith JF. Semen parameters among transgender women with a history of hormonal treatment. Urology 2019;124:136–41.

[107] Wyns C, Kanbar M, Giudice MG, Poels J. Fertility preservation for prepubertal boys: lessons learned from the past and update on remaining challenges towards clinical translation. Hum Reprod Update 2021;27(3):433–59.

[108] Joshi VB, Behl S, Pittock ST, Arndt CAS, Zhao Y, Khan Z, et al. Establishment of a pediatric ovarian and testicular cryo-preservation program for malignant and non-malignant conditions: the mayo clinic experience. J Pediatr Adolesc Gynecol 2021;34(5):673–80.

[109] Parikh N, Chattha A, Gargollo P, Granberg C. Fertility preservation: a tale of two testicles. Urology 2021;153:298–300.

[110] Peri A, Ahler A, Gook D, O'Connell MA, Bourne H, Nightingale M, et al. Predicting successful sperm retrieval in trans-feminine adolescents after testicular biopsy. J Assist Reprod Genet 2021;38(10):2735–43.

[111] A EC. Access to fertility services by transgender and nonbinary persons: an Ethics Committee opinion. Fertil Steril 2021;115(4):874–8.

[112] Baram S, Myers SA, Yee S, Librach CL. Fertility preservation for transgender adolescents and young adults: a systematic review. Hum Reprod Update 2019;25(6):694–716.

[113] Penzias A, Azziz R, Bendikson K, Falcone T, Goldstein J, Hansen K, et al. Evidence-based outcomes after oocyte cryo-preservation for donor oocyte in vitro fertilization and planned oocyte cryopreservation: a guideline. Fertil Steril 2021;116(1):36–47.

[114] van der Loos MATC, Hannema SE, Klink DT, den Heijer M, Wiepjes CM. Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in The Netherlands. Lancet Child Adolesc Health Dec 2022;6(12):869–75.

[115] Dolmans MM, von Wolff M, Poirot C, Diaz-Garcia C, Cacciottola L, Boissel N, et al. Transplantation of cryopreserved ovarian tissue in a series of 285 women: a review of five leading European centers. Fertil Steril 2021;115(5):1102–15.

[116] Kanbar BP, de Michele F, Giudice MG, Desmet L, Poels J, Wyns C. Long-term follow-up of boys who have undergone a testicular biopsy for fertility preservation. Hum Reprod 2021;36(1):26–39.

[117] Jones BP, Rajamanaharan A, Vali S, Williams NJ, Saso S, Thum MY, et al. Perceptions and motivations for uterus transplant in transgender women. JAMA Netw Open 2021;4(1):e2034561.

[118] Brännström M, Belfort MA, Ayoubi JM. Uterus transplantation worldwide: clinical activities and outcomes. Curr Opin Organ Transplant 2021;26(6):616–26.

[119] Api M, Boza A, Ceyhan M. Could the female-to-male transgender population be donor candidates for uterus trans-plantation? J Turk Ger Gynecol Assoc 2017;14(4):233–7.

[120] Peters HE, Juffermans LJM, Lambalk CB, Dekker J, Fernhout T, Groenman FA, et al. Feasibility study for performing uterus transplantation in The Netherlands. Hum Reprod Open 2020(2):hoz032.

[121] Ferrari S, Paffoni A, Filippi F, Busnelli A, Vegetti W, Somigliana E. Sperm cryopreservation and reproductive outcome in male cancer patients: a systematic review. Reprod Biomed Online 2016;33(1):29–38.

[122] Balkenende EME, Dahhan T, van der Veen F, Repping S, Goddijn M. Reproductive outcomes after oocyte banking for fertility preservation. Reprod Biomed Online 2018;37(4):425–33.

[123] Penzias A, Bendikson K, Falcone T, Gitlin S, Gracia C, Hansen K, et al. Fertility preservation in patients undergoing gonadotoxic therapy or gonadectomy: a committee opinion. Fertil Steril 2019;112(6):1022−33.

[124] Oktay K, Harvey BE, Partridge AH, Quinn GP, Reinecke J, Taylor HS, et al. Fertility preservation in patients with cancer: ASCO clinical practice guideline update. J Clin Oncol 2018;36(19):1994 [↑].

WHO handbook for guideline development – 2nd ed. (ISBN 978 92 4 154896 0)
© World Health Organization 2014

# 14. Strong recommendations when the evidence is low quality

## 14.1 Background

To improve the guideline development process and facilitate the explicit, systematic and transparent formulation of recommendations from evidence, in 2007 WHO adopted GRADE (Grading of Recommendations Assessment, Development and Evaluation) as the method for assessing the quality of a body of evidence and for determining the direction and strength of the resulting recommendations *(1)* (see Chapters 9 and 10 of the *WHO handbook for guideline development*, 2014) *(2)*.

According to the GRADE framework, the best estimates of the effects of an intervention come from systematic reviews of randomized controlled trials (RCTs) in which the intervention is tested against alternative management approaches. The certainty or level of confidence in an effect estimate depends on several factors, namely risk of bias, imprecision, indirectness, inconsistency and publication bias *(3)*. GRADE rates certainty as high, moderate, low and very low based on a combination of these factors. Prior to consideration of these other factors, RCTs provide high-certainty estimates, whereas observational studies provide estimates having low certainty, except under unusual circumstances.

GRADE also provides guidance on how to formulate recommendations based on systematic reviews of the evidence *(4)*. Recommendations can be strong or conditional, depending in part on the level of confidence (certainty) in the effects of a given intervention. When guideline development groups are confident that the desirable consequences (benefits) of an intervention outweigh its undesirable consequences (risks or harms), they will likely issue a strong recommendation in favour of the intervention; when they are confident that the opposite is true, they issue a strong recommendation against the intervention. In cases in which the balance between desirable and undesirable consequences is less certain, the guideline development group will issue a conditional recommendation.

In addition to the certainty surrounding effect estimates, several other factors influence the strength of a recommendation under the GRADE approach. These factors include the magnitude of the potential benefits and harms of alternative courses of action; value judgements on the trade-off between these harms and benefits; the level of uncertainty surrounding the

**169**

EXHIBIT

15

**WHO handbook for guideline development**

value judgements and preferences of the individuals affected by the recommendation; the extent to which these value judgements and preferences are estimated to vary across population groups; and considerations pertaining to the use of resources. In the context of public health guidelines, additional factors – i.e. the burden of illness; an intervention's accessibility, feasibility and acceptability; social context; the extent of current suboptimal practice; and the intervention's impact on health inequities – may be considered too.

The judgements regarding the relative value of the potential outcomes of an intervention and the preferences regarding the proposed intervention that are used to inform a recommendation should be those of the intended beneficiaries of the recommendation. To come to know these value judgements and preferences, the suggested approach under GRADE is to conduct a systematic review of studies in which they are explored. Although other methods can be employed for the purpose of developing guidelines, such methods are not well developed and often difficult to implement. Hence, guideline development groups should explicitly state the nature of the value judgements and preferences underpinning their recommendations and the source(s) of those data.

## 14.2 Cause for concern regarding WHO guidelines

According to a 2013 evaluation, the quality of WHO guidelines has improved markedly since the Guideline Review Committee (GRC) was formed in 2007 to promote and ensure consistent processes and standards in guideline development *(5)*. Interviews with 20 WHO staff members revealed, however, that some technical units were purposely bypassing the established procedures. In addition, some staff said they were unsure of how GRADE should be applied, and members of the GRC expressed the concern that GRADE principles were not fully institutionalized. These results led the authors of the evaluation to conclude that the quality assurance standards formulated by the GRC were not yet fully embedded within the Organization.

Initial anecdotal evidence suggested a specific problem: WHO guideline panels frequently make strong recommendations despite evidence assessed as having low or very low certainty surrounding the effect estimates. Such recommendations are known as "discordant". GRADE guidance warns against discordant recommendations because when either the benefits or harms of an intervention are uncertain, one cannot be confident that an intervention does more good than harm. Strong recommendations are directives that are meant to be followed by all or almost all guideline users and under all or almost all foreseeable circumstances. Because of this, discordant recommen-

Chapter  14    Strong recommendations when the evidence is low quality

dations may entrench practices whose benefit is uncertain. For instance, a discordant recommendation may lead the users of a WHO guideline to carry out interventions that are detrimental individually or collectively or to waste scarce resources on ineffective interventions.

Although in general discordant recommendations are not considered appropriate, the GRADE approach includes five situations in which such recommendations may be warranted (Table 1) *(4)*. Researchers have explored the extent to which WHO guideline development groups are adhering to GRADE guidance – or failing to do so – when they issue discordant recommendations *(6,7)*.

## 14.3 Detailed study of WHO guidelines

An initial descriptive study of WHO's recommendations conducted in 2012 confirmed that WHO frequently develops discordant recommendations *(6)*. From 2007 to 2012, WHO published 43 guidelines containing 456 recommendations using the GRADE approach. Of the 456 recommendations, 289 (63.4%) were strong and 167 (36.6%) were conditional. Of the 289 strong recommendations, 160 (55.4%) were discordant.

Researchers examined the 160 discordant recommendations in depth *(7)*. First, they assessed them for consistency with one of the five situations in Table 1 (i.e. for consistency with GRADE guidance). They then classified all recommendations judged to be inconsistent with those situations (and hence with GRADE guidance) using a taxonomy previously developed by the Endocrine Society (United States of America) to assess its own guidelines (Table 2) *(4,8)*. This taxonomy classifies recommendations in one of three ways: (i) as good-practice statements *(9)*, when the certainty surrounding effect estimates is high but the supportive evidence is indirect (and thus the GRADE approach cannot be employed); (ii) as based on a misclassification of the evidence, usually owing to the erroneous grading of the certainty surrounding effect estimates as low or very low when moderate or high was warranted; or (iii) as inappropriately formulated as a strong recommendation when a conditional one would have been more appropriate.

The researchers judged only 25 (15.6%) of the 160 discordant recommendations to be consistent with one of the five situations in which discordant recommendations are considered appropriate (Table 1). The most common situation was that in which there was potential for catastrophic harm although the certainty surrounding the effect estimates of harm was low *(7)*. Of the remaining 135 (84.4%) recommendations, researchers reported that

**171**

**WHO handbook for guideline development**

**Table 1.** Situations in which strong recommendations may be indicated despite low or very low confidence in effect estimates

| Situation | Confidence in effect estimates (evidence quality) | | Benefits versus harms | Value judgements and preferences | Resource considerations | Type of recommendation | Example of a discordant recommendation |
|---|---|---|---|---|---|---|---|
| | Benefits | Harms | | | | | |
| Life-threatening situation | Low or very low | Immaterial (very low to high) | Intervention may save lives in a life-threatening situation. Adverse events not prohibitive. | A very high value is placed on an uncertain but potentially life-preserving benefit. | Small incremental cost or use of resources relative to benefits justifies the intervention. | Strong recommendation in favor of the intervention | In the treatment of patients with MDR-tuberculosis, a fluoroquinolone should be used (10). |
| Uncertain benefit, certain harm | Low or very low | High or moderate | Possible but uncertain benefit. Substantial established harm. | A much higher value is placed on the harmful effects, which are certain, than on the benefits, which are uncertain. | Possible high incremental costs or use of resources in the face of uncertain benefits may dictate the need for a recommendation against the intervention. | Strong recommendation against the intervention (or in favor of a less harmful/costly comparator) | We recommend against screening for androgen deficiency in the general population (11). |
| Potentially equivalent options, one clearly less risky or costly than the other | Low or very low | High or moderate | Both alternatives show similar – though uncertain – benefits, but one is certainly less harmful or expensive than the other. | A high value is placed on avoiding harm. | High incremental cost (or resource use) relative to benefits may justify recommending the comparator, if less harmful. | Strong recommendation in favour of the less harmful/costly comparator | For management of post partum haemorrhage, oxytocin should be preferred over ergometrine alone, a fixed-dose combination of ergometrine and oxytocin, carbetocin, and prostaglandins (12). |

Chapter 14    Strong recommendations when the evidence is low quality

| Situation | Confidence in effect estimates (evidence quality) | | Benefits versus harms | Value judgements and preferences | Resource considerations | Type of recommendation | Example of a discordant recommendation |
|---|---|---|---|---|---|---|---|
| | Benefits | Harms | | | | | |
| High confidence in benefits being similar, but one option potentially more risky or costly than the other | High or moderate | Low or very low | Have established that alternative management strategies afford similar benefits, but one of them may be more harmful than the other (low certainty). | A high value is placed on avoiding harm. | High incremental cost (or resource use) of one intervention may justify recommending the comparator, if less harmful. | Strong recommendation against the potentially more harmful/costly comparator | In women requiring anticoagulation and planning conception or in pregnancy, the American College of Chest Physicians' guidelines recommended against the use of certain anticoagulants (13). For example, high confidence estimates suggest similar effects of different anticoagulants. However, indirect evidence (low confidence in effect estimates) suggests potential harm to the unborn infant with oral direct thrombin (e.g. dabigatran) and factor Xa inhibitors (e.g. rivaroxaban, apixaban). |
| Potential catastrophic harm | Immaterial (very low to high) | Low or very low | Intervention potentially quite harmful, while its benefit varies in magnitude. | A high value is placed on avoiding greater harm. | High incremental cost (or resource use) of the potentially more harmful intervention may further justify recommending the less harmful comparator. | Strong recommendation against the intervention (or in favor of the less harmful/less expensive comparator) | Children with suspected or confirmed pulmonary tuberculosis or tuberculous peripheral lymphadenitis living in settings with high HIV prevalence (or with confirmed HIV infection) should not be treated with intermittent regimens (14). |

Adapted from Andrews et al. 2013 (4) and Alexander et al. (7).

**173**

**WHO handbook for guideline development**

29 (18% of the total 160) were good practice statements *(9)*; 33 recommendations (20.6%) were based on certainty that had been misclassified (rated as low or very low quality instead of moderate or high); and 73 (45.6%) had been issued as strong when the recommendation should have been conditional.

Table 2 illustrates the various types of discordant recommendations not consistent with GRADE guidance. Of the three categories involved – i.e. good practice statements, recommendations based on misclassified evidence, and strong recommendations that should have been conditional – the third is of greatest concern. Good practice statements are sometimes appropriate. This is so when the supporting evidence is indirect and therefore difficult to collect and summarize but the certainty or confidence surrounding an intervention's impact is high, and when the desirable consequences of an intervention clearly outweigh the undesirable ones. Good practice statements are, by nature, strong recommendations. This does not pose a problem as long as the certainty surrounding effect estimates is high.

Issuing strong recommendations when a conditional one would have been more appropriate does pose a problem, however, and is not trivial: 46% of the discordant recommendations and 16% of all recommendations published by WHO from 2007 to 2012 fell in this category.

## 14.4 Results of a qualitative study of discordant recommendations at WHO

Researchers conducted 13 open-ended, semi-structured, one-on-one interviews with the guideline development group chairs and technical staff who had developed one of the guidelines containing the highest proportion of discordant recommendations not consistent with GRADE guidance (Table 2). Four overarching themes emerged from these interviews: (i) the strengths of GRADE; (ii) the challenges and barriers involved in applying GRADE; (iii) ways to improve the use of GRADE; and (iv) the reasons for discordant recommendations.

More specifically, the interviews revealed the following:

Respondents identified and appreciated the strengths of GRADE, including its highly structured, open, analytical, standardized, evidence-focused approach and the attention paid to patient values and preferences in moving from evidence to recommendations.

One of the barriers or difficulties respondents encountered when applying GRADE was a lack of sufficient guidance on when and how to make conditional recommendations. They also had difficulty dealing with cases

**174**

Table 2.    WHO recommendations found to be inconsistent with GRADE guidance

| Condition | Example |
|---|---|
| Good practice statement (guideline development group should not apply GRADE methods). A large body of indirect evidence that is difficult to summarize indicates that the desirable consequences of the intervention far outweigh its undesirable consequences (i.e. confidence is high, but summarizing the evidence systematically would be a poor use of resources). | Triage people with tuberculosis symptoms (strong recommendation, low quality of evidence). These recommendations suggest: that persons with a sufficiently high probability of having tuberculosis should be promptly separated from other patients and undergo the appropriate investigations (15). |
| Misclassification of the quality of the evidence as **low** or very low, rather than moderate or high. | Couples and partner voluntary HIV testing and counselling (CHTC) with support for mutual disclosure should be offered to individuals with known HIV status and their partners (strong recommendation, low-quality evidence for all people with HIV in all epidemic settings). In a randomized trial, couples who received CHTC versus health information reduced unprotected sex, providing moderate quality evidence supporting the recommendation (16). |
| Recommendation inconsistent with GRADE guidance which suggests the need for a conditional recommendation. | Uterine massage is recommended for the treatment of post-partum haemorrhage (strong recommendation, very low quality evidence). Because evidence supporting uterine massage is of very low quality and uterine massage might delay the institution of more effective interventions, a conditional recommendation would be optimal (17). |

GRADE, Grading of Recommendations Assessment, Development and Evaluation.
Adapted from Alexander et al. (7).

**WHO handbook for guideline development**

in which there was an absence of RCTs, and with the development of key questions in PICO (population, intervention, comparator, outcome) format.

To improve the use of GRADE, respondents suggested training sessions, particularly at the start of guideline development, with the use of web-based interactive videos showing how to develop questions in PICO format and match them to the evidence. They also expressed the need for greater leadership on the part of the technical units at WHO, and for more organizational support.

Respondents gave several reasons for discordant recommendations. They expressed general scepticism with respect to conditional recommendations and, more specifically, a reluctance to issue them for established or long-standing practices or where personal experiences suggested significant benefit. They also blamed funding, budget and policy issues and the fear of an unfavourable response from Member States' ministries of health to conditional recommendations. Respondents were further concerned that conditional recommendations would be ignored particularly in resource-poor settings, and that only strong recommendations would ensure people's access to treatment. Finally, respondents feared that conditional recommendations would send confusing signals to the public health community and be misinterpreted by health practitioners and policy-makers.

During interviews, respondents indicated that they generally felt very confident about the balance between an intervention's benefits and harms related to the recommendation being formulated, even when the supporting evidence was rated as low or very low in quality. This revealed a clear misunderstanding of the GRADE system. In some instances, of course, the quality rating was an error and the respondents were right in feeling confident. This occurred most often when guideline development group members intuitively understood the importance of indirect evidence but were unaware of GRADE's explicit guidance in this area. In other cases, respondents' certainty was not supported by compelling evidence, direct or indirect, but was based on personal experience or anecdotal evidence instead.

## 14.5 Recommendations

Although many guideline development groups and their chairs strongly support the use of GRADE, correct and consistent application of the method continues to pose challenges. Staff involved in developing recommendations and members of guideline development groups at WHO need to learn how to apply the GRADE method appropriately. The remainder of this chapter explains key points involved in using GRADE correctly.

**176**

Chapter 14    Strong recommendations when the evidence is low quality

## 14.5.1 Approaches to improve the use of GRADE in WHO guidelines

### 14.5.1.1 Make sure comparators are explicit

When making discordant recommendations (or any recommendation using GRADE), guideline development groups must ensure that the comparator intervention is explicitly stated in the text of the recommendation or in the contiguous text.

### 14.5.1.2 Know when to issue a good practice statement

WHO guideline development groups often issue discordant recommendations when good practice statements would have been more appropriate. Good practice statements typically represent situations in which a large body of indirect evidence, often composed of several bodies of evidence linked together in the causal pathway, including indirect comparisons, unequivocally demonstrates the net benefit of the recommended action. GRADE provides guidance on good practice statements (9) and warns against their overuse. A good practice statement should be labelled as such, not as a recommendation, and clearly distinguished from a recommendation formulated using GRADE.

### 14.5.1.3 Rate confidence in effect estimates correctly

As shown by the study described earlier, members of the guideline development group often feel confident or certain that an intervention produces certain effects, even when the quality of the supporting evidence is rated as low or very low. Since under the GRADE approach the quality of the evidence is synonymous with the degree of confidence in effect estimates, this situation shows that GRADE is not well understood. In many instances, however, group members were correct in being confident in the effect estimates owing to an intuitive assessment of indirect evidence. In some of these cases, good practice statements were appropriately issued. In others, however, guideline development groups should have conducted a formal GRADE assessment and rated the confidence in effect estimates as moderate or high using GRADE's explicit guidance on the use of indirect evidence. It is essential for WHO guideline development groups to understand the importance of indirect evidence.

### 14.5.1.4 Engage an experienced guideline methodologist

To ensure rigorous methods and adherence to GRADE, WHO guideline development groups need to engage a guideline methodologist with knowledge of GRADE and skills in group process. The role of the

**177**

**WHO handbook for guideline development**

methodologist should be well defined and should be clarified early in the process and well before any meeting of the guideline development group. Will this individual be a consultant or a co-chair? If the latter, how will his/her role and that of the other co-chair, usually a content expert, be divided? It may be useful to have training materials and hold educational sessions for methodologists too, as well as to develop strategies for dealing with the type of situations that lead guideline development groups to make discordant recommendations inconsistent with GRADE guidance.

### 14.5.1.5 Educate guideline development group members

Many guideline development groups have a poor understanding of GRADE and would benefit from education and training on the GRADE approach and its underlying principles. The training should focus on the development of questions in the PICO format, the meaning of certainty in effect estimates, the difference between strong and conditional recommendations, and the nature and value of indirect or observational evidence. The educational materials used should provide plenty of examples. WHO staff, as well as former members of WHO guideline development groups, should be involved in the development of these educational materials. Guideline development group members should have training before any meeting where the scope and key questions of the proposed guideline are defined and, particularly, before recommendations are formulated.

### 14.5.1.6 Rely on established situations to formulate discordant recommendations

Considerable thought has gone into characterizing situations in which discordant recommendations are appropriate, and five such situations have been defined (Table 1). When guideline development groups are considering drafting a discordant recommendation, they should determine if any of the five situations applies. WHO staff must make these situations known and help the guideline development group to understand them. These measures will probably result in fewer discordant recommendations, greater discussion of recommendations among guideline development group members, and the formulation of a clear rationale for any discordant recommendations.

### 14.5.1.7 Use evidence-to-recommendation (decision) tables

Evidence-to-recommendation (decision) tables have recently been developed, as described in Chapter 10 of the *WHO handbook for guideline development (2)*. Experience with these tables has been positive so far, particularly in organizations making public health recommendations. Explicitly acknowl-

**178**

edging the factors that influence the direction and strength of each recommendation through the use of evidence-to-recommendation templates and in the remarks section of each guideline will result in more trustworthy guidelines.

## 14.5.2 Additional approaches to help ensure the development of valid recommendations

### 14.5.2.1 Carefully select the guideline development group chair

The choice of members of the guideline development group is important, but the choice of chair(s) is particularly so. Chairs with content expertise should be skilled in managing a consensus-based group process and facilitating interaction among group members. Most importantly, they should understand GRADE thoroughly and be willing to work closely with the guideline methodologist to ensure that GRADE is correctly applied in rating the certainty of effect estimates and the strength of the recommendations.

### 14.5.2.1 Clearly identify the target audience

WHO recommendations are typically addressed to health workers, programme managers and policy-makers. WHO-sponsored guideline development groups should know the target audience of each recommendation and make this audience clear to the end-users of the guideline. If a recommendation has more than one target audience, guideline development groups may consider issuing a separate recommendation for each one. However, this should generally be avoided because it may prove confusing to both target audiences and if it is done, an explicit rationale must be given.

### 14.5.2.3 Avoid prejudicial influences

As noted earlier, study respondents named the following reasons for the formulation of discordant recommendations inconsistent with GRADE guidance: excessive reliance on personal experience; fear of health ministries' reactions to a conditional recommendation; reluctance to conditionally recommend long-established practices; and the possibility that conditional recommendations might be ignored. Such influences must be identified and minimized to make optimal recommendations possible.

### 14.5.2.4 Identify and manage conflicts of interest

For recommendations and guidelines to be valid, it is critically important to try to identify financial and nonfinancial conflicts of interest, avoid them

**179**

**WHO handbook for guideline development**

where possible, and appropriately manage any existing conflicts. WHO staff must study and carefully implement all aspects of WHO's policy on conflicts of interest for expert groups *(18)* and be familiar with Chapter 6 of the *WHO handbook for guideline development (2)*.

### 14.5.2.5 Match time available to the magnitude of the task

The time and resources available for developing recommendations need to be sufficient to develop trustworthy guidelines. If this is not the case, it may be wise to decrease the scope of the guideline and recommendations to be discussed at a meeting, or to prolong the meeting or timeline.

## 14.6 Conclusions

WHO has frequently issued strong recommendations based on low-quality evidence. In essence, this means that WHO is advising Member States to implement, in most situations, an intervention with an uncertain balance of benefits and harms. Although in some cases it is entirely reasonable to formulate strong recommendations based on low-quality evidence, doing so is rarely appropriate. WHO staff who develop guidelines must be aware of this and help guideline development groups to formulate recommendations whose strength is consistent with the level of uncertainty surrounding the underlying evidence and are thus more consistent with GRADE.

## 14.7 Acknowledgements

Gordon Guyatt and Paul Alexander (McMaster University, Canada) prepared the report upon which this chapter is based. Susan L. Norris revised and finalized the text. Maria Luisa Clark copy-edited the document, Myriam Felber provided technical support and Martin Mendelson proofread.

## 14.8 References

1.  Guyatt GH, Oxman AD, Schünemann HJ, Tugwell P, Knottnerus A. GRADE guidelines: a new series of articles in the Journal of Clinical Epidemiology. J Clin Epidemiol. 2011;64:380-2. doi:10.1016/j.jclinepi.2010.09.011.
2.  WHO handbook for guideline development-2nd edition. Geneva: World Health Organization; 2014 (http://apps.who.int/iris/bitstream/10665/145714/1/9789241548960_eng.pdf, accessed 6 November 2015).

**180**

Chapter  14    Strong recommendations when the evidence is low quality

3.  Balshem H, Helfand M, Schünemann HJ, Oxman AD, Kunz R, Brozek J, et al. GRADE guidelines: 3. Rating the quality of evidence. J Clin Epidemiol. 2011;64:401-6. doi:10.1016/j.jclinepi.2010.07.015.

4.  Andrews JC, Schünemann HJ, Oxman AD, Pottie K, Meerpohl JJ, Coello PA, et al. GRADE guidelines: 15. Going from evidence to recommendation-determinants of a recommendation's direction and strength. J Clin Epidemiol. 2013;66:726-35. doi:10.1016/j.jclinepi.2013.02.003.

5.  Sinclair D, Isba R, Kredo T, Zani B, Smith H, Garner P. World Health Organization guideline development: an evaluation. PLoS ONE. 2013;8:e63715. doi:10.1371/annotation/fd04e7c6-0d40-4d2c-a382-c5ad10074c99.

6.  Alexander PE, Bero L, Montori VM,  Brito JP, Stoltzfus R, Djulbegovic B, et al. World Health Organization recommendations are often strong based on low confidence in effect estimates. J Clin Epidemiol. 2014;67:629-34. doi:10.1016/j.jclinepi.2013.09.020.

7.  Alexander PE, Brito JP, Neumann I, Gionfriddo MR, Bero L, Djulbegovic B, et al. World Health Organization strong recommendations based on low quality evidence (study quality) are frequent and often inconsistent with GRADE guidance. J Clin Epidemiol.  (http://www.jclinepi.com/article/S0895-4356%2814%2900417-X/, accessed 6 November 2015).

8.  Brito JP, Domecq JP, Murad MH, Guyatt GH, Montori VM. The Endocrine Society guidelines: when the confidence cart goes before the evidence horse. J Clin Endocrinol Metab. 2013;98:3246-52. doi:10.1210/jc.2013-1814.

9.  Guyatt GH, Schünemann HJ, Djulbegovic B, Akl EA. Guideline panels should not GRADE good practice statements. J Clin Epidemiol. 2015; 68: 597-600. doi:10.1016/j.jclinepi.2014.12.011.

10.  Guidelines for the programmatic management of drug-resistant tuberculosis. Geneva: World Health Organization; 2011 (http://whqlibdoc.who.int/publications/2011/9789241501583_eng.pdf?ua=1, accessed 6 November 2015).

11.  Bhasin S, Cunningham GR, Hayes FJ, Matsumoto AM, Snyder PJ, Swerdloff RS, et al. Testosterone therapy in men with androgen deficiency syndromes: an Endocrine Society clinical practice guideline. J Clin Endocrinol Metab. 2010;95:2536-59. doi:10.1210/jc.2009-2354

12.  WHO guidelines for the management of postpartum haemorrhage and retained placenta. Geneva: World Health Organization; 2009 (http://whqlibdoc.who.int/publications/2009/9789241598514_eng.pdf, accessed 6 November 2015).

13.  Bates SM, Greer IA, Middeldorp S, Veenstra DL, Prabulos AM, Vandvik PO. VTE, thrombophilia, antithrombotic therapy, and pregnancy: antithrombotic therapy and prevention of thrombosis, 9th ed. American College of Chest Physicians evidence-based clinical practice guidelines. Chest. 2012;141:e691S-736S. doi:10.1378/chest.11-2300.

14.  Rapid advice: treatment of tuberculosis in children. Geneva: World Health Organization; 2010 (http://whqlibdoc.who.int/publications/2010/9789241500449_eng.pdf, accessed 6 November 2015).

15.  WHO policy on TB infection control in health-care facilities, congregate settings and households Geneva: World Health Organization; 2009 (http://www.who.int/tb/publications/2009/9789241598323/en/, accessed 6 November 2015).

16.  Guidance on couples HIV testing and counselling including antiretroviral therapy for treatment and prevention in serodiscordant couples: recommendations for a public health approach.. Geneva: World Health Organization; 2012 (http://whqlibdoc.who.int/publications/2012/9789241501972_eng.pdf, accessed 6 November 2015).

**WHO handbook for guideline development**

17.   WHO recommendations for the prevention and treatment of postpartum haem-
      orrhage. Geneva: World Health Organization; 2012 (http://apps.who.int/iris/
      bitstream/10665/75411/1/9789241548502_eng.pdf, accessed 6 November 2015).
18.   About CRE (Office of Compliance, Risk Management and Ethics) [intranet site: available to
      WHO staff only]. Geneva: World Health Organization; 2014 (http://intranet.who.int/homes/
      cre/about/, accessed 6 November 2015).

EDITOR'S CHOICE



The BMJ

kabbasi@bmj.com Follow Kamran on Twitter @KamranAbbasi

Cite this as: *BMJ* 2023;380:p553

http://dx.doi.org/10.1136/bmj.p553

Published: 09 March 2023

# Caring for young people with gender dysphoria

Kamran Abbasi *editor in chief*

The debate on gender dysphoria perfectly captures all that is unsavoury about the intersection of science, medicine, and social media. Entrenched, even aggressively argued views are nothing new in science and medicine. But when it comes to gender dysphoria, just as with covid-19, there is little room for constructive dialogue. Unfortunately, what suffers is people's welfare.

The priority for health professionals must be to offer the best possible care to their patients. Difficulties arise when the evidence base is preliminary or inconclusive. In that situation, when faced with a person seeking care, what is the best care to offer?

The dilemma is more acute if the person seeking care is a child or adolescent. This is the complex and difficult challenge that specialists in gender dysphoria must master to provide the best possible care to young people. John Launer describes the hostility and criticism that colleagues experienced at London's Tavistock Clinic in striving "to make the best decisions they could in a situation where evidence was thin and the politics noisy" (doi:10.1136/bmj.p477).[1]

The principle of care, however, remains the same: ensure that the strength of your management recommendations is in line with the strength of the evidence. But the weaker or more disputed the evidence base, the harder it is to offer a clear way forward. Other factors need to be weighed up, such as how invasive is the intervention you are recommending.

For a medical journal the focus is rightly on the quality of evidence behind a treatment recommendation. *The BMJ* has a longstanding and leading position in acknowledging the limits of evidence and advocating against overdiagnosis and overtreatment—even when the state of the science disagrees with individual preferences.

A review of the Gender Development Identity Service at the Tavistock Clinic by Hilary Cass reported interim findings last year acknowledging the difficulties that clinicians face when providing care to young people with gender related stress (doi:10.1136/bmj.p589 doi:10.1136/bmj.o629).[2][3] The service had seen a rapid rise in referrals, and "there were different views held within the staff group about the appropriate clinical approach," Cass wrote (https://cass.independent-review.uk/publications/interim-report).[4] Cass's final report will be delivered this year, but her interim report's effect has been to question the evidence behind interventions, other than psychological support, being offered to young people seeking gender transition. Similar shifts are evident in other countries, such as Sweden.

The US, however, has moved in the opposite direction. An investigation by *The BMJ* finds that more and more young people are being offered medical and surgical intervention for gender transition, sometimes bypassing any psychological support (doi:10.1136/bmj.p382).[5] Much of this clinical practice is supported by guidance from medical societies and associations, but closer inspection of that guidance finds that the strength of clinical recommendations is not in line with the strength of the evidence. The risk of overtreatment of gender dysphoria is real.

If we have the best interests of young people at heart, then surely our duty is to offer evidence informed care? And, if the evidence base is weak, we must provide the necessary support to young people as well as prioritising research to answer questions on issues that are causing a great deal of distress, much of which is amplified by social media. Taking this route is essential: an evidence void not only exposes people to overtreatment but can also be used to deny people the care that they seek, such as through the draconian laws now being introduced in some US states (doi:10.1136/bmj.p533).[6] A better appreciation of the evidence, as well as the limits of medicine, is also the basis of a more constructive dialogue.

1 Launer J. John Launer. Gender identity, polemics, and empathy. *BMJ* 2023;380. pmid: 36858455

2 Dyer C. Services for children with gender dysphoria need fundamental reform, says interim review. *BMJ* 2022;376. doi: 10.1136/bmj.o589 pmid: 35273016

3 Cass H. Review of gender identity services for children and young people. *BMJ* 2022;376 doi: 10.1136/bmj.o629 .

4 Cass H. Independent review of gender identity services for children and young people: interim report. Feb 2022. https://cass.independent-review.uk/wp-content/uploads/2022/03/Cass-Review-Interim-Report-Final-Web-Accessible.pdf.

5 Block J. Gender dysphoria in young people is rising-and so is professional disagreement. *BMJ* 2023;380.p. doi: 10.1136/bmj.p382 pmid: 36822640

6 Block J. Raft of US state laws restrict access to treatments for gender dysphoria. *BMJ* 2023;380. pmid: 36878555

BMJ: first published as 10.1136/bmj.p553 on 9 March 2023. Downloaded from http://www.bmj.com/ on 27 April 2024 by guest. Protected by copyright.

EXHIBIT
16

NEWS



The BMJ

Cite this as: *BMJ* 2023;380:p533
http://dx.doi.org/10.1136/bmj.p533
Published: 06 March 2023

# Raft of US state laws restrict access to treatments for gender dysphoria

Jennifer Block

Tennessee has joined a growing list of US states that have passed laws restricting physicians from administering what are known as "gender affirming" treatments to minors.

The laws prohibit the prescribing of drugs to suppress puberty, such as gonadotrophin releasing hormone analogueues and cross-sex hormones, in patients under 18 as well as all related surgeries for the purposes of treating gender dysphoria.

The Tennessee law[1] goes further by terminating treatment by 31 March 2024 for young people currently receiving drugs, which advocates have lambasted as forcing children to medically detransition.[2]

Mississippi's governor signed a similar bill on 28 February. In addition to dictating care, it also makes it a crime to "knowingly engage in conduct that aids or abets the performance or inducement of gender transition procedures" to minors.[3] Kentucky fast tracked a sweeping bill taking aim not only at the treatments but at professionals who help facilitate social transition, mandating clinicians to report colleagues and prohibiting teachers from using a students' preferred pronouns.[4]

Alabama, Arkansas, South Dakota, and Utah have also passed laws banning the provision of treatments for gender dysphoria, though the latter two have been temporarily halted while they are adjudicated in the courts. Arizona prohibits surgeries for the purpose of gender transition.[5]

Many of the proposed bills and laws threaten clinicians with loss of licensure; in Alabama, the law would make provision of treatments a felony offence.[6]

The American Civil Liberties Union, a non-profit legal advocacy organisation, is leading court challenges. Chase Strangio, deputy director for transgender justice of the union's LGBTQ and HIV Project, said, "Claims of protecting our most vulnerable when these laws ring hollow when lawmakers have trans children's greatest protectors—their parents, providers, and the youth themselves—pleading in front of them not to cut them off from their care."

Omar Gonzalez-Pagan, counsel and healthcare strategist at Lambda Legal, which has filed legal challenges with the ACLU, said, "Enacting an ideological agenda driven by ignorance and prejudice, instead of science and compassion, is not the way forward."

American medical organisations have been unified in opposing laws restricting gender affirming care. At the same time, however, some clinicians have raised concerns that young people are being overmedicalised, and have questioned whether young

people are being adequately assessed before potentially irreversible interventions and whether families are being fully informed of the risks, benefits, and alternatives.[7]

Erica Anderson, a California based clinical psychologist and former president of the US World Professional Association for Transgender Health, who is a transgender woman, opposes legislative efforts but calls on professional organisations to impose their standards of care more forcefully. "I don't think state laws are the way to tackle these problems," she told *The BMJ*. But "providers who are unwilling to own up to the problems that exist are giving ammunition to these biased legislators."

Julia Mason, a paediatrician based near Portland, Oregon, is also "opposed to legislative attempts to control what doctors do with their patients." But Mason is concerned about the state of the evidence, and has called on the American Academy of Paediatrics to conduct a systematic review and revisit its policy statement promoting the gender affirming model of care.

Utah's law, passed in January, requires the state's Department of Health and Human Services to conduct a systematic review of the evidence.[8]

In Florida, the state's politically appointed boards of medicine and osteopathic medicine recently voted to restrict hormonal and surgical treatment for minors following a systematic evidence review, though patients currently receiving hormonal treatment are exempt. The boards initially allowed treatment to be initiated in patients enrolled in formal research studies with ethics approval, but eliminated that exception on 10 February.[9]

Those regulations bear a resemblance to national standards in Sweden and Finland and those which a recent NHS review,[10] chaired by paediatrician Hilary Cass, indicated England would be moving towards.

1   https://wapp.capitol.tn.gov/apps/billinfo/default.aspx?BillNumber=HB0001
2   www.newsweek.com/fact-check-has-tennessee-passed-bill-make-trans-youth-detransition-1784115
3   http://billstatus.ls.state.ms.us/documents/2023/pdf/HB/1100-1199/HB1125SG.pdf
4   https://apps.legislature.ky.gov/record/23rs/hb470.html
5   www.cnn.com/2022/03/30/politics/arizona-transgender-health-care-ban-sports-ban/index.html
6   http://alisondb.legislature.state.al.us/ALISON/SearchableInstruments/2022RS/PrintFiles/SB184-eng.pdf
7   Block J. Gender dysphoria in young people is rising—and so is professional disagreement. *BMJ* 2023;380. . doi: 10.1136/bmj.p382 pmid: 36822640
8   https://le.utah.gov/~2023/bills/static/SB0016.html
9   https://wusfnews.wusf.usf.edu/health-news-florida/2023-02-10/florida-boards-of-medicine-confirm-ban-on-gender-affirming-care-for-transgender-youth
10  Dyer C. NHS gender identity service to close and be replaced by regional centres. *BMJ* 2022;378. . doi: 10.1136/bmj.o1916 pmid: 35914784

EXHIBIT
17

# PLOS ONE

CORRECTION

# Correction: Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults

Jack L. Turban, Dana King, Julia Kobe, Sari L. Reisner, Alex S. Keuroghlian

Concerns were raised, post-publication, regarding common publications of the handling Academic Editor and some of the authors. A second and independent member of the *PLOS ONE* Editorial Board has reevaluated the manuscript and reviews, and has confirmed that the article is scientifically sound and meets *PLOS ONE*'s Publication Criteria. They also confirmed that there are no concerns with the original reviews.

Additionally, after publication of this article [1], the authors discovered an error in the original manuscript. Specifically, throughout the article, the "early adolescence" group was mislabeled and inadvertently included all participants who accessed GAH prior to age 16, including some respondents who accessed GAH at ages younger than what is recommended in the most recent Endocrine Society Guidelines. Analyses for this "early adolescence" group have been updated to include only those who accessed GAH during the younger adolescent age group outlined by the most recent Endocrine Society guidelines (i.e., ages 13–15) [2]. The following specific errors have been corrected:



Check for updates

- The early adolescence group age (14–16) appears incorrectly throughout the article. The correct group age is (13–15). The Endocrine Society Guidelines note an age of 13.5, and the authors chose age 13 as a lower cutoff to include individuals who would have accessed GAH at this age.

- The number and percentage of the early adolescent group reporting access to GAH appears incorrectly through the article. The correct values are 99 (0.5%).

- The sample of individuals ever desiring GAH appears incorrectly throughout the article as 21,598. The correct value is 21,578, now that those reporting access to GAH younger than age 13 have been excluded.

The following sentence has been added to the first paragraph of the Methods section: We additionally excluded any participants who reported accessing GAH prior to age 13, as this would represent an age lower than the current threshold mentioned in the most recent Endocrine Society Guidelines.

Please see S1 Table for detailed in-text corrections and locations.

This error impacted Tables 1–5. In Table 3, there was an additional error in the third column, which has also been corrected here. Please see the correct tables below.

These errors do not affect the results of the primary analyses or conclusions reported in the article.

Finally, the analysis code underlying results in this article was not included with the published article. With this Correction, the authors provide the code as S1 File.

A member of *PLOS ONE*'s Editorial Board confirmed that the new results support the results and conclusions of the published article.

🔓 OPEN ACCESS

**Citation:** Turban JL, King D, Kobe J, Reisner SL, Keuroghlian AS (2023) Correction: Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS ONE 18(6): e0287283. https://doi.org/10.1371/journal.pone.0287283

**Published:** June 12, 2023

**Copyright:** © 2023 Turban et al. This is an open access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

EXHIBIT
18

PLOS ONE

**Table 1. Sample demographics.**

| Total N = 21,578 | | No GAH n = 8860 | GAH 13–15 n = 99 | GAH 16–17 n = 362 | GAH ≥ 18 n = 12257 | |
|---|---|---|---|---|---|---|
| | | n (%) | n (%) | n (%) | n (%) | p |
| Age (Census) | | | | | | < .0001 |
| | 18–24 | 5315 (60.00) | 75 (63.03) | 297 (82.04) | 2856 (23.30) | |
| | 25–44 | 2653 (29.94) | 23 (19.33) | 54 (14.92) | 6285 (51.28) | |
| | 45–64 | 753 (8.50) | 13 (13.13) | 11 (3.04) | 2660 (21.70) | |
| | 65+ | 139 (1.57) | 1 (1.01) | 0 (0.00) | 456 (3.72) | |
| Gender Identity | | | | | | < .0001 |
| | Trans man / male | 2620 (29.57) | 46 (6.46) | 214 (59.12) | 4713 (38.45) | |
| | Trans woman / female | 2324 (26.23) | 38 (38.38) | 109 (30.11) | 6340 (51.73) | |
| | AFAB GQ/NB | 2829 (31.93) | 13 (13.13) | 35 (9.67) | 834 (6.80) | |
| | AMAB GQ/NB | 766 (8.65) | 2 (2.02) | 4 (1.10) | 330 (2.69) | |
| | Other | 321 (3.62) | 0 (0.00) | 0 (0.00) | 40 (0.33) | |
| Sex Assigned at Birth | | | | | | < .0001 |
| | Female | 5475 (61.79) | 59 (59.60) | 00249 (68.78) | 05561 (45.37) | |
| | Male | 3385 (38.21) | 40 (40.40) | 00113 (31.22) | 06696 (54.63) | |
| Sexual Orientation | | | | | | < .0001 |
| | Asexual | 1220 (13.77) | 4 (4.04) | 22 (6.08) | 771 (06.29) | |
| | Bisexual | 1391 (15.70) | 6 (6.06) | 56 (15.47) | 1900 (15.50) | |
| | Gay/Lesbian/Same Gender Loving | 1337 (15.09) | 13 (13.13) | 64 (17.68) | 2535 (20.68) | |
| | Heterosexual/Straight | 743 (8.39) | 27 (27.27) | 71 (19.61) | 2019 (16.47) | |
| | Pansexual | 1875 (21.16) | 20 (20.20) | 66 (18.23) | 1877 (15.31) | |
| | Queer | 1573 (17.75) | 18 (18.18) | 58 (16.02) | 2525 (20.60) | |
| | Other | 721 (8.14) | 11 (11.11) | 25 (6.91) | 630 (5.14) | |
| Race / Ethnicity | | | | | | < .0001 |
| | Alaska Native/American Indian | 105 (1.19) | 1 (1.01) | 3 (0.83) | 149 (1.22) | |
| | Asian/Native Hawaiian/Pacific Islander | 273 (3.08) | 6 (6.06) | 10 (2.76) | 292 (2.38) | |
| | Biracial/Multiracial | 475 (5.36) | 5 (5.05) | 27 (7.46) | 571 (4.66) | |
| | Black/African American | 210 (2.37) | 10 (10.10) | 16 (4.42) | 378 (3.08) | |
| | Latin/Hispanic | 499 (5.63) | 5 (5.05) | 25 (6.91) | 572 (4.67) | |
| | White/Middle Eastern/North African | 7298 (82.37) | 72 (72.73) | 281 (77.62) | 10295 (83.99) | |
| Family Support of Gender Identity | | | | | | < .0001 |

(*Continued*)

PLOS ONE

**Table 1.** (Continued)

| Total N = 21,578 | | No GAH n = 8860 | GAH 13–15 n = 99 | GAH 16–17 n = 362 | GAH ≥ 18 n = 12257 | |
|---|---|---|---|---|---|---|
| | | n (%) | n (%) | n (%) | n (%) | p |
| | Not Asked (Not Out to Family as Transgender) | 3067 (34.64) | 2 (2.02) | 00015 (4.14) | 00901 (7.36) | |
| | Neutral | 1564 (17.66) | 8 (8.08) | 32 (8.84) | 1980 (16.16) | |
| | Supportive | 2904 (32.80) | 81 (81.82) | 291 (80.39) | 7321 (59.77) | |
| | Unsupportive | 1319 (14.90) | 8 (8.08) | 24 (6.63) | 2047 (16.71) | |
| | Missing | 6 (0.07) | 0 (0.00) | 0 (00.00) | 8 (0.08) | |
| Relationship Status | | | | | | < .0001 |
| | Partnered | 4028 (46.90) | 42 (42.42) | 135 (38.03) | 6257 (52.99) | |
| | Unpartnered | 4560 (53.10) | 54 (54.54) | 220 (61.97) | 5551 (47.01) | |
| | Other | 272 (3.07) | 4 (4.04) | 7 (1.93) | 449 (3.66) | |
| Education | | | | | | < .0001 |
| | Bachelor's degree or higher | 2219 (25.05) | 14 (14.14) | 48 (13.26) | 5911 (48.23) | |
| | Some college (no degree)/Associate's | 4555 (51.41) | 51 (51.52) | 171 (47.24) | 5199 (42.42) | |
| | High school grad (including GED) | 1617 (18.25) | 23 (23.23) | 99 (27.35) | 975 (7.95) | |
| | Less than high school | 469 (5.29) | 11 (11.11) | 44 (12.15) | 172 (1.40) | |
| Employment Status | | | | | | < .0001 |
| | Employed | 5213 (59.10) | 46 (46.46) | 189 (52.50) | 8788 (72.01) | |
| | Out of the labor force | 2038 (23.10) | 35 (35.35) | 108 (30.00) | 2283 (18.71) | |
| | Unemployed | 1570 (17.80) | 17 (17.17) | 63 (17.50) | 1133 (9.28) | |
| | Excluded (status unclear) | 4 (0.05) | 0 (0.00) | 2 (0.55) | 2 (0.02) | |
| | Missing | 35 (0.40) | 1 (1.01) | 0 (0.00) | 51 (0.42) | |
| Household Income | | | | | | < .0001 |
| | $1 to $9,999 | 1163 (14.75) | 14 (14.14) | 41 (12.65) | 1160 (10.10) | |
| | $10,000 to $24,999 | 1714 (21.73) | 9 (9.09) | 53 (16.36) | 2252 (19.62) | |
| | $100,000 or more | 1136 (14.40) | 19 (19.19) | 79 (24.38) | 2064 (17.98) | |
| | $25,000 to $49,999 | 1717 (21.77) | 23 (23.23) | 59 (18.21) | 2652 (23.10) | |
| | $50,000 to $100,000 | 1772 (22.47) | 21 (21.21) | 71 (21.91) | 3035 (26.44) | |
| | No income | 385 (4.88) | 3 (3.03) | 21 (6.48) | 317 (2.76) | |
| | Excluded | 275 (3.10) | 6 (6.06) | 11 (3.04) | 313 (2.55) | |
| | Missing | 698 (7.88) | 4 (4.04) | 27 (7.46) | 464 (3.79) | |

*(Continued)*

PLOS ONE

Table 1. (Continued)

| Total N = 21,578 | | No GAH n = 8860 | GAH 13–15 n = 99 | GAH 16–17 n = 362 | GAH ≥ 18 n = 12257 | |
|---|---|---|---|---|---|---|
| | | n (%) | n (%) | n (%) | n (%) | p |
| Ever Received Pubertal Suppression | | | | | | < .0001 |
| | Yes | 31 (0.36) | 31 (31.31) | 44 (12.15) | 221 (1.80) | |
| | No | 8659 (99.64) | 68 (68.69) | 318 (87.85) | 12036 (98.20) | |
| | Missing | 170 (1.92) | 0 (0.00)) | 0 (0.00)) | 0 (0.00)) | |
| Ever Experienced Gender Identity Conversion Efforts | | | | | | < .0001 |
| | Yes | 998 (11.28) | 24 (24.24) | 92 (25.48) | 2208 (18.03) | |
| | No | 7852 (88.72) | 74 (74.75) | 269 (74.52) | 10037 (81.97) | |
| | Missing | 10 (0.11) | 1 (1.01) | 1 (0.28) | 12 (0.10) | |
| K-12 Harassment | | | | | | < .0001 |
| | Verbal, physical or sexual | 2026 (22.90) | 68 (68.69) | 226 (62.43) | 2612 (21.31) | |
| | None | 6834 (77.13) | 31 (31.31) | 136 (37.60) | 9645 (78.69) | |

Descriptive statistics for transgender adults in the U.S. who ever wanted gender-affirming hormones (GAH) for their gender identity or gender transition, comparing those who never received this treatment (No GAH), those who accessed GAH between their 13th and 16th birthdays (GAH 13–15), those who accessed GAH after their 16th birthday and before their 18th birthday (GAH 16–18) and those who accessed GAH after 18th birthday (GAH ≥ 18).
Abbreviations: AFAB (assigned female at birth), AMAB (assigned male at birth), GQ/NB (gender queer or non-binary).

https://doi.org/10.1371/journal.pone.0287283.t001

Table 2. Outcomes for those who received gender-affirming hormones (estrogen or testosterone).

| | Participants who Accessed GAH | | | | | | | | | | | |
| | N = 12,598 | | | | | | | | | | | |
| | Accessed GAH at Ages 13–15 | | | | Accessed GAH at Ages 16 or 17 | | | | Accessed GAH at Age ≥ 18 | | | |
| | n = 99 | | | | n = 362 | | | | n = 12257 | | | |
| | OR | p | aOR | p | OR | p | aOR | p | OR | p | aOR | p |
| | (95% CI) | | (95% CI) | | (95% CI) | | (95% CI) | | (95% CI) | | (95% CI) | |
| Suicidality (Past 12 months) | | | | | | | | | | | | |
| Past-year suicidal ideation [a] | 0.6 (0.4–0.8) | 0.004 | 0.4 (0.3–0.6) | < .0001 | 1 (0.8–1.2) | 0.73 | 0.5 (0.4–0.7) | < .0001 | 0.5 (0.5–0.6) | < .0001 | 0.8 (0.7–0.8) | < .0001 |
| Past-year suicidal ideation with plan [b] | 1.2 (0.7–2.3) | 0.51 | 0.8 (0.4–1.6) | 0.55 | 1.1 (0.9–1.5) | 0.41 | 0.9 (0.7–1.2) | 0.49 | 0.8 (0.8–0.9) | < .0001 | 0.9 (0.8–1.0) | 0.09 |
| Past-year suicide attempt [c] | 0.8 (0.3–1.9) | 0.64 | 0.4 (0.1–1.1) | 0.06 | 1.4 (1.0–2.0) | 0.04 | 0.9 (0.6–1.4) | 0.79 | 0.8 (0.8–0.9) | 0.002 | 1 (0.9–1.1) | 0.89 |
| Past-year suicide attempt requiring inpatient hospitalization [d] | -- | -- | -- | -- | 2.2 (1.2–4.0) | 0.01 | 2.2 (1.2–4.2) | 0.01 | 1.4 (1.1–1.7) | 0.002 | 1.2 (0.9–1.5) | 0.26 |
| Mental Health & Substance Use | | | | | | | | | | | | |

(Continued)

PLOS ONE

Table 2. (Continued)

| Past-month severe psychological distress (K6 ≥ 13) c | 0.5 | 0.003 | 0.3 | < .0001 | 0.6 | < .0001 | 0.3 | < .0001 | 0.4 | < .0001 | 0.6 | < .0001 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (0.4–0.8) | | (0.2–0.5) | | (0.5–0.8) | | (0.3–0.4) | | (0.3–0.4) | | (0.5–0.6) | |
| Past-month binge drinking e | 1.6 | 0.04 | 1.6 | 0.04 | 0.8 | 0.17 | 0.9 | 0.27 | 1.2 | < .0001 | 1.2 | < .0001 |
| | (1.0–2.4) | | (1.0–2.6) | | (0.6–1.1) | | (0.6–1.1) | | (1.1–1.2) | | (1.1–1.3) | |
| Lifetime illicit drug use f | 1.7 | 0.01 | 1.6 | 0.05 | 1.2 | 0.08 | 1.3 | 0.07 | 2.1 | < .0001 | 1.7 | < .0001 |
| | (1.1–2.6) | | (1.0–2.5) | | (1.0–1.6) | | (1.0–1.6) | | (1.9–2.2) | | (1.6–1.8) | |

Mental health outcomes of transgender adults who recalled access to gender-affirming hormones (GAH) during various age groups. Reference group for all analyses is those who desired GAH but did not receive them. All models adjusted for age, partnership status, employment status, K-12 harassment, and having experienced gender identity conversion efforts.

Abbreviations: OR (odds ratio), aOR (adjusted odds ratio), 95% CI (95% confidence interval).

a Model also adjusted for gender identity, sex assigned at birth, sexual orientation, race/ethnicity, family support of gender identity, educational attainment, and total household income.

b Model also adjusted for sexual orientation, race/ethnicity, educational attainment, and total household income.

c Model also adjusted for gender identity, sex assigned at birth, sexual orientation, race/ethnicity, family support of gender identity, educational attainment, total household income, having received pubertal suppression.

d Model also adjusted for family support of gender identity. Only one participant in the GAH < 16 group endorsed a past–year suicide attempt requiring inpatient hospitalization, precluding calculation of an aOR for this outcome.

e Model also adjusted for gender identity, sex assigned at birth, sexual orientation, family support of gender identity, educational attainment, and total household income.

f Model also adjusted for gender identity, sex assigned at birth, sexual orientation, race/ethnicity, family support of gender identity, and educational attainment.

https://doi.org/10.1371/journal.pone.0287283.t002

Table 3. Raw outcome frequencies of mental health outcomes.

| Total N = 21,578 | No GAH n = 8860 | GAH 13–15 n = 99 | GAH 16–17 n = 362 | GAH ≥ 18 n = 12257 |
|---|---|---|---|---|
| | n (%) | n (%) | n (%) | n (%) |
| **Suicidality (Past 12 months)** | | | | |
| Past-year suicidal ideation | 5144 (58.1) | 43 (43.4) | 207 (57.2) | 5237 (42.7) |
| Past-year suicidal ideation with plan | 2731 (30.8) | 25 (25.3) | 116 (32.0) | 02537 (20.7) |
| Past-year suicide attempt | 853 (9.6) | 6 (6.1) | 46 (12.7) | 756 (6.2) |
| Past-year suicide attempt requiring inpatient hospitalization | 220 (2.5) | 1 (1.0) | 20 (5.5) | 247 (2.0) |
| **Mental Health & Substance Use** | | | | |
| Past-month severe psychological distress (K6 ≥ 13) | 4545 (51.3) | 35 (35.4) | 145 (40.1) | 3419 (27.9) |
| Past-month binge drinking | 2083 (23.5) | 32 (32.3) | 74 (20.4) | 3214 (26.2) |
| Lifetime illicit drug use | 1918 (21.6) | 32 (32.3) | 93 (25.7) | 4455 (36.3) |

https://doi.org/10.1371/journal.pone.0287283.t003

Table 4. Outcomes for those who received gender-affirming hormones (estrogen or testosterone).

| | Accessed GAH at Ages 13–17 (compared to GAH at Age ≥ 18) n = 461 | | | | Accessed GAH at Ages 13–15 (compared to GAH at Ages 16 or 17) n = 99 | | | |
|---|---|---|---|---|---|---|---|---|
| | OR (95% CI) | p | aOR (95% CI) | p | OR (95% CI) | p | aOR (95% CI) | p |
| **Suicidality (Past 12 months)** | | | | | | | | |
| Past-year suicidal ideation a | 1.6 (1.3–1.9) | < .0001 | 0.7 (0.6–0.9) | .004 | 0.6 (0.4–0.9) | .02 | 0.8 (0.4–1.3) | .31 |
| Past-year suicidal ideation with plan b | 1.4 (1.1–1.8) | .01 | 1.1 (0.8–1.5) | .52 | 1.1 (0.6–2.1) | .80 | 0.9 (0.4–1.9) | .79 |

(Continued)

PLOS ONE

**Table 4.** (Continued)

| | Accessed GAH at Ages 13–17 (compared to GAH at Age ≥ 18) n = 461 | | | | Accessed GAH at Ages 13–15 (compared to GAH at Ages 16 or 17) n = 99 | | | |
|---|---|---|---|---|---|---|---|---|
| | OR (95% CI) | p | aOR (95% CI) | p | OR (95% CI) | p | aOR (95% CI) | p |
| Past-year suicide attempt [c] | 1.6 (1.1–2.1) | .006 | 1.0 (0.7–1.4) | .82 | 0.6 (0.2–1.4) | 23 | 0.3 (0.1–1.1) | .07 |
| Past-year suicide attempt requiring inpatient hospitalization [d] | 1.4 (0.8–2.5) | .26 | 1.8 (1.0–3.4) | .06 | 0.3 (0.0–2.4) | .24 | 0.3 (0.0–2.6) | .25 |
| **Mental Health & Substance Use** | | | | | | | | |
| Past-month severe psychological distress (K6 ≥ 13) [c] | 1.7 (1.4–2.1) | < .0001 | 0.6 (0.5–0.8) | **.0002** | 0.8 (0.5–1.3) | .45 | 0.8 (0.5–1.5) | .50 |
| Past–month binge drinking [e] | 0.8 (0.7–1.0) | .11 | 0.6 (0.5–0.8) | **.0006** | 1.9 (1.1–3.0) | .01 | 2.0 (1.2–3.6) | .01 |
| Lifetime illicit drug use [f] | 0.6 (0.5–0.8) | < .0001 | 0.7 (0.5–0.8) | **.0005** | 1.4 (0.8–2.2) | .20 | 1.1 (0.7–2.0) | .65 |

All models adjusted for age, partnership status, employment status, K-12 harassment, and having experienced gender identity conversion efforts.

Abbreviations: OR (odds ratio), aOR (adjusted odds ratio), 95% CI (95% confidence interval).

[a] Model also adjusted for gender identity, sex assigned at birth, sexual orientation, race/ethnicity, family support of gender identity, educational attainment, and total household income.

[b]Model also adjusted for sexual orientation, race/ethnicity, educational attainment, and total household income.

[c] Model also adjusted for gender identity, sex assigned at birth, sexual orientation, race/ethnicity, family support of gender identity, educational attainment, total household income, having received pubertal suppression.

[d] Model also adjusted for family support of gender identity.

[e] Model also adjusted for gender identity, sex assigned at birth, sexual orientation, family support of gender identity, educational attainment, and total household income.

[f]Model also adjusted for gender identity, sex assigned at birth, sexual orientation, race/ethnicity, family support of gender identity, and educational attainment.

https://doi.org/10.1371/journal.pone.0287283.t004

**Table 5. Lifetime but no past-year suicide ideation and attempts for those who received gender-affirming hormones (estrogen or testosterone).**

| | Participants who Accessed GAH N = 12,598 | | | | | |
|---|---|---|---|---|---|---|
| | Accessed GAH at Ages 13–15 n = 99 | | Accessed GAH at Ages 16 or 17 n = 362 | | Accessed GAH at Age ≥ 18 n = 12,257 | |
| | aOR (95% CI) | p | aOR (95% CI) | p | aOR (95% CI) | p |
| Lifetime suicidal ideation and no past-year ideation [a] | 1.4 (0.9–2.2) | .17 | 1.4 (1.1–1.8) | .005 | 1.4 (1.3–1.5) | < .0001 |
| Lifetime suicide attempt and no past-year attempt [b] | 0.9 (0.5–1.4) | .54 | 0.7 (0.6–1.0) | .03 | 1.0 (0.9–1.1) | .67 |

Mental health outcomes of transgender adults who recalled access to gender-affirming hormones (GAH) during various age groups. Reference group for all analyses is those who desired GAH but did not receive them. Both models adjusted for age, partnership status, employment status, K-12 harassment, and having experienced gender identity conversion efforts.

[a] Model also adjusted for gender identity, sex assigned at birth, sexual orientation, race/ethnicity, family support of gender identity, educational attainment, and total household income.

[b] Model also adjusted for gender identity, sex assigned at birth, sexual orientation, race/ethnicity, family support of gender identity, educational attainment, total household income, having received pubertal suppression.

https://doi.org/10.1371/journal.pone.0287283.t005

PLOS ONE

The authors apologize for the errors in the published article.

## Supporting information

**S1 Table. Detailed in-text corrections.**
(DOCX)

**S1 File. Analysis code.**
(DOCX)

## References

1. Turban JL, King D, Kobe J, Reisner SL, Keuroghlian AS (2022) Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS ONE 17(1): e0261039. https://doi.org/10.1371/journal.pone.0261039 PMID: 35020719

2. Hembree WC, Cohen-Kettenis PT, Gooren L, Hannema SE, Meyer WJ, Murad MH, et al. (2017) Endocrine treatment of gender-dysphoric/gender-incongruent persons: an endocrine society clinical practice guideline. The Journal of Clinical Endocrinology & Metabolism. 2017; 102(11):3869–903.

**APPENDIX A TO SUPPLEMENTAL EXPERT REPORT OF
JAMES CANTOR, PH.D.**

**Contains Confidential Material Subject to Protective Order**

EXHIBIT

19

APPENDIX A: CONTAINS CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE
ORDER

# <u>Table of Contents</u>

**APPENDIX A: Supplemental Opinions and Support based on Documents Produced Subject to Protective Order** ........................................................................................... i

    A. Members of the WPATH committee responsible for developing SOC 8 shared and endorsed many of the opinions I have offered. ....................................... i

    B. Members of the Guideline Development Group were sharply critical of the AAP and positions it pressed WPATH to adopt in SOC-8. .................................... iv

    C. WPATH documents reveal that the SOC-8 development process was extensively influenced by factors other than medical science, including political pressure, litigation and legislative advocacy strategy, and the financial self-interest of WPATH members. ........................................................... vi

    D. WPATH's internal communications reveal that the SOC-8 development process was influenced by pressure from high-level government appointees. ..... viii

    E. After WPATH removed age minimums after finalization and publication of SOC-8 and without scientific justification, it fabricated a false explanation for public consumption. ............................................................................................. ix

    F. WPATH did not even alert SOC-8 committee members about, nor ask questions that would identify, direct financial conflicts of interest, or intellectual conflicts of interest. ............................................................................. xi

    G. WPATH views evidence-based medicine as an obstacle to its policy goals, rather than as an important tool to ensure beneficent health care for patients. ...... xii

APPENDIX A: CONTAINS CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER

**APPENDIX A: Supplemental Opinions and Support based on Documents Produced Subject to Protective Order**

**A. Members of the WPATH committee responsible for developing SOC 8 shared and endorsed many of the opinions I have offered.**

121.    Several internal communications reveal that WPATH Guideline Development Group members are concerned that young patients are being treated and harmed by "sloppy," "inexperienced" and "sometimes dangerous" providers. (Emphasis added.)

> I would be very interested in how we can better safeguard our clientele [including from] *opportunism by inexperienced and sometimes dangerous providers*. (BOEAL_WPATH_074670.)

> Thank you [redacted] for the blog article with [redacted] on *questioning 'sloppy' medicine and assessments for youth in particular*. It is an important conversation and I agree it has typically been censured for some reasonable concerns on outcome. (BOEAL_WPATH_022037.)

> What I personally have much less of…is talking with colleagues about how to respond to 'sloppy' clinical work by my peers.  That's what I thought was so brave about [redacted] very public statements (and I have spoken with both of them privately about this for many years.  *Do we agree that some folk are doing 'sloppy' work (that would not be my language btw), and if so, what (if anything) is my responsibility on this…or WPATHs.* (BOEAL_WPATH_022879.)

> [W]e should address topical estrogen for transmasculine people on testosterone to prevent discomfort/increase pleasure. Perhaps this would fit under statement 4? Considering how common this is, and *how many inexperienced providers may not consider it*, I really think it's essential to mention. (BOEAL_WPATH_045587.)

122.    Members of the Guidelines Development Group expressed the concern that medical professionals are providing "treatment on demand" and that SOC-8 would further "open that up (emphasis added):

> I do agree with [redacted] and would go a step further to say that I do have concerns about how the door has swung away from more rigorous assessments in general over time. The reaction to restricted access and barriers has been *a wave of treatment-on-demand clinics and proponents.* (BOEAL_WPATH_027626.)

> I am absolutely certain that, should this content remain as-is, within weeks of SOC 8 release, there will be scores […] opening up the tap to what is effectively *surgery on demand.* (BOEAL_WPATH_026970.)

That SOC provision referenced in this last comment did indeed "remain as-is," and is now

codified as Statement 13.6 of SOC-8.

123.     WPATH Guideline Development Group members explicitly worried about the *lack* of

evidence supporting provisions of SOC-8 (emphasis added):

> I think we need a more detailed defense that we can use that can respond to academic critics. . . .we know that *some of the studies we have cited in support of our recommendations will be torn about* by organizations such as the Society for Evidence Based Gender Medicine. (BOEAL_WPATH_074670.)

> Caution about the point in the beginning about this creating a barrier/gatekeeping, particularly since we don't have evidence for what extensive exploration is helpful. (BOEAL_WPATH_018676.)

124.     Members of the Guideline Development Group acknowledged that there is no

consensus among treatment providers regarding the use of puberty blockers (emphasis added):

> I think *there is no agreement on this within pediatric endocrinologists,* what is significant risk especially balanced against the benefits of e.g. thinking time which can be very important for a 14 year old. (BOEAL_WPATH_020864.)

> I'm not clear on which 'agreement regarding the value of blockers' is required to be espoused by a WPATH member/mentor. My understanding is that *a global consensus on 'puberty blockers' does not exist.* (BOEAL_WPATH_022878.)

> [T]hings in Europe are definitely stressful (e.g. in Sweden no blockers are provided anymore and a very skeptical documentary came out and [redacted] was in a Dutch documentary, so *the controversies are reaching Europe as well).* (BOEAL_WPATH_037482.)

> *The field is heavily under fire in this area,* and I do not believe the change suggested is supported by the data.  (BOEAL_WPATH_061196.)

125.     Members of the Guideline Development Group expressed the view that SOC-8 was

endorsing a "lax approach" to approval of surgery that represented "bad medicine." (Emphasis

added.)

APPENDIX A: CONTAINS CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER

As it stands the Assessment chapter for SOC 8 has removed all pre-surgical assessment and requirements for adults, besides a 'suggestion' of 6 months on hormone therapy. In addition to being bad medicine in my view, I think this will add great fuel to the fire we are dealing with and ultimately weaken WPATH and the strength of the SOCs. (BOEAL_WPATH_027626.)

I wanted to emphasize the concerns I raised regarding the assessment chapter's statement that the guideline for surgery access will be a 'suggested' 6 months of hormone therapy prior to permanent and sterilizing genital and gonadal procedures, as well as *the general lax approach to criteria for surgical care in general.* In my view and experience, this is very inappropriate and will have several very negative effects. First, it will place any provider of any discipline who identifies any need for caution, pause, or further exploration and identity integration prior to moving forward with these surgeries to become a gatekeeper in the eyes of the patient. Second, it will fuel already opportunistic and in some cases predatory practices by some surgeons in this field, who will be emboldened as well as enabled by a removal of any waiting period. (BOEAL_WPATH_026970.)

I do agree with [redacted] and would go a step further to say that I do have concerns about how *the door has swung away from more rigorous assessments* in general over time. (BOEAL_WPATH_027626.)

All I can say is, finally. I am glad to finally hear some sense of *concern about the loosening of standards.* It should be quite clear that *we have loosened standards and lost some control* over the opportunistic nature of medicine in the US that we too started hearing concern over detransition/regret. (BOEAL_WPATH_027626.)

126.    Members of the Guideline Development Group agree with me that adolescents may mistakenly come to believe they are transgender due to "social factors" and immature "decision making." (Emphasis added.)

We cannot outright dismiss the fact that social factors (also don't like the word contagion) impact identity development and decision making in adolescents. (BOEAL_WPATH_074670.)

For sure is that increasing numbers are asking for medical affirming treatment. What the explanation for this increase is, is unknown and also methodologically challenging to study; *social factors likely play a role.* (BOEAL_WPATH_074670.)

Some adolescents—who have certain psychological vulnerabilities—feel comfortable within a marginalized community space and come to feel it's a safe space for them. *For others, gender serves a different function, not necessarily one*

APPENDIX A: CONTAINS CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER

*that is about their gender identity* even though they may feel it is about their identity in the moment. (BOEAL_WPATH_074670.)

However, what is true for anyone who works with adolescents is that *social factors are indeed an aspect of identity development for adolescents*, and some young people are more influenced than others, which can be both positive (need to be surrounded by like-minded peers for love and support) and/or negative (*can sometimes impact more vulnerable or susceptible young people to adopt and exploration process that might not be authentic for them).* (BOEAL_WPATH_082675.)

127.    Group members agreed that, as I explained in my prior report (Cantor Report, ¶¶ 160–63), symptoms of Borderline Personality Disorder can be mistaken for gender dysphoria and lead to mistaken diagnoses. (Emphasis added.)

There's no assessment tool that captures all the ways *internal signals can sometimes be misread as related to gender when they're not,* or not completely, as can happen with borderline personality and other identity-related conditions. (BOEAL_WPATH_027536.)

**B. Members of the Guideline Development Group were sharply critical of the AAP and positions it pressed WPATH to adopt in SOC-8.**

128.    Members of the Guideline Development Group disagreed with AAP's contention that transgender identity is innate and unchanging.

Looking at the AAP in Google they clearly see a group of trans people that I don't recognize, where gender identity always appears at childhood, that is not my experience. (BOEAL_WPATH_079582.)

129.    Members of the WPATH Guideline Development Group shared my view that the AAP "Policy Statement" is the work of "a few friends" and not supported by science.

The AAP guidelines that they mentioned so many times have a very weak methodology, written by few friends who think the same. (BOEAL_WPATH_079582.)

I will be surprised i[f] their guidelines are used at all. (BOEAL_WPATH_079582.)

I worry that AAP first publishes very affirming but not so well underpinned own guidelines. (BOEAL_WPATH_080019.)

**APPENDIX A: CONTAINS CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER**

130.    WPATH committee members objected that AAP provided input and pressure into the

SOC-8 development process that was not based on science.

> I am seriously surprised that 'reputable' association as the AAP is so thin on scientific evidence. (BOEAL_WPATH_079852.)

> I have also read all the comments from the AAP and struggle to find any sound evidence-based argument(s) underpinning these. (BOEAL_WPATH_079852.)

131.    WPATH committee members were surprised to find that AAP allowed "very very

junior" people to speak for it on issues of treatment of gender dysphoria.

> "I don't think the AAP representatives are WPATH members and looking at their names / qualifications / accreditation they are very very junior clinicians / academics…. That's why I'm feeling increasingly uncomfortable about the direction of travel in this process. (BOEAL_WPATH_079982.)

> I was shocked to see the feedback from very junior people from AAP. (BOEAL_WPATH_080004.)

> This is really a shame if the experts at AAP are junior and flexing to change another societies guidelines. (BOEAL_WPATH_079993.)

This was consistent with AAP's past practice. As I have noted, the author of the AAP Policy

Statement was Dr. Jason Rafferty, a resident still in training as a pediatrician at the time.

132.    As best as I can determine, none of the AMA, APA, or AAP have endorsed

WPATH's SOC-7 or SOC-8.  Indeed, the assertion that any of these organizations had endorsed

SOC-7 came as a surprise to some WPATH committee members:

> I have no idea how it was ever said that so many medical organizations have endorsed SOC 7.  This statement is made in many legal briefs and court proceedings.  (BOEAL_WPATH_091215.)

**C. WPATH documents reveal that the SOC-8 development process was extensively influenced by factors other than medical science, including political pressure, litigation and legislative advocacy strategy, and the financial self-interest of WPATH members.**

133. Members of the WPATH Guideline Development Group repeatedly and explicitly lobbied to tailor language of the guidelines for the purposes of influencing courts and legislatures, and to strengthen their own testimony as expert witnesses.

134. Although committee members' names were redacted, contributors identified themselves in their comments as expert witnesses in U.S. legal cases.  In their comments, they pushed for wording and the exclusion of language explicitly according to how it would impact, not only legal decisions in general, but the specific cases in which they were about to testify. (Emphasis added.)

> *I am concerned about language such as 'insufficient evidence,' 'limited data,' etc…I say this from the perspective of current legal challenges in the US.* Groups in the US are trying to claim that gender-affirming interventions are experimental and should only be performed under research protocols *(this is based on two recent federal cases in which I am an expert witness).* In addition, these groups already assert that research in this field is low quality (ie [sic] small series, retrospective, no controls, etc….). My specific concern is that this type of language (insufficient evidence, limited data, etc…) will empower these groups and reinforce their erroneous assertions.  (BOEAL_WPATH_020387.)

> It is abundantly clear to me *when I go to court* on behalf of TGD individual to secure access to medically necessary health care and other human/civil rights, *as I will be doing in a class action lawsuit deposition in 2 weeks in NC.* The wording of our section for Version 7 has been critical to our successes, and I hope the same will hold for Version 8.  (BOEAL_WPATH_020628.)

> Here are a number of my thoughts which may be *helpful for Chase and the legal team.* (BOEAL_WPATH_061843.)

Chase Strangio is Deputy Director for Transgender Justice with the ACLU's LGBT & HIV Project. (Emphasis added.)

> I think we need a more detailed defense that we can use that can respond to academic critics and that *can be used in the many court cases that will be coming up.* (BOEAL_WPATH_074670.)

I agree it is very clear from an epidemiological standpoint. However *when used in court* estimates will be dismissed as being simply unreliable guesses in a way in which other words will not—which will disadvantage the people *we are trying to advocate for.*  (BOEAL_WPATH_036301.)

*Medical necessity is at the center of dozens of lawsuits in the US* right now over state actions to make trans care inaccessible, as well as being *at the center of all reimbursement for trans care in the US.*  (BOEAL_WPATH_061843.)

*There are important lawsuits happening right now in the US, one or more of which could go to the Supreme Court, on whether trans care is medically necessary vs experimental or cosmetic. I cannot overstate the importance of SOC 8 getting this right at this important time.*  (BOEAL_WPATH_020273.)

I would avoid absolute numbers [for ages] that can be taken out of context or used in court.  (BOEAL_WPATH_022919.)

135.    For individuals who are or were serving as paid expert witnesses to serve on WPATH's Guideline Development Group or otherwise have input into that process is, as I have explained above, a direct conflict of interest, and in these comments we see these committee members working to further their own work as expert witnesses. These direct conflicts of interest were not disclosed by WPATH.

136.    Other comments revealed broader pressure to tailor SOC-8 to further political advocacy goals, rather than based on medical science.

If our concern is with legislation (which I don't think it should be—we should be basing this on science and expert consensus if we're being ethical) wouldn't including the ages be helpful? I need someone to explain to me how taking out the ages will help in the fight against the conservative anti trans agenda. (BOEAL_WPATH_072147.)

137.    Members of the WPATH Guideline Development Group went so far as to explicitly advocate that SOC 8 be written to maximize impact on litigation and policy *even at the expense of scientific accuracy*. (Emphasis added.)

*My hope with these SoC is that they land in such a way as to have serious effect in the law and policy settings* that have affected us so much recently; *even if the wording isn't quite correct* for people who have the background you and I have. (BOEAL_WPATH_036301.)

APPENDIX A: CONTAINS CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER

**D.  WPATH's internal communications reveal that the SOC-8 development process was influenced by pressure from high-level government appointees.**

138.     Assistant Secretary for Health Dr. Rachel Levine strongly pressured WPATH

leadership to rush the development and issuance of SOC-8, in order to assist with Administration

political strategy.

> I have just spoken to Admiral Levine today, who—as always is extremely supportive of the SOC 8, but also very eager for its release—so to ensure integration in the US health policies of the Biden government. So, let's crack on with the job!!!  (BOEAL_WPATH_061521.)
>
> I am meeting with Rachel Levine and her team next week, as the US Department of Health is very keen to bring the trans health agenda forward. (BOEAL_WPATH_019314.)
>
> The failure of WPATH to be ready with SOC 8 is proving a barrier to optimal policy progress and she [Dr. Levine] was eager to learn when SOC 8 might be published.  (BOEAL_WPATH_018924.)
>
> [T]his should be taken as a charge from the United States government to do what is required to complete the project immediately.  (BOEAL_WPATH_018924.)

139.     Assistant Secretary Levine also attempted to and did influence the substantive content

of SOC-8, based on political goals rather than science. Specifically, Assistant Secretary Levine,

though a staff member, pressured WPATH to remove recommended minimum ages for medical

transition treatments from SOC-8.[13] (Emphasis added.)

> Sarah Boateng, who is Adm. Levine's chief of staff [said the] biggest concern is the section below in the Adolescent Chapter that lists specific minimum ages for treatment, *she is confident, based on the rhetoric she is hearing in DC, and from what we have already seen, that these specific listings of ages, under 18, will result in devastating legislation for trans care. She wonders if the specific ages can be taken out* and perhaps an adjunct document could be created that is published or distributed in a way that is less visible than the SOC8, is the way to go.  (BOEAL_WPATH_071455.)
>
> The issue of ages and treatment has been quite controversial (mainly for surgery) and it has come up again. We sent the document to Admiral Levine . . . She like

---

[13] These were age 14 for cross-sex hormone treatment; age 15 for chest masculinization surgery; age 16 for breast augmentation and facial surgery; and age 17 for metoidioplasty, orchidectomy (castration), hysterectomy, and fronto-orbital remodeling.

the SOC-8 very much but she was very concerned that having ages (mainly for surgery) will affect access to health care for trans youth and maybe adults too. Apparently the situation in the USA is terrible and she and the Biden administration worried that having ages in the document will make matters worse. She asked us to remove them. We have the WPATH executive committee in this meeting and we explained to her that we could not just remove them at this stage. (BOEAL_WPATH_072114.)

[W]e heard your [Dr. Levine's] comments regarding the minimal age criteria for transgender healthcare adolescents; the potential negative outcome of these minimal ages as recommendations in the US [. . .] Consequently, we have changes to the SOC 8 in this respect. Given that the recommendations for minimal ages for the various gender affirming medical and surgical intervention are consensus-based, we could not remove them from the document. Therefore, we have made changes as to how the minimal ages are presented in the documents. (BOEAL_WPATH_072964.)

140.    WPATH made changes to SOC-8 for the explicit purpose of minimizing members' risk of malpractice liability. At WPATH's next annual conference after the release of SOC-8, Dr. Amy Tishelman, one of the Guidelines Development Group members, gave a presentation at which discussed the removal of "recommended" age minimums for surgery.[14]  She stated that the minimum ages were removed rather to protect clinicians from lawsuit should the clinician decide to provide a treatment to someone younger than a specified age minimum. Again, this reflects both the existence and the harmful impact of the financial conflict of interest that WPATH and its members faced while developing SOC-8.

**E.  After WPATH removed age minimums after finalization and publication of SOC-8 and without scientific justification, it fabricated a false explanation for public consumption.**

141.    One committee member objected to the after-the-last-minute removal of the age minimums as a violation of WPATH's formal process, but acknowledged that "it's all about the messaging and marketing."

---

[14] Available at https://twitter.com/SwipeWright/status/1571999221401948161?s=20&t=ouHIObZhEllVU-QR9tZYiQ, Colin Wright (@SwipeWright), X, (last accessed February 2, 2024).

APPENDIX A: CONTAINS CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER

> I don't see how we can simply remove something that important from the document—without going through a Delphi—at this final stage of the game [. . .] I realize that those in favor of the bans are going to go right to the age criteria and ignore the fact that we actually strengthened the strictness of the criteria to help clinicians better discern appropriate surgical candidates from those who are inappropriate [. . .] It's all about messaging and marketing. (BOEAL_WPATH_071466.)

A "Delphi" process is a recognized procedure for ascertaining consensus views among a group of experts while minimizing the risk that the outcome is biased by "group think" or peer pressure.

142.    Another committee member said it was "the most strange experience" to see the changes (elimination, really) to the minimum age recommendations made at the "last minute" after internal discussion made clear that "nobody [on the committee] wanted to make them, and personally not agreeing with the change." (BOEAL_WPATH_081993.)

143.    But AAP issued an ultimatum to WPATH: Should WPATH not delete the age minimums, AAP would not only withhold endorsement of SOC-8, but would publicly oppose the document.  (BOEAL_WPATH_079974; BOEAL_WPATH_081502.)

144.    As a result of this additional pressure, on top of that from Assistant Secretary Levine, WPATH capitulated and removed the text in violation of its own process despite the preference of its own committee members to retain the age limits.

145.    Because WPATH had already released the text of SOC-8, the removal of the age minimums was publicly visible, and triggered immediate criticism and controversy.  In response, the WPATH Guidelines Development Group fabricated a false explanation.

> I am getting several question from international and Dutch press why the age criteria have been remove[d] from the adolescent chapter [. . .] Can you please inform me what your arguments were to remove it and why this happened in such a late phase. (BOEAL_WPATH_082401.)

APPENDIX A: CONTAINS CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER

> While I have some suggestions, I think it's best we all get on the same exact page, and PRONTO. (BOEAL_WPATH_082401.)

> [T]his is my basic response. Feel free to provide input but, for me, this was the gist of my response to Reuters: (there is no shame in our removal of the age minimums). "since the open comment period, a great deal of input has been received and continued to received until the final release. I feel the final document puts the emphasis back on individualized patient care rather than some sort of minimal final hurdle that could encourage superficial evaluations and treatments outside of the thorough and comprehensive pathway recommended by WPATH standards." (BOEAL_WPATH_082452.)

> I like this. Exactly—individualized care is the best care—that's a positive message and a strong rationale for the age change. (BOEAL_WPATH_082452.)

**F. WPATH did not even alert SOC-8 committee members about, nor ask questions that would identify, direct financial conflicts of interest, or intellectual conflicts of interest.**

146.   The WPATH policy on financial conflicts consisted of this half of a sentence:

> The Disclosure Form collects information about financial relationships with entities with direct interest in the SOC 8 . . . (BOEAL_WPATH_000737.)

The specific instructions and questions WPATH posed to prospective guideline development participants were:

> For the following section, consider stocks, bonds, and other financial activities and investments including partnership (but excluding broadly diversified mutual funds and any investment or financial interest valued at less than $5,000 USD).

> 2.1 Do you or your partner/spouse or minor children own directly or indirectly (e.g., through a trust or an individual account in a pension or profit-sharing plan) any stocks, bonds or other financial investments that may in any way gain or lose financially from SOC 8?

> 2.2 Do you hold or are you currently applying for any patents related to the content of SOC 8?

> 2.3 Have you received research grants or contracts (restricted or unrestricted) from an organization that has interests or activities related to the content of SOC 8?

> 2.4 Have you received reimbursement, fees or salary from an organization that has interests or activities related to the content of SOC 8? (e.g., as a board member, advisor, consultant, payment for manuscripts, speakers bureaus, travel, expert testimony)? (BOEAL_WPATH_000737.)

APPENDIX A: CONTAINS CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE
ORDER

2.5 Do you have any other financial interests related to SOC 8?

No question was asked about *direct* compensation received by the participant as a result of
delivering the very services that would be addressed by the guidelines.

147.    Similarly, the WPATH conflict of interest forms reveal that their guidelines
development team were not appraised of the nature and importance of intellectual conflicts of
interest and were not asked questions adequate to identify all such conflicts of interest.

148.    Nevertheless, internal documents reveal that committee members did recognize at
least some of the conflict of interests that I identify. One member wrote, on his conflict
disclosure form, "Everyone involved in SOC process has a non-financial interest."
(BOEAL_WPATH_001013.)

149.    Yet, as the language quoted in paragraph 115 above, shows, WPATH assured the
public that no conflicts of interest existed.

**G.  WPATH views evidence-based medicine as an obstacle to its policy goals, rather than
as an important tool to ensure beneficent health care for patients.**

150.    After the release of SOC-8 and the subsequent, politically-motivated removal of age
minimums for administration of surgery and cross-sex hormones, and the ensuing public
criticism of that radical and after-the-fact change, the SOC-8 committee leadership sent a "12-
point Strategic Plan" to the leadership of the World Association for Sexual Health (WAS)
proposing activities to defend and promote SOC-8. (BOEAL_WPATH_091211.)

151.    This document includes some rather remarkable admissions concerning WPATH's
process, the (lack of) scientific basis for its recommendations, and the lack of consensus,
including:

(1)    "we were not able to be as systematic as we could have been (e.g., we did not
use GRADE explicitly)."

**APPENDIX A: CONTAINS CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER**

(2)   "Now that we have reviewed the evidence, we are painfully aware of the gaps in the literature and the kinds of research that are needed to support our recommendations . . . ."

152.   And acknowledgment that the "policy changes" in Sweden, Finland, Australia, New Zealand, and other nations constitute "a threat on our assertion that the WPATH SOC are the Gold Standard used around the world." (BOEAL_WPATH_091211.)

153.   While the author's name has been redacted from the document as produced by WPATH, such a proposal would typically come from a group's leader, which in this instance would be Dr. Eli Coleman, the Chair of the SOC-8 Steering Committee. And indeed, in one of the many response emails attaching that original email the name "Eli" appears. (BOEAL_WPATH_091231.)

154.   The document's introduction includes a list of adversaries and obstacles which "Eli" felt were attacking trans health care, including "academics and scientists who are naturally skeptical" and "continuing pressure in health care to provide evidence-based care." It is impossible to exaggerate the fatal importance of Eli's categorization of scientific skepticism and evidence-based medicine as a problem rather than the goal. An objective observer would perceive SOC-8 to be under attack from evidence-based care *exactly because* SOC-8 does not embody evidence-based care, although WPATH and other advocates of medicalized transition assert that it does. As I have detailed in my initial report and in this supplemental report, multiple, substantial portions of SOC-8 are constructed based on exactly the anecdotal, ambiguous, subjective, and insufficient features that evidence-based medicine rejects as unreliable, and is designed to replace.