# EXHIBIT 26
# SEALED