# EXHIBIT 28

Page 1

1          IN THE UNITED STATES DISTRICT COURT

             MIDDLE DISTRICT OF ALABAMA

2                 NORTHERN DIVISION

3

4   Brianna Boe, et al.,

5        Plaintiffs

6   and                          No. 2:22-CV-00184-LCB-CWB

7   United States of America,

8        Plaintiff-Intervenor,

9   vs.

10  Hon. Steve Marshall, in his official capacity as Attorney

    General of the State of Alabama, et al.,

11

         Defendants

12

13      *      *      *      *      *      *      *      *      *

14      ZOOM DEPOSITION OF PAUL W. HRUZ, M.D., Ph.D.

15                DEFENSE EXPERT WITNESS

16                Friday, March 29, 2024

17

18

19            Reported by: Laurie Baker

                   *      *      *

20

21    Job No. CS6622046

Paul Hruz                                                    March 29, 2024

Page 2

1    ZOOM DEPOSITION OF PAUL HRUZ, M.D., Ph.D.

2        Zoom Deposition of Paul Hruz, M.D., Ph.D.,

3   taken in the above-entitled case on Friday, March

4   29, 2024, commencing at 9:30 a.m., via Zoom, and

5   transcribed by Laurie Baker, a Notary Public and

6   Shorthand Reporter.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

Page 3

1            I N D E X

2      ZOOM DEPOSITION OF PAUL HRUZ, M.D., Ph.D.

3            March 29, 2024

4

5   EXAMINATION BY                        PAGE

6   Ms. Williams                            6

7

8

9

10

11   EXHIBITS  DESCRIPTION                  PAGE

12   Exhibit A   Dr. Hruz's report          13

13   Exhibit B   New Atlantis article       126

14   Exhibit C   Gloucester brief           195

15

16

17

18

19

20

21

Page 4

1   APPEARANCES:

2

3   Renee Williams, Esquire (via Zoom)

4   Trial Attorneys

5   United States Department of Justice

6   Civil Rights Division

7   Federal Coordination and Compliance Section

8   950 Pennsylvania Avenue, NW-4CON

9   Washington, DC  20530

10   renee.williams3@usdoj.gov

11   On Behalf of Plaintiff-Intervenor United States of America

12

13   James V. Fletcher, Esquire (via Zoom)

14   Trial Attorney

15   United States Department of Justice

16   Civil Rights Division

17   Disability Rights Section

18   950 Pennsylvania Avenue, NW-4CON

19   Washington, DC 20530

20   james.fletcher@usdoj.gov

21   On Behalf of Plaintiff-Intervenor United States of America

Page 5

1   COTY MONTAG, Esquire (via Zoom)

2      Deputy Chief, Federal Coordination and Compliance Section

3

4   Christopher Stoll, Esquire (via Zoom)

5   870 Market Street, Suite 370

6   San Francisco, CA 94102

7   cstoll@nclrights.org

8   On Behalf of Private Plaintiffs

9

10   Christopher Mills, Esquire (via Zoom)

11   Spero Law LLC

12   557 East Bay Street, #22251

13   Charleston, South Carolina  29413

14   CMills@spero.law

15   On Behalf of Defendants

16

17

18   ALSO PRESENT: Lindsay Russo, Court Reporter Trainee

19

20

21

2 (Pages 2 - 5)

Paul Hruz                                                          March 29, 2024

Page 6

1          S T I P U L A T I O N

2          It is stipulated that the reading and

3    signing of this deposition by the deponent is hereby

4    waived.

5          *    *    *    *    *

6          P A U L   H R U Z, M.D., Ph.D., called as a

7    witness and having been duly sworn, testified as

8    follows:

9          *    *    *    *    *

10   EXAMINATION BY MS. WILLIAMS:

11        Q    Thank you so much.  Good morning, Doctor

12   Hruz.  How are you this morning?

13        A    Good morning.  I'm doing well.

14        Q    Great.  Could you please state your name

15   for the record?

16        A    Paul Hruz.

17        Q    Great.  And my name is Renee Williams and

18   I represent the United States in this litigation,

19   and today I'm being helped out by our paralegal

20   Andrew Rogers who's going to be running some of

21   the tech side of things.  So again thank you for

Page 7

1    being here.

2          So I'm going to ask you a few

3    questions, and then go over some ground rules just

4    so that we can all get a good transcript today.  But

5    first off, have you been deposed before?  You have,

6    correct?

7         A    Yes, I have.

8         Q    About how many times?

9         A    About a dozen.

10        Q    And so you understand that you're under

11   oath?

12        A    Yes, I do.

13        Q    And you understand that being under oath

14   obligates to you to answer questions truthfully and

15   to the best of your ability?

16        A    That is correct.

17        Q    And you understand that if you don't

18   respond truthfully, you could be subject to

19   penalties of perjury?

20        A    Correct.

21        Q    Is there anything you can think of that

Page 8

1    might prevent you from understanding or answering

2    anything I might ask you today?

3         A    Nothing going on personally, no.

4         Q    And is there anything that you can think

5    of that would prevent you from testifying truthfully

6    and accurately today?

7         A    No.

8         Q    Great.  So again, just a few ground rules

9    since you've been deposed before, you've probably

10   heard these, but just as a refresher.  As you know,

11   the court reporter, Laurie, is going to be

12   transcribing everything we say, so it's important

13   that we are all on the same page.  It's important

14   that you answer every question orally, so no shrugs,

15   no nods, correct.  If you're saying something yes or

16   no, then just say yes or no.  Do you agree to that?

17        A    Yes, I do.

18        Q    And the court reporter won't be able to

19   transcribe two people talking at once.  And so, you

20   know, it's important that we avoid speaking over

21   each other.  I will definitely do my best to wait to

Page 9

1    finish -- you know, wait to finish -- for you to

2    finish responding to my questions before I ask a new

3    one.  I'll ask that you do the same.  Does that

4    sound fair?

5         A    Yes.

6         Q    And especially with us being remote, if

7    I've asked a question and you haven't heard it, or

8    if it's unclear or you don't understand, please just

9    ask me to repeat or clarify and I'll do so.

10   Otherwise, if you answer, I'll assume that you

11   understood and heard the question.  Does that sound

12   good?

13        A    Yes, understood.

14        Q    All right.  And then in terms of breaks, I

15   will aim to take a break around every hour, but

16   certainly if you need a break, please just let me or

17   your attorney know, and I assume that's Mr. Mills.

18   Hi.  Just let Mr. Mills know or just let me know and

19   we'll definitely do that.  If we're in the middle of

20   a question, I just ask that you finish the response

21   and then we can take that break.  Does that sound

3 (Pages 6 - 9)

Paul Hruz                                                                March 29, 2024

Page 10

1 good?

2     Q     Very good, yes.

3     Q     Excellent. All right. So just a few

4 background questions. What materials did you review

5 for this deposition today?

6     A     I reviewed my previously submitted

7 declaration.

8     Q     And that would be your expert report filed

9 in this case?

10     A     That is correct.

11     Q     Without getting into what was discussed,

12 did you speak with anyone to prepare for this

13 deposition today?

14     A     I spoke with -- on a phone call with

15 Mr. Mills just about logistical details of today's

16 deposition.

17     Q     Just that one time?

18     A     Correct.

19     Q     And what was the general time frame when

20 you all spoke? I assume sometime in the last week

21 when this was being scheduled?

Page 11

1     A     Correct.

2     Q     Great. Did you bring any materials with

3 you today to refer to?

4     A     I have a copy of my declaration.

5     Q     Very good. And it's been a while since

6 you've submitted the expert report, so is there

7 anything in the report you'd like to amend or

8 correct?

9     A     Well, there have certainly been additional

10 studies that have been published. There have been

11 quite a few of them, and there have been certainly

12 developments that have happened internationally

13 related to this topic that were not included in that

14 original report. And if asked about it, I would be

15 happy to discuss that. There's been quite a bit, so

16 it would be very difficult for me to put together a

17 list this morning.

18     Q     Is there anything -- I know you also had a

19 confidential supplemental report. Is there anything

20 in there that you'd like to amend or correct?

21     A     You're referring to the one related to the

Page 12

1 plaintiff case report?

2     A     Yes.

3     A     Yes. Nothing that I have to add to that.

4     Q     Great. And I know you have a copy of your

5 initial expert report. I guess would it also be

6 helpful -- we had a little bit of an issue with

7 exhibits. We weren't able to do the Veritext Share,

8 and so we were thinking of putting it up on the

9 screen, but you also have a copy as well. I'm

10 really amenable to however, whatever makes the most

11 sense for you in terms of asking specific questions

12 about the report.

13     A     We could handle that a number of ways. We

14 could bring the documents that you want to present

15 online to the Zoom meeting, or if you chose to email

16 them to Mr. Mills so that I could open them up

17 electronically, I would have the ability to do that.

18 He has his computer here.

19     Q     We can just put them up on the screen, and

20 if that doesn't seem to be working, we can figure it

21 out, if we need to do an email. Does that sound

Page 13

1 fair?

2     A     That's fine.

3     Q     So for the purposes of the record, I'm

4 going to be marking your report.

5          So this is document one, Andrew.

6          I'm going to be marking your expert

7 report as United States Exhibit A.

8          (Hruz Deposition Exhibit A

9          marked for identification.)

10 BY MS. WILLIAMS:

11     Q     So I guess, Andrew, would you go ahead and

12 put that up on the screen, please? And Andrew,

13 would you want to just go to page 123 of the PDF.

14 It's kind of zoomed in, so we're only seeing a

15 little bit of the screen. If you can keep going. I

16 apologize. Of the report itself, the signature

17 page.

18          So Doctor Hruz, can you just confirm

19 and verify that you signed this report on May 19th,

20 2023?

21     A     Yes, that is my signature.

Paul Hruz                                                                    March 29, 2024

Page 14

1     Q    Great.  So we're also going to turn to
2  your CV, which is also in the same document.  Do you
3  happen to have a copy of your CV, the one that you
4  submitted with this report available?  We'll also
5  have it up on the screen.
6     A    Yes.  The one dated from 3-19-2023.
7     Q    Yes, Doctor, that's correct.  Okay.
8  Great.  So again, this was some time ago.  But does
9  your -- does this CV that's listed here, did it
10  include a complete list of your professional
11  publications as of that date?
12     A    To the best of my knowledge, yes.
13     Q    And are there any new works that you've
14  published since March 19th, 2023?
15     A    Give me a minute to look at the -- whether
16  the time -- there is in Editorial, I wrote for
17  Active Pediatrica related to the Lincocin systematic
18  review that I don't believe was included in this
19  document.  I'm not sure whether my book chapter
20  also -- it did include that.  So I think that was
21  the main one that was not included in that CV.

Page 15

1     Q    Sorry.  Just to make sure I understood.
2  The book chapter is included in this version of
3  the CV?
4     A    Correct.
5     Q    Great.  And any other updates that come
6  to mind since March of 2023, for example,
7  presentations?
8     A    I've given a number of presentations since
9  that time.  Let's go back to that section of the CV,
10  what I listed.  Yes, so that list of presentations
11  goes up to 2022.  There's been several that I've
12  done in 2023.
13     Q    And do you know them in general?  Could
14  you describe examples of the types of presentations
15  you've done since?
16     A    They're very similar to the ones that are
17  listed.  I've given to a number of professional
18  groups, including the national meeting at the
19  Catholic Medical Association.  I did that in
20  Phoenix, Arizona.  I gave a talk at Franciscan
21  University.  I gave a talk, I believe -- I would

Page 16

1  have to look through my records.  It gets confusing
2  to me as far as the number of talks that I give.
3  But generally, the contents and the types of talks
4  are similar to the ones that are listed.
5     Q    Great.  Would all of those updates be
6  included in an updated version of your CV?
7     A    I have an updated version of it, yes.
8     Q    Would it be possible for us to get a copy,
9  not necessarily right now, but would it be possible
10  for us to get a copy of the updated CV?
11     A    Yes.
12     Q    Great.  All right.  So staying with
13  your CV.
14          And, Andrew, this is on page 133 of
15  the PDF.
16          Just pulling up your bibliography
17  section.  So you have it in front of you, correct,
18  Doctor?
19     A    Correct.  I'm moving to that page.
20     Q    Let me know when you're there.
21     A    I'm there.

Page 17

1     Q    Okay.  Great.  So am I correct that you
2  have listed -- as of March 19, 2023, you have listed
3  52 journal articles, three chapters, and then eight
4  invited publications, is that correct?
5     A    That is correct.
6     Q    Okay.  Great.  Now we're going to do a
7  little bit of hopping back and forth in your report,
8  so I apologize.  If we could go to paragraph nine of
9  your report.
10          And, Andrew, that would be on page 4
11  of the document.
12          Just a clarification.  So you said in
13  the first sentence of paragraph nine, you've
14  published 62 scholarly articles over my academic
15  career spanning two decades.
16          I just wanted to know when you say
17  published scholarly articles, is that referring to
18  the journal articles categories listed in your CV?
19  Just trying to get a sense.
20     A    Yeah.  My recollection is that number is
21  closer to 65 now.  But it does include what is

5 (Pages 14 - 17)

Page 18

1  listed in my CV, yes.

2     Q    So when you say the scholarly articles,

3  you're really honing in on that, you really mean the

4  journal articles category?

5     A    That includes journal articles, invited

6  publications, and book chapters.

7     Q    So, Doctor, how do you define the term

8  peer review?

9     A    Peer review involves when one submits a

10  manuscript.  It is first reviewed by a member of the

11  editorial staff of that journal.  The editor of that

12  journal may choose to review the paper themselves,

13  or they may solicit the input from other members of

14  the editorial board, or they may send out for review

15  from peers within the field.  There's many ways that

16  peer review is conducted.

17     Q    Is there a typical way that peer review is

18  conducted, or a means that's more common than the

19  others?

20     A    As I said, normally it begins at the level

21  of the editor or associate editor to which it has

Page 19

1  been assigned to.  Many times those editors

2  themselves can be considered peers and experts in

3  the field.

4          And then it's usually sent, for most

5  journals, to either one, two, or three external

6  reviewers.  And then the reviewer will submit a

7  recommendation based upon their survey of the paper.

8  They will be asked to comment on the factual data

9  that's present within the paper, its presentation,

10  and generally they give a recommendation as to

11  whether the paper should be accepted, accepted with

12  minor revision, accepted with major revision,

13  rejected with opportunity to resubmit, or rejected

14  outright.

15     Q    And so external review is -- is it fair to

16  say generally an important part of peer review?

17     A    It is generally an important part of

18  review when the editor who is reviewing the

19  manuscript requires the input.  Nobody is an expert

20  in all areas, and they often will solicit that.

21  Depending on their level of expertise, they may not

Page 20

1  require that.

2     Q    But you would agree it's not simply a

3  process to review, for example, for grammatical

4  errors or syntax, correct?

5     A    That is correct.  So they are going to

6  specifically determine whether the submission is

7  appropriate for that journal, for the focus of that

8  journal and the other papers that are typically

9  presented in that journal.  They're going to make an

10  assessment about the validity of the information

11  that was submitted, the accuracy of the arguments or

12  statements that are being made.  And many times

13  decisions are made on the basis of the factual

14  information, but sometimes the decisions are made at

15  an editorial level based upon the fit of that study

16  or paper for that particular journal.

17     Q    What do you mean when you say fit for the

18  particular journal?

19     A    Is it appropriate for the scope of -- all

20  journals will have a statement about the scope of

21  the types of papers that they publish, and if one

Page 21

1  was to submit, for example, an infectious disease

2  paper to a diabetes journal, it may or may not be

3  relevant to the field of diabetes.  Obviously, if it

4  was not, they would recommend that it be submitted

5  to a different journal.

6     Q    So when you rate publications, or when you

7  author publications, who facilitates the peer review

8  of your publications?

9     A    Usually it's the editor or associate

10  editor of the journal.

11     Q    And do you know how the individuals who

12  are selected to peer-review your work, do you know

13  how that selection is made?

14     A    It is the sole discretion of the editor.

15  In most journals, they will provide an opportunity

16  for the individual who is submitting the paper to

17  make recommendations, both on reviewers to review

18  the paper and those that they would ask not be

19  invited to review.  For example, if it is a

20  contentious field, that to be able to have a fair

21  review, they may make a request.  The editor is not

Paul Hruz                                                        March 29, 2024

Page 22

1  obligated to abide by that.  They have the sole
2  decision as to who they invite to review the paper.
3      Q    Thank you.  That's a very helpful
4  explanation.  To the extent you have input into who
5  your peer reviewers are, have you ever requested
6  that a particular reviewer not peer-review your
7  papers?
8      A    Most of my publications are related to the
9  field of diabetes.  I have made recommendations of
10  those that I would suggest to review the paper.  I
11  can't currently recall any circumstance where I
12  asked for a reviewer not to be invited.  And in
13  the area of papers that I've written on gender
14  dysphoria, I have not done that.
15      Q    Great.  And then just a couple more
16  questions about peer review.  Are the comments and
17  edits that are provided through the peer-review
18  process, are those confidential?
19      A    Generally, yes.  There has been a move in
20  some journals to make that publicly available.  Some
21  of the more recent online journals that are open

Page 23

1  access have moved to a model where they have what
2  they consider post-publication review where that
3  review process actually extends after the time of
4  publication, allowing investigators to make comments
5  and asking the author to respond to that.
6          The traditional review process is
7  blinded, meaning that frequently the reviewer won't
8  even know the author of the paper, and the author
9  will not know who the reviewers are of that article.
10  That is designed to preserve the integrity of the
11  review process and to make sure that there is the
12  most objective reading of that paper.
13      Q    You mentioned post-publication review.
14  And in general, I understand that not all journals
15  are going to be the same.  But this move to
16  post-publication review that you mentioned, can
17  anyone in a particular field submit comments
18  or criticism to a -- in the context of a
19  post-publication review?
20      A    The question about post-publication
21  comments, it will be different for different

Page 24

1  journals.  So there are some that will allow that to
2  occur.  The more traditional approach would be to
3  write a letter to the editor, and that usually --
4  there's a similar triaging of those letters to the
5  editor.  And they then give them to the author, and
6  they have the ability to respond.
7          So very frequently when a paper is
8  published and letters to the editor are submitted,
9  they are often compiled and many times the author
10  will respond to the ones that are given to that
11  author to be published alongside of that letter from
12  the outside source.
13      Q    Letters to the editor, are they often peer
14  reviewed?
15      A    Yes, they are peer reviewed in that not
16  all letters to the editor will be published.  And
17  frequently if there's a substantial question about
18  the study methodologies or the conclusions and the
19  editor themselves do not feel qualified to
20  adjudicate that, they will sometimes seek the
21  guidance in a similar way when a paper is published

Page 25

1  to address that question, to help them to sort out
2  whether this is a criticism that should be addressed
3  to the author, that they are given an opportunity to
4  respond.
5      Q    Can you think of examples of journals
6  where letters to the editor are not peer reviewed?
7      A    My only involvement is where I myself have
8  served as a peer reviewer and in circumstances where
9  I've served as an associate editor.  I can't speak
10  for the other journals.  So it's a very broad topic,
11  and I think most often if it's a very small comment,
12  it is handled at the level of the editor.  I do not
13  have any data as to how many times they are sent out
14  for other guidance by other individuals.
15      Q    So is it fair to say that each journal has
16  their own policy regarding letters to the editor and
17  whether they're peer reviewed?
18      A    Again, it's usually editor-specific, not
19  journal-specific.  And they do each have their
20  policies.  There are similarities from most of the
21  top-tier journals.  And again, the rigor by which

7 (Pages 22 - 25)

Paul Hruz                                                    March 29, 2024

Page 26

1  things are reviewed will be influenced by whether
2  it's a top-tier journal, how many submissions they
3  normally get, the capacity to be able to handle it,
4  the nature of the article in question, and the value
5  to the readership of that journal as to whether that
6  letter to the editor warrants a higher or lesser
7  degree of scrutiny.
8      Q   In terms of your publication history, have
9  you ever had a draft publication rejected after peer
10 review?
11     A   Quite frequently.
12     Q   And why is that?
13     A   For a variety of reasons.  Most often the
14 reviewers have raised questions about the content of
15 the paper.  Most often they will ask for additional
16 data, additional experiments to be done.  They
17 sometimes will request clarification in the
18 interpretation of the data.  This is part of the
19 normal scientific publishing process.  For most
20 people who publish, it is something to be expected.
21          It's extremely rare to have a paper

Page 27

1  accepted without revision.  It is common for papers
2  to be rejected, resubmitted, and then published in
3  that same journal after addressing the questions
4  that are raised by the reviewers.
5      Q   And have you ever, while going through
6  this review process for a draft publication, have
7  you ever decided not to move forward with
8  publication after peer review?
9      A   I've never not published a paper, but very
10 frequently I have chosen to submit to a different
11 journal.
12     Q   And in terms of the types of publications
13 that you mentioned about submitting to different
14 journals, do any of them have to do with gender
15 dysphoria?
16     A   It applies to all the publications that
17 I've had throughout my career.
18     Q   That would include publications related to
19 gender dysphoria?
20     A   That is correct.
21     Q   And how many of your professional writings

Page 28

1  focus on the medical treatment of gender dysphoria?
2  And if it's helpful to go through the CV, happy to
3  do that.
4      A   Well, I would say I've been involved in
5  scientific research for three decades throughout the
6  early stage of my professional career.  Most of my
7  time was spent investigating areas related to
8  structural biology in relation to questions of
9  diabetes, moving on toward drug discovery in the
10 treatment of that condition.
11         It's only in the last several years
12 that much of my scholarly time has been devoted to
13 this question of gender dysphoria.  I began -- I'll
14 have to look at the date of the first publication.
15 I would say currently the majority of the papers
16 that I am publishing are on the area of gender
17 dysphoria.  That's in contrast to the first years of
18 my career.
19     Q   Is there a particular reason for the shift
20 in emphasis?
21     A   Yes.

Page 29

1      Q   Could you elaborate?
2      A   Certainly.  The necessity of writing in
3  this area has become more important.  When I first
4  began in my career, this question of gender
5  dysphoria was not even being discussed, and there
6  was very little being written by endocrinologists in
7  this area.  So it is an area that has gained
8  attention and a need to address many of the
9  interventions that are being proposed by the
10 endocrinologist profession.
11         And because of that, again, this is
12 not unique to this particular area.  There are many
13 times where new questions arise and there's a need
14 to publish on scientific and medical questions that
15 were not even recognized earlier.
16     Q   And -- but treatment for gender dysphoria
17 in itself is not new, correct?
18     A   I would say that the new paradigm of the
19 affirmation model for the treatment of the
20 adolescents with this condition is relatively new.
21 Again, it depends on what you would consider new,

8 (Pages 26 - 29)

Paul Hruz                                                                                    March 29, 2024

Page 30

1  but I would say that in the last one to two decades,
2  that is where that question has risen.  And it's
3  become more prominent probably in the last ten
4  years.
5      Q    We will come back to that particular
6  discussion.  Definitely want to just kind of finish
7  going through your CV, if that's okay.
8          Andrew, could we go to page 133 of
9  the PDF?  Let me orient Doctor Hruz on where
10 exactly.
11         Okay.  Back to the journal articles.
12 Let me know when you're there, Doctor.
13     A    Okay.
14     Q    So would you be able to -- and with the
15 understanding that this is not your most up-to-date
16 CV, would you be able to just identify by number the
17 publications that deal with the medical treatment of
18 gender dysphoria?
19     A    You want me just to list the numbered
20 references that pertain, or do you want me to give
21 you a number by counting up the records?

Page 31

1      Q    Apologies.  Thank you for the
2  clarification question.  If you could just give
3  me the particular numbers, so one, two, three,
4  et cetera, that would be really helpful.
5      A    I'm going to begin with number 48,
6  number 50.  In the chapters, number two and number
7  three.  In the invited publications, number six,
8  seven, and eight.
9      Q    Great.
10         Andrew, could we move down to item 50
11 under the journal articles.
12         Just one of the ones, Doctor Hruz,
13 you just mentioned, the proper care of transgender
14 and gender-diverse persons in the setting of
15 proposed discrimination: a policy perspective.  This
16 is -- is that -- is it correct that the journal
17 citation is to the Journal of Clinical Endocrinology
18 and Metabolism?
19     A    That is correct.
20     Q    And apologies, Andrew, if you can scroll
21 back up to 128 of the PDF.

Page 32

1      Q    Doctor, you -- so I'm looking
2  specifically at the editorial ad hoc reviews
3  categories, so editorial responsibilities.  You list
4  this journal, the Journal of Clinical Endocrinology
5  and Metabolism, as one of the editorial ad hoc
6  reviews, correct?
7      A    That is correct.
8      Q    What do you mean when you say in your CV
9  editorial ad hoc reviews?
10     A    What that means is that I am not listed on
11 the editorial board as an associate editor, but that
12 I've been solicited by an editor or associate editor
13 to review a manuscript for publication in that
14 journal.
15     Q    And are there particular subject areas?
16 And I know endocrinology is a large field -- that
17 you're asked to review articles on an ad hoc basis?
18     A    Most scientists, like myself, the majority
19 of their time in the review process is going to be
20 doing ad hoc reviews.  It's a substantial time
21 commitment to agree to be a member of an editorial

Page 33

1  board.  When one signs up to be an associate editor,
2  generally speaking, the number of papers that one
3  will be assigned is going to increase substantially,
4  often being asked to review papers every week or
5  every several weeks, as opposed to these requests
6  that come sporadically solicited by the editor or
7  associate editor, which is much easier logistically
8  when one has a very busy professional schedule of --
9  like myself in patient care and education and
10 scientific research.
11     Q    So item 50 from your CV, the proper care
12 of transgender and gender-diverse persons in the
13 setting of proposed discrimination: a policy
14 perspective, is that an article based on original
15 research?
16     A    If you're asking -- are you asking whether
17 it was a scientific study?
18     Q    Yes.
19     A    It was not a scientific study.  It was, as
20 the title suggests, it was a letter to the editor
21 that was submitted with the question that is

Page 34

1 contained within the title of the paper.

2    Q    Was it peer reviewed in the manner that we

3 discussed previously in terms of -- was this a

4 peer-reviewed letter to the editor?

5    A    In light of what I've already shared with

6 you about the process, I do know that it went to the

7 editor.  I'm not privy to what went on in the

8 decision to publish the letter.  But it was -- so I

9 can't comment on exactly what happened in the review

10 process.  I do know that other letters that I have

11 written to the editor have not been published.

12    Q    And when you say have not been published,

13 do you mean in the Journal of Clinical Endocrinology

14 and Metabolism specifically?

15    A    No.  The one that I'm referring to is

16 actually submitted to the Journal of Pediatrics.

17    Q    Do you know, were you given any reason why

18 it was not published?

19    A    The only response I received was that

20 it was considered -- this was in relation to the

21 2000 [sic] article by Turban looking at suicidality

Page 35

1 based upon the 2015 U.S. Transgender Survey.  I

2 submitted a letter with concerns about the study,

3 methodology and the interpretation of the data,

4 which is included in my expert report.

5         My understanding is that there were a

6 very large number of letters to the editor

7 submitted.  I don't know the timing before or after

8 I submitted my letter.  One of the reasons for not

9 publishing all letters to the editor is if the

10 questions at hand were already addressed by other

11 comments that were made by other outside

12 individuals.  There are a number of reasons why

13 they're chosen not to be published.

14    Q    And based on the letters to editor in

15 response to the Turban 2000 -- or is it Turban 2020

16 article?

17    A    Correct.

18    Q    Let me start over just so that we're all

19 on the same page.  So in response to the Turban 2020

20 article, are you aware of letters to the editor that

21 were, in fact, published that did reflect concerns

Page 36

1 that you laid out in your draft to Pediatrics?

2    A    I would say to some extent they did.  They

3 were not phrased as completely and as concisely as I

4 did.  So they were similar, but not -- it wasn't a

5 complete presentation in the letters that were

6 published of the many methodologic problems with

7 that paper.  So I would say partially yes.

8    Q    In going back to item 50 on your CV, just

9 to close the loop on that.  So could you just walk

10 through how the letter to the editor that you wrote

11 for item 50, how that came to be?

12    A    Well, I have ongoing professional

13 discussion with a very large number of people that

14 are interested in this very important topic of the

15 optimal means to care for individuals that have

16 sex-discordant gender identity.  When, again, that

17 was back in 2021, couple years ago.  I don't

18 remember the exact circumstances of how the decision

19 was made to submit that letter.  But it was in

20 response to a question or an area that was felt

21 needed to be presented within the literature

Page 37

1 regarding this question of care of individuals with

2 this condition.

3    Q    And the journal that particular item, item

4 50 on the CV was published, the Journal of Clinical

5 Endocrinology and Metabolism, is that journal widely

6 read within the scientific community?

7    A    It is one of the leading journals in the

8 field of endocrinology.

9    Q    Would it be fair to say that the Journal

10 of Clinical Endocrinology and Metabolism is a

11 prominent scientific journal?

12    A    It is a prominent -- again, the number of

13 journals that are currently publishing papers has

14 expanded almost exponentially over many years.  So

15 there is a rating for journals within the entire

16 scientific enterprise.  And ratings within areas of

17 focus.  And they become actually increasingly narrow

18 in how they're ranked.  For example, a general

19 science journal versus a journal on endocrinology

20 versus a journal on diabetes in particular.  In

21 fact, even journals in smaller subsets of questions

10 (Pages 34 - 37)

Page 38

1  within a particular field.

2          The journals themselves are rated

3  by -- most often by how often the papers themselves

4  are cited by others.  Influencing or recognizing the

5  influence of that paper in the scientific dialogue

6  that is constantly going on.  The journals strive to

7  have their papers have the highest degree of

8  visibility and are assessed on how they are

9  influencing the field in question.

10     Q    So -- but within endocrinology, is the

11  Journal of Endocrinology and Metabolism, is that a

12  preeminent journal in that particular medical

13  specialty?

14     A    It is considered within endocrinology one

15  of the top-tier journals, yes.

16     Q    Going back -- and, Andrew, I apologize,

17  going back to the journals section of the CV.  Just

18  wanted to look at item 48, which is a paper entitled

19  Deficiencies in Scientific Evidence for Medical

20  Management of Gender Dysphoria.

21          That's the correct title, correct,

Page 39

1  Doctor?

2     A    You're referring to reference 48?

3     Q    Yes, Doctor.

4     A    Yes.  It's titled Deficiencies in

5  Scientific Evidence for Medical Management of Gender

6  Dysphoria.

7     Q    Is that paper based on any primary

8  research that you conducted?

9     A    Yes.  It's based upon my research of the

10  literature related to this question.

11     Q    But it wouldn't be classified as an

12  original study?

13     A    It was not a clinical trial.  It was

14  actually published in an ethics journal.  And it

15  used the methodologies that most experts that are

16  publishing in an ethics journal would use.  Again,

17  very rarely would one find in an ethics journal a

18  scientific study with a control group in the areas

19  we would, in other areas.

20     Q    And this is published in the Linacre

21  Quarterly, did I pronounce that correctly?

Page 40

1     A    Close enough.

2     Q    You said that was an ethics publication,

3  correct?  So it would not be considered a scientific

4  publication, is that fair?

5     A    Incorrect.  It is a different field of

6  science.

7     Q    So is it a bioethics journal?

8     A    Yes.

9     Q    And who publishes the Linacre Quarterly?

10     A    It is the Catholic Medical Association.

11     Q    And have you ever published the -- just a

12  second.  Have you ever published a paper based on an

13  original study that you designed regarding the

14  diagnosis of gender dysphoria?

15     A    Are you asking if I've conducted a

16  clinical study with, for example, an intervention

17  with randomization and control trial, the answer is

18  no.

19     Q    Or any study design that -- even short of

20  randomized control trials.

21     A    My study methodology is in relation to

Page 41

1  critical analysis of the published literature.  I

2  have made suggestions to many of my colleagues at my

3  institution and asserted as a reviewer for those

4  that are interested in conducting trials.  I have

5  not had the opportunity to directly participate,

6  other than in an advisory role, in those studies.

7     Q    And just in terms of your overall

8  background, is it fair to say you're a medical

9  practitioner as well as a researcher?

10     A    Correct.  I am a physician-scientist.

11     Q    Have you ever published a paper based on,

12  again, a study design regarding the causes of gender

13  dysphoria?

14     A    Maybe you should clarify what you mean by

15  study.

16     Q    A clinical trial.

17     A    I have not conducted a clinical trial.

18     Q    Have you published a paper based on

19  original research regarding the causes of gender

20  dysphoria?

21     A    So again, your question about a clinical

11 (Pages 38 - 41)

Page 42

1  trial, I don't know how a clinical trial could be
2  conducted on the diagnosis of gender dysphoria.
3  It -- usually the clinical diagnoses categories are
4  based upon other discussions about how to classify
5  diseases. I'm sorry. That was a tangent. Can you
6  rephrase your question?
7      Q   No problem. What I was asking is, have
8  you published any paper based on original research
9  regarding the causes of gender dysphoria?
10     A   Yes.
11     Q   And what papers specifically would fall
12 into that category?
13     A   We've already discussed the paper in the
14 Linacre again. When you say research, I'm assuming
15 you're referring to a scholarly activity in which
16 one critically evaluates scientific data.
17     Q   But not a study in the sense of there are
18 subjects and an intervention, et cetera, correct?
19     A   If I understand your question right,
20 you're distinguishing between scientific study and
21 clinical trial?

Page 43

1      Q   Yes.
2      A   I have not performed directly a clinical
3  trial related to individuals that have
4  sex-discordant gender identity. My role has been
5  limited to serving in an advisory capacity to some
6  of my colleagues at my institution that are
7  conducting those types of clinical trials.
8      Q   And have you ever published a
9  peer-reviewed article regarding gender-affirming
10 care?
11     A   Yes.
12     Q   Which -- if it's on your CV, which
13 articles are you referring to?
14     A   I think all the ones we mentioned before
15 related to the question of gender dysphoria include
16 analysis of the question of the affirmative model of
17 interventions for that condition.
18     Q   Have you published a peer-reviewed article
19 regarding the diagnosis of gender dysphoria?
20     A   Are you asking whether I published a paper
21 that was directly focused on that question, or --

Page 44

1      Q   Yes.
2      A   -- whether in the discussion that is
3  addressed within the other papers? Looking --
4      Q   I'm sorry?
5      A   Are you asking about whether I have
6  written on that particular topic as part of a larger
7  analysis, or whether I have published on a topic
8  specifically related to that question and not other
9  areas?
10     Q   Sure. Specifically related and focused on
11 the topic of the diagnosis of gender dysphoria, not
12 the -- not in terms of discussing it in a background
13 related to other topics.
14     A   Well, I would say that my role as a
15 physician-scientist is as an endocrinologist. The
16 role of an endocrinologist is focused on medical
17 interventions that relate to the field of
18 endocrinology, and that has been the focus of my
19 scholarly activity.
20         To the extent that it's necessary to
21 include in that analysis questions of diagnosis, I

Page 45

1  have indeed published on that. But to publish a
2  paper specifically related to the diagnosis is not
3  something endocrinologists would normally be asked
4  to be involved in.
5      Q   So just to confirm, you haven't published
6  a peer-reviewed article that is specifically focused
7  on the diagnosis of gender dysphoria, correct?
8      A   All of my publications relate to questions
9  of medical interventions that involve endocrine
10 issues.
11     Q   Would the same be true then -- is it fair
12 to say that you have not published a peer-reviewed
13 article regarding gender identity disorder either in
14 terms of the diagnosis of gender identity disorder?
15     A   I would say that my publications do
16 address that question. But they include primarily
17 attention to the issues of medical interventions.
18     Q   And have you ever been involved in a
19 research study, so again, a clinical research trial
20 examining the use of gender-affirming hormones to
21 treat gender dysphoria?

12 (Pages 42 - 45)

Paul Hruz                                                March 29, 2024

Page 46

1    A   Yes.  In the capacity that I've already
2  stated as an adviser to colleagues of mine at my
3  institution that are conducting studies involving
4  affirmative interventions.
5    Q   But you have not published a paper
6  resulting from that work involving any sort of
7  clinical trial and gender-affirming hormones to
8  treat gender dysphoria, is that fair?
9    A   Given my involvement in those clinical
10  trials, and the fact that they are ongoing, the
11  answer is no.
12    Q   So there have been published papers
13  related to those ongoing clinical trials?
14    A   My understanding is that some of the data
15  from those investigations have been shared in a
16  poster format, oral presentations at national
17  meetings, but to my knowledge they have not yet been
18  published in print.
19    Q   So they haven't been published in a
20  scientific journal as of today?
21    A   That is correct.

Page 47

1    Q   Doctor, what is a systemic review -- I'm
2  sorry, systematic review?
3    A   Systematic review is a means to look at
4  the body of literature that is conducted in a
5  rigorous manner where there are established criteria
6  for which papers are going to be considered, how the
7  papers are going to be assembled to be investigated,
8  how the data is interpreted in an attempt to
9  systematically -- that's not necessarily the term --
10  in order to in a formal way assess the knowledge
11  base in a particular area in contrast to other types
12  of reviews that are done, for example, scoping
13  reviews, which are more inclusive in the papers to
14  be considered, and more limited reviews that are
15  addressing a particular area of interest that can be
16  valuable to the readership of the journal that are
17  not as expansive or inclusive as the systematic
18  reviews.
19    Q   And have you ever conducted a systematic
20  review of the evidence base regarding medical
21  treatment for gender dysphoria?

Page 48

1    A   Yes.
2    Q   And where is that systematic review?
3    A   It has not been published yet.
4    Q   Has not been published.  Okay.  Do you
5  have a sense of -- so it's in process right now?
6    A   It is -- actually, there are two different
7  studies that were commissioned, and both of them are
8  in various stages of discussion.  And much of that
9  is going to be influenced by other systematic
10  reviews that have already been published on the same
11  areas that essentially have accomplished the goal
12  that was intended by that review.  So there's again
13  many reasons why studies are in the process of
14  putting them together that may delay the
15  publication.
16    Q   And you said that there are two studies
17  commissioned.  Are those specifically two systematic
18  reviews that you are talking about?
19    A   They were designed to be systematic
20  reviews, correct.
21    Q   Who commissioned those two studies?

Page 49

1    A   It was the Cochrane --
2    Q   You cut out.  I didn't hear the last part.
3  I heard Cochrane, and then could you repeat?
4    A   I said Cochrane Work Group.  It's using
5  the Cochrane model.
6    Q   Is that affiliated with the Cochrane
7  review that we think of when we think of something
8  as published as a Cochrane review?
9    A   Correct.
10    Q   Few more questions on your CV.  I know
11  we're coming to about an hour.  Would you be okay
12  with a few more questions and then a break?  I want
13  to check in and see how you're doing.
14    A   My preference is to keep moving forward.
15  You'll have to call the breaks.  I'll keep going as
16  long as you want.
17    Q   Great.  I will finish this line of
18  questioning, then we'll take a brief break.  So
19  thank you.
20        So just back to your CV.
21        And, Andrew, this is going to be 129

Page 50

1   of the PDF.

2        So, Doctor, this is a major invited

3   professorships and lectures, that category.  Just

4   wanted to ask what you mean when you say major to

5   refer to your presentations?

6        A   That's a very good question.  I ask myself

7   that all the time.  I never include everything that

8   I have done.  The purpose of my CV in my academic

9   career relates to my professional activities that

10  usually will influence decisions on promotion,

11  tenure, and recognition within the academic

12  community.

13        So, therefore, I generally will list

14  the ones that have had the most influence, the ones

15  that are presented, for example, at national

16  meetings as opposed to small groups with less

17  impact.

18        Many of my requests for speaking have

19  been in nonmedical or scientific communities.  I

20  generally don't list those.  I like to list those

21  that are to medical professionals, universities,

Page 51

1   professional organizations, and those that are

2   considered to have impact within the field.

3        Q   Do you have any examples of perhaps

4   lectures that are not listed where you're speaking

5   to maybe a nonmedical or nonscientific audience, but

6   you're talking about scientific issues?

7        A   I've done that dozens if not hundreds of

8   times in the last ten years.  Yes, I would -- I

9   don't even keep track of all of them.

10        Q   Do you have an example that comes to mind

11  of that type of presentation?

12        A   I'm always willing to talk to anyone that

13  desires to objectively look at the scientific

14  evidence in relation to this question.

15        I have given talks to student groups

16  frequently.  I have given talks to parent groups.  I

17  have given talks to others that -- again, I am just

18  trying to remember.  I don't have any way of keeping

19  track of what all these talks are.  Some of them are

20  in very small, informal groups.

21        Q   Understood.  When you said -- I believe

Page 52

1   you said this question or something along those

2   lines, are you specifically talking about gender

3   identity or issues around gender dysphoria?

4        A   I have given talks on many different

5   topics related to my area of expertise, not limited

6   to gender dysphoria.  I have been more recently

7   asked in response to the book chapter that I wrote

8   that is listed in my CV on questions of sexual

9   identity based upon my experience in caring for

10  individuals that have disorders of sexual

11  development.

12        There's an ongoing discussion about

13  understanding the sexual identity of individuals

14  that have disorder of sexual development, and there

15  are many people that have asked me more recently to

16  speak on that particular topic.  So it is not

17  limited to gender dysphoria.

18        I've also spoken on areas more

19  generally in the area of medical ethics.  I've

20  spoken on topics related to the conduct of

21  scientific research and the rigor that's necessary

Page 53

1   in maintaining scientific integrity.  I've spoken on

2   the way that particular topics of becoming a

3   physician-scientist, some of the personal and

4   professional challenges of pursuing a career as a

5   physician-scientist.  The list is fairly extensive.

6   Those are the examples that come to mind currently.

7        Q   And when you talk about medical ethics,

8   could you give an example of the type of framing of

9   medical ethics that you would discuss in these

10  smaller lectures?

11        A   Most certainly.  So that I do give a

12  lecture to students.  I actually taught a course on

13  research ethics to our undergraduate students.  I did

14  that for many years.  I continue to speak on topics

15  of how to accurately present research, areas of

16  conflict of interest, areas of bias, controversial

17  areas unrelated to gender dysphoria in which the

18  medical profession has changed the way they address

19  issues.  That includes the area of disorders of

20  sexual development, how that has evolved over the

21  three decades that I have been involved in

14 (Pages 50 - 53)

Page 54

1 endocrinology. So it covers a wide variety of
2 topics.
3     Q   In your list of lectures in your CV, I
4 don't think you -- this is just a general question.
5 You list grand rounds. What are grand rounds?
6     A   Grand rounds are usually when you're
7 invited by a university or department most often,
8 for example, a department of pediatrics to present.
9 Most institutions, my own included, have a regular
10 lecture series. Ours are usually held on Friday
11 mornings where a variety of topics are discussed.
12 They cover the entire field of pediatrics. And they
13 can run the spectrum from basic science to
14 translational to clinic studies, and this is part of
15 academia in general.
16          It is generally considered, when one
17 is invited to give a grand rounds presentation, that
18 they are recognized as an expert in that particular
19 field. And that is why they are being called to
20 present to that group.
21          There are -- we have what we call

Page 55

1 endocrine and metabolism grand rounds. We have the
2 department of pediatric grand rounds. Depends on
3 the department that is making the invitation.
4     Q   And have you ever conducted a grand rounds
5 lecture on the topic of gender dysphoria?
6     A   Quite a few of them, and they are listed
7 in my CV.
8     Q   Are those -- Andrew, could you scroll
9 down, please? I want to make sure.
10          Would those be generally the more
11 recent, maybe from -- is there a particular year,
12 for example, where more likely than not you would be
13 talking about gender dysphoria in the grand rounds
14 as opposed to diabetes or other topics of
15 endocrinology?
16     A   Yes, you are correct, they are the more
17 recent presentations. I began being involved in
18 this topic of gender dysphoria around 2011. So
19 anything prior to that is very unlikely to have
20 involved that topic, and many of the talks since
21 then have related to the topic of gender dysphoria.

Page 56

1     Q   And other than grand rounds, have you
2 provided any presentations regarding gender
3 dysphoria at any medical conferences?
4     A   Yes.
5     Q   And are those listed on your CV?
6     A   Yes. As I mentioned, there was probably a
7 few in the last year, including that national
8 meeting in Phoenix that I presented that. Yeah, it
9 does have my talk in Italy on there as well. Yes.
10     Q   So those would all be reflected either in
11 this document or the updated CV?
12     A   Generally when I've been asked to present
13 at a national meeting, I will include that on my CV,
14 yes.
15     Q   And the meetings that you choose not to
16 include, they oftentimes are more local, is that
17 correct?
18     A   Generally speaking, yes. I probably need
19 to do better at keeping track. There's just been so
20 many requests to be able to speak on this topic
21 because there's a tremendous interest among my

Page 57

1 colleagues, both scientists, clinicians, and the
2 public at large on this topic.
3     Q   And then just in general, so we talked
4 about gender dysphoria, but across your career, how
5 many occasions have you directly participated in
6 clinical trials?
7     A   Very few directly. Most of my involvement
8 in clinical trials has been in that advisory role.
9 And that's mostly due to time constraints because I
10 am in active clinical practice. I have carried out
11 basic science research and have participated in the
12 education of our residents, of fellows and medical
13 students. The amount of time that it requires to
14 direct a clinical trial is enormous. And therefore
15 I have chosen to limit my involvement to that
16 advisory role.
17     Q   And just to be clear, that would also
18 extend to clinical trials related to gender
19 dysphoria in terms of your advisory capacity?
20     A   That is correct.
21     Q   Okay. Great. So we'll give you a break,

15 (Pages 54 - 57)

Page 58

1 Doctor Hruz. Should we say maybe reconvene -- I

2 have 10:08. Should we take a brief ten-minute break

3 and then come back at 10:18? Does that work?

4    A   That looks good to me.

5    Q   Thank you so much, Doctor.

6           (A recess was held.)

7 BY MS. WILLIAMS:

8    Q   Doctor Hruz, I'm going to turn now to some

9 questions, more background questions about your

10 medical practice and more about your background. So

11 you are an active medical practitioner, correct?

12    A   That is correct.

13    Q   How long have you been a medical

14 practitioner?

15    A   Well, I've been involved in endocrinology

16 since my fellowship training starting in 1997. So

17 we're at, what, 26 years, 27 years. I joined the

18 faculty in 2000, so I've been practicing as a

19 pediatric endocrinologist at Washington University

20 for the last 24 years.

21    Q   Are you a member of any professional

Page 59

1 associations?

2    A   Yes. They're listed on my CV.

3    Q   Including the Endocrine Society?

4    A   Correct.

5    Q   And you're currently a member of the

6 Endocrine Society?

7    A   Correct.

8    Q   What is your area of medical practice?

9    A   I am a pediatric endocrinologist, so my

10 practice encompasses all areas related to hormone

11 diseases across from birth until the early 20s.

12 Most endocrinologists like myself spend a

13 substantial amount of time caring for patients that

14 have disorders of glucose metabolism, namely

15 diabetes mellitus, but we also care for patients

16 that have disorders of growth, thyroid issues,

17 pituitary issues, bone issues, puberty issues, and

18 relevant to gender dysphoria the question of sexual

19 identity and disorders of sexual development. All

20 of these -- so it involves treating patients both

21 acutely and longitudinally for hormone-related

Page 60

1 diseases.

2    Q   You said early 20s in terms of the age

3 range. Is there a specific cutoff, or does it

4 depend on the patient?

5    A   We generally -- I will generally follow

6 patients if they're in college, until they graduate

7 from college. And we often will follow them longer

8 than that if they have a rare complex disease being

9 followed by other specialties at my institution. I

10 have patients as early -- that are into their 30s,

11 but that's quite rare. Most often we will follow

12 them until they are completed college, and -- or if

13 they choose once they've turned 18 to be transferred

14 to an adult endocrinologist.

15    Q   Would you consider then pediatric

16 endocrinology to be your area of specialty, is that

17 fair?

18    A   It is my area of clinical specialty, yes.

19    Q   In the course of being a pediatric

20 endocrinologist, do you treat patients for mental

21 health conditions?

Page 61

1    A   Yes.

2    Q   How so? Could you elaborate?

3    A   Do I treat patients for medical

4 conditions?

5    Q   Sorry. I wasn't clear. I apologize. Do

6 you treat patients for mental health conditions?

7 Apologies that didn't come through.

8    A   I was wondering about the question.

9 Certainly many of my patients will have mental

10 health issues that will significantly impact their

11 disease course or their response to treatment.

12        So I'm not called upon to make mental

13 health diagnoses, but I do encounter patients very

14 frequently that have mental health issues that are

15 very important for me as an endocrinologist to

16 recognize and help that individual in the context of

17 their endocrine care be able to navigate those

18 issues.

19    Q   But specifically you're not making an

20 initial mental health diagnosis?

21    A   I would say not in a formal way do I make

16 (Pages 58 - 61)

Page 62

1 a diagnosis as, for example, a psychologist or
2 psychiatrist.  I do, however, there are many
3 instances where, in the course of my care of the
4 patient, I become aware of a mental health issue
5 that has not previously been diagnosed, and then
6 arrange for that individual to be able to see my
7 colleagues to receive the care that they need.  That
8 happens fairly frequently.
9     Q    What training do you have in psychiatry
10 specifically?
11     A    My formal training in psychiatry related
12 to my time in medical school and things in my
13 training while I was in residency that related to
14 mental health issues.
15         We also have ongoing training.  For
16 example, one of the weekly conferences that we have
17 relates to our care of patients with diabetes.  In
18 that conference, we have regularly scheduled times
19 where we do have a psychologist that will be present
20 to help us, for example, in patients that have
21 eating disorders or that have major depression or

Page 63

1 anxiety disorder to help us in being able to
2 navigate the care of those patients.  So I think
3 that education is ongoing.  But it's limited to
4 those settings.  My formal training was limited to
5 official rotations while I was in medical school.
6     Q    And those weekly meetings that you
7 mentioned, do any of them focus on gender dysphoria
8 specifically?
9     A    So your question about whether it was
10 specific for gender dysphoria, it is much more
11 comprehensive, other than we're discussing issues of
12 mental health that will impact an individual's
13 ability to comply with treatment recommendations,
14 reasons why they might be repeatedly admitted to the
15 hospital.  There certainly are patients that we have
16 discussed with gender dysphoria that had had
17 metabolic abnormalities that may have contributed to
18 them having adverse outcomes.
19     Q    Do you have any published scholarship in
20 the field of psychiatry?
21     A    In the context of what we previously

Page 64

1 discussed in the last session, not a direct paper
2 related to psychiatric issues.  The publications
3 that I've mentioned do include discussion not
4 directly that would pertain to psychiatric
5 conditions and influences.
6     Q    But you wouldn't consider yourself to be a
7 mental health professional, is that fair?
8     A    I will state very clearly, as I have in my
9 declaration and in my CV, I am a pediatric
10 endocrinologist and physician-scientist.  All
11 physicians are involved in mental healthcare to some
12 degree.  I do not state that I am a psychiatrist or
13 a psychologist.  That, I am not.
14     Q    Are you familiar with the Diagnostic and
15 Statistical Manual of Mental Disorders, specifically
16 the Fifth Edition, and there was a text revision in
17 2022?  Are you familiar with that?
18     A    Yes, I am.
19     Q    Is it okay if we call that the DSM-5-TR?
20     A    That would be fine.
21     Q    Okay.  Great.  Have you reviewed the

Page 65

1 entire DSM-5-TR?
2     A    From cover to cover, no.
3     Q    Are there particular parts of the DSM-5-TR
4 or even prior versions of the DSM that you've
5 reviewed?
6     A    Yes.
7     Q    And what specific parts -- let's start
8 with the DSM-5-TR -- have you reviewed?
9     A    Well, maybe I should clarify the question.
10 Have I read critically and analyzed or contributed
11 to the information that's present?  Which question
12 are you asking?
13     Q    I would say let's start with just reviewed
14 in general.  I am curious if there are other areas
15 within the DSM-5-TR that you have also reviewed in
16 your practice.
17     A    Yes.  I do this routinely in my ongoing
18 education.  When I encounter a patient that has an
19 issue that may be aided by a better understanding of
20 how I can present that -- when I make the referral
21 to a psychologist or psychiatrist, not necessarily

17 (Pages 62 - 65)

Page 66

1  to make a formal diagnosis, but to gain insight into
2  some of the mental health issues that may be
3  pertaining to that patient.
4      Q    And then you had sort of referenced sort
5  of more in-depth review of certain sections of the
6  DSM-5-TR.  Are there specific portions or diagnoses
7  that you focused on?
8      A    In the context of this question by
9  recruiting endocrinologists to participate in the
10  affirmative model for care with individuals that
11  have sex-discordant gender identity, it certainly
12  was necessary for me to look in much more depth in
13  that particular question than I perhaps have done in
14  currently do in other of the diagnoses that are
15  present within that manual.
16      Q    And you said you've never formally made a
17  mental health diagnosis, though, is that correct?
18      A    That probably is not correct.  I have, for
19  example, discovered individuals who have eating
20  disorders that I've been able to -- by making a
21  diagnosis, do I include that in billing for that

Page 67

1  visit when the visit takes an hour and a half rather
2  than 15 minutes because it requires much discussion
3  in attempts to get that individual to the care that
4  they need.  In that capacity, I have.  That's rare.
5  Most often I am focused on the endocrine issues at
6  hand.  Those are the diagnoses I usually make.
7      Q    Have you ever made a formal diagnosis of
8  gender dysphoria?
9      A    I have not been called to do so, no.
10      Q    Is it fair to say, going back to your
11  general practice as a pediatric endocrinologist,
12  when a patient has an endocrine condition, you
13  discuss treatment options with your patients and
14  their parents, is that correct?
15      A    That is correct.
16      Q    And so without discussing privileged
17  medical information, have you ever discussed the
18  state of medical research with a patient when
19  discussing treatment options for a particular
20  medical condition?
21      A    All the time.

Page 68

1      Q    And so do you do this unprompted?
2      A    So when I am making a diagnosis and
3  recommending a course of treatment, it is necessary
4  to discuss with the patient in the area of
5  pediatrics, also their parents, the relative risk
6  and the potential benefits of any medical
7  intervention.
8      Q    And have you ever discussed specific
9  scientific studies with patients and their parents?
10      A    Yes, I have.  It's not an uncommon
11  occurrence these days where there's increased access
12  to medical studies.  Many times patients will even
13  come to me, having read an article, seeking my
14  opinion on the article itself.  Asking, you know,
15  for advice for interpreting it, or coming to me
16  requesting a particular treatment based upon a paper
17  that they had heard about.
18          And it's been necessary for me to
19  discuss with that patient whether that is a basis
20  for accepting or rejecting that request for that
21  particular intervention.  That happens more

Page 69

1  frequently than I had when I first started in
2  medicine, but it's happened throughout my entire
3  career.
4      Q    How common would you say that a patient
5  and you have a discussion about scientific studies?
6      A    Not uncommon.  I can recall even in the
7  past week where I've had a handful of discussions
8  with my patients related to new technologies that
9  are emerging in the care of diabetes.  So it's not a
10  rare occurrence.
11      Q    Have you ever discussed the quality of
12  scientific evidence that supports the efficacy of a
13  particular treatment with a patient or their
14  parents?
15      A    Yes.
16      Q    And how often do you do that?
17      A    I think it's important, again, depending
18  on the question at hand and the necessity to go into
19  varying levels of doubt.  Sometimes it could be a
20  very brief conversation, but sometimes it could be a
21  very extensive conversation.

Page 70

1    Q   How would a conversation like that go?

2  You know, if I'm a patient, would you -- and I was

3  asking about a particular intervention, would you

4  just, you know, start talking about the quality of

5  the particular evidence with respect to particular

6  intervention?

7    A   Would it be helpful to give an example?

8    Q   Yeah, I think that would be really

9  helpful.

10   A   Okay.  Just this past week I had an

11  individual that was requesting a growth hormone

12  treatment for ideopathic short stature, meaning they

13  did not have growth hormone deficiency; they were

14  predicted to have a low final adult height.  And we

15  had a discussion about whether the potential

16  benefits of treatment with growth hormone to

17  increase stature is justified by the risk of

18  treatment.

19       In that discussion, I listed side

20  effects of treatment with growth hormone, which are

21  rare but significant.  Some of them that require

Page 71

1  significant medical intervention, including

2  potentially surgery.

3       And I recall in that conversation

4  just this past week including some reports about the

5  potential for cancer risk later in life related to

6  growth hormone.  And that was based upon a study

7  that was published in France several years ago,

8  based upon low-quality evidence of the degree that I

9  had to share with them, that while I'm obligated to

10  let you know that risk, that we've been treating

11  with growth hormone for decades, and that the

12  relative risk is balanced by the potential benefit.

13       And then acknowledging that a recent

14  study came out showing that there was no increased

15  cancer risk.  So we had that discussion about prior

16  reports and then was able to share with that patient

17  that newer, higher quality data has alleviated any

18  potential concerns related to that.  And that

19  allowed that parent to make the decision as to

20  whether or not they were going to allow their child

21  to receive growth hormone for the goal of making

Page 72

1  them taller.

2    Q   So the study that you mentioned, the

3  recent study that showed that there was no cancer

4  caused by a particular intervention, was that a

5  randomized control trial?

6    A   I would not summarize the study the way

7  that you stated it.

8    Q   Please go ahead.

9    A   And the question is, is there an

10  association between exposure to recombinant growth

11  hormone and future cancer risk.  And one of the

12  limitations of those types of studies is that people

13  get cancers for other reasons.  And that to be able

14  to make a causal conclusion can be challenging.

15       This is based upon data, on

16  population-based data, rather than a potentially

17  biased cohort that could be recruited for a study

18  over several decades and was able to show that there

19  was no association between exposure to growth

20  hormone and the outcome of cancer.

21       And it was done in a manner that

Page 73

1  allowed me to be able to present the relative risks

2  and benefits in a way that was useful in making that

3  clinical decision.

4    Q   And -- but in terms of when you're talking

5  through the safety or efficacy of a particular

6  intervention, do you only -- let me start over.

7       When you're talking about the safety

8  or efficacy of a particular intervention, how common

9  is it for you to have a randomized control trial

10  that actually demonstrates causation to present to a

11  patient?

12   A   Depends upon the condition.  And the

13  intervention.  So when a physician makes a

14  consideration about a treatment recommendation, it

15  involves both potential risks and potential

16  benefits.  The higher the risks, the higher the bar

17  is for demonstrating benefit.  If there is limited

18  proven efficacy in a condition that has significant

19  adverse outcomes, again, it's always a relative

20  discussion between those factors, and so the degree

21  of evidence that's required to make that

19 (Pages 70 - 73)

Paul Hruz                                                                    March 29, 2024

Page 74

1 recommendation, whether it's a strong recommendation
2 or a weak recommendation, is based upon that
3 risk/benefit analysis.
4    Q    That would be generally individualized to
5 the patient, is that fair?
6    A    There are questions that can be applied
7 generally, and there are certainly mitigating risk
8 factors that will influence that potential risk to
9 that individual.  For example, if I give a drug that
10 is known to alter lipid profiles on an individual
11 and I know that they have other major risk factors
12 for cardiovascular disease, that's going to
13 significantly influence the weighing of that adverse
14 effect in that particular patient.
15         But I don't dismiss the fact that
16 even if you don't have those risk factors depending
17 on the magnitude of that risk.  And then it also
18 relates to alternatives as well.  So are there
19 alternate interventions that have either --
20 obviously if it had superior efficacy, that's the
21 recommendation that would be made.  Lower risk and

Page 75

1 higher efficacy is a fairly easy decision.  The more
2 difficult decisions are those that have unknown
3 risks or unproven benefit, and it often becomes
4 necessary to make a decision based upon that quality
5 of evidence.
6    Q    Just so I understand, you're saying that
7 in certain circumstances you can make broader
8 assessments, sort of bright rules, and in some
9 instances you can be more dependent on the patient
10 in terms of whether or not particular indication --
11 or whether a particular treatment is advisable in a
12 particular situation?
13    A    There are some requests that are made by
14 patients that I can say quite unequivocally that
15 there is no basis for assuming a risk, because it's
16 been proven that there's no benefit.  There have
17 been other situations where there are very high
18 risks with uncertain benefit, again, weighing on the
19 side of not recommending that intervention all the
20 way up to minimal risk and very strong evidence of a
21 beneficial effect.

Page 76

1    Q    When you're talking with patients, do you
2 actually talk to them about randomized control
3 trials?  Do you use that terminology, or how do you
4 discuss that particular topic with patients?
5    A    That's generally not a conversation that
6 will occur.  It depends on the education and the
7 interest of the patients.  I do have some patients
8 that are physicians, that are scientists, or that
9 have a level of training where they desire to have
10 that conversation and that would understand the
11 differences between a cross-sectional analysis of
12 longitudinal study versus a randomized control
13 trial.
14         There are limitations in the clinical
15 setting of how much time is available to have these
16 conversations.  There are circumstances where that
17 level of conversation is not required.  Generally
18 the role of a physician as a teacher is to do as
19 best as possible to educate the patient, to the
20 degree that one can in that clinical context, about
21 the recommendation that is being made.

Page 77

1    Q    And in terms of practices in other
2 countries.  You mentioned that earlier.  Aside from
3 gender dysphoria, how often do you look to the
4 practices of other countries to assess whether a
5 particular intervention is warranted in your
6 practice?
7    A    It's not uncommon at all, particularly in
8 areas that have -- so if it's a topic that has been
9 adequately discussed within the U.S. medical
10 community, it may not be necessary to look to
11 additional data.
12         If it's a question that has not been
13 adequately or rigorously assessed, it is necessary
14 to look at data from other countries.  So the
15 European Endocrine Society very frequently will
16 publish papers.  I very frequently will read from
17 the European journals, for example, on studies that
18 were conducted in those countries.
19         There are very frequently drugs that
20 are approved for use in other countries that have
21 not been studied or approved in the United States.

20 (Pages 74 - 77)

Paul Hruz                                                                March 29, 2024

Page 78

1  And that could be useful as well.

2         There are many circumstances in which
3  that can be very valuable and relevant.  It becomes
4  increasingly necessary to look at that type of data
5  when the data is not available within the U.S.
6  medical community.

7     Q    And would you -- can you give an example
8  of a condition where you feel like that data is not
9  available in the U.S. medical community?

10    A    Certainly.  I'll give you one example.
11  There are people working in the area of diabetes on
12  newer insulin analogs that are more rapid onset,
13  which are going to be beneficial.  They've not yet
14  been approved here in the United States.

15         Many times the approval processes are
16  different, and it would be very relevant for me to
17  be able to draw from that knowledge base in being
18  able to advise a patient who desires to improve
19  their treatment as to whether that is something that
20  they should be seeking, if or when it becomes
21  available in the United States.

Page 79

1     Q    So when was the first time you encountered
2  gender dysphoria as a concept?

3     A    It was over a decade ago.  In passing, I
4  had recalled as early as maybe 2009, 2010, my
5  colleagues discussing this.  It was -- but not in
6  any substantive way.

7         My entry into the more detailed study
8  of this came shortly after I assumed the position as
9  chief of our division of pediatric endocrinology at
10  my institution.

11         And one of my colleagues approached
12  me wanting to discuss the topic of affirmative
13  medical interventions.  That was the first time that
14  I was required to begin my investigation by reading
15  what was available in the medical literature in
16  addressing this question.

17    Q    Have you ever treated a patient
18  specifically for the condition of gender dysphoria?

19    A    I have encountered many patients with
20  gender dysphoria in my practice in addressing their
21  diabetes, their thyroid disease, their dyslipidemia.

Page 80

1  I have not been called upon to specifically engage
2  in the affirmative model of care for a lot of
3  reasons.

4     Q    And just to clarify, have you ever treated
5  a patient specifically for the condition of gender
6  identity disorder?

7     A    If you're asking me if I have -- by
8  treatment, I assume -- maybe I shouldn't assume.
9  What do you mean by treatment?

10    Q    Sure.  Prescribing either GnHRA [sic],
11  puberty blockers or cross-sex hormones.

12    A    So GnRH analogues, also known as puberty
13  blockers, I have used in the treatment of precocious
14  puberty.  I have not prescribed them for individuals
15  that do not have precocious puberty for the purpose
16  of the affirmation model.  Nor have I prescribed
17  testosterone to a biological female or estrogen to a
18  biological male for the purposes of gender
19  dysphoria.

20    Q    And have you ever diagnosed a patient with
21  gender dysphoria?

Page 81

1     A    Similar to what I've already responded to
2  previously about that question, I've not been called
3  upon to make a formal diagnosis of gender dysphoria
4  for any of the patients that I encounter, even in
5  the setting where they have been -- have had that
6  diagnosis made by other individuals.

7     Q    Have you ever referred a patient to
8  another healthcare provider for treatment of gender
9  dysphoria to mean either the prescription of puberty
10  blockers or cross-sex hormones?

11    A    So you're asking me -- well, to be able to
12  answer that question, you know, I have to be able to
13  adequately convey my assessment of that question of
14  relative risk versus relative benefit.

15    Q    So in terms of just as an example, if a
16  patient came to you and said -- and was seeking
17  either puberty blockers or cross-sex hormones or a
18  diagnosis of gender dysphoria, you would not refer
19  them to another provider to get that care, is that
20  correct?

21    A    I have not encountered a patient that has

21 (Pages 78 - 81)

Paul Hruz                                                     March 29, 2024

Page 82

1  come to my clinic asking for that.  So therefore
2  I've not been in the situation where I have been
3  asked to make such a referral.
4      Q    And have you personally treated any of the
5  minor private plaintiffs in this lawsuit?
6      A    No.
7      Q    So going back to your report.  I know it's
8  been a while.
9            Andrew, do you want to pull up
10 Doctor Hruz's report, please.
11           Doctor, we're going to paragraph 11
12 of your report.
13           Thank you, Andrew.
14           So in the report you state that I was
15 a founding member of the multidisciplinary disorders
16 of sexual development, DSD program at Washington
17 University.  I continue to contribute to the
18 discussion of complex cases in the advancement of
19 research priorities in this field.
20           In the care of these patients, I have
21 acquired expertise in the understanding and

Page 83

1  management of associated difficulties and gender
2  identification and gender transitioning treatment
3  issues.
4            Did I read that correctly, Doctor?
5      A    I wasn't looking at the text when you were
6  reading, but yes.
7      Q    That sounds along the lines of what you
8  wrote.  Okay.  So one question is, how do you define
9  gender transitioning treatment issues?
10     A    So in the field of disorders of sexual
11 development, it's important to recognize that in
12 this unique situation, the sexual identity of that
13 individual may or may not be known.  And because one
14 is dealing with situations of ambiguity, both in
15 etiology and outcomes, it is necessary to include in
16 treatment recommendations a careful assessment of
17 both of how we can best manage that individual to
18 allow them to be able to function as fully as they
19 possibly can, given the condition that they have.
20     Q    And so in that particular statement, are
21 you talking about gender transition only with

Page 84

1  respect to individuals who have a disorder of sexual
2  development?
3      A    I am referring in that particular
4  statement, the questions that often arise in these
5  individuals that have disorders of sexual
6  development, related to when we're talking about
7  gender as opposed to sex, as far as the lived
8  expression of their sexual identity, that I think is
9  quite useful, not only in understanding the question
10 of disorders of sexual development, but also as it
11 pertains to this question of sex-discordant gender
12 identity in individuals that do not have disorders
13 of sexual development.
14     Q    And Andrew, could you go to the next page,
15 paragraph 12?
16           Doctor, we're moving to paragraph 12.
17 It talks about -- I'll read it:  In my role as a
18 scientist and as the director of the Division of
19 Pediatric Endocrinology at Washington University, I
20 extensively studied the existing scientific research
21 literature related to the incidence, potential

Page 85

1  etiology and treatment of gender dysphoria as
2  efforts were made to develop a transgender medicine
3  clinic at St. Louis Children's Hospital.
4            So I just had a couple of questions
5  about that time.  So when did you first find out
6  about the efforts to establish the transgender
7  medicine clinic at St. Louis Children's?
8      A    In response to a prior question, this was
9  shortly after I assumed the position of chief of our
10 division that a member of my faculty approached me
11 asking to be able to start this particular center.
12 And that was around 2011, 2012.
13     Q    So what was your initial reaction when you
14 first heard that this was under consideration?
15     A    As I do in any other area, as a
16 physician-scientist, was to ask questions.  That's
17 exactly what I did.  So I sought to understand what
18 was being proposed.  I sought to understand the
19 purported role of the endocrinologist in the care of
20 these individuals, and I began the process of not
21 only clarifying questions with my colleague, plans

22 (Pages 82 - 85)

Paul Hruz                                                                March 29, 2024

Page 86

1  for the center as far as what was being proposed to
2  be offered, the number of individuals, and the types
3  of individuals that would be necessary to be able to
4  open this center, logistical issues, and the
5  available scientific evidence.
6      Q   You said the purported role of the
7  pediatric endocrinologist.  So were you initially
8  skeptical that pediatric endocrinologists had a role
9  here?
10     A   I'm a physician-scientist, and I think
11 that to make a conclusion before one's looked at
12 evidence is very detrimental to the process.  And so
13 therefore, my initial engagement was, as I often do,
14 is to ask questions to understand and reserve a
15 definitive conclusion until I was able to do so.
16         I did, however, question some of the
17 premises that were being stated at that time as to
18 their validity relating to questions about sexual
19 identity.
20     Q   Can you speak more on that, why you had
21 some questions?

Page 87

1      A   It was around this time that I first
2  encountered the term born in the wrong body.  And I
3  had questions to my colleague about what they meant
4  by the word sex and what they meant by the word
5  gender.  This was not only being discussed at this
6  time at my institution; around that same time, it
7  was beginning to be discussed at the national
8  meetings.
9          And I remember the initial
10 presentation at that Pediatric Endocrine Society
11 meeting where this affirmative model was being
12 proposed that many of my colleagues were asking
13 exactly the same questions about premises that I was
14 asking in this regard.
15     Q   Just so that -- because I think the term
16 will keep -- when you say the affirmative model, are
17 you specifically talking about medical
18 interventions, or could you elaborate just so that
19 we have the same working understanding?  When you
20 say the affirmative model, what do you mean?
21     A   I think it's a very important question

Page 88

1  because it's stated in ways that are broad and more
2  specific.  If you ask me a question related to the
3  role of the endocrinologist, I will be responding in
4  terms of how an endocrinologist would be called upon
5  to deliver medical interventions, and namely that
6  would be the GnRH agonist to interfere with normally
7  timed puberty.  Or the administration of sex-related
8  hormones in a sex-discordant manner, meaning
9  estrogen to a biological male, and testosterone to a
10 biological female.
11         So it depends on the way that you ask
12 the question.  But that's how I interpret that as a
13 pediatric endocrinologist because generally that is
14 how we are being asked to engage in that particular
15 question.
16     Q   Going back to when, you know, this
17 question of the gender clinic at St. Louis
18 Children's was being discussed.  You said that you
19 went about and did research.  How did you go about
20 reviewing the existing literature related to
21 gender-affirming care?

Page 89

1      A   Well, I would say that my initial
2  investigation was not limited to the scientific
3  literature.  It involved discussions with
4  colleagues, not only at our institution, but at
5  other institutions in the United States, in an
6  attempt to learn about the condition firsthand from
7  parents that had encountered individuals with this
8  particular condition, and a search through the
9  literature that was published on this model.
10         And that included some of the initial
11 studies in what is often referred to as the Dutch
12 model.  For example, the initial de Vries studies
13 and some of the other papers that were beginning to
14 emerge.
15     Q   And could you just walk through the
16 discussions that you had with colleagues about this
17 particular area of gender-affirming care back around
18 2011 when you were learning about gender dysphoria?
19     A   Certainly.  I can recall conversations --
20 well, I don't remember all of the conversations.  It
21 was many years ago.  But some of them are very

23 (Pages 86 - 89)

Paul Hruz                                                                    March 29, 2024

Page 90

1  memorable to me.  In particular, I remember a
2  conversation at the national meeting where this
3  particular model of care was presented for the very
4  first time.  And at that time, it was recognized as
5  being highly controversial, and the discussion was
6  whether we should proceed with the Dutch model or
7  not.
8            There are many statements that were
9  made at that meeting that required clarification,
10 that were not adequately addressed at that initial
11 meeting.  And a plan was made at the next year's
12 meeting to convene a panel to be able to discuss
13 this in more detail.
14           Indeed, that following year there was
15 a panel discussion on this topic.  I was not happy
16 with the fact that the panel was comprised only of
17 individuals that supported the affirmative model.
18 That there were certainly no representation of
19 people that were raising the questions that I
20 were -- was raising regarding this.  I brought that
21 to the attention of the organizer of the meeting who

Page 91

1  admitted that there wasn't adequate representation
2  of all sides, and nevertheless the conversation
3  proceeded.
4            I remember conversations with some of
5  the individuals that continued to be engaged in this
6  affirmative model and raised my questions about
7  outcomes as far as treatment goals, scientific
8  premises, risks and benefits.  And so it was
9  presented as we do initially, as we do in other
10 areas of medicine, to be able to have that dialogue
11 asking critical questions.
12           It became apparent to me after a
13 short period of time that that normal scientific
14 process was being subverted by individuals that did
15 not, that -- or conclusions on this particular
16 model, and it became increasingly difficult to have
17 those conversations.
18           I do include in my declaration a few
19 of those individuals that were involved in some of
20 those earlier conversations.
21     Q   I believe Doctor Norman Spack, do you

Page 92

1  recall any specific conversations you had with
2  Doctor Spack about a --
3     A   Doctor Spack was invited to Washington
4  University to speak to our group.  And we convened a
5  panel discussion to have basically a roundtable
6  discussion as well on this issue.
7            I do recall the data that he
8  presented in a manner that he was quite convinced of
9  and did call into question really the rigor of that
10 conclusion that he had been able to make.
11           I think also in that conversation
12 there were questions that came up about these
13 scientific premises that were being stated as in
14 relation to this particular question as well.
15    Q   And could you briefly touch on any
16 questions -- or any conversations you had with
17 Doctor Pullman about the same, along the same lines?
18    A   Yes.  In particular, I had a more
19 intensive conversation with Doctor Pullman pointing
20 out the poor quality of scientific studies that were
21 available.  In fact, I had mentioned to him thoughts

Page 93

1  I had about ways that we could ethically conduct the
2  scientific studies that needed to be done in a
3  rigorous manner.  That my concern about not only
4  risks, but also potential benefit.
5            And I recall very distinctly in that
6  conversation that when challenged about the
7  scientific evidence itself and the weaknesses that
8  were present in that, that he was not able to
9  respond to those questions, and generally resorted
10 to expert opinion, meaning that he would, rather
11 than looking at the studies, say that in my own
12 experience I have seen X, Y, or Z.
13           I've left the door open for ongoing
14 conversation.  Unfortunately, that has not occurred.
15    Q   When you say that there is a way to
16 ethically conduct a study, are you specifically
17 talking about ethically conducting a randomized
18 control trial to measure long-term benefits of
19 gender-affirming care?  Or what specifically are you
20 talking about?
21    A   There are a number of ways to address that

24 (Pages 90 - 93)

Paul Hruz                                                                March 29, 2024

Page 94

1  question that is not limited to that particular
2  trial design that you mentioned.  There are many
3  false assumptions that are often made about how such
4  a trial could be conducted.
5        There are critical questions that one
6  needs to address that would maintain both the
7  scientific rigor and also safety of any study
8  participants.
9        And I have been very much willing to
10 share those thoughts on those research trials.  Many
11 of my colleagues here in the United States have not
12 even been willing to enter into that dialogue.  I am
13 finding much more recognition of that in the
14 European community, especially as they move toward a
15 questioning of the affirmative model and have
16 established a requirement that pediatric patients
17 that are exposed to these affirmative interventions
18 be enrolled in experimental protocol, and they have
19 been much more receptive to that conversation that I
20 have been attempting to have with my colleagues in
21 the United States for many years.

Page 95

1    Q   So if you could just briefly speak to what
2  a research design that is ethical that could measure
3  the safety or efficacy of gender-affirming care,
4  what that would look like?
5    A   Your question about what a scientific
6  study would look like that could be conducted in a
7  rigorous and safe manner is rather broad.  I could
8  address a number of different topics.  Maybe if you
9  can narrow it down a little bit, I can more easily
10 be able to answer that question.
11   Q   So do you -- maybe I could try to think
12 what is a good way -- do you have an example of a
13 particular research design that you think could
14 establish causation or perhaps disprove causation
15 between, you know, a particular intervention related
16 to gender-affirming care -- do you have an idea in
17 mind of what that research design would look like?
18     MR. MILLS:  Objection.
19   A   Let me address your question as best I
20 can.  The challenge I'm having in addressing that is
21 that in the context of a conversation like we're

Page 96

1  having right now, it would be very difficult, if not
2  impossible, to be able to fully present how that
3  might be done.
4        There is a major concern that one has
5  when one looks at the existing data that has been
6  published in this area that a confounder that is
7  present in most of the studies that claim that there
8  are benefits of the affirmative model of the
9  co-occurrence of psychiatric interventions,
10 psychological interventions that are being done at
11 the same time.
12       A very relevant and necessary
13 question as hypothesis is whether or not any
14 benefit, if seen, is due to the affirmative
15 intervention itself or to the receipt of that
16 psychological care.
17       In way that is often falsely asserted
18 that is unethical to do a randomized control trial,
19 is to present the control group as receiving
20 nothing.  And I think that is a mistake.  I think
21 that one can propose two different interventions

Page 97

1  that have reasonable hypotheses as to a potential
2  efficacy in a controlled research setting under the
3  review of an institutional review board where the
4  safety of these individuals can be assessed for
5  limited time periods with limited focus on treatment
6  outcomes in a way that will allow one to address
7  that question.
8        There's already existing evidence
9  about the potential efficacy of the psychological
10 interventions of themselves independent of
11 affirmative care.  Generally they're done in a way
12 that doesn't have the scientific rigor one needs to
13 address that question.
14       So that -- and the other mistake
15 that's often made is to erroneously state that one
16 needs to have a blinded study to be able to address
17 that question.  Depends on the hypothesis that is
18 being asked.  The outcome that is being measured.
19 And it is not a requirement that a study be blinded.
20 There are many situations where that would not be
21 feasible.

25 (Pages 94 - 97)

Paul Hruz                                                                March 29, 2024

Page 98

1    So that's a general -- it would
2 require -- and this is -- those that design clinical
3 trials spend hours upon hours discussing the design
4 of the clinical trial, how they could craft it in a
5 way that would allow one to answer the study -- or
6 the study question in a rigorous manner, being able
7 to get insight into causal relationships rather than
8 mere associations.
9    And I have offered to be present in
10 designing those studies on numerous occasions with
11 my colleagues.
12 BY MS. WILLIAMS:
13    Q    Just a couple follow-up questions to make
14 sure I understand.  So when you talk about there
15 could be a design that would allow for two different
16 interventions.  So -- and correct me if I'm not
17 stating this correctly, but this is what I heard.
18 You have two different interventions.  So one would
19 be psychological support, and the other would be
20 medical intervention like puberty blockers or
21 cross-sex hormones.  Am I understanding that

Page 99

1 correctly?  Would that be the type of design you
2 would be thinking about here?
3    A    It is an example.  Require much more data
4 as far as how -- it would be overly simplistic and
5 problematic to leave it at that level.  To ensure
6 that the question would be adequately addressed in a
7 safe and efficacious manner.
8    Q    One question I did have, though, in terms
9 of how gender dysphoria is treated clinically is
10 that generally -- well, I guess would you have a
11 situation where a person would not be receiving
12 psychological support in addition to medical
13 intervention such that you can separate those two?
14 Does that make sense in terms of a design question?
15    A    I'm not sure I fully understand your
16 question.  So I think that one of the aspects of
17 your question, you know, is -- let me -- maybe let
18 me approach it in what's already going on now in
19 Europe.
20    Europe has raised many questions
21 about the safety and efficacy of the affirmative

Page 100

1 model and has specifically directed interventions to
2 prioritize these psychological approaches over the
3 medical hormonal interventions, GnRH agonist, and
4 cross-sex hormones, and stipulated that those
5 medical interventions would need to be administered
6 in the setting of a -- in experimental study.
7    There are valid means by which one
8 could conduct a longitudinal study that might
9 provide useful information with all of the necessary
10 requirements to be able to have adequate controls.
11    In terms of a randomized control
12 study, one would need to ensure that with the
13 assistance of an institutional review board, that
14 these individuals are being monitored in a manner
15 that provides further safety.
16    There's already examples that I'm
17 aware of of individuals that have not received the
18 prioritization of psychological issues and addressed
19 that in an interventional manner before proceeding
20 to the medical interventions.  One would need to
21 discuss ethically how that group could be studied in

Page 101

1 a rigorous manner that would ensure the safety of
2 the patients.
3    Q    So I think you also just spoke a little
4 bit in your report.
5    Andrew, if we can go to paragraph
6 125.
7    Doctor, if you could proceed there as
8 well.
9    Thank you, Andrew.
10    So in paragraph 125, you note that
11 while it might be true that prospective research
12 subjects would reject enrollment in a trial
13 comparing affirmative care with no care, proper
14 discussion of the inherent risk of gender-affirming
15 interventions, the lack of data showing long-term
16 resolution of suicidal ideation and the goal of
17 alleviating dysphoria through alternative means can
18 provide a reasonable expectation of enrolling a
19 sufficient number of study subjects.
20    Did I read that correctly?
21    A    You did.

26 (Pages 98 - 101)

Page 102

1    Q   So just trying to get a sense of what your
2  basis is for the statement that you would have a
3  reasonable expectation of enrolling a sufficient
4  number of study subjects?
5    A   The statement was written in response to
6  Doctor Annamaria's false assertion that it would be
7  impossible to recruit patients for such a study.
8  And I presented a number of considerations that I
9  think would certainly change how one would make a
10  decision about whether to enroll in the study or
11  not.
12           If one was aware of the questions
13  about efficacy that are currently available, if one
14  was aware about the existing evidence showing that
15  psychiatric comorbidities continue to exist after
16  one engages in the affirmative model, if one
17  properly looked at the issues of suicidal ideation
18  and other outcome measures in the way that the data
19  already shows, rather than presenting this as
20  something that has been established to have
21  efficacy, which is often those statements are made

Page 103

1  repeatedly, it would certainly influence the
2  willingness of anyone to engage in this.
3           And there's many examples where
4  individuals that have received the affirmative model
5  have even explicitly stated that had they been given
6  the information, they may have made different
7  decisions.  That is -- that's not a scientific
8  study, by the way.  This is evidence that is
9  emerging in our current dialogue on this topic.
10    Q   And is there a particular study or
11  anywhere you can point to in the literature that
12  would support the idea that a design like this where
13  you would have these particular additional data
14  points for potential test subjects, that that would
15  increase enrollment in that particular study?
16    A   There is a very -- now, independent of
17  gender dysphoria, there is extensive literature on
18  the conduct of clinical trials and the necessity of
19  providing -- of enrolling subjects and many of them
20  have been used for decades to be able to assist in
21  the process of conducting a clinical trial in an

Page 104

1  area of importance.
2    Q   To your knowledge, that research has not
3  been done in the area of gender dysphoria, is that
4  correct?
5    A   So do I have any data that a research
6  trial that has yet been proposed, what the outcome
7  would be, the answer is no.  It's impossible for me
8  to predict until it's actually proposed to be able
9  to have that information.
10           I have served as a reviewer on
11  clinical study sections for the National Institute
12  of Health, and one of the requirements when we
13  assessed the rigor of a research proposal is the
14  likelihood that the investigators will be able to
15  recruit the necessary patients that they propose.
16           So it's a part of the analysis, and
17  it's part of the normal review process that one does
18  in assessing the merits of a particular research
19  protocol.
20           And again, there are many
21  considerations on that.  I have direct experience in

Page 105

1  making that analysis, and therefore I have a basis
2  of proposing as a hypothesis a means by which one --
3  if I was writing a research grant -- to provide the
4  data that would support the funding of that research
5  study if I were to do so.
6    Q   So when you say there could be a
7  reasonable expectation of enrolling a sufficient
8  number of study subjects, is that -- would you
9  characterize that as a hypothesis?
10    A   I would say that if one is going to invest
11  money in conducting a research study, one needs to
12  demonstrate that one, at the end of the study, is
13  going to have sufficient power to be able to draw a
14  valid conclusion.  And one needs to provide evidence
15  by which the patients can be recruited.
16           The hypothesis is always based upon
17  the study intervention.  And generally there is data
18  that one can draw upon, not seen, but potentially
19  different situations that one can use.  I think it's
20  very well-known that when one is consenting for a
21  trial, that one provides the prospective study

27 (Pages 102 - 105)

Paul Hruz                                                March 29, 2024

Page 106

1 subject with all of the relevant information that
2 they need to be able to consent to that
3 participation.
4          And this includes any discussion in
5 response to Doctor Annamaria's false assertions
6 about equipoise as far as what is known and what is
7 not known about that particular affirmative model
8 versus potential alternative approaches.
9    Q    When you say that there is -- when you say
10 a sufficient number of study subjects, how many
11 study subjects would you consider to be a sufficient
12 number for this type of study?
13   A    That is a question that relates to power,
14 and it requires to the error of the measurement that
15 you're making.  It relates to the magnitude of
16 effect one would need to see, to not only have a
17 statistically important conclusion but a clinically
18 significant conclusion as well.
19          So that can't be asked or answered
20 directly unless you have all the other information
21 available.

Page 107

1    Q    And just to clarify when you say in this
2 quote, alleviating dysphoria through alternative
3 means, what do you mean by that?
4    A    Something other than the administration of
5 puberty blockers or cross-sex hormones.
6    Q    Would that generally be mental healthcare?
7    A    It could include mental healthcare, yes.
8    Q    Are there other alternatives that come to
9 mind?
10   A    One can propose a number of different
11 hypotheses.  The main question right now is whether
12 the administration of puberty blockers and/or
13 cross-sex hormones is the means to alleviate the
14 suffering that exists in this patient population.
15          And the question that has often been
16 asked is the degree to which psychological
17 comorbidities are responsible or contributing to the
18 negative mental health outcomes that individuals are
19 experiencing.
20          I think it is definitely a strong and
21 valid hypothesis to state with the currently

Page 108

1 available information, knowing that many times the
2 psychological comorbidities predate the onset of
3 gender dysphoria, that the affirmative approach
4 alone is often accompanied by persistence of these
5 psychological comorbidities and existing literature
6 about related outcomes like suicidality that do
7 improve for other conditions independent of gender
8 dysphoria in having those beneficial outcomes.
9          So there's much that's already known
10 and to make valid and I would say relatively strong
11 hypotheses as to the potential benefit of
12 psychological care to this patient population.
13   Q    Do you believe that gender-affirming
14 medical treatment for minors should be permitted by
15 law in the context of a clinical research trial?
16   A    So are you asking me to make -- to opine
17 on a legal question as a physician-scientist?
18   Q    If you have an opinion.
19   A    I would say that my preference would be
20 that science in this area is conducted in the
21 rigorous manner that it is in other disciplines that

Page 109

1 would obviate the need for any legal intervention in
2 this area.
3          My colleagues have not been able to
4 address this within their profession themselves.
5 And my understanding, at least as an observation,
6 that is what led to the necessity to have these
7 types of court cases related to this.
8    Q    So I know we've been going for probably
9 another hour.  Would you be amenable to another
10 break, Doctor?
11   A    My preference would be to keep going, but
12 if you desire a break, I'd be happy to take one.
13   Q    Could we take maybe five minutes?
14   A    Very good.
15   Q    See everyone back at 32 after.
16          (A recess was held.)
17   MS. WILLIAMS:  We can go back on.
18 BY MS. WILLIAMS:
19   Q    So, Doctor, we're going to go back a
20 little bit more into your report, so we're doing
21 more skipping around.  Apologies.

28 (Pages 106 - 109)

Paul Hruz                                                                    March 29, 2024

Page 110

1          Andrew, we're going to go to page
2  seven.
3          So, Doctor, this would be paragraph
4  14.
5          Thanks, Andrew.
6    A   I'm there.
7    Q   So you state in paragraph 14 that sex is
8  not "assigned at birth"; it is permanently
9  determined by biology at conception.  Did I read
10 that correctly?
11   A   That sounds like something I would have
12 said, yes.
13   Q   Now, turn -- go down to paragraph 19.  So
14 that's on page 10.  And that paragraph discusses
15 medical care for persons with disorders of sexual
16 development, is that correct?
17   A   That is correct.
18   Q   So staying within paragraph 19, you state
19 that "In previous years the general practice was to
20 make a definitive sex assignment slowly --
21 shortly -- sorry -- sex assignment shortly after

Page 111

1  birth, the belief being that this would allow
2  patients with a disorder of sexual development to
3  best conform to the assigned sex and
4  parents/caregivers to help socialize the child to
5  the assigned sex."
6          Then you continue.
7          "Current practice is to defer sex
8  assignment until the etiology of the disorder is
9  determined, and if possible, a reliable prediction
10 can be made on likely biologic and psychologic
11 outcomes."
12         So did I read that correctly, or is
13 that generally along the lines of what your views
14 are on this topic?
15   A   Correct.  In the cases of disorder of
16 sexual development that affects 0.02 percent of the
17 population, one is not able to necessarily correctly
18 recognize the sexual identity of that individual.
19 And in that situation, one is making a presumptive
20 determination based upon available evidence.
21         That is not true for the 99.98

Page 112

1  percent of individuals who correctly recognizes the
2  sexual identity by merely looking at the appearance
3  of the external genitalia.
4    Q   Is it fair to say in your report that you
5  mention the incidence rate of disorders of sex
6  development a few times?
7    A   Correct.
8    Q   What is the significance of that
9  particular point?
10   A   Well, there are a couple of important
11 caveats to the discussion that we were having this
12 morning.  One is that there are very few medical
13 conditions that one has the error rate being that
14 low as far as recognizing the sexual identity of an
15 individual.  That's a fairly robust and accurate
16 assessment of sexual identity for the vast majority
17 of individuals.
18         The other important caveat is that
19 many times many -- that the numbers are distorted to
20 include individuals into the category of ambiguous
21 genitalia where sex assignment is necessary rather

Page 113

1  than a certainty of identity based upon the
2  observable phenotype in individuals that really
3  don't have ambiguity.  So I think it's a distortion.
4          And it's also important in the
5  conversation about disorders of sexual development
6  is to recognize that nearly all of the individuals
7  that we're talking about that are being exposed to
8  the affirmative model do not have disorders of
9  sexual development as defined.
10   Q   I'm sorry.  Could you say that last part
11 again?  I wasn't sure if I followed.  Just that last
12 piece there.
13   A   Well, let me clarify.  The vast majority
14 of individuals that experience sex-discordant gender
15 identity have normally formed and functioning
16 reproductive organs at the time of birth, as opposed
17 to the small subset that have a disorder and that
18 differentiation process leading to sexual ambiguity.
19   Q   So a couple of questions just on -- is it
20 okay if we call this DSDs?  Do you know what I'm
21 talking about when I say DSDs, Doctor?

29 (Pages 110 - 113)

Paul Hruz                                                              March 29, 2024

Page 114

1    A    Yes.

2    Q    So first of all, so you mentioned that the

3 current practice for somebody with a DSD is to defer

4 sex assignment until the etiology of the disorder is

5 determined and a reliable prediction can be made on

6 likely biologic and psychologic outcomes.  Do you

7 follow that practice?

8    A    Mostly certainly, yes.

9    Q    Could you explain the role of psychologic

10 outcomes in making a sex determination in the DSD

11 context?

12    A    Well, the first goal of evaluating an

13 individual that is born with a DSD is to understand

14 the etiology, because that will influence outcomes.

15 Whether they're going to be able to engage in sexual

16 interaction, whether they're going to have

17 fertility, and in which particular role in the

18 reproductive process that these individuals will be

19 able to have that role.

20          Most of them are going to have

21 infertility, if not sterility.  That's the first and

Page 115

1 foremost most important, and many of the conditions

2 that present at that time of life have

3 life-threatening risks associated with that that's

4 necessary in making that diagnosis to treat them

5 appropriately.

6          There are some individuals that the

7 ability to determine precisely the etiology is

8 delayed or cannot be made.

9          There are individuals that have a

10 degree of ambiguity for which that sexual identity

11 cannot be known with certainty.  And therefore one

12 needs to consider and prioritize -- again, the goal

13 is always restoration to health, to allow a person

14 to experience human flourishing by functioning in

15 the area of DSD as in the area of sex.

16          And so it is important when you have

17 those rare individuals that have that ambiguity to

18 do one's best trying to maximize outcomes in all the

19 dimensions that we consider relevant to health.

20    Q    So in paragraph 19, in this discussion you

21 are using the term assignment, though, as it relates

Page 116

1 to sex, right?

2    A    I am recognizing the fact that in these

3 rare individuals, there is ambiguity.  And,

4 therefore, as opposed to the individuals that don't

5 have DSDs, that one does not -- so the uncertainty

6 about the sexual identity is going to be influenced

7 by the degree of ambiguity.

8          When sexual organs are normally

9 formed and functioning, there's certainty about

10 sexual identity.  The greater the degree of

11 ambiguity, the less confidence one has in

12 recognizing that sexual identity.

13          In using the term assigned sex in

14 these rare individuals, it acknowledges the fact

15 that new information be -- may become available that

16 will help in being able to be recognize what went

17 awry in the sexual differentiation process and how

18 they might respond to treatment.

19          A great example of that is a

20 virilized female with congenital adrenal

21 hyperplasia.  At the time of birth, one may not be

Page 117

1 able to make a recognition of the sexual identity.

2 But by knowing the etiology of that condition, by

3 recognizing elevated adrenal steroid hormone levels,

4 the presence of XX chromosomes, one can make with

5 certainty a determination of the etiology, and

6 correctly in that case recognize the sexual identity

7 that is present.

8    Q    So in light of the DSD example, wouldn't

9 you agree that sex in some cases is assigned after

10 conception?

11    A    I want to make sure we use proper terms.

12 Are you asking whether it's correctly recognized

13 after the time of conception?

14    Q    So I guess what I'm trying to ask about is

15 at the outset, you made a statement saying sex is

16 not assigned at birth; it's permanently determined

17 at conception.  But in cases of disorders of sex

18 development, this discussion, you're saying that in

19 those cases, sex is actually assigned after

20 conception, and so my question was in some cases is

21 sex assigned after conception?

30 (Pages 114 - 117)

Paul Hruz                                                    March 29, 2024

Page 118

1    A    I would not use the word assigned.  I
2  would say that it is still true that the
3  developmental outcome is determined, but it is not
4  complete until that differentiation process occurs.
5          And so, for example, so the
6  assignment -- we're not making an assignment.  We're
7  trying to recognize the sexual identity of that
8  individual as it exists, and there are factors that
9  influence that developmental process of sexual
10  differentiation during that in utero life.
11    Q    So are you saying that in paragraph 19
12  then the word assignment is inappropriate?
13    A    I would say it is appropriate that the
14  clinician who's caring for that individual is
15  recognizing that their ability to make that accurate
16  determination of sexual identity is impaired.  And
17  therefore what the clinician is doing in that
18  situation is assigning based on the knowledge that's
19  present at that moment of time what that reality is
20  within that individual.
21    Q    Staying on paragraph 19, you talk about --

Page 119

1  you state, "Factors used in making such decisions
2  include karyotype 46XX, 46XY, or other phenotype
3  appearance of the external genitalia and parental
4  desires."
5          Did I read that correctly?
6    A    That's correct.
7    Q    How are parental desires relevant here if
8  sex is biologically based?
9    A    Again, we're talking about rare
10  individuals where so many of these individuals we
11  will, once we understand the etiology, be able to
12  make that definitive recognition of the sexual
13  identity that is present.
14          There are individuals that, after one
15  engages in that search for etiology, one is left
16  with continued ambiguity.
17          The best example that I have are
18  individuals that have a condition known as mixed
19  gonadal dysgenesis where they have both a mosaic
20  pattern of XX chromosome and XY chromosomes, they
21  may have gonads that have structural characteristics

Page 120

1  that look like ovaries and testes.  In that
2  situation, it is not possible for the treating
3  physician to be able to make that determination.
4          And in that setting, there is a
5  conversation with the family based upon what we do
6  know, and it can include considerations that are not
7  guaranteed, about how that individual may best be
8  able to function sexually later in life.
9          The difference now as it was when I
10  first trained 30 years ago is that we don't believe
11  that we need to make that definitive at that point
12  in time because there can be additional information
13  that becomes available later that influences that
14  decision that is not known at the time that we're
15  initially seeing that patient.
16    Q    So we're going to move off of this
17  discussion.
18          Andrew, could we go to paragraph 62,
19  please.
20          And Doctor as well.  It is on page 32
21  of the document.  Are you there, Doctor?

Page 121

1    A    Not yet.
2    Q    Let me know when you get there.
3    A    Which number of paragraph are we looking
4  at?
5    Q    62.
6    A    Okay.
7    Q    In 62, you state, very few
8  gender-dysphoric children still want to transition
9  by the time they reach adulthood.  Many turn out to
10  have been struggling with sexual orientation issues
11  rather than gender-discordant transgender identity.
12          Did I read that correctly, Doctor?
13    A    Yes, you did.
14    Q    So are there any studies that you can cite
15  to to support the statement that many children who
16  don't persist in their gender identity are
17  struggling with sexual orientation issues?
18    A    The data, if it's not present in the
19  references that I include, are based upon the data
20  on those individuals that had this experience of
21  sexual-discordant gender identity when followed

31 (Pages 118 - 121)

Paul Hruz                                                    March 29, 2024

Page 122

1  longitudinally.  Many of them will end up having
2  same-sex attraction as adults.
3       Q    So there's not a specific study that
4  specifically reaches that conclusion, is that what
5  you're saying?
6       A    That's not what I'm saying.  I'm saying
7  there is evidence that the majority of those
8  individuals that had that experience, when followed
9  longitudinally over time, will have sex-discordant
10 gender identity and acknowledge and state that that
11 was the main issue at the time they were presenting.
12      Q    But is there a specific study that
13 examines that particular question?
14      A    There is.  If I did not include it -- I'm
15 looking through my references that I have already
16 listed in here.  This is in the older literature
17 looking at some of the follow-up data.  I have to
18 look back at the exact studies.  It's been a while
19 since I read the (unintelligible) study or the
20 (unintelligible) study.  I think some of Zarfer's
21 work also shows that as well.  But there are

Page 123

1  published papers that demonstrate that.  If they
2  weren't directly included as references, that can be
3  provided.
4       Q    That would be great if you're able to
5  provide those, but -- that would be great.
6       A    I do believe that they are included in at
7  least to some degree in the references that I did
8  include in my report.
9       Q    But not particularly for that proposition,
10 but just within the discussions in those studies, is
11 that what you're saying?
12      A    I'm saying that my statement about the
13 large number of these individuals that are having
14 later-in-life issues of sexual orientation is
15 included in those studies.
16      Q    Are you saying that the sexual orientation
17 issues are the source of the gender dysphoria?  Is
18 there a causal relationship there I guess is what
19 I'm asking?
20      A    I am not saying that.  I don't have data
21 to be able to make that statement.

Page 124

1       Q    There is no objective scientific task that
2  would predict a person's sexual orientation, is that
3  correct?
4       A    That is correct.
5       Q    Doctor, in this discussion, is there a
6  distinction between prepubertal children with gender
7  dysphoria and adolescents who have gender dysphoria
8  with respect to whether their gender dysphoria
9  persists?
10      A    So in response to the question about
11 prepubertal or pubertal onset of gender dysphoria,
12 there are many, many questions and aspects of that
13 that would need to be addressed.
14           One of the observations is that from
15 a demographic, that the incidence and prevalence has
16 changed over time.  There have been influences
17 related to interventions that have been made
18 historically and more currently that influence that
19 trajectory.
20           And -- but what can be said, and I
21 believe I did say that in my report, is that prior

Page 125

1  to -- I mean, the historical data has suggested that
2  this was a condition that predominantly affected
3  biologic males identifying as females, majority of
4  them presenting in the prepubertal time of life, the
5  majority of those, when followed longitudinally
6  having reorientation of their sexual identity and
7  their gender identity, that currently the largest
8  demographic is biological females expressing a male
9  gender identity, and predominantly individuals that
10 are presenting postpubertally.  So I think there's
11 been a change.  There have been influences that one
12 can speculate as far as how those two patient
13 populations are different and distinct.
14      Q    So you're saying --
15           Actually, I'm going to -- Andrew,
16 could you pull up document two, please?  So I'm
17 going to mark document two as Exhibit B for the
18 court reporter.
19           (Hruz Deposition Exhibit B was
20           marked for identification.)
21

32 (Pages 122 - 125)

Page 126

BY MS. WILLIAMS:

1   Q   Doctor Hruz, I see you nodding.  I assume

you recognize this.  Do you recognize this

publication?

5   A   Yes, I do.

6   Q   And are you listed as the lead author on

this publication?

8   A   Yes, I am.

9   Q   What kind of publication is the

New Atlantis?

11  A   I'm not following your question.  It's the

New Atlantis.

13  Q   Is it a journal?

14  A   Yes.

15  Q   And what sort of topics is within the

purview of this journal?

17  A   Wide variety of issues are discussed

within that journal.

19  Q   Is it a scientific journal?

20  A   Yes.  It includes my analysis.  Our paper

I would consider a scientific study.  I think it

Page 127

does include publications that would be considered

other scientific disciplines other than my field as

an endocrinologist.

4   Q   Would you consider it to be a medical

journal?

6   A   I would say it's much more broad than a

medical journal.

8   Q   And is this a peer-reviewed journal?

9   A   Back to our discussion earlier in how we

define peer reviewed.  I was not given the

information on how it was reviewed.  I know it was

extensively editorially reviewed.  I know that

because I was required to make a number of different

revisions throughout the writing of this paper

before it was actually published.

16  Q   And an editorial review is the same as

peer reviewed, correct?

18  A   Incorrect.  I already discussed the review

process by which varying means are used to review

papers, submissions, sometimes at the editorial

level, some being sent out to other reviewers.

Page 128

1   Q   On page two of the PDF, and I know you

don't have this in front of you, so I'll give you a

little time to look at it.  Hopefully --

4       Andrew, would you be able to blow

this up?

6       All right.  Great.  So if you could

look -- are you able to see it, Doctor?  Should we

blow it up more?

9   A   No.  I think that's probably okay.

10  Q   Let me know.  So if you look at the second

full paragraph, the last couple of sentences, so it

says, Most children with gender identity problems

eventually come to accept the gender associated with

their sex and stop identifying as the opposite sex.

15      And then you continue.  There is some

evidence, however, that gender dysphoria and

cross-gender identification become more persistent

if they last into adolescence.

19      Do you agree with that statement?

20  A   With the evidence that's used to support

the statement at the time I wrote it, yes.  There

Page 129

are many caveats to that statement that that would

require an understanding of the basis for that

persistence.  And namely that what an individual

experiences as they are persisting, whether they're

socially affirmed, whether they were given puberty

blockers or whether they were given cross-sex

hormones is going to markedly influence the outcomes

that are observed.

9   Q   But in terms of when we're talking about

whether gender dysphoria persists, should the

conversation be divided between prepubertal children

with gender dysphoria and adolescents who have

gender dysphoria?

14  A   I think both are important questions to

ask.  And as a physician-scientist, I would ask the

question or generate hypotheses about whether the

etiology is the same in both conditions.  I would

also ask questions about what interventions are

necessary at those different stages.  Quite clearly

those that are prepubertal, there would not even be

a consideration of GnRH agonist or cross-sex at that

33 (Pages 126 - 129)

Paul Hruz                                                                    March 29, 2024

Page 130

1  stage of life.  So there are differences in many

2  respects that are -- can and should be the topic of

3  a scientific inquiry.

4      Q    Would it be fair to say that these should

5  be considered two distinct populations, prepubertal

6  children and adolescents who have gender dysphoria?

7      A    I would say one can put forward hypotheses

8  that would put them into different categories.  I

9  think there are many conflicting hypotheses that

10  have been proposed.  And to more broadly state that

11  in any individual, whether they present

12  prepubertally or postpubertally, the best available

13  scientific evidence supports is a statement that

14  it's likely multifactorial with different

15  contributing factors in any one individual.  And

16  that there are remaining questions about the precise

17  etiology, so I would be careful about making

18  generalized statements.  I can only draw to the

19  evidence that is currently available, and certainly

20  there are many remaining questions.

21      Q    So Andrew, just one more stop in this

Page 131

1  article.  If we can go to page four.  It's at the

2  very top.  Maybe a little bit down.  There we go.

3           I'm going to read the first sentence.

4  It's the top of the page.  If you want to read what

5  came before or after, just let us know.  We can

6  definitely scroll the document.

7           So when you start off and say the

8  reasons for these rising rates are unclear, it may

9  be the increased public awareness of gender

10  dysphoria has made parents more willing to seek

11  medical help for their children.  We should remember

12  that it is parents or guardians, not children

13  themselves who make decisions about medical care.

14           Did I read that correctly?

15      A    You did read the statement correctly.

16      Q    So first off, the rising rates you

17  mentioned.  Do you recall what you were referring

18  to, or if it would be helpful to refer to other

19  parts of the article?  Just let us know.

20      A    I think it relates generally to what I

21  shared in response to your earlier question about

Page 132

1  the changing demographics.  It's very clear that

2  there has been a very significant rise in the number

3  of individuals that are coming to centers that are

4  offering affirmative care.  And there are arguments

5  that are made that these individuals always existed,

6  and now they have a place to go and that's why

7  they're being seen.

8           It doesn't explain the sex reversal

9  of predominant males versus predominant females.  I

10  know there are some hypotheses that have made that

11  attempt to provide an explanation for that.  I would

12  state that they are merely hypotheses, and that

13  these hypotheses don't necessarily carry equal

14  weight as one considers them.

15           But I think anyone involved in this

16  conversation, really it's not disputed that the

17  number of individuals that are coming forward

18  seeking the affirmative approach to care has

19  increased quite substantially over the last decade.

20      Q    A couple questions about that.  Would the

21  expectation be that the rates among individuals who

Page 133

1  are assigned female at birth and individuals who are

2  assigned male at birth, that gender dysphoria would

3  occur at the same rate roughly, or is that just

4  unknown?

5      A    Well, first off, again, I want to

6  understand your question because you used the term

7  assigned at birth.  Are you talking about objective

8  reality of sexual identity that -- or just using the

9  terminology that many people often use?

10      Q    We can agree on the term birth sex, does

11  that work for you?

12      A    For the purposes of our conversation,

13  sure.

14      Q    Okay.  So would you consider in terms of

15  incidence of gender dysphoria to be equally

16  distributed among those who have male and female

17  birth sexes?

18      A    I would say there's -- in all of medicine,

19  we know that's not necessarily true.  That all

20  diseases have different incidences and prevalences.

21  Many of them are based on sex.  And so I think that

34 (Pages 130 - 133)

Paul Hruz                                                                March 29, 2024

Page 134

1  it would be erroneous to make the conclusion that
2  there would be a 50/50 split in that presentation.
3  And I think the data itself that's emerging right
4  now is disproportionate for adolescent female
5  presentation, which is markedly different than the
6  demographic that was observed even a few decades
7  ago.
8       Q    So when you say disproportionate female --
9  sorry.  I'm trying to understand.  Disproportionate
10  to what in terms of a comparator?
11      A    If you look at the absolute number of
12  individuals that are presenting to gender centers
13  seeking affirmative care, the majority of those are
14  biological females presenting with a male gender
15  identity.
16      Q    And so -- but we wouldn't necessarily
17  expect the incidence to be equal among those who
18  have a male birth sex and female birth sex?  I guess
19  I'm getting hung up on the word disproportionate.
20  So I don't know if you have anything else you want
21  to elaborate on on that point.  I think that's where

Page 135

1  I'm --
2       A    If I understand correctly, perhaps
3  pertains to the hypotheses that are raised about
4  there being a biological determinant of
5  sex-discordant gender identity.  If that were true,
6  as a hypothesis, one would have to be able to
7  explain this marked shift that if the biological
8  determinants that were predominantly male
9  identifying as female changing over a period of a
10  couple of decades because genetics does not change
11  on that time scale, and so one needs to consider
12  alternate hypotheses to explain that rise.  And I
13  know there are more than one.
14      Q    Do you agree, as you mentioned here, that
15  increased public awareness of gender dysphoria is a
16  potential reason why parents are seeking medical
17  help for their children?
18      A    I would say that potential, yes.  As I
19  said earlier, all hypotheses do not carry equal
20  weight.  And with one looking at the actual
21  demographic itself, that, for example, the -- well,

Page 136

1  I could go on for quite a long time trying to expand
2  upon what those alternative hypotheses are.  It's
3  one among many.  I think it's -- based on what I've
4  seen, it's probably one of the weaker hypotheses.
5  And there are other hypotheses that I think have
6  more merit based upon the data that we have in hand.
7  But I think it would be best to say that it remains
8  an unanswered question.
9       Q    And I know you said you can talk for a
10  long time, but just in terms of why specifically you
11  feel that this hypothesis of increased public
12  awareness is particularly weak.  Can you elaborate
13  on that a little bit?
14      A    Well, I think just by sheer number and the
15  fact that many of these -- so I think the argument
16  that I've heard made is that there's a difference
17  between males and females as far as at what point
18  would they seek intervention in the climate of
19  whether there's a place to be able to go.
20            I think that one of the questions
21  that has arisen is data that is largely dismissed

Page 137

1  based upon the limitations of the research
2  methodology made about the -- it's referred to as a
3  social contagion hypothesis put forward by my
4  colleague Doctor Littman who used, by the way,
5  research methodology that many that are arguing for
6  the alternative hypothesis use identical
7  methodologies has not been rigorously studied.
8            And one needs to consider as
9  hypothesis-generating data to not dismiss the
10  observation that there are instances of groups of
11  adolescent females coming out within social networks
12  all at the same time in the same class.
13            There are limitations in the research
14  that does not prove that is the etiology, but it
15  certainly raises a hypothesis as to whether that
16  might be an influence.
17      Q    And actually, Andrew, if we could go back
18  to Doctor Hruz's report and maybe spend a little bit
19  more time on this conversation about Doctor
20  Littman's research.  If you go to paragraph 128 of
21  Doctor Hruz's report, Andrew.  Thank you.

35 (Pages 134 - 137)

Paul Hruz                                                                March 29, 2024

Page 138

1      So I believe, Doctor, this is the
2  research that you were just referring to as
3  discussed in paragraph 128 of the work by Doctor
4  Littman, is that correct?
5      A   I'm at 128.
6      Q   Take your time.
7      A   I'm just trying to --
8      Q   Paragraph 128, yes.
9      A   I do know I discussed that data, but I'm
10  just trying to find it in that paragraph.  The
11  reason I'm having trouble, I'm looking at my
12  footnotes.  I don't see that reference.
13      Q   I believe her work is referenced in text,
14  if you see the last sentence of paragraph 128.
15      A   I'm not at that point.  So thank you.
16      Q   Take your time, please.
17      A   I'm sorry.  Oh, okay.  Now I see it.
18      Q   Quite all right.  We've been doing a lot
19  of flipping back and forth.  So thank you for
20  bearing with me.  So this particular work by Doctor
21  Littman, so is it fair to say she published an

Page 139

1  article in 2018 and then there was a correction in
2  2019, does that sound right?
3      A   Yes.  I will state that the corrections
4  that were made did not in any way change the
5  conclusions of the study.  It moderated some of the
6  statements that were made, but yes, that is correct.
7      Q   So -- but in terms of the correction, it
8  did find that the goals, methodology and conclusions
9  weren't adequately framed in the original published
10  version, is that correct?
11      A   My recollection of the study is that
12  Doctor Littman, in publishing the paper,
13  acknowledged that this was not a definitive study.
14  And that there were definitely a need for additional
15  research to be done.  It's an example of -- the
16  statements did not change really the conclusions
17  that she had reached or the importance of this data
18  in relation to those limitations and weaknesses.
19      Q   Andrew, if we can go to 130, paragraph
20  130, page 76.
21      So, Doctor, you had listed a series

Page 140

1  of critiques of the -- of what you call the
2  affirming literature.  And among those you list,
3  it's the first bullet, actually, significant
4  recruitment biases including internet-based
5  convenience sampling.  Is that the type of
6  recruitment that Doctor Littman did in her 2018
7  paper?
8      A   Yes.  I would agree that study has high
9  potential for recruitment bias.
10      Q   What do you mean by that?
11      A   Meaning that the source of data, when
12  you're looking at respondents to a survey, are going
13  to be influenced by underlying goals, whether you're
14  going to be able to identify patients that are
15  representative of the entire population.  It's not
16  to dismiss that data outright.  But one needs to be
17  very careful that one does not make causal
18  conclusions based upon a study that at best can be
19  hypothesis-generating.
20      So these types of studies with these
21  recruitment biases can be incredibly helpful in

Page 141

1  identifying a potential explanation that would
2  warrant the more rigorous, less-biased studies using
3  different methodologies.
4      So I would say that that certainly
5  does apply to the Littman study by the fact that
6  these patients were not necessarily representative
7  of the entire cohort of individuals that are
8  experiencing sex-discordant gender identity.
9      Q   In that study, if you recall, was it
10  actually the parents who filled out -- who completed
11  the survey responses that were made in response to
12  that study?
13      A   That is my recollection, yes.
14      Q   So we're going back to your report and
15  because paragraph 131 is actually quite long, so
16  we'll go off page number -- we'll go off page
17  numbers -- if we can go to pages 83 to 84.  And
18  it's -- I am going to mispronounce this, the Wiepjes
19  study.  For the court reporter, that is the W last
20  name on the page.  This study regarding regrets --
21  are you there yet, Doctor?  I want to make sure --

36 (Pages 138 - 141)

Page 142

1    A    Yes.

2    Q    You discussed, because gonadectomy

3  requires lifelong care, that patients' failure to

4  return to the physicians who provided the

5  gender-affirming intervention raises serious

6  questions about their outcome, and that it's

7  reasonable to hypothesize that some may experience

8  regret or completed suicide.  Did I characterize

9  that argument correctly?

10   A    That is correct.

11   Q    So you know this is a hypothesis.  And I

12 was wondering if you can talk through how you

13 arrived at that hypothesis?

14   A    Yes.  Generally people that are satisfied

15 with their intervention stay with their providers.

16 The fact that they were lost to follow-up in a

17 condition where follow-up was going to be required,

18 the alternative hypothesis that could be generated

19 such that they moved to a different location, you

20 know, are in the numbers that we see here.  If it

21 was a few patients, I could accept there could be a

Page 143

1  variety of reasons.  So it again is a hypothesis.

2        But generally speaking, those that

3  are happy with their care, unless there are other

4  circumstances, they'll stay with their providers.

5  The fact they were lost to follow-up when they are

6  going to require ongoing medical intervention leads

7  to the generation of that hypothesis.

8    Q    I will just say just in terms of timing,

9  we can probably take an hour lunch break around --

10 I'd say 11:30 your time, Doctor, and come back at

11 12:30 your time, 1:30 Eastern, if that works for

12 everybody.  And then we'll keep going.

13   A    My preference is to keep moving forward.

14 But I'm sure we can do that.

15   Q    So we're going to continue along in your

16 report and go back to paragraph 36.  And I know

17 we've talked about -- I'll let you get there first.

18 I'll just tee up the question.  We talked a little

19 bit about precocious puberty, but can you just talk

20 about or explain what precocious puberty is?

21   A    Sure.  Precocious is the onset of puberty

Page 144

1  at an abnormally early age.  The normal ages for

2  puberty to initiate in females is eight years.  Some

3  as early as seven years to as late as 13 years.  In

4  males, nine years to about 14 years.

5        When puberty occurs prior to that

6  point in time, it is more than two standard

7  deviations lower than the mean.  Individuals that

8  experience that early pubertal development have

9  issues related to linear growth.  They also have

10 difficulties in most often females in navigating

11 menstruation in schools at ages where their peers

12 are not undergoing that and other issues as well.

13       It is a condition that

14 endocrinologists have long been involved in caring

15 for and recognizing that this is happening at an

16 abnormally early age.

17       The primary intervention that is done

18 for this individual is to suppress that pubertal

19 development with the use of GnRH agonist until that

20 child reaches an age of where normal pubertal

21 development would occur.

Page 145

1    Q    And is precocious puberty a condition that

2  generally requires treatment?

3    A    Not necessarily.  Depends on the age.  The

4  younger the presentation, the greater the potential

5  that they're going to progress, for example, females

6  to having a menarche or the onset of the menses

7  compromising final height will influence a decision

8  about whether one can treat.

9        Milder forms of precocious puberty

10 can be monitored clinically, so not all individuals

11 are given GnRH agonist.

12   Q    I think we discussed this before, but to

13 confirm, you've both treated and diagnosed patients

14 with precocious puberty in your practice?

15   A    That is correct.

16   Q    So if we could go to paragraph 43 on

17 page 22, yeah.  So in that paragraph, you state,

18 However, there remains some questions concerning the

19 effectiveness of treatment of GnRH analogues.  And

20 that's the same, Doctor, as GnRH agonist, correct,

21 those are the same?

37 (Pages 142 - 145)

Paul Hruz                                                     March 29, 2024

Page 146

1    A    Yes.

2    Q    Did I read that correctly?

3    A    Yes.

4    Q    And here you're talking specifically about

5  the effectiveness of treatment in the context of

6  precocious puberty?

7    A    That is correct.

8    Q    Then continuing on in paragraph 43 and

9  really the top of page 23, it states --

10         Andrew, if you can go to page 23.

11  There you go.  Thank you.

12         Regarding the negative psychological

13  and social outcomes associated with precocious

14  puberty, the authors found that the available data

15  were unconvincing and that additional studies were

16  needed.  Did I read that correctly, Doctor?

17    A    That is correct.

18    Q    And so do you know, since this 2009

19  consensus statement that was I believe mentioned

20  earlier in the paragraph, whether there has been

21  more study regarding the negative psychological

Page 147

1  outcomes regarding precocious puberty?

2    A    I don't think the field has shifted much

3  from that initial statement.  I would say that that

4  supports what I shared earlier, that not every

5  individual that experiences precocious puberty is

6  treated with a GnRH agonist.  And it is influenced

7  by the consideration of the timing of development,

8  the relative risk versus relative benefit, and a

9  major determinant of that is going to be effects on

10  stature.  And so that is where the field stands at

11  this point in time.

12    Q    So when you are weighing the risk versus

13  the benefits, what role does the impact on

14  stature -- how does that factor into your

15  assessment?

16    A    So what we are trying to do is correct

17  something that happens in an abnormal way at a

18  timing in life where the normal signaling from the

19  brain to the gonad is suppressed.  And again, in the

20  areas of medicine, that is the concept of

21  restoration to help.

Page 148

1         We're trying to allow that individual

2  to return to that state that would normally be

3  present in that point in life.  And the risk/benefit

4  assessment, as in all areas of medical practice,

5  particularly in endocrinology, involves the

6  consideration of what is the relative risk at the

7  intervention, what is the outcome of the

8  intervention, what is the benefit that is achieved

9  from that intervention.

10         And again, weighing those relative

11  risks versus benefits in a way that allows one to

12  make a prudent decision about whether to intervene

13  or not.

14    Q    Have you ever recommended against

15  treatment for precocious puberty because there's a

16  need for more data on the negative social outcomes

17  of precocious puberty?

18    A    I've already stated that I don't treat

19  everybody that presents with precocious puberty with

20  a GnRH agonist, and much of that has to do with how

21  much that's going to influence that patient.

Page 149

1         And yes, if there was zero risks, I

2  wouldn't make the recommendation to not treat an

3  individual that was very mildly delayed, not

4  expected to have significant impact on final stature

5  in weighing that.  So yes, I do consider the

6  relative risks.  The basis for which I don't offer

7  that to every single patient that comes to my office

8  with this complaint.

9    Q    Actually, I think that is a good place to

10  stop in terms of our current line of questioning.

11  And would we be okay to break for an hour and come

12  back at 24 past the next hour?

13    A    It's fine with me.  Whatever you need.

14         MS. WILLIAMS:  All right.  Doctor, thank

15    you and counsel and Laurie.  So see you in an

16    hour.  We can go off.

17         (A lunch recess was held.)

18         MS. WILLIAMS:  We can go back on.

19  BY MS. WILLIAMS:

20    Q    So, Doctor, we're going to continue

21  looking at your report.  Hope you had a good lunch.

38 (Pages 146 - 149)

Paul Hruz                                                    March 29, 2024

Page 150

1      And, Andrew, can you pull up Doctor
2 Hruz's report, paragraph 71, please?
3      So, Doctor, in paragraph 70, that's
4 page 40, because the paragraph spans those pages,
5 toward the end of that first partial paragraph, it
6 says "Given that nearly all gender-dysphoric
7 adolescents to begin puberty blockers, or cross-sex
8 hormones, it seems more plausible that the
9 interference with normal pubertal development will
10 influence the gender identity of the child by
11 reducing the prospects for developing a gender
12 identity corresponding to his or her biological sex.
13      Did I read that correctly, Doctor?
14   A   Yes, you did.
15   Q   So question about the support for the
16 proposition that receiving gender-affirming care
17 influences a person's gender identity.  Can you
18 point to any specific study or research that speaks
19 to that?
20   A   The observation is that nearly all of the
21 individuals will proceed on to later stages of the

Page 151

1 gender-affirming model, meaning cross-sex hormones,
2 in contrast to the published literature that we
3 discussed earlier.  Actually we didn't discuss in
4 detail the actual studies, but there are about a
5 dozen studies that have shown this realignment of
6 gender identity with sex, if not intervening with
7 this affirmative approach.
8      So the hypothesis is generated by
9 looking at two sets of data, the natural history for
10 affected individuals without affirmation and the
11 trajectory that one sees with affirmation.  So those
12 are the two data sets.  Again, the studies showing
13 that the vast majority do progress on to cross-sex
14 hormones is documented.  And the studies are
15 referenced I believe elsewhere as far as the natural
16 outcome for those that are not subjected to the
17 affirmation approach.
18   Q   In terms of causation, are there any
19 studies that demonstrate that receipt of
20 gender-affirming care impacts a person's sense of
21 their gender identity?

Page 152

1   A   You used the word causation and always
2 careful not to -- and I'm not even stating that in
3 that paragraph.  I did not say that.  And so I think
4 that there is a reasonable hypothesis and reason for
5 concern.  The rigorous scientific study that would
6 need to be done to establish a causal relationship
7 has not been done.
8   Q   Are you personally aware of any instances
9 where a person seeking gender-affirming care has
10 received puberty-delaying medication before
11 receiving a diagnosis of gender dysphoria?
12   A   Are you asking personally in my clinic, or
13 anecdotally with colleagues that have been engaged
14 in the care?
15   Q   We can do both.  So personally, we can do
16 personally first.
17   A   Well, personally, I have not.  I actually
18 involved in some of these court cases, I think there
19 was one in particular I recall.  I can't remember
20 which case it was, where indeed there was a child
21 that was treated for precocious puberty.  So I think

Page 153

1 it does occur.  I don't think it's the usual course.
2   Q   Sorry, just to clarify.  You said the
3 child in this other case, and I understand you don't
4 remember which case, received treatment for
5 precocious puberty before receiving a diagnosis of
6 gender dysphoria?  I just want to clarify.
7   A   Actually, I'm thinking through in this
8 case here.  Again, I'm not going to speculate
9 because I don't have the records in front of me.  I
10 have some vague recollection of a case.  Whether
11 that was somebody that had precocious puberty that
12 developed an expression of gender dysphoria or
13 whether that was related to hormone interventions,
14 without going back in my memory, probably not going
15 to comment.
16   Q   Understood.  And then anecdotally.  You
17 personally and then anecdotally.  Could you share
18 what your understanding is anecdotally?
19   A   I have been told that some individuals
20 have really been more distraught with the onset of
21 menses, and that is the major concern that they had

39 (Pages 150 - 153)

Paul Hruz                                                March 29, 2024

Page 154

1 that led them to seek the affirmative approach for
2 gender dysphoria. Again, it's not a scientific
3 study. It's an anecdotal report, but I know there
4 have been other reports as well when there has been
5 an attempt to understand the predisposing factors
6 that led to sex-discordant gender identity and
7 discomfort with menarche has been raised on more
8 than one occasion.
9      Q   So -- just so I understand, are you saying
10 that you've anecdotally heard of instances where
11 someone begins to menstruate and then they receive
12 puberty-delaying medication without a diagnosis of
13 gender dysphoria?
14     A   That wasn't what I was discussing.
15     Q   Sorry.
16     A   That had premature menarche and attributed
17 that, the discomfort with that development, to
18 gender dysphoria.
19     Q   So I just want to make sure. The question
20 I'm asking is just if you're aware of any instances
21 where somebody -- so has received puberty blockers

Page 155

1 without the gender dysphoria diagnosis, and in terms
2 of anecdotally I wasn't quite sure if that was a yes
3 or no or more explanation.
4      A   Well, yes, there are lots of examples of
5 individuals that have precocious puberty that are
6 given GnRH agonist. Are you talking -- I'm not
7 following.
8      Q   I understand. I'm sorry. My question is
9 for people who would only receive puberty blockers
10 as treatment for gender dysphoria, no other
11 condition, are you aware of anyone who has been able
12 to receive a treatment with puberty blockers without
13 first getting a diagnosis of gender dysphoria?
14     A   I guess the context of the question --
15 there are other reasons to give GnRH agonist
16 independent of precocious puberty. One of the other
17 indications would be patients undergoing
18 chemotherapy where there is risk to damage to the
19 gonads, and they are often given GnRH agonists.
20 Would an individual hypothetically be given GnRH
21 agonist for a different reason and then later be

Page 156

1 diagnosed with gender dysphoria?
2      A   No. I'm just asking, I guess, is it
3 common practice for somebody to receive a diagnosis
4 of gender dysphoria before they are given puberty
5 blockers for the purposes of gender affirmation?
6          MR. MILLS: Objection.
7      A   So I think you what you're asking, I want
8 to make sure that I am addressing the question that
9 you have, is it -- are people generally given a
10 diagnosis before they are started on that, is
11 that --
12 BY MS. WILLIAMS:
13     Q   Yes. Go ahead and continue. Sorry.
14     A   No. I think that is my understanding of
15 the way it's most often presenting.
16     Q   And just the same question for cross-sex
17 hormones. Is it your understanding that generally
18 there is a diagnosis of gender dysphoria before
19 cross-sex hormones are prescribed for the purposes
20 of gender affirmation?
21          MR. MILLS: Objection.

Page 157

1      A   So if -- so the -- again, there -- what
2 normally happens is, as far as what the diagnosis
3 and how it is arrived at, my understanding is that
4 there usually is a requirement to have that
5 diagnosis made. There is quite a bit of variability
6 in how that diagnosis is made, the criteria, and how
7 it's applied, whether one has actually investigated
8 antecedent potentially contributing factors to that
9 presentation.
10          In fact, I am very much aware there's
11 often a desire to use the checklist of the DSM in
12 justifying the need to proceed on to the medical
13 interventions.
14 BY MS. WILLIAMS:
15     Q   Got it. So is a person realigning their
16 gender identity -- I'll start over. If a person has
17 gender dysphoria, is the preferred outcome in your
18 opinion for that person to realign with their birth
19 sex?
20     A   So the question is whether there is a
21 preferred outcome?

40 (Pages 154 - 157)

Paul Hruz                                                      March 29, 2024

Page 158

1    Q   Yes.

2    A   The response to that question is there are

3  many layers to how one would determine optimal

4  outcomes, based upon relative risk, relative

5  benefit.  One way to look at the problem -- this is

6  the question I asked my endocrine colleagues in your

7  earlier question, as we were discussing the merits

8  of the affirmation approach.

9        If you have a condition that has a

10  known outcome of spontaneous realignment of gender

11  identities with sex, 85 percent of the time for

12  those individuals for which that occurs, whether it

13  be the physician or the investigator has a desired

14  goal whatsoever, objectively speaking, having that

15  outcome would obviate the need for that individual

16  to be exposed to the hormonal interventions that

17  carry risk.  And would not -- that go on to later

18  stage of intervention would not need lifelong

19  medical follow-up, all the issues related to

20  fertility, bone density and all of the other

21  factors.

Page 159

1        So from an objective clinical

2  standpoint, an outcome that carries risk versus one

3  that does not would objectively be in favor of at

4  least intervention.  In fact, in medicine we often

5  talk about this in terms of noninferiority, so that

6  if we have an intervention that has a particular

7  outcome, any new way of addressing that condition

8  should be at least as good, if not better, in that

9  outcome.

10        So that when -- so that's not stating

11  my preference or my goal.  It's an objective

12  statement based upon an assessment of relative risk

13  versus benefit.  So that's the way to approach that

14  question.

15        As far as -- now, that's assuming

16  many factors.  So as we talked about, the natural

17  history has shifted as the affirmation approaches,

18  has been more widely applied, and that includes

19  interventions that occur prior to even coming to a

20  physician.  Meaning, the social affirmation

21  component of that.  There is data that suggests with

Page 160

1  social affirmation that that outcome of realignment

2  of gender identity with the sexes is modified.  And

3  so one needs to answer that question with

4  information about what the likely outcomes are.  And

5  again, it's not a value judgment per se.  It's

6  basically looking at, as we discussed earlier,

7  consideration of relative risk versus benefit.

8    Q   And picking up on that point.  So if

9  somebody were to have gender dysphoria that were

10  untreated or not treated successfully, let's just

11  stay with not treated successfully, do you see that

12  as having any risk?

13        MR. MILLS:  Objection.

14    A   So the whole purpose of medicine is to

15  restore health and to alleviate suffering.  So by

16  definition, if you fail to restore health or you

17  failed to alleviate suffering, that would not be in

18  alignment with the goals of medicine.

19  BY MS. WILLIAMS:

20    Q   One concept that you discuss in your

21  report is patient self-report.  And I was wondering

Page 161

1  if you can talk about what you mean when you say

2  self-report.

3    A   You might want to be more specific.

4  There's many places where we rely upon history

5  taking without objective, verifiable evidence.  So

6  if you can draw me to the specifics of what you're

7  referring to, I'd be happy to address that.

8    Q   Sure.  In terms of -- first of all, do you

9  consider gender dysphoria to be an example of a

10  medical condition that is based on self-report?

11    A   I would say there is no objective

12  biological test or study that can be done apart from

13  observation of the patient's stated gender identity

14  and distress associated with that.  So in that

15  respect, it relies heavily upon an individual's

16  statement of their experience.

17    Q   Would it also involve, to the extent there

18  is an outwardly facing manifestation of that

19  distress, conversations with parents, for example?

20    A   You touched earlier upon the DSM diagnosis

21  and that involves impairment.  So that is certainly

41 (Pages 158 - 161)

Paul Hruz                                                                      March 29, 2024

Page 162

1  a component.

2      Q    Is it fair to say that self-report is not

3  the only factor in gender dysphoria diagnosis?

4      A    I would say the experience of what one

5  says as far as their gender identity is what the

6  patient tells you.  Gender expression does not

7  necessarily correlate with gender identity.  So I

8  think you have to be very careful what terms we're

9  using and what conditions we're talking about.

10  One's perception of their sexual identity, the trend

11  we use as gender identity is a self-reported

12  concept.

13      Q    But in terms of gender dysphoria, there

14  are other inputs that go into that particular

15  diagnosis?

16      A    The dysphoria is a report.  The objective

17  what one can look to are effects on psychosocial

18  functioning, which may or may not be related to

19  one's gender identity.

20          Again, I'm an endocrinologist that is

21  addressing areas of hormonal administration, but the

Page 163

1  role of the psychological evaluation is more suited

2  to that assessment.

3      Q    Are you aware of any medical conditions

4  that, you know, for which there aren't definitive

5  medical tests but do require some sort of medical

6  intervention?

7      A    That's a very broad question if related to

8  that question is consideration of relative risk

9  versus benefit of intervention.  So there are many

10  things that would not require the same degree of

11  rigor.  When you look at an intervention that could

12  potentially render a patient infertile or sterile,

13  that would disrupt normal organ functioning, that

14  would carry the increased risk of a whole host of

15  other morbidities, the bar is much higher in the

16  evidence that one would need to see to be able to

17  recommend that type of intervention.

18      Q    We're going to move to -- sorry.  Got a

19  little bit of feedback there.  Doctor, you can hear

20  me okay now?

21      A    I can hear you, yes.

Page 164

1      Q    Okay.  We're going to move -- Andrew,

2  we're going to move to paragraph 60 to 63, which

3  discusses watchful waiting.

4          And just to confirm -- I know we

5  spoke a lot about your published works earlier.

6  Have you written any published articles that

7  specifically focus on the watchful waiting approach

8  as it's described in your report?

9      A    I certainly have written on that question

10  in relation to all of the approaches to treating

11  this condition.  Again, I'm an endocrinologist, and

12  speaking on areas related to hormonal interventions,

13  but certainly that question has been included in

14  some of my prior publications.

15      Q    Moving on to paragraph 61, and the top of

16  the next page, you mention exploratory therapy

17  and how it may be used to "explore potential causes

18  of dysphoria which may be linked to trauma,

19  developmental issues, or psychological

20  comorbidities.  First off, what is exploratory

21  therapy, Doctor?

Page 165

1      A    My understanding of that approach to

2  caring for an individual is to search for potential

3  contributing etiologies and to address those

4  underlying etiologies.

5          It is a standard practice to be

6  able to understand as best one can all of the

7  contributors to the presentation of a particular

8  illness.  There are many times where there are

9  components of that presentation that can be

10  addressed, and there are other risk factors that

11  cannot.

12      Q    And what risk factors can't really be

13  addressed using exploratory therapy?

14      A    You can't trade in your parents.  You're

15  stuck with the genetics that you have from birth.

16  But if you've had a psychological insult, a trauma,

17  you know, another condition that is treatable, that

18  is certainly amenable to interventions.  And this is

19  agnostic to any desired outcomes.

20          So if you have an individual that

21  presents with comorbidities such as clinical anxiety

42 (Pages 162 - 165)

Page 166

1 or depression or an eating disorder, that may be
2 related, and whether it's causal or associative is
3 yet to be determined, but it would be prudent as a
4 practitioner to address those underlying
5 comorbidities and alleviate suffering to the extent
6 that one can by addressing that.
7          And that is what this paragraph in my
8 declaration is speaking to, that there are
9 well-established interventions independent of gender
10 dysphoria which have much more solid evidence of
11 efficacy in alleviating that component of the
12 suffering.
13     Q   In your review, because you had just
14 mentioned the outcomes of exploratory therapy, could
15 exploratory therapy ever result in the conclusion
16 that somebody should proceed with gender-affirming
17 care?
18     A   I'm going to respond to what I think your
19 question is, that it comes back to a careful
20 assessment of relative risk versus relative benefit
21 of any intervention.  In that risk/benefit

Page 167

1 assessment, one always opts for treatments of the
2 lowest risk and the highest benefit.  And many times
3 that is very obvious, but in other circumstances it
4 may be more subtle.
5          So that based upon the relative risk
6 and the relative -- or purported benefit, there are
7 a number of hypotheticals that one could propose
8 where that may be true.  However, there is existing
9 data that calls into question for -- again for any
10 individual, as I said previously, the contributing
11 factors are likely multifactorial, differing in both
12 nature and degree in that individual, and one needs
13 to make that prudent decision about the path to
14 proceed based upon that currently available
15 evidence.
16     Q   And through exploratory therapy, do you
17 believe it is possible to identify the cause of
18 someone's gender dysphoria?
19     A   I would be very -- I'm very careful when I
20 use the word cause.  I would say that I think you
21 can see -- and there is evidence that clearly

Page 168

1 support that there are influences of these other
2 comorbidities, whether they're determinative on
3 their own or in constellation [sic] with other
4 issues related to that patient, can often be quite
5 complex.  But there are data that will lead credence
6 to the conclusion that they are a contributing
7 influence.
8     Q   Are those data described in some of the
9 articles in your CV that have been cited?
10     A   In a general sense when I talk about what
11 is known about etiology, I have stated on more than
12 one occasion this question of unknowns about the
13 etiology of this condition and in relation to what
14 we've already discussed relating to risk and
15 benefit.  So in that regard, yes, I have covered
16 that in my publications.
17     Q   So we're moving on.
18          Andrew, we're going to go back to --
19 or one more question about exploratory therapy.
20          Sorry, Doctor.  Are there any
21 articles or literature that support the proposition

Page 169

1 that exploratory therapy has better long-term
2 outcomes for youth with gender dysphoria than
3 gender-affirming care?
4     A   The state of the current -- so my
5 understanding in general when I've reviewed the
6 literature, there's been a movement away from
7 exploratory investigation, and therefore the papers
8 that have been done most recently are quite
9 deficient in addressing that question.
10     Q   And do you know what the cause of the
11 movement away from -- or the reasons for the
12 movement away from exploratory investigation?
13     A   I can offer a hypothesis, but I don't have
14 any direct knowledge of those that are directing
15 that conversation.  It speaks to much of the
16 discussions within organizations such as WPATH.
17 There has been written reasons given as to why that
18 has not been considered in the depth that is
19 necessary to be considered.  Specifically, that
20 being perceived as a barrier to having access to the
21 affirmative interventions with the affirmative

43 (Pages 166 - 169)

Paul Hruz                                                    March 29, 2024

Page 170

1 model.

2        And so there's been in the United

3 States, as opposed to in Europe and other places of

4 the world where they are now prioritizing this

5 exploratory intervention, they have intentionally

6 deprioritized it here in the United States.

7    Q   Just so I understand, so the exploratory

8 therapy as you laid out in your report is being

9 prioritized now in Europe over gender-affirming

10 care, is that what you're saying?

11   A   You don't need me to tell you what's

12 already available that one can find very readily

13 about the positions that have taken place in Sweden,

14 and the U.K., for example, just last week

15 specifically stated, you know, that they were going

16 to be prioritizing psychological interventions in

17 reserving the medical affirmation with puberty

18 blockers to experimental trials.  That same

19 statement was made by Sweden, as well as in other

20 European countries.

21        So it is recognizing that the state

Page 171

1 of knowledge is based upon weak evidence with many

2 questions, and recognizing in that consideration of

3 risk versus benefit are prioritizing psychological

4 interventions over hormonal administration.

5    Q   And psychological interventions could

6 include exploratory therapy, but could also include

7 other psychological interventions?

8    A   I think, if I understand your question, so

9 when I talk about exploratory therapy, I'm talking

10 about factors that have gone on in a person's life

11 that are environmental or with a psychological --

12 for example, the observation that very frequently

13 anxiety disorder, major depression, eating disorders

14 predate any outward manifestations of gender

15 dysphoria, and to investigate and address those

16 underlying comorbidities as a first line of

17 intervention requires one to ask the question.

18        So that if one doesn't ask the

19 question, which as far as what has gone on in their

20 life at the timing of the difficulties that they are

21 experiencing these comorbidities, one is never going

Page 172

1 to arrive at an understanding of the temporal

2 relationship and whether it is associative or as you

3 say causative.

4    Q   Andrew, I think we're going to go now to

5 paragraph 43.

6        We're going to paragraph 43, and,

7 Doctor, that's on page 23 of your report.

8        Thanks, Andrew.

9        So here you mention in the last

10 sentence of the first partial paragraph that puberty

11 blockers have recently been recognized to carry a

12 risk of increased brain pressure that can adversely

13 affect vision and cause severe headaches.  Is that

14 true both in the -- let me rephrase that.  Is that

15 true regardless of whether the intervention is for

16 gender dysphoria or precocious puberty?

17   A   Yes.

18   Q   Have you seen this complication in your

19 practice?

20   A   I've actually seen it more commonly in the

21 use of growth hormone treatment, which causes the

Page 173

1 same -- pseudotumor cerebri is the technical term

2 for that -- in the treatment of precocious puberty.

3 It is acknowledged to be a relatively rare

4 occurrence.

5    Q   And how do you treat that particular

6 complication?

7    A   So the first step is to discontinue the

8 agent that is believed to be causing that.  So if

9 you're being treated, you would stop that

10 administration.  Usually it can be detected by not

11 only the headaches but often by physical exam

12 looking at blurring of the optic disk margins.

13 Sometimes we'll require intervention to relieve that

14 increased pressure and sometimes it'll spontaneously

15 resolve.

16   Q   You said that's more common with growth

17 hormone than what you've seen with precocious

18 puberty, is that correct?

19   A   That has been my experience, yes.

20   Q   In your practice -- I know you've been

21 practicing for a while, do you have a general

44 (Pages 170 - 173)

Page 174

1  ballpark of how many of these particular pseudotumor
2  cerebri that you've seen in terms of cases?
3      A   Related to any patient or related to
4  treatment with GnRH agonist?
5      Q   Related to GnRH agonist.
6      A   I've had a handful with growth hormone.  I
7  don't recall that anyone I've had on GnRH agonist
8  for precocious puberty.  But I will say that any
9  rare side effect, the manifestation of that is going
10 to be proportionate to the patients at risk.  So
11 precocious puberty is a very rare condition, and the
12 more people that are exposed to it, the greater the
13 likelihood that one will encounter it.  By many
14 measures of the number of people that are being
15 exposed to GnRH agonist for the treatment of gender
16 dysphoria is becoming predominant and therefore not
17 negligible.
18     Q   So skipping around a little bit more on
19 your report.  Turning to paragraph 131.  And this
20 will be on page 79.  It's a long paragraph.  I just
21 had a question about the de Vries study.  So you

Page 175

1  acknowledge that the 2011 de Vries study did find
2  improvement in mood and the risk of behavioral
3  disorders of puberty blockers, correct?
4      A   I don't know where to begin.  The study as
5  it was designed and the outcomes that were reported
6  are not for the concerns in question, other than
7  their readout of dysphoria itself which was
8  fundamentally flawed in that they switched the
9  assessment tool before and after intervention to
10 claim that there was benefit when they changed the
11 sex-based questionnaire before and after treatment.
12         But for the outcome measures that are
13 reported in the time frame that they report, I think
14 that they can be accepted as they report them.  It's
15 important in this study to recognize that this was a
16 very select group of individuals where they screened
17 out individuals that had underlying psychiatric
18 comorbidities.
19         Most of the patients that are being
20 treated here in the United States would not have
21 qualified for that study.  When they tried to

Page 176

1  replicate the observations from the de Vries Dutch
2  study in the U.K., they saw very different results,
3  and that was the paper by Carmichael that was
4  published subsequent to that.
5          Maybe I went longer than your
6  question was.  I apologize.
7      Q   No.  But in terms of -- you mentioned that
8  you believe that a lot of the individuals who are
9  being treated for gender dysphoria in the United
10 States wouldn't necessarily qualify for the de Vries
11 study.  And in terms of how gender-affirming care
12 is practiced in the United States, there is
13 psychological support as part of the
14 gender-affirming care, is there not?
15         MR. MILLS:  Objection.
16     A   So according to the de Vries study, if you
17 had underlying psychiatric morbidities, you would
18 not have been enrolled in the study.  So they looked
19 at a higher functioning group of individuals that
20 exclusively excluded those that have those
21 psychiatric comorbidities.  That is not being used

Page 177

1  in the United States to prevent somebody from
2  receiving affirmative medical interventions.
3  BY MS. WILLIAMS:
4      Q   So same long paragraph, 131.  But we're
5  just going down to page 94.  So it is a long
6  paragraph.  Just wanted to ask you.
7          94, Andrew.  Sorry.
8          So this is the paragraph talking
9  about the van der Missen study from 2020.  Is it
10 fair to say that one of your criticisms in that
11 study is that the subjects assessed before and after
12 treatment are different populations because of a
13 two-year difference in age?
14     A   I'll have to go back and --
15     Q   Sure.
16     A   So the comment in the observation I make
17 in that study is -- again, this is -- this should
18 not be at all controversial to anyone that is in the
19 area of pediatrics to know that the adolescent years
20 themselves are a traumatic and difficult time for
21 most affected children.

45 (Pages 174 - 177)

Page 178

1   So that to see differences in a
2 temporal manner without controlling for the temporal
3 differences, one cannot conclude what the
4 intervention may have done independent of the normal
5 development trajectories and differences that one
6 experiences in that period of adolescent
7 development.  I hope that's clear.
8   Q   But would any pre-GnRH agonist, sorry, any
9 prepuberty blocker group would be younger than a
10 cohort that's received puberty blockers, since
11 puberty blockers are started early in puberty and
12 then discontinued in later adolescence?  Go ahead.
13   A   Not necessarily, but yes.
14   Q   How do you mean?
15   A   So until you have gonadectomy, especially
16 in males trying to suppress testicular function,
17 GnRH agonist may be continued even after the
18 introduction of cross-sex hormones.
19   Q   So a group that previous or that has not
20 received puberty blockers is on average going to be
21 younger than a group that has received puberty

Page 179

1 blockers, correct?
2   A   I'm sorry.  I'm not following your
3 question.
4   Q   It's okay.
5   A   The criticism -- this is a cross-sectional
6 study, and that you had two different age groups,
7 and the variable of age was not considered in the
8 analysis of the results that they observed.
9   Q   I think we can move on from that
10 particular discussion.  And just a couple questions
11 just about off-label medication.  Could you share
12 with me what your understanding of off-label
13 medicine is?
14   A   The term off-label means the prescribing
15 of a medication for an indication that has not been
16 FDA approved.
17   Q   And when a medication is prescribed --
18 I'll start over.  When that medication is approved
19 by the FDA, isn't it true that it can be prescribed
20 for any indication, or is that incorrect?
21   A   It does not mean that the risk/benefit

Page 180

1 analysis that was made in approving that medication
2 will apply to other conditions.
3   Q   But off-label prescription is common,
4 correct?
5   A   Particularly in the pediatric population,
6 yes.  Most often off-label use is giving medications
7 that have been approved for the exact same condition
8 in older patients to use in children where it has
9 not been studied because of the cost involved in
10 conducting the clinical trials.
11   Anytime a physician uses a drug
12 off-label, they are assuming the risk that we don't
13 have the data available.  And, again, getting back
14 to that risk/benefit assessment, it's going to be
15 influenced by the condition that is being treated
16 and the available data that is available in other
17 conditions.
18   Q   And you prescribe off-label medications in
19 your practice?
20   A   Yes.
21   Q   Andrew, if we could go to 103.

Page 181

1   Doctor, this is just a couple of
2 questions about the Tordoff study.  Just really in
3 terms of the critique that you cited and just trying
4 to get a sense of the nature of the critique in
5 terms of the source.  So you cited an article by
6 Jesse Singal, is that correct?  I believe -- sorry.
7 I'm getting a little backup.
8   I think it's 276, Andrew, the
9 footnote.  So it's the next page, 104.  Sorry.
10   So I just was curious as to who
11 Mr. Singal is and what his background is, if you
12 happen to know.
13   A   I do not know.  I can only objectively
14 look at what was written in comparison to the actual
15 data that was presented.  And it was referenced
16 because for my ability in this report to include the
17 great detail that was present in that study would
18 have made this document much longer than it
19 currently is.  But I was convinced by the assessment
20 of the critique that was presented in that
21 particular article.  It's quite revealing when one

Page 182

1 looks at the actual data itself.

2   Q   But Substack is not a scientific journal,

3 correct?

4   A   I never claimed that it was.

5   Q   Just for the record, just asking.

6   A   No.  But what I think what's important

7 about the use of this as a footnote, it would be

8 very instructive to look through the actual

9 methodologic issues resulting in the conclusions

10 that were made in that article.

11        I am always, as a

12 physician-scientist, very skeptical about any

13 claims that are made about anything and want to see

14 the actual data itself.  If you look at the argument

15 that was made in that nonscientific article, and

16 then you read the paper itself, and compare the data

17 that was presented, I think it's a very compelling

18 case that there are major problems with the way that

19 study -- the conclusions of that study were

20 reported.

21   Q   Andrew, I think --

Page 183

1        Doctor, I just wanted to ask you in

2 paragraph 114 of your paper.

3        I think it will probably be 64,

4 Andrew.

5        You had mentioned that parents are

6 often told that the failure to allow a

7 gender-dysphoric child to medically transition will

8 result in suicide.  And I'm just curious what the

9 basis is for that assertion.

10   A   There have been many sources, including

11 patient parents that have directly told me that's

12 what they've heard.

13   Q   How common is that patient or parent

14 report to you that this was told to them?

15   A   I don't think I've conducted an intensive

16 rigorous study to look at the overall incidence.

17 These are stories that I've often been told.  And I

18 also have seen evidence of that in various

19 promotional materials that individuals that are

20 delivering this care have.  I don't have those on

21 me, but they do exist.  And -- but I've not done a

Page 184

1 rigorous study looking at the prevalence of that

2 claim being made.

3   Q   You say that in terms of materials.  What

4 kind of materials are you talking about?

5   A   These are not scientific resources that

6 can be found in advertising in the commentary that

7 is put forward.  I don't dismiss it because I've had

8 parents tell me that is exactly what happened to

9 them.

10        So again, for the level of evidence

11 that it has, the important point about that is that

12 the converse of that is not that their child will

13 commit suicide, but that the intervention itself

14 will alleviate that, that outcome of suicide, that

15 is data that can be rigorously assessed and

16 published scientific data, and I've referenced that

17 in my report, in many of my publications about the

18 data that actually calls into question whether that

19 actually achieves that outcome.

20        In fact, distinguishing suicidality,

21 one having suicidal ideation versus actual suicide

Page 185

1 attempt or completed suicide, that is objective,

2 verifiable data.  So that if the converse is stated

3 to a family inquiring about whether to proceed with

4 the affirmation approach, whether or not they are

5 told that it will result in suicide, they are not

6 being told the evidence that suggests that the

7 suicide data is questionable, if not objectively not

8 proving what that -- that outcome of a completed

9 suicide.

10   Q   Have you ever witnessed firsthand a

11 healthcare provider telling a parent that a failure

12 to allow to a child with gender dysphoria to

13 medically transition would result in a suicide?

14   A   The reason I'm hesitating is I'm trying to

15 review those conversations I had previously.  And

16 whether there was a physician present at the time

17 the parent was telling me that.  I wouldn't be able

18 to say with certainty.

19   Q   Understood.  Doctor, could you explain

20 what you consider to be informed consent?

21   A   This is a very important question.  Many

47 (Pages 182 - 185)

Page 186

1  argue that informed consent is limited by the
2  information that is presented to a patient, and the
3  ability that the patient has to be able to assess
4  that information.
5          But informed consent is exactly as I
6  go through the decision of assessing relative risk
7  versus expected benefit, to explain that same
8  concept to the patient, to be able to explain to
9  them not only the risks of a proposed intervention,
10 and the expected outcomes, but also discussing
11 alternate approaches, alternate risks and benefits
12 with those other approaches, to be able to allow one
13 to make a prudential judgment in a particular case
14 about whether to proceed with that intervention or
15 not.
16     Q   And when you're talking with a patient or
17 working with a patient, how do you determine that
18 informed consent is present?
19     A   The best way to assess that is to, one,
20 be very complete, to be very objective in the
21 information that is presented, and to ask for

Page 187

1  feedback from the patient after that conversation
2  has been made, to address any questions that may
3  arise in the course of that conversation.
4          These types of discussions for
5  informed consent happen on a routine basis.  The
6  discussions are much more intensive when there's a
7  much more invasive intervention that is being
8  proposed than, for example, getting informed consent
9  for an intervention that has minimal risk and
10 well-established benefit.
11     Q   Are there any specific criteria that you
12 use to determine when informed consent is present?
13     A   Most of my colleagues -- and this is
14 actually since I do teach a course on ethics, this
15 is an active area of conversation about questioning
16 whether that full consent is possible in
17 particularly in various situations.  There's a whole
18 active discussion in the ethics community about
19 people in particular that have psychiatric
20 comorbidities and whether they are able to give
21 consent.

Page 188

1          There's active conversations about
2  whether adolescents and children are as equipped as
3  adults.  And it is recognized that there are many
4  unsettled questions in that regard.  And one
5  necessitates doing the best that one can, given
6  those limitations.  But I think this is -- you would
7  not have to look very far in the ethics literature
8  to find even recent papers that address these
9  questions.
10     Q   And now we're going to go back to your CV,
11 Doctor.
12          And, Andrew, could we go back to the
13 doctor's CV, please.  I think it's around page 120.
14 There we go.  Keep going.  There.
15          So you mentioned you testified
16 before, correct, Doctor?  I think we said that at
17 the outset that you've testified before?
18     A   Yes.
19     Q   And then -- so in your report, you mention
20 that you've been designated as an expert in cases
21 related to the litigation of issues of sex and

Page 189

1  gender.  Are all of those cases through -- when you
2  compiled this CV, are those included here or listed
3  in your report?
4      A   I have to remember.  I have several
5  different versions of this.  It's the last page of
6  the CV that includes the expert witness testimony.
7  And at the time I put this CV together, I believe it
8  was -- it's complete as I could recall.
9      Q   Andrew, do you want to go down to that
10 last -- there we go.
11          So you have testified in cases that
12 deal with the issue of providing gender-affirming
13 care, correct?
14     A   Correct.
15     Q   And you've also testified in issues that
16 deal with the ability of transgender individuals to
17 access the restroom that corresponds with their
18 gender identity, is that correct?
19     A   Those are the first of the studies that
20 are listed in that CV, yes.
21     Q   And specific to the restroom issue, does

Page 190

1 that specifically deal with the medical treatment of
2 gender dysphoria?
3    A   So let me be clear about my involvement as
4 an expert witness.  And I've made this very clear in
5 every single case I've participated in.  That I am
6 presenting the necessary information as a
7 physician-scientist, pediatric endocrinologist
8 relevant to the questions at hand in the case.  I
9 have never put forward that I am a legislator, nor
10 that I am a -- beyond in the legal room.
11        So my involvement as an expert
12 witness is related to the matters that I know as a
13 physician-scientist in studying this question of
14 sex-discordant gender identity within that
15 background that I have.
16    Q   In those cases that deal with the restroom
17 issue, what types of topics do you offer opinions on
18 in those cases?
19    A   In the earlier cases, I was asked to opine
20 on a much wider set of issues.  Mainly because at
21 the time I began presenting what I have learned over

Page 191

1 the time that I've been involved in this discussion,
2 there were fewer individuals that had been
3 identified that were qualified to be able to speak
4 on these issues.
5        As I have moved forward, there have
6 been others that have been able to take over some
7 of the opinions related to other aspects of the
8 question at hand, although I would say that
9 everything that I've been asked is in relation to
10 what we've already discussed today: relative risk
11 versus relative benefit in that assessment.  That
12 I've been able to restrict more specifically on the
13 (unintelligible) interventions themselves, the
14 relative risk of exposing an individual to those
15 hormonal treatments and questions that are relevant
16 to an intervention that is being given by a
17 physician like myself in assessing that risk and
18 benefit which involves questions about them.
19    Q   Have you ever offered testimony in a case
20 that relates to transgender adults?
21    A   I did.  I think the one in South Dakota

Page 192

1 was an adult.  The information that I presented in
2 that case was the same type of information that I
3 presented in the other cases related to risk and
4 benefit.
5    Q   Andrew, could we go -- I'm sorry.  Again,
6 we're hopping around.  Could we go back up to
7 paragraph 155 and page 123.  Thank you.
8        So in this paragraph -- are you
9 there, Doctor?  I'll wait for you.
10    A   Last paragraph, yes.
11    Q   You state that the vast majority of
12 children who report gender dysphoria will, if not
13 affirm in their sex-discordant gender identify, grow
14 out of the problem, a natural coping developmental
15 process, and willingly accept their biological sex.
16 So do you characterize gender-affirming care as
17 unnatural?
18    A   I think you're -- so the question is --
19 it's a medical intervention.  Right.  So let me
20 understand your question.  So to take an individual
21 that has normally formed and functioning sexual

Page 193

1 organs and then render them nonfunctioning, is that
2 natural?  No.
3    Q   I was trying to understand what you meant
4 by using the word unnatural or natural.
5    A   Okay.  So that's in relation to
6 understanding adolescent development, recognition
7 that identity issues are a very central component to
8 the adolescent developmental process completely
9 independent of gender dysphoria.  It is a process
10 that as a pediatrician that we are -- we understand.
11 We navigate in our treatment of the whole spectrum
12 of endocrine-related diseases.
13        So we understand.  So natural -- the
14 word natural is in relation to the developmental,
15 the psychosocial developmental process known as
16 adolescence that occurs temporally associated with
17 the biological process of pubertal development,
18 which is the maturation of the gonadal axis to the
19 point of reproductive competency.
20    Q   And then when you say willingly accept
21 their biological sex, what did you mean by that

Page 194

1 phrase?

2     A    Willingly, meaning not coercively or in

3 any way encouraged.  It's a natural developmental

4 outcome, based upon the literature that I referenced

5 earlier in our conversation.

6     Q    Do you think that is the best outcome for

7 the child?

8     A    Well, again, without a value assessment,

9 an objective -- as we talked about earlier, an

10 objective assessment of whether one needs to have

11 medical interventions that carry significant risk

12 versus not needing them.  Objectively speaking, if

13 there is not a need to expose a patient to medical

14 risk would be superior to interventions that carry

15 risk.  Provided that the outcomes are equal as far

16 as restoration to health and lifelong functioning.

17 There are many components of that that we've

18 discussed in greater detail earlier in our time

19 today.

20     Q    So Andrew, I think we're going to move off

21 of this and go to Exhibit 3 [sic].

Page 195

1             (Hruz Deposition Exhibit C was

2             marked for identification.)

3 BY MS. WILLIAMS:

4     Q    Doctor, do you recognize this document?

5     A    I do, yes.

6     Q    What is it?

7     A    I believe that this is an amicus brief

8 that was filed.  It looks like -- I'm looking at the

9 date here.  It was early in my involvement in this

10 whole area.

11     Q    Andrew, do you want to zoom in a little

12 bit so everybody can see it, including me.  Thank

13 you.

14             So what was the nature, if you

15 remember, of the case or for which this brief was

16 filed?

17     A    You know, again, it was so long ago, I

18 think it related to more of the question about

19 bathroom utilization.  But it's been so long, I've

20 done so much in the interval since that time.

21     Q    Did you review the brief before it was

Page 196

1 filed?

2     A    Again, it was so long ago that my specific

3 recollection of what transpired at that time is not

4 as clear as I would like it to be.  I certainly was

5 aware of the arguments that were being made.  I made

6 it clear that much of the wording in that document

7 was not words that I would use, but the general

8 arguments I was aware of and felt comfortable

9 signing onto the brief.

10     Q    Do you agree with the arguments in the

11 brief?

12     A    Again, I would have to read that in

13 entirety.  I've not read it in many, many years.  So

14 I would need to reread it again.

15             Now, at the time -- again, I've

16 continued my investigation of this topic.  I

17 continue to do that to this day.  I continue to

18 consider alternative hypotheses.  I consider all of

19 the discussions going on.  And the reason I can't

20 answer your question is I would need to reread that

21 document in light of what I know now versus what I

Page 197

1 knew at the time that I signed onto that.

2     Q    I did have a couple questions about some

3 of the characterizations in the brief.  If we can

4 talk through.

5             Andrew, could we go to page 11.  I

6 think it's 11.  Not in the PDF.

7             So Doctor, please take a minute and

8 just read that first paragraph.  I can go ahead and

9 read it out loud too.  Are you able to see it?

10 Should we zoom it up a little bit?

11     A    No.  I can read it.

12     Q    So what the brief states is that in

13 standard medical and psychological practice, a child

14 who has a persistent mistaken belief that is

15 inconsistent with reality is not encouraged in his

16 or her belief.  And then the brief goes on after

17 citing two articles.  For instance, an anorexic

18 child is not encouraged to lose weight.  She is not

19 treated with liposuction; instead, she is encouraged

20 to align her beliefs with reality, i.e., to see

21 herself as she really is.  Indeed, this approach is

Paul Hruz                                                          March 29, 2024

Page 198

1 not just a good guide to sound medical practice, it
2 is common sense.
3          Then the next paragraph starts, Until
4 recently this was precisely how gender-dysphoric
5 children were treated.
6          Did I read that correctly, Doctor?
7     A    That's what I'm seeing on the screen here,
8 correct.
9     Q    So if we extend the analogy here about
10 anorexia to gender dysphoria, are we -- is the brief
11 rather -- let me rephrase.  If we extend this
12 analogy to gender dysphoria regarding anorexia, is
13 the brief arguing in favor of actively encouraging
14 minors of gender dysphoria to realign with their sex
15 assigned at birth?
16          MR. MILLS:  Objection.
17     A    Again, reading only the section, not
18 reading in its entirely, and not considering the
19 entirety of that document in relation to all of what
20 has been written on the topic since that time, this
21 particular statement was written -- my

Page 199

1 recollection -- in response to again some of those
2 premises that were stated very early on.
3          And I do remember this about a decade
4 ago where it was not recognized -- people were
5 making claims it wasn't actually as nuanced in the
6 understanding of gender versus sex.  But the
7 objective reality of one's sexual identity being
8 male is what is being addressed here, or female for
9 that respect, to look at the objective biological
10 reality of that sexual identity and intervening in a
11 way that is discordant with that sexual identity.
12          Now, there are arguments that have
13 been made since the time this was written in
14 addressing this question of gender identity versus
15 sexual identity in a way that still creates
16 difficulties, but the conversation as it began was
17 to make the claim that one's sex was their gender
18 identity.  I do see some that are still making those
19 statements.
20          And I think the analogy -- I always
21 caution my colleagues, my trainees as well, that

Page 200

1 when one uses an analogy, that all analogies fall
2 short in some way.  But the truth that's present in
3 this statement speaks to a -- in the anorexic
4 individual something that is contrary to the
5 objective data that's in front of that practitioner.
6 Meaning, the belief that one is overweight when
7 objectively speaking they are undernourished, and it
8 was written at a time when the claim was being made
9 calling into question sexual identity as being
10 equated with gender identity is my recollection.
11          Again, I'd have to read the entire
12 document in the context of then and now to be able
13 to say more.
14 BY MS. WILLIAMS:
15     Q    I have another passage that if we can pull
16 up, it would be 14.  So, Doctor, if you can read
17 that paragraph.  If you want to read the surrounding
18 paragraphs, let me know.  But what the brief states
19 is that policies and protocols that treat children
20 who experience gender-atypical thoughts or behavior
21 as if they belong to the opposite sex, on the

Page 201

1 contrary interfere with the natural progress of
2 psychosexual development.  Such treatments encourage
3 a gender-dysphoric child like the respondent to
4 adhere to his or her false belief that he or she is
5 the opposite sex.  These treatments would help the
6 child to maintain his or her delusion but with less
7 distress by, among other aspects, requiring others
8 in the child's life to go along with the charade.
9          Did I read that correctly, Doctor?
10     A    You read the text as I see it on the
11 screen.
12     Q    So is the brief arguing that individuals
13 of gender dysphoria are experiencing a delusion?
14     A    Again, that is another example of language
15 that I would have used differently.  One needs to
16 look at what that word means.  That delusion is
17 somebody that believes something that's not true.
18 Now, the conversation revolves and the objections to
19 the use of that word deals with what the individual
20 is experiencing.  We've already talked about this
21 question of gender identity being subjective.

51 (Pages 198 - 201)

Paul Hruz                                                    March 29, 2024

Page 202

1        But I think it's trying to convey
2 exactly what I stated in my response to the previous
3 question that you had.  At the time this document
4 was written, there were statements being made about
5 sexual identity being equated with gender identity.
6 And in light of the conversation at that time in the
7 context of the point that was being made is
8 understandable even though the language is different
9 than if I had directly penned the document myself.
10    Q    So do you agree that affirming someone's
11 gender identity when that identity differs from
12 their birth sex is going along with the charade?
13    A    The additional insight as I continued to
14 interact with this patient population and those that
15 are in the conversation is not directed toward those
16 objective -- the statements and claims that are
17 being made about one's sexual identity.  It is
18 directed toward understanding the distress that one
19 has and really focusing on -- let me be clear.  I
20 found it very helpful to -- whether there's an
21 objective reality present or not, that to best help

Page 203

1 this patient population, it's best to best
2 understand the experience that these individuals
3 have and then to critically evaluate interventions
4 that are directed toward alleviating that distress.
5        Stated another way, and I did this in
6 my editorial that I wrote for that systematic review
7 in Sweden.  That if one accepts the premise that the
8 underlying problem in this condition is a defective
9 body with a normal psychological constitution, it
10 would make sense to propose interventions directed
11 toward changing the appearance of the body.  If one
12 accepts the premise that, when there's that
13 disconnect, that there are psychological factors
14 that restoration of help is going to be best
15 addressed by addressing psychological factors.
16        And that's a much richer, I think,
17 presentation of the problem at hand.  And again,
18 like in other areas, as one has had time to gather
19 more information to more critically assess what is
20 available, it leads to when one takes a document out
21 of context, which includes temporal relationships in

Page 204

1 the questions that are being argued in the document,
2 it leads to incorrect conclusions to be made about
3 the basis for which the argument is made.
4    Q    So I think we've been going for about
5 another hour.  Are we okay to take about five
6 minutes?  Does that work for folks?
7    A    This time I'm going to agree with you.
8        MS. WILLIAMS:  We'll be back at 1:45,
9    2:45.
10        (A recess was held.)
11 BY MS. WILLIAMS:
12    Q    All right.  Andrew, did you want to pop
13 the same document up again?  I have one quick
14 question.  If you can go to page 22, please.
15        Doctor, just in the last sentence,
16 the phrase is used, impersonating someone of the
17 opposite sex.  And I was just wondering what you
18 take that phrase to mean?
19    A    As it was written at that time by the
20 person who chose those words, or as I understand it
21 currently?

Page 205

1    Q    As you understand it currently.
2    A    Okay.  So the experience that one has of
3 one's gender identity is something that one needs to
4 recognize.  One also needs to recognize objective
5 realities regarding sexual identity.
6        And this entire conversation, as it
7 has continued over the last decade that I've been
8 involved with it, is directed not toward the
9 question of premises that are not provable, but --
10 like on what sexual identity is, but rather on how
11 one can best alleviate the suffering that one has,
12 one has when there is the experience of a
13 sex-discordant gender identity, and that has been
14 the focus of my involvement and continuing desire to
15 help the conversation, objectively look at ways that
16 we can alleviate suffering.
17    Q    And do you happen to recall at the time
18 what that phrase was intended to mean?
19    A    No.  I can infer in relation to what I
20 said previously.  At the time, statements were being
21 made about really in -- by people that were

52 (Pages 202 - 205)

Page 206

1 advocating for the affirmation approach that gender

2 identity was the determinative factor on one's

3 biological sex.

4         And that was the concern that in that

5 premise, in relation to what we understand and have

6 always understood in a biological level about sexual

7 identity, male and female, and as we were beginning

8 to understand what these individuals that were

9 presenting with sex-discordant gender identity were

10 experiencing.

11     MS. WILLIAMS:  Just for some housekeeping

12 with Laurie.  Did I actually mark this exhibit?

13 Or should I mark it?  I'll go just ahead and do

14 that then.

15     So just to clarify, Exhibit A would be

16 document one, Doctor Hruz's report.

17     Document 2, the New Atlantis article,

18 would be Exhibit B.

19     And document 3, the Gloucester brief,

20 would be Exhibit C.

21     I think those are all the exhibits.

Page 207

1     So Doctor Hruz, I don't have any more

2 questions for you.  So thank you so much for

3 your time and for joining today.

4     And thank you to counsel and Laurie.

5     And I'll open it up.  Does anyone have

6 anything they want to add before we sign off?

7     MR. MILLS:  Nothing here.  Thank you.

8     MR. STOLL:  Nothing for me.  Thank you.

9     THE REPORTER:  If I can get orders for

10 anyone that wants a copy of the transcript.

11     MS. WILLIAMS:  United States will want a

12 copy.

13     MR. STOLL:  So will the private

14 plaintiffs.  Thank you.

15     MR. MILLS:  So will the defendants.

16         (Deposition was concluded at

17         2:50 p.m.)

18

19

20

21

Page 208

1 STATE OF MARYLAND

2 COUNTY OF CARROLL

3         I, Laurie Baker, a Notary Public of the State of

4 Maryland, County of Carroll, do hereby certify that the

5 within-named witness personally appeared before me via

6 videoconference at the time and place herein set out, and

7 after having been first duly sworn by me, according to law,

8 was examined by counsel.

9         I further certify that the examination was

10 recorded stenographically by me and this transcript is a

11 true record of the proceedings.

12

13         I further certify that I am not of counsel to any

14 of the parties, nor an employee of counsel, nor related to

15 any of the parties, nor in any way interested in the outcome

16 of the action.

17         As witness my hand and seal this 12th day

            of April 2024.

18

19

20         LAURIE BAKER

21 My Commission Expires 09-01-26

| **0** |
|---|
| **0.02**   111:16 |
| **00184**   1:6 |
| **09-01-26** |
|   208:21 |

| **1** |
|---|
| **10**   110:14 |
| **103**   180:21 |
| **104**   181:9 |
| **10:08**   58:2 |
| **10:18**   58:3 |
| **11**   82:11 197:5 |
|   197:6 |
| **114**   183:2 |
| **11:30**   143:10 |
| **12**   84:15,16 |
| **120**   188:13 |
| **123**   13:13 |
|   192:7 |
| **125**   101:6,10 |
| **126**   3:13 |
| **128**   31:21 |
|   137:20 138:3,5 |
|   138:8,14 |
| **129**   49:21 |
| **12:30**   143:11 |
| **12th**   208:17 |
| **13**   3:12 144:3 |
| **130**   139:19,20 |
| **131**   141:15 |
|   174:19 177:4 |
| **133**   16:14 30:8 |
| **14**   110:4,7 |
|   144:4 200:16 |
| **15**   67:2 |
| **155**   192:7 |

| **18**   60:13 |
|---|
| **19**   17:2 110:13 |
|   110:18 115:20 |
|   118:11,21 |
| **195**   3:14 |
| **1997**   58:16 |
| **19th**   13:19 |
|   14:14 |
| **1:30**   143:11 |
| **1:45**   204:8 |

| **2** |
|---|
| **2**   206:17 |
| **2000**   34:21 |
|   35:15 58:18 |
| **2009**   79:4 |
|   146:18 |
| **2010**   79:4 |
| **2011**   55:18 |
|   85:12 89:18 |
|   175:1 |
| **2012**   85:12 |
| **2015**   35:1 |
| **2018**   139:1 |
|   140:6 |
| **2019**   139:2 |
| **2020**   35:15,19 |
|   177:9 |
| **2021**   36:17 |
| **2022**   15:11 |
|   64:17 |
| **2023**   13:20 |
|   14:14 15:6,12 |
|   17:2 |
| **2024**   1:16 2:4 |
|   3:3 208:17 |
| **20530**   4:9,19 |

| **20s**   59:11 60:2 |
|---|
| **22**   145:17 |
|   204:14 |
| **22251**   5:12 |
| **23**   146:9,10 |
|   172:7 |
| **24**   58:20 |
|   149:12 |
| **26**   58:17 |
| **26549**   208:19 |
| **27**   58:17 |
| **276**   181:8 |
| **29**   1:16 2:4 3:3 |
| **29413**   5:13 |
| **2:22**   1:6 |
| **2:45**   204:9 |
| **2:50**   207:17 |

| **3** |
|---|
| **3**   194:21 |
|   206:19 |
| **3-19-2023**   14:6 |
| **30**   120:10 |
| **30s**   60:10 |
| **32**   109:15 |
|   120:20 |
| **36**   143:16 |
| **370**   5:5 |

| **4** |
|---|
| **4**   17:10 |
| **40**   150:4 |
| **43**   145:16 |
|   146:8 172:5,6 |
| **46xx**   119:2 |
| **46xy**   119:2 |
| **48**   31:5 38:18 |
|   39:2 |

| **4con**   4:8,18 |
|---|

| **5** |
|---|
| **5**   64:19 65:1,3 |
|   65:8,15 66:6 |
| **50**   31:6,10 |
|   33:11 36:8,11 |
|   37:4 |
| **50/50**   134:2 |
| **52**   17:3 |
| **557**   5:12 |

| **6** |
|---|
| **6**   3:6 |
| **60**   164:2 |
| **61**   164:15 |
| **62**   17:14 |
|   120:18 121:5,7 |
| **63**   164:2 |
| **64**   183:3 |
| **65**   17:21 |

| **7** |
|---|
| **70**   150:3 |
| **71**   150:2 |
| **76**   139:20 |
| **79**   174:20 |

| **8** |
|---|
| **83**   141:17 |
| **84**   141:17 |
| **85**   158:11 |
| **870**   5:5 |

| **9** |
|---|
| **94**   177:5,7 |
| **94102**   5:6 |
| **950**   4:8,18 |
| **99.98**   111:21 |
| **9:30**   2:4 |

**a**

**a.m.** 2:4
**abide** 22:1
**ability** 7:15
  12:17 24:6
  63:13 115:7
  118:15 181:16
  186:3 189:16
**able** 8:18 12:7
  21:20 26:3
  30:14,16 56:20
  61:17 62:6
  63:1 66:20
  71:16 72:13,18
  73:1 78:17,18
  81:11,12 83:18
  85:11 86:3,15
  90:12 91:10
  92:10 93:8
  95:10 96:2
  97:16 98:6
  100:10 103:20
  104:8,14
  105:13 106:2
  109:3 111:17
  114:15,19
  116:16 117:1
  119:11 120:3,8
  123:4,21 128:4
  128:7 135:6
  136:19 140:14
  155:11 163:16
  165:6 185:17
  186:3,8,12
  187:20 191:3,6
  191:12 197:9
  200:12

**abnormal**
  147:17
**abnormalities**
  63:17
**abnormally**
  144:1,16
**above** 2:3
**absolute**
  134:11
**academia**
  54:15
**academic**
  17:14 50:8,11
**accept** 128:13
  142:21 192:15
  193:20
**accepted** 19:11
  19:11,12 27:1
  175:14
**accepting**
  68:20
**accepts** 203:7
  203:12
**access** 23:1
  68:11 169:20
  189:17
**accompanied**
  108:4
**accomplished**
  48:11
**accuracy** 20:11
**accurate**
  112:15 118:15
**accurately** 8:6
  53:15
**achieved** 148:8
**achieves**
  184:19

**acknowledge**
  122:10 175:1
**acknowledged**
  139:13 173:3
**acknowledges**
  116:14
**acknowledging**
  71:13
**acquired** 82:21
**action** 208:16
**active** 14:17
  57:10 58:11
  187:15,18
  188:1
**actively** 198:13
**activities** 50:9
**activity** 42:15
  44:19
**actual** 135:20
  151:4 181:14
  182:1,8,14
  184:21
**actually** 23:3
  34:16 37:17
  39:14 48:6
  53:12 73:10
  76:2 104:8
  117:19 125:15
  127:15 137:17
  140:3 141:10
  141:15 149:9
  151:3 152:17
  153:7 157:7
  172:20 184:18
  184:19 187:14
  199:5 206:12
**acutely** 59:21

**ad** 32:2,5,9,17
  32:20
**add** 12:3 207:6
**addition** 99:12
**additional** 11:9
  26:15,16 77:11
  103:13 120:12
  139:14 146:15
  202:13
**address** 25:1
  29:8 45:16
  53:18 93:21
  94:6 95:8,19
  97:6,13,16
  109:4 161:7
  165:3 166:4
  171:15 187:2
  188:8
**addressed** 25:2
  35:10 44:3
  90:10 99:6
  100:18 124:13
  165:10,13
  199:8 203:15
**addressing**
  27:3 47:15
  79:16,20 95:20
  156:8 159:7
  162:21 166:6
  169:9 199:14
  203:15
**adequate** 91:1
  100:10
**adequately**
  77:9,13 81:13
  90:10 99:6
  139:9

adhere  201:4
adjudicate
  24:20
administered
  100:5
administration
  88:7 107:4,12
  162:21 171:4
  173:10
admitted  63:14
  91:1
adolescence
  128:18 178:12
  193:16
adolescent
  134:4 137:11
  177:19 178:6
  193:6,8
adolescents
  29:20 124:7
  129:12 130:6
  150:7 188:2
adrenal  116:20
  117:3
adult  60:14
  70:14 192:1
adulthood
  121:9
adults  122:2
  188:3 191:20
advancement
  82:18
adverse  63:18
  73:19 74:13
adversely
  172:12
advertising
  184:6

advice  68:15
advisable
  75:11
advise  78:18
adviser  46:2
advisory  41:6
  43:5 57:8,16
  57:19
advocating
  206:1
affect  172:13
affected  125:2
  151:10 177:21
affects  111:16
affiliated  49:6
affirm  192:13
affirmation
  29:19 80:16
  151:10,11,17
  156:5,20 158:8
  159:17,20
  160:1 170:17
  185:4 206:1
affirmative
  43:16 46:4
  66:10 79:12
  80:2 87:11,16
  87:20 90:17
  91:6 94:15,17
  96:8,14 97:11
  99:21 101:13
  102:16 103:4
  106:7 108:3
  113:8 132:4,18
  134:13 151:7
  154:1 169:21
  169:21 177:2

affirmed  129:5
affirming  43:9
  45:20 46:7
  88:21 89:17
  93:19 95:3,16
  101:14 108:13
  140:2 142:5
  150:16 151:1
  151:20 152:9
  166:16 169:3
  170:9 176:11
  176:14 189:12
  192:16 202:10
age  60:2 144:1
  144:16,20
  145:3 177:13
  179:6,7
agent  173:8
ages  144:1,11
agnostic
  165:19
ago  14:8 36:17
  71:7 79:3
  89:21 120:10
  134:7 195:17
  196:2 199:4
agonist  88:6
  100:3 129:21
  144:19 145:11
  145:20 147:6
  148:20 155:6
  155:15,21
  174:4,5,7,15
  178:8,17
agonists  155:19
agree  8:16 20:2
  32:21 117:9
  128:19 133:10

135:14 140:8
  196:10 202:10
  204:7
ahead  13:11
  72:8 156:13
  178:12 197:8
  206:13
aided  65:19
aim  9:15
al  1:4,10
alabama  1:1,10
align  197:20
alignment
  160:18
alleviate
  107:13 160:15
  160:17 166:5
  184:14 205:11
  205:16
alleviated
  71:17
alleviating
  101:17 107:2
  166:11 203:4
allow  24:1
  71:20 83:18
  97:6 98:5,15
  111:1 115:13
  148:1 183:6
  185:12 186:12
allowed  71:19
  73:1
allowing  23:4
allows  148:11
alongside
  24:11
alter  74:10

**alternate** 74:19
135:12 186:11
186:11
**alternative**
101:17 106:8
107:2 136:2
137:6 142:18
196:18
**alternatives**
74:18 107:8
**ambiguity**
83:14 113:3,18
115:10,17
116:3,7,11
119:16
**ambiguous**
112:20
**amenable**
12:10 109:9
165:18
**amend** 11:7,20
**america** 1:7
4:11,21
**amicus** 195:7
**amount** 57:13
59:13
**analogies** 200:1
**analogs** 78:12
**analogues**
80:12 145:19
**analogy** 198:9
198:12 199:20
200:1
**analysis** 41:1
43:16 44:7,21
74:3 76:11
104:16 105:1
126:20 179:8

180:1
**analyzed** 65:10
**andrew** 6:20
13:5,11,12
16:14 17:10
30:8 31:10,20
38:16 49:21
55:8 82:9,13
84:14 101:5,9
110:1,5 120:18
125:15 128:4
130:21 137:17
137:21 139:19
146:10 150:1
164:1 168:18
172:4,8 177:7
180:21 181:8
182:21 183:4
188:12 189:9
192:5 194:20
195:11 197:5
204:12
**anecdotal**
154:3
**anecdotally**
152:13 153:16
153:17,18
154:10 155:2
**annamaria's**
102:6 106:5
**anorexia**
198:10,12
**anorexic**
197:17 200:3
**answer** 7:14
8:14 9:10
40:17 46:11
81:12 95:10

98:5 104:7
160:3 196:20
**answered**
106:19
**answering** 8:1
**antecedent**
157:8
**anxiety** 63:1
165:21 171:13
**anytime** 180:11
**apart** 161:12
**apologies** 31:1
31:20 61:7
109:21
**apologize**
13:16 17:8
38:16 61:5
176:6
**apparent** 91:12
**appearance**
112:2 119:3
203:11
**appearances**
4:1
**appeared**
208:5
**applied** 74:6
157:7 159:18
**applies** 27:16
**apply** 141:5
180:2
**approach** 24:2
99:18 108:3
132:18 151:7
151:17 154:1
158:8 159:13
164:7 165:1
185:4 197:21

206:1
**approached**
79:11 85:10
**approaches**
100:2 106:8
159:17 164:10
186:11,12
**appropriate**
20:7,19 118:13
**appropriately**
115:5
**approval** 78:15
**approved**
77:20,21 78:14
179:16,18
180:7
**approving**
180:1
**april** 208:17
**area** 22:13
28:16 29:3,7,7
29:12 36:20
47:11,15 52:5
52:19 53:19
59:8 60:16,18
68:4 78:11
85:15 89:17
96:6 104:1,3
108:20 109:2
115:15,15
177:19 187:15
195:10
**areas** 19:20
28:7 32:15
37:16 39:18,19
44:9 48:11
52:18 53:15,16
53:17 59:10

65:14 77:8
91:10 147:20
148:4 162:21
164:12 203:18
**argue** 186:1
**argued** 204:1
**arguing** 137:5
198:13 201:12
**argument**
136:15 142:9
182:14 204:3
**arguments**
20:11 132:4
196:5,8,10
199:12
**arisen** 136:21
**arizona** 15:20
**arrange** 62:6
**arrive** 172:1
**arrived** 142:13
157:3
**article** 3:13
23:9 26:4
33:14 34:21
35:16,20 43:9
43:18 45:6,13
68:13,14 131:1
131:19 139:1
181:5,21
182:10,15
206:17
**articles** 17:3,14
17:17,18 18:2
18:4,5 30:11
31:11 32:17
43:13 164:6
168:9,21
197:17

**aside** 77:2
**asked** 9:7 11:14
19:8 22:12
32:17 33:4
45:3 52:7,15
56:12 82:3
88:14 97:18
106:19 107:16
158:6 190:19
191:9
**asking** 12:11
23:5 33:16,16
40:15 42:7
43:20 44:5
65:12 68:14
70:3 80:7
81:11 82:1
85:11 87:12,14
91:11 108:16
117:12 123:19
152:12 154:20
156:2,7 182:5
**aspects** 99:16
124:12 191:7
201:7
**assembled** 47:7
**asserted** 41:3
96:17
**assertion** 102:6
183:9
**assertions**
106:5
**assess** 47:10
77:4 186:3,19
203:19
**assessed** 38:8
77:13 97:4
104:13 177:11

184:15
**assessing**
104:18 186:6
191:17
**assessment**
20:10 81:13
83:16 112:16
147:15 148:4
159:12 163:2
166:20 167:1
175:9 180:14
181:19 191:11
194:8,10
**assessments**
75:8
**assigned** 19:1
33:3 110:8
111:3,5 116:13
117:9,16,19,21
118:1 133:1,2
133:7 198:15
**assigning**
118:18
**assignment**
110:20,21
111:8 112:21
114:4 115:21
118:6,6,12
**assist** 103:20
**assistance**
100:13
**associate** 18:21
21:9 25:9
32:11,12 33:1
33:7
**associated** 83:1
115:3 128:13
146:13 161:14

193:16
**association**
15:19 40:10
72:10,19
**associations**
59:1 98:8
**associative**
166:2 172:2
**assume** 9:10,17
10:20 80:8,8
126:2
**assumed** 79:8
85:9
**assuming**
42:14 75:15
159:15 180:12
**assumptions**
94:3
**atlantis** 3:13
126:10,12
206:17
**attempt** 47:8
89:6 132:11
154:5 185:1
**attempting**
94:20
**attempts** 67:3
**attention** 29:8
45:17 90:21
**attorney** 1:10
4:14 9:17
**attorneys** 4:4
**attraction**
122:2
**attributed**
154:16
**atypical** 200:20

**audience** 51:5
**author** 21:7
  23:5,8,8 24:5,9
  24:11 25:3
  126:6
**authors** 146:14
**available** 14:4
  22:20 76:15
  78:5,9,21
  79:15 86:5
  92:21 102:13
  106:21 108:1
  111:20 116:15
  120:13 130:12
  130:19 146:14
  167:14 170:12
  180:13,16,16
  203:20
**avenue** 4:8,18
**average** 178:20
**avoid** 8:20
**aware** 35:20
  62:4 100:17
  102:12,14
  152:8 154:20
  155:11 157:10
  163:3 196:5,8
**awareness**
  131:9 135:15
  136:12
**awry** 116:17
**axis** 193:18

**b**

**b** 3:13 125:17
  125:19 206:18
**back** 15:9 17:7
  30:5,11 31:21

36:8,17 38:16
38:17 49:20
58:3 67:10
82:7 88:16
89:17 109:15
109:17,19
122:18 127:9
137:17 138:19
141:14 143:10
143:16 149:12
149:18 153:14
166:19 168:18
177:14 180:13
188:10,12
192:6 204:8
**background**
  10:4 41:8
  44:12 58:9,10
  181:11 190:15
**backup** 181:7
**baker** 1:19 2:5
  208:3,20
**balanced** 71:12
**ballpark** 174:1
**bar** 73:16
  163:15
**barrier** 169:20
**base** 47:11,20
  78:17
**based** 19:7
  20:15 33:14
  35:1,14 39:7,9
  40:12 41:11,18
  42:4,8 52:9
  68:16 71:6,8
  72:15,16 74:2
  75:4 105:16
  111:20 113:1

118:18 119:8
120:5 121:19
133:21 136:3,6
137:1 140:4,18
158:4 159:12
161:10 167:5
167:14 171:1
175:11 194:4
**basic** 54:13
  57:11
**basically** 92:5
  160:6
**basis** 20:13
  32:17 68:19
  75:15 102:2
  105:1 129:2
  149:6 183:9
  187:5 204:3
**bathroom**
  195:19
**bay** 5:12
**bearing** 138:20
**becoming** 53:2
  174:16
**began** 28:13
  29:4 55:17
  85:20 190:21
  199:16
**beginning** 87:7
  89:13 206:7
**begins** 18:20
  154:11
**behalf** 4:11,21
  5:8,15
**behavior**
  200:20
**behavioral**
  175:2

**belief** 111:1
  197:14,16
  200:6 201:4
**beliefs** 197:20
**believe** 14:18
  15:21 51:21
  91:21 108:13
  120:10 123:6
  124:21 138:1
  138:13 146:19
  151:15 167:17
  176:8 181:6
  189:7 195:7
**believed** 173:8
**believes** 201:17
**belong** 200:21
**beneficial**
  75:21 78:13
  108:8
**benefit** 71:12
  73:17 74:3
  75:3,16,18
  81:14 93:4
  96:14 108:11
  147:8 148:3,8
  158:5 159:13
  160:7 163:9
  166:20,21
  167:2,6 168:15
  171:3 175:10
  179:21 180:14
  186:7 187:10
  191:11,18
  192:4
**benefits** 68:6
  70:16 73:2,16
  91:8 93:18
  96:8 147:13

148:11 186:11

**best** 7:15 8:21
14:12 76:19
83:17 95:19
111:3 115:18
119:17 120:7
130:12 136:7
140:18 165:6
186:19 188:5
194:6 202:21
203:1,1,14
205:11

**better** 56:19
65:19 159:8
169:1

**beyond** 190:10

**bias** 53:16
140:9

**biased** 72:17
141:2

**biases** 140:4,21

**bibliography**
16:16

**billing** 66:21

**bioethics** 40:7

**biologic** 111:10
114:6 125:3

**biological**
80:17,18 88:9
88:10 125:8
134:14 135:4,7
150:12 161:12
192:15 193:17
193:21 199:9
206:3,6

**biologically**
119:8

**biology** 28:8
110:9

**birth** 59:11
110:8 111:1
113:16 116:21
117:16 133:1,2
133:7,10,17
134:18,18
157:18 165:15
198:15 202:12

**bit** 11:15 12:6
13:15 17:7
95:9 101:4
109:20 131:2
136:13 137:18
143:19 157:5
163:19 174:18
195:12 197:10

**blinded** 23:7
97:16,19

**blocker** 178:9

**blockers** 80:11
80:13 81:10,17
98:20 107:5,12
129:6 150:7
154:21 155:9
155:12 156:5
170:18 172:11
175:3 178:10
178:11,20
179:1

**blow** 128:4,8

**blurring**
173:12

**board** 18:14
32:11 33:1
97:3 100:13

**body** 47:4 87:2
203:9,11

**boe** 1:4

**bone** 59:17
158:20

**book** 14:19
15:2 18:6 52:7

**born** 87:2
114:13

**brain** 147:19
172:12

**break** 9:15,16
9:21 49:12,18
57:21 58:2
109:10,12
143:9 149:11

**breaks** 9:14
49:15

**brianna** 1:4

**brief** 3:14
49:18 58:2
69:20 195:7,15
195:21 196:9
196:11 197:3
197:12,16
198:10,13
200:18 201:12
206:19

**briefly** 92:15
95:1

**bright** 75:8

**bring** 11:2
12:14

**broad** 25:10
88:1 95:7
127:6 163:7

**broader** 75:7

**broadly** 130:10

**brought** 90:20

**bullet** 140:3

**busy** 33:8

**c**

**c** 3:14 195:1
206:20

**ca** 5:6

**call** 10:14
49:15 54:21
64:19 92:9
113:20 140:1

**called** 6:6
54:19 61:12
67:9 80:1 81:2
88:4

**calling** 200:9

**calls** 167:9
184:18

**cancer** 71:5,15
72:3,11,20

**cancers** 72:13

**capacity** 1:10
26:3 43:5 46:1
57:19 67:4

**cardiovascular**
74:12

**care** 31:13 33:9
33:11 36:15
37:1 43:10
59:15 61:17
62:3,7,17 63:2
66:10 67:3
69:9 80:2
81:19 82:20
85:19 88:21
89:17 90:3

93:19 95:3,16
96:16 97:11
101:13,13
108:12 110:15
131:13 132:4
132:18 134:13
142:3 143:3
150:16 151:20
152:9,14
166:17 169:3
170:10 176:11
176:14 183:20
189:13 192:16
**career** 17:15
27:17 28:6,18
29:4 50:9 53:4
57:4 69:3
**careful** 83:16
130:17 140:17
152:2 162:8
166:19 167:19
**caregivers**
111:4
**caring** 52:9
59:13 118:14
144:14 165:2
**carmichael**
176:3
**carolina** 5:13
**carried** 57:10
**carries** 159:2
**carroll** 208:2,4
**carry** 132:13
135:19 158:17
163:14 172:11
194:11,14
**case** 2:3 10:9
12:1 117:6

152:20 153:3,4
153:8,10
182:18 186:13
190:5,8 191:19
192:2 195:15
**cases** 82:18
109:7 111:15
117:9,17,19,20
152:18 174:2
188:20 189:1
189:11 190:16
190:18,19
192:3
**categories**
17:18 32:3
42:3 130:8
**category** 18:4
42:12 50:3
112:20
**catholic** 15:19
40:10
**causal** 72:14
98:7 123:18
140:17 152:6
166:2
**causation**
73:10 95:14,14
151:18 152:1
**causative** 172:3
**cause** 167:17
167:20 169:10
172:13
**caused** 72:4
**causes** 41:12
41:19 42:9
164:17 172:21
**causing** 173:8

**caution** 199:21
**caveat** 112:18
**caveats** 112:11
129:1
**center** 85:11
86:1,4
**centers** 132:3
134:12
**central** 193:7
**cerebri** 173:1
174:2
**certain** 66:5
75:7
**certainly** 9:16
11:9,11 29:2
53:11 61:9
63:15 66:11
74:7 78:10
89:19 90:18
102:9 103:1
114:8 130:19
137:15 141:4
161:21 164:9
164:13 165:18
196:4
**certainty** 113:1
115:11 116:9
117:5 185:18
**certify** 208:4,9
208:13
**cetera** 31:4
42:18
**challenge**
95:20
**challenged**
93:6
**challenges** 53:4

**challenging**
72:14
**change** 102:9
125:11 135:10
139:4,16
**changed** 53:18
124:16 175:10
**changing** 132:1
135:9 203:11
**chapter** 14:19
15:2 52:7
**chapters** 17:3
18:6 31:6
**characteristics**
119:21
**characterizati...**
197:3
**characterize**
105:9 142:8
192:16
**charade** 201:8
202:12
**charleston** 5:13
**check** 49:13
**checklist**
157:11
**chemotherapy**
155:18
**chief** 5:2 79:9
85:9
**child** 71:20
111:4 144:20
150:10 152:20
153:3 183:7
184:12 185:12
194:7 197:13
197:18 201:3,6

| | | | |
|---|---|---|---|
| **child's** 201:8 | 199:17 200:8 | 98:4 103:18,21 | **comfortable** |
| **children** 121:8 | **claimed** 182:4 | 104:11 108:15 | 196:8 |
| 121:15 124:6 | **claims** 182:13 | 159:1 165:21 | **coming** 49:11 |
| 128:12 129:11 | 199:5 202:16 | 180:10 | 68:15 132:3,17 |
| 130:6 131:11 | **clarification** | **clinically** 99:9 | 137:11 159:19 |
| 131:12 135:17 | 17:12 26:17 | 106:17 145:10 | **commencing** |
| 177:21 180:8 | 31:2 90:9 | **clinician** | 2:4 |
| 188:2 192:12 | **clarify** 9:9 | 118:14,17 | **comment** 19:8 |
| 198:5 200:19 | 41:14 65:9 | **clinicians** 57:1 | 25:11 34:9 |
| **children's** 85:3 | 80:4 107:1 | **close** 36:9 40:1 | 153:15 177:16 |
| 85:7 88:18 | 113:13 153:2,6 | **closer** 17:21 | **commentary** |
| **choose** 18:12 | 206:15 | **cmills** 5:14 | 184:6 |
| 56:15 60:13 | **clarifying** | **cochrane** 49:1 | **comments** |
| **chose** 12:15 | 85:21 | 49:3,4,5,6,8 | 22:16 23:4,17 |
| 204:20 | **class** 137:12 | **coercively** | 23:21 35:11 |
| **chosen** 27:10 | **classified** 39:11 | 194:2 | **commission** |
| 35:13 57:15 | **classify** 42:4 | **cohort** 72:17 | 208:21 |
| **christopher** 5:4 | **clear** 57:17 | 141:7 178:10 | **commissioned** |
| 5:10 | 61:5 132:1 | **colleague** 85:21 | 48:7,17,21 |
| **chromosome** | 178:7 190:3,4 | 87:3 137:4 | **commit** 184:13 |
| 119:20 | 196:4,6 202:19 | **colleagues** 41:2 | **commitment** |
| **chromosomes** | **clearly** 64:8 | 43:6 46:2 57:1 | 32:21 |
| 117:4 119:20 | 129:19 167:21 | 62:7 79:5,11 | **common** 18:18 |
| **circumstance** | **climate** 136:18 | 87:12 89:4,16 | 27:1 69:4 73:8 |
| 22:11 | **clinic** 54:14 | 94:11,20 98:11 | 156:3 173:16 |
| **circumstances** | 82:1 85:3,7 | 109:3 152:13 | 180:3 183:13 |
| 25:8 36:18 | 88:17 152:12 | 158:6 187:13 | 198:2 |
| 75:7 76:16 | **clinical** 31:17 | 199:21 | **commonly** |
| 78:2 143:4 | 32:4 34:13 | **college** 60:6,7 | 172:20 |
| 167:3 | 37:4,10 39:13 | 60:12 | **communities** |
| **citation** 31:17 | 40:16 41:16,17 | **come** 15:5 30:5 | 50:19 |
| **cite** 121:14 | 41:21 42:1,3 | 33:6 53:6 58:3 | **community** |
| **cited** 38:4 | 42:21 43:2,7 | 61:7 68:13 | 37:6 50:12 |
| 168:9 181:3,5 | 45:19 46:7,9 | 82:1 107:8 | 77:10 78:6,9 |
| **citing** 197:17 | 46:13 57:6,8 | 128:13 143:10 | 94:14 187:18 |
| **civil** 4:6,16 | 57:10,14,18 | 149:11 | **comorbidities** |
| **claim** 96:7 | 60:18 73:3 | **comes** 51:10 | 102:15 107:17 |
| 175:10 184:2 | 76:14,20 98:2 | 149:7 166:19 | 108:2,5 164:20 |

165:21 166:5 168:2 171:16 171:21 175:18 176:21 187:20

**comparator** 134:10

**compare** 182:16

**comparing** 101:13

**comparison** 181:14

**compelling** 182:17

**competency** 193:19

**compiled** 24:9 189:2

**complaint** 149:8

**complete** 14:10 36:5 118:4 186:20 189:8

**completed** 60:12 141:10 142:8 185:1,8

**completely** 36:3 193:8

**complex** 60:8 82:18 168:5

**compliance** 4:7 5:2

**complication** 172:18 173:6

**comply** 63:13

**component** 159:21 162:1 166:11 193:7

**components** 165:9 194:17

**comprehensive** 63:11

**comprised** 90:16

**compromising** 145:7

**computer** 12:18

**concept** 79:2 147:20 160:20 162:12 186:8

**conception** 110:9 117:10 117:13,17,20 117:21

**concern** 93:3 96:4 152:5 153:21 206:4

**concerning** 145:18

**concerns** 35:2 35:21 71:18 175:6

**concisely** 36:3

**conclude** 178:3

**concluded** 207:16

**conclusion** 72:14 86:11,15 92:10 105:14 106:17,18 122:4 134:1 166:15 168:6

**conclusions** 24:18 91:15 139:5,8,16

140:18 182:9 182:19 204:2

**condition** 28:10 29:20 37:2 43:17 67:12,20 73:12 73:18 78:8 79:18 80:5 83:19 89:6,8 117:2 119:18 125:2 142:17 144:13 145:1 155:11 158:9 159:7 161:10 164:11 165:17 168:13 174:11 180:7,15 203:8

**conditions** 60:21 61:4,6 64:5 108:7 112:13 115:1 129:17 162:9 163:3 180:2,17

**conduct** 52:20 93:1,16 100:8 103:18

**conducted** 18:16,18 39:8 40:15 41:17 42:2 47:4,19 55:4 77:18 94:4 95:6 108:20 183:15

**conducting** 41:4 43:7 46:3 93:17 103:21 105:11 180:10

**conference** 62:18

**conferences** 56:3 62:16

**confidence** 116:11

**confidential** 11:19 22:18

**confirm** 13:18 45:5 145:13 164:4

**conflict** 53:16

**conflicting** 130:9

**conform** 111:3

**confounder** 96:6

**confusing** 16:1

**congenital** 116:20

**consensus** 146:19

**consent** 106:2 185:20 186:1,5 186:18 187:5,8 187:12,16,21

**consenting** 105:20

**consider** 23:2 29:21 60:15 64:6 106:11 115:12,19 126:21 127:4 133:14 135:11 137:8 149:5 161:9 185:20 196:18,18

**consideration**
73:14 85:14
129:21 147:7
148:6 160:7
163:8 171:2
**considerations**
102:8 104:21
120:6
**considered**
19:2 34:20
38:14 40:3
47:6,14 51:2
54:16 127:1
130:5 169:18
169:19 179:7
**considering**
198:18
**considers**
132:14
**constantly**   38:6
**constellation**
168:3
**constitution**
203:9
**constraints**
57:9
**contagion**
137:3
**contained**   34:1
**content**   26:14
**contentious**
21:20
**contents**   16:3
**context**   23:18
61:16 63:21
66:8 76:20
95:21 108:15
114:11 146:5

155:14 200:12
202:7 203:21
**continue**   53:14
82:17 102:15
111:6 128:15
143:15 149:20
156:13 196:17
196:17
**continued**   91:5
119:16 178:17
196:16 202:13
205:7
**continuing**
146:8 205:14
**contrary**   200:4
201:1
**contrast**   28:17
47:11 151:2
**contribute**
82:17
**contributed**
63:17 65:10
**contributing**
107:17 130:15
157:8 165:3
167:10 168:6
**contributors**
165:7
**control**   39:18
40:17,20 72:5
73:9 76:2,12
93:18 96:18,19
100:11
**controlled**   97:2
**controlling**
178:2
**controls**   100:10

**controversial**
53:16 90:5
177:18
**convene**   90:12
**convened**   92:4
**convenience**
140:5
**conversation**
69:20,21 70:1
71:3 76:5,10
76:17 90:2
91:2 92:11,19
93:6,14 94:19
95:21 113:5
120:5 129:11
132:16 133:12
137:19 169:15
187:1,3,15
194:5 199:16
201:18 202:6
202:15 205:6
205:15
**conversations**
76:16 89:19,20
91:4,17,20
92:1,16 161:19
185:15 188:1
**converse**
184:12 185:2
**convey**   81:13
202:1
**convinced**   92:8
181:19
**coordination**
4:7 5:2
**coping**   192:14
**copy**   11:4 12:4
12:9 14:3 16:8

16:10 207:10
207:12
**correct**   7:6,16
7:20 8:15
10:10,18 11:1
11:8,20 14:7
15:4 16:17,19
17:1,4,5 20:4,5
27:20 29:17
31:16,19 32:6
32:7 35:17
38:21,21 40:3
41:10 42:18
45:7 46:21
48:20 49:9
55:16 56:17
57:20 58:11,12
59:4,7 66:17
66:18 67:14,15
81:20 98:16
104:4 110:16
110:17 111:15
112:7 119:6
124:3,4 127:17
138:4 139:6,10
142:10 145:15
145:20 146:7
146:17 147:16
173:18 175:3
179:1 180:4
181:6 182:3
188:16 189:13
189:14,18
198:8
**correction**
139:1,7
**corrections**
139:3

Paul Hruz

March 29, 2024

**correctly** 39:21 83:4 98:17 99:1 101:20 110:10 111:12 111:17 112:1 117:6,12 119:5 121:12 131:14 131:15 135:2 142:9 146:2,16 150:13 198:6 201:9

**correlate** 162:7

**corresponding** 150:12

**corresponds** 189:17

**cost** 180:9

**coty** 5:1

**counsel** 149:15 207:4 208:8,13 208:14

**counting** 30:21

**countries** 77:2 77:4,14,18,20 170:20

**county** 208:2,4

**couple** 22:15 36:17 85:4 98:13 112:10 113:19 128:11 132:20 135:10 179:10 181:1 197:2

**course** 53:12 60:19 61:11 62:3 68:3 153:1 187:3,14

**court** 1:1 5:18 8:11,18 109:7 125:18 141:19 152:18

**cover** 54:12 65:2,2

**covered** 168:15

**covers** 54:1

**craft** 98:4

**creates** 199:15

**credence** 168:5

**criteria** 47:5 157:6 187:11

**critical** 41:1 91:11 94:5

**critically** 42:16 65:10 203:3,19

**criticism** 23:18 25:2 179:5

**criticisms** 177:10

**critique** 181:3 181:4,20

**critiques** 140:1

**cross** 76:11 80:11 81:10,17 98:21 100:4 107:5,13 128:17 129:6 129:21 150:7 151:1,13 156:16,19 178:18 179:5

**cs6622046** 1:21

**cstoll** 5:7

**curious** 65:14 181:10 183:8

**current** 103:9 111:7 114:3 149:10 169:4

**currently** 22:11 28:15 37:13 53:6 59:5 66:14 102:13 107:21 124:18 125:7 130:19 167:14 181:19 204:21 205:1

**cut** 49:2

**cutoff** 60:3

**cv** 1:6 14:2,3,9 14:21 15:3,9 16:6,10,13 17:18 18:1 28:2 30:7,16 32:8 33:11 36:8 37:4 38:17 43:12 49:10,20 50:8 52:8 54:3 55:7 56:5,11,13 59:2 64:9 168:9 188:10 188:13 189:2,6 189:7,20

**cwb** 1:6

---

**d**

**d** 3:1

**dakota** 191:21

**damage** 155:18

**data** 19:8 25:13 26:16,18 35:3 42:16 46:14

47:8 71:17 72:15,16 77:11 77:14 78:4,5,8 92:7 96:5 99:3 101:15 102:18 103:13 104:5 105:4,17 121:18,19 122:17 123:20 125:1 134:3 136:6,21 137:9 138:9 139:17 140:11,16 146:14 148:16 151:9,12 159:21 167:9 168:5,8 180:13 180:16 181:15 182:1,14,16 184:15,16,18 185:2,7 200:5

**date** 14:11 28:14 30:15 195:9

**dated** 14:6

**day** 196:17 208:17

**days** 68:11

**dc** 4:9,19

**de** 89:12 174:21 175:1 176:1,10,16

**deal** 30:17 189:12,16 190:1,16

**dealing** 83:14

**deals** 201:19

decade  79:3
132:19 199:3
205:7
decades  17:15
28:5 30:1
53:21 71:11
72:18 103:20
134:6 135:10
decided  27:7
decision  22:2
34:8 36:18
71:19 73:3
75:1,4 102:10
120:14 145:7
148:12 167:13
186:6
decisions  20:13
20:14 50:10
75:2 103:7
119:1 131:13
declaration
10:7 11:4 64:9
91:18 166:8
defective  203:8
defendants
1:11 5:15
207:15
defense  1:15
defer  111:7
114:3
deficiencies
38:19 39:4
deficiency
70:13
deficient  169:9
define  18:7
83:8 127:10

defined  113:9
definitely  8:21
9:19 30:6
107:20 131:6
139:14
definition
160:16
definitive
86:15 110:20
119:12 120:11
139:13 163:4
degree  26:7
38:7 64:12
71:8 73:20
76:20 107:16
115:10 116:7
116:10 123:7
163:10 167:12
delay  48:14
delayed  115:8
149:3
delaying
152:10 154:12
deliver  88:5
delivering
183:20
delusion  201:6
201:13,16
demographic
124:15 125:8
134:6 135:21
demographics
132:1
demonstrate
105:12 123:1
151:19
demonstrates
73:10

demonstrating
73:17
density  158:20
department
4:5,15 54:7,8
55:2,3
depend  60:4
dependent  75:9
depending
19:21 69:17
74:16
depends  29:21
55:2 73:12
76:6 88:11
97:17 145:3
deponent  6:3
deposed  7:5
8:9
deposition  1:14
2:1,2 3:2 6:3
10:5,13,16
13:8 125:19
195:1 207:16
depression
62:21 166:1
171:13
deprioritized
170:6
depth  66:5,12
169:18
deputy  5:2
der  177:9
describe  15:14
described
164:8 168:8
description
3:11

design  40:19
41:12 94:2
95:2,13,17
98:2,3,15 99:1
99:14 103:12
designated
188:20
designed  23:10
40:13 48:19
175:5
designing
98:10
desire  76:9
109:12 157:11
205:14
desired  158:13
165:19
desires  51:13
78:18 119:4,7
detail  90:13
151:4 181:17
194:18
detailed  79:7
details  10:15
detected
173:10
determinant
135:4 147:9
determinants
135:8
determination
111:20 114:10
117:5 118:16
120:3
determinative
168:2 206:2
determine  20:6
115:7 158:3

186:17 187:12
**determined**
110:9 111:9
114:5 117:16
118:3 166:3
**detrimental**
86:12
**develop** 85:2
**developed**
153:12
**developing**
150:11
**development**
52:11,14 53:20
59:19 82:16
83:11 84:2,6
84:10,13
110:16 111:2
111:16 112:6
113:5,9 117:18
144:8,19,21
147:7 150:9
154:17 178:5,7
193:6,17 201:2
**developmental**
118:3,9 164:19
192:14 193:8
193:14,15
194:3
**developments**
11:12
**deviations**
144:7
**devoted** 28:12
**diabetes** 21:2,3
22:9 28:9
37:20 55:14
59:15 62:17

69:9 78:11
79:21
**diagnosed** 62:5
80:20 145:13
156:1
**diagnoses** 42:3
61:13 66:6,14
67:6
**diagnosis** 40:14
42:2 43:19
44:11,21 45:2
45:7,14 61:20
62:1 66:1,17
66:21 67:7
68:2 81:3,6,18
115:4 152:11
153:5 154:12
155:1,13 156:3
156:10,18
157:2,5,6
161:20 162:3
162:15
**diagnostic**
64:14
**dialogue** 38:5
91:10 94:12
103:9
**difference**
120:9 136:16
177:13
**differences**
76:11 130:1
178:1,3,5
**different** 21:5
23:21,21 27:10
27:13 40:5
48:6 52:4
78:16 95:8

96:21 98:15,18
103:6 105:19
107:10 125:13
127:13 129:19
130:8,14
133:20 134:5
141:3 142:19
155:21 176:2
177:12 179:6
189:5 202:8
**differentiation**
113:18 116:17
118:4,10
**differently**
201:15
**differing**
167:11
**differs** 202:11
**difficult** 11:16
75:2 91:16
96:1 177:20
**difficulties**
83:1 144:10
171:20 199:16
**dimensions**
115:19
**direct** 57:14
64:1 104:21
169:14
**directed** 100:1
202:15,18
203:4,10 205:8
**directing**
169:14
**directly** 41:5
43:2,21 57:5,7
64:4 106:20
123:2 183:11

202:9
**director** 84:18
**disability** 4:17
**disciplines**
108:21 127:2
**discomfort**
154:7,17
**disconnect**
203:13
**discontinue**
173:7
**discontinued**
178:12
**discordant**
36:16 43:4
66:11 84:11
88:8 113:14
121:11,21
122:9 135:5
141:8 154:6
190:14 192:13
199:11 205:13
206:9
**discovered**
66:19
**discovery** 28:9
**discretion**
21:14
**discrimination**
31:15 33:13
**discuss** 11:15
53:9 67:13
68:4,19 76:4
79:12 90:12
100:21 151:3
160:20
**discussed**
10:11 29:5

34:3 42:13
54:11 63:16
64:1 67:17
68:8 69:11
77:9 87:5,7
88:18 126:17
127:18 138:3,9
142:2 145:12
151:3 160:6
168:14 191:10
194:18
**discusses**
110:14 164:3
**discussing**
44:12 63:11
67:16,19 79:5
98:3 154:14
158:7 186:10
**discussion** 30:6
36:13 44:2
48:8 52:12
64:3 67:2 69:5
70:15,19 71:15
73:20 82:18
90:5,15 92:5,6
101:14 106:4
112:11 115:20
117:18 120:17
124:5 127:9
179:10 187:18
191:1
**discussions**
42:4 69:7 89:3
89:16 123:10
169:16 187:4,6
196:19
**disease** 21:1
60:8 61:11

74:12 79:21
**diseases** 42:5
59:11 60:1
133:20 193:12
**disk** 173:12
**dismiss** 74:15
137:9 140:16
184:7
**dismissed**
136:21
**disorder** 45:13
45:14 52:14
63:1 80:6 84:1
111:2,8,15
113:17 114:4
166:1 171:13
**disorders**
52:10 53:19
59:14,16,19
62:21 64:15
66:20 82:15
83:10 84:5,10
84:12 110:15
112:5 113:5,8
117:17 171:13
175:3
**disproportio...**
134:4,8,9,19
**disprove** 95:14
**disputed**
132:16
**disrupt** 163:13
**distinct** 125:13
130:5
**distinction**
124:6
**distinctly** 93:5

**distinguishing**
42:20 184:20
**distorted**
112:19
**distortion**
113:3
**distraught**
153:20
**distress** 161:14
161:19 201:7
202:18 203:4
**distributed**
133:16
**district** 1:1,1
**diverse** 31:14
33:12
**divided** 129:11
**division** 1:2 4:6
4:16 79:9
84:18 85:10
**doctor** 6:11
13:18 14:7
16:18 18:7
30:9,12 31:12
32:1 39:1,3
47:1 50:2 58:1
58:5,8 82:10
82:11 83:4
84:16 91:21
92:2,3,17,19
101:7 102:6
106:5 109:10
109:19 110:3
113:21 120:20
120:21 121:12
124:5 126:2
128:7 137:4,18
137:19,21

138:1,3,20
139:12,21
140:6 141:21
143:10 145:20
146:16 149:14
149:20 150:1,3
150:13 163:19
164:21 168:20
172:7 181:1
183:1 185:19
188:11,16
192:9 195:4
197:7 198:6
200:16 201:9
204:15 206:16
207:1
**doctor's** 188:13
**document** 13:5
14:2,19 17:11
56:11 120:21
125:16,17
131:6 181:18
195:4 196:6,21
198:19 200:12
202:3,9 203:20
204:1,13
206:16,17,19
**documented**
151:14
**documents**
12:14
**doing** 6:13
32:20 49:13
109:20 118:17
138:18 188:5
**door** 93:13
**doubt** 69:19

**dozen** 7:9
151:5
**dozens** 51:7
**dr** 3:12
**draft** 26:9 27:6
36:1
**draw** 78:17
105:13,18
130:18 161:6
**drug** 28:9 74:9
180:11
**drugs** 77:19
**dsd** 82:16
114:3,10,13
115:15 117:8
**dsds** 113:20,21
116:5
**dsm** 64:19 65:1
65:3,4,8,15
66:6 157:11
161:20
**due** 57:9 96:14
**duly** 6:7 208:7
**dutch** 89:11
90:6 176:1
**dysgenesis**
119:19
**dyslipidemia**
79:21
**dysphoria**
22:14 27:15,19
28:1,13,17
29:5,16 30:18
38:20 39:6
40:14 41:13,20
42:2,9 43:15
43:19 44:11
45:7,21 46:8

47:21 52:3,6
52:17 53:17
55:5,13,18,21
56:3 57:4,19
59:18 63:7,10
63:16 67:8
77:3 79:2,18
79:20 80:19,21
81:3,9,18 85:1
89:18 99:9
101:17 103:17
104:3 107:2
108:3,8 123:17
124:7,7,8,11
128:16 129:10
129:12,13
130:6 131:10
133:2,15
135:15 152:11
153:6,12 154:2
154:13,18
155:1,10,13
156:1,4,18
157:17 160:9
161:9 162:3,13
162:16 164:18
166:10 167:18
169:2 171:15
172:16 174:16
175:7 176:9
185:12 190:2
192:12 193:9
198:10,12,14
201:13
**dysphoric**
121:8 150:6
183:7 198:4
201:3

# e

**e** 3:1
**earlier** 29:15
77:2 91:20
127:9 131:21
135:19 146:20
147:4 151:3
158:7 160:6
161:20 164:5
190:19 194:5,9
194:18
**early** 28:6
59:11 60:2,10
79:4 144:1,3,8
144:16 178:11
195:9 199:2
**easier** 33:7
**easily** 95:9
**east** 5:12
**eastern** 143:11
**easy** 75:1
**eating** 62:21
66:19 166:1
171:13
**edition** 64:16
**editor** 18:11,21
18:21 19:18
21:9,10,14,21
24:3,5,8,13,16
24:19 25:6,9
25:12,16,18
26:6 32:11,12
32:12 33:1,6,7
33:20 34:4,7
34:11 35:6,9
35:14,20 36:10

**editorial** 14:16
18:11,14 20:15
32:2,3,5,9,11
32:21 127:16
127:20 203:6
**editorially**
127:12
**editors** 19:1
**edits** 22:17
**educate** 76:19
**education** 33:9
57:12 63:3
65:18 76:6
**effect** 74:14
75:21 106:16
174:9
**effectiveness**
145:19 146:5
**effects** 70:20
147:9 162:17
**efficacious**
99:7
**efficacy** 69:12
73:5,8,18
74:20 75:1
95:3 97:2,9
99:21 102:13
102:21 166:11
**efforts** 85:2,6
**eight** 17:3 31:8
144:2
**either** 19:5
45:13 56:10
74:19 80:10
81:9,17
**elaborate** 29:1
61:2 87:18
134:21 136:12

electronically
12:17
elevated  117:3
email  12:15,21
emerge  89:14
emerging  69:9
103:9 134:3
emphasis  28:20
employee
208:14
encompasses
59:10
encounter
61:13 65:18
81:4 174:13
encountered
79:1,19 81:21
87:2 89:7
encourage
201:2
encouraged
194:3 197:15
197:18,19
encouraging
198:13
endocrine  45:9
55:1 59:3,6
61:17 67:5,12
77:15 87:10
158:6 193:12
endocrinolog...
29:10 44:15,16
58:19 59:9
60:14,20 61:15
64:10 67:11
85:19 86:7
88:3,4,13
127:3 162:20

164:11 190:7
endocrinolog...
29:6 45:3
59:12 66:9
86:8 144:14
endocrinology
31:17 32:4,16
34:13 37:5,8
37:10,19 38:10
38:11,14 44:18
54:1 55:15
58:15 60:16
79:9 84:19
148:5
engage  80:1
88:14 103:2
114:15
engaged  91:5
152:13
engagement
86:13
engages  102:16
119:15
enormous
57:14
enroll  102:10
enrolled  94:18
176:18
enrolling
101:18 102:3
103:19 105:7
enrollment
101:12 103:15
ensure  99:5
100:12 101:1
enter  94:12
enterprise
37:16

entire  37:15
54:12 65:1
69:2 140:15
141:7 200:11
205:6
entirely  198:18
entirety  196:13
198:19
entitled  2:3
38:18
entry  79:7
environmental
171:11
equal  132:13
134:17 135:19
194:15
equally  133:15
equated  200:10
202:5
equipoise
106:6
equipped  188:2
erroneous
134:1
erroneously
97:15
error  106:14
112:13
errors  20:4
especially  9:6
94:14 178:15
esquire  4:3,13
5:1,4,10
essentially
48:11
establish  85:6
95:14 152:6

established
47:5 94:16
102:20 166:9
187:10
estrogen  80:17
88:9
et  1:4,10 31:4
42:18
ethical  95:2
ethically  93:1
93:16,17
100:21
ethics  39:14,16
39:17 40:2
52:19 53:7,9
53:13 187:14
187:18 188:7
etiologies  165:3
165:4
etiology  83:15
85:1 111:8
114:4,14 115:7
117:2,5 119:11
119:15 129:17
130:17 137:14
168:11,13
europe  99:19
99:20 170:3,9
european
77:15,17 94:14
170:20
evaluate  203:3
evaluates  42:16
evaluating
114:12
evaluation
163:1

eventually
  128:13
everybody
  143:12 148:19
  195:12
evidence  38:19
  39:5 47:20
  51:14 69:12
  70:5 71:8
  73:21 75:5,20
  86:5,12 93:7
  97:8 102:14
  103:8 105:14
  111:20 122:7
  128:16,20
  130:13,19
  161:5 163:16
  166:10 167:15
  167:21 171:1
  183:18 184:10
  185:6
evolved  53:20
exact  36:18
  122:18 180:7
exactly  30:10
  34:9 85:17
  87:13 184:8
  186:5 202:2
exam  173:11
examination
  3:5 6:10 208:9
examined
  208:8
examines
  122:13
examining
  45:20

example  15:6
  20:3 21:1,19
  37:18 40:16
  47:12 50:15
  51:10 53:8
  54:8 55:12
  62:1,16,20
  66:19 70:7
  74:9 77:17
  78:7,10 81:15
  89:12 95:12
  99:3 116:19
  117:8 118:5
  119:17 135:21
  139:15 145:5
  161:9,19
  170:14 171:12
  187:8 201:14
examples  15:14
  25:5 51:3 53:6
  100:16 103:3
  155:4
excellent  10:3
excluded
  176:20
exclusively
  176:20
exhibit  3:12,13
  3:14 13:7,8
  125:17,19
  194:21 195:1
  206:12,15,18
  206:20
exhibits  3:11
  12:7 206:21
exist  102:15
  183:21

existed  132:5
existing  84:20
  88:20 96:5
  97:8 102:14
  108:5 167:8
exists  107:14
  118:8
expand  136:1
expanded
  37:14
expansive
  47:17
expect  134:17
expectation
  101:18 102:3
  105:7 132:21
expected  26:20
  149:4 186:7,10
experience
  52:9 93:12
  104:21 113:14
  115:14 121:20
  122:8 142:7
  144:8 161:16
  162:4 173:19
  200:20 203:2
  205:2,12
experiences
  129:4 147:5
  178:6
experiencing
  107:19 141:8
  171:21 201:13
  201:20 206:10
experimental
  94:18 100:6
  170:18

experiments
  26:16
expert  1:15
  10:8 11:6 12:5
  13:6 19:19
  35:4 54:18
  93:10 188:20
  189:6 190:4,11
expertise  19:21
  52:5 82:21
experts  19:2
  39:15
expires  208:21
explain  114:9
  132:8 135:7,12
  143:20 185:19
  186:7,8
explanation
  22:4 132:11
  141:1 155:3
explicitly  103:5
exploratory
  164:16,20
  165:13 166:14
  166:15 167:16
  168:19 169:1,7
  169:12 170:5,7
  171:6,9
explore  164:17
exponentially
  37:14
expose  194:13
exposed  94:17
  113:7 158:16
  174:12,15
exposing
  191:14

**exposure** 72:10
72:19
**expressing**
125:8
**expression**
84:8 153:12
162:6
**extend** 57:18
198:9,11
**extends** 23:3
**extensive** 53:5
69:21 103:17
**extensively**
84:20 127:12
**extent** 22:4
36:2 44:20
161:17 166:5
**external** 19:5
19:15 112:3
119:3
**extremely**
26:21

**f**

**facilitates** 21:7
**facing** 161:18
**fact** 35:21
37:21 46:10
74:15 90:16
92:21 116:2,14
136:15 141:5
142:16 143:5
157:10 159:4
184:20
**factor** 147:14
162:3 206:2
**factors** 73:20
74:8,11,16

118:8 119:1
130:15 154:5
157:8 158:21
159:16 165:10
165:12 167:11
171:10 203:13
203:15
**factual** 19:8
20:13
**faculty** 58:18
85:10
**fail** 160:16
**failed** 160:17
**failure** 142:3
183:6 185:11
**fair** 9:4 13:1
19:15 21:20
25:15 37:9
40:4 41:8
45:11 46:8
60:17 64:7
67:10 74:5
112:4 130:4
138:21 162:2
177:10
**fairly** 53:5 62:8
75:1 112:15
**fall** 42:11 200:1
**false** 94:3
102:6 106:5
201:4
**falsely** 96:17
**familiar** 64:14
64:17
**family** 120:5
185:3
**far** 16:2 84:7
86:1 91:7 99:4

106:6 112:14
125:12 136:17
151:15 157:2
159:15 162:5
171:19 188:7
194:15
**favor** 159:3
198:13
**fda** 179:16,19
**feasible** 97:21
**federal** 4:7 5:2
**feedback**
163:19 187:1
**feel** 24:19 78:8
136:11
**fellows** 57:12
**fellowship**
58:16
**felt** 36:20 196:8
**female** 80:17
88:10 116:20
133:1,16 134:4
134:8,18 135:9
199:8 206:7
**females** 125:3,8
132:9 134:14
136:17 137:11
144:2,10 145:5
**fertility** 114:17
158:20
**fewer** 191:2
**field** 18:15 19:3
21:3,20 22:9
23:17 32:16
37:8 38:1,9
40:5 44:17
51:2 54:12,19
63:20 82:19

83:10 127:2
147:2,10
**fifth** 64:16
**figure** 12:20
**filed** 10:8 195:8
195:16 196:1
**filled** 141:10
**final** 70:14
145:7 149:4
**find** 39:17 85:5
138:10 139:8
170:12 175:1
188:8
**finding** 94:13
**fine** 13:2 64:20
149:13
**finish** 9:1,1,2
9:20 30:6
49:17
**first** 7:5 17:13
18:10 28:14,17
29:3 69:1 79:1
79:13 85:5,14
87:1 90:4
114:2,12,21
120:10 131:3
131:16 133:5
140:3 143:17
150:5 152:16
155:13 161:8
164:20 171:16
172:10 173:7
189:19 197:8
208:7
**firsthand** 89:6
185:10
**fit** 20:15,17

five  109:13
204:5
flawed  175:8
fletcher  4:13
flipping  138:19
flourishing
115:14
focus  20:7 28:1
37:17 44:18
63:7 97:5
164:7 205:14
focused  43:21
44:10,16 45:6
66:7 67:5
focusing
202:19
folks  204:6
follow  60:5,7
60:11 98:13
114:7 122:17
142:16,17
143:5 158:19
followed  60:9
113:11 121:21
122:8 125:5
following
90:14 126:11
155:7 179:2
follows  6:8
footnote  181:9
182:7
footnotes
138:12
foremost  115:1
formal  47:10
61:21 62:11
63:4 66:1 67:7
81:3

formally  66:16
format  46:16
formed  113:15
116:9 192:21
forms  145:9
forth  17:7
138:19
forward  27:7
49:14 130:7
132:17 137:3
143:13 184:7
190:9 191:5
found  146:14
184:6 202:20
founding  82:15
four  131:1
frame  10:19
175:13
framed  139:9
framing  53:8
france  71:7
franciscan
15:20
francisco  5:6
frequently  23:7
24:7,17 26:11
27:10 51:16
61:14 62:8
69:1 77:15,16
77:19 171:12
friday  1:16 2:3
54:10
front  16:17
128:2 153:9
200:5
full  128:11
187:16

fully  83:18
96:2 99:15
function  83:18
120:8 178:16
functioning
113:15 115:14
116:9 162:18
163:13 176:19
192:21 194:16
fundamentally
175:8
funding  105:4
further  100:15
208:9,13
future  72:11

**g**

gain  66:1
gained  29:7
gather  203:18
gender  22:13
27:14,19 28:1
28:13,16 29:4
29:16 30:18
31:14 33:12
36:16 38:20
39:5 40:14
41:12,19 42:2
42:9 43:4,9,15
43:19 44:11
45:7,13,14,20
45:21 46:7,8
47:21 52:2,3,6
52:17 53:17
55:5,13,18,21
56:2 57:4,18
59:18 63:7,10
63:16 66:11

67:8 77:3 79:2
79:18,20 80:5
80:18,21 81:3
81:8,18 83:1,2
83:9,21 84:7
84:11 85:1
87:5 88:17,21
89:17,18 93:19
95:3,16 99:9
101:14 103:17
104:3 108:3,7
108:13 113:14
121:8,11,16,21
122:10 123:17
124:6,7,8,11
125:7,9 128:12
128:13,16,17
129:10,12,13
130:6 131:9
133:2,15
134:12,14
135:5,15 141:8
142:5 150:6,10
150:11,16,17
151:1,6,20,21
152:9,11 153:6
153:12 154:2,6
154:13,18
155:1,10,13
156:1,4,5,18
156:20 157:16
157:17 158:10
160:2,9 161:9
161:13 162:3,5
162:6,7,11,13
162:19 166:9
166:16 167:18
169:2,3 170:9

171:14 172:16
174:15 176:9
176:11,14
183:7 185:12
189:1,12,18
190:2,14
192:12,13,16
193:9 198:4,10
198:12,14
199:6,14,17
200:10,20
201:3,13,21
202:5,11 205:3
205:13 206:1,9
**general**  1:10
10:19 15:13
23:14 37:18
54:4,15 57:3
65:14 67:11
98:1 110:19
168:10 169:5
173:21 196:7
**generalized**
130:18
**generally**  16:3
19:10,16,17
22:19 33:2
50:13,20 52:19
54:16 55:10
56:12,18 60:5
60:5 74:4,7
76:5,17 88:13
93:9 97:11
99:10 105:17
107:6 111:13
131:20 142:14
143:2 145:2
156:9,17

**generate**
129:16
**generated**
142:18 151:8
**generating**
137:9 140:19
**generation**
143:7
**genetics**  135:10
165:15
**genitalia**  112:3
112:21 119:3
**getting**  10:11
134:19 155:13
180:13 181:7
187:8
**give**  14:15 16:2
19:10 24:5
30:20 31:2
53:8,11 54:17
57:21 70:7
74:9 78:7,10
128:2 155:15
187:20
**given**  15:8,17
24:10 25:3
34:17 46:9
51:15,16,17
52:4 83:19
103:5 127:10
129:5,6 145:11
150:6 155:6,19
155:20 156:4,9
169:17 188:5
191:16
**giving**  180:6
**gloucester**  3:14
206:19

**glucose**  59:14
**gnhra**  80:10
**gnrh**  80:12
88:6 100:3
129:21 144:19
145:11,19,20
147:6 148:20
155:6,15,19,20
174:4,5,7,15
178:8,17
**go**  7:3 13:11,13
15:9 17:8 28:2
30:8 69:18
70:1 72:8
84:14 88:19
101:5 109:17
109:19 110:1
110:13 120:18
131:1,2 132:6
136:1,19
137:17,20
139:19 141:16
141:16,17
143:16 145:16
146:10,11
149:16,18
156:13 158:17
162:14 168:18
172:4 177:14
178:12 180:21
186:6 188:10
188:12,14
189:9,10 192:5
192:6 194:21
197:5,8 201:8
204:14 206:13
**goal**  48:11
71:21 101:16

114:12 115:12
158:14 159:11
**goals**  91:7
139:8 140:13
160:18
**goes**  15:11
197:16
**going**  6:20 7:2
8:3,11 13:4,6
13:15 14:1
17:6 20:5,9
23:15 27:5
30:7 31:5
32:19 33:3
36:8 38:6,16
38:17 47:6,7
48:9 49:15,21
58:8 67:10
71:20 74:12
78:13 82:7,11
88:16 99:18
105:10,13
109:8,11,19
110:1 114:15
114:16,20
116:6 120:16
125:15,17
129:7 131:3
140:12,14
141:14,18
142:17 143:6
143:12,15
145:5 147:9
148:21 149:20
153:8,14,14
163:18 164:1,2
166:18 168:18
170:15 171:21

172:4,6 174:9
177:5 178:20
180:14 188:10
188:14 194:20
196:19 202:12
203:14 204:4,7
**gonad** 147:19
**gonadal** 119:19
193:18
**gonadectomy**
142:2 178:15
**gonads** 119:21
155:19
**good** 6:11,13
7:4 9:12 10:1,2
11:5 50:6 58:4
95:12 109:14
149:9,21 159:8
198:1
**graduate** 60:6
**grammatical**
20:3
**grand** 54:5,5,6
54:17 55:1,2,4
55:13 56:1
**grant** 105:3
**great** 6:14,17
8:8 11:2 12:4
14:1,8 15:5
16:5,12 17:1,6
22:15 31:9
49:17 57:21
64:21 116:19
123:4,5 128:6
181:17
**greater** 116:10
145:4 174:12
194:18

**ground** 7:3 8:8
**group** 39:18
49:4 54:20
92:4 96:19
100:21 175:16
176:19 178:9
178:19,21
**groups** 15:18
50:16 51:15,16
51:20 137:10
179:6
**grow** 192:13
**growth** 59:16
70:11,13,16,20
71:6,11,21
72:10,19 144:9
172:21 173:16
174:6
**guaranteed**
120:7
**guardians**
131:12
**guess** 12:5
13:11 99:10
117:14 123:18
134:18 155:14
156:2
**guidance** 24:21
25:14
**guide** 198:1

**h**

**h** 6:6
**half** 67:1
**hand** 35:10
67:6 69:18
136:6 190:8
191:8 203:17

208:17
**handful** 69:7
174:6
**handle** 12:13
26:3
**handled** 25:12
**happen** 14:3
181:12 187:5
205:17
**happened**
11:12 34:9
69:2 184:8
**happening**
144:15
**happens** 62:8
68:21 147:17
157:2
**happy** 11:15
28:2 90:15
109:12 143:3
161:7
**headaches**
172:13 173:11
**health** 60:21
61:6,10,13,14
61:20 62:4,14
63:12 64:7
66:2,17 104:12
107:18 115:13
115:19 160:15
160:16 194:16
**healthcare**
64:11 81:8
107:6,7 185:11
**hear** 49:2
163:19,21
**heard** 8:10 9:7
9:11 49:3

68:17 85:14
98:17 136:16
154:10 183:12
**heavily** 161:15
**height** 70:14
145:7
**held** 54:10 58:6
109:16 149:17
204:10
**help** 25:1 61:16
62:20 63:1
111:4 116:16
131:11 135:17
147:21 201:5
202:21 203:14
205:15
**helped** 6:19
**helpful** 12:6
22:3 28:2 31:4
70:7,9 131:18
140:21 202:20
**hesitating**
185:14
**hi** 9:18
**high** 75:17
140:8
**higher** 26:6
71:17 73:16,16
75:1 163:15
176:19
**highest** 38:7
167:2
**highly** 90:5
**historical**
125:1
**historically**
124:18

Paul Hruz                                    March 29, 2024

**history**  26:8
   151:9 159:17
   161:4
**hoc**  32:2,5,9,17
   32:20
**hon**  1:10
**honing**  18:3
**hope**  149:21
   178:7
**hopefully**
   128:3
**hopping**  17:7
   192:6
**hormonal**
   100:3 158:16
   162:21 164:12
   171:4 191:15
**hormone**  59:10
   59:21 70:11,13
   70:16,20 71:6
   71:11,21 72:11
   72:20 117:3
   153:13 172:21
   173:17 174:6
**hormones**
   45:20 46:7
   80:11 81:10,17
   88:8 98:21
   100:4 107:5,13
   129:7 150:8
   151:1,14
   156:17,19
   178:18
**hospital**  63:15
   85:3
**host**  163:14
**hour**  9:15
   49:11 67:1

109:9 143:9
   149:11,12,16
   204:5
**hours**  98:3,3
**housekeeping**
   206:11
**hruz**  1:14 2:1,2
   3:2 6:12,16
   13:8,18 30:9
   31:12 58:1,8
   125:19 126:2
   195:1 207:1
**hruz's**  3:12
   82:10 137:18
   137:21 150:2
   206:16
**human**  115:14
**hundreds**  51:7
**hung**  134:19
**hyperplasia**
   116:21
**hypotheses**
   97:1 107:11
   108:11 129:16
   130:7,9 132:10
   132:12,13
   135:3,12,19
   136:2,4,5
   196:18
**hypothesis**
   96:13 97:17
   105:2,9,16
   107:21 135:6
   136:11 137:3,6
   137:9,15
   140:19 142:11
   142:13,18
   143:1,7 151:8

152:4 169:13
**hypothesize**
   142:7
**hypothetically**
   155:20
**hypotheticals**
   167:7

**i**

**i.e.**  197:20
**idea**  95:16
   103:12
**ideation**  101:16
   102:17 184:21
**identical**  137:6
**identification**
   13:9 83:2
   125:20 128:17
   195:2
**identified**
   191:3
**identify**  30:16
   140:14 167:17
   192:13
**identifying**
   125:3 128:14
   135:9 141:1
**identities**
   158:11
**identity**  36:16
   43:4 45:13,14
   52:3,9,13
   59:19 66:11
   80:6 83:12
   84:8,12 86:19
   111:18 112:2
   112:14,16
   113:1,15

115:10 116:6
116:10,12
117:1,6 118:7
118:16 119:13
121:11,16,21
122:10 125:6,7
125:9 128:12
133:8 134:15
135:5 141:8
150:10,12,17
151:6,21 154:6
157:16 160:2
161:13 162:5,7
162:10,11,19
189:18 190:14
193:7 199:7,10
199:11,14,15
199:18 200:9
200:10 201:21
202:5,5,11,11
202:17 205:3,5
205:10,13
206:2,7,9
**ideopathic**
70:12
**illness**  165:8
**impact**  50:17
51:2 61:10
63:12 147:13
149:4
**impacts**  151:20
**impaired**
118:16
**impairment**
161:21
**impersonating**
204:16

importance
104:1 139:17
important   8:12
8:13,20 19:16
19:17 29:3
36:14 61:15
69:17 83:11
87:21 106:17
112:10,18
113:4 115:1,16
129:14 175:15
182:6 184:11
185:21
impossible
96:2 102:7
104:7
improve   78:18
108:7
improvement
175:2
inappropriate
118:12
incidence
84:21 112:5
124:15 133:15
134:17 183:16
incidences
133:20
include   14:10
14:20 17:21
27:18 43:15
44:21 45:16
50:7 56:13,16
64:3 66:21
83:15 91:18
107:7 112:20
119:2 120:6
121:19 122:14

123:8 127:1
171:6,6 181:16
included   11:13
14:18,21 15:2
16:6 35:4 54:9
89:10 123:2,6
123:15 164:13
189:2
includes   18:5
53:19 106:4
126:20 159:18
189:6 203:21
including
15:18 56:7
59:3 71:1,4
140:4 183:10
195:12
inclusive   47:13
47:17
inconsistent
197:15
incorrect   40:5
127:18 179:20
204:2
increase   33:3
70:17 103:15
increased
68:11 71:14
131:9 132:19
135:15 136:11
163:14 172:12
173:14
increasingly
37:17 78:4
91:16
incredibly
140:21

independent
97:10 103:16
108:7 155:16
166:9 178:4
193:9
indication
75:10 179:15
179:20
indications
155:17
individual
21:16 61:16
62:6 67:3
70:11 74:9,10
83:13,17
111:18 112:15
114:13 118:8
118:14,20
120:7 129:3
130:11,15
144:18 147:5
148:1 149:3
155:20 158:15
165:2,20
167:10,12
191:14 192:20
200:4 201:19
individual's
63:12 161:15
individualized
74:4
individuals
21:11 25:14
35:12 36:15
37:1 43:3
52:10,13 66:10
66:19 80:14
81:6 84:1,5,12

85:20 86:2,3
89:7 90:17
91:5,14,19
97:4 100:14,17
103:4 107:18
112:1,17,20
113:2,6,14
114:18 115:6,9
115:17 116:3,4
116:14 119:10
119:10,14,18
121:20 122:8
123:13 125:9
132:3,5,17,21
133:1 134:12
141:7 144:7
145:10 150:21
151:10 153:19
155:5 158:12
175:16,17
176:8,19
183:19 189:16
191:2 201:12
203:2 206:8
infectious   21:1
infer   205:19
infertile   163:12
infertility
114:21
influence   38:5
50:10,14 74:8
74:13 103:1
114:14 118:9
124:18 129:7
137:16 145:7
148:21 150:10
168:7

**influenced**  26:1
48:9 116:6
140:13 147:6
180:15
**influences**  64:5
120:13 124:16
125:11 150:17
168:1
**influencing**
38:4,9
**informal**  51:20
**information**
20:10,14 65:11
67:17 100:9
103:6 104:9
106:1,20 108:1
116:15 120:12
127:11 160:4
186:2,4,21
190:6 192:1,2
203:19
**informed**
185:20 186:1,5
186:18 187:5,8
187:12
**inherent**
101:14
**initial**  12:5
61:20 85:13
86:13 87:9
89:1,10,12
90:10 147:3
**initially**  86:7
91:9 120:15
**initiate**  144:2
**input**  18:13
19:19 22:4

**inputs**  162:14
**inquiring**
185:3
**inquiry**  130:3
**insight**  66:1
98:7 202:13
**instance**
197:17
**instances**  62:3
75:9 137:10
152:8 154:10
154:20
**institute**
104:11
**institution**  41:3
43:6 46:3 60:9
79:10 87:6
89:4
**institutional**
97:3 100:13
**institutions**
54:9 89:5
**instructive**
182:8
**insulin**  78:12
**insult**  165:16
**integrity**  23:10
53:1
**intended**  48:12
205:18
**intensive**  92:19
183:15 187:6
**intentionally**
170:5
**interact**  202:14
**interaction**
114:16

**interest**  47:15
53:16 56:21
76:7
**interested**
36:14 41:4
208:15
**interfere**  88:6
201:1
**interference**
150:9
**internationally**
11:12
**internet**  140:4
**interpret**  88:12
**interpretation**
26:18 35:3
**interpreted**
47:8
**interpreting**
68:15
**interval**  195:20
**intervene**
148:12
**intervening**
151:6 199:10
**intervenor**  1:8
4:11,21
**intervention**
40:16 42:18
68:7,21 70:3,6
71:1 72:4 73:6
73:8,13 75:19
77:5 95:15
96:15 98:20
99:13 105:17
109:1 136:18
142:5,15 143:6
144:17 148:7,8

148:9 158:18
159:4,6 163:6
163:9,11,17
166:21 170:5
171:17 172:15
173:13 175:9
178:4 184:13
186:9,14 187:7
187:9 191:16
192:19
**interventional**
100:19
**interventions**
29:9 43:17
44:17 45:9,17
46:4 74:19
79:13 87:18
88:5 94:17
96:9,10,21
97:10 98:16,18
100:1,3,5,20
101:15 124:17
129:18 153:13
157:13 158:16
159:19 164:12
165:18 166:9
169:21 170:16
171:4,5,7
177:2 191:13
194:11,14
203:3,10
**introduction**
178:18
**invasive**  187:7
**invest**  105:10
**investigate**
171:15

**investigated**
47:7 157:7
**investigating**
28:7
**investigation**
79:14 89:2
169:7,12
196:16
**investigations**
46:15
**investigator**
158:13
**investigators**
23:4 104:14
**invitation** 55:3
**invite** 22:2
**invited** 17:4
18:5 21:19
22:12 31:7
50:2 54:7,17
92:3
**involve** 45:9
161:17
**involved** 28:4
45:4,18 53:21
55:17,20 58:15
64:11 89:3
91:19 132:15
144:14 152:18
180:9 191:1
205:8
**involvement**
25:7 46:9 57:7
57:15 190:3,11
195:9 205:14
**involves** 18:9
59:20 73:15
148:5 161:21

191:18
**involving** 46:3
46:6
**issue** 12:6 62:4
65:19 92:6
122:11 189:12
189:21 190:17
**issues** 45:10,17
51:6 52:3
53:19 59:16,17
59:17,17 61:10
61:14,18 62:14
63:11 64:2
66:2 67:5 83:3
83:9 86:4
100:18 102:17
121:10,17
123:14,17
126:17 144:9
144:12 158:19
164:19 168:4
182:9 188:21
189:15 190:20
191:4 193:7
**it'll** 173:14
**italy** 56:9
**item** 31:10
33:11 36:8,11
37:3,3 38:18

**j**

**james** 4:13
**james.fletcher**
4:20
**jesse** 181:6
**job** 1:21
**joined** 58:17

**joining** 207:3
**journal** 17:3,18
18:4,5,11,12
20:7,8,9,16,18
21:2,5,10
25:15,19 26:2
26:5 27:3,11
30:11 31:11,16
31:17 32:4,4
32:14 34:13,16
37:3,4,5,9,11
37:19,19,20
38:11,12 39:14
39:16,17 40:7
46:20 47:16
126:13,16,18
126:19 127:5,7
127:8 182:2
**journals** 19:5
20:20 21:15
22:20,21 23:14
24:1 25:5,10
25:21 27:14
37:7,13,15,21
38:2,6,15,17
77:17
**judgment**
160:5 186:13
**justice** 4:5,15
**justified** 70:17
**justifying**
157:12

**k**

**karyotype**
119:2
**keep** 13:15
49:14,15 51:9

87:16 109:11
143:12,13
188:14
**keeping** 51:18
56:19
**kind** 13:14
30:6 126:9
184:4
**knew** 197:1
**know** 8:10,20
9:1,17,18,18
11:18 12:4
15:13 16:20
17:16 21:11,12
23:8,9 30:12
32:16 34:6,10
34:17 35:7
42:1 49:10
68:14 70:2,4
71:10 74:11
81:12 82:7
88:16 95:15
99:17 109:8
113:20 120:6
121:2 127:11
127:12 128:1
128:10 131:5
131:19 132:10
133:19 134:20
135:13 136:9
138:9 142:11
142:20 143:16
146:18 154:3
163:4 164:4
165:17 169:10
170:15 173:20
175:4 177:19
181:12,13

190:12 195:17
196:21 200:18
**knowing**  108:1
117:2
**knowledge**
14:12 46:17
47:10 78:17
104:2 118:18
169:14 171:1
**known**  74:10
80:12 83:13
105:20 106:6,7
108:9 115:11
119:18 120:14
158:10 168:11
193:15

**l**

**l**  6:1,6
**label**  179:11,12
179:14 180:3,6
180:12,18
**lack**  101:15
**laid**  36:1 170:8
**language**
201:14 202:8
**large**  32:16
35:6 36:13
57:2 123:13
**largely**  136:21
**larger**  44:6
**largest**  125:7
**late**  144:3
**laurie**  1:19 2:5
8:11 149:15
206:12 207:4
208:3,20

**law**  5:11
108:15 208:7
**lawsuit**  82:5
**layers**  158:3
**lcb**  1:6
**lead**  126:6
168:5
**leading**  37:7
113:18
**leads**  143:6
203:20 204:2
**learn**  89:6
**learned**  190:21
**learning**  89:18
**leave**  99:5
**lecture**  53:12
54:10 55:5
**lectures**  50:3
51:4 53:10
54:3
**led**  109:6 154:1
154:6
**left**  93:13
119:15
**legal**  108:17
109:1 190:10
**legislator**  190:9
**lesser**  26:6
**letter**  24:3,11
26:6 33:20
34:4,8 35:2,8
36:10,19
**letters**  24:4,8
24:13,16 25:6
25:16 34:10
35:6,9,14,20
36:5

**level**  18:20
19:21 20:15
25:12 76:9,17
99:5 127:21
184:10 206:6
**levels**  69:19
117:3
**life**  71:5 115:2
115:3 118:10
120:8 123:14
125:4 130:1
147:18 148:3
171:10,20
201:8
**lifelong**  142:3
158:18 194:16
**light**  34:5
117:8 196:21
202:6
**likelihood**
104:14 174:13
**likely**  55:12
111:10 114:6
130:14 160:4
167:11
**limit**  57:15
**limitations**
72:12 76:14
137:1,13
139:18 188:6
**limited**  43:5
47:14 52:5,17
63:3,4 73:17
89:2 94:1 97:5
97:5 186:1
**linacre**  39:20
40:9 42:14

**lincocin**  14:17
**lindsay**  5:18
**line**  49:17
149:10 171:16
**linear**  144:9
**lines**  52:2 83:7
92:17 111:13
**linked**  164:18
**lipid**  74:10
**liposuction**
197:19
**list**  11:17 14:10
15:10 30:19
32:3 50:13,20
50:20 53:5
54:3,5 140:2
**listed**  14:9
15:10,17 16:4
17:2,2,18 18:1
32:10 51:4
52:8 55:6 56:5
59:2 70:19
122:16 126:6
139:21 189:2
189:20
**literature**
36:21 39:10
41:1 47:4
79:15 84:21
88:20 89:3,9
103:11,17
108:5 122:16
140:2 151:2
168:21 169:6
188:7 194:4
**litigation**  6:18
188:21

**little** 12:6
13:15 17:7
29:6 95:9
101:3 109:20
128:3 131:2
136:13 137:18
143:18 163:19
174:18 181:7
195:11 197:10
**littman** 137:4
138:4,21
139:12 140:6
141:5
**littman's**
137:20
**lived** 84:7
**llc** 5:11
**local** 56:16
**location** 142:19
**logistical** 10:15
86:4
**logistically**
33:7
**long** 49:16
58:13 93:18
101:15 136:1
136:10 141:15
144:14 169:1
174:20 177:4,5
195:17,19
196:2
**longer** 60:7
176:5 181:18
**longitudinal**
76:12 100:8
**longitudinally**
59:21 122:1,9
125:5

**look** 14:15 16:1
28:14 38:18
47:3 51:13
66:12 77:3,10
77:14 78:4
95:4,6,17
120:1 122:18
128:3,7,10
134:11 158:5
162:17 163:11
181:14 182:8
182:14 183:16
188:7 199:9
201:16 205:15
**looked** 86:11
102:17 176:18
**looking** 32:1
34:21 44:3
83:5 93:11
112:2 121:3
122:15,17
135:20 138:11
140:12 149:21
151:9 160:6
173:12 184:1
195:8
**looks** 58:4 96:5
182:1 195:8
**loop** 36:9
**lose** 197:18
**lost** 142:16
143:5
**lot** 80:2 138:18
164:5 176:8
**lots** 155:4
**loud** 197:9
**louis** 85:3,7
88:17

**low** 70:14 71:8
112:14
**lower** 74:21
144:7
**lowest** 167:2
**lunch** 143:9
149:17,21

**m**

**m.d.** 1:14 2:1,2
3:2 6:6
**made** 20:12,13
20:14 21:13
22:9 35:11
36:19 41:2
66:16 67:7
74:21 75:13
76:21 81:6
85:2 90:9,11
94:3 97:15
102:21 103:6
111:10 114:5
115:8 117:15
124:17 131:10
132:5,10
136:16 137:2
139:4,6 141:11
157:5,6 170:19
180:1 181:18
182:10,13,15
184:2 187:2
190:4 196:5,5
199:13 200:8
202:4,7,17
204:2,3 205:21
**magnitude**
74:17 106:15

**main** 14:21
107:11 122:11
**maintain** 94:6
201:6
**maintaining**
53:1
**major** 19:12
50:2,4 62:21
74:11 96:4
147:9 153:21
171:13 182:18
**majority** 28:15
32:18 112:16
113:13 122:7
125:3,5 134:13
151:13 192:11
**make** 15:1 20:9
21:17,21 22:20
23:4,11 55:9
61:12,21 65:20
66:1 67:6
71:19 72:14
73:21 75:4,7
81:3 82:3
86:11 92:10
98:13 99:14
102:9 108:10
108:16 110:20
117:1,4,11
118:15 119:12
120:3,11
123:21 127:13
131:13 134:1
140:17 141:21
148:12 149:2
154:19 156:8
167:13 177:16
186:13 199:17

203:10

**makes** 12:10
73:13

**making** 55:3
61:19 66:20
68:2 71:21
73:2 105:1
106:15 111:19
114:10 115:4
118:6 119:1
130:17 199:5
199:18

**male** 80:18
88:9 125:8
133:2,16
134:14,18
135:8 199:8
206:7

**males** 125:3
132:9 136:17
144:4 178:16

**manage** 83:17

**management**
38:20 39:5
83:1

**manifestation**
161:18 174:9

**manifestations**
171:14

**manner** 34:2
47:5 72:21
88:8 92:8 93:3
95:7 98:6 99:7
100:14,19
101:1 108:21
178:2

**manual** 64:15
66:15

**manuscript**
18:10 19:19
32:13

**march** 1:16 2:3
3:3 14:14 15:6
17:2

**margins**
173:12

**mark** 125:17
206:12,13

**marked** 13:9
125:20 135:7
195:2

**markedly**
129:7 134:5

**market** 5:5

**marking** 13:4,6

**marshall** 1:10

**maryland**
208:1,4

**materials** 10:4
11:2 183:19
184:3,4

**matters** 190:12

**maturation**
193:18

**maximize**
115:18

**mean** 18:3
20:17 32:8
34:13 41:14
50:4 80:9 81:9
87:20 107:3
125:1 140:10
144:7 161:1
178:14 179:21
193:21 204:18
205:18

**meaning** 23:7
70:12 88:8
93:10 140:11
151:1 159:20
194:2 200:6

**means** 18:18
32:10 36:15
47:3 100:7
101:17 105:2
107:3,13
127:19 179:14
201:16

**meant** 87:3,4
193:3

**measure** 93:18
95:2

**measured**
97:18

**measurement**
106:14

**measures**
102:18 174:14
175:12

**medical** 15:19
28:1 29:14
30:17 38:12,19
39:5 40:10
41:8 44:16
45:9,17 47:20
50:21 52:19
53:7,9,18 56:3
57:12 58:10,11
58:13 59:8
61:3 62:12
63:5 67:17,18
67:20 68:6,12
71:1 77:9 78:6
78:9 79:13,15

87:17 88:5
98:20 99:12
100:3,5,20
108:14 110:15
112:12 127:4,7
131:11,13
135:16 143:6
148:4 157:12
158:19 161:10
163:3,5,5
170:17 177:2
190:1 192:19
194:11,13
197:13 198:1

**medically**
183:7 185:13

**medication**
152:10 154:12
179:11,15,17
179:18 180:1

**medications**
180:6,18

**medicine** 69:2
85:2,7 91:10
133:18 147:20
159:4 160:14
160:18 179:13

**meeting** 12:15
15:18 56:8,13
87:11 90:2,9
90:11,12,21

**meetings** 46:17
50:16 56:15
63:6 87:8

**mellitus** 59:15

**member** 18:10
32:21 58:21
59:5 82:15

Paul Hruz                                                   March 29, 2024

85:10
**members** 18:13
**memorable**
90:1
**memory**
153:14
**menarche**
145:6 154:7,16
**menses** 145:6
153:21
**menstruate**
154:11
**menstruation**
144:11
**mental** 60:20
61:6,9,12,14
61:20 62:4,14
63:12 64:7,11
64:15 66:2,17
107:6,7,18
**mention** 112:5
164:16 172:9
188:19
**mentioned**
23:13,16 27:13
31:13 43:14
56:6 63:7 64:3
72:2 77:2
92:21 94:2
114:2 131:17
135:14 146:19
166:14 176:7
183:5 188:15
**mere** 98:8
**merely** 112:2
132:12
**merit** 136:6

**merits** 104:18
158:7
**metabolic**
63:17
**metabolism**
31:18 32:5
34:14 37:5,10
38:11 55:1
59:14
**methodologic**
36:6 182:9
**methodologies**
24:18 39:15
137:7 141:3
**methodology**
35:3 40:21
137:2,5 139:8
**middle** 1:1 9:19
**milder** 145:9
**mildly** 149:3
**mills** 5:10 9:17
9:18 10:15
12:16 95:18
156:6,21
160:13 176:15
198:16 207:7
207:15
**mind** 15:6
51:10 53:6
95:17 107:9
**mine** 46:2
**minimal** 75:20
187:9
**minor** 19:12
82:5
**minors** 108:14
198:14

**minute** 14:15
58:2 197:7
**minutes** 67:2
109:13 204:6
**mispronounce**
141:18
**missen** 177:9
**mistake** 96:20
97:14
**mistaken**
197:14
**mitigating** 74:7
**mixed** 119:18
**model** 23:1
29:19 43:16
49:5 66:10
80:2,16 87:11
87:16,20 89:9
89:12 90:3,6
90:17 91:6,16
94:15 96:8
100:1 102:16
103:4 106:7
113:8 151:1
170:1
**moderated**
139:5
**modified** 160:2
**moment** 118:19
**money** 105:11
**monitored**
100:14 145:10
**montag** 5:1
**mood** 175:2
**morbidities**
163:15 176:17
**morning** 6:11
6:12,13 11:17

112:12
**mornings**
54:11
**mosaic** 119:19
**move** 22:19
23:15 27:7
31:10 94:14
120:16 163:18
164:1,2 179:9
194:20
**moved** 23:1
142:19 191:5
**movement**
169:6,11,12
**moving** 16:19
28:9 49:14
84:16 143:13
164:15 168:17
**multidiscipli...**
82:15
**multifactorial**
130:14 167:11

**n**

**n** 3:1 6:1
**name** 6:14,17
141:20
**named** 208:5
**narrow** 37:17
95:9
**national** 15:18
46:16 50:15
56:7,13 87:7
90:2 104:11
**natural** 151:9
151:15 159:16
192:14 193:2,4
193:13,14

194:3 201:1
**nature** 26:4
167:12 181:4
195:14
**navigate** 61:17
63:2 193:11
**navigating**
144:10
**nclrights.org**
5:7
**nearly** 113:6
150:6,20
**necessarily**
16:9 47:9
65:21 111:17
132:13 133:19
134:16 141:6
145:3 162:7
176:10 178:13
**necessary**
44:20 52:21
66:12 68:3,18
75:4 77:10,13
78:4 83:15
86:3 96:12
100:9 104:15
112:21 115:4
129:19 169:19
190:6
**necessitates**
188:5
**necessity** 29:2
69:18 103:18
109:6
**need** 9:16
12:21 29:8,13
56:18 62:7
67:4 100:5,12

100:20 106:2
106:16 109:1
120:11 124:13
139:14 148:16
149:13 152:6
157:12 158:15
158:18 163:16
170:11 194:13
196:14,20
**needed** 36:21
93:2 146:16
**needing** 194:12
**needs** 94:6
97:12,16
105:11,14
115:12 135:11
137:8 140:16
160:3 167:12
194:10 201:15
205:3,4
**negative**
107:18 146:12
146:21 148:16
**negligible**
174:17
**networks**
137:11
**never** 27:9 50:7
66:16 171:21
182:4 190:9
**nevertheless**
91:2
**new** 3:13 9:2
14:13 29:13,17
29:18,20,21
69:8 116:15
126:10,12
159:7 206:17

**newer** 71:17
78:12
**nine** 17:8,13
144:4
**nodding** 126:2
**nods** 8:15
**nonfunctioning**
193:1
**noninferiority**
159:5
**nonmedical**
50:19 51:5
**nonscientific**
51:5 182:15
**normal** 26:19
91:13 104:17
144:1,20
147:18 150:9
163:13 178:4
203:9
**normally** 18:20
26:3 45:3 88:6
113:15 116:8
148:2 157:2
192:21
**norman** 91:21
**northern** 1:2
**notary** 2:5
208:3
**note** 101:10
**nuanced** 199:5
**number** 12:13
15:8,17 16:2
17:20 30:16,21
31:5,6,6,6,7
33:2 35:6,12
36:13 37:12
86:2 93:21

95:8 101:19
102:4,8 105:8
106:10,12
107:10 121:3
123:13 127:13
132:2,17
134:11 136:14
141:16 167:7
174:14
**numbered**
30:19
**numbers** 31:3
112:19 141:17
142:20
**numerous**
98:10
**nw** 4:8,18

**o**

**o** 6:1
**oath** 7:11,13
**objection** 95:18
156:6,21
160:13 176:15
198:16
**objections**
201:18
**objective** 23:12
124:1 133:7
159:1,11 161:5
161:11 162:16
185:1 186:20
194:9,10 199:7
199:9 200:5
202:16,21
205:4
**objectively**
51:13 158:14

159:3 181:13
185:7 194:12
200:7 205:15
**obligated** 22:1
71:9
**obligates** 7:14
**observable**
113:2
**observation**
109:5 137:10
150:20 161:13
171:12 177:16
**observations**
124:14 176:1
**observed** 129:8
134:6 179:8
**obviate** 109:1
158:15
**obvious** 167:3
**obviously** 21:3
74:20
**occasion** 154:8
168:12
**occasions** 57:5
98:10
**occur** 24:2 76:6
133:3 144:21
153:1 159:19
**occurred** 93:14
**occurrence**
68:11 69:10
96:9 173:4
**occurs** 118:4
144:5 158:12
193:16
**offer** 149:6
169:13 190:17

**offered** 86:2
98:9 191:19
**offering** 132:4
**office** 149:7
**official** 1:10
63:5
**oftentimes**
56:16
**oh** 138:17
**okay** 14:7 17:1
17:6 30:7,11
30:13 48:4
49:11 57:21
64:19,21 70:10
83:8 113:20
121:6 128:9
133:14 138:17
149:11 163:20
164:1 179:4
193:5 204:5
205:2
**older** 122:16
180:8
**once** 8:19
60:13 119:11
**one's** 86:11
115:18 162:10
162:19 199:7
199:17 202:17
205:3 206:2
**ones** 15:16 16:4
24:10 31:12
43:14 50:14,14
**ongoing** 36:12
46:10,13 52:12
62:15 63:3
65:17 93:13
143:6

**online** 12:15
22:21
**onset** 78:12
108:2 124:11
143:21 145:6
153:20
**open** 12:16
22:21 86:4
93:13 207:5
**opine** 108:16
190:19
**opinion** 68:14
93:10 108:18
157:18
**opinions**
190:17 191:7
**opportunity**
19:13 21:15
25:3 41:5
**opposed** 33:5
50:16 55:14
84:7 113:16
116:4 170:3
**opposite**
128:14 200:21
201:5 204:17
**optic** 173:12
**optimal** 36:15
158:3
**options** 67:13
67:19
**opts** 167:1
**oral** 46:16
**orally** 8:14
**order** 47:10
**orders** 207:9
**organ** 163:13

**organizations**
51:1 169:16
**organizer**
90:21
**organs** 113:16
116:8 193:1
**orient** 30:9
**orientation**
121:10,17
123:14,16
124:2
**original** 11:14
33:14 39:12
40:13 41:19
42:8 139:9
**outcome** 72:20
97:18 102:18
104:6 118:3
142:6 148:7
151:16 157:17
157:21 158:10
158:15 159:2,7
159:9 160:1
175:12 184:14
184:19 185:8
194:4,6 208:15
**outcomes**
63:18 73:19
83:15 91:7
97:6 107:18
108:6,8 111:11
114:6,10,14
115:18 129:7
146:13 147:1
148:16 158:4
160:4 165:19
166:14 169:2
175:5 186:10

194:15
**outright** 19:14
140:16
**outset** 117:15
188:17
**outside** 24:12
35:11
**outward**
171:14
**outwardly**
161:18
**ovaries** 120:1
**overall** 41:7
183:16
**overly** 99:4
**overweight**
200:6
**own** 25:16 54:9
93:11 168:3

**p**

**p** 6:1,6
**p.m.** 207:17
**page** 3:5,11
8:13 13:13,17
16:14,19 17:10
30:8 35:19
84:14 110:1,14
120:20 128:1
131:1,4 139:20
141:16,16,20
145:17 146:9
146:10 150:4
164:16 172:7
174:20 177:5
181:9 188:13
189:5 192:7
197:5 204:14

**pages** 141:17
150:4
**panel** 90:12,15
90:16 92:5
**paper** 18:12
19:7,9,11
20:16 21:2,16
21:18 22:2,10
23:8,12 24:7
24:21 26:15,21
27:9 34:1 36:7
38:5,18 39:7
40:12 41:11,18
42:8,13 43:20
45:2 46:5 64:1
68:16 126:20
127:14 139:12
140:7 176:3
182:16 183:2
**papers** 20:8,21
22:7,13 27:1
28:15 33:2,4
37:13 38:3,7
42:11 44:3
46:12 47:6,7
47:13 77:16
89:13 123:1
127:20 169:7
188:8
**paradigm**
29:18
**paragraph**
17:8,13 82:11
84:15,16 101:5
101:10 110:3,7
110:13,14,18
115:20 118:11
118:21 120:18

121:3 128:11
137:20 138:3,8
138:10,14
139:19 141:15
143:16 145:16
145:17 146:8
146:20 150:2,3
150:4,5 152:3
164:2,15 166:7
172:5,6,10
174:19,20
177:4,6,8
183:2 192:7,8
192:10 197:8
198:3 200:17
**paragraphs**
200:18
**paralegal** 6:19
**parent** 51:16
71:19 183:13
185:11,17
**parental** 119:3
119:7
**parents** 67:14
68:5,9 69:14
89:7 111:4
131:10,12
135:16 141:10
161:19 165:14
183:5,11 184:8
**part** 19:16,17
26:18 44:6
49:2 54:14
104:16,17
113:10 176:13
**partial** 150:5
172:10

**partially** 36:7
**participants**
94:8
**participate**
41:5 66:9
**participated**
57:5,11 190:5
**participation**
106:3
**particular**
20:16,18 22:6
23:17 28:19
29:12 30:5
31:3 32:15
37:3,20 38:1
38:12 44:6
47:11,15 52:16
53:2 54:18
55:11 65:3
66:13 67:19
68:16,21 69:13
70:3,5,5 72:4
73:5,8 74:14
75:10,11,12
76:4 77:5
83:20 84:3
85:11 88:14
89:8,17 90:1,3
91:15 92:14,18
94:1 95:13,15
103:10,13,15
104:18 106:7
112:9 114:17
122:13 138:20
152:19 159:6
162:14 165:7
173:5 174:1
179:10 181:21

186:13 187:19
198:21

**particularly**
77:7 123:9
136:12 148:5
180:5 187:17

**parties** 208:14
208:15

**parts** 65:3,7
131:19

**passage** 200:15

**passing** 79:3

**past** 69:7 70:10
71:4 149:12

**path** 167:13

**patient** 33:9
60:4 62:4
65:18 66:3
67:12,18 68:4
68:19 69:4,13
70:2 71:16
73:11 74:5,14
75:9 76:19
78:18 79:17
80:5,20 81:7
81:16,21
107:14 108:12
120:15 125:12
148:21 149:7
160:21 162:6
163:12 168:4
174:3 183:11
183:13 186:2,3
186:8,16,17
187:1 194:13
202:14 203:1

**patient's**
161:13

**patients** 59:13
59:15,20 60:6
60:10,20 61:3
61:6,9,13
62:17,20 63:2
63:15 67:13
68:9,12 69:8
75:14 76:1,4,7
76:7 79:19
81:4 82:20
94:16 101:2
102:7 104:15
105:15 111:2
140:14 141:6
142:3,21
145:13 155:17
174:10 175:19
180:8

**pattern** 119:20

**paul** 1:14 2:1,2
3:2 6:16

**pdf** 13:13
16:15 30:9
31:21 50:1
128:1 197:6

**pediatric** 55:2
58:19 59:9
60:15,19 64:9
67:11 79:9
84:19 86:7,8
87:10 88:13
94:16 180:5
190:7

**pediatrica**
14:17

**pediatrician**
193:10

**pediatrics**
34:16 36:1
54:8,12 68:5
177:19

**peer** 18:8,9,16
18:17 19:16
21:7,12 22:5,6
22:16,17 24:13
24:15 25:6,8
25:17 26:9
27:8 34:2,4
43:9,18 45:6
45:12 127:8,10
127:17

**peers** 18:15
19:2 144:11

**penalties** 7:19

**penned** 202:9

**pennsylvania**
4:8,18

**people** 8:19
26:20 36:13
52:15 72:12
78:11 90:19
133:9 142:14
155:9 156:9
174:12,14
187:19 199:4
205:21

**perceived**
169:20

**percent** 111:16
112:1 158:11

**perception**
162:10

**performed**
43:2

**period** 91:13
135:9 178:6

**periods** 97:5

**perjury** 7:19

**permanently**
110:8 117:16

**permitted**
108:14

**persist** 121:16

**persistence**
108:4 129:3

**persistent**
128:17 197:14

**persisting**
129:4

**persists** 124:9
129:10

**person** 99:11
115:13 152:9
157:15,16,18
204:20

**person's** 124:2
150:17 151:20
171:10

**personal** 53:3

**personally** 8:3
82:4 152:8,12
152:15,16,17
153:17 208:5

**persons** 31:14
33:12 110:15

**perspective**
31:15 33:14

**pertain** 30:20
64:4

**pertaining** 66:3

**pertains** 84:11
135:3

Paul Hruz

March 29, 2024

**ph.d.** 1:14 2:1,2 3:2 6:6

**phenotype** 113:2 119:2

**phoenix** 15:20 56:8

**phone** 10:14

**phrase** 194:1 204:16,18 205:18

**phrased** 36:3

**physical** 173:11

**physician** 41:10 44:15 53:3,5 64:10 73:13 76:18 85:16 86:10 108:17 120:3 129:15 158:13 159:20 180:11 182:12 185:16 190:7,13 191:17

**physicians** 64:11 76:8 142:4

**picking** 160:8

**piece** 113:12

**pituitary** 59:17

**place** 132:6 136:19 149:9 170:13 208:6

**places** 161:4 170:3

**plaintiff** 1:8 4:11,21 12:1

**plaintiffs** 1:5 5:8 82:5 207:14

**plan** 90:11

**plans** 85:21

**plausible** 150:8

**please** 6:14 9:8 9:16 13:12 55:9 72:8 82:10 120:19 125:16 138:16 150:2 188:13 197:7 204:14

**point** 103:11 112:9 120:11 134:21 136:17 138:15 144:6 147:11 148:3 150:18 160:8 184:11 193:19 202:7

**pointing** 92:19

**points** 103:14

**policies** 25:20 200:19

**policy** 25:16 31:15 33:13

**poor** 92:20

**pop** 204:12

**population** 72:16 107:14 108:12 111:17 140:15 180:5 202:14 203:1

**populations** 125:13 130:5 177:12

**portions** 66:6

**position** 79:8 85:9

**positions** 170:13

**possible** 16:8,9 76:19 111:9 120:2 167:17 187:16

**possibly** 83:19

**post** 23:2,13,16 23:19,20

**poster** 46:16

**postpubertally** 125:10 130:12

**potential** 68:6 70:15 71:5,12 71:18 73:15,15 74:8 84:21 93:4 97:1,9 103:14 106:8 108:11 135:16 135:18 140:9 141:1 145:4 164:17 165:2

**potentially** 71:2 72:16 105:18 157:8 163:12

**power** 105:13 106:13

**practice** 57:10 58:10 59:8,10 65:16 67:11 77:6 79:20 110:19 111:7 114:3,7 145:14 148:4 156:3

165:5 172:19 173:20 180:19 197:13 198:1

**practiced** 176:12

**practices** 77:1 77:4

**practicing** 58:18 173:21

**practitioner** 41:9 58:11,14 166:4 200:5

**pre** 178:8

**precise** 130:16

**precisely** 115:7 198:4

**precocious** 80:13,15 143:19,20,21 145:1,9,14 146:6,13 147:1 147:5 148:15 148:17,19 152:21 153:5 153:11 155:5 155:16 172:16 173:2,17 174:8 174:11

**predate** 108:2 171:14

**predict** 104:8 124:2

**predicted** 70:14

**prediction** 111:9 114:5

**predisposing** 154:5

**[predominant - process]**

**predominant**
132:9,9 174:16
**predominantly**
125:2,9 135:8
**preeminent**
38:12
**preference**
49:14 108:19
109:11 143:13
159:11
**preferred**
157:17,21
**premature**
154:16
**premise** 203:7
203:12 206:5
**premises** 86:17
87:13 91:8
92:13 199:2
205:9
**prepare** 10:12
**prepubertal**
124:6,11 125:4
129:11,20
130:5
**prepubertally**
130:12
**prepuberty**
178:9
**prescribe**
180:18
**prescribed**
80:14,16
156:19 179:17
179:19
**prescribing**
80:10 179:14

**prescription**
81:9 180:3
**presence** 117:4
**present** 5:18
12:14 19:9
53:15 54:8,20
56:12 62:19
65:11,20 66:15
73:1,10 93:8
96:2,7,19 98:9
115:2 117:7
118:19 119:13
121:18 130:11
148:3 181:17
185:16 186:18
187:12 200:2
202:21
**presentation**
19:9 36:5
51:11 54:17
87:10 134:2,5
145:4 157:9
165:7,9 203:17
**presentations**
15:7,8,10,14
46:16 50:5
55:17 56:2
**presented** 20:9
36:21 50:15
56:8 90:3 91:9
92:8 102:8
181:15,20
182:17 186:2
186:21 192:1,3
**presenting**
102:19 122:11
125:4,10
134:12,14

156:15 190:6
190:21 206:9
**presents**
148:19 165:21
**preserve** 23:10
**pressure**
172:12 173:14
**presumptive**
111:19
**prevalence**
124:15 184:1
**prevalences**
133:20
**prevent** 8:1,5
177:1
**previous**
110:19 178:19
202:2
**previously** 10:6
34:3 62:5
63:21 81:2
167:10 185:15
205:20
**primarily**
45:16
**primary** 39:7
144:17
**print** 46:18
**prior** 55:19
65:4 71:15
85:8 124:21
144:5 159:19
164:14
**priorities** 82:19
**prioritization**
100:18
**prioritize**
100:2 115:12

**prioritized**
170:9
**prioritizing**
170:4,16 171:3
**private** 5:8
82:5 207:13
**privileged**
67:16
**privy** 34:7
**probably** 8:9
30:3 56:6,18
66:18 109:8
128:9 136:4
143:9 153:14
183:3
**problem** 42:7
158:5 192:14
203:8,17
**problematic**
99:5
**problems** 36:6
128:12 182:18
**proceed** 90:6
101:7 150:21
157:12 166:16
167:14 185:3
186:14
**proceeded** 91:3
**proceeding**
100:19
**proceedings**
208:11
**process** 20:3
22:18 23:3,6
23:11 26:19
27:6 32:19
34:6,10 48:5
48:13 85:20

86:12 91:14
103:21 104:17
113:18 114:18
116:17 118:4,9
127:19 192:15
193:8,9,15,17
**processes**
78:15
**profession**
29:10 53:18
109:4
**professional**
14:10 15:17
27:21 28:6
33:8 36:12
50:9 51:1 53:4
58:21 64:7
**professionals**
50:21
**professorships**
50:3
**profiles** 74:10
**program** 82:16
**progress** 145:5
151:13 201:1
**prominent**
30:3 37:11,12
**promotion**
50:10
**promotional**
183:19
**pronounce**
39:21
**proper** 31:13
33:11 101:13
117:11
**properly**
102:17

**proportionate**
174:10
**proposal**
104:13
**propose** 96:21
104:15 107:10
167:7 203:10
**proposed** 29:9
31:15 33:13
85:18 86:1
87:12 104:6,8
130:10 186:9
187:8
**proposing**
105:2
**proposition**
123:9 150:16
168:21
**prospective**
101:11 105:21
**prospects**
150:11
**protocol** 94:18
104:19
**protocols**
200:19
**provable** 205:9
**prove** 137:14
**proven** 73:18
75:16
**provide** 21:15
100:9 101:18
105:3,14 123:5
132:11
**provided** 22:17
56:2 123:3
142:4 194:15

**provider** 81:8
81:19 185:11
**providers**
142:15 143:4
**provides**
100:15 105:21
**providing**
103:19 189:12
**proving** 185:8
**prudent** 148:12
166:3 167:13
**prudential**
186:13
**pseudotumor**
173:1 174:1
**psychiatric**
64:2,4 96:9
102:15 175:17
176:17,21
187:19
**psychiatrist**
62:2 64:12
65:21
**psychiatry**
62:9,11 63:20
**psychologic**
111:10 114:6,9
**psychological**
96:10,16 97:9
98:19 99:12
100:2,18
107:16 108:2,5
108:12 146:12
146:21 163:1
164:19 165:16
170:16 171:3,5
171:7,11
176:13 197:13

203:9,13,15
**psychologist**
62:1,19 64:13
65:21
**psychosexual**
201:2
**psychosocial**
162:17 193:15
**pubertal**
124:11 144:8
144:18,20
150:9 193:17
**puberty** 59:17
80:11,12,14,15
81:9,17 88:7
98:20 107:5,12
129:5 143:19
143:20,21
144:2,5 145:1
145:9,14 146:6
146:14 147:1,5
148:15,17,19
150:7 152:10
152:21 153:5
153:11 154:12
154:21 155:5,9
155:12,16
156:4 170:17
172:10,16
173:2,18 174:8
174:11 175:3
178:10,11,11
178:20,21
**public** 2:5 57:2
131:9 135:15
136:11 208:3
**publication**
23:2,4,13,16

23:19,20 26:8
26:9 27:6,8
28:14 32:13
40:2,4 48:15
126:4,7,9
**publications**
14:11 17:4
18:6 21:6,7,8
22:8 27:12,16
27:18 30:17
31:7 45:8,15
64:2 127:1
164:14 168:16
184:17
**publicly**  22:20
**publish**  20:21
26:20 29:14
34:8 45:1
77:16
**published**
11:10 14:14
17:14,17 24:8
24:11,16,21
27:2,9 34:11
34:12,18 35:13
35:21 36:6
37:4 39:14,20
40:11,12 41:1
41:11,18 42:8
43:8,18,20
44:7 45:1,5,12
46:5,12,18,19
48:3,4,10 49:8
63:19 71:7
89:9 96:6
123:1 127:15
138:21 139:9
151:2 164:5,6

176:4 184:16
**publishes**  40:9
**publishing**
26:19 28:16
35:9 37:13
39:16 139:12
**pull**  82:9
125:16 150:1
200:15
**pulling**  16:16
**pullman**  92:17
92:19
**purported**
85:19 86:6
167:6
**purpose**  50:8
80:15 160:14
**purposes**  13:3
80:18 133:12
156:5,19
**pursuing**  53:4
**purview**
126:16
**put**  11:16
12:19 13:12
130:7,8 137:3
184:7 189:7
190:9
**putting**  12:8
48:14

| q |
| --- |

**qualified**  24:19
175:21 191:3
**qualify**  176:10
**quality**  69:11
70:4 71:8,17
75:4 92:20

**quarterly**
39:21 40:9
**question**  8:14
9:7,11,20
23:20 24:17
25:1 26:4
28:13 29:4
30:2 31:2
33:21 36:20
37:1 38:9
39:10 41:21
42:6,19 43:15
43:16,21 44:8
45:16 50:6
51:14 52:1
54:4 59:18
61:8 63:9 65:9
65:11 66:8,13
69:18 72:9
77:12 79:16
81:2,12,13
83:8 84:9,11
85:8 86:16
87:21 88:2,12
88:15,17 92:9
92:14 94:1
95:5,10,19
96:13 97:7,13
97:17 98:6
99:6,8,14,16
99:17 106:13
107:11,15
108:17 117:20
122:13 124:10
126:11 129:16
131:21 133:6
136:8 143:18
150:15 154:19

155:8,14 156:8
156:16 157:20
158:2,6,7
159:14 160:3
163:7,8 164:9
164:13 166:19
167:9 168:12
168:19 169:9
171:8,17,19
174:21 175:6
176:6 179:3
184:18 185:21
190:13 191:8
192:18,20
195:18 196:20
199:14 200:9
201:21 202:3
204:14 205:9
**questionable**
185:7
**questioning**
49:18 94:15
149:10 187:15
**questionnaire**
175:11
**questions**  7:3
7:14 9:2 10:4
12:11 22:16
26:14 27:3
28:8 29:13,14
35:10 37:21
44:21 45:8
49:10,12 52:8
58:9,9 74:6
84:4 85:4,16
85:21 86:14,18
86:21 87:3,13
90:19 91:6,11

92:12,16 93:9
94:5 98:13
99:20 102:12
113:19 124:12
129:14,18
130:16,20
132:20 136:20
142:6 145:18
171:2 179:10
181:2 187:2
188:4,9 190:8
191:15,18
197:2 204:1
207:2
**quick** 204:13
**quite** 11:11,15
26:11 55:6
60:11 75:14
84:9 92:8
129:19 132:19
136:1 138:18
141:15 155:2
157:5 168:4
169:8 181:21
**quote** 107:2

**r**

**r** 6:6
**raised** 26:14
27:4 91:6
99:20 135:3
154:7
**raises** 137:15
142:5
**raising** 90:19
90:20
**randomization**
40:17

**randomized**
40:20 72:5
73:9 76:2,12
93:17 96:18
100:11
**range** 60:3
**ranked** 37:18
**rapid** 78:12
**rare** 26:21 60:8
60:11 67:4
69:10 70:21
115:17 116:3
116:14 119:9
173:3 174:9,11
**rarely** 39:17
**rate** 21:6 112:5
112:13 133:3
**rated** 38:2
**rates** 131:8,16
132:21
**rather** 67:1
72:16 93:10
95:7 98:7
102:19 112:21
121:11 198:11
205:10
**rating** 37:15
**ratings** 37:16
**reach** 121:9
**reached** 139:17
**reaches** 122:4
144:20
**reaction** 85:13
**read** 37:6
65:10 68:13
77:16 83:4
84:17 101:20
110:9 111:12

119:5 121:12
122:19 131:3,4
131:14,15
146:2,16
150:13 182:16
196:12,13
197:8,9,11
198:6 200:11
200:16,17
201:9,10
**readership**
26:5 47:16
**readily** 170:12
**reading** 6:2
23:12 79:14
83:6 198:17,18
**readout** 175:7
**realign** 157:18
198:14
**realigning**
157:15
**realignment**
151:5 158:10
160:1
**realities** 205:5
**reality** 118:19
133:8 197:15
197:20 199:7
199:10 202:21
**really** 12:10
18:3,3 31:4
70:8 92:9
113:2 132:16
139:16 146:9
153:20 165:12
181:2 197:21
202:19 205:21

**reason** 28:19
34:17 135:16
138:11 152:4
155:21 185:14
196:19
**reasonable**
97:1 101:18
102:3 105:7
142:7 152:4
**reasons** 26:13
35:8,12 48:13
63:14 72:13
80:3 131:8
143:1 155:15
169:11,17
**recall** 22:11
69:6 71:3
89:19 92:1,7
93:5 131:17
141:9 152:19
174:7 189:8
205:17
**recalled** 79:4
**receipt** 96:15
151:19
**receive** 62:7
71:21 154:11
155:9,12 156:3
**received** 34:19
100:17 103:4
152:10 153:4
154:21 178:10
178:20,21
**receiving** 96:19
99:11 150:16
152:11 153:5
177:2

recent  22:21
55:11,17 71:13
72:3 188:8
recently  52:6
52:15 169:8
172:11 198:4
receptive  94:19
recess  58:6
109:16 149:17
204:10
recognition
50:11 94:13
117:1 119:12
193:6
recognize
61:16 83:11
111:18 113:6
116:16 117:6
118:7 126:3,3
175:15 195:4
205:4,4
recognized
29:15 54:18
90:4 117:12
172:11 188:3
199:4
recognizes
112:1
recognizing
38:4 112:14
116:2,12 117:3
118:15 144:15
170:21 171:2
recollection
17:20 139:11
141:13 153:10
196:3 199:1
200:10

recombinant
72:10
recommend
21:4 163:17
recommenda...
19:7,10 73:14
74:1,1,2,21
76:21 149:2
recommenda...
21:17 22:9
63:13 83:16
recommended
148:14
recommending
68:3 75:19
reconvene  58:1
record  6:15
13:3 182:5
208:11
recorded
208:10
records  16:1
30:21 153:9
recruit  102:7
104:15
recruited  72:17
105:15
recruiting  66:9
recruitment
140:4,6,9,21
reducing
150:11
refer  11:3 50:5
81:18 131:18
reference  39:2
138:12
referenced
66:4 138:13

151:15 181:15
184:16 194:4
references
30:20 121:19
122:15 123:2,7
referral  65:20
82:3
referred  81:7
89:11 137:2
referring  11:21
17:17 34:15
39:2 42:15
43:13 84:3
131:17 138:2
161:7
reflect  35:21
reflected  56:10
refresher  8:10
regard  87:14
168:15 188:4
regarding
25:16 37:1
40:13 41:12,19
42:9 43:9,19
45:13 47:20
56:2 90:20
141:20 146:12
146:21 147:1
198:12 205:5
regardless
172:15
regret  142:8
regrets  141:20
regular  54:9
regularly  62:18
reject  101:12
rejected  19:13
19:13 26:9

27:2
rejecting  68:20
relate  44:17
45:8
related  11:13
11:21 14:17
22:8 27:18
28:7 39:10
43:3,15 44:8
44:10,13 45:2
46:13 52:5,20
55:21 57:18
59:10,21 62:11
62:13 64:2
69:8 71:5,18
84:6,21 88:2,7
88:20 95:15
108:6 109:7
124:17 144:9
153:13 158:19
162:18 163:7
164:12 166:2
168:4 174:3,3
174:5 188:21
190:12 191:7
192:3 193:12
195:18 208:14
relates  50:9
62:17 74:18
106:13,15
115:21 131:20
191:20
relating  86:18
168:14
relation  28:8
34:20 40:21
51:14 92:14
139:18 164:10

168:13 191:9
193:5,14
198:19 205:19
206:5
**relationship**
123:18 152:6
172:2
**relationships**
98:7 203:21
**relative**  68:5
71:12 73:1,19
81:14,14 147:8
147:8 148:6,10
149:6 158:4,4
159:12 160:7
163:8 166:20
166:20 167:5,6
186:6 191:10
191:11,14
**relatively**
29:20 108:10
173:3
**relevant**  21:3
59:18 78:3,16
96:12 106:1
115:19 119:7
190:8 191:15
**reliable**  111:9
114:5
**relies**  161:15
**relieve**  173:13
**rely**  161:4
**remaining**
130:16,20
**remains**  136:7
145:18
**remember**
36:18 51:18

87:9 89:20
90:1 91:4
131:11 152:19
153:4 189:4
195:15 199:3
**remote**  9:6
**render**  163:12
193:1
**renee**  4:3 6:17
**renee.willia...**
4:10
**reorientation**
125:6
**repeat**  9:9 49:3
**repeatedly**
63:14 103:1
**rephrase**  42:6
172:14 198:11
**replicate**  176:1
**report**  3:12
10:8 11:6,7,14
11:19 12:1,5
12:12 13:4,7
13:16,19 14:4
17:7,9 35:4
82:7,10,12,14
101:4 109:20
112:4 123:8
124:21 137:18
137:21 141:14
143:16 149:21
150:2 154:3
160:21,21
161:2,10 162:2
162:16 164:8
170:8 172:7
174:19 175:13
175:14 181:16

183:14 184:17
188:19 189:3
192:12 206:16
**reported**  1:19
162:11 175:5
175:13 182:20
**reporter**  2:6
5:18 8:11,18
125:18 141:19
207:9
**reports**  71:4,16
154:4
**represent**  6:18
**representation**
90:18 91:1
**representative**
140:15 141:6
**reproductive**
113:16 114:18
193:19
**request**  21:21
26:17 68:20
**requested**  22:5
**requesting**
68:16 70:11
**requests**  33:5
50:18 56:20
75:13
**require**  20:1
70:21 98:2
99:3 129:2
143:6 163:5,10
173:13
**required**  73:21
76:17 79:14
90:9 127:13
142:17

**requirement**
94:16 97:19
157:4
**requirements**
100:10 104:12
**requires**  19:19
57:13 67:2
106:14 142:3
145:2 171:17
**requiring**
201:7
**reread**  196:14
196:20
**research**  28:5
33:10,15 39:8
39:9 41:19
42:8,14 45:19
45:19 52:21
53:13,15 57:11
67:18 82:19
84:20 88:19
94:10 95:2,13
95:17 97:2
101:11 104:2,5
104:13,18
105:3,4,11
108:15 137:1,5
137:13,20
138:2 139:15
150:18
**researcher**
41:9
**reserve**  86:14
**reserving**
170:17
**residency**
62:13

residents 57:12
resolution
    101:16
resolve 173:15
resorted 93:9
resources
    184:5
respect 70:5
    84:1 124:8
    161:15 199:9
respects 130:2
respond 7:18
    23:5 24:6,10
    25:4 93:9
    116:18 166:18
responded 81:1
respondent
    201:3
respondents
    140:12
responding 9:2
    88:3
response 9:20
    34:19 35:15,19
    36:20 52:7
    61:11 85:8
    102:5 106:5
    124:10 131:21
    141:11 158:2
    199:1 202:2
responses
    141:11
responsibilities
    32:3
responsible
    107:17
restoration
    115:13 147:21

194:16 203:14
restore 160:15
    160:16
restrict 191:12
restroom
    189:17,21
    190:16
resubmit 19:13
resubmitted
    27:2
result 166:15
    183:8 185:5,13
resulting 46:6
    182:9
results 176:2
    179:8
return 142:4
    148:2
revealing
    181:21
reversal 132:8
review 10:4
    14:18 18:8,9
    18:12,14,16,17
    19:15,16,18
    20:3 21:7,12
    21:17,19,21
    22:2,6,10,16
    22:17 23:2,3,6
    23:11,13,16,19
    26:10 27:6,8
    32:13,17,19
    33:4 34:9 47:1
    47:2,3,20 48:2
    48:12 49:7,8
    66:5 97:3,3
    100:13 104:17
    127:16,18,19

166:13 185:15
    195:21 203:6
reviewed 10:6
    18:10 24:14,15
    25:6,17 26:1
    34:2,4 43:9,18
    45:6,12 64:21
    65:5,8,13,15
    127:8,10,11,12
    127:17 169:5
reviewer 19:6
    22:6,12 23:7
    25:8 41:3
    104:10
reviewers 19:6
    21:17 22:5
    23:9 26:14
    27:4 127:21
reviewing
    19:18 88:20
reviews 32:2,6
    32:9,20 47:12
    47:13,14,18
    48:10,18,20
revision 19:12
    19:12 27:1
    64:16
revisions
    127:14
revolves
    201:18
richer 203:16
right 9:14 10:3
    16:9,12 42:19
    48:5 96:1
    107:11 116:1
    128:6 134:3
    138:18 139:2

149:14 192:19
    204:12
rights 4:6,16
    4:17
rigor 25:21
    52:21 92:9
    94:7 97:12
    104:13 163:11
rigorous 47:5
    93:3 95:7 98:6
    101:1 108:21
    141:2 152:5
    183:16 184:1
rigorously
    77:13 137:7
    184:15
rise 132:2
    135:12
risen 30:2
rising 131:8,16
risk 68:5 70:17
    71:5,10,12,15
    72:11 74:3,7,8
    74:11,16,17,21
    75:15,20 81:14
    101:14 147:8
    147:12 148:3,6
    155:18 158:4
    158:17 159:2
    159:12 160:7
    160:12 163:8
    163:14 165:10
    165:12 166:20
    166:21 167:2,5
    168:14 171:3
    172:12 174:10
    175:2 179:21
    180:12,14

186:6 187:9
191:10,14,17
192:3 194:11
194:14,15
**risks** 73:1,15
73:16 75:3,18
91:8 93:4
115:3 148:11
149:1,6 186:9
186:11
**robust** 112:15
**rogers** 6:20
**role** 41:6 43:4
44:14,16 57:8
57:16 76:18
84:17 85:19
86:6,8 88:3
114:9,17,19
147:13 163:1
**room** 190:10
**rotations** 63:5
**roughly** 133:3
**rounds** 54:5,5
54:6,17 55:1,2
55:4,13 56:1
**roundtable**
92:5
**routine** 187:5
**routinely** 65:17
**rules** 7:3 8:8
75:8
**run** 54:13
**running** 6:20
**russo** 5:18

**s**

**s** 6:1

**safe** 95:7 99:7
**safety** 73:5,7
94:7 95:3 97:4
99:21 100:15
101:1
**sampling** 140:5
**san** 5:6
**satisfied**
142:14
**saw** 176:2
**saying** 8:15
75:6 117:15,18
118:11 122:5,6
122:6 123:11
123:12,16,20
125:14 154:9
170:10
**says** 128:12
150:6 162:5
**scale** 135:11
**schedule** 33:8
**scheduled**
10:21 62:18
**scholarly** 17:14
17:17 18:2
28:12 42:15
44:19
**scholarship**
63:19
**school** 62:12
63:5
**schools** 144:11
**science** 37:19
40:6 54:13
57:11 108:20
**scientific** 26:19
28:5 29:14
33:10,17,19

37:6,11,16
38:5,19 39:5
39:18 40:3
42:16,20 46:20
50:19 51:6,13
52:21 53:1
68:9 69:5,12
84:20 86:5
89:2 91:7,13
92:13,20 93:2
93:7 94:7 95:5
97:12 103:7
124:1 126:19
126:21 127:2
130:3,13 152:5
154:2 182:2
184:5,16
**scientist** 41:10
44:15 53:3,5
64:10 84:18
85:16 86:10
108:17 129:15
182:12 190:7
190:13
**scientists** 32:18
57:1 76:8
**scope** 20:19,20
**scoping** 47:12
**screen** 12:9,19
13:12,15 14:5
198:7 201:11
**screened**
175:16
**scroll** 31:20
55:8 131:6
**scrutiny** 26:7
**se** 160:5

**seal** 208:17
**search** 89:8
119:15 165:2
**second** 40:12
128:10
**section** 4:7,17
5:2 15:9 16:17
38:17 198:17
**sectional** 76:11
179:5
**sections** 66:5
104:11
**see** 49:13 62:6
106:16 109:15
126:2 128:7
138:12,14,17
142:20 149:15
160:11 163:16
167:21 178:1
182:13 195:12
197:9,20
199:18 201:10
**seeing** 13:14
120:15 198:7
**seek** 24:20
131:10 136:18
154:1
**seeking** 68:13
78:20 81:16
132:18 134:13
135:16 152:9
**seem** 12:20
**seems** 150:8
**seen** 93:12
96:14 105:18
132:7 136:4
172:18,20
173:17 174:2

Paul Hruz                                                    March 29, 2024

| | | | |
|---|---|---|---|
| 183:18 | settings 63:4 | 202:12 204:17 | short 40:19 |
| sees 151:11 | seven 31:8 | 205:13 206:3,9 | 70:12 91:13 |
| select 175:16 | 110:2 144:3 | sexes 133:17 | 200:2 |
| selected 21:12 | several 15:11 | 160:2 | shorthand 2:6 |
| selection 21:13 | 28:11 33:5 | sexual 52:8,10 | shortly 79:8 |
| self 160:21 | 71:7 72:18 | 52:13,14 53:20 | 85:9 110:21,21 |
| 161:2,10 162:2 | 189:4 | 59:18,19 82:16 | show 72:18 |
| 162:11 | severe 172:13 | 83:10,12 84:1 | showed 72:3 |
| send 18:14 | sex 36:16 43:4 | 84:5,8,10,13 | showing 71:14 |
| sense 12:11 | 66:11 80:11 | 86:18 110:15 | 101:15 102:14 |
| 17:19 42:17 | 81:10,17 84:7 | 111:2,16,18 | 151:12 |
| 48:5 99:14 | 84:11 87:4 | 112:2,14,16 | shown 151:5 |
| 102:1 151:20 | 88:7,8 98:21 | 113:5,9,18 | shows 102:19 |
| 168:10 181:4 | 100:4 107:5,13 | 114:15 115:10 | 122:21 |
| 198:2 203:10 | 110:7,20,21 | 116:6,8,10,12 | shrugs 8:14 |
| sent 19:4 25:13 | 111:3,5,7 | 116:17 117:1,6 | sic 34:21 80:10 |
| 127:21 | 112:5,21 | 118:7,9,16 | 168:3 194:21 |
| sentence 17:13 | 113:14 114:4 | 119:12 121:10 | side 6:21 70:19 |
| 131:3 138:14 | 114:10 115:15 | 121:17,21 | 75:19 174:9 |
| 172:10 204:15 | 116:1,13 117:9 | 123:14,16 | sides 91:2 |
| sentences | 117:15,17,19 | 124:2 125:6 | sign 207:6 |
| 128:11 | 117:21 119:8 | 133:8 162:10 | signaling |
| separate 99:13 | 122:2,9 128:14 | 192:21 199:7 | 147:18 |
| series 54:10 | 128:14 129:6 | 199:10,11,15 | signature |
| 139:21 | 129:21 132:8 | 200:9 202:5,17 | 13:16,21 |
| serious 142:5 | 133:10,21 | 205:5,10 206:6 | 208:19 |
| served 25:8,9 | 134:18,18 | sexually 120:8 | signed 13:19 |
| 104:10 | 135:5 141:8 | share 12:7 71:9 | 197:1 |
| serving 43:5 | 150:7,12 151:1 | 71:16 94:10 | significance |
| session 64:1 | 151:6,13 154:6 | 153:17 179:11 | 112:8 |
| set 190:20 | 156:16,19 | shared 34:5 | significant |
| 208:6 | 157:19 158:11 | 46:15 131:21 | 70:21 71:1 |
| sets 151:9,12 | 175:11 178:18 | 147:4 | 73:18 106:18 |
| setting 31:14 | 188:21 190:14 | sheer 136:14 | 132:2 140:3 |
| 33:13 76:15 | 192:13,15 | shift 28:19 | 149:4 194:11 |
| 81:5 97:2 | 193:21 198:14 | 135:7 | significantly |
| 100:6 120:4 | 199:6,17 | shifted 147:2 | 61:10 74:13 |
| | 200:21 201:5 | 159:17 | |

signing 6:3 196:9

signs 33:1

similar 15:16 16:4 24:4,21 36:4 81:1

similarities 25:20

simplistic 99:4

simply 20:2

singal 181:6,11

single 149:7 190:5

situation 75:12 82:2 83:12 99:11 111:19 118:18 120:2

situations 75:17 83:14 97:20 105:19 187:17

six 31:7

skeptical 86:8 182:12

skipping 109:21 174:18

slowly 110:20

small 25:11 50:16 51:20 113:17

smaller 37:21 53:10

social 137:3,11 146:13 148:16 159:20 160:1

socialize 111:4

socially 129:5

society 59:3,6 77:15 87:10

sole 21:14 22:1

solicit 18:13 19:20

solicited 32:12 33:6

solid 166:10

somebody 114:3 153:11 154:21 156:3 160:9 166:16 177:1 201:17

someone's 167:18 202:10

sorry 15:1 42:5 44:4 47:2 61:5 110:21 113:10 134:9 138:17 153:2 154:15 155:8 156:13 163:18 168:20 177:7 178:8 179:2 181:6,9 192:5

sort 25:1 46:6 66:4,4 75:8 126:15 163:5

sought 85:17 85:18

sound 9:4,11 9:21 12:21 139:2 198:1

sounds 83:7 110:11

source 24:12 123:17 140:11 181:5

sources 183:10

south 5:13 191:21

spack 91:21 92:2,3

spanning 17:15

spans 150:4

speak 10:12 25:9 52:16 53:14 56:20 86:20 92:4 95:1 191:3

speaking 8:20 33:2 50:18 51:4 56:18 143:2 158:14 164:12 166:8 194:12 200:7

speaks 150:18 169:15 200:3

specialties 60:9

specialty 38:13 60:16,18

specific 12:11 25:18,19 60:3 63:10 65:7 66:6 68:8 88:2 92:1 122:3,12 150:18 161:3 187:11 189:21 196:2

specifically 20:6 32:2 34:14 42:11 44:8,10 45:2,6 48:17 52:2 61:19 62:10 63:8 64:15

79:18 80:1,5 87:17 93:16,19 100:1 122:4 136:10 146:4 164:7 169:19 170:15 190:1 191:12

specifics 161:6

spectrum 54:13 193:11

speculate 125:12 153:8

spend 59:12 98:3 137:18

spent 28:7

spero 5:11

spero.law 5:14

split 134:2

spoke 10:14,20 101:3 164:5

spoken 52:18 52:20 53:1

spontaneous 158:10

spontaneously 173:14

sporadically 33:6

st 85:3,7 88:17

staff 18:11

stage 28:6 130:1 158:18

stages 48:8 129:19 150:21

standard 144:6 165:5 197:13

standpoint 159:2

stands  147:10
start  35:18
  65:7,13 70:4
  73:6 85:11
  131:7 157:16
  179:18
started  69:1
  156:10 178:11
starting  58:16
starts  198:3
state  1:10 6:14
  64:8,12 67:18
  82:14 97:15
  107:21 110:7
  110:18 119:1
  121:7 122:10
  130:10 132:12
  139:3 145:17
  148:2 169:4
  170:21 192:11
  208:1,3
stated  46:2
  72:7 86:17
  88:1 92:13
  103:5 148:18
  161:13 168:11
  170:15 185:2
  199:2 202:2
  203:5
statement
  20:20 83:20
  84:4 102:2,5
  117:15 121:15
  123:12,21
  128:19,21
  129:1 130:13
  131:15 146:19
  147:3 159:12

161:16 170:19
  198:21 200:3
statements
  20:12 90:8
  102:21 130:18
  139:6,16
  199:19 202:4
  202:16 205:20
states  1:1,7 4:5
  4:11,15,21
  6:18 13:7
  77:21 78:14,21
  89:5 94:11,21
  146:9 170:3,6
  175:20 176:10
  176:12 177:1
  197:12 200:18
  207:11
stating  98:17
  152:2 159:10
statistical
  64:15
statistically
  106:17
stature  70:12
  70:17 147:10
  147:14 149:4
stay  142:15
  143:4 160:11
staying  16:12
  110:18 118:21
stenographic...
  208:10
step  173:7
sterile  163:12
sterility  114:21
steroid  117:3

steve  1:10
stipulated  6:2
  100:4
stoll  5:4 207:8
  207:13
stop  128:14
  130:21 149:10
  173:9
stories  183:17
street  5:5,12
strive  38:6
strong  74:1
  75:20 107:20
  108:10
structural  28:8
  119:21
struggling
  121:10,17
stuck  165:15
student  51:15
students  53:12
  57:13
studied  77:21
  84:20 100:21
  137:7 180:9
studies  11:10
  41:6 46:3 48:7
  48:13,16,21
  53:13 54:14
  68:9,12 69:5
  72:12 77:17
  89:11,12 92:20
  93:2,11 96:7
  98:10 121:14
  122:18 123:10
  123:15 140:20
  141:2 146:15
  151:4,5,12,14

151:19 189:19
study  20:15
  24:18 33:17,19
  35:2 39:12,18
  40:13,16,19,21
  41:12,15 42:17
  42:20 45:19
  71:6,14 72:2,3
  72:6,17 76:12
  79:7 93:16
  94:7 95:6
  97:16,19 98:5
  98:6 100:6,8
  100:12 101:19
  102:4,7,10
  103:8,10,15
  104:11 105:5,8
  105:11,12,17
  105:21 106:10
  106:11,12
  122:3,12,19,20
  126:21 139:5
  139:11,13
  140:8,18 141:5
  141:9,12,19,20
  146:21 150:18
  152:5 154:3
  161:12 174:21
  175:1,4,15,21
  176:2,11,16,18
  177:9,11,17
  179:6 181:2,17
  182:19,19
  183:16 184:1
studying
  190:13
subject  7:18
  32:15 106:1

Paul Hruz

March 29, 2024

subjected
151:16
subjective
201:21
subjects 42:18
101:12,19
102:4 103:14
103:19 105:8
106:10,11
177:11
submission
20:6
submissions
26:2 127:20
submit 19:6
21:1 23:17
27:10 36:19
submits 18:9
submitted 10:6
11:6 14:4
20:11 21:4
24:8 33:21
34:16 35:2,7,8
submitting
21:16 27:13
subsequent
176:4
subset 113:17
subsets 37:21
substack 182:2
substantial
24:17 32:20
59:13
substantially
33:3 132:19
substantive
79:6

subtle 167:4
subverted
91:14
successfully
160:10,11
suffering
107:14 160:15
160:17 166:5
166:12 205:11
205:16
sufficient
101:19 102:3
105:7,13
106:10,11
suggest 22:10
suggested
125:1
suggestions
41:2
suggests 33:20
159:21 185:6
suicidal 101:16
102:17 184:21
suicidality
34:21 108:6
184:20
suicide 142:8
183:8 184:13
184:14,21
185:1,5,7,9,13
suite 5:5
suited 163:1
summarize
72:6
superior 74:20
194:14
supplemental
11:19

support 98:19
99:12 103:12
105:4 121:15
128:20 150:15
168:1,21
176:13
supported
90:17
supports 69:12
130:13 147:4
suppress
144:18 178:16
suppressed
147:19
sure 14:19 15:1
23:11 44:10
55:9 80:10
98:14 99:15
113:11 117:11
133:13 141:21
143:14,21
154:19 155:2
156:8 161:8
177:15
surgery 71:2
surrounding
200:17
survey 19:7
35:1 140:12
141:11
sweden 170:13
170:19 203:7
switched 175:8
sworn 6:7
208:7
syntax 20:4
systematic
14:17 47:2,3

47:17,19 48:2
48:9,17,19
203:6
systematically
47:9
systemic 47:1

**t**

t 6:1,1
take 9:15,21
49:18 58:2
109:12,13
138:6,16 143:9
191:6 192:20
197:7 204:5,18
taken 2:3
170:13
takes 67:1
203:20
talk 15:20,21
51:12 53:7
56:9 76:2
98:14 118:21
136:9 142:12
143:19 159:5
161:1 168:10
171:9 197:4
talked 57:3
143:17,18
159:16 194:9
201:20
talking 8:19
48:18 51:6
52:2 55:13
70:4 73:4,7
76:1 83:21
84:6 87:17
93:17,20 113:7

113:21 119:9
129:9 133:7
146:4 155:6
162:9 171:9
177:8 184:4
186:16
**talks** 16:2,3
51:15,16,17,19
52:4 55:20
84:17
**taller** 72:1
**tangent** 42:5
**task** 124:1
**taught** 53:12
**teach** 187:14
**teacher** 76:18
**tech** 6:21
**technical** 173:1
**technologies**
69:8
**tee** 143:18
**tell** 170:11
184:8
**telling** 185:11
185:17
**tells** 162:6
**temporal** 172:1
178:2,2 203:21
**temporally**
193:16
**ten** 30:3 51:8
58:2
**tenure** 50:11
**term** 18:7 47:9
87:2,15 93:18
101:15 115:21
116:13 133:6
133:10 169:1

173:1 179:14
**terminology**
76:3 133:9
**terms** 9:14
12:11 26:8
27:12 34:3
41:7 44:12
45:14 57:19
60:2 73:4
75:10 77:1
81:15 88:4
99:8,14 100:11
117:11 129:9
133:14 134:10
136:10 139:7
143:8 149:10
151:18 155:1
159:5 161:8
162:8,13 174:2
176:7,11 181:3
181:5 184:3
**test** 103:14
161:12
**testes** 120:1
**testicular**
178:16
**testified** 6:7
188:15,17
189:11,15
**testifying** 8:5
**testimony**
189:6 191:19
**testosterone**
80:17 88:9
**tests** 163:5
**text** 64:16 83:5
138:13 201:10

**thank** 6:11,21
22:3 31:1
49:19 58:5
82:13 101:9
137:21 138:15
138:19 146:11
149:14 192:7
195:12 207:2,4
207:7,8,14
**thanks** 110:5
172:8
**therapy** 164:16
164:21 165:13
166:14,15
167:16 168:19
169:1 170:8
171:6,9
**things** 6:21
26:1 62:12
163:10
**think** 7:21 8:4
14:20 25:5,11
43:14 49:7,7
54:4 63:2
69:17 70:8
84:8 86:10
87:15,21 92:11
95:11,13 96:20
96:20 99:16
101:3 102:9
105:19 107:20
113:3 122:20
125:10 126:21
128:9 129:14
130:9 131:20
132:15 133:21
134:3,21 136:3
136:5,7,14,15

136:20 145:12
147:2 149:9
152:3,18,21
153:1 156:7,14
162:8 166:18
167:20 171:8
172:4 175:13
179:9 181:8
182:6,17,21
183:3,15 188:6
188:13,16
191:21 192:18
194:6,20
195:18 197:6
199:20 202:1
203:16 204:4
206:21
**thinking** 12:8
99:2 153:7
**thoughts** 92:21
94:10 200:20
**threatening**
115:3
**three** 17:3 19:5
28:5 31:3,7
53:21
**thyroid** 59:16
79:21
**tier** 25:21 26:2
38:15
**time** 10:17,19
14:8,16 15:9
23:3 28:7,12
32:19,20 50:7
57:9,13 59:13
62:12 67:21
76:15 79:1,13
85:5 86:17

87:1,6,6 90:4,4
91:13 96:11
97:5 113:16
115:2 116:21
117:13 118:19
120:12,14
121:9 122:9,11
124:16 125:4
128:3,21
135:11 136:1
136:10 137:12
137:19 138:6
138:16 143:10
143:11 144:6
147:11 158:11
175:13 177:20
185:16 189:7
190:21 191:1
194:18 195:20
196:3,15 197:1
198:20 199:13
200:8 202:3,6
203:18 204:7
204:19 205:17
205:20 207:3
208:6
**timed**  88:7
**times**  7:8 19:1
20:12 24:9
25:13 29:13
51:8 62:18
68:12 78:15
108:1 112:6,19
165:8 167:2
**timing**  35:7
143:8 147:7,18
171:20

**title**  33:20 34:1
38:21
**titled**  39:4
**today**  6:19 7:4
8:2,6 10:5,13
11:3 46:20
191:10 194:19
207:3
**today's**  10:15
**together**  11:16
48:14 189:7
**told**  153:19
183:6,11,14,17
185:5,6
**tool**  175:9
**top**  25:21 26:2
38:15 131:2,4
146:9 164:15
**topic**  11:13
25:10 36:14
44:6,7,11
52:16 55:5,18
55:20,21 56:20
57:2 76:4 77:8
79:12 90:15
103:9 111:14
130:2 196:16
198:20
**topics**  44:13
52:5,20 53:2
53:14 54:2,11
55:14 95:8
126:15 190:17
**tordoff**  181:2
**touch**  92:15
**touched**  161:20
**toward**  28:9
94:14 150:5

202:15,18
203:4,11 205:8
**tr**  64:19 65:1,3
65:8,15 66:6
**track**  51:9,19
56:19
**trade**  165:14
**traditional**
23:6 24:2
**trained**  120:10
**trainee**  5:18
**trainees**  199:21
**training**  58:16
62:9,11,13,15
63:4 76:9
**trajectories**
178:5
**trajectory**
124:19 151:11
**transcribe**  8:19
**transcribed**  2:5
**transcribing**
8:12
**transcript**  7:4
207:10 208:10
**transferred**
60:13
**transgender**
31:13 33:12
35:1 85:2,6
121:11 189:16
191:20
**transition**
83:21 121:8
183:7 185:13
**transitioning**
83:2,9

**translational**
54:14
**transpired**
196:3
**trauma**  164:18
165:16
**traumatic**
177:20
**treat**  45:21
46:8 60:20
61:3,6 115:4
145:8 148:18
149:2 173:5
200:19
**treatable**
165:17
**treated**  79:17
80:4 82:4 99:9
145:13 147:6
152:21 160:10
160:11 173:9
175:20 176:9
180:15 197:19
198:5
**treating**  59:20
71:10 120:2
164:10
**treatment**  28:1
28:10 29:16,19
30:17 47:21
61:11 63:13
67:13,19 68:3
68:16 69:13
70:12,16,18,20
73:14 75:11
78:19 80:8,9
80:13 81:8
83:2,9,16 85:1

**[treatment - understood]**

91:7 97:5
108:14 116:18
145:2,19 146:5
148:15 153:4
155:10,12
172:21 173:2
174:4,15
175:11 177:12
190:1 193:11
**treatments**
167:1 191:15
201:2,5
**tremendous**
56:21
**trend**   162:10
**triaging**   24:4
**trial**   4:4,14
39:13 40:17
41:16,17 42:1
42:1,21 43:3
45:19 46:7
57:14 72:5
73:9 76:13
93:18 94:2,4
96:18 98:4
101:12 103:21
104:6 105:21
108:15
**trials**   40:20
41:4 43:7
46:10,13 57:6
57:8,18 76:3
94:10 98:3
103:18 170:18
180:10
**tried**   175:21
**trouble**   138:11

**true**   45:11
101:11 111:21
118:2 133:19
135:5 167:8
172:14,15
179:19 201:17
208:11
**truth**   200:2
**truthfully**   7:14
7:18 8:5
**try**   95:11
**trying**   17:19
51:18 102:1
115:18 117:14
118:7 134:9
136:1 138:7,10
147:16 148:1
178:16 181:3
185:14 193:3
202:1
**turban**   34:21
35:15,15,19
**turn**   14:1 58:8
110:13 121:9
**turned**   60:13
**turning**   174:19
**two**   8:19 17:15
19:5 30:1 31:3
31:6 48:6,16
48:17,21 96:21
98:15,18 99:13
125:12,16,17
128:1 130:5
144:6 151:9,12
177:13 179:6
197:17
**type**   51:11 53:8
78:4 99:1

106:12 140:5
163:17 192:2
**types**   15:14
16:3 20:21
27:12 43:7
47:11 72:12
86:2 109:7
140:20 187:4
190:17
**typical**   18:17
**typically**   20:8

**u**

**u**   6:1,6,6
**u.k.**   170:14
176:2
**u.s.**   35:1 77:9
78:5,9
**unanswered**
136:8
**uncertain**
75:18
**uncertainty**
116:5
**unclear**   9:8
131:8
**uncommon**
68:10 69:6
77:7
**unconvincing**
146:15
**under**   7:10,13
31:11 85:14
97:2
**undergoing**
144:12 155:17
**undergraduate**
53:13

**underlying**
140:13 165:4
166:4 171:16
175:17 176:17
203:8
**undernourish...**
200:7
**understand**
7:10,13,17 9:8
23:14 42:19
75:6 76:10
85:17,18 86:14
98:14 99:15
114:13 119:11
133:6 134:9
135:2 153:3
154:5,9 155:8
165:6 170:7
171:8 192:20
193:3,10,13
203:2 204:20
205:1 206:5,8
**understandable**
202:8
**understanding**
8:1 30:15 35:5
46:14 52:13
65:19 82:21
84:9 87:19
98:21 109:5
129:2 153:18
156:14,17
157:3 165:1
169:5 172:1
179:12 193:6
199:6 202:18
**understood**
9:11,13 15:1

51:21 153:16
185:19 206:6
**unequivocally**
75:14
**unethical**   96:18
**unfortunately**
93:14
**unintelligible**
122:19,20
191:13
**unique**   29:12
83:12
**united**   1:1,7
4:5,11,15,21
6:18 13:7
77:21 78:14,21
89:5 94:11,21
170:2,6 175:20
176:9,12 177:1
207:11
**universities**
50:21
**university**
15:21 54:7
58:19 82:17
84:19 92:4
**unknown**   75:2
133:4
**unknowns**
168:12
**unnatural**
192:17 193:4
**unprompted**
68:1
**unproven**   75:3
**unrelated**
53:17

**unsettled**   188:4
**untreated**
160:10
**updated**   16:6,7
16:10 56:11
**updates**   15:5
16:5
**usdoj.gov**   4:10
4:20
**use**   39:16 45:20
76:3 77:20
105:19 117:11
118:1 133:9
137:6 144:19
157:11 162:11
167:20 172:21
180:6,8 182:7
187:12 196:7
201:19
**used**   39:15
80:13 103:20
119:1 127:19
128:20 133:6
137:4 152:1
164:17 176:21
201:15 204:16
**useful**   73:2
78:1 84:9
100:9
**uses**   180:11
200:1
**using**   49:4
115:21 116:13
133:8 141:2
162:9 165:13
193:4
**usual**   153:1

**usually**   19:4
21:9 24:3
25:18 42:3
50:10 54:6,10
67:6 157:4
173:10
**utero**   118:10
**utilization**
195:19

**v**

**v**   4:13
**vague**   153:10
**valid**   100:7
105:14 107:21
108:10
**validity**   20:10
86:18
**valuable**   47:16
78:3
**value**   26:4
160:5 194:8
**van**   177:9
**variability**
157:5
**variable**   179:7
**variety**   26:13
54:1,11 126:17
143:1
**various**   48:8
183:18 187:17
**varying**   69:19
127:19
**vast**   112:16
113:13 151:13
192:11
**verifiable**
161:5 185:2

**verify**   13:19
**veritext**   12:7
**version**   15:2
16:6,7 139:10
**versions**   65:4
189:5
**versus**   37:19
37:20 76:12
81:14 106:8
132:9 147:8,12
148:11 159:2
159:13 160:7
163:9 166:20
171:3 184:21
186:7 191:11
194:12 196:21
199:6,14
**videoconfere...**
208:6
**views**   111:13
**virilized**
116:20
**visibility**   38:8
**vision**   172:13
**visit**   67:1,1
**vries**   89:12
174:21 175:1
176:1,10,16
**vs**   1:9

**w**

**w**   1:14 141:19
**wait**   8:21 9:1
192:9
**waiting**   164:3,7
**waived**   6:4
**walk**   36:9
89:15

Paul Hruz

March 29, 2024

**[want - xx]**

Page 52

**want** 12:14
13:13 30:6,19
30:20 49:12,16
55:9 82:9
117:11 121:8
131:4 133:5
134:20 141:21
153:6 154:19
156:7 161:3
182:13 189:9
195:11 200:17
204:12 207:6
207:11
**wanted** 17:16
38:18 50:4
177:6 183:1
**wanting** 79:12
**wants** 207:10
**warrant** 141:2
**warranted**
77:5
**warrants** 26:6
**washington** 4:9
4:19 58:19
82:16 84:19
92:3
**watchful** 164:3
164:7
**way** 18:17
24:21 47:10
51:18 53:2,18
61:21 72:6
73:2 75:20
79:6 88:11
93:15 95:12
96:17 97:6,11
98:5 102:18
103:8 137:4

139:4 147:17
148:11 156:15
158:5 159:7,13
182:18 186:19
194:3 199:11
199:15 200:2
203:5 208:15
**ways** 12:13
18:15 88:1
93:1,21 205:15
**we've** 42:13
71:10 109:8
138:18 143:17
168:14 191:10
194:17 201:20
204:4
**weak** 74:2
136:12 171:1
**weaker** 136:4
**weaknesses**
93:7 139:18
**week** 10:20
33:4 69:7
70:10 71:4
170:14
**weekly** 62:16
63:6
**weeks** 33:5
**weighing** 74:13
75:18 147:12
148:10 149:5
**weight** 132:14
135:20 197:18
**went** 34:6,7
88:19 116:16
176:5
**whatsoever**
158:14

**wide** 54:1
126:17
**widely** 37:5
159:18
**wider** 190:20
**wiepjes** 141:18
**williams** 3:6
4:3 6:10,17
13:10 58:7
98:12 109:17
109:18 126:1
149:14,18,19
156:12 157:14
160:19 177:3
195:3 200:14
204:8,11
206:11 207:11
**willing** 51:12
94:9,12 131:10
**willingly**
192:15 193:20
194:2
**willingness**
103:2
**witness** 1:15
6:7 189:6
190:4,12 208:5
208:17
**witnessed**
185:10
**wondering**
61:8 142:12
160:21 204:17
**word** 87:4,4
118:1,12
134:19 152:1
167:20 193:4
193:14 201:16

201:19
**wording** 196:6
**words** 196:7
204:20
**work** 21:12
46:6 49:4 58:3
122:21 133:11
138:3,13,20
204:6
**working** 12:20
78:11 87:19
186:17
**works** 14:13
143:11 164:5
**world** 170:4
**wpath** 169:16
**write** 24:3
**writing** 29:2
105:3 127:14
**writings** 27:21
**written** 22:13
29:6 34:11
44:6 102:5
164:6,9 169:17
181:14 198:20
198:21 199:13
200:8 202:4
204:19
**wrong** 87:2
**wrote** 14:16
36:10 52:7
83:8 128:21
203:6

**x**

**x** 3:1 93:12
**xx** 117:4
119:20

Paul Hruz
March 29, 2024

**[xy - zoomed]**

Page 53

| |
|---|
| **xy**   119:20 |
| **y** |
| **y**   93:12 |
| **yeah**   17:20 |
| 56:8 70:8 |
| 145:17 |
| **year**   55:11 56:7 |
| 90:14 177:13 |
| **year's**   90:11 |
| **years**   28:11,17 |
| 30:4 36:17 |
| 37:14 51:8 |
| 53:14 58:17,17 |
| 58:20 71:7 |
| 89:21 94:21 |
| 110:19 120:10 |
| 144:2,3,3,4,4 |
| 177:19 196:13 |
| **younger**   145:4 |
| 178:9,21 |
| **youth**   169:2 |
| **z** |
| **z**   6:6 93:12 |
| **zarfer's**   122:20 |
| **zero**   149:1 |
| **zoom**   1:14 2:1 |
| 2:2,4 3:2 4:3 |
| 4:13 5:1,4,10 |
| 12:15 195:11 |
| 197:10 |
| **zoomed**   13:14 |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.