# EXHIBIT 30
# SEALED