# EXHIBIT 32

## Page 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CIVIL ACTION NUMBER: 2:22-CV-00184-LCB-CWB

BRIANNA BOE, et al.,
    Plaintiff(s),
and
UNITED STATES OF AMERICA,
    Plaintiff-Intervenor,
vs.
STEVE MARSHALL, IN HIS OFFICIAL CAPACITY
AS ATTORNEY GENERAL OF THE STATE OF
ALABAMA, et al.,
    Defendant(s).

VIDEO-CONFERENCE DEPOSITION TESTIMONY OF:
CORINNA COHN

April 15, 2024          9:34 a.m.
COURT REPORTER:    NANCY W. PANNELL, CCR

## Page 3

1  Certificate to the above office.  If you
2  fail to do so, you automatically waive
3  your right to make any corrections to your
4  deposition.

## Page 2

1        CORINNA COHN
2        INSTRUCTIONS TO THE WITNESS
3
4            Please read your deposition
5  over carefully before you sign it.  You
6  should make all your changes on the
7  attached errata sheet.
8            After making any changes
9  which you have noted on the attached
10  errata sheet, sign your name on the
11  Deponent's Certificate and date it.  You
12  are signing it subject to the changes you
13  have made on the errata sheet, which will
14  be attached to the deposition.
15            Return the attached errata
16  sheet and Deponent's Certificate to
17  Birmingham Reporting, 3710 4th Avenue
18  South, Birmingham, Alabama 35222.
19            According to the Rules of
20  Civil Procedure, you will have thirty (30)
21  days from the date you receive this
22  deposition in which to read it, sign it,
23  and return the errata sheet and Deponent's

## Page 4

1        ERRATA SHEET
2  PAGE  LINE  EXPLANATION
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23

1 (Pages 1 to 4)

Page 5

DEPONENT'S CERTIFICATE

        I, CORINNA COHN, the witness
herein, have read the transcript of my
testimony and the same is true and
correct, to the best of my knowledge.  Any
corrections and/or additions, if any, are
listed separately.

_____
        CORINNA COHN


_____
DATE

        Sworn to and subscribed
before me, this the _____ day of
_____, 2024, to certify my hand
and seal of office.


_____
        NOTARY PUBLIC

Page 7

grounds at the time of trial or at the
time said deposition is offered in
evidence, or prior thereto.

Page 6

S T I P U L A T I O N
        IT IS STIPULATED AND AGREED
by and between the parties through their
respective counsel that the
VIDEO-CONFERENCE DEPOSITION of CORINNA
COHN may be taken before Nancy W. Pannell,
Certified Shorthand Reporter and Notary
Public, State at Large, on April 15, 2024,
commencing at approximately 9:34 a.m.
        IT IS FURTHER STIPULATED AND
AGREED that the signature to and the
reading of the deposition by the witness
IS NOT waived, the deposition to have the
same force and effect as if full
compliance had been had with all laws and
rules of Court relating to the taking of
depositions.
        IT IS FURTHER STIPULATED AND
AGREED that it shall not be necessary for
any objections to be made by counsel to
any questions, except as to form or
leading questions, and that counsel for
the parties may make objections and assign

Page 8

A P P E A R A N C E S

[ALL APPEARING VIA VIDEO-CONFERENCE]

FOR THE PLAINTIFF(S):
        MS. AMIE A. VAGUE
        LIGHTFOOT, FRANKLIN & WHITE, LLC
        THE CLARK BUILDING
        400 NORTH 20TH STREET
        BIRMINGHAM, ALABAMA 35203

FOR THE DEFENDANTS:
        MR. JIM DAVIS
        DEPUTY ATTORNEY GENERAL
        DIVISION CHIEF, CONSTITUTIONAL
         DEFENSE
        OFFICE OF ATTORNEY GENERAL
        501 WASHINGTON AVENUE
        MONTGOMERY, ALABAMA 36130

        MS. COTY MONTAG
        DEPUTY CHIEF
        FEDERAL COORDINATION AND COMPLIANCE

                            2  (Pages 5 to 8)

## Page 9

```
 1        SECTION
 2    CIVIL RIGHTS DIVISION
 3    UNITED STATES DEPARTMENT OF JUSTICE
 4    4 CONSTITUTION SQUARE
 5    150 M STREET NE
 6    ROOM 7.1817
 7    WASHINGTON, DC 20002
 8
 9    FOR THE WITNESS:
10        MR. WILLIAM BOCK, III
11        KROGER GARDIS & REGAS, LLP
12        111 MONUMENT CIRCLE
13        SUITE 900
14        INDIANAPOLIS, INDIANA 46204
15
16
17
18
19
20
21
22
23
```

## Page 10

```
 1            I N D E X
 2
 3    EXAMINATION BY:            PAGE NO.
 4    MS. VAGUE                12
 5    CERTIFICATE              155
 6
 7
 8        INDEX OF EXHIBITS
 9
10    PLAINTIFF'S EXHIBITS:      PAGE NO.
11    1   Corinna Cohn Declaration    129
12    2   Transcript of recorded      129
13        conversation of Dr. Bast
14
15
16
17
18
19
20
21
22
23
```

## Page 11

```
 1            I, Nancy W. Pannell, a
 2    Certified Shorthand Reporter of
 3    Birmingham, Alabama, and a Notary Public
 4    for the State of Alabama at Large, acting
 5    as Commissioner, certify that on this
 6    date, pursuant to the Alabama Rules of
 7    Civil Procedure and the foregoing
 8    stipulation of counsel, there came before
 9    me VIA VIDEO-CONFERENCE, commencing at
10    approximately 9:34 a.m. on April 15, 2024,
11    CORINNA COHN, witness in the above cause,
12    for oral examination, whereupon the
13    following proceedings were had:
14
15            CORINNA COHN,
16    having been first duly sworn, was examined
17    and testified as follows:
18
19            COURT REPORTER:  Thank you.
20    Will this be usual stipulations?
21            MS. VAGUE:  Usual
22    stipulations are fine with me.
23            MR. DAVIS:  Agreed.
```

## Page 12

```
 1            MR. BOCK:  And we would like
 2    to sign, so we would like to review and
 3    sign the deposition.
 4            EXAMINATION
 5    BY MS. VAGUE:
 6    Q.    Good morning, Ms. Cohn.  Can you
 7    hear me all right?
 8    A.    I hear you.
 9    Q.    Okay.  Good morning.  We met just
10    a few minutes ago before we went on the
11    record.  I'll introduce myself again.
12            My name is Amie Vague.  I
13    represent the private plaintiffs in this
14    lawsuit.  Have you ever been deposed
15    before?
16    A.    No, this is my first time.
17    Q.    Okay.  Well, we'll go through a
18    couple of ground rules just so we're on
19    the same page today.  We are doing this
20    remotely today, but it's essentially the
21    same ground rules as if we were sitting
22    there in person.
23            As you can see, we have a court
```

Page 13

1  reporter here who is taking down
2  everything that we say, so for that reason
3  it's important for us to both speak loudly
4  and to answer -- it's important for you to
5  answer my questions out loud.
6       Sometimes when we are in an
7  informal conversation, you might nod your
8  head or you might give an uh-huh
9  (affirmative) or huh-uh (negative), and
10  for the purpose of our court reporter so
11  she can take down your testimony
12  accurately, it's important for you to
13  answer out loud; okay?
14  A.   I understand.
15  Q.   If at any point you don't
16  understand a question or either you didn't
17  hear the question because of the audio,
18  just let me know.   I'll rephrase it or
19  I'll ask it again.  I want to make sure
20  that you heard the question and understood
21  it before you answer it; is that fair?
22  A.   That's fair.  I'll hold you to it.
23  Q.   Okay.  Good, very good.  Last

Page 14

1  thing is I usually, I don't expect us to
2  go that long today, but I usually try and
3  take breaks about every hour.
4       If you need to take a break at any
5  time, other than that though, just let me
6  know.  You are kind of in charge of our
7  time today, so if you feel like you need a
8  break, just let me know.  That's not a
9  problem.
10       The only thing I would ask is if I
11  have a question that's out there pending,
12  that you go ahead and answer that question
13  and then we can take a break; okay?
14  A.   Okay, I agree.
15  Q.   All right.  Well, with that, let's
16  go ahead and get started.
17       Ms. Cohn, how many times have you
18  been to the state of Alabama?
19  A.   I have never been to the state of
20  Alabama.
21  Q.   I take it then that you have never
22  lived in the state of Alabama?
23  A.   Correct.

Page 15

1  Q.   You have never voted in the state
2  of Alabama; correct?
3  A.   Correct.
4  Q.   You have never sought medical
5  treatment in the state of Alabama;
6  correct?
7  A.   Correct.
8  Q.   Have you ever talked with any
9  medical providers in Alabama?
10  A.   I have not.
11  Q.   Do you know what UAB is?  When I
12  say UAB, do you know what that is?
13  A.   The initials U-A-V?
14  Q.   Yes.
15  A.   Uniform, Alpha, Victor?
16  Q.   Yes.
17  A.   It's not familiar to me.
18  Q.   University of Alabama at
19  Birmingham Hospital, have you heard of
20  that?
21  A.   Oh, UAB, like Bravo, not Victor.
22  Q.   Oh, yes.  Sorry.
23  A.   No, I'm not -- I am familiar with

Page 16

1  the existence of the institution.  I have
2  never visited it.
3  Q.   Never visited it.  Have you ever
4  spoken to any medical providers at UAB?
5  A.   I have not.
6  Q.   Are you familiar with UAB's
7  treatment protocol for minors diagnosed
8  with gender dysphoria?
9  A.   No, I'm not.
10  Q.   Do you have any family that lives
11  in Alabama?
12  A.   I do not.
13  Q.   Do you have any plans to move to
14  Alabama?
15  A.   I do not.
16  Q.   What year were you born?
17  A.   I was born in 1975.
18  Q.   And where were you born?  What
19  state?
20  A.   Reno, Nevada.
21  Q.   What was your sex assigned at
22  birth?
23  A.   I was not assigned a sex at birth.

Corinna Cohn                                              4/15/2024

Page 17

1    My sex at birth was observed to be male.
2    Q.    And what was your given name when
3    you were born?
4    A.    Cory.
5    Q.    Cory.  And what was the last name?
6    A.    Cohn, C-o-h-n.
7    Q.    Still Cohn, okay.  Thank you.
8    And how long did you live in Reno after
9    you were born?
10   A.    Approximately 18 years.
11   Q.    So you grew up in Reno?
12   A.    Approximately 19 years.
13   Q.    Do you have any siblings?
14   A.    Yes, I have a younger sister.
15   Q.    And how much younger is she?
16   A.    18 months.
17   Q.    I have a younger sister who is
18   also 18 months younger than me.  Where did
19   you go to high school?
20   A.    Reno High School.
21   Q.    And what year did you graduate?
22   A.    1993.
23   Q.    After high school did you seek any

Page 18

1    further education?
2    A.    Yes, but as an adult.
3    Q.    Okay, tell me about that.
4    A.    In 2005, I enrolled in the
5    bachelor of economics program at the
6    University of Nevada.
7    Q.    And did you complete that program?
8    A.    I did.
9    Q.    What year did you complete it?
10   A.    2009.
11   Q.    Any other further education after
12   that?
13   A.    Yes.
14   Q.    What else?
15   A.    I attended law school at George
16   Mason University starting 2009.  I did not
17   complete that degree.
18   Q.    Okay.  How much of that program
19   did you complete?
20   A.    I completed my first year.
21   Q.    Any other education after that?
22   A.    No.
23   Q.    And where are you currently

Page 19

1    employed?
2    A.    I work for Indiana Farm Bureau
3    Insurance.
4    Q.    I'm sorry, I didn't hear that.
5    What was that?
6    A.    I work for Indiana Farm Bureau
7    Insurance.
8    Q.    Okay.  And what do you do there?
9    A.    I am an enterprise architect.
10   Q.    What are your job
11   responsibilities?
12   A.    They relate to planning IT
13   systems, replacement of systems,
14   configuration and interoperability between
15   systems, developing systems for organizing
16   technologies, strategies, and directions.
17   Q.    How long have you been at that
18   job?
19   A.    I have worked there since 2018.
20   Q.    And prior to that, where were you
21   working?
22   A.    Prior to that, I was working for
23   Blackboard, which is an educational

Page 20

1    provider, educational software provider.
2    Q.    Were you in a similar type role?
3    A.    I was in a software development
4    role.
5    Q.    How long did you hold that job?
6    A.    Approximately a year and a half.
7    (Off the record for audio issues.)
8    Q.    (By Ms. Vague) Where we left off
9    I think, Ms. Cohn, you were telling me
10   about your employment at Blackboard and I
11   understood that you held that position for
12   about a year and a half I think is what
13   you said?
14   A.    I did.
15   Q.    Okay.
16   A.    That's my recollection.  That's my
17   recollection.
18   Q.    Yeah, that's fine.  I'm just
19   trying to get a general sense.  So about
20   what years would that have been?
21   A.    I guess that would have been late
22   2016 to 2018.
23   Q.    And prior to that, what job did

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Corinna Cohn                                                    4/15/2024

---

Page 21

1   you hold?
2   A.    I was a consultant for a company
3   called Fusion Alliance.
4   Q.    And what were you doing in that
5   consulting role?
6   A.    Technology consulting.
7   Q.    I think you said Fusion Alliance?
8   A.    Correct.
9   Q.    And what does Fusion Alliance do?
10  A.    Technology consulting.  I'm not
11  sure how much detail you would like.
12  Q.    Just a general overview of what
13  their business is.
14  A.    They help companies build software
15  systems.
16  Q.    And you were a consultant for
17  them?
18  A.    Correct.
19  Q.    And how long did you hold that
20  job?
21  A.    About three years I believe.  I
22  wish I had brought in my résumé.
23  Q.    No, it's okay.  I'm just trying to

---

Page 22

1   get an understanding.  If we are a little
2   off, it's no problem.  I just want to have
3   a sense of your employment history.
4   A.    Sure.
5   Q.    Prior to that job, where did you
6   work?
7   A.    It's right here on the circle.
8   I'm trying to remember what the company is
9   called.  It was another technology
10  company.
11      I moved here in 2013 and started
12  work, it's not called Access Indiana, but
13  it's called something similar to that and
14  they build technology systems for the
15  state of Indiana and forgive me, I have a
16  little bit of anomia so it might take a
17  few minutes.
18  Q.    Totally fine.  Totally fine.
19  A.    I wasn't prepped for that, so.
20  Q.    That's okay.  That's okay.  So I
21  think we have gone back now -- how long
22  did you hold that job, if you recall?
23  A.    From 2013 to 2015 or so, 20 --

---

Page 23

1   wait, 2013 to 2014 I think.  So about a
2   year.
3   Q.    Okay.  And it sounds like you
4   moved to Indiana to take that job?
5   A.    I did not move to Indiana to take
6   that job.  I moved to Indiana for other
7   reasons.
8   Q.    Okay.  Let's back up just a little
9   bit because you told me that you lived in
10  Reno until about the age of 19.  Where did
11  you move after Reno?
12  A.    Indiana.
13  Q.    Okay.  What year would that have
14  been?
15  A.    20 -- excuse me, 1994.
16  Q.    Okay.  And have you lived in
17  Indiana since that time?
18  A.    No, I went back to Reno in 2005 to
19  attend university.  And then I lived in
20  Northern Virginia for four years,
21  initially to attend law school and then I
22  worked in the area for another three
23  years.

---

Page 24

1           COURT REPORTER:  You worked
2   where for three years?
3           THE WITNESS:  I worked in DC
4   but I lived in northern Virginia.
5   Q.    (By Ms. Vague) And then after
6   living in northern Virginia you moved back
7   to Indiana?
8   A.    I did.
9   Q.    And then have you lived in Indiana
10  since then?
11  A.    Yes, I have continuously.
12  Q.    What brought you back to Indiana
13  in 2013?
14  A.    Personal reasons.
15  Q.    What were those personal reasons?
16  A.    I don't -- do I --
17          MR. BOCK:  I mean if -- is
18  it -- I have a feeling that the objection
19  may end up being relevance, but is it
20  necessary to know why Corinna moved to
21  Indiana?
22          MS. VAGUE:  It's hard for me
23  to know if it's important or not unless I

---

6  (Pages 21 to 24)

Corinna Cohn                                                          4/15/2024

Page 25

1    hear her answer.
2           MR. BOCK:  So can we go off
3    the record for a second?
4           MS. VAGUE:  Sure.
5           (Whereupon, a recess was taken
6           from 9:49 a.m. until 9:51 a.m.)
7           MR. BOCK:  There's no
8    objection and if you would like to reask
9    your question, we won't object to that
10   question.
11   Q.     (By Ms. Vague) Before we took a
12   break, Ms. Cohn, we were talking about
13   your reasons for moving back in 2013, and
14   I'll just preface this by saying I'm not
15   trying to pry unnecessarily.
16          Just in a deposition I have got to
17   learn some information about you, so I'm
18   sorry if some of these questions feel a
19   bit intrusive, it's certainly not my
20   intention, but I do need to ask you some
21   questions that are probably going to feel
22   that way today.
23   A.     Okay.

Page 26

1    Q.     I appreciate you being patient
2    with me, so if you could just tell me the
3    reasons that you moved back to Indiana in
4    2013.
5    A.     Sure.  So you know that I lived in
6    Indiana from 1994 to 2005.  I made a
7    number of very deep friendships during
8    that period and I'm still friends with
9    those people, and I wanted to live closer
10   in proximity.
11   Q.     Okay.  I appreciate that.  Thank
12   you.
13          I think we've talked through your
14   employment history pretty thoroughly.  Can
15   you tell me if you volunteer with any
16   organizations?
17   A.     On an ongoing basis?  I
18   volunteered recently for Gleaners, and I
19   will probably do so again at some point in
20   the next couple of months.  They serve
21   food -- or not serve food, but they
22   prepare food for families, to needy
23   families basically.

Page 27

1    Q.     Okay.  Is that in the Indiana
2    area?
3    A.     It is.
4    Q.     Any other organizations that you
5    volunteer with on a semi-regular basis?
6    A.     No.
7    Q.     I want to talk to you a little bit
8    now about your involvement in this case.
9    Are you familiar with SB184?
10   A.     That is the Alabama law under
11   consideration here?
12   Q.     Yes, correct.
13   A.     I am familiar with it.
14   Q.     How did you learn about SB184?
15   A.     That I cannot exactly recall
16   because these types of questions are -- or
17   these types of matters are so commonly
18   discussed in the circles that I run in
19   that I couldn't track down the particular
20   source for you, but I would have heard it
21   through my community.
22   Q.     And when you say your circles or
23   your community, what are you referring to?

Page 28

1    A.     I guess on social media, the
2    people that I follow on social media.
3    Q.     Okay.  And I know you are familiar
4    with SB184.  Do you know what it
5    prohibits?
6    A.     Yes.
7    Q.     What do you understand that it
8    prohibits?
9    A.     It prohibits the gender-affirming
10   procedures, which are outlined in detail
11   in the bill itself, on minors.  And if I
12   recall correctly, it also prohibits making
13   public insurance payments on the same
14   types of procedures.
15   Q.     Do you know what the age of
16   majority is in Alabama?
17   A.     It should be 18.
18   Q.     Is that the age of majority in
19   Indiana where you live?
20   A.     I believe so.
21   Q.     How did you come to be involved in
22   this lawsuit?
23   A.     How did I come to be involved in

                                        7  (Pages 25 to 28)

Page 29

1  this lawsuit?  I don't exactly recall.
2  However, whether I reached out and offered
3  or whether a representative of Alabama
4  reached out to me because of my public
5  discussions or comments on it, one way or
6  another I think -- I think I may have
7  reached out.  I don't recall exactly.
8      Q.     Okay.  But you think at some point
9  you talked to someone in the attorney
10 general's office in Alabama?
11     A.     I did, yes.
12     Q.     Do you remember who you spoke
13 with?
14     A.     If I recall correctly, it was Jim
15 Davis.
16     Q.     And do you remember what y'all
17 talked about?
18     A.     Well, it must have been whether or
19 not I would be willing to submit a
20 declaration on the lawsuit.
21     Q.     Do you remember anything else that
22 y'all would have talked about?
23     A.     Well, I do remember that -- I

Page 30

1  remember that my position at that time--
2  it still is --but my position at that time
3  was penalizing doctors with felony
4  prosecution it's not something that I
5  agreed with, and I remember asking whether
6  a declaration would be helpful from me if
7  that was my point of view.
8      And I remember it being explained
9  that relating what my story is, and even
10 if I had some views, particularly on that
11 law, that the main purpose of the
12 declaration was to help provide a wider
13 viewpoint on the issues surrounding
14 adolescent transition.
15     And so I felt assured that
16 providing that point of view could be
17 useful, particularly from somebody who
18 underwent transition as a teenager, and
19 that helping to eliminate what it's like
20 to reach the middle point of your life
21 having gone through transition would be
22 something useful for people to understand
23 as they try to make a judgment in this

Page 31

1  area.
2      Q.     Okay.  And you mentioned at the
3  outset of that answer that that was your
4  position at the time that you submitted
5  your declaration, that penalizing doctors
6  with felonies was not something you
7  necessarily agreed with.  Did I understand
8  that correctly?
9      A.     That's correct.
10     Q.     And is that still your position
11 today?
12     A.     Probably.  I think that might be
13 persuadable on the point now because in
14 the last two years there's been so much
15 information coming out that these
16 procedures and these treatments are not
17 effective at accomplishing what they're
18 supposed to, that I might be persuaded at
19 some point that the weight of the evidence
20 is so heavy that anyone who is continuing
21 to provide these sorts of services could
22 be considered as having intent to cause
23 harm.

Page 32

1      I suppose I could be persuaded to
2  change my mind on that, but right now my
3  position is that felonies, felony
4  punishments, are not justifiable.
5      Q.     Okay, I appreciate that.  Thank
6  you.
7      Are you being compensated in any
8  way for your involvement in this lawsuit?
9      A.     No.
10     Q.     Have you been asked to testify at
11 trial?
12     A.     Will you repeat your question
13 please?
14     Q.     Yes.  Have you been asked to
15 testify at trial?  If this case were to go
16 to trial, have you been asked to appear in
17 Alabama and testify?
18     A.     I have been informed that that
19 might be a request.  I don't think that's
20 the same as being asked to testify.
21     Q.     Okay.  And I appreciate the
22 clarification.
23     A.     As I recall.

8  (Pages 29 to 32)

Corinna Cohn                                                    4/15/2024

Page 33

1    Q.    If you were asked to testify at
2    trial, is that something you would plan on
3    doing?
4    A.    I believe so.
5    Q.    Is there a reason that you might
6    decide not to testify at trial?
7    A.    Well, suppose I made international
8    travel plans several months ahead of time
9    and then the timing of the trial were to
10   overlap, that is a costly commitment, then
11   I might -- if that was the only time that
12   I could testify, then I might be in a
13   quandary.
14         But I think it would be some major
15   commitment that I made months ahead of any
16   knowledge of the testimony that would put
17   me in conflict like that.
18   Q.    I see.  So it sounds like if
19   there's not a scheduling conflict, you
20   would probably participate at the trial?
21   A.    I think so.
22   Q.    Got you.  I want to ask you -- I
23   want to move into a different topic for a

Page 34

1    minute, and, again, these questions might
2    feel a bit personal, and that's not my
3    intention.
4          I just need to ask them so I can
5    learn a little bit more about you today
6    in the instance that you do perhaps
7    testify at trial one day.  What is the
8    gender that you identify with today?
9    A.    What is the gender that I identify
10   with today?  Can you explain or rephrase
11   that please?
12   Q.    Sure.  Let me ask it to you this
13   way:  Do you currently identify as
14   transgender?
15   A.    I have never identified as
16   transgender.
17   Q.    Okay.
18   A.    Would you mind explaining a little
19   bit more about what your question is, or
20   alternatively, would you appreciate
21   hearing a little bit of history about the
22   word "transgender"?
23   Q.    Yeah, sure.  Go ahead.

Page 35

1    A.    Okay.  I started my medical
2    transition in 1993 when I was prescribed
3    estrogen.  The word transgender was not
4    commonly used in what you would call the
5    trans community in the early 1990s.
6          There was a very nascent and
7    marginalized movement called the
8    transgender movement that I didn't even
9    really hear about until 1995, but the
10   transgender movement was started by an
11   activist named Virginia Prince, who had a
12   number of views, but the relevant one is
13   that it is not -- should not be considered
14   prohibiting somebody's medical transition
15   if they only want a partial transition or
16   if they are in a heterosexual relationship
17   and want to maintain that relationship.
18         So that movement was called
19   transgender, and by the time we hit --
20   there was some debate whether transgender
21   should be considered an umbrella term.
22   But by the time of 2000 transgender was
23   certainly an umbrella.

Page 36

1          And the transgender movement I
2    think has certainly dominated the whole
3    gender conversation and has continually
4    diffused even the concept of transition
5    and the concept of transsexualism to the
6    point that -- according to the Washington
7    Post last year, two out of three people
8    who identify as trans don't even take on
9    any sort of medical transition at all.
10         So the people who medically
11   transition are becoming a more and more
12   marginalized proportion of this trans
13   umbrella.
14         So if you look at every word that
15   I have ever spoken, there might be a time
16   that I have used the word transgender to
17   help somebody -- like as shortcut to help
18   somebody connect something, but I have
19   never considered myself a transgender and
20   the word that I use is transsexual.
21   Q.    Transsexual, okay.  And I
22   appreciate that background.  That's very
23   helpful for me.

9  (Pages 33 to 36)

Corinna Cohn                                                    4/15/2024

Page 37

1     A.    Sure.
2     Q.    And I'll ask this again and it
3     might not be a question that -- you tell
4     me if I need to rephrase it in some way.
5         I had asked you a moment ago about
6     the gender that you identify with.  Do you
7     identify with a particular gender?
8     A.    Can you define gender so that I
9     can answer your question clearly?
10    Q.    Well, how would you define gender?
11    A.    Well, do you know that over the
12    course of time my confidence in being able
13    to define that word has disintegrated, so
14    it's not a word that I'm comfortable
15    describing just on its own.  I might be
16    able to identify as something like gender
17    identity as a term.
18    Q.    Okay.
19    A.    But gender seems so
20    self-referential as a term that I struggle
21    to -- like, I want to answer in good
22    faith; right?  I sort of know what you are
23    asking, but I feel like your question has

Page 38

1     some prior assumptions in it that I don't
2     agree with, so it's hard for me to answer
3     it in good faith if I don't agree with the
4     prior assumptions.
5     Q.    Yeah.  And at any point if you
6     feel like you need to clarify your answer
7     or provide some context, I appreciate
8     that.  That's no problem at all.
9         And I appreciate you educating me
10    some on these terms, and I think you are
11    getting to the point, which I think I'm
12    trying to ask about your gender identity,
13    so if we use that term, how would you
14    define gender identity?
15    A.    I would define gender identity as
16    a subjective feeling about which sex
17    category a person feels they ought to
18    belong to based on the customs and
19    stereotypes and delegation of social
20    responsibilities that are assigned to each
21    sex class.  It's that subjective what
22    assignment I think I should be in.
23    Q.    Okay.  And using that definition,

Page 39

1     what would be your gender identity sitting
2     here today?
3     A.    Given that definition, I don't
4     have a subjective view of belonging to the
5     opposite sex class.  I am a male who has
6     been medically feminized and who tried for
7     20-plus years to assimilate as a member of
8     the opposite sex class.
9         At the time I did have a gender
10    identity.  I thought I was a woman.  And
11    despite all of the -- despite reality
12    continually telling me that that's not
13    going to happen, I continued trying.
14        So I have given up trying and I no
15    longer have something that other trans
16    people would identify as being a gender
17    identity.
18        I am objectively a male person who
19    has had castration, penectomy, estrogen
20    therapy to the point where my body has
21    been medically feminized, and some people
22    construe that I'm a member of the female
23    sex class when I am objectively a male.

Page 40

1     I'm a man.
2     Q.    Okay.  I think what might help us
3     work through some of this is I'm going to
4     take a look at your declaration that you
5     submitted in this case, and I understand
6     that you have a copy there in the
7     conference with you; is that right?
8     A.    I do.
9     Q.    Okay.  Let's talk through some of
10    that and just make sure I understand what
11    you are saying in your declaration here.
12        And I'm looking on the first page
13    here second paragraph that begins:  In or
14    about second grade, I saw a psychologist
15    for problems related to being bullied and
16    emotional regulation.
17        Do you see that?
18    A.    I do.
19    Q.    And were you living in Reno at the
20    time?
21    A.    I was.
22    Q.    Who was the psychologist that you
23    saw, if you recall?

1    A.    Her name is Rebecca Jankovich.
2    Q.    What was the last name?  Sorry.
3    A.    Jankovich.
4    Q.    Do you know why your parents chose
5    that psychologist?
6    A.    Wow.  No, I don't.  I have never
7    even thought about it.
8    Q.    Okay.  Just curious if they had
9    some sort of connection to her or if you
10   knew why they would have selected her.
11   A.    No.
12   Q.    Sounds like you don't know, okay.
13   A.    No, that's a great question.
14   Q.    And prior to seeing that
15   psychologist, had you seen any other
16   mental health care providers?
17   A.    Not in my recollection.
18   Q.    And in your affidavit, you
19   mentioned being bullied and that you also
20   wanted to see her for emotional
21   regulation.  Do you recall what you were
22   being bullied for at the time?
23   A.    What I was being bullied for?  I

1    don't think it was anything specific, but
2    my birthday is in June and the cohort that
3    I was with, I was one of the youngest
4    children and so I think probably I was not
5    emotionally developing necessarily at a
6    fast rate and a lot of my peers in the
7    class were a year or more older than I
8    was, and so I think that there was a
9    dynamic of me being immature and that that
10   was probably the main dynamic that caused
11   me to be bullied.
12   Q.    How often did you see your
13   psychologist?
14   A.    At that age?
15   Q.    Yes, at that time.
16   A.    I don't recall.
17   Q.    Any recollection of whether it was
18   weekly, monthly, quarterly?
19   A.    It was between weekly and monthly
20   but it was -- if it was weekly or
21   bi-weekly or once a month, I couldn't tell
22   you.
23   Q.    Okay.  And do you recall -- I know

1    it's been a long time ago, but if you
2    recall, sitting here today, do you know if
3    you experienced any benefits from seeing
4    that psychologist?
5    A.    I don't know that I could judge
6    such a thing.
7    Q.    You don't know sitting here today
8    if you could remember if you experienced
9    any benefits; is that what you're saying?
10   A.    Yeah, it's too far in the past and
11   too subjective for me to make an opinion
12   about that.
13   Q.    Okay.  Do you recall if any of the
14   issues that you were experiencing at the
15   time related to your gender identity?
16   A.    I don't think they were, no.
17   Q.    You indicate in your declaration
18   that after less than a year your parents
19   chose to discontinue therapy.  Do you see
20   that?
21   A.    Yes, that's correct.
22   Q.    Do you know why they chose to
23   discontinue the therapy?

1    A.    I do.
2    Q.    What was that reason?
3    A.    It is that my psychologist
4    determined that there were some dynamics
5    between my parents that were related to
6    some of my psychological problems, and
7    they had a fight over that and they
8    thought that the way to not fight about it
9    was to withdraw me from therapy.
10   Q.    And, again, I'm sorry to pry, but
11   you mentioned that there were some
12   dynamics that your psychologist identified
13   between your parents that might have been
14   contributing to some of your issues?
15   A.    Yes.
16   Q.    Can you tell me a little bit more
17   about what those dynamics were as you
18   understood it?
19   A.    I don't think so.  I have my own
20   opinions, but it's very difficult for me
21   to disassociate my opinions from some of
22   the things that my therapist told me
23   later.

Corinna Cohn                                          4/15/2024

Page 45

1          And just, you know, I don't think
2     we need a spoiler warning here, but
3     Rebecca Jankovich was also my therapist
4     later in my teen years and who was my
5     therapist when I started transition.
6     Q.     I thought I saw that in your
7     declaration, but I appreciate the
8     clarification.  So it sounds like your
9     therapist shared with you some of her
10    thoughts about the dynamics between your
11    parents; is that right?
12    A.     She did.
13    Q.     Can you tell me what she told you?
14    A.     Well, this is what I'm trying to
15    explain is that it's been enough time that
16    my own contemplation on the issue is
17    difficult to pry apart from my memory of
18    what I discussed, and so I don't feel
19    comfortable telling you what her diagnosis
20    of my parents' relationship dysfunctions
21    were because it's melded together with
22    some of my own reflections.
23    Q.     Let me ask it to you this way, and

Page 46

1     I'm not trying to pin you down on what
2     your therapist told you versus what your
3     own reflections are, but sitting here
4     today, whether it's something your
5     therapist told you or something you came
6     to on your own conclusion, what is your
7     opinion of the dynamics that was going on
8     with your parents that contributed to some
9     of your issues?
10    A.     My parents were 40 years apart in
11    age, and my mother was 20 when I was born
12    and the fact is that -- well, the fact --
13    my opinion is that she was not mature
14    enough to be a parent and that my father
15    was -- I don't know if there's such a
16    thing as being too old to be a parent, but
17    he was in his 60s raising children and he
18    was not very attached to us, so there was
19    some dysfunction around that dynamic.
20    Q.     At the time do you recall if you
21    wanted to continue with the therapy?
22    A.     Oh, I can't answer that.  I have
23    no idea.

Page 47

1     Q.     Okay.
2     A.     You know what though, actually I
3     think I do remember feeling sad that I
4     couldn't see her anymore.
5     Q.     Okay, thank you.  And I know some
6     of these things I'm asking you about today
7     happened a long time ago and it's not a
8     memory test, and I'm just asking you for
9     your best recollection as you sit here
10    today so I appreciate that.
11    A.     You know, it must have been the
12    case that I did miss her because that's
13    who I saw again as a teenager.
14    Q.     Okay.  Yeah, that makes sense.
15    And you indicate in your declaration that
16    after you stopped going to therapy that
17    you continued to be bullied and have
18    problems forming friendships.
19         Do you have any sense of why you
20    had problems forming friendships?
21    A.     Yes.
22    Q.     What was that?
23    A.     So I think that I was socially

Page 48

1     delayed in part due to the fact that I
2     probably wasn't getting the amount of
3     socialization that I needed for my age,
4     and that because I was socially delayed,
5     that I was probably not able to make
6     friendships the way the boys tend to make
7     friendships.
8          So my understanding is that men
9     when they fight with each other, that they
10    like boys also when they fight with each
11    other, that they get over it, and I took
12    it as deeply wounding emotionally and I
13    did not get boys.
14    Q.     Your next sentence here in your
15    declaration kind of alludes to that point.
16    You say:  Other boys excluded me from
17    social activities.  Do you see that?
18    A.     Yes.
19    Q.     And did you feel like there were
20    other reasons that you were excluded from
21    social activities with boys?
22    A.     Other reasons other than my social
23    acuity at the time?

Corinna Cohn                                                    4/15/2024

---

Page 49

1    Q.    Yes.
2    A.    Help me what other sorts of
3    reasons that those might entail.  Can you
4    give me some examples?
5    Q.    I'm just exploring if there were
6    any other reasons other than what you've
7    already told me, and if there aren't any
8    other reasons, that's fine, too.  I'm just
9    exploring if there was anything else that
10   you think contributed to you feeling
11   excluded by other boys.
12   A.    Well, I'm not entirely sure.  I
13   think given some of my family background,
14   I'm not sure that either one of my parents
15   were able to make friendships with the
16   parents of my classmates and I think that
17   lacking that sort of closeness between my
18   parents and the other parents and me and
19   the other classmates probably enhanced
20   that sort of lack of familiarity.
21   Q.    Any other reasons that you think
22   you might have been excluded?
23   A.    I don't know.

---

Page 50

1    Q.    None that you can think of sitting
2    here right now?
3    A.    No.
4    Q.    And I promise I'm not going to go
5    through this whole declaration
6    line-by-line.  There's just a lot to
7    unpack in this paragraph that we're
8    working through right now.
9    A.    Sure.
10   Q.    The next one in here says:  That
11   later in elementary school I began to pray
12   to be made into a girl which I thought
13   would allow me to fit in better.  This
14   became a fixation for me.
15         Do you see that?
16   A.    I do.
17   Q.    At that point in time do you
18   remember if you had told anyone that you
19   wanted to be made into a girl?
20   A.    I did not tell anybody.
21   Q.    And at this point did you have
22   access to the internet?
23   A.    At this point there was no public

---

Page 51

1    internet.
2    Q.    I take it that there was also no
3    social media at this time?
4    A.    Correct.
5    Q.    How did you come up with this idea
6    that you wanted to be made into a girl?
7    A.    That's not something that I can
8    answer.
9    Q.    Why not?
10   A.    Because I'm 48 years old and I
11   cannot put myself back into the
12   psychological shoes of me being a child.
13   Q.    Okay.  So sitting here today, you
14   don't know why or how you came up with
15   this idea that you wanted to be made into
16   a girl?
17   A.    Correct.
18   Q.    And when you say in your
19   declaration that it became a fixation for
20   you, what do you mean by that?
21   A.    At night I would pray.  I wasn't
22   raised religious, but I started praying
23   every night that when I would wake up that

---

Page 52

1    I would be a girl.
2    Q.    Did you think about it during the
3    daytime?
4    A.    Yes.
5    Q.    About how often do you think you
6    thought about it?
7    A.    I don't know.
8    Q.    Is it something that consumed your
9    thoughts during the day, distracted you
10   from other things, or something that just
11   popped in your head every now and then?
12   A.    I don't remember.  But I do
13   remember praying every night.
14   Q.    Is that something that went on for
15   a period of months or a period of years?
16   A.    Years.
17   Q.    About how many years do you think?
18   A.    Less than two, I think.
19   Q.    After those two years what
20   happened?
21   A.    I think I saw -- this memory is
22   hazy.  I don't remember exactly when I saw
23   this, but I learned about the existence of

---

Corinna Cohn                                                4/15/2024

Page 53

1    transsexuals.
2    Q.    Do you know how you learned about
3    transsexuals?
4    A.    Yeah, it was some TV program, some
5    daytime TV program.
6    Q.    After you learned about
7    transsexuals, what did that make you feel?
8    A.    I think I switched from this
9    magical mindset to a different kind of
10   magical mindset, but I switched from this
11   mindset that there was some sort of
12   possibility for supernatural intervention
13   and realized that I might be able to
14   manifest the thing that I wanted to
15   achieve.
16   Q.    And I'm just trying to track a
17   little bit in your declaration that might
18   help us keep track of time.
19          It says:  In high school I
20   confessed to my parents that I wanted to
21   become a woman.  Do you see that?
22   A.    Yes.
23   Q.    So was that after you saw this

Page 54

1    program and learned about transsexuals or
2    before?
3    A.    It was after.
4    Q.    Okay.  I know it says you were in
5    high school.  Do you recall what age you
6    were when you told your parents that you
7    wanted to become a woman?
8    A.    Yes.  I can even tell you the day.
9    Q.    Okay.  What age were you?
10   A.    I was age 15.
11   Q.    Do you recall their reaction?
12   A.    My parents were separated at the
13   time.  My mom's reaction was not positive.
14   Q.    Do you recall what she said?
15   A.    She was in disbelief, which I
16   guess makes sense.
17   Q.    Did she have any other reaction?
18   A.    Not immediately.
19   Q.    Did she later express to you a
20   reaction?
21   A.    Later -- yes, so generally, she
22   was outwardly negative about it and not
23   supportive.  And as I would get a little

Page 55

1    older, 16, 17, it started to be a central
2    source of conflict for us.
3    Q.    And were you living with your mom
4    at the time?
5    A.    Yes, I was.
6    Q.    Did you live with your dad at all?
7    A.    In my teen years you are asking?
8    Q.    Yes.
9    A.    Yes, in my teen years, yes, I did
10   spend some time with my father.
11   Q.    And what was your father's
12   reaction when you came out to him and told
13   him that you wanted to become a woman?
14   A.    What was his reaction?  I guess
15   indifferent was probably the best word for
16   it.  He would have been 75, thereabouts,
17   and his family members were -- his
18   brothers were gone because of age.
19          And I guess, I guess he might have
20   reacted differently if he had been 20 or
21   30 years younger, but I suppose that's
22   what was happening in his life at that
23   time.

Page 56

1    Q.    So when you say indifferent, do
2    you mean that he didn't seem to care one
3    way or the other?
4    A.    Yeah, I think that's right.
5    Q.    Was he supportive at all of what
6    you told him?
7    A.    No, he was, like I said, I think
8    indifferent is probably the best word to
9    describe it.
10   Q.    Did he ever try and discourage you
11   from continuing down that path?
12   A.    Well, he was supportive that I go
13   back into therapy when my mom told him
14   what was on my mind.  I think he was
15   supportive of me seeing a psychologist.
16   Q.    And it sounds like you told your
17   mom that you wanted to become a woman.
18   Did you also tell your dad, or did your
19   mom share that with your dad?
20   A.    My mom shared it with him.
21   Q.    Do you remember ever having a
22   conversation with him about it directly?
23   A.    Oh, yeah.

                              14  (Pages 53 to 56)

Page 57

1    Q.    Okay.  What was his reaction when
2    the two of you talked about it?
3    A.    I feel like I'm repeating myself,
4    and I apologize if you feel like these are
5    different questions, but his reaction was
6    like indifference.
7    Q.    Okay.  Just making sure there
8    wasn't a difference there, that's all.
9    A.    Okay.
10   Q.    And then I understand at that
11   point they encouraged you to go back to
12   the same psychologist that you had been
13   seeing in elementary school; is that
14   right?
15   A.    It's nearly right.  I was 17 so I
16   wasn't encouraged.  I was ordered.
17   Q.    Understood.  Did you want to go
18   and see this therapist?
19   A.    I did.
20   Q.    So your parents wanted you to and
21   you wanted to as well?
22   A.    Yes.
23   Q.    Why did you want to see the

Page 58

1    psychologist at the time?
2    A.    I hoped that she would -- I didn't
3    use this term back then, but I was hoping
4    that she would affirm my direction and
5    that she would be able to help explain it
6    to my parents.
7    Q.    And when you shared with her your
8    feelings what was her reaction?
9    A.    I don't know that I remember what
10   her reaction was, but she was -- in my
11   opinion, a well-trained psychologist, so I
12   don't remember her reaction, but she asked
13   me questions to try to make out my mental
14   state.
15   Q.    You mentioned that you were
16   hopeful that she would, even though you
17   didn't use this terminology at the time,
18   but that she would affirm your feelings?
19   A.    Yes, sir.
20   Q.    Did you feel that she did affirm
21   you?
22   A.    I was ultimately diagnosed with
23   gender-identity disorder, so I don't know

Page 59

1    that that is accurately construed as
2    affirming, but I think at the time that
3    that was what -- that that corresponded
4    with what my expectations would have been.
5       I didn't know what gender identity
6    disorder.  That sort of information was
7    not available like it is today, but that
8    felt like it was in comport with what I
9    was experiencing.
10   Q.    Did she explain to you what gender
11   identity disorder was?
12   A.    Surely, she must have.  I just
13   don't have a recollection of it.
14   Q.    Okay.  And would you have been 15
15   at the time?
16   A.    Yeah, 15 and early 16.
17   Q.    And sitting here today, do you
18   recall how it felt to you when you
19   received that diagnosis?
20   A.    Well, that's an interesting
21   question.  Do you mind if I answer it a
22   little bit openly?
23   Q.    Yes, sure.

Page 60

1    A.    I think at the time I felt a lot
2    of grief because my childhood was
3    characterized largely by abuse and
4    neglect, and I felt hopeful that if I
5    would be able to depart from masculinity,
6    that there would be possibilities in the
7    future where I would be able to have more
8    love and friends.
9    Q.    Do you recall if your psychologist
10   talked to you about any treatment options
11   or next steps after receiving that
12   diagnosis?
13   A.    I don't recall.
14   Q.    Do you recall what your parents'
15   reaction was to hearing that diagnosis?
16   A.    I do.
17   Q.    What was their reaction?
18   A.    They were nonplussed.  They
19   prohibited me from seeing her further.
20   Q.    Did they have any further
21   conversations with you about that
22   diagnosis?
23   A.    Yes.

Corinna Cohn                                              4/15/2024

Page 61

1    Q.    What did those conversations
2    entail?
3    A.    Well, I'm going to only say that
4    it led to more abusive interactions.  I'm
5    not going to go into any further detail.
6    Q.    Was that true for both your mother
7    and your father?
8    A.    No, my father was stoic.  But you
9    can be the judge of whether or not that
10   stoicism and indifference was its own form
11   of neglect.
12   Q.    I appreciate you opening up to me
13   about this and being willing to talk about
14   it today.  We can take a break at any
15   time.  If you need to, just let me know;
16   okay?
17   A.    Sure.  We're good.  We're good.
18   Q.    At the time that your parents
19   chose to discontinue your therapy did you
20   want to continue seeing your psychologist?
21   A.    Yes, I did.
22   Q.    But you weren't able to because
23   your parents wouldn't let you?

Page 62

1    A.    Correct.
2    Q.    Did you seek out any other mental
3    health care at the time?
4    A.    No.
5    Q.    And after stopping seeing your
6    psychologist, how did you feel
7    emotionally?
8    A.    Abandoned, basically.
9    Q.    Did you experience depression?
10   A.    Probably, yes.
11   Q.    Do you recall experiencing
12   anxiety?
13   A.    I don't recall.
14   Q.    Did your parents help you seek any
15   other kind of medical care other than
16   mental health care at the time?
17   A.    No.
18   Q.    Did you do anything else outside
19   of the medical world to try and seek help
20   for yourself?  I'm thinking of, you know,
21   like joining any church groups or any
22   other social groups.
23   A.    No.

Page 63

1    Q.    Did you do any counseling at
2    school?
3    A.    No.
4    Q.    At any point from when you first
5    felt like you wanted to be made into a
6    girl when you were in elementary school
7    from the age 18 did you stop having those
8    feelings?
9    A.    No.
10   Q.    And I think you told me already,
11   and I just want to it be clear on the
12   record, throughout this entire time period
13   you were living in Reno, Nevada?
14   A.    Correct.
15   Q.    Do you know the age of majority in
16   Reno -- well, in Nevada I should say?
17   A.    In Nevada it's age 18.
18         MS. VAGUE:  Why don't we do
19   this, we've been going a little bit over
20   an hour.  Why don't we take a quick break,
21   maybe five minutes, and come back?
22         THE WITNESS:  If you like.
23         MS. VAGUE:  Okay, thank you.

Page 64

1    (Whereupon, a recess was taken
2         from 10:36 a.m. until 10:45 a.m.)
3    Q.    (By Ms. Vague) Ms. Cohn, we're
4    back on the record now after a short
5    break.
6         I want to talk to you now about
7    the medical care you started getting at
8    the age of 18, as I understand it.  I
9    understand that you started seeing a
10   psychologist again at the age of 18.  Do I
11   have that correct?
12   A.    Correct.
13   Q.    And why did you start seeing a
14   psychologist again at the age of 18?
15   A.    Because by then I understood that
16   the way to start medical transition was to
17   follow a particular set of guidelines
18   which were at the time called the Harry
19   Benjamin Society standard of care.  It is
20   now called WPATH.  It's the same
21   organization, it's changed its name.
22         But I knew the guidelines at that
23   point required continual care from a

Corinna Cohn                                              4/15/2024

Page 65

1   therapist or psychologist prior to any
2   sort of medicalization steps.
3        Q.    And is there a reason that you
4   started seeking that care at the age of 18
5   as opposed to at the age of 17?
6        A.    Because at the age of 18 I was an
7   adult and could not be prohibited by my
8   parents, and due to a fortune or a curse,
9   depending on your perspective, I had
10  access to funds provided by my father in
11  the form of a -- what would you call it?
12       I was given funds under the
13  auspices of the Uniform Gift to Minors
14  Act.  It was meant to be my college fund.
15  I spent it on other things.
16       Q.    So it sounds like at that point
17  you no longer needed your parents'
18  consent; correct?
19       A.    That's right.
20       Q.    And were your parents involved at
21  all in your decision to start seeing a
22  psychologist again?
23       A.    They were not.

Page 66

1        Q.    Did you feel like they were
2   supportive of you at all during this time
3   period?
4        A.    I was estranged from my parents at
5   this point.
6        Q.    Did you start seeing the same
7   psychologist?  I think you mentioned to me
8   earlier you were seeing the same
9   psychologist that you had seen at the age
10  of 15 and also when you were in elementary
11  school?
12       A.    Yes.
13       Q.    And how long did you see that
14  psychologist again starting at the age of
15  18?
16       A.    About a year.
17       Q.    And at some point you indicated
18  that you started seeing an endocrinologist
19  as well?
20       A.    Correct.
21       Q.    How did that come about?
22       A.    By this time I was starting to
23  participate in chat rooms on the internet

Page 67

1   and other people who had medicalized
2   referred me to doctors who were seeing
3   patients who were medicalizing.
4        Q.    Do you recall the
5   endocrinologist's name that you started
6   seeing?
7        A.    I don't recall her name.
8        Q.    Do you recall where she practiced?
9        A.    Yes, it was in San Francisco.
10       Q.    Were you still living in Reno at
11  the time?
12       A.    Yes, I was.
13       Q.    So you traveled to San Francisco
14  to see this endocrinologist?
15       A.    Yes, I did.
16       Q.    Do you remember the name of her
17  practice by chance?
18       A.    Not at all.
19       Q.    And what age were you when you
20  started seeing this endocrinologist?
21       A.    I was age 18.
22       Q.    Did your psychologist connect you
23  at all with this endocrinologist, or you

Page 68

1   found the endocrinologist completely on
2   your own?
3        A.    I found the endocrinologist
4   through referrals in chat rooms.
5        Q.    Let me look back at your
6   declaration and just make sure I'm
7   following it properly.  It sounds like
8   your psychologist did write you a letter
9   of recommendation to the endocrinologist;
10  is that right?
11       A.    Yes, she did.
12       Q.    Do you know if your psychologist
13  had any connection to the endocrinologist
14  before writing this letter for you?
15       A.    I don't believe that they were
16  connected, no.
17       Q.    And, again, when you started
18  seeing this endocrinologist, you were
19  legally an adult at that time?
20       A.    Yes.
21       Q.    And you didn't need your parents'
22  consent?
23       A.    I did not, no.

17  (Pages 65 to 68)

Corinna Cohn                                                4/15/2024

Page 69

1    Q.    And they were not involved in your
2    care and treatment at that time?
3    A.    Correct.
4    Q.    Was it around this same time
5    period at the age of 18 that you changed
6    your name?
7    A.    Yes.
8    Q.    Did you legally change it?
9    A.    Yes, I did.
10   Q.    And did you change it to Corinna?
11   A.    Yes, I did.
12   Q.    Were your parents involved in that
13   decision?
14   A.    No, they were not.
15   Q.    Did you feel like they were
16   supportive of that decision?
17   A.    As I mentioned, I was estranged
18   from them, but I doubt that they would
19   have been supportive.
20   Q.    And I'm sorry that some of these
21   questions probably feel repetitive, I just
22   need to go through them to make sure I
23   understand.

Page 70

1    A.    That's okay.  My answers will also
2    be repetitive.
3    Q.    That's fine with me, not a
4    problem.  All right.  Based on your
5    declaration, it sounds like at the age of
6    19 you underwent a surgical procedure to
7    help you transition to a woman; is that
8    right?
9    A.    I had a surgical procedure to
10   create the appearance and partial
11   functionality of a vagina.
12   Q.    Okay.  Where did that surgical
13   procedure take place?
14   A.    Wisconsin.
15   Q.    Do you remember the name of your
16   surgeon?
17   A.    Eugene Schrang.
18   Q.    Can you spell that last name?
19   A.    S-c-h-r-a-n-g.
20   Q.    Do you remember the name of his
21   practice?
22   A.    No.
23   Q.    Do you remember the name of the

Page 71

1    hospital that he was affiliated with?
2    A.    If you give me a minute, it will
3    come back to mind.  It was in Neenah,
4    Wisconsin and it might have just been
5    called -- I don't recall.  I can Google it
6    and find it really quick but I suppose
7    anybody could.
8    Q.    Yeah, I was just curious if you
9    recalled.  At the time that you underwent
10   this procedure, was it one procedure or
11   multiple procedures?
12   A.    Well, it was one operation that
13   involved multiple procedures.
14   Q.    Okay.  And at the time that you
15   underwent this operation, how long had you
16   been on estrogen?
17   A.    About one year.
18   Q.    Why did you -- why did you pick
19   this particular surgeon to perform this
20   surgery?
21   A.    Recommendations of my trans chat
22   group.  So there were a number of adults
23   who had experience with -- there were

Page 72

1    approximately seven well-known surgeons at
2    that time, and there were people who had
3    experiences with those people, and there
4    were basically two or three top names and
5    his was one of them.
6    Q.    And at the time that you had this
7    operation performed were you satisfied
8    with his work?
9    A.    I don't know how to answer that
10   question.
11   Q.    Well, at the time that you had the
12   surgery performed were you happy with the
13   outcome?
14   A.    I really don't know how to answer
15   that question.
16   Q.    Okay.  Is that because you don't
17   understand the question or you just don't
18   have a recollection sitting here today or
19   what?
20   A.    It is that regardless of what my
21   feelings were of the operation, what I was
22   feeling is that I had come to the end of
23   my journey.  I thought that I had finished

18  (Pages 69 to 72)

Corinna Cohn                                                    4/15/2024

Page 73

1   everything that I had set out to do, and
2   so you are asking particularly or
3   specifically about the operation, but
4   there's a more symbolic association with
5   having that than the practical.
6       And I was not in a very clear head
7   space to think about the practical
8   considerations because I had achieved my
9   symbolic goal.
10  Q.    And in achieving your symbolic
11  goal, did that make you feel happy at the
12  time?
13  A.    Yes.  Do you mind if I continue
14  answering that?
15  Q.    Sure.
16  A.    There are times I'm sure that
17  everybody has where they achieve something
18  that they really set out to, believing
19  that once they accomplish it, that it
20  would result in some benefit.
21      And it takes a while, because you
22  are so satisfied that you have
23  accomplished this thing, it takes a while

Page 74

1   to understand that having achieved it
2   isn't -- the reality of it is not what
3   your imagination supplied before you
4   accomplished it.  And there's a period of
5   time that it takes to have kind of a
6   reckoning with the reality of your
7   accomplishments that you might have very
8   mixed feelings about them that will take a
9   while to sort out and that's certainly
10  true of my operation.
11  Q.    So it sounds like, and I don't
12  want to put words in your mouth, but it
13  sounds like at some point you started to
14  feel some regret about your operation?
15  A.    Ambivalence is probably a better
16  word.
17  Q.    Okay.  When did you start to feel
18  those feelings of ambivalence?
19  A.    Within a year of having the
20  operation, I tried having sexual
21  intercourse, or I did have sexual
22  intercourse and it was painful and not
23  pleasurable and I thought that something

Page 75

1   was wrong.
2       What it took me years to learn is
3   that such outcomes are not only considered
4   -- not only are those common, they're
5   considered normal surgical outcomes.
6       They're in the realm of if there
7   are no complications -- right, so on a
8   daily basis I didn't have pain.  It was
9   only during intercourse.  That's
10  considered an okay outcome as far as the
11  surgeons are concerned.
12      The ability to engage and enjoy
13  sexual congress with your adapted organs
14  is something that some people are able to
15  achieve, but it's not guaranteed, and it's
16  not even something that the surgeons
17  necessarily -- I say the surgeons because
18  more than one surgeon sort of makes this
19  point, you can see it in the informed
20  consent forms.
21      But there's not a guarantee that
22  you'll be able to enjoy sex and it's not
23  -- it's not atypical that that happened.

Page 76

1   Q.    Is that something that your
2   surgeon explained to you prior to your
3   procedure?
4   A.    Yes, but I was not in a head space
5   to be able to understand that.  It's like
6   when you see television commercials that
7   are pitching whatever the current
8   medication -- popular medication.  You
9   know, they show you these ridiculous
10  cartoon figures across the screen that are
11  supposed to capture your attention and all
12  this floaty, dreamy visual stuff that
13  clouds your vision, while right on the
14  screen in tiny, tiny print it says "may
15  cause death".
16      You are not supposed to absorb
17  that, or you are supposed to absorb how
18  wonderful this medication is and not
19  absorb the part that oh, by the way, one
20  out of 20,000 people who take this die,
21  you know.
22      I was in that sort of -- I was,
23  like, looking at the cartoon cloud people

19  (Pages 73 to 76)

Corinna Cohn                                                    4/15/2024

Page 77

1   going isn't this amazing but it may cause
2   permanent sexual dysfunction, whatever.
3   Q.   At the time that you underwent
4   this surgery you were an adult; correct?
5   A.   I was the age of majority.  Is
6   that what you mean by adult?
7   Q.   Yes.  I think you used that term
8   earlier talking about your other medical
9   care, but, yes, you were of the age of
10  majority; is that correct?
11  A.   Yes, I was.
12  Q.   Again, you did not need your
13  parents' consent for this surgery, did
14  you?
15  A.   I did not.
16  Q.   And you were still estranged from
17  your parents at the time that you
18  underwent this surgery?
19  A.   I was.
20  Q.   After you underwent this surgical
21  procedure, did you have a support system
22  in place at all of other family or
23  friends?

Page 78

1   A.   I believed that I did, but that
2   was somewhat illusory.
3   Q.   How so?
4   A.   Well, two things.  I did have a
5   couple of friends who knew that I was
6   having surgery.  They lived out of state
7   and they did come to see me once, visit me
8   once.  The rest of my support was online.
9        And as it turns out, if you don't
10  actually meet people in real life, the
11  associations that you make tend not to be
12  very solid.  And so my support network was
13  less dependable than what I probably
14  anticipated it would be.
15       But I was living alone.  I was
16  19 years old.  I was -- I had a small
17  amount of savings from the funds that my
18  father gave me, but I was working in a
19  restaurant and did not have health care,
20  local health care provider.
21       It was -- and then my surgeon was
22  up in Neenah, Wisconsin, which was not
23  easy to access if you are having medical

Page 79

1   issues, and it's so bizarre.  It's so
2   bizarre because it's such an invasive
3   surgery, and the complication rate is so
4   high.
5        The fact that I was able to do
6   that without -- I'm glad you asked about
7   the support network.  The fact that I was
8   able to do that without the surgeon
9   ensuring that I had some sort of local
10  support medically in case there was some
11  sort of emergency, it's just mind-boggling
12  to me.
13       It's like about as serious, you
14  know, from their point of view, from his
15  point of view, so about as serious as
16  going in for rhinoplasty, but it's
17  extremely invasive.  It rearranges your
18  insides.
19  Q.   Did you suffer medical
20  complications following your surgery?
21  A.   I'm not sure.  I did not -- the
22  answer is I didn't definitely have
23  complications, but if you are informed at

Page 80

1   all about what a vaginoplasty entails, you
2   are required to do something called dilate
3   which is to insert an object in order to
4   maintain the depth and circumference of
5   the opening.
6        And even after a year of this
7   exercise, there was -- it's a messy
8   process.  So I did not have certainty that
9   everything was healing up based on doing
10  those exercises, doing those dilations.
11  Q.   After undergoing this procedure,
12  did you return to your surgeon at any
13  point for follow-up appointments?
14  A.   I did not.
15  Q.   And after your surgery did you
16  continue with the mental health care that
17  you were seeking?  Did you continue to see
18  a psychologist?
19  A.   Briefly.
20  Q.   How long did you see your
21  psychologist?
22  A.   I don't recall.  It was probably
23  just a couple of months.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Corinna Cohn                                                    4/15/2024

Page 81

```
 1    Q.    Do you recall why you stopped
 2  seeing her?
 3    A.    Yes.  Because I had achieved my
 4  goal and I thought my life was just going
 5  to become normal.
 6    Q.    Did you talk to her about that
 7  decision?
 8    A.    I don't recall.  Although I'll
 9  clarify something because you said she.  I
10  think you believe that I was still seeing
11  my initial psychologist, but, in fact, I
12  had -- I had moved to Indiana at this
13  point and I had a separate therapist or
14  psychologist here locally.
15    Q.    Okay.  Thank you for that
16  clarification.  So you were seeing the
17  same psychologist that you saw when you
18  were a child up until the age of 18; is
19  that right?
20    A.    Up until the age of 19 when I
21  moved to Indiana.
22    Q.    Okay.  And then when you moved to
23  Indiana what was your psychologist's name
```

Page 82

```
 1  there?
 2    A.    I have no recollection.
 3    Q.    Do you recall how you found that
 4  psychologist?
 5    A.    No recollection.  It's a complete
 6  blur.
 7    Q.    Do you recall if you talked to
 8  this psychologist about your goals in
 9  terms of transitioning?
10    A.    No, it's like a big blank.
11    Q.    I want to ask you some questions
12  just to make sure that I am clear and that
13  the record is clear about the medical care
14  that you received.
15         You did not receive any puberty
16  blockers as a minor; is that correct?
17    A.    That's correct.
18    Q.    You did not receive any cross-sex
19  hormones as a minor; is that correct?
20    A.    That's correct.
21    Q.    You did not undergo any surgical
22  procedures for gender-affirming reasons as
23  a minor; is that correct?
```

Page 83

```
 1    A.    That is correct.
 2    Q.    You did not receive any
 3  gender-affirming medical care in the state
 4  of Alabama; is that correct?
 5    A.    That's correct.
 6    Q.    You did not receive any medical
 7  referrals from an Alabama doctor; is that
 8  correct?
 9    A.    That is also correct.
10    Q.    At any point have you taken any
11  steps to detransition?
12    A.    Well, describe detransition to me.
13    Q.    Well, I'll ask you again what you
14  understand that term to mean.
15    A.    You are asking me what I believe
16  detransition entails?
17    Q.    Yes, I want to use the term that
18  you are comfortable with.  So what do you
19  understand that term to mean, if you
20  understand it at all.
21    A.    Sure.  Well, I think it means
22  different things for different people --
23    Q.    Okay.  What does it mean to you --
```

Page 84

```
 1    A.    -- but I think this is another
 2  case where it's helpful to unpack what the
 3  word is before I try to answer it.
 4    Q.    Okay, go ahead.
 5    A.    Well, with all due respect, you
 6  asked the question, so can you perhaps
 7  rephrase it and I'll try to answer it
 8  given the context that you are trying to
 9  understand.
10    Q.    Sure.  What I'm trying to
11  understand is, as I understand it, as we
12  walked through it, you began taking
13  estrogen at the age of 18.  You underwent
14  a surgical procedure at the age of 19.
15         And I'm curious if you have taken
16  any steps medically undo any of those
17  steps --
18    A.    Any steps medically.  Thank you.
19  That's actually very helpful that you
20  asked about medical detransition.
21    Q.    Okay.  So have you taken any steps
22  medically to detransition?
23    A.    So let me -- let me contextualize
```

21  (Pages 81 to 84)

Corinna Cohn                                                    4/15/2024

Page 85

1    that.
2    Q.    All right.
3    A.    So there are a couple of things
4    that somebody in my situation might do to
5    accomplish a goal that they might call
6    detransition.
7         One of them might be to have a
8    double mastectomy.  I don't have breast
9    implants, but it's pretty common that
10   people who have the surgery do have breast
11   implants, so this doesn't apply to me, but
12   a male who's detransitioning might have
13   their breast implants removed and might
14   have any other sort of plastic surgery
15   needed in order to reduce any breast
16   growth.  That's one possibility.
17        Another possibility, which is very
18   uncommon in detransitioning so far is to
19   undergo phalloplasty.  Do you know what
20   phalloplasty is?
21   Q.    You can go ahead and explain it.
22   A.    Phalloplasty is the construction
23   of an artificial penis-shaped appendage

Page 86

1    positioned in the groin that is meant to
2    cosmetically reproduce the appearance of a
3    penis.
4         It is impossible for anything like
5    the penis to be constructed in anybody of
6    either sex, but there is facsimiles, and I
7    wouldn't even say that they are reasonable
8    facsimiles.
9         Medical detransition could include
10   the construction of a fake phallus for me.
11   That would involve very likely filleting
12   parts of my arm or leg in order to create
13   donor tissue to construct the appendage.
14        And when women have phalloplasty
15   that's what they do, and you can see the
16   scars that are created from the donor site
17   can be quite noticeable and even gruesome.
18   So that would be another form of medical
19   detransition.
20        And then perhaps the most
21   accessible form of medical detransition
22   that is not surgical would be to change my
23   hormone intake.

Page 87

1         Now, I had a penectomy,
2    orchiectomy, removal of my testicles, when
3    I was 19 years old, so I produce basically
4    zero testosterone naturally.
5         So if I wanted to change my
6    endocrine system, then I would have to
7    switch from estrogen to testosterone
8    basically.
9         It's a little bit more nuanced
10   than that, but if that were to happen and
11   I were to start to masculinize, then the
12   hair growth on my body would start again
13   and hair growth on my face would happen.
14        In my particular circumstances, my
15   puberty was not medically late in a way
16   that constitutes a medical issue, but I
17   was late in my puberty just on the normal
18   end of late so I didn't have very much
19   hair growth.  I didn't have very much body
20   hair growth.  I was a pretty boyish
21   18-year-old.
22        But if I start taking
23   testosterone, that will masculinize me

Page 88

1    more than I was as a teenager, which would
2    put me in a position where I would be a
3    masculinized feminized man and that raises
4    its own complications.
5         So when you are asking about
6    medical detransition, it's not like
7    flipping a switch.  It's -- the changes
8    that have happened to my body are
9    permanent and there is no way of restoring
10   me to being a functional man, so I'm a
11   dysfunctional male.
12        I am medically altered to be the
13   shape that I am right now.  So medical
14   detransition is not alluring to me,
15   because even under the circumstances where
16   I only take testosterone, that will put my
17   body into a state that not only am I
18   unfamiliar with, because I didn't -- I
19   started estrogen so young, and it would
20   create a lot of dissonance because I
21   suppose in many ways it would be like a
22   woman who takes testosterone to try to be
23   like a man.

22  (Pages 85 to 88)

Corinna Cohn                                                          4/15/2024

Page 89

1    That would be more like what the
2 detransition is, which to me is not
3 stepping away or undoing anything, but
4 rather progressing into a state of even
5 more medical -- like more medicalizations,
6 and I am reluctant to go down that pathway
7 for various reasons, not the least of
8 which is that my trust for the
9 professionals who practice in this area is
10 greatly eroded based on things that I've
11 learned in my activism.  Does that answer
12 your question?
13    Q.    I think it does, and I appreciate
14 the background that you provided there,
15 and I certainly was not intending to
16 suggest that it's a light switch.  I
17 simply was just trying to wonder if you
18 had taken any steps to detransition, and
19 it sounds like the answer is no?
20    A.    I understand, but there are a lot
21 of people who have misinformation or
22 incorrect assumptions about what medical
23 detransition might entail, and so I wanted

Page 90

1 to explain those because there's multiple
2 people listening and I wanted to make sure
3 everybody knew.
4    Q.    Thank you.  I appreciate that.
5 And just to wrap that point up, it sounds
6 like you have not taken any steps to
7 medically detransition; is that correct?
8    A.    That's correct.
9    Q.    All right.  You mentioned your
10 activism so let's talk a little bit about
11 that.  When you say that you are involved
12 in activism, what do you mean by that?
13    A.    Well, I suppose the essence of it
14 is that I'm trying to provide a public
15 argument about why the policies that exist
16 ought to be changed.
17    Q.    When did you get into this
18 activism role?
19    A.    In earnest in 2019.
20    Q.    What prompted it in 2019?
21    A.    Opportunity.
22    Q.    What do you mean by that?
23    A.    There were more conversations

Page 91

1 starting to happen about the state of
2 transgender health care and about the
3 emergence of this group of
4 detransitioners, and I was approached by
5 one such detransitioner who asked me if I
6 had an interest in creating a nonprofit
7 that would try to advocate for better
8 health care outcomes for both transitioned
9 and detransitioned individuals.
10    Q.    Who was this detransitioner that
11 approached you?
12    A.    Carey Callahan.
13    Q.    Is that who co-founded your
14 nonprofit with you?
15    A.    That's correct.
16    Q.    Did you know Carey Callahan from
17 other contacts, or how did you two meet?
18    A.    How did we meet initially?  Well,
19 I don't remember the very, very first time
20 that I met Carey, but the first work that
21 I did with her was to give a talk at a
22 library in Urbana, Illinois.  And we were
23 co-speakers, so we must have at least

Page 92

1 communicated prior to that but I think
2 that was the first time I got to know
3 Carey.
4    Q.    Do you know where Carey lives?
5    A.    Presently she lives in -- to the
6 best of my knowledge, she lives in Ohio.
7    Q.    Do you know Carey's educational
8 background?
9    A.    I did.  I don't recall it at the
10 moment.  No, I'm not going to trust my
11 memory.
12    Q.    Does Carey to your knowledge have
13 any sort of medical education?
14    A.    Yeah, she worked in the field of
15 like clinical gender care.
16    Q.    And in what role?
17    A.    As I recall, she at least was --
18 I'm trying to remember what the name of
19 the role is.  If you can help me remember,
20 I don't mind.
21    It's not providing care directly,
22 but helping to like do intake and patient
23 -- like that sort of position.

23  (Pages 89 to 92)

Corinna Cohn                                                           4/15/2024

Page 93

1    Q.    Okay.  So it sounds like she's not
2    a medical doctor?
3    A.    No, she's not a medical doctor.
4    Q.    Is she a nurse or --
5    A.    I think she might be -- you'll
6    have to double check about when she gained
7    these credentials.  I think she may be a
8    licensed therapist.
9    Q.    Okay.  You mentioned that y'all
10   founded a nonprofit together in 2019;
11   correct?
12   A.    Correct.
13   Q.    That's called the Gender Care
14   Consumer Advocacy Network; is that right?
15   A.    That is correct.
16   Q.    You mentioned the purpose of it.
17   Can you explain that a little bit more?
18   A.    Well, when we started, the purpose
19   of it was to represent the patient's
20   viewpoint of receiving medical care
21   because of the people who founded it and
22   of people who we knew.
23        We knew firsthand and secondhand

Page 94

1    that the level of care that's provided to
2    patients has a lot of room for
3    improvement, that -- well, I'll wait for
4    your specific questions.
5        But we saw that there was a really
6    important opportunity to try to work with
7    medical providers to improve their level
8    of care and to work with patients who had
9    been harmed to try to get them some help.
10   Q.    And does the nonprofit take a
11   position on gender-affirming care?
12   A.    It did not take a position for or
13   against it.
14   Q.    And it still doesn't to this day?
15   A.    The state of the nonprofit right
16   now is that it's disbanded.
17   Q.    Okay.  Okay.  So it was founded in
18   2019, and how long did it operate before
19   disbanding?
20   A.    Until 2023.
21   Q.    And during that time period it
22   didn't take a position for or against
23   gender-affirming care?

Page 95

1    A.    Correct.  The purpose of it wasn't
2    to advocate for or against it, but rather
3    to advocate on behalf of people who were
4    currently or had previously had that type
5    of care.
6    Q.    Why did the nonprofit disband in
7    2023?
8    A.    We were unable to fill our board
9    positions and we lacked enough people
10   filling the positions in order to continue
11   operations.
12   Q.    Do you and Carey still work
13   together outside of the nonprofit?
14   A.    No.
15   Q.    And I want to look at a reference
16   that you made in your declaration.  I'm
17   looking at page 3, that last paragraph
18   down there at the bottom that begins "in
19   2019, I co-founded a nonprofit".  Do you
20   see that?
21   A.    I do see it.
22   Q.    Okay.  Looking down at about the
23   third sentence in that paragraph, it says:

Page 96

1    The gender clinicians I have spoken with
2    have admitted that they do not follow the
3    World Professional Association of
4    Transgender Health standards of care
5    because they are viewed to be needlessly
6    restrictive.
7        Do you see that?
8    A.    I do.
9    Q.    What are the WPATH standards of
10   care?
11   A.    There's a group called the World
12   Professional Association for Transgender
13   Health.  They publish a document called
14   the Standard of Care.
15        In it are a set of practices and
16   advice for health care professionals who
17   treat gender-diverse patients.
18   Q.    Do you agree with these standards
19   of care?
20   A.    Do I agree with the standards of
21   care?  The document is lengthy, so in
22   order for me to answer that I think I
23   would need to hear an excerpt for

24  (Pages 93 to 96)

Corinna Cohn                                                     4/15/2024

Page 97

1  consideration and be able to comment on
2  that excerpt and not the document as a
3  whole.
4      Q.    Okay.  So you would take it kind
5  of in a piece-by-piece analysis?
6      A.    Yes.
7      Q.    Okay.  And you mentioned in here
8  health care providers that you have spoken
9  with that told you that they don't follow
10 these standards of care.
11        Can you identify those health care
12 providers for me?
13     A.    Sure.  Let me ask you a question,
14 if you don't mind, because this is
15 something that I was trying to prepare for
16 and consider.
17        Do you want only the providers
18 that I spoke to at the time that I made
19 the declaration, or would you mind if I
20 also included providers who make the same
21 point after I made the declaration?
22     Q.    That would be great if you
23 identify all the providers that you know

Page 98

1  that have told you that they do not follow
2  the standards of care.
3      A.    Sure.  And let me ask another
4  clarification.  If a provider explains
5  their standard of care, and from what I
6  know of the WPATH standards that it is not
7  in accordance with the standard of care,
8  then my conclusion that they're not
9  following the standard of care is that
10 reasonable?
11     Q.    So let's kind of draw those two
12 things out.  First, I want you to tell me
13 every doctor who's told you that they do
14 not follow the standards of care.  And
15 then we can talk separately about the ones
16 that you believe are not following the
17 standards of care.  Is that fair?
18     A.    Sure.  So first we'll talk about
19 those who have explicitly said that
20 they're not following the standard of
21 care.
22     Q.    Correct.
23     A.    Well, let me give you the context

Page 99

1  for these.
2      Q.    Okay.
3      A.    I guess we'll start with -- I'm
4  going to start in order from the clearest
5  cut cases and go down to the areas where
6  it's less of an admission but basically
7  it's a conversation that I had.
8      Q.    Okay.
9      A.    And maybe this follows what we
10 just talked about anyway with what I
11 believe to be not following the standard
12 of care.
13     Q.    Okay.
14     A.    So in 2023, I spoke with Dr. Eric
15 Meininger, who was at the time one of the
16 leaders of the Riley Children's Hospital
17 here in Indianapolis, and the occasion was
18 at the state house.
19        And my hope was to -- every time I
20 talk to a provider, right, this is my
21 hope.  I want people to come to the table
22 and talk about what the actual problems
23 are so that we can address them.

Page 100

1          And we can't even get to the point
2  where we can start to fix things if we
3  can't even talk about what the problems
4  were.
5          So I was engaging him to try to
6  get him to talk about what some of the
7  problems were.  And he said that the WPATH
8  standards are too restrictive.
9          In fact, he did not say this to me
10 but you can find it in I believe the
11 Associated Press where he said the very
12 same thing to the press, which is when
13 these patients come to him they already
14 know what their mindset is so they can
15 just start treatment, start medical
16 treatment.
17         So you don't have to take my word
18 for it.  You can track down where he said
19 it himself in print.
20     Q.    Okay.  Just a couple of follow-up
21 questions there.  You said this
22 conversation took place at the state
23 house.  Was this in an open forum?  Was

25 (Pages 97 to 100)

Page 101

1  this in a hallway?  Where did it take
2  place?
3  A.    It was in a hallway.
4  Q.    And he told you that the WPATH
5  standards of care were too restrictive.
6  Did he also tell you that he was not
7  following them?
8  A.    I don't recall what his exact
9  phrasing was.
10 Q.    Was that a -- sorry.
11 A.    It's easy to conclude based on his
12 other statements that he's not following
13 them.
14 Q.    Okay.  Sitting here today, you
15 don't recall him specifically telling you,
16 "I do not follow the standards of care"?
17 A.    No, he did not say that exact
18 phrase.
19 Q.    And is this the only conversation
20 that you have had with Dr. Meininger?
21 A.    Yes, it was.  In fact, during that
22 conversation, which I had audio recorded
23 it, but the recording is of a very poor

Page 102

1  quality.  But in that recording, he also
2  said that the Riley Children's Hospital
3  was referring its female patients for
4  breast reduction surgery.
5       They were referring their patients
6  who were seeking gender care for breast
7  reduction surgery, but that he didn't
8  consider that to be gender affirming-care
9  because it was between the girls and their
10 surgeons.
11      So like I said, I had this on
12 recording, because I'm allowed to record
13 those types of conversations, and about a
14 month later he left the hospital.  I don't
15 know why he left the hospital, but I
16 thought that that was an interesting
17 coincidence.
18 Q.    Did you inform him that you were
19 recording the conversation?
20 A.    No.
21 Q.    Have you turned that recording
22 over to anybody?
23 A.    I have shared it in an attempt to

Page 103

1  get the audio cleared up and it has --
2  it's very spotty.  I haven't been able to
3  get it completely cleared up, but I do
4  have the recording.
5       By the way, I wasn't the person
6  who recorded it.  It was somebody that I
7  was with.
8  Q.    Okay.  Who was the person that was
9  with you?
10 A.    I don't recall his name.  I would
11 have to go check my -- it was somebody
12 else who was at the state house and had
13 recorded it and sent it to me, but I would
14 have to go find his name.
15 Q.    Is this a person that you worked
16 with through your nonprofit?
17 A.    No.  It was somebody who I had met
18 just that day.
19 Q.    All right.  Who is the next
20 provider that told you either that the
21 standards of care are too restrictive or
22 that they don't follow them?
23 A.    I think that would be Dr. Dustin

Page 104

1  Nowaskie, who is one of the leaders of a
2  group called --
3  Q.    I'm sorry, can you spell that last
4  name?
5  A.    N-o-w-a-s-k-i-e.
6  Q.    Okay.  And where is he a provider?
7  A.    He was at Eskenazi.  I don't know
8  where he is now.
9  Q.    And where did you speak with him?
10 A.    It was on a video call in 2021, so
11 this is before I made my declaration.  And
12 this was under the auspices of the Gender
13 Care Consumer Advocacy Network, and the
14 context was we had a phone call.
15      The OutCare runs a directory of
16 providers for trans and LBGTQIA+
17 providers.  And we approached him in his
18 capacity as a representative of OutCare to
19 make it clear on their directory about
20 which providers were certified in WPATH.
21      By the way, I don't know if this
22 is worth talking about, but in order for
23 somebody to follow WPATH, they are

26  (Pages 101 to 104)

Corinna Cohn                                              4/15/2024

Page 105

1  supposed to be WPATH-certified, so there's
2  a whole educational component to WPATH,
3  and it's not enough to just follow the
4  guidelines.  A WPATH provider is somebody
5  who has gone through the training and has
6  been certified on it.
7        Do you have any questions about
8  that?  It's like I pulled this out of
9  nowhere, so I didn't mean to catch you off
10  guard there.
11  Q.     No, that's okay.  So I want to
12  understand more about your conversation,
13  though, that you had with this doctor.
14        During this video call what did he
15  understand the purpose of the video call
16  was for?
17  A.     The purpose of the video call was
18  to ensure -- ask them to ensure that the
19  list of providers clearly marked whether
20  or not they were WPATH certified.
21  Q.     Okay.  And what did he tell you
22  during this video call?
23  A.     There were a couple of things that

Page 106

1  he told me.  One is that they did not want
2  to ask their providers to do that.  That
3  the providers always had the option of
4  marking it themselves, but our request was
5  to be more explicit so that patients would
6  be able to have better information that
7  the providers that they were working with
8  were WPATH certified.
9        So there would be no way to know
10  from this directory whether or not
11  somebody lacked WPATH certification, and
12  we wanted to make that explicit so that
13  patients would know that they are working
14  with somebody who had been trained on
15  these topics.
16        He said that providers were
17  welcome to do that, but that he would not
18  require that providers register their
19  status or provide any sort of notice that
20  they did not have the certification.
21        And Dr. Nowaskie informed us at
22  the time that there were -- and he was
23  working at a gender clinic, so he said

Page 107

1  that there's widespread skepticism about
2  the WPATH standards, and he alerted me to
3  an alternate group from WPATH called
4  TSPATH or is it TPATH?  I think it's
5  TPATH, and that is the Transgender
6  Professional Association for Transgender
7  Health who their purpose is to develop a
8  less restrictive, less gatekeeping
9  protocol or to influence the WPATH
10  protocol to eliminate the safeguarding
11  steps.
12  Q.     Have you ever spoken with anyone
13  who is a part of TPATH?
14  A.     I don't know.  I don't know
15  whether the people I speak with are
16  members of TPATH.
17  Q.     Okay.  Let's talk a little bit
18  more about Dr. Nowaskie before we move on.
19  A.     Sure.
20  Q.     What state was he based in?
21  A.     Sorry?
22  Q.     What state was he based in?
23  A.     At the time it was Indiana, but I

Page 108

1  believe he's in California now.
2  Q.     Okay.  And you said this
3  conversation took place in 2021?
4  A.     Yes.
5  Q.     And did he tell you during that
6  phone call that he did not follow the
7  WPATH standards of care?
8  A.     He did not say those words.
9  Q.     Did he say words close to that
10  effect?
11  A.     In my opinion, yes, which was that
12  the WPATH standards of care are considered
13  too restrictive.
14  Q.     Did he say anything else along
15  those lines?
16  A.     I don't recall.  This is a
17  recollection of a three-year-old
18  conversation so I don't remember the exact
19  phrasing that he used but --
20  Q.     Did you record the conversation?
21  A.     No, I did not.
22  Q.     Sorry, and I cut you off there.
23  So what did you remember that he did say?

27  (Pages 105 to 108)

Corinna Cohn                                                4/15/2024

Page 109

1    A.    I do remember him informing us
2    about these matters.  It was actually
3    quite surprising to me.
4    Q.    How so?
5    A.    I had been under the impression up
6    to that point that most of the providers
7    who were seeing the trans patient group
8    were WPATH certified.
9          It seemed so -- it seemed so
10   obviously that you would become WPATH
11   certified if you were seeing a
12   transgender, like if that's the main
13   purpose of your -- or a substantial part
14   of your patient base.
15         It didn't even occur to me up to
16   that point that the professionals in the
17   field were ambivalent about WPATH.
18   Q.    Do you know if he was WPATH
19   certified?
20   A.    We definitely talked about it, and
21   I don't recall whether he was WPATH
22   certified.
23   Q.    And I know you indicated that it

Page 110

1    sounds like he didn't want his providers
2    to have to identify if they were WPATH
3    certified.
4          Do you know how many of them
5    actually were WPATH certified?
6    A.    No, we did not do an inventory of
7    their entire directory.  There are
8    hundreds of providers.
9    Q.    Did you have any other
10   conversations with Dr. Nowaskie?
11   A.    Not on that topic, no.
12   Q.    Any other conversations with him
13   at all?
14   A.    In passing, yes.  I attended the
15   OutCare gala in 2022 and I had a couple of
16   words of pleasantries with him at the
17   time.
18   Q.    But no other conversations with
19   him on this topic of the WPATH standards
20   of care, though?
21   A.    No other conversations on this
22   topic, no.
23   Q.    Who is the next provider that you

Page 111

1    would identify?
2    A.    I would say next would be
3    Dr. Erica Anderson, who is a former
4    president of WPATH.
5    Q.    And where does Dr. Anderson
6    practice?
7    A.    If my recollection is correct SFU,
8    UCSF.  It's one of the two.  University of
9    California San Francisco I think.
10   Q.    And what year was this
11   conversation?
12   A.    I guess this would have been '21
13   or '22.  I should have looked up the date
14   on my calendar before.
15   Q.    Tell me about the conversation
16   with Dr. Anderson.
17   A.    Are you familiar with
18   Dr. Anderson?  How much context do I need
19   here?
20   Q.    Go ahead and provide the context
21   that you feel like you need to.
22   A.    So Dr. Anderson started writing in
23   public about some of the failures of --

Page 112

1    lack of care and rushing patients through
2    transition and was censored by -- or
3    censured by her colleagues for doing this.
4          The private conversation that I
5    had with Erica Anderson basically was to
6    just get her acquaintance, but she
7    confirmed that there are lack of, lack of
8    appliance of WPATH standards to trans
9    care.
10   Q.    When did this conversation -- you
11   told me it was 2021, 2022.  Where did this
12   conversation take place?
13   A.    It was a phone call or a video
14   call.
15   Q.    What did she understand the
16   purpose of the video call to be about?
17   A.    To meet and just talk about the
18   purpose of the Transgender Consumer
19   Advocacy Network.
20   Q.    Did you record this video call?
21   A.    No, this call was not recorded.
22   Q.    Did she tell you in this
23   conversation that she did not follow the

Page 113

```
 1    WPATH standards of care?
 2    A.    No, she did not say that.
 3    Q.    Did she tell you about other
 4    people who did not follow the standards of
 5    care?
 6    A.    Not specific individuals, but to
 7    talk about the problem generally, that the
 8    WPATH standards were not respected or
 9    adhered to broadly.
10    Q.    Did she share any more details
11    with you about why she thought that?
12    A.    I don't recall, but I'll note
13    again that she became the president of
14    WPATH, so would have had some interest in
15    the matter.
16    Q.    I understand.  I'm just trying to
17    get an understanding of what you two spoke
18    about.
19    A.    Yeah.
20    Q.    Do you remember anything else from
21    that conversation with her?
22    A.    Not at this time.
23    Q.    All right.  Who is the next
```

Page 114

```
 1    provider that you would identify?
 2    A.    There's a WPATH certified trainer
 3    Zander Keig.
 4    Q.    Okay.  Can you spell that last
 5    name?
 6    A.    Sure, I can spell the first one,
 7    too.  Z-a-n-d-e-r, K-e-i-g.
 8    Q.    Okay.
 9    A.    He would train people in WPATH
10    certification.
11    Q.    Okay.  And where does Dr. Keig
12    practice?
13    A.    He's a therapist or certified
14    therapist, I think, not a doctor.  In
15    Florida.
16          And like Dr. Anderson, although
17    Zander was a trainer in WPATH
18    certification, Zander agreed to join the
19    board of a group similar to the Gender
20    Care Consumer Advocacy Network.  It was
21    called the Gender Dysphoria Alliance which
22    I'm not connected with.
23          But he joined the board of the
```

Page 115

```
 1    Gender Dysphoria Alliance, which had a
 2    similar mission of our group, and because
 3    he agreed to be an advisor on the board he
 4    was -- let's see here, there's another
 5    group called USPATH, which is associated
 6    with WPATH.
 7          W is world and USPATH is the U.S.
 8    specific group.  And because he agreed to
 9    join the board of the Gender Dysphoria
10    Alliance, he was basically subjected to
11    removal from his association as a trainer,
12    and he fought back and required that his
13    punishment go through the ethics board.
14          But his crime I guess or his the
15    -- the thing that he did that he was being
16    punished for is joining what was called an
17    anti-trans group which was actually formed
18    by two female-to-male transsexuals.
19          So even though he was a certified
20    WPATH trainer, Zander has communicated to
21    me that WPATH is not really held in very
22    high regard by providers.
23    Q.    Okay.  So tell me about the
```

Page 116

```
 1    specific conversation that you and
 2    Mr. Keig had.  When did this conversation
 3    take place?
 4    A.    I don't have the date of it.
 5    We've talked numerous times and sometimes
 6    this comes up in conversation.
 7    Q.    Okay.  And tell me specifically
 8    what he told you with respect to providers
 9    following the WPATH standards of care.
10    A.    That the WPATH standards of care,
11    I'm paraphrasing, I don't have a
12    transcript.  But the WPATH standards of
13    care are not -- they're construed as too
14    restrictive and not -- they're not very
15    highly regarded.
16    Q.    Did he tell you that he knows of
17    providers who do not follow the standards
18    of care?
19    A.    I'm not sure how to answer that
20    with complete confidence, so I'm going to
21    say I don't know.  I'm pretty sure he did,
22    but I don't recall exactly what he said
23    about it.
```

Corinna Cohn                                                    4/15/2024

|  | Page 117 |
| --- | --- |

1    Q.    Sitting here today, you can't
2    recall if he identified any specific
3    providers --
4    A.    He didn't -- he didn't identify
5    any specific providers, no.
6    Q.    Okay.  Any other conversations
7    that you had with Mr. Keig on this
8    particular topic?
9    A.    Yeah, like I said, we've talked a
10   few times and it comes up in conversation,
11   but I can't tell you the specific
12   instances where we've talked about it.
13   Q.    When was the most recent time that
14   you spoke to Mr. Keig?
15   A.    I guess it would have been at a
16   conference in -- the Genspect conference
17   in Colorado in November.
18   Q.    Okay.  After Mr. Keig, who is the
19   next provider that you would identify?
20   A.    Well, at this point these are more
21   conversations that I haven't had directly,
22   but that I have had indirectly.  Is that
23   okay?

|  | Page 118 |
| --- | --- |

1    Q.    Yes.  So to be clear, we finished
2    our list of all the providers you have
3    spoken to that told you something along
4    the lines --
5    A.    No, no, sorry.  I have one more
6    here.
7    Q.    Okay.
8    A.    I attended the EPATH conference in
9    Ireland last year in Killarney, and I
10   spoke with I believe a polish provider
11   named Bartosz Grabski.
12   Q.    You'll probably have to spell that
13   name for us, if you can.
14   A.    It's phonetic, like yours.
15   G-r-a-b-s-k-i.
16   Q.    Okay.  And this you said was last
17   year?
18   A.    It was last year.
19   Q.    2023.  Tell me about that
20   conversation.
21   A.    Well, I attended a panel that he
22   was a speaker on that the idea of the
23   panel was how are medical providers

|  | Page 119 |
| --- | --- |

1    supposed to react to attacks on
2    gender-affirming health care.
3         And his point of view I thought
4    was pretty interesting.  So after the talk
5    I approached him and told him about some
6    of my activism.  And he said that in his
7    field, so this is Europe and not America,
8    that it's still sort of -- EPATH is
9    associated to WPATH, so I think it's
10   reasonably connected.
11        He said that he was getting a lot
12   of pressure from what he called gender
13   anarchists that demanded that clinicians
14   make no assessments, but instead show up
15   and demand prescriptions and
16   recommendation letters.
17        And his point of view is that the
18   whole purpose of having medical providers
19   is to properly act in their professional
20   capacity to determine whether or not a
21   treatment would be appropriate for a
22   patient, and so he's expressing to me that
23   the direction of gender care broadly at

|  | Page 120 |
| --- | --- |

1    this point is that providers are directed
2    to follow whatever the patient asks for.
3    Q.    Did he tell you what that point of
4    view was based on?
5    A.    Yeah, from him being a
6    professional in the field.
7    Q.    Anything else that he shared with
8    you during that conversation?
9    A.    That was the key takeaway.
10   Q.    Okay.  Is that the only time you
11   have spoken with him?
12   A.    Yeah, I tried to follow up by
13   email.  He replied once and it just didn't
14   go anywhere.
15   Q.    Okay.  With that, have we finished
16   your list of all of the providers that
17   either told you --
18   A.    No.
19   Q.    Well, hold on.  Let me be clear.
20   We're talking about all the providers --
21   A.    Oh, yes, yes.  Thank you.  Thank
22   you.  Thank you for clarifying, yes, yes,
23   yes.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Page 121

1    Q.    Just for Nancy's purposes, she's
2    taking down everything that we say, so I
3    know you know where I'm going with my
4    question, but I want to get it out for the
5    record, so let me get the question out.
6    A.    Please.
7    Q.    To be clear, we've finished your
8    list of all of the providers who told you,
9    spoke to you specifically and told you
10   something along the lines of the WPATH
11   standards of care are too restrictive --
12   A.    Yes.
13   Q.    -- or not highly regarded?
14   A.    Yes.
15   Q.    Okay.  Now, we're moving on to the
16   list of people that indirectly have told
17   you or you have come to believe that they
18   don't follow the standards of care; is
19   that correct?
20   A.    Yes.
21   Q.    Okay.  Let's talk about that list.
22   A.    Sure.  Let's start with -- so here
23   are people that I either spoke with

Page 122

1    directly in the field and told me about
2    other people's practices or patients who I
3    spoke to that told me about their
4    providers' practices.
5    Q.    Okay.
6    A.    Is that fair?
7    Q.    Yes.
8    A.    Okay.  So, I wish I had written
9    her name down because I might have to
10   Google it to find it.
11       One of my providers at Eskenazi I
12   asked her about -- and I'll get this
13   information and follow up, I have her
14   name.
15       I asked her about the practices of
16   Planned Parenthood.  All right.  So at
17   Planned Parenthood the people who
18   prescribe hormone therapy have had either
19   three or four hours of training before
20   they provide hormones to patients on an
21   informed consent basis.
22       This means that there's no therapy
23   and no, no required care provider working

Page 123

1    with patient to prescribe the hormones.
2    This is on-demand prescriptions.
3    Q.    And to be clear, this is what a
4    provider at Eskenazi told you?
5    A.    Yes.
6    Q.    Did this provider work at Planned
7    Parenthood?
8    A.    No.
9    Q.    Okay.  What is the basis of this
10   provider's knowledge about Planned
11   Parenthood?
12   A.    Well, as it happens, this is
13   actually reported in the media as well
14   that Planned Parenthood only has that much
15   training, so it's possible that she got
16   that from reading a news article that
17   reports it.  I imagine it's pretty easy to
18   find that.
19       Or she knows directly because
20   she's a professional working at the main
21   gender clinic in the city, but I didn't
22   ask her to explain how she knew that.
23   Q.    Okay.  So sitting here today, you

Page 124

1    don't know how she learned this
2    information about --
3    A.    No, I don't know how she learned
4    that information.
5    Q.    All right.  What else did she tell
6    you?
7    A.    That is the main takeaway from
8    that conversation.
9    Q.    And you don't recall her name
10   right now?
11   A.    No.  If I log into my medical
12   portal, I'll be able to get it.
13   Q.    If it comes to you later in this
14   deposition, if you don't mind just sharing
15   it with me, that would be great.
16   A.    I'll do my best.
17   Q.    Okay.  All right.  Who is the next
18   provider on your list?
19   A.    So one of my co-founders at the
20   Gender Care Consumer Advocacy Network saw
21   a doctor in Indiana called Katie Bast,
22   B-a-s-t, and I have a transcript because
23   this was a recorded conversation.

Corinna Cohn                                                    4/15/2024

Page 125

1   Q.      What kind of medical doctor is
2   Dr. Bast?
3   A.      That I don't know.  I would have
4   to look it up.
5   Q.      And sorry, you might have
6   mentioned this.  Where did you say that
7   she practiced?
8   A.      In Indiana.
9   Q.      Indiana.  And you mentioned your
10  co-founder at the advocacy network saw
11  her.  Is this Carey that we spoke about
12  earlier?
13  A.      No, this is another person named
14  Grace Lidinsky-Smith.
15  Q.      All right.  Tell me about the
16  conversation, as you understand it.
17  A.      Let me see if I can get this
18  transcript in front of me, if you don't
19  mind waiting a second.
20  Q.      Sure.
21  A.      I'm looking for it.  It's so
22  insane.  It's a gender clinic and they do
23  Reiki.  Just, I can't believe the world

Page 126

1   that we live in.  Let me do a find here.
2           All right.  This is from the
3   transcript.  So, this was Grace following
4   up after she detransitioned and this is
5   part of the conversation.
6           So Grace asked, what would have
7   helped you?  Looking back, looking at, you
8   know, what we did here and how you felt
9   then and, like, what would have helped,
10  you know -- oh, no, I'm sorry, that's
11  Dr. Bast asking that.
12          So Grace follows up and says well,
13  I have -- do you know the WPATH standards
14  of care?  And Dr. Bast answers yes.
15          And Grace says, okay.  So a
16  detransitioned woman I know made this
17  checklist here that is like the standards
18  of care and all the assessments they
19  recommend you go through.  I'm not sure
20  who is supposed to do the assessments.  If
21  it's supposed to be a therapist or a
22  doctor or, like, I don't know who is
23  supposed to do it.

Page 127

1           Part of my problem is that I had a
2   therapist who did not.  She wrote me a
3   surgery letter but didn't fulfill the
4   standards of care, and she actually had
5   never heard of the standards of care so
6   that was I think bad for me.
7           And I take some responsibility for
8   not finding a better therapist, but I was
9   sort of, you know, I wasn't thinking super
10  well at this point.
11          So it goes on.  And it has some
12  conversation about the standards of care.
13  And then Grace asks do you have to do all
14  of this stuff before you prescribe
15  hormones, referring to a list of
16  evaluations that are supposed to be done
17  before starting transition.
18          And Dr. Bast answers, so the
19  standards of care is a guideline that was
20  never meant to be a hard and fast document
21  and the vast majority of people who
22  finally come to me for hormones have spent
23  a long time thinking about -- I decided

Page 128

1   early on that it wasn't a diagnosis that I
2   could make.  Like, I can't determine
3   whether someone doesn't feel, doesn't
4   identify with the body that they were
5   given, nor do -- yeah, I mean, so, yeah.
6           So I'm aware of them and follow
7   them, but there's a lot of debate in the
8   community about how long people have to be
9   identifying as the gender they feel like
10  they are before they go on HRT and how
11  long they, um, yeah, I mean I don't spend
12  a lot of time dealing with the other
13  issues.
14          So there's more to this document,
15  but the -- which I'm glad to send to you.
16  Q.      Yeah, I think it might make sense
17  just since you're reading from that
18  document if we mark it as an exhibit.
19          MS. VAGUE:  And what we'll
20  do for the record, Nancy, why don't we
21  mark Ms. Cohn's declaration as Exhibit 1
22  and I'll share that with everyone after
23  this deposition.  I know everyone has a

                            32  (Pages 125 to 128)

Corinna Cohn                                              4/15/2024

Page 129

1  copy, but we'll share it for the
2  deposition.
3          (Whereupon, Plaintiff's Exhibit
4          No. 1 was marked and is attached
5          to the original transcript.)
6          MS. VAGUE:  And then we can
7  mark this transcript that you have just
8  read from, Ms. Cohn, as Exhibit 2, and if
9  y'all wouldn't mind sharing that, that
10  would be great.
11          (Whereupon, Plaintiff's Exhibit
12          No. 2 was marked and is attached
13          to the original transcript.)
14          THE WITNESS:  Let me send
15  it to Bill here.  Do you want to keep
16  asking and I'll --
17          MS. VAGUE:  Yeah, I'll ask
18  you --
19          MR. BOCK:  Can we just take
20  a break?  Go off the record for a second?
21          MS. VAGUE:  Sure, that's
22  fine.  Why don't we take about five
23  minutes.

Page 130

1          MR. BOCK:  Okay.
2          (Whereupon, a recess was taken
3          from 11:59 a.m. until 12:07 p.m.)
4  Q.     (By Ms. Vague)  Ms. Cohn, we're
5  back on the record and when we took a
6  break we were talking about Dr. Bast and a
7  transcript of a conversation that Dr. Bast
8  had with a co-founder of yours at your
9  nonprofit.  Do you recall that?
10  A.     Yes.
11  Q.     Okay.  And I know that y'all are
12  going to provide a copy of that transcript
13  after this deposition, which I appreciate.
14          And you told me specifically you
15  read for me a quote that Dr. Bast had from
16  that transcript about the standards of
17  care and that they are guidelines; is that
18  right?
19  A.     Correct.
20  Q.     Okay.  Anything else from that
21  conversation with Dr. Bast that you feel
22  indicates that she doesn't follow the
23  standards of care closely?

Page 131

1  A.     No, that's the most pertinent.
2  Q.     Okay.  Have you ever spoken with
3  Dr. Bast yourself?
4  A.     I have not.  However, I will note
5  that she is -- her clinic is one of the
6  plaintiffs in Indiana against a similar
7  lawsuit.
8  Q.     What is the name of her clinic?
9  A.     I think it's called Prism,
10  P-r-i-s-m.
11  Q.     When did this conversation that
12  you have transcribed there when did that
13  take place?
14  A.     I don't have the dates.  I think
15  it would have probably been '21 or '22.
16  Q.     And did this come to be
17  transcribed because it was recorded by
18  your co-founder?  And I apologize, I
19  forgot your co-founder's name.
20  A.     Yes, that's why.
21  Q.     Okay.  Did Dr. Bast know that the
22  conversation was being recorded?
23  A.     I don't know.

Page 132

1  Q.     All right.  Who is the next
2  provider on your list?
3  A.     Oh, dear.  I guess I have just one
4  more.
5  Q.     Okay.
6  A.     Yeah, just one more.  And her name
7  is Sidhbh Gallagher.  And I'm going to
8  have to definitely spell that for you
9  unless you're Irish, because I think she
10  misspells it in Irish.  S-i-d-h-b-b [sic],
11  I think, is it?
12  Q.     Okay.  And where does
13  Dr. Gallagher practice?
14  A.     She formerly practiced at the
15  Eskenazi Health, but she now has a private
16  practice in Florida.
17  Q.     We've mentioned Eskenazi a couple
18  of times.  Where is Eskenazi located?
19  A.     Indianapolis.
20  Q.     Indianapolis, okay.  And when did
21  this conversation with Dr. Gallagher take
22  place?
23  A.     So this is a conversation that I

33  (Pages 129 to 132)

Corinna Cohn                                                    4/15/2024

Page 133

1    did not have with her, but it is -- this
2    falls under inferences that she's not
3    following the WPATH standards of care
4    based on her own information.
5    Q.    Okay.  Who did she have this
6    conversation with?
7    A.    She's a public figure, so this
8    isn't based on a conversation but based on
9    her social media profile.
10   Q.    Okay.
11   A.    So she has a number of videos on
12   TikTok that relate to how easy it is for
13   patients to be able to see her without
14   having to go through gatekeeping.
15         And in her practice she -- my
16   understanding is that she does not take
17   insurance.  It's a private pay.  And that
18   if you have enough money to go see her,
19   then she will do work on you without
20   having to require the steps that are laid
21   out in the WPATH.
22         And I saved that for last because
23   that has the least amount of information

Page 134

1    that I can hand over to you.
2    Q.    Okay.
3    A.    But she is a public persona, and I
4    think it's informative that she's one of
5    the most well-known surgeons on it and
6    she's very careless about -- like, it's
7    very clear, she makes it part of her
8    marketing that she doesn't really care who
9    she works on.
10   Q.    What kind of doctor is she?
11   A.    She's a plastic surgeon.
12   Q.    Okay.  And with that, we've
13   finished your list of providers that
14   either spoke to you directly or you've
15   learned through information and believe
16   they don't follow the standards of care;
17   right?
18   A.    And it's important to mention that
19   my co-founder Grace had her double
20   mastectomy performed by Dr. Gallagher.
21   Q.    Okay.
22   A.    And that's from her own experience
23   that there weren't steps followed for the

Page 135

1    WPATH standard of care.
2    Q.    Is that based on conversations
3    that you had with Grace?
4    A.    Yes, it is.
5    Q.    What did Grace tell you
6    specifically?
7    A.    That the standards of care weren't
8    followed basically.
9    Q.    Do you know which ones were not
10   followed?
11   A.    There are -- if you look at
12   standard of care seven, there is a whole
13   section in there that talks about what
14   constitutes informed consent, and there
15   are guidelines about how providers are
16   supposed to determine informed consent.
17        And Grace related to me that those
18   standards of informed consent were
19   perfunctory and were not performed
20   according to the degree of diligence
21   called for in the standard of care.
22   Q.    Okay.  All right.  So I think
23   we've completed your list of providers

Page 136

1    that you have spoken to or have
2    information about.  And I just want to be
3    clear for the record, have you spoken to
4    any health care providers in Alabama who
5    have told you that they don't follow the
6    WPATH standards of care?
7    A.    I have not.
8    Q.    Do you have any information about
9    any providers in Alabama who you believe
10   are not following the standards of care?
11   A.    I do not have that information.
12   Q.    What kind of formal education have
13   you undergone with respect to
14   gender-affirming care?
15   A.    Can you -- I would like to answer
16   your question.  Can you describe what
17   gender-affirming care is please so that I
18   understand the question?
19   Q.    Sure.  When I'm using that term,
20   I'm referring to medical care that is
21   provided, whether it be puberty blockers,
22   hormone therapy, or surgical procedures to
23   help a person align their sex with their

34  (Pages 133 to 136)

Corinna Cohn                                          4/15/2024

<table>
<tr><td>

Page 137

1   gender identity.
2   A.   You said medical, surgical, what
3   else?
4   Q.   Any sort of medical treatment,
5   whether it be providing puberty-blocking
6   medications, hormone therapy, surgical
7   procedures, as well as mental health
8   services as well.
9   A.   And that's to help somebody align
10  their body to their gender identity?
11  Q.   Correct.
12  A.   And I think we said earlier gender
13  identity is a person's subjective sense of
14  which sex class they belong to?
15  Q.   Correct.
16  A.   So to answer you, I have not had
17  any training on any sort of medical or
18  mental health procedures that would help a
19  member of one sex class ever achieve the
20  ability to align themselves with a member
21  of the opposite sex class.
22  Q.   Okay.  Let's remove this term of
23  gender-affirming care and let's just talk

</td><td>

Page 139

1   complaint.  It's an umbrella term to
2   capture perhaps a collection of different
3   types of mental health conditions that are
4   orbiting around a particular issue
5   relating to a person's sense of identity.
6   Q.   And is it your position that
7   gender-affirming care should not be
8   provided to an individual who's been
9   diagnosed with gender dysphoria?
10  A.   Is it my position that -- I'm
11  going to rephrase because I want to make
12  sure we're saying the same thing.
13      You're using the term
14  gender-affirming care, which we agree has
15  to do with medical and surgical
16  transformations of a person's body, so I
17  think we agree that doesn't change
18  anybody's sex.
19      So I want to answer your question.
20  Do I believe that the sensation of gender
21  dysphoria can be alleviated through
22  surgery or through hormones?  No, I don't
23  believe so.

</td></tr>
<tr><td>

Page 138

1   about the medicine itself.  What sort of
2   formal education have you undergone with
3   the respect to provision of puberty
4   blockers?
5   A.   None.
6   Q.   What sort of formal education have
7   you undergone with respect to hormone
8   therapy?
9   A.   None.
10  Q.   What sort of formal education have
11  you undergone with respect to surgical
12  procedures?
13  A.   None.
14  Q.   What do you understand the term
15  gender dysphoria to mean?
16  A.   It's a feeling of mental
17  discomfort or unwellness associated with a
18  desire to become a member of the opposite
19  sex class.
20  Q.   Is that -- in your view is that a
21  real diagnosis?
22  A.   In my view, gender dysphoria is
23  not a specific diagnosis of a specific

</td><td>

Page 140

1   Q.   What kind of formal training or
2   education have you undergone with respect
3   to the diagnosis and treatment of gender
4   dysphoria?
5   A.   None.
6   Q.   What kind of treatment do you
7   think would be appropriate for an
8   individual diagnosed with gender
9   dysphoria?
10  A.   It's not my place to say what an
11  alternative would be.
12  Q.   Do you have any alternatives that
13  you would propose?
14  A.   Sure.  Informally, I would say
15  that engaging -- I would say -- this is
16  from my personal experience.
17      First of all, from many of the
18  patients that I have spoken with, many
19  parents that I have spoken with there are
20  clear signs that there are commonalities,
21  not for a hundred percent, but for an
22  overwhelming majority of people who
23  transition have had social development

</td></tr>
</table>

35  (Pages 137 to 140)

Corinna Cohn                                                    4/15/2024

Page 141

1    issues which are often related to having
2    an autism diagnosis but not always.
3        It's very frequent that this
4    population has social anxiety issues, and
5    that we as a population have trouble
6    fitting into our peer groups and that we
7    have symptoms of body dysmorphia.
8        By body dysmorphia I mean
9    discomfort or anxiety associated with our
10   physical traits.  So things to help people
11   to become more socially connected or
12   socially proficient I think is something
13   that would help people that experience
14   dysphoria.
15       And I know from talking with a
16   wide group of detransitioners that
17   becoming socially connected is one of the
18   things that was necessary for them to
19   desist.  And having a therapist to help
20   talk about these types of issues, social
21   anxiety or body dysphoria, and come up
22   with coping mechanisms to deal with the
23   acuteness of the discomfort that are

Page 143

1        And I am by no means the only
2    person who experiences this type of lack
3    of, lack of -- sure, it treats a symptom.
4    It doesn't treat the underlying issues.
5    Q.    So it sounds to me that the
6    alternative that you would propose would
7    be mental health care type services?
8    A.    I think so.  At the very least.
9    There's a gap in our ability to recognize
10   individuals who have been marginalized
11   socially, and so we have a very
12   treatment-minded mentality of if we can
13   just get this person therapy or if we can
14   just get this person drugs, everything
15   will be okay.
16       But if they have been socially
17   marginalized, there is no amount of
18   therapy or medicine that can make a person
19   feel like they are part of the group.  And
20   we don't -- in the United States, I don't
21   know if there is anywhere else in the
22   world, in the United States we don't have
23   -- you know, you think that the term

Page 142

1    alternatives to hormones, which are
2    mood-altering but are not necessarily
3    gender dysphoria treating.  And in
4    surgeries, which from everything that I
5    have learned for 30 years, Amie, is that
6    each surgery reveals one more thing that
7    is wrong with your body to keep you from
8    being perfect.
9        And it is common knowledge in the
10   trans community that the relief effect
11   from surgery is frequently just temporary.
12   Because there's always one more thing that
13   you can change to become more perfect in
14   your target sex.
15       So I don't believe that these
16   treatments as they're provided can be
17   considered long-term effective.  They
18   might be short term.  As I mentioned
19   earlier in my testimony, when I had my
20   surgery I felt great that I had achieved
21   my goal, but that effect wore off when I
22   started realizing that it wasn't the thing
23   that completed my journey.

Page 144

1    "social worker" would be the person that
2    would get people integrated back into
3    society.
4        But really people who find
5    themselves marginalized because they're
6    different or weird, don't have a good
7    appliance to go to get them integrated
8    with the rest of society around them.
9        People need help belonging to
10   something, and this is why the trans
11   community is so astonishing in its power
12   is because for people who have been
13   socially marginalized, it provides the
14   thing that they have been lacking.
15   Q.    I want to talk to you about your
16   involvement in some other lawsuits that
17   are similar to this one here.
18       Have you -- well, let's just open
19   it up broadly.  Have you been involved in
20   any other lawsuits no matter the subject
21   matter?
22   A.    I sent a declaration to the state
23   of Indiana.  I don't know if it was filed.

Corinna Cohn                                                    4/15/2024

---

Page 145

```
 1    Q.    Have you ever been -- have you
 2  ever testified in court in another
 3  lawsuit?
 4    A.    I have not.
 5    Q.    And I think you told me at the
 6  outset of this deposition this is your
 7  first deposition; right?
 8    A.    That's correct.
 9    Q.    And have you advocated for the
10  passage of laws similar to the law here in
11  Alabama in other states?
12    A.    Yes, I have.
13    Q.    Which states?
14    A.    Texas, Ohio, Indiana.  Those are
15  the states that I have given testimony in.
16    Q.    Those are the states that you have
17  submitted declarations in?
18    A.    No.  You asked about testimony.
19    Q.    Sorry, so you went and testified
20  before the legislature in those states?
21    A.    Yes.
22    Q.    Got it.  Thank you for the
23  clarification.
```

Page 146

```
 1        And how did you get involved in
 2  advocating for the passage of laws in
 3  those other states?
 4    A.    There's a parent network who are
 5  interested in changing the policies, and
 6  they asked that if I would give my time
 7  and viewpoints to help educate lawmakers.
 8    Q.    What is the name of that group?
 9    A.    It doesn't have a name.  It's an
10  informal group.
11    Q.    How did you get connected with
12  that group?
13    A.    I was reached out by one of its
14  members.
15    Q.    It doesn't have any sort of name
16  identifier?
17    A.    It doesn't.  It's an informal
18  network of parents who follow and track
19  these issues and they just ask could
20  you -- would you consider giving testimony
21  on this.
22        Now, that's not true in Indiana.
23  In Indiana I knew that the legislation was
```

Page 147

```
 1  happening, so I got directly involved, but
 2  in the other states I was asked by parents
 3  if I would consider helping to inform the
 4  legislators about these issues.
 5    Q.    Let's talk about this lawsuit for
 6  just a little bit.  Do you personally know
 7  any of the plaintiffs in this lawsuit?
 8    A.    I do not.  To the best of my
 9  knowledge, I don't.
10    Q.    Okay.  Do you know whether any of
11  the plaintiffs in this lawsuit have been
12  diagnosed with gender dysphoria?
13    A.    When I was researching this I saw
14  that one of the plaintiffs in the lawsuit
15  was a pastor who did not seem to
16  communicate any sort of transgender
17  identity so that was surprising to me.  I
18  really don't understand what his
19  affiliation is.
20        As far as the other plaintiffs, I
21  don't know that I could describe them.
22    Q.    And you don't know, sitting here
23  today, whether any of those plaintiffs
```

Page 148

```
 1  have been diagnosed with gender dysphoria?
 2    A.    I don't know.
 3    Q.    And I take it to mean that you
 4  also don't know any of the medical
 5  treatments that any of the plaintiffs have
 6  received?
 7    A.    Correct.
 8    Q.    You don't know what benefits any
 9  of the plaintiffs have experienced from
10  the treatment that they received either,
11  do you?
12    A.    Benefits?  What do you mean?
13    Q.    Are you aware of any benefits that
14  they would have received from their
15  treatment?
16    A.    By benefits do you mean that they
17  came in with a complaint of some illness
18  and that they received some sort of
19  service or medication to relieve those
20  complaints?
21    Q.    Well, since you told me just a
22  minute ago that you don't know what sort
23  of medical treatment that they received, I
```

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Page 149

```
 1   take it to mean that you also don't know
 2   that they received any benefits from that
 3   medical treatment; is that true?
 4   A.    Well, sure, sure.
 5   Q.    Are you familiar with any other
 6   witnesses in this lawsuit?
 7   A.    Not to the best of my knowledge.
 8         MS. VAGUE:  I think I'm
 9   wrapping up here.  I just want to look
10   back at my notes and make sure that we've
11   covered everything.
12         Do you mind giving me just
13   five minutes and then we should be able to
14   wrap up?
15         THE WITNESS:  Please.
16         MS. VAGUE:  Thank you.
17         MR. BOCK:  Are we going off
18   record?
19         MS. VAGUE:  Yes.
20         (Whereupon, a recess was taken
21         from 12:30 p.m. until 12:40 p.m.)
22   Q.    (By Ms. Vague)  Ms. Cohn, I have
23   just a couple more questions for you.  I
```

Page 150

```
 1   want to clarify a few things we went
 2   through earlier.
 3         First, the nonprofit that you
 4   founded, was that incorporated?
 5   A.    Was it incorporated?  Yes, it was.
 6   Q.    What state?
 7   A.    Ohio.
 8   Q.    And I know we talked about and you
 9   are going to provide to me the transcript
10   of that recorded conversation --
11   A.    Yes.
12   Q.    -- that Grace had with Dr. Bast.
13   Do you have any other written transcripts
14   or recordings of the conversations that we
15   discussed here today with medical
16   providers?
17   A.    I do, and there was the name that
18   I couldn't get you earlier but I have it
19   in front of me now.
20   Q.    Okay.  What's that name?
21   A.    She's a nurse practitioner.  Her
22   name is Kelly O'Shaughnessey.  I bet you
23   would like that spelled as well.
```

Page 151

```
 1   Q.    I would yes.  Thank you.
 2   A.    O-'-s-h-a-u-g-h-n-e-s-s-e-y.
 3   Q.    I never would have guessed that.
 4   Thank you for spelling it.
 5         And this is the provider at
 6   Eskenazi that you told me about?
 7   A.    Where she told me that the
 8   training received by the practitioners at
 9   Planned Parenthood are only -- I think
10   it's in the transcript.  It's three hours
11   of training I think.
12   Q.    Okay.  So --
13   A.    Excuse me, it's in the recording.
14   Q.    It sounds like you did record this
15   conversation with her?
16   A.    I did.
17   Q.    Okay.  Did you tell her that you
18   were recording the conversation?
19   A.    I did not.
20   Q.    So you recorded that conversation.
21   Any other conversations that were
22   recorded?
23   A.    I don't recall any.
```

Page 152

```
 1   Q.    I think the other one that you did
 2   tell me was recorded was the one with
 3   Dr. Meininger?
 4   A.    Yes.  I don't know if you'll want
 5   the audio for it.  I have a partial
 6   transcript that I made immediately
 7   afterwards because it's in a busy hallway
 8   following the end of a committee hearing.
 9   So if you have some experts that can clean
10   up the audio, that might be great but it's
11   partially audible.
12   Q.    I do have some pretty good tech
13   folks here in our office, so we might be
14   able to clean it up, but I would
15   appreciate you sharing with me the
16   transcripts and the audio recordings of
17   these conversations if you don't mind.
18   A.    Sure.  I'll make sure that Bill
19   gets the recording of Kelly O'Shaughnessey
20   and Eric Meininger.
21         Could I ask you, and I know you
22   are not necessarily obligated to answer
23   this, but I was, let's say, surprised when
```

Page 153

1   I got a subpoena request that was asking
2   for a very broad set of documents.
3       I have tried to disclose as much
4   as you have asked for today, which is
5   everything that I can recollect from about
6   four years of conversations, and I'm
7   willing to share these recordings as well.
8       Can you give me a sense whether
9   you are just going to come back and hit me
10  with another subpoena for this
11  information?
12  Q.    Well, I appreciate you -- I think
13  this is probably a better conversation for
14  us to have off the record after we finish
15  this deposition, so let me just ask a
16  couple more questions and see if we can
17  round this out and then we can talk
18  logistics after that.
19      Other than these audio recordings
20  and transcripts, did you have any email
21  communications with any of these
22  individuals that we've discussed today?
23  A.    Probably.  But not about these

Page 154

1   issues.  The email communications would
2   have been to set up conversations.
3   Q.    Okay.
4       MS. VAGUE:  Well, I think
5   with that, then I'm finished with my
6   questions for the day, unless anyone else
7   has any other questions.
8       MR. DAVIS:  I do not have
9   any questions.  Corinna, Bill, thank you
10  for your time this morning.
11      MR. BOCK:  Thank you, Jim.
12      MS. MONTAG:  And no
13  questions from the United States.
14      MR. BOCK:  And no questions
15  here so I think we're through.
16
17      [The deposition was concluded at
18  12:44 p.m., and further deponent saith
19  not.]
20
21
22
23

Page 155

1           CERTIFICATE
2   STATE OF ALABAMA   )
3   TUSCALOOSA COUNTY  )
4       I hereby certify that the above and
5   foregoing proceedings were taken down by
6   me in stenotype, and the questions and
7   answers thereto were reduced in transcript
8   form by computer-aided transcript under my
9   supervision, and that the foregoing
10  represents a true and correct transcript
11  of the proceedings occurring on said date
12  at said time.
13      I further certify that I am neither
14  of counsel nor of kin to the parties to
15  the action, nor am I anywise interested in
16  the results of said cause.
17  Signed April 15, 2024.
18
19  /s/ Nancy Pannell, CCR
20  NANCY PANNELL, CCR
21  Alabama CCR No. 30, Expires 9/30/2024
22  Commissioner for the State of Alabama at
23  Large, Commission expires 07/09/2025

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

**A**

**a.m** 1:22 6:9
  11:10 25:6,6
  64:2,2 130:3
**Abandoned**
  62:8
**ability** 75:12
  137:20 143:9
**able** 37:12,16
  48:5 49:15
  53:13 58:5
  60:5,7 61:22
  75:14,22 76:5
  79:5,8 97:1
  103:2 106:6
  124:12 133:13
  149:13 152:14
**absorb** 76:16,17
  76:19
**abuse** 60:3
**abusive** 61:4
**access** 22:12
  50:22 65:10
  78:23
**accessible** 86:21
**accomplish**
  73:19 85:5
**accomplished**
  73:23 74:4
**accomplishing**
  31:17
**accomplishme...**
  74:7
**accurately**
  13:12 59:1
**achieve** 53:15
  73:17 75:15
  137:19
**achieved** 73:8
  74:1 81:3
  142:20
**achieving** 73:10
**acquaintance**
  112:6
**act** 65:14 119:19

**acting** 11:4
**action** 1:5
  155:15
**activism** 89:11
  90:10,12,18
  119:6
**activist** 35:11
**activities** 48:17
  48:21
**actual** 99:22
**acuity** 48:23
**acuteness**
  141:23
**adapted** 75:13
**additions** 5:7
**address** 99:23
**adhered** 113:9
**admission** 99:6
**admitted** 96:2
**adolescent**
  30:14
**adult** 18:2 65:7
  68:19 77:4,6
**adults** 71:22
**advice** 96:16
**advisor** 115:3
**advocacy** 93:14
  104:13 112:19
  114:20 124:20
  125:10
**advocate** 91:7
  95:2,3
**advocated** 145:9
**advocating**
  146:2
**affidavit** 41:18
**affiliated** 71:1
**affiliation**
  147:19
**affirm** 58:4,18
  58:20
**affirmative** 13:9
**affirming** 59:2
**affirming-care**
  102:8
**age** 23:10 28:15

28:18 42:14
  46:11 48:3
  54:5,9,10
  55:18 63:7,15
  63:17 64:8,10
  64:14 65:4,5,6
  66:9,14 67:19
  67:21 69:5
  70:5 77:5,9
  81:18,20 84:13
  84:14
**ago** 12:10 37:5
  43:1 47:7
  148:22
**agree** 14:14 38:2
  38:3 96:18,20
  139:14,17
**agreed** 6:2,11,19
  11:23 30:5
  31:7 114:18
  115:3,8
**ahead** 14:12,16
  33:8,15 34:23
  84:4 85:21
  111:20
**al** 1:7,15
**Alabama** 1:2,15
  2:18 8:10,19
  11:3,4,6 14:18
  14:20,22 15:2
  15:5,9,18
  16:11,14 27:10
  28:16 29:3,10
  32:17 83:4,7
  136:4,9 145:11
  155:2,21,22
**alerted** 107:2
**align** 136:23
  137:9,20
**alleviated**
  139:21
**Alliance** 21:3,7
  21:9 114:21
  115:1,10
**allow** 50:13
**allowed** 102:12

**alludes** 48:15
**alluring** 88:14
**Alpha** 15:15
**altered** 88:12
**alternate** 107:3
**alternative**
  140:11 143:6
**alternatively**
  34:20
**alternatives**
  140:12 142:1
**amazing** 77:1
**ambivalence**
  74:15,18
**ambivalent**
  109:17
**America** 1:10
  119:7
**Amie** 8:6 12:12
  142:5
**amount** 48:2
  78:17 133:23
  143:17
**analysis** 97:5
**anarchists**
  119:13
**and/or** 5:7
**Anderson** 111:3
  111:5,16,18,22
  112:5 114:16
**anomia** 22:16
**answer** 13:4,5
  13:13,21 14:12
  25:1 31:3 37:9
  37:21 38:2,6
  46:22 51:8
  59:21 72:9,14
  79:22 84:3,7
  89:11,19 96:22
  116:19 136:15
  137:16 139:19
  152:22
**answering** 73:14
**answers** 70:1
  126:14 127:18
  155:7

**anti-trans**
  115:17
**anticipated**
  78:14
**anxiety** 62:12
  141:4,9,21
**anybody** 50:20
  71:7 86:5
  102:22
**anybody's**
  139:18
**anymore** 47:4
**anyway** 99:10
**anywise** 155:15
**apart** 45:17
  46:10
**apologize** 57:4
  131:18
**appear** 32:16
**appearance**
  70:10 86:2
**APPEARING**
  8:3
**appendage**
  85:23 86:13
**appliance** 112:8
  144:7
**apply** 85:11
**appointments**
  80:13
**appreciate** 26:1
  26:11 32:5,21
  34:20 36:22
  38:7,9 45:7
  47:10 61:12
  89:13 90:4
  130:13 152:15
  153:12
**approached**
  91:4,11 104:17
  119:5
**appropriate**
  119:21 140:7
**approximately**
  6:9 11:10
  17:10,12 20:6

72:1
**April** 1:22 6:8
  11:10 155:17
**architect** 19:9
**area** 23:22 27:2
  31:1 89:9
**areas** 99:5
**argument** 90:15
**arm** 86:12
**article** 123:16
**artificial** 85:23
**asked** 32:10,14
  32:16,20 33:1
  37:5 58:12
  79:6 84:6,20
  91:5 122:12,15
  126:6 145:18
  146:6 147:2
  153:4
**asking** 30:5
  37:23 47:6,8
  55:7 73:2
  83:15 88:5
  126:11 129:16
  153:1
**asks** 120:2
  127:13
**assessments**
  119:14 126:18
  126:20
**assign** 6:23
**assigned** 16:21
  16:23 38:20
**assignment**
  38:22
**assimilate** 39:7
**associated**
  100:11 115:5
  119:9 138:17
  141:9
**association** 73:4
  96:3,12 107:6
  115:11
**associations**
  78:11
**assumptions**

38:1,4 89:22
**assured** 30:15
**astonishing**
  144:11
**attached** 2:7,9
  2:14,15 46:18
  129:4,12
**attacks** 119:1
**attempt** 102:23
**attend** 23:19,21
**attended** 18:15
  110:14 118:8
  118:21
**attention** 76:11
**attorney** 1:14
  8:14,17 29:9
**atypical** 75:23
**audible** 152:11
**audio** 13:17 20:7
  101:22 103:1
  152:5,10,16
  153:19
**auspices** 65:13
  104:12
**autism** 141:2
**automatically**
  3:2
**available** 59:7
**Avenue** 2:17
  8:18
**aware** 128:6
  148:13

———————

**B**
**B-a-s-t** 124:22
**bachelor** 18:5
**back** 22:21 23:8
  23:18 24:6,12
  25:13 26:3
  51:11 56:13
  57:11 58:3
  63:21 64:4
  68:5 71:3
  115:12 126:7
  130:5 144:2
  149:10 153:9

**background**
  36:22 49:13
  89:14 92:8
**bad** 127:6
**Bartosz** 118:11
**base** 109:14
**based** 38:18
  70:4 80:9
  89:10 101:11
  107:20,22
  120:4 133:4,8
  133:8 135:2
**basically** 26:23
  62:8 72:4 87:3
  87:8 99:6
  112:5 115:10
  135:8
**basis** 26:17 27:5
  75:8 122:21
  123:9
**Bast** 10:13
  124:21 125:2
  126:11,14
  127:18 130:6,7
  130:15,21
  131:3,21
  150:12
**becoming** 36:11
  141:17
**began** 50:11
  84:12
**begins** 40:13
  95:18
**behalf** 95:3
**believe** 21:21
  28:20 33:4
  68:15 81:10
  83:15 98:16
  99:11 100:10
  108:1 118:10
  121:17 125:23
  134:15 136:9
  139:20,23
  142:15
**believed** 78:1
**believing** 73:18

**belong** 38:18
  137:14
**belonging** 39:4
  144:9
**benefit** 73:20
**benefits** 43:3,9
  148:8,12,13,16
  149:2
**Benjamin** 64:19
**best** 5:6 47:9
  55:15 56:8
  92:6 124:16
  147:8 149:7
**bet** 150:22
**better** 50:13
  74:15 91:7
  106:6 127:8
  153:13
**bi-weekly** 42:21
**big** 82:10
**bill** 28:11 129:15
  152:18 154:9
**Birmingham**
  2:17,18 8:10
  11:3 15:19
**birth** 16:22,23
  17:1
**birthday** 42:2
**bit** 22:16 23:9
  25:19 27:7
  34:2,5,19,21
  44:16 53:17
  59:22 63:19
  87:9 90:10
  93:17 107:17
  147:6
**bizarre** 79:1,2
**Blackboard**
  19:23 20:10
**blank** 82:10
**blockers** 82:16
  136:21 138:4
**blur** 82:6
**board** 95:8
  114:19,23
  115:3,9,13

**BOCK** 9:10
  12:1 24:17
  25:2,7 129:19
  130:1 149:17
  154:11,14
**body** 39:20
  87:12,19 88:8
  88:17 128:4
  137:10 139:16
  141:7,8,21
  142:7
**BOE** 1:7
**born** 16:16,17
  16:18 17:3,9
  46:11
**bottom** 95:18
**boyish** 87:20
**boys** 48:6,10,13
  48:16,21 49:11
**Bravo** 15:21
**break** 14:4,8,13
  25:12 61:14
  63:20 64:5
  129:20 130:6
**breaks** 14:3
**breast** 85:8,10
  85:13,15 102:4
  102:6
**BRIANNA** 1:7
**Briefly** 80:19
**broad** 153:2
**broadly** 113:9
  119:23 144:19
**brothers** 55:18
**brought** 21:22
  24:12
**build** 21:14
  22:14
**BUILDING** 8:8
**bullied** 40:15
  41:19,22,23
  42:11 47:17
**Bureau** 19:2,6
**business** 21:13
**busy** 152:7

**C**

C 8:1
C-o-h-n 17:6
calendar 111:14
California 108:1
  111:9
call 35:4 65:11
  85:5 104:10,14
  105:14,15,17
  105:22 108:6
  112:13,14,16
  112:20,21
Callahan 91:12
  91:16
called 21:3 22:9
  22:12,13 35:7
  35:18 64:18,20
  71:5 80:2
  93:13 96:11,13
  104:2 107:3
  114:21 115:5
  115:16 119:12
  124:21 131:9
  135:21
capacity 1:13
  104:18 119:20
capture 76:11
  139:2
care 41:16 56:2
  62:3,15,16
  64:7,19,23
  65:4 69:2 77:9
  78:19,20 80:16
  82:13 83:3
  91:2,8 92:15
  92:21 93:13,20
  94:1,8,11,23
  95:5 96:4,10
  96:14,16,19,21
  97:8,10,11
  98:2,5,7,9,14
  98:17,21 99:12
  101:5,16 102:6
  103:21 104:13
  108:7,12

110:20 112:1,9
113:1,5 114:20
116:9,10,13,18
119:2,23
121:11,18
122:23 124:20
126:14,18
127:4,5,12,19
130:17,23
133:3 134:8,16
135:1,7,12,21
136:4,6,10,14
136:17,20
137:23 139:7
139:14 143:7
carefully 2:5
careless 134:6
Carey 91:12,16
  91:20 92:3,4
  92:12 95:12
  125:11
Carey's 92:7
cartoon 76:10
  76:23
case 27:8 32:15
  40:5 47:12
  79:10 84:2
cases 99:5
castration 39:19
catch 105:9
category 38:17
cause 11:11
  31:22 76:15
  77:1 155:16
caused 42:10
CCR 1:23
  155:19,20,21
censored 112:2
censured 112:3
central 55:1
certainly 25:19
  35:23 36:2
  74:9 89:15
certainty 80:8
Certificate 2:11
  2:16 3:1 5:1

10:5 155:1
certification
  106:11,20
  114:10,18
certified 6:7
  11:2 104:20
  105:6,20 106:8
  109:8,11,19,22
  110:3,5 114:2
  114:13 115:19
certify 5:18 11:5
  155:4,13
chance 67:17
change 32:2
  69:8,10 86:22
  87:5 139:17
  142:13
changed 64:21
  69:5 90:16
changes 2:6,8,12
  88:7
changing 146:5
characterized
  60:3
charge 14:6
chat 66:23 68:4
  71:21
check 93:6
  103:11
checklist 126:17
CHIEF 8:15,22
child 51:12
  81:18
childhood 60:2
children 42:4
  46:17
Children's
  99:16 102:2
chose 41:4 43:19
  43:22 61:19
church 62:21
circle 9:12 22:7
circles 27:18,22
circumference
  80:4
circumstances

87:14 88:15
city 123:21
Civil 1:5 2:20
  9:2 11:7
clarification
  32:22 45:8
  81:16 98:4
  145:23
clarify 38:6 81:9
  150:1
clarifying
  120:22
CLARK 8:8
class 38:21 39:5
  39:8,23 42:7
  137:14,19,21
  138:19
classmates
  49:16,19
clean 152:9,14
clear 63:11 73:6
  82:12,13
  104:19 118:1
  120:19 121:7
  123:3 134:7
  136:3 140:20
cleared 103:1,3
clearest 99:4
clearly 37:9
  105:19
clinic 106:23
  123:21 125:22
  131:5,8
clinical 92:15
clinicians 96:1
  119:13
close 108:9
closely 130:23
closeness 49:17
closer 26:9
cloud 76:23
clouds 76:13
co-founded
  91:13 95:19
co-founder
  125:10 130:8

131:18 134:19
co-founder's
  131:19
co-founders
  124:19
co-speakers
  91:23
Cohn 1:20 2:1
  5:3,11 6:6
  10:11 11:11,15
  12:6 14:17
  17:6,7 20:9
  25:12 64:3
  129:8 130:4
  149:22
Cohn's 128:21
cohort 42:2
coincidence
  102:17
colleagues 112:3
collection 139:2
college 65:14
Colorado
  117:17
come 28:21,23
  51:5 63:21
  66:21 71:3
  72:22 78:7
  99:21 100:13
  121:17 127:22
  131:16 141:21
  153:9
comes 116:6
  117:10 124:13
comfortable
  37:14 45:19
  83:18
coming 31:15
commencing 6:9
  11:9
comment 97:1
comments 29:5
commercials
  76:6
Commission
  155:23

Corinna Cohn                                              4/15/2024

**Commissioner**
11:5 155:22
**commitment**
33:10,15
**committee**
152:8
**common** 75:4
85:9 142:9
**commonalities**
140:20
**commonly**
27:17 35:4
**communicate**
147:16
**communicated**
92:1 115:20
**communicatio...**
153:21 154:1
**community**
27:21,23 35:5
128:8 142:10
144:11
**companies**
21:14
**company** 21:2
22:8,10
**compensated**
32:7
**complaint** 139:1
148:17
**complaints**
148:20
**complete** 18:7,9
18:17,19 82:5
116:20
**completed** 18:20
135:23 142:23
**completely** 68:1
103:3
**compliance** 6:15
8:23
**complication**
79:3
**complications**
75:7 79:20,23
88:4

**component**
105:2
**comport** 59:8
**computer-aided**
155:8
**concept** 36:4,5
**concerned** 75:11
**conclude** 101:11
**concluded**
154:17
**conclusion** 46:6
98:8
**conditions** 139:3
**conference** 40:7
117:16,16
118:8
**confessed** 53:20
**confidence**
37:12 116:20
**configuration**
19:14
**confirmed** 112:7
**conflict** 33:17,19
55:2
**congress** 75:13
**connect** 36:18
67:22
**connected** 68:16
114:22 119:10
141:11,17
146:11
**connection** 41:9
68:13
**consent** 65:18
68:22 75:20
77:13 122:21
135:14,16,18
**consider** 97:16
102:8 146:20
147:3
**consideration**
27:11 97:1
**considerations**
73:8
**considered**
31:22 35:13,21

36:19 75:3,5
75:10 108:12
142:17
**constitutes**
87:16 135:14
**CONSTITUT...**
9:4
**CONSTITUT...**
8:15
**construct** 86:13
**constructed**
86:5
**construction**
85:22 86:10
**construe** 39:22
**construed** 59:1
116:13
**consultant** 21:2
21:16
**consulting** 21:5
21:6,10
**consumed** 52:8
**Consumer**
93:14 104:13
112:18 114:20
124:20
**contacts** 91:17
**contemplation**
45:16
**context** 38:7
84:8 98:23
104:14 111:18
111:20
**contextualize**
84:23
**continual** 64:23
**continually** 36:3
39:12
**continue** 46:21
61:20 73:13
80:16,17 95:10
**continued** 39:13
47:17
**continuing**
31:20 56:11
**continuously**

24:11
**contributed**
46:8 49:10
**contributing**
44:14
**conversation**
10:13 13:7
36:3 56:22
99:7 100:22
101:19,22
102:19 105:12
108:3,18,20
111:11,15
112:4,10,12,23
113:21 116:1,2
116:6 117:10
118:20 120:8
124:8,23
125:16 126:5
127:12 130:7
130:21 131:11
131:22 132:21
132:23 133:6,8
150:10 151:15
151:18,20
153:13
**conversations**
60:21 61:1
90:23 102:13
110:10,12,18
110:21 117:6
117:21 135:2
150:14 151:21
152:17 153:6
154:2
**COORDINA...**
8:23
**coping** 141:22
**copy** 40:6 129:1
130:12
**Corinna** 1:20
2:1 5:3,11 6:5
10:11 11:11,15
24:20 69:10
154:9
**correct** 5:6

14:23 15:2,3,6
15:7 21:8,18
27:12 31:9
43:21 51:4,17
62:1 63:14
64:11,12 65:18
66:20 69:3
77:4,10 82:16
82:17,19,20,23
83:1,4,5,8,9
90:7,8 91:15
93:11,12,15
95:1 98:22
111:7 121:19
130:19 137:11
137:15 145:8
148:7 155:10
**corrections** 3:3
5:7
**correctly** 28:12
29:14 31:8
**corresponded**
59:3
**Cory** 17:4,5
**cosmetically**
86:2
**costly** 33:10
**COTY** 8:21
**counsel** 6:4,20
6:22 11:8
155:14
**counseling** 63:1
**COUNTY** 155:3
**couple** 12:18
26:20 78:5
80:23 85:3
100:20 105:23
110:15 132:17
149:23 153:16
**course** 37:12
**court** 1:1,23
6:16 11:19
12:23 13:10
24:1 145:2
**covered** 149:11
**create** 70:10

Corinna Cohn                                                    4/15/2024

86:12 88:20
**created** 86:16
**creating** 91:6
**credentials** 93:7
**crime** 115:14
**cross-sex** 82:18
**curious** 41:8
    71:8 84:15
**current** 76:7
**currently** 18:23
    34:13 95:4
**curse** 65:8
**customs** 38:18
**cut** 99:5 108:22

――――――――
        **D**
――――――――
**D** 10:1
**dad** 55:6 56:18
    56:19
**daily** 75:8
**date** 2:11,21
    5:14 11:6
    111:13 116:4
    155:11
**dates** 131:14
**Davis** 8:13 11:23
    29:15 154:8
**day** 5:17 34:7
    52:9 54:8
    94:14 103:18
    154:6
**days** 2:21
**daytime** 52:3
    53:5
**DC** 9:7 24:3
**deal** 141:22
**dealing** 128:12
**dear** 132:3
**death** 76:15
**debate** 35:20
    128:7
**decide** 33:6
**decided** 127:23
**decision** 65:21
    69:13,16 81:7
**declaration**

10:11 29:20
30:6,12 31:5
40:4,11 43:17
45:7 47:15
48:15 50:5
51:19 53:17
68:6 70:5
95:16 97:19,21
104:11 128:21
144:22
**declarations**
    145:17
**deep** 26:7
**deeply** 48:12
**Defendant(s)**
    1:16
**DEFENDANTS**
    8:12
**DEFENSE** 8:16
**define** 37:8,10
    37:13 38:14,15
**definitely** 79:22
    109:20 132:8
**definition** 38:23
    39:3
**degree** 18:17
    135:20
**delayed** 48:1,4
**delegation** 38:19
**demand** 119:15
**demanded**
    119:13
**depart** 60:5
**DEPARTME...**
    9:3
**dependable**
    78:13
**depending** 65:9
**deponent**
    154:18
**Deponent's** 2:11
    2:16,23 5:1
**deposed** 12:14
**deposition** 1:19
    2:4,14,22 3:4
    6:5,12,13 7:2

12:3 25:16
124:14 128:23
129:2 130:13
145:6,7 153:15
154:17
**depositions** 6:17
**depression** 62:9
**depth** 80:4
**DEPUTY** 8:14
    8:22
**describe** 56:9
    83:12 136:16
    147:21
**describing**
    37:15
**desire** 138:18
**desist** 141:19
**despite** 39:11,11
**detail** 21:11
    28:10 61:5
**details** 113:10
**determine**
    119:20 128:2
    135:16
**determined** 44:4
**detransition**
    83:11,12,16
    84:20,22 85:6
    86:9,19,21
    88:6,14 89:2
    89:18,23 90:7
**detransitioned**
    91:9 126:4,16
**detransitioner**
    91:5,10
**detransitioners**
    91:4 141:16
**detransitioning**
    85:12,18
**develop** 107:7
**developing**
    19:15 42:5
**development**
    20:3 140:23
**diagnosed** 16:7
    58:22 139:9

140:8 147:12
148:1
**diagnosis** 45:19
    59:19 60:12,15
    60:22 128:1
    138:21,23
    140:3 141:2
**die** 76:20
**difference** 57:8
**different** 33:23
    53:9 57:5
    83:22,22 139:2
    144:6
**differently**
    55:20
**difficult** 44:20
    45:17
**diffused** 36:4
**dilate** 80:2
**dilations** 80:10
**diligence** 135:20
**directed** 120:1
**direction** 58:4
    119:23
**directions** 19:16
**directly** 56:22
    92:21 117:21
    122:1 123:19
    134:14 147:1
**directory**
    104:15,19
    106:10 110:7
**disassociate**
    44:21
**disband** 95:6
**disbanded** 94:16
**disbanding**
    94:19
**disbelief** 54:15
**disclose** 153:3
**discomfort**
    138:17 141:9
    141:23
**discontinue**
    43:19,23 61:19
**discourage**

56:10
**discussed** 27:18
    45:18 150:15
    153:22
**discussions** 29:5
**disintegrated**
    37:13
**disorder** 58:23
    59:6,11
**dissonance**
    88:20
**distracted** 52:9
**DISTRICT** 1:1
    1:2
**DIVISION** 1:3
    8:15 9:2
**doctor** 83:7 93:2
    93:3 98:13
    105:13 114:14
    124:21 125:1
    126:22 134:10
**doctors** 30:3
    31:5 67:2
**document** 96:13
    96:21 97:2
    127:20 128:14
    128:18
**documents**
    153:2
**doing** 12:19 21:4
    33:3 80:9,10
    112:3
**dominated** 36:2
**donor** 86:13,16
**double** 85:8 93:6
    134:19
**doubt** 69:18
**Dr** 10:13 99:14
    101:20 103:23
    106:21 107:18
    110:10 111:3,5
    111:16,18,22
    114:11,16
    125:2 126:11
    126:14 127:18
    130:6,7,15,21

131:3,21
132:13,21
134:20 150:12
152:3
draw 98:11
dreamy 76:12
drugs 143:14
due 48:1 65:8
84:5
duly 11:16
Dustin 103:23
dynamic 42:9,10
46:19
dynamics 44:4
44:12,17 45:10
46:7
dysfunction
46:19 77:2
dysfunctional
88:11
dysfunctions
45:20
dysmorphia
141:7,8
dysphoria 16:8
114:21 115:1,9
138:15,22
139:9,21 140:4
140:9 141:14
141:21 142:3
147:12 148:1

E
E 8:1,1 10:1
earlier 66:8 77:8
125:12 137:12
142:19 150:2
150:18
early 35:5 59:16
128:1
earnest 90:19
easy 78:23
101:11 123:17
133:12
economics 18:5
educate 146:7

educating 38:9
education 18:1
18:11,21 92:13
136:12 138:2,6
138:10 140:2
educational
19:23 20:1
92:7 105:2
effect 6:14
108:10 142:10
142:21
effective 31:17
142:17
either 13:16
49:14 86:6
103:20 120:17
121:23 122:18
134:14 148:10
elementary
50:11 57:13
63:6 66:10
eliminate 30:19
107:10
email 120:13
153:20 154:1
emergence 91:3
emergency
79:11
emotional 40:16
41:20
emotionally
42:5 48:12
62:7
employed 19:1
employment
20:10 22:3
26:14
encouraged
57:11,16
endocrine 87:6
endocrinologist
66:18 67:14,20
67:23 68:1,3,9
68:13,18
endocrinologi...
67:5

engage 75:12
engaging 100:5
140:15
enhanced 49:19
enjoy 75:12,22
enrolled 18:4
ensure 105:18
105:18
ensuring 79:9
entail 49:3 61:2
89:23
entails 80:1
83:16
enterprise 19:9
entire 63:12
110:7
entirely 49:12
EPATH 118:8
119:8
Eric 99:14
152:20
Erica 111:3
112:5
eroded 89:10
errata 2:7,10,13
2:15,23 4:1
Eskenazi 104:7
122:11 123:4
132:15,17,18
151:6
essence 90:13
essentially 12:20
estranged 66:4
69:17 77:16
estrogen 35:3
39:19 71:16
84:13 87:7
88:19
et 1:7,15
ethics 115:13
Eugene 70:17
Europe 119:7
evaluations
127:16
everybody
73:17 90:3

evidence 7:3
31:19
exact 101:8,17
108:18
exactly 27:15
29:1,7 52:22
116:22
examination
10:3 11:12
12:4
examined 11:16
examples 49:4
excerpt 96:23
97:2
excluded 48:16
48:20 49:11,22
excuse 23:15
151:13
exercise 80:7
exercises 80:10
exhibit 128:18
128:21 129:3,8
129:11
EXHIBITS 10:8
10:10
exist 90:15
existence 16:1
52:23
expect 14:1
expectations
59:4
experience 62:9
71:23 134:22
140:16 141:13
experienced
43:3,8 148:9
experiences
72:3 143:2
experiencing
43:14 59:9
62:11
experts 152:9
expires 155:21
155:23
explain 34:10
45:15 58:5

59:10 85:21
90:1 93:17
123:22
explained 30:8
76:2
explaining
34:18
explains 98:4
EXPLANATI...
4:2
explicit 106:5,12
explicitly 98:19
exploring 49:5,9
express 54:19
expressing
119:22
extremely 79:17

F
face 87:13
facsimiles 86:6,8
fact 46:12,12
48:1 79:5,7
81:11 100:9
101:21
fail 3:2
failures 111:23
fair 13:21,22
98:17 122:6
faith 37:22 38:3
fake 86:10
falls 133:2
familiar 15:17
15:23 16:6
27:9,13 28:3
111:17 149:5
familiarity
49:20
families 26:22
26:23
family 16:10
49:13 55:17
77:22
far 43:10 75:10
85:18 147:20
Farm 19:2,6

Corinna Cohn                                                          4/15/2024

**fast** 42:6 127:20
**father** 46:14
  55:10 61:7,8
  65:10 78:18
**father's** 55:11
**FEDERAL** 8:23
**feel** 14:7 25:18
  25:21 34:2
  37:23 38:6
  45:18 48:19
  53:7 57:3,4
  58:20 62:6
  66:1 69:15,21
  73:11 74:14,17
  111:21 128:3,9
  130:21 143:19
**feeling** 24:18
  38:16 47:3
  49:10 72:22
  138:16
**feelings** 58:8,18
  63:8 72:21
  74:8,18
**feels** 38:17
**felonies** 31:6
  32:3
**felony** 30:3 32:3
**felt** 30:15 59:8
  59:18 60:1,4
  63:5 126:8
  142:20
**female** 39:22
  102:3
**female-to-male**
  115:18
**feminized** 39:6
  39:21 88:3
**field** 92:14
  109:17 119:7
  120:6 122:1
**fight** 44:7,8 48:9
  48:10
**figure** 133:7
**figures** 76:10
**filed** 144:23
**fill** 95:8

**filleting** 86:11
**filling** 95:10
**finally** 127:22
**find** 71:6 100:10
  103:14 122:10
  123:18 126:1
  144:4
**finding** 127:8
**fine** 11:22 20:18
  22:18,18 49:8
  70:3 129:22
**finish** 153:14
**finished** 72:23
  118:1 120:15
  121:7 134:13
  154:5
**first** 11:16 12:16
  18:20 40:12
  63:4 91:19,20
  92:2 98:12,18
  114:6 140:17
  145:7 150:3
**firsthand** 93:23
**fit** 50:13
**fitting** 141:6
**five** 63:21
  129:22 149:13
**fix** 100:2
**fixation** 50:14
  51:19
**flipping** 88:7
**floaty** 76:12
**Florida** 114:15
  132:16
**folks** 152:13
**follow** 28:2
  64:17 96:2
  97:9 98:1,14
  101:16 103:22
  104:23 105:3
  108:6 112:23
  113:4 116:17
  120:2,12
  121:18 122:13
  128:6 130:22
  134:16 136:5

  146:18
**follow-up** 80:13
  100:20
**followed** 134:23
  135:8,10
**following** 11:13
  68:7 79:20
  98:9,16,20
  99:11 101:7,12
  116:9 126:3
  133:3 136:10
  152:8
**follows** 11:17
  99:9 126:12
**food** 26:21,21,22
**force** 6:14
**foregoing** 11:7
  155:5,9
**forgive** 22:15
**forgot** 131:19
**form** 6:21 61:10
  65:11 86:18,21
  155:8
**formal** 136:12
  138:2,6,10
  140:1
**formed** 115:17
**former** 111:3
**formerly** 132:14
**forming** 47:18
  47:20
**forms** 75:20
**fortune** 65:8
**forum** 100:23
**fought** 115:12
**found** 68:1,3
  82:3
**founded** 93:10
  93:21 94:17
  150:4
**four** 23:20
  122:19 153:6
**Francisco** 67:9
  67:13 111:9
**FRANKLIN** 8:7
**frequent** 141:3

**frequently**
  142:11
**friends** 26:8
  60:8 77:23
  78:5
**friendships** 26:7
  47:18,20 48:6
  48:7 49:15
**front** 125:18
  150:19
**fulfill** 127:3
**full** 6:14
**functional** 88:10
**functionality**
  70:11
**fund** 65:14
**funds** 65:10,12
  78:17
**further** 6:10,18
  18:1,11 60:19
  60:20 61:5
  154:18 155:13
**Fusion** 21:3,7,9
**future** 60:7

---

## G

**G-r-a-b-s-k-i**
  118:15
**gained** 93:6
**gala** 110:15
**Gallagher** 132:7
  132:13,21
  134:20
**gap** 143:9
**GARDIS** 9:11
**gatekeeping**
  107:8 133:14
**gender** 16:8
  34:8,9 36:3
  37:6,7,8,10,16
  37:19 38:12,14
  38:15 39:1,9
  39:16 43:15
  59:5,10 92:15
  93:13 96:1
  102:6,8 104:12

  106:23 114:19
  114:21 115:1,9
  119:12,23
  123:21 124:20
  125:22 128:9
  137:1,10,12
  138:15,22
  139:9,20 140:3
  140:8 142:3
  147:12 148:1
**gender-affirm...**
  28:9 82:22
  83:3 94:11,23
  119:2 136:14
  136:17 137:23
  139:7,14
**gender-diverse**
  96:17
**gender-identity**
  58:23
**general** 1:14
  8:14,17 20:19
  21:12
**general's** 29:10
**generally** 54:21
  113:7
**Genspect**
  117:16
**George** 18:15
**getting** 38:11
  48:2 64:7
  119:11
**Gift** 65:13
**girl** 50:12,19
  51:6,16 52:1
  63:6
**girls** 102:9
**give** 13:8 49:4
  71:2 91:21
  98:23 146:6
  153:8
**given** 17:2 39:3
  39:14 49:13
  65:12 84:8
  128:5 145:15
**giving** 146:20

149:12
glad 79:6 128:15
Gleaners 26:18
go 12:17 14:2,12
  14:16 17:19
  25:2 32:15
  34:23 50:4
  56:12 57:11,17
  61:5 69:22
  84:4 85:21
  89:6 99:5
  103:11,14
  111:20 115:13
  120:14 126:19
  128:10 129:20
  133:14,18
  144:7
goal 73:9,11
  81:4 85:5
  142:21
goals 82:8
goes 127:11
going 25:21
  39:13 40:3
  46:7 47:16
  50:4 61:3,5
  63:19 77:1
  79:16 81:4
  92:10 99:4
  116:20 121:3
  130:12 132:7
  139:11 149:17
  150:9 153:9
good 12:6,9
  13:23,23 37:21
  38:3 61:17,17
  144:6 152:12
Google 71:5
  122:10
Grabski 118:11
Grace 125:14
  126:3,6,12,15
  127:13 134:19
  135:3,5,17
  150:12
grade 40:14

graduate 17:21
great 41:13
  97:22 124:15
  129:10 142:20
  152:10
greatly 89:10
grew 17:11
grief 60:2
groin 86:1
ground 12:18,21
grounds 7:1
group 71:22
  91:3 96:11
  104:2 107:3
  109:7 114:19
  115:2,5,8,17
  141:16 143:19
  146:8,10,12
groups 62:21,22
  141:6
growth 85:16
  87:12,13,19,20
gruesome 86:17
guarantee 75:21
guaranteed
  75:15
guard 105:10
guess 20:21 28:1
  54:16 55:14,19
  55:19 99:3
  111:12 115:14
  117:15 132:3
guessed 151:3
guideline 127:19
guidelines 64:17
  64:22 105:4
  130:17 135:15

─────────
H
─────────
hair 87:12,13,19
  87:20
half 20:6,12
hallway 101:1,3
  152:7
hand 5:18 134:1
happen 39:13

87:10,13 91:1
happened 47:7
  52:20 75:23
  88:8
happening
  55:22 147:1
happens 123:12
happy 72:12
  73:11
hard 24:22 38:2
  127:20
harm 31:23
harmed 94:9
Harry 64:18
hazy 52:22
head 13:8 52:11
  73:6 76:4
healing 80:9
health 41:16
  62:3,16 78:19
  78:20 80:16
  91:2,8 96:4,13
  96:16 97:8,11
  107:7 119:2
  132:15 136:4
  137:7,18 139:3
  143:7
hear 12:7,8
  13:17 19:4
  25:1 35:9
  96:23
heard 13:20
  15:19 27:20
  127:5
hearing 34:21
  60:15 152:8
heavy 31:20
held 20:11
  115:21
help 21:14 30:12
  36:17,17 40:2
  49:2 53:18
  58:5 62:14,19
  70:7 92:19
  94:9 136:23
  137:9,18

141:10,13,19
  144:9 146:7
helped 126:7,9
helpful 30:6
  36:23 84:2,19
helping 30:19
  92:22 147:3
heterosexual
  35:16
high 17:19,20,23
  53:19 54:5
  79:4 115:22
highly 116:15
  121:13
history 22:3
  26:14 34:21
hit 35:19 153:9
hold 13:22 20:5
  21:1,19 22:22
  120:19
hope 99:19,21
hoped 58:2
hopeful 58:16
  60:4
hoping 58:3
hormone 86:23
  122:18 136:22
  137:6 138:7
hormones 82:19
  122:20 123:1
  127:15,22
  139:22 142:1
hospital 15:19
  71:1 99:16
  102:2,14,15
hour 14:3 63:20
hours 122:19
  151:10
house 99:18
  100:23 103:12
HRT 128:10
huh-uh 13:9
hundred 140:21
hundreds 110:8

─────────
I
─────────

idea 46:23 51:5
  51:15 118:22
identified 34:15
  44:12 117:2
identifier
  146:16
identify 34:8,9
  34:13 36:8
  37:6,7,16
  39:16 97:11,23
  110:2 111:1
  114:1 117:4,19
  128:4
identifying
  128:9
identity 37:17
  38:12,14,15
  39:1,10,17
  43:15 59:5,11
  137:1,10,13
  139:5 147:17
III 9:10
Illinois 91:22
illness 148:17
illusory 78:2
imagination
  74:3
imagine 123:17
immature 42:9
immediately
  54:18 152:6
implants 85:9
  85:11,13
important 13:3
  13:4,12 24:23
  94:6 134:18
impossible 86:4
impression
  109:5
improve 94:7
improvement
  94:3
include 86:9
included 97:20
incorporated
  150:4,5

incorrect 89:22
INDEX 10:8
Indiana 9:14
  19:2,6 22:12
  22:15 23:4,5,6
  23:12,17 24:7
  24:9,12,21
  26:3,6 27:1
  28:19 81:12,21
  81:23 107:23
  124:21 125:8,9
  131:6 144:23
  145:14 146:22
  146:23
Indianapolis
  9:14 99:17
  132:19,20
indicate 43:17
  47:15
indicated 66:17
  109:23
indicates 130:22
indifference
  57:6 61:10
indifferent
  55:15 56:1,8
indirectly
  117:22 121:16
individual 139:8
  140:8
individuals 91:9
  113:6 143:10
  153:22
inferences 133:2
influence 107:9
inform 102:18
  147:3
informal 13:7
  146:10,17
Informally
  140:14
information
  25:17 31:15
  59:6 106:6
  122:13 124:2,4
  133:4,23

134:15 136:2,8
  136:11 153:11
informative
  134:4
informed 32:18
  75:19 79:23
  106:21 122:21
  135:14,16,18
informing 109:1
initial 81:11
initially 23:21
  91:18
initials 15:13
insane 125:22
insert 80:3
insides 79:18
instance 34:6
instances 117:12
institution 16:1
INSTRUCTI...
  2:2
insurance 19:3,7
  28:13 133:17
intake 86:23
  92:22
integrated 144:2
  144:7
intending 89:15
intent 31:22
intention 25:20
  34:3
interactions
  61:4
intercourse
  74:21,22 75:9
interest 91:6
  113:14
interested 146:5
  155:15
interesting
  59:20 102:16
  119:4
international
  33:7
internet 50:22
  51:1 66:23

interoperability
  19:14
intervention
  53:12
introduce 12:11
intrusive 25:19
invasive 79:2,17
inventory 110:6
involve 86:11
involved 28:21
  28:23 65:20
  69:1,12 71:13
  90:11 144:19
  146:1 147:1
involvement
  27:8 32:8
  144:16
Ireland 118:9
Irish 132:9,10
issue 45:16
  87:16 139:4
issues 20:7
  30:13 43:14
  44:14 46:9
  79:1 128:13
  141:1,4,20
  143:4 146:19
  147:4 154:1

          J
Jankovich 41:1
  41:3 45:3
Jim 8:13 29:14
  154:11
job 19:10,18
  20:5,23 21:20
  22:5,22 23:4,6
join 114:18
  115:9
joined 114:23
joining 62:21
  115:16
journey 72:23
  142:23
judge 43:5 61:9
judgment 30:23

June 42:2
JUSTICE 9:3
justifiable 32:4

          K
K-e-i-g 114:7
Katie 124:21
keep 53:18
  129:15 142:7
Keig 114:3,11
  116:2 117:7,14
  117:18
Kelly 150:22
  152:19
key 120:9
Killarney 118:9
kin 155:14
kind 14:6 48:15
  53:9 62:15
  74:5 97:4
  98:11 125:1
  134:10 136:12
  140:1,6
knew 41:10
  64:22 78:5
  90:3 93:22,23
  123:22 146:23
know 13:18 14:6
  14:8 15:11,12
  24:20,23 26:5
  28:3,4,15
  37:11,22 41:4
  41:12 42:23
  43:2,5,7,22
  45:1 46:15
  47:2,5,11
  49:23 51:14
  52:7 53:2 54:4
  58:9,23 59:5
  61:15 62:20
  63:15 68:12
  72:9,14 76:9
  76:21 79:14
  85:19 91:16
  92:2,4,7 97:23
  98:6 100:14

102:15 104:7
  104:21 106:9
  106:13 107:14
  107:14 109:18
  109:23 110:4
  116:21 121:3,3
  124:1,3 125:3
  126:8,10,13,16
  126:22 127:9
  128:23 130:11
  131:21,23
  135:9 141:15
  143:21,23
  144:23 147:6
  147:10,21,22
  148:2,4,8,22
  149:1 150:8
  152:4,21
knowledge 5:6
  33:16 92:6,12
  123:10 142:9
  147:9 149:7
knows 116:16
  123:19
KROGER 9:11

          L
L 6:1
lack 49:20 112:1
  112:7,7 143:2
  143:3
lacked 95:9
  106:11
lacking 49:17
  144:14
laid 133:20
Large 6:8 11:4
  155:23
largely 60:3
late 20:21 87:15
  87:17,18
law 18:15 23:21
  27:10 30:11
  145:10
lawmakers
  146:7

laws 6:15 145:10
  146:2
lawsuit 12:14
  28:22 29:1,20
  32:8 131:7
  145:3 147:5,7
  147:11,14
  149:6
lawsuits 144:16
  144:20
LBGTQIA
  104:16
leaders 99:16
  104:1
leading 6:22
learn 25:17
  27:14 34:5
  75:2
learned 52:23
  53:2,6 54:1
  89:11 124:1,3
  134:15 142:5
led 61:4
left 20:8 102:14
  102:15
leg 86:12
legally 68:19
  69:8
legislation
  146:23
legislators 147:4
legislature
  145:20
lengthy 96:21
let's 14:15 23:8
  40:9 90:10
  98:11 107:17
  115:4 121:21
  121:22 137:22
  137:23 144:18
  147:5 152:23
letter 68:8,14
  127:3
letters 119:16
level 94:1,7
library 91:22

licensed 93:8
Lidinsky-Smith
  125:14
life 30:20 55:22
  78:10 81:4
light 89:16
LIGHTFOOT
  8:7
LINE 4:2
line-by-line 50:6
lines 108:15
  118:4 121:10
list 105:19 118:2
  120:16 121:8
  121:16,21
  124:18 127:15
  132:2 134:13
  135:23
listed 5:8
listening 90:2
little 22:1,16
  23:8 27:7 34:5
  34:18,21 44:16
  53:17 54:23
  59:22 63:19
  87:9 90:10
  93:17 107:17
  147:6
live 17:8 26:9
  28:19 55:6
  126:1
lived 14:22 23:9
  23:16,19 24:4
  24:9 26:5 78:6
lives 16:10 92:4
  92:5,6
living 24:6 40:19
  55:3 63:13
  67:10 78:15
LLC 8:7
LLP 9:11
local 78:20 79:9
locally 81:14
located 132:18
log 124:11
logistics 153:18

long 14:2 17:8
  19:17 20:5
  21:19 22:21
  43:1 47:7
  66:13 71:15
  80:20 94:18
  127:23 128:8
  128:11
long-term
  142:17
longer 39:15
  65:17
look 36:14 40:4
  68:5 95:15
  125:4 135:11
  149:9
looked 111:13
looking 40:12
  76:23 95:17,22
  125:21 126:7,7
lot 42:6 50:6
  60:1 88:20
  89:20 94:2
  119:11 128:7
  128:12
loud 13:5,13
loudly 13:3
love 60:8

## M

M 9:5
magical 53:9,10
main 30:11
  42:10 109:12
  123:20 124:7
maintain 35:17
  80:4
major 33:14
majority 28:16
  28:18 63:15
  77:5,10 127:21
  140:22
making 2:8
  28:12 57:7
male 17:1 39:5
  39:18,23 85:12

88:11
man 40:1 88:3
  88:10,23
manifest 53:14
marginalized
  35:7 36:12
  143:10,17
  144:5,13
mark 128:18,21
  129:7
marked 105:19
  129:4,12
marketing
  134:8
marking 106:4
MARSHALL
  1:13
masculinity
  60:5
masculinize
  87:11,23
masculinized
  88:3
Mason 18:16
mastectomy
  85:8 134:20
matter 113:15
  144:20,21
matters 27:17
  109:2
mature 46:13
mean 24:17
  51:20 56:2
  77:6 83:14,19
  83:23 90:12,22
  105:9 128:5,11
  138:15 141:8
  148:3,12,16
  149:1
means 83:21
  122:22 143:1
meant 65:14
  86:1 127:20
mechanisms
  141:22
media 28:1,2

51:3 123:13
  133:9
medical 15:4,9
  16:4 35:1,14
  36:9 62:15,19
  64:7,16 77:8
  78:23 79:19
  82:13 83:3,6
  84:20 86:9,18
  86:21 87:16
  88:6,13 89:5
  89:22 92:13
  93:2,3,20 94:7
  100:15 118:23
  119:18 124:11
  125:1 136:20
  137:2,4,17
  139:15 148:4
  148:23 149:3
  150:15
medicalization
  65:2
medicalizations
  89:5
medicalized
  67:1
medicalizing
  67:3
medically 36:10
  39:6,21 79:10
  84:16,18,22
  87:15 88:12
  90:7
medication 76:8
  76:8,18 148:19
medications
  137:6
medicine 138:1
  143:18
meet 78:10
  91:17,18
  112:17
Meininger
  99:15 101:20
  152:3,20
melded 45:21

**member** 39:7,22
137:19,20
138:18
**members** 55:17
107:16 146:14
**memory** 45:17
47:8 52:21
92:11
**men** 48:8
**mental** 41:16
58:13 62:2,16
80:16 137:7,18
138:16 139:3
143:7
**mentality**
143:12
**mention** 134:18
**mentioned** 31:2
41:19 44:11
58:15 66:7
69:17 90:9
93:9,16 97:7
125:6,9 132:17
142:18
**messy** 80:7
**met** 12:9 91:20
103:17
**middle** 1:2
30:20
**mind** 32:2 34:18
56:14 59:21
71:3 73:13
92:20 97:14,19
124:14 125:19
129:9 149:12
152:17
**mind-boggling**
79:11
**mindset** 53:9,10
53:11 100:14
**minor** 82:16,19
82:23
**minors** 16:7
28:11 65:13
**minute** 34:1
71:2 148:22

**minutes** 12:10
22:17 63:21
129:23 149:13
**misinformation**
89:21
**mission** 115:2
**misspells** 132:10
**mixed** 74:8
**mom** 55:3 56:13
56:17,19,20
**mom's** 54:13
**moment** 37:5
92:10
**money** 133:18
**MONTAG** 8:21
154:12
**MONTGOM...**
8:19
**month** 42:21
102:14
**monthly** 42:18
42:19
**months** 17:16,18
26:20 33:8,15
52:15 80:23
**MONUMENT**
9:12
**mood-altering**
142:2
**morning** 12:6,9
154:10
**mother** 46:11
61:6
**mouth** 74:12
**move** 16:13 23:5
23:11 33:23
107:18
**moved** 22:11
23:4,6 24:6,20
26:3 81:12,21
81:22
**movement** 35:7
35:8,10,18
36:1
**moving** 25:13
121:15

**multiple** 71:11
71:13 90:1

---

### N

**N** 6:1 8:1 10:1
**N-o-w-a-s-k-i-e**
104:5
**name** 2:10 12:12
17:2,5 41:1,2
64:21 67:5,7
67:16 69:6
70:15,18,20,23
81:23 92:18
103:10,14
104:4 114:5
118:13 122:9
122:14 124:9
131:8,19 132:6
146:8,9,15
150:17,20,22
**named** 35:11
118:11 125:13
**names** 72:4
**Nancy** 1:23 6:6
11:1 128:20
155:19,20
**Nancy's** 121:1
**nascent** 35:6
**naturally** 87:4
**NE** 9:5
**nearly** 57:15
**necessarily** 31:7
42:5 75:17
142:2 152:22
**necessary** 6:19
24:20 141:18
**need** 14:4,7
25:20 34:4
37:4 38:6 45:2
61:15 68:21
69:22 77:12
96:23 111:18
111:21 144:9
**needed** 48:3
65:17 85:15
**needlessly** 96:5

**needy** 26:22
**Neenah** 71:3
78:22
**negative** 13:9
54:22
**neglect** 60:4
61:11
**neither** 155:13
**network** 78:12
79:7 93:14
104:13 112:19
114:20 124:20
125:10 146:4
146:18
**Nevada** 16:20
18:6 63:13,16
63:17
**never** 14:19,21
15:1,4 16:2,3
34:15 36:19
41:6 127:5,20
151:3
**news** 123:16
**night** 51:21,23
52:13
**nod** 13:7
**nonplussed**
60:18
**nonprofit** 91:6
91:14 93:10
94:10,15 95:6
95:13,19
103:16 130:9
150:3
**normal** 75:5
81:5 87:17
**NORTH** 8:9
**northern** 1:3
23:20 24:4,6
**Notary** 5:22 6:7
11:3
**note** 113:12
131:4
**noted** 2:9
**notes** 149:10
**notice** 106:19

**noticeable** 86:17
**November**
117:17
**Nowaskie** 104:1
106:21 107:18
110:10
**nuanced** 87:9
**number** 1:5 26:7
35:12 71:22
133:11
**numerous** 116:5
**nurse** 93:4
150:21

---

### O

**O** 6:1
**O'Shaughness...**
150:22 152:19
**O-'-s-h-a-u-g-...**
151:2
**object** 25:9 80:3
**objection** 24:18
25:8
**objections** 6:20
6:23
**objectively**
39:18,23
**obligated**
152:22
**observed** 17:1
**obviously**
109:10
**occasion** 99:17
**occur** 109:15
**occurring**
155:11
**offered** 7:2 29:2
**office** 3:1 5:19
8:17 29:10
152:13
**OFFICIAL** 1:13
**oh** 15:21,22
46:22 56:23
76:19 120:21
126:10 132:3
**Ohio** 92:6

145:14 150:7
**okay** 12:9,17
  13:13,23 14:13
  14:14 17:7
  18:3,18 19:8
  20:15 21:23
  22:20,20 23:3
  23:8,13,16
  25:23 26:11
  27:1 28:3 29:8
  31:2 32:5,21
  34:17 35:1
  36:21 37:18
  38:23 40:2,9
  41:8,12 42:23
  43:13 47:1,5
  47:14 51:13
  54:4,9 57:1,7,9
  59:14 61:16
  63:23 70:1,12
  71:14 72:16
  74:17 75:10
  81:15,22 83:23
  84:4,21 93:1,9
  94:17,17 95:22
  97:4,7 99:2,8
  99:13 100:20
  101:14 103:8
  104:6 105:11
  105:21 107:17
  108:2 114:4,8
  114:11 115:23
  116:7 117:6,18
  117:23 118:7
  118:16 120:10
  120:15 121:15
  121:21 122:5,8
  123:9,23
  124:17 126:15
  130:1,11,20
  131:2,21 132:5
  132:12,20
  133:5,10 134:2
  134:12,21
  135:22 137:22
  143:15 147:10

150:20 151:12
  151:17 154:3
**old** 46:16 51:10
  78:16 87:3
**older** 42:7 55:1
**on-demand**
  123:2
**once** 42:21
  73:19 78:7,8
  120:13
**ones** 98:15 135:9
**ongoing** 26:17
**online** 78:8
**open** 100:23
  144:18
**opening** 61:12
  80:5
**openly** 59:22
**operate** 94:18
**operation** 71:12
  71:15 72:7,21
  73:3 74:10,14
  74:20
**operations**
  95:11
**opinion** 43:11
  46:7,13 58:11
  108:11
**opinions** 44:20
  44:21
**opportunity**
  90:21 94:6
**opposed** 65:5
**opposite** 39:5,8
  137:21 138:18
**option** 106:3
**options** 60:10
**oral** 11:12
**orbiting** 139:4
**orchiectomy**
  87:2
**order** 80:3 85:15
  86:12 95:10
  96:22 99:4
  104:22
**ordered** 57:16

**organization**
  64:21
**organizations**
  26:16 27:4
**organizing**
  19:15
**organs** 75:13
**original** 129:5
  129:13
**ought** 38:17
  90:16
**OutCare** 104:15
  104:18 110:15
**outcome** 72:13
  75:10
**outcomes** 75:3,5
  91:8
**outlined** 28:10
**outset** 31:3
  145:6
**outside** 62:18
  95:13
**outwardly** 54:22
**overlap** 33:10
**overview** 21:12
**overwhelming**
  140:22

_____
**P**
**P** 6:1 8:1,1
**P-r-i-s-m** 131:10
**p.m** 130:3
  149:21,21
  154:18
**page** 4:2 10:3,10
  12:19 40:12
  95:17
**pain** 75:8
**painful** 74:22
**panel** 118:21,23
**Pannell** 1:23 6:6
  11:1 155:19,20
**paragraph**
  40:13 50:7
  95:17,23
**paraphrasing**

116:11
**parent** 46:14,16
  146:4
**Parenthood**
  122:16,17
  123:7,11,14
  151:9
**parents** 41:4
  43:18 44:5,13
  45:11 46:8,10
  49:14,16,18,18
  53:20 54:6,12
  57:20 58:6
  61:18,23 62:14
  65:8,20 66:4
  69:12 77:17
  140:19 146:18
  147:2
**parents'** 45:20
  60:14 65:17
  68:21 77:13
**part** 48:1 76:19
  107:13 109:13
  126:5 127:1
  134:7 143:19
**partial** 35:15
  70:10 152:5
**partially** 152:11
**participate**
  33:20 66:23
**particular** 27:19
  37:7 64:17
  71:19 87:14
  117:8 139:4
**particularly**
  30:10,17 73:2
**parties** 6:3,23
  155:14
**parts** 86:12
**passage** 145:10
  146:2
**passing** 110:14
**pastor** 147:15
**path** 56:11
**pathway** 89:6
**patient** 26:1

92:22 109:7,14
  119:22 120:2
  123:1
**patient's** 93:19
**patients** 67:3
  94:2,8 96:17
  100:13 102:3,5
  106:5,13 112:1
  122:2,20
  133:13 140:18
**pay** 133:17
**payments** 28:13
**peer** 141:6
**peers** 42:6
**penalizing** 30:3
  31:5
**pending** 14:11
**penectomy**
  39:19 87:1
**penis** 86:3,5
**penis-shaped**
  85:23
**people** 26:9 28:2
  30:22 36:7,10
  39:16,21 67:1
  72:2,3 75:14
  76:20,23 78:10
  83:22 85:10
  89:21 90:2
  93:21,22 95:3
  95:9 99:21
  107:15 113:4
  114:9 121:16
  121:23 122:17
  127:21 128:8
  140:22 141:10
  141:13 144:2,4
  144:9,12
**people's** 122:2
**percent** 140:21
**perfect** 142:8,13
**perform** 71:19
**performed** 72:7
  72:12 134:20
  135:19
**perfunctory**

135:19
period 26:8
  52:15,15 63:12
  66:3 69:5 74:4
  94:21
permanent 77:2
  88:9
person 12:22
  38:17 39:18
  103:5,8,15
  125:13 136:23
  143:2,13,14,18
  144:1
person's 137:13
  139:5,16
persona 134:3
personal 24:14
  24:15 34:2
  140:16
personally
  147:6
perspective 65:9
persuadable
  31:13
persuaded
  31:18 32:1
pertinent 131:1
phalloplasty
  85:19,20,22
  86:14
phallus 86:10
phone 104:14
  108:6 112:13
phonetic 118:14
phrase 101:18
phrasing 101:9
  108:19
physical 141:10
pick 71:18
piece-by-piece
  97:5
pin 46:1
pitching 76:7
place 70:13
  77:22 100:22
  101:2 108:3

112:12 116:3
  131:13 132:22
  140:10
Plaintiff's 10:10
  129:3,11
Plaintiff-Inter...
  1:11
Plaintiff(s) 1:8
  8:5
plaintiffs 12:13
  131:6 147:7,11
  147:14,20,23
  148:5,9
plan 33:2
Planned 122:16
  122:17 123:6
  123:10,14
  151:9
planning 19:12
plans 16:13 33:8
plastic 85:14
  134:11
pleasantries
  110:16
please 2:4 32:13
  34:11 121:6
  136:17 149:15
pleasurable
  74:23
point 13:15
  26:19 29:8
  30:7,16,20
  31:13,19 36:6
  38:5,11 39:20
  48:15 50:17,21
  50:23 57:11
  63:4 64:23
  65:16 66:5,17
  74:13 75:19
  79:14,15 80:13
  81:13 83:10
  90:5 97:21
  100:1 109:6,16
  117:20 119:3
  119:17 120:1,3
  127:10

policies 90:15
  146:5
polish 118:10
poor 101:23
popped 52:11
popular 76:8
population
  141:4,5
portal 124:12
position 20:11
  30:1,2 31:4,10
  32:3 88:2
  92:23 94:11,12
  94:22 139:6,10
positioned 86:1
positions 95:9
  95:10
positive 54:13
possibilities
  60:6
possibility 53:12
  85:16,17
possible 123:15
Post 36:7
power 144:11
practical 73:5,7
practice 67:17
  70:21 89:9
  111:6 114:12
  132:13,16
  133:15
practiced 67:8
  125:7 132:14
practices 96:15
  122:2,4,15
practitioner
  150:21
practitioners
  151:8
pray 50:11
  51:21
praying 51:22
  52:13
preface 25:14
prepare 26:22
  97:15

prepped 22:19
prescribe
  122:18 123:1
  127:14
prescribed 35:2
prescriptions
  119:15 123:2
Presently 92:5
president 111:4
  113:13
press 100:11,12
pressure 119:12
pretty 26:14
  85:9 87:20
  116:21 119:4
  123:17 152:12
previously 95:4
Prince 35:11
print 76:14
  100:19
prior 7:3 19:20
  19:22 20:23
  22:5 38:1,4
  41:14 65:1
  76:2 92:1
Prism 131:9
private 12:13
  112:4 132:15
  133:17
probably 25:21
  26:19 31:12
  33:20 42:4,10
  48:2,5 49:19
  55:15 56:8
  62:10 69:21
  74:15 78:13
  80:22 118:12
  131:15 153:13
  153:23
problem 14:9
  22:2 38:8 70:4
  113:7 127:1
problems 40:15
  44:6 47:18,20
  99:22 100:3,7
procedure 2:20

11:7 70:6,9,13
  71:10,10 76:3
  77:21 80:11
  84:14
procedures
  28:10,14 31:16
  71:11,13 82:22
  136:22 137:7
  137:18 138:12
proceedings
  11:13 155:5,11
process 80:8
produce 87:3
professional
  96:3,12 107:6
  119:19 120:6
  123:20
professionals
  89:9 96:16
  109:16
proficient
  141:12
profile 133:9
program 18:5,7
  18:18 53:4,5
  54:1
progressing
  89:4
prohibited
  60:19 65:7
prohibiting
  35:14
prohibits 28:5,8
  28:9,12
promise 50:4
prompted 90:20
properly 68:7
  119:19
proportion
  36:12
propose 140:13
  143:6
prosecution
  30:4
protocol 16:7
  107:9,10

Corinna Cohn                                                      4/15/2024

**provide** 30:12
31:21 38:7
90:14 106:19
111:20 122:20
130:12 150:9
**provided** 65:10
89:14 94:1
136:21 139:8
142:16
**provider** 20:1,1
78:20 98:4
99:20 103:20
104:6 105:4
110:23 114:1
117:19 118:10
122:23 123:4,6
124:18 132:2
151:5
**provider's**
123:10
**providers** 15:9
16:4 41:16
94:7 97:8,12
97:17,20,23
104:16,17,20
105:19 106:2,3
106:7,16,18
109:6 110:1,8
115:22 116:8
116:17 117:3,5
118:2,23
119:18 120:1
120:16,20
121:8 122:11
134:13 135:15
135:23 136:4,9
150:16
**providers'** 122:4
**provides** 144:13
**providing** 30:16
92:21 137:5
**provision** 138:3
**proximity** 26:10
**pry** 25:15 44:10
45:17
**psychological**

44:6 51:12
**psychologist**
40:14,22 41:5
41:15 42:13
43:4 44:3,12
56:15 57:12
58:1,11 60:9
61:20 62:6
64:10,14 65:1
65:22 66:7,9
66:14 67:22
68:8,12 80:18
80:21 81:11,14
81:17 82:4,8
**psychologist's**
81:23
**puberty** 82:15
87:15,17
136:21 138:3
**puberty-block...**
137:5
**public** 5:22 6:8
11:3 28:13
29:4 50:23
90:14 111:23
133:7 134:3
**publish** 96:13
**pulled** 105:8
**punished** 115:16
**punishment**
115:13
**punishments**
32:4
**purpose** 13:10
30:11 93:16,18
95:1 105:15,17
107:7 109:13
112:16,18
119:18
**purposes** 121:1
**pursuant** 11:6
**put** 33:16 51:11
74:12 88:2,16

-----

**Q**

**quality** 102:1

**quandary** 33:13
**quarterly** 42:18
**question** 13:16
13:17,20 14:11
14:12 25:9,10
32:12 34:19
37:3,9,23
41:13 59:21
72:10,15,17
84:6 89:12
97:13 121:4,5
136:16,18
139:19
**questions** 6:21
6:22 13:5
25:18,21 27:16
34:1 57:5
58:13 69:21
82:11 94:4
100:21 105:7
149:23 153:16
154:6,7,9,13
154:14 155:6
**quick** 63:20 71:6
**quite** 86:17
109:3
**quote** 130:15

-----

**R**

**R** 8:1
**raised** 51:22
**raises** 88:3
**raising** 46:17
**rate** 42:6 79:3
**reach** 30:20
**reached** 29:2,4,7
146:13
**react** 119:1
**reacted** 55:20
**reaction** 54:11
54:13,17,20
55:12,14 57:1
57:5 58:8,10
58:12 60:15,17
**read** 2:4,22 5:4
129:8 130:15

**reading** 6:12
123:16 128:17
**real** 78:10
138:21
**reality** 39:11
74:2,6
**realized** 53:13
**realizing** 142:22
**really** 35:9 71:6
72:14 73:18
94:5 115:21
134:8 144:4
147:18
**realm** 75:6
**rearranges**
79:17
**reask** 25:8
**reason** 13:2 33:5
44:2 65:3
**reasonable** 86:7
98:10
**reasonably**
119:10
**reasons** 23:7
24:14,15 25:13
26:3 48:20,22
49:3,6,8,21
82:22 89:7
**Rebecca** 41:1
45:3
**recall** 22:22
27:15 28:12
29:1,7,14
32:23 40:23
41:21 42:16,23
43:2,13 46:20
54:5,11,14
59:18 60:9,13
60:14 62:11,13
67:4,7,8 71:5
80:22 81:1,8
82:3,7 92:9,17
101:8,15
103:10 108:16
109:21 113:12
116:22 117:2

124:9 130:9
151:23
**recalled** 71:9
**receive** 2:21
82:15,18 83:2
83:6
**received** 59:19
82:14 148:6,10
148:14,18,23
149:2 151:8
**receiving** 60:11
93:20
**recess** 25:5 64:1
130:2 149:20
**reckoning** 74:6
**recognize** 143:9
**recollect** 153:5
**recollection**
20:16,17 41:17
42:17 47:9
59:13 72:18
82:2,5 108:17
111:7
**recommend**
126:19
**recommendat...**
68:9 119:16
**Recommenda...**
71:21
**record** 12:11
20:7 25:3
63:12 64:4
82:13 102:12
108:20 112:20
121:5 128:20
129:20 130:5
136:3 149:18
151:14 153:14
**recorded** 10:12
101:22 103:6
103:13 112:21
124:23 131:17
131:22 150:10
151:20,22
152:2
**recording**

101:23 102:1
102:12,19,21
103:4 151:13
151:18 152:19
**recordings**
150:14 152:16
153:7,19
**reduce** 85:15
**reduced** 155:7
**reduction** 102:4
102:7
**reference** 95:15
**referrals** 68:4
83:7
**referred** 67:2
**referring** 27:23
102:3,5 127:15
136:20
**reflections**
45:22 46:3
**regard** 115:22
**regarded** 121:13
**regardless** 72:20
**REGAS** 9:11
**register** 106:18
**regret** 74:14
**regulation** 40:16
41:21
**Reiki** 125:23
**relate** 19:12
133:12
**related** 40:15
43:15 44:5
135:17 141:1
**relating** 6:16
30:9 139:5
**relationship**
35:16,17 45:20
**relevance** 24:19
**relevant** 35:12
**relief** 142:10
**relieve** 148:19
**religious** 51:22
**reluctant** 89:6
**remember** 22:8
29:12,16,21,23

30:1,5,8 43:8
47:3 50:18
52:12,13,22
56:21 58:9,12
67:16 70:15,20
70:23 91:19
92:18,19
108:18,23
109:1 113:20
**remotely** 12:20
**removal** 87:2
115:11
**remove** 137:22
**removed** 85:13
**Reno** 16:20 17:8
17:11,20 23:10
23:11,18 40:19
63:13,16 67:10
**repeat** 32:12
**repeating** 57:3
**repetitive** 69:21
70:2
**rephrase** 13:18
34:10 37:4
84:7 139:11
**replacement**
19:13
**replied** 120:13
**reported** 123:13
**reporter** 1:23
6:7 11:2,19
3:1,10 24:1
**Reporting** 2:17
**reports** 123:17
**represent** 12:13
93:19
**representative**
29:3 104:18
**represents**
155:10
**reproduce** 86:2
**request** 32:19
106:4 153:1
**require** 106:18
133:20
**required** 64:23

80:2 115:12
122:23
**researching**
147:13
**respect** 84:5
116:8 136:13
138:3,7,11
140:2
**respected** 113:8
116:15
**respective** 6:4
**responsibilities**
19:11 38:20
**responsibility**
127:7
**rest** 78:8 144:8
**restaurant**
78:19
**restoring** 88:9
**restrictive** 96:6
100:8 101:5
103:21 107:8
108:13 116:14
121:11
**result** 73:20
**results** 155:16
**résumé** 21:22
**return** 2:15,23
80:12
**reveals** 142:6
**review** 12:2
**rhinoplasty**
79:16
**ridiculous** 76:9
**right** 3:3 12:7
14:15 22:7
32:2 37:22
40:7 45:11
50:2,8 56:4
57:14,15 65:19
68:10 70:4,8
75:7 76:13
81:19 85:2
88:13 90:9
93:14 94:15
99:20 103:19

113:23 122:16
124:5,10,17
125:15 126:2
130:18 132:1
134:17 135:22
145:7
**RIGHTS** 9:2
**Riley** 99:16
102:2
**role** 20:2,4 21:5
90:18 92:16,19
**room** 9:6 94:2
**rooms** 66:23
68:4
**round** 153:17
**rules** 2:19 6:16
11:6 12:18,21
**run** 27:18
**runs** 104:15
**rushing** 112:1

_____

**S**

**S** 6:1 8:1
**S-c-h-r-a-n-g**
70:19
**S-i-d-h-b-b**
132:10
**s/** 155:19
**sad** 47:3
**safeguarding**
107:10
**saith** 154:18
**San** 67:9,13
111:9
**satisfied** 72:7
73:22
**saved** 133:22
**savings** 78:17
**saw** 40:14,23
45:6 47:13
52:21,22 53:23
81:17 94:5
124:20 125:10
147:13
**saying** 25:14
40:11 43:9

139:12
**says** 50:10 53:19
54:4 76:14
95:23 126:12
126:15
**SB184** 27:9,14
28:4
**scars** 86:16
**scheduling**
33:19
**school** 17:19,20
17:23 18:15
23:21 50:11
53:19 54:5
57:13 63:2,6
66:11
**Schrang** 70:17
**screen** 76:10,14
**seal** 5:19
**second** 25:3
40:13,14
125:19 129:20
**secondhand**
93:23
**section** 9:1
135:13
**see** 12:23 33:18
40:17 41:20
42:12 43:19
47:4 48:17
50:15 53:21
57:18,23 66:13
67:14 75:19
76:6 78:7
80:17,20 86:15
95:20,21 96:7
115:4 125:17
133:13,18
153:16
**seeing** 41:14
43:3 56:15
57:13 60:19
61:20 62:5
64:9,13 65:21
66:6,8,18 67:2
67:6,20 68:18

109:7,11
**seek** 17:23 62:2
  62:14,19
**seeking** 65:4
  80:17 102:6
**seen** 41:15 66:9
**selected** 41:10
**self-referential**
  37:20
**semi-regular**
  27:5
**send** 128:15
  129:14
**sensation**
  139:20
**sense** 20:19 22:3
  47:14,19 54:16
  128:16 137:13
  139:5 153:8
**sent** 103:13
  144:22
**sentence** 48:14
  95:23
**separate** 81:13
**separated** 54:12
**separately** 5:8
  98:15
**serious** 79:13,15
**serve** 26:20,21
**service** 148:19
**services** 31:21
  137:8 143:7
**set** 64:17 73:1
  73:18 96:15
  153:2 154:2
**seven** 72:1
  135:12
**sex** 16:21,23
  17:1 38:16,21
  39:5,8,23
  75:22 86:6
  136:23 137:14
  137:19,21
  138:19 139:18
  142:14
**sexual** 74:20,21

75:13 77:2
**SFU** 111:7
**shape** 88:13
**share** 56:19
  113:10 128:22
  129:1 153:7
**shared** 45:9
  56:20 58:7
  102:23 120:7
**sharing** 124:14
  129:9 152:15
**sheet** 2:7,10,13
  2:16,23 4:1
**shoes** 51:12
**short** 64:4
  142:18
**shortcut** 36:17
**Shorthand** 6:7
  11:2
**show** 76:9
  119:14
**siblings** 17:13
**sic** 132:10
**Sidhbh** 132:7
**sign** 2:5,10,22
  12:2,3
**signature** 6:11
**Signed** 155:17
**signing** 2:12
**signs** 140:20
**similar** 20:2
  22:13 114:19
  115:2 131:6
  144:17 145:10
**simply** 89:17
**sir** 58:19
**sister** 17:14,17
**sit** 47:9
**site** 86:16
**sitting** 12:21
  39:1 43:2,7
  46:3 50:1
  51:13 59:17
  72:18 101:14
  117:1 123:23
  147:22

situation 85:4
**skepticism**
  107:1
**small** 78:16
**social** 28:1,2
  38:19 48:17,21
  48:22 51:3
  62:22 133:9
  140:23 141:4
  141:20 144:1
**socialization**
  48:3
**socially** 47:23
  48:4 141:11,12
  141:17 143:11
  143:16 144:13
**society** 64:19
  144:3,8
**software** 20:1,3
  21:14
**solid** 78:12
**somebody** 30:17
  36:17,18 85:4
  103:6,11,17
  104:23 105:4
  106:11,14
  137:9
**somebody's**
  35:14
**somewhat** 78:2
**sorry** 15:22 19:4
  25:18 41:2
  44:10 69:20
  101:10 104:3
  107:21 108:22
  118:5 125:5
  126:10 145:19
**sort** 36:9 37:22
  41:9 49:17,20
  53:11 59:6
  65:2 74:9
  75:18 76:22
  79:9,11 85:14
  92:13,23
  106:19 119:8
  127:9 137:4,17

138:1,6,10
  146:15 147:16
  148:18,22
**sorts** 31:21 49:2
**sought** 15:4
**sounds** 23:3
  33:18 41:12
  45:8 56:16
  65:16 68:7
  70:5 74:11,13
  89:19 90:5
  93:1 110:1
  143:5 151:14
**source** 27:20
  55:2
**South** 2:18
**space** 73:7 76:4
**speak** 13:3
  104:9 107:15
**speaker** 118:22
**specific** 42:1
  94:4 113:6
  115:8 116:1
  117:2,5,11
  138:23,23
**specifically** 73:3
  101:15 116:7
  121:9 130:14
  135:6
**spell** 70:18
  104:3 114:4,6
  118:12 132:8
**spelled** 150:23
**spelling** 151:4
**spend** 55:10
  128:11
**spent** 65:15
  127:22
**spoiler** 45:2
**spoke** 29:12
  97:18 99:14
  113:17 117:14
  118:10 121:23
  122:3 125:11
  134:14
**spoken** 16:4

36:15 96:1
  97:8 107:12
  118:3 120:11
  121:9 131:2
  136:1,3 140:18
  140:19
**spotty** 103:2
**SQUARE** 9:4
**standard** 64:19
  96:14 98:5,7,9
  98:20 99:11
  135:1,12,21
**standards** 96:4
  96:9,18,20
  97:10 98:2,6
  98:14,17 100:8
  101:5,16
  103:21 107:2
  108:7,12
  110:19 112:8
  113:1,4,8
  116:9,10,12,17
  121:11,18
  126:13,17
  127:4,5,12,19
  130:16,23
  133:3 134:16
  135:7,18 136:6
  136:10
**start** 64:13,16
  65:21 66:6
  74:17 87:11,12
  87:22 99:3,4
  100:2,15,15
  121:22
**started** 14:16
  22:11 35:1,10
  45:5 51:22
  55:1 64:7,9
  65:4 66:18
  67:5,20 68:17
  74:13 88:19
  93:18 111:22
  142:22
**starting** 18:16
  66:14,22 91:1

127:17
state 1:14 6:8
   11:4 14:18,19
   14:22 15:1,5
   16:19 22:15
   58:14 78:6
   83:3 88:17
   89:4 91:1
   94:15 99:18
   100:22 103:12
   107:20,22
   144:22 150:6
   155:2,22
statements
   101:12
states 1:1,1,10 9:3
   143:20,22
   145:11,13,15
   145:16,20
   146:3 147:2
   154:13
status 106:19
stenotype 155:6
stepping 89:3
steps 60:11 65:2
   83:11 84:16,17
   84:18,21 89:18
   90:6 107:11
   133:20 134:23
stereotypes
   38:19
STEVE 1:13
STIPULATED
   6:2,10,18
stipulation 11:8
stipulations
   11:20,22
stoic 61:8
stoicism 61:10
stop 63:7
stopped 47:16
   81:1
stopping 62:5
story 30:9
strategies 19:16
STREET 8:9

9:5
struggle 37:20
stuff 76:12
   127:14
subject 2:12
   144:20
subjected
   115:10
subjective 38:16
   38:21 39:4
   43:11 137:13
submit 29:19
submitted 31:4
   40:5 145:17
subpoena 153:1
   153:10
subscribed 5:16
substantial
   109:13
suffer 79:19
suggest 89:16
SUITE 9:13
super 127:9
supernatural
   53:12
supervision
   155:9
supplied 74:3
support 77:21
   78:8,12 79:7
   79:10
supportive
   54:23 56:5,12
   56:15 66:2
   69:16,19
suppose 32:1
   33:7 55:21
   71:6 88:21
   90:13
supposed 31:18
   76:11,16,17
   105:1 119:1
   126:20,21,23
   127:16 135:16
sure 13:19 21:11
   22:4 25:4 26:5

34:12,23 37:1
   40:10 49:12,14
   50:9 57:7
   59:23 61:17
   68:6 69:22
   73:15,16 79:21
   82:12 83:21
   84:10 90:2
   97:13 98:3,18
   107:19 114:6
   116:19,21
   121:22 125:20
   126:19 129:21
   136:19 139:12
   140:14 143:3
   149:4,4,10
   152:18,18
Surely 59:12
surgeon 70:16
   71:19 75:18
   76:2 78:21
   79:8 80:12
   134:11
surgeons 72:1
   75:11,16,17
   102:10 134:5
surgeries 142:4
surgery 71:20
   72:12 77:4,13
   77:18 78:6
   79:3,20 80:15
   85:10,14 102:4
   102:7 127:3
   139:22 142:6
   142:11,20
surgical 70:6,9
   70:12 75:5
   77:20 82:21
   84:14 86:22
   136:22 137:2,6
   138:11 139:15
surprised
   152:23
surprising 109:3
   147:17
surrounding

30:13
switch 87:7 88:7
   89:16
switched 53:8
   53:10
sworn 5:16
   11:16
symbolic 73:4,9
   73:10
symptom 143:3
symptoms 141:7
system 77:21
   87:6
systems 19:13
   19:13,15,15
   21:15 22:14

─────────────
           T
─────────────

T 6:1,1
table 99:21
take 13:11 14:3
   14:4,13,21
   22:16 23:4,5
   36:8 40:4 51:2
   61:14 63:20
   70:13 74:8
   76:20 88:16
   94:10,12,22
   97:4 100:17
   101:1 112:12
   116:3 127:7
   129:19,22
   131:13 132:21
   133:16 148:3
   149:1
takeaway 120:9
   124:7
taken 6:6 25:5
   64:1 83:10
   84:15,21 89:18
   90:6 130:2
   149:20 155:5
takes 73:21,23
   74:5 88:22
talk 27:7 40:9
   61:13 64:6

81:6 90:10
   91:21 98:15,18
   99:20,22 100:3
   100:6 107:17
   112:17 113:7
   119:4 121:21
   137:23 141:20
   144:15 147:5
   153:17
talked 15:8
   26:13 29:9,17
   29:22 57:2
   60:10 82:7
   99:10 109:20
   116:5 117:9,12
   150:8
talking 25:12
   77:8 104:22
   120:20 130:6
   141:15
talks 135:13
target 142:14
tech 152:12
technologies
   19:16
technology 21:6
   21:10 22:9,14
teen 45:4 55:7,9
teenager 30:18
   47:13 88:1
television 76:6
tell 18:3 26:2,15
   37:3 42:21
   44:16 45:13
   50:20 54:8
   56:18 98:12
   101:6 105:21
   108:5 111:15
   112:22 113:3
   115:23 116:7
   116:16 117:11
   118:19 120:3
   124:5 125:15
   135:5 151:17
   152:2
telling 20:9

Corinna Cohn                                                          4/15/2024

39:12 45:19
101:15
**temporary**
142:11
**tend** 48:6 78:11
**term** 35:21
37:17,20 38:13
58:3 77:7
83:14,17,19
136:19 137:22
138:14 139:1
139:13 142:18
143:23
**terminology**
58:17
**terms** 38:10
82:9
**test** 47:8
**testicles** 87:2
**testified** 11:17
145:2,19
**testify** 32:10,15
32:17,20 33:1
33:6,12 34:7
**testimony** 1:19
5:5 13:11
33:16 142:19
145:15,18
146:20
**testosterone**
87:4,7,23
88:16,22
**Texas** 145:14
**thank** 11:19
17:7 26:11
32:5 47:5
63:23 81:15
84:18 90:4
120:21,21,22
145:22 149:16
151:1,4 154:9
154:11
**therapist** 44:22
45:3,5,9 46:2,5
57:18 65:1
81:13 93:8

114:13,14
126:21 127:2,8
141:19
**therapy** 39:20
43:19,23 44:9
46:21 47:16
56:13 61:19
122:18,22
136:22 137:6
138:8 143:13
143:18
**thereabouts**
55:16
**thereto** 7:3
155:7
**thing** 14:1,10
43:6 46:16
53:14 73:23
100:12 115:15
139:12 142:6
142:12,22
144:14
**things** 44:22
47:6 52:10
65:15 78:4
83:22 85:3
89:10 98:12
100:2 105:23
141:10,18
150:1
**think** 20:9,12
21:7 22:21
23:1 26:13
29:6,6,8 31:12
32:19 33:14,21
36:2 38:10,11
38:22 40:2
42:1,4,8 43:16
44:19 45:1
47:3,23 49:10
49:13,16,21
50:1 52:2,5,17
52:18,21 53:8
56:4,7,14 59:2
60:1 63:10
66:7 73:7 77:7

81:10 83:21
84:1 89:13
92:1 93:5,7
96:22 103:23
107:4 111:9
114:14 119:9
127:6 128:16
131:9,14 132:9
132:11 134:4
135:22 137:12
139:17 140:7
141:12 143:8
143:23 145:5
149:8 151:9,11
152:1 153:12
154:4,15
**thinking** 62:20
127:9,23
**third** 95:23
**thirty** 2:20
**thoroughly**
26:14
**thought** 39:10
41:7 44:8 45:6
50:12 52:6
72:23 74:23
81:4 102:16
113:11 119:3
**thoughts** 45:10
52:9
**three** 21:21
23:22 24:2
36:7 72:4
122:19 151:10
**three-year-old**
108:17
**TikTok** 133:12
**time** 7:1,2 12:16
14:5,7 23:17
30:2 31:4 33:8
33:11 35:19,22
36:15 37:12
39:9 40:20
41:22 42:15
43:1,15 45:15
46:20 47:7

48:23 50:17
51:3 53:18
54:13 55:4,10
55:23 58:1,17
59:2,15 60:1
61:15,18 62:3
62:16 63:12
64:18 66:2,22
67:11 68:19
69:2,4 71:9,14
72:2,6,11
73:12 74:5
77:3,17 91:19
92:2 94:21
97:18 99:15,19
106:22 107:23
110:17 113:22
117:13 120:10
127:23 128:12
146:6 154:10
155:12
**time--** 30:1
**times** 14:17
73:16 116:5
117:10 132:18
**timing** 33:9
**tiny** 76:14,14
**tissue** 86:13
**today** 12:19,20
14:2,7 25:22
31:11 34:5,8
34:10 39:2
43:2,7 46:4
47:6,10 51:13
59:7,17 61:14
72:18 101:14
117:1 123:23
147:23 150:15
153:4,22
**told** 23:9 44:22
45:13 46:2,5
49:7 50:18
54:6 55:12
56:6,13,16
63:10 97:9
98:1,13 101:4

103:20 106:1
112:11 116:8
118:3 119:5
120:17 121:8,9
121:16 122:1,3
123:4 130:14
136:5 145:5
148:21 151:6,7
**top** 72:4
**topic** 33:23
110:11,19,22
117:8
**topics** 106:15
**Totally** 22:18,18
**TPATH** 107:4,5
107:13,16
**track** 27:19
53:16,18
100:18 146:18
**train** 114:9
**trained** 106:14
**trainer** 114:2,17
115:11,20
**training** 105:5
122:19 123:15
137:17 140:1
151:8,11
**traits** 141:10
**trans** 35:5 36:8
36:12 39:15
71:21 104:16
109:7 112:8
142:10 144:10
**transcribed**
131:12,17
**transcript** 5:4
10:12 116:12
124:22 125:18
126:3 129:5,7
129:13 130:7
130:12,16
150:9 151:10
152:6 155:7,8
155:10
**transcripts**
150:13 152:16

153:20
**transformations**
139:16
**transgender**
34:14,16,22
35:3,8,10,19
35:20,22 36:1
36:16,19 91:2
96:4,12 107:5
107:6 109:12
112:18 147:16
**transition** 30:14
30:18,21 35:2
35:14,15 36:4
36:9,11 45:5
64:16 70:7
112:2 127:17
140:23
**transitioned**
91:8
**transitioning**
82:9
**transsexual**
36:20,21
**transsexualism**
36:5
**transsexuals**
53:1,3,7 54:1
115:18
**travel** 33:8
**traveled** 67:13
**treat** 96:17
143:4
**treating** 142:3
**treatment** 15:5
16:7 60:10
69:2 100:15,16
119:21 137:4
140:3,6 148:10
148:15,23
149:3
**treatment-mi...**
143:12
**treatments**
31:16 142:16
148:5

**treats** 143:3
**trial** 7:1 32:11
32:15,16 33:2
33:6,9,20 34:7
**tried** 39:6 74:20
120:12 153:3
**trouble** 141:5
**true** 5:5 61:6
74:10 146:22
149:3 155:10
**trust** 89:8 92:10
**try** 14:2 30:23
56:10 58:13
62:19 84:3,7
88:22 91:7
94:6,9 100:5
**trying** 20:19
21:23 22:8
25:15 38:12
39:13,14 45:14
46:1 53:16
84:8,10 89:17
90:14 92:18
97:15 113:16
**TSPATH** 107:4
**turned** 102:21
**turns** 78:9
**TUSCALOOSA**
155:3
**TV** 53:4,5
**two** 31:14 36:7
52:18,19 57:2
72:4 78:4
91:17 98:11
111:8 113:17
115:18
**type** 20:2 95:4
143:2,7
**types** 27:16,17
28:14 102:13
139:3 141:20

---

**U**

**U** 6:1
**U-A-V** 15:13
**U.S** 115:7

**UAB** 15:11,12
15:21 16:4
**UAB's** 16:6
**UCSF** 111:8
**uh-huh** 13:8
**ultimately** 58:22
**um** 128:11
**umbrella** 35:21
35:23 36:13
139:1
**unable** 95:8
**uncommon**
85:18
**undergo** 82:21
85:19
**undergoing**
80:11
**undergone**
136:13 138:2,7
138:11 140:2
**underlying**
143:4
**understand**
13:14,16 28:7
30:22 31:7
40:5,10 57:10
64:8,9 69:23
72:17 74:1
76:5 83:14,19
83:20 84:9,11
84:11 89:20
105:12,15
112:15 113:16
125:16 136:18
138:14 147:18
**understanding**
22:1 48:8
113:17 133:16
**understood**
13:20 20:11
44:18 57:17
64:15
**underwent**
30:18 70:6
71:9,15 77:3
77:18,20 84:13

**undo** 84:16
**undoing** 89:3
**unfamiliar**
88:18
**Uniform** 15:15
65:13
**United** 1:1,10
9:3 143:20,22
154:13
**university** 15:18
18:6,16 23:19
111:8
**unnecessarily**
25:15
**unpack** 50:7
84:2
**unwellness**
138:17
**Urbana** 91:22
**use** 36:20 38:13
58:3,17 83:17
**useful** 30:17,22
**USPATH** 115:5
115:7
**usual** 11:20,21
**usually** 14:1,2

---

**V**

**vagina** 70:11
**vaginoplasty**
80:1
**Vague** 8:6 10:4
11:21 12:5,12
20:8 24:5,22
25:4,11 63:18
63:23 64:3
128:19 129:6
129:17,21
130:4 149:8,16
149:19,22
154:4
**various** 89:7
**vast** 127:21
**versus** 46:2
**Victor** 15:15,21
**video** 104:10

105:14,15,17
105:22 112:13
112:16,20
**VIDEO-CON...**
1:19 6:5 8:3
11:9
**videos** 133:11
**view** 30:7,16
39:4 79:14,15
119:3,17 120:4
138:20,22
**viewed** 96:5
**viewpoint** 30:13
93:20
**viewpoints**
146:7
**views** 30:10
35:12
**Virginia** 23:20
24:4,6 35:11
**vision** 76:13
**visit** 78:7
**visited** 16:2,3
**visual** 76:12
**volunteer** 26:15
27:5
**volunteered**
26:18
**voted** 15:1
**vs** 1:12

---

**W**

**W** 1:23 6:6 11:1
115:7
**wait** 23:1 94:3
**waiting** 125:19
**waive** 3:2
**waived** 6:13
**wake** 51:23
**walked** 84:12
**want** 13:19 22:2
27:7 33:22,23
35:15,17 37:21
57:17,23 61:20
63:11 64:6
74:12 82:11

83:17 95:15
97:17 98:12
99:21 105:11
106:1 110:1
121:4 129:15
136:2 139:11
139:19 144:15
149:9 150:1
152:4
**wanted** 26:9
41:20 46:21
50:19 51:6,15
53:14,20 54:7
55:13 56:17
57:20,21 63:5
87:5 89:23
90:2 106:12
**warning** 45:2
**Washington**
8:18 9:7 36:6
**wasn't** 22:19
48:2 51:21
57:8,16 95:1
103:5 127:9
128:1 142:22
**way** 25:22 29:5
32:8 34:13
37:4 44:8
45:23 48:6
56:3 64:16
76:19 87:15
88:9 103:5
104:21 106:9
**ways** 88:21
**we'll** 12:17
98:18 99:3
128:19 129:1
**we're** 12:18 50:7
61:17,17 64:3
120:20 121:15
130:4 139:12
154:15
**we've** 26:13
63:19 116:5
117:9,12 121:7
132:17 134:12

135:23 149:10
153:22
**weekly** 42:18,19
42:20
**weight** 31:19
**weird** 144:6
**welcome** 106:17
**well-known**
72:1 134:5
**well-trained**
58:11
**went** 12:10
23:18 52:14
145:19 150:1
**weren't** 61:22
134:23 135:7
**WHITE** 8:7
**wide** 141:16
**wider** 30:12
**widespread**
107:1
**WILLIAM** 9:10
**willing** 29:19
61:13 153:7
**Wisconsin** 70:14
71:4 78:22
**wish** 21:22
122:8
**withdraw** 44:9
**witness** 2:2 5:3
6:12 9:9 11:11
24:3 63:22
129:14 149:15
**witnesses** 149:6
**woman** 39:10
53:21 54:7
55:13 56:17
70:7 88:22
126:16
**women** 86:14
**wonder** 89:17
**wonderful** 76:18
**word** 34:22 35:3
36:14,16,20
37:13,14 55:15
56:8 74:16

84:3 100:17
**words** 74:12
108:8,9 110:16
**wore** 142:21
**work** 19:2,6
22:6,12 40:3
72:8 91:20
94:6,8 95:12
123:6 133:19
**worked** 19:19
23:22 24:1,3
92:14 103:15
**worker** 144:1
**working** 19:21
19:22 50:8
78:18 106:7,13
106:23 122:23
123:20
**works** 134:9
**world** 62:19
96:3,11 115:7
125:23 143:22
**worth** 104:22
**wouldn't** 61:23
86:7 129:9
**wounding** 48:12
**Wow** 41:6
**WPATH** 64:20
96:9 98:6
100:7 101:4
104:20,23
105:2,4,20
106:8,11 107:2
107:3,9 108:7
108:12 109:8
109:10,17,18
109:21 110:2,5
110:19 111:4
112:8 113:1,8
113:14 114:2,9
114:17 115:6
115:20,21
116:9,10,12
119:9 121:10
126:13 133:3
133:21 135:1

136:6
**WPATH-certi...**
105:1
**wrap** 90:5
149:14
**wrapping** 149:9
**write** 68:8
**writing** 68:14
111:22
**written** 122:8
150:13
**wrong** 75:1
142:7
**wrote** 127:2

**X**

**X** 10:1

**Y**

**y'all** 29:16,22
93:9 129:9
130:11
**yeah** 20:18
34:23 38:5
43:10 47:14
53:4 56:4,23
59:16 71:8
92:14 113:19
117:9 120:5,12
128:5,5,11,16
129:17 132:6
**year** 16:16 17:21
18:9,20 20:6
20:12 23:2,13
36:7 42:7
43:18 66:16
71:17 74:19
80:6 111:10
118:9,17,18
**years** 17:10,12
20:20 21:21
23:20,23 24:2
31:14 39:7
45:4 46:10
51:10 52:15,16
52:17,19 55:7

55:9,21 75:2
78:16 87:3
142:5 153:6
**young** 88:19
**younger** 17:14
17:15,17,18
55:21
**youngest** 42:3

**Z**

**Z-a-n-d-e-r**
114:7
**Zander** 114:3,17
114:18 115:20
**zero** 87:4

**0**

**07/09/2025**
155:23

**1**

**1** 10:11 128:21
129:4
**10:36** 64:2
**10:45** 64:2
**11:59** 130:3
**111** 9:12
**12** 10:4
**12:07** 130:3
**12:30** 149:21
**12:40** 149:21
**12:44** 154:18
**129** 10:11,12
**15** 1:22 6:8
11:10 54:10
59:14,16 66:10
155:17
**150** 9:5
**155** 10:5
**16** 55:1 59:16
**17** 55:1 57:15
65:5
**18** 17:10,16,18
28:17 63:7,17
64:8,10,14
65:4,6 66:15

67:21 69:5
81:18 84:13
**18-year-old**
87:21
**19** 17:12 23:10
70:6 78:16
81:20 84:14
87:3
**1975** 16:17
**1990s** 35:5
**1993** 17:22 35:2
**1994** 23:15 26:6
**1995** 35:9

**2**

**2** 10:12 129:8,12
**2:22-CV-0018...**
1:5
**20** 22:23 23:15
46:11 55:20
**20-plus** 39:7
**20,000** 76:20
**2000** 35:22
**20002** 9:7
**2005** 18:4 23:18
26:6
**2009** 18:10,16
**2013** 22:11,23
23:1 24:13
25:13 26:4
**2014** 23:1
**2015** 22:23
**2016** 20:22
**2018** 19:19
20:22
**2019** 90:19,20
93:10 94:18
95:19
**2021** 104:10
108:3 112:11
**2022** 110:15
112:11
**2023** 94:20 95:7
99:14 118:19
**2024** 1:22 5:18
6:8 11:10

155:17
**20TH** 8:9
**21** 111:12
131:15
**22** 111:13
131:15

**3**

**3** 95:17
**30** 2:20 55:21
142:5 155:21
**35203** 8:10
**35222** 2:18
**36130** 8:19
**3710** 2:17

**4**

**4** 9:4
**40** 46:10
**400** 8:9
**46204** 9:14
**48** 51:10
**4th** 2:17

**5**

**501** 8:18

**6**

**60s** 46:17

**7**

**7.1817** 9:6
**75** 55:16

**8**

**9**

**9/30/2024**
155:21
**9:34** 1:22 6:9
11:10
**9:49** 25:6
**9:51** 25:6
**900** 9:13