# EXHIBIT 33



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REV. PAUL A. EKNES-TUCKER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KAY IVEY, in her official capacity as Governor of the State of Alabama, *et al.*, <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 2:22-cv-00184-LCB-SRW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF CORINNA COHN

My name is Corinna Cohn. I am over the age of 19, I am qualified to give this declaration, and, I have personal knowledge of the matters set forth herein.

In or about 2nd grade, I saw a psychologist for problems related to being bullied and emotional regulation. After less than a year, my parents chose to discontinue therapy. I continued to be bullied and had problems forming friendships. Other boys excluded me from social activities. Later in elementary school I began to pray to be made into a girl, which I thought would allow me to fit in better. This became a fixation for me.

In high school, I confessed to my parents that I wanted to become a woman. They brought me to see the same psychologist I'd had as a child, and she diagnosed me with having gender identity disorder. Upon receiving this diagnosis, my parents again chose to discontinue my therapy. I continued to have problems socializing at school and experienced depression and anxiety on a daily basis.

At the age of 17, I gained access to the Internet. This was prior to the popularization of the World Wide Web, but I was able to use message boards and chat in order to find other members of what today would be called the "trans community". Adult transgender women befriended me, supplied me with validation and support, and provided information on how I could transition to also become a transgender woman.

At the age of 18, I resumed my sessions with my psychologist with the goal of receiving a prescription for cross-sex hormones and eventual sex reassignment surgery. Due to my prior relationship with my psychologist, I was able to gain a letter of recommendation to an endocrinologist and was prescribed estrogen. The endocrinologist was referred to me by transgender friends on the Internet. I began living as a woman and had my legal identification updated to reflect my chosen name.

I had sex reassignment surgery in Neenah, Wisconsin in 1994. I was only 19 years old. Securing the appointment required letters from two therapists along with a letter from my endocrinologist. My surgeon told me I was the second-youngest patient he had operated on. The surgery involved removal of my testicles, penectomy, and vaginoplasty. It was successful and without complication.

After healing from my sex change surgery I thought that my transition journey was over. I discontinued therapy, and I began focusing on my career. I found it was easier to socialize and make new friends with my new confidence and feelings of being my authentic self. As I reached my late twenties, my friends began pairing off and starting families. I discovered that it was very difficult to find a partner who wanted to do the same with me.

2

Although I was in denial for several years, I eventually realized that my depression and anxiety related to my gender identity had not resolved. It was not unusual for me to spend entire weekends in my room crying and entertaining thoughts of suicide.

In my mid-thirties I became interested in radical feminism. I am not a feminist, nor have I ever been, but I wanted to reconcile how feminist concepts applied to people like myself: males who try to turn ourselves into women. One of the concepts I found pivotal was the feminist criticism of biological essentialism, which challenges the idea that men and women are destined to fulfill rigid sex roles. Once I understood this criticism I realized that my more stereotypically feminine attitudes and behaviors did not therefore make me a woman, but rather a feminine man. In retrospect, my self-perception of being a woman also required that I overlook or discount traits that are more stereotypically masculine. Although it took time for this realization to fully sink in, a side effect was that I stopped having bouts of depression and anxiety related to my gender identity. I have not had any depressive episodes related to gender identity in ten years. As a teenager I was unprepared to understand the consequences of my decision to medicalize my transition despite the rigorous controls that were then in place to ensure that patients would not be harmed from gender affirming care.

In 2019, I co-founded a non-profit dedicated to advocating for patients of gender care services. Through the Gender Care Consumer Advocacy Network (GCCAN), I have spoken with other patients and gender clinicians to identify opportunities that can benefit patients and improve the quality of care delivered. The gender clinicians I have spoken with have admitted that they do not follow the World Professional Association of Transgender Health standards of care because they are viewed to be needlessly restrictive. It is GCCAN's position to oppose

criminalization of gender affirmative care, but it is evident that gender clinicians treating adolescents are not abiding by the existing standards of care and that they are not self-regulating. Individuals are in a difficult position to be made whole when injured as it is common for transgender patients to rationalize or forgive poor treatment lest they lose access to their providers altogether. The reticence of gender clinicians to avoid harming their patients has created a vacuum for legislators to address.

I wish I could persuade other boys who wish to become women that the changes they seek are only superficial. Hormones and surgery are unable to reveal an authentic self, and anyone who promises otherwise is, in my opinion, deliberately misleading young people to follow a one-way track to a lifetime of medicalization. Although some people may choose to transition, and may even enjoy a higher quality of life, there is no reason why this irreversible decision needs to be made in adolescence. Adults who advocate for adolescent transition do so without understanding what tradeoffs early transition entails, which includes the loss of fertility, the likelihood of sexual dysfunction, and the likelihood of surgical complication inflicted at an early age from elective procedures. Unfortunately, I do understand some of these tradeoffs. While I would not want to see well-meaning family doctors prosecuted for trying to help a dysphoric child, until such a time as there is clear evidence that adolescent transition is likely to help, adolescent gender affirming care should be heavily scrutinized.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 26, 2022.

Corinna Cohn