# EXHIBIT 34
# SEALED