# EXHIBIT 35
# SEALED