# EXHIBIT 36
# SEALED