# EXHIBIT 37
# SEALED