# EXHIBIT 39





Children's of Alabama



ECD #:

MR#:  LOC:

DOB:

## CONSENT TO TREAT / AGREEMENT TO PAY / NOTICE OF PRIVACY PRACTICES ACKNOWLEDGEMENT

**CONDITIONS OF TREATMENT:**

I represent that I am the legal guardian of:   «PatientName»                                and I am authorized to request medical or mental health care on behalf of the patient or myself. I hereby request Children's of Alabama (COA), and licensed practitioners (Medical Doctor, Doctor of Osteopathy, Certified Registered Nurse Practitioner, Physician's Assistants, Psychologists, etc.) to administer medical or mental health care as they judge appropriate and to perform medical, mental health or diagnostic treatment and tests. I agree that:

- Tests specifically include tests for infections like hepatitis or human immunodeficiency virus (HIV) and acquired immunodeficiency syndrome (AIDS);
- Treatment may include giving blood or blood products when needed and testing certain genes to guide drug therapy;
- Medical or mental health care may require collecting samples of fluids and tissues from my body. Samples may include blood, urine, or tissues removed during test, treatment, or surgery;
- Blood or other samples left over after my test, treatment or surgery is completed may be used for education or research. Education and research includes tissue/ organ banks or institutional review board-approved research protocols or teaching;
- Any research done on these tissues or other samples will not identify me by name;
- All research using health information or samples is subject to research oversight;
- COA has no plans to pay me for any inventions that might result from research;
- Neither COA or the licensed practitioners offer any guarantee or promise about the results of care, treatment, or test;
- COA is a teaching hospital and residents and students will be involved in care under the supervision of an attending physician;
- COA and the licensed practitioners may make medical images and audio such as photographs, videotaping and other digital recordings to: Diagnose and treat medical or mental health conditions; Conduct COA operations like medical records, consultation, and teaching. Medical images and audio involve various technologies like streaming, print and digital media. COA will take measures to reduce patient identifying features but there remains a possibility that someone may recognize the patient;
- COA will display the patient's first initial of first name and full last name, along with chief complaint and other pertinent patient information (including psychiatric and HIV/AIDS) on a patient flow board where licensed practitioners, COA employees, and contractors will see it to facilitate patient care.
- COA may release all information including psychiatric, drug or alcohol related disease to government agencies, insurance carriers, or others financially responsible for services provided needed to substantiate payment for services and to subsequent care providers for continuity of care. Likewise, my insurance carrier may release all coverage information to COA;
- Children's, its assignees and third party agents may; contact me at any telephone number or email address I provide including wireless telephone numbers;  contact me by sending text messages or emails using any wireless number or email address I have provided;  contact me by using any answering machines or voice mail messages to relay information regarding my treatment or financial account, including debt collection; technology like pre-recorded/artificial voice messages and/or an automatic dialing device ("autodialer") in connection with any communications regarding the account.


**Combined Consent/Pay Agreement**


Children's of Alabama

ECD #:

MR#:  LOC:

DOB:

**AGREEMENT TO PAY:**

- I agree to pay all amounts in full due for services provided according to COA's current rates. All charges are due when the service is rendered. if this account is turned over to an attorney for collection, I agree to pay all costs of collection, including but not limited to a reasonable attorney's fee and court costs. **I WAIVE ALL RIGHTS OF PERSONAL PROPERTY EXEMPTION UNDER THE LAWS OF THE STATE OF ALABAMA,** and forever waive such rights in the event garnishment or executions are used to collect this account.
- I agree to pay all charges for the services even if no medical or other insurance is available to me or the patient. This account may qualify for discounts in COA's Financial Assistance Policy depending on family income, family size, and available insurance.
- I agree to pay for the services rendered regardless of existence of any insurance coverage. Children's is not obligated to file insurance benefits unless the hospital elects to accept an assignment of hospital benefits.
- I hereby authorize Children's or physician provider to release information to the Medicaid fiscal intermediary, the Medical Services Administration, CHAMPUS and/or its fiscal intermediary, worker's compensation carriers, Health Maintenance Organizations, and any other parties or insurers who may be liable for charges for services. Information includes medical records or other related information regarding services rendered for hospitalization, and/or outpatient care, psychological or psychiatric conditions, infection with human immunodeficiency virus (HIV), drug abuse and or alcoholism. The undersigned(s) authorized release of all such information for any necessary audits, accreditation, certification, or reviews required by any private or governmental agency to assure quality of care or accurate financial reporting and reimbursement.
- In consideration of the services rendered or to be rendered I hereby assign to Children's or a physician provider all claims, benefits, indemnities, and causes of action that have arisen or may arise against the undersigned(s) insurance company, Medicaid, CHAMPUS or another third-party payor (the "Insurer"). This assignment is effective upon Children's giving written notice of the assignment to the Insurer, and sending written notice of same to the above listed address of the undersigned(s). It is solely within Children's discretion whether to cause the assignment to become effective. I am responsible to pay Children's and physician providers for charges not covered by this assignment.
- Physicians caring for patients in Children's outpatient clinics are not Children's employees. This means that I or my insurance company will be billed separately for the physician services. My physician co-pays will be requested at the time of service.
- <u>**OUTPATIENT SERVICES BILLING**</u>: **If the services provided are outpatient services those are generally covered under Hospital Outpatient benefits. Additional co-pays, deductibles, and/or co-insurance may apply and will be billed to me after insurance benefits have been determined.**

**ACKNOWLEDGEMENT:**

- I acknowledge that I have received a copy of COA's **Notice of Privacy Practices**
- I acknowledge that I have either received or had a copy made available to me of COA's plain language summary of its Financial Assistance Policy
- I acknowledge the right to receive a good faith estimate upon my request or I have received a good faith estimate if my scheduled encounter met certain qualifications.

I indicated my agreement with the conditions of treatment, agreement to pay, and acknowledgements by my signature below:

SIGNATURE:_____ DATE: _____ TIME: _____
               **Parent/Legal Guardian**

WITNESS:_____ DATE: _____ TIME: _____

Boe et al. v. Marshall et al. - Non Party UAB 0014

**THE UNIVERSITY OF ALABAMA AT BIRMINGHAM**
Knowledge that will change your world

## PATIENT ACCESS/AUTHORIZATION FOR USE OR DISCLOSURE OF PATIENT INFORMATION

I hereby request/authorize the use or disclosure of my protected health information ("PHI") as described below. This Request/Authorization includes any information relating to drug, alcohol abuse/treatment, communications with psychiatrists or psychologists, and records pertaining to sexually transmitted diseases, if they are a part of my medical record. I understand that this Request/Authorization is voluntary. Once this information has been disclosed, it may be subject to re-disclosure and no longer be protected by federal regulations.

Patient Information (Please Print)                                    *Required for Access Request

*Patient Name: _____     * Patient Birthdate: ___/___/_____

*Patient SSN: _____-_____-_____                        * Patient's Address: _____

Patient's Phone: (____) _____        * City, State, Zip: _____

Alternate Phone: (____) _____       Medical Record Number (office use): _____

This authorizes the following UAB Medicine Physician/Facility/Clinic, _____,

To provide/disclose my records specified below to ☐ me for my personal use or ☐ to the party indicated below:

*Name of Person/Organization receiving my health information: _____

*Street Address: _____

*City: _____    *State: _____    * Zip Code: _____

Phone: (____) _____        Fax: if applicable: (____) _____

* Specific information requested: (Mark all that apply)

| X | Information Type | Dates of Service | | X | Information Type | Dates of Service | |
|---|---|---|---|---|---|---|---|
| | | From | To | | | From | To |
| | Face Sheet | | | | Discharge Summary | | |
| | History & Physical | | | | Pathology Report | | |
| | Emergency Room Record | | | | Diagnostic Procedure Report(s) | | |
| | Lab Report(s) | | | | Operative Reports(s) | | |
| | Medication List | | | | Fetal Monitoring | | |
| | Clinic Notes | | | | Billing Records | | |
| | Other Documents: List Below: | | | | Radiology Film(s) | | |
| | | | | | Consult Report(s): | | |
| | | | | | Physician Name: | | |

*Patient Access Request Only:

* **NOTICE:** If I request records in electronic form, I understand that the records will be encrypted to help protect my privacy and the security of my health records and that I will be furnished with the information on how to access those encrypted records. UAB Health System is not responsible for the privacy and security of the electronic records on the CD or in an email once they are received by the intended recipient.

Media Type: ☐Electronic  ☐Paper

Delivery Type: ☐Mail  ☐Pickup  ☐CD  ☐Fax  ☐Email to address below:

_____

F#245r11(ReHf A#18&20D) Rev: 03/03/03, Rev: 08/28/13, 1/20/14, Approved: 01/31/13, 02/25/14 Issued: 03/11/14
*Authorization for Use or Disclosure of Patient Information - UAB Health System*                    Page 1 of 2

Boe et al. v. Marshall et al. - Non Party UAB 0015

**The patient or the patient's representative must read the following statements:**

I understand that I may revoke this Authorization at any time by notifying the entity privacy coordinator in the writing, but if I do, it will not be effective for disclosures made prior to my revocation in reliance on the Authorization.

I understand that UABHS may not condition the provision of treatment, payment, and enrollment in a health plan, or eligibility for benefits on signing this Authorization, except under the following circumstances:

- Participation in research projects can be conditioned on my signing an Authorization to use and disclose PHI in the research.
- Initial enrollment in health plans can be conditioned on signing an Authorization for the health plan to review PHI to make eligibility determinations.
- Furnishing healthcare services to me at the request of a third party can be conditioned on me signing an authorization for disclosure of the PHI to the third party requesting the treatment.

**This authorization will expire:** _____.
(Date of event)

If I fail to specify an expiration date or event, this authorization will expire six months from the date on which it was signed.

\* Signature of patient or patient's representative: _____

\* Printed Name of patient: _____

\* Printed Name of patient's representative: _____

\* Relationship to the patient: _____

\* Date: _____

UAB   F# 245r11 (Ref HA# 18 & 20) Dev: 03/03/03, Rev:, 08/28/13, 1/20/14, 07/12/18 Approved:, 10/31/13, 2/25/14; Issued: 3/11/14 : Revised: 8/29/18

*Authorization for Use or Disclosure of Patient Information - UAB Health System*   Page 2 of 2

Boe et al. v. Marshall et al. - Non Party UAB 0016

**Patient Information for Informed Consent**
**FEMINIZING MEDICATIONS FOR TRANSGENDER CLIENTS**
**Minors and Parents/Guardians**
**University of Alabama at Birmingham Pediatric Endocrinology**
**Multidisciplinary Gender Health Team**

---

Before using medications to transition and feminize, you and your parents or guardians need to know the possible advantages, disadvantages and risks of these medications. We have listed them here for you. It's important that you understand all of this information before you begin taking these medications.

Please read the following with your parent or guardian. Once your questions or concerns are addressed, and you have decided to proceed with the medication(s), both you and your parent or guardian will need to sign this information and consent form.

We are happy to answer any questions you have.

---

**What are the different medications that can feminize my appearance?**

Part of transition for many transgender people involves taking hormones. For hormone treatment to be most effective, transgender girls and women take not only estrogens (female hormones), but also medicines to block their body from producing or utilizing testosterone (male hormones).

Different forms of the hormone estrogen are used to feminize appearance in transgender females. Estrogen can be given as an injection, weekly or every other week, as a pill, daily or twice a day, or as a patch, which is changed every three or four days.

Medications that block the production or effects of testosterone are called androgen blockers. Androgen is another term for male sex hormones. Spironolactone is the androgen blocker that is most commonly used in the United States. Other medicines are sometimes used, but because spironolactone is relatively safe, inexpensive, and effective to block testosterone, it is the primary androgen blocker used for transgender women.

Every medication has risks, benefits, and side effects that are important to understand before starting. The effects and side effects of medicines used for transition need to be monitored with laboratory studies and regular visits to your provider to make sure that there are no negative effects on your body.

Both the medicines that you take, as well as the process of transitioning can affect your mood. While trans women are relieved and happy with the changes that occur, it is important that you are under the care of a gender-qualified therapist while undergoing transition. The therapist can work with you, your family and friends and your school staff.

1

> **Estrogen can cause blood clots. We must be careful that you are not at risk to develop a blood clot. Who should not take estrogen?**
>
> Estrogen should not be used by anyone who has a history of
> - an estrogen-dependent cancer
> - a disorder that makes them more likely to get blood clots that could travel to the lungs (unless they are also taking blood thinners and are followed by a specialist)
>
> Estrogen should be used with caution and only after a full discussion of risks by anyone who
> - has a strong family history of breast cancer or other cancers that grow quicker when estrogens are present
> - has uncontrolled diabetes
> - has heart disease
> - has chronic hepatitis or other liver disease
> - has uncontrolled high cholesterol
> - has migraines or seizure
> - is obese
> - smokes cigarettes

**Both you and your parent or guardian should initial and date each statement on this form to show that you and your parent or guardian understand the benefits, risks, and changes that may occur from taking these medications.**

### Effects of Feminizing Medications

\_\_\_\_\_ \_\_\_\_\_I know that estrogen or anti-androgens – or both – may be prescribed to feminize my appearance.

\_\_\_\_\_ \_\_\_\_\_I know it can take several months or longer for the effects to become noticeable. I know that no one can predict how fast – or how much – change will happen.

\_\_\_\_\_ \_\_\_\_\_I know that if I am taking estrogen I will develop breasts.
- I know it takes several years for breasts to get to their full size.
- I know the breasts will remain, even if I stop taking estrogen.
- I know I might have a milky discharge from my nipples (called galactorrhea). If I do, I know I should check it out with my healthcare provider because it could be caused by the estrogen or by something else.
- I know that while we do not know the exact risk the risk, my risk of breast cancer may be increased to as high as if I had been born female
- I know that I should take care of my breasts like every other woman. This includes annual breast exams from my health provider, and when I am older, regular mammograms.

2

_____ _____I know that the following changes are usually not permanent — they are likely to go away if I stop taking the medicines.
- I know my body hair will become less noticeable and will grow more slowly. But it won't stop completely, even if I take the medicines for years.
- I know I will probably have less fat on my abdomen and more on my buttocks, hips, and thighs. It will be redistributed to a more female shape — changing from "apple" shape to "pear" shape.
- I know that if I have the predisposition to have male pattern baldness it may start later than it would have, but may not stop completely.
- If I stop taking hormones I may lose my hair faster than if I hadn't taken hormones.
- I know I may lose muscle and strength in my upper body.
- I know that my skin may become softer.

_____ _____I know that my body will make less testosterone (an androgen, or male hormone). This may affect my sex life in different ways and future ability to cause a pregnancy:
- I know my sperm may no longer get to full maturity. This could make me less able to cause a pregnancy. I also know that there is a small risk that I might never produce mature sperm again. But I know that it's also possible that my sperm could still mature even while I am taking hormones. So, I know that I might get someone pregnant if we have vaginal intercourse and we don't use birth control.
- The options for sperm banking have been explained to me.
- I know that my testicles may shrink down to half their size. Even so, I know that they are part of my body and that I need to take care of them unless I have surgery to remove them. This means that I will need regular checkups for them.
- I know that I won't have as much semen when I ejaculate.
- I know it is likely that I won't have erections upon waking as often as before, and it is likely that I will have fewer spontaneous erections.
- I know I may not be able to achieve or maintain an erection for penetrative sex.
- I know that I may want to masturbate less or have sex less, and may find it harder to ejaculate when I do.
- I know this treatment may (but is not assured to) make me permanently unable to make a woman pregnant.

_____ _____I know that some parts of my body will not change much by using these medicines.
- I know the hair of my beard and mustache may grow more slowly than before. It may become less noticeable, but it will not go away unless I have treatments like electrolysis.
- I know the pitch of my voice will not rise, and my speech patterns will not become more like a woman's.
- I know my Adam's apple (called the laryngeal prominence) will not shrink.
- Although these medicines can't make these changes happen, there are other treatments that may be helpful.

_____ _____ I know that there may be mood changes with these medicines. I agree to continue therapy with a qualified therapist.

_____ _____I know if I have any concerns about these issues, you can make referrals for me to help me explore other treatment options.

3

**Risks of Feminizing Medications**

_____ _____I know that the side effects and safety of these medicines are not completely known. There may be long-term risks that are not yet known.

_____ _____I know not to take more medicine than I am prescribed. I know it increases health risks. I know that taking more than I am prescribed won't make changes happen more quickly or more significantly.

_____ _____ I know these medicines may damage the liver and may lead to lead to liver disease. I know I should be checked for possible liver damage as long as I take them.

_____ _____I know these medicines cause changes that other people will notice. Some transgender people have experienced discrimination because of this. I know my clinician can help me find advocacy and support resources.

**Risks of Estrogen**

_____ _____I know that taking estrogen increases the risk of blood clots or problems with blood vessels that can result in
- chronic problems with veins in the legs
- heart attack
- pulmonary embolism – blood clot to the lungs – which may cause permanent lung damage or death
- stroke, which may cause permanent brain damage or death

_____ _____I know that the risk of blood clots is much worse if I smoke cigarettes. I know the danger is so high that I should stop smoking completely if I start taking estrogen. I know that I can ask my clinician for advice about how to stop smoking.

_____ _____ I know taking estrogen can increase the deposits of fat around my internal organs. This can increase my risk for diabetes and heart disease.

_____ _____I know taking estrogen can raise my blood pressure. I know that if it goes up, my clinician can work with me to try to control it with diet, lifestyle changes, and/or medication.

_____ _____I know that taking estrogen increases my risk of getting gallstones. I know I should talk with my clinician if I get severe or long-lasting pain in my abdomen.

_____ _____I know that estrogen can cause nausea and vomiting. I know I should talk with my clinician if I have long-lasting nausea or vomiting.

_____ _____I know that estrogen can cause migraines or make them worse if I already have them. I know I should talk with my clinician if I have headaches or migraines often or if the pain is unusually severe.

_____ _____I know that it is not yet known if taking estrogen increases the risk of prolactinomas. These are non-cancerous tumors of the pituitary gland. I know they are not

4

usually life threatening, but they can damage vision and cause headaches if they are not treated properly. I know that changes in vision, headaches that are worse when I wake up in the morning, and milky discharge from my nipples can be signs of a prolactinoma, and I should talk to my health care provider if I develop these symptoms. There is a blood test that can check for this.

\_\_\_\_\_ _____I know that I am more likely to have dangerous side effects if
- I smoke.
- I am overweight.
- I have a personal or family history of blood clots.
- I have a personal or family history of heart disease and stroke.
- My family has a history of breast cancer.

### Risks of Androgen Antagonists (Spironolactone)

\_\_\_\_\_ _____I know that spironolactone affects the balance of water and salts in the kidneys. This may
- Increase the amount of urine I produce, making it necessary to urinate more frequently.
- Increase thirst.
- Rarely, cause high levels of potassium in the blood, which can cause changes in heart rhythms that may be life-threatening.
- Reduce blood pressure.

\_\_\_\_\_ _____I know some androgen antagonists make it more difficult to evaluate test results for cancer of the prostate. This can make it more difficult to check up on prostate problems. I know that if I am over 50, I should discuss appropriate prostate cancer screening with my care provider. I know that even if I have genital sex reassignment surgery the prostate is not usually removed.

### Prevention of Medical Complications

\_\_\_\_\_ _____I agree to take feminizing medications as prescribed. And I agree to tell my care provider if I have any problems or am unhappy with the treatment.

\_\_\_\_\_ _____I know that the dose and type of medication that's prescribed for me may not be the same as someone else's.

\_\_\_\_\_ _____I know I need periodic physical exams and blood tests to check for any side effects.

\_\_\_\_\_ _____I know that in addition to periodic checks from my provider, I must also treat my body with respect. This means that paying attention and talking to my provider if I develop any symptoms that might be side effects from medicines. This also means keeping my partners and myself safe, when and if I choose to have sex with others, by using condoms or methods to keep me safe from sexually transmitted infections (STIs).

5

\_\_\_\_\_ \_\_\_\_\_I know that feminization medications can interact with other drugs and prescribed and over the counter medicines. These include alcohol, diet supplements, herbs, other hormones, and street drugs. This kind of interaction can cause dangerous complications. I know that I need to prevent complications because they can be life threatening. That's why I need to be honest with my provider about whatever else I take. I also know that I will continue to get medical care here no matter what I share about what I take.

\_\_\_\_\_ \_\_\_\_\_I know that it can be risky for anyone with certain conditions to take these medicines. I agree to be evaluated if my clinician thinks I may have one of them. Then we will decide if it's a good idea for me to start or continue using them.

\_\_\_\_\_ \_\_\_\_\_I know that I should stop taking estrogen two weeks before any surgery or when I may be immobile for a long time (for example, if I break my leg and am in a cast).
This will lower the risk of getting blood clots. I know I can start taking it again a week after I'm back to normal or when my clinician says it's okay.

\_\_\_\_\_ \_\_\_\_\_ I know that even if I have to stop my estrogens, I may still be able to take the testosterone blockers that I am on, to help prevent the effects of my testicles producing testosterone again.

\_\_\_\_\_ \_\_\_\_\_I know that using these medicines to feminize is an off-label use. I know this means it is not approved by the Food and Drug Administration (FDA). I know that the medicine and dose that is recommended for me is based on the judgment and experience of my health care provider and the best information that is currently available in the medical literature.

\_\_\_\_\_ \_\_\_\_\_I know that I can choose to stop taking these medicines at any time. I know that if I decide to do that, I should do it with the help of my clinician. This will help me make sure there are no negative reactions. I also know my clinician may suggest that <span style="color:red">I cut the dose</span> or stop taking it at all if certain conditions develop. This may happen if the side effects are severe or there are health risks that can't be controlled.

## Alternatives

There are alternatives to using feminizing medicines to help people appear more feminine. Some transgender people choose to not take hormones or have surgery and may only socially transition. If you are interested in alternatives, talk with your health care provider about your options.

6

**Our signatures below confirm that**

- My clinician has talked with me and my parents or guardian about
    - the benefits and risks of taking feminizing medication
    - the possible or likely consequences of hormone therapy
    - potential alternative treatments
- I understand the risks that may be involved.
- I know that the information in this form includes the known effects and risks. I also know that there may be unknown long-term effects of risks.
- I have had enough opportunity to discuss treatment options with my clinician.
- All of my questions have been answered to my satisfaction.
- I believe I know enough to give informed consent to take, refuse, or postpone therapy with feminizing medications.

Based on all this information

_____ I want to begin taking estrogen.

_____ I want to begin taking androgen antagonists (e.g., spironolactone).

_____ I do not wish to begin taking feminizing medication at this time.

_____  _____
Patient Signature                                               Date

_____  _____
Signature of Parent or Guardian                         Date

_____  _____
Prescribing clinician signature                           Date

> Your health is important to us. If you have any questions or concerns please call us at (205) 638 9107. We are happy to help you.

7

**Client Information for Informed Consent**

**TESTOSTERONE FOR TRANSGENDER CLIENTS**
**Minors and Parents/Guardians**
**University of Alabama at Birmingham Pediatric Endocrinology**
**Multidisciplinary Gender Health Team**

---

Before using testosterone to transition and masculinize your body, you and your parents or guardians need to know the possible advantages, disadvantages and risks of these medications. We have listed them here for you. It's important that you understand all of this information before you begin taking these medications.

Please read the following with your parent or guardian. Once your questions or concerns are addressed, and you have decided to proceed with the medication(s), both you and your parent or guardian will need to sign this information and consent form.

We are happy to answer any questions you have.

---

## What is testosterone?

It is the sex hormone that makes certain features appear typically male. It builds muscle and causes the development of facial hair and a deeper voice.

## How is testosterone taken?

It is usually injected every one to four weeks. It is not used as a pill because the body may not absorb it properly and may cause potentially fatal liver problems. Some people use skin creams and patches, but they tend to be more expensive and aren't recommended for initiating puberty or for use in teenagers and young adults.

The doses used for injection differ from product to product and from patient to patient. They may range from 50 to 400mg. The injections are given in a large muscle to slow the release of the hormone. You may experience unwanted swings in hormone levels. You may control the swings by changing how often the dose is given and how much of a dose is given.

Every medication has risks, benefits, and side effects that are important to understand before starting. The effects and side effects of medicines used for transition need to be monitored with laboratory studies and regular visits to your provider to make sure that there are no negative effects on your body.

The medicines that you take, as well as the process of transitioning can affect your mood. While trans men are usually relieved and happy with the changes that occur, it is important that you are under the care of a gender-qualified therapist while undergoing transition. The therapist can work with you, your family and friends and your school staff.

1

**Warning — Who should not take testosterone?**

It should *not* be used by anyone who is pregnant or has uncontrolled coronary artery disease as it could increase your risk for a fatal heart attack:

It should be used with caution and only after a full discussion of risks by anyone who
- Has acne
- Has a family history of heart disease or breast cancer
- Has had a blood clot
- Has high levels of cholesterol
- Has liver disease
- Has a high red-blood-cell count
- Is obese
- Smokes cigarettes

Periodic blood tests to check on the effects of the hormone will be needed. Routine breast exams and pelvic exams with Pap tests should be continued, when applicable.

**Summary of Testosterone Benefits and Risks**

| BENEFITS | RISKS |
|---|---|
| • Appearing more like a man<br>   ○ Bigger clitoris<br>   ○ Coarser skin<br>   ○ Lower voice<br>   ○ More body hair<br>   ○ More facial hair<br>   ○ More muscle mass<br>   ○ More strength<br>   ○ No more menstrual periods<br>• More physical energy<br>• More sex drive<br>• Protection against bone thinning (osteoporosis) | • Acne (may permanently scar)<br>• Blood clots (thrombophlebitis), risk significantly increased by smoking<br>• Emotional changes, for example, more aggression<br>• Headache<br>• High blood pressure (hypertension)<br>• Increased red-blood-cell count<br>• Infertility<br>• Inflamed liver<br>• Interaction with drugs for diabetes and blood thinning — for example Coumadin and Warfarin<br>• Male pattern baldness<br>• More abdominal fat — redistributed to a male shape<br>• More risk of heart disease<br>• Swelling of hands, feet, and legs<br>• Weight gain |

**Both you and your parent or guardian should initial and date each statement on this form to show that you and your parent or guardian understand the benefits, risks, and changes that may occur from taking this medications.**

2

**Masculinizing**

_____ I know that testosterone may be prescribed to make me appear less like a woman and more like a man.

_____ I know it can take several months or longer for the effects to become noticeable. I know that no one can predict how fast – or how much – change will happen. I know that the changes may not be complete for two to five years after I start.

_____ I know that the following changes are likely and permanent even if I stop taking testosterone:
- Bigger clitoris — typically about half an inch to a little more than an inch
- Deeper voice
- Gradual growth of mustache and beard
- Hair loss at the temples and crown of the head — possibility of being completely bald
- More, thicker, and coarser hairs on abdomen, arms, back, chest, and legs

_____ I know that the following changes are usually not permanent — they are likely to go away if I stop taking testosterone:
- Acne (although there may be permanent scars)
- Menstrual periods typically stop one to six months after starting
- More abdominal fat – redistributed to a male shape: decreased on buttocks, hips, and thighs; increased in abdomen – changing from "pear shape" to "apple shape"
- More muscle mass and strength
- More sex drive
- Vaginal dryness

_____ I know that the effects of testosterone on fertility are unknown. I have been told that I may or may not be able to get pregnant even if I stop taking testosterone. I know that I might still get pregnant even after testosterone stops my menstrual periods. I know about my birth control options (if applicable). And I know that I can't take testosterone if I am pregnant and that I must take a pregnancy test prior to starting testosterone therapy.

_____ I know that some aspects of my body will not be changed:
- Losing some fat may make my breasts appear slightly smaller, but they will not shrink very much.
- My voice will deepen, but other aspects of the way I speak may not sound more masculine.
- Although testosterone can't make these changes happen, there are other treatments that may be helpful.

_____ I know that there may be mood changes with these medicines. I agree to continue therapy with a qualified therapist.

_____ I know if I have any concerns about these issues, you can make referrals for me to help me explore other treatment options.

**Risks of Testosterone**

3

_____I know the medical effects and the safety of testosterone are not completely known. There may be long-term risks that are not yet known.

_____I know not to take more testosterone than prescribed.  Taking too much:
- Will increase health risks
- Won't make changes happen more quickly or more significantly
- Can cause my body to convert extra testosterone into estrogen, and that can slow down or stop my appearing more masculine

_____I know that testosterone can cause changes that increase my risk of heart disease. These changes include having:
- Less good cholesterol (HDL) that may protect against heart disease and more bad cholesterol (LDL) that may increase the risk of heart disease
- Higher blood pressure
- More deposits of fat around my internal organs

_____I know that my risk of heart disease is higher if people in my family have had heart disease, if I am overweight, or if I smoke.

_____I know that I should have periodic heart-health checkups for as long as I take testosterone.  This means I must watch my weight and cholesterol levels and have them checked by my clinician.

_____I know testosterone can damage the liver and possibly lead to liver disease and I should be checked for possible liver damage for as long as I take testosterone.

_____I know testosterone can increase my red blood cells and hemoglobin.  This increase is usually only to what is normal for a man and shouldn't cause any health risks. However, there is a small possibility that higher levels of red blood cells and hemoglobin may increase my risk of life-threatening problems such as stroke or heart attack. That's why I know I need to have periodic blood checks for as long as I take testosterone.

_____I know that taking testosterone can increase my risk for diabetes. It may decrease my body's response to insulin, cause weight gain, and increase deposits of fat around my internal organs.  Therefore, I should have periodic checks of my blood glucose for as long as I take testosterone.

_____I know my body can turn testosterone into estrogen and that no one knows if that could increase the risk of cancers of the breast, the ovaries, or the uterus.

_____I know taking testosterone can thin the tissue of my cervix and the walls of my vagina.  This can lead to tears or abrasions during vaginal sex or play with a male or female partner.  These tears increase my risk of getting a sexually transmitted infection, including HIV. I know I should speak frankly with my primary care provider about my sex life to learn the best ways to prevent and check for infections.

_____I know that testosterone can give me headaches or migraines. I know that it's best to talk with my clinician if I get them a lot or if the pain is unusually severe.

4

_____I know that testosterone can cause emotional changes.  For example, I could become more irritable, frustrated, or angry. I know that my clinician can help me find resources to explore and cope with these changes.

_____I know that testosterone causes changes that other people will notice.  Some transgender people have experienced harassment, discrimination, and violence because of this. Others have lost the support of loved ones. I know my clinician can help me find advocacy and support resources.

**Prevention of Medical Complications**

_____I agree to take testosterone as prescribed.  I agree to not purchase testosterone or other hormones without my physician's knowledge, and I agree to tell my clinician if I have any problems or am unhappy with the treatment.

_____I know that the dose and type of medication that's prescribed for me may not be the same as someone else's.

_____I understand that the medications prescribed are for my use only and I will not supply these medications to others.

 _____I know I need periodic physical exams and blood tests to check for any side effects.

_____I know testosterone can interact with other drugs and medicines. These include alcohol, diet supplements, herbs, other hormones, and street drugs. This kind of interaction can cause complications. I know that I need to prevent complications because they can be life-threatening. That's why I need to be honest with my clinician about whatever else I take.  I also know that I will continue to get medical care here no matter what I share about what I take.

_____  _____  I know that it can be risky for anyone with certain conditions to take testosterone. I agree to be evaluated if my clinician thinks I may have one of them. Then we will decide if it's a good idea to start or continue using testosterone.

_____  _____  I know that using testosterone to masculinize is an off-label use.  This means it is not approved by the Food and Drug Administration (FDA). I know that the medicine and dose that is recommended for me is based on the judgment and experience of my health care provider and the best information that is currently available in the medical literature.

_____  _____  I understand that my insurance company may not cover the costs of this treatment. If so, I accept responsibility for any charges associated with this treatment. Costs of treatment can be obtained by contacting The Pediatric Endocrinology office at 205 638 9107.

5

Boe et al. v. Marshall et al. - Non Party UAB 0028

_____I know that I can choose to stop taking testosterone at any time. I know that if I decide to do that, I should do it with the help of my clinician.  This will help me make sure there are no negative reactions. I also know my clinician may suggest that I cut the dose or stop taking it at all if certain conditions develop. This may happen if the side effects are severe or there are health risks that can't be controlled.

**Alternatives**

There are alternatives to using testosterone to help people appear more masculine. Some transgender people choose to not take hormones or have surgery and may only socially transition. If you are interested in alternatives, talk with your health care provider about your options.

**Our signatures below confirm that:**
- My clinician has talked with me and my parents or guardians about
    - The benefits and risks of taking testosterone
    - The possible or likely consequences of hormone therapy
    - Potential alternative treatments
- I understand the risks that may be involved.
- I know that the information in this form includes the known effects and risks.  I also know that there may be unknown long-term effects of risks.
- I have had enough opportunity to discuss treatment options with my clinician.
- All of my questions have been answered to my satisfaction.
- I believe I know enough to give informed consent to take, refuse, or postpone testosterone therapy.

**Based on all this information:**

_____I want to begin taking testosterone.

_____I do not wish to begin taking testosterone at this time.

_____   _____
Patient Signature                                                                                  Date

_____   _____
Signature of Parent or Guardian                                                         Date

_____   _____
Prescribing Clinician Signature                                                          Date

> Your health is important to us.  If you have any questions or concerns please call us at (205) 638 9107.  We are always happy to help you.

6

7

Boe et al. v. Marshall et al. - Non Party UAB 0030