# EXHIBIT 40

## Patient Health Questionnaire and General Anxiety Disorder
### (PHQ-9 and GAD-7)

Date_____  Patient Name:_____  Date of Birth: _____

Over the <u>last 2 weeks</u>, how often have you been bothered by any of the following problems?
Please circle your answers.

| PHQ-9 | Not at all | Several days | More than half the days | Nearly every day |
|---|---|---|---|---|
| 1. Little interest or pleasure in doing things. | 0 | 1 | 2 | 3 |
| 2. Feeling down, depressed, or hopeless. | 0 | 1 | 2 | 3 |
| 3. Trouble falling or staying asleep, or sleeping too much. | 0 | 1 | 2 | 3 |
| 4. Feeling tired or having little energy. | 0 | 1 | 2 | 3 |
| 5. Poor appetite or overeating. | 0 | 1 | 2 | 3 |
| 6. Feeling bad about yourself – or that you are a failure or have let yourself or your family down. | 0 | 1 | 2 | 3 |
| 7. Trouble concentrating on things, such as reading the newspaper or watching television. | 0 | 1 | 2 | 3 |
| 8. Moving or speaking so slowly that other people could have noticed. Or the opposite – being so fidgety or restless that you have been moving around a lot more than usual. | 0 | 1 | 2 | 3 |
| 9. Thoughts that you would be better off dead, or of hurting yourself in some way. | 0 | 1 | 2 | 3 |
| *Add the score for each column* | | | | |

Total Score (add your column scores): _____

If you checked off any problems, how difficult have these made it for you to do your work, take care of things at home, or get along with other people? (Circle one)

**Not difficult at all**    **Somewhat difficult**    **Very Difficult**    **Extremely Difficult**

---

Over the <u>last 2 weeks</u>, how often have you been bothered by any of the following problems?
Please circle your answers.

| GAD-7 | Not at all sure | Several days | Over half the days | Nearly every day |
|---|---|---|---|---|
| 1. Feeling nervous, anxious, or on edge. | 0 | 1 | 2 | 3 |
| 2. Not being able to stop or control worrying. | 0 | 1 | 2 | 3 |
| 3. Worrying too much about different things. | 0 | 1 | 2 | 3 |
| 4. Trouble relaxing. | 0 | 1 | 2 | 3 |
| 5. Being so restless that it's hard to sit still. | 0 | 1 | 2 | 3 |
| 6. Becoming easily annoyed or irritable. | 0 | 1 | 2 | 3 |
| 7. Feeling afraid as if something awful might happen. | 0 | 1 | 2 | 3 |
| *Add the score for each column* | | | | |

Total Score (add your column scores): _____

If you checked off any problems, how difficult have these made it for you to do your work, take care of things at home, or get along with other people? (Circle one)

**Not difficult at all**    **Somewhat difficult**    **Very Difficult**    **Extremely Difficult**

UHS Rev 4/2020

Developed by Drs. Robert L. Spitzer, Janet B.W. Williams, Kurt Kroenke and colleagues, with an educational grant from Pfizer Inc.
No permission required to reproduce, translate, display or distribute, 1999.

# Suicide Screening at UAB Medicine Ambulatory – Quick Reference

Routine suicide screening using the Columbia-Suicide Severity Rating Scale (C-SSRS) is to be completed during intake on ALL patients being seen in:

- Primary Medicine Clinics
- Family Medicine
- Geriatrics
- Psychiatry Clinics
- OBGYN Clinics (excluding Continence, Colpo/Loop Clinic, Genetics, MFM Clinics, Prenatal Diagnosis Clinic, REI, and Urogynecology Clinic)

Outside of these clinics, suicide screening should be performed for any patient that is being seen related to a behavioral or emotional issue such as depression, anxiety, or suicidal ideation per UAB policy and regulatory standards.

The C-SSRS can be performed by any UAB staff on any patient who is thought to be at risk for suicide to assess severity of suicide risk.

**If a Provider needs additional support from Psychiatry in determining next steps for a patient with suicide risk:**

- Psychiatry staff are available for help via phone call from 8:00AM through 5:00PM Monday through Friday.
- Use Vocera to page AMB SI RESOURCE or search in Connect for Ambulatory Support for Suicidal Patients

Patients expressing suicidal concerns via phone

If healthcare staff or providers are concerned about suicidal risk with a patient on the telephone ask the patient for their identification and location and use the C-SSRS (ad hoc form) to assess the suicide severity risk. If high risk, while keeping the patient on the line, ask another staff member to call the law enforcement agency where the patient is located and ask for a welfare check. If a patient at high risk will not disclose their location, call the patient's emergency contacts to help locate the patient for welfare check. If someone is present or can come to be with the patient, instruct them to stay with the patient continuously and get them to an ED for emergency evaluation and treatment. Document actions and complete an incident report.

## Interventions for C-SSRS Risk Levels

Patients who screen Low, Moderate, or High (all except No Risk)

- Communicate the risk level from the C-SSRS for any patient who tests positive directly to the provider.
- ALL patients who screen positive are to be provided with the Suicide Prevention hotline number and website address; this is included in the depart summary.

Patients with Low, Moderate Risk on C-SSRS or UAB Moderate Risk

- Patients who rate as a Low or Moderate rating on the C-SSRS or as UAB Moderate Risk are not emergent. These patients may be referred to a mental health provider if patient does not currently have one.
- An order can be placed by the provider "Psychiatry Scheduling" for outpatient follow-up (upon discharge from clinic visit) if provider deems necessary.

Patients with UAB High Suicide Risk

- Patients who screen as UAB High Risk are to be immediately placed on 1:1 observation, which is constant, uninterrupted visual contact by a staff member who remains within close proximity of the patient at all times with the ability to intervene if necessary to prevent the patient from inflicting harm upon themselves or others. Do NOT discontinue 1:1 observation by staff unless the provider has discontinued it (make sure order is placed into EMR prior to ceasing).
- Use the following 2 forms attached to the Assessment of Suicide Risks Interdisciplinary policy – use the Environmental Safety Checklist as a guide to remove items from the room to prevent patient harm and the Psychiatric services safety precaution rounding sheet to document the 1:1 observation a minimum of every 15 minutes.
- The provider may ask the patient to go the ED to be evaluated. Patients have a right to refuse as long as they are not actively threatening or trying to hurt themselves or others. If the patient IS actively threatening or trying to harm self/others, notify Security who will notify UAB Police; UAB Police may transport patient to ED against their wishes by law. Provider and staff to complete transfer handoff steps prior to patient arriving in ED.
- If the patient agrees to go to the ED, a staff member MUST accompany the patient to the ED; do NOT leave the patient until you have reported to ED staff that the patient is present and needs 1:1 observation as a UAB High Risk for Suicide. Patients may be transported to the ED by EMS if at off campus location. Don't forget to complete the patient transfer handoff form, call report, and print form for transport. Make sure provider has notified ED attending and given report prior to escorting patient to the ED.
- If patient elopes, call security, call patient's local law enforcement to request welfare check, document events, complete incident report.

Boe et al. v. Marshall et al. - Non Party UAB 0032