# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| United States of America, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) **UNOPPOSED** |
| *Defendants*. | ) |

### PRIVATE PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND <u>EVIDENTIARY MATERIALS IN SUPPORT</u>

Pursuant to the Stipulated Protective Order entered in this case, Private Plaintiffs[1] respectfully move this Court for leave to file under seal their forthcoming Response in Opposition to Defendants' Motion for Summary Judgment and certain

---

[1] Private Plaintiffs refers to Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe; Robert Moe, individually and on behalf of his minor daughter, April Moe; and Heather Austin, Ph.D.

Evidentiary Materials in Support ("Private Plaintiffs' Response" or "Response").[2] As grounds for this motion, Private Plaintiffs state that these filings reference or quote documents that were previously designated as "Confidential" pursuant to the Stipulated Protective Order entered by the Court in this case. Doc. 137. The Stipulated Protective Order requires that documents designated as Confidential "shall be filed, if at all, under seal." *Id.* at 3.

Counsel for Private Plaintiffs understands that counsel for Defendants and counsel for the United States have conferred with counsel for World Professional Association for Transgender Health ("WPATH"), and that WPATH has agreed that certain documents originally marked confidential may be unsealed. *See* Doc. 575 (Defendants' Motion to Substitute); Doc. 624 (United States' Motion to File Under Seal); *see also* Doc. 614 (Order granting Defendants' Motion to Substitute). Private Plaintiffs intend to file documents under seal consistent with the representations made in these filings. Private Plaintiffs believe that additional documents currently marked "Confidential" may be appropriately unsealed at a later date and will work with counsel for WPATH and the United States to unseal those documents, if appropriate.

---

[2] A redacted version of Private Plaintiffs' Response was filed on the public docket on July 1, 2024, and a copy of the same was served on all counsel of record.

Counsel for Private Plaintiffs has conferred with counsel for the United States and counsel for Defendants, and neither party opposes this motion. Accordingly, Private Plaintiffs request leave to file the following documents under seal:

| Document | Reason for Filing Under Seal |
|---|---|
| Private Plaintiffs' Response and Brief in Support | Discusses documents and testimony designated as "Confidential" pursuant to the Stipulated Protective Order that were not otherwise agreed could be unsealed; discusses Private Plaintiffs' medical records and care; discusses witness's medical care |
| PX1: Hawes Deposition | Discusses witness's medical care |
| PX2: Cohn Deposition | Discusses witness's medical care |
| PX3: Davis Deposition | Discusses witness's medical care |
| PX5: Shumer Rebuttal Report | Discusses Private Plaintiffs' medical care and records |
| PX22: Nangia Deposition | Discusses Private Plaintiffs' medical care and records |
| PX23: Laidlaw Deposition | Discusses Private Plaintiffs' medical care and records |

WHEREFORE, Private Plaintiffs respectfully request that the Court enter an order granting Private Plaintiffs leave to file under seal an unredacted version of the above-listed documents.

Respectfully submitted,

*/s/ Amie A. Vague*
Melody H. Eagan
Jeffrey P. Doss                      Sarah Warbelow
Amie A. Vague                        Cynthia Weaver
LIGHTFOOT, FRANKLIN &                HUMAN RIGHTS CAMPAIGN

3

| | |
|---|---|
| WHITE LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203<br>meagan@lightfootlaw.com<br>jdoss@lightfootlaw.com<br>avague@lightfootlaw.com | FOUNDATION<br>1640 Rhode Island Ave., NW<br>Washington, DC 20036<br>sarah.warbelow@hrc.org<br>cynthia.weaver@hrc.org |
| J. Andrew Pratt<br>Adam Reinke<br>Misty L. Peterson<br>KING & SPALDING LLP<br>1180 Peachtree Street Northeast, Suite 1600<br>Atlanta, GA 30309<br>apratt@kslaw.com<br>mpeterson@kslaw.com<br>areinke@kslaw.com | Jennifer L. Levi<br>GLBTQ LEGAL ADVOCATES & DEFENDERS<br>18 Tremont, Suite 950<br>Boston, MA 02108<br>jlevi@glad.org<br><br>Jessica L. Stone<br>SOUTHERN POVERTY LAW CENTER<br>150 E. Ponce de Leon Ave., Suite 340<br>Decatur, GA 30030<br>jessica.stone@splcenter.org |
| Brent P. Ray<br>Abigail Hoverman Terry<br>KING & SPALDING LLP<br>110 North Wacker Drive, Suite 3800<br>Chicago, IL 60606<br>bray@kslaw.com<br>aterry@kslaw.com<br><br>Abby Parsons<br>KING & SPALDING LLP<br>1100 Louisiana Street<br>Houston, TX 77002<br>aparsons@kslaw.com<br><br>Scott D. McCoy<br>SOUTHERN POVERTY LAW CENTER<br>P.O. Box 12463<br>Miami, FL 33101 | Christopher F. Stoll<br>Amy E. Whelan<br>Rachel H. Berg<br>NATIONAL CENTER FOR LESBIAN RIGHTS<br>870 Market Street, Suite 370<br>San Francisco, CA 94102<br>cstoll@nclrights.org<br>awhelan@nclrights.org<br>rberg@nclrights.org |

scott.mccoy@splcenter.org

Diego A. Soto
SOUTHERN POVERTY LAW
CENTER
400 Washington Avenue
Montgomery, AL 36104
diego.soto@splcenter.org

*Counsel for Private Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this case.

>  */s/ Amie A. Vague*
>  *Counsel for Private Plaintiffs*