UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| United States of America, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

**PRIVATE PLAINTIFFS' NOTICE OF EVIDENTIARY SUBMISSION IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Private Plaintiffs[1] submit the following exhibits in support of their Response in Opposition to Defendants' Motion for Summary Judgment. As noted in Private Plaintiffs' Motion for Leave to File Under Seal Unredacted Response in Opposition

---

[1] Private Plaintiffs refers to Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe; Robert Moe, individually and on behalf of his minor daughter, April Moe; and Heather Austin, Ph.D.

i

to Defendants' Motion for Summary Judgment, Private Plaintiffs are filing some of these documents to the Court under seal.

| Document | Exhibit |
|---|---|
| Deposition of ▆ Hawes (Submitted Under Seal) | 1 |
| Deposition of ▆ Cohn (Submitted Under Seal) | 2 |
| Deposition of ▆ Davis (Submitted Under Seal) | 3 |
| Plaintiff-Intervenor United States' Disclosure of Expert Testimony of Daniel Shumer, MD, MPH | 4 |
| Plaintiff-Intervenor United States' Disclosure of Rebuttal Expert Testimony of Daniel Shumer, MD, MPH (Submitted Under Seal) | 5 |
| Plaintiff-Intervenor United States' Disclosure of Rebuttal Expert Testimony of Armand H. Matheny Antommaria, MD, PhD, FAAP, HEC-C | 6 |
| Affidavit of Meredithe McNamara, MD, MSc, in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | 7 |
| Testimony of Dr. James Cantor in Transcript of Preliminary Injunction Hearing, Volume II (ECF No. 105) | 8 |
| Brief of Amici Curiae American Academy of Pediatrics et al. in Support of Plaintiffs' Motion for Preliminary Injunction, *Doe v. Surgeon Gen., St. of Fla.*, No. 23-12159 (11th Cir. Oct. 13, 2023) | 9 |
| Brief of Amici Curiae American Academy of Pediatrics et al. in Support of Plaintiffs-Appellees and Affirmance, *Eknes-Tucker v. Governor*, 80 F.4th 1205 (11th Cir. 2023) (No. 22-11707) | 10 |

|  |  |
|---|---|
| Transgender Health: Supporting Gender Diverse Youth to Improve their Health, Well-Being, and Safety (Pediatric Endocrine Society), Plaintiffs' Preliminary Injunction Exhibit 25, ECF No. 78-25 | 11 |
| NAPNAP Strongly Opposes Alabama Law Criminalizing Transgender Health Care (National Association of Pediatric Nurse Practitioners), Plaintiffs' Preliminary Injunction Exhibit 28, ECF No. 78-28 | 12 |
| American Academy of Pediatrics Speaks Out Against Bills Harming Transgender Youth, Plaintiffs' Preliminary Injunction Exhibit 22, ECF No. 78-22 | 13 |
| American Academy of Pediatrics and Its Alabama Chapter Oppose Bill Threatening Health of Transgender Youth, Plaintiffs' Preliminary Injunction Exhibit 30, ECF No. 78-30 | 14 |
| American Academy of Pediatrics Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents, Plaintiffs' Preliminary Injunction Exhibit 32, ECF No. 78-32 | 15 |
| American Psychological Association Position Statement on Treatment of Transgender (Trans) and Gender Diverse Youth, Plaintiffs' Preliminary Injunction Exhibit 23, ECF No. 78-23 | 16 |
| Frontline Physicians Oppose Legislation that Interferes in or Criminalizes Patient Care (American Psychiatric Association), Plaintiffs' Preliminary Injunction Exhibit 20, ECF No. 78-20 | 17 |
| Biased Science: The Texas and Alabama Measures Criminalizing Medical Treatment for Transgender Children and Adolescents Rely on Inaccurate and Misleading Scientific Claims, Plaintiffs' Preliminary Injunction Exhibit 19, ECF No. 78-19 | 18 |
| Supplemental Expert Report of Meredithe McNamara, MD, MSc | 19 |

| | |
|---|---|
| Declaration of Eli Coleman, PhD, in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | 20 |
| Deposition of Farr Curlin, M.D. | 21 |
| Deposition of Geeta Nangia, M.D. (Submitted Under Seal) | 22 |
| Deposition of Michael Laidlaw, M.D. (Submitted Under Seal) | 23 |

Respectfully submitted,

*/s/ Amie A. Vague*

| | |
|---|---|
| Melody H. Eagan | |
| Jeffrey P. Doss | Sarah Warbelow |
| Amie A. Vague | Cynthia Weaver |
| LIGHTFOOT, FRANKLIN & WHITE LLC | HUMAN RIGHTS CAMPAIGN FOUNDATION |
| The Clark Building | 1640 Rhode Island Ave., NW |
| 400 20th Street North | Washington, DC 20036 |
| Birmingham, AL 35203 | sarah.warbelow@hrc.org |
| meagan@lightfootlaw.com | cynthia.weaver@hrc.org |
| jdoss@lightfootlaw.com | |
| avague@lightfootlaw.com | Jennifer L. Levi |
| | GLBTQ LEGAL ADVOCATES & DEFENDERS |
| J. Andrew Pratt | 18 Tremont, Suite 950 |
| Adam Reinke | Boston, MA 02108 |
| Misty L. Peterson | jlevi@glad.org |
| KING & SPALDING LLP | |
| 1180 Peachtree Street Northeast, Suite 1600 | Jessica L. Stone |
| Atlanta, GA 30309 | SOUTHERN POVERTY LAW CENTER |
| apratt@kslaw.com | 150 E. Ponce de Leon Ave., Suite 340 |
| mpeterson@kslaw.com | Decatur, GA 30030 |
| areinke@kslaw.com | jessica.stone@splcenter.org |

| | |
|---|---|
| Brent P. Ray<br>Abigail Hoverman Terry<br>KING & SPALDING LLP<br>110 North Wacker Drive, Suite 3800<br>Chicago, IL 60606<br>bray@kslaw.com<br>aterry@kslaw.com | Christopher F. Stoll<br>Amy E. Whelan<br>Rachel H. Berg<br>NATIONAL CENTER FOR LESBIAN RIGHTS<br>870 Market Street, Suite 370<br>San Francisco, CA 94102<br>cstoll@nclrights.org<br>awhelan@nclrights.org<br>rberg@nclrights.org |

Abby Parsons
KING & SPALDING LLP
1100 Louisiana Street
Houston, TX 77002
aparsons@kslaw.com

Scott D. McCoy
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
scott.mccoy@splcenter.org

Diego A. Soto
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
diego.soto@splcenter.org

*Counsel for Private Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this case.

*/s/ Amie A. Vague*
*Counsel for Private Plaintiffs*