# EXHIBIT 2
FILED UNDER SEAL