# EXHIBIT 5

FILED UNDER SEAL