# **EXHIBIT 16**

PLAINTIFFS' EX. 023

# APA Official Actions

# Position Statement on Treatment of Transgender (Trans) and Gender Diverse Youth

Approved by the Board of Trustees, July 2020
Approved by the Assembly, April 2020

"Policy documents are approved by the APA Assembly and Board of Trustees. . . These are . . . position statements that define APA official policy on specific subjects. . ." – *APA Operations Manual*

**Issue:**

Transgender and gender non-conforming youth often experience an intensification of emotional distress when the physical changes of puberty occur in opposition to the adolescent's gender identity and sense of self. The onset of menses, for example, is unwanted and psychologically devastating for an adolescent transman (assigned female at birth). Worsening dysphoria may manifest as depression, anxiety, poor relationships with family and peers, self-harm and suicide. Racism, misogyny, economic disadvantage and neurodiversity can compound the risk of negative outcomes. Due to the dynamic nature of puberty development, lack of gender-affirming interventions (i.e. social, psychological, and medical) is not a neutral decision; youth often experience worsening dysphoria and negative impact on mental health as the incongruent and unwanted puberty progresses. Trans-affirming treatment, such as the use of puberty suppression, is associated with the relief of emotional distress, and notable gains in psychosocial and emotional development, in trans and gender diverse youth.

Gender-affirming treatment of trans and gender diverse youth who experience gender dysphoria due to the physical changes of puberty, may include suppression of puberty development with GnRH (gonadotropin releasing hormone) agonists, commonly referred to as "puberty blockers." Use of GnRH agonists, despite potential side effects (e.g., hot flashes, depression) can allow the adolescent a period of time, often several years, in which to further explore their gender identity and benefit from additional cognitive and emotional development. During this time, the youth and family can receive mental health and social support services, if needed, to navigate the gender affirmation process including the consideration of whether gender affirming hormone therapy is an appropriate next step. If during this discernment period further adolescent development leads to increased comfort with the birth-assigned gender, the GnRH agonist can be discontinued, and puberty allowed to resume. If the developmental trajectory affirms the trans identity, treatment with estrogen or testosterone can be instituted to facilitate development of affirmed secondary sex characteristics, if desired. Gender-affirming surgeries may follow in later adolescence or young adulthood. However, affirmation of gender identity is a highly individualized process. For gender diverse youth and their families, decisions to which gender-affirming medical, surgical, social, and/or legal procedures to pursue are best managed via an informed consent approach.

**APA Position:**

**The American Psychiatric Association:**

© Copyright, American Psychiatric Association, all rights reserved.

1. **Supports access to affirming and supportive treatment for trans and gender diverse youth and their families, including appropriate mental health services, and when indicated puberty suppression and medical transition support.**
2. **Opposes all legislative and other governmental attempts to limit access to these services for trans and gender diverse youth, or to sanction or criminalize the actions of physicians and other clinicians who provide them.**

*© Copyright, American Psychiatric Association, all rights reserved.*