# **<u>EXHIBIT 19</u>**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; *et al.*,

        Plaintiffs,

and

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

    v.

STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; *et al.*,

        Defendants.

Case No. 2:22-cv-00184-LCB-CWB

Honorable Liles C. Burke

## PLAINTIFFS' DISCLOSURE OF SUPPLEMENTAL EXPERT REPORT OF MEREDITHE MCNAMARA, MD MSc

My name is Meredithe McNamara, M.D. MSc. I am board-certified in both pediatrics and adolescent medicine physician. I provide full spectrum clinical care to youth aged 12-25 years, which includes youth experiencing gender dysphoria. On February 8, 2023, I provided a report regarding the evidence of the benefits of treatments for youth experiencing gender dysphoria. I have been asked to supplement that report based on my review of the following rebuttal reports from Defendants' expert witnesses:

- James Cantor, PhD
- Michael K. Laidlaw, MD
- Farlin Curr, MD
- Kristopher Kalliebe, MD

As set forth in my initial report, I reiterate that:

1. Gender dysphoria is a real and serious condition;
2. Adolescents with untreated gender dysphoria suffer from a wide array of mental health and psychosocial harms;
3. Treatments, including puberty blockers and hormone therapy, are effective treatments for gender dysphoria in adolescents, when prescribed consistent with the WPATH Standards of Care and the Endocrine Society Clinical Practice Guidelines;
4. No study demonstrates that receiving transitioning medications worsens the mental health of youth with gender dysphoria;
5. There are no evidence-supported, effective alternative treatments for gender dysphoria.

As a summary of the views presented in this Report, I contend that: (1) the State's experts do not evaluate or review the comprehensive body of research establishing the efficacy of gender transition treatments, about which I opined in my initial report; (2) research published since my initial report is consistent with the body of evidence referenced in my previously expressed opinion regarding the efficacy of gender transition treatments (Section D); (3) the State's experts do not present any credible evidence to show that any alternative treatments for gender dysphoria are effective; (4) no reports or research to which the State's experts point shows that gender dysphoria is diminished or resolved through psychotherapeutic modalities; (5) the State's experts rely on research that is unrelated to the question of efficacy of treatment for transgender adolescents or draw conclusions from this research that are unwarranted, meaning their conclusions do not stand up to basic principles of scientific inquiry (Section A); (6) the anecdotal, non-peer-reviewed theories upon which many of the State's experts' opinions rest do not meet the most basic standards of evidence-based medicine (Section C).

A.      **Responses to Dr. Cantor's analysis of new studies**

    *1.      Dr. Cantor's interpretation of Morandini and colleagues' cross-sectional study on social transition is incorrect*

This study does not show that medical treatments for gender transition are ineffective. To the contrary, this study shows that social transition is a starting point for treating gender dysphoria for many transgender adolescents but may not be sufficient for alleviating the negative symptoms for youth with gender dysphoria.

Dr. Cantor references a study by Morandini and colleagues, which is a cross-sectional study on the mental health of transgender youth who have socially transitioned. This study compared the mental health scores of transgender youth that have socially transitioned with those that have not socially transitioned at one specific point in time. The study's authors concluded, at the specific time in which analysis was conducted, that the mental health of the two groups was similar.  While Dr. Cantor seeks to claim from this study that social transition does not lead to improved mental health, it is my opinion that no such conclusion can be drawn from this cross-sectional study.

The authors were careful to describe the limitations of their study design: "It is possible that although our socially transitioned patients did not demonstrate superior well-being compared to their non-transitioned counterparts, they were nevertheless functioning better (either in terms of mood/anxiety or gender dysphoria severity, or both) than their own prior functioning pre-social transition." (p. 1057). Further, they refer to the cross-sectional nature of their study and conclude that their findings may demonstrate that the benefits of social transition are not immediate. (p. 1057). They note the short-term stresses inherent in social transition and that "superior functioning in the longer term" is possible. They explain:

> Our data suggest that social gender transition *may not render immediate and dramatic alleviation of mental health difficulties* for all or most children/adolescents suffering with gender dysphoria….Perhaps our study hints that *social gender transition alone, at least in the short term, is no panacea to mental health struggles of young people with gender dysphoria* and that clinicians and parents should not expect immediate symptom alleviation specific to gender dysphoria or related to mental health more generally."

(p. 1057) (emphasis added).

The study's findings are far more nuanced than Dr. Cantor describes in his section heading entitled "Social transition is not associated with improvement in mental health." (Cantor's Supplemental Expert Report, p. 1). The authors of the study explicitly warned against drawing such a simplistic conclusion from their data.  ("We stress the importance of not over interpreting cross-sectional data such as that presented in this study—nor drawing overly simplistic conclusions from our data (e.g., "social gender transition has no benefit")."

Cantor takes the wrong lesson from Morandini. This study does not prove social transition has no positive impact on mental health. Instead, this study helps parents and clinicians

set expectations appropriately: that social transition is unlikely to be a panacea for gender dysphoria in the immediate or short term.

2.      *Glintborg and Kaltiala – two population-wide studies using in-country data repositories*

As an important initial point, Dr. Cantor refers to both the *Glintborg* and *Kaltiala* studies as "relatively high quality," but it is unclear if he is using this term colloquially or technically. If he is using this term colloquially, then his criteria are unclear.  If he is using this term technically, in keeping with the definition of "high quality" evidence as specified by the GRADE Working Group,[1] then he is using it incorrectly because both studies are observational – thus not randomized controlled trials and not "high quality." (I highlight the definition of "high quality evidence" per the GRADE Working Group because Dr. Cantor and other experts often rely on GRADE terminology.) This semantic point is not a minor one. Careful use of technical terminology is a hallmark of responsible and objective engagement with clinical research, especially when audiences have mixed familiarity with such terms.

a.      *Glintborg*

The takeaway message from Glintborg et al. is that amongst a population-wide cohort of transgender people in Denmark, mental health diagnoses increase in the year following contact with the country's gender services and go down afterwards, while psychiatric medication prescriptions increase slightly after contact with gender services and remain slightly increased throughout the study. These findings do not diminish the need for medical transition, nor do these findings show that medical transition harms mental health.

This is a retrospective case control analysis of mental health diagnoses and psychiatric medication prescribing of transgender people in Denmark, with a stated objective of studying "longitudinal mental health outcomes in Danish transgender persons." To achieve this objective, the investigators compared observations of mental health diagnoses in transgender people to cisgender people.

To understand this study, it is important to recognize that mood disorders such as depression, anxiety, and others are often not "cured," especially when diagnosed in adulthood. These conditions may be chronic, symptoms of which wax and wane throughout a person's life, depending on the unique circumstances of the individual. With depression, for instance, persistent but improved symptoms are common even with robust responses to antidepressant medication and psychotherapy. Some people with such disorders may experience complete remission, some may experience partial remission with recurrence of symptoms, and some may never experience remission (meaning resolution) at all. The factors associated with remission may include, among others, co-occurring life stressors, genetic predisposition, the degree of the

---

[1] Guyatt GH, Oxman AD, Kunz R, Vist GE, Falck-Ytter Y, Schünemann HJ; GRADE Working Group. What is "quality of evidence" and why is it important to clinicians? BMJ. 2008 May 3;336(7651):995-8. doi: 10.1136/bmj.39490.551019.BE. PMID: 18456631; PMCID: PMC2364804.

patient's engagement in effective treatment, and the availability of effective treatment. Remission is a critical concept because Glintborg et al. "counts" people with psychiatric diagnoses over time – people may be sorted into and out of that category depending on their experiences and those factors associated with remission. The populations of those diagnosed with a mental health condition at the beginning, middle, and end of the study are highly heterogenous.

Thus, the Glintborg study does not support Cantor's statement that "medicalized transition is not followed by improvement in mental health." The authors did not study "mental health" of their study subjects in totality – they studied the ability of the health system to identify mental health diagnoses and prescribe psychiatric medications. The study demonstrates that receipt of gender-affirming medical treatments draws patients into health systems that are equipped to provide accurate diagnoses and treatments. Thus, the more appropriate conclusion to draw from these studies is that receipt of gender-affirming medical treatments increases the likelihood that patients with mental ill-health receive appropriate diagnoses and treatments. There are psychometric questionnaires that can test for severity of mental ill-health and be used serially to quantify and track changes over time as an intervention is offered, but these are often cumbersome in practice and not used outside of research settings. (Of note, it is often these psychometric questionnaires that are used in studies that assess the impact of gender-affirming medications on mental health.)

In short, the data in the Glintborg study simply show the number of diagnoses and medication prescriptions. It does not lend insight into well-being, psychosocial functioning, degree of suffering, or anything about the severity of mental health of the population. The report largely reflects that Denmark healthcare systems are well-equipped to identify and treat people that present with mental health conditions. It does not support Cantor's assertion that medicalized transition does not improve mental health.

The most substantive results of the Glintborg study are displayed in its Figure 2, shown here:



**Figure 2.** Number and proportion of psychiatric diagnoses and use of psychopharmacological agents before and after the index date in transgender persons and controls. Number and proportion of psychiatric diagnoses (top panels) and use of psychopharmacological agents (lower panels) in transgender persons and controls before the index date and until 10 years of follow-up. Index date = date of first transgender (TG) diagnosis. TG AFAB, Transgender person assigned female at birth; TG AMAB, Transgender person assigned male at birth.

Looking at the top leftmost graph, which displays psychiatric diagnoses among those assigned female sex at birth before and after contact with the gender program, mental health diagnoses rose and then fell over several years to a level that is still above cisgender controls but is much lower than at the index rate. In my opinion, it is most appropriate to conclude that the assessments performed by the gender program's clinical providers were effective at identifying co-occurring mental health needs that are well-known to affect a vulnerable and societally marginalized group of people. Similarly, it is my opinion that it also is appropriate to draw analogous conclusions from the graph at the top right, which describes similar trends amongst transgender patients assigned male sex at birth. That these graphs have perceptible differences indicates that those assigned male sex and female sex at birth are populations with different attributes regarding mental health. Looking at the bottom row and the two graphs of prescription psychiatric medications amongst those assigned female sex at birth and those assigned male sex at birth, we see that prescriptions of psychiatric medications increased. This is a logical finding given that mental health diagnoses increased and then fell – one could reasonably conclude that receipt of psychiatric medications led to improvements in the burden of mental ill-health experienced by the study population.

Glintborg and colleagues state, "Our data showed that the risk for mental and behavioral disorders in transgender persons increased rapidly during the first year after the index followed by a decreasing trend." After an assessment period (the "index"), diagnoses increased. In my opinion, this is logical as many patients likely had previously not been exposed to health services that could assess and diagnose co-occurring mental health conditions. They further state that "[t]he proportion of transgender persons with prescription of psychopharmacological agents

increased from <20% at baseline to more than 30% who had prescriptions during follow-up." As the authors explain: "This finding supports that systematic psychological evaluation after referral to a center of gender identity will increase awareness of mental health disorders in transgender individuals." (Glintborg et al. p. 342)

Additionally, Dr. Cantor has no basis for discussing these results in the context of adolescents under the age of 18. There was no stratified analysis comparing mental health outcomes in those younger than 18 to those older than 18. The authors performed a basic sensitivity analysis by removing those younger than 18, and then conducted the same analysis as they did amongst the complete pool of patients. They concluded that the results were similar with and without those younger than 18. As the authors explain, this is not a robust test to determine whether there are significant differences between the two groups. It may simply be that trends observed among adults were well-powered enough to obscure nuances that would have been observed in youth if a stratified, comparison analysis was performed: "we found no evidence that inclusion of young and adolescent persons in the dataset affected our study results." Accordingly, Cantor's extrapolation of the findings to youth is unsupported.

### b.  Kaltiala 2023

Kaltiala and colleagues published the results of an analysis of psychiatric and mental health outcomes in Finland's registry of gender-diverse patients in 2023. They describe their objectives:

1.  "Did individuals seeking GR differ from matched population controls regarding contacts to specialist-level psychiatric treatment and disorders treated?
2.  Did changes occur over time in the proportion of those having had specialist-level psychiatric treatment contacts before their first contact with GIS, and in the proportion of those needing specialist-level psychiatric care after contacting the GIS?
3.  Did individuals seeking GR in Finland differ from matched population controls regarding needs for psychiatric treatment after contacting GIS, and were there differences in subsequent psychiatric needs between those who did and those who did NOT proceed to medical GR?"

The analysis compared the study population to the general population of Finland, meaning cisgender controls who have not experienced gender dysphoria. They describe their method for obtaining controls:

"From the Population Register, eight controls matched for age and place of residence at birth were identified for each GD group member, four males and four females. Occasionally there may not have been enough subjects to extract a group of eight controls for all cases. The final sample included 29,292 controls... The Population Register does not grant researchers access to information on change of registered sex in identity documents…. For the controls, this invariably coincided with their biological sex."

It is essential to contextualize the primary results of this study as only being able to offer comparisons between those with and without gender dysphoria. The findings reported by

Kaltiala and colleagues include the following: (1) a mean age of 24.28 years at first contact with gender services, (2) a higher prevalence of mood disorders amongst those with gender dysphoria compared to those without gender dysphoria, and (3) patients who received assessments later in time were more likely to be assessed as having psychiatric needs.

I note that the cohort studied here is predominantly adult, and thus the results of this study are not generalizable to youth. Adults who endure gender dysphoria during adolescence but do not receive timely support are more likely to experience a higher burden of gender-related distress.

Diagnoses of mental health conditions and receipt of mental health services, including psychiatric medications, are not surrogate markers of poor functioning or ill health. There are many individuals who have undiagnosed and untreated mental health conditions who have worse psychosocial functioning precisely because they have not received correct diagnoses and have not engaged in treatment of any kind. Put simply, the outcomes studied by Kaltiala and colleagues are not *negative*. Similar to Glintborg et al., Kaltiala's 2023 study shows that individuals in need receive care when they interface with gender-affirming medical services. Also similar to Glintborg et al., Kaltiala and colleagues have no data on mental health functioning – meaning quantitative psychometric tests.

The authors do present some findings on those with gender dysphoria who had and had not received medical interventions.

"Of those GD patients who had received GR interventions, 15.3% had psychiatric treatment contact prior to the index date, and of those who had not proceeded to medical GR, 47.0% (p < 0.001). Of those who had received medical GR interventions, 52.9% had had some psychiatric treatment contact subsequent to contacting GIS, and of those who had not proceeded to medical GR, 66.7% (p < 0.001). Among those with no psychiatric contact before the index date, subsequent need for psychiatric treatment was less common but nevertheless considerable among those receiving medical GR (49.7% vs 56.9%, p < 0.001)…"

Thus, those with gender dysphoria who eventually received medical interventions generally interacted less with mental health services prior to seeking care at a gender clinic, compared to those who had not received medical interventions. It cannot be inferred from this finding whether receipt of such mental health services were associated with improvements in those with gender dysphoria who did not receive medical interventions. Of note, the above finding, which is the only comparison between those with gender dysphoria who did and did not receive medical interventions reported by Kaltiala and colleagues, is across their entire population – the average age of which is in the adult range. For the same reasons discussed above, it is inappropriate to uncritically generalize the findings to a youth population.

Kaltiala and colleagues report that all patients with gender dysphoria, regardless of whether they received medical interventions, engaged more with mental health services than cisgender controls. They also note, and Dr. Cantor quotes, that "of those who underwent medical GR, slightly over half had subsequent psychiatric treatment contact, and the proportion requiring

specialist-level psychiatric treatment actually increased more among those who underwent medical GR."

For clarity, I have placed some of the quantitative findings of Kaltiala and colleagues into a table below:

|  | A | B | C |
|---|---|---|---|
|  | % with mental health services contact before engagement in a gender clinic | % with mental health services contact after engagement in a gender clinic | Difference in mental health contact before and after engagement in a gender clinic (Column B minus Column A) |
| Medical interventions received | 15.3% | 52.9% | +37.6% |
| No medical interventions received | 47.0% | 66.7% | +19.7% |

Based on my assessment of the literature and clinical experience, it is widely understood in the medical and mental health communities that people with gender dysphoria experience significant mental health challenges as a function of living with a socially stigmatized identity. Engagement in multidisciplinary, wrap-around services such as Finland's gender clinic brings individuals with significant vulnerabilities into contact with resources that they are likely to benefit from – including mental health services. Thus, there is no sound basis for Dr. Cantor's inference that gender transition care is ineffective. Rather, these data simply mean that the individuals are receiving services that are part of a holistic model of care they are likely to benefit from.

As a clinician with direct experience in caring for transgender people, I can attest that engagement and retention in mental health services is a positive outcome and one I aim for with my patients. Dr. Cantor claims that "medicalized transition is not followed by improvement in mental health" on the basis that transgender people receive mental health services while they receive medically-affirming interventions, but binary data on engagement in mental health services (meaning the patient did or did not have contact with mental health services) is not, in and of itself, an accurate proxy for the mental health and well-being of those engaged in services.

I disagree with the State's experts' assumptions (including Dr. Cantor) that engagement with mental health services is a negative outcome that indicates a high burden of mental illness. If we were to adopt the flawed assumptions, *which I do not recommend,* then we also would need to refer to column B which shows that those with gender dysphoria who do not receive medical interventions demonstrate the highest engagement in mental health services after contact with a gender clinic at an observed percentage of 66.7% (whereas those with gender dysphoria who received medical interventions had contact with mental health services at a rate of 52.9%). The authors report this to be a statistically significant finding, and thus, the likelihood of a true difference between these two groups is quite high. If Dr. Cantor were consistent in his

application of this flawed assumption and engaged with the findings of Kaltiala et al. thoroughly, he would have to concede that those with gender dysphoria who do not receive medically affirming interventions have higher mental illness morbidity. Yet, he does not.

### 3.     McGregor and colleagues' study on pubertal blockade and psychosocial benefits

In late 2023, McGregor and colleagues published a study on the impact of pubertal blockade on the psychosocial functioning of transgender and gender diverse youth. They compared youth who received pubertal blockade to those who did not. They performed a retrospective analysis on psychological assessment data, comparing 40 youth who received pubertal blockade to 398 who did not and, consequently, underwent a non-affirming puberty. They found that pubertal blockade was strongly associated with significantly lower internalizing problems, anxiety, depressive symptoms, stress, and suicidal ideation (terms which are derived from the psychometric tools used by the investigators).

Dr. Cantor dismisses this study because of its design as a retrospective cohort study. He deems these studies to be of inferior quality because "*Retrospective* cohort studies are faster and less expensive to conduct than *prospective* cohort studies, but provide less conclusive and more ambiguous results." While there are limitations to a retrospective analysis, which McGregor and colleagues correctly describe, I do not believe that means this study has no value. Rather, I find this study joins the ranks of many reporting findings that point in the same direction – receipt of medically-affirming interventions is associated with improvements in well-being and a pause in or reversal of worsening suffering for transgender youth.[2] I have discussed this previously, but it

---

[2] De Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. The Journal of Sexual Medicine 2011 Aug;8(8):2276-83; De VriesAL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014 Oct;134(4):696-704; Costa R, Dunsford M, Skagerberg E, Holt V, Carmichael P, Colizzi M. Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. The Journal of Sexual Medicine 2015 Nov;12(11):2206-14; Allen LR, Watson LB, Egan AM, Moser CN. Well-being and suicidality among transgender youth after gender-affirming hormones. Clinical Practice in Pediatric Psychology 2019 Sept;7(3):302-11; Kaltiala R, Heino E, Tyolajarvi M, Suomalainen L. Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. Nordic Journal of Psychiatry 2020 Apr;74(3):213-19; de Lara DL, Rodriguez OP, Flores IC, Masa JLP, Campos- Munoz L, Hernandez MC, Amador JTR. Psychosocial assessment in transgender adolescents. Anales de Pediatria (English Edition) 2020 Jul;93(1):41-48; van der Miesen AI, Steensma TD, de Vries AL, Bos H, Popma A. Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared with Cisgender General Population Peers. Journal of Adolescent Health 2020 Jun;66(6):699-704; Achille C, Taggart T, Eaton NR, Osipoff J, Tafuri K, Lane A, Wilson TA. Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. International Journal of Pediatric Endocrinology 2020;2020:8; Kuper LE, Stewart S, Preston S, Lau M, Lopez X. Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. Pediatrics 2020 Apr;145(4):e20193006; Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. Pediatrics 2020 Feb;145(2):e20191725; Carmichael P, Butler G, Masic U, Cole TJ, De Stavola BL, Davidson S, Skageberg EM, Khadr S, Viner RM. Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. PLoS One 2021 Feb 2;16(2):e0243894; Grannis C, Leibowitz SF, Gahn S, Nahata L, Morningstar M, Mattson WI, Chen D, Strang JF, Nelson EE. Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. Psychoneuroendocrinology 2021 Oct;132:105358; Hisle-Gorman E, Schvey NA, Adirim TA, Rayne AK, Susi A, Roberts TA, Klein DA. Mental Healthcare Utilization of Transgender Youth Before and After Affirming Treatment.

is worth repeating here: the purpose of clinical research is not to conduct the perfect study – it is to use the data that we have at our disposal as faithfully as possible. I believe the work of McGregor and colleagues is an example of a study that supports the conclusions of the body of research on gender-affirming care.

Dr. Cantor's prevailing issue with this study rests on a serious claim that he does not validate – he states: "They compared the 40 children who sought and received puberty-blockers and are now seeking cross-sex hormone treatment (i.e., children who were assessed *and passed* the mental health screening) with the roughly 400 adolescents seeking cross-sex hormones who had not yet been screened for mental health at all." He contends that "[t]his retrospective study has no means of ruling out the much more logical conclusion that the children who received puberty-blockers only seem mentally healthier because the less healthy ones had already been screened out of that set." (Cantor p. 6). In fact, there is no mention of youth who received blockers being "screened." The study defines its initial observations as occurring when patients were determined to meet criteria for "hormone readiness." The authors state, "Within the GeMS program, youth are typically only referred for a hormone readiness evaluation when there is parental support for this intervention, and they meet regularly with an outpatient therapist." (McGregor et al. p. 4). Hormone readiness may be the "screening" process Dr. Cantor is referring to, but his comments on this aspect of the paper are vague.

As it is described by the investigators, hormone readiness requires parental support and regular contact with an outpatient therapist. Neither are surrogate markers of mental ill-health, as Dr. Cantor seems to posit by stating that mentally unwell youth were likely excluded from the study population. In my experience and per my assessment of the literature, parental support does facilitate mental well-being in trans youth, but this support is not a panacea for gender dysphoria.[3] Also, contact with an outpatient therapist does not necessarily equate to improved mental well-being as Dr. Cantor implies in his claims discussed in the previous paragraph, but it does indicate that the young person has a supportive clinical team. But further, to contextualize this study in clinically relevant truths, it is crucial to note that there are varying reasons why

The Journal of Sexual Medicine 2021 Aug;18(8):1444-54; Green AE, DeChants JP, Price MN, Davis CK. Association of Gender-Affirming Hormone Therapy with Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. Journal of Adolescent Health 2022 Apr;70(4):643-49; Turban JL, King D, Kobe J, Reisner SL, Keuroghlian AS. Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS One 2022 Jan 12;17(1):e0261039 (hereinafter, "Turban et al. 2022"); Tordoff DM, Wanta JW, Collin A, Stephney C, Inwards-Breland DJ, Ahrens K. Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. JAMA Network Open 2022 Feb 1. Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. N Engl J Med. 2023 Jan 19;388(3):240-250. doi: 10.1056/NEJMoa2206297.

[3] Simons, L., Schrager, S. M., Clark, L. F., Belzer, M., & Olson, J. (2013). Parental support and mental health among transgender adolescents. *Journal of adolescent health*, *53*(6), 791-793; Andrzejewski, J., Pampati, S., Steiner, R. J., Boyce, L., & Johns, M. M. (2021). Perspectives of transgender youth on parental support: Qualitative findings from the resilience and transgender youth study. *Health Education & Behavior*, *48*(1), 74-81; Grossman, A. H., Park, J. Y., Frank, J. A., & Russell, S. T. (2021). Parental responses to transgender and gender nonconforming youth: Associations with parent support, parental abuse, and youths' psychological adjustment. *Journal of Homosexuality*, *68*(8), 1260-1277.

youth may not have been eligible for puberty blockers but were established patients of the GeMS clinic (where the study took place). Youth and families make contact with gender-competent services at varying chronological ages, puberty stages and realization of their gender identity (as demographic data reported in the literature on gender-affirming care shows). Many youth and families simply appreciate the supportive environment that such a clinic can provide, which I can attest to from experience. I can also attest that many youth and families are considering but not yet (or possibly ever) interested in medically affirming treatments. Table 1 from the study demonstrates that many youth received a "hormone readiness assessment" in the "no blocker" group at age 15 and older, which is when puberty was likely to be completed and when they were no longer eligible for puberty blockade.

**Table 1**
Sample demographics

| Variable | No blocker (N = 398) | Blocker (N = 40) | χ² |
|---|---|---|---|
| | N (%) | N (%) | p≤ |
| Age at time of hormone readiness assessment | | | .001 |
| 13 | 19 (5) | 24 (60) | |
| 14 | 59 (15) | 12 (30) | |
| 15 | 97 (24) | 4 (10) | |
| 16 | 106 (27) | 0 (0) | |
| 17 | 117 (29) | 0 (0) | |
| Assigned sex at birth (ASAB) | | | .001 |
| Male | 78 (20) | 27 (68) | |
| Female | 320 (80) | 17 (32) | |
| Gender | | | .001 |
| Male | 290 (73) | 14 (35) | |
| Female | 71 (18) | 24 (60) | |
| Nonbinary | 37 (9) | 2 (5) | |
| Race | | | .001 |
| White | 268 (67) | 28 (70) | |
| African American | 1 (0.25) | 1 (2) | |
| Latino/a/x | 19 (5) | 1 (2) | |
| Asian | 11 (3) | 2 (5) | |
| Native American | 0 (0) | 1 (2) | |
| Other | 21 (5) | 4 (10) | |
| Unknown | 78 (20) | 2 (5) | |

Age distribution reflects age at time of hormones readiness assessment, not age at time of pubertal blockade. All participants included in the blocker sample began pubertal blockade at Tanner two or 3.

Dr. Cantor also asserts that McGregor and colleagues are comparing two different populations, which is clear, but he incorrectly characterizes these populations as differing by when they achieved realization of their gender identity. There is no data reported in the study as to when youth participants realized their gender identity or developed gender dysphoria. Dr. Cantor seems to assume that those who received blockers have childhood gender dysphoria, but the authors report no such information to support his claim.

Further, Dr. Cantor's assertion that there are flaws in the analysis because the authors compared two different groups does not hold up when one considers the carefully controlled analysis accounting for differences in age and gender. The authors describe their controlling process: "In order to address the gender differences between the blocked and unblocked populations, we ran multivariate models adjusting for gender on all the associations that were significant in the univariate analyses… A sensitivity analysis was run comparing the blocked population to only the unblocked population aged 13-15 to address possible confounding effects of age, and all differences remained significant with the exception of stress problems and thoughts of suicide." (McGregor et al., p. 4). In my opinion, controlling for collinearity in this way renders the analysis and conclusions of the McGregor study more reliable, not flawed as Dr. Cantor suggests. Controlling for as many demographic variables as possible is a hallmark of robust statistical analyses, as the McGregor author group has done and as the collection of studies on the impacts of medically affirming interventions also do.

### 4.     Dr. Cantor's interpretation of Bisno et al., a survey on endocrinologists who care for gender-diverse adults

Bisno et al. present their findings on a survey analysis of 91 endocrinologists who care for gender-diverse adults. Dr. Cantor draws conclusions from this study that extend beyond those of the authors' and erroneously concludes that its results indicate that providers must somehow doubt the integrity of the WPATH guidelines. Dr. Cantor states, with emphasis added on his unsubstantiated overreach: "The fact that almost half of the surveyed physicians reported using clinical criteria *tighter* than those of WPATH and the Endocrine Society **indicates their belief that those guidelines provide insufficient protection against harm**." (Cantor p. 31). Bisno et al. report no survey findings suggesting that providers believe "the guidelines are insufficient protection against harm." The survey utilized by the investigators is available as supplementary material and is displayed below.



Appendix: Survey

By my appraisal, there are no questions related to physicians' beliefs about the safety of the WPATH guidelines. Free-response areas may present an opportunity for more nuanced answers, but that is not the quantitative result Dr. Cantor mentions, nor do the authors report such

13

| | |
|---|---|
| with hormone affirmation therapy at your institution? | |
| 20. Where is your institution located? | ☐Other ☐Alabama ☐Alaska ☐Arizona ☐Arkansas ☐California ☐Colorado ☐Connecticut ☐Delaware ☐Florida ☐Georgia ☐Hawaii ☐Idaho ☐Illinois ☐Indiana ☐Iowa ☐Kansas ☐Kentucky ☐Louisiana ☐Maine ☐Maryland ☐Massachusetts ☐Michigan ☐Minnesota ☐Mississippi ☐Missouri ☐Montana ☐Nebraska ☐Nevada ☐New Hampshire ☐New Jersey ☐New Mexico ☐New York ☐North Carolina ☐North Dakota ☐Ohio ☐Oklahoma ☐Oregon ☐Pennsylvania ☐Rhode Island ☐South Carolina ☐South Dakota ☐Tennessee ☐Texas ☐Utah ☐Vermont ☐Virginia ☐Washington ☐West Virginia ☐Wisconsin ☐Wyoming |
| 21. Please provide the state of your location if it is not listed in the drop down menu. | |
| 22. Does your organization treat patients with Medicaid insurance? | ☐Yes ☐No |
| 23. Please select the response that best describes your organization: | ☐Community Practice ☐University Practice ☐Private Practice (Insurance Accepted) ☐Private Practice (Cash Only) ☐Other, please describe: |
| 24. **THIS QUESTION IS NOT REQUIRED** Please provide the name of your organization. *Responses to this question will not be shared with anyone outside of the research team. This question helps the research team determine if respondents are from the same institution so that their responses can be consolidated and counted as one entry.* | |

findings. My interpretation of this study aligns with how the authors report their findings: that the surveyed endocrinologists are divided on whether to require mental health evaluations prior to initiating gender-affirming care and that 83.1% of respondents endorsed caring for a Medicaid-insured population. Most respondents thus serve a vulnerable population that often lacks access to gender-competent mental health professionals, and the remaining patients have private insurance that variably requires mental health assessments. While the survey did not ask respondents *why* they did or did not support required mental health evaluations, it would be natural to conclude that clinicians may be less likely to require such evaluations if the capacity to conduct them is limited. Dr. Cantor's supposition of harm is an overreach as clinicians practice in the real world where the care they provide is impacted by resource limitations and external pressures such as insurance regulation.

Critically, this survey of adult providers is irrelevant when considering the stipulations of the Vulnerable Child Compassion Act, which pertains only to youth. It is thus unclear why Dr. Cantor references this study, and he does not explicitly describe what he perceives its relevance to be to the Vulnerable Child Compassion Act. Dr. Cantor brings up several additional points that could merit an in-depth rebuttal if the study itself were relevant to the legislation at hand. In my opinion, however, this study is not relevant to the Vulnerable Child Compassion Act.

### 5. *Christensen et al. – systematic review on interventions that reduce suicidality in transgender youth*

Christensen's study question is "what interventions reduce suicidality in transgender youth?" This systematic review assessed the relationship between suicidality and medical interventions. The review reports the following findings:

1. Allen et al. 2019: "When testing the differences between baseline suicidality scores ($T_0$) and suicidality after GAH ($T_1$), there was a significant reduction in suicidality scores at $T_1$, at least 3 months after initiating GAH treatment."
2. Carmichael et al.: "Authors found no significant change in CBCL parent report or YSR self-harm indices from baseline to 12, 24, or 36 months." In other words, patients remain stable after treatment.
3. Grannis et al. 2021: "Authors found lower severity of suicidal ideation in the testosterone treatment group, however, this finding did not reach statistical significance. A correlation matrix showed a significant direct relationship between body image dissatisfaction and past year suicidality."

4. Tordoff et al. "Authors found that youth who had initiated GnRHa or GAH had 73% lower odds of self-harm or suicidal thoughts compared with youth who had not yet initiated GnRHa or GAH but wanted to start the treatment."

5. Van der Miesen et al: "Of the participants who had not yet received GnRHa, 27.2% endorsed suicidality. This is compared to only 12.4% of youth using GnRHa endorsing suicidality."

Thus, Christensen et al. sourced six studies demonstrating that gender affirming care is associated with stability in self-harming behaviors (Carmichael, Tordoff), and less suicidality (Chen, van der Miesen, Tordoff); these studies also identified a significant relationship between body *dis*satisfaction and suicidality (Grannis). Dr. Cantor wrongly rests on Christensen to support his statement that medical treatment for gender dysphoria does not reduce suicidality. This systematic review demonstrates the opposite: the literature provides at least six examples of research studies that *do* demonstrate positive, clinically meaningful relationships between gender-affirming care and reduced suicidality for youth.

This systematic review does *not* show, nor do the authors conclude, that gender-affirming care does not impact suicidality. It, in fact, the authors demonstrate and conclude that gender-affirming care *may* reduce suicidality.

### 6.   *Thompson*

Thompson and colleagues published a systematic review in 2023 with the stated objective "to establish what the literature tells us about gender dysphoria in adolescence." (p. 2).

They specifically focused on the questions:

- "What is the pattern of age at treatment?"
- "What treatments have been used to address [gender dysphoria] in adolescence?"
- "What outcomes are associated with treatment/s for [gender dysphoria] in adolescence?"
- "What are the long-term outcomes for all (treated or otherwise) in this population?"

(p. 3).

Regarding outcomes associated with treatments for gender dysphoria, the authors present amalgamated findings pertaining to blood pressure, lipids (i.e. cholesterol), glucose metabolism (i.e. insulin resistance associated with risk of diabetes mellitus), hemoglobin, and liver enzymes (relevant for liver health). In all domains, the authors report logical and expected changes considering the biological and physiological profiles of male and female sex respectively. These findings are quite similar to those reported in WPATH's Standards of Care 8. The authors also examined results of studies on bone density and again, reported findings quite similar to those reported in WPATH's Standards of Care 8 and the 2017 Endocrine Society Guidelines. The general characterization of these studies on bone density is that puberty blocking medications are associated with slow or stalled bone mineralization and that this recovers significantly after the medication is stopped.

Regarding long-term outcomes, Thompson et al. concluded that "None of the included papers featured long-term follow up." However, they follow this comment by discussing a study that reports cardiovascular biomarkers and body mass index amongst 22-year-olds, for whom about 5-8 years' worth of data is available.[4] The authors concluded that "treatment with gonadotropin-releasing hormone agonists and gender affirming hormones in transgender adolescence is generally safe regarding cardiovascular risk factors."

Regarding mental health outcomes, Thompson et al. sourced five papers, finding that described clinically positive observations in mental health associated with receipt of medically-affirming interventions. These clinically positive observations include improvement in global functioning, reductions in behavioral/emotional problems, improvement in body image, depressive symptoms and anxiety symptoms. *None of Thompson et al.'s interpretations describe worsening mental health in any domain measured.*

These five studies represent a small subset of all studies on the psychological impact of gender-affirming care (as many were screened out by the authors' search criteria or were published outside the window of time Thompson et al. examined). As I discussed in my original declaration, all of the available evidence on the impact of medically-affirming interventions points in the same direction: towards clinically positive change.[5]

The authors also undertook a technical quality assessment of each study using a metric known as the Crowe Critical Appraisal Tool (CCAT), which scores 8 domains and consists of 40 specific areas. Using this metric, all studies sourced received a rating of 4 (translates to "good") or 5 (translates to "very good").

Dr. Cantor erroneously states that this study "confirms the absence of reliable evidence." In fact, as the authors note, their study examines a limited body of evidence, both temporally and based on specific filters:

> "This review has strength in the broad search strategy and thorough hand screening process applied…However, the limitation of this approach is that time has passed since the initial searches were conducted and new literature has been published which may change the final conclusions of this paper. We have chosen to curtail this final paper to the same end date as the preceding two in the series in the interests of consistency–these three papers should cover the same time period to be considered part of the same overarching review. We conducted a quick search according to our original strategy: this returned 2208 new records without de-duplication. Based on the screening process for the present review, we could expect this to yield about 10 further papers for inclusion."

---

[4] https://publications.aap.org/pediatrics/article/145/3/e20190741/36814/Hormonal-Treatment-and-Cardiovascular-Risk-Profile?autologincheck=redirected

[5] I note here that when I use the term "clinically positive," I refer to both stability – meaning no further worsening in a particular outcome – and quantifiable improvement. In clinical practice, I observe how both stability and improvement confer a wide variety of benefits over the alternative, a continued pre-treatment trajectory of decline.

In sum, this paper documents significant evidence that gender transition treatments benefit transgender youth, that this evidence is of good or very good quality, and that more relevant studies have been published since the paper was published.

**B.     AAP reaffirmation its policy statement on gender-affirming care & pursuit of a systematic review**

Mid-2023 marked five years after the American Academy of Pediatrics (AAP) released its policy statement on gender-affirming care. The AAP voted to reaffirm this policy. Dr. Cantor states "Remarkably, the AAP did so still without conducting a systematic (or any other) review of the now much expanded relevant science." This is neither remarkable, nor is it exceptional. Every five years after a policy statement has been issued, the AAP decides whether or not to reaffirm its policy statements. This move is entirely consistent with AAP practices to ensure that policy statements are regularly revisited.

The AAP also authorized development of an expanded set of guidance for pediatricians based on a systematic review of the evidence. The decision regarding the systematic review has been misconstrued by some as an admission of flaws with the original policy statement. In fact, it simply reflects the reality that there is significantly more evidence to assimilate now than there was in years prior. Upon review of the AAP's policy statements,[6] I was unable to source any that draw upon systematic reviews that the AAP *itself* has commissioned. (Some policy statements *cite* systematic reviews where available, which tends to be in areas where there are large amounts of data - the efficacy of influenza vaccination in children, for instance.) Thus, re-affirming a policy statement without a supportive pre-existing systematic review that the AAP itself has commissioned or another systematic review externally produced is neither unusual nor exceptional. Similarly, the Endocrine Society has recently announced that it will update its guidelines on gender-affirming care. Other guidelines under review include treatment for vitamin D deficiency, management of diabetes in pregnancy, and primary aldosteronism (an adrenal gland disorder). The Endocrine Society anticipates completion of the update on guidelines for gender-affirming care in Spring 2026.[7]

**C.     Dr. Cantor's graphical representations**

Dr. Cantor provides eleven graphs in his declaration pulled from various scientific articles and media sources. These graphs share one common characteristic – each graph depicts upward trendlines. These graphs widely describe different phenomena:

- Three depict numbers of referrals per year to gender services in different countries;
- One depicts trends in mental health amongst adults over time (with an unlabeled y-axis, making interpretation particularly challenging);
- One purports to depict the percentage increases in major depressive episodes for youth and young adults (cited to a link where the source could not be retrieved);
- One depicts percentage increases in depression youth stratified between "teen girls" and "teen boys" over time;

---

[6] The AAP's policy statements are available at: https://publications.aap.org/collection/519/Policy-Statements.
[7] *See* https://www.endocrine.org/clinical-practice-guidelines/guidelines-in-development

- One depicts suicides per 100,000 people over time stratified by age and sex;
- One depicts suicide, self-poisoning and depression outcomes as Z-scores (i.e. deviation from the mean) over time;
- One depicts the percentage of youth using smartphones over time.

Dr. Cantor's conclusion from displaying these eleven graphs that depict increasing trends is that these trends are related because many appear to have upwards trends beginning around the year 2011. One could source graphs depicting upwards trends over roughly the past decade on other phenomena likely to be increasing – the global population and the cost of living are readily accessible examples. One could include them in Dr. Cantor's compendium of graphs and even perform statistical transformations to dramatize the trend's appearance, such as a Z-score comparison or scaling data into a percentage, in such a way as to produce a graph that depicts an upwards trend. But one would pause before concluding that the increased cost of living or the global population is why suicide rates, smart phone usage, mental ill-health, or referrals to gender clinics are increasing. There are no rigorous conclusions to be drawn by noting a series of coincident upwards trends and, concerningly, Dr. Cantor again departs from his own proposed principles of what constitutes evidence-based medicine in doing so. Dr. Cantor continually calls for the highest level of evidence atop the evidence pyramid – exhaustive controlling for confounders and randomized and controlled study designs – for conclusions to be drawn about the impacts of gender-affirming care. Yet, he draws from the lowest levels of the evidence pyramid to posit alternative explanations.

## D.    New research since early 2023 not included in State's experts' declarations

I noted Dr. Cantor and the State's other experts failed to comment on several other studies of import to this field. The studies were robust and took great care in research design to avoid selection bias. While each sought to answer a variety of questions, a common trend in all of their discussions and findings was that those receiving treatment saw improvements across multiple aspects of their mental health. That Dr. Cantor fails to acknowledge, much less rebut, this recent research is notable.

### 1.    *Doyle and colleagues' "A systematic review of psychosocial functioning changes after gender-affirming hormone therapy among transgender people"*

This systematic review, published in *Nature*, describes relevant literature on the impact of gender-affirming hormone therapy and psychosocial function. This systematic review analyzed the following studies on gender-affirming care for youth: Achille 2020, Arnoldussen 2022, Green 2022, Allen 2019, Turban 2022, and was able to draw some conclusions on gender-affirming care and psychosocial functioning for youth.[8] The authors report: "Gender-affirming

---

[8] Notably, the authors used the Newcastle-Ottawa bias assessment tool and arrived at slightly different scores for some studies compared to Christensen and colleagues. For instance, (1) Doyle et al scored Green 2022 as 6/9 where Christensen et al scored this study as 5/9 and (2) Doyle et al scored Allen 2019 as 6/9 where Christensen et al scored this study as 5/9. These may seem like minor differences, but they do demonstrate that bias assessment tools yield different results when used by different assessors. Newcastle-Ottawa scores translate into risk of bias categories that are either very high (score of 0-3), high (score of 4-6) , or low (score of 7-9). Thus, even a score difference of 1 point could lead the study to be assessed as having a high or low risk of bias. I highlight this here to show that

hormone therapy was consistently found to reduce depressive symptoms and psychological distress."

### 2. Chelliah et al: Changes in Gender Dysphoria, Interpersonal Minority Stress, and Mental Health Among Transgender Youth After One Year of Hormone Therapy

In late 2023, Chelliah and colleagues reported on changes in body dissatisfaction, victimization, depression, and anxiety associated with receipt of gender-affirming care over one year. The Chelliah paper reports consistent and replicated findings to Kuper 2020, further supporting the findings of the earlier study. This author group was predominantly focused on changes in body dissatisfaction accompanying receipt of gender-affirming care in transgender youth. They performed further analyses that demonstrated that greater improvements in body dissatisfaction were associated with fewer symptoms of depression and better psychosocial functioning at follow up. This study also replicates the findings of Chen and colleagues showing that appearance congruence (meaning alignment of one's external physical appearance with one's internal gender identity) facilitates improvements in mental health.

### 3. Gupta and colleagues report on continuation of gender-affirming care in youth as they age into adulthood

This single-institution study of a multi-disciplinary gender clinic at Emory demonstrates that when clinical care proceeds according to the Endocrine Society guidelines, discontinuation of gender affirming medications is incredibly uncommon. This study reported on a diverse pediatric cohort of 121 patients, with 55% assigned female sex at birth, and 45% assigned male sex at birth. The entire study population consisted of 385 transgender patients. Amongst the entire cohort, 6 participants discontinued gender affirming medical treatments, with one participant age 16 who discontinued treatment temporarily (see Table 2 below). There were no adult patients who discontinued gender affirming medical treatments that they began as adolescents.

Table 2.
Qualitative information pertaining to patients who stopped GAHT during follow-up (phase 2)

| Case number | Age at GAHT initiation (years) | Sex assigned at birth | GAHT duration (months) | Race | Documented reason for discontinuation in the EMR | Additional information obtained from emails or phone calls |
|---|---|---|---|---|---|---|
| 1 | 43 | Male | 73 | White | Retransitioned to sex assigned at birth. Underwent mastectomy for breast growth from the effect of estradiol and started testosterone therapy | Participant was gaining too much weight, had weakness and mental confusion on estradiol and therefore stopped taking it. Stopped living as affirmed gender |
| 2 | 30 | Male | 35 | Black | Lack of health insurance | Briefly discontinued GAHT due to housing and insurance issues but resumed GAHT for the most part |
| 3 | 29 | Male | 26 | Black | Stopped estradiol as unable to afford clinic visits. Obtained spironolactone on the streets | Unable to contact by email or phone |
| 4 | 16 | Male | 2 | White | Stopped taking estradiol for unknown reasons | Initially stopped GAHT due to bullying by peers. Recently restarted hormones as participant always identified as a female. |
| 5 | 55 | Male | 31 | White | Developed deep vein thrombosis leading to stopping estradiol | Unable to contact by email or phone |
| 6 | 37 | Female | 15 | Black | Diagnosed with sarcoidosis, but unknown why stopped testosterone | Stopped taking testosterone as had a change of heart and started identifying as a female. Also had cystic changes to ovary which made her stop testosterone |

production of systematic reviews relies on methodologies that have limitations and variability depending the authors. Even small differences in assessments can lead to widely divergent interpretations.

The investigators also noted, "None of the patients with evidence of GnRH agonists use discontinued GAHT. These data are limited to only 1 of the participating clinical centers, which contributed 82 out of 121 pediatric participants."

A notable strength of this study is that its authors went to extraordinary lengths to contact patients disenrolled from the participating sites. Importantly, this feature of its methodology significantly reduces selection bias.

**4.** ***"Reidentification with Birth Registered Sex in a Western Australian Pediatric Gender Cohort" by Cavve et al***

The study by Cavve provides further evidence that it is exceptionally rare for an individual who once considered themselves to be transgender to later determine that they are not transgender. The investigators describe the model of care they utilize in the Child and Adolescent Health Service Gender Diversity Service (GDS) as follows:

> "Multidisciplinary assessment includes a comprehensive mental health assessment over several appointments by both a clinical psychologist and a consultant psychiatrist, medical assessment by an endocrinologist, fertility counseling, optional speech therapy, thorough education about requested treatments, family discussions to support decision-making, and multidisciplinary team consensus regarding treatment eligibility. For estrogen or testosterone treatment, a minimum 2-year history of expressing clear and stable gender identity and treatment wishes is required. For patients who commence gender-affirming treatment, there is regular endocrinologist follow-up and psychological support to monitor well-being and allow reflection on identity and wishes. Patients with more intensive mental health care needs attend elsewhere in liaison with GDS."

This description is very similar to the model care described in clinical practice guidelines from WPATH and the Endocrine Society.

This study investigated "referral closures," meaning when referrals that were received and processed by the clinic were then closed and the patients no longer received services at the GDS. Closures were coded as "reidentification," meaning that the patient later determined that they are not transgender if there were documented statements from the patient or caregivers to that effect. Further, they did not count those who were referred for assessment but never pursued medically affirming treatments if they decided they did not remain transgender:

> "We did not include individuals who were referred for assessment but decided against having medical gender-affirming treatment or those who started treatment but then stopped, paused, or changed their treatment if they maintained a trans identity."

In sum, their methods carefully identified cases in which an individual identified as transgender and later did not. Referral closures were studied over six years, from 2014 to 2020. The investigators were able to ascertain reason for referral closure for all but 4 patients, and thus obtained reason for referral closure on 548 patients. They found that 29 referrals (5.3% of closed referrals) were closed because patients reidentified with their birth-assigned sex. They found that birth-assigned sex and reidentification were *not* related. Of these 29 reidentifications, 14 communicated their gender identity directly to investigators and the remaining 15 reidentifications were communicated by caregivers.

Table 3 also demonstrates that the 93.2% of those who later reidentified had not received puberty blockade or gender-affirming hormones. The two individuals who did receive gender-affirming hormones and reidentified only received such medications for less than 1 year.

**Table 3. Treatment Pathways of Patients Who Later Reidentify**

| Treatment | Birth-registered male (n = 9) | Birth-registered female (n = 20) | Total (N = 29) |
|---|---|---|---|
| Before initial assessment[a] | 0 | 3 (15.0) | 3 (10.3) |
| Triage assessment[b] | 5 (55.6) | 4 (20.0) | 9 (31.0) |
| Mental health assessment[c] | 4 (44.4) | 11 (55.0) | 15 (51.7) |
| Puberty suppression[d] | 0 | 1 (5.0) | 1 (3.4) |
| Gender-affirming hormones[e] | 0 | 1 (5.0) | 1 (3.4) |

[a] Patients who reidentified after referral was made but before an initial assessment could be provided.

[b] Patients who were seen for an initial assessment with a mental health nurse or psychologist but who were never formally active with the Gender Diversity Service (GDS) or seen for further comprehensive mental health assessment for gender-affirming medical treatment.

[c] Patients who were formally active with the GDS and received comprehensive mental health assessment but who never received any medical treatment through GDS.

[d] Patients who initiated puberty suppression but not gender-affirming hormones prior to reidentifying.

[e] Patients who initiated gender-affirming hormones (with or without puberty suppression) prior to reidentifying.

## E.    Conclusion

In conclusion, my expert opinion is that the Alabama ban on transitioning medications for transgender minors is harmful and will cause serious injury to transgender adolescents. Gender dysphoria is a serious but highly treatable medical condition.

The standard of care for treatment of transgender adolescents who have begun puberty includes, as determined by individual need, the prescription of transitioning medications, including puberty blockers and hormone therapy, after rigorous medical assessment and evaluation followed by parental consent and patient assent. The medications used for treatment of transgender adolescents are safe and effective. Adolescent patients with gender dysphoria who are treated consistent with the standard of care can thrive. My experience treating patients demonstrates that, as does a solid body of scientific evidence that consistently points towards these findings.

I hold each of the opinions expressed in this report with a reasonable degree of scientific certainty based on the materials I have reviewed and based on my education, experience, and knowledge. I reserve the right to supplement, amend, or modify my opinions upon review of further information, including, but not limited to, testimony, documents, and reports I receive after the date of this report.

Executed this 25th day of March, 2024.


_____

Meredithe McNamara, MD, MS, FAAP

# Exhibit C

Sources Reviewed

Arnoldussen, M. et al. Self-perception of transgender adolescents after gender-affirming treatment: a follow-up study into young adulthood. *LGBT Health* **9**, 238–246 (2022).

Cavve BS, Bickendorf X, Ball J, et al. Reidentification With Birth-Registered Sex in a Western Australian Pediatric Gender Clinic Cohort. *JAMA Pediatr.* Published online March 04, 2024. doi:10.1001/jamapediatrics.2024.0077

Chelliah P, Lau M, Kuper LE. Changes in Gender Dysphoria, Interpersonal Minority Stress, and Mental Health Among Transgender Youth After One Year of Hormone Therapy. J Adolesc Health. 2024 Feb 9:S1054-139X(24)00005-3. doi: 10.1016/j.jadohealth.2023.12.024. Epub ahead of print. PMID: 38340124.

Doyle, D.M., Lewis, T.O.G. & Barreto, M. A systematic review of psychosocial functioning changes after gender-affirming hormone therapy among transgender people. *Nat Hum Behav* **7**, 1320–1331 (2023). https://doi.org/10.1038/s41562-023-01605-w

Pranav Gupta, Briana C Patterson, Lena Chu, Sarah Gold, Seth Amos, Howa Yeung, Michael Goodman, Vin Tangpricha, Adherence to Gender Affirming Hormone Therapy in Transgender Adolescents and Adults: A Retrospective Cohort Study, *The Journal of Clinical Endocrinology & Metabolism*, Volume 108, Issue 11, November 2023, Pages e1236–e1244, https://doi.org/10.1210/clinem/dgad306

https://conchra.com.au/wp-content/uploads/2015/12/CCAT-form-v1.4.pdf

Riittakerttu Kaltiala, Elias Heino, Marja Työläjärvi & Laura Suomalainen (2020) Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria,Nordic Journal of Psychiatry, 74:3, 213-219, DOI: 10.1080/08039488.2019.1691260

Characteristics of studies demonstrating the benefits of GAC for TGE youth

| Citation | Population* | Study description | Outcomes |
|---|---|---|---|
| De Vries, A. L. et al (2011). Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. The Journal of Sexual Medicine, 8(8), 2276-2283. | N = 70, mean age at enrollment 13.7 years | Prospective cohort study comparing the psychological functioning before and after puberty suppression in TGE youth receiving care in the Netherland. Participants received puberty suppression for nearly 2 years. | Behavioral and emotional problems and depressive symptoms decreased; general functioning improved; feelings of anxiety and anger did not change; GD and body satisfaction did not change; all participants progressed to cross-sex hormone treatment. |
| De Vries, A. L., et al (2014). Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics, 134(4), 696-704. | N = 55, assessed at 3 different ages (means 13.6, 16.7, 20.7). | Prospective cohort study of the mental health effects of GAC at varying stages in adolescence among a cohort of TGE youth in the Netherlands. Age-matched controls from the general adult population were used to compare mental health outcomes in the oldest cohort of patients. | GD and psychological functioning improved. Well-being was similar to or better than cisgender age-matched controls. |
| Costa, R., et al (2015). Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. The Journal of Sexual Medicine, 12(11), 2206-2214. | N = 201, 15.5 before PB, 16.4 at start of treatment | Prospective cohort study of TGE youths' global functioning after receiving psychological support and PB, in the UK, over 18 months. | Adolescents with GD who received puberty suppression had significantly better psychosocial functioning after 1 year of PB than with just psychotherapy. |
| Allen, L. R. (2019). Well-being and suicidality among transgender youth after gender- | N = 47, mean age 16.6 | Prospective cohort study TGE youth in a US clinic of the effects of GAC on mental health. | Improvement in general well-being and decreased suicidality. |

| | | | |
|---|---|---|---|
| affirming hormones. Clinical Practice in Pediatric Psychology, 7(3), 302. | | | |
| Kaltiala, R. (2020). Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. Nordic Journal of Psychiatry, 74(3), 213-219. | N = 52, mean age of 18.1 years at diagnosis | Retrospective chart review of psychosocial functioning and psychiatric comorbidities in TGE youth receiving care in Finland. | Decreased need for psychiatric treatment of depression, anxiety, suicidality and self-harm. |
| van der Miesen, A. I. et al. (2020). Psychological functioning in transgender adolescents before and after gender-affirmative care compared with cisgender general population peers. Journal of Adolescent Health, 66(6), 699-704. | N = 272, mean age 14.5 years | Cross-sectional study of 272 youth not receiving care in the Netherlands self-reporting on emotional and behavioral problems, compared to 178 transgender youth receiving care and 651 cisgender youth from the general population. | Transgender adolescents receiving puberty suppression had fewer emotional and behavioral problems than newly referred patients and also had similar or fewer problems than their same-age cisgender peers. |
| Achille, C., et al (2020). Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. International Journal of Pediatric Endocrinology, 2020(1), 1-5. | N = 50, mean age 16.2 years | Prospective cohort study of youth receiving GAC at a US clinic, over 12 months. | Mean depression scores and suicidal ideation decreased, quality of life scores improved over time. |
| Kuper, L. E., et al. (2020). Body dissatisfaction and | N = 148, mean age 14.9 years | Prospective cohort of youth receiving GAC at a US clinic | Large improvement in body dissatisfaction, small to |

| | | | |
|---|---|---|---|
| mental health outcomes of youth on gender-affirming hormone therapy. Pediatrics, 145(4). | | | moderate improvement in depression and anxiety |
| Turban, J. L. et al (2020). Pubertal suppression for transgender youth and risk of suicidal ideation. Pediatrics, 145(2). | 20,619, with subset of 3,494; mean age of 23.4 | Cross-sectional study of 20,619 transgender adults in the US who self-reported on receiving puberty suppression during adolescence. The association with suicidality was analyzed. | Access to pubertal suppression was associated with a lower odds of lifetime suicidal ideation. |
| Sorbara JC, et al. Mental Health and Timing of Gender-Affirming Care. Pediatrics. 2020;146(4):e20193600 | N = 300, 116 youth presenting before age 15 (median 13.9) and 184 youth presenting at 15 or older (median 16.3) | Cross-sectional chart review of TGE youth receiving care in a Canadian clinic, comparing mental health measures in those younger than 15 and those 15 or older. | After presentation, more older presenting than younger presenting youth reported a diagnosis of depression, had self-harmed, had considered suicide, had attempted suicide, and required psychoactive medications. Late puberty was associated with depressive disorders and anxiety disorders. Late pubertal stage and older age were found to be associated with worse mental health among GI youth. |
| de Lara, D. L. et al (2020). Psychosocial assessment in transgender adolescents. Anales de Pediatría (English Edition), 93(1), 41-48. | N = 23 TGE youth compared to 30 cisgender controls, mean age 16 years | Prospective cohort study of 23 TGE youth who received GAC over a year at a clinic in Spain. | At baseline, trans adolescents had worse measures of mental health than the cisgender control adolescents. The transgender adolescents in the study who received gender affirming hormones had statistically significant improvements in anxiety and depression. |
| Carmichael, P., Butler, G., Masic, U., Cole, T. J., De Stavola, B. L., | N = 44 at 12 months, 24 at 24 months, 14 at 36 months; Mean | Prospective cohort study evaluating the physical and mental health effects of puberty blockers in | Overall patient experience on puberty blockers was positive, based on qualitative interviews. |

| | | | |
|---|---|---|---|
| Davidson, S., ... & Viner, R. M. (2021). Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. PLoS One, 16(2), e0243894. | age at enrollment was 13.6 years. | TGE youth in the UK's Gender Identity Development Service, with follow up periods ranging from 12 to 36 months. | Stability of psychological functioning identified. |
| Grannis, C., et al. (2021). Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. Psychoneuroendocrinology, 132, 105358. | N = 42, mean ages of those treated with and without were testosterone 15.8 years and 17.0 years respectively | Cross sectional study on the effects of testosterone, comparing self-reported anxiety, depression and body image dissatisfaction between 19 youth treated with testosterone and 23 untreated youth in a US clinic. | Those receiving testosterone had lower scores in generalized anxiety, social anxiety, depression, and body image dissatisfaction compared to those not receiving hormones. |
| Green, A. E., DeChants, J. P., Price, M. N., & Davis, C. K. (2021). Association of gender-affirming hormone therapy with depression, thoughts of suicide, and attempted suicide among transgender and nonbinary youth. Journal of Adolescent Health. | 5753 participants ages 13-24, also conducted separate analyses for the 3235 13-17 year old participants | Cross-sectional survey from the Trevor Project of adolescents who were interested in receiving GAHT. Investigated whether having received GAHT was associated with depression, thoughts of suicide, and attempted suicide compared to those who were interested but had not received GAHT. | Among total sample (13-24 years) having received gender-affirming hormones was associated with significantly lower odds of depression (aOR 0.73) and having seriously considered suicide (aOR 0.74) compared to those who desired but had not received gender-affirming hormones.<br>Among the 13-17 year old sample having received gender-affirming hormones was associated with significantly lower odds of depression (aOR 0.61) and having attempted suicide (aOR 0.62) compared to those who desired but had not received gender-affirming hormones. |

| | | | |
|---|---|---|---|
| Turban, J. L., et al. (2022). Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS One, 17(1), e0261039. | N = 21,598 survey respondents, all adults (18+) | Cross-sectional analysis of US Transgender Survey data on mental health outcomes, comparing those who did receive and did not receive GAC. | Accessing GAC was associated with lower odds of past-year suicidal ideation and past year severe psychological distress. Access to GAC during adolescence was associated with a lower odds of these same adverse mental health outcomes when compared to not accessing gender-affirming hormones until adulthood. |
| Tordoff, D. M., et al. (2022) Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. JAMA Network Open, 5(2), e220978. | N = 104, mean age 15.8 | Prospective, longitudinal cohort study of TGE youth in the US receiving GAC over one year. | Lower odds of depression and suicidality among those who started gender-affirming medical care, when compared to those who did not. |
| Chen, D., et al. (2023). Psychosocial Functioning in Transgender Adolescent after 2 Years of Hormones. *New England Journal of Medicine*, *388*(3), 240-250. | N = 315, mean age 16 | Prospective, longitudinal cohort study of TGE youth receiving GAC at four clinical sites in the US over two years. | Appearance congruence, positive affect, and life satisfaction increased, and depression and anxiety symptoms decreased. Appearance congruence correlated positively with increases in positive affect and life satisfaction and decreases in depression and anxiety symptoms. |
| McGregor, Kerry, et al. "Association of Pubertal Blockade at Tanner 2/3 With Psychosocial Benefits in Transgender and Gender Diverse Youth at Hormone Readiness Assessment." *Journ* | 438 TGD youth, 40 who were prescribed pubertal blockade at Tanner stage 2 or 3, and 398 who had not. | Blocker population was younger, more likely assigned male. | At the time of hormone readiness evaluation, TGD youth who received pubertal blockade at Tanner 2 or 3 were found to have less anxiety, depression, stress, total problems, internalizing difficulties, and suicidal ideation than TGD peers who had been |

| | | | through more of a nonaffirming puberty. |
|---|---|---|---|
| Chelliah P, et al. Changes in Gender Dysphoria, Interpersonal Minority Stress, and Mental Health Among Transgender Youth After One Year of Hormone Therapy. *J Adolesc Health.* 2024 Feb 9:S1054-139X(24)00005-3. | N = 115, age range 12-18 years | Prospective, longitudinal cohort study of TGE youth receiving gender-affirming hormones | Replicated findings of Kuper 2020, improvement in body dissatisfaction are associated with fewer depression symptoms and better psychosocial functioning |

*Participants who completed the study



| | Intervention | Body satisfaction Appearance congruence | Quality of life | Depression/ Anxiety | Suicidality | # Participants | Follow Up | Comparison? |
|---|---|---|---|---|---|---|---|---|
| De Vries 2011 | GnRHa | ↔ | ▲ | ▼ ↔ | | 70 | 2 yrs | No |
| De Vries 2014 | GnRH/hormones | ▲ | | ▼ ▼ | | 55 | Varies | Yes |
| Costa 2015 | GnRHa | | | ▼ ▼ | ▼ | 201 | 18 mos | Yes |
| Allen 2019 | GnRH/hormones | | ▲ | | | 47 | Varies | No |
| Kaltiala | GnRH/hormones | | | ▼ ▼ | ▼ | 52 | Varies | No |
| van der Miesen | GnRHa | | ▲ | ▼ ▼ | | 272 | Cross | Yes |
| Achille | GnRH/hormones | | ▲ | ▼ | ▼ | 50 | 1 yr | No |
| de Lara | GnRH/hormones | | | ▼ ▼ | | 23 | 1 yr | Yes |
| Kuper | GnRH/hormones | ▲ | | ▼ ▼ | | 148 | 11-18 mos | No |
| Sorbara | GnRH/hormones | | | ▼ ▼ | | 300 | Cross | Yes |
| Turban | GnRHa | | | | ▼ | 3,494 (X) | Cross | Yes |
| Carmichael | GnRHa | | ▲ | | | 44 | 12-36 mos | No |
| Grannis | Testosterone | ▲ | | ▼ ▼ | | 42 | Cross | Yes |
| Green | GnRH/hormones | | | ▼ | ▼ | 5753 (X) | Cross | Yes |
| Turban | GnRH/hormones | | | ▼ | ▼ | 21598 (X) | Cross | Yes |
| Tordoff 2022 | GnRH/hormones | | | ▼ | ▼ | 104 | 1 yr | Yes |
| Chen 2023 | GnRH/hormones | ▲ | ▲ | ▼ ▼ | | 315 | 2 yrs | No |
| Chelliah 2023 | Hormones | ▲ | | ▼ ▼ | | 115 | 1 yr | Yes |
| McGregor 2023 | GnRH/Hormones | | | ▼ ▼ | ▼ | | | Yes |

*Notes on the above table: (1) Findings presented above are statistically significant (2) Size of triangle corresponds with general magnitude of effect observed but this is intended to supplement the quantitative findings reported in the table. (3) Triangles pointing up correspond with an increase; triangles pointing down correspond with a decrease. (4) "Comparison?" denotes any statistical comparison undertaken by investigators in the study.*