**Farr A. Curlin, MD**

28. Curlin FA, Lawrence RE, Fredrickson J. An ethical façade? Medical students' miscomprehensions of substituted judgment. PLoS ONE. 2009;4(2):e4374.

29. Lawrence RE, Curlin FA. Physicians' beliefs about conscience in medicine: a national survey. *Acad Med*. 2009;84(9):1276-82.

30. Antiel RM, Curlin FA, James KM, Tilburt JC. Physicians' beliefs and U.S. health care reform—A national survey. *New England Journal of Medicine*. 2009 Oct 1;361(14):e23. Epub 2009 Sep.

31. Curlin FA, Rasinski KA, Kaptchuk TJ, Emanuel EJ, Miller FG, Tilburt JC. Religion, clinicians, and the integration of complementary and alternative medicines. *J Altern Complement Med*. 2009;15(9):987-94.

32. Fitchett G, Rasinski K, Cadge W, Curlin FA. Physicians' experience and satisfaction with chaplains: a national survey. Arch Intern Med. 2009;169(19):1808-10.

33. Manek NJ, Crowson CS, Ottenberg AL, Curlin FA, Kaptchuk TJ, Tilburt JC. What rheumatologists in the United States think of complementary and alternative medicine: Results of a national survey. *BMC Complement Altern Med*. 201028;10:5.

34. Bekelman DB, Curlin FA, Parry C, Yamashita T, Fairclough D, Wamboldt FS. A comparison of two spirituality instruments and their relationship to depression and quality of life in chronic heart failure *J Pain Symptom Manage*. 2010;39(3):515-2.

35. Tilburt JC, Miller FG, Jenkins S, Kaptchuk TJ, Clarridge B, Bolcic-Jankovic D, Emanuel EJ, Curlin FA. Factors that influence practitioners' interpretations of evidence from alternative medicine trials: a factorial vignette experiment embedded in a national survey. *Med Care*. 2010; 48(4):341-8.

36. Stulberg D, Lawrence RE, Schattuck J, Curlin FA. Religious hospitals and primary care physicians: Conflicts over policies for patient care. *J Gen Intern Med*. 2010;25(7):725-30.

37. Lawrence RE, Rasinski KA, Yoon JD, Curlin FA. Obstetrician-gynecologists' beliefs about assisted reproductive technologies. *Obstetrics and Gynecology*. 2010;116(1):127-35.

38. Yoon JD, Rasinski K, Curlin FA. Moral controversy, directive counsel, and the doctor's role: Findings from a national survey of obstetrician-gynecologists. *Acad Med*. 2010;85(9):1475-81.

39. Lawrence RE, Rasinski KA, Yoon JD, Curlin FA. Obstetrician-gynecologist physicians' beliefs about emergency contraception: A national survey. *Contraception*. 2010;82(4):324-30.

40. Yoon JD, Rasinski KA, Curlin FA. Conflict and emotional exhaustion in obstetrician-gynecologists: A national survey. *J Med Ethics*. 2010;36(12):731-5.

41. Lawrence RE, Rasinski KA, Yoon JD, Curlin FA. Obstetrician-gynecologist physicians' views on contraception and natural family planning. *Am J Obstet Gynecol*. 2011;204:124.e1-7.

42. Lawrence RE, Rasinski KA, Yoon JD, Curlin FA. Factors influencing physicians' advice about female sterilization: a national survey. *Human Reproduction*. 2011;26(1):106-11.

43. Antiel RM, Curlin FA, Hook CC, Tilburt JC. The impact of medical school oaths and other professional codes of ethics: results of a national physician survey. *Arch Intern Med*. 2011;171(5):469-71.

44. Lawrence RE, Curlin FA. The rise of empirical research in medical ethics: a MacIntyrean critique and proposal. *J Med Philos*. 2011;36(2):206-16.

45. Lawrence RE, Rasinski KA, Yoon JD, Curlin FA. Adolescents, contraception, and confidentiality: a national survey of obstetrician-gynecologists. *Contraception*. 2011;84(3):259-65.

Farr A. Curlin, MD

46. Combs MP, Antiel RM, Tilburt JC, Mueller PS, Curlin FA. Conscientious refusals to refer: findings from a national physician survey. *J Med Ethics*. 2011;37(7):397-401.

47. Rasinski KA, Yoon JD, Kalad YG, Curlin FA. Obstetrician-gynecologists' opinions about conscientious refusal of a request for abortion: Results from a national vignette experiment. *J Med Ethics*. 2011;37(12):711-4.

48. Rasinski KA, Kalad YG, Yoon JD, Curlin FA. An assessment of US physicians' training in religion, spirituality and medicine. *Medical Teacher*. 2011;33(11):944-5.

49. Lawrence RE, Rasinski KA, Yoon JD, Curlin FA. Obstetrician-gynecologists' beliefs about safe-sex and abstinence counseling. *Int J Gynaecol Obstet.* 2011;114(3):281-5.

50. Chung GS, Lawrence RE, Curlin FA, Arora V, Meltzer DO. Predictors of hospitalised patients' preferences for physician-directed medical decision-making. *J Med Ethics*. 2012;38(2):77-82.

51. Williams JA, Meltzer DO, Arora V, Chung G, Curlin FA. Attention to inpatients' religious and spiritual concerns: Predictors and association with patient satisfaction. *J Gen Int Med*. 2011;26(11):1265-71

52. Stern RM, Rasinski KA, Curlin FA. Jewish physicians' beliefs and practices regarding religion/spirituality in the clinical encounter. *J Relig Health.* 2011;50(4):806-17.

53. Stulberg DB. Dude AM, Dahlquist I, Curlin FA. Abortion provision among practicing obstetrician-gynecologists. *Obstet Gynecol.* 2011;118(3):609-14.

54. Harris L, Cooper A, Rasinski KA, Curlin FA, Lyerly AD. Obstetrician-gynecologists' objections to and willingness to help patients obtain an abortion. *Obstet Gynecol.* 2011;118(4):905-912.

55. Chung GS, Lawrence RE, Yoon JD, Rasinski KA, Curlin FA. Obstetrician-gynecologists' beliefs about when pregnancy begins. *Am J Obstet Gynecol.* 2012;206(2):132.e1-7

    Letter Reply: Chung GS, Lawrence RE, Rasinski KA, Yoon JD, Curlin FA. Am J Obstet Gynecol. 2012;207(5):e9-e10.

56. Lawrence RE, Rasinski KA, Yoon JD, Koenig HG, Meador KG, Curlin FA. Physicians' beliefs about faith-based treatments for alcoholism. *Psychiatric Serv*. 2012;63(6):597-604.

57. Sobecki JN, Curlin FA, Rasinski KA, and Lindau ST. What we don't talk about when we don't talk about sex: Results of a national survey of U.S. obstetrician/gynecologists. *J Sex Med* 2012;9:1285–94

58. Karches KE, Chung G, Arora V, Meltzer DO, Curlin FA. Religiosity, spirituality, and end of life planning: A single-site survey of medical inpatients. *J Pain Symptom Manage*. 2012;44(6):843-51

59. Antiel RM, Curlin FA, James KM, Sulmasy DP, Tilburt JC. Dignity in end of life care: results of a national survey of US physicians. *Journal of Pain and Symptom Management*. 2012;44(3):331-9

60. Stulberg DB, Dude AM, Dahlquist I, Curlin FA. Obstetrician–gynecologists, religious institutions, and conflicts regarding patient care policies. *Am J Obstet Gynecol*. 2012;207(1):73.e1-5

61. Lawrence RE, Rasinski KA, Yoon JD, Meador KG, Koenig HG, Curlin FA. Primary care physicians' and psychiatrists' approaches to treating mild depression. *Acta Psychiatr Scand*. 2012;126(5):385-392

62. Rasinski KA, Lawrence RE, Yoon JD, Curlin FA. A sense of calling and primary care physicians' satisfaction in treating smoking, alcoholism and obesity. *Arch Intern Med.* 2012;172(18):1423-4.

63. Shin JH, Yoon, JD, Rasinski KA, Koenig HG, Meador KG, Curlin FA. A spiritual problem? Primary care physicians' and psychiatrists' interpretations of medically unexplained symptoms. *J Gen Intern Med*. 2013;28(3):392-8

**Farr A. Curlin, MD**

64. Lawrence RE, Rasinski KA, Yoon JD, Curlin FA. Physicians' beliefs about the nature of addiction: a survey of primary care physicians and psychiatrists. *Am J Addict*. 2013;22(3):255-60

65. Putman MS, Yoon JD, Rasinski KA, Curlin FA. Intentional sedation to unconsciousness at the end of life: Findings from a national physician survey. *J Pain Symptom Manage.* 2013;46(3):326-34.

    Authors' reply to Dirksen et al. Putman MS, Curlin FA. J Pain Symptom Manage. 2013;45(5):e2-3.

66. Lawrence RE, Rasinski KA, Yoon JD, Curlin FA. Religion and anxiety treatments in primary care patients. *Anxiety Stress Coping.* 2013;26(5):526-38.

67. Lawrence RE, Rasinski KA, Yoon JD, Curlin FA. Religion and beliefs about treating medically unexplained symptoms: a survey of primary care physicians and psychiatrists. *Int J Psych Med*. 45(1); 2013: 31-44.

68. Sheppe A, Nicholson R, Rasinski KA, Yoon JD, Curlin FA. Providing guidance to patients: physicians' views about the relative responsibilities of doctors and religious communities. *South Med J.* 2013;106(7):399-406

    Commentary: Perkins HS. South Med J. 2013;106(7):407-8

69. Combs MP, Rasinski KA, Yoon JD, Curlin FA. Substituted judgment in principle and practice: A national physician survey. *Mayo Clinic Proceedings*. 2013;88(7):666-73.

70. Tilburt JC, James K, Jenkins SM, Antiel RM, Curlin FA, Rasinski KA. "Righteous Minds" in health care: Measurement and explanatory value of social intuitionism in accounting for the moral judgments of U.S. physicians. *PLoS One*. 2013;8(9):e73379.

71. Antiel RM, Curlin FA. The moral psychology of rationing among physicians: The role of harm and fairness intuitions in physician objections to cost-effectiveness and cost-containment. *Philos Ethics Humanit Med.* 2013;8(1):13.

72. Padela AI, Curlin FA. Religion and disparities: Considering the influences of Islam on the health of American Muslims. *J Relig Health*. 2013;52(4):1333-45.

73. Wolenberg KM, Yoon JD, Rasinski KA, Curlin FA. Religion and United States physicians' opinions and self-predicted practices concerning artificial nutrition and hydration. *J Relig Health.* 2013;52(4):1051-65.

74. Putman MS, Yoon JD, Rasinski KA, Curlin FA. Directive counsel and morally controversial medical decision-making: Findings from two national surveys of primary care physicians. *J Gen Int Med.* 2014; 29(2):335-340.

    Commentary: Zehnder NG. J Gen Intern Med. 2013 Nov 6

75. Antiel RM, O'Donnell EP, James KM, Hardt JJ, Curlin FA, Tilburt JC. Physician opinion and the HHS contraceptive mandate. *AJOB Empirical Bioethics*. 2014;5(1):56-60

76. Cook AF, Arora VM, Rasinski KA, Curlin FA, Yoon JD. The prevalence of medical student mistreatment and its association with burnout. *Academic Medicine*. 2014;89(5):749-54

77. Lawrence RE, Rasinski KA, Yoon JD, Curlin FA. Physician race and treatment preferences for depression, anxiety, and medically unexplained symptoms. *Ethn Health.* 2014;29:1-11.

78. Kim DT, Curlin FA, Wolenberg KM, Sulmasy DP. Religion in organized medicine: The Committee and Department of Medicine and Religion of the American Medical Association, 1961-1974. *Perspect Biol Med.* 2014;57(3):393-414

**Farr A. Curlin, MD**

79. Shim JM, Schneider J, Curlin FA. Patterns of user disclosure of complementary and alternative medicine (CAM) use. *Med Care*. 2014;52(8):704-8

80. Padela AI, Peek M, Johnson-Agbakwu CE, Hosseinian Z, Curlin F. Associations between religion-related factors and cervical cancer screening among Muslims in greater Chicago. *J Low Genit Tract Dis*. 2014;18(4):326-32.

81. Lawrence RE, Rasinski KA, Yoon JD, Curlin FA. Primary care physicians' and psychiatrists' willingness to refer to religious mental health providers. *International Journal of Social Psychiatry*. 2014;60(7):627-36.

82. Lee RT, Barbo A, Lopez G, Melhem A, Lin H, Olopade OI, Curlin FA. National survey of US oncologists' knowledge, attitudes, and practice patterns regarding herb and supplement use by patients with cancer. *Journal of Clinical Oncology.* 2014;32(36):4095-101

83. Kim DT, Curlin FA, Wolenberg KM, Sulmasy DP. Back to the Future: The AMA and Religion, 1961-1974. *Academic Medicine*. 2014;89(12):1603-9.

    Wolenberg K, Kim D, Curlin F, Sulmasy D. In reply to Cayley. Acad Med. 2015;90(5):547

84. Lewis-Newby M, Wicclair M, Pope T, Rushton C, Curlin F, Diekema D, Durrer D, Ehlenbach W, Gibson-Scipio W, Glavan B, Langer RL, Manthous C, Rose C, Scardella A, Shanawani H, Siegel MD, Halpern SD, Truog RD, White DB. An official American Thoracic Society policy statement: managing conscientious objections in intensive care medicine. *Am J Respir Crit Care Med*. 2015;191(2):219-27.

85. Ravella KC, Curlin FA, Yoon JD. Medical school ranking and medical student vocational identity. *Teach Learn Med.* 2015; 27(2): 123-129

86. Lawrence RE, Rasinski KA, Yoon JD, Curlin FA Psychiatrists' and primary care physicians' beliefs about overtreatment of depression and anxiety. *J Nerv Ment Dis*. 2015;203(2):120-5.

87. Smyre CL, Yoon JD, Rasinski KA, Curlin FA. Limits and responsibilities of physicians addressing spiritual suffering in terminally ill patients. *J Pain Symptom Manage.* 2015;49(3):562-9

88. Yoon JD, Shin JH, Nian AL, Curlin FA. Religion, sense of calling and the practice of medicine: Findings from a national survey of primary care physicians and psychiatrists. *Southern Medical Journal.* South Med J. 2015;108(3):189-95

89. Padela AI, Malik AY, Curlin FA, De Vries R. [Re]considering respect for persons in a globalizing world. *Developing World Bioethics*. 2015; 108(2):98–106

90. Padela AI, Murrar S, Adviento B, Liao C, Hosseinian Z, Peek M, Curlin FA. Associations between religion-related factors and breast cancer screening among American Muslims. *J Immigr Minor Health.* 2015;17(3):660-9.

91. Carey GB, Curlin FA, Yoon JD. Medical student opinions on character development in medical education: A national survey. *BMC Res Notes*. 2015;8:455.

92. Choi PJ, Curlin FA, Cox CE. "The patient is dying, please call the chaplain": The activities of chaplains in one medical center's intensive care units. *J Pain Symptom Manage.* 2015;50(4):501-6

93. Ernecoff NC, Curlin FA, Buddadhumaruk P, White DB. Health care professionals' responses to religious or spiritual statements by surrogate decision makers during goals-of-care discussions. *JAMA Intern Med.* 2015;175(10):1662-9

    Ernecoff NC, Curlin FA, White DB. Spiritual Care Providers and Goals-of-Care Discussions--Reply. *JAMA Intern Med*. 2016;176(2):279.

**Farr A. Curlin, MD**

94. Leffel GM, Oakes RA, Curlin FA, Yoon JD. Relevance of the rationalist-intuitionist debate for ethics and professionalism in medical education. *Adv Health Sci Educ Theory Pract.* 2015;20(5):1371-83

95. Yang YT, Curlin FA. Why physicians should oppose assisted suicide. *JAMA*. 2016;315(3):247-8

96. Curlin FA. What does *any* of this have to do with being a physician? Kierkegaardian irony and the practice of medicine. *Christian Bioethics*. 2016;22(1):62–79

97. Yoon JD, Daley BM, Curlin FA. The association between a sense of calling and physician well-being: A national study of primary care physicians and psychiatrists. *Acad Psychiatry*. 2017;41(2):167-173

98. Brauer SG, Yoon JD, Curlin FA. US Primary care physicians' opinions about conscientious refusal: A national vignette experiment. *J Med Ethics*. 2016;42(2):80-4.

99. Salmoirago-Blotcher E, Fitchett G, Leung K, Volturo G, Boudreaux E, Crawford S, Ockene I, Curlin F. An exploration of the role of religion/spirituality in the promotion of physicians' wellbeing in Emergency Medicine. *Prev Med Rep.* 2016;3:189-95.

100. Hodges LE, Tak HJ, Curlin FA, Yoon JD. Whistleblowing in medical school: A national survey on professionalism and peer accountability in medical students. *Acad Psychiatry*. 2016;40(3):530-3.

101. Ayeh DD, Tak HJ, Yoon JD, Curlin FA. US physicians' opinions about accommodating religiously based requests for continued life-sustaining treatment. *J Pain Symptom Manage*. 2016;51(6):971-8.

102. Padela AI, Huda A, Ahmed M, Hosseinian Z, Curlin F. Religious identity & workplace discrimination: A national survey of American Muslim physicians. *AJOB Empirical Bioethics*. 2016;7(3):149-159

103. Chung GS, Yoon JD, Rasinski KA, Curlin FA. US physicians' opinions about distinctions between withdrawing and withholding life-sustaining treatment. *J Relig Health*. 2016;55(5):1596-606

104. Prochaska MT, Putman MS, Tak HJ, Yoon JD, Curlin FA. US physicians overwhelmingly endorse hospice as the better option for most patients at the end of life. *Am J Hosp Palliat Care.* 2017;34(6):556-558

105. Putman MS, Tak HJ, Yoon JD, Curlin FA. Quality of life and recommendations for further care. *Crit Care Med*. 2016;44(11):1996-2002

106. Chung GS, Diaz MJ, Arora V, Meltzer DO, Curlin FA. Changes in health status and frequency of attending religious services among medical inpatients with repeat admissions. *Journal of Religion, Spirituality & Aging*. 2016;28(4):349-358

107. Hvidt NC, Kørup AK, Curlin FA, Baumann K, Frick E, Søndergaard J et al. The NERSH International Collaboration on Values, Spirituality and Religion in Medicine: Development of Questionnaire, Description of Data Pool, and Overview of Pool Publications. *Religions*. 2016;7(8): 107. Available from DOI: 10.3390/rel7080107

108. Lee BM, Curlin FA, Choi PJ. Documenting presence: A descriptive study of chaplain notes in the intensive care unit. *Palliat Support Care.* 2017;15(2):190-196

109. Leffel BM, Oakes RA, Ham SA, Curlin FA, Yoon JD. Project on the Good Physician: A proposal for a moral intuitionist model of virtuous caring. *Teach Learn Med.* 2017;29(1):75-84

110. Yoon JD, Hunt NB, Ravella K, Jun C, Curlin FA. Physician burnout and the calling to care for the dying: A national survey. *Am J Hosp Palliat Care*. 2017;34(10):931-937

111. Tak HJ, Curlin FA, Yoon JD. Association of intrinsic motivating factors and markers of physician well-being: A national physician survey. *J Gen Intern Med*. 2017 Jul;32(7):739-746

**Farr A. Curlin, MD**

112. Brauer SG, Yoon JD, Curlin FA. Physician satisfaction in treating medically unexplained symptoms. *South Med J*. 2017;110(5):386-91

113. Hawking M, Curlin FA, Yoon JD. Courage and compassion: Virtues in caring for so-called "difficult" patients. *AMA Journal of Ethics*. 2017;19(4): 357-63

114. Putman MS, D'Alessandro A, Curlin FA, Yoon JD. Unilateral do not resuscitate orders: Physician attitudes and practices. *Chest*. 2017;152(1):224-225

115. Antiel R, Collura C, Flake A, Johnson M, Rintoul N, Lantos J, Curlin F, Tilburt J, Brown S, Feudtner C. Physician views regarding the benefits and burdens of prenatal surgery for myelomeningocele. *J Perinatol*. 2017;37(9):994-998

116. Hines H, Avile CJ, Rudakevych T, Curlin FA, Yoon JD. Physician perspectives on long-term relationships and friendships with patients: A national assessment. *South Med J*. 2017;110(11):679-684

117. Antiel RM, Flake AW, Johnson MP, Khalek N, Rintoul NE, Lantos JD, Curlin FA, Tilburt JC, Feudtner C. Specialty-based variation in applying maternal-fetal surgery trial evidence. *Fetal Diagn Ther*. 2017;42(3):210-217

118. Antiel RM, Flake AW, Collura C, Johnson M, Rintoul N, Lantos J, Curlin FA, Tilburt J, Brown SD, Feudtner C. Weighing the social and ethical considerations of maternal-fetal surgery. *Pediatrics*. 2017;140(6).

119. O'Connell TF, Ham S, Hart T, Curlin FA, Yoon JD. A national longitudinal survey of medical students' intentions to practice among the underserved. *Acad Med*. 2018;93(1):90-97

120. Smyre CL, Tak HJ, Dang A, Yoon JD, Curlin FA. Physicians' opinions on engaging patients' religious and spiritual concerns: A national survey. *J Pain Symptom Manage*. 2018;55(3):897-905

121. Frush B, Brauer SG, Yoon JD, Curlin FA. Physician decision-making in the setting of advanced illness: An examination of patient disposition and physician religiousness. *J Pain Symptom Manage*. 2018;55(3):906-912

122. Antiel RM, Curlin FA, Lantos JD, Collura CA, Flake AW, Johnson MP, Rintoul NE, Tilburt JC, Brown SD, Feudtner C. Attitudes of paediatric and obstetric specialists toward prenatal surgery for lethal and non-lethal conditions. *J Med Ethics*. 2018;44(4):234-238

123. Yoon JD, Ham SA, Reddy ST, Curlin FA. Role models' influence on specialty choice for residency training: A national longitudinal study. *J Grad Med Educ*. 2018;10(2):149-154

124. Sobowale K, Ham S, Curlin FA, Yoon JD. Personality traits are associated with academic achievement in medical school: A nationally representative study. *Acad Psychiatry*. 2018;42(3):338-345

125. Leffel GM, Oakes Mueller RA, Ham SA, Karches KE, Curlin FA, Yoon JD. Project on the Good Physician: Further Evidence for the Validity of a Moral Intuitionist Model of Virtuous Caring. *Teach Learn Med*. 2018;30(3):303-316

126. Frush B, Eberly JB, Curlin FA. What should physicians and chaplains do when a patient believes God wants him to suffer? *AMA J Ethics*. 2018;20(7):E613-620

127. Choi PJ, Curlin FA, Cox CE. Addressing religion and spirituality in the intensive care unit: A survey of clinicians. *Palliat Support Care*. 2018 Apr 30:1-6.

128. Stavig A, Yoon JD, Curlin FA. Taking societal cost into clinical consideration: US physicians' views. *AJOB Empirical Bioethics*. 2018 Jul-Sep;9(3):173-180

**Farr A. Curlin, MD**

129. Curlin FA. Palliative sedation: clinical context and ethical questions. *Theor Med Bioeth*. 2018 Jun;39(3):197-209

130. Blythe JA, Curlin FA. "Just do your job": technology, bureaucracy, and the eclipse of conscience in contemporary medicine. *Theor Med Bioeth*. 2018 Dec;39(6):431-452

131. Choi PJ, Chow V, Curlin FA, Cox CE. Intensive care clinicians' views on the role of chaplains. *J Health Care Chaplain*. 2018 Dec 5:1-10

132. Curlin FA, Tollefsen C. Conscience and the way of medicine. *Perspect Biol Med*. 2019;62(3):560-575

133. Blythe JA, Curlin FA. How Should Physicians Respond to Patient Requests for Religious Concordance? *AMA J Ethics.* 2019;21(6): E485-492

134. Antiel RM, Curlin FA, Persad G, White DB, Zhang C, Glickman A, Emanuel EJ, Lantos JD. Should pediatric patients be prioritized when rationing life-saving treatments during COVID-19 pandemic. *Pediatrics*. 2020;146(3):e2020012542.

135. Tollefsen C, Curlin FA. Solidarity, trust, and Christian faith in the doctor–patient relationship. *Christian Bioethics.* 2021; 27(1):14–29

136. Curlin FA, Tollefsen C. Medicine against suicide: Sustaining solidarity with those diminished by illness and debility. *Christian Bioethics*. 2021; 27(3): 250–263

138. Frush BW, Curlin FA. POINT: Is it ethically appropriate for physicians to offer to pray with patients in the ICU? Yes. Chest. 2022 Apr;161(4):882-884.

      Frush BW, Curlin FA. Rebuttal From Drs Frush and Curlin. Chest. 2022 Apr;161(4):886-887.

137. Hvidt NC, Curlin F, Büssing A, Baumann K, Frick E, Søndergaard J, Nielsen JB, Lawrence R, Lucchetti G, Ramakrishnan P, Wermuth I, Hefti R, Lee E, Kørup AK. The NERSH Questionnaire and Pool of Data from 12 Countries: Development and Description. *J Relig Health*. 2022 Jun;61(3):2605-2630

139. Curlin F. "Sufficient for the day is its own trouble": Medicalizing risk and the way of Jesus. *Christian Bioethics.* 2023, 29(2):110-119.

140. Curlin FA. Responding wisely to persistent pain: Insights from patristic theology and clinical experience. *Christian Bioethics.* 2023 (in press)

141. Nicholson CP, Bodd MH, Sarosi E, Carlough MC, Lysaught MT, Curlin FA. The power of proximity: Toward an ethic of accompaniment in surgical care. *Hastings Center Report*. (in press, 2024)

Book chapters

1. Curlin FA. Social brains, spiritual medicine? In: The Chicago Social Brain Network. *Invisible Forces and Powerful Beliefs: Gravity, Gods, and Minds*. Upper Saddle River, New Jersey: FT Press; 2011

2. Curlin FA. Detachment has consequences: A note of caution from medical students' experiences of cadaver dissection. In: Lantos JD, ed. *Controversial Bodies: Ethical Issues in the Public Display of Plastinated Corpses*. Baltimore, MD: The Johns Hopkins University Press; 2011

3. Curlin FA. Hospice and palliative medicine's attempt at an art of dying. In Dugdale L, ed. *Dying in the Twenty-First Century: Toward a New Ethical Framework for the Art of Dying Well (Basic Bioethics)*. Cambridge MA: MIT Press; 2015

**Farr A. Curlin, MD**

4. Curlin FA. Religion and spirituality in medical ethics. In: Balboni M and Peteet J, eds. *Spirituality and Religion Within the Culture of Medicine: From Evidence to Practice.* New York: Oxford University Press; 2017

**Commentaries, Editorials, and Reviews**
1. Curlin FA. After harm: Medical error and the ethics of forgiveness. [book review] *BMJ*. 2005;331:1343
2. Curlin F, Burck RR. Patient counseling and matters of conscience. *Virtual Mentor*. 2005;7(5)
3. Curlin FA. Caution: Conscience is the limb on which medical ethics sits. *American Journal of Bioethics*. 2007;7(6): 30-32
4. Curlin FA, Roach CR. By intuitions differently formed: How doctors address spiritual issues in the clinical encounter. *American Journal of Bioethics*. 2007;7(7): 19-20
5. Lawrence RE, Curlin FA. Misplaced flexibility: Revise policies but cling to principles. *Am J Bioeth*. 2008;8(4):36-7.
6. Curlin FA. Conscience and clinical practice: Medical ethics in the face of moral controversy. *Theor Med Bioeth*. 2008;29(3):129-33.
7. Curlin FA. Commentary: A case for studying the relationship between religion and the practice of medicine. *Acad Med*. 2008;83(12):1118-20.
8. Curlin FA. Medicine's dance with death. [book review] *Public Discourse*. November 16, 2012. Available at: http://www.thepublicdiscourse.com/2012/11/6761/
9. Curlin FA. Holy transgressions: Breaching the wall between public religion and patient care. *Narrative Inquiry in Bioethics*. 2014;4(3):221-6.
10. Curlin FA, Meador KG. Setting medicine in the context of a faithful Christian life. *Christian Bioethics*. 2016;22(1): 1–4
11. Curlin FA, Powell K. Editors' Introduction: Examining deeper questions posed by disputes about conscience in medicine. *Perspect Biol Med*. 2019;62(3):379-382
12. Curlin F. Brain death: new questions and fresh perspectives. *Theor Med Bioeth*. 2019;40(5), 355-358
13. Curlin FA. On the opinions of US adults regarding religiously affiliated health care facilities. *JAMA Network Open*. 2019;2(12):e1919013
14. Curlin F, Scherz P. Theological and ethical problems with medicalizing risk. *Christian Bioethics*. 2023;29(2):105–109

**Letters to the editor, other**
1. Curlin FA. Euthanasia in severely ill newborns. *New England Journal of Medicine.* Jun 2 2005;352(22):2353-2355; author reply 2353-2355 [PMID 15938015]
2. Curlin F. Talking through your epistemological hat. *Hastings Center Report*. 2006; 36(4):7-8; author reply 8
3. Lawrence R, Curlin F. Faith matters—but how? *Stillpoint* [Gordon College]. Fall 2007. 18-19
3. Sulmasy DP, Curlin F, Brungardt GS, Cavanaugh T. Justifying different levels of palliative sedation. *Ann Intern Med*. 2010 Mar 2;152(5):332-3; author reply 333

**Testimony as an expert witness in the previous four years**
1. *Whole Woman's Health v. Todd Rokita*, No. 1:18-cv-01904 (S.D. Ind.)
2. *Planned Parenthood v. Joseph Minor*, No. 2:19-cv-00238 (D. Utah)
3. *Bernard v. Indiana Licensing Board*, No. 1:19-cv-1660 (S.D. Ind.)
4. *All Options v. Attorney General of Indiana*, No 1:21-cv-1231 (S.D. Ind.)
5. *Estabrook v. Scott & White Hospital*, No. 18-002323-cv-272 (272nd D. Texas)
6. *PetitHomme v. Fairfax Neonatal Associates*, No. CL2020-07881 (Virginia)
7. *Sistersong v. State of Georgia,* No. 2022-CV-367796 (Superior Ct., Fulton County, GA)

**Farr A. Curlin, MD**

8. *Planned Parenthood v. Medical Licensing Board,* No. 53C06-2208-PL-001756 (Monroe County Circuit Ct, IN)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| BRIANNA BOE, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Intervenor Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:22-cv-184-LCB |
| | ) | |
| HON. STEVE MARSHALL, in his | ) | |
| Official capacity as Attorney General, | ) | |
| of the State of Alabama, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**SUPPLEMENTAL EXPERT REPORT OF**
**DR. FARR CURLIN, M.D.**

EXHIBIT

2

# Table of Contents

I.    CREDENTIALS ......................................................................................................... 1

II.   MATERIALS REVIEWED .......................................................................................... 2

III.  QUESTIONS ADDRESSED......................................................................................... 2

IV.   SUMMARY OF OPINIONS......................................................................................... 3

V.    THE SCIENTIFIC CONTEXT RELEVANT TO ETHICAL ANALYSIS. ................. 5

      A.   The hoped-for benefits from MGT are unproven................................................. 5

      B.   The risks of harm from MGT are substantial and serious. .................................. 7

      C.   The fact that a particular intervention is medically indicated for one condition in one
      population does not imply that it is medically or ethically defensible for a different condition
      in a different population. ............................................................................................ 8

      D.   The fact that GD is listed as a disorder in the Diagnostic and Statistical Manual of Mental
      Disorders (DSM 5) does not imply that GD marks a disorder of the body that warrants MGT in
      minors. .......................................................................................................................... 9

      E.   Statements by U.S. medical and advocacy organizations do not establish that MGT is
      medically necessary. ................................................................................................... 10

      F.   If WPATH allowed the SOC 8 development process to be influenced by financial and
      other non-medical considerations, then WPATH's Standards of Care report is unreliable not
      only because it is contradicted by the evidentiary base, but also because it is the product of
      ethical misconduct. ..................................................................................................... 11

      G.   The problematic influence of fear and intimidation on the scientific discourse relating to
      responses to gender dysphoria. ................................................................................. 12

VI.   APPLICATION OF PRINCIPLES OF MEDICAL ETHICS TO THE STATE OF SCIENTIFIC
KNOWLEDGE CONCERNING THE BENEFITS, HARMS, AND RISKS OF MGT. .................................. 13

      A.   The state of evidence does not support the conclusion that the ethical principle of
      equipoise forbids withholding MGT from minors, including in studies in which a control group
      does not receive MGT. ................................................................................................ 13

      B.   An Institutional Review Board that approved the expanded clinical trial apparently
      advocated by the FDA would likely be violating its ethical obligations. .................... 15

      C.   Large and well-resourced medical systems have violated ethical principles by engaging in
      large-scale prescription of unproven therapies without undertaking well-designed research
      to evaluate safety and efficacy. ................................................................................... 17

VII.  THE POSSIBILITY OF MEANINGFUL INFORMED CONSENT TO MGT FOR MINORS IS
DOUBTFUL........................................................................................................................ 18

      A.   Doctors do not possess and are not providing information sufficient to enable children or
      parents to make "informed" decisions. ....................................................................... 18

B.   It has not been shown that minors are able to comprehend and reasonably evaluate the risks and lifelong implications of MGT. ........................................................................... 18

C.   There is evidence that many minors who are subjected to MGT cannot meet the informed consent requirement of "voluntariness." ....................................................... 20

D.   The fact that MGT is *wanted* by minors and their parents is not sufficient to justify MGT, medically or ethically. ........................................................................................................ 21

E.   Parental consent cannot satisfy the doctor's ethical obligation to obtain informed, comprehending, voluntary consent. ...................................................................................... 22

Appendix A: Bibliography and Other Materials Considered ......................................................... 26

Appendix B: Curriculum Vitae of Dr. Farr Curlin, MD ................................................................ 29

I.      CREDENTIALS

1.      I am the Josiah C. Trent Professor of Medical Humanities in the Trent Center for Bioethics, Humanities, and History of Medicine, and Professor in the Department of Medicine, at Duke University. I am also Co-Director of the Theology, Medicine, and Culture Initiative at Duke Divinity School and Senior Fellow in Duke University's Kenan Institute for Ethics. Prior to joining the Duke University faculty in January 2014, I served on the faculty of the University of Chicago.

2.      I am licensed to practice medicine and maintain medical licensure in the State of North Carolina. I am an internist with board certification in Internal Medicine, as well as subspecialty board certification in Hospice and Palliative Medicine. From 2001 to 2013, I practiced general internal medicine, maintaining an outpatient primary care clinic from 2001 to 2008, and attending on the inpatient wards at the University of Chicago Hospitals from 2003 until I moved to Duke University at the end of 2013. Since January 2014, I have served as a palliative medicine consultant and hospice physician at Duke University.

3.      I completed a fellowship in clinical medical ethics at the University of Chicago, and I have served on the medical ethics faculties of the University of Chicago and Duke University for 19 years, providing clinical ethics consultations (at the University of Chicago), attending regular ethics case conferences, teaching medical ethics, and completing research studies and other scholarly work regarding medical ethics. In addition, I was named to the Greenwall Foundation Faculty Scholars Program in Bioethics, through which, over the subsequent decade, I met numerous times with a community of leading scholars in bioethics.

4.      My work on medical ethics has included peer-reviewed publications, invitations to lecture at universities nationwide and internationally, and being asked to speak as an expert before national advisory bodies. I have received awards in bioethics. My training, research, and experience give me familiarity with professional ethical norms regarding clinical medicine—their content, history, and application to clinical contexts, including the context of "gender affirmation." As reflected in my CV, I have published an academic book that addresses, and have given invited talks at a major medical school concerning, ethical issues surrounding transgender medicine.

5.      In addition, I completed a two-year postdoctoral fellowship in health services research at the University of Chicago, and I have spent a substantial portion of my time since then conducting and publishing empirical research, including research on physicians' attitudes and practices regarding controversial practices. This training and experience give me added expertise in interpreting and applying scientific data to clinical contexts. My credentials and experience are

documented in further detail in my curriculum vitae, which I attach as Appendix B to this Report.

6.　　This report presents my independent, expert opinions based on my study, training, and experience as a physician, biomedical ethicist, and health services researcher; my review of relevant scholarly literature; and my discussions over the years with colleagues in medicine and bioethics. I do not speak herein for Duke University, nor is the affidavit intended to represent the opinions or policies of Duke University. I am being compensated for my time spent on this matter at a rate of $500 per hour, and $250 per hour for time spent on travel required to give testimony.

7.　　My most recent curriculum vitae, which lists my publications and my testimony provided within the last four years, is provided as Appendix B to this Report.

## II.　MATERIALS REVIEWED

8.　　As part of my preparation of this report, I have reviewed the materials listed in Appendix A to this Report.

## III.　QUESTIONS ADDRESSED

9.　　 Dr. McNamara has asserted that "no institutional review board would approve a research protocol on a randomized control trial in essential medical treatment for gender dysphoria because of the established science which demonstrates the efficacy of treatment with transitioning medications." (McNamara Report 20-21.) Similarly, Dr. Antommaria states that "For randomized trials to be ethical, clinical equipoise must exist; that is, there must be uncertainty about whether the efficacy of the intervention or the control is greater." He asserts that a randomized trial in which the control group does not receive puberty blockers or cross-sex hormones would be unethical. (Antommaria Report 15-16.)

10.　　More recently, the Intervenor United States, through its agency the FDA, has issued a letter stating that it would be "reasonable" to include males down to age 13 in a clinical trial of cross-sex administration of estradiol as a medicalized gender transition ("MGT") treatment,[1] while suggesting that such a trial need not include a placebo control.[2] Meanwhile, the American Academy of Pediatrics (AAP), which has submitted an amicus brief in this case and which issued the 2018 "Policy Statement" which Plaintiffs and their experts have cited to this Court, recently

---

[1] In this report I use the term "medicalized gender affirmation" to refer to the use of puberty blockers and cross-sex hormones in patients experiencing gender dysphoria.
[2] https://www.statnews.com/2023/11/28/fda-gender-affirming-care-estrogen-approval/.

submitted a brief in another litigation addressing restrictions on MGT for minors in which the AAP asserted:

> '[I]n transgender clinical research individual randomized controlled trials (RCTs) may not always be feasible or ethically acceptable.' Sari L. Reisner et al., Advancing Methods for U.S. Transgender Health Research, 23(2) Curr. Opin. Endocrinal Diabetes Obes. 198, 199 (2016). With preexisting guidelines that recommend gender-affirming care for those with gender dysphoria, randomized controlled trials would violate the principle of equipoise, which safeguards the rights of individual trial participants. Richard J. Lilford & Jennifer Jackson, Equipoise and the Ethics of Randomization, 88 J. R. Soc. Med. 552, 552 (1995).[3]

11.    Plaintiffs will likely claim that this letter from the FDA and this statement from the AAP support their experts' contention that it is unethical to withhold medical transition from minors.

12.    I have been asked to give my expert opinion regarding whether withholding medicalized "gender affirmation" or "gender transition" treatments (MGT) from minors, whether to provide a control arm in a clinical experiment, or out of concern for potential harm to the patients, is consistent with the principle of equipoise in clinical research and other well-established principles of medical ethics.

## IV.    SUMMARY OF OPINIONS

13.    While I set out my opinions throughout this report, I summarize here key aspects of those opinions.

14.    I take as a premise, based on the science reviewed and the opinions offered by Drs. Cantor and Laidlaw, that the mental health benefits that are claimed to justify the administration of medicalized gender affirmation treatments to minors are currently unproven and disputed among informed observers. Position statements from professional associations cannot substitute for scientific evidence.

15.    I also take it as a premise, based on the science reviewed and the opinions offered by Drs. Cantor and Laidlaw, that the known or reasonably anticipated harms to children and adolescents from MGT treatments are substantial and serious, threatening sterilization, failure to develop healthy sexual

---

[3] Brief of Amicus Curiae American Academy of Pediatrics submitted to the Supreme Court in *Williams et al. v. Skrmetti* (No. 23-466) on Petition for a Writ of Certiorari, dated December 4, 2023, at 22 n. 72.

response, impaired neurological (brain) development, and multiple other harms to bodily health.

16.     There is not a consensus among medical professionals that MGT is beneficial or suitable for minors. This is amply supported by the published literature and the evaluations and position statements of a number of national health authorities of respected jurisdictions. Further, I know from my own experience and that of professional peers that both what is said and what is published in this field is severely distorted by what is sometimes referred to as a "cancel culture," with professionals fearing for their reputations and even their employment and livelihoods if they criticize or raise concerns about administration of MGT to minors, whether in scientific publications or in public discussion.

17.     It is not possible to conclude that it is known beyond "equipoise" that MGT is on the whole beneficial for minors who suffer from gender dysphoria. Therefore, the ethical principle of equipoise does not prohibit including control groups that receive only psychological counseling but not MGT in studies to evaluate the benefits and harms of MGT. Nor is there a basis to assert that it is unethical to withhold MGT from minors in a clinical setting *outside* the context of formal clinical experimentation.

18.     On the contrary, for multiple reasons there is a serious question whether it is allowable, under accepted principles of medical ethics, to administer MGT to minors. Based on the descriptions of the available science provided by Dr. Cantor, Dr. Laidlaw, and position statements from national health authorities, it appears that animal studies that could give meaningful information about potential harms of MGT (including sterilization, brain development, bone development, and cardiovascular health) have not yet been done; that well-designed studies to evaluate both harms and efficacy have not been conducted; and that plans for careful long-term monitoring and management of reasonably anticipated risks of such disruptions of natural hormone levels and bodily maturation and function have not been identified and followed.

19.     Further, it is not at all clear that meaningful informed consent for administration of MGT to minors can be obtained. There are strong reasons to doubt that minors can adequately appreciate and appropriately weigh the lifetime implications of sterilization, loss of sexual response, impaired neural development, and the other potential health and relational impacts identified in the literature, nor is it apparent that doctors possess (much less consistently disclose) adequate scientific information about these risks to enable anyone to make meaningfully informed decisions. Nor do ethical principles give parents unfettered power to provide effective consent on behalf of their children for medical interventions that pose such severe risks of irreversible harm to the bodily health of the child (including sterilization) in the absence of a countervailing and imminent threat of

bodily harm from a medical condition to be treated. No such imminent threat exists in the case of minors who experience gender dysphoria.

**V.    THE SCIENTIFIC CONTEXT RELEVANT TO ETHICAL ANALYSIS.**

**A.    <u>The hoped-for benefits from MGT are unproven.</u>**

20.    I have read the descriptions of the state of knowledge provided in the expert reports submitted by Drs. Cantor and Laidlaw. I have been asked to and do assume that the descriptions of the articles and studies that they provide are accurate for purposes of forming my opinions provided in this case. On that basis, it is evident that multiple respected health authorities and sources have recently opined that the safety and efficacy of hormonal interventions to treat gender dysphoria in minors remain uncertain and unproven. While I rely on Dr. Cantor's and Dr. Laidlaw's descriptions of the scientific literature, I have myself also reviewed the illustrative examples that I summarize below.

21.    An extensive review commissioned by England's National Health Service and chaired by eminent pediatrician Dr. Hilary Cass concluded that there has been "very limited research on the sexual, cognitive, or broader developmental outcomes" from the use of puberty blockers for gender dysphoria (Cass 2022 at 19), that it is an unanswered question "whether the evidence for the use and safety of [puberty blockers] is strong enough as judged by reasonable clinical standards" (Cass 2022 at 37), and that "the available evidence was not strong enough to form the basis of a policy position" with regard to use of both puberty blockers and cross-sex hormones in minors (Cass 2022 at 35).

22.    Systematic reviews of the safety and efficacy of puberty blockers and cross-sex hormones as treatment for gender dysphoria in minors have been conducted by the England National Institute for Health & Care Excellence (NICE). These reviews concluded that available clinical evidence of efficacy and safety in the relevant population is uniformly of "very low quality." (Cantor ¶¶ 79-84.) "Very low quality" within the GRADE system of evaluation of medical information means: "We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect." (GRADE Handbook at 13 (Section 5).)

23.    In 2022, the Swedish National Board of Health commissioned its own systematic review and concluded that "the evidence on treatment efficacy and safety is still insufficient and inconclusive for all reported outcomes," and that "[f]or adolescents with gender incongruence, the . . . risks of puberty suppressing treatment with GnRH-analogues and gender-affirming hormonal treatment currently outweigh the possible benefits." (Cantor ¶¶ 28, 86; Swedish Socialstyrelsen Support 2022 at 10-12.)

24.     In 2022, Norway's Healthcare Investigation Board (Ukom) concluded that "The knowledge base, especially research-based knowledge for gender-affirming treatment (hormonal and surgical), is insufficient and the long-term effects are little known" and that "This applies particularly to the teenage population." (Cantor ¶ 30-31; Ukom 2023, Summary and Section 7.)

25.     In 2020, the Finnish Council for Choices in Health Care in Finland concluded that medical transition of minors "is an experimental practice." (Cantor ¶ 169, quoting COHERE Recommendation (2020) translation.) Dr. Riittakerttu Kaltiala, Chief Psychiatrist in the Department of Adolescent Psychiatry at Finland's Tampere University Hospital, has recently stated that young people who received MGT were "deteriorating" rather than "thriving," that her clinic has observed gender dysphoria spreading like a "social contagion" among teenage girls, and that increasing numbers of patients have begun returning to their clinic saying that they now regret their transition. (Kaltiala 2023b [Free Press Interview].)

26.     Even the WPATH organization, which strongly advocates for medical transition of minors, repeatedly acknowledges the absence of vital science in its recently released and self-designated "Standard of Care" version 8 (SOC 8). The SOC 8 notes that a 2014 Dutch study "is the only study that followed youth from early adolescence... through young adulthood" (SOC 8 at S46) and "It is not clear if deviations from [the age and mental and social health screening requirements of the Dutch study approach] would lead to the same or different outcomes" (at S65). It also acknowledges that, "Despite the slowly growing body of evidence supporting the effectiveness of early medical intervention, the number of studies is still low, and there are few outcome studies that follow youth into adulthood." It adds, "A key challenge in adolescent transgender care is the quality of evidence evaluating the effectiveness of medically necessary gender-affirming medical and surgical treatments." (at S45-46.)

27.     Studies summarized by Drs. Cantor and Laidlaw likewise document serious uncertainty about the efficacy and safety of MGT as a treatment for gender dysphoria. (Cantor ¶¶ 148-154, 178-201; Laidlaw ¶¶ 90-175.)

28.     For example, a study from the Tavistock and Portman clinic in the UK found, "Relative to the time point before beginning puberty suppression, there were no significant changes in any psychological measure, from either the patients' or their parents' perspective." (Cantor ¶ 186.)

29.     Multiple other studies have found persistently high suicide rates after MGT. (Cantor ¶ 149.) A cohort study of minors by Kuper et al. found that suicidal ideation, suicidal attempts, and non-suicidal self-injury all went up after starting MGT (Cantor ¶ 1521), and, "No studies have documented any reduction in suicide rates in minors (or any population) as a result of medical transition" (Cantor ¶ 148), a fact acknowledged by WPATH (Cantor ¶ 150).

30.     I also reviewed two large and very recent studies discussed in Dr. Cantor's supplemental report dated February 2, 2024. The first (Glintborg 2023) examined the medical records of all individuals in Denmark diagnosed with gender dysphoria or gender incongruence from 2000 through 2021 (3812 patients, among whom 2089 underwent MGT). That study found that prescriptions of psychoactive medications increased rather than decreased after the start of MGT and remained elevated across multiple years. (Glintborg 2023 at. 341.) It also found that measures of negative mental health, compared against controls, "were stable after initiation of gender-affirming hormone treatment, without sign of decrease after date for first prescription of gender-affirming hormone." (at 342:2.) That is, the mental health of the patients who received MGT did not improve on average.

31.     The second study (Kaltiala 2023) examined the medical records of persons who had contacted the national gender identity service of Finland between 1996 and 2019 (3665 persons) and compared them to age and sex-matched controls. That study found that the need for psychiatric treatment did not go down after MGT interventions. (Kaltiala 2023 at 2:1.) The authors referenced similar findings from an earlier study and noted, "Their findings and ours do not suggest that medical GR interventions resolve psychiatric morbidity among people experiencing gender distress." (at 6:1.)

32.     Finally, I have reviewed the expert reports of Drs. McNamara, Antommaria, and Ladinsky and note that none of those reports cite any study that has found that medical transition reduced suicides in any population.

33.     All of this contradicts the plaintiffs' claim that MGT is medically necessary, since an intervention cannot be said to be medically necessary if the benefits of the intervention are unproven, or indeed are cast into serious doubt by the most recent large-scale studies.

**B.     The risks of harm from MGT are substantial and serious.**

34.     While the benefits of MGT for minors are at best unproven, the evidence summarized by Drs. Cantor and Laidlaw also indicates that MGT in minors poses risk of objective, often irreversible, harms to health, while also requiring life-long dependence on medical interventions.[4]

---

[4] McNamara writes, "The overwhelming majority of adolescents who receive transitioning medications continue to do so as adults." (McNamara at 23.)

35.     Risks of harm recognized in the literature include:

    a.  Sterilization (Cantor ¶¶ 206-207; Laidlaw ¶¶ 90-98, 157-159);

    b.  Lifetime lack of orgasm and sexual function (Cantor ¶ 208)—an adverse effect acknowledged by Marci Bowers, current president of WPATH (Cantor ¶ 209; Laidlaw ¶¶ 99-100);

    c.  Potential adverse effects on neurological and cognitive development (Cass Review Letter 2022 at 6; Cantor ¶¶ 210-214);

    d.  Reduced bone development, especially in male to female transition (Cantor ¶¶ 217 – 220; Laidlaw ¶¶ 101-112), the long-term effects of which have not been studied;

    e.  Harm to psychosocial development (Laidlaw ¶¶ 114-117); and

    f.  "Increased cardiovascular risk, osteoporosis, and hormone dependent cancers." (Cass 2022 at 36; Cantor ¶ 224; Laidlaw ¶¶ 126-129.)

36.     The leading Swedish pediatric gender clinic, following a systematic review of the available scientific evidence commissioned by Sweden's National Board of Health, concluded that hormonal interventions in minors are "fraught with extensive and irreversible adverse consequences such as cardiovascular disease, osteoporosis, infertility, increased cancer risk, and thrombosis," and that "In light of the above, and based on the precautionary principle, which should always be applied, it has been decided that hormonal treatments (i.e., puberty blocking and cross-sex hormones) will not be initiated in gender dysphoric patients under the age of 16." (Karolinska 2021, cited in Cantor ¶ 27.)

    **C.      The fact that a particular intervention is medically indicated for one condition in one population does not imply that it is medically or ethically defensible for a different condition in a different population.**

37.     The plaintiffs' experts have suggested that because the drugs used in MGT have been used to treat conditions such as precocious puberty and complete androgen insensitivity syndrome, it is unjust to prevent their use in minors with GD. But the plaintiffs' experts are comparing apples and oranges.

38.     While treatments for precocious puberty and complete androgen insensitivity syndrome aim to preserve and restore healthy development of secondary sex characteristics, MGT intentionally blocks healthy development of those characteristics. As Dr. Cantor notes, the former aim "to bring the patient within healthy norms", while the latter "is applied precisely to take the patient outside of healthy norms." (Cantor ¶ 276.) Similarly, while the Court noted that