

REVERSAL: Max Robinson, who detransitioned three years after starting her medical transition, says the experience "alienated me from my doctors." Max Robinson/Handout via REUTERS

"The whole experience alienated me from my doctors," she told Reuters.

Robinson began to speak publicly about her decision to detransition and in 2021 published "Detransition: Beyond Before and After," a book in which she details her own process of medical transition and detransition.

The other patient was Chloe Cole. According to a letter of intent to sue that her lawyers sent to Kaiser in November, Cole was 13 when a Kaiser doctor in 2018 put her on a puberty blocker, followed a few weeks later by testosterone, for her gender-affirming treatment.

At 15, Cole told Reuters, she also wanted top surgery. In an interview, she and her father said the doctors at Kaiser readily agreed, though he wanted to wait until she was older.

"They were so adamant," he said. He recalled the doctors telling him: "'At this age, they definitely know what their gender is.'" The father asked not to be named out of concern that speaking publicly might jeopardize his employment. Detransition, he said, "wasn't really discussed as a possibility."

In June 2020, a Kaiser surgeon performed a mastectomy on Cole, according to the letter of intent to sue. That was a month before her 16th birthday. Less than a year later, Cole said, she began to realize she regretted her surgery and medically transitioning in general after a discussion in school about breastfeeding and pregnancy.

Cole said that when she discussed her decision to detransition with her gender-care specialist at Kaiser, "I could tell that I made her upset that I was so regretful," Cole said in an interview. Eventually, the doctor offered to recommend a surgeon for breast reconstruction, Cole said, "but that's something I've decided to not go through with."

Cole has begun speaking out publicly in support of measures to end gender-affirming care for minors, appearing often on conservative media and with politicians who back such bans.

In the letter of intent, Cole's lawyers said Kaiser's treatment "represents gross negligence and an egregious breach of the standard of care."

Steve Shivinsky, a spokesman for Kaiser Permanente, declined to comment on the care provided to Cole and Robinson or whether they were included in the study, citing patient privacy.

In a statement, he said Kaiser's "clinicians are deeply interested in the outcomes of the care we provide and the individual's state of health and wellbeing before, during and beyond their gender transition." For adolescents seeking gender-affirming care, he said, "the decision always rests with the patient and their parents and, in every case, we respect the patients' and their families' informed decision to choose one form of care over another."

The Kaiser researchers followed up with patients in their study an average of 2.1 years after surgery. "The time to develop postoperative regret and/or dissatisfaction remains unknown and may be difficult to discern given that regret is quite rare," the researchers wrote.

## A change of perspective

MacKinnon, the assistant professor of social work, grew up as what he calls "a gender-nonconforming tomboy" in a small Nova Scotia town. After getting his degree in social work, he medically transitioned at 24 when he started taking testosterone. "It was a very slow build," MacKinnon said of his transition. He didn't identify as transgender as a child.

As a young researcher in Toronto, MacKinnon was drawn to work that exposed the barriers transgender people face in getting medical care and navigating daily life, interviewing clinicians and patients about their experiences. More recently, he turned his attention to detransition and regret.

In August 2021, MacKinnon published a paper in which he and his co-authors wrote that there was "scant evidence that detransition is a negative phenomenon" for patients that would justify limiting access to gender-affirming treatment. That conclusion angered many of the detransitioners he would later need to win over.

Michelle Alleva, a 34-year-old detransitioner in Canada, criticized MacKinnon's study in a blog post as another effort by gender-care supporters to whitewash the pain of regret and assuage clinicians' fears of malpractice lawsuits. Another detransitioner complained on Twitter that the word "regret" was put in quotes in the paper, undermining its legitimacy in her opinion.

Still skeptical that regret was a significant issue, MacKinnon in the autumn of 2021 embarked on his latest study and began talking to more people about their decisions to detransition. In July, he published a paper based on formal interviews with 28 of the more than 200 detransitioners he and his colleagues have found.

A third expressed either strong or partial regret about their transition. Some said their transitions should have proceeded more slowly, with more therapy. Others expressed regret about the lasting impact on their bodies. Some said their mental health needs weren't adequately addressed before transitioning. "They felt like their consent wasn't informed because they didn't initially understand what was going on that might have explained their feelings and suffering," MacKinnon told Reuters.





0:00 / 1:31

The patients' stories brought MacKinnon round to the view that the gender-care community needs to address regret, adjust treatment to reduce its incidence, and provide better support for detransitioners. "Some of what I've learned about detransitioners is identifying cracks in the gender-affirming care system, particularly for young people," he said.

In September, MacKinnon presented his findings to a small but attentive crowd at WPATH's annual conference in Montreal. A few weeks later, he shared his research more widely on Twitter. "We need to listen to and learn from the experiences of

LEARNING PROCESS: Kinnon MacKinnon described in a recent TikTok video how his research has changed his views on detransitioners.

detransitioners, not silence them," he wrote.

Some people applauded his work. Others criticized it. Robyn D., who identified as "quietly trans," replied on Twitter: "Transphobia disguised as academic opinion is the most poisonous of them all." She didn't respond to requests for comment from Reuters.

At his November symposium, MacKinnon didn't encounter the blowback from clinicians that he had expected. In fact, he accepted an invitation from one to speak about detransition at her medical practice.

Alleva, who had criticized MacKinnon's earlier study, was also there, one of the scores of detransitioners MacKinnon and his colleagues have talked to. She medically transitioned 12 years ago and then detransitioned in 2020 after a mastectomy, a hysterectomy and years of testosterone. She had refused to participate in his research because she didn't trust MacKinnon, but over the summer, they began talking.

"He reminded me of my old trans friends who I don't speak with anymore," Alleva said. "He actually listened to me."

# Few answers: A survey of the science on gender-care outcomes for youths

No large-scale, long-term studies have tracked the incidence of detransition and regret among patients who received gender-affirming treatment as minors. Studies that are available yield a wide range of results for various definitions of detransition, regret or continuation of care. Due to their limitations, the studies lack definitive answers. Here is an overview of frequently cited research:



2.2%

| COUNTRY | Sweden |
|---|---|
| RESEARCH INSTITUTIONS | Karolinska Institute, Karolinska University Hospital, Sahlgrenska University Hospital |
| PUBLISHED | May 2014 |

| | |
|---|---|
| RESULTS | The study's authors said they found a **2.2% regret rate** among patients who had gender reassignment surgeries in Sweden from 1960 to 2010. The researchers found 681 people who filed a government application for a legal change in gender and received surgery, which was available only to patients 18 and older. Among that group, 15 people later reversed their decisions and filed a "regret application" with a national health board. |
| LIMITATIONS | The authors said the regret rate for patients in the last decade reviewed, from 2001 to 2010, may have increased over time. "The last period is still undecided since the median time lag until applying for a reversal was 8 years," according to the study. |
| | Far fewer adolescents received gender-affirming medical care prior to 2010. Also, the assessment phase for patients in the study was much longer than what Reuters found most youth gender clinics in the U.S. offer today. The gender-care specialists in Sweden did approximately one year of evaluation before recommending any treatment, according to the study. |
| LINK | 10.1007/s10508-014-0300-8 |

**<1%**

| | |
|---|---|
| COUNTRY | Netherlands |
| RESEARCH INSTITUTION | Amsterdam University Medical Center |
| PUBLISHED | February 2018 |
| RESULTS | This study found a **rate of regret of less than 1%** among transgender men and women "who underwent gonadectomy," or removal of the testes or ovaries, from 1972 to 2015 in the Netherlands. |
| | The authors found 14 cases of regret out of 2,627 patient cases reviewed. The earliest any of the 14 started hormone treatment was 25. Until 2014, transgender people in the Netherlands had to undergo gonadectomy to change the gender on their birth certificate. For surgery, patients were required to be at least 18 and on hormone therapy for at least a year. |
| LIMITATIONS | The study didn't report regret among patients who didn't undergo surgery. Thirty-six percent of patients overall didn't return to the clinic after several years of treatment and were lost to follow-up. |
| | People treated in the last decade of the study may report regret later. "In our population the average time to regret was 130 months, so it might be too early to examine regret rates in people who started with (hormone therapy) in the past 10 years," the authors wrote. |
| LINK | https://www.jsm.jsexmed.org/article/S1743-6095(18)30057-2/fulltext |

**2%**

| | |
|---|---|
| COUNTRY | Netherlands |
| RESEARCH INSTITUTION | Amsterdam University Medical Center |

| | |
|---|---|
| PUBLISHED | October 2022 |
| RESULTS | Researchers found that 98% of 720 adolescents who started on puberty blockers before taking hormones had continued with treatment after four years on average. The authors used a nationwide prescription drug registry in the Netherlands to track whether patients were still taking hormones. |
| LIMITATIONS | The researchers didn't identify the reasons why **2% of patients had stopped treatment**. The adolescents in the Netherlands also went through a lengthy assessment process, a year on average, before being recommended for medical treatment. For that reason, the Dutch researchers say, their results may not be applicable more broadly.<br><br>"There might be a difference because of that diagnostic phase," said Dr Marianne van der Loos, the study's lead author and a physician at Amsterdam University Medical Center's Center for Expertise on Gender Dysphoria. "If you don't have that, maybe more people will start treatment and reconsider it later on because they didn't get help during that phase by a mental health professional." |
| LINK | https://www.thelancet.com/journals/lanchi/article/PIIS2352-4642(22)00254-1/fulltext |



25.6%

| | |
|---|---|
| COUNTRY | United States |
| RESEARCH INSTITUTIONS | Children's Mercy Kansas City, Uniformed Services University, U.S. Department of Defense |
| PUBLISHED | May 2022 |
| RESULTS | The authors said that **more than a quarter of patients** who started gender-affirming hormones before age 18 **stopped getting refills** for their medication within four years. The study examined 372 children of active duty and retired service members in the U.S. military insurance system, known as TRICARE. |
| LIMITATIONS | It's unclear why patients stopped their medication because the study only examined pharmacy records. The researchers said the number of patients who stopped hormones is likely an overestimate because they couldn't rule out that some patients got hormones outside of the military system, perhaps at college or with different health insurance.<br><br>The follow-up period for many patients was relatively short. The researchers examined patients enrolled from 2009 to 2018, but 58% of the patients started hormones in the last 22 months of the study. |
| LINK | https://doi.org/10.1210/clinem/dgac251 |



8.3%

| | |
|---|---|
| COUNTRY | United Kingdom |

| | |
|---|---|
| RESEARCH INSTITUTIONS | University College London Hospitals, Leeds Teaching Hospitals, Tavistock and Portman clinic – National Health Service Trust |
| PUBLISHED | July 2022 |
| RESULTS | Researchers found that 90 patients, or **8.3%**, of 1,089 adolescents referred for gender-affirming care at endocrinology clinics **no longer identified as gender-diverse**, either before or after starting on puberty blockers or hormones. The review spanned patients who were treated from 2008 through 2021. |
| LIMITATIONS | The authors noted the 8.3% figure may be an underestimate because 62 additional patients, or 5.4% of all participants, moved away or didn't follow up with the clinics. |
| LINK | https://adc.bmj.com/content/107/11/1018 |



13.1%

| | |
|---|---|
| COUNTRY | United States |
| RESEARCH INSTITUTIONS | Fenway Institute, Massachusetts General Hospital |
| PUBLISHED | March 2021 |
| RESULTS | Drawing on the 2015 U.S. Transgender Survey, the authors found that **13.1%** of 17,151 respondents **had detransitioned** for some period of time. |
| | Some of the common reasons respondents provided were pressure from a parent (35.6%), pressure from their community or societal stigma (32.5%), or difficulty finding a job (26.9%). Nearly 16% of respondents cited at least one "internal driving factor, including fluctuations in or uncertainty regarding gender identity," according to the study. Half of the people who reported detransitioning had taken gender-affirming hormones. |
| LIMITATIONS | By design, the authors said, all respondents identified as transgender at the time of survey completion, and the survey wasn't intended to capture people who detransitioned and no longer identified as transgender. |
| LINK | https://www.liebertpub.com/doi/10.1089/lgbt.2020.0437 |

### REUTERS INVESTIGATES

 More Reuters investigations and long-form narratives

 Got a confidential news tip? Reuters Investigates offers several ways to securely contact our reporters

**Youth in Transition**
By Robin Respaut, Chad Terhune and Michelle Conlin
Photo editing: Corinne Perkins
Art direction: John Emerson
Edited by Michele Gershberg and John Blanton

Follow Reuters Investigates

OTHER REUTERS INVESTIGATIONS



### Putin's war

Reuters traced one Russian officer class through training to the Ukraine battlefield, where some died and some were decorated.



### Ukraine's lost children

How Russia's removal of children from Ukraine is supported by a vast machinery to deport, house and re-educate. Reuters traces the journeys of two groups of kids.



### Death in Darfur

The Masalit people are being driven from Sudan's Darfur region in a campaign of bombing and massacres. Reuters has identified 6 key commanders in the violence.



### Stunning Truths

Axon CEO Rick Smith says his Taser business was inspired by the shooting deaths of two friends – a misrepresentation that fits a company pattern.



# In vitro fertilization outcomes in a mouse model of gender-affirming hormone therapy in transmasculine youth

Cynthia Dela Cruz, Ph.D.,[a,b] Abigail Wandoff, B.S.,[c] Margaret Brunette, M.S.,[c] Vasantha Padmanabhan, Ph.D.,[a,d] Ariella Shikanov, Ph.D.,[a,c] and Molly B. Moravek, M.D., M.P.H.[a,e]

[a] Department of Obstetrics and Gynecology, University of Michigan, Ann Arbor, Michigan; [b] Postdoctoral Translational Scholar Program, Michigan Institute for Clinical and Health Research, University of Michigan, Ann Arbor, Michigan; [c] Department of Biomedical Engineering, University of Michigan, Ann Arbor, Michigan; [d] Department of Pediatrics and Communicable Diseases, University of Michigan, Ann Arbor, Michigan; [e] Department of Urology, University of Michigan, Ann Arbor, Michigan

**Objective:** To investigate in vitro fertilization (IVF) outcomes in an adolescent transmasculine mouse model mimicking gender-affirming hormone therapy in prepubertal youth, both on testosterone (T) and after T washout.
**Design:** Experimental laboratory study using a validated mouse model.
**Setting:** University-based basic science research laboratory.
**Animal(s):** A total of 80 prepubertal 26-day-old C57BL/6N female mice were used in this study.
**Intervention(s):** Animals (n = 10/group) were implanted subcutaneously with gonadotropin-releasing hormone agonist at 3.6 mg or received sham surgery. After 21 days, they were implanted with silastic tubing containing either T 10 mg or placebo for 6 weeks. After 6 weeks, a group of animals were superovulated for immediate IVF, and another group had the implant removed and went through superovulation for IVF after 2 weeks (washout IVF). The total number of oocytes yielded, oocyte maturity rate, fertilization rate, and numbers of 2-cell embryos, 4–8-cell embryos, morula, blastocysts, and hatching blastocysts were recorded.
**Result(s):** Testosterone treatment negatively impacted IVF outcomes in animals stimulated when receiving T, but not after T washout. Pretreatment with gonadotropin-releasing hormone agonist did not affect IVF outcomes.
**Conclusion(s):** Although current T had a negative impact on IVF outcomes compared with controls, animals were still able to produce viable oocytes for fertilization and develop into blastocysts. Future efforts to study the impact of long-term T exposure on oocyte quality, especially aneuploidy rates, pregnancy outcomes, and live birth rates, are necessary. (Fertil Steril Sci® 2023;4:302–10. ©2023 by American Society for Reproductive Medicine.)
**Key Words:** Mouse model, GnRH agonist, testosterone, transmasculine youth, fertility outcomes

Gender-affirming hormone therapy (GAHT) in peripubertal transmasculine youth may comprise gonadotropin-releasing hormone agonist (GnRH-a) treatment to suppress puberty and block the development of secondary sexual characteristics (1–4), followed later by testosterone (T) treatment to align physical characteristics with their gender identity (5–7).

The number of adolescents seeking GAHT has been increasing, and recent guidelines recommend the use of hormone therapy as early as 14 years old (7, 8). Given the possibility of fertility impairment, the World Professional Association for Transgender Health, Endocrine Society, and American Society of Reproduction recommend discussing fertility preservation and family planning before initiating GAHT (7, 9–12). Despite this, a recent study showed that only 2.8% of transgender youth chose fertility preservation before starting to transition (13).

Received April 28, 2023; revised and accepted August 8, 2023.
Supported by the Michigan Institute for Clinical and Health Research grants KL2 TR 002241 and UL1 TR 002240 (to C.D.C.); University of Michigan Office of Research funding U058227 (to A.S.); American Society for Reproductive Medicine and Society for Reproductive Endocrinology and Infertility Grant (to M.B.M.); and National Institutes of Health R01-HD098233 (to M.B.M.). The University of Virginia Center for Research in Reproduction, Ligand Assay and Analysis Core Facility was supported by the Eunice Kennedy Shriver NICHD/NIH grants P50-HD028934 and R24-HD102061.
The data underlying this article are available in the article.
Correspondence: Molly B. Moravek, M.D., M.P.H., Department of Obstetrics and Gynecology, University of Michigan, 1500 E. Medical Center Dr., L4000 University Hospital South, Ann Arbor, Michigan 48109 (E-mail: mpenderg@med.umich.edu).

Fertil Steril Sci® Vol. 4, No. 4, November 2023 2666-335X/$36.00
© 2023 American Society for Reproductive Medicine. Published by Elsevier Inc. All rights reserved.
https://doi.org/10.1016/j.xfss.2023.08.001

EXHIBIT 9

Barriers to fertility preservation include the desire to move forward with medical transition without delay, cost, invasiveness of procedures, discrimination, lack of awareness, and concern for worsening gender dysphoria (14–17).

Significant gaps exist in the literature regarding the fertility potential of transmasculine people who underwent treatment with GnRH-a-T as adolescents (13, 14). Although there are case reports of successful oocyte cryopreservation for fertility preservation in transmasculine youth, these studies were performed before starting GAHT and did not evaluate later in vitro fertilization (IVF) outcomes (5, 18). Additional studies evaluating fertility preservation potential in adults varied in terms of whether it was before or after T cessation, the nature of T formulation, the regimen of T treatment, and the duration of prestimulation T cessation, as well as the fact that none of the cases received pretreatment with GnRH-a as an adolescent (19, 20), thus precluding an accurate assessment of fertility outcomes in this population.

We recently developed a translational mouse model mimicking GAHT in peripubertal transmasculine youth. We found that GnRH-a halted puberty, and subsequent T treatment arrested cyclicity, sustained elevated T levels, and lowered luteinizing hormone (LH) levels without affecting ovarian reserve (21), similar to reports in humans (10, 22). Using this model, we investigated reproductive potential and IVF outcomes both during and after cessation of T treatment.

## MATERIALS AND METHODS
### Animals

This study used 80 prepubertal 26-day-old C57BL/6N female mice (Envigo, Indianapolis, IN, USA). Animals were housed in groups of 3 to 5 in ventilated cages under standard housing conditions (ad libitum access to food and water, photoperiod of 12 hours light and 12 hours dark) at the University of Michigan, Ann Arbor. All procedures involving mice were performed according to the Guide for the Care and Use of Laboratory Animals approved by the University of Michigan Institutional Animal Care and Use Committee (PRO00009635).

### Experimental design

**Gonadotropin-releasing hormone agonist treatment** Forty peripubertal C57BL/6N females, 26 days old, were implanted subcutaneously with GnRH-a (Goserelin acetate implant, 3.6 mg [Zoladex, AstraZeneca, UK]). Forty control animals received sham implants. To assess whether the GnRH-a treatment was able to suppress the hypothalamic-pituitary-gonadal (HPG) axis, we recorded the timing of vaginal opening, the first physical change in the external genitalia indicating the activation of the HPG axis in rats and mice that corresponds with the beginning of breast development in humans (23). Daily vaginal cytology was performed to monitor cyclicity for 3 weeks. To confirm that the HPG axis was suppressed, follicle-stimulating hormone (FSH) and LH levels were measured in blood samples taken at weekly intervals (Fig. 1A). We previously established that this model of GnRH-a treatment halts puberty in C57BL/6N female mice for at least 21 days when the implant is left in situ (21).

**Testosterone treatment** On postnatal day (PND), 47 (21 days after sham or GnRH-a implantation) animals were assigned to one of the following 4 treatment groups: control; GnRH-a-only; T only; or GnRH-a plus T. Half of the animals from each of the above 4 groups underwent IVF immediately after 6 weeks of T treatment (immediate IVF), and the other half underwent IVF 2 weeks after cessation of T treatment (washout IVF). Sham and T implantations were performed under isoflurane anesthesia. All animals were implanted subcutaneously with a 16-mm silastic implant in the back (Dow Corning, Hayward, CA, USA; inner diameter: 1.98 mm, outer diameter: 3.17 mm). Control implants were filled with 25 $\mu$L (8 mm) of ethanol (200 proof ethanol, Decon Laboratories, King of Prussia, PA, USA) and sealed with 4 mm of adhesive (Factor II, Incorporated, Lakeside, AZ, USA) at both ends. Testosterone implants were filled with 10 mg of crystalline T dissolved in 25 $\mu$L of ethanol and similarly sealed. All implants were prepared one day before surgery to ensure the ethanol was evaporated entirely. On the day of surgical implantation, implants were soaked in ethanol for 3 minutes and allowed to air dry before being inserted into animals (24). Implants were left in place for 6 weeks. Vaginal cytology was performed for 2 weeks after T implantation to ensure T-only-treated animals stopped cycling and GnRH-a+T-treated mice continued to remain acyclic during the T treatment period (Fig. 1A).

At 6 weeks, immediate IVF animals (PND 89) were superovulated for IVF with the implants in place. Washout IVF animals underwent an implant removal to ensure a well-defined timing of T washout (PND 103) and were superovulated 2 weeks later for IVF (Fig. 1A). On the day of sacrifice, body weight and ovarian weight from one ovary were recorded, and the other ovary was saved for future transcriptome analysis. Terminal blood was collected to assess hormone levels.

**Assessment of the timing of vaginal opening and estrous cyclicity** Mice were assessed daily for vaginal opening, and starting one day after vaginal opening, vaginal cytology was performed to assess estrous cyclicity. The estrous cycle was staged using light microscopy analysis of the vaginal epithelial cellular distribution and characterized using cornified, nucleated epithelial cells, and leukocytes (25).

**Weekly blood collection and serum hormone analysis** Blood was collected weekly from the lateral tail vein, up to 0.5% of body weight. At the time of sacrifice, terminal blood was collected via decapitation. Samples were kept at 4 °C overnight, centrifuged at 9,200 × g for 10 minutes, and serum was stored at -20 °C until analysis. Peptide hormone measurements of FSH and steroid hormone measurements of T, estradiol (E$_2$), progesterone, and antimüllerian hormone (AMH) were performed at the Ligand Assay and Analysis Core Facility, University of Virginia Center for Research in Reproduction.

The reportable dose range for FSH mouse and rat in-house protocol radioimmunoassay was 3–75 ng/mL, 10.0–1,600.00 ng/dL for T mouse and rat IBL ELISA, 0.15–40.0 ng/mL and 0.30–80.0 ng/mL with a 2x dilution for

## FIGURE 1



Experimental design and methodology. (A) Experimental design showing the implantation day of gonadotropin-releasing hormone agonist (GnRH-a) followed by testosterone (T), showing the time of interventions. (B) Schematic showing the in vitro fertilization (IVF) protocol used in this study. (C) Representative images of embryonic development. hCG = Human chorionic gonadotropin; PND = postnatal day.

*Dela Cruz. Fertility in a GAHT mouse model. Fertil Steril Sci 2023.*

progesterone mouse and rat IBL ELISA, and 5.0–3200.0 pg/mL and 10.0–6,400.0 pg/mL with a 2x dilution for mouse and rat $E_2$ ALPCO ELISA. The reportable dose range for AMH was 4.0–260 ng/mL. The reportable ranges were established with a coefficient of variation of 1%–10% for T, 0.2%–4.4% for $E_2$, <20% for progesterone and FSH, and 0.8%–3.7% for AMH. All immunoassays were performed in singlets.

**Superovulation** Animals received 7.5 IU of pregnant mare serum gonadotropin (Bioworld, Dublin, OH, USA) intraperitoneally between 5 PM and 6 PM. Forty-eight hours postpregnant mare serum gonadotropin, they were injected intraperitoneally with 7.5 IU of human chorionic gonadotropin (Sigma, CG5, St. Louis, MO, USA).

**Preparing culture and IVF dishes** All culture dishes were prepared a day before the IVF procedure and placed in an incubator supplied with mixed gas (4.5% $CO_2$ and 5% $O_2$) to maintain the temperature (37 °C) and pH (7.2–7.4) of the culture medium during the IVF procedure.

Each sperm dish was made by adding 500 μL of Human Tubal Fluid media (Millipore Sigma, Burlington, MA, USA) to a 4-well plate. Each cumulus-oocyte complex (COC) collection dish was made by adding 300 μL of M2 media (Millipore Sigma, Burlington, MA, USA) in a 4-well plate. In vitro fertilization dishes were made by adding 1 mL of Human Tubal Fluid media (Millipore Sigma, Burlington, MA, USA), and the washing and embryo culture dishes were made by adding 4 drops of 75 μL of potassium simplex optimized medium media (Millipore Sigma, Burlington, MA, USA) covered with OVOIL, a 100% paraffin oil (Vitrolife, San Diego, CA, USA) in a 35 mm petri dish.

***In vitro fertilization.*** In vitro fertilization was performed using a modified version of the method described by Sztein et al. (26) (2001), Byers et al. (27) (2006), and Takahashi et al. (28) (2010).

Male mice, 8–10 weeks old, were euthanized and killed using decapitation. The bilateral cauda epididymis and distal vas deferens were removed and placed into a previously prepared sperm collection dish. Using forceps, the sperm of the vas deferens was expressed, and using a 26-gauge syringe, the epididymis was sliced 10 times. The sperm dish was then returned to the incubator for 10 minutes to allow motile spermatozoa to exit the tissue. After 10 minutes, the dish was removed from the incubator, and 10 μL of the sperm-containing media was applied to a Makler counting chamber (New York Microscopy Company, Hicksville, NY, USA) to calculate the total sperm concentration. A total of $1 \times 10^6$ sperm per milliliter were added to each IVF dish and then returned to the incubator to allow sperm capacitation for 40 minutes. In the meantime, experimental females were euthanized and killed by decapitation 14–16 hours posthuman chorionic gonadotropin administration, and the oviducts were immediately placed into COC's collection dish. The COCs were removed from the ampulla using microdissecting

forceps and combined with sperm in the IVF dish for fertilization (adapted from Byers et al. (27) (2006)) (Fig. 1B).

Four hours later, the oocytes were removed from the IVF dish and transferred to the washing and embryo culture dish. During the washing procedure, the total number of oocytes yielded, as well as the number of immature and mature oocytes, were recorded. The maturity rate was calculated by dividing the total number of mature oocytes by the total number of oocytes yielded. Approximately 18 hours after the washing procedure, 2-cell embryos were counted, and the fertilization rate was calculated by dividing the total number of 2-cell embryos by the total number of mature oocytes. Embryo development was followed for 5 days, and the number of 4–8-cell embryos, morula, blastocysts, and hatching blastocysts was recorded from each mouse (Fig. 1C).

### Statistical analysis

Statistical analysis was performed using GraphPad Prism 9. The results were analyzed using descriptive statistics to determine the normality of the data distribution. A two-way analysis of variance followed by Tukey's honestly significant difference post hoc test was performed. All data were presented as mean ± SD. The level of significance was defined as $P<.05$. For analysis purposes, hormone levels above and below the detection level were treated as the value set for the maximum or lower limit of quantification.

## RESULTS
### GnRH-a+T treatment suppressed the HPG axis, but the axis was reactivated after T washout

Gonadotropin-releasing hormone agonist treatment resulted in earlier vaginal opening ($P<.001$) compared with controls (Fig. 2A). Control animals cycled regularly throughout the study period (Fig. 2D). Gonadotropin-releasing hormone agonist and GnRH-a+T-treated mice exhibited persistent diestrus that was maintained for at least 21 days after GnRH-a implantation day, supportive of pubertal arrest. Follicle-stimulating hormone levels were suppressed in GnRH-a and GnRH-a+T-treated animals when compared with controls and T-only-treated animals ($P<.0001$) (Fig. 2B). Treatment with T increased weekly serum T levels in T-only and GnRH-a+T-treated animals compared with controls and GnRH-a-only animals ($P<.0001$) (Fig. 2C). When the T implant was removed after 6 weeks of treatment, animals in the T-only and GnRH-a+T groups resumed cycling 6.2 ± 1.13 days after the explantation day (Fig. 2D). At this time, T levels had returned to levels comparable to those of controls and GnRH-a-only treated animals (control = 0.3 ± 0.086; GnRH-a = 0.4 ± 0.19; T = 0.36 ± 0.16; GnRH-a+T = 0.33 ± 0.10, $P=.5698$) (Fig. 2C).

### T treatment reduced ovarian weight in the T and GnRH-a+T groups, which persisted even after T washout

Testosterone treatment caused a decrease in terminal ovarian weight in the T-only and GnRH-a+T groups (immediate IVF group – control = 7.3 ± 1.2; GnRH-a-only = 6.1 ± 0.99; T-only = 3.4 ± 0.46; GnRH-a+T = 3.2 ± 0.98, $P<.0001$) (Fig. 3B) in the absence of any change in body weight (Fig. 3A). This difference persisted after T washout (washout IVF group – control = 7.2 ± 1.4; GnRH-a-only = 7.2 ± 1.2; T-only = 5.0 ± 1.2; GnRH-a+T = 5.1 ± 0.98, $P<.0169$) (Fig. 3B).

### Immediate IVF in T-treated animals compromised IVF outcomes, but outcomes recovered after T washout

Testosterone-only and GnRH-a+T animals on T treatment (immediate IVF group) (Fig. 4) had reduced oocyte yield (control = 21 ± 4.5; GnRH-a = 22 ± 3.4; T = 12 ± 3.6; GnRH-a+T = 11 ± 4.7, $P<.0001$), fertilization rate (control = 90% ± 15%; GnRH-a = 84% ± 17%; T = 49% ± 15%; GnRH-a+T = 42% ± 17%, $P<.0001$), maturity rate (control = 23% ± 8.1%; GnRH-a = 31% ± 6.9%; T = 11% ± 3.8%; GnRH-a+T = 15% ± 6.7%, $P<.0001$), number of 2-cell embryos (control = 4.8 ± 2.2; GnRH-a = 5.6 ± 1.9; T = 2.1 ± 1.5; GnRH-a+T = 1.8 ± 0.71, $P=.0004$), number of the 4–8-cell embryos (control = 4.8 ± 2.2; GnRH-a = 5.6 ± 1.9; T = 1.9 ± 1.2; GnRH-a+T = 1.5 ± 0.76, $P<.0013$), number of morulae (control = 4.5 ± 2.1; GnRH-a = 5.6 ± 1.9; T = 1.9 ± 1.2; GnRH-a+T = 1.4 ± 0.52, $P<.0044$), and number of blastocysts (control = 4.4 ± 1.8; GnRH-a = 4.8 ± 2.0; T = 1.4 ± 0.53; GnRH-a+T = 1.4 ± 0.52, $P<.005$) when compared with controls and GnRH-a-only animals. GnRH-a+T on T treatment (immediate IVF) showed elevated levels of $E_2$ when compared with the control group ($P=.0302$). Progesterone levels were decreased in T and GnRH-a+T animals on T treatment ($P=.0035$ and $P=.0094$, respectively). No difference was found in AMH levels among groups ($P>.05$) (Fig. 5)

For groups with IVF performed 2 weeks after cessation of T treatment (washout IVF) (Fig. 4), T-only and GnRH-a+T-treated mice had similar oocyte yields ($P=.0780$), fertilization rate ($P=0.1844$), maturity rate ($P=.3277$), number of 2-cell embryos ($P=.3326$), number of 4–8-cell embryos ($P=.3820$), number of morula ($P=.5192$), and number of blastocysts ($P=.331$), when compared with controls and GnRH-a-only animals. Additionally, no alteration in $E_2$, progesterone, and AMH levels was found among groups after the cessation of T (Fig. 5).

## DISCUSSION

Because of the currently limited available data about the effects of gender-affirming testosterone exposure on fertility outcomes, several medical organizations advise fertility preservation counseling before initiating T treatment. For patients already on T, many clinics discontinue T therapy for 1–6 months before stimulation or until the resumption of menses (29, 30). In this study, the total number of oocytes yielded was significantly reduced in animals currently on T treatment (immediate IVF: T and GnRH-a+T groups) in relation to controls and GnRH-a-only treated animals. These differences resolved when IVF was performed after a T washout period, and IVF outcomes did not appear to be affected by GnRH-a pretreatment. The reduced ovarian weight in T and

### FIGURE 2



Characterization of the transmasculine mouse model. (A) Vaginal opening. (B) Weekly follicle-stimulating hormone (FSH) levels on days 26, 33, and 40. (C) Testosterone (T) levels over 6 weeks of treatment and after cessation of T. (D) Estrous (E) cyclicity. Control animals went through all phases of the E cycle. E; P, proestrus; D, diestrus; and M, metestrus. Gonadotropin-releasing hormone agonist (GnRH-a)-treated mice showed a flare and subsequent persistent D and resumed cyclicity after GnRH-a clearance. Testosterone-treated animals presented persistent D after initiating T treatment and resumed cycling after T cessation. Gonadotropin-releasing hormone agonist+T-treated animals showed persistent D during GnRH-a and T treatment and resumed cyclicity after T washout. PND = postnatal day.

Dela Cruz. Fertility in a GAHT mouse model. Fertil Steril Sci 2023.

GnRH-a+T-treated animals in the immediate group is likely related to fewer corpora lutea, and it is consistent with the total number of oocytes retrieved after ovarian stimulation treatment. Fertilization and maturity rates were impaired also by T treatment, as were embryo development outcomes (2-cell to blastocyst) in the immediate IVF group. After T washout, these parameters also recovered and were comparable to controls and GnRH-a animals. The persistently low ovarian weights in T and GnRH-a+T animals after T cessation might be related to a morphological alteration of the ovary. Although we did not perform ovarian morphological analysis in this study, we recently showed that female mice treated with 0.9 mg of T injected weekly for 6 weeks showed aberrant ovarian stroma alterations after T cessation (31). There were no significant differences in terminal $E_2$ among the washout IVF groups or AMH levels among the immediate IVF and washout IVF animals. The increase in $E_2$ levels in T-treated animals compared with the control group in the immediate

FIGURE 3



Body measurements. (A) Body weight. (B) Ovary weight. Data are expressed as mean ± SD, analysis of variance followed by Tukey test; letters (a, b) denote significance. GnRH-a = gonadotropin-releasing hormone agonist; T = testosterone.

*Dela Cruz. Fertility in a GAHT mouse model. Fertil Steril Sci 2023.*

IVF arm is likely because both the controls and T-only groups reached puberty in the absence of HPG axis suppression with GnRH-a. As such, although controls continued to undergo cyclic ovarian changes, T treatment in the T-only group led to the arrest of follicle growth and atresia, leading to the persistence of a larger number of follicles. Indeed, physiological levels of T in females are essential for normal follicular development, enhancing follicle recruitment and promoting follicular growth as well as development. Conversely, supraphysiological T levels in females induce follicle development arrest and maintain premature follicles in the ovary (32–35). In this way, when the ovarian stimulation treatment was initiated, these arrested follicles resumed steroidogenesis and growth, resulting in higher $E_2$ levels. The decreased progesterone levels in T and GnRH-a+T-treated animals in the immediate IVF cohort may be related to the lower numbers of oocytes yielded. After ovulation, the rise in progesterone levels is maintained by the corpora lutea. Because T and GnRH-a+T animals in the immediate IVF cohort showed a lower number of oocytes retrieved, it was expected to see

FIGURE 4



In vitro fertilization (IVF) outcomes. (A) Numbers of oocytes yielded. (B) Fertilization rate. C) Maturity rate. (D) Numbers of 2-cell embryo. (E) Numbers of 4–8-cell embryo. (F) Numbers of morula. (G) Numbers of blastocysts. (H) Numbers of hatching blastocyst. Data are expressed as mean ± SD, ANOVA followed by Tukey test; letters (a, b) denote significance. GnRH-a = gonadotropin-releasing hormone agonist; T = testosterone.

*Dela Cruz. Fertility in a GAHT mouse model. Fertil Steril Sci 2023.*

FIGURE 5



Terminal hormones levels. (A) Testosterone (T) levels. (B) Estradiol levels. (C) Progesterone levels. (D) Antimüllerian hormone (AMH) levels. Data are expressed as mean ± SD, analysis of variance followed by Tukey test. GnRH-a = gonadotropin-releasing hormone agonist; IVF = in vitro fertilization.

*Dela Cruz. Fertility in a GAHT mouse model. Fertil Steril Sci 2023.*

also lower numbers of corpora lutea, which was reflected in progesterone levels (36, 37).

Concerns related to stopping or delaying hormonal treatment have been investigated in previous studies (17, 38, 39), and some transmasculine individuals may prefer to proceed with IVF without T cessation because of distress and worsening gender dysphoria (40, 41), although off of GAHT. The negative impact caused by T treatment in animals from the immediate IVF arm may relate to disruption of the follicular steroidal milieu (healthy follicles have a higher estrogen to androgen ratio) and its consequent negative impact on oocyte and embryo quality. Treatment of in vitro-grown follicles with T was shown to have a negative impact on meiosis resumption, reflected in a lower potential to reinitiate meiosis and the presence of chromosomes outside the metaphase plate in MII oocytes, which could affect the fertilization rate and their ability to undergo normal embryonic development (42, 43). In the present study, we did not perform any molecular or morphological analysis on the retrieved oocytes and embryos, which could better address the negative outcomes on embryonic development (44). Other studies have shown that female mice treated with T responded to ovarian stimulation by ovulating similar numbers of oocytes as controls that were fertilized and cleaved in vitro (45). In this study, animals were injected with T suspended in oil as opposed to T implanted in our study, and their weekly serum T levels were lower than in our study, which may have affected the fertility outcomes. Currently, no clinical studies address the fertility potential of transmasculine youth pretreated with GnRH-a followed immediately by T, thus never completing natal puberty. However, there are currently 2 case reports in the literature demonstrating successful oocyte cryopreservation in transmasculine youth treated with GnRH-a who had not yet started T (46, 47). Additionally, researchers showed for the first time a live birth from an oocyte retrieved from a transgender man on T during stimulation, indicating that this outcome is possible without T cessation (41). Despite a negative impact on oocyte and blastocyst quantity in animals currently on T (immediate IVF: T and GnRH-a+T groups), we showed these animals could produce mature oocytes, which were fertilized and cleaved from the 2-cell stage until blastocyst. These findings are comparable with our previous study that showed the blockage of puberty and T treatment affected the pool of primary follicles, which can be used for