# EXHIBIT 22
FILED UNDER SEAL