# EXHIBIT 23

FILED UNDER SEAL