# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| United States of America, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## NOTICE OF CONVENTIONAL FILING

Plaintiff-Intervenor the United States of America ("United States") files this notice of conventional filing as to its Opposition to Defendants' Motion for Summary Judgment and exhibits in support. The United States conventionally filed the following on July 1, 2024:

| Document | Description |
|---|---|
| Doc. 627 | United States' Opposition to Defendants' Motion for Summary Judgment (Under Seal) |
| U.S. Ex. 1 | Antommaria Report |
| U.S. Ex. 2 | Antommaria Rebuttal Report |
| U.S. Ex. 3 | Caughey Rebuttal Report |
| U.S. Ex. 4 | Cohen Rebuttal Report |

| Document | Description |
|---|---|
| U.S. Ex. 5 | Shumer Report |
| U.S. Ex. 6 | Shumer Rebuttal Report (Under Seal) |
| U.S. Ex. 7 | Goodman Rebuttal Report |
| U.S. Ex. 8 | Janssen Supplemental Report |
| U.S. Ex. 9 | Karasic Rebuttal Report |
| U.S. Ex. 10 | Ladinsky Report |
| U.S. Ex. 11 | McNamara Report |
| U.S. Ex. 12 | Weisberg Deposition Transcript (Under Seal) |
| U.S. Ex. 13 | Weisberg Deposition Exhibits 1-9 |
| U.S. Ex. 14 | Weisberg Deposition Exhibit 10 (Under Seal) |
| U.S. Ex. 15 | Poe Deposition Transcript (Under Seal) |
| U.S. Ex. 16 | Poe Deposition Exhibits 1-6 (Under Seal) |
| U.S. Ex. 17 | Poe Deposition Exhibit 7 |
| U.S. Ex. 18 | Poe Deposition Exhibits 8-9 (Under Seal) |
| U.S. Ex. 19 | Poe Declaration ISO Preliminary Injunction |
| U.S. Ex. 20 | Koe Declaration ISO Preliminary Injunction |
| U.S. Ex. 21 | Moe Declaration ISO Preliminary Injunction |
| U.S. Ex. 22 | Zoe Declaration ISO Preliminary Injunction |
| U.S. Ex. 23 | Cantor Deposition Transcript (Under Seal) |
| U.S. Ex. 24 | Cantor Deposition Exhibits 1-9 |
| U.S. Ex. 25 | Cantor Deposition Exhibits 10-19 |
| U.S. Ex. 26 | Cantor Deposition Exhibits 20-21 (Under Seal) |
| U.S. Ex. 27 | Cantor Deposition Exhibit 22 |
| U.S. Ex. 28 | Hruz Deposition Transcript |
| U.S. Ex. 29 | Hruz Deposition Exhibits 1-3 |
| U.S. Ex. 30 | Kaliebe Deposition Transcript (Under Seal) |
| U.S. Ex. 31 | Kaliebe Deposition Exhibits 1-2 |
| U.S. Ex. 32 | Cohn Deposition Transcript |
| U.S. Ex. 33 | Cohn Deposition Exhibit 1 |
| U.S. Ex. 34 | Davis Deposition Transcript (Under Seal) |
| U.S. Ex. 35 | Hawes Deposition Transcript (Under Seal) |
| U.S. Ex. 36 | Hein Deposition Transcript (Under Seal) |
| U.S. Ex. 37 | Reed Deposition Transcript (Under Seal) |
| U.S. Ex. 38 | Reed Deposition Exhibits 1-2 |
| U.S. Ex. 39 | Children's of Alabama Combined Consent/Pay Agreement (UAB0013-30) |

| Document | Description |
|---|---|
| U.S. Ex. 40 | Patient Health Questionnaire and General Anxiety Disorder and Suicide Screening at UAB Medicine Ambulatory – Quick Reference (UAB0031-32) |
| U.S. Ex. 41 | American Academy of Pediatrics Policy Statement on Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents |
| U.S. Ex. 42 | Brief of Amici in Support of Plaintiff's Motion for Preliminary Injunction (ECF No. 91-1) |

Dated: July 2, 2024

JONATHAN S. ROSS
Acting United States Attorney
Middle District of Alabama

PRIM F. ESCALONA
United States Attorney
Northern District of Alabama

JASON R. CHEEK
Chief, Civil Division

MARGARET L. MARSHALL
Assistant U.S. Attorney
U.S. Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203
Tel.: (205) 244-2104
Margaret.Marshall@usdoj.gov

STEPHEN D. WADSWORTH
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, AL 36101-0197
Tel.: (334) 223-7280

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

CHRISTINE STONEMAN
Chief, Federal Coordination and Compliance Section

COTY MONTAG (DC Bar No. 498357)
Deputy Chief, Federal Coordination and Compliance Section

/s/ Kaitlin Toyama
RENEE WILLIAMS (CA Bar No. 284855)
KAITLIN TOYAMA (CA Bar No. 318993)
Trial Attorneys
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 305-2222
Renee.Williams3@usdoj.gov
Kaitlin.Toyama@usdoj.gov

JAMES V. FLETCHER (MD Bar No. 1412160273)

Stephen.Wadsworth@usdoj.gov

Trial Attorney
United States Department of Justice
Civil Rights Division
Disability Rights Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel. (202) 598-0083
James.Fletcher@usdoj.gov

*Attorneys for Plaintiff-Intervenor United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

/s/ Kaitlin Toyama
Trial Attorney, Federal Coordination
and Compliance Section
Civil Rights Division
U.S. Department of Justice
