UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) No. 2:22-cv-00184-LCB-CWB |
| | ) Hon. Liles C. Burke |
| *Plaintiff-Intervenor*, | ) |
| v. | ) |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## JOINT MOTION TO EXTEND BRIEFING DEADLINES

Come now Private Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe; Robert Moe, individually and on behalf of his minor daughter, April Moe; Heather Austin, Ph.D.; Plaintiff-Intervenor United States of America; and Defendants Steve Marshall, in his official capacity as Attorney General of the State of Alabama; Daryl D. Bailey, in his official capacity as District Attorney for Montgomery County; Champ Crocker, in his official capacity

as District Attorney for Cullman County; Jessica Ventiere, in her official capacity as District Attorney for Lee County; James Tarbox, in his official capacity as District Attorney for the 12th Judicial Circuit; and Danny Carr, in his official capacity as District Attorney for Jefferson County, and respectfully and jointly request extensions to the remaining briefing deadlines for the parties' *Daubert* motions and Defendants' summary judgment motion, as explained below:

1. Pursuant to this Court's order (Doc. 553), all parties submitted *Daubert* motions on June 24, 2024. *See* Docs. 590 & 591 (United States' motions and briefing); Docs. 593 through 601 (Defendants' motions and briefing); Docs. 602 & 605 (Private Plaintiffs' motions and briefing). Responses to these motions are currently due July 15—21 days after the motions were filed.

2. Defendants moved for summary judgment on May 27, 2024. Doc. 561. After the Court granted the Private Plaintiffs' and the United States' unopposed motion for a 14-day extension (Docs. 565 & 570), Private Plaintiffs and the United States filed their response briefs and evidentiary submissions on July 1. *See* Docs. 626 & 627 (United States' evidentiary submissions and response in opposition), 629 & 630 (Private Plaintiffs' evidentiary submissions and response in opposition). Defendants' reply brief in support of their motion for summary judgment is currently also due July 15—14 days after the responses were filed.

3. On July 2, 2024, this Court stayed this case in part in light of the Supreme Court's grant of certiorari in *United States v. Skrmetti*. *See* Doc. 633. The Court did "*not* stay the summary-judgment or *Daubert* briefing deadlines." *Id.* at 3.

4. In light of the Court's stay order, the July 4 holiday, and the extensive briefing and evidentiary submissions at issue—consisting of several hundred pages of briefing and thousands of pages of evidentiary submissions—the parties jointly seek to extend the timelines for the remaining briefing as follows:

   a. **_Daubert_ Responses**: The parties request an additional 21 days to file their *Daubert* responses, making them due August 5.

   b. **_Daubert_ Replies**: The parties request an additional 14 days to file their *Daubert* replies, making them due 28 days after responses are filed.

   c. **Defendants' Reply in Support of Summary Judgment**: Defendants request, and the other parties do not oppose, an additional 14 days for their reply in support of summary judgment, making it due July 29.

5. Given the Court's stay, neither the parties nor the case will be prejudiced by these extensions.

Accordingly, the parties respectfully jointly request (a) a 21-day extension of the applicable deadline to file their *Daubert* responses, (b) a 14-day extension of the applicable deadline to file their *Daubert* replies, and (c) a 14-day extension for

3

Defendants to file their reply in support of summary judgment. A proposed order is attached.

| | |
|---|---|
| Dated: July 3, 2024 | Respectfully submitted, |
| | Steve Marshall<br>  *Attorney General* |
| Christopher Mills (*pro hac vice*)<br>SPERO LAW LLC<br>557 East Bay Street, #22251<br>Charleston, SC 29413<br>(843) 606-0640<br>CMills@Spero.law | Edmund G. LaCour Jr. (ASB-9182-U81L)<br>  *Solicitor General*<br><br>s/ A. Barrett Bowdre<br>A. Barrett Bowdre (ASB-2087-K29V)<br>  *Principal Deputy Solicitor General* |
| David H. Thompson (*pro hac vice*)<br>Peter A. Patterson (*pro hac vice*)<br>Brian W. Barnes (*pro hac vice*)<br>John D. Ramer (*pro hac vice*)<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave., NW<br>Washington, D.C. 20036<br>(202) 220-9600<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>bbarnes@cooperkirk.com<br>jramer@cooperkirk.com | James W. Davis (ASB-4063-I58J)<br>  *Deputy Attorney General*<br><br>Benjamin M. Seiss (ASB-2110-O00W)<br>Charles A. McKay (ASB-7256-K18K)<br>  *Assistant Attorneys General*<br><br>OFFICE OF THE ATTORNEY GENERAL<br>STATE OF ALABAMA<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, Alabama 36130-0152<br>Telephone: (334) 242-7300<br>Facsimile: (334) 353-8400<br>Edmund.LaCour@AlabamaAG.gov<br>Barrett.Bowdre@AlabamaAG.gov<br>Jim.Davis@AlabamaAG.gov<br>Ben.Seiss@AlabamaAG.gov<br>Charles.McKay@AlabamaAG.gov |
| Roger G. Brooks (*pro hac vice*)<br>Henry W. Frampton, IV (*pro hac vice*)<br>Philip A. Sechler (*pro hac vice*)<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0200<br>rbrooks@adflegal.org<br>hframpton@adflegal.org<br>psechler@adflegal.org | *Counsel for Defendants* |

4

JONATHAN S. ROSS
Acting United States Attorney
Middle District of Alabama

PRIM F. ESCALONA
United States Attorney
Northern District of Alabama

JASON R. CHEEK
Chief, Civil Division

MARGARET L. MARSHALL
Assistant U.S. Attorney
U.S. Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203
Tel.: (205) 244-2104
Margaret.Marshall@usdoj.gov

STEPHEN D. WADSWORTH
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, AL 36101-0197
Tel.: (334) 223-7280
Stephen.Wadsworth@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

CHRISTINE STONEMAN
Chief, Federal Coordination and Compliance Section

s/ Coty Montag
COTY MONTAG (DC Bar No. 498357)
Deputy Chief, Federal Coordination and Compliance Section

RENEE WILLIAMS (CA Bar No. 284855)
KAITLIN TOYAMA (CA Bar No. 318993)
Trial Attorneys
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance Section
950 Pennsylvania Ave. NW - 4CON
Washington, DC 20530
Tel.: (202) 305-2222
Renee.Williams3@usdoj.gov
Kaitlin.Toyama@usdoj.gov

JAMES V. FLETCHER (MD Bar No. 1412160273)
Trial Attorney
United States Department of Justice
Civil Rights Division
Disability Rights Section
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 598-0083

*Attorneys for Plaintiff-Intervenor*
*United States of America*

5

| | |
|---|---|
| J. Andrew Pratt<br>Adam Reinke<br>Misty L. Peterson<br>KING & SPALDING LLP<br>1180 Peachtree Street NE, Suite 1600<br>Atlanta, GA 30309<br>apratt@kslaw.com<br>areinke@kslaw.com<br>mpeterson@kslaw.com | Sarah Warbelow<br>Cynthia Weaver<br>HUMAN RIGHTS CAMPAIGN FOUNDATION<br>1640 Rhode Island Ave., NW<br>Washington, DC 20036<br>sarah.warbelow@hrc.org<br>cynthia.weaver@hrc.org |
| s/ Melody H. Eagan<br>Melody H. Eagan<br>Jeffrey P. Doss<br>Amie A. Vague<br>LIGHTFOOT, FRANKLIN & WHITE LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203<br>meagan@lightfootlaw.com<br>jdoss@lightfootlaw.com<br>avague@lightfootlaw.com | Diego A. Soto<br>SOUTHERN POVERTY LAW CENTER<br>400 Washington Avenue<br>Montgomery, AL 36104<br>diego.soto@splcenter.org<br><br>Jennifer L. Levi<br>GLBTQ LEGAL ADVOCATES & DEFENDERS<br>18 Tremont, Suite 950<br>Boston, MA 02108<br>jlevi@glad.org |
| Brent P. Ray<br>Abigail Hoverman Terry<br>KING & SPALDING LLP<br>110 North Wacker Drive, Suite 3800<br>Chicago, IL 60606<br>bray@kslaw.com<br>aterry@kslaw.com | Jessica L. Stone<br>SOUTHERN POVERTY LAW CENTER<br>150 E. Ponce de Leon Ave., Suite 340<br>Decatur, GA 30030<br>jessica.stone@splcenter.org |
| Abby Parsons<br>KING & SPALDING LLP<br>1100 Louisiana Street<br>Houston, TX 77002<br>aparsons@kslaw.com | Christopher F. Stoll<br>Amy E. Whelan<br>Rachel H. Berg<br>NATIONAL CENTER FOR LESBIAN RIGHTS<br>870 Market Street, Suite 370<br>San Francisco, CA 94102<br>cstoll@nclrights.org<br>awhelan@nclrights.org |
| Scott D. McCoy<br>SOUTHERN POVERTY LAW CENTER | |

P.O. Box 12463  
Miami, FL 33101  
scott.mccoy@splcenter.org

rberg@nclrights.org

*Counsel for Private Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on July 3, 2024, which will serve all counsel of record.

s/ A. Barrett Bowdre