UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, <br><br> *Plaintiffs*, <br><br> and <br><br> UNITED STATES OF AMERICA, <br><br> *Plaintiff-Intervenor*, <br><br> v. <br><br> STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, <br><br> *Defendants*. | No. 2:22-cv-00184-LCB-CWB <br> Hon. Liles C. Burke |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion to Extend Briefing Deadlines, it is hereby ORDERED that the Motion is GRANTED.

***Daubert* Responses**: The parties are granted an additional 21 days to file their *Daubert* responses, making them due August 5.

***Daubert* Replies**: The parties are granted an additional 14 days to file their *Daubert* replies, making them due 28 days after the responses are filed.

**Defendants' Reply in Support of Summary Judgment**: Defendants are granted an additional 14 days for their reply in support of summary judgment,

making it due July 29.

    DONE and ORDERED _____, 2024.


                                                _____
                                                HON. LILES C. BURKE
                                                UNITED STATES DISTRICT JUDGE