UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff-Intervenor*, ) | |
| ) | |
| v. ) | No. 2:22-cv-00184-LCB-CWB |
| ) | Hon. Liles C. Burke |
| STEVE MARSHALL, in his official ) | |
| capacity as Attorney General of the ) | |
| State of Alabama, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

# [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion to Extend Briefing Deadlines, it is hereby ORDERED that the Motion is GRANTED. The following briefing schedule is entered:

*Daubert* **Responses**: August 12

*Daubert* **Replies**: September 9

**Defendants' Reply in Support of Summary Judgment**: August 5

DONE and ORDERED _____, 2024.

                                                _____
                                                HON. LILES C. BURKE
                                                UNITED STATES DISTRICT JUDGE