UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| and ) | |
| ) | |
| United States of America, ) | |
| ) | |
| *Plaintiff-Intervenor*, ) | |
| ) | |
| v. ) | No. 2:22-cv-00184-LCB-CWB |
| ) | |
| Hon. Steve Marshall, in his official ) | |
| capacity as Attorney General of the ) | |
| State of Alabama, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF SARAH K. AUSTIN

COMES NOW Amie A. Vague, a member in good standing of the Alabama Bar and admitted to practice before this Court, and moves the Court for an Order admitting, *pro hac vice*, Sarah K. Austin as counsel for Private Plaintiffs in this action. The movant states the following:

1. Sarah K. Austin is an attorney at GLBTQ Legal Advocates & Defenders; 18 Tremont, Suite 950, Boston, MA 02108. Her telephone number is

617-426-1350 and her email address is saustin@glad.org.

2. Sarah K. Austin is of good character and reputation and is a member in good standing of the State Bar of Maine (2019). She is also admitted to practice and is a member in good standing in the District Court for the District of Maine (2022).

3. Sarah K. Austin has never been convicted of a crime, censured, reprimanded, suspended, placed on inactive status, disciplined, or disbarred from the practice of law; has never been held in contempt of court; and has no grievances pending against her.

4. Sarah K. Austin is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5. The undersigned movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

6. As required by Local Rule 83.1(b), a certificate of good standing is attached to this motion as Exhibit A.

7. As required by Local Rule 83.1(b), payment of $100.00 will be made or submitted on this date to the Clerk of the Court for the processing of this Motion for Admission *Pro Hac Vice*.

WHEREFORE, Movant requests that this motion be granted and that an Order be entered admitting Sarah K. Austin as counsel *pro hac vice* for Private Plaintiffs.

Date: August 1, 2024

*/s/ Amie A. Vague*
Amie A. Vague (ASB-4113-Q46I)
Melody H. Eagan (ASB-9780-38M)
Jeffrey P. Doss (ASB-4212-R62D)
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building 400 20th Street North
Birmingham, AL 35203
205.581.0700
avague@lightfootlaw.com
meagan@lightfootlaw.com
jdoss@lightfootlaw.com

*Counsel for Private Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 1st day of August, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all registered counsel.

/s/ *Amie A. Vague*
Attorney