AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the
District of Maine

## CERTIFICATE OF GOOD STANDING

I, _____ Christa K. Berry _____ , Clerk of this Court,

certify that Sarah K. Austin was duly admitted to practice in this Court on September 15, 2022,

and is in good standing as a member of the Bar of this Court.

Dated at _____ Portland, Maine _____ on _____ July 10, 2024 _____
(Location)                                                                                              (Date)

_____
CHRISTA K. BERRY
CLERK

_____
DEPUTY CLERK