## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| BRIANNA BOE *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff-Intervenor*, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00184-LCB-CWB |
| | ) | Hon. Liles C. Burke |
| STEVE MARSHALL, in his official | ) | |
| capacity as Attorney General of the | ) | |
| State of Alabama, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
## SUMMARY JUDGMENT REPLY WITH EXTRA PAGES

Defendants respectfully ask the Court to grant them additional pages for their consolidated reply brief in support of their motion for summary judgment. Defendants request the additional pages to fully respond to two separate oversized response briefs, each raising new facts, legal arguments, and claims for relief, by Plaintiffs and the United States. *See* Doc. 630 (Plaintiffs' response brief); Doc. 627 (U.S. response brief). Plaintiffs and the United States do not oppose the motion. The motion should be granted for the following reasons:

1.      On May 27, 2024, Defendants filed their Motion for Summary Judgment and Brief in Support. Doc. 561. In compliance with the Court's sample Initial Order, Defendants' motion was only 30 pages.

2.      Private Plaintiffs sought—and were granted—additional pages to respond. *See* Docs. 616 (motion) & 632 (order). Defendants did not oppose this request. Plaintiffs submitted 23 new exhibits in support of their response, *see* Doc. 629; raised a host of objections to Defendants' motion, *see* Doc. 630 at 2-42; purported to "dispute" nearly every factual assertion made by Defendants, *see id.*; made additional factual assertions, *id.* at 42-43; and raised and briefed an entirely new claim for relief and theory of the case, *see id.* at 45-50.

3.      The United States also sought—and was also granted—additional pages to respond. *See* Docs. 625 (motion) & 632 (order). Defendants did not oppose this request. The United States submitted 42 new exhibits, *see* Doc. 626; also raised a host of objections to Defendants' motion, *see* Doc. 627 at 74-76; also purported to "dispute" nearly every factual assertion made by Defendants (but nearly always on different grounds than Plaintiffs had), *see id.* at 2-57; also made additional factual assertions (which were also different from Plaintiffs'), *id.* at 57-58; briefed an entirely new theory for an entirely new standard of review, *id.* at 62-68; and also raised and briefed a new claim for relief and theory of the case, *id.* at 73-74.

4.      This is a lot for Defendants to respond to, particularly because one of the United States' chief complaints is that Defendants "omitted context" in their statement of facts. Doc. 627 at 1; *see also id.* at 23 ("omits important context…"), 24 ("lacks context…"), 27 ("for context…"), 29 ("leaves out important context…"),

30 ("without further context…"), 36 ("this assertion lacks important context…"), 36 ("leaves out context…"), 36 ("illuminates the context…"), 38 ("missing context…"), 38 ("omits context…"), 40 ("Defendants omit context…"), 40 ("Defendants omitted context…"), 42 ("lacks proper context"). Providing that additional context to show why Plaintiffs and the United States have *not* raised a genuine dispute of material fact necessarily requires additional pages.

5.    The United States also routinely accuses Defendants of misrepresenting facts, misleading the Court, and misattributing statements. *E.g.*, *id.* at 1 ("misrepresented"), 22 ("It is also a misrepresentation…"), 25 ("Defendants' implication … is a misrepresentation…"), 26 ("…is a misrepresentation"), 31 ("Defendants misrepresent…"), 19-20 ("The implication … is misleading"), 20 ("Footnote 63 is misleading…"), 23 ("Footnote 73 is misleading…"), 19 ("… those words are attributable to defense counsel's question"), 20-21 (same), 33 ("…cannot be properly attributed to her"). Defendants take these charges of wrongdoing seriously and would like to show, in each instance, why the United States' allegations fail. To do that requires additional pages to (1) note Defendants' initial factual assertion, (2) explain the United States' accusation, and (3) quote from the evidentiary record to show why Defendants were not misrepresenting the record or misleading the Court.

6.    Finally, additional pages are needed for Defendants to respond to the plaintiffs' new legal arguments concerning a "rational basis plus" test and *Arlington Heights*/animus. Those claims have neither been pleaded nor briefed before on the merits. While Defendants do not think these claims are properly before the Court,

Defendants want to provide the Court with everything it needs to decide this case properly. Plaintiffs argued in their motion for extra pages "that a full briefing of the issues will aid the Court in rendering a decision," Doc. 616 at 2, and Defendants agree.

7.    For these reasons, Defendants respectfully request leave to file a consolidated reply brief to the Plaintiffs' and the United States' responses that is no more than 140 pages. Plaintiffs and the United States do not oppose this request.

Dated: August 5, 2024

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, SC 29413
(843) 606-0640
CMills@Spero.law

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Roger G. Brooks (*pro hac vice*)
Henry W. Frampton, IV (*pro hac vice*)

Respectfully submitted,

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

s/ A. Barrett Bowdre
A. Barrett Bowdre (ASB-2087-K29V)
  *Principal Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov

Philip A. Sechler (*pro hac vice*)
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0200
rbrooks@adflegal.org
hframpton@adflegal.org
psechler@adflegal.org

Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov


*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on August 5, 2024, which will serve all counsel of record.

s/ A. Barrett Bowdre
A. Barrett Bowdre
*Counsel for Defendants*
