# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| and | ) |
| | ) |
| United States of America, | ) |
| | ) |
| *Plaintiff-Intervenor*, | ) |
| | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| | ) |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

### PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Plaintiff-Intervenor the United States of America ("United States") respectfully requests that the Court grant the United States additional pages for its consolidated opposition to three filings by Defendants. The United States seeks leave to file a single eighty-three page brief opposing Defendants' Motion to Exclude Selected Testimony of Dr. Daniel Shumer, ECF No. 599; Defendants' Combined Motions in Limine to Exclude Testimony of I. Glenn Cohen as an Improper Rebuttal Witness and as Contrary to Rule 702, ECF No. 600; and Defendants' Combined Motions in Limine to Exclude Testimony of Devin

Caughey as an Improper Rebuttal Witness, as Irrelevant Under Rule 402, and as Contrary to Rule 702, ECF No. 601. Defendants do not oppose the relief requested in this motion. In support of the instant motion, the United States provides as follows:

1. Defendants filed motions to exclude testimony by Dr. Shumer, Professor Cohen, and Professor Caughey on June 24, 2024. ECF Nos. 599, 600, 601.

2. This Court requires that briefs in opposition to a motion be limited to 20 pages. *See* Initial Order Governing All Further Proceedings, at 10 (Aug. 25, 2022).[1]

3. The United States construes Defendants' three filings as presenting five motions. Defendants' filing seeking to exclude Dr. Shumer's testimony was captioned as a single motion. Defendants' Motion to Exclude Selected Testimony of Dr. Daniel Shumer, ECF No. 599. Defendants' filings with respect to Professors Cohen and Caughey were respectively captioned as multiple motions. Defendants' Combined Motions in Limine to Exclude Testimony of I. Glenn Cohen as an Improper Rebuttal Witness and as Contrary to Rule 702, ECF No. 600; Defendants' Combined Motions in Limine to Exclude Testimony of Devin

---

[1] https://www.alnd.uscourts.gov/sites/alnd/files/LCB%20Sample%20Initial%20Order.pdf.

Caughey as an Improper Rebuttal Witness, as Irrelevant Under Rule 402, and as Contrary to Rule 702, ECF No. 601.

4. The United States' consolidated opposition responds to all five motions presented in Defendants' three filings.

5. The United States drafted a single opposition to the motions because of common factual background and legal support relevant to arguments regarding the three experts.

6. To the extent the three filings constitute five motions, the United States would be entitled to file up to 100 pages of opposing briefing. Out of an abundance of caution, the United States files this motion to request leave to file its brief.

Accordingly, the United States respectfully requests an extension of the applicable page limitation for its Memorandum in Opposition to Defendants' Motion to Exclude Selected Testimony of Dr. Daniel Shumer, ECF No. 599; Defendants' Combined Motions in Limine to Exclude Testimony of I. Glenn Cohen as an Improper Rebuttal Witness and as Contrary to Rule 702, ECF No. 600; and Defendants' Combined Motions in Limine to Exclude Testimony of Devin Caughey as an Improper Rebuttal Witness, as Irrelevant Under Rule 402, and as Contrary to Rule 702, ECF No. 601. The United States requests permission to file a memorandum not to exceed eighty-three pages.

| | |
|---|---|
| Dated: August 12, 2024 | Respectfully submitted, |

| | |
|---|---|
| JONATHAN S. ROSS<br>Acting United States Attorney<br>Middle District of Alabama | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| PRIM F. ESCALONA<br>United States Attorney<br>Northern District of Alabama | CHRISTINE STONEMAN<br>Chief, Federal Coordination and Compliance Section |
| JASON R. CHEEK<br>Chief, Civil Division | COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and Compliance Section |
| MARGARET L. MARSHALL<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 244-2104<br>Margaret.Marshall@usdoj.gov | RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 305-2222<br>Renee.Williams3@usdoj.gov<br>Kaitlin.Toyama@usdoj.gov |
| STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, AL 36101-0197<br>Tel.: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | */s/ James Fletcher*<br>JAMES V. FLETCHER (MD Bar No. 1412160273)<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Disability Rights Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel. (202) 598-0083<br>James.Fletcher@usdoj.gov<br><br>*Attorneys for Plaintiff-Intervenor United States of America* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

*/s/ James Fletcher*
Trial Attorney, Disability Rights Section
Civil Rights Division
U.S. Department of Justice