# EXHIBIT 2

CORRECTION

# Correction: Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults

Jack L. Turban, Dana King, Julia Kobe, Sari L. Reisner, Alex S. Keuroghlian

Concerns were raised, post-publication, regarding common publications of the handling Academic Editor and some of the authors. A second and independent member of the *PLOS ONE* Editorial Board has reevaluated the manuscript and reviews, and has confirmed that the article is scientifically sound and meets *PLOS ONE*'s Publication Criteria. They also confirmed that there are no concerns with the original reviews.

Additionally, after publication of this article [1], the authors discovered an error in the original manuscript. Specifically, throughout the article, the "early adolescence" group was mislabeled and inadvertently included all participants who accessed GAH prior to age 16, including some respondents who accessed GAH at ages younger than what is recommended in the most recent Endocrine Society Guidelines. Analyses for this "early adolescence" group have been updated to include only those who accessed GAH during the younger adolescent age group outlined by the most recent Endocrine Society guidelines (i.e., ages 13–15) [2]. The following specific errors have been corrected:

- The early adolescence group age (14–16) appears incorrectly throughout the article. The correct group age is (13–15). The Endocrine Society Guidelines note an age of 13.5, and the authors chose age 13 as a lower cutoff to include individuals who would have accessed GAH at this age.

- The number and percentage of the early adolescent group reporting access to GAH appears incorrectly through the article. The correct values are 99 (0.5%).

- The sample of individuals ever desiring GAH appears incorrectly throughout the article as 21,598. The correct value is 21,578, now that those reporting access to GAH younger than age 13 have been excluded.

The following sentence has been added to the first paragraph of the Methods section: We additionally excluded any participants who reported accessing GAH prior to age 13, as this would represent an age lower than the current threshold mentioned in the most recent Endocrine Society Guidelines.

Please see S1 Table for detailed in-text corrections and locations.

This error impacted Tables 1–5. In Table 3, there was an additional error in the third column, which has also been corrected here. Please see the correct tables below.

These errors do not affect the results of the primary analyses or conclusions reported in the article.

Finally, the analysis code underlying results in this article was not included with the published article. With this Correction, the authors provide the code as S1 File.

A member of *PLOS ONE*'s Editorial Board confirmed that the new results support the results and conclusions of the published article.



OPEN ACCESS

Citation: Turban JL, King D, Kobe J, Reisner SL, Keuroghlian AS (2023) Correction: Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS ONE 18(6): e0287283. https://doi.org/10.1371/journal.pone.0287283

Published: June 12, 2023

Copyright: © 2023 Turban et al. This is an open access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

PLOS ONE

Table 1. Sample demographics.

| Total N = 21,578 | | No GAH<br>n = 8860 | GAH 13–15<br>n = 99 | GAH 16–17<br>n = 362 | GAH ≥ 18<br>n = 12257 | |
|---|---|---|---|---|---|---|
| | | n (%) | n (%) | n (%) | n (%) | p |
| Age (Census) | | | | | | < .0001 |
| | 18–24 | 5315 (60.00) | 75 (63.03) | 297 (82.04) | 2856 (23.30) | |
| | 25–44 | 2653 (29.94) | 23 (19.33) | 54 (14.92) | 6285 (51.28) | |
| | 45–64 | 753 (8.50) | 13 (13.13) | 11 (3.04) | 2660 (21.70) | |
| | 65+ | 139 (1.57) | 1 (1.01) | 0 (0.00) | 456 (3.72) | |
| Gender Identity | | | | | | < .0001 |
| | Trans man / male | 2620 (29.57) | 46 (6.46) | 214 (59.12) | 4713 (38.45) | |
| | Trans woman / female | 2324 (26.23) | 38 (38.38) | 109 (30.11) | 6340 (51.73) | |
| | AFAB GQ/NB | 2829 (31.93) | 13 (13.13) | 35 (9.67) | 834 (6.80) | |
| | AMAB GQ/NB | 766 (8.65) | 2 (2.02) | 4 (1.10) | 330 (2.69) | |
| | Other | 321 (3.62) | 0 (0.00) | 0 (0.00) | 40 (0.33) | |
| Sex Assigned at Birth | | | | | | < .0001 |
| | Female | 5475 (61.79) | 59 (59.60) | 00249 (68.78) | 05561 (45.37) | |
| | Male | 3385 (38.21) | 40 (40.40) | 00113 (31.22) | 06696 (54.63) | |
| Sexual Orientation | | | | | | < .0001 |
| | Asexual | 1220 (13.77) | 4 (4.04) | 22 (6.08) | 771 (06.29) | |
| | Bisexual | 1391 (15.70) | 6 (6.06) | 56 (15.47) | 1900 (15.50) | |
| | Gay/Lesbian/Same Gender Loving | 1337 (15.09) | 13 (13.13) | 64 (17.68) | 2535 (20.68) | |
| | Heterosexual/Straight | 743 (8.39) | 27 (27.27) | 71 (19.61) | 2019 (16.47) | |
| | Pansexual | 1875 (21.16) | 20 (20.20) | 66 (18.23) | 1877 (15.31) | |
| | Queer | 1573 (17.75) | 18 (18.18) | 58 (16.02) | 2525 (20.60) | |
| | Other | 721 (8.14) | 11 (11.11) | 25 (6.91) | 630 (5.14) | |
| Race / Ethnicity | | | | | | < .0001 |
| | Alaska Native/American Indian | 105 (1.19) | 1 (1.01) | 3 (0.83) | 149 (1.22) | |
| | Asian/Native Hawaiian/Pacific Islander | 273 (3.08) | 6 (6.06) | 10 (2.76) | 292 (2.38) | |
| | Biracial/Multiracial | 475 (5.36) | 5 (5.05) | 27 (7.46) | 571 (4.66) | |
| | Black/African American | 210 (2.37) | 10 (10.10) | 16 (4.42) | 378 (3.08) | |
| | Latin/Hispanic | 499 (5.63) | 5 (5.05) | 25 (6.91) | 572 (4.67) | |
| | White/Middle Eastern/North African | 7298 (82.37) | 72 (72.73) | 281 (77.62) | 10295 (83.99) | |
| Family Support of Gender Identity | | | | | | < .0001 |

(Continued)

Table 1. (Continued)

| | | No GAH n = 8860 | GAH 13–15 n = 99 | GAH 16–17 n = 362 | GAH ≥ 18 n = 12257 | |
|---|---|---|---|---|---|---|
| Total N = 21,578 | | n (%) | n (%) | n (%) | n (%) | p |
| | Not Asked (Not Out to Family as Transgender) | 3067 (34.64) | 2 (2.02) | 00015 (4.14) | 00901 (7.36) | |
| | Neutral | 1564 (17.66) | 8 (8.08) | 32 (8.84) | 1980 (16.16) | |
| | Supportive | 2904 (32.80) | 81 (81.82) | 291 (80.39) | 7321 (59.77) | |
| | Unsupportive | 1319 (14.90) | 8 (8.08) | 24 (6.63) | 2047 (16.71) | |
| | Missing | 6 (0.07) | 0 (0.00) | 0 (00.00) | 8 (0.08) | |
| Relationship Status | | | | | | < .0001 |
| | Partnered | 4028 (46.90) | 42 (42.42) | 135 (38.03) | 6257 (52.99) | |
| | Unpartnered | 4560 (53.10) | 54 (54.54) | 220 (61.97) | 5551 (47.01) | |
| | Other | 272 (3.07) | 4 (4.04) | 7 (1.93) | 449 (3.66) | |
| Education | | | | | | < .0001 |
| | Bachelor's degree or higher | 2219 (25.05) | 14 (14.14) | 48 (13.26) | 5911 (48.23) | |
| | Some college (no degree)/Associate's | 4555 (51.41) | 51 (51.52) | 171 (47.24) | 5199 (42.42) | |
| | High school grad (including GED) | 1617 (18.25) | 23 (23.23) | 99 (27.35) | 975 (7.95) | |
| | Less than high school | 469 (5.29) | 11 (11.11) | 44 (12.15) | 172 (1.40) | |
| Employment Status | | | | | | < .0001 |
| | Employed | 5213 (59.10) | 46 (46.46) | 189 (52.50) | 8788 (72.01) | |
| | Out of the labor force | 2038 (23.10) | 35 (35.35) | 108 (30.00) | 2283 (18.71) | |
| | Unemployed | 1570 (17.80) | 17 (17.17) | 63 (17.50) | 1133 (9.28) | |
| | Excluded (status unclear) | 4 (0.05) | 0 (0.00) | 2 (0.55) | 2 (0.02) | |
| | Missing | 35 (0.40) | 1 (1.01) | 0 (0.00) | 51 (0.42) | |
| Household Income | | | | | | < .0001 |
| | $1 to $9,999 | 1163 (14.75) | 14 (14.14) | 41 (12.65) | 1160 (10.10) | |
| | $10,000 to $24,999 | 1714 (21.73) | 9 (9.09) | 53 (16.36) | 2252 (19.62) | |
| | $100,000 or more | 1136 (14.40) | 19 (19.19) | 79 (24.38) | 2064 (17.98) | |
| | $25,000 to $49,999 | 1717 (21.77) | 23 (23.23) | 59 (18.21) | 2652 (23.10) | |
| | $50,000 to $100,000 | 1772 (22.47) | 21 (21.21) | 71 (21.91) | 3035 (26.44) | |
| | No income | 385 (4.88) | 3 (3.03) | 21 (6.48) | 317 (2.76) | |
| | Excluded | 275 (3.10) | 6 (6.06) | 11 (3.04) | 313 (2.55) | |
| | Missing | 698 (7.88) | 4 (4.04) | 27 (7.46) | 464 (3.79) | |

(Continued)

Table 1. (Continued)

| Total N = 21,578 | | No GAH n = 8860 | GAH 13–15 n = 99 | GAH 16–17 n = 362 | GAH ≥ 18 n = 12257 | |
|---|---|---|---|---|---|---|
| | | n (%) | n (%) | n (%) | n (%) | p |
| Ever Received Pubertal Suppression | | | | | | < .0001 |
| | Yes | 31 (0.36) | 31 (31.31) | 44 (12.15) | 221 (1.80) | |
| | No | 8659 (99.64) | 68 (68.69) | 318 (87.85) | 12036 (98.20) | |
| | Missing | 170 (1.92)) | 0 (0.00)) | 0 (0.00)) | 0 (0.00)) | |
| Ever Experienced Gender Identity Conversion Efforts | | | | | | < .0001 |
| | Yes | 998 (11.28) | 24 (24.24) | 92 (25.48) | 2208 (18.03) | |
| | No | 7852 (88.72) | 74 (74.75) | 269 (74.52) | 10037 (81.97) | |
| | Missing | 10 (0.11) | 1 (1.01) | 1 (0.28) | 12 (0.10) | |
| K-12 Harassment | | | | | | < .0001 |
| | Verbal, physical or sexual | 2026 (22.90) | 68 (68.69) | 226 (62.43) | 2612 (21.31) | |
| | None | 6834 (77.13) | 31 (31.31) | 136 (37.60) | 9645 (78.69) | |

Descriptive statistics for transgender adults in the U.S. who ever wanted gender-affirming hormones (GAH) for their gender identity or gender transition, comparing those who never received this treatment (No GAH), those who accessed GAH between their 13th and 16th birthdays (GAH 13–15), those who accessed GAH after their 16th birthday and before their 18th birthday (GAH 16–18) and those who accessed GAH after 18th birthday (GAH ≥ 18).
Abbreviations: AFAB (assigned female at birth), AMAB (assigned male at birth), GQ/NB (gender queer or non-binary).

https://doi.org/10.1371/journal.pone.0287283.t001

Table 2. Outcomes for those who received gender-affirming hormones (estrogen or testosterone).

| | Participants who Accessed GAH | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N = 12,598 | | | | | | | | | | | |
| | Accessed GAH at Ages 13–15 | | | | Accessed GAH at Ages 16 or 17 | | | | Accessed GAH at Age ≥ 18 | | | |
| | n = 99 | | | | n = 362 | | | | n = 12257 | | | |
| | OR (95% CI) | p | aOR (95% CI) | p | OR (95% CI) | p | aOR (95% CI) | p | OR (95% CI) | p | aOR (95% CI) | p |
| Suicidality (Past 12 months) | | | | | | | | | | | | |
| Past-year suicidal ideation [a] | 0.6 (0.4–0.8) | 0.004 | 0.4 (0.3–0.6) | < .0001 | 1 (0.8–1.2) | 0.73 | 0.5 (0.4–0.7) | < .0001 | 0.5 (0.5–0.6) | < .0001 | 0.8 (0.7–0.8) | < .0001 |
| Past-year suicidal ideation with plan [b] | 1.2 (0.7–2.3) | 0.51 | 0.8 (0.4–1.6) | 0.55 | 1.1 (0.9–1.5) | 0.41 | 0.9 (0.7–1.2) | 0.49 | 0.8 (0.8–0.9) | < .0001 | 0.9 (0.8–1.0) | 0.09 |
| Past-year suicide attempt [c] | 0.8 (0.3–1.9) | 0.64 | 0.4 (0.1–1.1) | 0.06 | 1.4 (1.0–2.0) | 0.04 | 0.9 (0.6–1.4) | 0.79 | 0.8 (0.8–0.9) | 0.002 | 1 (0.9–1.1) | 0.89 |
| Past-year suicide attempt requiring inpatient hospitalization [d] | -- | -- | -- | -- | 2.2 (1.2–4.0) | 0.01 | 2.2 (1.2–4.2) | 0.01 | 1.4 (1.1–1.7) | 0.002 | 1.2 (0.9–1.5) | 0.26 |
| Mental Health & Substance Use | | | | | | | | | | | | |

(Continued)

Table 2. (Continued)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past-month severe psychological distress (K6 ≥ 13) [c] | 0.5 (0.4–0.8) | 0.003 | 0.3 (0.2–0.5) | < .0001 | 0.6 (0.5–0.8) | < .0001 | 0.3 (0.3–0.4) | < .0001 | 0.4 (0.3–0.4) | < .0001 | 0.6 (0.5–0.6) | < .0001 |
| Past-month binge drinking [e] | 1.6 (1.0–2.4) | 0.04 | 1.6 (1.0–2.6) | 0.04 | 0.8 (0.6–1.1) | 0.17 | 0.9 (0.6–1.1) | 0.27 | 1.2 (1.1–1.2) | < .0001 | 1.2 (1.1–1.3) | < .0001 |
| Lifetime illicit drug use [f] | 1.7 (1.1–2.6) | 0.01 | 1.6 (1.0–2.5) | 0.05 | 1.2 (1.0–1.6) | 0.08 | 1.3 (1.0–1.6) | 0.07 | 2.1 (1.9–2.2) | < .0001 | 1.7 (1.6–1.8) | < .0001 |

Mental health outcomes of transgender adults who recalled access to gender-affirming hormones (GAH) during various age groups. Reference group for all analyses is those who desired GAH but did not receive them. All models adjusted for age, partnership status, employment status, K-12 harassment, and having experienced gender identity conversion efforts.

Abbreviations: OR (odds ratio), aOR (adjusted odds ratio), 95% CI (95% confidence interval).

a Model also adjusted for gender identity, sex assigned at birth, sexual orientation, race/ethnicity, family support of gender identity, educational attainment, and total household income.

b Model also adjusted for sexual orientation, race/ethnicity, educational attainment, and total household income.

c Model also adjusted for gender identity, sex assigned at birth, sexual orientation, race/ethnicity, family support of gender identity, educational attainment, total household income, having received pubertal suppression.

d Model also adjusted for family support of gender identity. Only one participant in the GAH < 16 group endorsed a past–year suicide attempt requiring inpatient hospitalization, precluding calculation of an aOR for this outcome.

e Model also adjusted for gender identity, sex assigned at birth, sexual orientation, family support of gender identity, educational attainment, and total household income.

f Model also adjusted for gender identity, sex assigned at birth, sexual orientation, race/ethnicity, family support of gender identity, and educational attainment.

https://doi.org/10.1371/journal.pone.0287283.t002

Table 3. Raw outcome frequencies of mental health outcomes.

| Total N = 21,578 | No GAH n = 8860 | GAH 13–15 n = 99 | GAH 16–17 n = 362 | GAH ≥ 18 n = 12257 |
|---|---|---|---|---|
| | n (%) | n (%) | n (%) | n (%) |
| **Suicidality (Past 12 months)** | | | | |
| Past-year suicidal ideation | 5144 (58.1) | 43 (43.4) | 207 (57.2) | 5237 (42.7) |
| Past-year suicidal ideation with plan | 2731 (30.8) | 25 (25.3) | 116 (32.0) | 02537 (20.7) |
| Past-year suicide attempt | 853 (9.6) | 6 (6.1) | 46 (12.7) | 756 (6.2) |
| Past-year suicide attempt requiring inpatient hospitalization | 220 (2.5) | 1 (1.0) | 20 (5.5) | 247 (2.0) |
| **Mental Health & Substance Use** | | | | |
| Past-month severe psychological distress (K6 ≥ 13) | 4545 (51.3) | 35 (35.4) | 145 (40.1) | 3419 (27.9) |
| Past-month binge drinking | 2083 (23.5) | 32 (32.3) | 74 (20.4) | 3214 (26.2) |
| Lifetime illicit drug use | 1918 (21.6) | 32 (32.3) | 93 (25.7) | 4455 (36.3) |

https://doi.org/10.1371/journal.pone.0287283.t003

Table 4. Outcomes for those who received gender-affirming hormones (estrogen or testosterone).

| | Accessed GAH at Ages 13–17 (compared to GAH at Age ≥ 18) n = 461 | | | | Accessed GAH at Ages 13–15 (compared to GAH at Ages 16 or 17) n = 99 | | | |
|---|---|---|---|---|---|---|---|---|
| | OR (95% CI) | p | aOR (95% CI) | p | OR (95% CI) | p | aOR (95% CI) | p |
| **Suicidality (Past 12 months)** | | | | | | | | |
| Past-year suicidal ideation [a] | 1.6 (1.3–1.9) | < .0001 | 0.7 (0.6–0.9) | .004 | 0.6 (0.4–0.9) | .02 | 0.8 (0.4–1.3) | .31 |
| Past-year suicidal ideation with plan [b] | 1.4 (1.1–1.8) | .01 | 1.1 (0.8–1.5) | .52 | 1.1 (0.6–2.1) | .80 | 0.9 (0.4–1.9) | .79 |

(Continued)

Table 4. (Continued)

| | Accessed GAH at Ages 13–17 (compared to GAH at Age ≥ 18) n = 461 | | | | Accessed GAH at Ages 13–15 (compared to GAH at Ages 16 or 17) n = 99 | | | |
|---|---|---|---|---|---|---|---|---|
| | OR (95% CI) | p | aOR (95% CI) | p | OR (95% CI) | p | aOR (95% CI) | p |
| Past-year suicide attempt [c] | 1.6 (1.1–2.1) | .006 | 1.0 (0.7–1.4) | .82 | 0.6 (0.2–1.4) | 23 | 0.3 (0.1–1.1) | .07 |
| Past-year suicide attempt requiring inpatient hospitalization [d] | 1.4 (0.8–2.5) | .26 | 1.8 (1.0–3.4) | .06 | 0.3 (0.0–2.4) | .24 | 0.3 (0.0–2.6) | .25 |
| **Mental Health & Substance Use** | | | | | | | | |
| Past-month severe psychological distress (K6 ≥ 13) [c] | 1.7 (1.4–2.1) | < .0001 | 0.6 (0.5–0.8) | **.0002** | 0.8 (0.5–1.3) | .45 | 0.8 (0.5–1.5) | .50 |
| Past–month binge drinking [e] | 0.8 (0.7–1.0) | .11 | 0.6 (0.5–0.8) | **.0006** | 1.9 (1.1–3.0) | .01 | 2.0 (1.2–3.6) | .01 |
| Lifetime illicit drug use [f] | 0.6 (0.5–0.8) | < .0001 | 0.7 (0.5–0.8) | **.0005** | 1.4 (0.8–2.2) | .20 | 1.1 (0.7–2.0) | .65 |

All models adjusted for age, partnership status, employment status, K-12 harassment, and having experienced gender identity conversion efforts.

Abbreviations: OR (odds ratio), aOR (adjusted odds ratio), 95% CI (95% confidence interval).

[a] Model also adjusted for gender identity, sex assigned at birth, sexual orientation, race/ethnicity, family support of gender identity, educational attainment, and total household income.

[b] Model also adjusted for sexual orientation, race/ethnicity, educational attainment, and total household income.

[c] Model also adjusted for gender identity, sex assigned at birth, sexual orientation, race/ethnicity, family support of gender identity, educational attainment, total household income, having received pubertal suppression.

[d] Model also adjusted for family support of gender identity.

[e] Model also adjusted for gender identity, sex assigned at birth, sexual orientation, family support of gender identity, educational attainment, and total household income.

[f] Model also adjusted for gender identity, sex assigned at birth, sexual orientation, race/ethnicity, family support of gender identity, and educational attainment.

https://doi.org/10.1371/journal.pone.0287283.t004

Table 5. Lifetime but no past-year suicide ideation and attempts for those who received gender-affirming hormones (estrogen or testosterone).

| | Participants who Accessed GAH N = 12,598 | | | | | |
|---|---|---|---|---|---|---|
| | Accessed GAH at Ages 13–15 n = 99 | | Accessed GAH at Ages 16 or 17 n = 362 | | Accessed GAH at Age ≥ 18 n = 12,257 | |
| | aOR (95% CI) | p | aOR (95% CI) | p | aOR (95% CI) | p |
| Lifetime suicidal ideation and no past-year ideation [a] | 1.4 (0.9–2.2) | .17 | 1.4 (1.1–1.8) | .005 | 1.4 (1.3–1.5) | < .0001 |
| Lifetime suicide attempt and no past-year attempt [b] | 0.9 (0.5–1.4) | .54 | 0.7 (0.6–1.0) | .03 | 1.0 (0.9–1.1) | .67 |

Mental health outcomes of transgender adults who recalled access to gender-affirming hormones (GAH) during various age groups. Reference group for all analyses is those who desired GAH but did not receive them. Both models adjusted for age, partnership status, employment status, K-12 harassment, and having experienced gender identity conversion efforts.

[a] Model also adjusted for gender identity, sex assigned at birth, sexual orientation, race/ethnicity, family support of gender identity, educational attainment, and total household income.

[b] Model also adjusted for gender identity, sex assigned at birth, sexual orientation, race/ethnicity, family support of gender identity, educational attainment, total household income, having received pubertal suppression.

https://doi.org/10.1371/journal.pone.0287283.t005

The authors apologize for the errors in the published article.

## Supporting information

**S1 Table. Detailed in-text corrections.**
(DOCX)

**S1 File. Analysis code.**
(DOCX)

## References

1. Turban JL, King D, Kobe J, Reisner SL, Keuroghlian AS (2022) Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS ONE 17(1): e0261039. https://doi.org/10.1371/journal.pone.0261039 PMID: 35020719

2. Hembree WC, Cohen-Kettenis PT, Gooren L, Hannema SE, Meyer WJ, Murad MH, et al. (2017) Endocrine treatment of gender-dysphoric/gender-incongruent persons: an endocrine society clinical practice guideline. The Journal of Clinical Endocrinology & Metabolism. 2017; 102(11):3869–903.