IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff-Intervenor*, | ) |
| | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| | ) Hon. Liles C. Burke |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE CERTAIN RESPONSE BRIEFS IN OPPOSITION TO PLAINTIFFS' MOTIONS TO EXCLUDE UNDER SEAL**

Defendants respectfully request that the Court grant them provisional leave to file under seal three of their response briefs in opposition to Plaintiffs' and the United States' motions to exclude certain testimony by Defendants' expert witnesses. *See* Doc. 590 (U.S. Mot.), 591 (U.S. Br.), 602 (Plfs' Joinder of U.S. Mot.), 605 (Plfs' Mot.). The three response briefs are:

(1) Defendants' Response in Opposition to Plaintiffs' and the United States' Motions to Exclude Certain Testimony of Paul Hruz, M.D.;

(2) Defendants' Response in Opposition to Plaintiffs' and the United States' Motions to Exclude Certain Testimony of Geeta Nangia, M.D.; and

(3) Defendants' Response in Opposition to Plaintiffs' and the United States' Motions to Exclude Certain Testimony of Michael Laidlaw, M.D.

Sealing is necessary because the briefs will discuss documents that were designated as "confidential" pursuant to the Court's protective order and thus "shall be filed, if at all, under seal." Doc. 137 at 3. With that said, and as noted before, Defendants expect that some of these documents can and should be unsealed, and are working with counsel for Plaintiffs, the United States, and the World Professional Association for Transgender Health (WPATH), to accomplish that. Defendants also reserve the right to seek further unsealing of these materials. But for now, in accordance with the Court's protective order, Defendants request leave to file these briefs under seal and to file on the public docket redacted versions of the same.

| | |
|---|---|
| Dated: August 12, 2024 | Respectfully submitted, |
| | Steve Marshall<br>  *Attorney General* |
| Christopher Mills (*pro hac vice*)<br>SPERO LAW LLC<br>557 East Bay Street, #22251<br>Charleston, SC 29413<br>(843) 606-0640<br>CMills@Spero.law | Edmund G. LaCour Jr. (ASB-9182-U81L)<br>  *Solicitor General*<br><br>s/ A. Barrett Bowdre<br>A. Barrett Bowdre (ASB-2087-K29V)<br>  *Principal Deputy Solicitor General* |
| David H. Thompson (*pro hac vice*)<br>Peter A. Patterson (*pro hac vice*)<br>Brian W. Barnes (*pro hac vice*)<br>John D. Ramer (*pro hac vice*)<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave., NW<br>Washington, D.C. 20036<br>(202) 220-9600<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>bbarnes@cooperkirk.com<br>jramer@cooperkirk.com | James W. Davis (ASB-4063-I58J)<br>  *Deputy Attorney General*<br><br>Benjamin M. Seiss (ASB-2110-O00W)<br>Charles A. McKay (ASB-7256-K18K)<br>  *Assistant Attorneys General*<br><br>OFFICE OF THE ATTORNEY GENERAL<br>STATE OF ALABAMA<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, Alabama 36130-0152<br>Telephone: (334) 242-7300<br>Facsimile: (334) 353-8400<br>Edmund.LaCour@AlabamaAG.gov<br>Barrett.Bowdre@AlabamaAG.gov |
| Roger G. Brooks (*pro hac vice*)<br>Henry W. Frampton, IV (*pro hac vice*)<br>Philip A. Sechler (*pro hac vice*)<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0200<br>rbrooks@adflegal.org<br>hframpton@adflegal.org<br>psechler@adflegal.org | Jim.Davis@AlabamaAG.gov<br>Ben.Seiss@AlabamaAG.gov<br>Charles.McKay@AlabamaAG.gov<br><br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on August 12, 2024, which will serve all counsel of record.

s/ A. Barrett Bowdre
A. Barrett Bowdre
*Counsel for Defendants*
