# **EXHIBIT 2**



# Scientific Misinformation Is Criminalizing the Standard of Care for Transgender Youth

**Christina Lepore, BA**
Yale School of Medicine, New Haven, Connecticut.

**Anne Alstott, JD**
Yale School of Law, New Haven, Connecticut.

**Meredithe McNamara, MD, MS**
Department of Pediatrics, Yale School of Medicine, New Haven, Connecticut.

**Transgender and nonbinary (TGNB)** youth in the US face growing sociopolitical obstacles in pursuit of health care. In 2021 and 2022, Arkansas and Alabama enacted legislative bans on gender-affirming care (GAC), with penalties for physicians ranging from loss of licensure to imprisonment.[1] In 2022, the Texas attorney general set a troubling precedent by issuing a legal opinion equating GAC with child abuse, claiming that this treatment constitutes forced sterilization and experimentation.[1] Such actions rely on scientific misinformation, retracted research, and politically biased sources.[1] As of June 2022, enforcement of the Arkansas and Alabama laws has been temporarily enjoined by the federal courts, but the Texas Department of Family and Protective Services has continued investigations into parents who provide GAC to their children. A summary of legal initiatives is presented in the **Table**. These bans on GAC place guardians and health care professionals in an ethically precarious position, in which the law and the standard of care conflict.

## Gender Dysphoria Is Real and GAC Saves Lives

TGNB adolescents may experience significant psychological distress known as gender dysphoria as their bodies develop unwanted sexual characteristics.[2] As a result, TGNB adolescents experience high rates of depression, anxiety, and self-harm.[1-3] Most concerningly, 35% of TGNB adolescents report attempting suicide.[1,4] GAC provides psychosocial and medical support that allows an individual to live in accordance with their identity, which has been shown to improve mental health outcomes and reduce suicidality.[3,5,6] Leading professional societies, including the Endocrine Society and the World Professional Association for Transgender Health, have issued guidelines for GAC in youth.[5,6] These societies, among other leaders in medicine and psychology, condemn the criminalization of GAC and emphasize the harms of denying this often lifesaving treatment.[4]

## False Assertions About GAC Stand at Odds With Medical Ethics

Individuals of all ages and gender identities seek GAC. Reconstructive breast surgery, medical and surgical management of disorders of sexual development, hormone therapy for menopause, and prostaglandin antagonists for erectile dysfunction illustrate that the affirmation of gender is intrinsic to health care.[5] Lawmakers trust the autonomy and competency of cisgender patients or their guardians to choose these treatments despite their inherent risks. In accordance with the ethical principle of justice, TGNB patients deserve the same right to consider the full spectrum of gender-affirming opportunities that medicine can offer.

**Corresponding Author:** Christina Lepore, BA, Yale School of Medicine, 333 Cedar St, New Haven, CT 06510 (christina.lepore@yale.edu).

Proponents of these legal bans allege that medical aspects of GAC are unsafe and experimental.[1] However, gonadotropin-releasing hormone agonists, estrogen, testosterone, and spironolactone are safe and frequently used in cisgender populations.[1,2,6] Puberty blockade with gonadotropin-releasing hormone agonists is the mainstay of treating precocious puberty, allowing affected children to experience psychosocial and physical development in tandem.[6] Estrogen helps people of all ages manage fertility, heavy menstrual bleeding, endometriosis, premenstrual dysphoria, acne, and ovarian failure.[1,7] Testosterone replacement therapy addresses symptoms of hypogonadism, with improved mental and sexual well-being.[6] Androgen blockade with spironolactone treats bothersome hirsutism and acne.[7]

The legal bans allege that GAC is rushed, and that physicians encourage immediate medical intervention without thorough evaluation.[1] In reality, the authoritative clinical guidelines describe an individualized, longitudinal process that adheres to ethical principles of informed patient and parent consent.[5,6] This process is more rigorous and prolonged than in other domains, as more intensive interventions are offered only with the involvement of a mental health professional and after months to years of persisting symptoms.[1,6] GAC is approached through the model of shared decision-making by an interdisciplinary team.[5,6]

These legal bans falsely assert that all GAC is irreversible and sterilizes young people.[1] In fact, youths are offered reversible treatments first, including mental health care and pubertal suppression.[2,4,6] If there is a persistent demonstrated need for advanced care after the onset of puberty, exogenous sex hormones may be considered.[5,6] The long-term effects of hormone therapy on fertility remain unclear, but there is evidence that transgender individuals can successfully conceive after pausing treatment.[1,2] Nonetheless, guidelines recommend offering fertility preservation to all individuals considering estrogen and testosterone.[5,6] Fertility preservation is common in youth undergoing gametotoxic chemotherapy, but TGNB access to such treatments remains a health equity issue.[1] Truly irreversible treatments, namely genital surgeries, are typically reserved for adults who have demonstrated adherence to their gender identity for at least a year.[5,6]

Defenders of the legal bans on GAC often distort current standards of practice.[1] One egregious misrepresentation is that antiquated methods of hormone therapy are used, falsely implying that TGNB patients are at imminent risk of harm.[1] The androgen blocker cyproterone (no longer available in the US), supratherapeutic doses of estrogen, and 17-alkylated testosterones, were written out of expert guidelines many years ago.[1,4,6] The risks of venous thromboembolism and cardiovascular dis-

© 2022 American Medical Association. All rights reserved.

Downloaded from jamanetwork.com by Kendrick Foster on 08/09/2024

Table. Enacted Legislation Limiting Gender-Affirming Care[a] in Youth

| State | Legal action[b] | Date | Punishment |
|---|---|---|---|
| Arkansas | Statute<br>Ark. Code Ann. § 20-9-1502 | April 2021 | Professional discipline, loss of licensure, state enforcement actions, private lawsuits |
| Texas | Opinion<br>(Interpretation of existing law) | February 2022 | Parents may be imprisoned and children may be removed to foster care |
| Arizona | Statute<br>SB 1138<br>(Prohibits surgery but not drug therapy) | March 2022 | Loss of professional license |
| Alabama | Statute<br>Alabama SB 184 | April 2022 | Up to 10-y prison sentence for health care professionals |

[a] Constitutes surgery and/or prescribing puberty blockers and exogenous sex hormones.

[b] In 2022, similar bills have been introduced in Florida, Idaho, Louisiana, Missouri, Mississippi, New Hampshire, Ohio, Oklahoma, South Carolina, Tennessee, Utah, and Wisconsin.

ease should be reviewed with patients, but they are comparable to those observed in healthy cisgender populations, and are less likely in adolescents.[1,2,6] In every case, the clinical practice guidelines require individualized counseling on the risks and benefits of treatment.[4,6] There is no place for a legal actor in the relationship among physicians, parents, and patients.

## Call to Action

Despite the safety and efficacy of GAC, scientific misinformation has been used to support recent legislative actions. Such laws not only threaten the safety of TGNB youth by overlooking their need for support and care, they also require that health care workers act against current evidence-based guidelines or face career-ending punishments.

A growing number of our colleagues stand in an untenable position wherein they are legally obligated to violate the central tenet of medicine: do no harm. A few politically biased public servants have interfered in the most sacred aspects of our work. We emphatically reject these legal bans. We trust the autonomy of TGNB patients and their parents in the process of informed medical decision-making. We trust the integrity of the evidence and expert guidelines. In these unprecedented times, the medical community must answer a new call to advocate for the compassionate application of evidence-based medicine. No domain of medicine is immune to the legal codification of scientific misinformation, and thus health care professionals who provide GAC must not stand alone. Patients' lives, and our collective professional futures, depend on it.

ARTICLE INFORMATION

**Published Online:** August 22, 2022. doi:10.1001/jamapediatrics.2022.2959

**Conflict of Interest Disclosures:** None reported.

REFERENCES:

1. Boulware S, Kamody R, Kuper L, et al. Biased science: the Texas and Alabama measures criminalizing medical treatment for transgender children and adolescents rely on inaccurate and misleading scientific claims. Accessed June 6, 2022. https://medicine.yale.edu/childstudy/policy/lgbtq-youth/

2. T'Sjoen G, Arcelus J, Gooren L, Klink DT, Tangpricha V. Endocrinology of transgender medicine. *Endocr Rev*. 2019;40(1):97-117. doi:10.1210/er.2018-00011

3. Tordoff DM, Wanta JW, Collin A, Stepney C, Inwards-Breland DJ, Ahrens K. Mental health outcomes in transgender and nonbinary youths receiving gender-affirming care. *JAMA Netw Open*. 2022;5(2):e220978. doi:10.1001/jamanetworkopen.2022.0978

4. Turban JL, Kraschel KL, Cohen IG. Legislation to criminalize gender-affirming medical care for transgender youth. *JAMA*. 2021;325(22):2251-2252. doi:10.1001/jama.2021.7764

5. Coleman E, Bockting W, Botzer M, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *Int J Transgend*. 2012;13:165-232. doi:10.1080/15532739.2011.700873

6. Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab*. 2017;102(11):3869-3903. doi:10.1210/jc.2017-01658

7. Barrionuevo P, Nabhan M, Altayar O, et al. Treatment options for hirsutism: a systematic review and network meta-analysis. *J Clin Endocrinol Metab*. 2018;103(4):1258-1264. doi:10.1210/jc.2017-02052

© 2022 American Medical Association. All rights reserved.

Downloaded from jamanetwork.com by Kendrick Foster on 08/09/2024