# **EXHIBIT 6**




ELSEVIER

Molecular and Cellular Endocrinology 254–255 (2006) 217–220

MCE
Molecular and Cellular Endocrinology

www.elsevier.com/locate/mce

# Long-term GnRH agonist treatment for female central precocious puberty does not impair reproductive function

Sabine Heger [a,*], Marina Müller [a], Michael Ranke [b], Hans-Peter Schwarz [c], Franz Waldhauser [d], Carl-Joachim Partsch [a], Wolfgang G. Sippell [a]

[a] *Division of Paediatric Endocrinology, Department of Paediatrics, University Hospital, Kiel, Germany*
[b] *Division of Paediatric Endocrinology, Department of Paediatrics, University Hospital, Tübingen, Germany*
[c] *Division of Paediatric Endocrinology, Department of Paediatrics, University Hospital, Munich, Germany*
[d] *Division of Paediatric Endocrinology, Department of Paediatrics, University Hospital, Vienna, Austria*

**Abstract**

Depot gonadotropin releasing hormone (GnRH) agonist (GnRHa) therapy is the treatment of choice for patients with central precocious puberty (CPP). It is still unclear whether long-term exposure to GnRHa is associated with impaired reproductive function in adulthood.

The present study was performed on 46 women, former CPP patients, $12.5 \pm 3.7$ years after the discontinuation of treatment with depot GnRHa. In a structured interview, we assessed general health status, clinical signs possibly associated with hyperandrogenism, menstrual cycle, gynaecological diseases and reproductive function. It appears that long-term treatment with depot GnRHa is safe and does not impair reproductive function. The risk of former CPP patients to develop hirsutism and/or polycystic ovary syndrome does not seem to be increased compared to the normal population but this issue needs to be addressed in further long-term follow-up studies.
© 2006 Elsevier Ireland Ltd. All rights reserved.

*Keywords:* Central precocious puberty; Depot GnRH agonist; Hyperandrogenism; Reproductive function

## 1. Introduction

Central precocious puberty is the premature activation of GnRH neurons, resulting in pulsatile GnRH release and subsequent premature development of secondary sex characteristics and menarche (Wildt et al., 1980). It is agreed that after careful endocrine evaluation of the pituitary-gonadal axis, auxology, psychosocial status and rapidity of progression of CPP, treatment with GnRHa, preferably in depot formulation, is the treatment of choice (Heger et al., 2005). To date, we have over 20 years of experience in patients with CPP using depot GnRHa. Their suppressive effect on the hypothalamic–pituitary–gonadal axis and also the complete reversibility of suppression after discontinuation of GnRHa therapy has been well documented (Oostdijk et al., 1995). We and others have demonstrated that approximately 80% of female CPP patients reach their genetic target height range and achieve normal body proportions (Carel et al., 1999; Heger et al., 1999). No negative side effects have been observed on bone mineral density, body weight and psychosocial outcome (Heger et al., 1999).

To date, a considerable number of female CPP patients have reached adult age. So far it is not known whether long-term GnRHa treatment is associated with impaired reproductive function or an increased risk for polycystic ovary syndrome, as in patients with precocious pubarche (Ibanez et al., 2004). The aim of this study was to investigate whether prolonged GnRHa exposure has negative long-term sequelae.

## 2. Methods

Data on current health status, including hypertension and diabetes mellitus types 1 and 2, clinical signs of hyperandrogenism, spontaneous menstrual cycle, gynaecological diseases and reproductive function was obtained in a structured telephone interview, performed by the paediatric endocrinologist who had treated the former patient during the course of CPP.

To receive information about clinical signs of hyperandrogenism symptoms potentially related to androgen excess we asked about the severity and localisation of acne, severity of oily hair, hair loss, receding hairline, moustache, pattern of menstrual cycle and pain during menstrual bleeding. Patients were asked to self-estimate the severity of clinical signs of hyperandrogenism by ranking their occurrence as absent, mild or severe.

* Corresponding author at: Hospital for Children and Adolescents, Research Laboratory, University of Leipzig, Oststr. 21-25, D-04317 Leipzig, Germany. Tel.: +49 341 97 26335; fax: +49 341 97 26009.
*E-mail address:* sabine.heger@medizin.uni-leipzig.de (S. Heger).

0303-7207/$ – see front matter © 2006 Elsevier Ireland Ltd. All rights reserved.
doi:10.1016/j.mce.2006.04.012

In regard to menstrual pattern, they were asked if the interval of spontaneous menstrual bleeding was shorter than 26 days, between 26 and 30 days or longer than 30 days.

Data on reproductive function was obtained by asking about the wish to have children, previous pregnancies, miscarriages, employment of assisted fertilization and medical problems during the course of pregnancy. The health status of children was obtained by evaluating date of birth, week of gestation, weight at birth, length at birth and APGAR index for each child. Statistical analysis was performed by employing standard procedures (Sachs, 1993).

## 3. Results

46 women (mean ± S.D. age, 23.6 ± 3.3 years; range 19.0–31.3 years) participated in the interview. Thirty-two women were younger, 14 women were older than 25 years of age.

The former CPP patients were treated with the depot GnRHa triptorelin acetate (Decapeptyl Depot, Ferring, Kiel, Germany) i.m. in a dose of 75 µg/kg every 4 weeks over a mean period of 5.6 ± 2.3 years (range 1.1–14.0 years) in a prospective multicenre trial (Heger et al., 1999). End of treatment was at a mean age of 11.2 ± 1.3 years (range 8.8–14.0 years). The present follow-up study was carried out 12.5 ± 3.7 years (range 6.8–20.2 years) after the end of treatment, comprising an observation period of 573 patient years.

### 3.1. Height and weight

The auxological status of the former patients is shown in Table 1. Mean adult height was 162.2 cm (−0.9 SDS according to North German standards (Reinken and van Oost, 1992) and −0.4 SDS according to South German/Austrian standards (Prader et al., 1989) and only 1.6 cm (0.3S.D.) below the mean target height. Body mass index (BMI) was 25.4 ± 6.0 kg/m$^2$ (1.5 ± 2.1 SDS, range −1.0 to +9.9), 59% ($n$ = 27) of the patients had a normal body weight (BMI 18.5–24.9 kg/m$^2$) according to WHO criteria (National Institutes of Health and National Heart, 1998), 22% ($n$ = 10) were overweight (BMI 25.0–29.9 kg/m$^2$), 13% ($n$ = 6) had adiposity grade I (BMI 30.0–34.9 kg/m$^2$), 4% ($n$ = 2) adiposity grade II (BMI 35.0–39.9 kg/m$^2$), and 2% ($n$ = 1) adiposity grade III (BMI >40 kg/m$^2$). Although there is no significant change in BMI and BMI-SDS compared to the data obtained six years ago (BMI 25.5 ± 5.6 kg/m$^2$, BMI-SDS 1.7 ± 2.2), there is a significantly greater number of obese individuals in the CPP group when comparing the actual weight of the former CPP patients with the normal age-matched population ($\chi^2 = 4.7$, $p < 0.05$ and hypothesis test).

### 3.2. General health status

Three patients with hydrocephalus, ventriculoperitoneal shunt and epilepsy since childhood were included in the study.

Evaluation of the current health status revealed no development of any chronic diseases. During the post treatment observation period of 6–20 years, 30 patients have suffered no ill health at all, 8 patients reported acute injuries and illness (e.g., pneumonia, cystitis), 6 had to undergo appendectomy. Blood pressure was elevated in 2 women, low in 7 and normal in the remaining 35 (Freitag and Vasan, 2003). None of the patients had developed diabetes mellitus types 1 or 2.

### 3.3. Medication and pill

Anticonvulsive treatment was necessary in three patients due to epilepsy since childhood; one patient received treatment for high blood pressure. Thirty-two (70%) of all women were taking oral contraceptives at the time of the interview. Nine (19%) of all patients were taking a pill with an antiandrogenic component such as cyproterone acetate, dienogest or chlormadinone acetate, 19 (41%) used estrogen–gestagen compounds; in four patients the preparation was unknown.

### 3.4. Clinical signs of hyperandrogenism symptoms potentially related to androgen excess

Out of 45 women, 16 (35%) women reported about signs potentially related to androgen excess, in the remaining 29 (65%) women, no signs were noted. As shown in Table 2, 12 former patients (27%) reported mild, none severe acne. Two (5%) women reported severe, six (13%) mild seborrhoea. Hair loss was ranked by two (5%) women as severe and mild by three (6%) former patients. Severe facial hair growth was reported by one (2%) and mild by eight (18%). Seven women reported about one sign potentially related to hyperandrogenism. In nine women, a combination of clinical signs potentially associated with hyperandrogenism was reported, five of them observed two symptoms, and the remaining four patients reported three or four sign that have been ranked as mild by self-estimation. Menstrual cyclicity was regular in all four of them.

Among the 16 women who reported about signs possibly related to hyperandrogenism, 3 received contraceptive medication with an antiandrogenic component. The remaining 13 patients were on an estrogen-gestagen combination drug or did not wish contraception.

### 3.5. Menstrual cycle and gynaecological diseases

The pattern and length of the spontaneous menstrual cycle was obtained from 41 (89%) women (Table 2). Out of this group, 71% experienced a regular spontaneous menstrual cycle length, in one (2%) woman it was shorter than 26 day, in six (15%) it was longer than 30 days. Five (12%) reported an irregular

Table 1
Auxological characteristics of 46 women treated with GnRH agonists for CPP

| | |
|---|---:|
| Chronological age (year) | 23.6 ± 3.3 |
| Duration of treatment (year) | 5.6 ± 2.3 |
| Age at end of treatment (year) | 11.2 ± 1.3 |
| $\Delta$ time after end of treatment—present study (year) | 12.5 ± 3.7 |
| Adult height (cm) | 162.2 ± 7.3 |
| Predicted adult height (cm) at start of GnRHa Tx | 154.2 ± 8.5 |
| Target height (cm) | 163.8 ± 6.3 |
| Body mass index (BMI, kg/m$^2$) | 25.4 ± 6.0 |
| BMI SDS for chronological age | 1.5 ± 2.1 |

Data are shown as the mean ± S.D.

Table 2
Parameters of reproductive function in 46 women after depot GnRHa treatment for CPP

| Symptoms of androgen excess ($n = 45$) | | No (%) | | Yes (%) |
|---|---|---|---|---|
| Any sign associable with hyperandrogenism | | 29 (65) | | 16 (35) |
| Symptoms of androgen excess ($n = 45$) | No (%) | | Mild (%) | Severe (%) |
| Acne | 33 (73) | | 12 (27) | 0 |
| Oily hair | 37 (82) | | 6 (13) | 2 (5) |
| Hair loss | 40 (89) | | 3 (6) | 2 (5) |
| Facial hair/moustache | 36 (80) | | 8 (18) | 1 (2) |
| Menstrual cyclicity ($n = 41$) | | | | |
| <26 d | 26–30 d | | >30 d | Irregular |
| 1 (2) | 29 (71) | | 6 (15) | 5 (12) |
| Gynaecological problems ($n = 44$) | | No | Yes | Unknown |
| Ovarian disorders (e.g. cysts, carcinoma)[a] | | 43 | 1 | 0 |
| Uterine disorders (e.g. endometriosis, polyp) | | 41 | 1 | 2 |
| Breast disease (e.g. mastopathy, cancer) | | 44 | 0 | 0 |
| Fertility | | | | |
| Pregnancies | | 1× ($n = 7$) | 2× ($n = 1$) | 3× ($n = 2$) |
| Early miscarriages | | 2 | | |
| Abortion | | 1 | | |
| Children | | 5 boys | 4 girls | |

[a] No ultrasound performed.

menstrual cyclicity without contraceptive medication. Information on gynaecological problems was available from 44 women. One former patient, whose menstrual cycle was very irregular, reported ovarian cysts which were detected by ultrasound and corpus luteum insufficiency which was diagnosed by her gynaecologist. In another woman a small uterine polyp was detected by chance. None of the former patients had developed endometriosis or any breast disease. There were no malignancies of any kind.

### 3.6. Fertility

Among 43 women (3 mentally retarded women were excluded), 34 (79%) wish to have children, 6 (14%) did not have this wish and 3 (7%) were undecided. So far, 12 pregnancies have occurred among the 34 former CPP patients who wish to have children. One woman had been pregnant three times, one twice and seven women once (Table 2). None of them reported any health problems during the course of pregnancy. Two early miscarriages occurred within the first trimester of pregnancy. In another woman one abortion was performed at the age of 17 years, but a subsequent pregnancy resulted in the birth of a healthy girl. None of the women who wanted to become pregnant, had to utilize assisted methods for inducing pregnancies like ovulation induction and/or in vitro fertilization. Five healthy boys and four healthy girls were delivered spontaneously after normal duration of pregnancies. Birth weight and length were within normal ranges and APGAR indices indicated normal postnatal adaptation. There were no birth defects, and so far, normal further development during infancy and early childhood.

### 4. Discussion

The present study comprises an overview on the long-term outcome of female patients with CPP and depot GnRHa treatment, on average 12.5 years after end of therapy.

At a mean age of 23.6 years, the group of 46 former CPP patients has reached an average adult height just 1.6 cm or 0.3 S.D. below their mean target height. Thus, depot GnRH agonist therapy, in contrast to earlier treatment regimens of CPP using cyproterone or medroxyprogesterone acetate, is able to preserve the genetic height potential of CPP women. As shown in an earlier study performed at the attainment of final height, female CPP patients are obese at the beginning of treatment, however GnRHa therapy does not worsen obesity (Heger et al., 1999). In fact, this treatment does not seem to affect weight development at all. On the other hand it has to be noted that compared to the normal age-related population, former CPP patients are significantly overweight, which is important to keep in mind since these patients may have an increased risk to develop type 2 diabetes and cardiovascular disease (Eckel et al., 2005).

Androgen excess is present in approximately 7% of normal reproductive aged women (Azziz et al., 2004). Due to the design of this study which evaluated only clinical signs possibly related to hyperandrogenism, it is not possible to finally state if the risk to develop hyperandrogenism and PCOS is increased in former CPP patients. Further studies are needed to investigate this issue in depth by analyzing blood androgen levels and performing ultrasound investigations of the ovaries. Nevertheless, the observation that almost 20% of our former patients are on a pill with an anti-androgenic compound should not be incor-

rectly interpreted as a sign of hyperandrogenism, since many young women nowadays receive this treatment for simple acne therapy.

Reproductive function does not seem to be impaired in former female patients with CPP. Almost all patients had normal menses and no breast or uterine diseases. Since 1972 there is a negative population growth in Germany with at present approximately 1.35 children per woman of the reproductive age (15–49 years of age) (Statistisches Bundesamt Deutschland, 2004). The women in the present study who had the wish to become pregnant did not need to use assisted fertilisation. None of the patients reported medical health problems during the course of pregnancy. Two early miscarriages occurred within the first trimester and one abortion has been performed due to the young age of the mother. So far nine healthy children have been born after normal duration of pregnancies. All these observations appear to be within the normal range for healthy young women.

In conclusion, long-term treatment with depot GnRHa does not impair reproductive function. The risk of these former CPP patients developing hirsutism and/or polycystic ovary syndrome does not seem to be elevated compared to the normal population (Asuncion et al., 2000). Further studies are needed to investigate this topic in greater detail.

## Acknowledgements

We thank the patients who contributed and the participating Paediatric Endocrinologists for their support: U. Irle and I. Gaetjen (both Bremen) and M. Bettendorf (Heidelberg). We thank Joanna Voerste for linguistic revision of the manuscript.

## References

Asuncion, M., Calvo, R.M., San Millan, J.L., Sancho, J., Avila, S., Escobar-Morreale, H.F., 2000. A prospective study of the prevalence of the polycystic ovary syndrome in unselected Caucasian women from Spain. J. Clin. Endocrinol. Metab. 85, 2434–2438.

Azziz, R., Sanchez, L.A., Knochenhauer, E.S., Moran, C., Lazenby, J., Stephens, K.C., Taylor, K., Boots, L.R., 2004. Androgen excess in women: experience with over 1000 consecutive patients. J. Clin. Endocrinol. Metab. 89, 453–462.

Carel, J.C., Roger, M., Ispas, S., Tondu, F., Lahlou, N., Blumberg, J., Chaussain, J.L., 1999. Final height after long-term treatment with triptorelin slow release for central precocious puberty: importance of statural growth after interruption of treatment. French study group of Decapeptyl in Precocious Puberty. J. Clin. Endocrinol. Metab. 84, 1973–1978.

Eckel, R.H., Grundy, S.M., Zimmet, P.Z., 2005. The metabolic syndrome. Lancet 365, 1415–1428.

Freitag, M.H., Vasan, R.S., 2003. What is normal blood pressure? Curr. Opin. Nephrol. Hypertens. 12, 285–292.

Heger, S., Partsch, C.J., Sippell, W.G., 1999. Long-term outcome after depot gonadotropin-releasing hormone agonist treatment of central precocious puberty: final height, body proportions, body composition, bone mineral density, and reproductive function. J. Clin. Endocrinol. Metab. 84, 4583–4590.

Heger, S., Sippell, W.G., Partsch, C.J., 2005. Gonadotropin-releasing hormone analogue treatment for precocious puberty. Twenty years of experience. Endocr. Dev. 8, 94–125.

Ibanez, L., Ferrer, A., Ong, K., Amin, R., Dunger, D., de Zegher, F., 2004. Insulin sensitization early after menarche prevents progression from precocious pubarche to polycystic ovary syndrome. J. Pediatr. 144, 23–29.

National Institutes of Health and National Heart, L.a.B.I., 1998. Clinical guidelines on the identification, evaluation, and treatment of overweight and obesity in adults—the evidence report. Obes. Res. 6, 51S–209S.

Oostdijk, W., Partsch, C.J., Drop, S.L., Sippell, W.G., 1995. Hormonal evaluation during and after long-term treatment with a slow-release GnRH-agonist of children with central precocious puberty; effect on final height. In: T., Plant, P.A., Lee (Eds.). The Neurobiology of Puberty. Journal of Endocrinology, Bristol, 319–325.

Prader, A., Largo, R.H., Molinari, L., Issler, C., 1989. Physical growth of Swiss children from birth to 20 years of age. First Zurich longitudinal study of growth and development. Helv. Paediatr. Acta 52 (Suppl.), 1–125.

Reinken, L., van Oost, G., 1992. Longitudinal physical development of healthy children 0 to 18 years of age. Body length/height, body weight and growth velocity. Klin. Padiatr. 204, 129–133.

Sachs, L., 1993. Statistische Methoden, 7 Edn. Springer-Verlag, Berlin, Heidelberg, New York.

Statistisches Bundesamt Deutschland, Statistisches Jahrbuch, 2004.

Wildt, L., Marshall, G., Knobil, E., 1980. Experimental induction of puberty in the infantile rhesus monkey. Science 207, 1373–1375.