# **EXHIBIT 7**

Eur J Pediatr (2000) 159: 369–374 © Springer-Verlag 2000

ORIGINAL PAPER

Silvano Bertelloni · Giampiero I. Baroncelli · Marco Ferdeghini
Fabrizio Menchini-Fabris · Giuseppe Saggese

# Final height, gonadal function and bone mineral density of adolescent males with central precocious puberty after therapy with gonadotropin-releasing hormone analogues

Received: 4 May 1999 / Accepted: 30 November 1999

**Abstract** Few data are available on the outcome of boys with central precocious puberty (CPP) treated with gonadotropin-releasing hormone (GnRH) analogues. We report on final height, endocrine and exocrine testicular function, and bone mineral density (BMD) in nine males (age 16.7 ± 1.5 years) treated with GnRH analogues from the age 6.0 ± 1.8 years for a mean period of 5.6 ± 2.4 years. The following parameters were evaluated: final height, serum gonadotropin and gonadal steroid levels, spermarche, semen analysis, area and volumetric BMD. Final height (−0.4 ± 1.1 SDS) was significantly higher than pre-treatment predicted adult height (−2.0 ± 1.2 SDS) and not significantly different than midparental height (−0.1 ± 0.8 SDS). Pubertal response of gonadotropins to GnRH test occurred within 1.5 years (mean 0.7 ± 0.4 years) and spermarche ($n = 7$) from 0.7 to 3 years (1.8 ± 0.9 years) after the discontinuation of GnRH analogue therapy. No alteration in semen analysis was found ($n = 6$, sperm count, $10^6$/ml: 52.0 ± 18.7; normal motility (%): 49.5 ± 18.7; atypical morphology (%): 44.5 ± 11.4). Area and volumetric BMD were not reduced (0.2 ± 1.0 SDS and −0.1 ± 0.9 SDS, respectively).

**Conclusion** Long-term treatment with gonadotropin-releasing hormone analogues improves final height in boys with central precocious puberty. Post-therapy data demonstrating normal endocrine and exocrine testicular function support the safety of gonadotropin-releasing hormone analogues on reproductive function. Long-term pharmacological suppression of testicular function in childhood does not impair bone mineral density in late adolescence.

**Key words** Central precocious puberty · Final height · Gonadotropin-releasing hormone analogues · Testicular function · Bone mineral density

**Abbreviations** *BMD* bone mineral density · *CPP* central precocious puberty · *GnRH* gonadotropin-releasing hormone · *PBM* peak bone mass · *PICP* carboxylterminal propeptide of type I procollagen · *ICTP* cross-linked carboxylterminal telopeptide of type I collagen · *SDS* standard deviation score

S. Bertelloni (✉)
II Division of Paediatrics, Santa Chiara Hospital,
Via Roma, 67, 56125 Pisa, Italy
Tel.: +39-050-592743; Fax: +39-050-550595

S. Bertelloni · G. I. Baroncelli · G. Saggese
Adolescent and Endocrine Units,
Department of Reproductive Medicine and Paediatrics,
II Division of Paediatrics, University of Pisa,
"Santa Chiara" Hospital, Pisa, Italy

M. Ferdeghini
Dipartimento Scienze Morfologico-Biomediche Sezione
di Radiologia, Universita di Verona, Verona, Italy

F. Menchini-Fabris
Department of Reproductive Medicine and Paediatrics,
Division of Andrology,
University of Pisa, "Santa Chiara" Hospital, Pisa, Italy

## Introduction

In boys, central precocious puberty (CPP) results from the appearance of secondary sex characteristics before the age of 9 years due to premature activation of the hypothalamus-pituitary-gonadal axis [33]. In some patients, it may be associated with disorders of the central nervous system or peripheral diseases (organic forms of CPP), while in others there are no detectable causes of sexual precocity (idiopathic CPP) [10, 33].

Gonadotropin-releasing hormone (GnRH) analogues are the treatment of choice for CPP [6, 33], being able to increase final height in these patients [5, 9, 11, 13, 17, 20, 21, 26, 27]. Data have been reported in girls that documented the long-term safety of such drugs on adult ovarian function [12, 19] and on acquisition of peak bone mass (PBM) [5, 17]. Because of the low occurrence of CPP in males [10], no data are available on long-term safety of GnRH analogues in boys.

Here, we report endocrine and exocrine testicular function in adolescent males treated with GnRH analogues for CPP. We also report the effect on bone mineral density (BMD) at final height to assess whether PBM may be impaired by long-term GnRH analogue administration during childhood.

## Patients and methods

### Patients

We studied nine white Italian boys followed in our divisions for CPP. The diagnosis of CPP was based on the appearance of secondary sex characteristics (testicular volume ≥ 4 ml), before the age 9 years, accelerated growth velocity (>97th percentile for chronological age), advancement of bone maturation, pubertal testosterone concentrations (>3.5 nmol/l) and pubertal LH response (>25 IU or >10 IU/l [IRMA]) in a standard GnRH test [23, 33]. Clinical data of the patients at diagnosis are summarized in Table 1. Four patients (44.4%) had an idiopathic CPP (one with negative CT and three with negative MRI); in the other five boys an organic cause of CPP was found (hamartoma in two, optic glioma in neurofibromatosis type 1 in one, benign brain tumour in one and secondary to salt-wasting congenital adrenal hyperplasia in another). Following diagnosis of CPP, four boys received intranasal buserelin (D-ser(TBU)[6]-LH-RH, Suprefact, Hoechst Italia, Milan, Italy) at a dose of 1600 μg/day in four divided doses for a median period of 1.0 years (range 0.5–2.0 years); subsequently the boys were switched to depot-triptorelin (D-Trp[6]-LH-RH, Decapeptyl Depot, IPSEN-Biotech, Milan, Italy) at the initial dose of 60 μg/kg i.m. every 24–28 days. The other five boys were only treated with depot-triptorelin (60 μg/kg i.m. every 24–28 days). Height, weight, bone age and gonadal suppression status (clinical signs of pubertal progression, serum testosterone levels, serum LH levels after standard GnRH test) were re-evaluated every 6 months. The dose of GnRH analogue was adjusted to maintain complete suppression of the hypophyseal-gonadal axis (testosterone <0.7 nmol/l, LH peak <2.0 IU/l) [23]. During treatment suppression was complete in all patients. Mean period of therapy was 5.6 ± 2.4 years.

### Aim of the study

The study sought to define the following characteristics of our patient population after GnRH analogue therapy: 1) the impact of therapy on final height (defined as a growth rate < 1 cm/year and/or a bone age >17 years) [11, 26, 27,], 2) timing of spermarche (defined as the first spermaturia) [29] and spermatogenesis, 3) pituitary-gonadal axis, 4) PBM (assumed as BMD after the attainment of final height) [30], and 5) bone turnover at final height. Informed consent was obtained from the parents of each subject when the chronological age was less than 18 years and directly from each subject whose chronological age was greater than 18 years. The ethics committee for human investigation of our departments approved the study.

### Assessment of clinical findings

Height, bone age and secondary sexual characteristics were assessed every 6 months after discontinuing GnRH analogue therapy. Pubertal development was studied according to Tanner and Whitehouse [37]. Standing height was measured with a wall-mounted stadiometer. The height of each patient was expressed as a real measured value or as a standard deviation score (SDS) according to Tanner et al. [36]. Midparental height was calculated using measured parental heights adjusted for the child's sex (paternal height + maternal height/2 + 6.5 cm). Bone age was assessed according to Greulich and Pyle [16]. Predicted adult height was calculated using the Bayley-Pinneau method [3]. The volume of each testis was estimated by use of a Prader orchidometer and the mean value of the two testes was calculated. Testicular volume was given as the real measured value and the SDS in comparison with normal data [38].

### Assessment of gonadal function

Blood samples for measurement of biochemical parameters were obtained in the fasting state between 8.00 and 9.00 am. Baseline and GnRH stimulated (100 μg/i.v.) LH, FSH , testosterone and dihydrotestosterone levels were assayed every 3 months in the first 12 months after GnRH analogue discontinuation; then every 6 months thereafter. After a pubertal reponse to GnRH was found, only baseline levels were determined. LH and FSH were assayed by commercially available IRMA kits; testosterone and dihydrotestosterone by standard RIA kits [4].

The detection of spermatozoa in the urine [29] was done in first morning void for a week every 3 months after the discontinuation of GnRH analogue therapy. A specimen was considered positive if one or more spermatozoa were detected. Semen analysis was done at the final height according to the recommended procedure [41]. The normal values were both the adult WHO standards [41] and those obtained in healthy Italian adolescents [28].

**Table 1** Clinical data at the beginning of GnRH analogue treatment and at final height in boys with CPP

|  | At start of GnRH analogue | At final height |
|---|---|---|
| Chronological age (years) | 6.0 ± 1.8 | 16.7 ± 1.5 |
| Bone age (years) | 9.9 ± 2.3 | Adult |
| Height (cm) | 120.6 ± 12.3 | – |
| Height SDS | −2.4 ± 0.8[a] | – |
| Adult height (cm) | 161.8 ± 8.1[b] | 172.2 ± 6.9* |
| Adult height SDS | −2.0 ± 1.2[b] | −0.4 ± 1.1** |
| Midparental height (cm) | 174.0 ± 5.2 | – |
| Midparental height SDS | −0.1 ± 0.8 | – |
| Testicular volume (ml) | 10.0 ± 2.1 | 22.7 ± 2.8 |
| Testicular volume SDS | 10.0 ± 2.5 | −0.4 ± 1.1*** |

[a] SDS for bone age
[b] Predicted adult height before GnRH analogue treatment
\* $P < 0.004$ versus at start of GnRH analogue
\*\* $P < 0.008$ versus at start of GnRH analogue
\*\*\* $P = $ NS versus normal [36]

Bone mineral analysis and biochemical bone markers

Area BMD (g/cm$^2$) was measured by dual-energy X-ray absorptiometry in the lumbar spine (L2-L4) with a Lunar DPX-L densitometer (Lunar Corp., Madison, Wis). Apparent volumetric BMD (g/cm$^3$) was calculated using the formula: volumetric BMD = area BMD × 4/π × width [22]. For each patient, SDS was calculated at final height using the normative data of Boot et al. [8] according to bone age and gender. In our laboratory, the in vivo coefficient of variation was <1.5% for healthy volunteer late adolescents [4]. Serum values of osteocalcin, carboxylterminal propeptide of type I procollagen (PICP) and cross-linked carboxylterminal telopeptide of type I collagen (ICTP) were measured at final height using commercially available kits [4].

Statistical analysis

Results are expressed as mean ± SD, except otherwise stated. Student $t$ test for paired samples was used to compare the on-study results with baseline values with the Bonferroni adjustment for multiple comparisons or repeated measures analysis of variance when appropriate. Non parametric statistical analysis (Mann-Whitney Rank Sum test) was also used where suitable. Multivariate analysis was used to assess the relationships between spermarche and clinical characteristics. A $P$ value <0.05 was considered to be significant in all instances. Statistical analyses were carried out using the SPSS for Windows software program.

**Results**

Clinical findings

Final height was significantly higher than predicted adult height at the beginning of GnRH analogue therapy and not significantly different from mid-parental height (Table 1). No significant differences were found in final height between patients treated with buserelin plus depot-triptorelin and those who received depot-triptorelin alone (171.5 ± 6.1 cm versus 173.0 ± 6.9 cm, respectively; $P$ = NS). No significant differences were found between patients with idiopathic and neurogenic CPP, even if those with idiopathic CPP ($n$ = 4) attained an higher final height (175.7 ± 7.2 cm versus 171.0 ± 5.3 cm respectively; $P$ = NS). The patient with CPP secondary to salt wasting congenital adrenal hyperplasia reached a lower final height (162.9 cm), but adequate for his midparental height (164.4 cm). Indeed, final height was increased in respect to predicted adult height before GnRH analogue (152.8 cm).

Full pubertal development, i.e. G5, Ph5, was noticed in all the patients. Testicular volume was increased for chronological age at the beginning of GnRH analogue therapy, but it was in the normal adult male range during the present study (Table 1).

Endocrine and exocrine testicular function

In all patients, pubertal response of LH to GnRH testing occurred within 1.5 years after the discontinuation of GnRH analogue therapy (mean 0.7 ± 0.4 years; range 0.25–1.5 years).

The attainment of spermaturia was investigated in seven subjects and was detected in all between 0.7 and 3.0 years after the discontinuation of GnRH analogue therapy (mean 1.8 ± 0.9 years; mean chronological age 13.3 ± 1.0 years). Spermarche occurred at the pubertal stages G3 ($n$ = 1), G3–4 ($n$ = 2), G4 ($n$ = 4); Ph3 ($n$ = 2), Ph3–4 ($n$ = 1), Ph4 ($n$ = 3), Ph4–5 ($n$ = 1); mean testicular volume at spermarche was 14.3 ± 2.6 ml (range 11.5–19 ml). The variance in the interval between the cessation of treatment and detection of spermaturia showed no significant relationship with clinical characteristics (chronological and bone age at spermarche, chronological and bone age at onset of CPP, duration of GnRH analogue therapy, chronological and bone age at discontinuation of GnRH analogue, height and weight at spermarche) in our sample.

Individual gonadal features at final height are reported in Table 2. Testosterone and dihydrotestosterone levels were in the adult normal range in all patients as

**Table 2** Endocrine and exocrine testicular function in adolescent males (mean age 16.7 ± 1.5 years) previously treated with GnRH analogues for CPP (*DHT* dihydrotestosterone, *ND* not determined)

| Patient | LH (IU/l) | FSH (IU/l) | Testosterone (nmol/l) | DHT (pmol/l) | Semen volume (ml) | Sperm[a] concentration (ml) | Normal[a] motility (%) | Abnormal[a] morphology (%) |
|---|---|---|---|---|---|---|---|---|
| 1 | 0.7 | 0.6 | 27.3 | 126.7 | 2.6 | 43.5 × 10$^6$ | 76 | 36 |
| 2 | 2.2 | 1.7 | 33.0 | 189.0 | 3.3 | 67.0 × 10$^6$ | 45 | 51 |
| 3 | 3.4 | 2.5 | 30.0 | 200.0 | N.D | N.D. | N.D. | N.D. |
| 4 | 5.2 | 2.6 | 19.4 | 132.2 | 3.8 | 24 × 10$^6$ | 24 | 49 |
| 5 | 4.2 | 3.1 | 18.0 | 145.0 | N.D. | N.D. | N.D. | N.D. |
| 6 | 0.9 | 1.2 | 26.7 | 185.7 | 3.3 | 37 × 10$^6$ | 37 | 27 |
| 7 | 1.8 | 1.2 | 24.0 | 135.0 | 4.0 | 51 × 10$^6$ | 51 | 59 |
| 8 | 6.9 | 4.9 | 30.0 | 214.8 | 3.8 | 64 × 10$^6$ | 64 | 45 |
| 9 | 2.7 | 2.5 | 23.0 | 185.0 | N.D | N.D. | N.D. | N.D. |
| Mean | 3.1 | 2.2 | 25.7 | 168.1 | 3.5 | 47.7 × 10$^6$ | 49.5 | 44.5 |
| SD | 2.0 | 1.3 | 5.0 | 33.3 | 0.5 | 16.4 | 18.7 | 11.4 |
| Normal values | 0.5–12 | 0.5–10 | 10–35 | 85–250 | ≥2.0[b] | ≥20 × 10$^6$[b] | ≥50[b] | ≤70[b] |

[a] Normal values for 14–18 adolescent males (pubertal stage G5): sperm concentration 42.8 ± 24.5, normal motility 44.1 ± 18.4%; normal morphology 41.5 ± 18.8% [19]
[b] Normal values according to [28]



**Fig. 1** Individual values (SDS) of area BMD (aBMD) and volumetric BMD (vBMD) in adolescent males (mean age 16.7 ± 1.5 years) treated with GnRH analogues for CPP during childhood. The horizontal dotted lines represent the mean +2 SDS and −2 SDS

well as serum gonadotropin values (Table 2). Semen analysis was done in six patients and revealed normal exocrine testicular function with both adult normal values and chronological age normal values (Table 2).

BMD findings

Individual SDS values of area BMD and volumetric BMD are shown in Fig. 1. All values were distributed within the normal range, that is −2 to 2 SDS. Absolute area and volumetric BMD means (1.265 ± 0.161 g/cm$^2$ and 0.351 ± 0.030 g/cm$^3$, respectively) were similar to those we previously reported in healthy Italian young men with normal onset of puberty ($n = 12$, mean age 19.3 ± 1.3 years, pubertal stage G5, Ph5: area BMD 1.222 ± 0.091 g/cm$^2$, $P = $ NS versus patients; volumetric BMD 0.337 ± 0.017 g/cm$^3$, $P = $ NS versus patients) [4].

Serum values of biochemical bone markers were in our normal ranges for young adult men (osteocalcin 6.6 ± 1.7 µg/l normal values 7.0 ± 3.0 µg/l; PICP 111.2 ± 23.8 µg/l normal values 121.5 ± 45.0 µg/l; ICTP 4.2 ± 0.9 µg/l normal values 4.0 ± 1.3 µg/l).

Discussion

Reproductive function is not affected by CPP [15]; thus, therapies for this conditions must be extremely safe regarding the preservation of fertility in adulthood. Although from the early 1980s GnRH analogues are the main drugs used in the treatment of CPP [6, 33], the post-therapy outcome of gonadal function in males is largely unknown, likely because CPP is rare in boys [10].

The detection of spermatozoa in the urine has been proposed as a reliable method to assess functional maturation of male gonads and may be a qualitative test to investigate potential damage to maturing testes [29, 32]. In our patients, spermarche occurred at mean chronological age (13.3 years) quite similar to that observed in healthy boys (range 13.4–14.5 years) [18, 25, 32]. However, the timing of spermarche in our sample is likely to be determined by the age at discontinuation of GnRH analogue treatment, even if no relationships were evident between some clinical findings and age at spermarche. Jay et al. [19] showed a significant tendency for girls to reach menarche earlier if GnRH analogue was discontinued at older ages or after short treatment periods. Indeed, this could not mean a different maturational pattern in the two sexes after stopping therapy because spermarche and menarche cannot be simply compared [34]. In fact, spermarche usually occurs at early midpuberty [29, 34], whereas menarche occurs at the end of puberty [34]. Moreover, the low number of boys we studied may be a cause of the lack correlation.

After the attainment of final height, we found a normal sperm analysis, according to chronological age [28] or adult normal values [41], and normal hormone levels of the pituitary-testicular axis. Our results agree with the finding of normal menstrual and reproductive function in adolescent girls previously treated with GnRH analogues for CPP [12, 19]. Thus, in males, as reported in females [12, 19], adult exocrine and endocrine gonadal function seems not to be impaired by administration of GnRH analogues during childhood, but definitive conclusions should be drawn only when larger number of patients have been studied and paternity reported.

Some authors [1, 31] suggested that the suppression of the pituitary-ovarian axis by the GnRH analogues may decrease BMD in girls with CPP. No data are available on the behaviour of BMD during GnRH analogue therapy in boys, but BMD reduction has been reported in adult men treated with such drugs [14]. So, the impact of GnRH analogue therapy on the achievement of PBM may be an important issue regarding their long-term safety. PBM is defined as the highest level of bone mass achieved as a result of normal growth [7, 30], and, although there is no general consensus, it is usually approached at final height [7, 30, 39], at least at the level of the lumbar spine [7, 35, 39] we evaluated. Indeed, comparing lumbar BMD values of late adolescents with adult normal values, it has been shown that lumbar PBM is achieved by the age of 16.5–17 years in males [35]. The results of our study show that both area and volumetric BMD, the latter being less dependent on alterations of growth and bone size [4, 22], were not significantly different in comparison with the normal values of Boot et al. [8]. In addition, both area BMD and volumetric BMD were similar to those we previously found in a group of healthy young Italian men with normal pubertal development [4]. These results

seems to suggest that in adolescent males BMD is not impaired by both abnormal pubertal development and long-term suppression of testicular function during childhood. These data agree with the evidence of normal BMD values in adolescent females previously treated with GnRH analogues for CPP [5, 17, 40]. The normal serum values of biochemical bone markers, indicating normal bone turnover, support the fact that bone health in late adolescence is not altered by GnRH administration in childhood. At any rate, our cross-sectional data require to be confirmed by longitudinal studies into adulthood.

Finally, we found that final height in GnRH analogue treated boys is no different from their midparental height and approaches the mean height of the adult Italian male population (i.e. 176.9 cm) [24]. We also found a significant increment in comparison with predicted adult height before treatment. These results agree with some reports that showed a positive effect of GnRH analogue therapy on final height in boys with CPP [13, 26], while other authors found that the final height was not significantly different from the predicted adult height before therapy [11, 21] or even reduced [27]. In addition, we demonstrated no significant difference in final height between boys with idiopathic CPP and neurogenic CPP. This result could indicate that the effectiveness of GnRH analogue therapy is independent of the aetiology of CPP [26], but there is also no consensus is on this matter [27]. The discrepant results among the various studies may be due, at least in part, to the methodological problems in applying final height prediction to precocious puberty [11]. In girls, some authors demonstrated that the Bayley-Pinneau method, usually used in CPP [5, 9, 11, 13, 26, 27], overestimates final height by about 4–6 cm [2, 20]. On this matter, no data are available in boys, but it is likely that a similar problem of accuracy exists. Another problem in evaluating the efficacy of GnRH analogue in improving final height in males with CPP is that the group of patients in our and in other studies [11, 13, 26, 27] is small and heterogeneous. At any rate, the evidence of markedly decreased adult height in untreated boys with CPP (156.6 cm, $n = 26$) [11] suggests that they benefit from GnRH analogue treatment, but further studies in larger series of patients should be done.

Our results suggest that both endocrine and exocrine testicular function as well as BMD in late adolescence are not impaired in young men who underwent long-term GnRH analogue treatment for CPP during childhood and confirm the positive effect of GnRH analogue therapy on final height in boys with CPP. Indeed, longitudinal studies through adulthood will be performed to describe fully the reproductive and bone outcome of these patients.

**Acknowledgements** This work was partly supported by MURST, Roma, Italy and by Azienda Ospedaliera Pisana, Pisa, Italy. The authors wish to thank the patients and their parents who permitted the feasibility of the study. The clinical assistance of nurse Patrizia Gerini is highly appreciated.

### References

1. Antoniazzi F, Bertoldo F, Zamboni G, Valentini R, Sipresi S, Cavallo L, Adami S, Tatò L (1995) Bone mineral metabolism in girls with central precocious puberty during gonadotropin-releasing hormone agonist treatment. Eur J Endocrinol 133: 412–417
2. Bar A, Linder B, Sobel EH, Saenger P, DiMartino-Nardi J (1995) Bayley-Pinneau method of height prediction in girls with precocious puberty: correlation with adult height. J Pediatr 126: 955–958
3. Bayley N, Pinneau SR (1952) Tables for predicting adult height from skeletal age: revised for use with the Greulich and Pyle standards. J Pediatr 40: 432–441
4. Bertelloni S, Baroncelli GI, Ferdeghini M, Perri G, Saggese G (1998) Normal volumetric bone mineral density in young men with histories of constitutional delay of puberty. J Clin Endocrinol Metab 83: 4280–4283
5. Bertelloni S, Baroncelli GI, Sorrentino MC, Perri G, Saggese G (1998) Effect of central precocious puberty and gonadotropin-releasing hormone analogue treatment on peak bone mass and final height in females. Eur J Pediatr 157: 363–367
6. Boepple PA, Mansfield MJ, Wierman ME (1986) Use of a potent long acting agonist of gonadotropin-releasing hormone in the treatment of precocious puberty. Endocr Rev 7: 24–33
7. Bonjour JPh, Theintz G, Law F, Sloman D, Rizzoli R (1994) Peak bone mass. Osteoporos Int [Suppl 1]: S7–S17
8. Boot AM, de Ridder MAJ, Pols HAP, Krenning EP, de Muink Keiser-Schrama SMPF (1997) Bone mineral density in children and adolescents: relation to puberty, calcium intake and physical activity. J Clin Endocrinol Metab 82: 57–62
9. Brauner R, Adan L, Malandry F, Zantleifer D (1994) Adult height in girls with idiopathic true precocious puberty. J Clin Endocrinol Metab 79: 415–420
10. Bridges NA, Christopher JA, Hindmarsh PC, Brook CGD (1994) Sexual precocity: sex incidence and aetiology. Arch Dis Child 70: 116–118
11. Carel JC, Roger M, Ispas S, Tondu F, Lahlou N, Blumberg J, Chaussain JL (1999) Final height after long-term treatment with triptorelin slow release for central precocious puberty: importance of statural growth after interruption of treatment. J Clin Endocrinol Metab 84: 1973–1978
12. Feuillan PP, Jones JV, Barnes K, Ortner-Klein K, Cuttler GB Jr (1999) Reproductive axis after discontinuation of gonadotropin-releasing hormone analog treatment of girls with precocious puberty: long term follow-up comparing girls with hypothalamic hamartoma to those with idiopathic precocious puberty. J Clin Endocrinol Metab 84: 44–49
13. Galluzzi F, Salti R, Bindi G, Pasquini E, La Cauza C (1998) Adult height comparison between boys and girls with precocious puberty after long-term gonadotropin-releasing hormone analogue therapy. Acta Paediatr 87: 521–527
14. Goldray D, Weisman Y, Jaccard N, Merdler C, Chen J, Matzkin H (1992) Decreased bone density in elderly men treated with the GnRH agonist Decapeptyl. J Clin Endocrinol Metab 75: 697–699
15. Grant DB, Murram D, Dewhurst G (1985) Precocious puberty: implications on adult reproductive function. In: Venturoli S, Flamigni C, Givens JR (eds) Adolescence in females. Year Book, Chicago, pp 335–345
16. Greulich WW, Pyle SI (1959) Radiographic atlas of skeletal development of the hand and wrist, 2nd edn. Stanford University Press, Stanford
17. Heger S, Partsch CJ, Sippell WG (1999) Long-term outcome after depot GnRH agonist treatment of central precious puberty (CPP): final height (FH), body proportions and composition, and bone mineral density (abstract). Horm Res 51[Suppl 2]: 72
18. Hirsch M, Shemesh J, Modan M, Lunefeld B (1979) Emission of spermatozoa: age of onset. Int J Androl 2: 289–298

19. Jay N, Mansfield MJ, Blizzard RM, Crowley WF Jr, Schoenfeld D, Rhubin L, Boepple PA (1992) Ovulation and menstrual function of adolescent girls with central precocious puberty after therapy with gonadotropin-releasing hormone agonists. J Clin Endocrinol Metab 75: 890–892
20. Kauli R, Galatzer A, Kornreich L, Lazar L, Pertzelan A, Laron Z (1997) Final height of girls with central precocious puberty, untreated vs. treated with cyproterone acetate or GnRH analogue. A comparative study with re-evaluation of prediction by the Bayley-Pinneau method. Horm Res 47: 54–61
21. Kletter GB, Kelch RP (1994) Effects of gonadotropin-releasing hormone analog therapy on adult stature in precocious puberty. J Clin Endocrinol Metab 79: 331–334
22. Kroger H, Kotaniemi A, Vaino P, Alhava E (1992) Bone densitometry of the spine and femur in children by dual-energy X-ray absorptiometry. Bone Miner 17: 75–85
23. Lee PA (1994) Laboratory monitoring of children with precocious puberty. Arch Pediatr Adolesc Med 148: 369–376
24. Nicoletti I (1992) La crescita del bambino italiano. Edizioni Centro Studi Auxologici, NICOP, Firenze, Italy
25. Nielsen CT, Skakkebæk NS, Richardson DW (1986) Onset of release of spermatozoa (spermarche) in boys in relation to age, testicular growth, pubic hair, and height. J Clin Endocrinol Metab 62: 532–535
26. Oerter KE, Manasco PK, Barnes KM, Jones J, Hill S, Cutler GB Jr (1993) Effects of luteinizing hormone-releasing hormone agonists on final height in luteinizing hormone-releasing hormone-dependent precocious puberty. Acta Paediatr [Suppl] 388: 62–68
27. Oostdijk W, Rikken B, Schreuder S, Otten B, Odink R, Rouwè C, Jansen M, Gerver WJ, Waelkens J, Drop S (1996) Final height in central precocious puberty after long-term treatment with a slow-release GnRH agonist. Arch Dis Child 75: 292–297
28. Paris E, Menchetti A, De Lazzaro E, Marrocco M, Nuzzo C, Radicioni A (1998) The spermiogram in adolescence (abstract). Minerva Pediatr 50: 303
29. Pedersen JL, Nysom, Jorgensen M, Nielsen CT, Muller J, Keiding N, Skakkebaek NE (1993) Spermaturia and puberty. Arch Dis Child 69: 384–387
30. Saggese G, Baroncelli GI (1999) Bone mass with adolescents. Ref Gynecol Obstetr 6: 9–17
31. Saggese G, Bertelloni S, Baroncelli GI, Battini R, Franchi G (1993) Reduction of bone density: an effect of gonadotropin-releasing hormone analogue treatment in central precocious puberty. Eur J Pediatr 152: 717–20
32. Schaefer F, Marr J, Seidel C, Tilgen W, Schaerer K (1990) Assessment of gonadal maturation by evaluation of spermaturia. Arch Dis Child 65: 1205–1207
33. Shankar R, Pescovitz OH (1995) Precocious puberty. Adv Endocrinol Metab 6: 55–89
34. Sizonenko PC (1987) Normal sexual maturation. Pediatrician 14: 191–201
35. Takahashi Y, Minamitami K, Kobayashi Y, Minagawa M, Yasuda T, Niimi H (1996) Spinal and femoral bone mass accumulation during normal adolescence: comparison with female patients with sexual precocity and hypogonadism. J Clin Endocrinol Metab 81: 1248–1253
36. Tanner JM, Whitehouse RH, Takaishi M (1966) Standards from birth to maturity for height, weight, height velocity: British children. Arch Dis Child 41: 613–635
37. Tanner JM, Whitehouse ER (1976) Clinical longitudinal standards for height, weight, height velocity, weight velocity and stages of puberty. Arch Dis Child 51: 170–179
38. Taranger J, Engstrom I, Lichtenstein H, Svennberg-Redegren (1976) Somatic pubertal development. Acta Paediatr Scand [Suppl] 258: 121–35
39. Theintz G, Buchs B, Rizzoli R, Sloman D, Clavien H, Sizonenko PC, Bonjour J-PH (1992) Longitudinal monitoring of bone mass accumulation in healthy adolescents: evidence for a marked reduction after 16 years of age at the levels of lumbar spine and femoral neck in female subjects. J Clin Endocrinol Metab 75: 1060–1065
40. Van den Brink HA, Noordam C, van den Bergh J, Otten BJ (1999) Bone mineral density at final height in girls treated for central precocious puberty with depot GnRH agonist is normal. First International Conference on Children's Bone Health, Maastrict, The Netherlands, May 4–7, abstract book p. 64
41. World Health Organization (1992) WHO laboratory manual for the examination of human semen and sperm-cervical mucus interaction, 3rd edition. Cambridge University Press, Cambridge