UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| and | ) |
| | ) |
| United States of America, | ) |
| | ) |
| *Plaintiff-Intervenor*, | ) |
| | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| | ) |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

**PRIVATE PLAINTIFFS' JOINDER IN PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE SELECTED TESTIMONY OF DR. DANIEL SHUMER, COMBINED MOTIONS IN LIMINE TO EXCLUDE TESTIMONY OF I. GLENN COHEN AS AN IMPROPER REBUTTAL WITNESS AND AS CONTRARY TO RULE 702, AND COMBINED MOTIONS IN LIMINE TO EXCLUDE TESTIMONY OF DEVIN CAUGHEY AS AN IMPROPER REBUTTAL WITNESS, AS IRRELEVANT UNDER RULE 402, AND AS CONTRARY TO RULE 702**

Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe; Robert Moe, individually and on behalf of his minor daughter, April Moe; and Heather

1

Austin, Ph.D ("Private Plaintiffs") join in and adopt the arguments, citations to the record, citations to authority, evidentiary submission, and requests for relief by Plaintiff-Intervenor United States of America in its Memorandum in Opposition to Defendants' Motion to Exclude Selected Testimony of Dr. Daniel Shumer, Combined Motions *in Limine* to Exclude Testimony of I. Glenn Cohen as an Improper Rebuttal Witness and as Contrary to Rule 702, and Combined Motions *In Limine* to Exclude Testimony of Devin Caughey as an Improper Rebuttal Witness, as Irrelevant Under Rule 402, and as Contrary To Rule 702 (Doc. 655).

Respectfully submitted,

/s/ Melody H. Eagan
Melody H. Eagan
Jeffrey P. Doss
Amie A. Vague
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

J. Andrew Pratt
Adam Reinke
Misty L. Peterson
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite

Sarah Warbelow
Cynthia Weaver
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

Jennifer L. Levi
Sarah K. Austin
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
jlevi@glad.org

<div style="column-count:2">

1600
Atlanta, GA 30309
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com

Brent P. Ray
Abigail Hoverman Terry
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
bray@kslaw.com
aterry@kslaw.com

Abby Parsons
KING & SPALDING LLP
1100 Louisiana Street
Houston, TX 77002
aparsons@kslaw.com

Scott D. McCoy
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
scott.mccoy@splcenter.org

Diego A. Soto
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
diego.soto@splcenter.org

*Counsel for Private Plaintiffs*

saustin@glad.org

Jessica L. Stone
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
jessica.stone@splcenter.org

Christopher F. Stoll
Amy E. Whelan
Rachel H. Berg
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
cstoll@nclrights.org
awhelan@nclrights.org
rberg@nclrights.org

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this case.

*/s/ Melody H. Eagan*
*Counsel for Private Plaintiffs*