# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, individually and on behalf of her minor son, MICHAEL BOE; *et al.*,<br><br>　　　　Plaintiffs,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Intervenor,<br><br>　　v.<br><br>STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama; *et al.*,<br><br>　　　　Defendants. | Case No. 2:22-cv-00184-LCB-CWB<br><br>Honorable Liles C. Burke |

**DECLARATION OF DAN H. KARASIC, M.D.**

I, Dan H. Karasic, M.D., hereby state as follows:

1. I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation. I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully to the facts stated herein.

2. I am a Professor Emeritus of Psychiatry at the University of California – San Francisco (UCSF) Weill Institute for Neurosciences. I have been on faculty at UCSF since 1991. I have also have had a telepsychiatry private practice since 2020. For over 30 years, I have provided care for thousands of transgender patients.

3. I understand that the Defendants in this case have questioned the basis for the statement in paragraph 90 of my expert report in this case that "[t]ransgender individuals who have received hormone therapy can and do have children, both biological and nonbiological, whether or not fertility preservation occurs." The reason I know this is that I have personally treated or been acquainted with transgender individuals over the years who have had biological children after receiving hormone therapy. For example, I have treated or been acquainted with transgender male patients who became pregnant and had children after being on testosterone for a number of years.

4. As a physician who regularly treats transgender individuals, I am aware of the medications my patients are taking and the typical doses of those medications, including the doses that my patients receiving hormone therapy are receiving.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of August 2024.

_____
Dan H. Karasic, M.D.

1