# EXHIBIT 1



# WHO

# *Handbook for Guideline Development*

*2nd edition*



World Health Organization

# 3. Contributors and their role in guideline development

When developing WHO guidelines, four groups need to be established (Table 3.1):
- the steering group;
- the GDG;
- the external review group; and
- the systematic review team.

These groups have different skills, perspectives, roles, responsibilities and tasks. They are established at different times, but all work to produce a high-quality guideline.

## 3.1 The steering group

Once the technical unit has decided to proceed with developing a guideline, the steering group should be formulated, led by the responsible technical officer. The steering group includes members from all WHO departments and regional offices whose work deals directly with the topic of the guideline. It is wise, however, to limit the group to fewer than 8 or 10 members to maximize efficiency, although some guidelines require a larger steering group to encompass representatives from all relevant departments and regions.

Steering group members must be prepared to allocate a lot of time to this work: senior WHO staff who cannot do so should not be listed as members. Instead, they should be consulted as appropriate during the development process. If the guideline is being developed jointly with another organization, individuals from that organization will also be members of the steering group. Otherwise, the steering group is composed exclusively of WHO staff from headquarters and the regional offices.

The role of the steering group is to:
- provide administrative support for guideline development;
- draft the scope of the guideline and key questions in PICO format (see Chapters 2 and 7);
- identify the systematic review team and guideline methodologist(s);
- develop and finalize the planning proposal for submission to the GRC (see Chapter 4);

- oversee evidence retrieval, assessment and synthesis;
- select members of the GDG and the external review group;
- collect and assess disclosures of interest and manage conflicts in collaboration with the director of the technical unit and in consultation with the Office of Compliance, Risk Management and Ethics (CRE), as needed (see Chapter 6);
- organize GDG meetings;
- draft recommendations based on the decisions of the GDG;
- draft the final guideline, in collaboration with the technical writer;
- oversee peer review, review comments and revise the draft guideline as appropriate;
- submit the final guideline to the GRC and revise as indicated to meet GRC requirements;
- oversee publication and dissemination of the guideline; and
- monitor new information, user needs and requests that inform when an update may be needed.

The responsible technical officer is responsible for the efficient and effective function of this group and for liaising and consulting with departments and experts internal to WHO, and with the chair and members of the GDG as needed.

## 3.2 The guideline development group

The GDG is made up of external experts whose central task is to develop evidence-based recommendations. The GDG also performs the important task of finalizing the scope and key questions of the guideline in PICO format. This group should be established early in the guideline development process, once the steering group has defined the guideline's general scope and target audience and begun drafting the key questions.

Potential members of the GDG are identified by the steering group and are selected to encompass the technical skills, diverse perspectives and geographic representation needed. The group should be small enough for effective group interaction and decision-making, but large enough to ensure that all relevant expertise and perspectives are represented. A group of 10 to 20 is usually feasible and effective, although some GDGs are larger if the scope of the guideline is broad. The group can hold online or teleconference meetings but will usually need to have at least one face-to-face meeting to formulate the recommendations based on the systematic reviews of the evidence and other information (see Chapter 10).

Chapter 3   Contributors and their role in guideline development

The members of the GDG are not commissioned and do not receive any financial compensation other than for direct expenses associated with their work on the guideline. The responsible technical officer may develop terms of reference so potential GDG members clearly understand their roles and responsibilities before committing themselves. Members of the GDG participate in the guideline development process and at meetings as individuals and not as representatives of the institutions or organizations with which they are affiliated.

The role of the GDG is to:
- provide input into the scope of the guideline;
- assist the steering group in developing the key questions in PICO format;
- choose and rank priority outcomes that will guide the evidence reviews and focus the recommendations;
- examine the Grading of Recommendations Assessment, Development and Evaluation (GRADE) evidence profiles or other assessments of the quality of the evidence used to inform the recommendations and provide input;
- interpret the evidence, with explicit consideration of the overall balance of benefits and harms;
- formulate recommendations taking into account benefits, harms, values and preferences, feasibility, equity, acceptability, resource requirements and other factors, as appropriate; and
- review and approve the final guideline document before submission to the GRC.

### 3.2.1 Composition of the guideline development group

The GDG is multidisciplinary and composed of individuals from all WHO regions likely to use the guideline, except for employees of WHO or other United Nations organizations. Its membership should be balanced in terms of gender and geography. Possible conflict of interest is also an important consideration when selecting and confirming GDG members (see Chapter 6). There are several ways to identify, nominate and select members of the GDG. In addition to drawing members from established technical networks and WHO collaborating centres, consider publishing an open call for nominees. The aim is to have a diverse group that includes:
- relevant technical experts;
- end-users, such as programme managers and health professionals, who will adopt, adapt, and implement the guideline;

**25**

- representatives of groups most affected by the recommendations in the guideline, such as service users and representatives of disadvantaged groups;
- experts in assessing evidence and developing guidelines informed by evidence; and
- other technical experts as required (e.g. a health economist or an expert on equity, human rights and gender).

### 3.2.1.1 The chair of the guideline development group

The selection of the chair of the GDG is a key decision. The steering group usually selects the chair, but the choice should generally be agreed upon by members of the GDG. The chair should be an expert in facilitating groups that reach decisions based on consensus; be experienced at critically appraising and interpreting evidence and developing evidence-informed recommendations; and have no financial interests related to the guideline's topic. Although the chair should have a general knowledge of the topic of the guideline, no one with strong views about the interventions under consideration should chair the GDG. The chair should have experience engaging in consensus-based processes involving people with different opinions. The chair can be a guideline methodologist with expertise in evidence synthesis and in formulating recommendations based on evidence. A vice-chair should also be identified by the steering group to stand in if the chair is absent and to share in the chair's tasks and responsibilities. The expertise of the chair and vice-chair should be complementary, especially with regard to expertise in the content area versus guideline development methods or implementation. Complementary skills and perspectives will also help to balance the influence of a chair who is a content expert and has opinions on specific recommendations. Another acceptable option is to have two co-chairs with equal responsibilities and complementary expertise and perspectives. For instance, one co-chair might be a guideline methodologist and the other an expert on the subject at hand.

### 3.2.1.2 Technical experts

Individuals selected for their technical expertise in a guideline's subject area are critically important to GDGs but should not dominate the group. A balanced group includes a range of expertise and institutional and professional affiliations.

### 3.2.1.3 End-users of the guideline

People with direct experience in managing the condition or problem addressed by the guideline and who will have a role in implementing the new recom-

mendations – members of governmental and nongovernmental organizations, programme managers, health-care workers and other end-users of the guideline – should participate in the GDG. For example, palliative care nurses would participate in developing a guideline about pain management; hospital administrators would help to develop a guideline on infection prevention and control in health-care settings. The aim is to ensure that the final guideline document is useful to its end-users and readily understood by them.

#### 3.2.1.4 Representatives of the people affected by the recommendations

Individuals who are likely to be affected by the intervention(s) or approach(es) under consideration in the guideline – or their representatives – bring invaluable perspectives to the guideline development process. They can help to ensure that the guideline reflects the needs of its intended beneficiaries and can be effectively implemented, and they can assist the GDG in understanding the impact of the recommendations in real life. For example, guidelines on the management of diabetes would benefit from input by people with diabetes; similarly, guidelines on human resources for health would benefit from input by labour union representatives. Although finding such individuals with the necessary background is not easy when developing global guidelines, an increasing number of groups are operating at the international level. Many countries have nongovernmental organizations whose members may be able to participate in the GDG in an individual capacity, or attend meetings as observers on behalf of their organization (see Section 3.5.3).

Involving service users in groups developing guidelines helps to ensure that:
- the questions addressed are relevant to service users;
- important aspects of the experience of illness are considered;
- critical outcomes are identified and prioritized; and
- the balance of benefits and harms of the intervention is appropriately considered when recommendations are formulated.

Certain barriers can stand in the way of service user participation in guideline development. They include:
- the lack of organized service-user groups, which makes it difficult to identify individuals able to participate in GDGs;
- the fact that an individual cannot represent the varied perspectives and experiences of all persons affected by a disease or condition; and
- the complex scientific terminology used by guideline developers and topic experts.

Experiences from organizations such as the United Kingdom's National Institute for Health and Care Excellence (NICE) suggest that service users make critical contributions to guideline development when provided with training and support (*2*, *3*).

### 3.2.1.5 Experts in guideline development
Ideally, at least one of the technical experts in the GDG should also have expertise in the processes and methods for developing evidence-based guidelines.

### 3.2.1.6 An economist
An economist can be an important contributor to a GDG if resource-related issues are at play in the formulation of recommendations. This GDG member can advise on matters of economic efficiency, such as cost–effectiveness, and on any other resource implications of the interventions under consideration. The economist can also advise on how to search for and interpret relevant economic data and the evidence on resource use. If modelling of economic data is used to inform one or more recommendations, it is essential that the GDG include one or more individuals with expertise in economic modelling or that an expert is commissioned to attend the GDG meeting.

### 3.2.1.7 An expert on equity, human rights and gender
Depending on the topic of the guideline, a GDG member with expertise in matters of equity, gender and human rights can contribute to the analysis and interpretation of evidence and determine how the intervention might affect certain subpopulations. For example, they could bring insights into how women and men – in all of their diversity and across the life-course, subject to different gender norms, and belonging to different income and education groups – could be affected differently by the recommendations in the guideline.

## 3.3 The external review group

The external review group is composed of persons interested in the subject of the guideline as well as individuals who will be affected by the recommendations (often referred to as "stakeholders"). Thus, the external review group may include technical experts, end-users, programme managers, advocacy groups and individuals affected by the condition addressed in the guideline, among other stakeholders. This group is generally established by the steering group after the GDG is identified and once the guideline's scope and

key questions have been drafted. Methods for recruitment vary. The steering group and GDG can suggest names or issue an open call for interested persons and organizations. Like the GDG, the external review group should be balanced in terms of geography and gender and should provide diverse perspectives. If important perspectives and stakeholders are missing from the GDG, these should be represented in the external review group.

Members of the external review group can be asked to participate in different stages of the guideline development process, depending on the nature of the topic and the needs of the steering group. The external review group may review the guideline's scope and key questions (in PICO format) in the early stages of the guideline development process, and the final guideline document at the end. When the external review group reviews the final guideline, its role is to identify any errors or missing data and to comment on clarity, setting-specific issues, and implications for implementation – not to change the recommendations formulated by the GDG. If external review group members have major concerns regarding one or more recommendations, the GDG should meet to discuss and address them. Review of the final guideline by the external review group is often referred to as peer review.

## 3.4 The systematic review team

Systematic reviews of the evidence are the basis for most types of recommendations (see Chapter 8). Because WHO staff usually lack the time to perform these reviews, they normally commission them from external contractors. These contractors should be identified very early in the guideline development process because they have expertise in the development of key questions and can help the steering group to establish a reasonable scope that conforms to the available budget and timeline.

Systematic reviews can be commissioned from any group with the necessary expertise and no financial conflicts of interest. The Cochrane Collaboration (*4*) and the Campbell Collaboration (*5*) have editorial teams whose expertise covers a broad range of topics relevant to WHO guidelines. These teams may be interested in updating an existing review or in performing a review de novo. They can be located via their organizational websites, or the GRC Secretariat can help to identify the appropriate contact person. Systematic review teams that are interested in working with WHO are listed on the GRC intranet site (*6*).

**Table 3.1.** Contributors and their role in guideline development

| Name | Primary responsibilities | Main functions | When is the group established? | How is the group established? | Leader(s) | Essential expertise | Other characteristics | Number of members | Require DOI? |
|---|---|---|---|---|---|---|---|---|---|
| Steering group | Oversee the guideline development process | Administration; draft the scope; identify members of the GDG and external review group; oversee conduct of the systematic review; draft the final guideline | At the first step, as soon as a decision is made to develop a guideline | The WHO technical unit that initiated the guideline identifies members | Responsible technical officer | Administration; technical expertise in the guideline topic; systematic review and guideline methods | Members include representatives from all relevant WHO technical units at headquarters and in the regional offices | 4–10 | As dictated by WHO rules and regulations (1) |
| Guideline development group | Formulate recommendations; the general scope and content of the guideline | Provide input into the scope and key (PICO) questions; attend GDG meeting(s); formulate recommendations; critically review the final guideline document | Once the steering group has drafted the scope and a first draft of the key questions in PICO format | Selected by the steering group | Chair and perhaps a co-chair or vice-chair | Technical expertise; needs of the end-users; programme managers; personal experience with the condition or will be affected by the recommendations; methods for developing evidence-based guidelines | Gender balanced and broad geographic representation from all WHO regions | 10–20, occasionally more | Yes |
| External review group | Provide diverse and real-world perspectives | Peer review of the draft final guideline; may provide input into the scope and key questions | Once the scope, key questions and the GDG have been established | Selected by the steering group with input from the GDG | None | As for the GDG | As for the GDG; can complement any missing diversity or perspectives in the GDG | 5–20, depending on their role and the guideline topic | Yes for individuals, no for peer reviewers representing their organization |

*continues …*

30

**Chapter 3   Contributors and their role in guideline development**

*... continued*

| Name | Primary responsibilities | Main functions | When is the group established? | How is the group established? | Leader(s) | Essential expertise | Other characteristics | Number of members | Require DOI? |
|---|---|---|---|---|---|---|---|---|---|
| Systematic review team | Provide a comprehensive, objective synthesis of the evidence to inform each recommendation | Provide input into the key questions; perform systematic reviews of the evidence; assess the quality of the body of evidence and develop GRADE evidence profiles | Once the steering group has drafted the scope and the key questions | Selected by the steering group | Team leader | Systematic review methods; the GRADE approach to guideline development | Experience developing high-quality systematic reviews on public health topics; ability to understand the guideline topic area | 2–6 or more depending on the scope | Yes |
| Guideline methodologist | Oversee the process of developing recommendations based on evidence | Review GRADE evidence profiles developed by the systematic review team; attend the GDG meeting and assist the group in developing recommendations using the GRADE framework | Once the steering group has drafted the scope and the key questions | Selected by the steering group | None | Development of recommendations based on evidence; systematic review methods; GRADE | Specific topic expertise may be helpful but is not essential; ability to understand the guideline topic area | One | Yes |
| Observers at the GDG meeting | Observe | Ensure the transparency of the processes; engage partners; facilitate implementation | When the GDG meeting is being planned | Selected by the steering group with input from the GDG | None | Various related to the guideline topic | Variable | Variable | No |

*continues ...*

**31**

*... continued*

| Name | Primary responsibilities | Main functions | When is the group established? | How is the group established? | Leader(s) | Essential expertise | Other characteristics | Number of members | Require DOI? |
|---|---|---|---|---|---|---|---|---|---|
| Funder | None with respect to process of development or content of the guideline | Provide funding | After the technical unit decides to proceed with guideline development | Identified by the steering group | None | None | WHO does not accept any commercial support for guideline development | One or more depending on the scope | No (it must be determined that they do not receive any funds from commercial entities) |

DOI: declaration of interests; GDG: guideline development group; GRADE: Grading of Recommendations Assessment, Development and Evaluation; PICO: population, intervention, comparator and outcome.

## 3.5 Other individuals and groups involved in guideline development

### 3.5.1 The guideline methodologist

At least one methodologist – an expert in guideline development processes and methods – should be involved in the development of WHO guidelines. The methodologist complements the technical expertise of the subject matter experts, programme managers and other members of the GDG. The guideline methodologist is an expert in systematic reviews, GRADE, and the translation of evidence into recommendations. They generally have experience formulating public health recommendations. Methodologists should be identified early in the guideline process so that they can participate in planning, scoping and the development of key questions. The methodologist also plays a critical role in GDG meetings by helping the GDG to formulate recommendations informed by the evidence in a transparent and explicit manner (see Chapter 10).

### 3.5.2 Consultants with additional technical expertise

Additional commissioned experts are sometimes involved in the development of a guideline. These individuals have expertise in other essential areas, such as decision analysis (modelling), economics or epidemiology. They may play a variety of roles in the guideline development process and may be invited to attend and present at GDG meetings. They do not contribute to the formulation of recommendations, however, unless they are official members of the GDG, in which case they would not have a contract with WHO (see Section 3.2).

### 3.5.3 Observers at the meeting of the guideline development group

Stakeholders such as nongovernmental organizations, advocacy groups, funders, target audiences, and service-users may be invited to send a member or representative to GDG meetings. Their role is to observe, although the meeting chair may ask them for information or an opinion. They do not participate in the formulation of recommendations.

#### 3.5.4 Designated writer/editor

To ensure coherence, clarity and accuracy, one person should be responsible for drafting the guideline, incorporating comments from the GDG and peer review, and finalizing the document before publication. A clearly written guideline and a well-documented process are critical to the final clearance and usability of the guideline, so the writer needs to be involved in the planning and development stages, attend GDG meetings, and work closely with the steering group and the GDG chair. The writer, who may be a WHO staff member or can be commissioned, must be familiar with the *WHO style guide (7)* and should consult with the equity, human rights and gender experts at WHO if they have questions about how persons should be referred to and presented in the guideline.

## 3.6 Funders of the guideline

The funder(s) of a guideline can play no role in the guideline development process and should not influence the recommendations. Private funders, including industry or foundations, may wish to observe GDG meetings, but they must not contribute in any way to the systematic review and evidence appraisal process and, most particularly, to the formulation of recommendations. Governmental and intergovernmental agencies (e.g. the Centers for Disease Control and Prevention [United States of America] or the Joint United Nations Programme on HIV/AIDS [UNAIDS]) may fund and/or partner in guideline development. Employees of such funders or partners cannot be members of the GDG but should be included in the steering group. An employee of a governmental or United Nations organization who provides specified voluntary funding to support development of the guideline should not be a member of the GDG. However, if the membership of such a person is considered essential in light of the expertise required within the GDG, then this dual relationship must be identified as a conflict of interest and managed accordingly.

## 3.7 Identifying and managing conflicts of interest

Chapter 6 and the website of the Office of Compliance, Risk Management and Ethics (*8*) explain the steps followed to identify, manage and report conflicts of interest involving GDG members and commissioned experts. Declara-

tions of interests (DOI) are collected and reviewed before making appointments to the GDG. Any subsequent changes in GDG members' declaration of interests must be reported to the steering group. Potential candidates for membership who have major conflicts of interest, be they financial or non-financial, cannot be appointed to the GDG. Minor conflicts of interest can be managed at the individual level (e.g. by restricting participation in parts of the GDG meeting) or at the group level (e.g. by balancing GDG members' perspectives and experiences). See Chapter 6 for details.

## 3.8 Managing an effective guideline development group meeting

Along with the GDG chair, the steering group is responsible for seeing to it that the GDG works effectively and efficiently to develop recommendations that meet WHO standards.

### 3.8.1 The role of the chair and vice-chair

During meetings, the chair must ensure that GDG members can present their viewpoints and that all relevant issues are discussed in a respectful and efficient manner. In addition, the chair should keep the group focused on the agenda; reflect on and summarize the opinions of GDG members; raise issues that could inform the decision process; and manage the group so as to achieve consensus. The chair and vice-chair should not impose their own opinions on the group, however they may put forth their views in a purely personal capacity.

### 3.8.2 Decision-making in the guideline development group

The steering group must formulate a plan delineating how decisions will be made by the GDG. This plan must be formulated and agreed upon by the group's chair and vice-chair before the first GDG meeting. It should be presented to GDG members at the beginning of this first meeting, with the opportunity for questions and discussion. GDGs sponsored by WHO should generally make their recommendations through consensus, which can be achieved by various means. Acceptable approaches for group decision-making must be defined and made explicit before any recommenda-

tions are formulated, and a plan as to how to proceed if consensus cannot be achieved must also be in place. Such decisions cannot be made when the GDG encounters serious internal dissention (6).

## 3.9 Planning an effective meeting

Most guidelines involve at least one face-to-face meeting of the GDG to formulate recommendations. Some groups hold an initial meeting to finalize a guideline's scope and key questions (see Chapter 7). GDG meetings generally cover a lot of material and in them a number of important decisions are made within a short time. The steering group must ensure that all in attendance understand their role and the expected outputs of the meeting by providing GDG members with clear information about how the meeting will be run and about the tasks and roles of those present.

### 3.9.1 Goals of the meeting

The steering group should consider the following questions when planning a meeting of the GDG:
- What is the purpose of the meeting?
- What are the specific objectives for the meeting?
- What decisions do not require deliberation by the GDG (and can therefore be made by the steering group)?
- What specific decisions and outputs are expected from the meeting?

### 3.9.2 Preparing for the meeting

- How are meeting participants expected to prepare before the meeting?
- What materials need to be sent to GDG members ahead of time and when should they be sent to allow adequate time for review?
- Have all DOI forms been collected and assessed and have appropriate management plans been agreed upon with the director of the responsible technical officer's technical unit?

Chapter 3    Contributors and their role in guideline development

### 3.9.3 Roles and process at the meeting

- What roles are played by the steering group, GDG members, the methodologist, the systematic review team's representative and observers?
- How will declarations of interest and conflicts of interest be presented? What will be the level of detail? How will new disclosures be assessed and managed at the GDG meeting?

If the purpose of the GDG meeting is to finalize the scope and the key questions for guideline development:
- Who will draft the scope and key questions and how will these questions be identified?
- Will GDG members have the opportunity to review the questions before the meeting?

If the purpose of the meeting is to develop recommendations:
- Will a summary of the evidence be presented? If so, by whom and in what format?
- Will the GRADE evidence profiles (summaries of the quality of the evidence for each outcome, see Chapter 9), be finalized before the meeting, or will a draft be discussed and revisions made during the meeting?
- Will the steering group draft recommendations before the GDG meeting? How detailed or explicit will those draft recommendations be?
- What process will the GDG follow to finalize its recommendations?
- Will a standardized template be used to translate evidence into recommendations (see Chapter 10)? If so, will these be partially completed before the GDG meeting. If so, by whom?
- Who will record the meeting deliberations? Will a meeting report be prepared, separate from the guideline document? (If the meeting report contains recommendations, it must be submitted to the GRC with the final guideline document, and the report cannot be publicly released before GRC approval.)

### 3.9.4 Follow-up after the meeting

- What follow-up will take place with meeting participants?
- If recommendations are not finalized at the GDG meeting, how will they be finalized after the meeting?

**37**

**WHO handbook for guideline development**

## 3.10 References

1. WHO eManual /III - Human Resources/III.1 Duties, Obligations and Privileges/III.1.2 Declaration of Interests [intranet site: available to WHO staff only]. Geneva: World Health Organization; 2014 (http://emanual.who.int/p03/s01/Pages/DeclarationofInterests.aspx, accessed 27 November 2014).
2. National Institute for Health and Care Excellence (NICE) [website]. London: National Institute for Health and Care Excellence; 2014 (http://www.nice.org.uk/, accessed 12 November 2014).
3. NICE patient and public involvement policy. London: National Institute for Health and Care Excellence; 2014 (http://www.nice.org.uk/about/nice-communities/public-involvement/patient-and-public-involvement-policy, accessed 14 November 2014).
4. The Cochrane Collaboration [website]. Oxford: The Cochrane Collaboration; 2014 (http//www.cochrane.org, accessed 12 November 2014).
5. The Campbell Collaboration [website]. Oslo: The Campbell Collaboration; 2014 (http://www.campbellcollaboration.org/, accessed 12 November 2014).
6. Guidelines Review Committee (GRC) [intranet site: available to WHO staff only]. Geneva: World Health Organization; 2014 (http://intranet.who.int/homes/ker/grc/, accessed 12 November 2014).
7. WHO style guide, second edition [intranet site: available to WHO staff only]. Geneva: World Health Organization; 2013 (http://intranet.who.int/homes/whp/documents/sg13_web_v4%20pdf%20-%20adobe%20reader.pdf, accessed 12 November 2014).
8. About CRE (Office of Compliance, Risk Management and Ethics) [intranet site: available to WHO staff only]. Geneva: World Health Organization; 2014 (http://intranet.who.int/homes/cre/about/, accessed 12 November 2014).