IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff-Intervenor*, ) | |
| ) | |
| v. ) | No. 2:22-cv-00184-LCB-CWB |
| ) | Hon. Liles C. Burke |
| STEVE MARSHALL, in his official ) | |
| capacity as Attorney General of the ) | |
| State of Alabama, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**DEFENDANTS' NOTICE OF FILING UNDER SEAL**

Pursuant to Defendants' Motion for Leave to File Certain Response Briefs In Opposition To Plaintiffs' Motions To Exclude Under Seal (Doc. 656), Defendants hereby submit the following briefs to the Court under seal and will file redacted versions of the same on the public docket:

(1) Defendants' Response in Opposition to Plaintiffs' and the United States' Motions to Exclude Certain Testimony of Paul Hruz, M.D.;

(2) Defendants' Response in Opposition to Plaintiffs' and the United States' Motions to Exclude Certain Testimony of Geeta Nangia, M.D.; and

(3) Defendants' Response in Opposition to Plaintiffs' and the United States' Motions to Exclude Certain Testimony of Michael Laidlaw, M.D.

Dated: August 12, 2024

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, SC 29413
(843) 606-0640
CMills@Spero.law

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Roger G. Brooks (*pro hac vice*)
Henry W. Frampton, IV (*pro hac vice*)
Philip A. Sechler (*pro hac vice*)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0200
rbrooks@adflegal.org
hframpton@adflegal.org
psechler@adflegal.org

Respectfully submitted,

Steve Marshall
 *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
 *Solicitor General*

/s/ *Barrett Bowdre*
A. Barrett Bowdre (ASB-2087-K29V)
 *Principal Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
 *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 12, 2024, a copy of this document was emailed to the following counsel of record at the email addresses below:

Melody H. Eagan - meagan@lightfootlaw.com;
Jeffrey P. Doss - jdoss@lightfootlaw.com;
Amie A. Vague - avague@lightfootlaw.com;
J. Andrew Pratt - Apratt@kslaw.com;
Adam Reinke - Areinke@kslaw.com;
Misty L. Peterson – mpeterson@kslaw.com;
Brent Ray - Bray@kslaw.com;
Abby Parsons - aparsons@kslaw.com
Sarah Warbelow - Sarah.Warbelow@hrc.org;
Cynthia Weaver - cynthia.Weaver@hrc.org;
Jennifer Levi - Jlevi@glad.org;
Jessica L. Stone - Jessica.stone@splcenter.org;
Christopher Stoll - cstoll@nclrights.org;
Amy Whelan - awhelan@nclrights.org;
Rachel H. Berg - rberg@nclrights.org;
Scott McCoy - Scott.Mccoy@splcenter.org;
Diego A. Soto - diego.soto@splcenter.org
Sarah K. Austin – saustin@glad.org

*Counsel for Private Plaintiffs*

Jason Cheek - Jason.Cheek@usdoj.gov;
Margaret Marshall - Margaret.Marshall@usdoj.gov;
Coty Montag - Coty.Montag@usdoj.gov;
Kaitlin Toyama - Kaitlin.Toyama@usdoj.gov;
Renee Williams - Renee.Williams3@usdoj.gov;
James Fletcher - james.fletcher@usdoj.gov;

*Counsel for Plaintiff-Intervenor United States of America*

/s/ A. Barrett Bowdre
A. Barrett Bowdre
*Counsel for Defendants*