IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PAUL A. EKNES-TUCKER, *et al.*                                       PLAINTIFFS

v.                      No. 2 :22-cv-000184-LCB

KAY IVEY, *et al.*                                                     DEFENDANTS

### MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(b) of the Local Rules of the Middle District of Alabama, undersigned counsel moves the Court to grant admission *pro hac vice* to Dylan L. Jacobs to appear and participate in this action as counsel for the States of Arkansas, Alaska, Arizona, Georgia, Indiana, Louisiana, Mississippi, Missouri, Montana, Nebraska, Oklahoma, South Carolina, Texas, Utah, and West Virginia as proposed Amici Curiae.

1. Mr. Jacobs is Deputy Solicitor General with the Office of the Arkansas Attorney General, 323 Center Street, Suite 200, Little Rock, AR 72201, dylan.jacobs@arkansasag.gov; 501-682-3661.

2. Mr. Jacobs resides and practices law in the Eastern District of Arkansas, and he is a member in good standing of the Arkansas Bar (admitted in 2016). He is admitted to practice before the United States District Court for the Eastern District of Arkansas, Western District of Arkansas, District of D.C., Eastern District of Missouri, District of North Dakota, Northern District of Texas, Southern District of Indiana, and Northern District of Oklahoma. Mr. Jacobs is also admitted to practice in the Arkansas Supreme Court, U.S. Supreme Court, U.S. Court of Appeals for the Fifth Circuit, Eighth Circuit, Tenth Circuit and Eleventh Circuit.

3. Mr. Jacobs is over the age of 21, of good moral character, and possesses the requisite qualifications of learning and ability to practice before this Court. Mr. Jacobs has never

resigned; has never been the subject of any disciplinary proceeding, investigation, action, or grievance procedure; and has never been reprimanded, suspended, placed on inactive status, disbarred, or denied admission in any court in the United States.

4.  Mr. Jacobs is familiar with the Local Rules for the Middle District of Alabama, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and the Middle District of Alabama CM/ECF requirements.

5.  A copy of a certificate of good standing for Mr. Jacobs from the United States Court of Appeals for the District of Columbia is attached as Exhibit A.

6.  Payment of $75.00 will be made to the Clerk of the Court for the processing of this motion.

7.  The undersigned movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

Therefore, undersigned counsel respectfully requests that the Court grant admission *pro hac vice* to Mr. Jacobs.

Respectfully submitted,

/s/ Mark D. Wilkerson
Mark D. Wilkerson (ASB-6957-039m)
WILKERSON & BRYAN, P.C.
405 South Hull Street
Montgomery, AL 36104
Telephone:   334-265-1500
Facsimile:   334-265-0319
Email:       mark@wilkersonbryan.com

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed this document using the Court's CM/ECF system on September 04, 2024, which will serve all counsel of record.

/s/ Mark. D. Wilkerson
*Attorney*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Dylan L Jacobs

was duly qualified and admitted on June 5, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 03, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*