# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

**BRIANNA BOE, et al.**                                                                       **PLAINTIFFS,**

**v.**                     **No. 2:22CV00184-LCB-CWB**

**STEVE MARSHALL, et al.**                                                          **DEFENDANTS.**

## MOTION TO WITHDRAW AS COUNSEL

Michael A. Cantrell, counsel for the State of Arkansas, respectfully moves to withdraw as an attorney of record in this matter. Mr. Cantrell will be leaving the employment of the Office of the Arkansas Attorney General effective September 6, 2024. The State of Arkansas has received notice of this withdrawal and will continue to be represented by the other counsel of record from the Office of the Arkansas Attorney General.

Submitted: September 5, 2024          Respectfully,

                                             TIM GRIFFIN
                                             Attorney General of Arkansas

                                             */s/ Michael A. Cantrell*
                                             MICHAEL A. CANTRELL*
                                             Assistant Solicitor General
                                             Ark. Bar No. 2012287
                                             OFFICE OF THE ARKANSAS ATTORNEY GENERAL
                                             323 Center Street, Suite 200
                                             Little Rock, AR 72201
                                             (501) 682-2401
                                             Michael.Cantrell@ArkansasAG.gov
                                             *Admitted pro hac vice

                                             *Counsel for the State of Arkansas*

2

## CERTIFICATE OF SERVICE

On September 5, 2024, I electronically submitted the foregoing Motion to Withdraw as Counsel with the Clerk of the Court using the electronic case filing system.  I certify that counsel of record for all parties have been served through the Court's ECF system.

*/s/ Michael A. Cantrell*
Michael A. Cantrell