UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| United States of America, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

**PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR EXCESS PAGES**

Plaintiff-Intervenor the United States of America ("United States") respectfully requests that the Court grant the United States leave to exceed its page limitation with respect to its Reply Brief in Support of its Motion to Exclude Certain Testimony by Doctors James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson. The United States seeks leave to file a single reply brief regarding the exclusion of testimony by eight experts that exceeds the typical ten-page limit. Counsel for the United States has conferred with counsel in the Alabama Attorney General's

Office, who state that Defendants do not oppose the relief requested in this motion. Counsel for the Private Plaintiffs similarly do not oppose the relief requested herein. In support of the instant motion, the United States provides as follows:

1. The United States filed a single brief in support of its motion seeking the exclusion of testimony by eight experts, Plaintiff-Intervenor United States of America's Brief in Support of its Motion to Exclude Certain Testimony by Doctors James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson, ECF No. 591.

2. Defendants filed eight separate responses in opposition to the United States' motion spanning over 180 pages, ECF Nos. 657-64.

3. The United States intends to file a single Reply Brief in Support of Its Motion to Exclude Certain Testimony by Doctors James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson.

4. This Court requires that reply briefs be limited to 10 pages. *See* Initial Order Governing All Further Proceedings, at 11 (Aug. 25, 2022).[1]

5. The United States' Reply Brief includes arguments replying to Defendants' individual response briefs regarding each of their eight experts.

---

[1] https://www.alnd.uscourts.gov/sites/alnd/files/LCB%20Sample%20Initial%20Order.pdf.

6. The United States drafted a single reply brief regarding the eight experts instead of eight individual replies because of the common factual and legal issues relevant to arguments regarding the eight experts.

7. The additional pages are needed so that the United States can adequately respond to Defendants' arguments.

8. Defendants will not be prejudiced by this extension.

Accordingly, the United States respectfully requests an extension of the applicable page limitation for its Reply Brief in Support of its Motion to Exclude Certain Testimony by Doctors James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson. The United States requests permission to file a memorandum not to exceed sixty-seven pages.

Dated: September 9, 2024                          Respectfully submitted,

| | |
|---|---|
| KEVIN P. DAVIDSON<br>Acting United States Attorney<br>Middle District of Alabama | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| PRIM F. ESCALONA<br>United States Attorney<br>Northern District of Alabama | CHRISTINE STONEMAN<br>Chief, Federal Coordination and Compliance Section |
| JASON R. CHEEK<br>Chief, Civil Division | COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and Compliance Section |
| MARGARET L. MARSHALL<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 244-2104<br>Margaret.Marshall@usdoj.gov | RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 305-2222<br>Renee.Williams3@usdoj.gov<br>Kaitlin.Toyama@usdoj.gov |
| STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, AL 36101-0197<br>Tel.: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | */s/ James Fletcher*<br>JAMES V. FLETCHER (MD Bar No. 1412160273)<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Disability Rights Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel. (202) 598-0083<br>James.Fletcher@usdoj.gov<br><br>*Attorneys for Plaintiff-Intervenor United States of America* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                          Respectfully submitted,

                                          */s/ James Fletcher*
                                          Trial Attorney, Disability Rights Section
                                          Civil Rights Division
                                          U.S. Department of Justice