UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) ) ) ) |
| and | ) ) |
| United States of America, | ) ) |
| *Plaintiff-Intervenor*, | ) ) ) |
| v. | )  No. 2:22-cv-00184-LCB-CWB |
| | ) ) |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) ) ) ) |
| *Defendants*. | ) |

**PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED REPLY BRIEF IN SUPPORT OF ITS MOTION TO EXCLUDE**

Plaintiff-Intervenor the United States of America ("United States") respectfully requests that the Court grant the United States leave to file under seal its reply brief in support of its motion to exclude certain testimony by the Defendants' experts and to file on the public docket a redacted version of the same. The United States previously filed its Motion to Exclude Certain Testimony by Doctors James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson, ECF No. 590. The

5

United States' reply brief in support of that motion discusses documents that were designated as "confidential" pursuant to the Stipulated Protective Order entered by the Court in this matter. ECF No. 137. Pursuant to the Stipulated Protective Order, documents so designated as confidential "shall be filed, if at all, under seal." ECF No. 137(4). Counsel for the United States has conferred with counsel in the Alabama Attorney General's Office, who state that Defendants do not oppose the relief requested in this motion. Counsel for the Private Plaintiffs similarly do not oppose the relief requested herein. Accordingly, the United States requests leave to file its reply under seal.

Dated: September 9, 2024                              Respectfully submitted,

| | |
|---|---|
| KEVIN P. DAVIDSON<br>Acting United States Attorney<br>Middle District of Alabama | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| PRIM F. ESCALONA<br>United States Attorney<br>Northern District of Alabama | CHRISTINE STONEMAN<br>Chief, Federal Coordination and Compliance Section |
| JASON R. CHEEK<br>Chief, Civil Division | COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and Compliance Section |
| MARGARET L. MARSHALL<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 244-2104<br>Margaret.Marshall@usdoj.gov | RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 305-2222<br>Renee.Williams3@usdoj.gov<br>Kaitlin.Toyama@usdoj.gov |
| STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, AL 36101-0197<br>Tel.: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | */s/ James Fletcher*<br>JAMES V. FLETCHER (MD Bar No. 1412160273)<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Disability Rights Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel. (202) 598-0083<br>James.Fletcher@usdoj.gov<br>*Attorneys for Plaintiff-Intervenor United States of America* |

5

5

CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

/s/ James Fletcher
Trial Attorney, Disability Rights Section
Civil Rights Division
U.S. Department of Justice

5