UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| United States of America, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) **UNOPPOSED** |
| *Defendants*. | ) |

**PRIVATE PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE UNDER SEAL UNREDACTED REPLY IN SUPPORT OF
MOTION TO EXCLUDE CERTAIN TESTIMONY**

Pursuant to the Stipulated Protective Order entered in this case, Private Plaintiffs[1] respectfully move this Court for leave to file under seal their forthcoming Reply in Support of their Motion to Exclude Certain Testimony ("Private Plaintiffs' Reply"). As grounds for this motion, Private Plaintiffs state that Private Plaintiffs'

---

[1] Private Plaintiffs refers to Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe; Robert Moe, individually and on behalf of his minor daughter, April Moe; and Heather Austin, Ph.D.

Reply references or quotes documents that were previously designated as "Confidential" pursuant to the Stipulated Protective Order entered by the Court in this case. Doc. 137. The Stipulated Protective Order requires that documents designated as Confidential "shall be filed, if at all, under seal." *Id.* at 3.

Counsel for Private Plaintiffs has conferred with counsel for the United States and counsel for Defendants, and neither party opposes this motion. A proposed order is attached for the Court's convenience.

WHEREFORE, Private Plaintiffs respectfully request that the Court enter an order granting Private Plaintiffs leave to file under seal an unredacted version of the Private Plaintiffs' Reply.

Respectfully submitted,


*/s/ Melody H. Eagan*
Melody H. Eagan
Jeffrey P. Doss
Amie A. Vague
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

J. Andrew Pratt
Adam Reinke
Misty L. Peterson

Sarah Warbelow
Cynthia Weaver
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

Jennifer L. Levi
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108

KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com

Brent P. Ray
Abigail Hoverman Terry
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
bray@kslaw.com
aterry@kslaw.com

Abby Parsons
KING & SPALDING LLP
1100 Louisiana Street
Houston, TX 77002
aparsons@kslaw.com

Scott D. McCoy
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
scott.mccoy@splcenter.org

Diego A. Soto
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
diego.soto@splcenter.org

*Counsel for Private Plaintiffs*

jlevi@glad.org

Jessica L. Stone
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
jessica.stone@splcenter.org

Christopher F. Stoll
Amy E. Whelan
Rachel H. Berg
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
cstoll@nclrights.org
awhelan@nclrights.org
rberg@nclrights.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this case.

*/s/ Melody H. Eagan*
*Counsel for Private Plaintiffs*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| United States of America, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## [PROPOSED] ORDER

Having considered Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe; Robert Moe, individually and on behalf of his minor daughter, April Moe; and Heather Austin, Ph.D. ("Private Plaintiffs") motion to file under seal their Reply in Support of their Motion to Exclude Certain Testimony, and for good cause shown, the Court hereby GRANTS Plaintiffs' motion. The Clerk of

Court is hereby directed to file under seal the Private Plaintiffs' Reply in Support of their Motion to Exclude Certain Testimony.

**DONE and ORDERED this \_\_\_\_ day of _____, 2024.**

_____
UNITED STATES DISTRICT COURT JUDGE