# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| United States of America, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## PRIVATE PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Plaintiffs Brianna Boe, individually and on behalf of her minor son, Michael Boe; Megan Poe, individually and on behalf of her minor daughter, Allison Poe; Rebecca Roe, individually and on behalf of her minor daughter, Melissa Roe; Robert Moe, individually and on behalf of his minor daughter, April Moe; and Heather Austin, Ph.D ("Private Plaintiffs") move this Court for leave to exceed the page limitation set forth in this Court's Initial Order and, in particular, request an additional six (6) pages for their forthcoming Reply in Support of their Motion to Exclude Certain Testimony. Defendants do not oppose this request, nor does

Plaintiff-Intervenor United States of America. In further support of this motion, Private Plaintiffs show as follows:

1. On June 24, 2024, Private Plaintiffs filed a Motion to Exclude Certain Testimony (hereinafter, the "Motion to Exclude"). *See* Doc. 605. The motion addressed certain testimony of four of Defendants' expert witnesses. *See id.*

2. In response, Defendants filed four separate response briefs in opposition to Plaintiffs' Motion to Exclude. *See* Docs. 657, 658, 661, & 663.

3. Under this Court's standard Initial Order, initial and response briefs for non-summary judgment motions are limited to twenty (20) pages, and reply briefs are limited to ten (10) pages.

4. Private Plaintiffs intend to file a single reply brief in support of their Motion to Exclude. Despite their best efforts, Private Plaintiffs cannot adequately address all of Defendants' arguments raised in their four response briefs within the Court's ten-page limitation. Private Plaintiffs believe that a full briefing of the issues will aid the Court in rendering a decision and therefore requests that the Court permit them to exceed the page limitations set forth in the Court's standard Initial Order.

5. Counsel for Private Plaintiffs has conferred with counsel for the other parties, who do not oppose this request.

WHEREFORE, Private Plaintiffs respectfully request that the Court grant them leave to exceed the page limits for their reply in support of their Motion to Exclude by six pages for a total of sixteen (16) pages.

Respectfully submitted,

*/s/ Melody H. Eagan*
Melody H. Eagan
Jeffrey P. Doss
Amie A. Vague
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
meagan@lightfootlaw.com
jdoss@lightfootlaw.com
avague@lightfootlaw.com

J. Andrew Pratt
Adam Reinke
Misty L. Peterson
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite 1600
Atlanta, GA 30309
apratt@kslaw.com
mpeterson@kslaw.com
areinke@kslaw.com

Brent P. Ray
Abigail Hoverman Terry
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800

Sarah Warbelow
Cynthia Weaver
HUMAN RIGHTS CAMPAIGN FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

Jennifer L. Levi
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
jlevi@glad.org

Jessica L. Stone
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
jessica.stone@splcenter.org

Christopher F. Stoll
Amy E. Whelan
Rachel H. Berg

Chicago, IL 60606
bray@kslaw.com
aterry@kslaw.com

Abby Parsons
KING & SPALDING LLP
1100 Louisiana Street
Houston, TX 77002
aparsons@kslaw.com

Scott D. McCoy
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
scott.mccoy@splcenter.org

Diego A. Soto
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
diego.soto@splcenter.org

*Counsel for Private Plaintiffs*

NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
cstoll@nclrights.org
awhelan@nclrights.org
rberg@nclrights.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this case.

*/s/ Melody H. Eagan*
*Counsel for Private Plaintiffs*