# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) ) ) |
| and | ) ) |
| United States of America, | ) ) |
| *Plaintiff-Intervenor*, | ) ) ) |
| v. | )  No. 2:22-cv-00184-LCB-CWB ) |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) ) ) ) |
| *Defendants*. | ) |

## NOTICE OF CONVENTIONAL FILING

The United States of America files this notice of conventional filing as to its Reply Brief in Support of its Motion to Exclude Certain Testimony by Doctors James Cantor, Farr Curlin, Paul Hruz, Kristopher Kaliebe, Michael Laidlaw, Patrick Lappert, Geeta Nangia, and Angela Thompson. The following was conventionally filed on September 9, 2024:

| Document | Description |
|---|---|
| Doc. 678 | United States Reply Brief in Support of its Motion to Exclude Certain Testimony (Under Seal) |
| U.S. Ex. 1 | Hruz CV |

Dated: September 9, 2024                    Respectfully submitted,

| | |
|---|---|
| KEVIN P. DAVIDSON<br>Acting United States Attorney<br>Middle District of Alabama | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| PRIM F. ESCALONA<br>United States Attorney<br>Northern District of Alabama | CHRISTINE STONEMAN<br>Chief, Federal Coordination and Compliance Section |
| JASON R. CHEEK<br>Chief, Civil Division | COTY MONTAG (DC Bar No. 498357)<br>Deputy Chief, Federal Coordination and Compliance Section |
| MARGARET L. MARSHALL<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203<br>Tel.: (205) 244-2104<br>Margaret.Marshall@usdoj.gov | RENEE WILLIAMS (CA Bar No. 284855)<br>KAITLIN TOYAMA (CA Bar No. 318993)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel.: (202) 305-2222<br>Renee.Williams3@usdoj.gov<br>Kaitlin.Toyama@usdoj.gov |
| STEPHEN D. WADSWORTH<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Middle District of Alabama<br>Post Office Box 197<br>Montgomery, AL 36101-0197<br>Tel.: (334) 223-7280<br>Stephen.Wadsworth@usdoj.gov | */s/ James Fletcher*<br>JAMES V. FLETCHER (MD Bar No. 1412160273)<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Disability Rights Section<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Tel. (202) 598-0083<br>James.Fletcher@usdoj.gov<br><br>*Attorneys for Plaintiff-Intervenor United States of America* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

*/s/ James Fletcher*
Trial Attorney
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
