# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

September 09, 2024

Clerk - Middle District of Alabama  
U.S. District Court  
1 CHURCH ST  
MONTGOMERY, AL 36104

Appeal Number: 22-11707-JJ  
Case Style: Paul Eknes-Tucker, et al v. Governor of the State of Alabama, et al  
District Court Docket No: 2:22-cv-00184-LCB-SRW

Enclosed is the Bill of Costs supplementing this court's mandate which has previously issued.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

## In the
## United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-11707

_____

PAUL A. EKNES-TUCKER,
Rev.,
BRIANNA BOE,
individually and on behalf of her minor son, Michael Boe,
JAMES ZOE,
individually and on behalf of his minor son, Zachary Zoe,
MEGAN POE,
individually and on behalf of her minor daughter, Allison Poe,
KATHY NOE, et al.,
individually and on behalf of her minor son, Christopher Noe,

                                              Plaintiffs-Appellees,

*versus*

GOVERNOR, OF THE STATE OF ALABAMA,
ATTORNEY GENERAL, STATE OF ALABAMA,
DISTRICT ATTORNEY, FOR MONTGOMERY COUNTY,
DISTRICT ATTORNEY, FOR CULLMAN COUNTY,

2                                                                                                22-11707

DISTRICT ATTORNEY, FOR LEE COUNTY, et al.,

                                                                              Defendants-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:22-cv-00184-LCB-SRW

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 21, 2023

For the Court: DAVID J. SMITH, Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. **22-11707**

**Eknes-Tucker et al.** vs. **Governor of Alabama**

<span style="color:red">A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.</span>

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

|  | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — | 500 | $500.00 |
| Appellant's Brief | X |  | 76 | 7 | 532 | 79.80 | $79.80 |
| Appendix | X |  | 2618 | 5 | 13,090 | 1963.50 | $1,963.50 |
| Appellee's Brief |  |  |  |  |  |  |  |
| Reply Brief | X |  | 48 | 7 | 336 | 50.4 | $50.04 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| *Note: If reproduction was done commercially, receipt(s) must be attached. |  |  |  | TOTAL |  | $2,593.7 REQUESTED | $$2,593.70 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: *[signed]*   Date Signed: **8/29/2023**

Attorney Name: **Jim Davis**   Attorney for: **Defendants Marshall, Bailey, Baylock, and Ventiere**
(Type or print your name)   (Type or print name of client)

E-mail: **Jim.Davis@AlabamaAG.gov**   Phone: **(334) 353-1356**

Street Address/City/State/Zip: **501 Washington Ave. P.O. Box 300152 Montgomery, AL 36130**

---

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ **$2,593.70** against **Appellees**

and are payable directly to **Appellants**

David J. Smith, Clerk of Court

Issued on: _____   By: **/S/ Tresa A. Raines**   DATE: **8/30/2023**
Deputy Clerk