# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| | ) Hon. Liles C. Burke |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REDACTED SUMMARY JUDGMENT AND *DAUBERT* SUBMISSIONS ON THE PUBLIC DOCKET

Pursuant to this Court's protective order, Defendants sought and were granted leave to file under seal certain briefing and evidentiary submissions related to their summary judgment motion. *See* Doc. 569 (granting leave to file unredacted summary judgment motion and evidentiary submissions under seal). Defendants then worked with counsel for the World Professional Association for Transgender Health (WPATH) and the United States to unseal portions of Defendants' briefing and evidentiary submissions that were submitted under seal because they discussed

or contained materials designated as "confidential" by WPATH or the Department of Health and Human Services (HHS) during discovery. Following that, the Court granted Defendants' motion to substitute certain evidentiary exhibits and briefing with less-redacted versions on the public docket. *See* Doc. 614.

Defendants now seek leave to file on the public docket additional summary judgment and *Daubert* materials with less extensive redactions. Following their submission under seal of their unredacted summary judgment reply and *Daubert* motions, *see* Doc. 653 (granting leave to file unredacted reply under seal); Doc. 614 (granting leave to file certain *Daubert* motions and exhibits under seal), Defendants again worked with counsel for WPATH and the United States to identify additional areas for unsealing. Accordingly, Defendants hereby request—and WPATH and the United States do not oppose—leave to file on the public docket a notice of submission with the following documents attached:

| Previously Filed Public Document | Changes In New Filing |
|---|---|
| Doc. 650: Defendants' Redacted Reply in Support of Motion for Summary Judgment | Provides redacted summary judgment reply that removes all redactions related to WPATH or a WPATH-related witness (except for PII) and retains redactions related to Private Plaintiffs' medical histories |
| Doc. 557-9 (SJ.DX9): Supplemental Expert Report of Michael K. Laidlaw, M.D. | Provides summary judgment exhibit with limited redactions on pp. i, 20-22, and 28-29 requested by HHS |
| Docs. 557-21, 557-22, & 557-23 (SJ.DX21-23): Deposition Transcript and Exhibits of Dr. Eli Coleman | Provides summary judgment exhibits with limited redactions on pp. 90-91, 155, 247-248, and 282 of DX21 requested by WPATH |

| | |
|---|---|
| Doc. 557-37 (SJ.DX37): Deposition Transcript of Dr. Daniel Shumer | Provides unredacted summary judgment exhibit |
| Docs. 558-19, 558-20, 558-21, 558-22, 558-23 (SJ.DX 69-73): Deposition Transcript and Exhibits of Dr. Jenifer Lightdale | Provides unredacted summary judgment exhibits |
| Docs. 558-24, 558-25, 558-26, 558-27, 558-28 (SJ.DX74-78): Deposition Transcript and Exhibits of Dr. Kenneth Goodman | Provides unredacted summary judgment exhibits |
| Doc. 560-20 (SJ.DX 170): HHS Ex. 2. | Provides redacted summary judgment exhibit that removes redactions on pp. 33-39 and 61-474, except for redactions for PII |
| Doc. 560-26 (SJ.DX176): WPATH Ex. 3 | Provides redacted summary judgment exhibit that removes redactions on pp. 27-28, 30-34, 58-61, 65-70, 115-51, 156-59, 162-72, 202-13, except for redactions for PII |
| Doc. 560-27 (SJ.DX177): WPATH Ex. 4 | Provides redacted summary judgment exhibit that removes redactions on pp. 38-48 and 94-126, except for redactions for PII |
| Doc. 560-28 (SJ.DX178): WPATH Ex. 5 | Provides redacted summary judgment exhibit that removes redactions on pp. 1-3 and 28-75, except for redactions for PII |
| Doc. 560-29 (SJ.DX179): WPATH Ex. 6 | Provides redacted summary judgment exhibit that removes redactions on pp. 33-38, except for redactions for PII |
| Doc. 560-30 (SJ.DX180): WPATH Ex. 7 | Provides redacted summary judgment exhibit that removes redactions on pp. 18-23 and 47-54, except for redactions for PII |
| Doc. 560-31 (SJ.DX181): WPATH Ex. 8 | Provides redacted summary judgment exhibit that removes redactions on pp. 1-6 and 42-78, except for redactions for PII |
| Doc. 560-32 (SJ.DX182): WPATH Ex. 9 | Provides redacted summary judgment exhibit that removes redactions on pp. 1-61, 98-149, and 160-65, except for redactions for PII |

| | |
|---|---|
| Doc. 560-33 (SJ.DX183): WPATH Ex. 10 | Provides redacted summary judgment exhibit that removes redactions on pp. 65-92, except for redactions for PII |
| Doc. 560-34 (SJ.DX184): WPATH Ex. 11 | Provides redacted summary judgment exhibit that removes redactions on pp. 1-8, 15-20, and 104-08, except for redactions for PII |
| Doc. 560-35 (SJ.DX185): WPATH Ex. 12 | Provides redacted summary judgment exhibit that removes redactions on pp. 15-16, except for redactions for PII |
| Doc. 560-36 (SJ.DX186): WPATH Ex. 13 | Provides redacted summary judgment exhibit that removes redactions on pp. 20-21 and 34-39, except for redactions for PII |
| Doc. 560-37 (SJ.DX187): WPATH Ex. 14 | Provides redacted summary judgment exhibit that removes redactions on pp. 4-9, 15-81, 199-271, 277-321, and 330-37, except for redactions for PII |
| Doc. 560-38 (SJ.DX188): WPATH Ex. 15 | Provides redacted summary judgment exhibit that removes redactions on pp. 1-34 and 38-71, except for redactions for PII |
| Doc. 560-40 (SJ.DX190): WPATH Ex. 17 | Provides redacted summary judgment exhibit that removes redactions on pp. 11-14, except for redactions for PII |
| Doc. 593: Defendants' Motion to Exclude Selected Testimony of Dr. Morissa Ladinsky | Provides unredacted copy of Defendants' Motion to Exclude Selected Testimony of Dr. Morissa Ladinsky |
| Doc. 594: Defendants' Motion to Exclude Selected Testimony of Dr. Meredithe McNamara | Provides unredacted copy of Defendants' Motion to Exclude Selected Testimony of Dr. Meredithe McNamara |
| Doc. 595: Defendants' Motion to Exclude Selected Testimony of Dr. Jenifer Lightdale | Provides unredacted copy of Defendants' Motion to Exclude Selected Testimony of Dr. Jenifer Lightdale |
| Doc. 596: Defendants' Motion to Exclude Selected Testimony of Dr. Kenneth Goodman | Provides unredacted copy of Defendants' Motion to Exclude Selected Testimony of Dr. Kenneth Goodman |
| Doc. 597: Defendants' Motion to Exclude Selected Testimony of Dr. Dan Karasic | Provides unredacted copy of Defendants' Motion to Exclude Selected Testimony of Dr. Dan Karasic |

| Doc. 598: Defendants' Motion to Exclude Selected Testimony of Dr. Aron Janssen | Provides unredacted copy of Defendants' Motion to Exclude Selected Testimony of Dr. Aron Janssen |

Defendants thus request leave to file the above documents on the public docket, and the United States and WPATH—who originally designated the covered materials as "confidential"—do not oppose Defendants' request. After continued consultation with the other parties, Defendants reserve the right to seek further unsealing, but the prompt unsealing of the above materials would promote the "access to judicial proceedings [that] is crucial to our tradition and history." *Callahan v. United Network for Organ Sharing*, 17 F.4th 1356, 1358-59 (11th Cir. 2021).

| | |
|---|---|
| Dated: October 4, 2024 | Respectfully submitted, |
| | Steve Marshall<br>  *Attorney General* |
| Christopher Mills (*pro hac vice*)<br>SPERO LAW LLC<br>557 East Bay Street, #22251<br>Charleston, SC 29413<br>(843) 606-0640<br>CMills@Spero.law | Edmund G. LaCour Jr. (ASB-9182-U81L)<br>  *Solicitor General*<br><br>s/ A. Barrett Bowdre<br>A. Barrett Bowdre (ASB-2087-K29V)<br>  *Principal Deputy Solicitor General* |
| David H. Thompson (*pro hac vice*)<br>Peter A. Patterson (*pro hac vice*)<br>Brian W. Barnes (*pro hac vice*)<br>John D. Ramer (*pro hac vice*)<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave., NW<br>Washington, D.C. 20036<br>(202) 220-9600<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>bbarnes@cooperkirk.com<br>jramer@cooperkirk.com | James W. Davis (ASB-4063-I58J)<br>  *Deputy Attorney General*<br><br>Benjamin M. Seiss (ASB-2110-O00W)<br>Charles A. McKay (ASB-7256-K18K)<br>  *Assistant Attorneys General*<br><br>OFFICE OF THE ATTORNEY GENERAL<br>STATE OF ALABAMA<br>501 Washington Avenue<br>Post Office Box 300152<br>Montgomery, Alabama 36130-0152<br>Telephone: (334) 242-7300<br>Facsimile: (334) 353-8400<br>Edmund.LaCour@AlabamaAG.gov<br>Barrett.Bowdre@AlabamaAG.gov<br>Jim.Davis@AlabamaAG.gov<br>Ben.Seiss@AlabamaAG.gov<br>Charles.McKay@AlabamaAG.gov |
| Roger G. Brooks (*pro hac vice*)<br>Henry W. Frampton, IV (*pro hac vice*)<br>Philip A. Sechler (*pro hac vice*)<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0200<br>rbrooks@adflegal.org<br>hframpton@adflegal.org<br>psechler@adflegal.org | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on October 4, 2024, which will serve all counsel of record.

s/ A. Barrett Bowdre
A. Barrett Bowdre
*Counsel for Defendants*
