# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| | ) Hon. Liles C. Burke |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## DEFENDANTS' UNOPPOSED MOTION TO UNSEAL CERTAIN SUMMARY JUDGMENT AND *DAUBERT* SUBMISSIONS

Pursuant to this Court's protective order, Defendants sought and were granted leave to file under seal certain briefing and evidentiary submissions in support of their motion for summary judgment and motions to exclude testimony. *See* Doc. 569 (granting leave to file under seal certain evidentiary submissions in support of summary judgment); Doc. 614 (granting leave to file under seal certain *Daubert* motions and exhibits); Doc. 653 (granting leave to file under seal reply in support of summary judgment).

Defendants then worked with counsel for the World Professional Association for Transgender Health (WPATH) and the United States to unseal or unredact portions of Defendants' briefing and evidentiary submissions that were sealed because they discussed or contained materials designated as "confidential" by WPATH or the Department of Health and Human Services (HHS) during discovery. The Court has granted two of Defendants' motions to substitute such filings with less-redacted versions. *See* Docs. 614 & 698.

Defendants now respectfully ask the Court to unseal the following filings on the public docket:[1]

| Document to Unseal | Corresponding Docket Entry of Public Filing | Document Description |
|---|---|---|
| Doc. 564-8 | Doc. 557-18 | SJ.DX18: Deposition Transcript of Dr. Marci Bowers |
| Doc. 564-9 | Doc. 557-19 | SJ.DX19: Dr. Marci Bowers Deposition Exhibits 1-24 |
| Doc. 564-10 | Doc. 557-20 | SJ.DX20: Dr. Marci Bowers Deposition Exhibits 25-30 |
| Doc. 564-12 | Doc. 557-22 | SJ.DX22: Dr. Eli Coleman Deposition Exhibits 1-19 |
| Doc. 564-13 | Doc. 557-23 | SJ.DX23: Dr. Eli Coleman Deposition Exhibits 20-29 |
| Doc. 564-25 | Doc. 557-39 | SJ.DX39: Deposition Transcript of Dr. Daniel Shumer |

---

[1] This motion is, in essence, an amended version of Defendants' last motion to substitute, *see* Doc. 697, but using the correct procedural mechanism after discussing the matter with the Clerk's Office.

| Doc. 564-26 | Doc. 558-19 | SJ.DX69: Deposition Transcript of Dr. Jenifer Lightdale |
| Doc. 564-27 | Doc. 558-20 | SJ.DX70: Dr. Jenifer Lightdale Deposition Exhibits 1-5 |
| Doc. 564-28 | Doc. 558-21 | SJ.DX71: Dr. Jenifer Lightdale Deposition Exhibits 6-11 |
| Doc. 564-29 | Doc. 558-22 | SJ.DX72: Dr. Jenifer Lightdale Deposition Exhibits 12-15 |
| Doc. 564-30 | Doc. 558-23 | SJ.DX73: Dr. Jenifer Lightdale Deposition Exhibits 16-18 |
| Doc. 564-31 | Doc. 558-24 | SJ.DX74: Deposition Transcript of Dr. Kenneth Goodman |
| Doc. 564-32 | Doc. 558-25 | SJ.DX75: Dr. Kenneth Goodman Deposition Exhibits 1-4 |
| Doc. 564-33 | Doc. 558-26 | SJ.DX75: Dr. Kenneth Goodman Deposition Exhibit 5 |
| Doc. 564-34 | Doc. 558-27 | SJ.DX75: Dr. Kenneth Goodman Deposition Exhibits 6-8 |
| Doc. 564-35 | Doc. 558-28 | SJ.DX75: Dr. Kenneth Goodman Deposition Exhibits 9-15 |
| Doc. 606-1 | Doc. 593 | Defendants' Motion to Exclude Selected Testimony of Dr. Morissa Ladinsky |
| Doc. 606-2 | Doc. 594 | Defendants' Motion to Exclude Selected Testimony of Dr. Meredithe McNamara |
| Doc. 606-3 | Doc. 595 | Defendants' Motion to Exclude Selected Testimony of Dr. Jenifer Lightdale |
| Doc. 606-4 | Doc. 596 | Defendants' Motion to Exclude Selected Testimony of Dr. Kenneth Goodman |
| Doc. 606-5 | Doc. 597 | Defendants' Motion to Exclude Selected Testimony of Dr. Dan Karasic |

| Doc. 606-6 | Doc. 598 | Defendants' Motion to Exclude Selected Testimony of Dr. Aron Janssen |

WPATH and the United States—who initially designated the relevant documents as confidential—do not oppose unsealing the above documents. After continued consultation with the other parties, Defendants reserve the right to seek further unsealing, but the prompt unsealing of the above materials would promote the "access to judicial proceedings [that] is crucial to our tradition and history." *Callahan v. United Network for Organ Sharing*, 17 F.4th 1356, 1358-59 (11th Cir. 2021).

Dated: October 9, 2024

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, SC 29413
(843) 606-0640
CMills@Spero.law

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com

Respectfully submitted,

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

s/ A. Barrett Bowdre
A. Barrett Bowdre (ASB-2087-K29V)
  *Principal Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152

jramer@cooperkirk.com

Roger G. Brooks (*pro hac vice*)
Henry W. Frampton, IV (*pro hac vice*)
Philip A. Sechler (*pro hac vice*)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0200
rbrooks@adflegal.org
hframpton@adflegal.org
psechler@adflegal.org

Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on October 9, 2024, which will serve all counsel of record.

s/ A. Barrett Bowdre
A. Barrett Bowdre
*Counsel for Defendants*
