UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| | ) Hon. Liles C. Burke |
| STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

**DEFENDANTS' NOTICE OF FILING REDACTED SUMMARY JUDGMENT AND *DAUBERT* SUBMISSIONS**

Pursuant to this Court's order, *see* Doc. 698, Defendants submit the following briefing and evidentiary submissions in less-redacted form:

| **Previously Filed Public Document** | **Changes In Newly Redacted Filing** |
|---|---|
| Doc. 650: Defendants' Redacted Reply in Support of Motion for Summary Judgment | Removes all redactions related to WPATH or a WPATH-related witness (except for PII); retains redactions related to Private Plaintiffs' medical histories |
| Doc. 557-9 (SJ.DX9): Supplemental Expert Report of Michael K. Laidlaw, M.D. | Removes all redactions save for limited redactions on pp. i, 20-22, and 28-29 requested by HHS |

| Doc. 557-21 (SJ.DX21): Deposition Transcript of Dr. Eli Coleman | Removes all redactions save for limited redactions on pp. 90-91, 155, 247-248, and 282 requested by WPATH |
|---|---|
| Doc. 560-20 (SJ.DX 170): HHS Ex. 2. | Removes redactions on pp. 33-39 and 61-474, except for redactions for PII |
| Doc. 560-26 (SJ.DX176): WPATH Ex. 3 | Removes redactions on pp. 27-28, 30-34, 58-61, 65-70, 115-51, 156-59, 162-72, 202-13, except for redactions for PII |
| Doc. 560-27 (SJ.DX177): WPATH Ex. 4 | Removes redactions on pp. 38-48 and 94-126, except for redactions for PII |
| Doc. 560-28 (SJ.DX178): WPATH Ex. 5 | Removes redactions on pp. 1-3 and 28-75, except for redactions for PII |
| Doc. 560-29 (SJ.DX179): WPATH Ex. 6 | Removes redactions on pp. 33-38, except for redactions for PII |
| Doc. 560-30 (SJ.DX180): WPATH Ex. 7 | Removes redactions on pp. 18-23 and 47-54, except for redactions for PII |
| Doc. 560-31 (SJ.DX181): WPATH Ex. 8 | Removes redactions on pp. 1-6 and 42-78, except for redactions for PII |
| Doc. 560-32 (SJ.DX182): WPATH Ex. 9 | Removes redactions on pp. 1-61, 98-149, and 160-65, except for redactions for PII |
| Doc. 560-33 (SJ.DX183): WPATH Ex. 10 | Removes redactions on pp. 65-92, except for redactions for PII |
| Doc. 560-34 (SJ.DX184): WPATH Ex. 11 | Removes redactions on pp. 1-8, 15-20, and 104-08, except for redactions for PII |
| Doc. 560-35 (SJ.DX185): WPATH Ex. 12 | Removes redactions on pp. 15-16, except for redactions for PII |
| Doc. 560-36 (SJ.DX186): WPATH Ex. 13 | Removes redactions on pp. 20-21 and 34-39, except for redactions for PII |
| Doc. 560-37 (SJ.DX187): WPATH Ex. 14 | Removes redactions on pp. 4-9, 15-81, 199-271, 277-321, and 330-37, except for redactions for PII |
| Doc. 560-38 (SJ.DX188): WPATH Ex. 15 | Removes redactions on pp. 1-34 and 38-71, except for redactions for PII |
| Doc. 560-40 (SJ.DX190): WPATH Ex. 17 | Removes redactions on pp. 11-14, except for redactions for PII |

| | |
|---|---|
| Dated: October 9, 2024 | Respectfully submitted, |

Steve Marshall
  *Attorney General*

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, SC 29413
(843) 606-0640
CMills@Spero.law

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

s/ A. Barrett Bowdre
A. Barrett Bowdre (ASB-2087-K29V)
  *Principal Deputy Solicitor General*

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

Roger G. Brooks (*pro hac vice*)
Henry W. Frampton, IV (*pro hac vice*)
Philip A. Sechler (*pro hac vice*)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0200
rbrooks@adflegal.org
hframpton@adflegal.org
psechler@adflegal.org

*Counsel for Defendants*

4

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on October 9, 2024, which will serve all counsel of record.

s/ A. Barrett Bowdre
A. Barrett Bowdre
*Counsel for Defendants*
