# Doc. 560-33
# Defendants' Summary Judgment Exhibit 183
# (Redacted)

**Assessment, Support and Therapeutic Approaches for Adolescents with Gender Variance/Dysphoria**

SOC 8 – Draft 7/20/21

## INTRODUCTION

**Historical Context and Changes Since Previous Guidelines**

    Compared to the longer-established care models for transgender adults, specialized healthcare for transgender adolescents is a relatively new field of practice. Until recently, there were few specialized gender clinics for youth globally, and the handful of clinics served generally small numbers of children and adolescents. In more recent years there has been a sharp increase in the number of adolescents requesting gender care (Arnoldussen et al. , 2019, Kaltiala et al., 2019). New clinics have been founded, but clinical services in many places do not keep pace with the increasing number of youth seeking care. Hence, there are often long waitlists for services and barriers to care still exist for many transgender youth around the world.

    For a long time, there was limited information regarding the prevalence of gender diversity among adolescents. Studies from high school samples give much higher current estimates than earlier expected of 1.2% identifying as transgender (Clark et al., 2014) and up to 2.7% or more (e.g., 7-9%) experiencing some level of self-reported gender diversity (Eisenberg et al., 2017, Wang et al., 2020, Kidds et al., 2021). These studies suggest that gender diversity should no longer be viewed as rare. Additionally, a pattern of uneven ratios by assigned sex has been reported in gender clinics, with adolescents assigned female at birth initiating care 2.5-7.1 times more frequently as compared to adolescents who are assigned males at birth (Arnoldussen et al., 2019, Kaltiala et al., 2015 Kaltiala et al., 2019, Aitken et al., 2015, de Graaf et al., 2018).

    A specific WPATH standards of care section dedicated to the needs of children and adolescents was first included in the WPATH Standards of Care in its 5th version from 1988. Youth age 16 or older were deemed potentially eligible for gender affirming medical care, but only in select cases. The subsequent 6th (2005) and 7th (2011) versions divided medical affirming treatment for adolescents into three categories and formulated eligibility criteria regarding age/puberty stage: fully reversible puberty delaying blockers as soon as puberty had started; partially reversible "masculinizing" or "feminizing"

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020788

hormone therapy for adolescents of age of majority, which was age 16 in certain European countries; and fully irreversible surgeries at age 18 or older, except for chest "masculinizing" mastectomy, which had an age minimum of 16 years of age. Other eligibility criteria for gender-related medical care were: persistent long (childhood) history of gender "non-conformity"/dysphoria; emerging or worsening at the onset of puberty; absence or management of co-existing psychological, medical or social problems that interfere with treatment; provision of support for moving forward with the intervention by the parents or other caregivers; and provision of informed consent. A specific chapter dedicated to transgender and gender diverse adolescents has been created for this 8th edition of the Standards of care, distinct from the child chapter, due to: (1) the exponential growth in adolescent referral rates, (2) research findings specific to adolescent gender diversity-related care, and (3) the special developmental and gender affirming care issues specific to this age group.

**Methodology**

For the current 8th revision of the Standards of Care, our multidisciplinary workgroup started by reviewing the recommendations in former editions. As there are now two separate chapters for childhood and adolescence, to ensure consistency between both chapters, some authors were part of both chapters. For a similar reason, when applicable, we collaborated with other chapters on topics shared between the chapters (i.e., Assessment of Adults, Hormone Therapy, Surgery and Reproductive Health).

Draft statements were refinements of earlier versions of the SOC and also draw from the more recent Endocrine Society Clinical Practice Guideline (Hembree et al., 2017).  Statements were rephrased or adapted and several new statements were added. This led to the formulation of the final 12 statements that were prepared for the Delphi process. In two rounds they all reached consensus endorsement from the larger Standards of Care revision committee.

**Adolescence Overview**

Adolescence is a developmental period characterized by relatively rapid physical and psychological maturation that bridges between childhood and adulthood (Sanders, 2013). Multiple developmental processes occur simultaneously, including pubertal-signaled changes, cognitive, emotional, and social development, and related psychosocial development. These processes do not all begin and end at the same time for a given individual, nor do they occur at the same age for all persons. Therefore, the lower and upper borders of adolescence are imprecise and cannot be defined exclusively by age, despite the fact that brain development occurs well into the mid-20's and also the fact that different countries and States define age of majority (legal decision-making status) at different ages (Dick et al., 2014). While a majority of municipalities define the age of majority at 18 years, in some countries it is as low as 15 years (e.g. Indonesia and Myanmar), whereas in others it is as high as 21 years (e.g. Mississippi and Singapore).

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020789

Given the simultaneous, overlapping and interrelated adolescent developmental processes, including the common drive for independence from caregivers (Steinberg, 2004). Cognitive development in adolescence often involves moves towards increased abstract thinking, advanced reasoning, and meta-cognition (i.e., a young person's ability to think about their own feelings in relation to how others perceive them; Sanders, 2013). The ability to reason hypothetical situations allows an individual to conceptualize numerous possibilities for a particular decision. Additionally, adolescents often experience a sense of urgency with a decreased threshold for experiencing reward in a hyperresponsive brain circuitry, as their sense of time has been found to be profoundly different than that of older individuals (Van Leijenhorst et al., 2010). Therefore, this period is also often associated with more risk-taking behaviors. Along with these notable developments in the adolescent brain, it is also a period known for individuation from parents and the development of autonomy, with a heightened focus on peer relationships, which can be both positive and detrimental (Gardner & Steinberg, 2005). Social-emotional development also advances during this period, with great variability among young people regarding level of maturity as it relates to inter and intra-personal communication and insight (Grootens-Wiegers et al., 2017). For transgender and gender diverse adolescents making decisions about gender affirming treatments that potentially have lifelong consequences, it is important to understand how all of these aspects of development impact the decision-making capacity for a given young person within their specific cultural context.

**Gender Identity Development in Adolescence**

The research and understanding of gender identity development in adolescence is evolving. It is important to understand what is known and that what is *not known* about gender identity development in adolescents when providing clinical care to young people and families (Berenbaum, 2018).      When considering sought after treatments, families may often have questions related to the development of their adolescent's gender identity and whether or not the adolescent's declared gender will remain the same over time. For some adolescents, a declared gender identity that differs from the assigned sex at birth comes as no surprise to their parents as their history of gender diverse expression dates back to childhood (Leibowitz & de Vries, 2016).  For others, the declaration does not happen until the emergence of pubertal changes, or even well into adolescence (McCallion et al., 2021, Sorbara et al., 2020).

Historically, social learning and cognitive developmental research on *gender development* was done on youth who were not necessarily gender diverse in identity or expression, under the assumption that sex correlated with a specific gender, and therefore little attention was given to *gender identity development.* In addition to biological factors influencing gender development, this line of research demonstrates that there is a role for psychological and social factors as well (Perry & Pauletti, 2011). While there has been less focus on *gender identity development* in transgender and gender diverse youth, there is ample reason to suppose that apart from biological factors, psychosocial factors are also involved. For some youth, gender identity development appears fixed, often expressed from a young

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020790

age, while for others there may be a developmental process that contributes to gender identity development over time. Families often have questions about this very issue and so it is important to note that it is not possible to distinguish between those where gender identity may seem fixed from birth from those where gender identity development appears to be a developmental process. Future research would shed more light on gender identity development if done across many different environments over long periods of time with diverse cohort groups.  Trends in the conceptualization of gender identity, shifting from dichotomous, or binary, categories of male and female to one that is a dimensional spectrum along a continuum (APA, 2013), would also need to be accounted for.

Neuroimaging studies, genetic studies, and other hormone studies on individuals born with a difference of sex development (DSD) demonstrate a biological contribution to the development of gender identity for individuals whose gender identity does not match their assigned sex at birth (Steensma et al., 2013). However, parsing out the role of the environment on gender identity development is very difficult, even for young people whose parents did not raise them with rigid stereotypical gender role expectations, given the fact that the environment remains highly binary regarding gender identity and expression in most cultures.

Adolescence is considered a crucial period for the development of gender identity development for gender diverse young people (Steensma, Kreukels, de Vries, & Cohen-Kettenis, 2013). Longitudinal research on Dutch clinical follow-up studies on adolescents receiving puberty suppression and/or gender affirming hormones after comprehensive assessment demonstrated that none of them refrained from pursuing gender affirming surgery years later, suggesting that adolescents seeking treatment demonstrate stability with their gender identity over time (Cohen-Kettenis & van Goozen, 1997; de Vries et al., 2014; van Goozen, Kuiper, & Cohen-Kettenis, 2005a).

When extrapolating these conclusions to present-day gender diverse adolescents seeking care, one must contextualize the societal changes that have evolved over time as it pertains to transgender people. Given the increase in visibility for transgender and gender diverse people, it is important to address current influences on social development for young people (Kornienko et al., 2016). One trend is that more young people are presenting to gender clinics with gender diverse and gender nonbinary presentations (Twist & de Graaf, 2019). Another phenomenon refers to adolescents seeking care who have not seemingly expressed gender diversity in their childhood years. One researcher attempted to study and describe this phenomenon (Littman, 2019), however the significant methodological challenges that exist in the research provide context for the findings: 1) the survey included only parents and not the youths' experiences; and 2) the recruitment of parents was drawn from a setting that conceptualized treatments for gender dysphoria as inherently pathological. In truth, some who have changed their thoughts about their own gender identity have described how social influence was relevant in their self-experience of gender during adolescence (Strang et al., 2018; Vandenbussche, 2021). For a select subgroup of young people, in the context of exploration, social influence may be a relevant issue for them. This is neither a new nor surprising concept for clinicians working with

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020791

adolescents, however we emphasize the harms that can arise when these phenomena are prematurely labeled based on datasets with substantial sample bias (WPATH, 2018).

Regardless of what is known about adolescent gender identity development, an individualized approach to clinical care is both ethical and necessary. As is the case in all areas of medicine, each study has methodological limitations and conclusions drawn from the research cannot *and should not be* universally applied to all adolescents when answering the common parental question about the stability of a particular young person's gender identity development. Future research will help advance scientific understanding of gender identity development, however there will always be some gaps and these gaps should not leave the TGD adolescent without important and necessary care.

**Research evidence**

A key issue in adolescent transgender care is the quality of evidence for effectiveness of gender affirming medical treatments. Given the lifelong implications of medical treatment and the young age at which they may be started, adolescents, their parents, and care providers should be informed about the evidence base. It seems reasonable that decisions to move forward with medical treatments should be made carefully. Despite the slowly growing body of evidence on effectiveness of early medical intervention, the number of studies is still low compared to outcome studies in adults. Therefore, a systematic review regarding outcomes of treatment in adolescents is not possible and we provide a short narrative review instead.

When writing this chapter, there were several longer term (into young adulthood) longitudinal cohort follow-up studies that show positive results of early (adolescent) medical treatment, all stemming from one Dutch clinic. The findings demonstrate improved psychological functioning and body image satisfaction associated with the resolution of gender dysphoria. Most of these studies followed a pre-post methodological design and compared baseline psychological functioning to outcomes after the provision of medical gender-affirming treatments. Different studies evaluated different aspects or combinations of treatment interventions: 1) gender-affirming hormones and surgeries (Cohen-Kettenis & van Goozen, 1997; Smith et al., 2001; Smith et al., 2005), 2) puberty suppression (de Vries et al., 2011) or 3) puberty suppression, affirming hormones and surgeries (de Vries et al., 2014). The 2014 long term follow-up study is the only study that followed youth from early adolescence (pre-treatment mean age of 13.6) until young adulthood (post treatment mean age of 20.7) and was the first study to show that gender-affirming treatment enabled transgender adolescents to make age-appropriate developmental transitions while living as their affirmed gender, contributing to a satisfactory objective and subjective well-being' (de Vries et al., 2014). These were convincing results. However, the question of generalizability remains, as it included a select, socially-supported small sample (n=55), all of whom experienced childhood gender nonconformity. The participants came from a clinic that uses a multidisciplinary approach and provides comprehensive, ongoing assessment and support for gender dysphoria and emotional well-being.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020792

Several more recently published longitudinal studies followed a cross sequential study design; after baseline measurement, evaluations were conducted at fixed follow up times (e.g. 6/12/24 months after baseline). This design results in the evaluation of participants at different stages of their gender affirming treatments. Some participants may not have started gender-affirming medical treatments; others have been treated with puberty suppression; while others have started gender affirming hormones or even had their gender affirming surgeries (Costa et al., 2015, Becker-Hebly et al., 2020, Kuper et al., 2020, Achille et al., 2020, Carmichael et al., 2021). This design makes interpreting the outcomes more challenging. Regardless, the data all demonstrate improved or stable psychological functioning and body image or treatment satisfaction. Another recent study compared psychological functioning of transgender adolescents at baseline and while on puberty suppression with cisgender high school peers at two different time point. At baseline the transgender youth demonstrated lower psychological functioning than their cisgender peers, while on puberty suppression they demonstrated better functioning than their same age peers (van der Miesen et al., 2020).

Two additional studies investigated how initial mental health treatment is related to post-treatment outcomes. In a retrospective chart study Kaltiala et al. (2020) showed that transgender adolescents who did well in terms of psychiatric symptoms and functioning before affirming hormones were provided, mainly did well during the treatment, while adolescents with more problems at baseline had high continued to have these problems. Nieder et al., (2021) demonstrated that transgender adolescents who progressed further with desired medical affirming treatments (puberty suppression, affirming hormones, affirming surgeries) were more satisfied with their overall treatment (including the mental health treatment initially) after a mean duration of two years after baseline. The conclusion is that timely gender affirming medical care is important for transgender youth, who represented a subgroup of young people that were not excluded from the study due to higher psychiatric acuity.

Providers may have concern around the possibility that adolescents regret certain decisions they make during this period or detransition in the future. There are two studies that report low rates of adolescents (1.9% and 3.5%) deciding to stop puberty suppression (Wiepjes et al., 2018, Brik et al., 2019). These low percentages come again from Dutch clinics that follow a protocol including careful assessment before affirming medical treatment was started and show that it was likely only started in those for whom gender incongruence is considered to last into adulthood. At present, no clinical cohort studies have yet reported on adolescents who regret or detransition after irreversible affirming treatment. Case studies report that there are adolescents who detransition but do not regret initiating treatment as they experience the start of treatment as a part of their gender exploration and consolidation (Turban, 2018), however this is not substantiated with any longitudinal research. There are adolescents who may regret the steps they have taken (Dyer, 2020). Therefore, it is important to consider all narratives and patient experiences when assisting families make sense of the existing research evidence. So far, very little is known about how many and which adolescents may eventually detransition, and providers are advised to discuss this in a collaborative and trusting manner as a possible future experience with adolescents and their parents during the planning stages before gender

BOEAL_WPATH_020793

affirming medical treatments are started. Also, providers should be prepared to support adolescents who detransition. In an internet convenience sample survey of 237 self-identified detransitioners, 25% had medically transitioned before age 18. Many of them expressed strong difficulties finding the help that they needed during their detransition process and reported that their detransition was a very isolating experience, during which they did not receive enough support (Vandenbussche, 2021).

So, in conclusion, although the samples are relatively small (n = 22-101) and the time to follow-up is varied (6-months – 7 years), the existing research studies all demonstrate improvement in the lives of transgender adolescents who receive some form of gender affirming medical treatment and rates of regret are very low. The data show that early medical intervention as part of a broader combined assessment and treatment approach focusing on gender dysphoria as well as broader general well-being, can be effective and helpful for transgender adolescents. These positive findings also justify why randomized control trials are deemed unethical since withholding puberty suppression or hormones is not without negative effects, apart from being impossible to conduct in a fully blinded way because blockers and sex hormones have clear visible effects.

**Ethics and human rights perspective**

Because research evidence on medical affirming treatment for adolescents should not be the only leading principle while providing such care, a medical ethics and human rights perspective was also considered while formulating the statements. After all, allowing irreversible puberty to progress in adolescents who experience gender incongruence is without any question *not* a neutral act given that it may have immediate and lifelong harmful effects for a transgender young person (Giordano, 2009; Giordano & Holm, 2020; Kreukels & Cohen-Kettenis, 2011). From a human rights perspective, considering gender diversity is a normal variation of human development, it is an adolescent's right to participate in their own decision-making process about their health and lives with access to gender health services (Amnesty International, https://www.amnesty.org.uk/press-releases/amnesty-international-uk-and-liberty-joint-statement-puberty-blockers).

**Short Summary of Statements and Unique Issues in Adolescence**

These guidelines are designed to account for what is known and what is not known about gender identity development in adolescence, the evidence for gender affirming care in adolescence, and the unique aspects that distinguish adolescence from other developmental stages.

**Identity Exploration:** A defining feature of adolescence is the solidifying of different aspects of identity, including gender identity. Statement 2 addresses identity exploration in the context of gender identity development. Statement 12B accounts for the length of time that a young person experiences and/or expresses a gender diverse identity in order to make a meaningful decision regarding gender affirming care.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020794

**Consent and Decision-Making:** In adolescence, consent and decision-making require assessing the individual aspects of emotional, cognitive, and psychosocial development that occur. Statement 12C directly addresses emotional and cognitive maturity and describes the necessary components to assessing decision-making capacity within an individual context.
**Caregivers/Parent involvement:** Adolescents are typically dependent on their caregivers/parents in numerous ways, including treatment decisions and consent. Statement 11 addresses the importance of involving caregivers/parents and the role they play in treatment. No set of guidelines can account for every set of individual circumstances on a global scale.

This chapter should be used in coordination with other relevant chapters throughout the Standards of Care. These guidelines are meant to provide a gold standard based on the available evidence at this moment in time. While the available evidence for the assessment and treatment of gender diverse and transgender adolescents is relatively new (compared to adults), when factoring in the collective clinical experience of those working with this population as well as a perspective that respects the rights and dignity of transgender adolescents, we believe that these statements provide an ethical set of guidelines to assist families in collaborative decision-making.

**References**

Achille, C., Taggart, T., Eaton, N. R., Osipoff, J., Tafuri, K., Lane, A., & Wilson, T. A. (2020). Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. *International Journal of Pediatric Endocrinology, 2020,* 8. https://doi.org/10.1186/s13633-020-00078-2

Aitken, M., Steensma, T. D., Blanchard, R., VanderLaan, D. P., Wood, H., Fuentes, A., Spegg, C., Wasserman, L., Ames, M., Fitzsimmons, C. L., Leef, J. H., Lishak, V., Reim, E., Takagi, A., Vinik, J., Wreford, J., Cohen-Kettenis, P. T., de Vries, A. L., Kreukels, B. P., & Zucker, K. J. (2015). Evidence for an altered sex ratio in clinic-referred adolescents with gender dysphoria. *The journal of sexual medicine, 12*(3), 756–763. https://doi.org/10.1111/jsm.12817

American Psychiatric Association. (2013). Diagnostic and statistical manual of mental disorders (5th ed). Washington, DC: Author.

Arnoldussen, M., Steensma, T.D., Popma, A., van der Miesen, A.I.R., Twisk, J.W.R., & de Vries, A.L.C. (2020). Re-evaluation of the Dutch approach: are recently referred transgender youth different compared to earlier referrals? *European Child & Adolescent Psychiatry,* Advance online publication. Doi: 10.1007/s00787-020-01691-5.

Becker-Hebly, I., Fahrenkrug, S., Campion, F., Richter-Appelt, H., Schulte-Markwort, M., & Barkmann, C. (2020). Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: a descriptive study from the Hamburg Gender

Formatted: Dutch (Belgium)

Formatted: Dutch (Belgium)

Formatted: Dutch (Belgium)

BOEAL_WPATH_020795

Identity Service. *European child & adolescent psychiatry*, 10.1007/s00787-020-01640-2. Advance online publication. https://doi.org/10.1007/s00787-020-01640-2

Berenbaum S. A. (2018). Evidence needed to understand gender identity: Commentary on Turban & Ehrensaft (2018). *Journal of child psychology and psychiatry, and allied disciplines*, 59(12), 1244–1247. https://doi.org/10.1111/jcpp.12997

Brik, T., Vrouenraets, L., de Vries, M. C., & Hannema, S. E. (2020). Trajectories of Adolescents Treated with Gonadotropin-Releasing Hormone Analogues for Gender Dysphoria. *Archives of Sexual Behavior*, 49(7), 2611–2618. https://doi.org/10.1007/s10508-020-01660-8

Carmichael, P., Butler, G., Masic, U., Cole, T. J., De Stavola, B. L., Davidson, S., Skageberg, E. M., Khadr, S., & Viner, R. M. (2021). Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. *PloS one*, 16(2), e0243894. https://doi.org/10.1371/journal.pone.0243894

Clark, T. C., Lucassen, M. F., Bullen, P., Denny, S. J., Fleming, T. M., Robinson, E. M., & Rossen, F. V. (2014). The health and well-being of transgender high school students: results from the New Zealand adolescent health survey (Youth'12). *The Journal of adolescent health : official publication of the Society for Adolescent Medicine*, 55(1), 93–99.

Cohen-Kettenis, P. T., & van Goozen, S. H. (1997). Sex reassignment of adolescent transsexuals: a follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry*, 36(2), 263–271. https://doi.org/10.1097/00004583-199702000-00017

Coleman, E., Bockting, W., Botzer, M, Cohen-Kettenis, P., G. DeCuypere G., Feldman, J., Fraser, L., Green, J. , Knudson, G., Meyer, W.J., Monstrey, S., Adler, R. K., Brown, G.R., Devor, A.H., Ehrbar, R., Ettner, R., Eyler, E., Garofalo, R., Karasic, D.H., Lev, A.I., Mayer, G., Meyer-Bahlburg, H., Hall, B.P., Pfaefflin, F., Rachlin, K., Robinson, B., Schechter, L. S., Tangpricha, V., van Trotsenburg, M., Vitale, A., Winter, S., Whittle, S., Wylie , K.R. & Zucker, K. (2012). Standards of Care for the Health of Transsexual, Transgender, and Gender- Nonconforming People, Version 7, *International Journal of Transgenderism*, 13(4), 165-232, DOI: 10.1080/15532739.2011.700873

Costa, R., Dunsford, M., Skagerberg, E., Holt, V., Carmichael, P., & Colizzi, M. (2015). Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. *The Journal of Sexual Medicine*, 12(11), 2206–2214. https://doi.org/10.1111/jsm.13034

de Graaf, N. M., Giovanardi, G., Zitz, C., & Carmichael, P. (2018). Sex Ratio in Children and Adolescents Referred to the Gender Identity Development Service in the UK (2009-2016). *Archives of sexual behavior, 47*(5), 1301–1304. https://doi.org/10.1007/s10508-018-1204-9

de Vries, A. L., McGuire, J. K., Steensma, T. D., Wagenaar, E. C., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics, 134*(4), 696-704. doi: 10.1542/peds.2013-2958

de Vries, A. L., Steensma, T. D., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. *The Journal of Sexual Medicine, 8*(8), 2276–2283. https://doi.org/10.1111/j.1743-6109.2010.01943.x

Dick, B., Ferguson, J., Baltag, V., Krishna, B. & Saewyc, E. (2014) *Health for the World's Adolescents: A second chance in the second decade.* World Health Organization. https://apps.who.int/adolescent/second-decade/

Dyer C. (2020a). Children are "highly unlikely" to be able to consent to taking puberty blockers, rules High Court. *BMJ (Clinical research ed.), 371*, m4699. https://doi.org/10.1136/bmj.m4699

Eisenberg, M. E., Gower, A. L., McMorris, B. J., Rider, G. N., Shea, G., & Coleman, E. (2017). Risk and Protective Factors in the Lives of Transgender/Gender Nonconforming Adolescents. *The Journal of adolescent health : official publication of the Society for Adolescent Medicine, 61*(4), 521–526. https://doi.org/10.1016/j.jadohealth.2017.04.014

Gardner, M., and Steinberg, L. (2005) Peer Influence on Risk Taking, Risk Preference, and Risky Decision Making in Adolescence and Adulthood: An Experimental Study. *Developmental Psychology,* 41(4), 625-635. doi: 10.1037/0012-1649.41.4.625.

Giordano, S. (2008). Lives in a chiaroscuro. Should we suspend the puberty of children with gender identity disorder? *Journal of Medical Ethics, 34*(8), 580–584. https://doi.org/10.1136/jme.2007.021097

Giordano, S., & Holm, S. (2020). Is puberty delaying treatment 'experimental treatment'?. *International Journal of Transgender Health, 21*(2), 113–121. https://doi.org/10.1080/26895269.2020.1747768

Grootens-Wiegers, P., Hein, I., van den Broek, J., de Vries, M. (2017). Medical decision-making in children and adolescents: developmental and neuroscientific aspects. *BMC Pediatrics.* 17:120. DOI: 10.1186/s12887-017-0869

BOEAL_WPATH_020797

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., Rosenthal, S. M., Safer, J. D., Tangpricha, V., & T'Sjoen, G. G. (2017). Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *The Journal of Clinical Endocrinology and Metabolism*, *102*(11), 3869–3903. https://doi.org/10.1210/jc.2017-01658

Kaltiala, R., Bergman, H., Carmichael, P., de Graaf, N. M., Egebjerg Rischel, K., Frisén, L., Schorkopf, M., Suomalainen, L., & Waehre, A. (2020). Time trends in referrals to child and adolescent gender identity services: a study in four Nordic countries and in the UK. *Nordic journal of psychiatry*, *74*(1), 40–44. https://doi.org/10.1080/08039488.2019.1667429

Kaltiala-Heino, R., Sumia, M., Työläjärvi, M., & Lindberg, N. (2015). Two years of gender identity service for minors: Overrepresentation of natal girls with severe problems in adolescent development. *Child and adolescent psychiatry and mental health, 9*. doi: 10.1186/s13034-015-0042-y

Kaltiala, R., Heino, E., Työläjärvi, M., & Suomalainen, L. (2020). Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. *Nordic journal of psychiatry*, *74*(3), 213–219. https://doi.org/10.1080/08039488.2019.1691260

Kidd, K. M., Sequeira, G. M., Douglas, C., Paglisotti, T., Inwards-Breland, D. J., Miller, E., & Coulter, R. (2021). Prevalence of Gender-Diverse Youth in an Urban School District. *Pediatrics*, *147*(6), e2020049823. https://doi.org/10.1542/peds.2020-049823

Kornienko, O., Santos, C., Martin, C., & Granger, K. (2016). Peer Influence on Gender Identity Development in Adolescence. *Developmental Psychology.* 52(10), 1578-1592. http://dx.doi.org/10.1037/dev0000200

Kreukels, B. P., & Cohen-Kettenis, P. T. (2011). Puberty suppression in gender identity disorder: the Amsterdam experience. *Nature Reviews. Endocrinology*, *7*(8), 466–472. https://doi.org/10.1038/nrendo.2011.78

Kuper, L. E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. *Pediatrics*, *145*(4), e20193006. https://doi.org/10.1542/peds.2019-3006

Leibowitz, S., & de Vries, A. L. (2016). Gender dysphoria in adolescence. *International review of psychiatry (Abingdon, England)*, *28*(1), 21–35. https://doi.org/10.3109/09540261.2015.1124844

**Formatted:** Dutch (Belgium)

**Formatted:** Dutch (Belgium)

Littman, L. (2018). Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. *PLoS ONE, 13*(8), e0202330. https://doi.org/10.1371/journal.pone.0202330.

Nieder, T. O., Mayer, T. K., Hinz, S., Fahrenkrug, S., Herrmann, L., & Becker-Hebly, I. (2021). Individual Treatment Progress Predicts Satisfaction With Transition-Related Care for Youth With Gender Dysphoria: A Prospective Clinical Cohort Study. *The journal of sexual medicine, 18*(3), 632–645. https://doi.org/10.1016/j.jsxm.2020.12.010

McCallion, S., Smith, S., Kyle, H., Shaikh M.G., Gordon, W., Kyriakou, A. (2021). An appraisal of current service delivery and future models of care for young people with gender dysphoria. *Eur J Pediatr.* PMID: 33855617. Online ahead of print. DOI: 10.1007/s00431-021-04075

Perry, D. & Pauletti, R. (2011). Gender and Adolescent Development. *Journal of Research on Adolescence.* 21(1), 61-74. Doi: 10.1111/j.1532-7795.2010.00715.x

Sanders, R. (2013). Adolescent Psychosocial, Social, and Cognitive Development. *Pediatrics in Review.* 34;354. DOI: 10.1542/pir.34-8-354.

Smith, Y. L., van Goozen, S. H., & Cohen-Kettenis, P. T. (2001). Adolescents with gender identity disorder who were accepted or rejected for sex reassignment surgery: a prospective follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry, 40*(4), 472–481. https://doi.org/10.1097/00004583-200104000-00017

Smith, Y. L., Van Goozen, S. H., Kuiper, A. J., & Cohen-Kettenis, P. T. (2005). Sex reassignment: outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychological medicine, 35*(1), 89–99. https://doi.org/10.1017/s0033291704002776

Sorbara JC, Chiniara, LN, Thompson S, Palmert, M. (2020). Mental Health and Timing of Gender Affirming Care. *Pediatrics* ;146(4) :e20193600.

Steensma, T. D., Kreukels, B. P., de Vries, A. L., & Cohen- Kettenis, P. T. (2013). Gender identity development in adolescence. Hormones and Behavior, 64, 288–297.

Steinberg L. (2004). Risk taking in adolescence: what changes, and why? *Ann N Y Acad Sci.* 1021:51–8.

Stephen B. Levine, MD (Chairperson), George R. Brown, MD, Eli Coleman Ph.D., Peggy T. Cohen-Kettenis., Judy Van Maasdam, MA, Friedemann Pfäfflin, MD, Leah C. Schaefer, Ed.D. (1998) **The Standards of Care for Gender Identity Disorders Fifth Edition** Harry Benjamin International Gender Dysphoria Association Düsseldorf: Symposion Publishing.

Formatted: Dutch (Belgium)

Formatted: Dutch (Belgium)

Formatted: Dutch (Belgium)

Strang, J. F., Powers, M. D., Knauss, M., Sibarium, E., Leibowitz, S. F., Kenworthy, L., . . . Anthony, L. G. (2018). "They thought it was an obsession": Trajectories and perspectives of autistic transgender and gender-diverse adolescents. *J Autism Dev Disord, 48*(12), 4039-4055. doi:10.1007/s10803-018-3723-6

Turban, J. L., Carswell, J., & Keuroghlian, A. S. (2018). Understanding Pediatric Patients Who Discontinue Gender-Affirming Hormonal Interventions. *JAMA pediatrics, 172*(10), 903–904. https://doi.org/10.1001/jamapediatrics.2018.1817

Twist, J., & de Graaf, N. (2019). Gender diversity and non-binary presentations in young people attending the United Kingdom's National Gender Identity Development Service. *Clin Child Psychol Psychiatry,* 24(2):277-290. Doi: 10.1177/1359104518804311.

Van Leijenhorst L, Zanolie K, Van Meel CS, Westenberg PM, Rombouts SA, Crone EA. (2010). What motivates the adolescent? Brain regions mediating reward sensitivity across adolescence. *Cereb Cortex,* 20:61–9.

van der Miesen, A., Steensma, T. D., de Vries, A., Bos, H., & Popma, A. (2020). Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers. *The Journal of adolescent health : official publication of the Society for Adolescent Medicine, 66*(6), 699–704. https://doi.org/10.1016/j.jadohealth.2019.12.018

Vandenbussche E. (2021). Detransition-Related Needs and Support: A Cross-Sectional Online Survey. *Journal of homosexuality*, 1–19. Advance online publication. https://doi.org/10.1080/00918369.2021.1919479

W. Meyer, III (Chairperson), W. Bockting, P. Cohen-Kettenis, E. Coleman, D. DiCeglie, H. Devor, L. Gooren, J. Joris Hage, S. Kirk, B. Kuiper, D. Laub, A. Lawrence, Y. Menard, J. Patton, L. Schaefer, A. Webb, C. Wheeler. (2005) **The Standards of Care for Gender Identity Disorders Sixth Version,** Harry Benjamin International Gender Dysphoria Association , *International Journal of Transgenderism*, Volume 5(1)

Wang, Y., Yu, H., Yang, Y., Drescher, J., Li, R., Yin, W., Yu, R., Wang, S., Deng, W., Jia, Q., Zucker, K. J., & Chen, R. (2020). Mental Health Status of Cisgender and Gender-Diverse Secondary School Students in China. *JAMA network open, 3*(10), e2022796. https://doi.org/10.1001/jamanetworkopen.2020.22796

Wiepjes, C. M., Nota, N. M., de Blok, C., Klaver, M., de Vries, A., Wensing-Kruger, S. A., de Jongh, R. T., Bouman, M. B., Steensma, T. D., Cohen-Kettenis, P., Gooren, L., Kreukels, B., & den Heijer, M. (2018). The Amsterdam Cohort of Gender Dysphoria Study (1972-2015): Trends in Prevalence,

Treatment, and Regrets. *The Journal of Sexual Medicine*, *15*(4), 582–590.
https://doi.org/10.1016/j.jsxm.2018.01.016

WPATH Position Statement (2018). *WPATH Position on "Rapid Onset Gender Dysphoria (ROGD)."*
https://www.wpath.org/media/cms/Documents/Public%20Policies/2018/9_Sept/WPATH%20Po
sition%20on%20Rapid-Onset%20Gender%20Dysphoria_9-4-2018.pdf

**Summary of Statements**

|   | Statement |
|---|---|
| 1 | We advise that clinicians working with gender diverse adolescents: |
|   | 1. Must be licensed by their statutory body, and hold a Postgraduate degree or its equivalent in a relevant clinical field to this role granted by a nationally accredited statutory institution. |
|   | 2. should receive theoretical and evidenced-based training and develop expertise in general child, adolescent, and family mental health across the developmental spectrum. |
|   | 3. should receive training and have expertise in gender identity development, gender diversity in children and adolescents, the ability to assess capacity to assent/consent, and general knowledge of gender diversity across the life span. |
|   | 4. should receive training and develop expertise in autism spectrum disorders and other neurodiversity experiences or collaborate with a developmental disability expert when working with autistic/neuro-diverse, gender diverse adolescents. |
|   | 5. should continue professional development on gender diverse children, adolescents and families |
| 2 | We advise that clinicians working with gender diverse adolescents facilitate the exploration and expression of gender openly and respectfully such that no one particular identity is favored. |
| 3 | We advise that clinicians working with gender diverse adolescents undertake a comprehensive biopsychosocial assessment for adolescents presenting with gender identity related concerns seeking medical/surgical transition-related care in a collaborative and supportive manner. |
| 4 | We advise that clinicians work with families, schools, and other relevant settings in order to promote acceptance of gender diverse expressions of behavior and identities of the adolescents. |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020801

| 5 | We recommend against efforts aimed at trying to change an adolescent's gender identity and lived gender expression to become more congruent with sex assigned at birth, also referred to as reparative and conversion therapy . |
|---|---|
| 6 | We advise that clinicians should inform the gender diverse and transgender adolescents about the health implications and safety aspects of chest binding or genital tucking interventions. |
| 7 | We advise that providers should consider prescribing menstrual suppression agents for adolescents experiencing gender incongruence from menses who may not be ready or desire to pursue other medical affirming treatments, as well as those who wish to have testosterone. |
| 8 | We advise that clinicians should maintain an ongoing relationship with the gender diverse and transgender adolescent and any relevant caregivers in order to support the adolescent in their decision-making throughout the duration of puberty suppression treatment, hormonal treatment, and gender related surgery until transition to adult care. |
| 9 | We advise that clinicians should involve relevant disciplines, including mental health and medical professionals, in order to reach a decision as to whether puberty suppression, hormone initiation and/or gender related surgery for gender diverse and transgender adolescents is appropriate, and remains indicated throughout the course of treatment until transition to adult care. |
| 10 | We advise that clinicians working with trans and gender diverse adolescents requesting gender affirming medical or surgical treatments inform of the reproductive effects that includes the potential loss of fertility and options to preserve fertility in the context of the youth's stage of pubertal development prior to the initiation of treatment |
| 11 | We advise that when gender affirming medical or surgical treatments are indicated for adolescents clinicians working with trans and gender diverse adolescents involve parent(s)/guardian(s) in the assessment and treatment process, unless their involvement is determined to be harmful or unnecessary to the adolescent. |
| | ***The following recommendations are made regarding the requirements for gender affirming medical and surgical treatment, including facial surgery*** |
| 12 | We advise that clinicians assessing trans and gender diverse adolescents should only recommend gender affirming medical or surgical treatments requested by the patient when: |

**Commented [ ]:** When this statement appears in the text, it is worded slightly differently, and I think more clearly than it is here in the "Summary of Statements". Here is the version in the subsequent text, which, I believe reads more clearly (with respect to testosterone): **We advise that providers should consider prescribing menstrual suppression agents for adolescents experiencing gender incongruence from menses  who may not desire or be ready to pursue other medical affirming treatments, including testosterone.**¶
Therefore, I suggest changing what is listed in the Summary so it matches what is subsequently listed in the text.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020802

| | |
|---|---|
| A | The adolescent meets the diagnostic criteria of gender incongruence as per the ICD-11 where a diagnosis is necessary to access health care. In countries which have not implemented the latest ICD other taxonomies may be used but efforts should be undertaken to utilize the latest ICD as soon as is practicably possible. |
| B | There is well-documented (according to local context) evidence of persistent gender incongruence or gender nonconformity / diversity of several years. |
| C | The adolescent demonstrates the emotional and cognitive maturity required to provide informed consent/assent for the treatment. |
| D | The adolescent mental health concerns (if any) that may interfere with diagnostic clarity, capacity to consent and/or gender affirmative medical treatment have been addressed. |
| E | The adolescent has been informed of the reproductive effects that includes the potential loss of fertility and options to preserve fertility have been discussed in the context of the adolescent's stage of pubertal development. |
| F | The adolescent has reached Tanner 2 stage of puberty for pubertal suppression. |
| G | The adolescent is:<br>14 years and above for hormone treatment (oestrogens or androgens), **unless there are significant, compelling reasons to take an individualized approach, considering the factors unique to the adolescent treatment frame.**<br>15 years and above for chest masculinization; **unless there are significant, compelling reasons to take an individualized approach, considering the factors unique to the adolescent treatment frame.**<br>16 years and above for breast augmentation, facial surgery (including rhinoplasty, tracheal shave, and genioplasty) as part of gender affirming treatment; **unless there are significant, compelling reasons to take an individualized approach, considering the factors unique to the adolescent treatment frame.**<br>17 and above for metoidioplasty , orchidectomy, vaginoplasty, and hysterectomy and fronto-orbital remodeling as part of gender affirming treatment **unless there are significant, compelling reasons to take an individualized approach, considering the factors unique to the adolescent treatment frame.**<br>18 years or above for phalloplasty, **unless there are significant, compelling reasons to take an individualized approach, considering the factors unique to the adolescent treatment frame.** |
| H | **The adolescent had at least 12 months of gender affirming hormone therapy, or longer if required to achieve the desired surgical result for gender-affirming procedures including,** Breast augmentation, Orchiectomy, Vaginoplasty, Hysterectomy, Phalloplasty metoidioplasty and facial surgery as part of gender affirming treatment **unless hormone therapy is either not desired or is medically contraindicated.** |

Commented [░░]: From ░░ -While age restrictions are outlined for access to gender affirming care, the authors discuss the
imprecision defining the lower and upper borders of adolescence. There is also the interchangeable use
of youth and adolescent. This leaves interpretation wide open for the recommendations for 'careful' and
'comprehensive' assessments – will this be up to individual providers to interpret these
recommendations for their 23 year old patient (who some may consider in adolescence) or? How do we
know when to follow recommendations for adolescents vs adults? Your chapter also states that it is
designed to support families to make decisions. This can be used in court when a parent sues their legal
adult adolescent who made their own decisions. Thus, a clear statement to differentiate family based
and individual based decisions is necessary.

Commented [░░]: I personally don't think there is a need for this.

Commented [░░]: "at least 12 months of gender affirming hormone therapy or longer" seems quite vague when referring to "or longer". For example, recent studies suggest there can be continued breast enlargement after 3+ years of estrogen Rx, so it could be considered premature to recommend breast augmentation, e.g., after only 12 months of Rx.

BOEAL_WPATH_020803

**STATEMENTS**

**Statement 1:**
We recommend that clinicians working with gender diverse adolescents:

1. Must be licensed by their statutory body, and hold a Postgraduate degree or its equivalent in a relevant clinical field to this role granted by a nationally accredited statutory institution.

2. should receive training and develop expertise in general child, adolescent, and family mental health across the developmental spectrum.

3. should receive training and have expertise in gender identity development, gender diversity in children and adolescents, the ability to assess capacity to assent/consent, and general knowledge of gender diversity across the life span.

4. should receive training and develop expertise in autism spectrum disorders and other neurodiversity experiences or collaborate with a developmental disability expert when working with autistic/neuro-diverse, gender diverse adolescents.

5. should continue professional development on gender diverse children, adolescents and families

Youth who are transgender and gender diverse should be provided evidence-based gender care from mental health providers who are trained to work with adolescents and families. Other chapters in these standards of care describe these criteria for professionals for gender care in more detail (see Child Chapter; Adult Mental Health Chapter). Professionals working with adolescents should understand what is and is not known regarding adolescent gender identity development, and how this differs from that of adults and prepubertal children.

When access to professionals trained in child and adolescent development is not possible, clinicians should make a commitment to obtaining training on adolescent development, including gender identity development. Similarly, considering the degree to which autistic/neurodiverse transgender youth represent a substantial portion of youth served in gender clinics globally, clinicians should seek additional training on autism and the unique elements of care that autistic gender diverse youth may

Commented [ ] I understand why this is being said, but it is a bit weak—Making a commitment is not equivalent to actually accomplishing something. In current times, where there is easier access to needed care—e.g. evaluation by a qualified MHP by telehealth, I would hesitate to imply that simply making "a commitment" is any guarantee that the patient will be provided with appropriate and quality care.

Formatted: Highlight

Commented [ ]: From [ ] Statement 1¶
This statement seems to be focused on mental health providers yet uses the word clinician in the first¶ sentence. Primary care pediatricians and family medicine providers can also receive this training and¶ should be included in this statement. Just because a person is transgender does not mean that they have¶ to be evaluated by a mental health provider – that's pathologizion of an identity – however, if they¶ have significant mental health symptoms/stressors etc. (which many do), then of course refer to mental¶ health, just like with other youth. Also, I agree with Steve R's comment to make the 'commitment to¶ obtaining training' stronger.

Commented [ ] the world "clinicians" will be substituted by health professionals in all the chapter so this will be sorted

require (Strang et al., 2016).  If these qualifications are not possible, then consultation and collaboration with a provider who specializes in autism and neurodiversity is advised.

Strang, J. F., Meagher, H., Kenworthy, L., de Vries, A. L., Menvielle, E., Leibowitz, S., ... & Pleak, R. R. (2016). Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents. *Journal of Clinical Child & Adolescent Psychology*, 1-11. doi:10.1080/15374416.2016.1228462

**Statement 2:**
**We advise that clinicians working with gender diverse adolescents facilitate the exploration and expression of gender openly and respectfully such that no one particular identity is favored.**

Adolescence is a developmental period that involves physical and psychological changes characterized by individuation and the transition to independence from caregivers (Berenbaum, Beltz, Corley, 2015; Steinberg, 2009).  It is a period during which young people may explore different aspects of identity, including gender identity.

Adolescents differ regarding the degree to which they explore and commit to aspects of their identity (Meeus et al., 2012). For some adolescents, the pace to achieving consolidation of identity is fast, while for others it is slower.  For some adolescents, physical, emotional, and psychological development occur on the same general timeline, while for others, there are certain gaps between these aspects of development. Similarly, there is variation in the timeline for gender identity development (Katz-Wise et al 2017).  For some young people, gender identity development is a clear process that starts in early childhood, while for others pubertal changes contribute to one's experience of themselves as a particular gender (Steensma et al., 2013), and for many others a process may begin well after pubertal changes finish. Given these variations, there is no *one particular pace, process, or outcome* that can be predicted for an individual adolescent seeking gender affirming care.

Therefore, clinicians working with adolescents should prioritize supportive environments that simultaneously respects an adolescent's affirmed gender identity and also allows the adolescent to openly explore evolving gender needs, should they change over time.

Berenbaum, S., Beltz, A., & Corley R. (2015). *The Importance of Puberty for Adolescent Development: Conceptualization and Measurement.* Advances in Child Development and Behavior, Volume 48, 53-92. http://dx.doi.org/10.1016/bs.acdb.2014.11.002

Katz-Wise, S., Budge, S., Fugate, E., Flanagan, K., Touloumtzis, C., Rood, B., Perez-Brumer, A., & Leibowitz, S. (2017). Transactional pathways of transgender identity development in transgender and gender non-conforming youth and caregiver perspectives from the Trans Youth Family Study, International Journal of Transgenderism, doi: 10.1080/15532739.2017.1304312

Formatted: Dutch (Belgium)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020805

Meeus, W., van de Schoot, R., Keijsers, L., Branje, S. (2012) Identity Statuses as Developmental
    Trajectories: A Five-Wave Longitudinal Study in Early-to-Middle and Middle-to-Late Adolescents.
    J Youth Adolescence. 41:1008-1021. DOI 10.1007/s10964-011-9730-y.

Steensma TD, Kreukels BP, de Vries AL, Cohen-Kettenis PT. Gender identity development in adolescence.
    *Horm Behav.* Jul 2013;64(2):288-97. doi:10.1016/j.yhbeh.2013.02.020

Steinberg, L. (2009). Should the science of adolescent brain development inform public policy?
    American Psychologist, 64 (8), 739-750. doi.org/10.1037/0003-066x.64.8.739

**Statement 3:**
**We recommend that clinicians working with gender diverse adolescents undertake a comprehensive
biopsychosocial assessment for adolescents presenting with gender identity related concerns seeking
medical/surgical transition-related care in a collaborative and supportive manner.**

Given the many ways identity may unfold during adolescence, we recommend using a
comprehensive assessment, conducted by a qualified mental health clinician, to guide treatment and
optimize outcomes. The assessment process should be approached collaboratively with the adolescent
and their caregiver(s), which is described in more detail in statement 11. An assessment should occur
prior to any medical interventions being considered (e.g., puberty blocking medication, gender affirming
hormones, surgeries).

There are many different gender identity trajectories that youth may experience. For example,
some youth will realize they are transgender or more broadly gender diverse and pursue medical
interventions to align their bodies with their identity. For others, their gender exploration will help them
better understand themselves, but will not result in affirming a gender different from what was assigned
at birth or involve the use of medical interventions. With the ongoing sociocultural developments
regarding the definitions of gender, youth may increasingly present with a range of identities and ways
of describing their experiences and gender related needs (Twist & de Graaf, 2019), which may change as
they mature and develop. Utilizing a comprehensive assessment for each adolescent helps to better
understand their unique needs and individualize their care.

Careful assessment was part of the most robust longitudinal study that exists thus far on gender
diverse adolescents pursuing gender affirming medical interventions. In this study, which followed
transgender youth into adulthood, positive psychological and quality of life outcomes were found for
those who met the criteria to physically transition. However, it is critical to note that all of these youth
experienced childhood gender dysphoria *and* were required to undergo a comprehensive assessment
over time prior to each medical intervention to help determine whether they would likely benefit from
the intervention (de Vries & Cohen-Kettenis, 2012; de Vries, McGuire, Steensma, Wagenaar, Doreleijers
& Cohen-Kettenis, 2014). In other words, it was a very specific sample and cannot be generalized to all
gender diverse adolescents seeking medical interventions. Furthermore, the assessment itself has not
been part of any study, so we cannot conclude its unique effect on long-term outcomes.

**Formatted:** Dutch (Belgium)

**Commented** ███████ We can agree that an
assessment needs to be done, but it should not be a
universal¶
requirement that all trans youth need a mental health
clinician to assess them, that is the definition of¶
psychopathologization. Further, when discussing
assessment throughout the chapter, the words cautious¶
and careful appear several times, but we are still lacking
meaningful guidance on what constitutes¶
'cautious' and 'careful' which serves to make providers
nervous and hesitant.

**Commented** ███████ This is a good point, please be
aware that the word "clinicians" will be change to "health
professionals" in all the chapters. The recommendations
that passed Delphi was for clinicians but the text starts here
with mental health clinicians, can you please try to resolve
this?

**Commented** ███████: I agree this is critically important
and should be cross-referenced to similar text in the
hormone chapter in the section pertaining to adolescent
care.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020806

Delivery of healthcare and access to specialists varies globally. Thus, adaptations to the assessment process and flexibility may be necessary, as long as all of the information needed to guide treatment, as outlined below, is obtained. In some cases, a more extended assessment process may be particularly useful for youth with more complex presentations (e.g., complicating mental health histories, co-occurring autism spectrum characteristics [Strang et al., 2018], absence of childhood gender incongruence). Given the unique cultural, financial, and geographical factors that exist for specific populations, providers should design assessment models that are flexible and which allow for appropriately timed care to as many young people as possible. At the same time, it is important to remember that treating youth outside of the assessment framework (e.g., with limited or no assessment) currently has no empirical support and therefore carries the risk that the decision to start gender affirming medical interventions *may* not be in the long-term best interest of the young person.

The assessment should include a thorough clinical interview with the adolescent alone, the caregiver(s) alone, and the adolescent and caregiver(s) together. Additionally, psychometrically validated psychosocial and gender measures can also be used to provide additional information.

We advise developing a positive and trusting working alliance with the adolescent and caregiver(s) that is collaborative and aims to support the young person in making a fully informed decision about their body and their health. A process that takes caregiver(s) viewpoints into account and recognizes the value of their input provides important information for understanding the adolescent and the context in which they live and function. Additionally, involving the young person's caregiver(s) in the assessment process often helps them come to better understand their adolescent's struggles and gender-related needs, thereby allowing them to be more affirming and supportive. Research shows that gender diverse youth do best when supported by their caregiver(s) (see statement 11/12; Ryan, Huebner, Diaz, & Sanchez, 2009).

The comprehensive assessment for gender diverse youth seeking gender affirming medical interventions should ensure that all requirements for the medical intervention being sought are fulfilled (see statements 12A-12G), including the following domains (obtained from both the youth and caregivers[s]).

**Gender Identity Development (see 12 A, B)**: Assessment related to how the young person came to realize that their body and/or sense of self did not align with their assigned gender at birth is important, along with how this aspect of the young person's identity development intersects with their understanding of their life more broadly, including their sexuality and social context. Ensuring that the young person is able to distinguish these aspects of themself is important. Attention to social media/internet and peer influence related to a young person's declaration of a transgender identity and timing of gender dysphoria is also important to understand, as well as cognitive rigidity around gender roles and expression.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020807

**Social Development and Support; Intersectionality (4, 11):** Assessment of family relationships and dynamics, including support or lack of support regarding the young person's gender identity, and how these dynamics influence an adolescent's understanding of self should occur. Exploration of one's social support outside of the family (friends, online community, school climate, etc.), including specific aspects of a young person's social development such as areas of support, rejection, and broad influence is also important. Understanding culture/religion-specific expectations around gender roles and gender expression, and how these intersect with the young person's gender identity should occur. Assessment of gender minority stress at home, school, and the larger community, along with the young person's resilience characteristics and strengths, including their communication and self-advocacy skills, is also important.

**Diagnostic Assessment of Possible Co-Occurring Mental Health and/or Developmental Concerns (12 D):** A diagnostic assessment for any co-existing mental health diagnoses and broad functioning, both past and present, will identify if any other experiences and characteristics might be impacting a young person's awareness of self and/or their decision-making capacity. Assessment should include consideration of the following: depression, anxiety, abuse/bullying/teasing history, trauma, autism spectrum disorder, eating disorder concerns, and other diagnoses that might interfere with obtaining developmentally-informed, informed consent.

**Assessing Capacity for Decision Making (12C):** A conversation about the medical intervention(s) desired, including an assessment of the adolescent's understanding of the effects of the intervention, helps to ensure the expectations are realistic and will minimize the possibility of later disappointment. It is important to assess a young person's understanding of the various potential gender pathways, including the possibility that the young person's gender identity and gender-related need might develop and change over time (e.g., shift from a binary to non-binary identity or vice-versa; de/retransition). This includes normalizing the possibility that all trajectories can happen for anyone, and discussing with the young person how they might hypothetically navigate a different trajectory later if their gender-related needs change in the future (e.g., regarding medical interventions, with impacts that cannot be undone).

> **Commented [ ]:** Are there more specific actions that can be taken (beyond a "conversation") to assess the ability of the adolescent to provide informed assent/consent? I see that this is presented in a more focused way in Statement 12C—Perhaps the reader should be directed to that statement here.

> **Commented [ ]:** or regret.

de Vries, A. L. C., & Cohen-Kettenis, P. T. (2012). Clinical management of gender dysphoria in children and adolescents: The Dutch approach. *Journal of Homosexuality, 59*(3), 301–320. doi:10.1080/00918369.2012.653300

de Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics, 134*(4), 1-9. doi:10.1542/peds.2013-2958

> **Formatted:** Dutch (Belgium)

Ryan, C., Huebner, D., Diaz, R. M., & Sanchez, J. (2009). Family rejection as a predictor of negative health outcomes in white and Latino lesbian, gay, and bisexual young adults. *Pediatrics*, 123(1), 346-352. doi:10.1542/peds.2007-3524

Strang, J. F., Meagher, H., Kenworthy, L., de Vries, A. L., Menvielle, E., Leibowitz, S., ... & Pleak, R. R. (2016). Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents. *Journal of Clinical Child & Adolescent Psychology*, 1-11. doi:10.1080/15374416.2016.1228462

Twist, J. & de Graaf, N. M. (2019). Gender diversity and non-binary presentations in young people attending the United Kingdom's national gender identity development service, *Clinical Child Psychology and Psychiatry, 24* (2), 193-198.

**Statement 4:**
**We recommend that clinicians work with families, schools, and other relevant settings in order to promote acceptance of gender diverse expression of behavior and identities of the adolescent.**

Multiple studies and related expert consensus support implementation of approaches that promote acceptance and affirmation of gender diverse youth across all settings, including families, schools, healthcare, and all other organizations and communities with which they interact (e.g, Pariseau et al., 2019; Russell et al., 2018; Simons et al., 2013; Toomey et al., 2010; Travers et al., 2012). Acceptance and affirmation are accomplished through a range of approaches, actions, and policies that we recommend be enacted across the various relationships and settings in which a young person exists and functions. Examples of acceptance and affirmation of gender diversity and exploration that can be implemented by family, staff, and organizations, as organized by Pariseau and colleagues (2019) and others include:

1. Actions that are supportive of youth drawn to engaging in gender-expansive (e.g., nonconforming) activities and interests,
2. Communications that are supportive when youth express their experiences about their gender and gender exploration,
3. Use of the youth's asserted name/pronouns,
4. Support for youth wearing clothing/uniforms, hairstyles, and items (e.g., jewelry, makeup) they feel affirm their gender,
5. Positive and supportive communication with youth about their gender and gender concerns,

Commented [ ]: Perhaps I missed it, but the term "gender-affirming model of care" is increasingly being used in the context of adolescence and sounds very much like what I highlighted in yellow. Should this term be mentioned and discussed, given its increasing use in the professional literature and in the lay press—clarifying what is meant (and what is not meant) with the term "gender-affirming model of care"?

Commented [ ]: -Agree with
suggestion to include the gender affirmative model of care, it is curious as to why
this model is left out of the chapter. The APA GAM book also has several nonbinary and trans authors
which are curiously not included in this chapter.
Keo-Meier, C. E., & Ehrensaft, D. E. (2018). The gender affirmative model: An interdisciplinary approach
to supporting transgender

Formatted: Highlight

6. Education for people in the young person's life (e.g., family members, healthcare providers, social support networks), as needed, about gender diversity issues, including how to advocate for gender diverse youth in community, school, healthcare and other settings,
7. Support for gender diverse youth to connect with communities of support (e.g., LGBTQ groups, events, friends),
8. Provision of opportunities to discuss, consider, and explore medical treatment options when indicated,
9. Anti-bullying policies that are enforced.
10. Inclusion of nonbinary experiences in daily life, reading materials, and curricula (e.g., books, health and sex education classes, essay topics assigned moving beyond the binary, LGBTQ and ally groups),
11. Gender inclusive facilities which the youth can readily access without segregation from non-gender diverse peers (e.g., bathrooms, locker rooms).

We recommend healthcare professionals work with parents, schools, and other organizations/groups to promote acceptance and affirmation because acceptance and affirmation are associated with fewer negative mental health and behavioral symptoms and more positive mental health and behavioral functioning ((Day et al., 2015; de Vries et al., 2016; Greytak et al., 2013; Pariseau et al., 2019; Peng et al., 2019; Russell et al., 2018; Simons et al., 2013; Taliaferro et al., 2019; Toomey et al., 2010; Travers et al., 2012). Russell and colleagues (2018) found improvement increases with more acceptance and affirmation across more settings (e.g., home, school, work, and friends). Rejection by family, peers, and school staff (e.g., intentionally calling name and pronoun youth does not identify with, not acknowledging affirmed gender identity bullying, harassment, verbal and physical abuse, poor relationships, rejection for being trans/gender diverse, eviction) was strongly linked to negative outcomes such as anxiety, depression, suicidal ideation, suicide attempts, and substance use (Grossman et al., 2005; Klein and Golub; 2016; Pariseau et al., 2019; Peng et al., 2019; Reisner et al., 2015; Roberts et al., 2013). We recommend against behaviors that are considered rejecting towards a young person's affirmed gender or gender exploration from family members, peers, and other adults (e.g., school staff), because negative symptoms increase with increased levels of rejection and continue into adulthood (e.g., Roberts et al., 2013).

> **Commented [░░░]:** Again, this sounds very much like my understanding of the term "gender-affirming model of care", and I wonder if this term should be mentioned here and explained—see my comments, above.

Neutral or indifferent responses to a youth's gender diversity and exploration (e.g., letting a child tell others their chosen name but not using the name, not telling family or friends when the youth wants them to disclose, not advocating for the child about rejecting behavior from school staff or peers, not engaging or participating in other supports such as psychotherapists and support groups) have also been found to have negative consequences, such as increased depression symptoms (Pariseau et al., 2019). We recommend against ignoring a youth's gender questioning or delaying tending to the gender exploration. We also recommend professionals recognize the youth need individualized approaches,

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020810

support, and pacing of exploration over time and across domains and relationships. Youth may need help coping with the tension of tolerating others' processing/adjusting to an adolescent's identity exploration and changes (e.g., Kuper et al., 2019). We recommend collaborating with parents and others as they process their concerns and feelings and educate themselves about gender diversity as such processes may not be rejection or neutrality, but may be efforts to develop attitudes and gather information that foster acceptance (e.g., Katz-Wise et al., 2017).

**Commented** [        ] Two other ideas that are left out of this chapter are trauma informed care - which is critical to¶
approaching this population – and the ethical imperative for providers to actively advocate for youth's¶
access to care and address misrepresentations of research and clinical care practices.

Day, J. K., Perez-Brumer, A., & Russell, S. T. (2018). Safe Schools? Transgender Youth's School Experiences and Perceptions of School Climate. *Journal of youth and adolescence, 47*(8), 1731–1742. https://doi.org/10.1007/s10964-018-0866-x

de Vries AL, Steensma TD, Cohen-Kettenis PT, VanderLaan DP, Zucker KJ. Poor peer relations predict parent- and self-reported behavioral and emotional problems of adolescents with gender dysphoria: a cross-national, cross-clinic comparative analysis. European Child & Adolescent Psychiatry. 2016 Jun;25(6):579-88. doi: 10.1007/s00787-015-0764-7.

Grossman, A.H., D'Augelli, A.R., Howell, T.J., & Hubbard, S. (2005). Parent' Reactions to Transgender Youth' Gender Nonconforming Expression and Identity, Journal of Gay & Lesbian Social Services.18(1):3-16, DOI:10.1300/J041v18n01_02

Greytak, E.A., Kosciw, J.G., & Boesen, M.J. (2013). Putting the "T" in "Resource": The Benefits of LGBT-Related School Resources for Transgender Youth. Journal of LGBT Youth. 10 (1-2),  45-63. doi.org/10.1080/19361653.2012.718522

Katz-Wise, S. L., Budge, S. L., Fugate, E., Flanagan, K., Touloumtzis, C., Rood, B., Perez-Brumer, A., & Leibowitz, S. (2017). Transactional Pathways of Transgender Identity Development in Transgender and Gender Nonconforming Youth and Caregivers from the Trans Youth Family Study. The international Journal of Transgenderism, 18(3), 243–263. doi:10.1080/15532739.2017.1304312

Klein A, Golub SA. Family Rejection as a Predictor of Suicide Attempts and Substance Misuse Among Transgender and Gender Nonconforming Adults. LGBT Health. 2016 Jun;3(3):193-9. doi: 10.1089/lgbt.2015.0111.

Kuper, L, Lindley, L., & Lopez, X. (2019) Exploring the Gender Development Histories of Children and Adolescents Presenting for Gender Affirming Medical Care. Clinical Practice in Pediatric Psychology. 7, 3, 217–228. http://dx.doi.org/10.1037/cpp0000290

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020811

Pariseau, E.M., Chevalier, L., Long, K.A., Clapham, R., Edwards-Leeper, L., & Tishelman, A.C. (2019). The Relationship Between Family Acceptance-Rejection and Transgender Youth Psychosocial Functioning. *Clinical Practice in Pediatric Psychology*, Vol. 7, No. 3, pp. 267–277. https://doi.org/10.1037/cpp0000291

Peng K, Zhu X, Gillespie A, et al. Self-reported Rates of Abuse, Neglect, and Bullying Experienced by Transgender and Gender-Nonbinary Adolescents in China. *JAMA Netw Open.* 2019;2(9):e1911058. doi:10.1001/jamanetworkopen.2019.11058

Reisner, S. L., Greytak, E. A., Parsons, J. T., & Ybarra, M. L. (2015). Gender minority social stress in adolescence: disparities in adolescent bullying and substance use by gender identity. *Journal of sex research, 52*(3), 243–256. https://doi.org/10.1080/00224499.2014.886321

Roberts AL, Rosario M, Slopen N, Calzo JP, Austin SB. Childhood gender nonconformity, bullying victimization, and depressive symptoms across adolescence and early adulthood: an 11-year longitudinal study. Journal of the American Academy of Child & Adolescent Psychiatry. 2013 Feb;52(2):143-52. doi: 10.1016/j.jaac.2012.11.006.

Russell, S.T., Pollitt, A.M., Li, G., Grossman, A.H. (2018) Chosen Name Use Is Linked to Reduced Depressive Symptoms, Suicidal Ideation, and Suicidal Behavior Among Transgender Youth, Journal of Adolescent Health, 63(4):503-505. doi: 10.1016/j.jadohealth.2018.02.003. Epub 2018 Mar 30.

Simons L, Schrager SM, Clark LF, Belzer M, Olson J. Parental support and mental health among transgender adolescents. J Adolesc Health. 2013 Dec;53(6):791-3. doi: 10.1016/j.jadohealth.2013.07.019.

Taliaferro, L., Mcmorris, B., Rider, G. N., & Eisenberg, M. (2019). Risk and Protective Factors for Self-Harm in a Population-Based Sample of Transgender Youth, Archives of Suicide Research 23(2) DOI:10.1080/13811118.2018.1430639

Travers, R., Bauer, G., Pyne, J., Bradley, K., Gale, L., & Papadimitriou, M. (2012). Impacts of Strong Parental Support for Trans Youth: A Report Prepared for Children's Aid Society of Toronto and Delisle Youth Services. Trans Pulse Project. https://transpulseproject.ca/wp-content/uploads/2012/10/Impacts-of-Strong-Parental-Support-for-Trans-Youth-vFINAL.pdf.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020812

Toomey, R., Ryan, C., Diaz, R. M., Card, N. A., & Russell, S. T. (2010). Gender-Nonconforming Lesbian, Gay, Bisexual, and Transgender Youth: School Victimization and Young Adult Psychosocial Adjustment. Developmental Psychology. 46. 1580-9. 10.1037/a0020705.

Gender-Nonconforming Lesbian, Gay, Bisexual, and Transgender Youth:
School Victimization and Young Adult Psychosocial Adjustment
Gender-Nonconforming Lesbian, Gay, Bisexual, and Transgender Youth:
School Victimization and Young Adult Psychosocial Adjustment

**Statement 5:**
**We recommend against efforts aimed at trying to change an adolescent's gender identity and lived gender expression to become more congruent with sex assigned at birth, also referred to as reparative and conversion therapy.**

Some healthcare providers, secular or religious organizations, and/or rejecting families may make efforts to thwart gender identity exploration and expression, such as choosing not to use the youth's identified name and pronouns or restricting self-expression in clothing and hairstyles. These disaffirming behaviors typically aim to reinforce views that a young person's gender identity/expression must match the gender associated with the sex assigned at birth. Activities and approaches (sometimes referred to as "treatments") aimed at trying to change a person's gender identity and expression to become more congruent with the sex assigned at birth have been attempted, but these approaches have not resulted in changes in gender identity (Craig et al., 2017; Green et al., 2020). We recommend against such efforts because they have been found ineffective and are associated with increases in mental illness and poorer psychological functioning (Craig et al., 2017; Green et al., 2020; Turban et al., 2020; SOC8 Adolescent Statement 4).

Much of the research on "conversion therapy" and "reparative therapy" has actually studied efforts to change gender expression (masculinity or femininity), conflating sexual orientation with Gender identity (APA, 2009; Burnes et al., 2016; Craig et al., 2017). Some of these efforts have targeted both gender identity and expression (AACAP, 2018). Conversion/reparative therapy efforts have been linked to increased anxiety, depression, suicidal ideation, suicide attempts, and healthcare avoidance (Craig et al., 2017; Green et al., 2020; Turban et al., 2020). Some of these studies have been criticized for the methodologies used and conclusions reached (e.g., D'Angelo et al., 2020), however this should not detract from the importance of emphasizing that a priori efforts to change a person's identity is ethically not sound. As both secular and religion-based gender identity/expression change efforts have been associated with negative psychological functioning that endures into adulthood (Turban et al., 2020), in addition to the larger ethical reasons that should drive the respect of gender diverse identities, we recommend against any type of conversion or change efforts.

Commented [    ]: -In the section on gender identity development, I notice a very relevant paper on this topic – written by¶
nonbinary and trans psychologists is missing.¶
Kuper, L. E., Lindley, L., & Lopez, X. (2019). Exploring the gender development histories of children and¶
adolescents presenting for gender affirming medical care. Clinical Practice in Pediatric Psychology, 7(3),¶
217.¶
In this same section there is a reference to the extremely problematic ROGD study which should be 2018¶
not 2019, making it seem like there are two sides to this debate and it is possible for ROGD to be a real¶
thing, listing only 2 of the many major critiques. The reference to the relevant WPATH's clear position¶
statement about the ROGD idea is obscured in the last sentence – and the position is not clearly¶
presented. This creates a wishy-washy picture that will easily be misinterpreted. Also, the sentence that¶
begins with 'in truth' is odd, I don't understand why you would need to include that as an opening¶
phrase – as if we are hiding something and now here's the truth? Lastly, very well-done references from¶
trans authors are left out.¶
Restar, A. J. (2020). Methodological critique of Littman's (2018) parental-respondents accounts of¶
"rapid-onset gender dysphoria". Archives of Sexual Behavior, 49(1), 61-66.¶
Ashley, F. (2020). A critical commentary on 'rapid-onset gender dysphoria'. The Sociological¶
Review, 68(4), 779-799.

BOEAL_WPATH_020813

It is important to note that therapeutic exploration of gender diversity, and potential factors driving a young person's experience and report of gender incongruence, is not considered a reparative therapy effort in the context of supporting an adolescent with self-discovery, so long as there is no a priori goal to change or promote one particular gender identity or expression (AACAP, 2018; see SOC8 Adolescent Statement 2). To ensure these explorations are therapeutic, we recommend employing affirmative responses to gender exploration, such as those identified in SOC8 Adolescent Statement 4.

In summary, efforts to change a person's gender identity or gender expression or to thwart their gender exploration, are harmful and do not result in changes in gender identity. Efforts to change or thwart gender identity and/or expression are considered conversion therapy and are unethical as a practice. We strongly recommend against use of any type of conversion therapy.

American Academy of Child and Adolescent Psychiatry (AACAP) Sexual Orientation and Gender Identity Issues Committee. (2018). Conversion Therapy Policy Statement. Retrieved from: https://www.aacap.org/AACAP/Policy_Statements/2018/Conversion_Therapy.aspx.

American Psychological Association (2009). Report of the American Psychological Association Task Force on Appropriate Affirmative Responses to Sexual Orientation. Retrieved from: https://www.apa.org/pi/lgbt/resources/therapeutic-response.pdf

American Psychological Association (2021). Resolution on Gender Identity Change Efforts. https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf

Burnes, T. R., Dexter, M. M., Richmond, K., Singh, A. A., & Cherrington, A. (2016). The experiences of transgender survivors of trauma who undergo social and medical transition. Traumatology, 22(1), 75-84.

Craig, S., Austin, A., Rashidi, M., Adama, M. (2017). Fighting for Survival: The experiences of lesbian, gay, bisexual, transgender, and questioning students in religious colleges and universities. Journal of Gay & Lesbian Social Services. Doi:10.1080/10538720.2016.1260512

D'Angelo, R., Syrulnik2, E., Ayad, S., Marchiano, L., Kenny, D.T., & Clarke, P. (2020). One Size Does Not Fit All: In Support of Psychotherapy for Gender Dysphoria. Archives of Sexual Behavior, 50:7–16 https://doi.org/10.1007/s10508-020-01844-2

Green, A. E., Price-Feeney, M., Dorison, S. H., & Pick, C. J. (2020). Self-reported conversion efforts and suicidality among US LGBTQ youths and young adults, 2018. American journal of public health, 110(8), 1221- 1227.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020814

Substance Abuse and Mental Health Services Administration. (2015). Ending conversion therapy:
Supporting and affirming LGBTQ youth. HHS Publication No.(SMA) 15-4928.

Turban, J.L., Beckwith, N., Reisner, S.L., Keuroghlian, A.S. (2020). Association Between Recalled Exposure
to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among
Transgender Adults. *JAMA Psychiatry*, 77(1), 68–76. doi:10.1001/jamapsychiatry.2019.2285

**Statement 6**
**We suggest that clinicians should inform the gender diverse and transgender adolescents about the
health implications and safety aspects of chest binding or genital tucking interventions.**

Gender diverse and transgender youth may experience distress related to chest and genital
anatomy. Practices such as chest binding, chest padding, genital tucking and genital packing are
reversible, non-medical interventions that may help alleviate this distress (Olson-Kennedy,
2018; Deutsch 2016; Transcare BC; Callen-Lorde). It is important to assess distress related to physical
development or anatomy, educate youth about potential non-medical interventions to address this
distress, and address use and safety of these interventions.

Chest binding involves the compression of the breast tissue to create a flatter appearance of the
chest. Studies suggest that up to 87% of transmasculine patients report a history of binding (Peitzmeier,
2017; Jones, 2015). Binding methods may include the use of commercial binders, sports bras, layering of
shirts, layering of sports bras, or using elastics or other bandages (Peitzmeier, 2017). Currently most
youth report learning about binding practices from online communities comprised of peers (Julian,
2019). Providers can play an important role in ensuring that youth receive accurate and reliable
information about the potential benefits and risks of chest binding. Additionally, providers can counsel
patients on safe binding practices and monitor for potential negative health effects. While there are
potential negative physical impacts of binding, youth who bind report many benefits including increased
comfort, improved safety, and lower rates of misgendering (Julian, 2019). Common negative health
impacts of chest binding in youth include back/chest pain, shortness of breath, and overheating (Julian,
2019). More serious negative health impacts such as skin infections, respiratory infections, and rib
fractures are uncommon, but have been associated with chest binding in adults (Peitzmeier, 2017). If
binding, youth should be advised to use only those methods that are considered safe for binding—such
as binders specifically designed for the gender diverse population—to reduce the risk of serious negative
health effects. Methods that are considered unsafe for binding include the use of duct tape, ace wraps,
and plastic wrap as these can cause restriction in blood flow, skin damage, and restricted breathing.  If
youth report negative health impacts of chest binding these should ideally be addressed by a gender

**Commented** ████████ Another wonderful
statement, although I find it odd to refer to our
community's embodiment practices¶
as interventions as if the field of medicine created them for
us, that's doesn't hit quite right. One¶
important typo to change: "Genital tucking is the practice of
positioning the penis and testes so that they¶
are not visible under clothing." I would say they will
certainly be visible under clothing so you may¶
consider rewording to "...practice of positioning the penis
and testes to reduce the outward appearance¶
of a genital bulge."

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020815

affirming medical provider with experience working with transgender and gender diverse youth. Many youth who bind may desire chest masculinization surgery in the future (Olson-Kennedy, 2018).

Genital tucking is the practice of positioning the penis and testes so that they are not visible under clothing. Methods of tucking include tucking the penis and testes between the legs or, tucking the testes inside the inguinal canal and pulling the penis back between the legs. Typically, genitals are held in place by underwear or a gaff, a garment that may be made or purchased.  Limited studies are available on the specific risks and benefits of tucking in adults, and none in youth. Previous studies that have demonstrated that tight undergarments are associated with decreased sperm concentration and motility; elevated scrotal temperatures can be associated with poor sperm characteristics and theoretically genital tucking could affect spermatogenesis and fertility (Marsh 2019) though no definitive studies exist. Further research is needed on specific benefits and risks of tucking in youth.

UCSF Transgender Care, Department of Family and Community Medicine, University of California San Francisco. Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People; 2nd edition. Deutsch MB, ed. June 2016. (https://transcare.ucsf.edu/guidelines) Last Accessed April 2021

Callen Lorde Safer Tucking:http://callen-lorde.org/graphics/2018/09/HOTT-Safer-Tucking_Final.pdf. Last accessed December 2020

Callen Lorde Safer Binding: http://callen-lorde.org/graphics/2018/09/Safer-Binding_2018_FINAL.pdf. Last accessed December 2020

TransCare BC:http://www.phsa.ca/transcarebc/care-support/transitioning/bind-pack-tuck-pad Last accessed December 2020

Jones, T., A. D. P. de Bolger, T. Dune, A. Lykins, and G. Hawkes. 2015. Female-to-Male (FtM) Transgender  People's Experiences in Australia: A National Study. Cham: Springer International Publishing.

Peitzmeier S, Gardner I, Weinand J, Corbet A, Acevedo K. Health impact of chest binding among transgender adults: a community-engaged, cross-sectional study. Cult Health Sex. 2017 Jan;19(1):64-75. doi: 10.1080/13691058.2016.1191675. Epub 2016 Jun 14. PMID: 27300085.

Olson-Kennedy J, Warus J, Okonta V, Belzer M, Clark LF. Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts.

JAMA Pediatr. 2018 May 1;172(5):431-436. doi: 10.1001/jamapediatrics.2017.5440. PMID: 29507933; PMCID: PMC5875384.

Jarret BA, Corbet AL, Gardner IH, Weinand JD, Peitzmeier SM. Chest Binding and Care Seeking Among Transmasculine Adults: A Cross-Sectional Study. Transgend Health. 2018 Dec 14;3(1):170-178. doi: 10.1089/trgh.2018.0017. PMID: 30564633; PMCID: PMC6298447.

Julian JM, Salvetti B, Held JI, Murray PM, Lara-Rojas L, Olson-Kennedy J. The Impact of Chest Binding in Transgender and Gender Diverse Youth and Young Adults. J Adolesc Health. 2020 Oct 26:S1054-139X(20)30582-6. doi: 10.1016/j.jadohealth.2020.09.029. Epub ahead of print. PMID: 33121901.

Marsh C, McCracken M, Gray M, Nangia A, Gay J, Roby KF. Low total motile sperm in transgender women seeking hormone therapy. *J Assist Reprod Genet*. 2019;36(8):1639-1648. doi:10.1007/s10815-019-01504-y

**Statement 7: We advise that providers should consider prescribing menstrual suppression agents for adolescents experiencing gender incongruence from menses who may not desire or be ready to pursue other medical affirming treatments, including testosterone.**

When discussing options with gender diverse youth around menstrual-suppressing medications, providers should engage in shared decision making, use gender-inclusive language (e.g. asking patients which terms they utilize to refer to their menses, reproductive organs, and genitalia) and perform physical exams that are approached in a sensitive, gender-affirmative manner (Bonnington et al., 2020; Krempasky et al., 2020). There is no formal research on how menstrual suppression may impact gender dysphoria. However, the use of menstrual suppression can be an initial intervention to allow for further exploration of gender-related goals of care and/or prioritization of other mental health care, especially for those who experience a worsening of gender dysphoria from unwanted uterine bleeding (see Statement 12D, (Mehringer & Dowshen, 2019)). A detailed menstrual history and evaluation for any underlying menstrual disorders should be performed prior to implementing menstrual-suppressing therapy (Carswell & Roberts, 2017). As part of the discussion of menstrual-suppressing medications, consideration for desire for contraception and how effective menstrual-suppressing medications are as methods of contraception also needs to be considered (Bonnington et al., 2020). A variety of menstrual suppression options, such as combined estrogen-progestin medications, oral progestins, depot progestin and IUDs should be offered to allow for individualized treatment plans within the context of availability, cost and insurance coverage, contraindications and side effect profile (Kanj et al., 2019).

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020817

Options for combined oral contraception include different combinations of ethinyl estradiol, with ranging doses, and different generations of progestins (Pradhan & Gomez-Lobo, 2019). Lower-dose ethinyl estradiol components of combined oral contraceptive pills are associated with increased breakthrough uterine bleeding. Continuous combined oral contraceptives may be used to allow for continuous menstrual suppression, as can delivered as transdermal or vaginal ring options. Progestin-only hormonal medication options may be desired, especially in transmasculine or non-binary youth who do not desire estrogen-containing medical therapies, are actively growing, and/or in patients at risk for thromboembolic events or other contraindications to receiving estrogen (Carswell & Roberts, 2017). Progestin-only hormonal medications include oral progestins, depo-medroxyprogesterone injection, etonogestrel implant and levonorgestrel intrauterine device (Schwartz et al., 2019). Progestin-only hormonal options vary in terms of efficacy in achieving menstrual suppression and have lower rates of achieving amenorrhea than combined oral contraception options (Pradhan & Gomez-Lobo, 2019). Clinicians should not make assumptions regarding the method of administration as some transmasculine youth may desire vaginal rings or IUD implants (Akgul et al., 2019). Hormonal medications require monitoring for potential mood lability and/or depressive effects; however, the benefits and risks of untreated menstrual suppression in the setting of gender dysphoria should be evaluated on an individual basis.

The use of GnRH analogue may also result in menstrual suppression however it is recommended that gender diverse youth meet the eligibility criteria (as outlined in Statement 12) before consideration of this medication solely for this purpose  (Carswell & Roberts, 2017; Pradhan & Gomez-Lobo, 2019). Finally, menstrual-suppression medications may be indicated as an adjunctive therapy for breakthrough uterine bleeding that may occur while on exogenous testosterone or as a bridging medication with awaiting menstrual suppression with testosterone therapy. With the use of exogenous testosterone as a gender-affirming hormone, menstrual suppression is typically achieved in the first six months of therapy (Ahmad & Leinung, 2017). However, it is vital that adolescents be counseled that ovulation and therefore, pregnancy, is still possible, even in the setting of amenorrhea as this is a common misconception (Gomez et al., 2020; Kanj et al., 2019).

Ahmad, S., & Leinung, M. (2017). The Response of the Menstrual Cycle to Initiation of Hormonal Therapy in Transgender Men. *Transgender Health*, *2*(1), 176–179. https://doi.org/10.1089/trgh.2017.0023

Akgul, S., Bonny, A. E., Ford, N., Holland-Hall, C., & Chelvakumar, G. (2019). Experiences of Gender Minority Youth With the Intrauterine System. *The Journal of Adolescent Health: Official Publication of the Society for Adolescent Medicine*, *65*(1), 32–38. https://doi.org/10.1016/j.jadohealth.2018.11.010

**Formatted:** Dutch (Netherlands)

**Commented [ ]:** These are statement based on review articles. I would suggest to cross ref to the endo chapter for the clinical studies in transgender youth.

**Commented [ ]:** This is confusing since the statement focuses on the use of medication in youth not ready /not wishing testosterone

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020818

Bonnington, A., Dianat, S., Kerns, J., Hastings, J., Hawkins, M., De Haan, G., & Obedin-Maliver, J. (2020). Society of Family Planning clinical recommendations: Contraceptive counseling for transgender and gender diverse people who were female sex assigned at birth. *Contraception, 102*(2), 70–82. https://doi.org/10.1016/j.contraception.2020.04.001

Carswell, J. M., & Roberts, S. A. (2017). Induction and Maintenance of Amenorrhea in Transmasculine and Nonbinary Adolescents. *Transgender Health, 2*(1), 195–201. https://doi.org/10.1089/trgh.2017.0021

Gomez, A. M., Đỗ, L., Ratliff, G. A., Crego, P. I., & Hastings, J. (2020). Contraceptive Beliefs, Needs, and Care Experiences Among Transgender and Nonbinary Young Adults. *The Journal of Adolescent Health: Official Publication of the Society for Adolescent Medicine, 67*(4), 597–602. https://doi.org/10.1016/j.jadohealth.2020.03.003

Kanj, R. V., Conard, L. A. E., Corathers, S. D., & Trotman, G. E. (2019). Hormonal contraceptive choices in a clinic-based series of transgender adolescents and young adults. *The International Journal of Transgenderism, 20*(4), 413–420. https://doi.org/10.1080/15532739.2019.1631929

Krempasky, C., Harris, M., Abern, L., & Grimstad, F. (2020). Contraception across the transmasculine spectrum. *American Journal of Obstetrics and Gynecology, 222*(2), 134–143. https://doi.org/10.1016/j.ajog.2019.07.043

Mehringer, J., & Dowshen, N. L. (2019). Sexual and reproductive health considerations among transgender and gender-expansive youth. *Current Problems in Pediatric and Adolescent Health Care, 49*(9), 100684. https://doi.org/10.1016/j.cppeds.2019.100684

Pradhan, S., & Gomez-Lobo, V. (2019). Hormonal Contraceptives, Intrauterine Devices, Gonadotropin-releasing Hormone Analogues and Testosterone: Menstrual Suppression in Special Adolescent Populations. *Journal of Pediatric and Adolescent Gynecology, 32*(5S), S23–S29. https://doi.org/10.1016/j.jpag.2019.04.007

Schwartz, A. R., Russell, K., & Gray, B. A. (2019). Approaches to Vaginal Bleeding and Contraceptive Counseling in Transgender and Gender Nonbinary Patients. *Obstetrics and Gynecology, 134*(1), 81–90. https://doi.org/10.1097/AOG.0000000000003308

**Statement 8:**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020819

**We advise that clinicians should maintain an ongoing relationship with the gender diverse and transgender adolescent and any relevant caregivers in order to support the adolescent in their decision-making throughout the duration of puberty suppression treatment, hormonal treatment, and gender related surgery until transition to adult care.**

Youth who receive gender affirming medical interventions should maintain an ongoing relationship with their multidisciplinary team for the duration of treatment, ideally through their transition to adult care. Treatment typically involves providers from multiple disciplines through the adolescent years, as specific needs often change over time. The adolescent and their families/caregivers can greatly benefit from an ongoing relationship with a supportive multidisciplinary team who approaches the young person's care individually and with a developmental lens. This ongoing supportive relationship can assist with not only gender specific topics, but also other aspects of psychosocial development that may be more complex to navigate due to the young person's gender diversity.

Gender-specialized mental health professionals, in particular, play an important role in continuity of care for young people through their gender transition (see statement 1). These providers typically have the skills and longer appointment times, compared to their medical colleagues, to address the range of topics related to care that often arise for gender diverse youth. There are several reasons why ongoing involvement with a mental health professional is important. First, gender specialized mental health providers often assist adolescents during a time that is characterized by many changes (emotional development, social development, brain development) (Steinberg, 2009). Therefore, decisions related to interventions should be approached with an appropriate developmental framework, which is well understood by child/adolescent mental health providers. Second, many of these youth experience mental health struggles (Sorbara et. al, 2020), which may or may not be directly tied to their gender dysphoria, yet may impact upcoming treatment decisions (see statement 12D). Third, work with mental health clinicians may assist adolescents in considering fertility implications of starting hormone treatment (Chen, et al., 2018; see statements 10 and 12E). Fourth, mental health providers can help adolescents navigate family dynamics, relationship difficulties, and peer social situations (e.g., losing friends when coming out, challenges in romantic relationships) that may arise (see statements 4 and 11). Fifth, exploring how youth understand a variety of gender trajectories (e.g., non-binary gender identity with or without gender affirming medical treatments) may be helpful to discuss in the context of an ongoing relationship with a mental health provider (see statement 2).

Interventions should be individualized and aim to increase resiliency in the adolescent by strengthening social-emotional skills, addressing the impact of minority stress, assisting with rigidity in thinking that may increase the young person's distress, and providing a safe space for the adolescent to continue exploring their identity should they so desire. Along these lines, it is critical that the adolescent feels comfortable within the therapeutic relationship to voice a desire to change or stop the transition process should this become the adolescent's preference.

**Commented** [ ] on the issue of the statement using the more broad 'clinician' and then the text using¶
the more specific 'mental health professional' plus lack of empirical support for the text of this¶
statement.

We advise that the adolescent's caregiver(s) be included in the therapy and assessment process so they are kept abreast of the adolescent's desires, have the opportunity to share their thoughts and feelings about the transition steps and overall mental health of the adolescent, and learn ways to be supportive of their adolescent through the transition process (see statement 11). Caregiver(s) may benefit from their own therapy to process their experiences and reactions to their adolescent's gender transition, as this often brings up feelings of grief, loss, and fear for caregiver(s), which should not be minimized or dismissed. By validating these concerns and helping caregiver(s) process their feelings, they will be better able to support their adolescent, which will likely result in better mental health outcomes (Ryan, Huebner, Diaz, & Sanches, 2009).

Chen, D., Matson, M., Macapagal, K., Johnson, E. K., Rosoklija, I., Finlayson, C., Fisher, C., & Mustanski, B. (2018). Attitudes toward fertility and reproductive health among transgender and gender non-conforming adolescents. *Journal of Adolescent Health, 63* (1), 62-68.

Ryan, C., Huebner, D., Diaz, R. M., & Sanchez, J. (2009). Family rejection as a predictor of negative health outcomes in white and Latino lesbian, gay, and bisexual young adults. Pediatrics, 123(1), 346-352. doi:10.1542/peds.2007-3524

Sorbara JC, Chiniara, LN, Thompson S, Palmert, M. (2020). Mental Health and Timing of Gender Affirming Care. *Pediatrics* ;146(4) :e20193600.

Steinberg, L. (2009). Should the science of adolescent brain development inform public policy? American Psychologist, 64 (8), 739-750. doi.org/10.1037/0003-066x.64.8.739

**Statement 9:**
**We recommend that clinicians should involve relevant disciplines, including mental health and medical professionals, in order to reach a decision as to whether puberty suppression, hormone initiation and/or gender related surgery for gender diverse and transgender adolescents is appropriate, and remains indicated throughout the course of treatment until transition to adult care.**

Transgender and gender diverse adolescents with gender dysphoria/gender incongruence, who seek gender affirming medical and surgical treatments need healthcare professionals of differing disciplines. Providing care to TGD adolescents includes addressing both: 1) diagnostic considerations (see Statement 3, 12A, 12B), conducted by a mental health professional whenever possible and 2) treatment considerations when prescribing, managing, and monitoring medications for gender affirming medical and/or surgical care, requiring the training of the relevant medical/surgical professional. The list of key disciplines includes but is not limited to: adolescent medicine/primary care, endocrinology, psychology, psychiatry, speech/language pathology, social work, support staff, and the surgical team.

**Commented [22]:** I cant find from the text as to what the evidence is for the recommendation. the statement says "clinician" but the text says "mental health professional", i can understand that for some (those who have poor family support or need to work in resilience or have severe mental health problems) this is necessary, but for everyone? the text should support the statement "clinician" and not provide a new recommendation by the need for a mental health worker.

**Commented [ ]:** This sounds a bit similar, in spirit and intent, to Statement 3, re importance of assessment by qualified MHP before starting either puberty suppression or hormone initiation.

**Commented [24]:** if required

**Commented [ ]:** comment 'if required' regarding diagnostic considerations 'if required,' instead of¶
'whenever possible.' Again, this practice pathologizes identity. I really appreciate the last paragraph¶
clarifying the importance of accessing care in a timely manner in order to remove barriers that are¶
impossible for many to overcome.

BOEAL_WPATH_020821

Transgender youth healthcare guidelines for have routinely emphasized the importance of a multidisciplinary care team that involves both medical and mental health professionals (American Psychological Association, 2015; Hembree et al., 2017; Telfer et al., 2018). The evolving evidence demonstrates clinical benefit from use gender of affirming treatments with transgender youth who come from gender clinics that are multidisciplinary (DeVries et al., 2014; Kuper et al., 2020; Tollit et al., 2019). Additionally, adolescents seeking gender affirming care in multidisciplinary clinics are presenting with significant complexity, necessitating close collaboration between mental health, medical, and/or surgical professionals (McCallion et al., 2021; Sorbara et al., 2020; Tishelman et al., 2015).

Not all patients and/or families are in the position or in a location to access multidisciplinary care, and so therefore the *lack of available disciplines* should not preclude a young person from accessing needed care in a timely manner. When disciplines *are available*, particularly in centers with existing multidisciplinary teams and/or disciplines, efforts to include the relevant providers when developing a gender care team, is recommended. This does not mean that all disciplines are necessary for the provision of care to a particular youth and family.

American Psychological Association. (2015). Guidelines for Psychological Practice with Transgender and Gender Nonconforming People. *American Psychologist.* Vol. 70, No. 9, 832-864. http://dx.doi/org/10.1037/a0039906

de Vries AL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen- Kettenis PT. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics. 134(4):696–704

Gridley, S., Crouch, J., Evans, Y., Eng, W., Antoon, E., Lyapustina, M., Schimmel-Bristow, A., Woodward, J., Dundon, K., Schaff, R., McCarty, C., Ahrens, K., & Breland, D. (2016). Youth and Caregiver Perspectives on Barriers to Gender-Affirming Health Care for Transgender Youth. J Adolesc Health: 59(3):254-261. DOI:10.1016/j.jadohealth.2016.03.017

Hembree WC, Cohen-Kettenis PT, Gooren L, Hannema SE, Meyer WJ, Murad MH, Rosenthal SM, Safer JD, Tangpricha V, T'Sjoen GG (2017). Endocrine treatment of gender-dysphoric/gender-incongruent persons: an Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab 102:3869–3903

Kuper, L., Stewart, S., Preston, S., Lau, M., Lopez, X. (2020). Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. *Pediatrics.* 145(4):e20193006

**Formatted:** Dutch (Belgium)

McCallion, S., Smith, S., Kyle, H., Shaikh M.G., Gordon, W., Kyriakou, A. (2021). An appraisal of current service delivery and future models of care for young people with gender dysphoria. Eur J Pediatr. PMID: 33855617. Online ahead of print. DOI: 10.1007/s00431-021-04075

Sorbara JC, Chiniara, LN, Thompson S, Palmert, M. (2020). Mental Health and Timing of Gender-Affirming Care. *Pediatrics* ;146(4) :e20193600.

Telfer MM, Tollit MA, Pace CC, *et al.* (2018) Australian standards of care and Treatment guidelines for transgender and gender diverse children and adolescents. *Med J Aust*;209:132–6.

Tishelman, A., Kaufman, R., Edwards-Leeper, L., Mandel, F., Shumer, D., & Spack, N. (2015). Serving Transgender Youth: Challenges, Dilemmas, and Clinical Examples. *Prof Psychol Res Pr.* 46(1): 37-45. Doi:10.1037/a0037490

Tollit, M., Pace, C., Telfer, M., Hoq, M., Bryson, J., Fulkoski, N., Cooper, C., Pang, K. (2019) What are the health outcomes of trans and gender diverse young people in Australia?  Study Protocol for the Trans20 longitudinal cohort study. *BMJ Open.* 9:e032151. Doi:10.1136/bmjopen-2019-032151

**Statement 10**
**We recommend that clinicians working with trans and gender diverse adolescents requesting gender affirming medical or surgical treatments inform of the reproductive effects that includes the potential loss of fertility and options to preserve fertility in the context of the youth's stage of pubertal development prior to the initiation of treatment**

While assessing adolescents seeking gender affirming medical or surgical treatments, clinicians should discuss the specific ways in which the desired treatment may affect reproductive capacity. Fertility issues and the specific preservation options are more thoroughly discussed in the chapter on Fertility and the chapter on Hormones. Please see that those chapters for greater detail.

> **Commented [____]**: Also discussed in the Hormone chapter and should be cross-referenced here, including the important recent advance of in vivo oocyte maturation in a transgender male adolescent on a GnRHa that was treated with a relatively short course of gonadotropins —see Rothenberg S et al NEJM, 2019:  Rothenberg, S. S., Witchel, S. F. & Menke, M. N. Oocyte cryopreservation in a transgender male adolescent. *N. Engl. J. Med.* **380**, 886–887 (2019) ¶

It is important that clinicians understand what fertility preservation options exist in order to relay the information to adolescents. Parents are advised to be involved in this and should also understand the pros and cons of the different options. Clinicians should acknowledge that adolescents and parents may have different views around fertility and may therefore come to different decisions (Quain et al., 2020). Clinicians can be helpful in guiding this process.

Clinicians should specifically pay attention to the developmental and psychological aspects of fertility preservation and decision-making competency for the individual adolescent. Adolescents may think they have made up their minds concerning fertility, but the chances that adolescents' opinions regarding having biologically related children in the future might change over time and needs to be discussed with a clinician who has sufficient experience and knowledge of adolescent development and working with parents.

Addressing the long-term consequences for fertility of gender affirming medical treatment and ensuring that transgender adolescents have realistic expectations concerning fertility preservation

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020823

options or adoption, is not a one-time discussion but should be part of an ongoing conversation. This conversation should occur not only before any medical intervention is started (puberty suppression, hormones or surgeries), but also during further treatment and transition.

Currently, there are only preliminary results of retrospective studies of transgender adults regarding decisions that they made about the consequences of medical affirming treatment on fertility when they were young. Meanwhile, it is important not to assume the future adult goals of an adolescent. Research in childhood cancer survivors reports distress about potential infertility, regret and missed opportunities for fertility preservation (Armuand et al, 2014, Ellis et al, 2016, Lehmann et al., 2017). Individuals with cancer who did not prioritize having biological children before treatment have reported "changing their minds" in survivorship (Armuand et al, 2014).

Given the complexities of the different fertility preservation options and the challenges that clinicians may experience around discussing fertility with the adolescent and the family (Tishelman et al 2019), a fertility consultation should be advised for every transgender adolescent who considers medical affirming treatments unless this is not covered by insurance, is not available locally, or the individual circumstances make this unpreferable.

Armuand, G. M., Wettergren, L., Rodriguez-Wallberg, K. A., & Lampic, C. (2014). Desire for children, difficulties achieving a pregnancy, and infertility distress 3 to 7 years after cancer diagnosis. *Supportive care in cancer : official journal of the Multinational Association of Supportive Care in Cancer, 22*(10), 2805–2812. https://doi.org/10.1007/s00520-014-2279-z

Brik, T., Vrouenraets, L., Schagen, S., Meissner, A., de Vries, M. C., & Hannema, S. E. (2019). Use of Fertility Preservation Among a Cohort of Transgirls in the Netherlands. *The Journal of adolescent health : official publication of the Society for Adolescent Medicine, 64*(5), 589–593. https://doi.org/10.1016/j.jadohealth.2018.11.008

Chen, D., Kyweluk, M. A., Sajwani, A., Gordon, E. J., Johnson, E. K., Finlayson, C. A., & Woodruff, T. K. (2019). Factors Affecting Fertility Decision-Making Among Transgender Adolescents and Young Adults. *LGBT health, 6*(3), 107–115. https://doi.org/10.1089/lgbt.2018.0250

Chen, D., Matson, M., Macapagal, K., Johnson, E. K., Rosoklija, I., Finlayson, C., Fisher, C. B., & Mustanski, B. (2018). Attitudes Toward Fertility and Reproductive Health Among Transgender and Gender-Nonconforming Adolescents. *The Journal of adolescent health : official publication of the Society for Adolescent Medicine, 63*(1), 62–68. https://doi.org/10.1016/j.jadohealth.2017.11.306

**Commented:** Yet another important statement, certainly, however there's a sentence that reads like a recommendation, "a fertility consultation should be advised for every transgender adolescent who considers medical affirming treatments."

**Formatted:** Dutch (Belgium)

**Formatted:** Dutch (Belgium)

Ellis, S. J., Wakefield, C. E., McLoone, J. K., Robertson, E. G., & Cohn, R. J. (2016). Fertility concerns among child and adolescent cancer survivors and their parents: A qualitative analysis. *Journal of psychosocial oncology*, *34*(5), 347–362. https://doi.org/10.1080/07347332.2016.1196806

Lehmann, V., Keim, M. C., Nahata, L., Shultz, E. L., Klosky, J. L., Tuinman, M. A., & Gerhardt, C. A. (2017). Fertility-related knowledge and reproductive goals in childhood cancer survivors: short communication. *Human reproduction (Oxford, England)*, *32*(11), 2250–2253. https://doi.org/10.1093/humrep/dex297

Nilsson, J., Jervaeus, A., Lampic, C., Eriksson, L. E., Widmark, C., Armuand, G. M., Malmros, J., Marshall Heyman, M., & Wettergren, L. (2014). 'Will I be able to have a baby?' Results from online focus group discussions with childhood cancer survivors in Sweden. *Human reproduction (Oxford, England)*, *29*(12), 2704–2711. https://doi.org/10.1093/humrep/deu280

Pang, K. C., Peri, A., Chung, H. E., Telfer, M., Elder, C. V., Grover, S., & Jayasinghe, Y. (2020). Rates of Fertility Preservation Use Among Transgender Adolescents. *JAMA pediatrics*, *174*(9), 890–891. https://doi.org/10.1001/jamapediatrics.2020.0264

Tishelman AC, Sutter ME, Chen D, Sampson A, Nahata L, Kolbuck VD, Quinn GP. Health care provider perceptions of fertility preservation barriers and challenges with transgender patients and families: qualitative responses to an international survey. J Assist Reprod Genet. 2019 Mar;36(3):579-588. doi: 10.1007/s10815-018-1395-y. Epub 2019 Jan 3. PMID: 30604136; PMCID: PMC6439053.

**Statement 11:**
**We advise that when gender affirming medical or surgical treatments are indicated for adolescents, clinicians working with trans and gender diverse adolescents involve parent(s)/guardian(s) in the assessment and treatment process, unless their involvement is determined to be harmful or unnecessary to the adolescent.**

When there is indication that an adolescent might benefit from a gender affirming medical or surgical treatment, involving the parent(s) and/or primary caregiver(s) in the assessment process is recommended in almost all situations (Edwards-Leeper & Spack, 2012; Rafferty, Child, & Health, 2018). Exceptions to this might include situations in which an adolescent is in foster care and/or child protective services custody and parent involvement would be impossible, inappropriate, or harmful. Parent and family support of T/GD youth is a primary predictor of youth wellbeing and a protective factor for T/GD youth mental health (Gower et al., 2018; Grossman, Park, Frank, & Russell, 2019; Lefevor, Sprague, Boyd-Rogers, & Smack, 2019; McConnell, Birkett, & Mustanski, 2015; Pariseau et al.,

**Commented [      ]:** I had a discussion with [    ] at EPATH with this statement versus the one in the hormone chapter. [  ] and I already agreed that this statement is more powerful and more transparent than the one in the endo chapter. It may be possible to take this one in the endo chapter. All parties agreed that the statement should be in both chapters.

**Commented [      ]:** Statement 11 Parental Involvement¶
Serious issues with this statement. Case example: I am a primary care provider seeing a 19 year old who¶ desires to access hormone therapy – in a location where the age of majority is 18. How will a clinician¶ assess if parental involvement will be harmful or unnecessary? Is it reasonable to believe the 19 year old¶ when they tell the hormone provider that involving their caregivers would be harmful? I ask these¶ questions because I want to make sure we are on the same page when a provider gets sued by a parent¶ of a 19 year old for not contacting them and including them in the decision making process as per the¶ SOC8 guidelines.¶
If the young person does not want parental involvement, I believe a legal argument could be made that¶ forced involvement of parents for minors with legal capacity and/or adolescents at or over the age of¶ majority is a violation of confidentiality rights.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020825

2019; Ryan, Huebner, Diaz, & Sanchez, 2009; Ryan, Russell, Huebner, Diaz, & Sanchez, 2010; Simons, Schrager, Clark, Belzer, & Olson, 2013; Wilson, Chen, Arayasirikul, Raymond, & McFarland, 2016). Therefore, including parent(s)/caregiver(s) in the assessment process to encourage and facilitate increased parental understanding and support of the adolescent may be one of the most helpful practices available.

Parent(s)/caregiver(s) may provide key information for the clinical team, including report on the young person's gender and overall developmental, medical, and mental health history as well as information about the young person's level of current support and general functioning and wellbeing. Concordance or divergence of report between the adolescent and their parent(s)/caregiver(s) may be important information for the assessment team, including for the designing and shaping of individualized youth and family supports (De Los Reyes, Ohannessian, & Racz, 2019; Katz-Wise et al., 2017). Knowledge of the family context, including resilience factors and challenges can help providers know where special supports would be needed during the medical treatment process. Engagement of parent(s)/caregiver(s) is also important for educating families around various treatment approaches, ongoing follow-up and care needs, and potential treatment complications. Through psychoeducation regarding clinical gender care options and participation in the assessment process, which may unfold over time, parent(s)/caregiver(s) may better understand their adolescent child's gender-related experience and needs (Andrzejewski, Pampati, Steiner, Boyce, & Johns, 2020; Katz-Wise et al., 2017).

Parent/caregiver concerns or questions regarding the stability of gender-related needs over time and implications of various gender affirming interventions are common, and should not be dismissed. It is appropriate for parent(s)/caregiver(s) to ask these questions, and there are cases in which the parent(s)/caregiver(s)' questions or concerns are particularly helpful in informing treatment decisions and plans. For example, parent/caregiver report may provide critical context in situations in which a young person experiences very recent and/or sudden self-awareness of gender diversity and a corresponding gender treatment request, or when there is concern for possible excessive peer and/or social media influence on a young person's current self-gender concept. Contextualization of parent/caregiver report is also critical, as the report of a young person's gender history as provided by parent(s)/caregiver(s) may or may not align with the young person's self-report. Gender histories may be unknown to parent(s)/caregiver(s) because gender may be an inward experience for youth, not known by others unless it is discussed.

Some parents may present with unsupportive or antagonistic beliefs about T/GD identities and/or clinical gender care (Clark, Marshall, & Saewyc, 2020). Such parent perspectives may in some cases seem rigid, but providers should not assume this is the case. There are many examples of parent(s)/caregiver(s) who, over time with support and psychoeducation, have become increasingly accepting of their T/GD's child's gender diversity and care needs. Helping youth and parent(s)/caregiver(s) to work together on important gender care decisions is a primary goal. However, in some cases, parent(s)/caregiver(s) may be too rejecting of their adolescent child and their child's gender needs to be part of the clinical evaluation process. In these situations, youth may require the

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020826

engagement of larger systems of advocacy and support to move forward with necessary supports and care (Dubin et al., 2020).

Andrzejewski, J., Pampati, S., Steiner, R. J., Boyce, L., & Johns, M. M. (2020). Perspectives of transgender youth on parental support: qualitative findings from the resilience and transgender youth study. *Health Education & Behavior*, 1090198120965504.

Clark, B. A., Marshall, S. K., & Saewyc, E. M. (2020). Hormone therapy decision-making processes: Transgender youth and parents. *Journal of adolescence, 79*, 136-147.

De Los Reyes, A., Ohannessian, C. M., & Racz, S. J. (2019). Discrepancies between adolescent and parent reports about family relationships. *Child Development Perspectives, 13*(1), 53-58.

Dubin, S., Lane, M., Morrison, S., Radix, A., Belkind, U., Vercler, C., & Inwards-Breland, D. (2020). Medically assisted gender affirmation: when children and parents disagree. *J Med Ethics, 46*(5), 295-299. doi:10.1136/medethics-2019-105567

Edwards-Leeper, L., & Spack, N. P. (2012). Psychological evaluation and medical treatment of transgender youth in an interdisciplinary "Gender Management Service"(GeMS) in a major pediatric center. *Journal of homosexuality, 59*(3), 321-336.

Gower, A. L., Rider, G. N., Brown, C., McMorris, B. J., Coleman, E., Taliaferro, L. A., & Eisenberg, M. E. (2018). Supporting Transgender and Gender Diverse Youth: Protection Against Emotional Distress and Substance Use. *Am J Prev Med, 55*(6), 787-794. doi:10.1016/j.amepre.2018.06.030

Grossman, A. H., Park, J. Y., Frank, J. A., & Russell, S. T. (2019). Parental Responses to Transgender and Gender Nonconforming Youth: Associations with Parent Support, Parental Abuse, and Youths' Psychological Adjustment. *Journal of Homosexuality*, 1-18. doi:10.1080/00918369.2019.1696103

Katz-Wise, S. L., Budge, S. L., Fugate, E., Flanagan, K., Touloumtzis, C., Rood, B., . . . Leibowitz, S. (2017). Transactional pathways of transgender identity development in transgender and gender-nonconforming youth and caregiver perspectives from the Trans Youth Family Study. *International Journal of Transgenderism, 18*(3), 243-263.

Lefevor, G. T., Sprague, B. M., Boyd-Rogers, C. C., & Smack, A. C. P. (2019). How well do various types of support buffer psychological distress among transgender and gender nonconforming students? *Int J Transgend, 20*(1), 39-48. doi:10.1080/15532739.2018.1452172

McConnell, E. A., Birkett, M. A., & Mustanski, B. (2015). Typologies of Social Support and Associations with Mental Health Outcomes Among LGBT Youth. *LGBT Health, 2*(1), 55-61. doi:10.1089/lgbt.2014.0051

Pariseau, E. M., Chevalier, L., Long, K. A., Clapham, R., Edwards-Leeper, L., & Tishelman, A. C. (2019). The relationship between family acceptance-rejection and transgender youth psychosocial functioning. *Clinical Practice in Pediatric Psychology, 7*(3), 267.

Rafferty, J., Child, C. o. P. A. o., & Health, F. (2018). Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics, 142*(4).

Ryan, C., Huebner, D., Diaz, R. M., & Sanchez, J. (2009). Family rejection as a predictor of negative health outcomes in white and Latino lesbian, gay, and bisexual young adults. *Pediatrics, 123*(1), 346-352. doi:10.1542/peds.2007-3524

Ryan, C., Russell, S. T., Huebner, D., Diaz, R., & Sanchez, J. (2010). Family acceptance in adolescence and the health of LGBT young adults. *J Child Adolesc Psychiatr Nurs, 23*(4), 205-213. doi:10.1111/j.1744-6171.2010.00246.x

Simons, L., Schrager, S. M., Clark, L. F., Belzer, M., & Olson, J. (2013). Parental support and mental health among transgender adolescents. *J Adolesc Health, 53*(6), 791-793. doi:10.1016/j.jadohealth.2013.07.019

Wilson, E. C., Chen, Y. H., Arayasirikul, S., Raymond, H. F., & McFarland, W. (2016). The Impact of Discrimination on the Mental Health of Trans*Female Youth and the Protective Effect of Parental Support. *AIDS Behav, 20*(10), 2203-2211. doi:10.1007/s10461-016-1409-7

**Statement 12A**
**The adolescent meets the diagnostic criteria of gender incongruence as per the ICD-11 where a diagnosis is necessary to access health care. In countries which have not implemented the latest ICD other taxonomies may be used but efforts should be undertaken to utilize the latest ICD as soon as is practicably possible.**

When working with transgender and gender diverse adolescents, clinicians should realize that a classification may give access to care, but pathologizing transgender identities may be experienced as stigmatizing (van Beek et al., 2016). Assessments related to gender health and gender diversity have been criticized, and controversies exist around classification systems (Drescher, 2016). Healthcare professionals should realize they do not diagnose a gender identity per se, as one's gender identity is the subjective experience of being male or female or another gender. Clinicians should assess the overall and gender-related history and transgender care related needs of youth. Through this assessment process, health care providers may provide a classification when needed to get access to transgender-related care. However, a classification involving gender diversity connotes no pathology, in and of itself.

Gender Incongruence and Gender Dysphoria are the two diagnostic terms used in respectively the World Health Organization's International Classification of Diseases (ICD) and the American Psychiatric Association's Diagnostic and Statistical Manual of Mental Disorders (DSM). Of these two widely used classification systems, the DSM is for psychiatric classifications only and the ICD contains all diseases and conditions related to physical as well as mental health. The most recent versions of these two systems, the DSM-5 and the ICD-11 respectively, reflect a long history of reconceptualizing and depsychopathologizing gender related diagnoses (American Psychiatric Association, 2013, World Health Organization, 2019). Compared to the earlier version, the DSM-5 replaced Gender Identity *Disorder* with Gender *Dysphoria* acknowledging the distress experienced by *some* people stemming from the incongruence between experienced gender identity and sex assigned at birth. Compared to the ICD 10th

> **Commented [ ]** From Colt: "...pathologizing transgender identities may be experienced as stigmatizing."¶
> I wonder why a stronger¶
> statement of how pathologizing transgender identities is a stigmatizing practice is not made? If not, it¶
> makes it seem that trans people are the ones with the problem with being pathologized instead of the¶
> practice itself.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020828

edition, the Gender Incongruence classification was moved from the Mental Health Chapter to a Chapter "Conditions related to Sexual Health" in the ICD-11. One important reconceptualization in comparison to the DSM-5 Gender Dysphoria classification is that distress is not a required indicator of the ICD-11 Gender Incongruence classification (WHO, 2019). After all, when growing up in a supporting and accepting environment, the distress and impairment criterion, an inherent part of every mental health condition, may not be applicable (Drescher, 2012). As such, the ICD-11 Gender Incongruence classification may better capture the fullness of gender diversity experiences and related clinical gender needs.

Criteria of the ICD-11 classification "*Gender Incongruence of Adolescence or Adulthood*" require a marked and persistent incongruence between an individual's experienced gender and the assigned sex which often leads to a desire to 'transition,' in order to live and be accepted as a person of the experienced gender. For some, this includes hormonal treatment, surgery, or other health care services to make the individual's body align as much as desired, and to the extent possible, with the person's experienced gender. Relevant for adolescents is the indicator that a classification cannot be assigned '*prior to the onset of puberty*'. Finally, it is prescribed "*that gender variant behaviour and preferences alone are not a basis for assigning the classification*" (WHO, ICD-11, 2019).

Criteria for the DSM-5 classification "*Gender Dysphoria in Adolescence and Adulthood*" denote 'a marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration' (criterion A, fulfilled when 2 of 6 subcriteria are manifest), associated with 'clinically significant distress or impairment in social, occupational, or other important areas of functioning' (Criterion B, APA 2013). As noted before, not all transgender and gender diverse people experience gender dysphoria and this should not preclude them from accessing medical affirming care. For adolescents, the DSM-5 makes two specific remarks, which make it possible to give the classification when secondary sex characteristics have yet to fully develop. First, there should be a marked incongruence between one's experienced/expressed gender and one's primary and/or secondary sex characteristics *(or in younger adolescents, the anticipated secondary sex characteristics)*. Second, the strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (*or in younger adolescents, a desire to prevent the anticipated secondary sex characteristics*).

Of note, a gender related classification is one of the requirements for medical gender affirming care, but such a classification solely does not *indicate* a person *needs* medical affirming care.  The range of youth experiences of gender incongruence necessitates professionals provide a range of treatments or interventions based on the individual's needs. Counselling, gender exploration and mental health assessment, and when needed, treatment with mental health providers trained in gender development may all be indicated with or without medical affirming care.

American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders. 5th ed. (DSM-V). Arlington, VA: American Psychiatric Association Publishing, 2013.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020829

Beek, T. F., Cohen-Kettenis, P. T., & Kreukels, B. P. (2016). Gender incongruence/gender dysphoria and its classification history. *International review of psychiatry (Abingdon, England)*, *28*(1), 5–12. https://doi.org/10.3109/09540261.2015.1091293

Drescher, J., Cohen-Kettenis, P. T., & Reed, G. M. (2016). Gender incongruence of childhood in the ICD-11: controversies, proposal, and rationale. *The lancet. Psychiatry*, *3*(3), 297–304. https://doi.org/10.1016/S2215-0366(15)00586-6

Drescher, J., Cohen-Kettenis, P., & Winter, S. (2012). Minding the body: situating gender identity diagnoses in the ICD-11. *International review of psychiatry (Abingdon, England)*, *24*(6), 568–577. https://doi.org/10.3109/09540261.2012.741575

World Health Organization: International Statistical Classification of Diseases and Related Health Problems (2019). 11th ed. https://icd.who.int/browse11/l-m/en#/http://id.who.int/icd/entity/90875286

**Statement 12B**
**There is well-documented (according to local context) evidence of persistent gender incongruence or gender nonconformity / diversity of several years,**

Identity exploration and consolidation are experienced by many adolescents (Klimstra, Hale III, Raaijmakers, Branje, & Meeus, 2010; Topolewska-Siedzik & Cieciuch, 2018). Identity exploration during the teen years may include exploration of gender and gender identity ( Steensma, Kreukels, de Vries, & Cohen-Kettenis, 2013). Little is known about how processes of adolescent identity consolidation (e.g., the process of commitment to specific identities) may impact a young person's experience(s) of gender. Given potential shifts in gender-related experiences and needs during adolescence, as discussed below, it is important to establish that the young person has experienced several years of persistent gender incongruence or gender diversity prior to initiating gender-affirming hormones or providing gender-affirming surgeries. Establishing evidence of persistent gender incongruence or gender diversity typically requires careful assessment with the young person over time (see Statement 3). Whenever possible and appropriate, the assessment and discernment process should also include the parent(s)/caregiver(s) (see Statement 11).

The research literature on continuity versus discontinuity of gender affirming medical care needs/requests is complex and somewhat difficult to interpret. A series of studies conducted over the last several decades, including some with methodological challenges (as noted by Temple Newhook et al., 2018; Winters et al., 2018), suggest that gender diversity is not consistent for all children as they progress into adolescence: A subset of youth who experienced gender diversity prior to puberty show reduced (or fully discontinued) gender diversity over time (de Vries, Noens, Cohen-Kettenis, van

**Commented** ██████████ It is unclear as to if this statement refers to accessing pubertal suppression. In one paragraph it reads¶
hormones and surgery with no mention of pubertal suppression and in another paragraph it says the¶ duration may be much shorter before initiating 'pubertal blockers' but does not go into any specifics¶ here.¶
In the case of onset of dysphoria with initiation of puberty, it seems inappropriate to add a barrier of¶ time without even specifying what that time is before intervening with this reversible intervention –¶ especially since it is not clear if you are referring to pubertal suppression in this statement. Also, 'several¶ years' will certainly come back to bite us in court, I'm wondering why this arbitrary time frame is not¶ defined, what constitutes several years? Are there significant and compelling reasons to initiate any¶ treatments before several years have gone by? What are these reasons? Again,

Berckelaer-Onnes, & Doreleijers, 2010; Ristori & Steensma, 2016; Singh, Bradley, & Zucker, 2021, Wagner et al., 2021). However, there has been less research focus on rates of continuity and discontinuity of gender diversity and gender-related needs in pubertal and/or adolescent populations. The data available regarding broad *unselected* gender-referred pubertal/adolescent cohorts (from the Amsterdam transgender clinic) suggest that, following extended assessments over time, a subset of gender diverse adolescents presenting for gender care elect not to pursue gender-affirming medical care (Arnoldussen et al., 2019; de Vries, Doreleijers, Steensma, & Cohen-Kettenis, 2011). Importantly, findings from studies of gender diverse pubertal/adolescent cohorts who have undergone comprehensive gender evaluation over time, shown persistent gender diversity and gender-related need, and received resulting referrals for medical gender care, suggest very low levels of regret regarding gender-related medical care decisions (de Vries et al., 2014; Wiepjes et al., 2018). Critically, these findings of low regret can only currently be applied to youth who have demonstrated sustained gender diversity and gender-related needs over time, as established through comprehensive and iterative assessment (see Statement 3). Although by clinical observation an increasing number of youth are coming to self-identify as gender diverse in later adolescence, nothing is known about how their gender trajectories compare to those of youth who have come to know their gender diversity earlier (Kaltiala-Heino, Bergman, Työläjärvi, & Frisén, 2018). This is a much-needed area of research.

The level of reversibility of a gender affirming medical intervention should be considered along with the sustained duration of young person's gender incongruence. For example, the duration of persistent gender incongruence before initiating pubertal blockers may be much shorter than for initiating gender affirming hormones, given that pubertal suppression is intended to provide a young person with the time to explore their gender-related needs before deciding whether to progress to treatments that involve more irreversible elements. For youth who have experienced shorter duration gender incongruence, social transition-related supports may provide some relief as well as additional information for the clinical team regarding a young person's broad gender care needs (see Statements 4, 6, and 7).

Arnoldussen, M., Steensma, T. D., Popma, A., van der Miesen, A. I. R., Twisk, J. W. R., & de Vries, A. L. C. (2019). Re-evaluation of the Dutch approach: are recently referred transgender youth different compared to earlier referrals? *Eur Child Adolesc Psychiatry*, doi:10.1007/s00787-019-01394-6

de Vries, A. L. C., Doreleijers, T. A. H., Steensma, T. D., & Cohen-Kettenis, P. T. (2011). Psychiatric comorbidity in gender dysphoric adolescents. *Journal of Child Psychology and Psychiatry, and Allied Disciplines, 52*(11), 1195-1202. doi:10.1111/j.1469-7610.2011.02426.x

de Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics, 134*(4), 696-704. doi:10.1542/peds.2013-2958

Formatted: Dutch (Belgium)
Formatted: Dutch (Belgium)

Formatted: Dutch (Belgium)
Formatted: Dutch (Belgium)

de Vries, A. L. C., Noens, I. L. J., Cohen-Kettenis, P. T., van Berckelaer-Onnes, I. A., & Doreleijers, T. A. (2010). Autism spectrum disorders in gender dysphoric children and adolescents. *Journal of Autism and Developmental Disorders, 40*(8), 930-936. doi:10.1007/s10803-010-0935-9

Edwards-Leeper, L., & Spack, N. P. (2012). Psychological evaluation and medical treatment of transgender youth in an interdisciplinary "Gender Management Service"(GeMS) in a major pediatric center. *Journal of homosexuality, 59*(3), 321-336.

Kaltiala-Heino, R., Bergman, H., Työläjärvi, M., & Frisén, L. (2018). Gender dysphoria in adolescence: current perspectives. *Adolescent health, medicine and therapeutics, 9*, 31.

Klimstra, T. A., Hale III, W. W., Raaijmakers, Q. A., Branje, S. J., & Meeus, W. H. (2010). Identity formation in adolescence: Change or stability? *Journal of youth and adolescence, 39*(2), 150-162.

Ristori, J., & Steensma, T. D. (2016). Gender dysphoria in childhood. *Int Rev Psychiatry, 28*(1), 13-20. doi:10.3109/09540261.2015.1115754

Singh, D., Bradley, S. J., & Zucker, K. J. (2021). A Follow-Up Study of Boys With Gender Identity Disorder. *Front Psychiatry, 12*, 632784. doi:10.3389/fpsyt.2021.632784

Steensma, T. D., Biemond, R., de Boer, F., & Cohen-Kettenis, P. T. (2011). Desisting and persisting gender dysphoria after childhood: a qualitative follow-up study. *Clinical Child Psychology and Psychiatry, 16*(4), 499-516. doi:10.1177/1359104510378303

Steensma, T. D., Kreukels, B. P., de Vries, A. L., & Cohen-Kettenis, P. T. (2013). Gender identity development in adolescence. *Horm Behav, 64*(2), 288-297. doi:10.1016/j.yhbeh.2013.02.020

Steensma, T. D., McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry, 52*(6), 582-590. doi:10.1016/j.jaac.2013.03.016

Strang, J. F., Powers, M. D., Knauss, M., Sibarium, E., Leibowitz, S. F., Kenworthy, L., . . . Anthony, L. G. (2018). "They thought it was an obsession": Trajectories and perspectives of autistic transgender and gender-diverse adolescents. *J Autism Dev Disord, 48*(12), 4039-4055. doi:10.1007/s10803-018-3723-6

Temple Newhook, J., Pyne, J., Winters, K., Feder, S., Holmes, C., Tosh, J., . . . Pickett, S. (2018). A critical commentary on follow-up studies and "desistance" theories about transgender and gender-nonconforming children. *International Journal of Transgenderism, 19*(2), 212-224.

Topolewska-Siedzik, E., & Cieciuch, J. (2018). Trajectories of identity formation modes and their personality context in adolescence. *Journal of Youth and Adolescence, 47*(4), 775-792.

Wagner, S., Panagiotakopoulos, L., Nash, R., et al. (2021) Progression of Gender Dysphoria in Children and Adolescents: A Longitudinal Study. *Pediatrics,* 148(1):e202002722

Wiepjes, C. M., Nota, N. M., de Blok, C. J. M., Klaver, M., de Vries, A. L. C., Wensing-Kruger, S. A., . . . den Heijer, M. (2018). The Amsterdam Cohort of Gender Dysphoria Study (1972-2015): Trends in Prevalence, Treatment, and Regrets. *J Sex Med, 15*(4), 582-590. doi:10.1016/j.jsxm.2018.01.016

Formatted: Dutch (Belgium)

Formatted: Dutch (Belgium)

Formatted: Dutch (Belgium)

Formatted: Dutch (Belgium)

Formatted: Dutch (Belgium)

Winters, K., Temple Newhook, J., Pyne, J., Feder, S., Jamieson, A., Holmes, C., . . . Tosh, J. (2018). Learning to listen to trans and gender diverse children: A Response to Zucker (2018) and Steensma and Cohen-Kettenis (2018). *International Journal of Transgenderism, 19*(2), 246-250. doi:10.1080/15532739.2018.1471767

**Statement 12C**
**The adolescent demonstrates the emotional and cognitive maturity required to provide informed consent/assent for the treatment.**

The process of informed consent includes communication between a patient and provider regarding the patient's understanding of a potential intervention as well as, ultimately, the patient's decision whether to receive the intervention. In most settings, for minors, the legal guardian is integral to the informed consent process: If a treatment is to be given, the legal guardian (often the parent[s]/caregiver[s]) provides the informed consent to do so. Assent, in most settings, is a somewhat parallel process in which the minor and the provider communicate about the intervention and the provider assesses understanding and intention.

A necessary step in the informed consent/assent process for consideration of gender affirming medical care is careful discussion with qualified mental health and medical healthcare professionals of the reversible and irreversible effects of the treatment, as well as fertility preservation options (when applicable), and any additional potential risks and benefits of the intervention. These discussions are required for informed consent/assent. Assessment of cognitive and emotional maturity is important because it helps the care team understand the adolescent's capacity *to be informed.*

The skills necessary to assent/consent to any medical intervention or treatment include the ability to: (1) comprehend the nature of the treatment, (2) reason about treatment options, including risks and benefits, (3) appreciate the nature of the decision, including the long-term consequences; and (4) communicate choice  (Appelbaum, 2007; Grootens-Wiegers, Hein, van den Broek, & de Vries, 2017). In the case of gender affirming medical treatments, a young person should be well-informed about what the treatment may and may not accomplish, typical timelines for changes (e.g., with gender affirming hormones), and any implications of stopping the treatment. Gender-diverse youth should fully understand the reversible, partially reversible, and unirreversible aspects of a treatment, as well as the limits of what is known about certain treatments (e.g., the impact of pubertal suppression on brain development; (Chen et al., 2020). Gender-diverse youth should also understand that although many gender-diverse youth begin gender affirming medical care and experience that care as a good fit for them long-term, there is a subset of individuals who over time discover that this care is not a fit for them (Wiepjes et al., 2018). Youth should know that such shifts are sometimes connected to a change in gender needs over times, and in some cases, a shift in gender itself. Given this information, gender-diverse youth must be able to reason thoughtfully about treatment options, considering the implications

| Commented [32]: should this be and/or ? |
| --- |
| Commented ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| "Qualified mental health professional AND/OR medical professional." The hormone¶ |
| chapter does not require a mental health professional assessment for every patient, so this is a¶ |
| discrepancy. Also, primary care providers routinely assess this in their patients and can certainly¶ |
| determine if additional input from a mental health professional may be helpful or necessary. |

BOEAL_WPATH_020833

of the choices at hand. And as a foundation for providing assent, the gender-diverse young person needs to be able to communicate their choice.

The skills needed to accomplish the tasks required for assent/consent may not emerge at specific ages per se (Grootens-Wiegers et al., 2017), and there may be variability in these capacities related to developmental differences and mental health presentations (Shumer & Tishelman, 2015) as well as the opportunities a young person has had to practice these skills (Alderson, 2007). Further, assessment of emotional and cognitive maturity must be conducted separately for each gender-related treatment decision Vrouenraets, de Vries, De Vries, van der Miesen, & Hein, submitted).

The following questions may be useful to consider in assessing a young person's emotional and cognitive readiness to assent or consent to a specific gender affirming treatment:

- Can the young person think carefully into the future and consider the implications of a partially and/or fully irreversible intervention?
- Does the young person have sufficient self-reflective capacity to consider the possibility that gender-related needs and priorities can develop over time, and that gender-related priorities at a certain point in time might change?
- Has the young person, to some extent, thought through the implications of what they might do if their priorities around gender do change in the future?
- Is the young person able to understand and manage the day-to-day short-term and/or long-term aspects of a specific medical treatment (e.g., medication adherence, administration, and necessary medical follow-ups).

Assessment of emotional and cognitive maturity may be accomplished over time as the care team continues conversations about the treatment options and affords the young person the opportunity to practice thinking into the future and flexibly considering options and implications. For youth with neurodevelopmental and/or some types of mental health differences, skills for future thinking, planning, big picture thinking, and self-reflection may be less-well developed (Olde Dubbelink & Geurts, 2017). In these cases, a more careful approach to consent and assent may be required, and this may include additional time and structured opportunities for the young person to practice the skills necessary for medical decision-making (Strang et al., 2018).

Alderson, P. (2007). Competent children? Minors' consent to health care treatment and research. *Soc Sci Med, 65*(11), 2272-2283. doi:10.1016/j.socscimed.2007.08.005

Appelbaum, P. S. (2007). Clinical practice. Assessment of patients' competence to consent to treatment. *N Engl J Med, 357*(18), 1834-1840. doi:10.1056/NEJMcp074045

Chen, D., Strang, J. F., Kolbuck, V. D., Rosenthal, S. M., Wallen, K., Waber, D. P., . . . Paus, T. (2020). Consensus Parameter: Research Methodologies to Evaluate Neurodevelopmental Effects of Pubertal Suppression in Transgender Youth. *Transgender Health*.

**Formatted:** Dutch (Belgium)

Grootens-Wiegers, P., Hein, I. M., van den Broek, J. M., & de Vries, M. C. (2017). Medical decision-making in children and adolescents: developmental and neuroscientific aspects. *BMC pediatrics, 17*(1), 1-10.

Olde Dubbelink, L. M., & Geurts, H. M. (2017). Planning Skills in Autism Spectrum Disorder Across the Lifespan: A Meta-analysis and Meta-regression. *J Autism Dev Disord, 47*(4), 1148-1165. doi:10.1007/s10803-016-3013-0

Shumer, D. E., & Tishelman, A. C. (2015). The Role of Assent in the Treatment of Transgender Adolescents. *International Journal of Transgenderism, 16*(2), 97-102. doi:10.1080/15532739.2015.1075929

Strang, J. F., Meagher, H., Kenworthy, L., de Vries, A. L. C., Menvielle, E., Leibowitz, S., . . . Anthony, L. G. (2018). Initial clinical guidelines for co-occurring autism spectrum disorder and gender dysphoria or incongruence in adolescents. *J Clin Child Adolesc Psychol, 47*(1), 105-115. doi:10.1080/15374416.2016.1228462

Wiepjes, C. M., Nota, N. M., de Blok, C. J. M., Klaver, M., de Vries, A. L. C., Wensing-Kruger, S. A., . . . den Heijer, M. (2018). The Amsterdam Cohort of Gender Dysphoria Study (1972-2015): Trends in Prevalence, Treatment, and Regrets. *J Sex Med, 15*(4), 582-590. doi:10.1016/j.jsxm.2018.01.016

Vrouenraets, L.J.J.J, de Vries, A.L.C., De Vries, M.C., van der Miesen, A.I.R., Hein, I.M. (submitted) Medical decision-making competence in transgender youth using a standardized measure the MacCAT-T.

**Statement 12 D**
**The adolescent mental health concerns (if any) that may interfere diagnostic clarity, capacity to consent and/or gender affirmative medical treatment have been addressed.**

While assessing trans and gender diverse adolescents for possible gender affirming medical treatments, clinicians should assess resilience and vulnerabilities of the adolescent. Gender health providers must understand the adolescent's mental health needs, if any, and provide or facilitate appropriate interventions as necessary. A young person's mental health challenges may impact their conceptualization of their gender development history and gender identity related needs, the adolescent's capacity to consent, and the ability of the young person to engage in/receive medical treatment. Clinicians should consider these challenges in their assessment and recommendations and address them when indicated.

Evidence indicates transgender and gender diverse adolescents are at increased risk for mental health challenges (for an overview, see e.g. Leibowitz & de Vries, 2016), often related to family/caregiver rejection, non-affirming community environments, and neurodiversity-related factors (e.g. Weinhardt et al, 2017, Ryan et al., 2010, de Vries et al., 2016, Pariseau et al 2019). Additionally, transgender and gender diverse youth may experience mental health concerns irrespective of the

presence of gender dysphoria gender incongruence, similar to cisgender youth. Depression and self-harm may be of specific concern; many studies reveal depression scores and emotional and behavioral problems that are comparable to mental health clinic referred populations (Leibowitz & de Vries, 2016) and higher rates of not only suicidal ideation, but also suicide attempts and self harm (de Graaf et al., 2020). Also, eating disorders occur more frequently than expected in non-referred populations (Spack et al., 2012, Khatchadourian et al., 2013, Ristori et al., 2019). Importantly, transgender and gender diverse adolescents show high rates of autism spectrum disorders/characteristics (see this chapter statement 1.4, van der Miesen et al., 2016, Øien et al., 2018). Other mental health challenges may also be present, (e.g. ADHD, intellectual disability and psychotic disorders; de Vries et al., 2011, Parkes et al., 2006, Meijer et al., 2018). Stabilizing the mental health of transgender youth prior to initiation of gender affirming treatment has also been associated with reduced psychiatric acuity during treatment with hormones when compared to those youth who had more challenges at baseline (Kaltiala et al., 2020).

Of note, many transgender adolescents are well-functioning and experience few if any mental health concerns. For example, socially transitioned pubertal adolescents who receive medical gender affirming treatment at specialized gender clinics may experience mental health outcomes equivalent to cisgender peers (e.g. de Vries et al., 2014, van der Miesen, 2020). A key task of the provider is to assess the direction of the relationships that exist between any mental health challenges and the young person's self-understanding of gender care needs, and then prioritize accordingly.

Mental health difficulties may in various ways challenge the assessment and treatment of gender related needs of TGD adolescents:

1) First, when a TGD adolescent is experiencing acute suicidality, self-harm, eating disorders or other mental health crises that threaten physical health, safety must be prioritized. According to the local context and guidelines, appropriate care should seek to mitigate threat or crisis such that there is sufficient time and stabilization for thoughtful gender-related assessment and decision making. For example, an actively suicidal adolescent may not be emotionally able to make an informed decision regarding. If indicated, safety-related interventions should not preclude starting gender affirming care.

2) Second, mental health can also complicate the assessment of gender development and gender identity related needs. For example, it is critical to differentiate gender incongruence from specific mental health presentations, such as obsessions (and compulsions), special interests in autism, rigid thinking, broader identity problems, parent child interaction difficulties, severe developmental anxieties (e.g. fear of growing up and pubertal changes unrelated to gender identity), trauma, or psychotic thoughts. Mental health challenges that interfere with clarity of identity development and gender-related decision making should be prioritized and addressed.

BOEAL_WPATH_020836

3) Third, decision-making regarding gender affirming medical treatments that have life-long consequences requires thoughtful, future-oriented thinking by the adolescent, with support from the parents/caregivers, as indicated (see statement 11). To be able to make such an informed decision, an adolescent should be able to understand, express a choice, appreciate and give careful thought regarding the wish for medical affirming treatment (see statement 12 C). Neurodevelopmental differences such as autistic features or autism spectrum disorder (see statement 1.4, e.g. communication differences, a preference for concrete and rigid thinking, differences in self-awareness and future thinking and planning) may challenge the assessment and decision-making process; neurodiverse youth may require extra support, structure, psychoeducation, and time built into the assessment process (Strang et al, 2016). Other mental health presentations that involve reduced communication and self-advocacy, difficulty engaging in assessment, memory and concentration difficulties, hopelessness and and/or difficulty engaging in future-oriented thinking may complicate assessment and decision making. In such cases, extended time is often necessary before any decisions regarding medical affirming treatment can be made.

4) Finally, when medical treatment is provided, mental health problems should be addressed such that they do not hinder therapeutic adherence, such as taking medication, attending to medical check-ups, and self-care.

Chen, M., Fuqua, J., & Eugster, E. A. (2016). Characteristics of Referrals for Gender Dysphoria Over a 13-Year Period. *The Journal of adolescent health : official publication of the Society for Adolescent Medicine, 58*(3), 369–371. https://doi.org/10.1016/j.jadohealth.2015.11.010

de Graaf, N. M., Steensma, T. D., Carmichael, P., VanderLaan, D. P., Aitken, M., Cohen-Kettenis, P. T., de Vries, A., Kreukels, B., Wasserman, L., Wood, H., & Zucker, K. J. (2020). Suicidality in clinic-referred transgender adolescents. *European child & adolescent psychiatry,* 10.1007/s00787-020-01663-9. Advance online publication. https://doi.org/10.1007/s00787-020-01663-9

de Vries, A. L., Doreleijers, T. A., Steensma, T. D., & Cohen-Kettenis, P. T. (2011). Psychiatric comorbidity in gender dysphoric adolescents. *Journal of child psychology and psychiatry, and allied disciplines, 52*(11), 1195–1202. https://doi.org/10.1111/j.1469-7610.2011.02426.x

de Vries, A. L., McGuire, J. K., Steensma, T. D., Wagenaar, E. C., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics, 134*(4), 696–704. https://doi.org/10.1542/peds.2013-2958

BOEAL_WPATH_020837

de Vries, A. L., Steensma, T. D., Cohen-Kettenis, P. T., VanderLaan, D. P., & Zucker, K. J. (2016). Poor peer relations predict parent- and self-reported behavioral and emotional problems of adolescents with gender dysphoria: a cross-national, cross-clinic comparative analysis. *European child & adolescent psychiatry*, *25*(6), 579–588. https://doi.org/10.1007/s00787-015-0764-7

Kaltiala, R., Heino, E., Työläjärvi, M., & Suomalainen, L. (2020). Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. *Nordic journal of psychiatry*, *74*(3), 213–219. https://doi.org/10.1080/08039488.2019.1691260

Khatchadourian, K., Amed, S., & Metzger, D. L. (2014). Clinical management of youth with gender dysphoria in Vancouver. *The Journal of pediatrics*, *164*(4), 906–911. https://doi.org/10.1016/j.jpeds.2013.10.068

Leibowitz, S., & de Vries, A. L. (2016). Gender dysphoria in adolescence. *International review of psychiatry (Abingdon, England)*, *28*(1), 21–35. https://doi.org/10.3109/09540261.2015.1124844

Meijer, J. H., Eeckhout, G. M., van Vlerken, R. H., & de Vries, A. L. (2017). Gender Dysphoria and Co-Existing Psychosis: Review and Four Case Examples of Successful Gender Affirmative Treatment. *LGBT health*, *4*(2), 106–114. https://doi.org/10.1089/lgbt.2016.0133

Øien, R. A., Cicchetti, D. V., & Nordahl-Hansen, A. (2018). Gender Dysphoria, Sexuality and Autism Spectrum Disorders: A Systematic Map Review. *Journal of autism and developmental disorders*, *48*(12), 4028–4037. https://doi.org/10.1007/s10803-018-3686-7

Parkes, G., & Hall, I. (2006). Gender dysphoria and cross-dressing in people with intellectual disability: a literature review. *Mental retardation*, *44*(4), 260–271. https://doi.org/10.1352/0047-6765(2006)44[260:GDACIP]2.0.CO;2

Pariseau, E.M., Chevalier, L., Long, K.A., Clapham, R., Edwards-Leeper, L., & Tishelman, A.C. (2019). The Relationship Between Family Acceptance-Rejection and Transgender Youth Psychosocial Functioning. *Clinical Practice in Pediatric Psychology*, Vol. 7, No. 3, pp. 267–277. https://doi.org/10.1037/cpp0000291

Ristori, J., Fisher, A. D., Castellini, G., Sensi, C., Cipriani, A., Ricca, V., & Maggi, M. (2019). Gender Dysphoria and Anorexia Nervosa Symptoms in Two Adolescents. *Archives of sexual behavior*, *48*(5), 1625–1631. https://doi.org/10.1007/s10508-019-1396-7

**Formatted:** Dutch (Belgium)
**Formatted:** Dutch (Belgium)

Ryan, C., Russell, S. T., Huebner, D., Diaz, R., & Sanchez, J. (2010). Family acceptance in adolescence and the health of LGBT young adults. *Journal of child and adolescent psychiatric nursing : official publication of the Association of Child and Adolescent Psychiatric Nurses, Inc, 23*(4), 205–213. https://doi.org/10.1111/j.1744-6171.2010.00246.x

Spack, N. P., Edwards-Leeper, L., Feldman, H. A., Leibowitz, S., Mandel, F., Diamond, D. A., & Vance, S. R. (2012). Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics, 129*(3), 418–425. https://doi.org/10.1542/peds.2011-0907

Strang, J. F., Meagher, H., Kenworthy, L., de Vries, A., Menvielle, E., Leibowitz, S., Janssen, A., Cohen-Kettenis, P., Shumer, D. E., Edwards-Leeper, L., Pleak, R. R., Spack, N., Karasic, D. H., Schreier, H., Balleur, A., Tishelman, A., Ehrensaft, D., Rodnan, L., Kuschner, E. S., Mandel, F., … Anthony, L. G. (2016). Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents. *Journal of clinical child and adolescent psychology : the official journal for the Society of Clinical Child and Adolescent Psychology, American Psychological Association, Division 53, 47*(1), 105–115. https://doi.org/10.1080/15374416.2016.1228462

van der Miesen, A., Steensma, T. D., de Vries, A., Bos, H., & Popma, A. (2020). Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers. *The Journal of adolescent health : official publication of the Society for Adolescent Medicine, 66*(6), 699–704. https://doi.org/10.1016/j.jadohealth.2019.12.018

Weinhardt, L. S., Stevens, P., Xie, H., Wesp, L. M., John, S. A., Apchemengich, I., Kioko, D., Chavez-Korell, S., Cochran, K. M., Watjen, J. M., & Lambrou, N. H. (2017). Transgender and Gender Nonconforming Youths' Public Facilities Use and Psychological Well-Being: A Mixed-Method Study. *Transgender health, 2*(1), 140–150. https://doi.org/10.1089/trgh.2017.0020

**Statement 12 E**
**The adolescent has been informed of the reproductive effects that includes the potential loss of fertility, and options to preserve fertility have been discussed in the context of the adolescent's stage of pubertal development.**

For the clinical approach, the scientific background, the rationale and concerned *values* we refer to the Fertility and Hormone chapters and background text above for statement 10 in this chapter (Adolescent chapter). For a detailed description of available preservation options and general consideration regarding fertility consequences of medical affirming treatment, see Fertility chapter.

**Statement 12F**
**The adolescent has reached Tanner stage 2 of puberty for pubertal suppression.**

The onset of puberty is a pivotal point for many gender diverse youth. For some, it creates an intensification of their gender incongruence, and for others, pubertal onset may lead to gender fluidity (e.g. a transition from binary to non-binary gender identity) or even attenuation of a previously affirmed gender identity (Drummond et al., 2008; Steensma et al., 2011, 2013; Wallien & Cohen-Kettenis, 2008). The use of puberty-blocking medications, such as GnRH analogue, is not recommended until children have achieved a minimum of Tanner stage 2 of puberty and should not be implemented in prepubertal gender diverse youth (Waal & Cohen-Kettenis, 2006). For some youth, GnRH agonists may be appropriate in late or post-puberty (e.g. Tanner stage 4 or 5) and this should be highly individualized.

Variations in the timing of pubertal onset is due to multiple factors (e.g. sex assigned at birth, genetic, nutritional, etc). Tanner staging refers to five stages of pubertal development ranging from prepubertal (Tanner stage 1) to postpubertal, adult sexual maturity (Tanner stage 5) (Marshall & Tanner, 1969, 1970). For birth-assigned females, pubertal onset (e.g. gonadarche) is defined by the occurrence of breast budding (Tanner stage 2), and in birth-assigned males, by achieving a testicular volume of greater than or equal to 4 mL (Roberts & Kaiser, 2020). The onset of puberty should be differentiated from physical changes such as pubic hair and apocrine body odor due to sex steroids produced by the adrenal gland (e.g. adrenarche) by an experienced medical provider as adrenarche does not warrant the use of puberty-blocking medications (Roberts & Kaiser, 2020). Educating parents and families about the difference between adrenarche and gonadarche helps families understand the timing for shared decision making with their multidisciplinary team related to gender-affirming medical therapies.

Drummond, K. D., Bradley, S. J., Peterson-Badali, M., & Zucker, K. J. (2008). A follow-up study of girls with gender identity disorder. *Developmental Psychology, 44*(1), 34–45. https://doi.org/10.1037/0012-1649.44.1.34

Marshall, W. A., & Tanner, J. M. (1969). Variations in pattern of pubertal changes in girls. *Archives of Disease in Childhood, 44*(235), 291–303.

Marshall, W. A., & Tanner, J. M. (1970). Variations in the pattern of pubertal changes in boys. *Archives of Disease in Childhood, 45*(239), 13–23. https://doi.org/10.1136/adc.45.239.13

Roberts, S. A., & Kaiser, U. B. (2020). Genetics in Endocrinology: Genetic etiologies of central precocious puberty and the role of imprinted genes. *European Journal of Endocrinology, 183*(4), R107–R117. https://doi.org/10.1530/EJE-20-0103

**Commented [ ]:** I would reference the Hormone chapter here, as we have a text discussion about the use of GnRHa as a monotherapy in late or post-pubertal adolescents. Specifically we say that "...in adolescents older than 14, we do not currently have the data to inform whether GnRH agonists, as mono-therapy, can be used (and for what duration) without posing significant risk to skeletal health."¶
I think this is an important point to include in any chapter that discusses use of GnRHa as a monotherapy in a late or post-pubertal adolescent.

**Commented [ ]:** comment here. I also appreciate y'all outlining adrenarche and gonadarche.

Steensma, T. D., Biemond, R., de Boer, F., & Cohen-Kettenis, P. T. (2011). Desisting and persisting gender dysphoria after childhood: A qualitative follow-up study. *Clinical Child Psychology and Psychiatry*, *16*(4), 499–516. https://doi.org/10.1177/1359104510378303

Steensma, T. D., McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry*, *52*(6), 582–590. https://doi.org/10.1016/j.jaac.2013.03.016

Waal, H. A. D. de, & Cohen-Kettenis, P. T. (2006). Clinical management of gender identity disorder in adolescents: A protocol on psychological and paediatric endocrinology aspects. *European Journal of Endocrinology*, *155*(suppl_1), S131–S137. https://doi.org/10.1530/eje.1.02231

Wallien, M. S. C., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child and Adolescent Psychiatry*, *47*(12), 1413–1423. https://doi.org/10.1097/CHI.0b013e31818956b9

**Statement 12G**
**We suggest/recommend that clinicians assessing trans and gender diverse adolescents should only recommend gender affirming medical or surgical treatments requested by the patient when:**
*The adolescent is:*
*14 years and above for hormone treatment (oestrogens or androgens), unless there are significant, compelling reasons to take an individualized approach, considering the factors unique to the adolescent treatment frame.*
*15 years and above for chest masculinization; unless there are significant, compelling reasons to take an individualized approach, considering the factors unique to the adolescent treatment frame.*
*16 years and above for breast augmentation, facial surgery (including rhinoplasty, tracheal shave, and genioplasty) as part of gender affirming treatment; unless there are significant, compelling reasons to take an individualized approach, considering the factors unique to the adolescent treatment frame.*
*17 and above for metoidioplasty , orchidectomy, vaginoplasty, and hysterectomy and fronto-orbital remodeling as part of gender affirming treatment unless there are significant, compelling reasons to take an individualized approach, considering the factors unique to the adolescent treatment frame.*
*18 years or above for phalloplasty, unless there are significant, compelling reasons to take an individualized approach, considering the factors unique to the adolescent treatment frame.*

The ages outlined above provide general guidance on the age at which gender affirming interventions may be considered. Age criteria should be considered in addition to other criteria outlined for gender affirming interventions in youth as outlined in statements 12 A-F. Individual needs, decision making capacity for the specific treatment being considered, and developmental stage (rather than age) are *most* relevant when determining timing of treatment decisions for individuals. Age has a strong correlation, though not perfect, with cognitive development and may be a useful objective marker in determining potential timing of interventions.  Higher (i.e., more advanced) ages are provided for continued cognitive/emotional maturation that may be required for the adolescent to fully consider and consent to increasingly complex treatments (See statement 12C).

Recommendations above are based on available evidence; expert consensus; and ethical considerations including, respect for the emerging autonomy of adolescents and minimizing harm in the setting of a limited evidence base. Historically, there has been hesitancy in the transgender healthcare setting to offer gender affirming treatments with potential irreversible effects to minors. The age criteria set forth in these guidelines are intended to facilitate youth's access to gender affirming treatments, and are younger  than ages stipulated in previous guidelines.(E. Coleman, 2012; Hembree et al., 2017) Importantly, for each gender affirming intervention being considered youth must communicate consent/assent and be able to demonstrate an understanding and appreciation of potential benefits and risks specific to the intervention (See statement 12C).

A growing body of evidence indicates  that provision of gender affirming treatment for gender diverse youth who meet criteria, leads to positive outcomes (Achille et al., 2020; A. L. de Vries et al., 2014; Kuper, Stewart, Preston, Lau, & Lopez, 2020). There is are however, limited data on the optimal timing of gender affirming interventions, and long-term physical, psychological, and neurodevelopmental outcomes in youth.(Chen et al., 2020; Chew, Anderson, Williams, May, & Pang, 2018; Olson-Kennedy et al., 2016).The only existing longitudinal studies in gender diverse youth with adult outcomes at this time are based on a specific model (i.e. the Dutch approach) that involved a comprehensive initial assessment with follow-up. In this approach pubertal suppression was considered at age 12, GAHT at age 16 and surgical interventions after age 18 with exceptions in some cases. It is not clear if deviations from this approach would lead to the same or different outcomes. Longitudinal studies are currently underway to better define outcomes as well as the safety and efficacy of gender affirming treatments in youth. (Olson-Kennedy et al., 2019)  While the long-term effects of gender affirming treatments initiated in adolescence are not fully known, the potential negative health consequences of delaying treatment should also be considered.(A. L. C. de Vries et al., 2021) As the evidence base regarding outcomes of gender affirming interventions in youth continues to grow, recommendations on timing and readiness for gender affirming interventions may be updated.

Previous guidelines regarding gender affirming treatment of adolescents recommended that initiation of partially reversible gender affirming hormone treatment (GAHT) could begin at about 16 years of age. (E. Coleman, 2012; Hembree et al., 2009)  More recent guidelines suggest that there may

**Commented [████] Statement 12G Age Restrictions¶**
For documentation purposes: I have spent considerable time and energy registering my opposition to¶ age barriers restricting trans youth's access to hormone therapy at each Delphi process and when¶ discussing hormone therapy initiation with the hormone chapter co-authors. On 5/25/21, our chapter ████ ████ and me) and the¶ chai████ and me and the¶ adolescent co-chairs ████ in order to discuss the age restrictions. No doodle poll was¶ sent ████ followed up with ████ on 6/2/21 who said she was working on it. I did not receive any¶ further emails to set up this meeting. It is unclear as to why this meeting did not take place as this topic¶ is directly related to our chapter – and now I am told by Jon A that these discussions have already taken¶ place in Europe and the decision has been made to have age restrictions on hormone therapy. As we¶ were not included in these discussions, I did not realize that the conversation was over, so I will offer my¶ perspective with a compromise.¶
My perspective is informed as mental health provider (psychologist) and primary care provider¶ (physician) who has practiced in Texas, USA where litigation on access to healthcare for trans youth is¶ threatening to shut down many of our amazing multidisciplinary clinics. We certainly have youth that are¶ under the age of 14 (agreed, not the majority) who are appropriately started on hormone therapy. When¶ SOC8 is published with the age 14 restriction, this will add fuel to their litigious fire as they continue to¶ come down hard on our practices.¶
If you absolutely must have age barriers to care for trans youth, then I ask that the chapter authors¶ develop VERY CLEAR examples of "significant, compelling reasons to take an individualized approach,"¶ considering the factors unique to the adolescent treatment frame." It is unclear why we are not¶ recommending an individualized approach for every patient, but, since this is how y'all are choosing to¶ frame things, I wonder why only one example of a significant, compelling reason (avoiding prolonged¶ pubertal suppression) is presented for initiating hormone

BOEAL_WPATH_020842

be compelling reasons to initiate GAHT prior to the age of 16, though there are limited studies on youth who have initiated hormones prior to 14yo. (Hembree et al., 2017) A compelling reason for earlier initiation of GAHT, for example, might be to avoid prolonged pubertal suppression, given potential bone health concerns and the psychosocial implications of delaying puberty. Puberty is a time of significant brain and cognitive development. The potential neurodevelopmental impact of extended pubertal suppression in gender diverse youth has been specifically identified as an area in need of continued study.(Chen et al., 2020) While GnRH analogs have been shown to be safe when used for the treatment of precocious puberty, there are concerns that delaying exposure to sex hormones (endogenous or exogenous) at a time of peak bone mineralization may lead to decreased bone mineral density. The potential decrease in bone mineral density as well as the clinical significance of any decrease needs continued study. (Klink, Caris, Heijboer, van Trotsenburg, & Rotteveel, 2015; Lee et al., 2020; Schagen, Wouters, Cohen-Kettenis, Gooren, & Hannema, 2020) It should also be noted that ages for initiation of GAHT recommended above are delayed when compared to when cisgender peers initiate puberty with endogenous hormones in most regions.(Palmert & Dunkel, 2012) The potential negative psychosocial implications of not initiating puberty with peers may place additional stress on gender diverse youth, though this has not been explicitly studied When considering timing of initiation of gender affirming hormones providers should consider the potential physical and psychological benefits and risks of starting treatment with the potential risks and benefits of delaying treatment.

Age recommendations for irreversible surgical procedures were determined by review of existing literature and expert consensus of mental health providers, medical providers, and surgeons highly experienced in providing care to gender diverse adolescents. Studies done with transmasculine youth have demonstrated that chest dysphoria is associated with higher rates of anxiety, depression, and distress; and can lead to functional limitations such as avoiding exercising or bathing.(Mehringer et al., 2021; Olson-Kennedy, Warus, Okonta, Belzer, & Clark, 2018; Sood et al., 2021) Testosterone unfortunately does little to alleviate this distress and chest masculinization is an option for some individuals to address this distress long-term. Studies with youth who sought chest masculinization surgery to alleviate chest dysphoria demonstrated good surgical outcomes, satisfaction with results, and minimal regret during the study monitoring period.(Marinkovic & Newfield, 2017; Olson-Kennedy et al., 2018) Chest masculinization surgery can be considered in minors when clinically and developmentally appropriate as determined by a multidisciplinary team experienced in adolescent and gender development (See statements 1-12). Duration or presence of testosterone therapy should not preclude surgery if otherwise indicated. The needs of some gender diverse youth may be met by chest masculinization surgery alone. Breast augmentation may be desired by transfeminine youth though there is less data on this procedure in youth, possibly due to fewer individuals requesting this procedure.(E. R. Boskey et al., 2019; James, 2016) GAHT, specifically estrogen, can help with development of breast tissue and it is recommended that youth have a minimum of 12 months of hormone therapy, or longer if required for surgical effect prior to breast augmentation unless hormone therapy is not clinically indicated or is medically contraindicated (See Surgery Chapter).

**Commented [ ]:** Note that this is all discussed with references in the Hormone chapter.

**Commented [ ]:** This also discussed in the hormone chapter in detail. It should be cross refered

**Commented [ ]:** See previous ref on dosage

BOEAL_WPATH_020843

Data are limited on the optimal timing of other gender affirming surgical treatments in adolescents. Part of this is due to the fact that access to these treatments is limited and is variable in different geographical locations.(Mahfouda et al., 2019)  Data indicate that  rates of gender affirming surgeries have increased since 2000, and that there has been an increase in the number of gender diverse youth seeking vaginoplasty.(Mahfouda et al., 2019; Milrod & Karasic, 2017) A 2017 study of 20 WPATH affiliated surgeons in the United States reported that slightly more than  half had performed vaginoplasty in minors.(Milrod & Karasic, 2017) Limited data are available on outcomes for youth undergoing vaginoplasty. Small studies have reported improved psychosocial functioning and decreased gender dysphoria in adolescents who have undergone vaginoplasty.(Becker et al., 2018; Cohen-Kettenis & van Goozen, 1997; Smith, van Goozen, & Cohen-Kettenis, 2001) While the sample sizes are small these studies suggest that there may be a benefit in some adolescents to having these procedures performed before the age of 18. Factors that may support pursuing these procedures for youth under 18 years of age include the increased availability of support from family members, greater ease of managing post-operative care prior to transitioning to tasks of early adulthood (e.g. entering university or the workforce), and safety concerns in public spaces (i.e to reduce  transphobic violence).(E. Boskey, Taghinia, & Ganor, 2018; E. R. Boskey et al., 2019; Mahfouda et al., 2019) Given the complexity and irreversibility of these procedures an assessment of the adolescent's ability to adhere to post-surgical care recommendations and to comprehend the long-term impacts of these procedures on reproductive and sexual function is crucial.(E. R. Boskey et al., 2019) Given the complexity of phalloplasty and current rates of complication it is not recommended that this surgery be considered in youth under 18 at this time.

Additional key factors that should be taken into consideration when discussing timing of interventions with youth and families are addressed in detail in Statements 12 A-F.

Achille, C., Taggart, T., Eaton, N. R., Osipoff, J., Tafuri, K., Lane, A., & Wilson, T. A. (2020). Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. *Int J Pediatr Endocrinol, 2020,* 8. doi:10.1186/s13633-020-00078-2

Becker, I., Auer, M., Barkmann, C., Fuss, J., Moller, B., Nieder, T. O., . . . Richter-Appelt, H. (2018). A Cross-Sectional Multicenter Study of Multidimensional Body Image in Adolescents and Adults with Gender Dysphoria Before and After Transition-Related Medical Interventions. *Arch Sex Behav, 47*(8), 2335-2347. doi:10.1007/s10508-018-1278-4

Boskey, E., Taghinia, A., & Ganor, O. (2018). Public Accommodation Laws and Gender Panic in Clinical Settings. *AMA J Ethics, 20*(11), E1067-1074. doi:10.1001/amajethics.2018.1067

Boskey, E. R., Johnson, J. A., Harrison, C., Marron, J. M., Abecassis, L., Scobie-Carroll, A., . . . Ganor, O. (2019). Ethical Issues Considered When Establishing a Pediatrics Gender Surgery Center. *Pediatrics, 143*(6). doi:10.1542/peds.2018-3053

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020844

Chen, D., Strang, J. F., Kolbuck, V. D., Rosenthal, S. M., Wallen, K., Waber, D. P., . . . Garofalo, R. (2020). Consensus Parameter: Research Methodologies to Evaluate Neurodevelopmental Effects of Pubertal Suppression in Transgender Youth. *Transgend Health, 5*(4), 246-257. doi:10.1089/trgh.2020.0006

Chew, D., Anderson, J., Williams, K., May, T., & Pang, K. (2018). Hormonal Treatment in Young People With Gender Dysphoria: A Systematic Review. *Pediatrics, 141*(4). doi:10.1542/peds.2017-3742

Cohen-Kettenis, P. T., & van Goozen, S. H. (1997). Sex reassignment of adolescent transsexuals: a follow-up study. *J Am Acad Child Adolesc Psychiatry, 36*(2), 263-271. doi:10.1097/00004583-199702000-00017

de Vries, A. L., McGuire, J. K., Steensma, T. D., Wagenaar, E. C., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics, 134*(4), 696-704. doi:10.1542/peds.2013-2958

de Vries, A. L. C., Richards, C., Tishelman, A. C., Motmans, J., Hannema, S. E., Green, J., & Rosenthal, S. M. (2021). Bell v Tavistock and Portman NHS Foundation Trust [2020] EWHC 3274: Weighing current knowledge and uncertainties in decisions about gender-related treatment for transgender adolescents. *International Journal of Transgender Health,* 1-8. doi:10.1080/26895269.2021.1904330

E. Coleman, W. B., M. Botzer, P. Cohen-Kettenis, G. DeCuypere, J. Feldman, L. Fraser, J. Green, G. Knudson, W. J. Meyer, S. Monstrey, R. K. Adler, G. R. Brown, A. H. Devor, R. Ehrbar, R. Ettner, E. Eyler, R. Garofalo, D. H. Karasic, A. I. Lev, G. Mayer, H. Meyer-Bahlburg, B. P. Hall, F. Pfaefflin, K. Rachlin, B. Robinson, L. S. Schechter, V. Tangpricha, M. van Trotsenburg, A. Vitale, S. Winter, S. Whittle, K. R. Wylie & K. Zucker. (2012). Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming, Version 7. *International Journal of Transgenderism, 13*(4), 165-232. doi:10.1080/15532739.2011.700873

Hembree, W. C., Cohen-Kettenis, P., Delemarre-van de Waal, H. A., Gooren, L. J., Meyer, W. J., 3rd, Spack, N. P., . . . Endocrine, S. (2009). Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab, 94*(9), 3132-3154. doi:10.1210/jc.2009-0345

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., . . . T'Sjoen, G. G. (2017). Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *J Clin Endocrinol Metab, 102*(11), 3869-3903. doi:10.1210/jc.2017-01658

James, S. E., Herman, J. L., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. (2016). *The Report of the 2015 U.S. Transgender Survey.* Retrieved from Washington, DC:

Klink, D., Caris, M., Heijboer, A., van Trotsenburg, M., & Rotteveel, J. (2015). Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. *J Clin Endocrinol Metab, 100*(2), E270-275. doi:10.1210/jc.2014-2439

Formatted: Dutch (Belgium)

Kuper, L. E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. *Pediatrics, 145*(4). doi:10.1542/peds.2019-3006

Lee, J. Y., Finlayson, C., Olson-Kennedy, J., Garofalo, R., Chan, Y. M., Glidden, D. V., & Rosenthal, S. M. (2020). Low Bone Mineral Density in Early Pubertal Transgender/Gender Diverse Youth: Findings From the Trans Youth Care Study. *J Endocr Soc, 4*(9), bvaa065. doi:10.1210/jendso/bvaa065

Mahfouda, S., Moore, J. K., Siafarikas, A., Hewitt, T., Ganti, U., Lin, A., & Zepf, F. D. (2019). Gender-affirming hormones and surgery in transgender children and adolescents. *Lancet Diabetes Endocrinol, 7*(6), 484-498. doi:10.1016/S2213-8587(18)30305-X

Marinkovic, M., & Newfield, R. S. (2017). Chest reconstructive surgeries in transmasculine youth: Experience from one pediatric center. *International Journal of Transgenderism, 18*(4), 376-381. doi:10.1080/15532739.2017.1349706

Mehringer, J. E., Harrison, J. B., Quain, K. M., Shea, J. A., Hawkins, L. A., & Dowshen, N. L. (2021). Experience of Chest Dysphoria and Masculinizing Chest Surgery in Transmasculine Youth. *Pediatrics.* doi:10.1542/peds.2020-013300

Milrod, C., & Karasic, D. H. (2017). Age Is Just a Number: WPATH-Affiliated Surgeons' Experiences and Attitudes Toward Vaginoplasty in Transgender Females Under 18 Years of Age in the United States. *J Sex Med, 14*(4), 624-634. doi:10.1016/j.jsxm.2017.02.007

Olson-Kennedy, J., Chan, Y. M., Garofalo, R., Spack, N., Chen, D., Clark, L., . . . Rosenthal, S. (2019). Impact of Early Medical Treatment for Transgender Youth: Protocol for the Longitudinal, Observational Trans Youth Care Study. *JMIR Res Protoc, 8*(7), e14434. doi:10.2196/14434

Olson-Kennedy, J., Cohen-Kettenis, P. T., Kreukels, B. P., Meyer-Bahlburg, H. F., Garofalo, R., Meyer, W., & Rosenthal, S. M. (2016). Research priorities for gender nonconforming/transgender youth: gender identity development and biopsychosocial outcomes. *Curr Opin Endocrinol Diabetes Obes, 23*(2), 172-179. doi:10.1097/MED.0000000000000236

Olson-Kennedy, J., Warus, J., Okonta, V., Belzer, M., & Clark, L. F. (2018). Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. *JAMA Pediatr, 172*(5), 431-436. doi:10.1001/jamapediatrics.2017.5440

Palmert, M. R., & Dunkel, L. (2012). Clinical practice. Delayed puberty. *N Engl J Med, 366*(5), 443-453. doi:10.1056/NEJMcp1109290

Schagen, S. E. E., Wouters, F. M., Cohen-Kettenis, P. T., Gooren, L. J., & Hannema, S. E. (2020). Bone Development in Transgender Adolescents Treated With GnRH Analogues and Subsequent Gender-Affirming Hormones. *J Clin Endocrinol Metab, 105*(12). doi:10.1210/clinem/dgaa604

Smith, Y. L., van Goozen, S. H., & Cohen-Kettenis, P. T. (2001). Adolescents with gender identity disorder who were accepted or rejected for sex reassignment surgery: a prospective follow-up study. *J Am Acad Child Adolesc Psychiatry, 40*(4), 472-481. doi:10.1097/00004583-200104000-00017

Sood, R., Chen, D., Muldoon, A. L., Chen, L., Kwasny, M. J., Simons, L. K., . . . Jordan, S. W. (2021). Association of Chest Dysphoria With Anxiety and Depression in Transmasculine and Nonbinary

**Formatted:** Dutch (Belgium)

BOEAL_WPATH_020846

Adolescents Seeking Gender-Affirming Care. *J Adolesc Health.* doi:10.1016/j.jadohealth.2021.02.024



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020847

## Re: Attached revised Child chapter

**From:** ███████████████████████████

**To:** ███████████████ Eli Coleman < ████████ >

**Cc:** ██████████████████████████████████████

**Date:** Sat, 07 May 2022 10:02:28 -0400

**Attachments:** Revised sent 4-25 ██████ et al SOC8 child chapter subsection .docx (109.85 kB)

Dear ██████
Thanks a lot for sending us the next draft of the child chapter. This has now been reviewed by the chairs.

We all think that the chapter reads beautifully and that you have done a great job, thanks for all the hard work particularly during such a difficult time for you.

Our comments are particularly related to two main issue:

1. The change from gender diverse children to TGD children. Please see our comments. Gender diverse is also the term that the adolescent chapter is using. We don't agree with this change, the delphi statements were all with gender diverse and we cant modify this. Please see comments from asa and eli about this too in the file. Please do change it back to gender diverse.

2. We are reviewing all the statements in the SOC-8 to make sure that there is enough evidence in the text to support a strong recommendation. We don't agree that some statements in your chapter should be "recommend", they should be "suggest" as the text does not provide enough strong evidence. We would like for these statements to change to "suggest"

Can you please make any changes using tracker change and send it back to us. I have accepted the changes (most of them) that we were happy with  and leave the ones with did not agree which are mainly related to TGD.

We would like to get the next draft by the 13th of May at the latest, it should not take long to make the changes suggested. We have now most of the chapters finished and we need to send the whole SOC-8 to the editor again at the end of May, so we will be grateful for your speeding work on it.
Kind regards



BOEAL_WPATH_127273



**From:** ▮
**Date:** Friday, 29 April 2022 at 18:34
**To:** Eli Coleman <▮>
**Cc:** ▮
**Subject:** Re: Attached revised Child chapter

I have received some suggested edits from a few chapter authors that I will integrate. This should be a track changes version. I think I explained that somehow track hangers wasn't working for the first page or two but I made every few changes- I think just to the terminology section, explaining we would use TGD terminology.

Sent from my iPad

On Apr 29, 2022, at 12:15 PM, Eli Coleman <▮> wrote:

Thank you ▮ Can we please have a track change version?

Best,

Eli

On Mon, Apr 25, 2022 at 3:10 PM ▮> wrote:

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_127274

Hi All,
I am attaching the revised child chapter.  I sent it to the other authors last week and asked them to get back to me with any requested edits by today but have only heard back from one person who had no requested changes.  I think it would be helpful if you reviewed it as well, so it can be finalized.  Here are some bullet points:

1. I started editing the chapter and realized that for the first page or so track changes were not on. I am sorry about that.  Please read those pages carefully--I did not make a whole lot of modifications to those sections but did change the section on terminology and now use TGD throughout. I made some other minor changes as well. I used track changes for all other edits.

2. I changed the language throughout to TGD (from gender diverse) in the practice statements.

3. I deleted the word "should " from most practice statements, as I did not think those deletions changed the meaning of the statements  and I believe the statements read more smoothly with this modification.

4.I made other minor changes throughout, particularly minimizing or completely deleting the term "exploratory therapy".

5. Based on comments, I revised the social transition section and I think it is much improved now.  I  added something about how a TGD child who does not does not socially transition may also be bullied and ostracized ---because they may not meet socially prescribed expectations for a person of their gender.

6. ▮▮▮ and I edited the sections referring to ASD and neurodivergent youth and we very slightly changed the terminology in the practice statement (from neurodiverse to neurodivergent) to match the chapter but not in a way that I think modifies the meaning of the statement.

Best to All,



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_127275

This message and any attachment are intended solely for the addressee and may contain confidential information. If you have received this message in error, please contact the sender and delete the email and attachment.

PAGE

# CHAPTER 8

# CHILDREN

**Introduction**

These standards of care pertain to prepubescent gender diverse children.  They are based on research, ethical principles, and accumulated expert knowledge. The principles underlying these standards include the following: 1) childhood gender diversity is an expected aspect of general human development (Endocrine Society and Pediatric Endocrine Society, 2020; Telfer et al., 2018); 2) childhood gender diversity is not a pathology or mental health disorder (Endocrine Society and Pediatric Endocrine Society, 2020;  Oliphant et al., 2018; Telfer et al., 2018); 3) diverse gender expressions in children cannot always be assumed to reflect a transgender identity or gender incongruence (Ehresaft, 2016; Ehrensaft, 2018; Rae et al., 2019); 4) guidance from mental health professionals with expertise in gender care for children can be helpful in supporting positive adaptation as well as discernment of gender-related needs over time (APA,   2015; Ehrensaft, 2018; Maplas et al., 2018; Telfer et al., 2018); 5) conversion therapies for gender diversity in children (i.e., any  "therapeutic" attempts to compel a gender diverse child through words and/or actions to identify with, or behave in accordance with, the gender associated with the sex assigned at birth) are harmful and we repudiate their use  (APA, 2021; Ashley, 2019a, Paré, 2020; SAMHSA, 2015; Tefler e al, 2018; UN Human Rights Council, 2020).

Health care professional: Throughout the text, the term "health care professional" is used broadly to refer to professionals working with gender diverse children. Unlike pubescent youth and adults, prepubescent gender diverse children are not eligible to access medical intervention (Endocrine Society and Pediatric Endocrine Society, 2020); therefore, when professionals input is sought it is most likely to be from a clinician specialized in psychosocial supports and gender development. Thus, this chapter is uniquely focused on developmentally appropriate psychosocial practices, although other health care professionals such as pediatricians and family practice health care professionals may also find these standards useful as they engage in professional work with gender diverse children and their families.

Gender Diverse: This chapter employs the term transgender/gender diverse (TGD).  Given that gender trajectories in prepubescent children cannot be predicted and may evolve over time (Steensma et al., 2013a), we feel it is appropriate to include gender diverse youth as part of our terminology. TGD youth include transgender binary and non-binary children, as well as gender diverse children who will ultimately not be transgender. We also recognize that terminology is

Commented [1]: you have change the whole document and recommendations to use TGD, but here you use gender diverse children (which I personally think it is better)
Commented [ ]: agree
Commented [ ]: agree with using gender diverse
Commented [4]: as previous comment.
Commented [ ]: agree
Commented [6]: if that is the case, why use TGD everywhere in the recommendations? the recommendations will be not only for TGD children. the adolescent chapter uses gender diverse
Commented [ ]: this is now resolved

Commented [8]: now this is contradictory to the above, I think gender diverse is better.
Commented [9R8]: yes, please use GD
Commented [10]: I might delete all of this.
Commented [11R10]: change to GD and leave it here. That some GD youth might not be transgender is important. Removing it will lead to criticism

PAGE

inherently culturally bound and evolves over time. Thus, it is possible that terms used here may become outdated and/or offensive with time.

Within this chapter, we describe aspects of care intended to promote the well-being and gender-related needs of children. We advocate that everyone employs these standards, to the extent possible. We also understand that there may be situations or locations in which the recommended resources are not fully available. We urge health care professionals/teams lacking resources to continually work toward meeting these standards. However, if unavoidable limitations preclude components of these recommendations, this should not hinder providing the best services currently available. In those locations where some, but not all, recommended services exist, choosing not to implement potentially beneficial care services risks harm to a child (Murchison et al., 2016; Telfer et al., 2018; Riggs et al., 2020).  Overall, it is imperative to prioritize a child's best interests.

A vast empirical psychological  literature indicates that early childhood experiences frequently set the stage for lifelong patterns of risk and/or resilience, and contribute to a trajectory of development more or less conducive to well-being and positive quality of life (Anda, et al., 2010; Masten & and Cicchetti, 2010; Shonkoff & Garner, 2012). The available research indicates that, in general, TGD youth are at greater risk for experiencing psychological difficulties (Ristori & Steensma, 2016; Steensma et al., 2014) than age matched cisgender peers as a result of encountering destructive experiences, including trauma and maltreatment stemming from gender diversity-related rejection and other harsh, non-accepting interactions (Barrow & Apostle, 2018; Giovanardi et al., 2018; Gower et al., 2018; Gossman & D'Augelli, 2007; Hendricks & Testa, 2012; Reisner et al., 2015; Roberts et al., 2012; Tishelman & Mascis, 2018). Further, literature indicates that prepubescent children who are well accepted in their gender diverse identities are generally well-adjusted (Malpas et al., 2018; Olson et al., 2016).  Assessment and treatment of children typically emphasizes an *ecological* approach, recognizing that children need to be safe and nurtured in each setting they frequent (Belsky, 1993; Bronfenbrenner, 1979; Kaufman & Tishelman, 2018; Lynch & Cicchetti, 1998; Tishelman, et al., 2010; Zielinski & Bradshaw, 2006). Thus, our perspective, drawing on basic psychological literature and knowledge of the unique risks to TGD children, emphasizes the integration of an ecological approach to understanding their needs and to facilitating positive mental health in all gender care. This perspective prioritizes fostering well-being and quality of life for a child throughout their development.  Additionally, we also embrace the viewpoint, supported by the substantial psychological research cited above, that psychosocial gender affirming care (Hidalgo et al., 2013) for prepubescent children offers a window of opportunity to promote a trajectory of well-being that will sustain over time and during the transition to adolescence. This approach potentially can mitigate some of the common  mental health risks faced by transgender teens, as frequently described in literature (Chen et al., 2020; Edwards-Leeper et al., 2017; Haas et al., 2011; Leibowitz & De Vries, 2016; Reisner et al., 2015a; Reisner et al., 2015b).



Commented [12]: I don't think we need to keep saying prepubesent once defined.  Otherwise sometimes you use it and sometimes not

Commented ▮▮▮▮ agree. Maybe to state once this is prepubescent children and that is how it is used throughout

Commented [14]: not all teens are transgender.  I think here it would be appropriate to use TGN

Commented ▮▮▮▮: I: agree, ▮ means TGD

PAGE

We encourage health care professionals working with gender diverse children to strive to understand the child and family's various aspects of identity and experience: racial, ethnic, immigrant/refugee status, religious, geographic, and socio-economic, for example, and be respectful and sensitive to cultural context in clinical interactions (Telfer et al., 2018). Many factors may be relevant to culture and gender, including religious beliefs, gender-related expectations, and the degree to which gender diversity is accepted (Oliphant et al., 2018). Intersections between gender diversity, sociocultural diversity, and minority statuses can be sources of strength and/or social stress (Brown & Mar, 2018; Oliphant et al., 2018; Riggs & Treharne, 2016).

Each child, family member, and family dynamic is unique, and potentially encompasses multiple cultures and belief patterns. Thus, we urge health care professionals of all disciplines to avoid stereotyping based on pre-conceived ideas which may be incorrect or biased (e.g., that a family who belongs to a religious organization that rejects gender diversity will be rejecting of their child) (Brown & Mar, 2018). Instead, it is essential to approach each family openly and understand each family member and family pattern as distinct.

---

**Summary of Recommendations**

1) We recommend that health care professionals working with gender diverse TGD children receive training and have expertise in gender development and gender diversity in children, and general knowledge of gender diversity across the life span.

2) We recommend that health care professionals working with gender diverse children receive theoretical and evidenced-based training and develop expertise in general child and family mental health across the developmental spectrum.

3) We recommend that health care professionals working with gender diverse children receive training and develop expertise in autism spectrum disorders and other neurodiversity or collaborate with an expert with relevant expertise when working with autistic/neurodivergent, gender diverse children.

4) We recommend that health care professionals working with gender diverse children engage in continuing education related to gender diverse children and families.

5) We recommend that health care professionals conducting an assessment with gender diverse children access and integrate information from multiple sources as part of the assessment.

---

Commented [18]: here we dont use TGD

Commented [19]: my concern is that all the statements passed with the terminology gender diverse, do we know for sure that they will have passed with the terminology TGD?

Commented [ ]: should be consistently gender diverse children given the delphi statements and TGN is inappropriate.

Commented [21]: why was this changed again to TGD?

Commented [ ]: we have not accepted the change to TGD so it should be back to gender diverse

PAGE

6) We recommend that health care professionals conducting an assessment with gender diverse children consider relevant developmental factors, neurocognitive functioning and language skills.

7) We recommend that health care professionals conducting an assessment with gender diverse children consider factors that may constrain accurate reporting of gender identity/gender expression by the child and/or family/caregiver(s).

8) We recommend that health care professionals consider consultation and/or psychotherapy for a gender diverse child and family/caregivers when families and health care professional believe this would benefit the well-being and development of a child and/or family.

9) We recommend that health care professionals offering consultation and/or psychotherapy to gender diverse children and families/caregivers work with other settings and individuals important to the child in order to promote the child's resilience and emotional well-being.

10) We recommend that health care professionals offering consultation and/or psychotherapy to gender diverse children and families/caregivers provide both with age appropriate psycho-education about gender development.

11) We recommend that health care professionals provide information to gender diverse children and their families/caregivers as the child approaches puberty about potential gender affirming medical interventions, the effects of these treatments on future fertility, and options for fertility preservation.

12) We recommend that parents/caregivers and health care professionals respond supportively to children who desire to be acknowledged as the gender that matches their internal sense of gender identity.

13) We recommend health care professionals and parents/caregivers support children to continue to explore their gender throughout the pre-pubescent years, regardless of social transition.

14) We recommend health care professionals discuss the potential benefits and risks of a social transition with families who are considering it.

15) We recommend health care professionals consider working collaboratively with other

BOEAL_WPATH_127281

PAGE

> professionals and organizations to promote well-being of gender diverse children and minimize adversities they may face.

All of these recommendations are based on the integration of background literature and the extensive expertise of a carefully selected group of experts. The field of child gender diversity is relatively new and burgeoning; in some cases empirical research evidence is limited, yet strong recommendations can be made based on synthesizing general literature on child development, research and scholarship related to gender diverse children, and expert knowledge.

**Statement 1**
**We recommend that health care professionals working with ~~gender diverse~~TGD children receive training and have expertise in gender development and gender diversity in children, and general knowledge of gender diversity across the life span.**

Health care professionals working with gender diverse children should acquire and maintain the necessary training and credentials relevant to the scope of their role as professionals. This includes licensure and/or certification by appropriate national and/or regional accrediting bodies. We recognize that specifics of credentialing and regulation of professionals vary globally. Importantly, basic licensure and/or certification may be insufficient in and of itself for work with ~~gender diverse~~TGD children, as health care professionals specifically require in-depth training and supervised experience in childhood gender development and gender diversity in order to provide appropriate care.

**Statement 2**
**We recommend that health care professionals working with ~~gender diverse~~TGD children receive theoretical and evidenced-based training and develop expertise in general child and family mental health across the developmental spectrum.**

Health care professionals should receive training and supervised expertise in general child and family mental health across the developmental spectrum from toddlerhood through adolescence, including evidence-based assessment and intervention approaches.  Gender diversity is not a mental health disorder; however, as cited above, we know that mental health can be adversely impacted for ~~gender diverse~~TGD children (e.g., through gender minority stress) (Hendricks & Testa, 2012) which may benefit from exploration and support; therefore, mental health expertise is highly recommended. Working with children is a complex endeavor, involving an understanding of a child's developmental needs at various ages, the ability to comprehend the forces impacting a child's well-being both inside and outside the family (e.g., Kaufman & Tishelman, 2018) and an ability to fully assess when a child is unhappy or experiencing significant mental health difficulties, related or unrelated to gender.  Research has indicated high levels of adverse experiences and

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_127282

PAGE

trauma in the ~~gender diverse~~TGD community of youth, including susceptibility to rejection or even maltreatment (APA, 2015; Barrow & Apostle, 2018; Giovanardi et al, 2018; Reisner et al., 2015; Roberts et al., 2012; Tishelman & Mascis, 2018). Health care professionals need to be cognizant of the potential for adverse experiences and be able to initiate ameliorating interventions in order to prevent harm and promote positive well-being.

**Statement 3**

**We recommend that health care professionals working with gender diverse children receive training and develop expertise in autism spectrum disorders and other neurodiversity or collaborate with an expert with relevant expertise when working with autistic/neurodivergent, ~~gender diverse~~TGD children.**

The experience of gender diversity in autistic children, as well as in children with other forms of neurodivergence may present extra clinical complexities (de Vries et al., 2010; Strang et al., 2018a). For example, autistic children may find it difficult to self-advocate for their gender-related needs and may communicate in highly individualistic ways (Kuvalanka, et al., 2018; Strang et al., 2018b). They may have varied interpretations of gender-related experiences, given common differences in communication and thinking style. Because of the unique needs of TGD neurodivergent children, they may be at high risk for being misunderstood (i.e., for their communications to be misinterpreted). Therefore, professionals providing support to these children can best serve them by receiving training and developing expertise in autism and related neurodevelopmental presentations, and/or collaborating with autism specialists (Strang et al., 2018a). Such training is especially relevant as research has documented higher rates of autism among gender diverse youth than in the general population (de Vries et al., 2010; Hisle-Gorman et al., 2019; Shumer et al, 2015).

**Statement 4**

**We recommend that health care professionals working with ~~gender diverse~~TGD children engage in continuing education related to gender diverse children and families.**

Continuing professional development ~~on gender diverse~~regarding TGD children and families may be acquired through various means, including through readings (journal articles, books, websites associated with gender knowledgeable organizations), attending on-line and in person trainings, and joining peer supervision/consultation groups (Bartholomaeus et al., 2021).

Continuing education includes: 1) maintaining up-to-date knowledge of available and relevant research on gender development and gender diversity in prepubescent children and gender diversity across the life span; 2) maintaining current knowledge regarding best practices for

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_127283

PAGE

assessment, support, and treatment approaches with ~~gender diverse~~TGD children and families. This is a relatively new area of practice and health care professionals need to adapt as new information emerges through research and other avenues (Bartholomaeus et al., 2021).

**Statement 5**

**We recommend that health care professionals conducting an assessment with ~~gender diverse~~ TGD children access and integrate information from multiple sources as part of the assessment.**

A comprehensive assessment, when requested by a family, can be useful for developing intervention recommendations, as needed, to benefit the well-being of the child and/or other family members. This type of assessment is not mandated or necessary for all TGD children. However, it can be beneficial in a variety of situations when a child and/or their family feels that mental health supports would be helpful, with a provider who meets the specifications for expertise as outlined above. Neither assessment nor intervention should ever be used as a means of covertly or overtly discouraging a child's TGD expressions or identity. Instead, with appropriately trained providers, assessment can be an effective means of better understanding how to support a child and their family without privileging any particular gender identity or expression.

~~This form~~A comprehensive assessment is common when first forming an individualized plan to assist a ~~gender diverse~~TGD prepubescent child and family members (De Vries & Cohen-Kettenis, 2012; Malpas, et al., 2018; Telfer et al., 2018; Tishelman & Kaufman, 2018; Steensma & Wensing-Kruger, 2019). In such an assessment, integrating information from multiple sources is important in order to: 1) best understand the child's gender needs and make recommendations; 2) identify areas of child, family/caregiver, and community strengths and supports specific to the child's gender status and development, as well as risks and concerns for the child, their family/caregivers and environment. Multiple informants, for both evaluation and support/intervention purposes, may include: child, parents/caregivers, extended family members, siblings, school personnel, health care professionals, community, broader cultural and legal contexts, and/or other sources as indicated (Berg & Edwards-Leeper, 2018; Srinath, 2019)

A health care professional conducting an assessment of gender diverse children needs to explore gender-related issues, but also take a broad view of the child and environment, consistent with the ecological model described above (e.g., Bronfenbrenner, 1979) in order to fully understand the factors impacting a child's well-being and areas of gender support and risk (Hendricks & Testa, 2012; Kaufman & Tishelman, 2018; Berg & Edwards-Leeper, 2018; Tishelman & Mascis, 2018; Whyatt-Sames, 2017). This includes understanding strengths and challenges for the child, family and in the environment. We ~~suggest~~advise that health care professionals conducting an assessment with ~~gender diverse~~TGD children consider incorporating multiple assessment domains, depending

**Commented [23]:** you are clearly arguing that this is a Suggest recommendation.

**Commented [█]:** : agree this should be "suggest"

**Commented [█]:** : agree

**Commented [26]:** clearly this does not meet the global requirement - and so should be suggest

PAGE

on the child and family's needs and circumstances. Although some of the latter listed domains below do not directly address the child's gender (items 7-12), they need to be accounted for in a gender assessment, as indicated by clinical judgment, in order to understand the complex web of factors that may be impinging on the child's well-being in an integrated fashion, including gender health, consistent with evaluation best practices a (e.g., APA, 2015; Berg & Edwards-Leeper, 2018; Malpas et al., 2018) and develop a multi-pronged intervention when needed.

Summarizing from relevant research and clinical expertise, assessment domains often include: 1) a child's asserted gender identity and gender expression, currently and historically; 2) evidence of dysphoria and/or gender incongruence; 3) strengths and challenges related to the child, family, peer and other's beliefs and attitudes about gender diversity, acceptance and support for child; 4) child and family experiences of gender minority stress and rejection and/or hostility due to the child's gender diversity; 5) level of support related to gender diversity in social contexts (school, faith community, extended family, etc.); 6) evaluating conflict regarding child's gender and/or parental/caregiver/sibling concerning behavior related to the child's gender diversity; 7) child mental health, communication and/or cognitive strengths and challenges, neurodivergence, and/or behavioral challenges causing significant functional difficulty; 8) relevant medical and developmental history; 9) areas that may pose risk (e.g., exposure to domestic and/or community violence, any form of child maltreatment; history of trauma; safety and/or victimization with peers or in any other setting; suicidality); 10) co-occurring significant family stressors, such as chronic or terminal illness, homelessness or poverty ; 11) parent/caregiver and/or sibling mental health and/or behavioral challenges causing significant functional difficulty; 12) child and family's strengths, and challenges.

A thorough assessment incorporates multiple forms of information gathering is helpfully for understanding the needs, strengths, protective factors, and risks for a specific child and family, across environments (e.g., home/school). Methods of information gathering often include: 1) interviews with child, family members and others (e.g., teachers), structured and unstructured; 2) caregiver and child completed standardized measures related to: gender; general child well-being; child cognitive and communication skills and developmental disorders/disabilities; support and acceptance by parent/caregiver, sibling, extended family and peers; parental stress; history of childhood adversities; and/or other issues as appropriate (APA, 2020; Berg & Edwards-Leeper, 2018; Kaufman & Tishelman, 2018; Srinath, 2019).

Depending on the family characteristics and/or the developmental profile of the child, methods of information gathering also may also benefit from including the following: 1) child and/or family observation, structured and unstructured; 2) structured and visually supported assessment techniques (worksheets; self-portraits; family drawings, etc.); and 3) child play assessment (Berg & Edwards-Leeper, 2018).

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                   BOEAL_WPATH_127285

PAGE

**Statement 6**

**We recommend that health care professionals conducting an assessment with ~~gender diverse~~ TGD children consider relevant developmental factors, neurocognitive functioning and language skills.**

Given the complexities of assessing young children who, unlike adults, are in the process of development across a range of domains (cognitive, social, emotional, physiological), it is important to consider the developmental status of a child and gear assessment modalities and interactions to the individualized abilities of the child. This includes tailoring the assessment to a child's developmental stage and abilities (preschoolers, school age, early puberty prior to adolescence), including using language and assessment approaches that prioritize a child's comfort, language skills, and means of self-expression (Berg & Edwards-Leeper, 2018; Srinath, 2019). For example, relevant developmental factors, such as neurocognitive differences (e.g., autism spectrum conditions), and receptive and expressive language skills should be taken into account in conducting the assessment. Health care professionals may need to consult with specialists for guidance in cases in which they do not have the specialized skills themselves (Strang et al., 2020).

**Statement 7**

**We recommend that health care professionals conducting an assessment with ~~gender diverse~~TGD children consider factors that may constrain accurate reporting of gender identity/gender expression by the child and/or family/caregiver(s).**

Health care professionals conducting an assessment with ~~gender diverse~~TGD children and families need to account for developmental, emotional, and environmental factors that may constrain a child's, caregiver's, sibling or other's report or influence their belief systems related to gender (Riggs and Bartholomaeus, 2018). As with all child psychological assessments, environmental and family/caregiver reactions (e.g., punishment), and/or cognitive and social factors may influence a child's comfort and/or ability to directly discuss certain factors, including gender identity and related issues (Srinath, 2019). Similarly, family members may feel constrained in freely expressing their concerns and ideas, depending on family conflicts or dynamics and/or other influences (e.g., cultural/religious; extended family pressure, etc.) (Riggs & Bartholomaeus, 2018).

**Statement 8**

**We recommend that health care professionals consider consultation and/or psychotherapy for a gender diverse child and family/caregivers when families and health care professionals believe this would benefit the well-being and development of a child and/or family.**



Commented [27]: If this is a recommendation - should not be a "consider" Better make this a suggest "we suggest ....consult

Commented [28]: I would make this suggest as above. and simply say we suggest...consultation and /or psychotherapy

Commented [____]: the explication certainly explains the reasons for suggest rather than recommend.

Commented [____] agree this should be "suggest"

Commented [____] Agree with suggest

PAGE

The goal of psychotherapy should never be aimed at modifying a child's gender identity (APA, 2021; Ashley, 2019a; Paré, 2020; SAMHSA, 2015; Turban et al., 2019a; UN Human Rights Council, 2020) either covertly or overtly.

While not ot all gender divers~~TGD~~ children, or their families, need input from mental health professionals, as gender diversity is not a mental health disorder (Endocrine Society and Pediatric Endocrine Society, 2020; Telfer et al., 2018), it is often appropriate and helpful to seek psychotherapy when there is distress or concerns expressed by parentsto improve psychosocial health and prevent further distress (APA 2015). Some of the common reasons for considering psychotherapy for a TGD prepubescent child and family include the following. A child: 1) is demonstrating significant conflicts, confusion, stress or distress about their gender identity, or needs a protected space to explore their gender (Ehrensaft, 2018; Spivey and Edwards-Leeper, 2019; 2) is experiencing external pressure to express their gender in a way that conflicts with their self-knowledge, desires and beliefs (APA, 2015; Turban et al., 2019b); 3) is struggling with mental health concerns, related to or independent of their gender (Barrow & Apostle, 2018); 4) would benefit from strengthening their resilience in the face of negative environmental responses to their gender identity or presentation (Craig & Auston, 2018; Malpas et al., 2018); 5) may be experiencing mental health and/or environmental concerns, including family system problems, which can be misinterpreted as gender congruence or incongruence (Berg & Edwards-Leeper, 2018); 6) expresses a desire to meet with a mental health professional to get gender related support. In these situations, the psychotherapy will focus on supporting the child with the understanding that the child's parent(s)/caregiver(s) and potentially other family members will be included as necessary (APA, 2015; Ehrensaft, 2018; McLaughlin & Sharp, 2018). Unless contraindicated, it is extremely helpful for parents/guardians to participate in some capacity in the psychotherapy process involving prepubescent children, as family factors are often central to a child's well-being. Although relatively unexplored in research involving TGD prepubescent youth, it may be important to attend to the relationship between siblings and the TGD child (Parker & Davis-McCabe, 2021; Pariseau et al, 2019).

Health care professionals should employ interventions tailor-made to the individual needs of the child that are designed to: 1) foster protective social and emotional coping skills to promote resilience in the face of potential negative reactions to the child's gender identity and/or expressions (Spencer, Berg et al., 2021; Craig & Auston, 2016; Malpas et al., 2018); 2) collaboratively problem-solve social challenges to reduce gender minority stress (Barrow & Apostle, 2018; Tishelman and Mascis, 2018); 3) strengthen environmental supports for the child and/or members of immediate and extended family (Kaufman & Tishelman, 2018); and 4) provide the child an opportunity to further understand their internal gender experiences (APA, 2015; Barrow& Apostle, 2018; Ehrensaft, 2018 Malpas et al., 2018; McLaughlin & Sharp, 2018). It is helpful for health care professionals to develop a relationship that can endure over time as needed.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    BOEAL_WPATH_127287


PAGE

This enables the child/family to establish a long-term trusting relationship throughout childhood where the health care professional can offer support and guidance as a child matures, and as potentially different challenges or needs emerge for the child/family (Spencer, Berg, et al., 2021; Murchison et al., 2016). In addition to the above and within the limits of available resources, when a child is neurodivergent, a health care professional who has the appropriate skill set to address both neurodevelopmental differences and gender is most appropriate (Strang et al., 2020).

As outlined in the literature, there are numerous reasons that parents/caregivers, siblings, and/or extended family members of a prepubescent child may find it useful to seek psychotherapy for themselves (Ehrensaft, 2018; Malpas et al., 2018; McLaughlin & Sharp, 2018). Some of these common catalysts for seeking such treatment, as summarized below, occur when one or more *family members:* 1) desire education around gender development (Spivey & Edwards-Leeper, 2019); 2) are experiencing significant confusion or stress about the child's gender identity and/or expression (Ashley, 2019c; Ehrensaft, 2018); 3) need guidance related to emotional and behavioral concerns regarding the gender diverse child (Barrow & Apostle, 2018; 4) need support to promote affirming environments outside of the home (e.g., school, sports, camps, etc.) (Kaufman & Tishelman, 2018); 5) are seeking assistance to make informed decisions about social transition, including how to do so in a way that is optimal for a child's gender development and health (Lev & Wolf-Gould, 2018); 6) are seeking guidance for dealing with condemnation from others regarding their support for their gender diverse child (negative reactions directed toward parents/caregivers can sometimes include rejection and/or harassment/abuse from the social environment arising from affirming decisions) (Hidalgo and Chen, 2019); 7) are seeking to process their own emotional reactions and needs about their child's gender identity, including grief about their child's gender diversity, and/or potential fears or anxieties for their child's current and future well-being (Pullen Sansfaçon et al., 2019); and 8) are emotionally distressed and/or in conflict with other family members regarding the child's gender diversity (as needed, health care professionals can provide separate sessions for parents/caregivers, siblings and extended family members for support, guidance, and/or psychoeducation) (Pullen Sansfaçon et al., 2019; McLaughlin & Sharp, 2018; 19; Spivey & Edwards-Leeper, 2019).

**Statement 9**

**We recommend that health care professionals offering consultation and/or psychotherapy to ~~gender diverse~~ TGD children and families/caregivers work with other settings and individuals important to the child in order to promote the child's resilience and emotional well-being.**

Consistent with the ecological model described above and as appropriate based on individual/family circumstances, it can be extremely helpful for health care professionals toprioritize coordination with important others (e.g. teachers, coaches, religious leaders, etc) in a

PAGE

child's life to promote emotional and physical safety across settings (e.g. school settings, sports and other recreational activities, faith-based involvement, etc.) (Kaufman & Tisheman, 2018). Therapeutic and/or support groups are often recommended as a valuable resource for families/caregivers and/or gender diverse children themselves (Coolhart, 2018; Horton et al., 2021; Malpas, et al., 2018; Murchison et al., 2016).

**Statement 10**

**We recommend that health care professionals offering consultation and/or psychotherapy to gender diverseTGD children and families/caregivers provide both with age appropriate psycho-education about gender development.**

Parents/caregivers and their gender diverseTGD child should have the opportunity to develop knowledge regarding ways in which families/caregivers can best support their child to maximize resilience, self-awareness, and functioning (APA, 2015; Ehrensaft, 2018; Malpas, 2018; Spivey & Edwards-Leeper, 2019). It is neither possible nor the role of the health care professional to predict with certainty the child's ultimate gender identity; instead, the health care professional's task is to provide a safe space for the child's identity to develop and evolve over time without attempts to prioritize any particular developmental trajectory with regard to gender (APA, 2015; Rae Spivey & Edwards-Leeper, 2019). Gender diverseTGD children and early adolescents have different needs and experiences than older adolescents, socially and physiologically, and those differences should be reflected in the individualized approach that health care professionals provide to each child/family (Keo-Meir & Ehrensaft, 2018; Spencer, Berg et al., 2021).

Parents/caregivers and their children should also have the opportunity to develop knowledge about gender development and gender literacy through age-appropriate psychoeducation (Berg & Edwards-Leeper, 2018; Rider et al., 2019; Spencer, Berg, et al., 2021). Gender literacy involves understanding the distinctions between sex designated at birth, gender identity, and gender expression, including the ways in which these three factors uniquely come together for a child) (Berg & Edwards-Leeper, 2018; Rider et al., 2019; Spencer, Berg, et al., 2021). As a child gains gender literacy, they begin to understand that their body parts do not necessarily define their gender identity and/or their gender expression (Berg & Edwards-Leeper, 2018; Rider et al., 2019; Spencer, Berg, et al., 2021). Gender literacy also involves learning to identify messages and experiences related to gender within society. As a child gains gender literacy, they may view their developing gender identity and gender expression more positively, promoting resilience and self-esteem, and diminishing risk of shame in the face of negative messages from the environment. Gaining gender literacy through psychoeducation may also be important for siblings and/or extended family members who are important to the child (Rider et al., 2019; Spencer, Berg, et al., 2021).

**Statement 11**

PAGE

**We recommend that health care professionals provide information to ~~gender diverse~~TGD children and their families/caregivers as the child approaches puberty about potential gender affirming medical interventions, the effects of these treatments on future fertility, and options for fertility preservation.**

   As a child matures and approaches puberty, health care professionals should prioritize working with children and their parents/caregivers to integrate psychoeducation about puberty, engage in shared decision-making about potential gender-affirming medical interventions, and discuss fertility-related and other reproductive health implications of medical treatments (Nahata, Quinn & Tishelman, 2018; Spencer, Berg et al., 2021). Although only limited empirical research exists to evaluate such interventions, expert consensus and developmental psychological literature generally support the notion that open communication with children about their bodies, and preparation for physiological changes of puberty, combined with gender affirming acceptance, will promote resilience and help to foster positive sexuality as a child matures into adolescence (Spencer, Berg, et al., 2019). All of these discussions may be extended (e.g., starting earlier) for neurodivergent children, to ensure enough time for reflection and understanding, especially as choices regarding future gender affirming medical care potentially arise (Strang et al., 2018). These discussions could include the following topics:

- Review of body parts and their different functions
- The ways in which a child's body may change over time with and without medical intervention
- The impact of medical interventions on later sexual functioning and fertility
- The impact of puberty suppression on potential later medical interventions
- Acknowledgment of the current lack of clinical data in certain areas related to the impacts of puberty blockers
- The importance of appropriate sex education prior to puberty

These discussions should employ developmentally appropriate language and teaching styles, and be geared to the specific needs of each individual child (Spencer, Berg, et al., 2021).

**Statement 12**

**We recommend that parents/caregivers and health care professionals respond supportively to children who desire to be acknowledged as the gender that matches their internal sense of gender identity.**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PAGE

Gender social transition refers to a process by which a child is acknowledged by others and has the opportunity to live publicly, either in all situations or in certain situations, in the gender identity they affirm and has no singular set of parameters (Ehrensaft, et al., 2018).

Gender social transition has often been conceived in the past as binary—a girl transitions to a boy, a boy to a girl. The concept has expanded to include children who shift to a non-binary or individually shaped iteration of gender identity (Clark et al., 2018; Chew, et al., 2020). Newer research indicates that social transition may serve a protective function for some prepubescent youth, and serve to foster positive mental health and well-being (e.g., Durwood et al., 2017; Olson et al., 2016; Gibson et al., 2021). Thus, recognition that a child's gender may be fluid and develop over time (Edwards-Leeper et al., 2016; Ehrensaft, 2018; Steensma et al., 2013) is not sufficient justification to negate or deter a social transition in a prepubescent child when it would be beneficial. Gender identity exploration may continue even after a social transition (Ashley, 2019b; Edwards-Leeper, et al., 2018; Ehrensaft, 2020; Ehrensaft et al., 2018; Spivey & Edwards-Leeper, 2019). Although empirical data remains limited, existing research has indicated that youth who are most assertive about their gender diversity are most likely to persist in a diverse gender identity across time (Rae et al., 2019; Steensma et al., 2013b). Thus, when considering a social transition, we suggest that parents/caregivers and health care professionals pay particular attention to children who consistently articulate a gender identity that does not match the sex designated at birth. This includes those children who may explicitly request or desire a social acknowledgement of the gender that better matches the child's articulated gender identity, and/or children who exhibit distress when their gender as they know it is experienced as incongruent with the sex designated at birth (Rae et al., 2019; Steensma et al., 2013).

Although there is a dearth of empirical literature regarding best practices related to the social transition process, clinical literature and expertise provides the following guidance, prioritizing a child's best interests (Ashley, et al., 2019b; Ehrensaft, 2018; Ehrensaft et al, 2018; Murchison et al., 2016; Telfer et al., 2018): 1) social transition should originate from the child and reflect the child's wishes in the process of making the decision to initiate a social transition; 2) a health care professional may assist exploring the advantages/benefits, plus potential challenges of social transition; 3) social transition may best occur in all or in specific contexts/settings only (e.g., school, home);  4) a child may or may not choose to disclose to others that they have socially transitioned, or may designate, typically with the help of their parents/caregivers, a select group of people with whom they share the information.

In summary, social transition, when it takes place, is likely to best serve a child's well-being when it takes place thoughtfully and individually for each child. A child's social transition (and gender as well) may evolve over time and is not necessarily static (Ehrensaft et al., 2018).

Social transition can include one or more of a number of different actions consistent with a child's affirmed gender (Ehrensaft et al., 2018), including:

- Name change

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_127291

PAGE

- Pronoun change
- Change in sex/gender markers (e.g., birth certificate; identification cards; passport; school and medical documentation; etc.)
- Participation in gender-segregated programs (e.g., sports teams; recreational clubs and camps; schools; etc.)
- Bathroom and locker room use
- Personal expression (e.g., hair style; clothing choice; etc.)
- Communication of affirmed gender to others (e.g., social media; classroom or school announcements; letters to extended families or social contacts; etc.)

**Statement 13**

**We recommend that health care professionals and parents/caregivers support children to continue to explore their gender throughout the pre-pubescent years, regardless of social transition.**

It is important that children who have engaged in a social transition be afforded opportunities to continue considering meanings and expressions of gender throughout their childhood years (Ashley 2019b; Spencer, Berg, et al., 2021). However, not all children wish to explore their gender (Telfer et al., 2018). Cisgender children are not expected to undertake this exploration and therefore attempts to force this with a gender diverse child, if not indicated or welcomed, can be experienced as pathologizing and cisnormative (Ansara & Hegarty, 2012; Bartholomaeus et al., 2021; Oliphant et al, 2018).

**Statement 14**

**We recommend health care professionals discuss the potential benefits and risks of a social transition with families who are considering it.**

Social transition in prepubescent children consists of a variety of choices, can occur as a process over time, is individualized based on both a child's wishes and other psychosocial considerations (Ehrensaft, 2018), and is a decision where possible benefits and risks should be weighted and discussed.

A social transition may have potential benefits, as outlined in clinical literature (e.g., Ehrensaft et al., 2018) and supported by research (Fast & Olson, 2018; Rae et al., 2019). These include facilitating gender congruence while reducing gender dysphoria, and enhancing psychosocial

> **Commented [32]:** for a recommendation - this is thinly explicated. can you say more - this is critical. - the next sentence doesn't really address the recommendation - which is fine but some thing is missing here.
>
> **Commented [■■■■]:** agree

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_127292

PAGE

adjustment and well-being (e.g., Ehrensaft et al., 2018). Studies have indicated that socially transitioned gender diverse children largely mirror the mental health characteristics of age matched cisgender siblings and/or peers (Durwood et al., 2017). These findings differ markedly from the mental health challenges consistently noted in prior research with gender diverse children and adolescents (Barrow & Apostle, 2018) and suggest that the impact of social transition may be positive. Additionally, social transition for children typically can only take place with the support and acceptance of parents/caregivers, which has also been demonstrated to facilitate well-being in prepubescent youth (Durwood et al., 2021; Malpas et al., 2018; Pariseau et al., 2019), although other forms of support have also been identified as important (Durwood et al., 2021; Turban et al., 2021). Health care professionals should discuss the potential benefits of a social transition with children and families in situations in which:

1) there is a consistent, stable articulation of a gender that is incongruent from the sex assigned at birth (Fast & Olson, 2018).This should be differentiated from gender diverse expressions/behaviors/interests (e.g. playing with toys, expressing oneself through clothing or appearance choices, and/or engaging in activities socially defined and typically associated with the other gender in a binary model of gender) (Ehrensaft, 2018; Ehrensaft et al., 2018).

2) the child is expressing a strong desire or need to transition to the gender they have articulated as being their authentic gender (Ehrensaft et al., 2018; Fast & Olson, 2018; Rae et al., 2019).

3) the child will be emotionally and physically safe during and following transition (Brown & Mar, 2018). Prejudice and discrimination should be considerations taken into account, especially in localities where acceptance of gender diversity is limited or prohibited (Brown & Mar, 2018; Hendricks & Testa, 2012; Turban et al., 2021). Of note, there can also be possible risks to a TGD child who does not socially transition, including being ostracized or bullied for being perceived as not conforming to prescribed community gender roles and/or socially expected patterns of behavior.

To promote gender health, the health care professional should discuss the potential benefits and risks of a social transition. One risk often expressed relates to fear that a child will preclude considering the possible evolution of their gender identity as they mature, or be reluctant to initiate another gender transition even if they no longer feel that their social transition matches their current gender identity (Edwards-Leeper et al., 2016; Ristori & Steensma, 2016). Recent research, although limited, has found that some parents/caregivers of children who have socially transitioned may discuss the option of de-transitioning (reverting to an earlier gender expression) with their children and are comfortable about this possibility (Olson, et al., 2019). Another often identified social transition concern is that a child may suffer negative sequelae if they detransition (Chen et al., 2018; Edwards-Leeper et al., 2019; Steensma & Cohen-Kettenis, 2011). From this point of

Commented [34]: we go back to gender diverse here

BOEAL_WPATH_127293

PAGE

view, parents/caregivers should be aware of the potential developmental effect of a social transition in a child.

Health care professionals should provide guidance to parents/caregivers and supports to a child when a social gender transition is being considered or taking place, by: 1) providing consultation, assessment, and gender supports when needed and sought by the parents/caregivers; 2) aiding family members, as needed, to understand the child's desires for a social transition and the family members' own feelings about the child's expressed desires; 3) exploring with, and learning from, the parents/caregivers whether and how they believe a social transition would benefit their child both now and in their ongoing development; 4) providing guidance when parents/caregivers are not in agreement about a social transition and offering the opportunity to work together toward a consistent understanding of their child's gender status and needs;  5) providing guidance about safe and supportive ways to disclose their child's social transition to others and to facilitate their child transitioning in their various social environments (e.g., schools, extended family); 6) facilitating communication, when desired by the child, with peers about gender and social transition, as well as fortifying positive peer relationships; 7) providing guidance when social transition may not be socially accepted or safe, either everywhere or in specific situations, or when a child has reservations about initiating a transition despite their wish to do so;  there may be multiple reasons for reservations,  including fears and anxieties; 8) working collaboratively with family members and mental health professionals to facilitate a social transition in a way that is optimal for the child's unfolding gender development, overall well-being, and physical and emotional safety;  9) providing psychoeducation about the many different trajectories the child's gender may take over time, leaving pathways open to future iterations of gender for the child, and emphasizing that that there is no need to predict an individual child's gender identity in the future (Malpas et al., 2018;)

All of these tasks incorporate enhancing the quality of communication between the child and family members and providing an opportunity for the child to be heard and listened to by all family members involved.  These relational processes in turn facilitate the parents/caregivers' success in making informed decisions about the advisability and/or parameters of a social transition for their child (Malpas, et al., 2018).

One role of health care professionals is to provide guidance and support in situations in which children and parents/caregivers wish to proceed with a social transition, but conclude that the social environment would not be accepting of those choices, by: 1) helping parents/caregivers define and extend safe spaces in which the child can express their authentic gender freely; 2) discussing with parents/caregivers ways to advocate that increase the likelihood of the social environment being supportive in the future, if this is a realistic goal; 3) intervening as needed to help the child/family with any associated distress and/or shame brought about by the continued suppression of authentic gender identity and need for secrecy; 4) building both the child's and the family's resilience, instilling the understanding that if the social environment is having difficulty accepting a child's

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_127294

PAGE

social transition and affirmed gender identity, it is not because of some shortcoming in the child but because of insufficient gender literacy in the social environment (Ehrensaft et al., 2018).

**Statement 15**

**We recommend health care professionals to consider working collaboratively with other professionals and organizations to promote well-being of gender diverse children and minimize adversities they may face.**

> Commented [35]: this should be suggest
>
> Commented ████: the arguments in the explication clearly "suggest"

All children have the right to be supported and respected in their gender identities (Human Rights Campaign, 2018; Paré, 2020; SAMHSA, 2015). As noted above, gender diverse children are a particularly vulnerable group (Barrow & Apostle, 2018; Giovanardi et al., 2018; Gower et al., 2018; Gossman & D'Augelli, 2007; Hendricks & Testa, 2012; Reisner et al., 2015; Roberts et al, 2012; Tishelman & Mascis, 2018, Cohen-Kettenis et al., 2003, Ristori & Steensma, 2016 ). The responsibilities of health care professionals as advocates encompass acknowledging that social determinants of health are critical for marginalized minorities (Hendricks & Testa, 2012; Barrow & Mar, 2018). Advocacy is taken up by all health care professionals in the form of child and family support (APA, 2015; Malpas et al 2018). Some health care professionals may be called on to move beyond their individual offices or programs to advocate for gender diverse children in the larger community, often in partnership with stakeholders, including parents/caregivers, allies and youth (Kaufman & Tishelman, 2018; Lopez et al., 2017; Vanderburgh, 2009). These efforts may be instrumental in enhancing children's gender health and promoting their civil rights (Lopez et al., 2017).

Health care professionals voices may be essential in schools, in parliamentary bodies, in courts of law, and in the media (Kuvlanka et al., 2019; Lopez et al., 2017; Whyatt-Sames, 2017; Vanderburgh, 2009). In addition, health care professionals may have a more generalized advocacy role in acknowledging and addressing the frequent intentional and/or unintentional negating of the experience of gender diverse children that may be transmitted or communicated by adults, peers, and/or in media (Rafferty et al., 2018). Professionals who possess the skill sets and/or find themselves in appropriate situations can provide clear de-pathologizing statements on the needs and rights of gender diverse children, and on the damage caused by discriminatory and transphobic rules, laws and norms (Rafferty et al., 2018).

BOEAL_WPATH_127295

PAGE

**References**

American Psychological Association, (2021). APA Resolution on Gender Identity Change Efforts.

American Psychological Association, (2015). Guidelines for Psychological Practice with Transgender and Gender Nonconforming People. American Psychologist, 70 (9), 832-864. doi: 10.1037/a0039906

American Psychological Association, APA Task Force on Psychological Assessment and Evaluation Guidelines, (2020.) *APA Guidelines for Psychological Assessment and Evaluation*. Retrieved from https://www.apa.org/about/policy/guidelines-psychological-assessment-evaluation.pdf

Anda, Robert F., et al. (2010). Building a framework for global surveillance of the public health implications of adverse childhood experiences. *American Journal of Preventive Medicine* 39.1 (2010): 93-8.

Ansara, Y.G., Hegarty, P., (2012). Cisgenderism in psychology: pathologising and misgendering children from 1999 to 2008. *Psychology & Sexuality* 3, 137–160. https://doi.org/10.1080/19419899.2011.576696

Ashley, F., 2019a. Homophobia, conversion therapy, and care models for trans youth: defending the gender-affirmative approach. *Journal of LGBT Youth* 1–23. https://doi.org/10.1080/19361653.2019.1665610

Ashley, F., 2019b. Thinking an ethics of gender exploration: Against delaying transition for transgender and gender creative youth. *Clin Child Psychol Psychiatry* 24, 223–236. https://doi.org/10.1177/1359104519836462

Ashley, F., 2019c. Puberty Blockers Are Necessary, but They Don't Prevent Homelessness: Caring for Transgender Youth by Supporting Unsupportive Parents/guardians. *The American Journal of Bioethics* 19, 87–89. https://doi.org/10.1080/15265161.2018.1557277

Barrow, K. & Apostle, D. (2018). Addressing mental health conditions often experienced by transgender and gender expansive children. In: *The Gender Affirmative Model: An Interdisciplinary Approach to Supporting Transgender and Gender Expansive Children*. Keo-Meier, C. and Ehrensaft, D., (Eds). Washington, D.C: American Psychological Association, 71-84.

Bartholomaeus, C., Riggs, D.W., Sansfaçon, A.P., 2021. Expanding and improving trans affirming care in Australia: experiences with healthcare professionals among transgender young people and their parents/guardians. Health Sociology Review 30, 58–71. https://doi.org/10.1080/14461242.2020.1845223

Belsky, J. (1993). Etiology of child maltreatment: A developmental-ecological analysis. Psychological Bulletin, 114, 413–434.

Berg, D & Edwards-Leeper, L. (2018). Child and family assessment. In: *The Gender Affirmative Model: An Interdisciplinary Approach to Supporting Transgender and Gender Expansive Children*. Keo-Meier, C. and Ehrensaft, D., (Eds). Washington, D.C: American Psychological Association, 101-124.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_127296

PAGE

Bloom, TM, Nguyen, PT, Lami, F., Pace, CC, Poulakis, Z, Telfer, M, Taylor, A, Pang, CK, , Tollit, M.
    (202) Measurement tools for gender identity, gender expression, and gender dysphoria in transgender and gender-diverse children and adolescents: a systematic review, *The Lancet Child & Adolescent Health, 5 (8).*

Bronfenbrenner, U. (1979). Contexts of child rearing: Problems and prospects. American Psychologist, 34, 844–850.

Brown, E. & Mar, K. (2018). Culturally responsive practice with children of color. In: *The Gender Affirmative Model: An Interdisciplinary Approach to Supporting Transgender and Gender Expansive Children.* Keo-Meier, C. and Ehrensaft, D., (Eds). Washington, D.C: American Psychological Association, 55-69.

Chen, DC, Abrams, M, Clark, L., Ehrensaft, D., Tishelman, AC, Chan, YM, Garofalo, R., Olson-Kennedy, J., Rosenthal, SM, Hidalgo, MA. (2020). Psychosocial characteristics of transgender youth seeking gender-affirming medical treatment: Baseline findings from the Trans Youth Care Study. *Journal of Adolescent Health.* Online instead of print.

Chen, D., Edwards-Leeper, L., Stancin, T. & Tishelman, A.C. (2018). Advancing the practice of pediatric psychology with transgender youth: State of the science, ongoing controversies, and future directions. *Clinical Practice in Pediatric Psychology, 6* (1), 73-83.

Chew, D., Tollit, M.A., Poulakis, Z., Zwickl, S., Cheung, A.S., Pang, K.C., 2020. Youths with a non-binary gender identity: a review of their sociodemographic and clinical profile. Lancet Child Adolesc Health 4, 322–330. https://doi.org/10.1016/S2352-4642(19)30403-1

Clark, B.A., Veale, J.F., Townsend, M., Frohard-Dourlent, H., Saewyc, E., 2018. Non-binary youth: Access to gender-affirming primary health care. International Journal of Transgenderism 19, 158–169. https://doi.org/10.1080/15532739.2017.1394954

Cohen-Kettenis, P. T., Owen, A., Kaijser, V. G., Bradley, S. J., et al. (2003). Demographic characteristics, social competence, and problem behavior in children with gender identity disorder: A cross-national, cross-clinic comparative analysis. *Journal of Abnormal Child Psychology, 31,* 41-53.

Coolhart, D. (2018). Helping families move from distress to resilience. In: *The Gender Affirmative Model: An Interdisciplinary Approach to Supporting Transgender and Gender Expansive Children.* Keo-Meier, C. and Ehrensaft, D., (Eds). Washington, D.C: American Psychological Association, 71-84.

Craig, S.L., Austin, A., 2016. The AFFIRM open pilot feasibility study: A brief affirmative cognitive behavioral coping skills group intervention for sexual and gender minority youth. Children and Youth Services Review 64, 136–144. https://doi.org/10.1016/j.childyouth.2016.02.022

de Vries AL, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: the Dutch approach. J Homosex. 2012;59(3):301-20. doi: 10.1080/00918369.2012.653300. PMID: 22455322.

de Vries AL, Noens IL, Cohen-Kettenis PT, van Berckelaer-Onnes IA, Doreleijers TA. (2010)

PAGE

Autism spectrum disorders in gender dysphoric children and adolescents. J Autism Dev Disord. 2010 Aug;40(8):930-6.

Durwood, L., Eisner, L., Fladeboe, K., Ji, C.G., Barney, S., McLaughlin, K.A., Olson, K.R., 2021. Social Support and Internalizing Psychopathology in Transgender Youth. J Youth Adolesc. https://doi.org/10.1007/s10964-020-01391-y

Durwood, L., McLaughlin, K.A., Olson, K.R., 2017. Mental Health and Self-Worth in Socially Transitioned Transgender Youth. J Am Acad Child Adolesc Psychiatry 56, 116-123.e2. https://doi.org/10.1016/j.jaac.2016.10.016

Edwards-Leeper, L., Feldman, H.A., Lash, B.R., Shumer, D.E., & Tishelman, A.C. (2017). Psychological profile of the first sample of transgender youth presenting for medical intervention in a U.S. pediatric gender center. *Psychology of Sexual Orientation and Gender Diversity,* 4(3), 374-382.

Edwards-Leeper, L., Leibowitz, S., & Sangganjanavanich, V. F. (2016). Affirmative practice with transgender and gender nonconforming youth: Expanding the model. Psychology of Sexual Orientation and Gender Diversity, 3, 165–172. doi:10.1037/sgd0000167

Ehrensaft, D. (2016), *The Gender Creative Child: Pathways for Nurturing and Supporting Children who Live Outside Gender Boxes. New York, NY. The Experiment, LL.C.*

Ehrensaft, D. (2018). Exploring gender expansive expressions. In: *The Gender Affirmative Model: An Interdisciplinary Approach to Supporting Transgender and Gender Expansive Children.* Keo-Meier, C. and Ehrensaft, D., (Eds). Washington, D.C: American Psychological Association, 101-124

Ehrensaft, D., Giammattei, S. V., Storck, K., Tishelman, A.C, & Keo-Meier, C. (2018) Prepubertal social gender transitions: What we know; what we can learn-- a view from a gender affirmative lens. *International Journal of Transgenderism,* 19 (2), 251-268.

Endocrine Society, Pediatric Endocrine Society, 2020. Position Statement: Transgender Health.

Fast, A.A., Olson, K.R., 2018. Gender Development in Transgender Preschool Children. Child Dev 89, 620–637. https://doi.org/10.1111/cdev.12758

Gibson, D.J., Glazier, J.J., Olson, K.R., 2021. Evaluation of Anxiety and Depression in a Community Sample of Transgender Youth. JAMA Network Open 4, e214739–e214739. https://doi.org/10.1001/jamanetworkopen.2021.4739

Giovanardi, G., Vitelli, R., Maggiora Vergano, C., Fortunato, A., Chianura, L., Lingiardi, V., & Speranza, A. M. (2018). Attachment Patterns and Complex Trauma in a Sample of Adults Diagnosed with Gender Dysphoria. *Frontiers in psychology*, *9*, 60. https://doi.org/10.3389/fpsyg.2018.00060.

Gower, A.L., Rider, G.N., Coleman, E., Brown, C., McMorris, B.J., Eisenberg, M.E., 2018. Perceived Gender Presentation Among Transgender and Gender Diverse Youth: Approaches to Analysis and Associations with Bullying Victimization and Emotional Distress. LGBT Health 5, 312–319. https://doi.org/10.1089/lgbt.2017.0176.

Grossman AH, D'Augelli AR. Transgender youth and life-threatening behaviors. Suicide Life

BOEAL_WPATH_127298

PAGE

Threat Behav. 2007 Oct;37(5):527-37. doi: 10.1521/suli.2007.37.5.527. PMID: 17967119.

Haas, A P., Eliason, M., Mays, V. M., Mathy, R. M., Cochran, S. D., D'Augelli, A. R., … Clayton, P. J.(2011). Suicide and Suicide Risk in Lesbian, Gay, Bisexual, and Transgender Populations: Review and Recommendations. Journal of Homosexuality, 58(1), 10–51. http://doi.org/10.1080/00918369.2011.534038

Hendricks, M. L., & Testa, R. J. (2012). A conceptual framework for clinical work with transgender and gender nonconforming clients: An adaptation of the Minority Stress Model. *Professional Psychology: Research and Practice, 43*(5), 460–467. https://doi.org/10.1037/a0029597

Hidalgo, M.A., Chen, D., 2019. Experiences of Gender Minority Stress in Cisgender Parents/guardians of Transgender/Gender-Expansive Prepubertal Children: A Qualitative Study.

Hidalgo, M.A., Ehrensaft, D., Tishelman, A.C., Clark, L.F., Garofalo, R., Rosenthal, S.M., Spack, N.P., Olson, J., 2013. The Gender Affirmative Model: What We Know and What We Aim to Learn. Human Development 56, 285–290. https://doi.org/10.1159/000355235

Hisle-Gorman, E., Landis, C.A., Susi, A., Schvey, N.A., Gorman, G.H., Nylund, C.M., Klein, D.A., 2019. Gender Dysphoria in Children with Autism Spectrum Disorder. LGBT Health 6, 95–100. https://doi.org/10.1089/lgbt.2018.0252

Horton, C., 2021. Parent Advocacy Groups for Trans Children, in: The SAGE Encyclopedia of Trans Studies. SAGE Publications Inc, United States.

Human Rights Campaign, 2018. Gender Expansive Youth Report. Human Rights Campaign, US.

Kaufman, R. & Tishelman, A.C. (2018). Creating a network of professionals. In: *The Gender Affirmative Model: An Interdisciplinary Approach to Supporting Transgender and Gender Expansive Children*. Keo-Meier, C. and Ehrensaft, D., (Eds). Washington, D.C: American Psychological Association, 173-188.

Keo-Meier, C., Ehrensaft, D., 2018. The Gender Affirmative Model: An Interdisciplinary Approach to Supporting Transgender and Gender Expansive Children. American Psychological Association, Washington, DC, US.

Kohlberg, L. (1966). A cognitive-developmental analysis of children's sex-role concepts and attitudes. In E. E. Maccoby (Ed.), The development of sex

Krishnamurthy, Radhika, et al.(2004). Achieving Competency in Psychological Assessment: Directions for Education and Training. *Journal of clinical psychology* 60 (7 ). differences (pp. 82–173). Stanford, CA: Stanford University Press.

Kuvalanka, K.A., Bellis, C., Goldberg, A.E., McGuire, J.K., 2019. An Exploratory Study of Custody Challenges Experienced by Affirming Mothers of Transgender and Gender-Nonconforming Children. Family Court Review 57, 54–71. https://doi.org/10.1111/fcre.12387

Kuvalanka KA, Mahan DJ, McGuire JK, Hoffman TK. (2018). Perspectives of Mothers of

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_127299

PAGE

Transgender and Gender-Nonconforming Children With Autism Spectrum Disorder. J Homosex. 2018;65(9):1167-1189.

Leibowitz, S., & de Vries, A.L.C., (2016) Gender dysphoria in adolescence. International journal of psychiatry, 28, 1-15.

Lev, A.I. & Wolf-Gould, C. (2018). Collaborative treatment across disciplines. In: *The Gender Affirmative Model: An Interdisciplinary Approach to Supporting Transgender and Gender Expansive Children*. Keo-Meier, C. and Ehrensaft, D., (Eds). Washington, D.C: American Psychological Association, 189-207.

Lopez, X., Marinkovic, M., Eimicke, T., Rosenthal, S.M., Olshan, J.S., Pediatric Endocrine Society Transgender Health Special Interest Group, 2017. Statement on gender-affirmative approach to care from the pediatric endocrine society special interest group on transgender health. Curr. Opin. Pediatr. 29, 475–480. https://doi.org/10.1097/MOP.0000000000000516

Lynch, M., & Cicchetti, D. (1998). An ecological-transactional analysis of children and contexts: The longitudinal interplay among child maltreatment, community violence, and children's symptomatology. Development and Psychopathology, 10, 235–25

Malpas, J., Glaeser, E., & Giammattei, S. V. (2018). Building resilience in transgender and gender expansive children, families, and communities: A multidimensional family approach. In C. Keo- Meier & D. Ehrensaft (Eds.), The gender affirmative model: An interdisciplinary approach to supporting transgender and gender expansive children (pp. 141–156). American Psychological Association. https://doi.org/10.1037/0000095-009

Masten, A.S. & and Cicchetti, D. (2010). Developmental cascades. Development and Psychopathology, 22, 491–495.

McLaughlin, R.J. 7 Sharp, R. N. (2018). Working with parents/guardians and caregivers when conflicts arise. In C. Keo- Meier & D. Ehrensaft (Eds.), The gender affirmative model: An Interdisciplinary approach to supporting transgender and gender expansive children (pp. 157-172).. American Psychological Association. https://doi.org/10.1037/0000095-009.

Murchison, G., Adkins, D., Conard, L.A., Ph, R., Ehrensaft, D., Elliott, T., Hawkins, L.A., Lopez, X., Newby, H., Ng, H., Vetters, R., Wolf-Gould, C., Brown, J., Hanneman, T., Kahn, E., 2016. Supporting & Caring for Transgender Children`. Human Rights Campaign.

Nahata L, Quinn GP, Tishelman A; AAP Section on Endocrinology (2018). Counseling in pediatric populations at risk for infertility and/or sexual function concerns. *Pediatrics,* 142 (2).

Olezeski, C. L., Pariseau, E. M., Bamatter, W. P., & Tishelman, A. C. (2020,). Assessing Gender in Young Children: Constructs and Considerations. Psychology of Sexual Orientation and Gender Diversity. 7(3), 293–303. https://doi.org/10.1037/sgd0000381

Oliphant, J., Veale, J., Macdonald, J., Carroll, R., Johnson, R., Harte, M., Stephenson, C., Bullock, J., 2018. Guidelines for gender affirming healthcare for gender diverse and transgender children, young people and adults in Aotearoa New Zealand. Transgender Health Research Lab, University of Waikato, New Zealand.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_127300

PAGE

Olson, K.R., Blotner, C., Alonso, D., Lewis, K., Edwards, D., Durwood, L., 2019. Family discussions of early childhood social transitions. Clinical Practice in Pediatric Psychology 7, 229–240. https://doi.org/10.1037/cpp0000289

Olson, K.R., Durwood, L., DeMeules, M., McLaughlin, K.A., 2016. Mental Health of Transgender Children Who Are Supported in Their Identities. Pediatrics 137, e20153223. https://doi.org/10.1542/peds.2015-3223

Olson, K.R., Gülgöz, S., 2018. Early Findings From the TransYouth Project: Gender Development in Transgender Children. Child Dev Perspect 12, 93–97. https://doi.org/10.1111/cdep.12268

Paré, F., 2020. Outlawing trans reparative therapy [WWW Document]. URL https://escholarship.mcgill.ca/concern/theses/wh246x33v (accessed 5.27.20).

Parker, E. & Davis-McCabe, C.(2021) The sibling experience: growing up with a trans sibling, Australian Journal of Psychology, 73:2, 188-199.10.1080/00049530.2021.1882269

Pariseau, E.M., Chevalier, L., Long, K.A., Clapham, R., Edwards-Leeper, L. & Tishelman, A.C. (2019). The relationship between family acceptance-rejection and transgender youth psychosocial functioning. *Clinical Practice in Pediatric Psychology.*

Pullen Sansfaçon, A., Kirichenko, V., Holmes, C., Feder, S., Lawson, M.L., Ghosh, S., Ducharme, J., Temple Newhook, J., Suerich-Gulick, F., 2019. Parents/guardians' Journeys to Acceptance and Support of Gender-diverse and Trans Children and Youth. Journal of Family Issues 0192513X19888779. https://doi.org/10.1177/0192513X19888779

Rae, J.R., Gülgöz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., Olson, K.R., 2019. Predicting Early-Childhood Gender Transitions. Psychol Sci 30, 669–681. https://doi.org/10.1177/0956797619830649

Rafferty J, AAP COMMITTEE ON PSYCHOSOCIAL ASPECTS OF CHILD AND FAMILY HEALTH, AAP COMMITTEE ON ADOLESCENCE, AAP SECTION ON LESBIAN, GAY, BISEXUAL, AND TRANSGENDER HEALTH AND WELLNESS. Ensuring Comprehensive Care and Support for Transgender and Gender Diverse Children and Adolescents. *Pediatrics.* 2018;142(4): e20182162

Reisner , S.L., Greytak , E.A., Parsons , J.T., & Ybarra , M.L. (2015a). Gender minority social stress in adolescence: Disparities in adolescent bullying and substance use by gender identity. The Journal of Sex Research , 52, 243-256.

Reisner, S. L., Vetters, R., Leclerc, M., Zaslow, S., Wolfrum, S., Shumer, D., & Mimiaga, M. J. (2015b). Mental health of transgender youth in care at an adolescent urban community health center: a matched retrospective cohort study. Journal of Adolescent Health, 56(3), 274-279.

Rider, NC, Vencill, JA,, Berg, DR, Becker-Warner, R,, Candelario-Pérez, L. & Katherine G. Spencer (2019) The gender affirmative lifespan approach (GALA): A framework for competent clinical care with nonbinary clients, International Journal of Transgenderism, 20:2-3, 275-288, DOI: 10.1080/15532739.2018.1485069

Formatted: Font color: Auto

Formatted: Indent: Left: 1.27 cm, First Line: 1.27 cm

PAGE

Riggs, D., Treharne, G., 2016. Decompensation: A Novel Approach to Accounting for Stress Arising From the Effects of Ideology and Social Norms. Journal of Homosexuality 64. https://doi.org/10.1080/00918369.2016.1194116

Riggs, D.W., Bartholomaeus, C., 2018. Gaslighting in the context of clinical interactions with parents/guardians of transgender children. Sexual and Relationship Therapy 33, 382–394. https://doi.org/10.1080/14681994.2018.1444274

Riggs, D.W., Bartholomaeus, C., Sansfaçon, A.P., 2020. 'If they didn't support me, I most likely wouldn't be here': Transgender young people and their parents/guardians negotiating medical treatment in Australia. International Journal of Transgender Health 21, 3–15. https://doi.org/10.1080/15532739.2019.1692751

Ristori, J., & Steensma, T.D. (2016). Gender dysphoria in childhood. *International Review of Psychiatry, 28, 13-20.*

Roberts, A. L., Rosario, M., Corliss, H. L., Koenen, K. C., & Austin, S. B. (2012). Childhood gender nonconformity: A risk indicator for childhood abuse and posttraumatic stress in youth. Pediatrics, 129(3), 410-417.

Robles R, Fresán A, Vega-Ramírez H, Cruz-Islas J, Rodríguez-Pérez V, Domínguez-Martínez T, Reed GM. Removing transgender identity from the classification of mental disorders: a Mexican field study for ICD-11. Lancet Psychiatry. 2016 Sep;3(9):850-9. doi: 10.1016/S2215-

Shonkoff & Garner (2012). The lifelong effects of early childhood adversity and toxic stress. Pediatrics, 129 (1), e232-e246.

Shumer, D.E., Reisner, S., Edwards-Leeper, L. & Tishelman, A.C. (2016).  Evaluation of Asperger Syndrome in youth presenting to a gender dysphoria clinic. *LGBT Health,* 3(5), 387-390. doi:10.1089/lgbt.2015.0070.

Spencer, K. G.*, Berg, D. R.*, Bradford, N. J., Vencill, J. A., Tellawi, G., & Rider, G. N. (2021). The gender-affirmative life span approach: A developmental model for clinical work with transgender and gender-diverse children, adolescents, and adults. *Psychotherapy, 58*(1), 37–49.

Spivey, L.A., Edwards-Leeper, L., 2019. Future Directions in Affirmative Psychological Interventions with Transgender Children and Adolescents. Journal of Clinical Child & Adolescent Psychology 48, 343–356. https://doi.org/10.1080/15374416.2018.1534207

Srinath, S., Jacob, P., Sharma, E., & Gautam, A. (2019). Clinical Practice Guidelines for Assessment of Children and Adolescents. *Indian journal of psychiatry*, 61(Suppl 2), 158–175. https://doi.org/10.4103/psychiatry.IndianJPsychiatry_580_18.

Steensma, T. D., & Cohen-Kettenis, P. T. (2011). Gender transitioning before puberty? Archives of Sexual Behavior, 40, 649–650. http://dx.doi.org/10.1007/s10508-011-9752-2

Steensma, T.D., Kreukels, B.P.C., de Vries, A.L.C., & Cohen-Kettenis, P.T. (2013a). Gender identity development in adolescence. Hormones and Behavior, 64, 288-297.

Steensma, T. D., McGuire, J. K., Kreukels, B. P., Beekman, A. J., & Cohen-Kettenis, P. T.

BOEAL_WPATH_127302

PAGE

(2013b). Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. Journal of the American Academy of Child & Adolescent Psychiatry, 52, 582–590. http://dx.doi.org/10.1016/j.jaac.2013.03.016.

Steensma, T.D., & Wensing-Kruger, S.A. (2019). Gender Dysphoria. In: Ollendick, T.H., White, S.

> W., & White, B. A. (Eds). *The Oxford Handbook of Clinical Child and Adolescent Psychology.*

Steensma, T.D., Zucker, K.J., Kreukels, B.P.C., VanderLaan, D.P., Wood, H., Fuentes, A., & Cohen-

> Kettenis, P.T. (2014). Behavioral and Emotional Problems on the Teacher's Repoert Form: A Cross-National, Cross-Clinic Comparative Analysis of Gender Dysphoric Children and Adolescents. *Journal of Abnormal Child Psychology, 42, 635-647.*

Strang, J.F., Kenworthy, L., Knauss, M., Zeroth, J., Morgan, C., Brandt, A., van der Miesen, A., McGuire, J.K., Caplan, R., Freeman, A., Sadikova, E., Zaks, Z., Pervez, N., Balleur, A., Rowlands, D.W., Sibarium, E., Willing, L., McCool, M.A., Ehrbar, R.D., Wyss, S.E., Wimms, H., Tobing, J., Thomas, J., Austen, J., Pine, E., Griffin, A.D., Janssen, A., Gomez-Lobo, V., Meagher, H., Gohari, D., Kirby, L., Russell, L., Powers, M.D., Anthony, L.G., (2020). A group of their own: A clinical support program for autistic/neurodiverse genderdiverse youth and their parents/guardians (Clinical Guide). Gender and Autism Program, Children'sNationalHospital, Rockville,MD.

Strang, J.F., Meagher, H., Kenworthy, L., de Vries, A.L., Menvielle, E., Leibowitz, S., Janssen, A., Cohen-Kettenis, P., Shumer, D., Edwards-Leeper, L., Pleak, R.R., Spack, N., Karasic, D.H., Schreier, H., Balleur, A., Tishelman, A., Ehrensaft, D., Rodnan, L., Kuschner, E., Mandel, F., Caretto, A., Lewis, H.C., & Anthony, L.G. (2018a). Initial clinical guidelines for co-occurring Autism Spectrum Disorder and Gender Dysphoria in adolescents. *Journal of Clinical Child and Adolescent Psychology.* 47 (1), 105-115.

Strang JF, Powers MD, Knauss M, Sibarium E, Leibowitz SF, Kenworthy L, Sadikova E, Wyss S, Willing L, Caplan R, Pervez N, Nowak J, Gohari D, Gomez-Lobo V, Call D, Anthony LG. (2018b). "They Thought It Was an Obsession": Trajectories and Perspectives of Autistic Transgender and Gender-Diverse Adolescents. J Autism Dev Disord. Dec;48(12):4039-4055. doi: 10.1007/s10803-018-3723-6. PMID: 30140984.

Substance Abuse and Mental Health Services Administration, Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth. HHS Publication No. (SMA) 15-4928. Rockville, MD: Substance Abuse and Mental Health Services Administration, 2015.

Telfer, M.M., Tollit, M.A., Pace, C.C., Pang, K.C., 2018. Australian Standards of Care and Treatment Guidelines for Trans and Gender Diverse Children and Adolescents. The Royal Children's Hospital, Melbourne.

Tishelman, A.C., Haney, P., Greenwald O'Brien, J & Blaustein, M. (2010). A framework for school-based psychological evaluations: Utilizing a 'trauma lens'. *Journal of Child and Adolescent Trauma*, 3 (4), 279-302.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_127303

PAGE

Tishelman, A.C. & Mascis, A.N. (2018). Gender-related trauma. In: *The Gender Affirmative Model: An Interdisciplinary Approach to Supporting Transgender and Gender Expansive Children*. Keo-Meier, C. and Ehrensaft, D., (Eds). Washington, D.C.: American Psychological Association, 85-100.

Turban, J.L., Beckwith, N., Reisner, S.L., Keuroghlian, A.S., 2019a. Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults. JAMA Psychiatry 1–9. https://doi.org/10.1001/jamapsychiatry.2019.2285

Turban, J.L., King, D., Reisner, S.L., Keuroghlian, A.S., 2019b. Psychological Attempts to Change a Person's Gender Identity From Transgender to Cisgender: Estimated Prevalence Across US States, 2015. Am J Public Health 109, 1452–1454. https://doi.org/10.2105/AJPH.2019.305237

Turban, JA,, King, D, Li, JJ, Keuroghlian, AS. Timing of Social Transition for Transgender and Gender Diverse Youth, K-12 Harassment, and Adult Mental Health Outcomes. Journal of Adolescent Health, 2021,

UN Human Rights Council, 2020. Practices of so-called "conversion therapy": Report of the Independent Expert on protection against violence and discrimination based on sexual orientation and gender identity. https://doi.org/10.1163/2210-7975_HRD-9970-2016149

Whyatt-Sames, J., 2017. Being Brave: Negotiating the Path of Social Transition With a Transgender Child in Foster Care. Journal of GLBT Family Studies 13.

Vanderburgh, R. Appropriate Therapeutic Care for Families with Pre-Pubescent Transgender/Gender-Dissonant Children. *Child Adolesc Soc Work J* **26,** 135–154 (2009). https://doi.org/10.1007/s10560-008-0158-5

Zielinski, D. S., & Bradshaw, C. P. (2006). Ecological influences on the sequelae of child maltreatment: A review of the literature. Child Maltreatment, 11, 49–62.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_127304

## Child Chapter Final

**From:**
**To:**                                   Eli Coleman < █████████ >

**Date:**        Thu, 12 May 2022 19:35:59 -0400
**Attachments:**   ████████ Final Child Chapter 5-12-22.docx (123.37 kB)

HI-
I have attached the Child Chapter in what I hope is the final version!  I am opposed to switching the recommendations to suggestions.  I think I addressed all other comments and edited in order to use our original terminology of "gender diverse" throughout.  I added a little bit about the Olson 2022 article.  I also made a few minor changes myself and/or based on other author feedback. Everything is in track changes, including edits you have already seen from the last review.
Please let me know how else I can help with this process.  I am so glad to be nearing the finish line-- and I have a feeling you all may be even happier about this than I am.

On another note, I plan to go to WPATH and present about the SOC8 Child Chapter.  I just don't know which other authors will be there, because they all do not know, so I will complete the presentation survey without all that information.

Please let me know if this final version is acceptable to you.

Thanks for everything -