# Doc. 560-34

# Defendants' Summary Judgment Exhibit 184

# (Redacted)

## Re: Invitation to co-chair a new WPATH Task Force

| | |
|---|---|
| **From:** | ████████████████████████████████████████ |
| **To:** | |
| **Cc:** | |
| **Date:** | Mon, 16 Aug 2021 13:36:10 -0400 |
| **Attachments:** | Transgender Advocacy at the State Level _ Endocrine Society_02-22-21.pdf (86.12 kB); Endocrine Society condemns efforts to block access to medical care for transgender youth _ Endocrine Society.pdf (102.72 kB); The-Pediatric-Endocrine-Society-Statement-TG.pdf (159.57 kB); ES TG Press Release Discriminatory policies threaten care for transgender, gender diverse individuals _ Endocrine Society.pdf (127.8 kB); ES TG Policy Perspective JCEM 2021.pdf (159.68 kB); Position_Statement_Transgender_Health_PES.pdf (499.75 kB); Transgender Health Factsheet.pdf (147.47 kB); Transgender_Health_Minors_Fact_Sheet.pdf (479.19 kB); JCEM 2017 Endocrine Society Guideline.pdf (515.95 kB); Rosenthal SM Nature Reviews Endocrinology TGD Youth_ 10 August 2021.pdf (1.36 MB) |

Dear ████████

Welcome home!  I hope you had wonderful holiday time and an enjoyable time in Sweden for EPATH.  I'm sorry about your computer and hope you will be able to retrieve everything!

I'm happy to enclose with this email, the documents in the Endocrine Society (ES) toolkit.  They include:

1. Position Statement jointly written by members of both the ES and the Pediatric Endocrine Society (PES)--Individual names of the authors are not included on this document, but I was one of the authors--published December, 2020.
2. Press Release (with PES) re impact of discriminatory policies on care of transgender/ gender diverse (TGD) individuals--December, 2020.
3. Policy Perspective re anti-trans youth legislation--published as a joint effort of ES and PES-- on-line in *J Clin Endocrinol Metab* --December, 2020.
4. Transgender Health "Fact Sheet"--including recommendations to improve care.
5. Transgender Health "Minors Fact Sheet"--including recommendations to improve care--I and several other members of WPATH were co-authors on this document, though no authors names appear on the document.
6. Guidance on Transgender Advocacy at the State Level (U.S.)--published on-line --February, 2021.
7. Press Release--condemning efforts to block access to medical care for TGD youth-- published on-line April, 2021.
8. ES Clinical Practice Guideline (on which WPATH is co-sponsor), published in *J Clin Endocrinol Metab* --2017.

I have also included a PES Position Statement opposing bills that harm TGD youth--published on-line, April, 2021.

I think we should also include the recent WPATH Position Statement co-sponsored by the regional PATHs world-wide as well as our recent editorial in *IJT*, primarily in response to Bell v. Tavistock, and,**most importantly, SOC 8 as soon as it's ready**.

At the risk of self-promotion (not my intention!!), we could also consider including a review I published last week on-line in *Nature Reviews Endocrinology*, in which I did my best to provide a balanced

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

summary of published evidence supporting the gender-affirming model of care for TGD youth, in which I also focus on challenges to care, including anti-trans youth legislation in the U.K. and in the U.S.  I have included a PDF of this review if you'd like to take a look.

Please also let me know your thoughts on ████████ recommendation that we have additional members on our task force.  Please see last paragraph from my email to you on July 27 (see below), where I made some specific suggestions.  Please also note ██████ suggestions of potential task force members in the next to last paragraph in my email, below, from July 27.

In the mean-time, perhaps we could address with ████████████ if we can soon have a section on the WPATH website to serve as our "toolkit" to assist WPATH members in their advocacy efforts to oppose legislation (or pending legislation) in their respective countries.  For the ES (only) , ES/PES (jointly written) , and PES (only) documents, since I have close contacts at both ES and PES, I can ask if we can include their documents as PDFs on the WPATH website.  We can also include the other documents I mentioned above.

Thanks and best wishes,



**From:** ████████████████████████████████████████
**Sent:** Monday, August 16, 2021 6:43 AM
**To:** ████████████████████████████████████████████████
**Cc:** ████████████████████████████████████████████████
**Subject:** RE: Invitation to co-chair a new WPATH Task Force

**This Message Is From an External Sender**
This message came from outside your organization.

Dear ████████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_018985

I was on holiday and in Sweden for the conference; my laptop got coffee spilled over, so I couldn't do much!

Now back in Amsterdam; do you have the documents in the toolkit available for me? If they are good, I agree we can use them for the WPATH as well.

The SOC 8 will be the ultimate, hopefully it will be finished in not too long time!

██████████

**Van:** ███████████████████████████████
**Verzonden:** dinsdag 27 juli 2021 5:58
**Aan:** ███████████████████████
**CC:** ████████████████████████████████████
**Onderwerp:** Re: Invitation to co-chair a new WPATH Task Force

Dear ██████████

I know you will be returning from holiday at the beginning of August.  I hope you had some nice, relaxing time!

In terms of the Endocrine Society "toolkit" (I didn't personally make it but was involved in discussions about what would be contained), please see the email I sent to you on June 17.

Here's a section from that email:
The toolkit was developed by the Endocrine Society (ES) to assist ES members in dealing with their local legislatures to challenge anti-trans youth legislation.  The ES toolkit included, most importantly, the ES Clinical Practice Guideline (CPG) for Gender Incongruence/ Gender Dysphoria (on which WPATH is an official co-sponsor), an updated "Position Statement" and published "Policy Perspective", and some press releases.

Here's another paragraph from my email to you on 6/17:

My sense is that the centerpiece of such a WPATH toolkit would be the upcoming SOC8.  The toolkit could also include our recently published guest editorial related to the Bell v. Tavistock case, as well as recent WPATH position statements/press releases.  We could also consider including the ES CPG, since, as noted, WPATH is listed as an official co-sponsor.  I imagine we could consider this "toolkit" as an evolving packet, easily available on the WPATH website, where links to all the relevant components of the toolkit are listed in one place.  Unless I'm missing something from Walter, this may not be too complicated.

████  agreed with this approach.  Here are sections from his email to us on 6/18:
And yes, there is no point re-inventing the wheel. Good to include robust existing work/info into the Tool Kit.
I'll leave it to you and ████ to choose another 3-6 members for your Task Force: including different disciplines such as surgery, psychology, law as well as diverse representation from our membership. Thinking about colleagues like ██████████████████ and there will be many many other very suitable candidates.

Please let me know your thoughts on how many members we should include in the task force, and if you have any particular individuals in mind.  Given the focus of the toolkit is to provide resources to members in their

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_018986

home countries to assist them in combatting governmental attempts to stop gender-affirming medical care for adolescents, I would think that we should include 1-2 other medical experts (e.g ██████████████), another 1-2 mental health experts  (perhaps ████████████ could be one?) and a legal and an ethics expert--perhaps we could ask ███████████████████

Thanks and best wishes,

███████████

███████████████████████████████████████████

**From** ████████████████████████████████████
**Sent:** Wednesday, June 23, 2021 4:33 AM
**To:** ██████████████████████████████████████
**Cc:** ████████████████████████████████
**Subject:** RE: Invitation to co-chair a new WPATH Task Force

████████████████████████████████

**This Message Is From an External Sender**
This message came from outside your organization.

Dear ███████

What next steps do you think we have to make? Can you give me the example of the toolkit that you made for the ES?

best

███████████████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_018987

**Van:** █████████████████████████████████

**Verzonden:** vrijdag 18 juni 2021 13:00

**Aan:** ███████████████████████████████████████████

**CC:** █

**Onderwerp:** Re: Invitation to co-chair a new WPATH Task Force

That is brilliant news ████████, thank you.

And yes, there is no point re-inventing the wheel. Good to include robust existing work/info into the Tool Kit.

I'll leave it to you and ██████ to choose another 3-6 members for your Task Force: including different disciplines such as surgery, psychology, law as well as diverse representation from our membership. Thinking about colleagues like ████████████ ███████████████████████████ and there will be many many other very suitable candidates.

Looking forward to hearing from you in due course,

have a lovely weekend,

██████████

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

On 2021-06-18 10:21, ████████████████████████

dear ████████████████

Thank you for the invitation to co-chair this initiative.

I had just this week heard from ████████████████ that the ES was working on a statement and was indeed wondering if we needed to do something apart from the statement we already made last December. I think by writing that statement and editorial, we have done important preparing work. Hard for me to judge the amount of work, but ██████ if you can lead me a little in this, I think I could co-chair this with you.

I will be on holiday from mid July till beginning of August.

██████████████

███████████████████████████████████████████████
███████████████████████████████████████████████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_018988

████████████████████████████

- ▬
- ▬
- ▬

---

**Van:** ████████████████████████

**Verzonden:** donderdag 17 juni 2021 20:41

**Aan** ████████████████████████

**CC:** ████████████████████████

**Onderwerp:** Re: Invitation to co-chair a new WPATH Task Force

Cheers ██████, and no, you are not missing something and it should not be complicated and WPATH would want to dedicate sufficient resources to this project to make a significant difference for the future - I would be delighted for the toolkit to be developed and established by senior clinicians like yourselves.

With warm wishes and stay safe,

████████████████████████████

████████████████████████████

On 17 Jun 2021, at 20:19, ████████████████████████ >
wrote:

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_018989

Dear ███████

I hope this finds you well!

Please see email, below, which I recently received from ████████████ (cc'd here), asking me to co-chair a WPATH Task Force with the goal of developing a "toolkit" similar to one that I shared with him that was developed by the Endocrine Society (ES) to assist ES members in dealing with their local legislatures to challenge anti-trans youth legislation.  The ES toolkit included, most importantly, the ES Clinical Practice Guideline (CPG) for Gender Incongruence/ Gender Dysphoria (on which WPATH is an official co-sponsor), an updated "Position Statement" and published "Policy Perspective", and some press releases.

I have agreed to co-chair this Task Force, and as ██████ asked me to recommend a European colleague as co-Chair, I thought it would be important that this person be a mental health expert and immediately thought of you.  Please let me know if you are willing to serve as co-Chair, and then we can discuss ████ suggestion about adding another 3-6 members to this Task Force.

My sense is that the centerpiece of such a WPATH toolkit would be the upcoming SOC8.  The toolkit could also include our recently published guest editorial related to the Bell v. Tavistock case, as well as recent WPATH position statements/press releases.  We could also consider including the ES CPG, since, as noted, WPATH is listed as an official co-sponsor.  I imagine we could consider this "toolkit" as an evolving packet, easily available on the WPATH website, where links to all the relevant components of the toolkit are listed in one place.  Unless I'm missing something from ██████, this may not be too complicated.

Thanks and best wishes,

████



---

**From:** ████████████████████████████
**Sent:** Thursday, June 10, 2021 2:40 AM
**To:** ████████████████████████████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_018990

Cc: ███████████████████████

**Subject:** Invitation to co-chair a new WPATH Task Force

---

This Message Is From an External Sender
This message came from outside your organization.

Dear ████████
I hope this e-mail finds you well!
On behalf of the EC I would like to invite you to consider co-chairing a WPATH Task Force with the purpose of developing a Toolkit (similar to the one which you kindly shared with us a few weeks ago).
We have had a number of discussions about this within the EC and we think it is timely and important that WPATH develops such a toolkit for all the obvious reasons.
Our thoughts are to have you chair this Task Force together with an European colleague and subsequently invite another 3-6 Task Force members to start.
We would - of course - dedicate the necessary resources too to get the job done.
I also think it is important that you feel comfortable with an European colleague co-chairing and hence, although we can think of various potential candidates, your choice will be paramount (assuming you say yes to the task at hand).
Happy to discuss any further issues/questions etcetera via a Zoom/FT meeting if you prefer.
Looking forward to hearing from you,
With warm wishes and stay safe,
████████

VUmc disclaimer : www.vumc.nl/disclaimer
AMC disclaimer : www.amc.nl/disclaimer

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_018991







--







# WPATH Executive Committee Agenda
## Wednesday, September 1, 2021
## 9:00am ET

1.  Welcome and Call for New Items
2.  Minutes from August 18, 2021 – *attached* – ██████████ **ACTION**
3.  Dr. Rachel Levine Meeting Update – ██████
4.  SOC8 Update – ████ All
    a.  Discuss traffic management document
    b.  Timeline
    c.  Strategic Staff Update
    d.  Legal Review – discuss where this will go (ideas; ACLU, TLDEF, Lambda Legal, ██████
    e.  Cosponsoring/Endorsing Organizations – *attached* – (draft list attached for input)
    f.  Public Comment Process (website, eblast to all in database, other ideas?)
5.  Gavi Ansari Complaint – Next Steps – *attached* – for discussion
    a.  Since he is unwilling to list names, we cannot check member status, suggestion: compose letter to AusPATH leadership and send letter to WPATH members living in Australia.
6.  Montreal 2022 – Contract Update – *attachment pending return from hotel*.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020327

## Re: Chapter edits Sept 7 2021

**From:** ████████████████████
**To:**
**Cc:** ████████████████████████ Institution SOC 8
████████████████████████████████████████

**Date:** Wed, 08 Sep 2021 09:13:34 -0400

Yes, WPATH reputation is on the line for sure.  It is abundantly clear to me when I go to court on behalf of TGD individuals to secure access to medically necessary health care and other human/civil rights, as I will be doing in a class action lawsuit deposition in 2 weeks in NC.  The wording of our section for Version 7 has been critical to our successes, and I hope the same will hold for Version 8.  The rights gained can also be lost, as we have seen over the past few years.



-----Original Message-----
From: ████████████████████
To: ████████████████████████████
Cc: ████████████████████████ institutionsoc8@wpath.org <institutionsoc8@wpath.org>;
████████████████████████████████████
Sent: Tue, Sep 7, 2021 8:58 pm
Subject: Re: Chapter edits Sept 7 2021

Glad you are.  It has been a frustrating process for us  chairs and for many others - but I have been determined to get this right for trans and gender diverse individuals and our reputation of WPATH is at stake.  In the end, I think we will be very proud of this new SOC - and it will be a significant step forward.

Best,

████

On Tue, Sep 7, 2021 at 6:59 PM georgeboarhunter <████████████████████ wrote:
No problem. Enjoying the process.

Sent from my Galaxy

-------- Original message --------
From: ████████████████████
Date: 9/7/21 6:47 PM (GMT-05:00)
To: ████████████████████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   BOEAL_WPATH_020628

Cc: ███████████████████████████, institutionsoc8@wpath.org, ████████████

Subject: Re: Chapter edits Sept 7 2021

Thanks so much.  We will take a look and get back to you. We should have some feedback on references shortly as well.  Thanks so much for getting this back to us so quickly

Best

████

On Tue, Sep 7, 2021 at 5:43 PM <████████████████████████> wrote:

Please find attached our timely submission of the latest round of edits for our chapter.  More current references were added where requested, changes accepted, comments reviewed and addressed, formatting issues addressed. Best,

-----Original Message-----

From: ████████████████████

To: Institution SOC 8 <institutionsoc8@wpath.org>; ████████████████████████
████████████████████████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020629

Sent: Wed, Aug 25, 2021 10:31 am

Subject: Feedback on your chapter

Very sorry for the delay in getting back to you. Lots of chapters have been coming in over the summer and we have been a bit overloaded.

Hopefully this feedback will help you in your next draft.  We have sent your chapter to reference checkers with the additional request to see if there are any others that might be relevant.

We all realize that we are now in a tight time line and have carved out time to more rapidly respond and assist chapters to final versions.  We would appreciate your attention to this as soon as possible.

Thanks for all your hard work.  It's really coming together!

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    BOEAL_WPATH_020630



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_020631



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    BOEAL_WPATH_020632

--



--

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER          BOEAL_WPATH_020633

## Re: Medical Necessity Statement (SOC8)

**From:** ████████████████████████████████████████████████████
**To:**
**Cc:**

**Date:**   Wed, 05 Jan 2022 06:48:30 -0500

Hi ████

I am pleased to hear  the medical necessity statement is being updated (as the 2016 sounds a bit outdated and some of the language is now obsolete....) and I am happy to help with this too, and ideally tweak it, so it applies globally rather than specifically to the US.

Also, I am happy to publish this medical necessity statement separately in IJTH - that will take only a few weeks and then it can be added to the SOC8 as an appendix, together with other important (published statements), such as the gender identity recognition statement, etcetera.

I am just throwing this out here, so that ████████ and ████ can decide, whether they want to incorporate these WPATH statements in the SOC8.

With warm wishes,

████████

On 2022-01-05 01:30, ████████████ wrote:

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                    BOEAL_WPATH_036321

I think Population Estimates is fine.

I would not use the word "trends" as forms of that word are used by anti-trans forces to discredit gender as a "trend."

 the co-editors,  and I have discussed having a medical necessity statement in the introduction. A comprehensive list of procedures that may be medically necessary as treatments for gender dysphoria is important for access to care in the US-- WPATH SOC 7 and the 2016 Medical Necessity position statement are used frequently in independent medical reviews of insurance denials, and in state regulation of insurance. We have worked on an updated version of this statement, and should make sure it is adequate for the purposes of supporting care coverage.

Thanks█████ and ██ for your hard work!

Best,

██



On Tue, Jan 4, 2022 at 5:04 PM ████████████ wrote:
this chapter is not about population health.

it is about estimates.

On Tue, Jan 4, 2022 at 6:55 PM ████████████ wrote:
How about Population Health Trends?

Sent from my iPhone

On Jan 4, 2022, at 11:19 AM, ████████████ wrote:

Population Health Statistics? - Just an idea



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036322



On Tue, 4 Jan 2022 at 14:06, ▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

I should add that i am now in a School of 'Population Health', which until 12 months ago was a School of 'Public Health'.



**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, January 4, 2022 21:55
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ SOC 8 Chapter Leads
**Subject:** Re: Chapter Names and Order

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036323

Hmm... I wonder what one could name the chapter instead. The earlier suggestion  'Population Health Research' won't cut it, I am afraid. It doesn't really address what the chapter is about. 'Population Health Research' is a near synonym for 'Public Health Research', but this chapter is exclusively about numbers.  Estimated numbers.

**From:** ████████████████████████████
**Sent:** Tuesday, January 4, 2022 20:59
**To:** ████████████████████████
**Cc:** ████████████████████████████ SOC 8 Chapter Leads
**Subject:** Re: Chapter Names and Order

Hello ████

I do agree in very many cases. However, I do a fair bit of forensic and governmental work and unfortunately they are not known for understanding nuance (or indeed science!). I worry using *estimates* will be a bit like the theory of evolution being considered to be 'just a theory' and so dismissed. Judges and law-makers will dismiss *estimates* in a way in which they will not *research*, even though we understand that - while there are common understandings of these words - the scientific meanings of these words are more nuanced.

My hope with these SoC is that they land in such a way as to have serious effect in the law and policy settings that have affected us so much recently; even if the wording isn't quite correct for people who have the background you and I have.

Warm Regards,



On Tue, 4 Jan 2022 at 03:05, ██████████████████████ wrote:

Hi ████████.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036324

Not sure about that ████████. I would say that the best of our research has only
*'determin(ed) roughly the size, extent.. ' of the trans population.*



**From:** ████████████████████████████
**Sent:** Monday, January 3, 2022 21:16
**To:** ████████████
**Cc:** ████████████████████████████  SOC 8 Chapter Leads
**Subject:** Re: Chapter Names and Order

Are they estimates?

Merriam-Webster gives:

*Full Definition of estimate (Entry 1 of 2)*
*transitive verb*

*1a: to judge tentatively or approximately the value, worth, or significance of*
*b: to determine roughly the size, extent, or nature of*
*c: to produce a statement of the approximate cost of*

It seems they are more robust than that.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    BOEAL_WPATH_036325

Warm Regards,



On Tue, 21 Dec 2021 at 00:58, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:
This was nicely brought to our attention and I personally like population estimates



On Mon, Dec 20, 2021 at 6:24 PM ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:

More specifically, 'Population Estimates'

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036326



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   BOEAL_WPATH_036327



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   BOEAL_WPATH_036328

**From:** ████████████████████████

**Sent:** Tuesday, December 21, 2021 1:36

**To:** ██████████████

**Cc:** ████████████████████████████████

**Subject:** Re: Chapter Names and Order

████████ I appreciate and support your suggestion.

Thank you,

████████

████████████████████████████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                      BOEAL_WPATH_036329

On Mon, Dec 20, 2021, 8:37 AM ███████████
███████████████████████ wrote:

> I wonder about *Epidemiology* as a name?

> I know it can relate to other health factors, but is often understood to relate
> to disease specifically - for example

> The BMJ: https://www.bmj.com/about-bmj/resources-
> readers/publications/epidemiology-uninitiated/1-what-epidemiology

> The WHO: https://www.who.int/publications/journals/weekly-
> epidemiological-record

> That's not a great look for WPATH - Perhaps we could use something like
> *Population Health Research*

> instead*?*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036330

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036331

Warm Regards,









CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036332



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    BOEAL_WPATH_036333

On Fri, 17 Dec 2021 at 14:59, ██████████████ wrote:

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036334

We have drafted the names of the chapters and put them in sections.

Each chapter will have a heading of Standards of Care for Transgender and Gender Diverse Individuals - and then the shortened chapter title.

There are a few chapters that we will be discussing changing the names.

If you have some feedback on this - please send.

Thanks again for all your hard work!

--

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    BOEAL_WPATH_036335





CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036336



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036337

--



--



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036338

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_036339



















## Re: Request to help disseminate report critiquing science behind Texas and Alabama measures to criminalizing care

**From:**
**To:**

**Cc:**

**Date:**     Wed, 18 May 2022 00:58:31 -0400

Hi ███ , this was approved. There may have been a delay in communicating this due to our busy staff.  You may certainly list us as an endorsement.

Best,

███████

**From:** ████████████████████████████████████
**Sent:** Tuesday, May 17, 2022 9:10 AM
**To:** ████████████████████████████████████████;
████████████████████████████
**Cc:** ████████████████████████████████████████
████████████████████
**Subject:** Re: Request to help disseminate report critiquing science behind Texas and Alabama measures to criminalizing care

**This Message Is From an External Sender**
This message came from outside your organization.

Hello Everyone,

Thank you all for your support of our dissemination efforts.

We did spend time reflecting on how to discuss the issue of age for genital surgery as we understand and agree with the need to tailor to the individual. After consultation with those involved in the Alabama lawsuit, the consensus appeared to be that quoting the standards of care and remaining as close to this as possible would be most helpful for the case at this time.

It sounded like the report was being shared with USPATH board for their approval prior to any steps being taken. Is there an update? If there are any questions we can address and/or other ways that we can be helpful please let me know and I can discuss with the team.

Best,

██████

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    BOEAL_WPATH_062739



**Subject:** RE: Request to help disseminate report critiquing science behind Texas and Alabama measures to criminalizing care



**Dear** ▮▮▮▮ – I agree with your comments, and we can certainly pass this along to the USPATH Board for their OK to support and disseminate. I will work with you offline to get this out to the board for an electronic approval to support and disseminate.

**Dear** ▮▮▮▮ – Further to your previous communications with ▮▮▮▮ WPATH's Executive Committee has met today and is happy to endorse your Report. We do want to make a caveat though, which is that although the responses are correct from an academic point of view, from a clinical point of view gender affirming surgeries (genital and otherwise) are currently taking place for TGD people under the age of 18 years tailored to the needs of the individual (in the US, Europe, and elsewhere). We believe it is important to stress this reality. Often, real-life clinical practice precedes the publication of evidence-based guidelines and research data.

Once we have the approval vote from USPATH Board, we can send via eblast to our database and post on the website.

Best Regards



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_062740

██████████

**From:** ██████████████████████
**Sent:** Wednesday, May 4, 2022 12:54 AM
**To:** 
**Cc:** ██████████████████████████████

██████████████████████████

**Subject:** Re: Request to help disseminate report critiquing science behind Texas and Alabama measures to criminalizing care

Hi ████ thanks for reaching out and for sharing this great effort with us, and thanks ██████ for the connection. ████ nice to meet you and we are so grateful to have Adm. Levine's support on this matter.

I'd also like to share the recent position statement on this matter released last week by USPATH, which includes line-by-line rebuttals to the Florida DOH action.

https://www.wpath.org/media/cms/Documents/USPATH/2022/With%20Date%20Position%20Statement%20Anti%20Trans%20Leg%20USPATH%20Apr%2022%202022.pdf?_t=1650665621

USPATH process for endorsement usually involves review by the full Board. I am in support of endorsing and will pass that recommendation along to the rest of our Board. ████ and ████, can you please weigh in.

Relatedly, ████ I will be reaching out to you directly in the coming days to discuss a USPATH initiative in this area currently under development.

Best,



**Sent:** Monday, May 2, 2022 1:12 PM

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_062741

**To:** ███████████████████████████

**Cc:** ████████████████████████████████████████████

███████████████████████████████████████████████████████

**Subject:** Re: Request to help disseminate report critiquing science behind Texas and Alabama measures to criminalizing care

This Message Is From an External Sender
This message came from outside your organization.

Dear ██████

thank you for reaching out and thank you for sharing the Report, which is most helpful and clearly points out the arguments as to why gender affirming care is vital to the lives of TGD people, young and older.

I am certainly more than happy to endorse this report on behalf of WPATH and we shall formally discuss this at the Executive Committee on Wednesday and get back to you and your co-authors ASAP.

Furthermore, i had meetings today with ████████ and her staff at HSS and with ████████████ ████████████ I think it is important that we all work together to counteract those who oppose equality and evidence-based care for TGD people. It will be a tough fight, but we must fight relentlessly and aggressively to ensure equal access to care for all.

Hence, I would like to introduce you to ████████, who is a member of ████████ staff and may be able to help you forward with your report.

I am also copying ████████████ into this email, who is ███████████████████████████

I am sure ██████ will contact you separately, but I have no doubt USPATH will be highly supportive of your report too.

With warm wishes, and thank you again,

██████████

███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████

On 2022-05-02 18:41, ████████████ wrote:

Hello ██████████████████████

I hope you both are doing well. I recently collaborated with a group of colleagues from Yale University on the following report, which was released today:

Biased Science: The Texas and Alabama Measures Criminalizing Medical Treatment for Transgender Children and Adolescents Rely on Inaccurate and Misleading Scientific Claims

https://medicine.yale.edu/childstudy/policy/lgbtq-youth/

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_062742

https://law.yale.edu/yls-today/news/new-report-refutes-flawed-science-texas-and-alabama-transgender-legal-actions

I'm wondering if WPATH and/or USPATH could help disseminate the report and/or provide some form of endorsement? Any other ideas for dissemination are also welcome!

Best,



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_062743

## SOC 8

**From:** Joshua Safer <jsafer█████████

**To:** marcibdoc██████████████████████, walterbouman <walterbouman█████████████ vtangp█████████████

**Date:** Thu, 12 Aug 2021 12:27:39 -0400

Hi Walter, Marci, Vin, and ███████

I just got off a very productive call with Rachel Levine.   The failure of WPATH to be ready with SOC 8 is proving a barrier to optimal policy progress and she was eager to learn when SOC 8 might be published.

My view is that this should be taken as a charge from the United States government to do what is required to complete the project immediately.

I am happy to have a quick call to discuss nuance if that would be helpful.  And she would be happy to speak as well if that might move things along.

Josh

BOEAL_WPATH_104829

## RE: Update & further steps

**From:** lorenschechter ▮▮▮▮▮▮
**To:** "joz.motmans ▮▮▮▮▮▮ <joz.motmans ▮▮▮▮▮▮  Non Binary SOC 8
      <nonbinarysoc8@wpath.org>
**Cc:** walter.bouman ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ jeremi.carswell ▮▮▮▮▮▮▮▮▮▮
      rdehrba▮▮ ▮▮▮lakuper▮▮▮▮ lseal▮ ▮▮▮▮▮ t.steensma▮▮▮▮▮
      laura▮▮▮▮▮▮ drbenvincent▮▮▮
**Date:** Thu, 02 Sep 2021 20:39:38 -0400

Hello friends-

The chapter is excellent.  I have two general comments:

1. I am concerned about language such as "insufficient evidence," "limited data," etc...I say this from the perspective of current legal challenges in the US.  Groups in the US are trying to claim that gender-affirming interventions are experimental and should only be performed under research protocols (this is based on two recent federal cases in which I am an expert witness).  In addition, these groups already assert that research in this field is low quality (ie small series, retrospective, no controls, etc...).  My specific concern is that this type of language (insufficient evidence, limited data, etc...) will empower these groups and reinforce their erroneous assertions
2. I am wondering if we should be less specific about listing particular procedures.  My concern is that if we try to list every procedure, we will inevitably either leave some procedures out (whether inadvertently or as a result of future technical innovations, evolution of thought, etc...).  Once again, thinking within the framework of the current US legal system, if we leave a procedure out, that may allow insurance companies to deny coverage (ie...this procedure isn't listed in SOC 8).

Just my thoughts...outstanding work from the group!

loren

**From:** Motmans Joz <Joz.Motmans ▮▮▮▮▮▮▮▮
**Sent:** Thursday, September 2, 2021 12:20 PM
**To:** nonbinarysoc8@wpath.org
**Cc:** walter.bouman ▮▮▮▮▮▮▮▮▮▮▮▮; Motmans Joz ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮; Jeremi.Carswell ▮▮▮▮▮▮▮ rdehrbar▮▮ ▮▮▮▮▮▮▮▮
lakuper▮▮▮▮▮▮▮ Loren Schechter, M.D. < ▮▮▮▮▮▮▮▮▮; lseal▮▮▮▮▮▮▮
t.steensma ▮▮▮▮▮; Laura ▮▮▮▮▮▮▮▮ Ben Vincent ▮▮▮▮▮▮▮▮
< ▮▮▮▮▮▮▮▮
**Subject:** RE: Update & further steps

Dear fellow authors,

This email is a last reminder for the deadline of tomorrow – reason why we used all emails beside the nonbinary group mail – as we hope you receive this well.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_104836

Many of you have already contributed to the online V2 text, thank you so much, we think it's getting great. Please note that **tomorrow at 7 pm CEST** we'll take the document down, so we can finalize the editing, insert all references in the requested style etc. before sending it in to the SOC8 leaders. If there are no objections in the document for the suggestions made, we'll accept all changes as they are.

We hope this second draft of our chapter will pass without much further work, we expect feedback from the SOC8 leaders real soon, and the final deadline will be 17/9 as you can see here in the time tracking sheet. Almost there!

Kind regards
Joz & Walter

**Prof. Dr. JOZ MOTMANS (hij/hem)**
Coördinator
Transgender Infopunt

  





---

**Van:** Motmans Joz
**Verzonden:** donderdag 26 augustus 2021 22:41
**Aan:** nonbinarysoc8@wpath.org
**Onderwerp:** Update & further steps

Dear SOC8 GNB group,

We had a short meeting tonight to discuss the way forward, given the strict deadline next week (**Sept 3rd**). All in all it is not that much work, but we do need you.

To keep track of our work we have:
1. made a folder in our google drive with the comments we received on the previous version (V1): https://drive.google.com/drive/folders/1MYs0qhXlrjZq7a3l-0N8uKbY3J5uJu4o?usp=sharing

2. Made a folder with the feedback from the SOC8 chairs and our clean as well original reworked document: https://drive.google.com/drive/folders/1FbMaI2Vf7Hm1gibNuN52T26AdyY3baVE?usp=sharing

3. Uploaded the 2nd version: We moved the new text (V2) (with already comments from Leighton) in the drive: https://docs.google.com/document/d/1WnTB5vyFMtwHmZhayEmAOQpV4odHSZ_l/edit?usp=sharing&ouid=115914970643802157130&rtpof=true&sd=true This is the new version we invite you all to work in. So the previous folders are just for your archive.

I promised to check / double check that previous suggestions and/or comments (in folder V1) will be inserted in the new text V2.

**You are all invited to rework this V2 text**. When doing so please:
- Do not take the doc from the drive, so don't download a personal copy since we will all be working in the same doc.
- Make sure you use the setting of making suggestions: when opening the link or the doc in the drive, you can see a pen in your upper right corner (see picture below), if you click on it you see 3 options: choose the 2nd labeled "making suggestions" (or sth alike, mine is in Dutch). The third gives you an idea on how the clean version would look like, the first enables you to make direct changes but they cannot be seen by others.) Your pen should be in green with a line underneath as you can see in this image:



Please do insert newer literature you came across in the last year or so, only published materials can be added in the references. Just link the article in the comments and we can make sure it gets inserted in endnote before sending in.

I will close the doc on Friday next week so we have the weekend to do the last editing & putting all references as they should be.

Thanks a lot for all your efforts, they are highly appreciated!

Kind regards

Walter & Joz

BOEAL_WPATH_104838

**Prof. Dr. JOZ MOTMANS** (<u>hij/hem</u>)
Coördinator
Transgender Infopunt



e-mail disclaimer : https://www.uzgent.be/nl/overuz/Paginas/Email-disclaimer.aspx

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_104839

















































































--









## Re: From the Cass review in the UK: A fascinating read

**From:**   Amy Tishelman ███████████████

**To:**   Eli Coleman ████████████████

**Cc:**   ████████████████████████████████████████████

**Date:**   Sun, 23 Oct 2022 13:29:23 -0400

I also share tremendous worries, especially as the midterm elections in the US are starting to look grim. I have no idea if we have reached out to the American Psychological Association (APA) for endorsement as well- anyone know and I can I help in this area?

Sent from my iPad

> On Oct 23, 2022, at 1:15 PM, Eli Coleman ██████████████ wrote:
>
> ████████
>
> Let us give all the support you need to work with that organization.   But obviously we need you to lead the way.
> It is harder to mandate that system in a fragmented health care system - but certainly some systems, hospitals, states (many) will adopt that approach.
>
> Eli

> On Sun, Oct 23, 2022 at 11:49 AM ██████████████████████████████████> wrote:
>
> This is so devastating.  I'm so fearful that this is the direction we are going to find ourselves in here in the U.S. if we aren't careful every step of the way.  It is so crucial that we can secure mainstream professional associations endorsement of the SOC8 as soon as possible. I just got back from AACAP where I had spontaneous introductions with people in high level positions (including the President and CEO of AAP and President of AACAP), and really do hope there's a possibility of securing those endorsements.
>
> ████████████████████████████████████

BOEAL_WPATH_137542



**From:** <span style="background:black">█████████</span>
**Date:** Sunday, October 23, 2022 at 12:41 PM
**To:** Marci Bowers <span style="background:black">█████</span>
**Cc:** Eli Coleman <span style="background:black">███</span>

**Subject:** Re: From the Cass review in the UK: A fascinating read

As I have stated on a number of occasions, particularly in the EC meetings, since the Bell vs Tavistock judiciary ruling, the National Health Service (NHS) has stopped providing any gender affirming medical treatment (hormones and surgery) for people under the age of 18.

Technically, adult trans health services, like ours in Nottingham, and London, etcetera, can prescribe blockers and hormones for young people aged 17 and older, but the waiting list now exceeds 2 years or more for all transgender health clinics, so in reality ALL young people do not have access to care in England. How many people are we talking about? Probably thousands.......

███ is supposed to head a team commissioned by NHS England (which finances all secondary care) looking at all the Tavistock referrals that are waiting for an appointment. My understanding is that there are a couple of thousand referrals.....

So, the situation is more than dire for young trans people and their families in the UK.



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_137543



**Error! Filename not specified.Error! Filename not specified.Error! Filename not specified.Error! Filename not specified.**

On 2022-10-23 16:37, Marci Bowers wrote:

Eli— it would certainly be devastating for those unable to access care

████— is this your take as well? How many would potentially be affected?

Kindly......

Marci Bowers MD

WPATH President

Trevor Project Board of  Directors



*Standing tall in times of darkness*

On Oct 23, 2022, at 5:07 PM, Eli Coleman ███████████ wrote:

Well I read this as very much in keeping with the principles  of WPATH SOC without acknowledgement and while distribution of care regionally is a good idea - staffing and having this restricted to a research protocol - goes in the direction of Sweden.  While this will insure good outcome studies - I fear that most children and adolescents will go untreated. And if they go outside of the protocol, they will not be given service forcing people into the underground.

I would say that this will have a chilling effect across the world.

Maybe I am not reading this exactly but that is my read.

Will WPATH, AAP, Endocrine Society (our few endorsers) have a response?

Eli

https://www.engage.england.nhs.uk/specialised-commissioning/gender-dysphoria-services/

--

**Eli Coleman, PhD.**
**Academic Chair in Sexual Health**
**Professor and Director**
The Institute for Sexual and Gender Health
University of Minnesota Medical School
Family Medicine and Community Health
sexualhealth.umn.edu

--

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_137545



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_137546