# Doc. 560-35 Defendants' Summary Judgment Exhibit 185 (Redacted)

## Re: Tracking of chapters SOC for information

**From:**
**To:**
**Cc:**

**Date:**   Thu, 19 Aug 2021 16:26:09 -0400

Thanks ████ that is very helpful to know that you are on board. I really want to push this agenda forward VERY STRONGLY. At the end of the day the SOC8 will significantly improve the lives of millions of trans people and their families globally.

I am meeting with Rachel Levine and her team next week, as the US Department of Health is very keen to bring the trans health agenda forward. I want to make absolutely sure that the commitments we make on behalf of WPATH are real and achievable, so I am counting on you. I know that ████ and ████ are fully on board as they explicitly vocalised their commitment in Gothenburg. Unfortunately, you chose not to be there.

Warmly,

████████



On 2021-08-19 18:26, ████████ wrote:

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                            BOEAL_WPATH_019314

yes we may need board pressure - and support if we have to be more assertive with chapter leads or to ask them to step aside.

On Thu, Aug 19, 2021 at 12:25 PM ███████████████████████ wrote:

Dear 

Thank you - that is very re-assuring. I must honestly say that we are running out of time and the Board will take all necessary steps to ensure that we are going to deliver the SOC8; we need all hands on deck!

Thank you,

████████



On 2021-08-19 18:15, ███████████ wrote:

Dear ████████

Yes we are drafting a letter to all and will summarize the steps to completion.
There is no reason that people cannot complete their sections - and we are prepared to take over - or remove chairs if necessary --- as much is written - some are just having trouble finalizing.

We agree that we want to publish it all at the same time.  We think we can do that with some serious nudging.

Yes I noted that you were green not dull brown.  We will correct that!

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Best,



PS  Sorry I missed you in Sweden!

On Thu, Aug 19, 2021 at 12:09 PM ███████████████████ wrote:
Dear 

Thank you for the tracking of the SOC8 chapters document. It looks promising.

Have you decided on a final date for completion please?

If so, please let the me and the EC know and we can draft an e-mail to be sent to all SOC8 members asking them to complete. I think it would be a good idea to include the tracking of SOC8 chapters document too.

I guess if relatively "less overall relevant" chapters like global applicability, eunuch, and intersex are not ready, the SOC8 can be published without these; preferably not, but we can't delay because of one or two weakest links in my opinion; and perhaps they can be incorporated at a later stage.

One (very minor) point: I noted the Nonbinary chapter was in brown, should it not be in green too?

Let's move this mission forward.

Thank you for all your hard work,

With warm wishes, and stay safe,



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_019316



☒ ☒ ☒ ☒

On 2021-08-19 17:54, ███████ wrote:

Please find enclosed information as to where we are with all our chapters, we could include this in the email too if you want. I have co██████ as the president so he can have a good idea as to the current situations with all the chapters as he may need he be come the "bad one" if they don't keep the time line.

Regards

███



--------------------------------------------------



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_019317



This message and any attachment are intended solely for the addressee and may contain confidential information. If you have received this message in error, please contact the sender and delete the email and attachment.

Any views or opinions expressed by the author of this email do not necessarily reflect the views of the University of Nottingham. Email communications with the University of Nottingham may be monitored where permitted by law.

--



--



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_019318



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

BOEAL_WPATH_019319

















## Invitation to joint WPATH follow up discussion with ADM Levine on Monday, November 22nd at 10:30am (EDT)/3:30pm



**From:**   Walter Bouman ███████████████████████████
**To:**      Eli Coleman ████████████████████████████████ Jon Arcelus

**Cc:**      ████████████████████████
**Date:**    Thu, 11 Nov 2021 07:02:09 -0500

Dear Eli, Asa, and Jon,

I would like to formally invite you to join a meeting with Admiral Levine on Monday, November 22nd at 10:30am (EDT)/3:30pm. The meeting will be for 30 minutes only.

I have had one previous meeting (also 30 minutes) with Admiral Levine and we discussed the following:

1. funding for the dissemination of SOC8 in North America and beyond

2. launching the SOC8 at the White House

3. providing WPATH with an introduction to the leadership of WHO to get the SOC8 endorsed

4. for Admiral Levine to give a plenary lecture on the opening day of 27th WPATH Conference in Montreal, Canada

On this occasion Jon was present on an informal basis and gave a 5 minute feedback on the SOC8 progress.

The meeting was productive and the outcome was that:

1. Admiral Levine formally accepted the invitation to give the plenary lecture on the opening day of the WPATH Symposium in Montreal.

2. Admiral Levine would explore the option of a White House launch, and - obviously - could not make any promises, but she did promise to have the launch at the State Department for Health in Washington if the White House would not be possible.

3. Admiral Levine agreed to explore introductions for WPATH to the WHO with the Department of Global Health and bring this back to the next meeting

4. Funding issues will also be explored and discussed further.

Admiral Levine takes great personal interest in the SOC8 and is keen to know when the SOC8 will be completed and available. So, it will be helpful if you, as the Chair and Co-Chairs of the SOC8 can reassure her that we are on track to complete in early 2022, and this will help with the planning for the launch and agreement for funding and further WPATH's political influence through this channel, taking advantage of what is probably a narrow and unique political window of opportunity in and via the US.

Once we have an agreement from Admiral Levine about the location and timing of the launch of SOC8 we can also invite Maddie as USPATH President to join this meeting.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                          BOEAL_WPATH_105143

Please let me know if there is anything else we, as WPATH, can think of to ask for in relation to the SOC8.

I will send a formal agenda closer to the date. We can do a lot of work in 30 minutes!

With warm wishes, and looking forward to hearing from you,

Walter


Dr Walter Pierre Bouman MD MA MSc UKCPreg PhD

Consultant in Trans Health/Honorary Professor School of Medicine, University of Nottingham, UK

President World Professional Association for Transgender Health (WPATH)

Editor-in-Chief *International Journal of Transgender Health* (Impact Factor 2020 = 5.333)

Nottingham National Centre for Transgender Health























27