# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

*Scott S. Harris*
Clerk of the Court
(202) 479-3011

February 19, 2025

Mrs. Sarah M. Harris, Esq.
Acting Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Mr. Edmund Gerard LaCour, Esq.
Office of the Attorney General
501 Washington Ave.
Montgomery, AL 36130

Re:  United States
     v. Att'y Gen. of AL, et al.
     No. 24-582

Dear Counsel:

Attached is a certified copy of the joint stipulation to dismiss the petition for writ of certiorari, filed on February 13, 2025, and the order of dismissal pursuant to Rule 46 of the Rules of this Court.

Sincerely,

SCOTT S. HARRIS, Clerk

By

*M. Altner*
M. Altner
Assistant Clerk – Judgments

Enc.
cc:   Clerk, 11th Cir.
      (Your docket No. 22-11707)

# Supreme Court of the United States

No. 24–582

**UNITED STATES,**

Petitioner

v.

**STEVEN T. MARSHALL, ATTORNEY GENERAL OF ALABAMA, ET AL.**

(13 February 2025). The foregoing joint stipulation for dismissal of the petition for writ of certiorari having been received by the Office of the Clerk, and no fees due the Clerk, the petition for writ of certiorari is now hereby dismissed pursuant to Rule 46 of the Rules of this Court.

SCOTT S. HARRIS
Clerk of the Supreme Court
of the United States

By: *Danny Bickell*

Danny Bickell
Deputy Clerk

IN THE SUPREME COURT OF THE UNITED STATES

No. 24-582

UNITED STATES OF AMERICA, PETITIONER

v.

STEVEN T. MARSHALL, ATTORNEY GENERAL OF ALABAMA, ET AL.

ON PETITION FOR A WRIT OF CERTIORARI
TO THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

JOINT STIPULATION TO DISMISS

Pursuant to Rule 46.1 of this Court, all parties respectfully stipulate that case No. 24-582 be dismissed. No fees are due to the Clerk, and each party will bear its own costs.

Respectfully submitted.

JEFFREY P. DOSS
Lightfoot, Franklin & White LLC
400 20th Street North
Birmingham, AL 35203
jdoss@lightfootlaw.com
(205) 581-0700

Counsel for Private Respondents

FEBRUARY 12, 2025

CURTIS E. GANNON
Deputy Solicitor General*
Department of Justice
Washington, D.C. 20530-0001
SupremeCtBriefs@usdoj.gov
(202) 514-2217

Counsel for Petitioner

FEBRUARY 12, 2025

* The Acting Solicitor General is recused in this case.

2

*[signature]*

EDMUND G. LACOUR JR.
Solicitor General
State of Alabama
501 Washington Ave.
Montgomery, AL 36130
Edmund.LaCour@AlabamaAG.gov
(334) 242-7300

Counsel for State Respondents

FEBRUARY 12, 2025



A true copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: *[signature]* Bickell