# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| *Plaintiffs*, | ) |
| and | ) |
| United States of America, | ) |
| *Plaintiff-Intervenor*, | ) |
| v. | ) No. 2:22-cv-00184-LCB-CWB |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

## NOTICE OF FILING

Melody H. Eagan gives notice that the certification required by Paragraph 2 of the Court's February 25, 2025, Order (Doc. 711) is attached as Exhibit A.

*/s/ M. Christian King*
Counsel for Melody H. Eagan

LIGHTFOOT, FRANKLIN & WHITE
400 20th Street North
Birmingham, AL 35203
(205) 581-0700
cking@lightfootlaw.com

Dated: March 6, 2025

1

2

## CERTIFICATE OF SERVICE

I certify that, on this 6th day of March 2025, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

*/s/ M. Christian King*
Counsel
