# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*,<br><br>   *Defendants*. | No. 2:22-cv-00184-LCB-CWB |

    I, Melody H. Eagan, certify that I have provided a copy of this Court's February 25, 2025 Order (Doc. #711) to every attorney in my law firm, via electronic mail. I have provided a copy of the Order to our firm's clients for whom I am counsel of record in cases pending in state and federal courts, via electronic mail or United States Mail. I further certify that I have provided a copy of the Order to judges presiding over cases pending in state and federal courts where I am counsel of record, as well as opposing counsel in those cases, via United States Mail.

    Signed this 6th day of March, 2025.

                                              */s/ Melody H. Eagan*
                                              Melody H. Eagan