# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Brianna Boe, *et al.*, | ) |
| | ) |
|    *Plaintiffs*, | ) |
| | ) |
| and | ) |
| | ) |
| United States of America, | ) |
| | ) |
|    *Plaintiff-Intervenor*, | ) |
| | ) |
| v. | )    No. 2:22-cv-00184-LCB-CWB |
| | ) |
| Hon. Steve Marshall, in his official capacity as Attorney General of the State of Alabama, *et al.*, | ) |
| | ) |
|    *Defendants*. | ) |

I, Jeffrey P. Doss, certify that I have provided a copy of this Court's February 25, 2025 Order (Doc. 711) to every attorney in my law firm, via electronic mail. I have provided a copy of the Order to our firm's clients for whom I am counsel of record in cases pending in state and federal courts, via electronic mail or United States Mail. I further certify that I have provided a copy of the Order to judges presiding over cases pending in state and federal courts where I am counsel of record, as well as opposing counsel in those cases, via United States Mail.

_____
Jeffrey P. Doss

Dated: <u>March 6, 2025</u>