UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BRIANNA BOE,** *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 2:22-cv-0184-LCB |
| **STEVE MARSHALL,** *et al.*, | ) ) ) |
| Defendants. | ) ) |

## CERTIFICATION OF COMPLIANCE

COMES NOW Respondent Carl Charles and hereby provides this court-ordered certification of compliance with the directives in the court's order of February 25, 2025 (doc. 711). Mr. Charles certifies that he has: (1) provided a copy of the court's order to all of the attorneys in his law firm; (2) provided a copy of the court's order to all clients, opposing counsel, and presiding judges in any cases in which he is currently counsel of record; and (3) caused $5000 to be paid to the registry of the United States District Court for the Middle District of Alabama. Mr. Charles' compliance with these directives of the court's order is without prejudice to Mr. Charles' objections to the court's order or his right to appeal therefrom.

/s/ *Barry A. Ragsdale*
Barry A. Ragsdale
Robert S. Vance
Dominick Feld Hyde, PC
1130 22nd Street South, Suite 4000
Birmingham, AL 35205
Tel.: (205) 536-8888
bragsdale@dfhlaw.com
rvance@dfhlaw.com

/s/ *W. Neil Eggleston*
W. Neil Eggleston
Byron Pacheco
Kirkland & Ellis LLP
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5016
neil.eggleston@kirkland.com
byron.pacheco@kirland.com


*Counsel for Carl Charles*

2

## **CERTIFICATE OF SERVICE**

      I certify that, on March 7, 2025, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

                                         /s/ *Barry A. Ragsdale*
                                         OF COUNSEL