## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| Brianna Boe, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| *Plaintiff-Intervenor*, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00184-LCB-CWB |
| | ) | |
| Hon. Steve Marshall, in his official | ) | |
| capacity as Attorney General of the | ) | |
| State of Alabama, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## JOINT STIPULATION OF DISMISSAL OF THE UNITED STATES' AMENDED COMPLAINT IN INTERVENTION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff-Intervenor the United States of America ("United States"); Plaintiffs Brianna Boe, et al.; and Defendants Hon. Steve Marshall, et al. stipulate to the dismissal of the United States' Amended Complaint in Intervention (ECF No. 92) with prejudice and without costs to any party.

The United States consents to this Court's jurisdiction solely to the extent necessary to resolve any motion by Defendants to unseal and/or authenticate

documents produced by the United States in discovery in this case if the matter

cannot be resolved without court intervention.

Dated: March 18, 2025                    Respectfully submitted,

                                         **For the United States, Plaintiff-Intervenor:**

                                         MAC WARNER
                                         Deputy Assistant Attorney General
                                         Civil Rights Division

                                         CHRISTINE STONEMAN
                                         Chief, Federal Coordination and Compliance
                                         Section

                                         */s/ Kaitlin Toyama*
                                         RENEE WILLIAMS (CA Bar No. 284855)
                                         KAITLIN TOYAMA (CA Bar No. 318993)
                                         Trial Attorneys
                                         United States Department of Justice
                                         Civil Rights Division
                                         Federal Coordination and Compliance Section
                                         950 Pennsylvania Avenue NW – 4CON
                                         Washington, DC 20530
                                         Tel.: (202) 305-2222
                                         Renee.Williams3@usdoj.gov
                                         Kaitlin.Toyama@usdoj.gov

                                         JAMES V. FLETCHER (MD Bar No.
                                         1412160273)
                                         Trial Attorney
                                         United States Department of Justice
                                         Civil Rights Division
                                         Disability Rights Section
                                         950 Pennsylvania Avenue NW – 4CON
                                         Washington, DC 20530
                                         Tel.: (202) 598-0083
                                         James.Fletcher@usdoj.gov

**For the Private Plaintiffs:**

Amie A. Vague (ASB-4113-Q46I)
LIGHTFOOT, FRANKLIN & WHITE
LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205.581.0700
avague@lightfootlaw.com

*/s/ Adam Reinke*
J. Andrew Pratt (ASB-3507-J56P)
Adam Reinke (*pro hac vice*)
Misty L. Peterson (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street Northeast, Suite
1600
Atlanta, GA 30309
404.572.4600
apratt@kslaw.com
areinke@kslaw.com
mpeterson@kslaw.com

Abigail Hoverman Terry (*pro hac vice*)
KING & SPALDING LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
312.995.6333
bray@kslaw.com
ahoverman@kslaw.com
Sarah Warbelow (*pro hac vice*)
Cynthia Weaver (*pro hac vice*)
HUMAN RIGHTS CAMPAIGN
FOUNDATION
1640 Rhode Island Ave., NW
Washington, DC 20036
202.628.4160
sarah.warbelow@hrc.org
cynthia.weaver@hrc.org

**For the Defendants:**

Steve Marshall
*Attorney General*

Edmund G. Lacour Jr. (ASB-9182-
U81L)
*Solicitor General*

*/s/ A. Barrett Bowdre*
A. Barrett Bowdre (ASB-2087-K29V)
*Principal Deputy Solicitor General*
James W. Davis (ASB-4063-I58J)
*Deputy Attorney General*
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY
GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, SC 29413
(843) 606-0640
CMills@Spero.law

David H. Thompson (*pro hac vice*)

3

Jennifer L. Levi (*pro hac vice*)
Sarah K. Austin
GLBTQ LEGAL ADVOCATES &
DEFENDERS
18 Tremont, Suite 950
Boston, MA 02108
617.426.1350
jlevi@glad.org
saustin@glad.org

Jessica L. Stone (*pro hac vice*)
SOUTHERN POVERTY LAW
CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, GA 30030
404.221.5837
jessica.stone@splcenter.org

Christopher F. Stoll (*pro hac vice*)
Amy E. Whelan (*pro hac vice*)
Rachel H. Berg (*pro hac vice*)
NATIONAL CENTER FOR LESBIAN
RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
cstoll@nclrights.org
awhelan@nclrights.org
rberg@nclrights.org

Scott D. McCoy (*pro hac vice*)
SOUTHERN POVERTY LAW
CENTER
P.O. Box 12463
Miami, FL 33101
334.224.4309
scott.mccoy@splcenter.org

Diego A. Soto (ASB-3626-Y61S)
SOUTHERN POVERTY LAW
CENTER

Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Roger G. Brooks (*pro hac vice*)
Henry W. Frampton, IV (*pro hac vice*)
Philip A. Sechler (*pro hac vice*)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0200
rbrooks@adflegal.org
hframpton@adflegal.org
psechler@adflegal.org

400 Washington Avenue
Montgomery, AL 36104
334.604.1414
diego.soto@splcenter.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

*/s/ Kaitlin Toyama*
Federal Coordination and Compliance
Section
Civil Rights Division
U.S. Department of Justice