# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No:2:22-cv-0184-LCB-CWB |
| STEVE MARSHALL, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

On March 18, 2025, Plaintiff-Intervenor the United States of America, Plaintiff Brianna Boe, et al., and Defendants Hon. Steve Marshall, et al., filed a Joint Stipulation of Dismissal of the United States' Amended Complaint in Intervention. (Doc. 719). This stipulation had the effect of dismissing only the United States and its claims and had no effect on all other parties and pending claims.

On March 20, 2025, this Court entered an order inadvertently closing the entire case instead of removing only the United States as a party. (Doc. 723). That order is hereby withdrawn. Because the parties have filed a joint stipulation of dismissal signed by all parties who have appeared, the United States and its claims were dismissed with prejudice immediately upon filing of the stipulation. *Love v. Wal-Mart Stores, Inc.*, 865 F.3d 1322, 1325 (11th Cir. 2017) (holding that a joint

stipulation of dismissal is "self-executing" and dismisses the case upon proper filing).

The Clerk is directed to terminate the United States as a party and to reopen the case as to all remaining parties.

**DONE** and **ORDERED** March 20, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE