UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-0184-LCB |
| ) | |
| STEVE MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Respondent, Carl Charles, appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's February 25, 2025 Order (doc. 711).

                                                Respectfully submitted,

                                                */s/ Barry A. Ragsdale*
                                                Barry A. Ragsdale (ASB-2958-A38B)
                                                Robert S. Vance (ASB-8816-B11Q)
                                                Dominick Feld Hyde, PC
                                                1130 22nd Street South, Suite 4000
                                                Birmingham, AL 35205
                                                Tel.: (205) 536-8888
                                                bragsdale@dfhlaw.com
                                                rvance@dfhlaw.com

                                                */s/ W. Neil Eggleston*
                                                W. Neil Eggleston (NYB-2085082)
                                                Kirkland & Ellis LLP
                                                1301 Pennsylvania Ave, N.W.
                                                Washington, D.C. 20004

                                                  Tel.: (202) 389-5016
                                                  neil.eggleston@kirkland.com

*Counsel for Respondent*

# CERTIFICATE OF SERVICE

      I certify that, on March 25, 2025, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

                                          /s/ *Barry A. Ragsdale*
                                          OF COUNSEL