UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE
MONTGOMERY, ALABAMA

**TREY GRANGER**
**CLERK OF COURT**

**MAILING ADDRESS:**
One Church Street, Suite B-110
MONTGOMERY, AL 36104
(334)954-3610

David J. Smith, Clerk
United States Court of Appeals for the 11th Circuit
ELBERT PARR TUTTLE COURT OF APPEALS BU1LDNG
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Re:**  District Court No.

Court of Appeals No.

Enclosed are documents regarding an appeal in this matter.

- ☐ Copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.
- ☐ First Notice of Appeal:  Yes ☐  No ☐   Other notices (dates):
- ☐ Other:
- ☐ The Judge or Magistrate Judge appealed from is:
- ☐ The Court Reporter (s) are:
- ☐ A hearing was not held in the case.
- ☐ An **audio tape** is available for transcription of the court hearing
- ☐ The appellant DOCKET FEE has been paid: NO ☐ YES ☐  Date paid:
- ☐ Motion for APPOINTMENT OF COUNSEL: Granted ☐ ; Denied ☐ ; Pending ☐  **DE**
- ☐ Motion for In Forma Pauperis (IFP): Granted ☐ ; Denied ☐ ; Pending ☐  **DE**
- ☐ Motion for Certificate of Appealability: Granted ☐ ; Denied ☐ ; Pending ☐  **DE**
- ☐ USCA CJA appointment of counsel:
- ☐ Certified record on appeal consisting of : ___Volume(s) of pleadings; ____ PSI (s); _____ Volume(s) of transcript;  Folder(s) of exhibits/depositions; _____ Supplemental file(s)
- ☐ ORIGINAL PAPERS:____Volume(s) of pleadings; _____ Volume(s) of  transcript; _____ folder of exhibits
- ☐ This is an appeal of a bankruptcy order.
- ☐ This is a DEATH PENALTY appeal.

Transmitted by: