IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al.,<br><br>   *Plaintiffs,*<br><br>vs.<br><br>STEVE MARSHALL, et al.,<br><br>   *Defendants.* | Case No. 2:22-CV-184 |

## NOTICE OF APPEAL

Respondents Melody H. Eagan and Jeffrey P. Doss give notice that they appeal to the United States Court of Appeals for the Eleventh Circuit from the Sanctions Order (Doc. 711), entered on February 25, 2025.

Pursuant to Federal Rule of Appellate Procedure 3(c)(4), this Notice of Appeal encompasses all prior orders and rulings of the Court, culminating in and producing the Sanctions Order (Doc. 711), entered on February 25, 2025, as well as all prior orders and rulings of the three-judge panel in *In re: Amie Adelia Vague, et al.*, Case No. 2:22-MC-3977 (M.D. Ala.) (*See* Doc. 339).

          Respectfully Submitted,

          <u>/s/ M. Christian King</u>
          One of the Attorneys for
          Ms. Eagan and Mr. Doss

          Dated: <u>March 26, 2025</u>

OF COUNSEL:
Samuel H. Franklin
*sfranklin@lightfootlaw.com*
M. Christian King
*cking@lightfootlaw.com*
Harlan I. Prater IV
*hprater@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700

## CERTIFICATE OF SERVICE

 I certify that, on <u>March 26, 2025</u>, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

          <u>/s/ M. Christian King</u>
          OF COUNSEL