# Instructions for Attorneys completing the electronic version of the Eleventh Circuit Transcript Order Form

An electronic version of the Transcript Order Form is available on the Eleventh Circuit Court of Appeals website. The following instructions and guidance are provided.

**You must complete a Transcript Order Form and file with the District and Circuit Courts.**

You may access the fillable Transcript Order Form from the 11th Circuit Court of Appeals by clicking the following link.

## [Transcript Order Form](#)

- Complete the form electronically using Adobe Acrobat or other PDF editor.

- Publish the completed form as a flattened PDF document.

- File the form electronically with the District Court using the CM/ECF system. From the main CM/ECF menu select:

    **Civil or Criminal Events; Appeal Documents; Transcript Order Form**.

- The Transcript Order Form will be emailed to the Eleventh Circuit Court of Appeals via the CM/ECF system but you must also file your Transcript Order Form with the Circuit Court.

- The Transcript Order Form will also be emailed to the court reporter when the form is e-filed with the court.

**For CJA Appointed Counsel**

- The Middle District of Alabama utilizes eVoucher for all CJA-24 requests for transcripts. This is a two-part process in eVoucher. You must first request authorization to obtain the transcripts (AUTH-24). After authorization is granted, you must create and save a CJA-24 request that will provide notice to the appropriate court reporter that financial arrangements are secured for production of the transcript.

    [eVoucher Link](#)