# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BRIANNA BOE *et al.*,                )
                                     )
    *Plaintiffs*,                    )
                                     )
v.                                   )    No. 2:22-cv-00184-LCB-CWB
                                     )    Hon. Liles C. Burke
STEVE MARSHALL, in his official      )
capacity as Attorney General of the  )
State of Alabama, *et al.*,          )
                                     )
    *Defendants*.                    )

## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR RELIEF UNDER PROTECTIVE ORDER

Defendants respectfully request that the Court grant them provisional leave to file under seal their forthcoming motion for relief under the protective order and exhibits in support of that motion. The motion for relief asks the Court to rule that certain materials produced by the World Professional Association for Transgender Health (WPATH) and designated by WPATH as "confidential" under the protective order should not have been so designated. Under the protective order, such materials, and those discussing them, "shall be filed, if at all, under seal." Doc. 137 at 3.

With that said, Defendants do not think the forthcoming motion or exhibits should remain under seal. The motion discusses the materials at issue only generally and relies entirely on descriptions and documents from WPATH's public website to discuss the contents of the materials. Defendants seek leave to file the motion under

seal only out of an abundance of caution until the Court can determine for itself whether the motion should remain sealed.

Dated: May 5, 2025

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, SC 29413
(843) 606-0640
CMills@Spero.law

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Roger G. Brooks (*pro hac vice*)
Henry W. Frampton, IV (*pro hac vice*)
Philip A. Sechler (*pro hac vice*)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0200
rbrooks@adflegal.org
hframpton@adflegal.org
psechler@adflegal.org

Respectfully submitted,

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

s/ A. Barrett Bowdre
A. Barrett Bowdre (ASB-2087-K29V)
  *Principal Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on May 5, 2025, which will serve all counsel of record.

s/ A. Barrett Bowdre
A. Barrett Bowdre
*Counsel for Defendants*