UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2025 MAY -5  P 4: 48
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| BRIANNA BOE *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | No. 2:22-cv-00184-LCB-CWB |
| ) | Hon. Liles C. Burke |
| STEVE MARSHALL, in his official ) | |
| capacity as Attorney General of the ) | |
| State of Alabama, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

### DEFENDANTS' NOTICE OF FILING UNDER SEAL

Pursuant to Defendants' Motion for Leave to File Under Seal Motion for Relief Under Protective Order (Doc. 738), Defendants hereby submit their motion and exhibits to the Court under seal.

Dated: May 5, 2025

Christopher Mills (*pro hac vice*)
SPERO LAW LLC
557 East Bay Street, #22251
Charleston, SC 29413
(843) 606-0640
CMills@Spero.law

David H. Thompson (*pro hac vice*)
Peter A. Patterson (*pro hac vice*)
Brian W. Barnes (*pro hac vice*)
John D. Ramer (*pro hac vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

Roger G. Brooks (*pro hac vice*)
Henry W. Frampton, IV (*pro hac vice*)
Philip A. Sechler (*pro hac vice*)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0200
rbrooks@adflegal.org
hframpton@adflegal.org
psechler@adflegal.org

Respectfully submitted,

Steve Marshall
 *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
 *Solicitor General*

/s/ *Barrett Bowdre*
A. Barrett Bowdre (ASB-2087-K29V)
 *Principal Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
 *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

*Counsel for Defendants*

Case 2:22-cv-00184-LCB-CWB     Document 739     Filed 05/05/25     Page 3 of 3

## CERTIFICATE OF SERVICE

I certify that on May 5, 2025, a copy of this motion was emailed to the following counsel of record at the email addresses below:

J. Andrew Pratt - Apratt@kslaw.com;
Adam Reinke - Areinke@kslaw.com;
Misty L. Peterson - mpeterson@kslaw.com;
Abigail Hoverman Terry – ahoverman@kslaw.com;
Sarah Warbelow - Sarah.Warbelow@hrc.org;
Cynthia Weaver - cynthia.Weaver@hrc.org;
Jennifer Levi - Jlevi@glad.org;
Sarah K. Austin – saustin@glad.org;
Jessica L. Stone - Jessica.stone@splcenter.org;
Christopher F. Stoll - cstoll@nclrights.org;
Amy E. Whelan - awhelan@nclrights.org;
Rachel H. Berg - rberg@nclrights.org;
Scott D. McCoy - Scott.Mccoy@splcenter.org;
Diego A. Soto - diego.soto@splcenter.org

*Counsel for Private Plaintiffs*

Kaitlin Toyama - Kaitlin.Toyama@usdoj.gov;
Renee Williams - Renee.Williams3@usdoj.gov;
James V. Fletcher - james.fletcher@usdoj.gov

*Counsel for Plaintiff-Intervenor United States of America*

Cortlin Lannin – clannin@cov.com;
D. Jean Veta – jveta@cov.com;
Noah Goldberg – ngoldberg@cov.com;
Barry A. Ragsdale – bragsdale@dfhlaw.com

*Counsel for Non-Party World Professional Association for Transgender Health*

/s/ A. Barrett Bowdre
A. Barrett Bowdre
*Counsel for Defendants*