# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

BRIANNA BOE, et al.,

    *Plaintiffs,*

vs.

STEVE MARSHALL, et al.,

    *Defendants.*

Case No. 2:22-CV-184

## (AMENDED) NOTICE OF APPEAL

Respondents Melody H. Eagan and Jeffrey P. Doss hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Sanctions Order (Doc. 711), entered on February 25, 2025, and, Pursuant to Federal Rule of Appellate Procedure 3(c)(4), including all prior orders and rulings of the Court culminating in and producing the Sanctions Order, as well as the prior orders and rulings of the three-judge panel in *In re: Amie Adelia Vague, et al.*, Case No. 2:22-MC-3977 (M.D. Ala.) (*See* Doc. 339).

The notice amends or supersedes Respondents' prior notice of March 26, 2025, to take into account the finality of the underlying civil

litigation, upon the May 1, 2025 filing of the joint stipulation of dismissal by the Private Plaintiffs and the Defendants (Doc. 737). That joint stipulation fully concluded the litigation and is a final decision and judgment within the meaning of 28 U.S.C. § 1291.

*/s/ M. Christian King*
Attorney for Respondents

OF COUNSEL:
Samuel H. Franklin
*sfranklin@lightfootlaw.com*
M. Christian King
*cking@lightfootlaw.com*
Harlan I. Prater IV
*hprater@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700

## CERTIFICATE OF SERVICE

I certify that, on May 6, 2025, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

*/s/ M. Christian King*
OF COUNSEL
