# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, *et al.*, <br><br> *Defendants*. | No. 2:22-cv-00184-LCB-CWB <br> Hon. Liles C. Burke |

# DECLARATION OF WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH IN SUPPORT OF RESPONSE TO DEFENDANTS' TIME-SENSITIVE MOTION FOR RELIEF UNDER PROTECTIVE ORDER

I, Jamie Hicks, declare as follows:

1. I am the Associate Executive Director of the World Professional Association for Transgender Health ("WPATH"). The matters set forth herein are true and correct of my own personal knowledge and, if called upon as a witness, I could and would testify competently thereto.

2. I have served as the Associate Executive Director for WPATH since January 2021 and served as Assistant Associate Director from June 2019 to December 2020. As the Associate Executive Director, I assist with organizing and helping to oversee the symposia and medical training courses offered by WPATH and USPATH.

3. I have reviewed the Defendants' Time-Sensitive Motion for Relief Under Protective Order and the exhibits attached thereto seeking to remove the confidentiality designation from WPATH's production of video recordings from the USPATH scientific symposia from 2021 and 2023, the WPATH scientific symposium from 2022, and a medical training course WPATH offered in 2023.

4. The 2021 USPATH symposium was conducted as a virtual event. The 2022 WPATH and 2023 USPATH symposia were conducted as live events but were also open to virtual attendance. The 2023 WPATH medical training course

1

was conducted as an on-line event that included pre-recorded and live presentations.

5. WPATH and USPATH organize and conduct scientific symposia and medical training courses as part of their mission, but material presented by individual speakers and presenters reflects the views of those speakers and presenters, not WPATH or USPATH. WPATH and USPATH do not control the content of the individual presentations and do not necessarily endorse their content.

6. The WPATH and USPATH symposia and the WPATH training course at issue were limited to individuals who registered and paid a fee.

7. Attendees of the symposia and training course were required to agree to abide by the WPATH Code of Conduct, which prohibits attendees from recording or reproducing presentations at the symposia and training course by providing: "[w]here applicable, photography, recording, or reproduction of any kind is not permitted without the explicit consent of any person and/or of the author/presenter/copyright-holder(s) of the material being photographed, recorded or reproduced." (emphasis omitted). A copy of the WPATH Code of Conduct is attached to this declaration as **Exhibit 1**.

8. WPATH and USPATH also provided for access to their own recordings of the symposia and training course for individuals who registered and paid to attend

the respective events. Such access was strictly time-limited and viewers were prohibited from reproducing the recordings.

9. WPATH's and USPATH's prohibition of recording or reproducing of the presentations at the symposia and training course at issue were consistent with their obligations to the presenters and speakers at those events. The speakers and presenters at the symposia and training course signed release forms that granted WPATH or UPATH only a limited license to use the video recordings for "educational purposes." Sample copies of the releases from the 2022 WPATH and 2023 USPATH symposia are attached to this declaration as **Exhibit 2**.

10. Based on my experience at WPATH, I believe that granting this motion would chill WPATH's and USPATH's efforts to sponsor scientific symposia and provide medical training. Speakers and presenters would be less willing to contribute to symposia and training events if their presentations would be made public, and WPATH and USPATH would be less likely to incur the costs of organizing symposia and training events if the public could obtain access to presentations without paying the costs of attendance or paying to access recordings.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed this 15th day of May 2025, in Arlington Heights, Illinois.

*Jamie Hicks*

Jamie Hicks
Associate Executive Director
WPATH

# EXHIBIT 1



# WPATH Code of Conduct Policy

## *Revised April 2021*

The mission of the World Professional Association for Transgender Health (WPATH) is to promote evidence-based care, education, research, public policy, and respect in transgender health. We envision a world wherein people of all gender identities and gender expressions have access to evidence-based healthcare, social services, justice, and equality.

In line with good governance and operational protocols, all WPATH Participants are required to follow the following Code of Conduct. WPATH Participants include any member or non-member who is a volunteer, attendee, staff person, speaker/faculty member, invited or otherwise, contractor, sponsor, or similar with WPATH and/or its affiliated regional organizations.

We promote free and full discussion of scientific ideas in a respectful environment. We expect cooperation from all WPATH Participants to help ensure a safe, collegial, and professional environment and atmosphere for everyone. WPATH work and activities should take place in a friendly manner where everyone's behavior creates a welcoming, safe, and open place to share ideas and engage in open discussion without threat of intimidation or public humiliation. We expect all Participants to be respectful in person and online towards others. We suggest that critiques be delivered in a non-threatening manner.

Where applicable, photography, recording, or reproduction of any kind is **not** permitted without the explicit consent of any person and/or of the author/presenter/copyright-holder(s) of the material being photographed, recorded or reproduced.

We expect all WPATH Participants to behave in a collegial manner and to use language that is respectful, non-pathologizing and consistent with human rights standards, considering its ever shifting and complex contextual and cultural character. Ultimately, this caution applies equally to the delivery of transgender health services and all other formal and informal settings in which human interaction takes place. Please refer to our Language Policy.

We are committed to providing a harassment-free experience for everyone, regardless of gender identity and expression, sex or secondary sex characteristics, sexual orientation,

physical and cognitive ability, physical appearance, age, body size, race, ethnicity, political affiliaition or religion. Harassment and inappropriate behavior in any form will not be tolerated.

Harassment includes offensive verbal comments and other forms of using disrespectful and pathologizing language inconsistent with human rights standards, deliberate intimidation, stalking, following, harassing, photography or recording without explicit consent, sustained disruption of talks or other events, inappropriate physical contact, and unwelcome sexual attention.

This Code of Conduct applies in every space and occurrence to all WPATH Participants, in every role.

If any WPATH Participant is known to be in or have been in violation of the Code of Conduct, WPATH and its affiliated regional organizations reserve the right to remove the party from the event, activity, organization, role, membership, etc. without any refund of fees paid. Due diligence will be applied to investigate and confirm the violation of the Code of Conduct before action is taken. The Executive Committee of the Board representing WPATH or its affiliated regional organization, will review the complaint, and make a decision regarding the appropriate action to be taken, or forward the complaint for further review to an assigned committee. The Participant will be notified in writing of the action taken by WPATH.

If you wish to report a WPATH Participant (member, non-member, volunteer, attendee, staff person, speaker/faculty member, invited or otherwise, contractor, or sponsor, etc.) for a violation of this Code of Conduct, please contact the WPATH office immediately at wpath@wpath.org. If you prefer to reach our Executive Director directly, please contact Blaine Vella at blaine@wpath.org.

*Your engagement with WPATH as a WPATH Participant, as defined above, and availability of this document for review, is considered your agreement to the terms of the WPATH Code of Conduct Policy, revised April 2021, all other versions of this policy are to be replaced by this one, dated April 2021.*

###

# EXHIBIT 2



## USPATH 2023 Scientific Symposium
## SPEAKER RELEASE FORM
## (Audio, Visual, and Written Materials)

I, the undersigned, am participating in the USPATH 2023 Scientific Symposium and I authorize the World Professional Association for Transgender Health (WPATH) and VeritasTV to use my name, voice, likeness, presentation slides and biographic information in connection with the creation, use, distribution and other related educational purposes that could include use on the World Wide Web.

I warrant that the presentation and any written or verbal material I submit are original, that their publication will not infringe on the rights of others, and that I have full power to grant this license. If my presentation or written materials require permission for use, I have obtained a written permission from the copyright proprietor.

By participating in this initiative, conference and/or submitting materials, I grant to WPATH, VeritasTV and its assignees and licensees a perpetual, royalty-free worldwide license to use, copy, modify, publicly display, publicly perform, broadcast and distribute in any format, including without limitation via the Internet, intranets, CD-ROM and other technologies, the materials and your presentation of the materials at this conference. Therefore, I acknowledge that WPATH and VeritasTV own all rights to use recordings (tape and digital), its written transcription, and the slide presentation for educational purposes, and to distribute recordings, its written transcription, and the slide presentation in any medium, including in electronic format via the Internet, in connection with this conference.

**I understand that this release form applies only to materials delivered at this conference and that this release in no way prohibits me from using my own material in any manner I so desire.**

SIGNATURE:_____

NAME (PRINT):_____

ADDRESS:_____

DATE:_____



# WPATH 27th Scientific Symposium
# SPEAKER RELEASE FORM
# (Audio, Visual, and Written Materials)

I, the undersigned, am participating in the WPATH 27th Scientific Symposium and I authorize the World Professional Association for Transgender Health (WPATH) and VeritasTV to use my name, voice, likeness, presentation slides and biographic information in connection with the creation, use, distribution and other related educational purposes that could include use on the World Wide Web.

I warrant that the presentation and any written or verbal material I submit are original, that their publication will not infringe on the rights of others, and that I have full power to grant this license. If my presentation or written materials require permission for use, I have obtained a written permission from the copyright proprietor.

By participating in this initiative, conference and/or submitting materials, I grant to WPATH, VeritasTV and its assignees and licensees a perpetual, royalty-free worldwide license to use, copy, modify, publicly display, publicly perform, broadcast and distribute in any format, including without limitation via the Internet, intranets, CD-ROM and other technologies, the materials and your presentation of the materials at this conference. Therefore, I acknowledge that WPATH and VeritasTV own all rights to use recordings (tape and digital), its written transcription, and the slide presentation for educational purposes, and to distribute recordings, its written transcription, and the slide presentation in any medium, including in electronic format via the Internet, in connection with this conference.

**I understand that this release form applies only to materials delivered at this conference and that this release in no way prohibits me from using my own material in any manner I so desire.**

SIGNATURE:

NAME (PRINT):

ADDRESS:

DATE: