UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIANNA BOE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-0184-LCB |
| ) | |
| STEVE MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

## PROTECTIVE NOTICE OF APPEAL

Notice is hereby given that Respondent, Carl Charles, appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's February 25, 2025 Order (doc. 711). Respondent seeks to protect his right to appeal in the event that the United States Court of Appeals for the Eleventh Circuit finds that Respondent's prior notice was untimely due to being filed prior to the stipulation of dismissal of this case.

Respectfully submitted,

*/s/ Barry A. Ragsdale*
Barry A. Ragsdale
Robert S. Vance
Dominick Feld Hyde, PC
1130 22nd Street South, Suite 4000
Birmingham, AL 35205
Tel.: (205) 536-8888
bragsdale@dfhlaw.com
rvance@dfhlaw.com

1

/s/ *W. Neil Eggleston*
W. Neil Eggleston
Kirkland & Ellis LLP
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5016
neil.eggleston@kirkland.com

*Counsel for Respondent*

**CERTIFICATE OF SERVICE**

    I certify that on May 29, 2025, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

/s/ *Barry A. Ragsdale*
OF COUNSEL

2