# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-10973

_____

PAUL A. EKNES-TUCKER,
Rev., et al.,

                                                          Plaintiffs,

CARL S. CHARLES,
MELODY H. EAGAN,
JEFFREY P. DOSS,

                                                          Movants-Appellants,

*versus*

GOVERNOR OF THE STATE OF ALABAMA, et al.,

                                                          Defendants,

ATTORNEY GENERAL STATE OF ALABAMA,
DISTRICT ATTORNEY, FOR MONTGOMERY COUNTY,
DISTRICT ATTORNEY, FOR LEE COUNTY,

2                    Order of the Court                    25-10973

DISTRICT ATTORNEY, FOR JEFFERSON COUNTY,

DISTRICT ATTORNEY, FOR CULLMAN COUNTY, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:22-cv-00184-LCB-CWB

_____

ORDER:

The Appellees have declined to participate in this appeal. Therefore, for the benefit of the Court, the United States District Court for the Middle District of Alabama is ordered to file an appellee's brief for this appeal within 60 days of the date of this order.[1] The Appellants will have 21 days from the filing of the appellee's brief to file a reply brief.

The Clerk of this Court is directed to send copies of this order to the Chief Judge of the District Court and the Clerk of the District Court.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION

_____

[1] This Court will entertain any request for an extension of the brief due date should the District Court need additional time.