**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK OF COURT                                                    TELEPHONE (334) 954-3600

March 31, 2026

# NOTICE OF CLERK'S DISMISSAL

Re:   *Boe et al v. Marshall et al*
Civil Action No. *2:22-CV-184-LCB-CWB*

Pursuant to the Joint Stipulation of Dismissal (document # 737) filed by the parties on 5/1/2025 and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is closed with prejudice without an order of the court.